| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | MMA Law Firm, PLLC | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS | |
| Case number (if known) | 24-31596 | ☐ Check if this is an amended filing |

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Global Estimating Services, Inc. 25000 Pitkin Rd. Suite 201/202 Spring, TX 77386 | Lisa Norman 713.850.4200 lnorman@andrewsmyers.com | Case/Client Expenses | Disputed | | | $9,865,862.99 |
| 2 | PCG - Property Loss Consultants 2000 Mallory Lane Suite 130, #239 Franklin, TN 37067 | Lisa Norman 713.850.4200 lnorman@andrewsmyers.com | Judgment | Disputed | | | $9,795,003.46 |
| 3 | Exact Building Consultants 18702 69th Ave E Bradenton, FL 34211 | 941.254.3577 assignments@exactbuildingconsu | Case/Client Services | Disputed | | | $3,231,009.12 |
| 4 | Access Restoration Services US, Inc. c/o Lisa Norman 1885 St. James Place, 15th Floor Houston, TX 77056 | Lisa Norman 713.850.4200 lnorman@andrewsmyers.com | Pending Litigation | Disputed | | | $3,000,000.00 |
| 5 | Scope Pros, LLC 8060 East Girard Avenue Unit 619 Denver, CO 80231 | Derek Ford 919.725.1950 dford@graceforensic.com | Case/Client Expenses | Disputed | | | $1,268,000.00 |

| Debtor | MMA Law Firm, PLLC | Case number (if known) 24-31596 |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Bayou Adjusting<br>P.O. Box 837<br>Walker, LA 70785 | Matthew Addison<br>225.80.6944<br>infobayouadjusting@gmail.com | Case/Client Expenses | Disputed | | | $556,500.00 |
| 7 | Louisiana Dept. Of Insurance<br>P.O. Box 94214<br>Baton Rouge, LA 70804 | J. David Caldwell<br>225.342.4673<br>public@ldi.la.gov | Fine | Disputed | | | $500,000.00 |
| 8 | J.A. Consulting<br>7948 Davis Boulevard<br>Suite 100<br>North Richland Hills, TX 76182 | Jeff Jay<br>817.393.3560<br>jeff@jaconsultingnationwide.co | Case/Client Expenses | Disputed | | | $259,471.50 |
| 9 | Caffery, Oubre, Campbell & Garrison, LLP<br>Suite 201<br>100 East Vermilion St.<br>Lafayette, LA 70501 | Staci Knox Villemarette<br>337.232.6581<br>staciv@cocglaw.com | Judgments/Sanctions/Costs | Disputed | | | $256,877.85 |
| 10 | Chamary, LLC<br>P.O. Box 113130<br>Metairie, LA 70011 | Robert Allen<br>972.419.5715<br>rallen@firstindustrial.com | New Orleans Lease | Disputed | | | $235,822.72 |
| 11 | Locklin Consulting, LLC<br>2478 S 3rd Ave<br>Walla Walla, WA 99362 | Aaron J. Bestgen<br>425.315.3957<br>aaron@locklinconsulting.com | Case/Client Expenses | Disputed | | | $158,000.00 |
| 12 | SBA<br>CESC - COVID EIDL Service Center<br>C14925 Kingsport Rd.<br>Fort Worth, TX 76155 | 833.853.5638 | Loan | | | | $145,197.09 |
| 13 | Disaster Solutions<br>1301 Seminole Blvd<br>Suite 140<br>Largo, FL 33770 | Derek Ford<br>919.725.1950<br>dford@graceforensic.com | Case/Client Expenses | Disputed | | | $107,952.28 |

Debtor  **MMA Law Firm, PLLC**  Case number (if known) **24-31596**
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | FCC | 321.480.9241 devansfcc@gmail.com | Case/Client Expenses | Disputed | | | $95,505.36 |
| 15 | Porsche Financial Services One Porsche Dr. Atlanta, GA 30354 | 800.767.7243 | Lease | | | | $94,575.39 |
| 16 | Dupont Claim Services 1721 Hwy 22W Madisonville, LA 70447 | Donald Kimberlin 985.634.2932 donald@dupontclaimservices.com | Case/Client Expenses | Disputed | | | $85,470.00 |
| 17 | Coastal Claims 2650 N Dixie Fwy New Smyrna Beach, FL 32168 | Frank Dalton 386.314.0074 frank@coastalclaims.net | Case/Client Expenses | Disputed | | | $66,727.00 |
| 18 | Thomson Reuters 610 Opperman Drive Eagan, MN 55123 | 800.522.0552 traccountsreceivable@thomsonre | Contract | | | | $57,022.52 |
| 19 | Oakwoood Bank LB 35 Suite 600 8411 Preston Rd Dallas, TX 75225 | Kevin Smith 469.687.2235 ksmith@oakwoodbank.com | Loan | | | | $44,624.05 |
| 20 | CapitalOne Spark P.O. Box 30285 Salt Lake City, UT 84130 | 800.955.6600 | Credit | | | | $44,439.02 |