**Fill in this information to identify the case**

Debtor name **MMA Law Firm, PLLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) **24-31596**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

**2. Cash on hand**

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Commercial checking account at Veritex Community Bank** | **Checking account** | **9 3 9 9** | **$44,504.78** |
| 3.2. | **IOLTA account at Veritex Community Bank** | **Checking account** | **9 4 0 7** | **$262,931.19** |
| 3.3. | **IOLTA account at Veritex Community Bank** | **Checking account** | **9 4 1 5** | **$843,262.71** |
| 3.4. | **Business checking account at Chase** | **Checking account** | **8 5 2 0** | **$49,332.93** |
| 3.5. | **IOLTA Trust account at Chase** | **Checking account** | **9 2 1 7** | **$39,697.75** |

**4. Other cash equivalents** *(Identify all)*

Name of institution (bank or brokerage firm)

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. **$1,239,729.36**

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Current value of debtor's interest**

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81. **$0.00**

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **$0.00** | – | **$0.00** | = ............. ➔ | **$0.00** |
| 11b. Over 90 days old: | **$238,406.98** | – | **$0.00** | = ............. ➔ | **$238,406.98** |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. **$238,406.98**

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

**Valuation method used for current value** **Current value of debtor's interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83. **$0.00**

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. **$0.00**

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value ________ Valuation method ________ Current value ________

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85. **$0.00**

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value ________ Valuation method ________ Current value ________

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Desk - Reception Area | | | $50.00 |
| Table in reception area. | | | $40.00 |
| Two end tables in reception area. | | | $20.00 |
| Coffee table in reception area. | | | $30.00 |
| Two file cabinets in reception area. | | | $40.00 |
| Two Brown Leather Chairs in reception area. | | | $100.00 |
| Black Leather Couch in reception area. | | | $100.00 |
| White desk in reception area. | | | $40.00 |
| Conference table in big conference room. | | | $500.00 |
| White Board in Big Conference Room. | | | $10.00 |
| Black leather rolling chair in Big Conference Room. | | | $50.00 |
| Art in big conference room (Bulls) | | | $0.00 |
| Mini Fridge in Big Conferene Room. | | | $50.00 |
| End table in Big Conference Room | | | $50.00 |
| Trash can in Big Conference Room | | | $5.00 |
| Items in small kitchen: a) jura machine $100; b) microwave $20; c) First aid box $10; d) Water machine $50; e) Trash can $5 | | | $185.00 |
| Refrigerator in small kitchen | | | $50.00 |
| Utensil machine in small kitchen | | | $10.00 |
| K-cup holder in small kitchen | | | $5.00 |
| Office #1: U-shaped desk $50; white board $10; two black chairs $20; small trasch can $5; mintorio $50 | | | $135.00 |
| TV in small conference room. | | | $150.00 |
| Five black chairs in in small conference room. | | | $250.00 |
| White Board in Small Conference Room | | | $50.00 |
| White Board in Small Conference Room | | | $50.00 |
| Credenza in Small Conference Room | | | $50.00 |
| Two Trash Cans in Small Conference Room | | | $10.00 |
| Conference Table in Small Conference Room | | | $100.00 |
| Two White Chairs in Waiting area | | | $80.00 |
| End Table in Waiting area | | | $10.00 |
| bookshelf in Waiting area | | | $20.00 |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | | | |
|---|---|---|---|
| **Desk in Office #4** | | | **$50.00** |
| **Two Monitors (Acer Asus) in Office #4** | | | **$40.00** |
| **Two Black Leather Chairs in Office #4** | | | **$100.00** |
| **Desk Chair in Office #4** | | | **$20.00** |
| **Desk in Office #6** | | | **$30.00** |
| **Drawers in Office #4** | | | **$10.00** |
| **Bookshelf in Office #4** | | | **$20.00** |
| **White Board in Office #4** | | | **$10.00** |
| **Desk in Office #6** | | | **$30.00** |
| **Credenza in Office #6** | | | **$50.00** |
| **Two Pink Chairs in Office #6** | | | **$40.00** |
| **White Board in Office #6** | | | **$50.00** |
| **End Table in Office #6** | | | **$10.00** |
| **Two Monitors (Element) in Office #6** | | | **$40.00** |
| **Round Table in Medium Kitchen** | | | **$30.00** |
| **Cold Brew Machine in Medium Kitchen** | | | **$100.00** |
| **Bulletin Board in Medium Kitchen** | | | **$20.00** |
| **Fridge in Medium Kitchen** | | | **$50.00** |
| **Microwave in Medium Kitchen** | | | **$20.00** |
| **Nespresso Machine in Medium Kitchen** | | | **$50.00** |
| **Kuerig in Medium Kitchen** | | | **$20.00** |
| **Three Black Chairs in Medium Kitchen** | | | **$60.00** |
| **Two Trash Cans in Medium Kitchen** | | | **$10.00** |
| **Utensil Machine in Medium Kitchen** | | | **$10.00** |
| **Desk in Office #7** | | | **$50.00** |
| **Two Monitors (HP) in Office #7** | | | **$40.00** |
| **Desk Chair in Office #7** | | | **$20.00** |
| **Two Black Chairs in Office #7** | | | **$40.00** |
| **Credenza in Office #7** | | | **$50.00** |
| **White Board in Office #7** | | | **$10.00** |
| **Desk in Office #8** | | | **$50.00** |
| **Desk Chair in Office #8** | | | **$20.00** |
| **White Board in Office #8** | | | **$30.00** |
| **Credenza in Office #8** | | | **$50.00** |
| **Filing Cabinet in Office #8** | | | **$20.00** |
| **Two Black Chairs in Office #8** | | | **$40.00** |
| **Two Blue Velvet Chairs in Area by Krystal’s Office** | | | **$80.00** |
| **End Table in Area by Krystal’s Office** | | | **$10.00** |
| **Copy Machine in Area by Krystal’s Office** | | | **$50.00** |
| **Night Stand in Area by Krystal’s Office** | | | **$10.00** |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | | | |
|---|---|---|---|
| **Coffee Bar in Area by Krystal's Office** | | | **$40.00** |
| **Jura Machine in Area by Krystal's Office** | | | **$100.00** |
| **Desk in Office #10** | | | **$50.00** |
| **Credenza in Office #10** | | | **$50.00** |
| **White Board in Office #10** | | | **$30.00** |
| **Two Black Chairs in Office #10** | | | **$40.00** |
| **Brown Leather Couch in Office #11** | | | **$80.00** |
| **Brown Leather Rolling Chair in Office #11** | | | **$50.00** |
| **Cowhide Rug in Office #11** | | | **$50.00** |
| **White Board in Office #11** | | | **$40.00** |
| **Desk in Office #11** | | | **$60.00** |
| **Credenza in Office #11** | | | **$50.00** |
| **Two Brown Leather Chairs in Office #11** | | | **$100.00** |
| **Bookcase in Office #11** | | | **$20.00** |
| **Telescope in Office #11** | | | **$50.00** |
| **TV (Samsung) in** | | | **$150.00** |
| **Two Monitors (Samsung) in Office #12** | | | **$40.00** |
| **Desk in Office #12** | | | **$50.00** |
| **Three Bookshelves in Office #12** | | | **$60.00** |
| **Credenza in Office #12** | | | **$50.00** |
| **Rolling Chair in Office #12** | | | **$20.00** |
| **Two Black Chairs in** | | | **$40.00** |
| **Round Table in Office #13** | | | **$30.00** |
| **Two Black Chairs in Office #13** | | | **$40.00** |
| **White Board in Office #13** | | | **$10.00** |
| **Credenza in Office #13** | | | **$50.00** |
| **Bookshelf in Office #13** | | | **$20.00** |
| **Desk in** | | | **$50.00** |
| **Rolly Chair in Office #13** | | | **$20.00** |
| **Three Desks in Office #14** | | | **$150.00** |
| **Bookshelf in Office #14** | | | **$20.00** |
| **White Board in Office #14** | | | **$10.00** |
| **Two Rolling Chairs in Office #14** | | | **$40.00** |
| **White Board in Office #17** | | | **$30.00** |
| **Desk in Office #17** | | | **$50.00** |
| **Credenza in Office #17** | | | **$50.00** |
| **Two Black Chairs in Office #17** | | | **$40.00** |
| **Rolling Chair in Office #17** | | | **$20.00** |
| **Two Monitors (HP) in Office #17** | | | **$40.00** |
| **Filing Cabinet in Office #18** | | | **$20.00** |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | | | |
|---|---|---|---|
| L-Shaped Desk in Office #18 | | | $60.00 |
| Rolling Chair in Office #18 | | | $20.00 |
| Bookshelf in Office #18 | | | $20.00 |
| Two Black Chairs in | | | $40.00 |
| Two Monitors (HP) in Office #18 | | | $40.00 |
| Filing Cabinet in Office #19 | | | $20.00 |
| Two Desks in Office #19 | | | $100.00 |
| White Board in Office #19 | | | $10.00 |
| Two Rolling Chairs in Office #19 | | | $40.00 |
| Two Night Stands in Office #19 | | | $20.00 |
| Four Monitors (Acer) in Office #19 | | | $80.00 |
| White Board in Office #20 | | | $10.00 |
| Filing Cabinet in Office #20 | | | $20.00 |
| Two Nightstands in Office #20 | | | $20.00 |
| Two Desks in Office #20 | | | $100.00 |
| Rolling Chair in Office #20 | | | $20.00 |
| Two Monitors (Acer) in Office #20 | | | $40.00 |
| Small Printer in Office #20 | | | $20.00 |
| Table in Office #21 | | | $80.00 |
| TV in Office #21 | | | $100.00 |
| Night Stand in Office #21 | | | $10.00 |
| Desk in Office #21 | | | $60.00 |
| Credenza in Office #21 | | | $50.00 |
| Big Credenza in Office #21 | | | $60.00 |
| Eight Black Chairs in Office #21 | | | $160.00 |
| Two Monitors (Acer) in Office #21 | | | $40.00 |
| L-Shaped Desk in Office #22 | | | $60.00 |
| Bookshelf in Office #22 | | | $20.00 |
| Two Black Chairs in Office #22 | | | $40.00 |
| Rolling Chair in Office #22 | | | $20.00 |
| White Board in Office #22 | | | $10.00 |
| Night Stand in Office #22 | | | $10.00 |
| Credenza in Office #22 | | | $50.00 |
| Bookshelf in Office #23 | | | $20.00 |
| Desk in Office #23 | | | $50.00 |
| Two Black Chairs in Office #23 | | | $40.00 |
| Two Monitors (Acer) in Office #23 | | | $40.00 |
| White Board in Office #23 | | | $10.00 |
| Bookshelf in Office #24 | | | $20.00 |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | | | |
|---|---|---|---|
| Two Black Chairs in Office #24 | | | $40.00 |
| Desk in Office #24 | | | $50.00 |
| Rolling Chair in Office #24 | | | $20.00 |
| Credenza in Office #24 | | | $50.00 |
| White Board in Office #24 | | | $10.00 |
| Two Monitors (Acer) in Office #24 | | | $40.00 |
| Shared Desk in Area in Back | | | $60.00 |
| Filing Cabinet in Area in Back | | | $20.00 |
| Two Monitors (Acer) in Area in Back | | | $40.00 |
| Copy Machine in Area in Back | | | $50.00 |
| Three Small Desks w/ Wall in Mailroom | | | $120.00 |
| Shared Desk in Mailroom | | | $60.00 |
| Two Filing Cabinets in Mailroom | | | $40.00 |
| Credenza in Mailroom | | | $50.00 |
| Table in Mailroom | | | $30.00 |
| Rolling Shelf in Mailroom | | | $20.00 |
| Two Small Filing Cabinets in Mailroom | | | $30.00 |
| Two Night Stands in Mailroom | | | $20.00 |
| Round Table in Wellness Room | | | $30.00 |
| Bookshelf in Wellness Room | | | $20.00 |
| Two Rolling Chairs in Wellness Room | | | $40.00 |
| Mini Fridge in Wellness Room | | | $50.00 |
| Two Wooden Chairs in Wellness Room | | | $20.00 |
| Four Black Chairs in Wellness Room | | | $80.00 |
| Yellow Couch in Wellness Room | | | $50.00 |
| 3 Person Cubicle in Bullpen Area | | | $100.00 |
| L-Shaped Cubicle in Bullpen Area | | | $100.00 |
| 4 Person Cubicle in Bullpen Area | | | $150.00 |
| Two Wish Bone Cubicle (Seats 6) in Bullpen Area | | | $400.00 |
| Six Asus Monitors (24”) in Bullpen Area | | | $120.00 |
| Sixteen Acer Monitors (27”) in Bullpen Area | | | $320.00 |
| Four HP Monitors (21.5”) in Bullpen Area | | | $60.00 |
| Four LG Monitors (24”) in Bullpen Area | | | $80.00 |
| Two View Sonic Monitors (24”) in Bullpen Area | | | $40.00 |
| Two Acer Monitors (22”) in Bullpen Area | | | $30.00 |
| Two Small Tables (53 x 27) in Bullpen Area | | | $40.00 |
| Fourteen Shelves (78 x 86) in Supply Closet | | | $280.00 |
| Desk (60 x 27) in Supply Closet | | | $40.00 |
| Two Black Wire Shelves (65 x 70) in Marketing Closet | | | $40.00 |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | | | |
|---|---|---|---|
| **Fridge in Kitchen #3** | | | **$50.00** |
| **Microwave in Kitchen #3** | | | **$20.00** |
| **Kuerig Machine in Kitchen #3** | | | **$20.00** |
| **Ice Maker in Kitchen #3** | | | **$50.00** |
| **Two Silver Tables (31 x 31) in Kitchen #3** | | | **$40.00** |
| **Four Silver Chairs in Kitchen #3** | | | **$40.00** |
| **Three Tall Chairs in Kitchen #3** | | | **$60.00** |
| **Located in Storage Unit: Three Large Interior Signage - Firm Logo** | | | **$100.00** |
| **Located in Stoage Unit: Antique Desk** | | | **$50.00** |
| **Located in Storage Unit: Umbrella Stand** | | | **$5.00** |
| **Located in Storage Unit: Magazine Rack** | | | **$5.00** |
| **Located in Storage Unit: Decorative Globe** | | | **$10.00** |
| **Located in Storage Unit: Electronic Trash Bin** | | | **$5.00** |
| **Located in Storage Unit: Small Wooden Grey Accent Table** | | | **$10.00** |
| **Located in Storage Unit: Two Light Tan Leather Chairs** | | | **$0.00** |
| **Located in Storage Unit: Short 4-door Wooden Credenza/Media Cabinet** | | | **$50.00** |
| **Located in Storage Unit: Hardwood Round Table with 4 Matching Chairs** | | | **$0.00** |
| **Located in Storage Unit: 2-door Wooden Credenza/Media Cabinet** | | | **$0.00** |
| **Located in Storage Unit: Two 3-Piece Dark Wood Office Furniture Set (Desk, Credenza, 2-Drawer File Cabinet)** | | | **$400.00** |
| **Located in Storage Unit: Three Wooden Conference Room Table** | | | **$150.00** |
| **Located in Storage Unit: Round Dark Wood Kitchen Table** | | | **$30.00** |
| **Located in Storage Unit: 4-Door Black Cabinet** | | | **$40.00** |
| **Located in Storage Unit: Microwave** | | | **$10.00** |
| **Located in Storage Unit: Toaster** | | | **$5.00** |
| **Located in Storage Unit: Six Fabric-Upholstered Cubicle with Desk & Storage Cabinet** | | | **$600.00** |
| **Located in Storage Unit: Two 2-Piece Light Wood Furniture Set (Desk, 2-Drawer File Cabinet)** | | | **$120.00** |
| **Located in Storage Unit: Glass Top Table** | | | **$20.00** |
| **Located in Storage Unit: Marble Top Accent Table** | | | **$20.00** |
| **Located in Storage Unit: Coat Rack** | | | **$5.00** |
| **Located in Storage Unit: Dark Wood Office Credenza (4-Drawer, 2-Door)** | | | **$100.00** |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | | | |
|---|---|---|---|
| **Located in Storage Unit: Three 2-Drawer Dark Wood File Cabinets** | | | **$60.00** |
| **Located in Storage Unit: Five 3-Drawer Dark Wood Rolling File Cabinets** | | | **$125.00** |
| **Located in Storage Unit: Metal 4-Drawer File Cabinet** | | | **$20.00** |
| **Located in Storage Unit: Wooden Bookshelf** | | | **$15.00** |
| **Located in Storage Unit: Eight Large Hardwood Table/Desk** | | | **$0.00** |
| **Located in Storage Unit: Antique Rolling Writing Desk** | | | **$30.00** |
| **Located in Storage Unit: Wooden Table** | | | **$20.00** |
| **Located in Storage Unit: White Acrylic Round Kitchen Table with 4 Matching Chairs** | | | **$70.00** |
| **Located in Storage Unit: Framed, Glass-Enclosed Bulletin Board** | | | **$10.00** |
| **Located in Storage Unit: Small Circle Wood/Metal Accent Table** | | | **$10.00** |
| **Located in Storage Unit: Small Wooden Corner Accent Table** | | | **$10.00** |
| **Located in Storage Unit: Two Plant Shelf** | | | **$20.00** |
| **Located in Storage Unit: Power Cord Cable Management Box** | | | **$5.00** |
| **Located in Storage Unit: Two Electronic Paper Shredder** | | | **$20.00** |
| **Located in Storage Unit: Thirty Two Mesh Desk/Conference Room Chair (With Wheels)** | | | **$960.00** |
| **Located in Storage Unit: Twenty Four Faux-Leather Desk/Conference Room Chair (With Wheels)** | | | **$600.00** |
| **Located in Storage Unit: Fourteen Standard Office Chair (Without Wheels)** | | | **$280.00** |
| **Located in Storage Unit: Two Blue Velvet Accent Chair** | | | **$80.00** |
| **Located in Storage Unit: Computer Monitor** | | | **$20.00** |
| **Located in Storage Unit: Computer Monitor Stand/Mount** | | | **$10.00** |
| **Located in Storage Unit: Computer Mouse** | | | **$5.00** |
| **Located in Storage Unit: Computer Mouse Pad** | | | **$2.00** |
| **Located in Storage Unit: Computer Keyboard** | | | **$5.00** |
| **Located in Storage Unit: Computer Docking Station** | | | **$10.00** |
| **Located in Storage Unit: Computer Keyboard Wrist Rest Pad** | | | **$5.00** |
| **Located in Storage Unit: Extension Cord** | | | **$3.00** |
| **Located in Storage Unit: Surge-Protector Power Strip** | | | **$5.00** |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | | | |
|---|---|---|---|
| **Located in Storage Unit: HDMI Cable** | | | **$2.00** |
| **Located in Storage Unit: Phone/Computer Headset** | | | **$100.00** |
| **Located in Storage Unit: Five Large Dry-Erase Board** | | | **$50.00** |
| **Located in Storage Unit: Four Small Corkboard "Bulletin Board" Square** | | | **$20.00** |
| **Located in Storage Unit: Four Small Corkboard "Bulletin Board" Square** | | | **$20.00** |
| **Located in Storage Unit: Chess Set** | | | **$5.00** |
| **Located in Storage Unit: Security Camera** | | | **$20.00** |
| **Located in Storage Unit: Reference Books (e.g., Legal Books, Dictionaries)** | | | **$5.00** |
| **Located in Storage Unit: Magazines** | | | **$1.00** |
| **Located in Storage Unit: Two Watering Can (for Office Plants)** | | | **$6.00** |
| **Located in Storage Unit: Two Decorative Faux Flowers in Glass Vase** | | | **$10.00** |
| **Located in Storage Unit: Folding Plastic/Metal 8' Party Table** | | | **$20.00** |
| **Located in Storage Unit: Four Folding Plastic/Metal Party Chair** | | | **$20.00** |
| **Located in Storage Unit: Trade Show Easel** | | | **$10.00** |
| **Located in Storage Unit: Trade Show Sign Holder** | | | **$5.00** |
| **Located in Storage Unit: Hand Truck/Dolly** | | | **$15.00** |
| **Located in Storage Unit: Misc Office Supplies (e.g., USB Drives, Printer Ink Cartridges, and batteries.** | | | **$0.00** |
| **Located in Storage Unit: Misc Kitchen Supplies (e.g., Dishes, Disposable Dishes, Coffee Mugs, Flatware/Utensils, Disposable Utensils, Candy Jars, Step Stool, Tooth Picks)** | | | **$25.00** |
| **Located in Storage Unit: Misc Holiday Décor (e.g., Large Christmas Tree, Christmas Tree Bag, Ornaments, Garlands, Decorative Lights, Mardi Gras Decor - Masks, Banners, Table Clothes, Flags)** | | | **$125.00** |
| **Located in Storage Unit: Misc Cleaning Supplies (e.g., Sponges, Dish Soap, Dish-Scrubbing Brushes, Disinfectant Wipes, Bleach, Glass Cleaner, Mops, Brooms, Dustpans, Vacuum Cleaners, Carpet-Cleaning Spray, Wood Polisher Cans)** | | | **$35.00** |
| **Located in Storage Unit: Misc Marketing & Promotional Materials (e.g., Coffee Mugs, Plastic Cups, Jackets, Hats, Notepads, Pens, Bags, Plastic Mardi Gras Beads, Coozies, Labels, Mini-Footballs, Cigars, Folders, Pamphlets, Envelopes)** | | | **$100.00** |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | | | |
|---|---|---|---|
| **Located in Storage Unit: Misc Arts & Crafts Supplies (e.g., Markers, Pipe Cleaners, Poms, Feathers, Paint Brushes)** | | | **$25.00** |
| **Located in Storage Unit: Misc Party Supplies (e.g., Foil Chafing Dishes/Stands, Tea Canister, Metal Ice Bucket, Plastic Ice Bucket, Plastic Serving Platers, Tongs, Serving Spoons, Cake Knives, Mini Strobe Lights)** | | | **$50.00** |
| **Extra-Large Exterior Lighted Signage - Not Removed from Exterior of Leased Building. Debtor not in possession.** | | | **Unknown** |
| **24 Employee parking signage - Not Removed from Leased Parking Space** | | | **$20.00** |
| **Located in Storage Unit: Measuring Tape, Lightbulbs, Rubber Storage Bins, Door/Desk Name Plates, and First Aid Kits.** | | | **$5.00** |
| **Located in Storage Unit: , Non-Prescription Medications, Hand Sanitizer, Tissue Paper, Decorative Tissue Boxes, and Paper Towels.** | | | **$5.00** |
| **Located in Storage Unit: , Paper Towel Holders, Disposable Hand Towels, Disposable Napkins, Liquid Soap, Trash Bags, Bug "Zapper,"** | | | **$5.00** |
| **Located in Storage Unit: WD-40 Cans, Wall Spackle, Office & Bathroom Key Copies, Leather Keychains - 2nd Floor Bathroom Keys,** | | | **$5.00** |
| **Located in Storage Unit: Cardboard Moving & Shipping Boxes, Bubble Wrap, Postal Wrapping Paper, Postage Stamps, Postage Sacle, FedEx Mailers, USPS Certified Mail Labels** | | | **$10.00** |
| **Located in Storage Unit: Envelope Wet Rollers, Box Openers, 3-Hole Paper Punches, Paper Trimmers, Mail Openers, Scissors, Tape** | | | **$10.00** |
| **Located in Storage Unit: Tape Dispensers, File Folders, Desktop File-Sorting Trays, Coasters, Mini Desk Fans, Space Heaters, Cork Book-End Set** | | | **$15.00** |
| **Located in Storage Unit: Pencil Cups, Notepads, Sticky Notes, Computer Copy Paper, Stationery, Envelopes, Check Paper, Binders** | | | **$20.00** |
| **Located in Storage Unit: Paper Clips, Binder Clips, Thumbtacks, Staples, Staple Removers, Liquid Paper/"Wite-Out," Erasers** | | | **$10.00** |
| **Located in Storage Unit: Writing Utensils - Pens, Pencils, Highlighters, Dry-Erase Markers & Permanent Markers** | | | **$5.00** |
| **Refigerator - stored at employee's house** | | | **$30.00** |
| **Tall Dark Wood Shelf with Glass Panels - Stored at Employee's House** | | | **$20.00** |
| **K-Cup Coffee Machine - Stored at Employee's House** | | | **$15.00** |
| **Large Raw-Edge Wooden Desk with Gold Metal Legal - Stored at employee's house.** | | | **$100.00** |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | | | |
|---|---|---|---|
| **Light Tan Leather Chairs - stored at employee's house.** | | | **$60.00** |
| **Hardwood Round Table with 4 Matching Chairs - Stored at employee's house** | | | **$50.00** |
| **2-door Wooden Credenza/Media Cabinet - Stored at Employee's House.** | | | **$40.00** |
| **3 Smart Tvs (55") with Wall Mounts - stored at employee's house.** | | | **$300.00** |
| **Tall Silver/Metal Kitchen Trash Can - Stored at Employee's House** | | | **$10.00** |
| **3-Drawer Dark Wood Rolling File Cabinets - stored at employee's house.** | | | **$75.00** |
| **Wood/Metal Shelving Unit - stored at employee's house.** | | | **$40.00** |
| **Small Wooden Desks - stored at employee's house** | | | **$80.00** |
| **Microwave - Stored at Employee's House** | | | **$10.00** |
| **Coffee/Espresso Machine - Stored at employee's house** | | | **$15.00** |
| **Computer Laptop with Power Cord - stored at employee's house.** | | | **$450.00** |
| **Xerox Printer/Scanner/Fax Machine - Stored at Xerox Storage Facility.** | | | **$100.00** |
| **Standard Inkjet Printer - Stored at Employee's House** | | | **$10.00** |
| **Small Waste Bin - Stored at Employee's House** | | | **$6.00** |
| **Insulated Cooler - stored at employee's house** | | | **$10.00** |
| **Standard Tool Kit - Stored at Employee's House** | | | **$30.00** |
| **Decorative Lamp - Stored at Employee's House** | | | **$10.00** |
| **Multi-Drawer Storage Cart - Stored at Employee's House** | | | **$10.00** |

