**Fill in this information to identify the case:**

Debtor Name: **MMA Law Firm, PLLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **24-31596**

☑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.................................................................................................. **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B............................................................................................... **$155,438,146.34**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B................................................................................................... **$155,438,146.34**

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................ **$38,000,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F................................................. **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.......................... **+ $68,385,247.00**

4. **Total liabilities**
   Lines 2 + 3a + 3b................................................................................................................... **$106,385,247.00**