IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| MMA LAW FIRM, PLLC | § | Case No. 24-31596 |
| | § | |
| | § | |
| DEBTOR(S) | § | |

### AMENDED[1] NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE:

The United States Trustee for the Southern District of Texas, through his undersigned attorney and pursuant to Section 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in the above captioned case:

| | |
|---|---|
| **PCG Claims, LLC**<br>2000 Mallory Lane<br>Suite 130 #239<br>Franklin, TN 37067 | Scott Jamison<br>(615) 587-1722<br>scott@consultpcg.com |
| **Louisiana Farm Bureau**<br>P.O. Box 95008<br>Baton Rouge, LA 70895 | Jenna Crousillac<br>(225) 922-6360<br>jcrousillac@sfbcic.com |
| **Global Estimating Services, Inc.**<br>27657 Commerce Oaks Drive<br>Conroe, TX 77385 | Scott Jacobi<br>(936) 234-1504<br>sjacobi@arsgem.com |
| **FCC**<br>3799 Country Road 4235<br>DeKalb, TX 75559 | Jeneen Brown<br>(865) 771-8817<br>jjbrownfcc@gmail.com |

---

[1] The Notice of Appointment of Official Committee of unsecured creditors is hereby amended for the limited purpose of updating the contact information of committee members.

| | |
|---|---|
| **Disaster Solutions**<br>192 Solheim Ln.<br>Raleigh, NC 27603 | Derek Ford<br>(919) 725-1950<br>dford@mydisastersolutions.com |

Dated: May 8, 2024

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By: /s/ Andrew Jiménez
Andrew Jiménez, Trial Attorney
U.S. Department of Justice
United States Trustee Program
District of Columbia Bar 991907
Email: Andrew.Jimenez@usdoj.gov
515 Rusk Street, Suite 3516
Houston, TX 77002
(713) 718-4668
(713) 718-4670 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on May 8, 2024.

*/s/ Andrew Jiménez*
Andrew Jiménez
Trial Attorney