**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**



| | | |
|---|---|---|
| IN RE: | § | **Chapter 11** |
| **MMA Law Firm, PLLC** | § | |
| | § | **CASE NO. 24-31596** |
| **DEBTOR** | § | |
| | § | |
| | § | |
| | § | |

## STATUS REPORT

1. **Business and Financial Issues Prompting Filing:**

   The Debtor is a law firm generally representing consumers that have suffered property damage from natural disasters or defective or dangerous products sold to the public. Debtor maintains a large docket of property damage claims in Louisiana where it has recently faced allegations of improper solicitations of clients. The fallout of the allegations and the satellite litigation it has generated required the filing of the chapter 11.

2. **Attendance at Meeting Of Creditors:**

   The Meeting of Creditors is scheduled for May 15, 2024.   Debtor attended the regularly scheduled Initial Debtor Conference with the U.S. Trustee's office on May 7, 2024.

3. **Estate's Need For Professionals:**

   Debtor requires general counsel and Walker & Patterson, P.C. has a pending application. The Debtor may need accounting professionals, but at this time no additional applications have been filed.

4. **Unique Issues:**

   The alleged secured creditor in this case asserts an interest in the Debtor's pending case load. However the "secured lender" is not a law firm or a lawyer. The Debtor has determined that the issue will be addressed as the case

progresses.

5. **Postpetition Operations and Revenue:**

Debtor is currently operating and generating income postpetition.   The level of operations is difficult to project and several more weeks of administration will be required to accurately determine how the Debtor will fare during this Chapter 11 proceeding.

6. **Status of any litigation pending in or outside this Court:**

Debtor has significant pending litigation, with none of it pending in this Court. See attached listing from the Debtor's filed SOFA for detail.

7. **Compliance Issues With U.S. Trustee's Office:**

Debtor attended its Initial Debtor Conference on May 7, 2024. At the conclusion of the meeting, the following issues remain as communicated by the U.S. Trustee's office:

   a. Re-style bank accounts to DIP accounts.

   b. Federal Income Tax Returns for years 2022 and 2023. Provide copy of extension, if filed.

   c. Financial Statements (balance sheet and profit & loss statement) for the year ending on December 31, 2023.

   d. Financial Statements (balance sheet and profit & loss statement) from January 1, 2024, through March 31, 2024.

   e. Insurance for all insurable assets (including general liability, professional liability, auto, etc.).

   f. Copies of monthly bank statements for all bank accounts (including accounts below) from November 2023 through April 2024:

      a. Commercial checking account at Veritex Community Bank (X9399).

      b. IOLTA account at Veritex Community Bank (X9407).

      c. IOLTA account at Veritex Community Bank (X9415).

d.  Business checking account at Chase (X8520)

e.  IOLTA Trust account at Chase (X9217).

g.  Projected 12-months profit and loss statements (cash basis).

**8. Type and Adequacy of Insurance Coverage:**

Debtor has been unable to obtain professional liability insurance due to the nature of the allegations in Louisiana.   Property coverage for the minimal personal property is forthcoming.

**9. Outline of the Proposed Plan:**

Not yet available.

**10. Proposed Schedule for Filing and Confirming a Proposed Plan:**

Debtor anticipates timely filing and prosecuting a Plan.

**11. Debtor in Possession Bank Account:**

Has been and is currently being addressed with U.S. Trustee's office.

**12. Other Matters That Might Materially Affect Administration:**

None at this time.

Dated: May 8, 2024.

Respectfully submitted,

Walker & Patterson, P.C.
By:/s/ Johnie Patterson
Johnie Patterson
SBN 15601700
jjp@walkerandpatterson.com
PROPOSED COUNSEL FOR DEBTOR

OF COUNSEL:
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX 77208
713.956.5577
713.956.5570 (fax)

## <u>CERTIFICATE OF SERVICE</u>

I, Johnie Patterson, hereby certify that a true and correct copy of the foregoing Status Report was served electronically upon the U.S. Trustee's Office, on each of the members of the Unsecured Creditors Committee, and upon the remaining twenty (20) largest unsecured non-insider creditors on May 8, 2024.

