IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: |
| | § | |
| MMA LAW FIRM, PLLC | § | 24-31596 |
| | § | |
| DEBTOR | § | CHAPTER 11 |

## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Main Case No: 24-31596 | Name of Debtor: MMA Law Firm, PLLC |
| Witnesses: | |
| | Judge: The Honorable Eduardo V. Rodriguez |
| Any witness designated or called by any other party | Courtroom Deputy: Ana Castro |
| Rebuttal/impeachment witnesses as necessary[1] | Hearing Date: May 28, 2024 |
| | Hearing Time: 1:00 p.m. |
| | Party's Name: United States Trustee |
| | Attorney's Name: Andrew Jimenez |
| | Attorney's Phone: (713) 718-4668 |
| | Nature of Proceeding: Emergency Motion to Disqualify Okin Adams Bartlett Curry, LLP as Counsel for the Official Committee of Unsecured Creditors |

### EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Any exhibits designated or used by other parties | | | | |
| 2. | Any exhibits necessary for rebuttal or impeachment | | | | |

The United States Trustee reserves the right to ask the Court to take judicial notice of pleadings and transcripts and/or documents and to supplement or amend this Witness and Exhibit List at any time prior to the hearing.

---

[1] The United States Trustee reserves the right to cross-examine any witness called by any other party.

1

Dated: May 23, 2024                                             Respectfully Submitted,

                                                          KEVIN M. EPSTEIN
                                                        UNITED STATES TRUSTEE

By: /s/ Andrew Jiménez
Andrew Jiménez
U.S. Department of Justice
United States Trustee Program
District of Columbia Bar 991907
515 Rusk Street, Suite 3516
Houston, TX 77002
Email: Andrew.Jimenez@usdoj.gov
(713) 718-4668
(713) 718-4680 Fax

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing **WITNESS AND EXHIBIT LIST OF THE UNITED STATES TRUSTEE** was served on all parties requesting notice by the Electronic Case Filing System on May 23, 2024.

                                                                */s/ Andrew Jiménez*
                                                                Andrew Jiménez