Gmail

Miriam Goott <mgoott@walkerandpatterson.com>

# MMA- deposition

4 messages

---

**Miriam Goott** <mgoott@walkerandpatterson.com> Wed, Jul 3, 2024 at 1:11 PM
To: "Michael P. Ridulfo" <mridulfo@krcl.com>, William Hotze <WHotze@krcl.com>
Cc: Johnie Patterson <jjp@walkerandpatterson.com>

Mike,

I just spoke with Will and he told me to reach out to you as you are handling discovery in this case.

We need 2 depo dates: 1) your firm; and 2) committee rep who signed the application to employ.

These depositions relate to the application to employ.

I also intend on serving you with written discovery on the app to employ.

I need to conclude my discovery before we can file a response to the app to employ. Please let me know if you oppose a motion to extend our response date until 3 days after completion of discovery on this matter. We can discuss depo dates on our call next week but please let me know re extension so I can file an emergency motion.

Thanks,
Miriam

***Miriam Goott***
***Walker & Patterson, P.C.***
***4815 Dacoma***
***Houston, TX 77092***
***713.956.5577***
***713.956.5570 fax***

---

**Michael P. Ridulfo** <mridulfo@krcl.com> Wed, Jul 3, 2024 at 1:44 PM
To: Miriam Goott <mgoott@walkerandpatterson.com>, William Hotze <WHotze@krcl.com>
Cc: Johnie Patterson <jjp@walkerandpatterson.com>

Miriam – happy to add these issues to the meet and confer agenda. At this point we cannot agree to extend your response date. Thanks.

**MICHAEL P. RIDULFO**
Director
KRCL
**Kane Russell Coleman Logan PC**
5151 San Felipe Street | Suite 800 | Houston, Texas 77056
**Tel** 713.425.7442 **Cell** 832.628.3996
**krcl.com** | **krclblogs.com**

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

[Quoted text hidden]

---

**Miriam Goott** <mgoott@walkerandpatterson.com> Wed, Jul 3, 2024 at 1:47 PM
To: "Michael P. Ridulfo" <mridulfo@krcl.com>
Cc: William Hotze <WHotze@krcl.com>, Johnie Patterson <jjp@walkerandpatterson.com>

I will mark you as opposed.

***Miriam Goott***
***Walker & Patterson, P.C.***
***4815 Dacoma***
***Houston, TX 77092***
***713.956.5577***
***713.956.5570 fax***

[Quoted text hidden]

---

**Miriam Goott** <mgoott@walkerandpatterson.com> Mon, Jul 15, 2024 at 10:40 AM
To: "Michael P. Ridulfo" <mridulfo@krcl.com>
Cc: William Hotze <WHotze@krcl.com>

Confirming in writing that during our call today you once again refused to provide us with depo dates for the Committee and your firm related to the Committee's Application to Employ.

***Miriam Goott***
***Walker & Patterson, P.C.***
***4815 Dacoma***
***Houston, TX 77092***
***713.956.5577***
***713.956.5570 fax***

[Quoted text hidden]