United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 17, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATED BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-31596 |
| MMA LAW FIRM, PLLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER
## DENYING MOTION
*Resolving ECF No. 52*

For the reasons states on the record, Tort Network, LLC's Motion to Extend the Automatic Stay to Tort Network, LLC with Respect to Pending Lawsuits ("*Motion*")[1] is hereby **DENIED.**

SIGNED July 17, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 52.