United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 18, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-31596 |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER
## TO SHOW CAUSE

On July 3, 2024, the Official Committee of Unsecured Creditors (the "*UCC*") filed its "Application to Employ Kane Russell Coleman Logan PC as Counsel for the Official Unsecured Creditors' Committee" (the "*Motion*").[1] Attached to the Motion is the "Declaration of Joseph M. Coleman In Support of Application to Employ Kane Russell Coleman Logan PC as Counsel for the Official Unsecured Creditors' Committee"[2] (the "*Declaration*"). On July 17, 2024, the Court held a hearing on MMA Law Firm, PLLC's "Debtor's Emergency Motion to Extend Deadline to Respond to the Application to Employ Kane Russell Coleman Logan PC as Counsel for the Official Unsecured Creditors' Committee"[3] and Michael Ridulfo, an attorney from Kane Russell Coleman Logan ("*KRCL*") was questioned by the Court.

Specifically, the Court questioned paragraph 12 of the Declaration, signed by Joseph M. Coleman of KRCL, which indicates: "Except as otherwise disclosed herein or in the accompanying Application, KRCL has no financial connection or relationship with the Debtor, members, creditors, or parties-in-interest in this case. However, as part of its diverse practice, KRCL appears in cases, proceedings, and transactions involving many different professionals, including attorneys, accountants, financial consultants, and investment bankers, some of which may be, or may represent claimants and parties-in-interest in the Debtor's case."[4] Mr. Michael Ridulfo explained that KRCL have no connection or relationship to parties in this case that would need to be disclosed, seemingly contradicting the Declaration, which indicates KRCL's interactions with attorneys, accountants, financial consultants, and investment bankers may be or may represent claimants and parties-in-interest in the Debtor's case.[5] The Court, finding Mr. Ridulfo's representation and the Declaration at odds with each other, deems it necessary to set a Show Cause Hearing to determine if there has been a violation of Federal Rule of Bankruptcy Procedure 9011, and if a criminal referral under 18 U.S.C. § 152, 18 U.S.C. § 1621, or 18 U.S.C. § 1623 is warranted.

---

[1] ECF No. 142.
[2] ECF No. 142-1.
[3] ECF No. 144.
[4] ECF No. 142-2 at ¶ 12.
[5] July 17, 2024 – Courtroom Hearing.

Accordingly, it is therefore:

**ORDERED:** that

1. An in person hearing will be held on July 30, 2024, at 8:30 a.m. (Central Standard Time) before the United States Bankruptcy Court, Bob Casey Federal Building, Courtroom #402, 515 Rusk, Houston Texas, 77002.

2. Mr. Joseph M. Coleman and Mr. Michael Ridulfo of Kane Russell Coleman Logan PC must attend in-person and be prepared to show cause as to why there is no violation of Federal Rule of Bankruptcy Procedure 9011 and why a criminal referral pursuant to 18 U.S.C. § 3057(a) is not warranted.

3. Pursuant to Bankruptcy General Order 2021-05 parties other than Mr. Joseph M. Coleman and Mr. Michael Ridulfo may either appear electronically or in person unless otherwise ordered by this Court.

4. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

5. The United States Trustee is invited to attend.

6. Not later than **July 19, 2024,** the Official Committee of Unsecured Creditors must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED July 18, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge