United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 18, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | Chapter 11 |
| | § | |
| MMA Law Firm, PLLC | § | Case No. 24-31596 |
| | § | |
| DEBTOR | § | |

### ORDER GRANTING THE DEBTOR'S EMERGENCY MOTION TO EXTEND DEADLINE TO RESPOND TO THE APPLICATION TO EMPLOY KANE RUSSELL COLEMAN LOGAN PC AS COUNSEL FOR THE OFFICIAL UNSECURED CREDITORS' COMMITTEE

It is

**ORDERED** that the Debtor must file a response to the Official Unsecured Creditors' Committee's *Application to Employ Kane Russell Coleman Logan PC as Counsel for the Official Unsecured Creditors' Committee* within three days after the conclusion of the depositions of Kane Russell Coleman Logan PC and the chairman for the Official Unsecured Creditors' Committee.

Signed: July 18, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge