IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MMA LAW FIRM, PLLC, | § § | CASE NO: 24-31596 |
| | § | (Chapter 11) |
| Debtor. | § | |
| MORRIS BART, LLC, | § § | |
| Movant, | § § | |
| VS. | § § | Motion for Relief from Stay (Contested Matter) |
| MMA LAW FIRM, PLLC, | § § | |
| Respondent. | § | |

## NOTICE OF ORDER RE-SETTING HEARING

PLEASE TAKE NOTICE THAT on August 20, 2024, the Court entered the attached Order Re-Setting Electronic Hearing on Motion by Morris Bart, LLC.

DATED:   August 22, 2024                           Respectfully submitted,

**THE PROBUS LAW FIRM**

By:  ___/s/ Matthew B. Probus_____
  **Matthew B. Probus**
  Tex. Bar No. 16341200
  Fed. ID No. 10915
10497 Town and Country Way, Suite 930
Houston, Texas 77024
(713) 258-2700 (Telephone)
(713) 258-2701 (Facsimile)
matthewprobus@theprobuslawfirm.com
*ATTORNEYS FOR MOVANT,*
*MORRIS BART, LLC*

1

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 20, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATED BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER**
**RE-SETTING ELECTRONIC HEARING**
**ON MOTION BY MORRIS BART, LLC**
*ECF No. 232*

1. The hearing on Motion of Morris Bart, LLC, to Confirm the Automatic Stay Does not Apply and to Modify the Automatic Stay, ECF #232, currently scheduled for September 23, 2024, at 1:30 p.m. is hereby **re-scheduled for October 2, 2024, at 9:00 a.m., (Central Standard Time)** and shall before the United States Bankruptcy Court, Houston Division. For persons wishing to appear in person, the hearing will be conducted from the United States Courthouse, 1701 W. Business Hwy 83, 10th Floor Courtroom, McAllen, TX 78501.

2. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

3. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

4. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

5. No later than August 23, 2024, Movant, Morris Bart, LLC must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED August 20, 2024

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge