# The Probus Law Firm

10497 Town & Country Way, Suite 930
Houston, Texas 77024
(713) 258-2700 (Tel)
(713) 258-2701 (Fax)
www.theprobuslawfirm.com

Matthew Probus
matthewprobus@theprobuslawfirm.com

September 10, 2024

Nathan Ochsner
Clerk of Court
P. O. Box 61010
Houston, TX 77208

RE: *In re MMA Law Firm, PLLC,* Case No. 24-31596, in the United States Bankruptcy Court for the Southern District of Texas, Houston Division; Amended Notice of Appeal.

Dear Clerk of Court:

Attached is an Amended Notice of Appeal in the above styled case, amending the Notice of Appeal filed today at Dkt. No. 285. The only change in this amended notice is to add the signature block of counsel which was inadvertently left off of the Notice of Appeal.

Please do not hesitate to call me with any questions at all.

Sincerely,

THE PROBUS LAW FIRM

Matthew Probus

Counsel for Appellant,
Morris Bart, LLC