IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| MMA LAW FIRM, PLLC, | § | |
| | § | Case No. 24-31596 |
| Debtor. | § | |

**EAJF'S NOTIFICATION OF INVOLUNTARY TERMINATION OF DEBTOR'S CORPORATE EXISTENCE**

**TO THE HONORABLE EDUARDO V. RODRIGUEZ,**
**CHIEF UNITED STATES BANKRUPTCY JUDGE:**

Secured Prepetition Lenders Equal Access Justice Fund, LP and EAJF ESQ Fund, LP (collectively, "**EAJF**") by and through their attorneys Spencer Fane LLP, file their Notification of Involuntary Termination of Debtor's Corporate Existence, as follows:

1. EAJF hereby notifies the Court and parties in interest that, as of September 18, 2024, per the Texas Secretary of State public records website, a copy of which is attached hereto as **Exhibit A**, the Debtor's authority to operate as a Texas corporate entity has been involuntarily terminated as evidenced by the Resignation of Registered Agent dated January 5, 2024, and a Certificate of Involuntary Termination dated May 24, 2024. In addition, as of September 16, 2024, the Office of the Texas Comptroller of Public Accounts public Franchise Tax Account Status website stated "Franchise Tax Involuntarily Ended" regarding the Debtor's right to transact business in Texas, as evidenced by **Exhibit B** attached hereto.

2. Prior to filing this Notification, EAJF conferred with the Debtor to determine if Debtor opposed notification to the Court of this information. EAJF requested the Debtor provide a written response to include thereon the Office of the United States Trustee and counsel for the

Committee of Unsecured Creditors. Debtor requested to discuss the matter by phone. Debtor's counsel explained her understanding of the facts leading to this involuntary termination and stated that the matter was being rectified.

3. Debtor requested EAJF provide it with 24 hours to verify the status of the Debtor's corporate termination and to provide evidence that the matter had been resolved, prior to EAJF filing this Notice. EAJF consented to the Debtor's request.

4. After the call with Debtor's counsel, Debtor's counsel and counsel for EAJF exchanged e-mails, attached hereto as **Exhibit C**, concerning the Debtor's response regarding the issues made the subject of the Notification.

5. Last evening and this morning, the Debtor advised EAJF in writing that the Debtor's Texas franchise tax return had been filed yesterday and payment was made via tender of funds electronically from the Debtor's operating DIP account at Veritex Bank, to pay the Debtor's franchise taxes in the amount of $9,665.95. A copy of those emails are attached hereto as **Exhibit D**. EAJF notes this apparent payment was made by the Debtor unilaterally to satisfy what may be a pre-petition priority tax debt without first seeking Court approval, and such payment was out of the ordinary course of business and occurred outside the repayment scheme authorized by the Bankruptcy Code. EAJF further notes the payment occurred via the use of EAJF's cash collateral, without first seeking or obtaining EAJF's or the Court's approval to pay an unbudgeted, unapproved, pre-petition debt. EAJF did not consent to the use of its cash collateral for this unapproved purpose. Contemporaneously with the filing of this Notice, EAJF is sending a Notice of Default to the Debtor with respect to this unauthorized use of cash collateral.

Dated: September 18, 2024

Respectfully submitted,

**SPENCER FANE LLP**

By: */s/ Misty A. Segura*
MISTY A. SEGURA
TX Bar No. 24033174
Fed. No. 30751
David M. Miller
Colo. Bar # 17915 (*pro hac vice*)
3040 Post Oak Blvd., Ste. 1400
Houston, TX 77056
Office: (713) 212-2643
E-mail: msegura@spencerfane.com
dmiller@spencerfane.com

*Attorneys for Equal Access Justice Fund, LP and EAJF ESQ Fund, LP*

## CERTIFICATE OF SERVICE

I certify that on September 18, 2024, a true and correct copy of the foregoing document was served by electronic service via the Court's ECF filing system on those parties registered to receive service.

*/s/ Misty A. Segura*
MISTY A. SEGURA