IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| | § | Case No. 24-31596 |
| MMA LAW FIRM, PLLC | § | |
| | § | |
| Debtor. | § | |

**STIPULATION AND ORDER FOR EXTENTION OF TIME TO OBJECT TO
APPLICATION TO EMPLOY OTTERBOURG P.C.**

**TO THE HONORABLE EDUARDO V. RODRIGUEZ
CHIEF U.S. BANKRUPTCY JUDGE:**

Equal Access Justice Fund, LP and EAJF ESQ Fund, LP (collectively, "EAJF"), Kevin M. Epstein, United States Trustee for Region 7 ("U.S. Trustee"), and Otterbourg P.C. ("Otterbourg") (collectively referred to as the "Parties") by and through their respective counsel hereby submit this Stipulation for Extension of Time to object to The Official Committee of Unsecured Creditors' Application to Retain and Employ Otterbourg P.C. as Co-Counsel Effective as of August 12, 2024 [Dkt. 314], and in support hereof, state as follows**:**

**STIPULATION AND AGREED ORDER**

1. On October 1, 2024, Otterbourg filed The Official Committee of Unsecured Creditors' Application to Retain and Employ Otterbourg P.C. as Co-Counsel Effective as of August 12, 2024 [Dkt. 314] (the "Application to Employ").

2. Otterbourg is in conversations with EAJF and the U.S. Trustee to address concerns regarding the Application to Employ. The Parties required additional time to consensually resolve concerns.

8165620.4

3. The Parties agree to extend the deadline for EAJF and the U.S. Trustee to object to the Application to Employ until October 28, 2024.

Signed:

                                                Eduardo V. Rodriguez
                                                Chief United States Bankruptcy Judge

| | |
|---|---|
| Dated: New York, New York<br>       October 21, 2024 | By: */s/ Sunni P. Beville*<br>Sunni P. Beville, Esq.<br>Massachusetts Bar No. 652369<br>OTTERBOURG P.C.<br>230 Park Avenue<br>New York, New York 10169<br>(212) 661-9100<br><br>*Co-Counsel to the Official Committee of Unsecured Creditors* |
| Dated: Houston, Texas<br>       October 21, 2024 | By: */s/ Andrew Jiménez*<br>Andrew Jiménez, Trial Attorney<br>District of Columbia Bar 991907<br>U.S. Department of Justice<br>United States Trustee Program<br>515 Rusk Street, Suite 3516<br>Houston, TX 77002<br>(713) 718-4668<br><br>*Counsel to Kevin M. Epstein, United States Trustee* |

Dated: Houston, Texas
      October 21, 2024

By: */s/ Misty A. Segura*
Misty A. Segura, Esq.
TX Bar No. 24033174
Fed No. 30751
3040 Post Oak Blvd., Ste. 1400
Houston, TX 77056
(713) 212-2643

*Counsel to Equal Access Justice Fund, LP and EAJF ESQ Fund, LP*