United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 22, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 24-31596 |
| MMA LAW FIRM, PLLC | § | |
| | § | |
| Debtor. | § | |

### STIPULATION AND ORDER FOR EXTENTION OF TIME TO OBJECT TO APPLICATION TO EMPLOY OTTERBOURG P.C.

**TO THE HONORABLE EDUARDO V. RODRIGUEZ**
**CHIEF U.S. BANKRUPTCY JUDGE:**

Equal Access Justice Fund, LP and EAJF ESQ Fund, LP (collectively, "EAJF"), Kevin M. Epstein, United States Trustee for Region 7 ("U.S. Trustee"), and Otterbourg P.C. ("Otterbourg") (collectively referred to as the "Parties") by and through their respective counsel hereby submit this Stipulation for Extension of Time to object to The Official Committee of Unsecured Creditors' Application to Retain and Employ Otterbourg P.C. as Co-Counsel Effective as of August 12, 2024 [Dkt. 314], and in support hereof, state as follows**:**

### STIPULATION AND AGREED ORDER

1. On October 1, 2024, Otterbourg filed The Official Committee of Unsecured Creditors' Application to Retain and Employ Otterbourg P.C. as Co-Counsel Effective as of August 12, 2024 [Dkt. 314] (the "Application to Employ").

2. Otterbourg is in conversations with EAJF and the U.S. Trustee to address concerns regarding the Application to Employ. The Parties required additional time to consensually resolve concerns.

8165620.4

3. The Parties agree to extend the deadline for EAJF and the U.S. Trustee to object to the Application to Employ until October 28, 2024.

Signed: October 22, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

Dated: New York, New York
      October 21, 2024

By: */s/ Sunni P. Beville*
Sunni P. Beville, Esq.
Massachusetts Bar No. 652369
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
(212) 661-9100

*Co-Counsel to the Official Committee of Unsecured Creditors*

Dated: Houston, Texas
      October 21, 2024

By: */s/ Andrew Jiménez*
Andrew Jiménez, Trial Attorney
District of Columbia Bar 991907
U.S. Department of Justice
United States Trustee Program
515 Rusk Street, Suite 3516
Houston, TX 77002
(713) 718-4668

*Counsel to Kevin M. Epstein, United States Trustee*

8165620.4
2

| | |
|---|---|
| Dated: Houston, Texas<br>October 21, 2024 | By: */s/ Misty A. Segura*<br>Misty A. Segura, Esq.<br>TX Bar No. 24033174<br>Fed No. 30751<br>3040 Post Oak Blvd., Ste. 1400<br>Houston, TX 77056<br>(713) 212-2643<br><br>*Counsel to Equal Access Justice Fund, LP and EAJF ESQ Fund, LP* |