**WITNESS AND EXHIBIT LIST**

<table>
<tr><td colspan="2" align="center">**UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF TEXAS**<br>**HOUSTON DIVISION**</td></tr>
<tr><td>**Main Case No**: 24-31596</td><td>**Name of Debtor:** MMA Law Firm, PLLC</td></tr>
<tr><td></td><td></td></tr>
<tr><td>**Witnesses:** John Zachary "Zach" Moseley<br>          Miriam Goott<br>          Johnie Patterson<br>          Misty A. Segura<br>          David Miller<br><br>          Rebuttal/impeachment witnesses</td><td></td></tr>
<tr><td></td><td>**Judge:** Honorable Eduardo V. Rodriguez</td></tr>
<tr><td></td><td>**Courtroom Deputy**: Ana Castro</td></tr>
<tr><td></td><td>**Hearing Date:** November 1, 2024</td></tr>
<tr><td></td><td>**Hearing Time:** 9:00 a.m.</td></tr>
<tr><td></td><td>**Parties' Names:** Equal Access Justice Fund, LP and EAJF ESQ Fund, LP</td></tr>
<tr><td></td><td>**Attorneys' Names:** David Miller (*pro hac vice*) and Misty A. Segura (Spencer Fane, LLP)</td></tr>
<tr><td></td><td>**Attorneys' Phones:** (303) 592-8332; (713) 212-2643</td></tr>
<tr><td></td><td>**Nature of Proceeding**: Hearing on Debtor's Emergency Motion to Compel Production from EAJF [ECF No. 371]</td></tr>
</table>

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Debtor's Responses to EAJF's Request for Production (10/28/24) | | | | |
| 2 | E-mail exchanges with Debtor's counsel (10/15/24–10/16/24) | | | | |
| 3 | E-mail exchanges with Debtor's counsel with attached Agreed Confidentiality and Protective Order and Acknowledgment (10/28/24) | | | | |
| 4 | E-mail exchanges with Debtor's counsel (10/29/24) | | | | |
| 5 | E-mail sent to Debtor's counsel regarding resolution of discovery dispute (10/30/24) | | | | |
| | Exhibits attached to any parties' Witness and Exhibit List | | | | |
| | Rebuttal/Impeachment Exhibits | | | | |

Secured Creditors Equal Access Justice Fund, LP and EAJF ESQ Fund, LP (collectively, "***EAJF***") reserve the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing.

EAJF reserves the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing list of witnesses and exhibits as appropriate. EAJF also reserves the right to rely upon and use as evidence (i) exhibits included

on the exhibit lists of any other party in interest, and (ii) any pleading, hearing transcript, order, or other document filed with the Court in this chapter 11 case.

Dated: October 31, 2024.

Respectfully submitted,

SPENCER FANE LLP

By: */s/ Misty A. Segura*
MISTY A. SEGURA
TX Bar No. 24033174
Fed. No. 30751
3040 Post Oak Blvd., Ste. 1400
Houston, TX 77056
Office: (713) 212-2643
E-mail: msegura@spencerfane.com

**Attorneys for Equal Access Justice Fund, LP and EAJF ESQ Fund, LP**

## CERTIFICATE OF SERVICE

I certify that on October 31, 2024, a true and correct copy of the foregoing document was served by electronic service via the Court's ECF filing system on those parties registered to receive service.

*/s/ Misty A. Segura*
MISTY A. SEGURA