United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 01, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-31596 |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

**ORDER**
*Resolving ECF Nos. 310 and 371*

Pending before the Court are two matters self-styled as "Equal Access Justice Fund, LP And EAJF Esq Fund, LP's Emergency Motion To Compel Debtor's Production Of Non-Disclosure Agreements"[1] filed on September 26, 2024 by Equal Access Justice Fund, LP and EAJF Esq Fund, LP and "Debtor's Emergency Motion To Compel Production From Equal Access Justice Fund, LP And EAJF Esq Fund, LP"[2] filed on October 29, 2024 by MMA Law Firm, PLLC. On November 1 ,2024 the Court held a hearing and after considering the pleadings on file, evidence in the record, arguments of counsel, applicable law and for the reasons stated on the record, it is therefore

**ORDERED**: that

1. "Equal Access Justice Fund, LP And EAJF Esq Fund, LP's Emergency Motion To Compel Debtor's Production Of Non-Disclosure Agreements"[3] filed on September 26, 2024 by Equal Access Justice Fund, LP and EAJF Esq Fund, LP. is DENIED. Nevertheless, the Court orders the following:

2. no later than **Thursday, November 7, 2024** MMA Law Firm, PLLC must produce the Non-Disclosure Agreements referenced in the deposition testimony of Mr. Moseley and Ms. Weaver Gallacher. The parties must meet and confer regarding the drafting and entry of a confidentiality and protective order covering these Non Disclosure Agreements.

3. "Debtor's Emergency Motion To Compel Production From Equal Access Justice Fund, LP And EAJF Esq Fund, LP"[4] filed on October 29, 2024 by MMA Law Firm, PLLC. is GRANTED.

4. no later than **Thursday, November 7, 2024** Equal Access Justice Fund, LP And EAJF Esq Fund, LP must respond by producing the documents that are responsive to the following:

---

[1] ECF No. 310.
[2] ECF No. 371.
[3] ECF No. 310.
[4] ECF No. 371.

    a. as for Request for Production No. 1., produce all documents that supports Equal Access Justice Fund, LP's assertion of an attorney-client privilege with Mr. David Childers.

    b. as for Request for Production No. 2., produce all documents that supports Equal Access Justice Fund, LP's assertion of an attorney-client privilege with Mr. Benjamin Blank.

    c. as for Request for Production No. 3., produce all fee agreements between Equal Access Justice Fund, LP and all attorneys and law firms related to legal representation in the bankruptcy case filed by MMA Law Firm (Case No. 24-31596), pending in the Southern District of Texas, Bankruptcy Court".

    d. as for Request for Production No. 5., produce the organizational chart referred to by Mr. David Childers at his deposition conducted by the Debtor on August 21, 2024, at Pages 25 and 26 in the attached deposition transcript.

5. Walker & Patterson, PC is awarded reasonable and necessary attorney fees and costs in the amount of $3,375.00 which must be paid by Equal Access Justice Fund, LP And EAJF Esq Fund, LP no later than **Thursday, November 7, 2024**.

6. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SIGNED November 1, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge