| | |
|---|---|
| **From:** | Michael North <Michael_North@laed.uscourts.gov> |
| **Sent:** | Thursday, May 25, 2023 9:35 AM |
| **To:** | Kathleen Kay; James Cain; Rich Bourgeois |
| **Cc:** | Toni Petrofes; Margaret Higgins; Zach Moseley; Andrea Crawford; Victoria Montanio |
| **Subject:** | RE: In secret audio, lawyer accused of fraud lays out plans to keep La. insurance lawsuits going \| wwltv.com |

Another one coming tonight.

**********************************
MICHAEL B. NORTH
Chief United States Magistrate Judge
United States District Court
Eastern District of Louisiana
(504) 589-7610

-----Original Message-----
From: Kathleen Kay <Kathleen_Kay@lawd.uscourts.gov>
Sent: Thursday, May 25, 2023 9:28 AM
To: James Cain <James_Cain@lawd.uscourts.gov>; Rich Bourgeois <Richard_Bourgeois@lamd.uscourts.gov>; Michael North <Michael_North@laed.uscourts.gov>
Cc: Toni Petrofes <Toni_Petrofes@lawd.uscourts.gov>; Margaret Higgins <Margaret_Higgins@lawd.uscourts.gov>; Zach Moseley <Zach@mma-pllc.com>; Andrea Crawford <Andrea_Crawford@lawd.uscourts.gov>; Victoria Montanio <Victoria_Montanio@lawd.uscourts.gov>
Subject: FW: In secret audio, lawyer accused of fraud lays out plans to keep La. insurance lawsuits going | wwltv.com

Just in case you missed it

Kathleen Kay
United States Magistrate Judge
Western District of Louisiana
Lake Charles Division
611 Broad Street, Suite 209
Lake Charles, LA 70601
(337) 437-3874

-----Original Message-----
From: Victoria Montanio <Victoria_Montanio@lawd.uscourts.gov>
Sent: Thursday, May 25, 2023 9:20 AM
To: Kathleen Kay <Kathleen_Kay@lawd.uscourts.gov>; Andrea Crawford <Andrea_Crawford@lawd.uscourts.gov>
Subject: In secret audio, lawyer accused of fraud lays out plans to keep La. insurance lawsuits going | wwltv.com

Judge,

I just came across this article with a recording of Mr. Moseley.  The recording is from March 6, 2023.

https://www.wwltv.com/article/news/investigations/in-secret-audio-lawyer-accused-of-fraud-plans-ways-to-keep-la-insurance-lawsuits-david-hammer-investigations/289-ea1915ea-7480-4668-b0c1-0faf780c09fa