## WITNESS AND EXHIBIT LIST

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF TEXAS**<br>**HOUSTON DIVISION** | |
| **Main Case No**: 24-31596 | **Name of Debtor:** MMA Law Firm, PLLC |
| **Witnesses:**<br><br>James Drew<br>Sunni Beville<br>Nick Lawson<br>Avi Moshenberg<br><br><br>Rebuttal/impeachment witnesses | |
| | **Judge:** Honorable Eduardo V. Rodriguez |
| | **Courtroom Deputy**: Ana Castro |
| | **Hearing Date:** February 7, 2025 |
| | **Hearing Time:** 1:30 p.m. |
| | **Parties' Names:** Equal Access Justice Fund, LP and EAJF ESQ Fund, LP |
| | **Attorneys' Names:** David Miller (*pro hac vice*) and Misty A. Segura (Spencer Fane, LLP) |
| | **Attorneys' Phones:** (303) 592-8332; (713) 212-2643 |
| | **Nature of Proceeding**: First Interim Fee Applications filed by UCC's Co-Counsel |

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | First Interim Fee Application of Otterbourg PC as Co-Counsel to the UCC [ECF # 434] (12/04/24) | | | | |
| 2 | EAJF's Objection to Otterbourg PC's First Interim Fee Application [ECF # 448] (12/26/24) | | | | |
| 3 | Debtor's Limited Objection to Otterbourg PC's First Interim Fee Application [ECF # 449] (12/26/24) | | | | |
| 4 | First Interim Fee Application of Lawson & Moshenberg PLLC as Co-Counsel to the UCC [ECF # 437] (12/09/24) | | | | |
| 5 | EAJF's Objection to Lawson & Moshenberg's First Interim Fee Application [ECF # 481] (01/24/25) | | | | |
| 6 | Bankruptcy Case Docket Sheet | | | | |
| 7 | The UCC's Statement Supporting the Supplement to Debtor's Motion for Orders Authorizing the Use of Cash Collateral [ECF # 358] (10/21/24) | | | | |
| 8 | Stipulation and Agreed Order Between the Debtor and the UCC to address the UCC's position regarding the appointment of a Chapter 11 Trustee or Examiner [ECF # 362] (10/24/24) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 9 | Debtor's *Supplement* to Debtor's Motion for Orders Authorizing the Use of Cash Collateral ("552 Motion") [ECF # 353] (10/15/24) | | | | |
| 10 | The UCC's Statement Supporting the Debtor's Motion to Reconsider the Order Striking the Debtor's Supplement [ECF # 380] (10/31/24) | | | | |
| 11 | The UCC's Statement Opposing the Appointment of a Chapter 11 Trustee [ECF # 392] (11/04/24) | | | | |
| 12 | Order Granting Debtor's Emergency Motion to Disqualify Okin Adams Bartlett as Counsel for the UCC [ECF # 90] (06/05/24) | | | | |
| 13 | Order regarding show cause and withdrawal of Kane Russell Coleman Logan PC's Application of Employment as UCC Counsel [ECF # 223] (08/02/24) | | | | |
| 14 | Sixth Interim Order Authorizing Use of Cash Collateral [ECF # 479] (01/24/25) | | | | |
| 15 | Debtor's Monthly Operating Report for November 2024 [ECF # 446] (12/23/24) | | | | |
| 16 | Debtor's Monthly Operating Report for December 2024 [ECF # 472] (01/21/25) | | | | |
| 17 | Debtor's Adversary Proceeding Complaint Against EAJF (Adv. P. No. 24-03208) (10/06/24) | | | | |

| 18 | Adversary Proceeding Docket Sheet (Adv. P. No. 24-03208) | | | | |
|---|---|---|---|---|---|
| 19 | Order Setting Hearings and a Status Conference on Discovery [ECF # 463] (01/14/25) | | | | |
| 20 | U.S. Trustee's Guidelines | | | | |
| 21 | Application to Employ Otterbourg PC [ECF # 314] (10/01/24) | | | | |
| 22 | Application to Employ Lawson & Moshenberg PLLC [ECF # 291] (09/12/24) | | | | |
|  | Exhibits attached to any parties' Witness and Exhibit List | | | | |
|  | Rebuttal/Impeachment Exhibits | | | | |

Secured Creditors Equal Access Justice Fund, LP and EAJF ESQ Fund, LP (collectively, "*EAJF*") reserve the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing.

EAJF reserves the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing list of witnesses and exhibits as appropriate. EAJF also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other party in interest, and (ii) any pleading, hearing transcript, order, or other document filed with the Court in this chapter 11 case.

Dated: February 5, 2025.

Respectfully submitted,

SPENCER FANE LLP
By: */s/ Misty A. Segura*
MISTY A. SEGURA
TX Bar No. 24033174
Fed. No. 30751
3040 Post Oak Blvd., Ste. 1400
Houston, TX 77056
Office: (713) 212-2643
E-mail: msegura@spencerfane.com

***Attorneys for Equal Access Justice Fund, LP and EAJF ESQ Fund, LP***

## CERTIFICATE OF SERVICE

I certify that on February 5, 2025, a true and correct copy of the foregoing document was served by electronic service via the Court's ECF filing system on those parties registered to receive service.

*/s/ Misty A. Segura*
MISTY A. SEGURA