United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 26, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-31596 |
| MMA LAW FIRM, PLLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

**ORDER**
**STRIKING PLEADING**
*Resolving ECF No. 704*

The Debtor's Objection to the Second Interim Fee Application of Otterbourg, P.C. as Coo-Counsel to the Official Committee of Unsecured Creditors for the Fee Period from November 1, 2024 through April 20, 2025[1] is hereby **STRUCK** for failure to attach a proposed Order pursuant to BLR 9013-1(h).   Debtor is granted leave to July 8, 2025, to re-file this Objection.

SIGNED June 26, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 704.