United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 02, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| MMA LAW FIRM, PLLC, | § | |
| | § | Case No. 24-31596 |
| Debtor. | § | |

### ORDER GRANTING EAJF'S *UNOPPOSED* MOTION FOR LEAVE TO RE-FILE EAJF'S OBJECTION TO THE DEBTOR'S AMENDED APPLICATION TO EMPLOY DAVID MIDDLEMAN AS MARKETING CONSULTANT AND BROKER FOR THE SALE OF ESTATE ASSETS TO ATTACH A PROPOSED ORDER

Upon consideration of EAJF's Unopposed Motion for Leave to Re-file EAJF's Objection to the Debtor's Amended Application to Employ David Middleman as Marketing Consultant and Broker for the Sale of Estate Assets to Attach a Proposed Order (the "**Unopposed Motion**"), and the Court having determined that good cause exists for granting of the relief as requested in the Unopposed Motion; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Unopposed Motion is **GRANTED**. It is further,

**ORDERED** that EAJF is granted leave to re-file the Objection and to attach a proposed Order so that EAJF's Objection may be considered by the Court in connection with the relief being sought in the Debtor's Amended Application to Employ David Middleman as Marketing Consultant and Broker for the Sale of Estate Assets at ECF # 710.

Signed: July 02, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge