IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MMA LAW FIRM, PLLC | § | CASE NO. 24-31596-H3 |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

### LIMITED OBJECTION OF JAYNE MOSELY, TO EMERGENCY MOTION TO EXTEND AUTOMATIC STAY TO JOHN ZACHARY MOSELEY

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

Comes now, Jayne Moseley, (hereinafter "Creditor") and files this limited objection (the "**Limited Objection**") to the Emergency Motion to Extend Automatic Stay to John Zachary Moseley, and would respectfully show the Court as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this Objection pursuant to 28 U.S.C. § 1334. This is a core proceeding. Venue is proper pursuant to 28 U.S.C. § 1408.

### FACTUAL BACKGROUND

2. This Objection is regarding the *Motion to Extend the Automatic Stay to John Zachary Mosely*.

3. On July 19, 2023, Movant filed a petition for divorce in the 245th district court.

4. On May 14, 2025, the Court entered an agreed order lifting the stay for the divorce. (Docket No. 682)

5. On June 26, 2025, John Zachary Moseley filed a motion with the state court requesting a stay to cover all litigation and collection activity. (Docket No. 706)

6. On June 27, 2025, the Court entered an order granting the above-mentioned motion and set

a hearing for July 18, 2025. (Docket no. 712)

## LIMITED OBJECTION

7.      Jayne Moseley brings this Limited Objection to ensure that the *Order Granting Debtor's Emergency Motion to Extend the Automatic Stay to John Zachary Mosely* [docket no. 712] does not affect the pending divorce proceedings.

8.      Therefore, Jayne Moseley respectfully requests that the Court enter an order confirming the absence or inapplicability of stay to allow the state court to issue judgments and orders concerning (i) child custody, (ii) support; and (iii) the division of exempt property.

Respectfully submitted,

**TRAN SINGH LLP**

*/s/ Brendon Singh*
Susan Tran Adams | TBN: 24075648
Brendon Singh | TBN: 24075646
Mayur M. Patel | TBN: 24043863
2502 La Branch Street
Houston TX 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
Email: bsingh@ts-llp.com
*Attorneys for Jayne Mosely*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2025, all the following parties attached on creditor matrix were served a true and correct copy of the foregoing Objection via First Class Mail, facsimile, or electronic notice via CM/ECF.

*/s/ Brendon Singh*
Brendon Singh