United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| MMA LAW FIRM, PLLC,[1] | § § | Case No. 24-31596 |
| *Debtor*. | § § | |

### STIPULATION AND AGREED ORDER GRANTING THE SECOND INTERIM FEE APPLICATION OF LAWSON & MOSHENBERG PLLC AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE FEE PERIOD FROM DECEMBER 1, 2024 THROUGH MAY 31, 2025

**WHEREAS**, Lawson & Moshenberg PLLC ("L&M") filed its second interim fee application [Dkt. 696] for the period beginning December 1, 2024, and ending May 31, 2025, as set forth in the Application, seeking allowed interim compensation in the amount of $284,254.00 and $764.96 in expenses;

**WHEREAS**, no formal objections were filed to the L&M Application;

**WHEREAS**, L&M and Equal Access Justice Fund, LP and EAJF ESQ Fund, LP (collectively, "EAJF"), have negotiated a stipulated reduction in the L&M Application for allowed interim compensation and reimbursement of expenses of $13,600.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HERETO AND, UPON COURT APPROVAL, IT IS HEREBY ORDERED THAT**:

The Court has considered the Second Interim Fee Application filed by Lawson & Moshenberg PLLC (the "Applicant"), together with the above Stipulation of L&M and EAJF. The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $270,654.00 for fees and $764.96 for expenses for the period beginning December 1, 2024, and ending May 31, 2025, as set forth in the Application.

---

[1] The last four digits of the Debtor's federal tax identification number is: 5686.

      2. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Signed: July 10, 2025

                                                Eduardo V. Rodriguez
                                       Chief United States Bankruptcy Judge

**LAWSON & MOSHENBERG PLLC**

s/*Nicholas R. Lawson*
Nicholas R. Lawson (Texas Bar. No. 24083367)
Avi Moshenberg (Texas Bar No. 24083532)
2301 Commerce St., Suite 200
Houston, TX 77002
Tel: 903-316-9155
Nick.Lawson@lmbusinesslaw.com
Avi.Moshenberg@lmbusinesslaw.com

*Co-Counsel to the Committee*

**SPENCER FANE, LLP**

s/ *Misty A. Segura*
Misty A. Segura (Texas Bar No. 24033174)
Fed. No. 30751
3040 Post Oak Blvd., Ste. 1400
Houston, TX 77056
Tel: 713-212-2643
msegura@spencerfane.com

-and-

David M. Miller (*admitted pro hac vice*)
Colo. Bar No. 17915
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Tel: 303-839-3800
dmiller@spencerfane.com

*Counsel to EAJF*