**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| MMA Law Firm, PLLC | § | CASE NO.   24-31596 |
| | § | |
| DEBTOR | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing has been scheduled on the Debtor's Application to Employ David Middleman on July 18, 2025 at 2:00 pm. For persons wishing to appear in person, the hearing will be conducted from the United States Courthouse, 1701 W. Business Hwy 83, 10th Floor Courtroom, McAllen, TX 78501.

To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-vrodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at 832-917-1510, conference room number 999276 and (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez.

Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.

Dated: July 11, 2025

                                                                           Respectfully submitted,

                                                                           By:  */s/ Miriam Goott*
                                                                                   Miriam Goott
                                                                                   attorney-in-charge
                                                                                  SBN 24048846
                                                                                  COUNSEL FOR TRUSTEE

OF COUNSEL:
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX 77208
(713) 956-5577 (telephone)
(713) 956-5570 (fax)
mgoott@walkerandpatterson.com

## CERTIFICATE OF SERVICE

    I, Miriam Goott, hereby certify that this Notice was served via email to: Counsel for: UCC, EAJF, UST, Jason Joy, State Farm Fire & Casualty, Porsche Financial Services, ACAR Leasing, Galindo, American Express on July 11, 2025. All other parties will receive notice via CM/ECF on July 11, 2025.

                                                               By: */s/ Miriam Goott*
                                                               Miriam Goott