# WITNESS AND EXHIBIT LIST
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |

| | |
|---|---|
| **Adversary Case No:** | |
| **Style of Adversary:** | |

| | | |
|---|---|---|
| **Does this amend or supplement a previously filed Witness & Exhibit List? If so, state the date and CM/ECF No. of such previous filing.** | Yes | No |
| | | X |
| | **Date** | **CM/ECF No.** |
| | | |
| | | |

| | |
|---|---|
| **Hearing/Trial Date:** | July 18, 2025 |
| **Hearing Time:** | 10:00 a.m. |
| **Party's Name:** | Equal Access Justice Fund, LP and EAJF ESQ Fund, LP |
| **Attorney's Name:** | Misty A. Segura and Fred Johnson |
| **Attorney's Phone:** | (713) 212-2643 |

| | | |
|---|---|---|
| **Nature of Proceeding(s):** | **CM/ECF No.** | **Matter** |
| | 706 | Debtor's Emergency Motion to Extend the Automatic Stay to John Zachary Moseley |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| **WITNESS LIST** | |
|---|---|
| **Lay Witnesses:** | John Zachary Moseley |
| | Joe Fleming |
| | Miriam Goott |
| | Johnie Patterson |
| | Misty Segura |
| **Expert Witnesses:** | |
| | |
| | |
| | |

**Form No. 1-100**

Last Revised April 15, 2025

| | |
|---|---|
| **REBUTTAL/ IMPEACHMENT WITNESSES** | |
| **Lay Witnesses:** | |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| | |

| | | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| 1. | Bankruptcy Case Docket | | | |
| 2. | Settlement Agreement (3/10/25) | | | |
| 3. | Order Setting 9019 Motion for Hearing (3/26/25) | | | |
| 4. | Jayne Moseley's Pretrial Disclosures (4/11/25) | | | |
| 5. | Jayne Moseley's Notice of Filing Sworn Inventory & Proposed Property Division (4/25/25) | | | |
| 6. | Zach Moseley's Motion for Distribution of Funds Held in Trust (5/07/25) | | | |
| 7. | E-mail exchanges re Zach Moseley and Storm Law Partners PLLC (5/14/25) | | | |
| 8. | 9019 Order (5/14/25) | | | |
| 9. | Agreed Order on Jayne Moseley's Emergency Motion for Entry of Order Confirming the Absence of Stay (5/14/25) | | | |
| 10. | Petition to Intervene in Divorce (06/20/25) | | | |
| 11. | EAJF's First Amended Petition to Intervene in Divorce and Request for TRO (submitted 6/26/25; not accepted for filing by Harris County District Clerk) | | | |
| 12. | Motion for Withdrawal of Counsel for Zach Moseley (6/27/25) | | | |
| 13. | Zach Moseley's Notice of Stay filed in Guarantor Lawsuit (6/27/25) | | | |
| 14. | Zach Moseley's Motion for Continuance (7/02/25) | | | |
| 15. | Jayne Moseley's Motion to Strike EAJF's Petition in Intervention (7/08/25) | | | |
| 16. | Temporary Injunction State Court (1/10/24) | | | |
| 17. | EAJF's MSJ filed in State Court | | | |
| 18. | Notice of April 9, 2024 MSJ Hearing fred | | | |

**Form No. 1-100**

Last Revised April 15, 2025

| | | | | |
|---|---|---|---|---|
| 19. | EAJF's Notice of Nonsuit of Debtor MMA with Prejudice (5/29/25) | | | |
| 20. | Order Granting Notice of Nonsuit of Debtor MMA with Prejudice (5/30/25) | | | |
| 21. | Notice of Submission for MSJ (6/23/25) | | | |
| 22. | Proposed MSJ Order re: Moseley (6/24/25) | | | |
| 23. | Notice of Bankruptcy Court's Order Extending Stay on Interim Basis filed in Moseley Divorce (6/27/25) | | | |
| 24. | State Court Guarantor Lawsuit Docket | | | |
| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

**Form No. 1-100**

Last Revised April 15, 2025