United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 18, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 24-31596 |
| MMA LAW FIRM, PLLC § | |
| § | CHAPTER 11 |
| Debtor § | |

## ORDER DISALLOWING PROOF OF CLAIM #45 FILED BY KATHERINE MONSON, INDIVIDUALLY AND FOR ALL SIMILARLY SITUATED IN PLAINTIFF CASE

It is

**ORDERED** that Proof of Claim No. 45 filed by Katherine Monson, Individually and for all Similarly Situated in Plaintiff Case, is **DISALLOWED** in its entirety.

Signed: July 18, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge