United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 21, 2025

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER
&
NOTICE FOR HEARING ON DISCLOSURE STATEMENT**

The disclosure statement hearing scheduled for July 30, 2025, is hereby canceled. It is **Ordered** and notice is hereby given that:

1. The electronic hearing to consider the approval of the disclosure statement, ECF # 692, shall be held before the United States Bankruptcy Court, Houston, Division, on **Wednesday, September 10, 2025, at 1:30 p.m.,** (Central Standard Time). For persons wishing to appear in person, the hearing will be conducted from the United States Courthouse, Bob Casey Federal Building, Courtroom #9B, 515 Rusk, Houston, TX 77002.

2. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

3. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

4. **Wednesday, September 3, 2025** is fixed as the last day for filing and serving in accordance with Fed. R. Bankr. P. 3017(a) written objections to the disclosure statement.

5. No later than **Wednesday, July 23, 2025** Debtor must distribute a copy of the disclosure statement and plan in accordance with Fed. R. Bankr. P. 3017(a).

6. Requests for copies of the disclosure statement and plan shall be mailed to MMA Law Firm, PLLC, c/o Johnie Patterson, Walker & Patterson, P.C., P.O. Box 61301, Houston, TX 77208.

SIGNED July 21, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge