United States District Court
Southern District of Texas
**ENTERED**
July 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MMA LAW FIRM, PLLC, § | |
| § | |
| *Debtor,* § | |
| § | |
| v. § | CIVIL ACTION NO. 4:24-cv-3443 |
| § | |
| MORRIS BART, LLC, § | **24-31596** |
| § | |
| *Appellant.* § | |

## MEMORANDUM ORDER

Before the Court is Morris Bart LLC's ("Morris Bart" or "Appellant") *Motion to Confirm the Automatic Stay Does Not Apply to Other Court's Determinations of Attorney's Fees and Costs Recoverable in Hurricane Cases as Between Morris Bart, LLC and MMA Law Firm, PLLC, and to Modify the Automatic Stay to Allow Actions for Determination of Attorney's Fees and Costs Recoverable in Hurricane Cases as Between Morris Bart, LLC and MMA Law Firm, PLLC* (the, "Stay Motion") filed in the underlying bankruptcy case. The Bankruptcy Court denied the Stay Motion for lack of jurisdiction because the Automatic Stay was already on appeal to this Court. Morris Bart then appealed the Bankruptcy Court's denial of the Stay Motion to this Court.

After a *de novo* review of the filings, the applicable law, and the Bankruptcy Court's order, the Court AFFIRMS the denial of the Stay Motion for lack of jurisdiction. The relief requested in the Stay Motion directly pertained to the issue already on appeal. In fact, Morris Bart acknowledged as much in its Stay Motion, stating:

> On July 15, 2024, the bankruptcy court entered a written preliminary injunction. In the preliminary injunction, the bankruptcy court enjoined Morris Bart from prosecuting claims regarding the Debtor's interest or entitlement to fees or costs or taking any action that would result in the determination of the Debtor's fee or costs reimbursement without further order from the bankruptcy court. *Morris Bart has*

> *appealed that order but now seeks an order form this bankruptcy court permitting it to move forward with claims against the Debtor to obtain determinations of the fees and cots in the hurricane cases.*

(ROA.000316–317) (emphasis added).

Nevertheless, this Court has withdrawn the reference from the Bankruptcy Court as to matters related to the attorneys' fees/costs dispute between MMA and Morris Bart, including all matters raised in this case number. (4:24-cv-4446, Doc. No. 5 at 9). To the extent these issues overlap, the Court will address them in the 4:24-cv-4446 case. This appeal in this matter is denied and this case is dismissed.

Signed this 25th day of July, 2025.

_____
Andrew S. Hanen
United States District Judge