IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| MMA LAW FIRM, PLLC, | § | |
| | § | Case No. 24-31596 |
| Debtor. | § | |

___

**EAJF'S NOTICE OF WITHDRAWAL OF OBJECTION TO THE DEBTOR'S *AMENDED* APPLICATION TO EMPLOY DAVID MIDDLEMAN AS MARKETING CONSULTANT AND BROKER FOR THE SALE OF ESTATE ASSETS**
**[Relates to ECF #'s 710, 720, and 754]**

___

Equal Access Justice Fund, LP and EAJF ESQ Fund, LP (collectively, "**EAJF**"), by and through their attorneys, hereby file this Notice of Withdrawal of its Objection to the Debtor's *Amended* Application to Employ David Middleman as Marketing Consultant and Broker for the Sale of Estate Assets [ECF # 720] based upon the proposed Amended Order Granting Employment filed by the Debtor on July 28, 2025 at ECF # 754.

Dated: July 29, 2025.

                                                    Respectfully submitted,

                                                    SPENCER FANE, LLP

                                                    By: */s/ Misty A. Segura*
                                                    MISTY A. SEGURA
                                                    TX Bar No. 24033174
                                                    Fed. No. 30751
                                                    3040 Post Oak Blvd., Ste. 1400
                                                    Houston, Texas 77056
                                                    Telephone: (713) 212-2643
                                                    E-mail: msegura@spencerfane.com

                                                    **COUNSEL FOR EQUAL ACCESS JUSTICE FUND, LP AND EAJF ESQ FUND, LP**

## **CERTIFICATE OF SERVICE**

      I certify that on July 29, 2025, a true and correct copy of the foregoing document was served by electronic service via the Court's ECF filing system on those parties registered to receive service via the Clerk of the Court through the ECF system.

*/s/ Misty A. Segura*
MISTY A. SEGURA
