UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br>MMA LAW FIRM, PLLC<br><br>DEBTOR(S) | §<br>§<br>§<br>§<br>§ | CASE NO.  24-31596<br><br>CHAPTER 11 |

### MOTION TO RESET HEARING
### (Relates to DK#'s 342, 741)

This motion seeks an order that may adversely affect you.  If you oppose the motion, you should immediately contact the moving party to resolve the dispute.  If you and the moving party cannot agree, you must file a response and send a copy to the moving party.  You must file and serve your response within 21 days of the date this was served on you.  Your response must state why the motion should not be granted.  If you do not file a timely response, the relief may be granted without further notice to you.  If you oppose the motion and have not reached an agreement, you must attend the hearing.  Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.

Represented parties should act through their attorney.

COMES NOW MAKKAH CORPORATION D/B/A HABIBI SHRINERS, ITS CLUBS AND UNITS ("Makkah") and files this Motion to Reset hearing on Makkah's Motion for Relief from Stay and would show as follows:

1. Debtor filed the instant case April 9, 2024.

2. Makkah filed its Motion for Relief from Stay October 9, 2024.  DK# 342.  Makkah's Motion seeks to lift the stay to proceed with third party insurance proceeds.  Specifically, Makkah has a proposed settlement with Allied World Insurance Company it wishes to pursue and complete.

3. The Debtor objected to the Motion arguing the insurance proceeds were property of the estate.  DK# 367.

4. Makkah's Motion for Relief from Stay was abated pending determination of whether or not the insurance proceeds were property of the estate.

5. On May 5, 2025, the District Court entered its order finding the insurance proceeds are not property of the estate. See, e.g., DK# 755-1 for copy.

6. On July 18, 2025, this Court entered an order setting Makkah's Motion for Relief from Stay for hearing to be held August 14, 2025 at 8:30 a.m. DK# 741.

7. On July 29, 2025, Allied World Insurance Company files its Amended Motion for Relief from Stay. DK# 755. Allied's Motion references Makkah's pending complaint and settlement. DK# 755, p. 11.

8. The issues raised in Makkah's Motion for Relief from Stay and Allied World Insurance Company's Motion for Relief from Stay are intertwined. Makkah believes it would be efficient and appropriate for the matters to be heard concurrently. Accordingly, Makkah requests hearing on its Motion for Relief from Stay be continued to September 10, 2025 at 9:00 a.m. so the matter can be heard along with Allied World Insurance Company's Amended Motion for Relief from Stay.

Wherefore, premises considered, Makkah prays the Court reset its Motion for Relief from Stay hearing to September 10, 2025 at 9:00 a.m. and for such further and other relief as the Court deems just.

Date: July 29, 2025          Respectfully submitted:

*/s/ Michael Weems*
Movant's Counsel Signature
**Dominique Varner** TBA #00791182/FIN 18805
Direct: 713-590-4218, dvarner@hwa.com;
**Michael Weems** TBA #24066273
Direct: 713-590-4222, mweems@hwa.com
**HUGHES, WATTERS & ASKANASE, L.L.P.**
1201 Louisiana, 28th Floor
Houston, Texas 77002
Telephone (713) 590-4200
Fax (713) 590-4230
ATTORNEY FOR MOVANT

## Certificate of Service

A copy of this motion was served on the persons shown below at the addresses reflected on the 30th day of July, 2025 by electronic mail or by prepaid United States first class mail. Movant certifies that Movant has complied with Bankruptcy Local Rule 4001.

Debtor's Counsel

**Miriam Goott**
Walker & Patterson, PC
PO Box 61301
Houston, TX 77208

**Nicholas Lawson**
Lawson Moshenberg PLLC
801 Travis St.
Ste 2101 #838
Houston, TX 77002

**Johnie J Patterson**
Walker & Patterson,P.C.
P.O. Box 61301
Houston, TX 77208-1301

U.S. Trustee

**Andrew Jimenez**
U.S. Department of Justice
United States Trustee Program
515 Rusk Street, Suite 3516
Houston, TX 77002

Creditor Committee

**Sunni P. Beville**
Otterbourg P.C.
230 Park Avenue
New York, NY 10169

S MFR 2024-003435  MW

**James V Drew**
Otterbourg P.C.
230 Park Avenue
New York, NY 10169
212-905-3665
Email: jdrew@otterbourg.com

**Avi Moshenberg**
Lawson & Moshenberg PLLC
801 Travis St.
Ste 2101, #838
Houston, TX 77002
903-316-9155
Email: avi.moshenberg@lmbusinesslaw.com

