United States Bankruptcy Court
Southern District of Texas

**ENTERED**
September 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MMA Law Firm, PLLC | § | |
| | § | |
| DEBTOR | § | CASE NO. 24-31596 |
| | § | |
| | § | |
| | § | CHAPTER 11 |

ORDER GRANTING
EMERGENCY MOTION FOR CONTINUANCE OF
THE HEARING ON DISCLOSURE STATEMENT

1. After considering the [Emergency] Motion for Continuance of the Hearing on the Disclosure Statement (the "Motion") filed by the Committee, the Court finds that the Motion should be GRANTED.

2. The electronic evidentiary hearing on the Disclosure Statement [Docket No. 692] will be continued to **November 5, 2025, at 1:30 p.m.,** (Central Standard Time) before the United States Bankruptcy Court, Houston Division. For persons wishing to appear in person, the hearing will be conducted from the United States Courthouse, Bob Casey Federal Building, Courtroom #8B, 515 Rusk Avenue, Houston, TX 77002.]

Signed: September 03, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

8563313.1