IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO.   24-31596 |
| MMA LAW FIRM, PLLC § | |
| § | |
| DEBTOR § | |

### SETTLEMENT AGREEMENT

This Settlement Agreement (the "**Agreement**") is entered into by and between MMA Law Firm, PLLC (formerly known as McClenny Moseley and Associates) ("**MMA**" or the "**Debtor**"), on the one hand, and Baggett McCall ("**BM**"), on the other hand. MMA and BM are each referred to individually as a "**Party**" and collectively as the "**Parties**."

This Agreement is expressly subject to approval by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**").

### DEFINITIONS AND RECITALS

1. A dispute has arisen between the Parties regarding entitlement to attorneys' fees in connection with two former clients of MMA who are now represented by BM.

2. BM has taken over representation of multiple former MMA clients in various legal matters. However, this Settlement Agreement only resolves the dispute regarding attorneys' fees in the following two cases (collectively, the "**Subject Cases**"):

   a. **Beckwith Case:** *Dorothy Beckwith v. Farmers Property & Casualty Insurance Co., Docket No. 2:22-cv-04224*; and

   b. **Suttle Case:** John Suttle vs. State Farm; 2:22-cv-3906

3. The Parties desire to resolve and fully settle all claims and disputes between them solely with respect to the Subject Cases, while expressly preserving all rights and claims each may have in connection with any other current or future matters.

**TERMS AND CONDITIONS**

4. **Bankruptcy Court Approval:** This Agreement is subject to approval by the Bankruptcy Court and shall not be effective until such approval is entered. MMA shall file a motion to approve this Settlement Agreement with the Bankruptcy Court within five (5) business days of execution by both Parties.

5. **Payment Terms:** Within ten (10) business days following entry of an order approving this Agreement by the Bankruptcy Court, BM shall pay to MMA, through its bankruptcy counsel, the total sum of $22,670.45, in good and collected funds.

6. **Retention of Jurisdiction:** The Bankruptcy Court shall retain exclusive jurisdiction to resolve any disputes arising from or related to this Agreement.

7. **Mutual Release (Subject Cases Only):** Upon full performance of the terms of this Agreement, MMA and BM shall mutually release and discharge each other from any and all claims, demands, and causes of action, whether known or unknown, arising out of or related to the Beckwith and Suttle cases only. This mutual release shall **not apply** to any other legal matters, claims, disputes, or former MMA clients represented by BM outside of the Subject Cases. Each Party expressly reserves all rights with respect to all other cases and claims not addressed herein.

Dated: 9-8-2025

/S/ John Z. Moseley

**John Zachary Moseley – MMA Law Firm, PLLC**
1235 North Loop West
Suite 810
Houston, Texas 77008
Email: zach@mma-pllc.com
Telephone: 713-334-6121
Fax: 713-332-5953

Ashley N. Freeman
**Baggett McCall LLC**
3006 Country Club Road
Lake Charles, La 70605
Email: afreeman@baggettmccall.com
Telephone : 337-478-8888
Fax : 337-478-8946