IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO.   24-31596 |
| MMA LAW FIRM, PLLC | § § | |
| DEBTOR | § § | |

**STIPULATION AND AGREED ORDER REGARDING THE DEBTOR'S MOTIONS TO APPROVE COMPROMISE**
(Relates to ECF No. 772, 773, 810 and 811)

This Stipulation is entered into by and among, MMA Law Firm, PLLC ("**Debtor**" or "**MMA**") and W Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm (**"GLF"**) (collectively, the "**Parties**").

## RECITALS

WHEREAS, on August 15, 2025, the Debtor filed a Motion to Approve Compromise under Rule 9019 with Alvendia, Kelly & Demarest, LLC (the **"AKD 9019 Motion"**) (ECF No. 772); and on the same date, the Debtor also filed a Motion to Approve Compromise under Rule 9019 with Irpino, Avin & Hawkins Law Firm (the **"Irpino 9019 Motion")** (ECF No. 773).

WHEREAS, on September 5, 2025, GLF filed Limited Objections to both the AKD 9019 Motion and the Irpino 9019 Motion (the, **"Objections"**) (ECF No. 792 and 793)

WHEREAS, on September 8, 2025, the Debtor and GLF entered into a settlement agreement resolving all disputes between them.

WHEREAS, on September 8, 2025, the Debtor filed a Motion to Approve Compromise under Rule 9019 with GLF (ECF No. 805) (the **"GLF 9019 Motion"**).

Page - 1

WHEREAS, on September 8, 2025, the Court entered orders striking GLF's original Objections for failure to attach proposed orders.

WHEREAS, on September 9, 2025, GLF filed amended limited objections to the AKD 9019 Motion and the Irpino 9019 Motion (ECF No. 810 and 811).

WHEREAS, the settlement agreement between the Debtor and GLF, which is the subject of the GLF 9019 Motion currently pending before the Court, addresses the concerns raised in GLF's objections to the AKD 9019 Motion and the Irpino 9019 Motion.

NOW, THEREFORE, by agreement of the Parties, it is hereby **STIPULATED** and **ORDERED** as follows:

It is **ORDERED** that if the Court approves the AKD 9019 Motion and/or the Irpino 9019 Motion before ruling on the GLF 9019 Motion, nothing in those orders or in the Court's approval of the related settlement agreements shall impair, waive, or otherwise affect any rights, claims, or arguments GLF may have or may assert with respect to the funds or matters addressed in the AKD or Irpino settlement agreements, and it is further

**ORDERED** that GLF's rights related to the AKD and Irpino settlements shall be fully preserved unless and until the Court approves the settlement agreement between the Debtor and GLF as set forth in the GLF 9019 Motion.

SIGNED:_____

_____
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

**AGREED AS TO FORM AND CONTENT:**

<u>**Dated**</u>**: September 10, 2025**

**HAYWARD PLLC**

<u>*/s/ Charlie Shelton*</u>
Charlie Shelton
Texas State Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (tel./fax)
cshelton@haywardfirm.com

***Counsel for Cristóbal M. Galindo, P.C.,***
***d/b/a Galindo Law Firm***
***d/b/a Galindo Law Trial Attorneys***

<u>**Dated**</u>**: September 10, 2025**

<u>*/s/Miriam T. Goott*</u>
Miriam T. Goott
TBN 24048846
Walker & Patterson, PC
4815 Dacoma
Houston, TX 77092
mgoott@walkerandpatterson.com
713-956-5577
**COUNSEL FOR MMA LAW FIRM, PLLC**