IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO.   24-31596 |
| MMA LAW FIRM, PLLC | § | |
| | § | |
| DEBTOR | § | |
| | § | |

## SETTLEMENT AGREEMENT

This Settlement Agreement (the "**Agreement**") is entered into by and between MMA Law Firm, PLLC (formerly known as McClenny Moseley and Associates) ("**MMA**" or the "**Debtor**"), on the one hand, and Becknel Law ("**BL**"), on the other hand. MMA and BL are each referred to individually as a "**Party**" and collectively as the "**Parties.**"

This Agreement is expressly subject to approval by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**").

## DEFINITIONS AND RECITALS

1. A dispute has arisen between the Parties regarding the entitlement to attorneys' fees in connection with one former client of MMA, Edgar Zeno, who is now represented by BL in Edgar Zeno v. State Farm Fire & Casualty Company, Case No. 24-CV-360-RLB (the "**Zeno Case**").

2. BL has taken over representation of Mr. Zeno in the Zeno Case.

3. The Parties desire to resolve and fully settle all claims and disputes between them relating to the Zeno Case, while expressly preserving all rights and claims each Party may have in connection with any future matters.

Page - 1

## TERMS AND CONDITIONS

4.      **Bankruptcy Court Approval**: This Agreement is subject to approval by the Bankruptcy Court and shall not be effective until such approval is entered. MMA shall file a motion to approve this Settlement Agreement with the Bankruptcy Court within five (5) business days of execution by both Parties.

5.      **Payment Terms**: Within five (5) business days following entry of an order approving this Agreement by the Bankruptcy Court, BL shall pay to MMA, through its bankruptcy counsel, the total sum of $3,832.95, in good and collected funds.

6.      **Cooperation to Expedite Client Payment**: MMA agrees to take all reasonable actions necessary to expedite the resolution of any payment issues related to the Zeno Case and to facilitate payment to Mr. Zeno. Such reasonable actions may include, but are not limited to:

   a.   Endorsing any settlement check,

   b.   Agreeing to the removal of MMA's name from a settlement check,

   c.   Providing written approval to allow BL or its representatives to endorse any check on MMA's behalf, or

   d.   Executing any additional documents reasonably requested to effectuate prompt payment to the client.

7.      **Retention of Jurisdiction:** The Bankruptcy Court shall retain exclusive jurisdiction to resolve any disputes arising from or related to this Agreement.

8.      **Mutual Release**: Upon full performance of the terms of this Agreement, MMA and BL shall mutually release and discharge each other from any and all claims, demands, and causes of action, whether known or unknown, arising out of or related to the Zeno Case.

Date: _9-10-2025_

/s/s John Zachary Moseley

**John Zachary Moseley – MMA Law Firm, PLLC**
1235 North Loop West
Suite 810
Houston, Texas 77008
Email: zach@mma-pllc.com
Telephone: 713-334-6121
Fax: 713-332-5953

Date: 9-10-2025

**DANIEL E. BECNEL, III   # 20692**
**KATHRYN W. BECNEL   # 23641**
**JOHNAÉ J. JONES # 41565**
*Becnel Law*
425 West Airline Highway, Suite B
LaPlace, LA  70068
Phone: (985) 651-6101
Facsimile (985) 536-6445
Becket@becnellaw.com
Kathryn@becnellaw.com
Jjones@becnellaw.com