IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 24-31596 |
| | § | |
| MMA LAW FIRM, PLLC | § | Chapter 11 |
| | § | |
| *Debtor*. | § | |

### DEBTOR'S MOTION TO COMPROMISE CONTROVERSY
### WITH LAW OFFICE OF CRAVEN & PERRY, LLC

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO THE HONORABLE CHIEF UNITED STATES BANKRUPTCY JUDGE:

MMA Law Firm, PLLC (the "**Debtor**") hereby files this *Motion to Compromise Controversy* (the "**Motion**"), seeking court approval for the settlement of a dispute with the Law Office of Craven & Perry ("**CP**").

<u>SUMMARY OF FACTS AND RELIEF REQUESTED</u>

Before filing its Chapter 11 case, the Debtor entered into a co-counsel agreement with CP to represent Holiday Isle Owners Association, Inc. ("**HIOA**") Under the agreement, the firms agreed to share a one-third contingency fee. The Debtor later filed for Chapter 11 relief. Post-petition, CP finalized a settlement on behalf of HIOA. A dispute subsequently arose regarding the Debtor's share of attorneys' fees and reimbursable expenses. Rather than pursue litigation, the parties have negotiated and executed a comprehensive settlement agreement (the **"Settlement Agreement"**), subject to this Court's approval. Under the Settlement, MMA will receive a total payment of $265,406.73, consisting of $97,000.00 in reimbursable expenses and $168,406.73 in attorneys' fees. This amount constitutes approximately 40% of the total attorneys' fees recovered in the case.

This resolution avoids the risk, cost, and delay of litigation. Accordingly, the Debtor requests that the Court approve the Settlement Agreement under Rule 9019 of the Federal Rules of Bankruptcy Procedure and authorize the parties to implement its terms.

## RELEVANT BACKGROUND FACTS

<u>BACKGROUND OF MMA</u>

1.      MMA Law Firm, PLLC ("**Debtor**") is a litigation firm based in Texas.

2.      Pre-petition, the Debtor and CP entered into a contingency fee arrangement to represent Holiday Isle Owners Association, Inc. (**"HIOA"**).

3.      Under the agreement, both firms were entitled to share in a one-third contingency fee (the **"HIOA Litigation"**).

4.      The Debtor played the lead role in representing the client until it encountered significant

operational difficulties in Louisiana, leading to the filing of its Chapter 11 petition on April 9, 2024.

5.      During the course of the litigation, the Debtor incurred approximately $97,000.00 in out-of-pocket expenses (the, **"Expenses"**).

6.      After the Debtor filed for bankruptcy, CP resolved the HIOA Litigation for $1,750,000.00. This resulted in $583,332.75 in attorneys' fees and a $74,417.25 cost reserve. The net balance was paid to the client, and $657,750.00 remains held in trust by Phelps Dunbar, defense counsel, pending resolution of the fee and cost-sharing dispute between MMA and CP.

7.      Following settlement of the HIOA Litigation, MMA and CP engaged in good-faith negotiations to resolve their dispute, culminating in the proposed Settlement Agreement attached as **Exhibit A**.

8.      The Debtor now seeks the Court's approval of the Settlement Agreement pursuant to Bankruptcy Rule 9019.

## <u>SETTLEMENT TERMS</u>

9.      Within five (5) days following entry of an order approving the Settlement Agreement, CP will use its best efforts to cause Phelps Dunbar, the party currently holding the disputed funds, to release and disburse $265,406.73 to MMA in good funds.

10.     This amount includes $97,000.00 in reimbursable expenses and $168,406.73 in attorneys' fees.

11.     If CP receives the settlement funds from Phelps Dunbar prior to or after the Court's approval of this Settlement Agreement, CP will remit the $265,406.73 to MMA within five days of an order approving this Settlement Agreement.

12.     CP will bear full responsibility for any fees owed to third parties related to the HIOA case, including any fees due to any adjusters.

13.     Prior to the entry of the Settlement Agreement, both CP and MMA requested that the adjuster in the HIOA Case reduce his outstanding invoice below $80,000.00. While no agreement had been reached with the adjuster as of the execution of the Settlement Agreement, the parties have agreed that if a reduction is achieved, any savings will be split equally. CP will remit 50% of the savings to MMA within five days of payment to the adjuster.

## ARGUMENT AND AUTHORITIES

14.     An analysis of the factors in *Protective Committee for Independent Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414 (1968), will aid the court's decision in granting the compromise.  The factors include: (i) the probability of success in the litigation, (ii) difficulty of collection of any judgment, (iii) the complexity of the litigation; and (iv) deference to the concerns of creditors. These factors will each be addressed in the paragraphs below.

### FACTOR 1: PROBABILITY OF SUCCESS IN THE LITIGATION.

15.     The Debtor believes it has strong claims against CP based on its substantial legal work and documented expenses. However, litigation over fee allocations is inherently uncertain and fact-intensive. Despite confidence in its position, MMA recognizes that prevailing is not guaranteed. The risks of litigation make compromise a prudent course.

### FACTOR 2: DIFFICULTY OF COLLECTION ON A JUDGMENT.

16.     While CP is an established law firm, and collection would not likely pose a serious issue, obtaining and enforcing a judgment could still involve delay, expense, and potential appeals. The settlement provides immediate certainty and avoids enforcement issues.

**FACTOR 3: COMPLEXITY OF THE LITIGATION**.

17.        This matter is relatively straightforward. However, disputes over fee apportionment often involve conflicting records, interpretations of agreements, and credibility issues, all of which increase cost and risk. Settlement avoids those complications.

**FACTOR 4:  DEFERENCE TO CREDITORS.**

18.        The proposed compromise is clearly in the best interest of the estate. It results in a significant recovery, over $265,000, without the delay and cost of an adversary proceeding. These funds can be used immediately in the administration of the estate and to fund distributions to creditors. Efficient resolution also allows the Debtor to focus on other similar fee disputes currently pending.