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| **TV in reception area.** | | | **$100.00** |
| **Two Computer Monitors in reception area.** | | | **$40.00** |
| **Desk phone in reception area.** | **$5.00** | | **$0.00** |
| **TV in Big Conference Room** | | | **$150.00** |
| **Credenza in Big Conference Room** | | | **$50.00** |
| **Two ACER monitors (with remote team)** | | | **$30.00** |
| **Laptop - remote use** | | | **$250.00** |
| **Wireless keyboard** | | | **$15.00** |
| **Wireless mouse (remote team)** | | | **$5.00** |
| **Docking station (remote team)** | | | **$10.00** |
| **Two HDMI cords (remote team)** | | | **$10.00** |

| | | | |
|---|---|---|---|
| **Laptop charger (remote team)** | | | **$5.00** |
| **Two Accer monitor power cords (remote)** | | | **$10.00** |
| **Monitor and power cable (remote team)** | | | **$50.00** |
| **Laptop and charger (remote team)** | | | **$200.00** |
| **22 LG Monitor and power cords located in Houston.** | | | **$440.00** |
| **2 LG Mintors and power cords located in Office 1.** | | | **$40.00** |
| **2 Monitors and power cords located in Office 2** | | | **$40.00** |
| **2 Acer monitors and power cords located in Office 3** | | | **$40.00** |
| **Two HP monitors located in Houston (computer lab)** | | | **$40.00** |
| **Two ACER monitors located in Houston (computer lab)** | | | **$40.00** |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1. **Signed "Burrow" jersey #9 in black frame** | | | **$1,400.00** |
| 42.2. **Signed "Chase" jersey # 1 in black frame** | | | **$100.00** |
| 42.3. **Moseley" Super Bowl jersey #57 in black frame** | | | **$0.00** |
| 42.4. **Signed "G.Dorsey" jersey #72 in black frame** | | | **$100.00** |
| 42.5. **Signed "Jefferson" jersey #2 in black frame** | | | **$120.00** |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. **$20,010.00**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. **Leased Vehicle: 2022 Porsche Taycan Turbo S** | | | **$0.00** |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. **$0.00**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
- [x] No
- [ ] Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**
- [x] No. Go to Part 10.
- [ ] Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
- [ ] No
- [ ] Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- [ ] No
- [ ] Yes

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**
- [ ] No. Go to Part 11.
- [x] Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **Trade Secrets related to work flow and client and claims processing.** | | | **Unknown** |
| **61. Internet domain names and websites** | | | |
| **Website: www.mma-pllc.com According to GoDaddy the value is $430.00.** | **Unknown** | | **Unknown** |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | | | |
|---|---|---|---|
| **Website: www.stormfirm.com Debtor is unware of value. Purchased for $1,800.00.** | | | **Unknown** |
| **Website: www.nationalstormadvocates.com Debtor is unaware of the value. Purchased for $0.01.** | **Unknown** | | **Unknown** |
| **Website: www.stormadvocatesgroup.com Debtor is unaware of the value, but it was purchased for $0.01.** | **Unknown** | | **Unknown** |