By:<u>*/s/ Johnie Patterson*</u>
Johnie Patterson

Debtor **MMA Law Firm, PLLC**                     Case number (if known) **24-31596**
_____
Name

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.5. | **James McClienney** | | | **2020 Land Rover** |
| | Insider's name | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |

**Relationship to debtor**
**Former Partner**
_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | **Gm Financial Leasing** | **2021 Cadillac Escalade (Account # 7101)** | **11/2023** | _____ |
| | Creditor's name | | | |
| | **P.O. Box 78143** | | | |
| | Street | | | |
| | **Phoenix          AZ     85062** | | | |
| | City          State     ZIP Code | | | |
| 5.2. | **Oakwood Bank** | **Ford F250** | **2024** | _____ |
| | Creditor's name | | | |
| | **8411 Preston Road** | | | |
| | Street | | | |
| | **Suite 600** | | | |
| | **Dallas          TX     75225** | | | |
| | City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Equal Access Justice Fund, LP and EAJF Fund, LP v McClenny Mosely & Assoocaties, et al** | **Breach of contract** | **Harris County District Court - 80th** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | **Case number** | | | |
| | **2023-59211** | | City          State   ZIP Code | |

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Balderas Istre v. McClenny Moseley & Associates, PLLC** | **Employment Descrim** | **txsdc**<br>Name<br><br>Street<br><br><br>City    State   ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**4:2022cv03510** | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Morris Bart v. McClenny Moseley** | **4190 - Contract** | **5th Cir.**<br>Name<br><br>Street<br><br><br>City    State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| | Case number<br>**23-30812** | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Semmes v. MMA Law Firm** | **4110-Insurance** | **5th Circuit Court Of Appeals**<br>Name<br><br>Street<br><br><br>City    State   ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**23-30849** | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Theriot v. MMA Law Firm** | **4110-Insurance** | **Fifth Circuit Court of Appeals**<br>Name<br><br>Street<br><br><br>City    State   ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**23-30850** | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **Jones-Bell v. MMA Law Firm** | **4110-Insurance** | **Fifth Circuit Court of Appeals**<br>Name<br><br>Street<br><br><br>City    State   ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**23-30853** | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.7. | **McClenny Moseley** | **3890-Statutory Action** | **Fifth Circuit Court of Appeals**<br>Name<br><br>Street<br><br><br>City    State   ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**23-30670** | | | |

Debtor    **MMA Law Firm, PLLC**                                    Case number (if known)    **24-31596**
          Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | McClenny Moseley v. Equal Access | 3890-Statutory Action | Fifth Circuit Court of Appeals<br>Name<br><br>Street<br><br>City        State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**23-30692** | | | |
| 7.9. | Bowie v. MMA Law Firm | 4110-Contract | Fifth Circuit Court of Appeals<br>Name<br><br>Street<br><br>City        State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**24-30116** | | | |
| 7.10. | MMA Law Firm v. Homeowners of America | 4110-Insurance | Fifth Circuit Court of Appeals<br>Name<br><br>Street<br><br>City        State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**24-30175** | | | |
| 7.11. | Volvo Financial Services v. EXP Transportation Solutions, LLC et al | Contract/Insurance | District Court Western District of Texa<br>Name<br><br>Street<br><br>City        State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>**20-00721** | | | |
| 7.12. | Townsend v. McClenny Moseley & Associates, PLLC | Contract | District CouSouthern District of Alaba<br>Name<br><br>Street<br><br>City        State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>**22-00006** | | | |
| 7.13. | Bowie v. Shelter Mutual Insurance Co et al et al | Insurance | District Court Western District Louisia<br>Name<br><br>Street<br><br>City        State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>**22-04071** | | | |

| Debtor | **MMA Law Firm, PLLC** | | Case number (if known) | **24-31596** |
|---|---|---|---|---|

| | | | Name |
|---|---|---|---|

| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.14. | Ashley v. Liberty Mutual Fire Insurance Co et al | Insurance | D.C. Western District of Louisiana | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | **Case number** | | | |
| | 22-04445 | | | |
| | | | City          State   ZIP Code | |

| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.15. | Branch v. Allstate Vehicle & Property Insurance Co et al | Insurance | D.C. Western District of Louisiana | ☐ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☑ Concluded |
| | **Case number** | | | |
| | 22-4728 | | | |
| | | | City          State   ZIP Code | |

| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.16. | McClenney Moseley & Associates, PLLC v. Wells Fargo Bank, N.A. | Atty Fees | D.C. Eastern District of Louisiana | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | **Case number** | | | |
| | 22-2980 | | | |
| | | | City          State   ZIP Code | |

| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.17. | Semmes v. Liberty Mutual Fire Insurance Company et al | Atty Fees | D.C. Western District of Louisiana | ☐ Pending |
| | | | Name | ☑ On appeal |
| | | | Street | ☐ Concluded |
| | **Case number** | | | |
| | 22-3494 | | | |
| | | | City          State   ZIP Code | |

| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.18. | Wiggins v. GeoVera Specialty Insurance Co | Atty Fees | D.C. Western District of Louisiana | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | **Case number** | | | |
| | 22-3506 | | | |
| | | | City          State   ZIP Code | |

| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.19. | Rivera v. Underwriters at Lloyds London | Atty Fees | D.C. Western District of Louisiana | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | **Case number** | | | |
| | 22-3584 | | | |
| | | | City          State   ZIP Code | |

| Debtor | **MMA Law Firm, PLLC** | | Case number (if known) | **24-31596** |
|---|---|---|---|---|
| | Name | | | |

**7.20.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Trahan v. Allstate Vehicle & Property Insurance Co | Atty Fees | D.C. Western District of Louisiana | ☐ Pending |
| | | Name | ☒ On appeal |
| | | Street | ☐ Concluded |

Case number
**22-3604**

City                State    ZIP Code

**7.21.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Jones-Bell v. Imperial Fire & Casualty Insurance Co | Atty Fees | D.C. Western District of Louisiana | ☐ Pending |
| | | Name | ☒ On appeal |
| | | Street | ☐ Concluded |

Case number
**22-3855**

City                State    ZIP Code

**7.22.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Lafleur v. Allstate Vehicle & Property Insurance Co | Atty Fees | D.C. Western District of Louisiana | ☐ Pending |
| | | Name | ☐ On appeal |
| | | Street | ☒ Concluded |

Case number
**22-4257**

City                State    ZIP Code

**7.23.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| McClenny Moseley & Associates, PLLC v. Bank of America, National Association | Atty Fees | D.C. Eastern District of Louisiana | ☐ Pending |
| | | Name | ☐ On appeal |
| | | Street | ☒ Concluded |

Case number
**22-4672**

City                State    ZIP Code

**7.24.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| McClenny Moseley & Associates, PLLC v. GMFS, LLC | Atty Fees | D.C. Eastern District of Texas | ☐ Pending |
| | | Name | ☐ On appeal |
| | | Street | ☒ Concluded |

Case number
**22-4676**

City                State    ZIP Code

**7.25.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| McClenny Moseley & Associates, PLLC v. Pennymac Loan Services LLC | Attorney Fees | D.C. Eastern District of Louisiana | ☒ Pending |
| | | Name | ☐ On appeal |
| | | Street | ☐ Concluded |

Case number
**22-4680**

City                State    ZIP Code

| Debtor | **MMA Law Firm, PLLC** | | Case number (if known) | **24-31596** |
|---|---|---|---|---|