Other Parties

**Pamela A. Walters**
Aldine Independent School District
2525 W.W. Thorne Blvd
Houston, TX 77073

**Justin S. Levy**
Werner Ahari Mangel LLP
2112 Pennsylvania Ave. NW
Suite 200
Washington, DC 20037

**Scott R Bickford**
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130

**Jeannie Lee Andresen**
Linebarger Goggan Blair & Sampson LLP
PO BOX 3064
Houston, TX 77253-3064

**Herbert Charles Shelton, II**
Hayward PLLC
7600 Burnet Road
Suite 530
Austin, TX 78757

S MFR 2024-003435  MW

**Ruth A Van Meter**
Ruth A. Van Meter, P.C.
1707 Post Oak Blvd
Houston, TX 77056

**Joshua W. Wolfshohl**
Porter Hedges LLP
1000 Main, 36th Floor
Houston, TX 77002

**David M Miller**
Spencer Fane
1700 Lincoln St.
Suite 2000
Denver, CO 80203

**Misty A Segura**
Spencer Fane, LLP
3040 Post Oak Blvd.
Ste 1400
Houston, TX 77056

**Megan F. Clontz**
Spencer Fane
5700 Granite Parkway
Suite 650
Plano, TX 75024

**David M Miller**
Spencer Fane
1700 Lincoln St.
Suite 2000
Denver, CO 80203

**Misty A Segura**
Spencer Fane, LLP
3040 Post Oak Blvd.
Ste 1400
Houston, TX 77056

**Edward L Ripley**
Andrews Myers, P.C.
1885 Saint James Place, 15th Floor
Houston, TX 77056

S MFR 2024-003435  MW

**Stephanie Laird Tolson**
Hinshaw & Culbertson LLP
5151 San Felipe Street
Suite 1380
Houston, TX 77056

**Kyle J Nutt**
Reiss & Nutt, PLLC
1221 Floral Pkwy Ste 104
Suite 106
28403-6235
Wilmington, NC 28403

**Jason Lee Boland**
Norton Rose Fulbright US LLP
1550 Lamar
Ste 2000
Houston, TX 77010

**Lynnette Randee Warman**
Lynnette R. Warman
13101 Preston Rd.
Suite 110-1593
Dallas, TX 75240

**H Anthony Hervol**
Law Office of H. Anthony Hervol
22211 IH-10 West
Suite 1206-168
San Antonio, TX 78257

**Staci Knox Villemarette**
Caffery, Oubre, Campbell & Garrison, LLP
100 E. Vermilion Street
Suite 201
Lafayette, LA 70501

**John Garrison Jordan**
John Garrison Jordan, Aplc
111 North Oak Street
Suite 200
Hammond, LA 70401

**Robert Emmet Couhig, Jr**
Couhig Partners LLC
1100 Poydras St.
Suite 3250
New Orleans, LA 70163

**Tristan E Manthey**
Fishman Haygood, LLP
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170

**Susan Tran Adams**
Tran Singh LLP
2502 La Branch Street
Houston, TX 77004

**Ariel Sagre**
Sagre Law Firm, P.A.
5201 Blue Lagoon Drive
Suite 892
Miami, FL 33126

**Toby L Gerber**
Norton Rose Fulbright US LLP
2200 Ross Ave
Ste 3600
Dallas, TX 75201-7932

**Lisa M. Norman**
Andrews Myers, PC
1885 St. James Place
15th Floor
Houston, TX 77056

**Elias Marwan Yazbeck**
McGinnis Lochridge LLP
609 Main Street
Suite 2800
Houston, TX 77002

**Leo David Congeni**
Congeni Law Firm, LLC
650 Poydras St.,
Ste 2750
New Orleans, LA 70130

S MFR 2024-003435  MW

**Scott R. Cheatham**
Adams & Reese LLP
701 Poydras St
Ste 4500
New Orleans, LA 70139

**Jamie Kirk**
Office of the Attorney General of Texas
12221 Merit Dr.
Ste. 650
Dallas, TX 75251

**Nicholas Zugaro**
Dykema Gossett PLLC
1401 McKinney Street
5 Houston Center
Suite 1625
Houston, TX 77010

*/s/ Michael Weems*
HUGHES, WATTERS & ASKANASE, L.L.P.
Dominique Varner     TBA #00791182/FIN 18805
Michael Weems        TBA #24066273

S MFR 2024-003435  MW