19.        The Debtor is actively pursuing approximately fifteen adversary proceedings against successor firms regarding similar fee-sharing issues. In this instance, the Debtor has secured a substantial recovery without the need to initiate formal litigation.

**WHEREFORE**, MMA Law Firm, PLLC prays that the court grant this Motion and approve the compromise of the controversy between the parties on substantially the same terms as set out in the Settlement Agreement attached hereto as Exhibit "A", authorize the parties to take all actions and execute all documents necessary to effectuate the compromise, and for such other relief as the court finds appropriate and just to grant.

Dated: <u>August 15, 2025</u>

By: <u>/s/ Miriam T. Goott</u>
Miriam T. Goott
attorney-in-charge
SBN 24048846
COUNSEL FOR DEBTOR

OF COUNSEL:
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX 77208
mgoott@walkerandpatterson.com
713.956.5577 (telephone)
713.956.5570 (fax)

## CERTIFICATE OF SERVICE

I, Miriam Goott, hereby certify that I served a true and complete copy of the foregoing Motion to Approve Compromise was served on all parties listed in the attached Service List by first class mail and/or ECF on August 15, 2025.

<u>/s/Miriam T. Goott</u>
Miriam T. Goott

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO.    24-31596** |
| **MMA LAW FIRM, PLLC** | § | |
| | § | |
| **DEBTOR** | § | |

## SETTLEMENT AGREEMENT

This Settlement Agreement (the "**Agreement**") is entered into by and between MMA Law Firm, PLLC (formerly known as McClenny Moseley and Associates) ("**MMA**" or the "**Debtor**"), on the one hand, and **Law Office of Craven & Perry, LLC** ("**CP**"), on the other hand. MMA and CP are each referred to individually as a "**Party**" and collectively as the "**Parties**."

The Debtor and CP hereby agree to the following terms and conditions below, which are expressly subject to approval by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**").

## DEFINITIONS AND RECITALS

1.      A dispute has arisen between the Parties regarding their respective entitlement to attorneys' fees and expenses in connection with a lawsuit in which they served as co-counsel representing the Holiday Isle Owners Association (the "**HIOA Case**").

2.      The Parties have reached a full and final resolution of all disputes related to attorneys' fees and costs associated with the HIOA Case.

3.      The Parties acknowledge and agree that this Settlement Agreement is subject to approval by the Bankruptcy Court.

**Page - 1**

**PAYMENT TERMS AND CONDITIONS**

4.     Within five (5) days following entry of an order by the Bankruptcy Court approving this Settlement Agreement, CP shall use its best efforts to cause, Phelps Dunbar, the insurance carrier in the HIOA Case who is currently holding the settlement funds, to release and disburse to MMA the total amount of $265,406.73 in good funds. This total represents $97,000.00 in MMA's expenses and $168,406.73 in attorneys' fees recovered in the HIOA Case. In the event CP receives the settlement funds from Phelps Dunbar before or after entry of the Bankruptcy Court's order, CP shall remit the total amount of $265,406.73 to MMA within five (5) business days after entry of such order. Payment shall be made payable to MMA Law Firm, PLLC and delivered to Walker & Patterson, P.C., counsel for MMA, at their principal office address located at 4815 Dacoma, Houston, Texas 77092, or via wire transfer to Walker & Patterson, P.C.'s IOLTA Account.

5.     CP shall be solely responsible for the payment of all costs or fees owed to any third parties related to the HIOA Case, including but not limited to adjusters and similar service providers.

6.     The Parties have reached out to the adjuster in the HOIA Case and requested a reduction of the bill. In the event either Party successfully negotiates a reduction in the total expense owed to the adjuster below $80,000.00, the Parties agree that the amount of any such reduction shall be split equally. Specifically:

   a.   If, after approval of this Agreement by the Bankruptcy Court, CP receives confirmation of an expense reduction from an adjuster below $80,000.00,

   b.   CP shall remit 50% of the savings to MMA within five (5) business days of paying the adjuster the reduced amount.

**MISCELLANEOUS MATTERS**

7.     **Retention of Jurisdiction:** The Bankruptcy Court shall retain exclusive jurisdiction to resolve any dispute between CP and MMA regarding this Settlement Agreement.

8.    **Mutual Release**: Effective upon the full and final completion of all terms and conditions set forth in this agreement, both MMA and CP release each other from any and all claims, demands, and causes of action related to the HOIA Case.

9.    **Bankruptcy Court Approval:** The Parties understand that this entire Settlement Agreement is subject to Bankruptcy Court approval.

Dated:    8/14/2025

_____

**MMA Law Firm, PLLC**
**John Zach Moseley**

**CRAVEN & PERRY, LLC**

_____

By:  **J. Lynn Perry, Partner**

Label Matrix for local noticing
0541-4
Case 24-31596
Southern District of Texas
Houston
Wed Mar 19 18:37:22 CDT 2025

ACAR Leasing Ltd. d/b/a GM Financial Leasing
P O Box 183853
Arlington, TX 76096-3853

Allied World Insurance Company
1690 New Britain Ave.,
Suite 101
Farmington, CT 06032-3361

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

City of Houston
Linebarger Goggan Blair & Sampson LLP
Jeannie Lee Andresen
PO Box 3064
Houston, TX 77253-3064

Cristobal M. Galindo, PC d/b/a Galindo Law
c/o Hayward PLLC
10501 N. Central Expy., Ste. 106
Dallas, TX 75231-2203

EAJF ESQ Fund, LP
c/o Misty A. Segura, Spencer Fane LLP
3040 Post Oak Blvd.
Ste. 1400
Houston, TX 77056-6584

Equal Access Justice Fund, LP
c/o Misty A. Segura, Spencer Fane LLP
3040 Post Oak Blvd.
Ste. 1400
Houston, TX 77056-6584

Lone Star College System
Linebarger Goggan Blair & Sampson LLP
c/o Jeannie Lee Andresen
PO Box 3064
Houston, TX 77253-3064