**62. Licenses, franchises, and royalties**

**63. Customer lists, mailing lists, or other compilations**

| | | | |
|---|---|---|---|
| **Client List and case files.** | **Unknown** | | **Unknown** |
| **Marketing list - includes contract information for contractors, roofers, public adjusters, conference attendees.** | | | **Unknown** |
| **Potential new client list.** | | | **Unknown** |
| **Referral Partner List** | | | **Unknown** |
| **Data List - These lists include data tracked during the handling of claims/cases – data stored in the case's User Defined Fields (UDFs). For example, data from insurance policies, claim payments, carrier estimates, public adjuster estimates, expert estimates, appraisals, settlements, etc.** | | | **$0.00** |

**64. Other intangibles, or intellectual property**

**65. Goodwill**

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. **$0.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | Current value of debtor's interest |
|---|---|
| **71. Notes receivable** | |
| Description (include name of obligor) | |
| **72. Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| **Debtor is uncertain at this point as an extension was filed with the IRS.** Tax year ____ | **Unknown** |
| **73. Interests in insurance policies or annuities** | |
| **Lawyers Professional Liability Insurance Policy with Allied World Insurance Company.** | **$0.00** |
| **Excess Insurance Policy with Berley Insruance Company** | **Unknown** |
| **Insurance policy with Evanston Insurance company.** | **Unknown** |
| **74. Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **Potential tort and contract claims against Daly & Black, Rick Daly, and John Black.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Potential claims against Galindo Law Firm, Cris Galindo for breach of contract and other related causes of action..** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Potential tort and contract claims against Laborde Earles, David Laborde, Digger Earles.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Potential tort and contract claims against Morris Bart Law Firm, Morris Bart, Austin Marks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Potential tort and contract claims against Hair Shunnarah, Galen Hair.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Potential tort claims against Louisiana Department of Insurance and Jim Donelon.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Potential tort and contract claims against B.E. Blank, Equal Access Justice.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Potential tort and contract claims against Monson Law Firm, Matthew Monson.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | |
|---|---|
| **Potential tort and contract claims against David Hammer.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Potential tort and contract claims against Jen Frost.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Potential tort and contract claims against Trish Whitcomb.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Potential tort and contract claims against Alena Maschke.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Potential claims against Katie (Kathleen) Aromi for violation of NDA and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Potential claims against Brittany Jewell for NDA violation and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **21st Century North America Insurance Company**<br>**Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Access Home Insurance (LIGA)**<br>**Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Accredited Specialty Insurance Company**<br>**Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Aegis Security Insurance Company**<br>**Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | |
|---|---|
| **AIG Property Casualty Company**<br>**Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Allied Trust Insurance Company**<br>**Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Allstate Indemnity Company**<br>**Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Allstate Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Allstate Vehicle and Property Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **American Bankers Insurance Company of Florida - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **American Family Home Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **American Interstate Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **American Modern and Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**American Modern Home Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ______________________

**Amount requested** ______________________

**American Modern Insurance Group, Inc. - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ______________________

**Amount requested** ______________________

**American Modern Property and Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ______________________

**Amount requested** ______________________

**American National General Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ______________________

**Amount requested** ______________________

**American National Property and Casualty Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ______________________

**Amount requested** ______________________

**American Reliable Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ______________________

**Amount requested** ______________________

**American Security Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ______________________

**Amount requested** ______________________

**American Southern Home Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ______________________

**Amount requested** ______________________

**American Summit Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ______________________

**Amount requested** ______________________

**American Western Home Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ______________________

**Amount requested** ______________________

**American Zurich Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Americas Insurance Company (LIGA) - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**ANPAC Louisiana Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Argenia Insurance - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Armed Forces Insurance Exchange - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Associated Industries Insurance Company, Inc. - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Atain Specialty Insurance Company- Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Atlantic Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Bankers Specialty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Brightway Insurance - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Canopius US Insurance, Inc.- Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Capital Preferred Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Centauri National Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Centauri Specialty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Chubb European Group SE - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Convex Insurance Uk Limited - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Covington Specialty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Dover Bay Specialty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Farmers Insurance Exchange - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Farmers Property & Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | |
|---|---|
| **FedNat Insurance Company (LIGA) - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **FedNat Insurance Company D/B/A Maison Insurance Company (LIGA) - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Foremost Insurance Company Grand Rapids, Michigan - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Garrison Property and Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **GeoVera Advantage Insurance Services - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **GeoVera Specialty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Great American Assurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Great American Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Great Lakes Insurance SE - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Great Northern Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Gulf States Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ____________________

**Amount requested** ____________________

**Gulfstream Property and Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ____________________

**Amount requested** ____________________

**Hartford Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ____________________

**Amount requested** ____________________

**Hartford Insurance Company Of The Midwest - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ____________________

**Amount requested** ____________________

**Homeowners of America Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ____________________

**Amount requested** ____________________

**Homesite Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ____________________

**Amount requested** ____________________

**Homestead Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ____________________

**Amount requested** ____________________

**Hudson Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ____________________

**Amount requested** ____________________

**Imperial Fire & Casualty - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ____________________

**Amount requested** ____________________

**Imperial Fire And Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ____________________

**Amount requested** ____________________

| | |
|---|---|
| **Potential claims against Gregory Griffin for NDA violation and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Independent Specialty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Integon National Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Kin Interinsurance Network - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Kinsale Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Liberty Mutual Fire Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Liberty Mutual Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Liberty Personal Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Lighthouse Excalibur Insurance Company (LIGA) Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Lighthouse Property Insurance Corporation (LIGA) - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

**Louisiana Citizens Property Insurance Corporation - - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Louisiana Farm Bureau Casualty Insurance Company - - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Louisiana Farm Bureau Mutual Insurance Company - - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Louisiana Insurance Guarantee Association (LIGA) - - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Maxum Indemnity Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**National Fire & Marine Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**National General Assurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**National General Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**National Security Fire And Casualty Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Nationwide Mutual Fire Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Nautilus Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**North Light Specialty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Occidental Fire & Casualty Company of North Carolina - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Ocean Harbor Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Palomar Specialty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Pharmacists Mutual Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Privilege Underwriters Reciprocal Exchange - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Progressive Property Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**QBE Specialty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Republic Fire And Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Republic Underwriters Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Safeco Insurance Company of America - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Safeco Insurance Company Of Oregon - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Safepoint Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**SafePort Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Scottsdale Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Security Plan Fire Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Shelter General Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Shelter Mutual Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Southern Fidelity Insurance Company (LIGA) - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Southern Vanguard Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Spinnaker Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Standard Guaranty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**State Farm Fire & Casualty Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**State Farm General Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**State Farm Mutual Automobile Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**State National Fire Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Steadfast Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Stillwater Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Surechoice Underwriters Reciprocal Exchange - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Teachers Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**The Allstate Corporation - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**The American Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**The Hanover Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**The Standard Fire Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Tower Hill Insurance - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Tower Hill Prime Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Travelers Casualty Insurance Company of America - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Underwriters at Lloyd's, London - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Union National Fire Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**United Fire & Indemnity Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**United National Fire Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**United National Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**United Property & Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**United Services Automobile Association - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**USAA Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**USAA General Indemnity Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Valley Forge Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Western World Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Weston Property & Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Wilshire Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Wright Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Zurich American Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**1st Franklin Financial - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**21st Mortgage Corporation - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**AAG - American Advisors Group - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Access Home Insurance Company (LIGA) - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Accord Services, Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Acqua Restoration, LIC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Adjusting International Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | |
|---|---|
| **Advanced Public Insurance Adjusters, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Advanced Public Insurance Adjusters, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **All Claims Repair Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **All Claims Repair Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Ally Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Aln Properties Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Alpha Insurance - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Amegy Bank -<br>Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **American Advisors Group - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **American Bank And Trust - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

**American Bankers Insurance Company of Florida - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**American Building Contractors - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**American Commerce Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**American Financial Network, Inc. Dba Orion Lending - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**American Financial Resources Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**American Mortgage C/O Loan Care - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**American National Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**American Security Insurance Company - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**AmeriHome Mortgage Company LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Ameris Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Angel Oak Home Loans Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Angel Reyes - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**AnnieMac Mortgage, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Art & Properties, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Assurance Financial Group LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Assured Value Claims Public Adjusting, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Atain Specialty Insurance Company - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**b1 Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Bank of America - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**BANK OF ENGLAND - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Bank of England Mortgage (ENGLAND, ARKANSAS) - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Bank Of Louisiana - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Bank Of Wiggins - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Bank Of Winnfield - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Bankers Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Bayview Loan Servicing Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**BAYVIEW LOAN SERVICING LLC ISAOA - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**BBVA Compass Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Beauregard Federal Savings Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Bellco Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

| | |
|---|---|
| **Beriabank A Division Of First Isaoa - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Branch Banking And Trust Co - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Broker Solutions Inc Dba New American Funding - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Buffalo Park Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Bulldog Adjusters, Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **C Laura Villa Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Cadence Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Caliber Home Loans Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Campus Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Capital Federal Savings Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

**Capital One - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Cardinal Financial Co. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Cardinal Financial Company - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Carrington Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Carrington Mortgage Services - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Carrington Mortgage Services, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Cascade Financial Services - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Celink - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Celtic Bank Corp - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Cenlar - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Cenralin Care Of Primelending - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Centennial Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Central Loan Administration & Reporting - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Central Loan Administration & Reporting (CENLAR) - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Chambers Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Champion Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Chase Home Finance - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Chevron Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Chubb European Group SE - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Citizens Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Citizens Bank, N.A. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Citizens Finance Co. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**City Of New Orleans Soft Second Mortgage Programs - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**City Savings Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Clnickn'Close - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Cmc Funding Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**CMG Mortgage Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Coastal Claims Services, Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**COLFAX BANKING COMPANY - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Colonial Savings - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Community Loan Servicing LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Compass Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Cottonport Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Crescent Mortgage Company Isaoa/Atima - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Cross Country Mortgage LLC. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Csl Financial, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Ditech Financial - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Essential Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Estate Of Earlean Newman - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Eustis Mortgage Corp. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Evergreen Bio-Solutions - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Fairport Asset Management Llc C/O Midwest Servicing 2 Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Fairwinds Credit Union-Isaoa - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Fannie Mae - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Farmers Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Fay Servicing LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Fci Lender Services Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Fidelity Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Fidelity Homestead Assoc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Fifth District Savings Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Finance Of America Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Finance Of America Reverse - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Finance Of American Reverse - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**First American Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**First American Bank And Trust - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**First Assembly of God - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**First Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**First Citizen Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**First Federal Bank of Louisiana - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**First Guaranty Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**First Heritage Credit - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**First Horizon Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**First National Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**First National Bank Of Jeanrette - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**First Pioneers Fcu - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**First Savings Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**First United Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Flagstar Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Fortune Partners, Inc Dba Texas Certified Motors**
**- Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Franklin American - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Freddie Mac - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Freedom Mortgage Corporation - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Frontier Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Frost Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Gary'S Used Cars - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Gateway Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Georgia Housing and Finance Authority (GHFA) - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Gibsland Bank And Trust - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**GMFS LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Gmfs Llc Isaoa C/O Sls - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**GMFS, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**God Loan Fund - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Goldwater Bank National Association - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Greater New Orleans Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Guidance Residential Llc Isaoa - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Guild Mortgage Company - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Gulf Coast Bank & Trust - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Habitat For Humanity - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Habitat For Humanity C/O Fidelity Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Habitat For Humanity Calcasieu Area Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Habitat For Humanity Of Lee - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Hair Shunnarah Trial Attorneys - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Hancock Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Hancock Whitney - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Hancock Whitney Bank Isaoa/Atima - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Heart Of Louisiana Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Heart of Texas Restoration LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Henry Mentz, Jr &Brigutte Peyregne Mentz - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Heritage Bank of St. Tammany - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Home Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________________

**Amount requested** ____________________

**Home Point Financial Corporation - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________________

**Amount requested** ____________________

**Homebridge Fin Services - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________________

**Amount requested** ____________________

**Houston Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________________

**Amount requested** ____________________

**Iberia Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________________

**Amount requested** ____________________

**Independent Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________________

**Amount requested** ____________________

**Innovative Assemblies, Inc And Bb & T - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________________

**Amount requested** ____________________

**Insurance Claim Lawyers, Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________________

**Amount requested** ____________________

**Investar Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________________

**Amount requested** ____________________

**JD Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________________

**Amount requested** ____________________

| | |
|---|---|
| **Jefferson Financial Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **JP Morgan Chase Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Keesler Fcu - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Key Bank National Association - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **La Capitol Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **La Office Of Common Dev - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Lady Bug Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Lake Edges Condominium Owners - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Lakeview Loan Servicing LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Landmark Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