Name

| | | |
|---|---|---|
| | | |

**7.26.** Case title: **McClenny Moseley & Associates, PLLC v. Pennymac Loan Services LLC**

Nature of case: **Attorney Fees**

Court or agency's name and address: **D.C. Eastern District of Louisiana**

Status of case:
- ☑ Pending
- ☐ On appeal
- ☐ Concluded

Case number: **22-4692**

---

**7.27.** Case title: **McClenny Moseley & Associates, PLLC v. Regions Bank**

Nature of case: **Attorney Fees**

Court or agency's name and address: **D.C. Eastern District of Louisiana**

Status of case:
- ☑ Pending
- ☐ On appeal
- ☐ Concluded

Case number: **22-4693**

---

**7.28.** Case title: **McClenny Moseley & Associates, PLLC v. Rocket Mortgage, LLC**

Nature of case: **Attorney Fees**

Court or agency's name and address: **D.C. Eastern District of Louisiana**

Status of case:
- ☑ Pending
- ☐ On appeal
- ☐ Concluded

Case number: **22-4694**

---

**7.29.** Case title: **McClenny Moseley & Associates, PLLC v. Rushmore Loan Management Services, LLC**

Nature of case: **Attorney Fees**

Court or agency's name and address: **D.C. Eastern District of Louisiana**

Status of case:
- ☑ Pending
- ☐ On appeal
- ☐ Concluded

Case number: **22-4696**

---

**7.30.** Case title: **McClenny Moseley & Associates, PLLC v. PHH Mortgage Corporation**

Nature of case: **Attorney Fees**

Court or agency's name and address: **D.C. Eastern District of Louisiana**

Status of case:
- ☑ Pending
- ☐ On appeal
- ☐ Concluded

Case number: **22-4700**

---

**7.31.** Case title: **McClenny Moseley & Associates, PLLC v. Caliber Home Loans, Inc.**

Nature of case: **Attorney Fees**

Court or agency's name and address: **D.C. Eastern District of Louisiana**

Status of case:
- ☑ Pending
- ☐ On appeal
- ☐ Concluded

Case number: **22-4706**

| Debtor | **MMA Law Firm, PLLC** | | Case number (if known) | **24-31596** |
|---|---|---|---|---|
| | Name | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.32. | McClenny Moseley & Associates, PLLC v. Carrington Mortgage Services LLC | Attorney Fees | D.C. Eastern District of Louisiana | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**Case number**
22-4707

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.33. | McClenny Moseley & Associates, PLLC v. Select Portfolio Servicing, Inc. | Attorney Fees | D.C. Eastern District of Louisiana | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**Case number**
22-4708

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.34. | McClenny Moseley & Associates, PLLC v. Specialized Loan Servicing, LLC | Attorney Fees | D.C. Eastern District of Louisiana | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**Case number**
22-4709

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.35. | McClenny Moseley & Associates, PLLC v. United Wholesale Mortgage, LLC | Attorney Fees | D.C. Eastern District of Louisiana | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**Case number**
22-4710

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.36. | McClenny Moseley & Associates, PLLC v. Hancock Whitney Bank | Attorney Fees | D.C. Eastern District of Louisiana | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**Case number**
22-4720

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.37. | McClenny Moseley & Associates, PLLC v. LoanCare, LLC | Attorney Fees | D.C. Eastern District of Louisiana | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**Case number**
22-4721

Debtor    **MMA Law Firm, PLLC**                                          Case number (if known)   **24-31596**
_____
Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|

7.38.  Case title: **McClenny Moseley & Associates, PLLC v. LoanDepot.com, LLC Residential Lending**
Nature of case: **Attorney Fees**
Court or agency's name and address: **D.C. Eastern District of Louisiana**
Name
Street
City      State    ZIP Code
Status of case: ☒ Pending  ☐ On appeal  ☐ Concluded
Case number: **22-4722**

7.39.  Case title: **McClenny Moseley & Associates, PLLC v. NewRez LLC**
Nature of case: **Attorney Fees**
Court or agency's name and address: **D.C. Eastern District of Louisiana**
Name
Street
City      State    ZIP Code
Status of case: ☒ Pending  ☐ On appeal  ☐ Concluded
Case number: **22-4724**

7.40.  Case title: **McClenny Moseley & Associates, PLLC v. Standard Mortgage Corporation**
Nature of case: **Attorney Fees**
Court or agency's name and address: **D.C. Eastern District of Louisiana**
Name
Street
City      State    ZIP Code
Status of case: ☒ Pending  ☐ On appeal  ☐ Concluded
Case number: **22-4725**

7.41.  Case title: **McClenny Moseley & Associates, PLLC v. M&T Bank Corporation**
Nature of case: **Attorney Fees**
Court or agency's name and address: **D.C. Eastern District of Louisiana**
Name
Street
City      State    ZIP Code
Status of case: ☒ Pending  ☐ On appeal  ☐ Concluded
Case number: **22-4732**

7.42.  Case title: **McClenny Moseley & Associates, PLLC v. Cenlar FSB**
Nature of case: **Attorney Fees**
Court or agency's name and address: **D.C. Eastern District of Louisiana**
Name
Street
City      State    ZIP Code
Status of case: ☒ Pending  ☐ On appeal  ☐ Concluded
Case number: **22-4737**

7.43.  Case title: **Carter v. McClenny Moseley & Associates, PLLC et al**
Nature of case: **Fraud**
Court or agency's name and address: **D.C. Eastern District of Louisiana**
Name
Street
City      State    ZIP Code
Status of case: ☒ Pending  ☐ On appeal  ☐ Concluded
Case number: **23-949**

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**7.44.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Sancho et al v. McClenny, Mosely, & Associates, PLLC** | **Malpractice** | **D.C. Eastern District of Louisiana** | ☐ Pending |
| | | Name | ☐ On appeal |
| | | Street | ☒ Concluded |