Louisiana Farm Bureau
P.O. Box 95008
Baton Rouge, LA 70895-9008

MMA Law Firm, PLLC
Suite 810
1235 North Loop West
Houston, TX 77008-1764

Starlight Studios, LLC
c/o Leo D. Congeni
Suite 2750
New Orleans, LA 70130 United States

Texas Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin, tx 78711-2548

Texas Workforce Commission
Jamie Kirk
c/o Sherri K. Simpson, Paralegal
P.O. Box 12548
Austin, TX 78711-2548

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

ADP Run
7924 West Sahara Avenue
Las Vegas, NV 89117-1990

AMO Trial Lawyers
3850 N. Causeway Boulevard
Suite 590
Metairie, LA 70002-8120

AT&T - old account (TX)
P.O. Box 5019
Carol Stream, IL 60197-5019

Abdul Muhammad
58025 Geroge St.
Plaquemine, LA 70764-2207

Abel Law Firm, LLC
405 W 2nd St.
Thibodaux, LA 70301-3009

Access Restoration Services US, Inc.
Attn: Scott Jacobi
27657 Commerce Oaks Drive
Conroe, Tx 77385-4405

Access Restoration Services US, Inc.
c/o Andrews Myers, PC
Attn: Lisa M. Norman
1885 Saint James Place, 15th Fl
Houston, Texas 77056-4176

Addison Houston
521 Sykes St.
Shreveport, LA 71104-3639

Aldine ISD Tax Office
14909 Aldine Westfield Rd
Houston, TX 77032-3027

Alexandria Rahn
Suite 800
10440 N. Central Expressway
Dallas, TX 75231-2264

Alexandria Twiss
Suite 4200
1717 Main St.
Dallas, TX 75201-4876

Alexis A. Taylor, LLC
P.O. Box 1060
Independence, LA 70443-1060

Alixe Duplechain
Suite 3300
201 St. Charles Ave.
New Orleans, LA 70170-3400

All Peril Adjusting, LLC
594 Sawdust Rd.
Suite 354
The Woodlands, TX 77380-2215

Allied World Insurance Company
c/o Werner Ahari Mangel LLP
8117 Preston Road, Suite 300
Dallas, TX 75225-6347

Alvendia, Kelly, Demarest Law, LLC
909 Poydras Street
Suite 1625
New Orleans, LA 70112-4067

Andrea Miller
Suite 1600
909 Poydras
New Orleans, LA 70112-4013

Andres Holmgren
Suite 3300
201 St. Charles Ave.
New Orleans, LA 70170-3400


Apex Roofing and Restoration, LLC
c/o Scott R. Bickford, Esq
338 Lafayette Street
New Orleans, LA 70130-3244

Aramark Refreshments Services, LLC
c/o Devin G. Bray
Hawley Troxell Ennis & Hawley LLP
P.O. Box 1617
Boise, ID 83701-1617

Baggett McCall LLC
3006 Country Club Road
Suite 100
Lake Charles, LA 70605-5920


Barcus Arenas PLLC
2200 N Loop West
Ste. 108
Houston, TX 77018-1753

Bayou Adjusting
P.O. Box 837
Walker, LA 70785-0837

Becker & Hebert
201 Rue Beauregard
Lafayette, LA 70508-3251


Beverly DeLaune
755 Magazine St.
New Orleans, LA 70130-3629

Bisig Law Firm, LLC
206 N. Church Street
Jennings, LA 70546-5810

Bolen, Parker, Brenner, Lee & Miller, Lt
709 Versailles Blvd.
Alexandria, LA 71303-2352


Boling Law Firm, LLC
541 Julia St.
Ste. 300
New Orleans, LA 70130-3695

Bonnie J. Brown
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004
eserve@kassab.law 77004-2829

Brasher Law Firm, PLLC
1555 Poydras Street
Suite 1600
New Orleans, LA 70112-3769


Brian Craig Johnson, P.E.
7600 Chicago Ave. S
Richfield, MN 55423-4450

Brian F Guillot Attorney at Law
1716 Apple St
Metairie, LA 70001-2349

Broussard & Dove, APLC
7605 Park Avenue
Houma, LA 70364-3642


Broussard Injury Lawyers
321 Veterans Memorial Blvd
Suite 205
Metairie, LA 70005-3060

Burgos & Associates, LLC
3535 Canal Street
Suite 200
New Orleans, LA 70119-6170

CURTRECHIA NUNN
5015 B PLACE
MERIDIAN, MS 39305-2258


Cameron Snowden
Suite 2900
2933 Myrtle Ave.
Baton Rouge, LA 70806-6847

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

CapitalOne Spark
P.O. Box 30285
Salt Lake City, UT 84130-0285


Carey D. Yazeed
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004
eserve@kassab.law 77004-2829

Carl J. Selenberg, Attorney at Law
3713 Airline Drive
Metairie, LA 70001-5836

Catherine Patriarca
Suite 2400
601 Poydras St.
New Orleans, LA 70130-6036


Chad T. Wilson Law Firm, PLLC
455 East Medical Center Blvd.
Ste. 555
Webster, TX 77598-4405

Charbonnet Law Firm, LLC
501 Clearview Parkway
Metairie, LA 70001-4626

Chehardy Sherman Williams Law Firm
1 Galleria Boulevard
Suite 1100
Metairie, LA 70001-2033

Chelsea Dazet Attorney at Law
221 E Kirkland Street
Covington, LA 70433-2701

Christine Mockosher Griffin
8483 Nick Rd.
Greenwood, LA 71033-2615

Christovich & Kearney, LLP
601 Poydras St. Suite 2300
New Orleans, LA 70130-6078

City of Houston
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Civil Legal Services, LLC
2221 Saint Claude Ave
New Orleans, LA 70117-8455

Claire Easterling Pontier
Suite 3250
1100 Poydras Street
New Orleans, LA 70163-3201