**Larrieu, Angeline - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Leaf Capital Funding Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Legend Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Les Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Liberty Bank & Trust Co - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Live Well Financial Inc Isaoa - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Llano National Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Lmr Public Adjuster - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Loan Care LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Loan Depot - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Loan Partners - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**LoanCare - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Loancare, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Loandepot - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Lobman Carnahan - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Longbridge Financial Lcc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Longbridge Financial LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Louisiana Administration - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Louisiana Usa Fcu Isaoa/Atima - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**M & T Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**M&T Bank Corporation - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**MAGNOLIA BANK - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Massillion Enterprise Incorporated - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**McR Construction & Roofing - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**McT Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Merchants & Farmers Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Merchants Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Merchants Bank of Indiana and First National Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Meritus Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Metairie Bank and Trust - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Metairie Bank Isaoa - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Mgc Mortgage Inc Isaoa - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Mid America Mortgage, Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Midfirst Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Midland Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Mission Loans, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Mississippi River Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Moble Public Adjusting - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Morningstar Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Mortgage Assets Management LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Mortgage Corp - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**MORTGAGE RESEARCH CENTER LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Movement Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**MR COOPER LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Mr. Cooper - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Mw Loan 1 Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**National Bank Of Picayune - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Nations Lending Corporation - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Nationstar Mortgage LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Nationwide Roofing - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Navy Army Community Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Navy Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Needham Rice & Associates, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Neighbors Federal Credit Union & Republic Finance - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**NEW REZ LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Newrez Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Newrez Llc Isaoa Atima - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Newrez, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**NO MORTGAGE - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Nola Hard Money Services - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**North American Public Adjusters, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**North Dallas Bank & Trust Co. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Northpointe Bank Isaoa/Atima - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Novad Management Consulting - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Oceanside Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Ocwen Loan Servicing LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Office Of Community Development - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Onpath Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**OVATION SERVICES LLC ISAOA ATIMA - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Pedestal Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Pelican State Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Pen Air Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**PennyMac Loan Services LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**PHH Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**PHH Mortgage Services - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Pipes Miles Beckman, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Planet Home Lending, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Planet Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Plaza Home Mortgage, Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**PNC Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Pnc Mortgage, Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Post Office Employees Credit - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Potts Law Firm - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Primary Residential Mortgage Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Prime Claims, Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Prime Lending - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Prime Rate Premium Finance Corporation Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Prosperity Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Provident Funding Assoc Lp - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Quick Cash - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Quicken Loans - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Regions Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Relaxing Days, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Reliance - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Reliant Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Reverse Mortgage Funding - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Reverse Mortgage Funding LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Reverse Mortgage Funding Llc Isaoa - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Rio Bank And Ascentium Capital Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Rms Fbo Financial Of America Llc Isaoa Atima - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Rocket Mortgage LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Round Point Mortgage Servicing Corporation - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Royal United Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Rural Housing Service - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Rushmore Loan Management Services - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Rushmore Loan Management Services LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Sabine State Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Scottsdale Insurance Company - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Select Portfolio Servicing, Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Select Portfolio Servicing, Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Selene Finance - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Servicemac, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**SFR Services LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Shellpoint Insurance - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**ShellPoint Mortgage Servicing - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Simmesport State Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**SN Servicing Corporation - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**South Lafourche Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**South Louisiana Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Southwest Louisiana Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Sovereign Adjusting Services - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Specialized Loan Servicing - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Specialized Loan Servicing LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**SPRINGEQ LLC ISAOA/ ATIMA - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**St Landry Homestead - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Stacey Banks - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Standard Mortgage Corp - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Standard Mortgage Corporation - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**State Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**State Farm Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Statewide Claim Services, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Summit Funding, Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Sun Finance Company Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Sun West Mortgage Company Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Suncoast Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Suntrust Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Superior Property Management - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**SWBC Insurance Services - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**SWBC Mortgage Corp. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Synergy Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**The Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**The Church Finance Corporation - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**The Evangeline Bank & Trust Co. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**The Huntington National Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**The Money Shack, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**The Money Source - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**The Morgan Law Group P.A. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Third First Savings & Loan - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**TIAA FSB C/O LOANCARE - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Tiara Spotville - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Timberpoint Enterprises - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Townsend Law Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Tree Guardian Usa, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Truist Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Trust Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Trustmark National Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**TWFG Insurance Service Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Twin City Financial - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**U.S. Small Business Administration - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Ubs Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Union Home Mortgage Corp - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Union Mortgage Corp - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**United Community Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**United Wholesale Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Us Bank Home Mrtg. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**US Bank National Association - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**US Department Of HUD - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Us Eagle Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**US RSDA - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Us Small Business Admin El Paso Servicing Office**
**- Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Us Small Business Administration - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Usa Acting Through The Rural Housing Service Isaoa - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**USAA Federal Savings Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**USBank National Assoc Co And One Main Financial - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**USDA - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**USDA Rural Development - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**USSA FSB - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Valley State Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Vanderbilt Mortgage And Finance, Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Vanderbilt Mortgage and Finance, Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Vantage Bank Texas - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Veritex Community Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Veteran Claim Adjusters, Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Veterans United Home Loans - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Village Capital & Investment - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Vista Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Water Floods Restoration, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Weichert Financial - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Wells Fargo Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Wells Fargo Bank Insurance - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Weststar Mtg Corp - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Whitney Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Wilson Strategic, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Wintrust Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Xplore Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Zions First National Bank Insurance Department - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Oakwood Bank - Potential claims against bank related to funds seized and fraudulent transfer.** **Unknown**

**Nature of claim**

**Amount requested**

**7 Insurance : Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**A Ace Insurance Agency, Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**A.P.A. Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**AAA: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**AAA Texas: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**AAG Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**ABC Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Acadia Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Acadian Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Accelerant National Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Accessible Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**ACE Property and Casualty Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**ACME Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Action Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**ADC Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Advanced Insurance Planning: Potential claims for failure to include MMA on settlement checks. — Unknown

Nature of claim

Amount requested

Advanced Protection Insurance Agency: Potential claims for failure to include MMA on settlement checks. — Unknown

Nature of claim

Amount requested

Adventist Risk Management, Inc: Potential claims for failure to include MMA on settlement checks. — Unknown

Nature of claim

Amount requested

Affordable Insurance: Potential claims for failure to include MMA on settlement checks. — Unknown

Nature of claim

Amount requested

Aflac: Potential claims for failure to include MMA on settlement checks. — Unknown

Nature of claim

Amount requested

Aflac Insurance Company: Potential claims for failure to include MMA on settlement checks. — Unknown

Nature of claim

Amount requested

Airline Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks. — Unknown

Nature of claim

Amount requested

AIX Specialty Insurance Co: Potential claims for failure to include MMA on settlement checks. — Unknown

Nature of claim

Amount requested

Alfa Insurance: Potential claims for failure to include MMA on settlement checks. — Unknown

Nature of claim

Amount requested

All Premier Insurance Agency: Potential claims for failure to include MMA on settlement checks. — Unknown

Nature of claim

Amount requested

All Saints Insurance: Potential claims for failure to include MMA on settlement checks. — Unknown

Nature of claim

Amount requested

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Alliance United Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Allied Property and Casualty Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Allied World Surplus Lines Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Alllstate: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Allphase Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Allstate Texas Lloyd's: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Alpha Specialty Insurance Company: Potential claims for failure to include MMA on ettlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**AMCO Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Amelia Underwriters: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**AMERICAN ADVANCE GROUP: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**American Casualty Company of Reading, PA: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**American Coastal Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**American Eagle Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**American Economy Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**American Family Care Inc: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**American Family Mutual Insurance Company, S.I.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**American Fidelity Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**American General Life Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**American Home Shield: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**American Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**American Integrity Insurance Company of Florida: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**American Integrity Insurance Group: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**American National Lloyds: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**American Partners Insurance Group Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**American Risk Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**American Strategic Insurance Corporation: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**American Traditions Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**AmeriTrust Group, Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**AmeriTrust/Century Surety Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**AmGuard Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Amica Mutual Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Amstate Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Anchor Insurance Group: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Ann Raush Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**APA Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Apollo Syndicate Management Limited: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Arch Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Argenia, LLC: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Armstead Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Arnold Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**ARROWHEAD General Insurance Agency, Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Asi Preferred Insurance Corporation: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Aspen American Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Asset Insurance, LLC: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

| | |
|---|---|
| **Assurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Assurant, Inc.: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Asurion: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Atlas General Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Auto Club Indemnity Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Auto Club Indemnity Company d/b/a AAA Texas: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Auto Club Insurance Company Of Florida: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Auto-Owners Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **AXA XL Insurance America, Inc.: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Axios: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Axis Surplus Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Azalea Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Baker Insurance Group: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Bankers Insurance Group: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Banner Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Barbara Rogers Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**barneyinsurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Bass Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Bass Underwriters: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Baton Rouge Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Bay View Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**BBCO Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Beneficial Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Bent Tree Country Club, Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Berkshire Hathaway GUARD: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Berkshire Hathaway Guard Insurance Companies: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Bernard Insurance Agency, LLC : Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Bienvenu Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Bishop Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Bjw Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**BJW Insurance Services, LLC: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Blackboard Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Blanchard: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Blanchard Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Boswell Insurance Agency, Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Bourg Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Braishfield Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Breard Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Bristol West Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Brooks Insurance Services NOLA: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Brown & Brown Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Bruni Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Burns and Wilcox Insurance- New Orleans: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**BXS Insurance, Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Cabrillo Coastal General Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

| | |
|---|---|
| **Cada Insurance Services LLC: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Cam Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Camellia Property Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Campbell Insurance Agency Inc: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Capital: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Carmouche Insurance of Houma: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Carrington: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **CARROLLTON INSURANCE AGENCY: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Cascade Financial: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Cascade Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Castello Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

**Castle Key Indemnity Company: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

**Nature of claim**

**Amount requested**

**Castle Key Insurance Co.: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

**Nature of claim**

**Amount requested**

**Central Insurance: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

**Nature of claim**

**Amount requested**

**Century Insurance Group: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

**Nature of claim**

**Amount requested**

**Certain Underwriters At Lloyd'S And Other Insurers Subscribing To Account No. S-2108-591541-01: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

**Nature of claim**

**Amount requested**

**Certain Underwriters at Lloyd's London: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

**Nature of claim**

**Amount requested**

**Certain Underwriters At Lloyd's London And Other Insurers Subscribing To Policy No. L38644: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

**Nature of claim**

**Amount requested**

**Chabert Insurance Agency LLC: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

**Nature of claim**

**Amount requested**

**Charles D Glenn Jr Insurance: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

**Nature of claim**

**Amount requested**

**Charles Thomas LLC: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

**Nature of claim**

**Amount requested**

**Chavez Insurance: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Choice Home Warranty: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Chris Markerson Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Church Mutual Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Church Mutual Insurance Company, S.I.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Citizens National Bank Mtg: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Citizens Property Insurance Corporation: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**CJ Prevost Insurance Agency Inc: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Clarke Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Classic Insurance Services: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Clayton Herbert Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Clear Blue Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Clear Blue Specialty Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Clearwater Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**CNA Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**CNS Insurance Services, LLC: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Coastal American Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Coastal Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Coastal Louisiana Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Coastal Select: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Colonial Claims: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Columbia Lloyds Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Commonwealth Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | |
|---|---|
| **Consumer Insurance Services Inc.: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Continental Casualty Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Continental Insurance Services: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Contractors Insurance Louisiana: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Cooper Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Cora Texas Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Cornerstone Insurance Firm Llc: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Cravens Insurance Group, LLC: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Cravins Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Crossland Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Crown Standard Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Crows Bureau Insurance Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Cumis Specialty Insurance Company, Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Curtis Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Cypress Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Cypress P&C Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Cypress Texas Lloyds: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Dabdoub Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Dallas Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Dan Burghardt Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Dave Holley Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Dave Millet Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**David H Stiel Jr. Agency : Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**David H. Stiel Jr Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Davis Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Delucia Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Demarie Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Demerara Life Assurance Society: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Dimattia Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Direct Auto Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**DJW Insurance Agency, Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Dorey Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Dorsey Insurance Group: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Dorsey Susan Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Dupre Carrier & Godchaux Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Dupre Carrier Godchaux: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**E&J Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Eagan Insurancy Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Edison Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Employers Mutual Casualty Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Encompass Insurance Company of America: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Enj Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Equity Partner Insurance Services: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Erath Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Erdey Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Erdey Insurance Agency, Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | |
|---|---|
| **Erie Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Esurance : Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Evanston Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Family Insurance Center: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Family Security Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Farm Bureau: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Farm Bureau General Insurance Company of Michigan: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Farm Bureau of Mississippi: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Farm Bureau,5400 University Ave.,West Des Moines,Ia 50266: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Farm Mutual Insurance Association of Burnet County (FMBC): Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Farmers Casualty Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

**Farmers Insurance Company, Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**FCCI Insurance Group: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Federal Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Federated National Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**FedNat Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**FedNat Insurance Company (FIGA): Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**FEMA Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Financial Insurance Consultants: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Fireman's Fund Insurance Company (Allianz): Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**First American Financial Title Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**First Community Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**First Choice Insurance : Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**First Insurance Funding: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**First Premium Inc: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**First Protective Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Fletcher Insurance Group: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Florida Family Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Florida Farm Bureau: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Florida Peninsula Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Flowers Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Folsom Village Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Frank J Musso Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Fred Loya Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Freeway Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Freeway Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Frontline Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Frontline Insurance Unlimited Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Gaither Mary Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Galindo Law: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Gallagher Bassett: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Gamble, Vida: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**GAR Real Estate & Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Garcia Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Garcia Insurance Services: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

| | |
|---|---|
| **Gassie Insurance Agency Inc.: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Gator Insurance Service: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Gautreaux Insurance Agency Corporated: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Geanette Coisin insurance agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Geico: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Geiling Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Gelpi Horn Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **General Star Indemnity Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **General Star Management, LLC: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Germania Farm Mutual Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Gilbert Blanchard Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

**Glenn Dean Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Global Indemnity Group: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Global Risk Solutions: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Go Auto Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Goosehead Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Grange Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Great Southern Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Guard Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Guardian Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Guide One Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Guidry Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Gulf Coast: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** ____________

**Amount requested** ____________

**Gulf Coast Insurance Agency, Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Gulf South Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Haik Insurance Holdings, LLC. Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Hampton Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Hanley Trustee Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Hardwick Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Harlan Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Harry Kelleher and Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Hartford Flood Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Hays Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

| | |
|---|---|
| **HDI Global Insurance Company dba HDI Global Specialty SE: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Henry Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Heritage Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Heritage Property & Casualty Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Herman Venable Insurance Agency Inc: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Highland Insurance Solutions, LLC: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Hippo Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Hiscox Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Hiscox Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **HOAIC – Homeowners of America Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Hochheim Prarie Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

**Hogan Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Home First Agency Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**HomeFirst Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Homeowners Choice Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Homeowners Choice Property & Casualty Insurance Company, Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Homesite Lloyds of Texas: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Hopper Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Horace Mann Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Horton's Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Hub City Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**IAS Claim Services: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | |
|---|---|
| **IAT Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **IAT Insurance Group: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **ICAT Boulder Claims: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **ICAT Catastrophe Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **IMT Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Incline Casualty Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Insight Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Insurance Depot: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **insurance Agency LaPlace: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Insurance agency LLC: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Insurance Board United Church Insurance Association Program: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Insurance INC: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Insurance Unlimited: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Insure Plus: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Insureco Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**International Catastrophe Insurance Managers, LLC: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**IPC /Brightway Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**IPFS - Imperial PFS: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**IPG Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Jeanette Voisin Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Jena Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**John Hendry Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**John Henry Smith Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Johns Eastern Company, Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Johnson & Johnson, Inc: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Johnson and Johnson: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Jones Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Joyce Ferrara Notary: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Kay's Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Kelly Lee Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Kelly Stewart Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Kemp Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Kemper Life: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Kemper Personal Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Kemper Preferred: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | |
|---|---|
| **Kemper Speciality: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Kendra L Hardnett Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Kensington Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Kim Fuscia Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **KTS Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Lagniappe Insurance Llc: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Lake Area Insurance Group: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Lakeview Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Landmark American Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Latter & Blum Insurance Services: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Leach Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