Case number
**23-994**

City          State    ZIP Code

**7.45.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Morris Bart, L.L.C. v. McClenny Moseley & Associates, PLLC** | **Malpractice** | **D.C. Eastern District of Louisiana** | ☐ Pending |
| | | Name | ☐ On appeal |
| | | Street | ☒ Concluded |

Case number
**23-1453**

City          State    ZIP Code

**7.46.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **KIN Interinsurance Network v. Bowers, et al** | **Interpleader** | **D.C. Eastern District of Louisiana** | ☐ Pending |
| | | Name | ☐ On appeal |
| | | Street | ☒ Concluded |

Case number
**23-2316**

City          State    ZIP Code

**7.47.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **KIN Interinsurance Network v. Coombs, et al.** | **Interpleader** | **D.C. Eastern District of Louisiana** | ☒ Pending |
| | | Name | ☐ On appeal |
| | | Street | ☐ Concluded |

Case number
**23-2320**

City          State    ZIP Code

**7.48.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Kin Interinsurance Network v. Patterson, et al** | **Interpleader** | **D.C. Eastern District of Louisiana** | ☒ Pending |
| | | Name | ☐ On appeal |
| | | Street | ☐ Concluded |

Case number
**23-2321**

City          State    ZIP Code

**7.49.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Ricks v. Imperial Fire and Casualty Insurance Company** | **Insurance/Attorney Fees** | **D.C. Eastern District of Louisiana** | ☒ Pending |
| | | Name | ☐ On appeal |
| | | Street | ☐ Concluded |

Case number
**23-2844**

City          State    ZIP Code

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
| | Name | | |

| | | | |
|---|---|---|---|
| | Case title | Nature of case | Court or agency's name and address | Status of case |
| 7.50. | **Coleman v. Allied Trust Insurance Company** | **Insurance/Attorney Fees** | **D.C. Eastern District of Louisiana** | ☒ Pending |

Case title — **Coleman v. Allied Trust Insurance Company**
Nature of case — **Insurance/Attorney Fees**
Court or agency's name and address — **D.C. Eastern District of Louisiana**
Name
Street
Status of case — ☒ Pending  ☐ On appeal  ☐ Concluded
Case number — **23-5863**
City     State  ZIP Code

7.51.
Case title — **Wagner v. McClenny Moseley & Associates, PLLC, et al**
Nature of case — **Breach of Contract**
Court or agency's name and address — **D.C. Eastern District of Louisiana**
Name
Street
Status of case — ☒ Pending  ☐ On appeal  ☐ Concluded
Case number — **23-6901**
City     State  ZIP Code

7.52.
Case title — **In re: Zach Moseley**
Nature of case — **Sanctions**
Court or agency's name and address — **D.C. Western District of Louisiana**
Name
Street
Status of case — ☒ Pending  ☐ On appeal  ☐ Concluded
Case number — **23-49**
City     State  ZIP Code

7.53.
Case title — **In Re: McClenny Moseley & Associates P L L C**
Nature of case — **Sanctions**
Court or agency's name and address — **D.C. Western District of Louisiana**
Name
Street
Status of case — ☒ Pending  ☐ On appeal  ☐ Concluded
Case number — **23-64**
City     State  ZIP Code

7.54.
Case title — **In the Matter of Richard William Huye, III**
Nature of case — **Sanctions**
Court or agency's name and address — **D.C. Eastern District of Louisiana**
Name
Street
Status of case — ☒ Pending  ☐ On appeal  ☐ Concluded
Case number — **23-96**
City     State  ZIP Code

7.55.
Case title — **In the Matter of Richard William Huye, III**
Nature of case — **Sanctions**
Court or agency's name and address — **D.C. Eastern District of Louisiana**
Name
Street
Status of case — ☒ Pending  ☐ On appeal  ☐ Concluded
Case number — **23-97**
City     State  ZIP Code