Claude Britton, III
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004
eserve@kassab.law 77004-2829

Claude Reynaud, III
9 Killdeer St.
New Orleans, LA 70124-4512

Clay Cosse
Suite 4200
1717 Main St.
Dallas, TX 75201-4876

Clerk of Court - Beauregard Parish
P.O. Box 100
DeRidder, LA 70634-0016

Clerk of Court - Caddo Parish
501 Texas St.
Room 103
Shreveport, LA 71101-5402

Clerk of Court - Calcasieu Parish
P.O. Box 1030
Lake Charles, LA 70602-1030

Coastal Claims
2650 N Dixie Fwy
New Smyrna Beach, FL 32168-5774

Comcast - Old account (TX)
P.O. Box 8587
Philadelphia, PA 19101-8587

Comcast - old account (FL)
444 Highway 96 East
St. Paul, MN 55127-2557

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX 78711-2548

Concur
SAP Philippines, Inc.
Topaz Rd. & Ruby Rd.
1600 Manila, Philippines

Cornerstone Consulting Group
243 La Costa Circle
Weatherford, TX 76088-2208

Coss Law Firm, LLC
1515 Poydras Street
Suite 900
New Orleans, LA 70112-4505

Cox Cox Filo Camel Wilson & Brown, LLC
723 Broad Street
Lake Charles, LA 70601-4338

Cristobal M. Galindo, P.C.
c/o Charlie Shelton
Hayward PLLC
7600 Burnet Road, Suite 530
Austin, Texas 78757-1269

Cueria Law Firm, LLC
650 Poydras Street
Suite 2740
New Orleans, LA 70130-6123

Curtis R. Davis
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004
eserve@kassab.law 77004-2829

Curtis and Ardene Tassin
Health Law Group LLC
201 St.Charles Avenue, Suite 2500
New Orleans, LA 70170-2500

Cynthia Johnson
1318 Bank Avenue
New Iberia, LA 70560-6149

Cynthia Troxclair
PO Box 1731
Kinder, LA 70648-1731

Dale Jefferson
Suite 1100
808 Travis St.
Houston, TX 77002-5831

Daly & Black, P.C.
2211 Norfolk St.
#800
Houston, TX 77098-4030

Daly & Black, PC
2211 Norfolk Street
Suite 800
Houston, TX 77098-4030

Darrell Broussard
420 Tommys Rd.
Sunset, LA 70584-5330

David Schenck
Suite 4200
1717 Main St.
Dallas, TX 75201-4876

Deborah Hollie
390 Burks Rd.
Starks, LA 70661-5042

Definiti
P.O. Box 95357
Grapevine, TX 76099-9733

Delphin Law Offices
626 Broad St
Lake Charles, LA 70601-4337

Delsa Law Firm
3260 Range Court
Mandeville, LA 70448-8494

Destiney Griffin
3841 Accacia Lane
Harvey, LA 70058-2169

(p)PRISCILLA MICHEL
ATTN DEUTSCH KERRIGAN LLP
755 MAGAZINE STREET
NEW ORLEANS LA 70130-3629

Didriksen, Saucier & Woods, PLC
3114 Canal Street
New Orleans, LA 70119-6202

Disaster Solutions
1301 Seminole Blvd
Suite 140
Largo, FL 33770-8102

Disaster Solutions
192 Solhelm Lane
Raleigh, NC 27603-5555

Don A Rouzan & Associates LLA Counsellor
1010 Common St
Suite 2410
New Orleans, LA 70112-2462

Dupont Claim Services
1721 Hwy 22W
Madisonville, LA 70447-9446

Dwane Borel
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004-2829

Egenberg Trial Lawyers
650 Poydras Street
Suite 2000
New Orleans, LA 70130-7206

Elsbet Smith
Suite 200
111 N. Oak St.
Hammond, LA 70401-3240

Equal Access Justice Fund, LP
c/o Fred Johnson
Spencer Fane, LLP
3040 Post Oak Blvd, Suite 1400
Houston, TX 77056-6584

Ernest Willaims
110 Hansel St.
New Iberia, LA 70560-5040

Esquire Deposition Solutions
1500 Centre Pkwy
Suite 100
East Point, GA 30344-8152

Eunice Pillette
503 East Valcourt St.
Abbeville, LA 70510-2329

Exact Building Consultants
18702 69th Ave E
Bradenton, FL 34211-7096

Favret Carriere Cronvich
650 Poydras Street
Suite 2300
New Orleans, LA 70130-6162

Fitz-Gerald Hebert & DeLouche
2306 Sampson St
Westlake, LA 70669-2712

Frank J D'Amico Jr, APLC
4608 Rye Street
Metairie, LA 70006-5314

Frederick M Lupfer
1824 County Road 3113
Jacksonville, TX 75766-6185

Frischhertz Impastato Person Injury Law
1140 St. Charles Ave.
New Orleans, LA 70130-4332

GM Financial
P.O. Box 180682
Arlington, TX 76096-0682

Galindo  Law
4151 Southwest Fwy
#602
Houston, TX 77027-7320

Galindo Law Trial Attorneys
4151 Southwest Fwy
Suite 602
Houston, TX 77027-7320

Ginger Beebe
21 Virgil Beebe Rd
Lena, LA 71447-9676

Glabal Estimating Services, Inc.
25000 Pitkin Rd.
Suite 201/202
Spring, TX 77386-2467

Glago Williams Attorney at Law
909 Poydras Street
29th Floor
New Orleans, LA 70112-4000

Global Estimating Services, Inc.
c/o Andrews Myers, PC
Attn: Lisa M. Norman
1885 Saint James Place, 15th Fl
Houston, Texas 77056-4176

Godbey Giardina Law Group
1381 Fremaux Avenue
Slidell, LA 70458-8316

Gordon McKernan Injury Attorneys
5656 Hilton Avenue
Baton Rouge, LA 70808-2524

Gordon, Arata, Montgomery, Barnett, McCo
201 St. Charles Ave
40th Floor
New Orleans, LA 70170-1006