**Leauxcal Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**LeBlanc Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Leboeuf: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Ledet Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Lemione Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Lemoine Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Lemoine Insurance Agency LLC: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Lender Placed Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Lender-placed Insurance Coverage: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Lexington Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Liberty Insurance Corporation: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Liberty Insurance, Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Liggio Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**LoanCare: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Local Choice Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Louisiana Companies: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Louisiana Insurance Service: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Louisiana Insurance Services: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Louisiana Twins Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Lyndon Southern Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Lyons Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Madison Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Maison Insurance Company (LIGA): Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Majestic Life Insurance Co: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Margaret Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Markel Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Martin Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Matic Insurance Services: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Maverick Claims: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Maverick Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Maxum Specialty Insurance Group: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Mayo Land and Title Co.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Mcgriff Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**McGriff Insurance Services: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**MD Claims Group LLC : Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Meridian Security Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Mesa Underwriters Specialty Insurance Company (MUSIC): Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Metropolitan Lloyds Insurance Company of Texas: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**MIC General Insurance Corporation: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Mic Property And Casualty Insurance Corporation: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Mid-America Catastrophe Services, LLC: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Mid-Century Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Mike Huvall Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Millenial Specialty Insurance Llc: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | |
|---|---|
| **Miller Insurance Inc: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Mississippi Residential Property Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Mississippi Residential Property Insurance Underwriting Association: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Mississippi Windstorm Underwriting Association: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Missouri Farm Bureau Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Mitch Hollier Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Molina Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Monarch National Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Montesano Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Morris Insurance Agency Inc: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Morvant Insurance Agency, LLC : Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

**Motts Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**MSJ Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Mt. Hawley Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**National Flood Insurance Program: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**National Lloyds Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**National Security Group: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**National Trust Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Nationwide Agribusiness Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Nationwide E&S/Specialty: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Nationwide General Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Nationwide Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**New Horizon's: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**New York life insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**New York Marine & General Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Next Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**NFIP Direct: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**NJM Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Nobel Insurance Services: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Noble Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**North American Risk: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**North Carolina Insurance Underwriting Association: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**North Carolina Joint Underwriting Association: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | |
|---|---|
| **Obq Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Ocean Harbor Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Ohio Security Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Old American Indemnity Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Old Republic Union Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Olympus Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Olympus Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Omega Home & Auto Care: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **O'Neil, M.D., Stephen: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Orchid Underwriters Agency LLC: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Orion180: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | |
|---|---|
| **OSC Insurance Services: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Owens Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Ozark Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Pace Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Patin Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Patsy Johnson Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Paul's Agency LLC: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Peninsula Insurance Bureau: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Penn-American Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Pennsylvania Lumbermens Mutual Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Peoples First Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**People's Trust Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Perkins Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**PHH Mortgage: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Philadelphia Indemnity Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Pilot Catastrophe Services, Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Plescia Insurance Agency Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Possible Force Placed Policy: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Powell & Associates Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**PPG & Associates: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Praetorian Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Predental life and home insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Prestige Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Prime Insurance Group: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Proctor Financial Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Proctor Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Proctor Loan Protector: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Pronto General Agency LTD: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Prosight Specialty Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Protective Risk Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Quality Plus Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Ramsgate Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Ratliff-Myers Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | |
|---|---|
| **Record Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Red River Mutual: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Reeds Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Regent Bank Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Remkes Reenee Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **River Lane Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Riverlands Insurance Agency, : Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Riverlands Insurance Services, Inc.: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Riverside Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **RLI Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Roana Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Roane Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

**Robert Sheard Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**RPS - Risk Placement Sevices: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**RPS Premium Finance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**RPS-Risk Placement Services: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Rushmore Loan Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Rushmore Loan Management Services: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**RVOS Insurance Group: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Sabine Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Safe Harbor Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Safe Source Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Safegard: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Safety Specialty Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Safeway Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Sagesure: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Sakiewicz Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Scelfo Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Schilling & Reid Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Secur-All Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Security First Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Security Life Insurance Plan Company (Citizens, Inc.): Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Sedgwick Claims Management Services: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Select Portfolio Servicing, Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Selective Ins Co Of The Southeast: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Selective Insurance Company of America: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Selene Finance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Semon Insurance Agency LLC: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Sentinel Insurance Company, Limited: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Sentry Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Shaw-Day Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Shellpoint Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Sherwood Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Slaughter Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Slide Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Sn Servicing Corporation: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**South Central Insurance Brokers: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**South Gate Insurance Agency Llc: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**South Shore Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Southern Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Southern Magnolia Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Southern Oaks Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Southern Oaks Insurance Services Llc: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Southgate Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Southgate Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Southwest Business Corporation: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Southwest Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Speedy Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**SSIU - South Shore Insurance Underwriters: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**St. Johns Insurance Company (FIGA): Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Standard Casualty Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Standard Life and Casualty: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Standard Life Insurance Company of Louisiana: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Starr Insurance Companies: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Starr Surplus Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Starr Surplus Lines Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Starstone National Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | |
|---|---|
| **State Auto Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **State Automobile Mutual Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **State Farm Florida Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **State Farm Lloyds: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **State Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Statewide Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Statewide Insurance Services: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Sterling Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Stewart Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Stiel Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Stiel Insurance of Hammond: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Stone Insurance Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Strauss Massey Dinneen, LLC: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Street Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Summit Funding INC: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Superior Insurance Company LLC: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Surreal Insurance Group LTD: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Swanson Insurance Group: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**SWBC Insurance Services: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Swyfft: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Tall Timber Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Tapco Underwriters (at Lloyds of London): Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Terrebonne Insurance Agency Inc: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Terrebonne Insurance Agency, Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Terryton Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Texas Farm Bureau Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Texas Farm Bureau Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Texas Farmers Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Texas Windstorm Insurance Association: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**The Brunt Group, Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**The Burlington Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**The Cincinnati Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**The Erny Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**The Firm Of Louisiana Property & Casualty, LLC: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**The First Liberty Insurance Corporation: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**The Foundations Insurance Group: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**The General Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**The Hartford: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**The Holland Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**The Hopper Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**The Insurance Store: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**The Lincoln Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**The Reliable Life Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**The Travelers Indemnity Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**The Woodlands Financial Group: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Theriot Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Third Coast Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Thomas Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Thompson & Smith Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Thomson Smith & Leach Insurance Group: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Three One Eight Insurance Services: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Tim Parkman, Inc. (TPI Insurance): Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Toups Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Tower Hill Insurance Exchange Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Tower Hill Preferred Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Tower Hill Signature Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**TPI: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**TransGlobal: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Travelers: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Travelers Personal Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Travelers Property and Casualty Company of America: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Trinity Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Trinity Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Tri-State Insurance Company of Minnesota: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Trisura Specialty Insurance Company: Potential claims for failure to include MMA on settlement checks. — Unknown

Nature of claim

Amount requested

Trumbull Insurance Company: Potential claims for failure to include MMA on settlement checks. — Unknown

Nature of claim

Amount requested

Trusted Resource Underwriters Exchange: Potential claims for failure to include MMA on settlement checks. — Unknown

Nature of claim

Amount requested

TSL Insurance Group: Potential claims for failure to include MMA on settlement checks. — Unknown

Nature of claim

Amount requested

Turner Insurance: Potential claims for failure to include MMA on settlement checks. — Unknown

Nature of claim

Amount requested

TWFG Insurance Service Inc: Potential claims for failure to include MMA on settlement checks. — Unknown

Nature of claim

Amount requested

Tyler Insurance Company: Potential claims for failure to include MMA on settlement checks. — Unknown

Nature of claim

Amount requested

Typtap Insurance Company: Potential claims for failure to include MMA on settlement checks. — Unknown

Nature of claim

Amount requested

U.S. Insurance Agency: Potential claims for failure to include MMA on settlement checks. — Unknown

Nature of claim

Amount requested

U.S. Risk, LLC: Potential claims for failure to include MMA on settlement checks. — Unknown

Nature of claim

Amount requested

UIGUSA: Potential claims for failure to include MMA on settlement checks. — Unknown

Nature of claim

Amount requested

**Unique Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**United Automobile Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**United General Insurance (UGI): Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**United Specialty Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**United States Automobile Association: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**United States Liability Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Universal Insurance Group: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Universal North America Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Universal Property & Casualty Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Unlimited Insurance Service Providers: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | |
|---|---|
| **US Agencies Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **US Agency Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **US Assure: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **US Coastal Property & Casualty Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **US Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **US Risk: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **USAA: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **USAgencies Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **USDA Rural Development: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Value Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Value Insurance Agency, LLC.: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Vanderbilt Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | |
|---|---|
| **Vanderbilt Mortgage and Finance, Inc.: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Vanguard Claims: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Vegas Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Vehicle and Property Insurance Company, Allstate: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Velocity Claims LLC: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Velocity Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Velocity Risk Underwriters, LLC: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **VJW Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Vurich insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Vyrd Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Walpole Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | |
|---|---|
| **Watkins Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Watley Insurance Group: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Wellington: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Wells Fargo Bank Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Westchester Surplus Lines Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Western Mutual Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Western Specialty: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Weston Specialty Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Williams Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Wilson Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Wimberley Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Winchester General Agency, Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Woodmen Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**World Finance Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Wright National Flood Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**XL Specialty Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Zurich: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Zurich NA: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Abel Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Alexis A. Taylor, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Alvendia, Kelly, Demarest Law, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

| | |
|---|---|
| **AMO Trial Lawyers: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Baggett McCall LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Barcus Arenas PLLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Becker & Hebert: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Bisig Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Bolen, Parker, Brenner, Lee & Miller, Ltd.: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Boling Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Brasher Law Firm, PLLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Brian F Guillot Attorney at Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Broussard & Dove, APLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Broussard Injury Lawyers: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Burgos & Associates, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Carl J. Selenberg, Attorney at Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Chad T. Wilson Law Firm, PLLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Charbonnet Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Chehardy Sherman Williams Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Chelsea Dazet Attorney at Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Chelsea Dazet Attorney at Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Civil Legal Services, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Cossé Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Cox Cox Filo Camel Wilson & Brown, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Cueria Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Daly & Black, PC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Delphin Law Offices: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Delsa Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Didriksen, Saucier & Woods, PLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Don A Rouzan & Associates LLA Counsellors AT Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Egenberg Trial Lawyers: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Farah and Farah: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Favret Carriere Cronvich: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Fitz-Gerald Hebert & DeLouche: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Florin Roebig Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Frank J D'Amico Jr, APLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Frischhertz Impastato Person Injury Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Galindo Law Trial Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Glago Williams Attorney at Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Godbey Giardina Law Group: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Gordon McKernan Injury Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Guest Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Hair Shunnarah Trial Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Heath Law Group, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Herman, Herman & Katz, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Hogan Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Houghtaling Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Houghton Bradford Whitted PC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Huber Thomas Law, LLP: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Irpino, Avin & Hawkins Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Jason E. Cantrell: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Jason J. Joy & Associates: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**JJC Law LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**John G Toerner Attorney At Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**John M Welborn III Attorney At Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Jones & Hill Personal Injury Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Joubert Law Firm APLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Joyner Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**JT Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Kandell, Kandell & Petrie, P.A.: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Klotz & Early Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Kovar Law Group: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Kubiak Law Group: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Laborde Earles Injury Lawyers: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**LaHatte Law LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Law Office of Carolyn O Hines: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Law Office of Deborah E. Lonker: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Law Office of Laura Jean Todaro: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Law Office of Phillip T. Hager: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Law Office of Stephen M Smith Attorney: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Law Office of Steven J Rando LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Law Offices of Jeremy Moody LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**Lawrence R. Anderson, Jr. Attorney at Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Lee Hoffoss Injury Lawyers: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Long & Long Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Lundy, Lundy, Soileau & South, LLP: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Mahfouz Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Mansfield Melancon Cranmer & Dick Injury Lawyers: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Marcelle Robertson Mestayer LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Mark W Smith & Associates PLLC Attorneys at Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**McKee Law Firm LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Mike Brandner Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Mixon Carroll & Frazier LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Montiel Hodge: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Morris Bart LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**New Orleans Legal LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Nicaud & Sunseri Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Noland Law Office: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Norris Law Firm Personal Injury: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Pandit Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Palker Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Patout & Shaw, PLLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim** ______

**Amount requested** ______

**Pearl River Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Philip C Hoffman Attorney at Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Pierce & Shows Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Raspanti Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Richardson Law Group: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Riess LeMieux LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Robert Angelle, APLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Roper Ligh Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Roy & Scott: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Roy Scott & James Injury Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

| | |
|---|---|
| **Saeed & Little LLP: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Saathoff Law Group: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Sifers Jensen Palmer, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Simien & Simien, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Smith Jadin Johnson PLLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Stephenson, Chavarri & Dawson LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **SWLA Injury Attorneys, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Taggart Morton, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **The Carter Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **The Chopin Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | |
|---|---|
| **The Devereaux Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **The Johnson Firm Lawyers: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **The King Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **The Law Firm of Hesni & Rossetti, PLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **The Law Office of Richard J Fernandez LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **The Mahome Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **The Morgan Law Group: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **The Pellegrin Firm LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **The Townsley Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **The Voorhies Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**The Webster Law Firm, P.C.: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Thomas Soileau Jackson Cole: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Timothy B Moore Law Office LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Townsend Law, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Trieu Law, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Veron Bice Attorneys At Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**VG Law Group, L.L.P.: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**VG Vilar & Green Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Vidal Law & CPA Firm LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

**Welborn & Hargett Injoury Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | |
|---|---|
| **Whitworth Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Wilkofsky, Friedman, Karel & Cummins: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Windy Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Wolfe Law Group: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Woody Falgoust, A Law Corporation: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |
| **Zeringue Law Group: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | |

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| **The Debtor has approximately 25,000 engagement agreements with clients which provides the Debtor with an interest in the client's insurance claim. The value stated here is an estimated value to the Debtor. Actual recovery may be greater or less.** | **$75,000,000.00** |
| **Fee interest in approximately 722 Roundup exposure cases. The value stated here is an estimated value to the Debtor. Actual recovery may be greater or less.** | **$14,440,000.00** |
| **Fee interest in approximately 3,149 Zantac cases. The value stated here is an estimated value to the Debtor. Actual recovery may be greater or less.** | **$40,000,000.00** |
| **Fee interest in approximately 2,132 APAP cases. The value stated here is an estimated value to the Debtor. Actual recovery may be greater or less.** | **$8,000,000.00** |
| **Fee interest in approximatly 138 NEC cases. The value stated here is an estimated value to the Debtor. Actual recovery may be greater or less.** | **$15,000,000.00** |
| **Fraudulent transfer claims against Oakwood bank for approximately $1.5 million for taking Debtor's funds. This is an estimated number.** | **$1,500,000.00** |

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. **$153,940,000.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,239,729.36 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $238,406.98 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,010.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88. Real property.** *Copy line 56, Part 9.* ➔ | | $0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $153,940,000.00 | |
| **91. Total.** Add lines 80 through 90 for each column. | 91a. $155,438,146.34 | + 91b. $0.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92 **$155,438,146.34**

**Fill in this information to identify the case:**

Debtor name **MMA Law Firm, PLLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) **24-31596**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☐ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |

**Creditor's mailing address**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$0.00**

**Fill in this information to identify the case:**

Debtor **MMA Law Firm, PLLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) **24-31596**

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

**Total claim** **Priority amount**

**2.1** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( )

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**

**Abel Law Firm, LLC**
**405 W 2nd St.**
**Thibodaux LA 70301**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.2 Nonpriority creditor's name and mailing address**

**Access Restoration Services US, Inc.**
**c/o Lisa Norman**
**1885 St. James Place, 15th Floor**
**Houston TX 77056**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Pending Litigation**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$3,000,000.00**