| Debtor | **MMA Law Firm, PLLC** | | Case number (if known) | **24-31596** |
|---|---|---|---|---|
| | Name | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.56. | KIN Interinsurance Network v. Coombs, et al. | Interpleader | D.C. Eastern District of Louisiana <br> Name <br> Street <br> City  State  ZIP Code | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **23-2319** | | | |
| 7.57. | Randle v. Allied Trust Insurance Company | Breach of Contract | D.C. Middle District of Louisiana <br> Name <br> Street <br> City  State  ZIP Code | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **22-942** | | | |
| 7.58. | Reed v. State Farm Fire & Casualty Co | Breach of Contract | D.C. Western District of Louisiana <br> Name <br> Street <br> City  State  ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | **Case number** <br> **22-944** | | | |
| 7.59. | Guzzardo v. Allied Trust Insurance Company | Breach of Contract | D.C. Middle District of Louisiana <br> Name <br> Street <br> City  State  ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | **Case number** <br> **22-945** | | | |
| 7.60. | Roussel v. Allied Trust Insurance Company | Breach of Contract | D.C. Middle District of Louisnana <br> Name <br> Street <br> City  State  ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | **Case number** <br> **22-946** | | | |
| 7.61. | Veal v. Allstate Insurance Company | Breach of Contract | D.C. Middle District of Louisiana <br> Name <br> Street <br> City  State  ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | **Case number** <br> **22-956** | | | |

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.62. | **Hicks v. Allied Trust Insurance Company** | Breach of Contract | D.C. Middle District of Louisiana<br>Name<br><br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**22-984** | | City        State   ZIP Code | |
| 7.63. | **Titus v. Allstate Indemnity Company** | Breach of Contract | D.C. Middle District of Louisiana<br>Name<br><br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**22-990** | | City        State   ZIP Code | |
| 7.64. | **Kling v. State Farm Fire and Casualty Company et al** | Breach of Contract | D.C. Middle District of Louisiana<br>Name<br><br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**22-1081** | | City        State   ZIP Code | |
| 7.65. | **Laprairie v. State Farm Fire and Casualty Company et al** | Breach of Contract | D.C. Middle District of Louisiana<br>Name<br><br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**22-1095** | | City        State   ZIP Code | |
| 7.66. | **Wiggins v. State Farm Fire and Casualty Company et al** | Breach of Contract | D.C. Middle District of Louisiana<br>Name<br><br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**22-1103** | | City        State   ZIP Code | |
| 7.67. | **Reed v. State Farm Fire & Casualty Co et al** | Insurance/Breach of Contract | D.C. Western District of Louisiana<br>Name<br><br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**22-3395** | | City        State   ZIP Code | |

| Debtor | **MMA Law Firm, PLLC** | | Case number (if known) | **24-31596** |
|---|---|---|---|---|
| | Name | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.68. | **Armstrong v. Shelter Mutual Insurance Co et al** | **Insurance/Breach of Contract** | **D.C. Western District of Louisiana** <br> Name <br><br> Street <br><br><br> City            State   ZIP Code | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **22-3401** | | | |
| 7.69. | **In Re: McClenny Moseley & Associates** | **Miscellaneous** | **D.C. Middle District of Louisiana** <br> Name <br><br> Street <br><br><br> City            State   ZIP Code | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **23-58** | | | |
| 7.70. | **In re: McClenny Moseley & Associates P L L C** | **Miscellaneous** | **D.C. Western District of Louisiana** <br> Name <br><br> Street <br><br><br> City            State   ZIP Code | ☐ Pending <br> ☒ On appeal <br> ☐ Concluded |
| | Case number <br> **23-62** | | | |
| 7.71. | **Monson v. McClenny Moseley & Associates, PLLC et al** | **Barratry** | **D.C. Southern District of Texas** <br> Name <br><br> Street <br><br><br> City            State   ZIP Code | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **23-928** | | | |
| 7.72. | **Okoronkwo v. McClenny Moseley & Associates, PLLC** | **Employment Discrimination** | **D.C. Southern District of Texas** <br> Name <br><br> Street <br><br><br> City            State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | Case number <br> **23-975** | | | |
| 7.73. | **Venzant v. Homeowners of America Insurance Co** | **Breach of Contract** | **D.C. Western District of Louisiana** <br> Name <br><br> Street <br><br><br> City            State   ZIP Code | ☐ Pending <br> ☒ On appeal <br> ☐ Concluded |
| | Case number <br> **22-4074** | | | |