Grant Gardiner
3129 Bore St.
Metairie, LA 70001-5333

Guest Law Firm
1900 32nd Street
Kenner, LA 70065-3675

Gwyneth O'Neill
Suite 1600
909 Poydras
New Orleans, LA 70112-4013

HAAG
P.O. Box 660625
Dallas, TX 75266-0625

Hair Shunnarah Trial Attorneys
3540 S. I-10 Service Road W.
Suite 300
Metairie, LA 70001-1976

Harold Boudreaux
105 Crestmont Blvd
Youngsville, LA 70592-5653

Harris Wells
Suite 3500
1100 Louisiana St.
Houston, TX 77002-5212

Heath Law Group, LLC
201 St. Charles Ave
Suite 2500
New Orleans, LA 70170-2500

Herman, Herman & Katz, LLC
909 Poydras Street
Suite 1860
New Orleans, LA 70112-4060

(p)HOGAN ATTORNEYS
PO BOX 1274
NO 1
HAMMOND LA 70404-1274

Houghtaling Law Firm, LLC
3850 Causeway Blvd
Suite 1090
Metairie, LA 70002-8141

Howard Marshall
Suite 2300
601 Poydras St.
New Orleans, LA 70130-6078

Huber Thomas Law, LLP
1100 Poydras Street
Suite 2200
New Orleans, LA 70163-1123

InQuest General Contracting LLC
P.O. Box 1827
Quinlan, TX 75474-0031

Insurance Claim Solutions - Umpire
1458 Old Fort Road
Farview, NC 28730-7616

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Iron Mountain
3502 Bissonnet St.
Houston, TX 77005-2118

Irpino, Avin & Hawkins Law Firm
2216 Magazine Street
New Orleans, LA 70130-5637

J.A. Consulting
7948 Davis Boulevard
Suite 100
North Richland Hills, TX 76182-6953

JJC Law LLC
3914 Canal Street
New Orleans, LA 70119-6003

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

JT Law Firm
111 North Orange Ave
Ste. 800
Orlando, FL 32801-2381

James McClenny
380 Ridge Lake Scenic Dr.
Montgomery, TX 77316-6933

James S. Dartez
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004
eserve@kassab.law 77004-2829

Jason J. Joy & Associates
909 Texas Ave.
Suite 1801
Houston, TX 77002-3192

Jayne Moseley
c/o Tran Singh LLP
2502 La Branch Street
Houston, Texas 77004-1028

Jean Frizzell
Suite 3500
1100 Louisiana St.
Houston, TX 77002-5212

Jesse P Barnett III
2587 Bayou Rd
Port Barre, LA 70577-5457

John G Toerner Attorney At Law
19335 N 9th Street
Covington, LA 70433-8801

John Jordan
P.O. Box 2828
Hammond, LA 70404-2828

John M Welborn III Attorney At Law
508 N Pine St
DeRidder, LA 70634-3908

John Zachary Moseley
1235 N. Loop West, Suite 810
Houston, TX 77008-1764

Jonathan Lemann
Suite 3250
1100 Poydras Street
New Orleans, LA 70163-3201

Jones & Hill Personal Injury Attorneys
215 West 6th Ave
Oberlin, LA 70655

Joubert Law Firm APLC
2171 Quail Run Drive
Baton Rouge, LA 70808-4287

Joyner Law Firm
2236 St Charles Ave
Suite A
New Orleans, LA 70130-5822

Kaleb Blake Company Umpire Services
1709 Gornto Road
A-308
Valdosta, GA 31601-8406

Kandell, Kandell & Petrie, P.A.
2665 S Bayshore Dr
Suite 500
Miami, FL 33133-5462

Katherine Monson, et al
1100 Poydras Street
Suite 3250
New Orleans, LA 70163-3201

Katrena Henderson & Charles Tapp
4614 Quarter Charge Dr
Annandale, VA 22003-4622

Kevin Kelly
1120 Wyndham South
Gretna, LA 70056-8370

Kevin Tully
Suite 2300
601 Poydras St.
New Orleans, LA 70130-6078

Klotz & Early Law Firm
909 Poydras Street
Suite 2950
New Orleans, LA 70112-4006

Krause & Kinsman Trial Lawyers, LLP
Saul Ewing LLP c/o Turner Falk, Esq.
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2100

Krause and Kinsman Trial Lawyers
4717 Grand Ave
#300
Kansas City, MO 64112-2206

LaHatte Law LLC
2000 Clearview Pkwy
Suite 203
Metairie, LA 70001-2441

Laborde Earles Injury Lawyers
1901 Kaliste Saloom Rd
Lafayette, LA 70508-6115

Law Office of Carolyn O Hines
1330 Jackson St
Suite C
Alexandria, LA 71301-6929

Law Office of Deborah E. Lonker
3636 S I 10 Service Rd W
Suite 100
Metairie, LA 70001-6418

Law Office of Laura Jean Todaro
909 W Esplanade Ave
Suite 203
Kenner, LA 70065-2700

Law Office of Phillip T. Hager
3500 North Hullen Street
Metairie, LA 70002-3420

Law Office of Stephen M Smith Attorney
1425 N Broad St
Suite 201
New Orleans, LA 70119-2397

Law Office of Steven J Rando LLC
3530 Canal St
New Orleans, LA 70119-6109

Law Offices of Jeremy Moody LLC
327 Nora Broussard Rd
Youngsville, LA 70592-5661

Lawrence R. Anderson, Jr. Attorney at La
11953 Coursey Boulevard
Baton Rouge, LA 70816-4406

Lee Hoffoss Injury Lawyers
517 W College St
Lake Charles, LA 70605-1529

LeeRoy Jefferson
2667 Sligo Road
Haughton, LA 71037-7671

Linda Luz Rodriguez Wilhelm
316 Beverly Loop
Pineville, LA 71360-5594

Linda Thomas
4224 Worthy Dr.
Lake Charles, LA 70607-4810

Lloyd Cox
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004
eserve@kassab.law 77004-2829