**3.3 Nonpriority creditor's name and mailing address**

**ADP Run**
**7924 West Sahara Avenue**
**Las Vegas NV 89117**

**Date or dates debt was incurred**

**Last 4 digits of account number** 3 3 7 3

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.4 Nonpriority creditor's name and mailing address**

**Air Quality Assessors**
**P.O. Box 162261**
**Altamonte Springs FL 32716**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Case/Client Expenses**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$32,640.56**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.5** **Nonpriority creditor's name and mailing address**

**Aldine ISD Tax Office**
**14909 Aldine Westfield Rd**
**Houston TX 77032**

**Date or dates debt was incurred**

**Last 4 digits of account number** 2 8 0 5

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.6** **Nonpriority creditor's name and mailing address**

**Alexandria Rahn**
**Suite 800**
**10440 N. Central Expressway**
**Dallas TX 75231**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.7** **Nonpriority creditor's name and mailing address**

**Alexandria Twiss**
**Suite 4200**
**1717 Main St.**
**Dallas TX 75201**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.8** **Nonpriority creditor's name and mailing address**

**Alexis A. Taylor, LLC**
**P.O. Box 1060**
**Independence LA 70443**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

Debtor MMA Law Firm, PLLC Case number (if known) 24-31596

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.9** Nonpriority creditor's name and mailing address — **$0.00**

Alixe Duplechain
Suite 3300
201 St. Charles Ave.
New Orleans LA 70170

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred:

Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.10** Nonpriority creditor's name and mailing address — **$0.00**

All Peril Adjusting, LLC
594 Sawdust Rd.
Suite 354
The Woodlands TX 77380

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred:

Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.11** Nonpriority creditor's name and mailing address — **$0.00**

Alvendia, Kelly, Demarest Law, LLC
909 Poydras Street
Suite 1625
New Orleans LA 70112

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred:

Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.12** Nonpriority creditor's name and mailing address — **$0.00**

AMO Trial Lawyers
3850 N. Causeway Boulevard
Suite 590
Metairie LA 70002

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred:

Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.13** **Nonpriority creditor's name and mailing address**

**Andrea Miller**
**Suite 1600**
**909 Poydras**
**New Orleans LA 70112**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.14** **Nonpriority creditor's name and mailing address**

**Andres Holmgren**
**Suite 3300**
**201 St. Charles Ave.**
**New Orleans LA 70170**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.15** **Nonpriority creditor's name and mailing address**

**AT&T**
**P.O. Box 5019**
**Carol Stream IL 60197**

**Date or dates debt was incurred**

**Last 4 digits of account number** **7 5 4 2**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Phone Service**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$7,866.41**

**3.16** **Nonpriority creditor's name and mailing address**

**Baggett McCall LLC**
**3006 Country Club Road**
**Suite 100**
**Lake Charles LA 70605**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.17** **Nonpriority creditor's name and mailing address**

**Barcus Arenas PLLC**
**2200 N Loop West**
**Ste. 108**
**Houston TX 77018**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.18** **Nonpriority creditor's name and mailing address**

**Bayou Adjusting**
**P.O. Box 837**
**Walker LA 70785**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Case/Client Expenses**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$556,500.00**

**3.19** **Nonpriority creditor's name and mailing address**

**Becker & Hebert**
**201 Rue Beauregard**
**Lafayette LA 70505**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.20** **Nonpriority creditor's name and mailing address**

**Beverly DeLaune**
**755 Magazine St.**
**New Orleans LA 70130**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.21** **Nonpriority creditor's name and mailing address**

**Bisig Law Firm, LLC**
**206 N. Church Street**

**Jennings LA 70546**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.22** **Nonpriority creditor's name and mailing address**

**Bolen, Parker, Brenner, Lee & Miller, Lt**
**709 Versailles Blvd.**

**Alexandria LA 71303**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.23** **Nonpriority creditor's name and mailing address**

**Boling Law Firm, LLC**
**541 Julia St.**
**Ste. 300**

**New Orleans LA 70130**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.24** **Nonpriority creditor's name and mailing address**

**Brasher Law Firm, PLLC**
**1555 Poydras Street**
**Suite 1600**

**New Orleans LA 70112**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.25** **Nonpriority creditor's name and mailing address**

**Brian Craig Johnson, P.E.**
**7600 Chicago Ave. S**
**Richfield MN 55423**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.26** **Nonpriority creditor's name and mailing address**

**Brian F Guillot Attorney at Law**
**1716 Apple St**
**Metairie LA 70001**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.27** **Nonpriority creditor's name and mailing address**

**Broussard & Dove, APLC**
**7605 Park Avenue**
**Houma LA 70364**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.28** **Nonpriority creditor's name and mailing address**

**Broussard Injury Lawyers**
**321 Veterans Memorial Blvd**
**Suite 205**
**Metairie LA 70005**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.29** **Nonpriority creditor's name and mailing address**

**Burgos & Associates, LLC**
**3535 Canal Street**
**Suite 200**

**New Orleans LA 70119**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.30** **Nonpriority creditor's name and mailing address**

**Caffery, Oubre, Campbell & Garrison, LLP**
**Suite 201**
**100 East Vermilion St.**

**Lafayette LA 70501**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Judgments/Sanctions/Costs**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$256,877.85**

**3.31** **Nonpriority creditor's name and mailing address**

**Cameron Snowden**
**Suite 2900**
**2933 Myrtle Ave.**

**Baton Rouge LA 70806**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.32** **Nonpriority creditor's name and mailing address**

**CapitalOne Spark**
**P.O. Box 30285**

**Salt Lake City UT 84130**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Credit**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$44,439.02**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.33** **Nonpriority creditor's name and mailing address**

**Carl J. Selenberg, Attorney at Law**
**3713 Airline Drive**

**Metairie LA 70001**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.34** **Nonpriority creditor's name and mailing address**

**Catherine Patriarca**
**Suite 2400**
**601 Poydras St.**

**New Orleans LA 70130**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.35** **Nonpriority creditor's name and mailing address**

**Chad T. Wilson Law Firm, PLLC**
**455 East Medical Center Blvd.**
**Ste. 555**

**Webster TX 77598**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.36** **Nonpriority creditor's name and mailing address**

**Chamary, LLC**
**P.O. Box 113130**

**Metairie LA 70011**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **New Orleans Lease**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$235,822.72**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.37** **Nonpriority creditor's name and mailing address**

**Charbonnet Law Firm, LLC**
**501 Clearview Parkway**
**Metairie LA 70001**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Amount of claim: $0.00**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.38** **Nonpriority creditor's name and mailing address**

**Chehardy Sherman Williams Law Firm**
**1 Galleria Boulevard**
**Suite 1100**
**Metairie LA 70001**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Amount of claim: $0.00**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.39** **Nonpriority creditor's name and mailing address**

**Chelsea Dazet Attorney at Law**
**221 E Kirkland Street**
**Covington LA 70433**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Amount of claim: $0.00**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.40** **Nonpriority creditor's name and mailing address**

**Civil Legal Services, LLC**
**2221 Saint Claude Ave**
**New Orleans LA 70117**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Amount of claim: $0.00**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor MMA Law Firm, PLLC Case number (if known) 24-31596

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.41** Nonpriority creditor's name and mailing address

Claire Easterling Pontier
Suite 3250
1100 Poydras Street
New Orleans LA 70163

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

**3.42** Nonpriority creditor's name and mailing address

Claude Reynaud, III
9 Killdeer St.
New Orleans LA 70124

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

**3.43** Nonpriority creditor's name and mailing address

Clay Cosse
Suite 4200
1717 Main St.
Dallas TX 75201

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

**3.44** Nonpriority creditor's name and mailing address

Clerk of Court - Beauregard Parish
P.O. Box 100
DeRidder LA 70634

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.45** **Nonpriority creditor's name and mailing address**

**Clerk of Court - Caddo Parish**
**501 Texas St.**
**Room 103**
**Shreveport LA 71101**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.46** **Nonpriority creditor's name and mailing address**

**Clerk of Court - Calcasieu Parish**
**P.O. Box 1030**
**Lake Charles LA 70602**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.47** **Nonpriority creditor's name and mailing address**

**Coastal Claims**
**2650 N Dixie Fwy**
**New Smyrna Beach FL 32168**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Case/Client Expenses**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$66,727.00**

**3.48** **Nonpriority creditor's name and mailing address**

**Comcast**
**P.O. Box 8587**
**Philadelphia PA 19101**

**Date or dates debt was incurred**

**Last 4 digits of account number** **9 0 9 0**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Cable**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$9,448.56**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.49** **Nonpriority creditor's name and mailing address**

**Comcast - old account (FL)**
**444 Highway 96 East**

**St. Paul MN 55127**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Amount of claim:** **$0.00**

**Date or dates debt was incurred**

**Last 4 digits of account number** 0 1 4 9

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.50** **Nonpriority creditor's name and mailing address**

**Concur**
**SAP Philippines, Inc.**
**Topaz Rd. & Ruby Rd.**
**1600 Manila, Philippines**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Amount of claim:** **$0.00**

**Date or dates debt was incurred**

**Last 4 digits of account number** 6 1 3 2

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.51** **Nonpriority creditor's name and mailing address**

**Cornerstone Consulting Group**
**243 La Costa Circle**

**Weatherford TX 76088**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Amount of claim:** **$0.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.52** **Nonpriority creditor's name and mailing address**

**Cossé Law Firm, LLC**
**1515 Poydras Street**
**Suite 900**

**New Orleans LA 70112**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Amount of claim:** **$0.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.53** **Nonpriority creditor's name and mailing address**

**Cox Cox Filo Camel Wilson & Brown, LLC**
**723 Broad Street**
**Lake Charles LA 70601**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.54** **Nonpriority creditor's name and mailing address**

**Cueria Law Firm, LLC**
**650 Poydras Street**
**Suite 2740**
**New Orleans LA 70130**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.55** **Nonpriority creditor's name and mailing address**

**Dale Jefferson**
**Suite 1100**
**808 Travis St.**
**Houston TX 77002**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.56** **Nonpriority creditor's name and mailing address**

**Daly & Black, P.C.**
**2211 Norfolk St.**
**#800**
**Houston TX 77098**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.57** **Nonpriority creditor's name and mailing address**

**Daly & Black, PC**
**2211 Norfolk Street**
**Suite 800**
**Houston TX 77098**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.58** **Nonpriority creditor's name and mailing address**

**David Schenck**
**Suite 4200**
**1717 Main St.**
**Dallas TX 75201**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.59** **Nonpriority creditor's name and mailing address**

**Definiti**
**P.O. Box 95357**
**Grapevine TX 76099**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.60** **Nonpriority creditor's name and mailing address**

**Delphin Law Offices**
**626 Broad St**
**Lake Charles LA 70601**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.61** **Nonpriority creditor's name and mailing address**

**Delsa Law Firm**
**3260 Range Court**
**Mandeville LA 70448**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.62** **Nonpriority creditor's name and mailing address**

**Deutsch Kerrigan LLP**
**755 Magazine Street**
**New Orleans LA 70130**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.63** **Nonpriority creditor's name and mailing address**

**Didriksen, Saucier & Woods, PLC**
**3114 Canal Street**
**New Orleans LA 70119**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.64** **Nonpriority creditor's name and mailing address**

**Disaster Solutions**
**1301 Seminole Blvd**
**Suite 140**
**Largo FL 33770**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Case/Client Expenses**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$107,952.28**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.65** **Nonpriority creditor's name and mailing address**

**Don A Rouzan & Associates LLA Counsellor**
**1010 Common St**
**Suite 2410**

**New Orleans LA 70112**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.66** **Nonpriority creditor's name and mailing address**

**Dupont Claim Services**
**1721 Hwy 22W**

**Madisonville LA 70447**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Case/Client Expenses**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$85,470.00**

**3.67** **Nonpriority creditor's name and mailing address**

**Egenberg Trial Lawyers**
**650 Poydras Street**
**Suite 2000**

**New Orleans LA 70130**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.68** **Nonpriority creditor's name and mailing address**

**Elsbet Smith**
**Suite 200**
**111 N. Oak St.**

**Hammond LA 70401**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

Debtor MMA Law Firm, PLLC Case number (if known) 24-31596

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.69** Nonpriority creditor's name and mailing address

Equal Access Justice Fund, LP
c/o Fred Johnson
Spencer Fane, LLP
3040 Post Oak Blvd, Suite 1400
Houston TX 77056

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Contract

Is the claim subject to offset?

- ☑ No
- ☐ Yes

$38,000,000.00

**3.70** Nonpriority creditor's name and mailing address

Esquire Deposition Solutions
1500 Centre Pkwy
Suite 100
East Point GA 30344

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?

- ☑ No
- ☐ Yes

$0.00

**3.71** Nonpriority creditor's name and mailing address

Exact Building Consultants
18702 69th Ave E
Bradenton FL 34211

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Case/Client Services

Is the claim subject to offset?

- ☑ No
- ☐ Yes

$3,231,009.12

**3.72** Nonpriority creditor's name and mailing address

Favret Carriere Cronvich
650 Poydras Street
Suite 2300
New Orleans LA 70130

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?