| Debtor | **MMA Law Firm, PLLC** | | Case number (if known) | **24-31596** |
|---|---|---|---|---|
| | Name | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.74. | **Cantale v. United Services Automobile Association** | **Breach of Contract** | **D.C. Western District of Louisiana** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number | | Street | |
| | **22-4346** | | | |
| | | | City        State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.75. | **Gant v. 21st Century North America Insurance Co** | **Sanctions** | **D.C. Western District of Louisiana** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number | | Street | |
| | **22-3226** | | | |
| | | | City        State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.76. | **Duplantis v. Underwriters at Lloyds London** | **Breach of Contract** | **D.C. Western District of Louisiana** Name | ☐ Pending ☑ On appeal ☐ Concluded |
| | Case number | | Street | |
| | **22-3388** | | | |
| | | | City        State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.77. | **Huber Thomas L L P v. Bellart et al** | **Interpleader** | **D.C. Western District of Louisiana** Name | ☐ Pending ☐ On appeal ☑ Concluded |
| | Case number | | Street | |
| | **22-5328** | | | |
| | | | City        State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.78. | **Allen  v. Huye** | **Fraud** | **D.C. Western District of Louisiana** Name | ☐ Pending ☐ On appeal ☑ Concluded |
| | Case number | | Street | |
| | **23-1018** | | | |
| | | | City        State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.79. | **MMA Law Firm, PLLC, formerly known as McClenny, Moseley & Associates, PLLC vs. PCG Claims, LLC d/b/a** | **Appeal From 2023-55242 164th Harris County District Court** | **1st Court of Appeals** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number | | Street | |
| | **01-24-00217-cv** | | | |
| | | | City        State   ZIP Code | |

| Debtor | MMA Law Firm, PLLC | | Case number (if known) | 24-31596 |
|---|---|---|---|---|
| | Name | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.80. | Wayne J. Adams, Bonnie Brown, Claude Britton III, et al. vs. McClenny, Mosley & Associates, James McClenny, Zach Mosley, et al. | Appeal From 2023-38188 125th Harris County District Court | 1st Court of Appeals | ☒ Pending ☐ On appeal ☐ Concluded |
| | Case number 01-24-00169-cv | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.81. | ADAMS, WAYNE J v MCCLENNY MOSELEY and ASSOCIATES PLLC | Barratry | 125th Harris County District Court | ☐ Pending ☒ On appeal ☐ Concluded |
| | Case number 202344970 | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.82. | ACCESS RESTORATION SERVICES US INC v MCCLENNY MOSELEY and ASSOCIATES PLLC | Breach of Contract | 270th Harris County District Court | ☒ Pending ☐ On appeal ☐ Concluded |
| | Case number 202325422 | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.83. | ALDINE INDEPENDENT SCHOOL DISTRICT v MCCLENNY MOSELEY and ASSOCITES PLLC | Tax Suit | 125th Harris County District Court | ☐ Pending ☐ On appeal ☒ Concluded |
| | Case number 202263780 | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.84. | GLOBAL ESTIMATING SERVICES INC v MCCLENNY MOSELEY and ASSOCIATES PLLC | Breach of Contract | 133rd Harris County District Court | ☒ Pending ☐ On appeal ☐ Concluded |
| | Case number 202326243 | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.85. | PCG CLAIMS LLC D/B/A PCG CONSULTING LLC v MCCLENNY MOSELEY and ASSOCIATES PLLC | Breach of Contract | 164th Harris County District Court | ☐ Pending ☒ On appeal ☐ Concluded |
| | Case number 202355242 | | | |

| Debtor | **MMA Law Firm, PLLC** | | Case number (if known) | **24-31596** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 7.86. | **Case title**<br>Carter v. McClenney Moseley & Assoc., et al. | **Nature of case**<br>Class Action | **Court or agency's name and address**<br>Tangipahoa Parish, Division D - Civil<br>Name | **Status of case**<br>☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | | | Street | |
| | **Case number**<br>20230000821 | | | |
| | | | City          State    ZIP Code | |
| 7.87. | **Case title**<br>Thomas v. LA Ins. Guaranty Assoc., et al. | **Nature of case**<br>Torts and Contract | **Court or agency's name and address**<br>Jefferson Parish, 24th JDC Div: P<br>Name | **Status of case**<br>☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | | | Street | |
| | **Case number**<br>846490 | | | |
| | | | City          State    ZIP Code | |
| 7.88. | **Case title**<br>Angelos v. PRogressive Property Ins., et al. | **Nature of case**<br>Damages | **Court or agency's name and address**<br>East Baton Rouge Parish, Section 30<br>Name | **Status of case**<br>☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | | | Street | |
| | **Case number**<br>725010 | | | |
| | | | City          State    ZIP Code | |
| 7.89. | **Case title**<br>Mills v. McClenney Moseley & Assoc., et al. | **Nature of case**<br>Hurricane Suit | **Court or agency's name and address**<br>Orleans Parish, 13-M<br>Name | **Status of case**<br>☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | | | Street | |
| | **Case number**<br>2023-04210 | | | |
| | | | City          State    ZIP Code | |
| 7.90. | **Case title**<br>Jones v. Progressive Prop. Ins. Co., et al. | **Nature of case**<br>Hurricane Ida | **Court or agency's name and address**<br>Tangipahoa Parish, Section A<br>Name | **Status of case**<br>☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | | | Street | |
| | **Case number**<br>20230002473 | | | |
| | | | City          State    ZIP Code | |
| 7.91. | **Case title**<br>Williams v. LA Ins. Guaranty Assoc., et al. | **Nature of case**<br>Hurricane Suit | **Court or agency's name and address**<br>Orleans Parish, Section 16-A<br>Name | **Status of case**<br>☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | | | Street | |
| | **Case number**<br>2023-07180 | | | |
| | | | City          State    ZIP Code | |