Locklin Consulting, LLC
17319 Fountainbluff Drive
San Antonio, Texas 78248-1931

Locklin Consulting, LLC
2478 S 3rd Ave
Walla Walla, WA 99362-4478

Lone Star College System
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Long & Long Law Firm
3600 Springhill Memorial Drive N.
Mobile, AL 36608-1162

Lorenzo Garner
1201 Butter Street
Leesville, LA 71446-2705

Louisiana TWC
P.O. Box 94050
Baton Rouge, LA 70804-9050

Lundy, Lundy, Soileau & South, LLP
501 Broad Street
Lake Charles, LA 70601-4334

Lynda L. Jenkins
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004
eserve@kassab.law 77004-2829

Mahfouz Law Firm, LLC
1201 Brashear Avenue
Suite 201
Morgan City, LA 70380-1380

Manning General Contractors
402 SW Market St.
Lees Summit, MO 64063-3940

Mansfield Melancon Cranmer & Dick Injury
318 Harrison Ave
New Orleans, LA 70124-3126

Marcelle Robertson Mestayer LLC
650 Poydras St
Suite 2720
New Orleans, LA 70130-6183

Marino Guillory
101 Weaver Street
Eunice, LA 70535-2863

Mark W Smith & Associates PLLC Attorneys
500 N Causeway Blvd
Metairie, LA 70001-5340

Mary C. Augustine
210 Addie Drive
Crowley, LA 70526-7212

McKee Law Firm LLC
1100 Poydras St
Suite 1475
New Orleans, LA 70163-1409

Melissa Lessel
755 Magazine St.
New Orleans, LA 70130-3629

Mike Brandner Law Firm
3621 Veterans Memorial Boulevard
Metairie, LA 70002-5839

Mixon Carroll & Frazier LLC
P O Drawer 1619
Columbia, LA 71418-1619

Montiel Hodge
400 Poydras St
Suite 2325
New Orleans, LA 70130-3230

Morgan Law Group, P.A.
1331 Ochsner Blvd., Ste. 101
Covington, LA 70433-8177

Morris Bart LLC
601 Poydras St
Floor 24
New Orleans, LA 70130-6036

National Public Adjusting, LLC
25015 Spring Creek Drive
Spring, TX 77380-2441

New Orleans Legal LLC
643 Magazine St
Suite 202
New Orleans, LA 70130-3436

Nicaud & Sunseri Law Firm
3000 18th St
Metairie, LA 70002-4903

Noble Public Adjusting
107 Amar Place
#103
Panama City Beach, FL 32413-5014

Noland Law Office
533 Europe St
Baton Rouge, LA 70802-6408

Norris Law Firm Personal Injury
8 North Oak St
Vidalia, LA 71373-3332

Oakwoood Bank
8411 Preston Rd
Suite 600
LB 35
Dallas, TX 75225-5545

Opal Prejean
1709 Seventh St.
Lake Charles, LA 70601-5572

PCG - Property Loss Consultants
2000 Mallory Lane
Suite 130, #239
Franklin, TN 37067-8231

Pandit Law
701 Poydras Street
Suite 3950
New Orleans, LA 70139-7731

Patout & Shaw, PLLC
1235 N Loop W
8th Floor
Houston, TX 77008-1764

Paul Adams
340 Scenic Drive
Ville Platte, LA 70586-2975

Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534

Philip C Hoffman Attorney at Law
643 Magazine St
Suite 300 A
New Orleans, LA 70130-3433

Pierce & Shows Attorneys
601 St Joseph St
Baton Rouge, LA 70802-6053

Principal Financial
P.O. Box 249
Itasca, IL 60143-0249

R. William Huye, III
2106 Key West Cove
Austin, TX 78746-7256

Raspanti Law Firm
3900 North Causeway Blvd
Suite 1470 (Lakeway 1)
Metairie, LA 70002-7237

Regina A. Ceaser
4200 CoCo Miguel Rd.
New Iberia, LA 70560-9524

Richardson Law Group
422 E Lockwood St
Covington, LA 70433-2977

Riess LeMieux LLC
1100 Poydras St
Suite 110
New Orleans, LA 70163-1101

Robert Angelle, APLC
3231 N Interstate 10 Service Rd W
Metairie, LA 70002

Robert Emmet Couhig , Jr
Suite 3250
1100 Poydras Street
New Orleans, LA 70163-3201