- ☑ No
- ☐ Yes

$0.00

Debtor MMA Law Firm, PLLC Case number (if known) 24-31596

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.73** Nonpriority creditor's name and mailing address

FCC

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Case/Client Expenses

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: $95,505.36

**3.74** Nonpriority creditor's name and mailing address

Fitz-Gerald Hebert & DeLouche
2306 Sampson St
Westlake LA 70669

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: $0.00

**3.75** Nonpriority creditor's name and mailing address

Frank J D'Amico Jr, APLC
4608 Rye Street
Metairie LA 70006

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: $0.00

**3.76** Nonpriority creditor's name and mailing address

Frederick M Lupfer
1824 County Road 3113
Jacksonville TX 75766

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: $0.00

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.77** **Nonpriority creditor's name and mailing address**

**Frischhertz Impastato Person Injury Law**
**1140 St. Charles Ave.**
**New Orleans LA 70130**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.78** **Nonpriority creditor's name and mailing address**

**Galindo Law**
**4151 Southwest Fwy**
**#602**
**Houston TX 77027**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.79** **Nonpriority creditor's name and mailing address**

**Galindo Law Trial Attorneys**
**4151 Southwest Fwy**
**Suite 602**
**Houston TX 77027**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.80** **Nonpriority creditor's name and mailing address**

**Galindo Law Trial Attorneys**
**4151 Southwest Fwy**
**Suite 602**
**Houston TX 77027**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.81** **Nonpriority creditor's name and mailing address**

**Glago Williams Attorney at Law**
**909 Poydras Street**
**29th Floor**
**New Orleans LA 70112**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.82** **Nonpriority creditor's name and mailing address**

**Global Estimating Services, Inc.**
**25000 Pitkin Rd.**
**Suite 201/202**
**Spring TX 77386**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Case/Client Expenses**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$9,865,862.99**

**3.83** **Nonpriority creditor's name and mailing address**

**GM Financial**
**P.O. Box 180682**
**Arlington TX 76096**

**Date or dates debt was incurred**

**Last 4 digits of account number** **7 1 0 1**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.84** **Nonpriority creditor's name and mailing address**

**Godbey Giardina Law Group**
**1381 Fremaux Avenue**
**Slidell LA 70458**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.85** **Nonpriority creditor's name and mailing address**

**Gordon McKernan Injury Attorneys**
**5656 Hilton Avenue**

**Baton Rouge LA 70808**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.86** **Nonpriority creditor's name and mailing address**

**Gordon, Arata, Montgomery, Barnett, McCo**
**201 St. Charles Ave**
**40th Floor**

**New Orleans LA 70170**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.87** **Nonpriority creditor's name and mailing address**

**Grant Gardiner**
**3129 Bore St.**

**Metairie LA 70001**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.88** **Nonpriority creditor's name and mailing address**

**Guest Law Firm**
**1900 32nd Street**

**Kenner LA 70065**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.89** Nonpriority creditor's name and mailing address

**Gwyneth O'Neill**
**Suite 1600**
**909 Poydras**
**New Orleans LA 70112**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

**3.90** Nonpriority creditor's name and mailing address

**HAAG**
**P.O. Box 660625**
**Dallas TX 75266**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

**3.91** Nonpriority creditor's name and mailing address

**Hair Shunnarah Trial Attorneys**
**3540 S. I-10 Service Road W.**
**Suite 300**
**Metairie LA 70001**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

**3.92** Nonpriority creditor's name and mailing address

**Harris Wells**
**Suite 3500**
**1100 Louisiana St.**
**Houston TX 77002**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.93** **Nonpriority creditor's name and mailing address**

**Heath Law Group, LLC**
**201 St. Charles Ave**
**Suite 2500**

**New Orleans LA 70170**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.94** **Nonpriority creditor's name and mailing address**

**Herman, Herman & Katz, LLC**
**909 Poydras Street**
**Suite 1860**

**New Orleans LA 70112**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.95** **Nonpriority creditor's name and mailing address**

**Hogan Attorneys**
**310 North Cherry St.**
**No. 1**

**Hammond LA 70401**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.96** **Nonpriority creditor's name and mailing address**

**Houghtaling Law Firm, LLC**
**3850 Causeway Blvd**
**Suite 1090**

**Metairie LA 70002**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.97** Nonpriority creditor's name and mailing address

**Howard Marshall**
**Suite 2300**
**601 Poydras St.**

**New Orleans LA 70130**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

**3.98** Nonpriority creditor's name and mailing address

**Huber Thomas Law, LLP**
**1100 Poydras Street**
**Suite 2200**

**New Orleans LA 70163**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

**3.99** Nonpriority creditor's name and mailing address

**InQuest General Contracting LLC**
**P.O. Box 1827**

**Quinlan TX 75474**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

**3.100** Nonpriority creditor's name and mailing address

**Insurance Claim Solutions - Umpire**
**1458 Old Fort Road**

**Farview NC 28730**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.101** **Nonpriority creditor's name and mailing address**

**Iron Mountain**
**3502 Bissonnet St.**
**Houston TX 77005**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.102** **Nonpriority creditor's name and mailing address**

**Irpino, Avin & Hawkins Law Firm**
**2216 Magazine Street**
**New Orleans LA 70130**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.103** **Nonpriority creditor's name and mailing address**

**J.A. Consulting**
**7948 Davis Boulevard**
**Suite 100**
**North Richland Hills TX 76182**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Case/Client Expenses**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$259,471.50**

**3.104** **Nonpriority creditor's name and mailing address**

**James McClenny**
**380 Ridge Lake Scenic Dr.**
**Montgomery TX 77316**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Contract/Reimbursement**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$439,680.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.105** **Nonpriority creditor's name and mailing address**

**Jason J. Joy & Associates**
**909 Texas Ave.**
**Suite 1801**
**Houston TX 77002**

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** **Notice Only**

**Amount of claim:** **$0.00**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.106** **Nonpriority creditor's name and mailing address**

**Jayne Elizabeth Moseley**
**4018 Meadow Lake Ln.**
**Houston TX 77027**

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** **Community Property Claim**

**Amount of claim:** **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.107** **Nonpriority creditor's name and mailing address**

**Jean Frizzell**
**Suite 3500**
**1100 Louisiana St.**
**Houston TX 77002**

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** **Notice Only**

**Amount of claim:** **$0.00**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.108** **Nonpriority creditor's name and mailing address**

**JJC Law LLC**
**3914 Canal Street**
**New Orleans LA 70119**

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** **Notice Only**

**Amount of claim:** **$0.00**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.109** **Nonpriority creditor's name and mailing address**

**John G Toerner Attorney At Law**
**19335 N 9th Street**
**Covington LA 70433**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.110** **Nonpriority creditor's name and mailing address**

**John Jordan**
**P.O. Box 2828**
**Hammond LA 70404**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.111** **Nonpriority creditor's name and mailing address**

**John M Welborn III Attorney At Law**
**508 N Pine St**
**DeRidder LA 70634**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.112** **Nonpriority creditor's name and mailing address**

**Jonathan Lemann**
**Suite 3250**
**1100 Poydras Street**
**New Orleans LA 70163**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.113** **Nonpriority creditor's name and mailing address**

**Jones & Hill Personal Injury Attorneys**
**215 West 6th Ave**
**Oberlin LA 70655**

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$0.00**

**3.114** **Nonpriority creditor's name and mailing address**

**Joubert Law Firm APLC**
**2171 Quail Run Drive**
**Baton Rouge LA 70808**

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$0.00**

**3.115** **Nonpriority creditor's name and mailing address**

**Joyner Law Firm**
**2236 St Charles Ave**
**Suite A**
**New Orleans LA 70130**

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$0.00**

**3.116** **Nonpriority creditor's name and mailing address**

**JT Law Firm**
**111 North Orange Ave**
**Ste. 800**
**Orlando FL 32801**

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.117** **Nonpriority creditor's name and mailing address**

**Kaleb Blake Company Umpire Services**
**1709 Gornto Road**
**A-308**

**Valdosta GA 31601**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.118** **Nonpriority creditor's name and mailing address**

**Kandell, Kandell & Petrie, P.A.**
**2665 S Bayshore Dr**
**Suite 500**

**Miami FL 33133**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.119** **Nonpriority creditor's name and mailing address**

**Kevin Tully**
**Suite 2300**
**601 Poydras St.**

**New Orleans LA 70130**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.120** **Nonpriority creditor's name and mailing address**

**Klotz & Early Law Firm**
**909 Poydras Street**
**Suite 2950**

**New Orleans LA 70112**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.121** **Nonpriority creditor's name and mailing address**

**Kovar Law Group**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.122** **Nonpriority creditor's name and mailing address**

**Krause and Kinsman Trial Lawyers**
**4717 Grand Ave**
**#300**
**Kansas City MO 64112**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.123** **Nonpriority creditor's name and mailing address**

**Laborde Earles Injury Lawyers**
**1901 Kaliste Saloom Rd**
**Lafayette LA 70508**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.124** **Nonpriority creditor's name and mailing address**

**LaHatte Law LLC**
**2000 Clearview Pkwy**
**Suite 203**
**Metairie LA 70001**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.125** **Nonpriority creditor's name and mailing address**

**Law Office of Carolyn O Hines**
**1330 Jackson St**
**Suite C**
**Alexandria LA 71301**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Amount of claim:** **$0.00**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.126** **Nonpriority creditor's name and mailing address**

**Law Office of Deborah E. Lonker**
**3636 S I 10 Service Rd W**
**Suite 100**
**Metairie LA 70001**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Amount of claim:** **$0.00**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.127** **Nonpriority creditor's name and mailing address**

**Law Office of Laura Jean Todaro**
**909 W Esplanade Ave**
**Suite 203**
**Kenner LA 70065**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Amount of claim:** **$0.00**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.128** **Nonpriority creditor's name and mailing address**

**Law Office of Phillip T. Hager**
**3500 North Hullen Street**
**Metairie LA 70002**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Amount of claim:** **$0.00**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.129** **Nonpriority creditor's name and mailing address**

**Law Office of Stephen M Smith Attorney**
**1425 N Broad St**
**Suite 201**
**New Orleans LA 70119**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.130** **Nonpriority creditor's name and mailing address**

**Law Office of Steven J Rando LLC**
**3530 Canal St**
**New Orleans LA 70119**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.131** **Nonpriority creditor's name and mailing address**

**Law Offices of Jeremy Moody LLC**
**327 Nora Broussard Rd**
**Youngsville LA 70592-5661**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.132** **Nonpriority creditor's name and mailing address**

**Lawrence R. Anderson, Jr. Attorney at La**
**11953 Coursey Boulevard**
**Baton Rouge LA 70816**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.133** **Nonpriority creditor's name and mailing address**

**Lee Hoffoss Injury Lawyers**
**517 W College St**
**Lake Charles LA 70605**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.134** **Nonpriority creditor's name and mailing address**

**Locklin Consulting, LLC**
**2478 S 3rd Ave**
**Walla Walla WA 99362**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Case/Client Expenses**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$158,000.00**

**3.135** **Nonpriority creditor's name and mailing address**

**Long & Long Law Firm**
**3600 Springhill Memorial Drive N.**
**Mobile AL 36608**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.136** **Nonpriority creditor's name and mailing address**

**Louisiana Dept. Of Insurance**
**P.O. Box 94214**
**Baton Rouge LA 70804**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Fine**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$500,000.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.137** **Nonpriority creditor's name and mailing address**

**Louisiana TWC**
**P.O. Box 94050**
**Baton Rouge LA 70804**

**Date or dates debt was incurred**
**Last 4 digits of account number** 7 4 1 2

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Taxes**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$535.13**

**3.138** **Nonpriority creditor's name and mailing address**

**Lundy, Lundy, Soileau & South, LLP**
**501 Broad Street**
**Lake Charles LA 70601**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.139** **Nonpriority creditor's name and mailing address**

**Mahfouz Law Firm, LLC**
**1201 Brashear Avenue**
**Suite 201**
**Morgan City LA 70381**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.140** **Nonpriority creditor's name and mailing address**

**Manning General Contractors**
**402 SW Market St.**
**Lees Summit MO 64063**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.141** **Nonpriority creditor's name and mailing address**

**Mansfield Melancon Cranmer & Dick Injury**
**318 Harrison Ave**
**New Orleans LA 70124**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.142** **Nonpriority creditor's name and mailing address**

**Marcelle Robertson Mestayer LLC**
**650 Poydras St**
**Suite 2720**
**New Orleans LA 70130**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.143** **Nonpriority creditor's name and mailing address**

**Mark W Smith & Associates PLLC Attorneys**
**500 N Causeway Blvd**
**Metairie LA 70001**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.144** **Nonpriority creditor's name and mailing address**

**McKee Law Firm LLC**
**1100 Poydras St**
**Suite 1475**
**New Orleans LA 70163**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.145** **Nonpriority creditor's name and mailing address**

**Melissa Lessel**
**755 Magazine St.**
**New Orleans LA 70130**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.146** **Nonpriority creditor's name and mailing address**

**Mike Brandner Law Firm**
**3621 Veterans Memorial Boulevard**
**Metairie LA 70401**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.147** **Nonpriority creditor's name and mailing address**

**Mixon Carroll & Frazier LLC**
**P O Drawer 1619**
**Columbia LA 71418**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.148** **Nonpriority creditor's name and mailing address**

**Montiel Hodge**
**400 Poydras St**
**Suite 2325**
**New Orleans LA 70130**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.149** **Nonpriority creditor's name and mailing address**

**Morris Bart LLC**
**601 Poydras St**
**Floor 24**
**New Orleans LA 70130**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.150** **Nonpriority creditor's name and mailing address**

**National Public Adjusting, LLC**
**25015 Spring Creek Drive**
**Spring TX 77380**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.151** **Nonpriority creditor's name and mailing address**

**New Orleans Legal LLC**
**643 Magazine St**
**Suite 202**
**New Orleans LA 70130**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.152** **Nonpriority creditor's name and mailing address**

**Nicaud & Sunseri Law Firm**
**3000 18th St**
**Metairie LA 70002**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.153** **Nonpriority creditor's name and mailing address**

Noble Public Adjusting
107 Amar Place
#103

Panama City Beach FL 32413

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.154** **Nonpriority creditor's name and mailing address**

Noland Law Office
533 Europe St

Baton Rouge LA 70802

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.155** **Nonpriority creditor's name and mailing address**

Norris Law Firm Personal Injury
8 North Oak St

Vidalia LA 71373

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.156** **Nonpriority creditor's name and mailing address**

Oakwoood Bank
LB 35
Suite 600
8411 Preston Rd
Dallas TX 75225

**Date or dates debt was incurred**

**Last 4 digits of account number** 2 8 2 5

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Loan

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$44,624.05**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.157** **Nonpriority creditor's name and mailing address**

**Pandit Law**
**701 Poydras Street**
**Suite 3950**
**New Orleans LA 70139**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.158** **Nonpriority creditor's name and mailing address**

**Patout & Shaw, PLLC**
**1235 N Loop W**
**8th Floor**
**Houston TX 77008**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.159** **Nonpriority creditor's name and mailing address**

**PCG - Property Loss Consultants**
**2000 Mallory Lane**
**Suite 130, #239**
**Franklin TN 37067**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Judgment on appeal and is being challenged.**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Judgment**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$9,795,003.46**

**3.160** **Nonpriority creditor's name and mailing address**

**Philip C Hoffman Attorney at Law**
**643 Magazine St**
**Suite 300 A**
**New Orleans LA 70130**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

Debtor MMA Law Firm, PLLC Case number (if known) 24-31596

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.161** Nonpriority creditor's name and mailing address

Pierce & Shows Attorneys
601 St Joseph St
Baton Rouge LA 70802

Date or dates debt was incurred:

Last 4 digits of account number:

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
- [x] No
- [ ] Yes

Amount of claim: $0.00

**3.162** Nonpriority creditor's name and mailing address

Porsche Financial Services
One Porsche Dr.
Atlanta GA 30354

Date or dates debt was incurred:

Last 4 digits of account number: 1 9 0 8

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Lease

Is the claim subject to offset?
- [x] No
- [ ] Yes

Amount of claim: $94,575.39

**3.163** Nonpriority creditor's name and mailing address

Principal Financial
P.O. Box 249
Itasca IL 60143

Date or dates debt was incurred:

Last 4 digits of account number: 0 0 0 1

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: Contract

Is the claim subject to offset?
- [x] No
- [ ] Yes

Amount of claim: $8,265.99

**3.164** Nonpriority creditor's name and mailing address

R. William Huye, III
2106 Key West Cove
Austin TX 78746

Date or dates debt was incurred:

Last 4 digits of account number:

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
- [x] No
- [ ] Yes

Amount of claim: $0.00

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.165** **Nonpriority creditor's name and mailing address**

**Raspanti Law Firm**
**3900 North Causeway Blvd**
**Suite 1470 (Lakeway 1)**
**Metairie LA 70002**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.166** **Nonpriority creditor's name and mailing address**

**Richardson Law Group**
**422 E Lockwood St**
**Covington LA 70433**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.167** **Nonpriority creditor's name and mailing address**

**Riess LeMieux LLC**
**1100 Poydras St**
**Suite 110**
**New Orleans LA 70163**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.168** **Nonpriority creditor's name and mailing address**

**Robert Angelle, APLC**
**3231 N Interstate 10 Service Rd W**
**Metairie LA 70002**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

Debtor MMA Law Firm, PLLC Case number (if known) 24-31596

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.169** Nonpriority creditor's name and mailing address

Robert Emmet Couhig , Jr
Suite 3250
1100 Poydras Street
New Orleans LA 70163

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?