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

---

**7.92.**

| | | |
|---|---|---|
| Case title | Nature of case | Court or agency's name and address |
| **Dupree v. McClenney Moseley & Assoc., et al.** | **Damages** | **Caddo Parish, Section C** |

Status of case
☒ Pending
☐ On appeal
☐ Concluded

Case number
**645328**

City    State  ZIP Code

---

**7.93.**

| | | |
|---|---|---|
| Case title | Nature of case | Court or agency's name and address |
| **Foster v. Progressive Property Ins. Co., et al.** | **Torts and Contract** | **Jefferson Parish, 24th JDC Div: M** |

Status of case
☒ Pending
☐ On appeal
☐ Concluded

Case number
**845389**

City    State  ZIP Code

---

**7.94.**

| | | |
|---|---|---|
| Case title | Nature of case | Court or agency's name and address |
| **Phillips v. Progressive Prop. Ins. Co., et al.** | **Other** | **Orleans Parish, Section 8-N** |

Status of case
☒ Pending
☐ On appeal
☐ Concluded

Case number
**2023-10881**

City    State  ZIP Code

---

**7.95.**

| | | |
|---|---|---|
| Case title | Nature of case | Court or agency's name and address |
| **Broussard & Dove APLC v. Keller, et al.** | **Concursus** | **Terrebonne Parish** |

Status of case
☒ Pending
☐ On appeal
☐ Concluded

Case number
**198552**

City    State  ZIP Code

---

**7.96.**

| | | |
|---|---|---|
| Case title | Nature of case | Court or agency's name and address |
| **LA Insurance Guaranty Assoc. MMA** | **Declaratory Judgment** | **Orleans Parish, Section 5-I** |

Status of case
☒ Pending
☐ On appeal
☐ Concluded

Case number
**2023-04888**

City    State  ZIP Code

---

**7.97.**

| | | |
|---|---|---|
| Case title | Nature of case | Court or agency's name and address |
| **LA Ins. Guaranty Assoc. v. MMA** | **Civil; Miscellaneous** | **Jefferson Parish, 24th JDC Div: K** |

Status of case
☒ Pending
☐ On appeal
☐ Concluded

Case number
**841156**

City    State  ZIP Code

---

| Debtor | **MMA Law Firm, PLLC** | | Case number (if known) | **24-31596** |
|---|---|---|---|---|

Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.98. | **Lejeune v. LA Farm Bureau Mutual Ins., et al.** | **Damages** | **Vermilion Parish, G1** | ☑ Pending |

Name

☐ On appeal

Street

☐ Concluded

**Case number**

**111293**

_____

City          State   ZIP Code

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:      Certain Gifts and Charitable Contributions**

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Caney Creek FFA** | **Caney Creek sponsorship** | **8-4-2022** | **$1,000.00** |

Recipient's name

**13470 FM 1485**

Street

**CONROE          TX     77306**

City                State   ZIP Code

Recipient's relationship to debtor

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.2. | **Leva Patidar Samaj of Houston** | | **10-24-2022** | **$7,500.00** |

Recipient's name

**14575 North Freeway**

Street

**Houston          TX     77090**

City                State   ZIP Code

Recipient's relationship to debtor

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.3. | **The Cotton Charitable Foundation** | **Monetary Donation** | **12-31-2022** | **$2,500.00** |

Recipient's name

**5443 Katy Hockley Cutoff**

Street

**Katy          TX     77493**

City                State   ZIP Code

Recipient's relationship to debtor

---