Ron Anthony Austin
400 Manhattan Boulevard
Harvey, LA 70058-4442

Roper Ligh Attorneys
10935 Perkins Rd
Suite B
Baton Rouge, LA 70810-3005

Roy & Scott
P O Box 544
Marksville, LA 71351-0544

SWLA Injury Attorneys, LLC
949 Ryan Street
Suite 130
Lake Charles, LA 70601-5595

ScanStat
P.O. Box 791522
Baltimore, MD 21279-1522

Scope Pros, LLC
8060 East Girard Avenue
Unit 619
Denver, CO 80231-4417

Scott Galante
816 Cadiz St.
New Orleans, LA 70115-1512

Scott Huete
400 Manhattan Boulevard
Harvey, LA 70058-4442

Shavaun Miller
215 Ralph Street
Midland, LA 70559-1920

| | | |
|---|---|---|
| Simien & Simien, LLC<br>7908 Wrenwood Blvd.<br>Baton Rouge, LA 70809-1796 | Smith Jadin Johnson PLLC<br>7900 Xerxes Avenue South<br>Suite 2020<br>Bloomington, MN 55431-1132 | Spencer Fane, LP<br>Fred Johnson<br>3040 Post Oak Blvd, Suite 1400<br>Houston, TX 77056-6584 |
| Starlight Studios, LLC<br>c/o Congeni Law Firm, LLC<br>650 Poydras Street, Ste. 2750<br>New Orleans, LA 70130-6152 | Stephenson, Chavarri & Dawson LLC<br>400 Poydras St<br>Suite 1990<br>New Orleans, LA 70130-3273 | Stolk Lab<br>1711 Analog Dr.<br>Richardson, TX 75081-1944 |
| TX Tag<br>P.O. Box 650749<br>Dallas, TX 75265-0749 | Texas Workforce Commission<br>Office of Attorney General<br>BK/Collections<br>P.O. BOX 12548, MC008<br>Austin, TX 787112548 | The Chopin Law Firm<br>650 Poydras Street<br>Suite 1550<br>New Orleans, LA 70130-7213 |
| The Devereaux Law Firm<br>2113 Lakeshore Drive<br>Mandeville, LA 70448-5832 | The Johnson Firm Lawyers<br>1419 Ryan St<br>Lake Charles, LA 70601-5918 | The Kidwell Group, LLC<br>d/b/a Air Quality Assessors of Florida<br>c/o Latham Luna Eden & Beaudine, LLP<br>201 S. Orange Ave.<br>Suite 1400<br>Orlando, Florida 32801-3483 |
| The King Firm<br>2912 Canal St<br>New Orleans, LA 70119-6304 | The Law Firm of Hesni & Rossetti, PLC<br>407 Huey P. Long Avenue<br>Gretna, LA 70053-5917 | The Law Office of Richard J Fernandez LL<br>3000 W Esplanade Ave N<br>Suite 200<br>Metairie, LA 70002-1877 |
| The Mahome Firm<br>5190 Canal Boulevard<br>Suite 102<br>New Orleans, LA 70124-1710 | The Morgan Law Group<br>1331 Ochsner Blvd<br>Ste. 101<br>Covington, LA 70433-8177 | The Pellegrin Firm LLC<br>3500 N Hullen St<br>Suite 17D<br>Metairie, LA 70002-3420 |
| The Townsley Law Firm<br>3102 Enterprise Blvd.<br>Lake Charles, LA 70601-8722 | The Voorhies Law Firm<br>1100 Poydras Street<br>Suite 2810<br>New Orleans, LA 70163-2810 | The Webster Law Firm, P.C.<br>6200 Savoy Drive<br>Suite 150<br>Houston, TX 77036-3320 |
| Thomas Flanagan<br>Suite 3300<br>201 St. Charles Ave.<br>New Orleans, LA 70170-3400 | Thomson Reuters<br>610 Opperman Drive<br>Eagan, MN 55123-1340 | Timothy B Moore Law Office LLC<br>10001 Lake Forest Blvd<br>Suite 870<br>New Orleans, LA 70127-6200 |
| Tollefson Bradley Mitchell & Melendi, LL<br>2811 McKinney Ave.<br>Suite 250<br>Dallas, TX 75204-8545 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | United States Trustee<br>Suite 3516<br>515 Rusk<br>Houston, TX 77002-2604 |
| VG Law Group, L.L.P.<br>8751 W. Broward Blvd.<br>Suite 200<br>Plantation, FL 33324-2630 | VG Vilar & Green Attorneys<br>1450 Dorchester Dr<br>Alexandria, LA 71301-3408 | Veron Bice Attorneys At Law<br>721 Kirby St<br>Lake Charles, LA 70601-5333 |

Vidal Law & CPA Firm LLC
135 Woodlake Blvd
Kenner, LA 70065-1058

Wayne J. Adams
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004-2829

Webster Vicknair Macleod
6200 Savoy  Drive
Suite 150
Houston, TX 77036-3320


Welborn & Hargett Injury Attorneys
1540 W Pinhook Rd
Lafayette, LA 70503-3159

Whitworth Law Firm, LLC
900 France Street
Baton Rouge, LA 70802-6023

Wilkofsky, Friedman, Karel & Cummins
299 Broadway
Ste. 1700
New York, NY 10007-1914


William Gibbens
Suite 1600
909 Poydras
New Orleans, LA 70112-4013

William Macaluso
Suite 200
111 N. Oak St.
Hammond, LA 70401-3240

William Ross
816 Cadiz St.
New Orleans, LA 70115-1512


Woody Falgoust, A Law Corporation
1050 Canal Blvd.
Thibodaux, LA 70301-4508

Zach Mosely
1235 N. Loop West
Suite 810
Houston, TX 77008-1764

Zeringue Law Group
311 Patriot St.
Thibodaux, LA 70301-3023


Avi Moshenberg
Lawson & Moshenberg PLLC
801 Travis St.
Ste 2101, #838
Houston, TX 77002-5730

BANKRUPTCY ATTY. ALDINE INDEPENDENT SCHOOL D
2520 W.W. THORNE BLVD.
LEGAL DEPARTMENT
HOUSTON, TX 77073-3406

Charles William Nicolas Tapp
4614 Quarter Charge Dr
Annandale, VA 22003-4622


Eva S Engelhart
Ross Banks May Cron & Cavin P.C.
7700 San Felipe, Suite 550
Houston, TX 77063-1618

James Marshall McClenny
380 Ridge Lake Scenic Drive
Montgomery, TX 77316-6933

Jayne Moseley
c/o Tran Singh LLP
2502 La Branch Street
Houston, TX 77004-1028


Johnie J Patterson
Walker & Patterson,P.C.
P.O. Box 61301
Houston, TX 77208-1301

Katrena Leigh Henderson
4614 Quarter Charge Dr
Annandale, VA 22003-4622

Miriam Goott
Walker & Patterson, PC
PO Box 61301
Houston, TX 77208-1301


Nicholas Lawson
Lawson Moshenberg PLLC
801 Travis St.
Ste 2101 #838
Houston, TX 77002-5730


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Deutsch Kerrigan LLP
755 Magazine Street
New Orleans, LA 70130

Hogan Attorneys
310 North Cherry St.
No. 1
Hammond, LA 70401

Internal Revenue Service
Special Procedures
Stop 5022 HOU
1919 Smith St.
Houston, TX  77002