- ☑ No
- ☐ Yes

$0.00

**3.170** Nonpriority creditor's name and mailing address

Ron Anthony Austin
400 Manhattan Boulevard
Harvey LA 70058

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?

- ☑ No
- ☐ Yes

$0.00

**3.171** Nonpriority creditor's name and mailing address

Roper Ligh Attorneys
10935 Perkins Rd
Suite B
Baton Rouge LA 70810

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?

- ☑ No
- ☐ Yes

$0.00

**3.172** Nonpriority creditor's name and mailing address

Roy & Scott
P O Box 544
Marksville LA 71351

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?

- ☑ No
- ☐ Yes

$0.00

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.173** **Nonpriority creditor's name and mailing address**

**SBA**
**CESC - COVID EIDL Service Center**
**C14925 Kingsport Rd.**
**Fort Worth TX 76155**

**Date or dates debt was incurred**

**Last 4 digits of account number** 7 9 0 3

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Loan

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$145,197.09**

**3.174** **Nonpriority creditor's name and mailing address**

**ScanStat**
**P.O. Box 791522**
**Baltimore MD 21279**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.175** **Nonpriority creditor's name and mailing address**

**Scope Pros, LLC**
**8060 East Girard Avenue**
**Unit 619**
**Denver CO 80231**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Case/Client Expenses

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1,268,000.00**

**3.176** **Nonpriority creditor's name and mailing address**

**Scott Galante**
**816 Cadiz St.**
**New Orleans LA 70115**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.177** **Nonpriority creditor's name and mailing address**

**Scott Huete**
**400 Manhattan Boulevard**
**Harvey LA 70058**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.178** **Nonpriority creditor's name and mailing address**

**Simien & Simien, LLC**
**7908 Wrenwood Blvd.**
**Baton Rouge LA 70809**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.179** **Nonpriority creditor's name and mailing address**

**SJP Law Firm**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.180** **Nonpriority creditor's name and mailing address**

**Smith Jadin Johnson PLLC**
**7900 Xerxes Avenue South**
**Suite 2020**
**Bloomington MN 55431**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.181** **Nonpriority creditor's name and mailing address**

**State Farm Counsel**

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** **Judgments/Sanctions**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$18,750.00**

**3.182** **Nonpriority creditor's name and mailing address**

**Stephenson, Chavarri & Dawson LLC**
**400 Poydras St**
**Suite 1990**
**New Orleans LA 70130**

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** **Notice Only**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$0.00**

**3.183** **Nonpriority creditor's name and mailing address**

**Stolk Lab**
**1711 Analog Dr.**
**Richardson TX 75081**

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** **Notice Only**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$0.00**

**3.184** **Nonpriority creditor's name and mailing address**

**SWLA Injury Attorneys, LLC**
**949 Ryan Street**
**Suite 130**
**Lake Charles LA 70601**

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** **Notice Only**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$0.00**

Debtor MMA Law Firm, PLLC Case number (if known) 24-31596

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.185** Nonpriority creditor's name and mailing address

The Chopin Law Firm
650 Poydras Street
Suite 1550
New Orleans LA 70130

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: $0.00

**3.186** Nonpriority creditor's name and mailing address

The Devereaux Law Firm
2113 Lakeshore Drive
Mandeville LA 70448

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: $0.00

**3.187** Nonpriority creditor's name and mailing address

The Johnson Firm Lawyers
1419 Ryan St
Lake Charles LA 70601

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: $0.00

**3.188** Nonpriority creditor's name and mailing address

The King Firm
2912 Canal St
New Orleans LA 70119

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: $0.00

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.189** **Nonpriority creditor's name and mailing address**

The Law Firm of Hesni & Rossetti, PLC
407 Huey P. Long Avenue
Gretna LA 70053

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.190** **Nonpriority creditor's name and mailing address**

The Law Office of Richard J Fernandez LL
3000 W Esplanade Ave N
Suite 200
Metairie LA 70002

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.191** **Nonpriority creditor's name and mailing address**

The Mahome Firm
5190 Canal Boulevard
Suite 102
New Orleans LA 70124

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.192** **Nonpriority creditor's name and mailing address**

The Morgan Law Group
1331 Ochsner Blvd
Ste. 101
Covington LA 70433

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.193** **Nonpriority creditor's name and mailing address**

**The Pellegrin Firm LLC**
**3500 N Hullen St**
**Suite 17D**

**Metairie LA 70002**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.194** **Nonpriority creditor's name and mailing address**

**The Townsley Law Firm**
**3102 Enterprise Blvd.**

**Lake Charles LA 70601**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.195** **Nonpriority creditor's name and mailing address**

**The Voorhies Law Firm**
**1100 Poydras Street**
**Suite 2810**

**New Orleans LA 70163**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.196** **Nonpriority creditor's name and mailing address**

**The Webster Law Firm, P.C.**
**6200 Savoy Drive**
**Suite 150**

**Houston TX 77036**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.197** **Nonpriority creditor's name and mailing address**

**Thomas Flanagan**
**Suite 3300**
**201 St. Charles Ave.**

**New Orleans LA 70170**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.198** **Nonpriority creditor's name and mailing address**

**Thomson Reuters**
**610 Opperman Drive**

**Eagan MN 55123**

**Date or dates debt was incurred**

**Last 4 digits of account number** 4 4 6 3

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Contract**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$57,022.52**

**3.199** **Nonpriority creditor's name and mailing address**

**Timothy B Moore Law Office LLC**
**10001 Lake Forest Blvd**
**Suite 870**

**New Orleans LA 70127**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.200** **Nonpriority creditor's name and mailing address**

**Tollefson Bradley Mitchell & Melendi, LL**
**2811 McKinney Ave.**
**Suite 250**

**Dallas TX 75204**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.201** **Nonpriority creditor's name and mailing address**

**TX Tag**
**P.O. Box 650749**
**Dallas TX 75265**

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** **Notice Only**

**Amount of claim:** **$0.00**

**Date or dates debt was incurred**

**Last 4 digits of account number** 6 2 8 6

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.202** **Nonpriority creditor's name and mailing address**

**Veron Bice Attorneys At Law**
**721 Kirby St**
**Lake Charles LA 70601**

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** **Notice Only**

**Amount of claim:** **$0.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.203** **Nonpriority creditor's name and mailing address**

**VG Law Group, L.L.P.**
**8751 W. Broward Blvd.**
**Suite 200**
**Plantation FL 33324**

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** **Notice Only**

**Amount of claim:** **$0.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.204** **Nonpriority creditor's name and mailing address**

**VG Vilar & Green Attorneys**
**1450 Dorchester Dr**
**Alexandria LA 71301**

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** **Notice Only**

**Amount of claim:** **$0.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.205** **Nonpriority creditor's name and mailing address**

**Vidal Law & CPA Firm LLC**
**135 Woodlake Blvd**
**Kenner LA 70065**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.206** **Nonpriority creditor's name and mailing address**

**Webster Vicknair Macleod**
**6200 Savoy Drive**
**Suite 150**
**Houston TX 77036**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.207** **Nonpriority creditor's name and mailing address**

**Welborn & Hargett Injoury Attorneys**
**1540 W Pinhook Rd**
**Lafayette LA 70503**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.208** **Nonpriority creditor's name and mailing address**

**Whitworth Law Firm, LLC**
**900 France Street**
**Baton Rouge LA 70802**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.209** **Nonpriority creditor's name and mailing address**

**Wilkofsky, Friedman, Karel & Cummins**
**299 Broadway**
**Ste. 1700**
**New York NY 10007**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.210** **Nonpriority creditor's name and mailing address**

**William Gibbens**
**Suite 1600**
**909 Poydras**
**New Orleans LA 70112**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.211** **Nonpriority creditor's name and mailing address**

**William Macaluso**
**Suite 200**
**111 N. Oak St.**
**Hammond LA 70401**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.212** **Nonpriority creditor's name and mailing address**

**William Ross**
**816 Cadiz St.**
**New Orleans LA 70115**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.213** **Nonpriority creditor's name and mailing address**

**Woody Falgoust, A Law Corporation**
**1050 Canal Blvd.**

**Thibodaux LA 70301**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

**3.214** **Nonpriority creditor's name and mailing address**

**Zeringue Law Group**
**311 Patriot Street**

**Thibodaux LA 70301**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jason Silver**<br>**Suite 725W**<br>**One Pierce Place**<br>**Itasca IL 60143** | Line **3.163**<br>☐ Not listed. Explain: | ___ ___ ___ ___ |
| 4.2 | **Lisa Norman**<br>**15th Floor**<br>**1885 St. James Place**<br>**Houston TX 77056** | Line **3.159**<br>☐ Not listed. Explain: | ___ ___ ___ ___ |
| 4.3 | **Lisa Norman**<br>**15th Floor**<br>**1885 St. James Place**<br>**Houston TX 77056** | Line **3.82**<br>☐ Not listed. Explain: | ___ ___ ___ ___ |
| 4.4 | **Spencer Fane, LP**<br>**Fred Johnson**<br>**3040 Post Oak Blvd, Suite 1400**<br>**Houston TX 77056** | Line ______<br>☑ Not listed. Explain:<br>**Notice Only - Counsel for EAJF** | ___ ___ ___ ___ |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$68,385,247.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$68,385,247.00** |

**Fill in this information to identify the case:**

Debtor name **MMA Law Firm, PLLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) **24-31596** Chapter **11**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

| | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Temporary Lease - suite 2900 at 1415 Lousiana Street, Houston, TX 77002 pursuant to a Sublease Agreemetn with KLX Energy Services<br>Contract to be REJECTED | 1415 Louisiana, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Lease: 1820 St. Charles Ave. , Suite 110, New Orleans, Louisiana<br>Contract to be REJECTED | Chamary, LLC<br>Attn: Carlton Toups<br>113 Midway Drive<br>New Orleans LA 70123 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | 1820 St. Charles Avenue, New Orleans, LA - Suite 200<br>Contract to be REJECTED | Chamary, LLC<br>9012 Jodhpur<br>Fair Oaks Ranch TX 78015 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Storage facility<br>Contract to be REJECTED | Elmwood Storage Facility<br>1004 S. Clearview Pkwy<br>New Orleans LA 70123 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Lease: 516 Heights Blvd, Houston, TX<br>Contract to be REJECTED | Jamie Guerra Heights House LLC<br>516 Heights Blvd<br>Houston TX 77007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Sublease agreement - 1415 Louisiana Street, Suite 2900.<br>Contract to be REJECTED | KLX Energy Services, LLC<br>3040 Post Oak Blvd, Suite 1500<br>Houston TX 77056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 13350 Metro Parkway, Suite 404<br>Contract to be REJECTED | Metro-Daniels Investors<br>1500 5th Avenue South<br>Suite 111<br>Naples FL 34102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Suite 810 - 1235 North Loop West, Houston, TX 77008<br>Contract to be ASSUMED | MLCSV15, LLC<br>1250 Wood Branch Park Drive<br>Suite 100<br>Houston TX 77079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Lease: 2022 Porchse Taycan Turbo S.<br>Contract to be REJECTED | Porsche Financial Services<br>One Porsche Drive<br>Atlanta GA 30354 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Lease: 101 Lottie Lane, Unit 5<br>Contract to be REJECTED | S&L Acquisitions, LLC<br>101 Lottie Lane, Unit 5<br>Fairhope, AL 365322 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Monthly leases for 7 copy machines. Contract to be REJECTED | Xerox Financial Services<br>P.O. Box 202882<br>Dallas TX 75320 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **MMA Law Firm, PLLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) **24-31596**

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1** | **Zach Mosely** | **1235 N. Loop West** (Number Street)<br>**Suite 810**<br>**Houston** (City) **TX** (State) **77008** (ZIP Code) | **Equal Access Justice Fund, LP** | ☐ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name **MMA Law Firm, PLLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **24-31596**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

**1.** ***Schedule A/B: Assets--Real and Personal Property*** (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from Schedule A/B .......... **$0.00**

1b. **Total personal property:**
Copy line 91A from Schedule A/B .......... **$155,438,146.34**

1c. **Total of all property**
Copy line 92 from Schedule A/B .......... **$155,438,146.34**

## Part 2: Summary of Liabilities

**2.** ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D .......... **$0.00**

**3.** ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F .......... **$0.00**

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F .......... **+ $68,385,247.00**

**4.** **Total liabilities**
Lines 2 + 3a + 3b .......... **$68,385,247.00**

**Fill in this information to identify the case and this filing:**

Debtor Name **MMA Law Firm, PLLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) **24-31596**

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule ____________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/23/2024**
MM / DD / YYYY

**X** **/s/ Zach Moseley**
Signature of individual signing on behalf of debtor

**Zach Moseley**
Printed name

**Managing Member**
Position or relationship to debtor