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Apex Roofing and Restoration, LLC | (u)Daly & Black, P.C. | (u)Global Estimating Services, LLC |
| (u)Hancock Whitney Bank | (u)Kane Russell Coleman Logan PC | (u)Laborde Earles |
| (u)Locklin Consulting, LLC | (u)Makkah Corporation | (u)Morris Bart, L.L.C. |
| (u)Noble Public Adjusting Group, LLC | (u)Oakwood Bank | (u)Official Committee of Unsecured Creditors |
| (u)PCG Claims, LLC d/b/a PCG Consulting, LLC | (u)Porsche Financial Services, Inc. | (u)Spencer Fane LLP<br>3040 Post Oak Blvd.<br>Suite 1400<br>Houston |
| (u)State Farm Fire & Casualty Company | (u)Tort Network, LLC d/b/a Velawcity | (d)American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| (d)EAJF ESQ Fund, LP<br>c/o Misty A. Segura, Spencer Fane, LLP<br>3040 Post Oak Blvd., Ste. 1400<br>Houston, TX 77056-6584 | (u)Katherine Monson, individually<br>& for all similarly situated<br>in Plaintiff Class | (u)Kovar Law Group |
| (d)Louisiana Farm Bureau<br>P.O. Box 95008<br>Baton Rouge, LA 70895-9008 | (u)SJP Law Firm | (d)Zeringue Law Group<br>311 Patriot Street<br>Thibodaux, LA 70301-3023 |
| (u)Katherine Monson | End of Label Matrix<br>Mailable recipients   291<br>Bypassed recipients    25<br>Total             316 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 24-31596 |
| | § | |
| MMA LAW FIRM, PLLC | § | Chapter 11 |
| | § | |
| *Debtor*. | § | |

## ORDER APPROVING COMPROMISE
## WITH CRAVEN & PERRY, LLC
(Relates to ECF No. __)

It is

**ORDERED** that the Debtor's Motion to Compromise Controversy with Craven & Perry, LLC is granted in full, and it is further

**ORDERED** that the Settlement Agreement attached hereto is approved, and it is further

**ORDERED** that the Debtor and Craven & Perry, LLC are authorized to enter into and consummate the Settlement Agreement according to the terms and conditions contained in the attached Settlement Agreement, and it is further

**ORDERED** that this Court retains jurisdiction over all disputes that may be related to the interpretation or enforcement of the Settlement Agreement.

SIGNED:_____

_____
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO.   24-31596 |
| MMA LAW FIRM, PLLC | § | |
| | § | |
| DEBTOR | § | |

## SETTLEMENT AGREEMENT

This Settlement Agreement (the "**Agreement**") is entered into by and between MMA Law Firm, PLLC (formerly known as McClenny Moseley and Associates) ("**MMA**" or the "**Debtor**"), on the one hand, and **Law Office of Craven & Perry, LLC** ("**CP**"), on the other hand. MMA and CP are each referred to individually as a "**Party**" and collectively as the "**Parties**."

The Debtor and CP hereby agree to the following terms and conditions below, which are expressly subject to approval by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**").

## DEFINITIONS AND RECITALS

1.      A dispute has arisen between the Parties regarding their respective entitlement to attorneys' fees and expenses in connection with a lawsuit in which they served as co-counsel representing the Holiday Isle Owners Association (the "**HIOA Case**").

2.      The Parties have reached a full and final resolution of all disputes related to attorneys' fees and costs associated with the HIOA Case.

3.      The Parties acknowledge and agree that this Settlement Agreement is subject to approval by the Bankruptcy Court.

**Page - 1**

PAYMENT TERMS AND CONDITIONS

4.      Within five (5) days following entry of an order by the Bankruptcy Court approving this Settlement Agreement, CP shall use its best efforts to cause, Phelps Dunbar, the insurance carrier in the HIOA Case who is currently holding the settlement funds, to release and disburse to MMA the total amount of $265,406.73 in good funds. This total represents $97,000.00 in MMA's expenses and $168,406.73 in attorneys' fees recovered in the HIOA Case. In the event CP receives the settlement funds from Phelps Dunbar before or after entry of the Bankruptcy Court's order, CP shall remit the total amount of $265,406.73 to MMA within five (5) business days after entry of such order. Payment shall be made payable to MMA Law Firm, PLLC and delivered to Walker & Patterson, P.C., counsel for MMA, at their principal office address located at 4815 Dacoma, Houston, Texas 77092, or via wire transfer to Walker & Patterson, P.C.'s IOLTA Account.

5.      CP shall be solely responsible for the payment of all costs or fees owed to any third parties related to the HIOA Case, including but not limited to adjusters and similar service providers.

6.      The Parties have reached out to the adjuster in the HOIA Case and requested a reduction of the bill. In the event either Party successfully negotiates a reduction in the total expense owed to the adjuster below $80,000.00, the Parties agree that the amount of any such reduction shall be split equally. Specifically:

   a.   If, after approval of this Agreement by the Bankruptcy Court, CP receives confirmation of an expense reduction from an adjuster below $80,000.00,

   b.   CP shall remit 50% of the savings to MMA within five (5) business days of paying the adjuster the reduced amount.

MISCELLANEOUS MATTERS

7.      **Retention of Jurisdiction:** The Bankruptcy Court shall retain exclusive jurisdiction to resolve any dispute between CP and MMA regarding this Settlement Agreement.

8.    **Mutual Release**: Effective upon the full and final completion of all terms and conditions set forth in this agreement, both MMA and CP release each other from any and all claims, demands, and causes of action related to the HOIA Case.

9.    **Bankruptcy Court Approval:** The Parties understand that this entire Settlement Agreement is subject to Bankruptcy Court approval.

Dated:  8/14/2025
_____

_____
**MMA Law Firm, PLLC**
**John Zach Moseley**

**CRAVEN & PERRY, LLC**

_____
**By: J. Lynn Perry, Partner**