**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 24-31596 |
| | § | |
| MMA LAW FIRM, PLLC | § | Chapter 11 |
| | § | |
| *Debtor*. | § | |

## DEBTOR'S EMERGENCY MOTION TO COMPROMISE CONTROVERSY WITH CRISTOBAL M. GALINDO, PC

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO THE HONORABLE CHIEF UNITED STATES BANKRUPTCY JUDGE:

MMA Law Firm, PLLC (the "**Debtor**" or "**MMA**") hereby files this *Motion to Compromise Controversy with Cristobal M. Galindo, PC* ("**GLF**"), (the "**9019 Motion**"), and respectfully shows the Court the following:

### RELEVANT FACTS

1.     MMA files this 9019 Motion seeking Bankruptcy Court approval to settle multiple disputes with GLF.

2.     MMA is a Texas-based litigation firm that represented thousands of clients in insurance claims following Hurricanes Laura, Delta, Zeta, and Ida (collectively, the "**Hurricane Cases**").

3.     In a substantial number of the Hurricane Cases, MMA entered into co-counsel agreements with GLF, under which both firms jointly represented clients on a contingency fee basis (the "**MMA/Galindo Cases**").

4.     On March 3, 2023, the Honorable James D. Cain, Jr., United States District Judge for the Western District of Louisiana, issued an order suspending the licenses of all attorneys affiliated with MMA for a period of ninety (90) days (the "**Suspension Order**").

5.     Following the entry of the Suspension Order, numerous third-party law firms (collectively, the "**Successor Firms**") assumed legal representation of thousands of clients previously jointly represented by MMA and GLF in the MMA/Galindo Cases. For the avoidance of doubt, for the purposes of this Agreement, "Successor Firms" does not include GLF.

6.     On April 9, 2024, MMA filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, initiating the above-captioned bankruptcy case (the "**Bankruptcy Case**").

7.     Following the petition date, MMA began asserting claims against the Successor Firms, both through litigation and through negotiated settlements.

8.     On August 13, 2024**,** GLF timely filed a proof of claim in the Bankruptcy Case (the "**POC**").

9.     MMA filed an objection to GLF's POC on February 5, 2025 (the "**Claim Objection**").

10.    On April 28, 2025**,** the Bankruptcy Court converted the Claim Objection into an adversary

proceeding and directed GLF to file a formal complaint, thereby initiating Adversary Proceeding No. 25-03310 (the "**Galindo Adversary**").

11.     On August 15, 2025, MMA filed a *Motion to Approve Compromise under Rule 9019* with Irpino, Avin & Hawkins Law Firm, a Successor Firm (the "**Irpino Settlement**").

12.     Under the Irpino Settlement, Irpino is required to deposit $81,413.21 into the registry of the Bankruptcy Court (the **"Irpino Registry Funds"**) and, on a going-forward basis, to deposit 25% of all attorneys' fees it receives in connection with the MMA/Galindo cases into the Bankruptcy Court's Registry (the "**Irpino Future Registry Funds**").

13.     On the same date, MMA also filed a separate *Motion to Approve Compromise under Rule 9019* with Alvendia, Kelly & Demarest, LLC, a Successor Firm (the "**AKD Settlement**").

14.     Pursuant to the AKD Settlement, AKD is required to deposit $153,743.52 into the registry of the Bankruptcy Court (the **"AKD Registry Funds"**).  Additionally, AKD has agreed, on a going-forward basis, to deposit 25% of all attorneys' fees it receives in the MMA/Galindo cases into the Court's registry (the **"AKD Future Registry Funds"**).

15.     On August 22, 2025, MMA filed a Complaint against GLF, initiating Adversary Proceeding No. 25-03633 (the "**MMA Adversary**").

16.     The Galindo Adversary and the MMA Adversary are collectively referred to herein as the "**Adversaries**."

17.     The Parties have reached a full and final global resolution of all disputes and claims related to the Adversaries, as set forth in this Agreement.

18.     The Parties expressly acknowledge that this Settlement Agreement is subject to approval by the Bankruptcy Court.

## SETTLEMENT TERMS

19.    The Settlement Agreement attached hereto as **Exhibit A** sets forth the terms negotiated by the parties, subject to approval by the Bankruptcy Court. The key financial terms are summarized below:

      a.    GLF will pay $250,000.00 to MMA on or before October 1, 2025.

      b.    GLF acknowledges that MMA is entitled to retain, free and clear of any GLF claim: All funds previously deposited or to be deposited into the Court Registry by Irpino and AKD (collectively, the **"Irpino/AKD Funds"**), including both current and future deposits.

      c.    GLF irrevocably waives all claims against any Successor Firm related to the MMA/Galindo Cases. Successor Firms may rely on this waiver as third-party beneficiaries.

      d.    If GLF receives any additional funds from any Successor Firm related to the MMA/Galindo Cases after September 4, 2025, it must remit 100% of those funds to MMA within 14 calendar days of receipt.

      e.    GLF will receive an allowed general unsecured claim in the Bankruptcy Case in the amount of $2,500,000.

## ARGUMENT AND AUTHORITIES

15.    FED. R. BANKR. P. 9019 governs compromises with the trustee.  An analysis of the factors in *Protective Committee for Independent Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414 (1968), will aid the court's decision in granting the compromise.  The factors include: (i) the probability of success in the litigation, (ii) difficulty of collection of any judgment, (iii) the

complexity of the litigation; and (iv) deference to the concerns of creditors. These factors will each be addressed in the paragraphs below.

16.     The Debtor asserts that the proposed settlement satisfies each of these factors and should be approved.

### FACTOR 1: PROBABILITY OF SUCCESS IN THE LITIGATION

17.     MMA believes it has strong legal and factual grounds in the ongoing Adversary Proceedings. However, litigation outcomes are inherently uncertain, particularly where both parties assert competing claims for fees, and factual disputes arise from co-counsel relationships involving thousands of clients. The settlement avoids the risk of adverse rulings on either side and brings finality to all pending disputes between MMA and GLF.

### FACTOR 2: DIFFICULTY OF COLLECTION ON A JUDGMENT

18.     While GLF is a going concern, collection of any future judgment, particularly in light of potential offsets, appeals, or setoffs, could be delayed, expensive, and contested. The settlement provides certainty through an agreed, near-term payment of $250,000 and obviates the need for enforcement efforts.

### FACTOR 3: COMPLEXITY OF THE LITIGATION.

19.     The factual and legal issues involved in the Adversary Proceedings are highly complex. They span questions of bankruptcy law, co-counsel fee-sharing, client entitlement, professional responsibility, and state law in numerous states including Louisiana and Texas.

20.     The proceedings involve thousands of former clients, some represented by successor counsel, others not, across a wide range of case statuses and outcomes. Settlement avoids these burdens while producing tangible value.

**FACTOR 4: DEFERENCE TO CREDITORS**

21.     The settlement directly benefits the estate and its creditors. It delivers an immediate cash payment of $250,000, eliminates GLF's competing claims to registry funds in excess of $235,000.00, and secures MMA's exclusive entitlement to 100% of future fee payments from all Successor Firms. These outcomes increase the estate's overall recoveries and reduce administrative complexity. The resolution also removes impediments to other pending settlements with Successor Firms, thereby enhancing overall estate value.

**RELIEF REQUESTED**

22.     The Settlement Agreement is the product of arms-length negotiations between sophisticated parties, both represented by counsel, and reflects a full global resolution of all claims between MMA and GLF. It avoids uncertain litigation outcomes in two adversary proceedings, maximizes estate assets, and allows the Debtor to focus on plan confirmation, administration, and the 15 other pending adversary proceedings. The compromise is in the best interest of the estate, satisfies all applicable legal standards, and should be approved under Rule 9019.

**EMERGENCY RELIEF REQUESTED**

23.     The Debtor respectfully requests that this Motion be considered on an emergency basis.

24.     Expedited approval of the Settlement Agreement is requested because GLF has irrevocably waived all rights to receive funds from Successor Firms, thereby removing a major barrier to resolving numerous pending disputes. The Debtor currently has multiple adversary proceedings pending against Successor Firms, including two matters set for mediation in the coming weeks.

25.     Prompt approval will confirm MMA's exclusive entitlement to the disputed funds, reduce uncertainty for counterparties, and support efforts to achieve additional settlements. This relief

will directly benefit the estate and its creditors by accelerating recoveries and minimizing litigation expense.

**WHEREFORE**, MMA Law Firm, PLLC prays that the court grant this Motion and approve the compromise of the controversy between the parties on substantially the same terms as set out in the Settlement Agreement attached hereto as Exhibit "A", authorize the parties to take all actions and execute all documents necessary to effectuate the compromise, and for such other relief as the court finds appropriate and just to grant.

By: _/s/ Miriam T. Goott_
Miriam T. Goott
attorney-in-charge
SBN 24048846
COUNSEL FOR DEBTOR

OF COUNSEL:
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX 77208
mgoott@walkerandpatterson.com
713.956.5577 (telephone)
713.956.5570 (fax)

## CERTIFICATE OF SERVICE

I, Miriam Goott, hereby certify that I served a true and complete copy of the foregoing Motion to Approve Compromise was served on all parties listed in the attached Service List by first class mail and/or ECF on September 8, 2025.

_/s/Miriam T. Goott_
Miriam T. Goott

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                              §
                                    §       CASE NO.    24-31596
MMA LAW FIRM, PLLC                  §
                                    §
DEBTOR                              §

## SETTLEMENT AGREEMENT

This Settlement Agreement (the "**Agreement**") is entered into by and between MMA Law Firm, PLLC (formerly known as McClenny Moseley and Associates) ("**MMA**" or the "**Debtor**"), on the one hand, and Cristobal M. Galindo, PC ("**GLF**"), on the other hand. MMA and GLF are each referred to individually as a "**Party**" and collectively as the "**Parties**."

The Debtor and GLF hereby agree to the following terms and conditions below, which are expressly subject to approval by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**").

## DEFINITIONS AND RECITALS

1.      MMA is a Texas-based litigation firm that represented thousands of clients in insurance claims following Hurricanes Laura, Delta, Zeta, and Ida (collectively, the "**Hurricane Cases**").

2.      In a substantial number of the Hurricane Cases, MMA entered into co-counsel agreements with GLF, under which both firms jointly represented clients on a contingency fee basis (the "**MMA/Galindo Cases**").

3.      On March 3, 2023, the Honorable James D. Cain, Jr., United States District Judge for the Western District of Louisiana, issued an order suspending the licenses of all attorneys affiliated

with MMA for a period of ninety (90) days (the "**Suspension Order**").

4.     Following the entry of the Suspension Order, numerous third-party law firms (collectively, the "**Successor Firms**") assumed legal representation of thousands of clients previously jointly represented by MMA and GLF in the MMA/Galindo Cases. For the avoidance of doubt, for the purposes of this Agreement, "Successor Firms" does not include GLF.

5.     On April 9, 2024, MMA filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, initiating the above-captioned bankruptcy case (the "**Bankruptcy Case**").

6.     Following the petition date, MMA began asserting claims against the Successor Firms, both through litigation and through negotiated settlements.

7.     On August 13, 2024**,** GLF timely filed a proof of claim in the Bankruptcy Case (the "**POC**").

8.     MMA filed an objection to GLF's POC on February 5, 2025 (the "**Claim Objection**").

9.     On April 28, 2025**,** the Bankruptcy Court converted the Claim Objection into an adversary proceeding and directed GLF to file a formal complaint, thereby initiating Adversary Proceeding No. 25-03310 (the "**Galindo Adversary**").

10.     On August 15, 2025, MMA filed a *Motion to Approve Compromise under Rule 9019* with Irpino, Avin & Hawkins Law Firm, a Successor Firm (the "**Irpino Settlement**").

11.     Under the Irpino Settlement, Irpino is required to deposit $81,413.21 into the registry of the Bankruptcy Court (the **"Irpino Registry Funds"**) and, on a going-forward basis, to deposit 25% of all attorneys' fees it receives in connection with the MMA/Galindo cases into the Bankruptcy Court's Registry (the "**Irpino Future Registry Funds**").

12.     On the same date, MMA also filed a separate *Motion to Approve Compromise under Rule 9019* with Alvendia, Kelly & Demarest, LLC, a Successor Firm (the "**AKD Settlement**").

13.     Pursuant to the AKD Settlement, AKD is required to deposit $153,743.52 into the registry

of the Bankruptcy Court (the **"AKD Registry Funds"**). Additionally, AKD has agreed, on a going-forward basis, to deposit 25% of all attorneys' fees it receives in the MMA/Galindo cases into the Court's registry (the **"AKD Future Registry Funds"**).

14.    On August 22, 2025, MMA filed a Complaint against GLF, initiating Adversary Proceeding No. 25-03633 (the "**MMA Adversary**").

15.    The Galindo Adversary and the MMA Adversary are collectively referred to herein as the "**Adversaries**."

16.    The Parties have reached a full and final global resolution of all disputes and claims related to the Adversaries, as set forth in this Agreement.

17.    The Parties expressly acknowledge that this Settlement Agreement is subject to approval by the Bankruptcy Court.

## PAYMENT TERMS AND OBLIGATIONS

18.    On or before October 1, 2025, GLF shall remit payment to MMA in the amount of $250,000.00, in good and sufficient funds.

19.    GLF hereby acknowledges and agrees that MMA is entitled to retain the entirety of the following funds, free and clear of any claim by GLF:

    a. AKD Registry Funds

    b. AKD Future Registry Funds

    c. Irpino Registry Funds

    d. Irpino Future Registry Funds

20.    GLF irrevocably waives and relinquishes any and all claims it may have against any and all Successor Firms related to the MMA/Galindo Cases. This waiver is intended to provide assurance to Successor Firms that any settlements or payments made to MMA shall not subject them to liability or further claims by GLF and each of the Successor Firms may rely on this waiver

and release as third-party beneficiaries of this provision.

21.    GLF agrees that, in the event it receives any funds after September 4, 2025, whether directly or indirectly, from any Successor Firm related to the MMA/Galindo Cases, GLF shall remit 100% of such funds to MMA within fourteen (14) calendar days of receipt.

22.    GLF shall be granted an allowed general unsecured claim in the Bankruptcy Case in the amount of Two Million Five Hundred Thousand Dollars ($2,500,000.00) (the "**Allowed Claim**")

23.    Except as provided in Paragraph 22 regarding GLF's Allowed Claim in the amount of $2,500,000.00, GLF irrevocably waives and releases any further claims to any fees, costs, or recovery from MMA arising out of or related to former MMA clients or cases.

24.    Except for the rights afforded to GLF under Paragraph 22 with respect to its Allowed Claim, GLF hereby irrevocably waives, releases, and forever disclaims any and all rights, claims, or entitlements to attorneys' fees, costs, reimbursements, or any other form of compensation or recovery from MMA, whether direct or indirect, arising from or relating to any former MMA clients, cases, co-counsel relationships, or any other matters associated with the MMA/Galindo Cases.

25.    The Parties agree to jointly submit an Agreed Order concerning approval of both the AKD Settlement and the Irpino Settlement to the Bankruptcy Court no later than September 8, 2025.

26.    GLF may propose to the Official Committee of Unsecured Creditors (the "**UCC**") the inclusion of third-party releases in any Chapter 11 plan proposed by MMA. If such releases are accepted by the UCC and agreed to by MMA, MMA shall incorporate the releases into its plan and support their approval. GLF shall be responsible for advancing all out-of-pocket costs associated with providing any required notice required of such releases, including, without limitation, the costs of copies, postage, certifications, filings, and related labor. Notwithstanding the foregoing, in the event that the Bankruptcy Court rejects or denies approval of any third-party

releases included in the Chapter 11 plan, such rejection shall not constitute a condition precedent or a breach of this Settlement Agreement, and MMA reserves the right to refile or amend the plan to remove such third-party release provisions without affecting the enforceability or validity of this Settlement Agreement.

27.     GLF shall support any Chapter 11 plan proposed by MMA that incorporates terms consistent with this Agreement.

28.     In the event the Bankruptcy Court denies approval of this Settlement Agreement, then the Parties agree that all unexpired deadlines in the Adversaries, as of September 4, 2025, shall be extended for a period equal to the time elapsed between September 4, 2025, and the date of the Court's denial of the Settlement Agreement. In addition, the deposition of John Zachary Moseley shall be rescheduled.

29.     The Bankruptcy Court shall retain exclusive jurisdiction to resolve any disputes arising under or related to this Settlement Agreement.

30.     Upon full performance of the terms and conditions herein, each of the Parties, on behalf of themselves, their respective current and former affiliates, subsidiaries, officers, directors, shareholders, members, managers, partners, employees, attorneys, agents, representatives, predecessors, successors, and assigns, hereby mutually release and discharge each other from any and all claims, demands, actions, and causes of action, known or unknown, arising out of or related to the Adversaries.

31.     Subject to the full performance of all terms and conditions set forth in this Agreement, and without limiting any other provisions herein, MMA hereby irrevocably waives, releases, and forever disclaims any and all rights, claims, or entitlements to attorneys' fees, costs, reimbursements, or any other form of compensation or recovery from GLF, arising from or relating to any former MMA clients.

32.     Subject to the full performance of all terms and conditions set forth in this Agreement, and without limiting any other provisions herein, GLF hereby irrevocably waives, releases, and forever disclaims any and all rights, claims, or entitlements to attorneys' fees, costs, reimbursements, or any other form of compensation or recovery from MMA, arising from or relating to any former MMA clients.

33.     This Agreement is subject in its entirety to Bankruptcy Court approval, without which it shall be null and void and of no force or effect.

Dated: ___9-8-2025___

_/S/ JOHN ZACHARY MOSELEY_
MMA Law Firm, PLLC
John Zachary Moseley, President

Dated: _9-8-25_

Cristobal M. Galindo, P.C.
Cristobal Galindo, President

Label Matrix for local noticing
0541-4
Case 24-31596
Southern District of Texas
Houston
Wed Mar 19 18:37:22 CDT 2025

ACAR Leasing Ltd. d/b/a GM Financial Leasing
P O Box 183853
Arlington, TX 76096-3853

Allied World Insurance Company
1690 New Britain Ave.,
Suite 101
Farmington, CT 06032-3361

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

City of Houston
Linebarger Goggan Blair & Sampson LLP
Jeannie Lee Andresen
PO Box 3064
Houston, TX 77253-3064

Cristobal M. Galindo, PC d/b/a Galindo Law
c/o Hayward PLLC
10501 N. Central Expy., Ste. 106
Dallas, TX 75231-2203

EAJF ESQ Fund, LP
c/o Misty A. Segura, Spencer Fane LLP
3040 Post Oak Blvd.
Ste. 1400
Houston, TX 77056-6584

Equal Access Justice Fund, LP
c/o Misty A. Segura, Spencer Fane LLP
3040 Post Oak Blvd.
Ste. 1400
Houston, TX 77056-6584

Lone Star College System
Linebarger Goggan Blair & Sampson LLP
c/o Jeannie Lee Andresen
PO Box 3064
Houston, TX 77253-3064

Louisiana Farm Bureau
P.O. Box 95008
Baton Rouge, LA 70895-9008

MMA Law Firm, PLLC
Suite 810
1235 North Loop West
Houston, TX 77008-1764

Starlight Studios, LLC
c/o Leo D. Congeni
Suite 2750
New Orleans, LA 70130 United States

Texas Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin, tx 78711-2548

Texas Workforce Commission
Jamie Kirk
c/o Sherri K. Simpson, Paralegal
P.O. Box 12548
Austin, TX 78711-2548

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

ADP Run
7924 West Sahara Avenue
Las Vegas, NV 89117-1990

AMO Trial Lawyers
3850 N. Causeway Boulevard
Suite 590
Metairie, LA 70002-8120

AT&T - old account (TX)
P.O. Box 5019
Carol Stream, IL 60197-5019

Abdul Muhammad
58025 Geroge St.
Plaquemine, LA 70764-2207

Abel Law Firm, LLC
405 W 2nd St.
Thibodaux, LA 70301-3009

Access Restoration Services US, Inc.
Attn: Scott Jacobi
27657 Commerce Oaks Drive
Conroe, Tx 77385-4405

Access Restoration Services US, Inc.
c/o Andrews Myers, PC
Attn: Lisa M. Norman
1885 Saint James Place, 15th Fl
Houston, Texas 77056-4176

Addison Houston
521 Sykes St.
Shreveport, LA 71104-3639

Aldine ISD Tax Office
14909 Aldine Westfield Rd
Houston, TX 77032-3027

Alexandria Rahn
Suite 800
10440 N. Central Expressway
Dallas, TX 75231-2264

Alexandria Twiss
Suite 4200
1717 Main St.
Dallas, TX 75201-4876

Alexis A. Taylor, LLC
P.O. Box 1060
Independence, LA 70443-1060

Alixe Duplechain
Suite 3300
201 St. Charles Ave.
New Orleans, LA 70170-3400

All Peril Adjusting, LLC
594 Sawdust Rd.
Suite 354
The Woodlands, TX 77380-2215

Allied World Insurance Company
c/o Werner Ahari Mangel LLP
8117 Preston Road, Suite 300
Dallas, TX 75225-6347

Alvendia, Kelly, Demarest Law, LLC
909 Poydras Street
Suite 1625
New Orleans, LA 70112-4067

Andrea Miller
Suite 1600
909 Poydras
New Orleans, LA 70112-4013

Andres Holmgren
Suite 3300
201 St. Charles Ave.
New Orleans, LA 70170-3400

Apex Roofing and Restoration, LLC
c/o Scott R. Bickford, Esq
338 Lafayette Street
New Orleans, LA 70130-3244

Aramark Refreshments Services, LLC
c/o Devin G. Bray
Hawley Troxell Ennis & Hawley LLP
P.O. Box 1617
Boise, ID 83701-1617

Baggett McCall LLC
3006 Country Club Road
Suite 100
Lake Charles, LA 70605-5920

Barcus Arenas PLLC
2200 N Loop West
Ste. 108
Houston, TX 77018-1753

Bayou Adjusting
P.O. Box 837
Walker, LA 70785-0837

Becker & Hebert
201 Rue Beauregard
Lafayette, LA 70508-3251

Beverly DeLaune
755 Magazine St.
New Orleans, LA 70130-3629

Bisig Law Firm, LLC
206 N. Church Street
Jennings, LA 70546-5810

Bolen, Parker, Brenner, Lee & Miller, Lt
709 Versailles Blvd.
Alexandria, LA 71303-2352

Boling Law Firm, LLC
541 Julia St.
Ste. 300
New Orleans, LA 70130-3695

Bonnie J. Brown
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004
eserve@kassab.law 77004-2829

Brasher Law Firm, PLLC
1555 Poydras Street
Suite 1600
New Orleans, LA 70112-3769

Brian Craig Johnson, P.E.
7600 Chicago Ave. S
Richfield, MN 55423-4450

Brian F Guillot Attorney at Law
1716 Apple St
Metairie, LA 70001-2349

Broussard & Dove, APLC
7605 Park Avenue
Houma, LA 70364-3642

Broussard Injury Lawyers
321 Veterans Memorial Blvd
Suite 205
Metairie, LA 70005-3060

Burgos & Associates, LLC
3535 Canal Street
Suite 200
New Orleans, LA 70119-6170

CURTRECHIA NUNN
5015 B PLACE
MERIDIAN, MS 39305-2258

Cameron Snowden
Suite 2900
2933 Myrtle Ave.
Baton Rouge, LA 70806-6847

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

CapitalOne Spark
P.O. Box 30285
Salt Lake City, UT 84130-0285

Carey D. Yazeed
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004
eserve@kassab.law 77004-2829

Carl J. Selenberg, Attorney at Law
3713 Airline Drive
Metairie, LA 70001-5836

Catherine Patriarca
Suite 2400
601 Poydras St.
New Orleans, LA 70130-6036

Chad T. Wilson Law Firm, PLLC
455 East Medical Center Blvd.
Ste. 555
Webster, TX 77598-4405

Charbonnet Law Firm, LLC
501 Clearview Parkway
Metairie, LA 70001-4626

Chehardy Sherman Williams Law Firm
1 Galleria Boulevard
Suite 1100
Metairie, LA 70001-2033

Chelsea Dazet Attorney at Law
221 E Kirkland Street
Covington, LA 70433-2701

Christine Mockosher Griffin
8483 Nick Rd.
Greenwood, LA 71033-2615

Christovich & Kearney, LLP
601 Poydras St. Suite 2300
New Orleans, LA 70130-6078

City of Houston
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Civil Legal Services, LLC
2221 Saint Claude Ave
New Orleans, LA 70117-8455

Claire Easterling Pontier
Suite 3250
1100 Poydras Street
New Orleans, LA 70163-3201

Claude Britton, III
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004
eserve@kassab.law 77004-2829

Claude Reynaud, III
9 Killdeer St.
New Orleans, LA 70124-4512

Clay Cosse
Suite 4200
1717 Main St.
Dallas, TX 75201-4876

Clerk of Court - Beauregard Parish
P.O. Box 100
DeRidder, LA 70634-0016

Clerk of Court - Caddo Parish
501 Texas St.
Room 103
Shreveport, LA 71101-5402

Clerk of Court - Calcasieu Parish
P.O. Box 1030
Lake Charles, LA 70602-1030

Coastal Claims
2650 N Dixie Fwy
New Smyrna Beach, FL 32168-5774

Comcast - Old account (TX)
P.O. Box 8587
Philadelphia, PA 19101-8587

Comcast - old account (FL)
444 Highway 96 East
St. Paul, MN 55127-2557

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX  78711-2548

Concur
SAP Philippines, Inc.
Topaz Rd. & Ruby Rd.
1600 Manila, Philippines

Cornerstone Consulting Group
243 La Costa Circle
Weatherford, TX 76088-2208

Coss Law Firm, LLC
1515 Poydras Street
Suite 900
New Orleans, LA 70112-4505

Cox Cox Filo Camel Wilson & Brown, LLC
723 Broad Street
Lake Charles, LA 70601-4338

Cristobal M. Galindo, P.C.
c/o Charlie Shelton
Hayward PLLC
7600 Burnet Road, Suite 530
Austin, Texas 78757-1269

Cueria Law Firm, LLC
650 Poydras Street
Suite 2740
New Orleans, LA 70130-6123

Curtis R. Davis
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004
eserve@kassab.law 77004-2829

Curtis and Ardene Tassin
Health Law Group LLC
201 St.Charles Avenue, Suite 2500
New Orleans, LA 70170-2500

Cynthia Johnson
1318 Bank Avenue
New Iberia, LA 70560-6149

Cynthia Troxclair
PO Box 1731
Kinder, LA 70648-1731

Dale Jefferson
Suite 1100
808 Travis St.
Houston, TX 77002-5831

Daly & Black, P.C.
2211 Norfolk St.
#800
Houston, TX 77098-4030

Daly & Black, PC
2211 Norfolk Street
Suite 800
Houston, TX 77098-4030

Darrell Broussard
420 Tommys Rd.
Sunset, LA 70584-5330

David Schenck
Suite 4200
1717 Main St.
Dallas, TX 75201-4876

Deborah Hollie
390 Burks Rd.
Starks, LA 70661-5042

Definiti
P.O. Box 95357
Grapevine, TX 76099-9733

Delphin Law Offices
626 Broad St
Lake Charles, LA 70601-4337

Delsa Law Firm
3260 Range Court
Mandeville, LA 70448-8494

Destiney Griffin
3841 Accacia Lane
Harvey, LA 70058-2169

(p)PRISCILLA MICHEL
ATTN DEUTSCH KERRIGAN LLP
755 MAGAZINE STREET
NEW ORLEANS LA 70130-3629

Didriksen, Saucier & Woods, PLC
3114 Canal Street
New Orleans, LA 70119-6202

Disaster Solutions
1301 Seminole Blvd
Suite 140
Largo, FL 33770-8102

Disaster Solutions
192 Solhelm Lane
Raleigh, NC 27603-5555

Don A Rouzan & Associates LLA Counsellor
1010 Common St
Suite 2410
New Orleans, LA 70112-2462

Dupont Claim Services
1721 Hwy 22W
Madisonville, LA 70447-9446

Dwane Borel
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004-2829

Egenberg Trial Lawyers
650 Poydras Street
Suite 2000
New Orleans, LA 70130-7206

Elsbet Smith
Suite 200
111 N. Oak St.
Hammond, LA 70401-3240

Equal Access Justice Fund, LP
c/o Fred Johnson
Spencer Fane, LLP
3040 Post Oak Blvd, Suite 1400
Houston, TX 77056-6584

Ernest Willaims
110 Hansel St.
New Iberia, LA 70560-5040

Esquire Deposition Solutions
1500 Centre Pkwy
Suite 100
East Point, GA 30344-8152

Eunice Pillette
503 East Valcourt St.
Abbeville, LA 70510-2329

Exact Building Consultants
18702 69th Ave E
Bradenton, FL 34211-7096

Favret Carriere Cronvich
650 Poydras Street
Suite 2300
New Orleans, LA 70130-6162

Fitz-Gerald Hebert & DeLouche
2306 Sampson St
Westlake, LA 70669-2712

Frank J D'Amico Jr, APLC
4608 Rye Street
Metairie, LA 70006-5314

Frederick M Lupfer
1824 County Road 3113
Jacksonville, TX 75766-6185

Frischhertz Impastato Person Injury Law
1140 St. Charles Ave.
New Orleans, LA 70130-4332

GM Financial
P.O. Box 180682
Arlington, TX 76096-0682

Galindo  Law
4151 Southwest Fwy
#602
Houston, TX 77027-7320

Galindo Law Trial Attorneys
4151 Southwest Fwy
Suite 602
Houston, TX 77027-7320

Ginger Beebe
21 Virgil Beebe Rd
Lena, LA 71447-9676

Glabal Estimating Services, Inc.
25000 Pitkin Rd.
Suite 201/202
Spring, TX 77386-2467

Glago Williams Attorney at Law
909 Poydras Street
29th Floor
New Orleans, LA 70112-4000

Global Estimating Services, Inc.
c/o Andrews Myers, PC
Attn: Lisa M. Norman
1885 Saint James Place, 15th Fl
Houston, Texas 77056-4176

Godbey Giardina Law Group
1381 Fremaux Avenue
Slidell, LA 70458-8316

Gordon McKernan Injury Attorneys
5656 Hilton Avenue
Baton Rouge, LA 70808-2524

Gordon, Arata, Montgomery, Barnett, McCo
201 St. Charles Ave
40th Floor
New Orleans, LA 70170-1006

Grant Gardiner
3129 Bore St.
Metairie, LA 70001-5333

Guest Law Firm
1900 32nd Street
Kenner, LA 70065-3675

Gwyneth O'Neill
Suite 1600
909 Poydras
New Orleans, LA 70112-4013

HAAG
P.O. Box 660625
Dallas, TX 75266-0625

Hair Shunnarah Trial Attorneys
3540 S. I-10 Service Road W.
Suite 300
Metairie, LA 70001-1976

Harold Boudreaux
105 Crestmont Blvd
Youngsville, LA 70592-5653

Harris Wells
Suite 3500
1100 Louisiana St.
Houston, TX 77002-5212

Heath Law Group, LLC
201 St. Charles Ave
Suite 2500
New Orleans, LA 70170-2500

Herman, Herman & Katz, LLC
909 Poydras Street
Suite 1860
New Orleans, LA 70112-4060

(p)HOGAN ATTORNEYS
PO BOX 1274
NO 1
HAMMOND LA 70404-1274

Houghtaling Law Firm, LLC
3850 Causeway Blvd
Suite 1090
Metairie, LA 70002-8141

Howard Marshall
Suite 2300
601 Poydras St.
New Orleans, LA 70130-6078

Huber Thomas Law, LLP
1100 Poydras Street
Suite 2200
New Orleans, LA 70163-1123

InQuest General Contracting LLC
P.O. Box 1827
Quinlan, TX 75474-0031

Insurance Claim Solutions - Umpire
1458 Old Fort Road
Farview, NC 28730-7616

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Iron Mountain
3502 Bissonnet St.
Houston, TX 77005-2118

Irpino, Avin & Hawkins Law Firm
2216 Magazine Street
New Orleans, LA 70130-5637

J.A. Consulting
7948 Davis Boulevard
Suite 100
North Richland Hills, TX 76182-6953

JJC Law LLC
3914 Canal Street
New Orleans, LA 70119-6003

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

JT Law Firm
111 North Orange Ave
Ste. 800
Orlando, FL 32801-2381

James McClenny
380 Ridge Lake Scenic Dr.
Montgomery, TX 77316-6933

James S. Dartez
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004
eserve@kassab.law 77004-2829

Jason J. Joy & Associates
909 Texas Ave.
Suite 1801
Houston, TX 77002-3192

Jayne Moseley
c/o Tran Singh LLP
2502 La Branch Street
Houston, Texas 77004-1028

Jean Frizzell
Suite 3500
1100 Louisiana St.
Houston, TX 77002-5212

Jesse P Barnett III
2587 Bayou Rd
Port Barre, LA 70577-5457

John G Toerner Attorney At Law
19335 N 9th Street
Covington, LA 70433-8801

John Jordan
P.O. Box 2828
Hammond, LA 70404-2828

John M Welborn III Attorney At Law
508 N Pine St
DeRidder, LA 70634-3908

John Zachary Moseley
1235 N. Loop West, Suite 810
Houston, TX 77008-1764

Jonathan Lemann
Suite 3250
1100 Poydras Street
New Orleans, LA 70163-3201

Jones & Hill Personal Injury Attorneys
215 West 6th Ave
Oberlin, LA 70655

Joubert Law Firm APLC
2171 Quail Run Drive
Baton Rouge, LA 70808-4287

Joyner Law Firm
2236 St Charles Ave
Suite A
New Orleans, LA 70130-5822

Kaleb Blake Company Umpire Services
1709 Gornto Road
A-308
Valdosta, GA 31601-8406

Kandell, Kandell & Petrie, P.A.
2665 S Bayshore Dr
Suite 500
Miami, FL 33133-5462

Katherine Monson, et al
1100 Poydras Street
Suite 3250
New Orleans, LA 70163-3201

Katrena Henderson & Charles Tapp
4614 Quarter Charge Dr
Annandale, VA 22003-4622

Kevin Kelly
1120 Wyndham South
Gretna, LA 70056-8370

Kevin Tully
Suite 2300
601 Poydras St.
New Orleans, LA 70130-6078

Klotz & Early Law Firm
909 Poydras Street
Suite 2950
New Orleans, LA 70112-4006

Krause & Kinsman Trial Lawyers, LLP
Saul Ewing LLP c/o Turner Falk, Esq.
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2100

Krause and Kinsman Trial Lawyers
4717 Grand Ave
#300
Kansas City, MO 64112-2206

LaHatte Law LLC
2000 Clearview Pkwy
Suite 203
Metairie, LA 70001-2441

Laborde Earles Injury Lawyers
1901 Kaliste Saloom Rd
Lafayette, LA 70508-6115

Law Office of Carolyn O Hines
1330 Jackson St
Suite C
Alexandria, LA 71301-6929

Law Office of Deborah E. Lonker
3636 S I 10 Service Rd W
Suite 100
Metairie, LA 70001-6418

Law Office of Laura Jean Todaro
909 W Esplanade Ave
Suite 203
Kenner, LA 70065-2700

Law Office of Phillip T. Hager
3500 North Hullen Street
Metairie, LA 70002-3420

Law Office of Stephen M Smith Attorney
1425 N Broad St
Suite 201
New Orleans, LA 70119-2397

Law Office of Steven J Rando LLC
3530 Canal St
New Orleans, LA 70119-6109

Law Offices of Jeremy Moody LLC
327 Nora Broussard Rd
Youngsville, LA 70592-5661

Lawrence R. Anderson, Jr. Attorney at La
11953 Coursey Boulevard
Baton Rouge, LA 70816-4406

Lee Hoffoss Injury Lawyers
517 W College St
Lake Charles, LA 70605-1529

LeeRoy Jefferson
2667 Sligo Road
Haughton, LA 71037-7671


Linda Luz Rodriguez Wilhelm
316 Beverly Loop
Pineville, LA 71360-5594

Linda Thomas
4224 Worthy Dr.
Lake Charles, LA 70607-4810

Lloyd Cox
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004
eserve@kassab.law 77004-2829


Locklin Consulting, LLC
17319 Fountainbluff Drive
San Antonio, Texas 78248-1931

Locklin Consulting, LLC
2478 S 3rd Ave
Walla Walla, WA 99362-4478

Lone Star College System
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064


Long & Long Law Firm
3600 Springhill Memorial Drive N.
Mobile, AL 36608-1162

Lorenzo Garner
1201 Butter Street
Leesville, LA 71446-2705

Louisiana TWC
P.O. Box 94050
Baton Rouge, LA 70804-9050


Lundy, Lundy, Soileau & South, LLP
501 Broad Street
Lake Charles, LA 70601-4334

Lynda L. Jenkins
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004
eserve@kassab.law 77004-2829

Mahfouz Law Firm, LLC
1201 Brashear Avenue
Suite 201
Morgan City, LA 70380-1380


Manning General Contractors
402 SW Market St.
Lees Summit, MO 64063-3940

Mansfield Melancon Cranmer & Dick Injury
318 Harrison Ave
New Orleans, LA 70124-3126

Marcelle Robertson Mestayer LLC
650 Poydras St
Suite 2720
New Orleans, LA 70130-6183


Marino Guillory
101 Weaver Street
Eunice, LA 70535-2863

Mark W Smith & Associates PLLC Attorneys
500 N Causeway Blvd
Metairie, LA 70001-5340

Mary C. Augustine
210 Addie Drive
Crowley, LA 70526-7212


McKee Law Firm LLC
1100 Poydras St
Suite 1475
New Orleans, LA 70163-1409

Melissa Lessel
755 Magazine St.
New Orleans, LA 70130-3629

Mike Brandner Law Firm
3621 Veterans Memorial Boulevard
Metairie, LA 70002-5839


Mixon Carroll & Frazier LLC
P O Drawer 1619
Columbia, LA 71418-1619

Montiel Hodge
400 Poydras St
Suite 2325
New Orleans, LA 70130-3230

Morgan Law Group, P.A.
1331 Ochsner Blvd., Ste. 101
Covington, LA 70433-8177


Morris Bart LLC
601 Poydras St
Floor 24
New Orleans, LA 70130-6036

National Public Adjusting, LLC
25015 Spring Creek Drive
Spring, TX 77380-2441

New Orleans Legal LLC
643 Magazine St
Suite 202
New Orleans, LA 70130-3436

Nicaud & Sunseri Law Firm
3000 18th St
Metairie, LA 70002-4903

Noble Public Adjusting
107 Amar Place
#103
Panama City Beach, FL 32413-5014

Noland Law Office
533 Europe St
Baton Rouge, LA 70802-6408

Norris Law Firm Personal Injury
8 North Oak St
Vidalia, LA 71373-3332

Oakwoood Bank
8411 Preston Rd
Suite 600
LB 35
Dallas, TX 75225-5545

Opal Prejean
1709 Seventh St.
Lake Charles, LA 70601-5572

PCG - Property Loss Consultants
2000 Mallory Lane
Suite 130, #239
Franklin, TN 37067-8231

Pandit Law
701 Poydras Street
Suite 3950
New Orleans, LA 70139-7731

Patout & Shaw, PLLC
1235 N Loop W
8th Floor
Houston, TX 77008-1764

Paul Adams
340 Scenic Drive
Ville Platte, LA 70586-2975

Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534

Philip C Hoffman Attorney at Law
643 Magazine St
Suite 300 A
New Orleans, LA 70130-3433

Pierce & Shows Attorneys
601 St Joseph St
Baton Rouge, LA 70802-6053

Principal Financial
P.O. Box 249
Itasca, IL 60143-0249

R. William Huye, III
2106 Key West Cove
Austin, TX 78746-7256

Raspanti Law Firm
3900 North Causeway Blvd
Suite 1470 (Lakeway 1)
Metairie, LA 70002-7237

Regina A. Ceaser
4200 CoCo Miguel Rd.
New Iberia, LA 70560-9524

Richardson Law Group
422 E Lockwood St
Covington, LA 70433-2977

Riess LeMieux LLC
1100 Poydras St
Suite 110
New Orleans, LA 70163-1101

Robert Angelle, APLC
3231 N Interstate 10 Service Rd W
Metairie, LA 70002

Robert Emmet Couhig , Jr
Suite 3250
1100 Poydras Street
New Orleans, LA 70163-3201

Ron Anthony Austin
400 Manhattan Boulevard
Harvey, LA 70058-4442

Roper Ligh Attorneys
10935 Perkins Rd
Suite B
Baton Rouge, LA 70810-3005

Roy & Scott
P O Box 544
Marksville, LA 71351-0544

SWLA Injury Attorneys, LLC
949 Ryan Street
Suite 130
Lake Charles, LA 70601-5595

ScanStat
P.O. Box 791522
Baltimore, MD 21279-1522

Scope Pros, LLC
8060 East Girard Avenue
Unit 619
Denver, CO 80231-4417

Scott Galante
816 Cadiz St.
New Orleans, LA 70115-1512

Scott Huete
400 Manhattan Boulevard
Harvey, LA 70058-4442

Shavaun Miller
215 Ralph Street
Midland, LA 70559-1920

Simien & Simien, LLC
7908 Wrenwood Blvd.
Baton Rouge, LA 70809-1796

Smith Jadin Johnson PLLC
7900 Xerxes Avenue South
Suite 2020
Bloomington, MN 55431-1132

Spencer Fane, LP
Fred Johnson
3040 Post Oak Blvd, Suite 1400
Houston, TX 77056-6584

Starlight Studios, LLC
c/o Congeni Law Firm, LLC
650 Poydras Street, Ste. 2750
New Orleans, LA 70130-6152

Stephenson, Chavarri & Dawson LLC
400 Poydras St
Suite 1990
New Orleans, LA 70130-3273

Stolk Lab
1711 Analog Dr.
Richardson, TX 75081-1944

TX Tag
P.O. Box 650749
Dallas, TX 75265-0749

Texas Workforce Commission
Office of Attorney General
BK/Collections
P.O. BOX 12548, MC008
Austin, TX 787112548

The Chopin Law Firm
650 Poydras Street
Suite 1550
New Orleans, LA 70130-7213

The Devereaux Law Firm
2113 Lakeshore Drive
Mandeville, LA 70448-5832

The Johnson Firm Lawyers
1419 Ryan St
Lake Charles, LA 70601-5918

The Kidwell Group, LLC
d/b/a Air Quality Assessors of Florida
c/o Latham Luna Eden & Beaudine, LLP
201 S. Orange Ave.
Suite 1400
Orlando, Florida 32801-3483

The King Firm
2912 Canal St
New Orleans, LA 70119-6304

The Law Firm of Hesni & Rossetti, PLC
407 Huey P. Long Avenue
Gretna, LA 70053-5917

The Law Office of Richard J Fernandez LL
3000 W Esplanade Ave N
Suite 200
Metairie, LA 70002-1877

The Mahome Firm
5190 Canal Boulevard
Suite 102
New Orleans, LA 70124-1710

The Morgan Law Group
1331 Ochsner Blvd
Ste. 101
Covington, LA 70433-8177

The Pellegrin Firm LLC
3500 N Hullen St
Suite 17D
Metairie, LA 70002-3420

The Townsley Law Firm
3102 Enterprise Blvd.
Lake Charles, LA 70601-8722

The Voorhies Law Firm
1100 Poydras Street
Suite 2810
New Orleans, LA 70163-2810

The Webster Law Firm, P.C.
6200 Savoy Drive
Suite 150
Houston, TX 77036-3320

Thomas Flanagan
Suite 3300
201 St. Charles Ave.
New Orleans, LA 70170-3400

Thomson Reuters
610 Opperman Drive
Eagan, MN 55123-1340

Timothy B Moore Law Office LLC
10001 Lake Forest Blvd
Suite 870
New Orleans, LA 70127-6200

Tollefson Bradley Mitchell & Melendi, LL
2811 McKinney Ave.
Suite 250
Dallas, TX 75204-8545

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

United States Trustee
Suite 3516
515 Rusk
Houston, TX 77002-2604

VG Law Group, L.L.P.
8751 W. Broward Blvd.
Suite 200
Plantation, FL 33324-2630

VG Vilar & Green Attorneys
1450 Dorchester Dr
Alexandria, LA 71301-3408

Veron Bice Attorneys At Law
721 Kirby St
Lake Charles, LA 70601-5333

Vidal Law & CPA Firm LLC
135 Woodlake Blvd
Kenner, LA 70065-1058

Wayne J. Adams
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004-2829

Webster Vicknair Macleod
6200 Savoy  Drive
Suite 150
Houston, TX 77036-3320

Welborn & Hargett Injury Attorneys
1540 W Pinhook Rd
Lafayette, LA 70503-3159

Whitworth Law Firm, LLC
900 France Street
Baton Rouge, LA 70802-6023

Wilkofsky, Friedman, Karel & Cummins
299 Broadway
Ste. 1700
New York, NY 10007-1914

William Gibbens
Suite 1600
909 Poydras
New Orleans, LA 70112-4013

William Macaluso
Suite 200
111 N. Oak St.
Hammond, LA 70401-3240

William Ross
816 Cadiz St.
New Orleans, LA 70115-1512

Woody Falgoust, A Law Corporation
1050 Canal Blvd.
Thibodaux, LA 70301-4508

Zach Mosely
1235 N. Loop West
Suite 810
Houston, TX 77008-1764

Zeringue Law Group
311 Patriot St.
Thibodaux, LA 70301-3023

Avi Moshenberg
Lawson & Moshenberg PLLC
801 Travis St.
Ste 2101, #838
Houston, TX 77002-5730

BANKRUPTCY ATTY. ALDINE INDEPENDENT SCHOOL D
2520 W.W. THORNE BLVD.
LEGAL DEPARTMENT
HOUSTON, TX 77073-3406

Charles William Nicolas Tapp
4614 Quarter Charge Dr
Annandale, VA 22003-4622

Eva S Engelhart
Ross Banks May Cron & Cavin P.C.
7700 San Felipe, Suite 550
Houston, TX 77063-1618

James Marshall McClenny
380 Ridge Lake Scenic Drive
Montgomery, TX 77316-6933

Jayne Moseley
c/o Tran Singh LLP
2502 La Branch Street
Houston, TX 77004-1028

Johnie J Patterson
Walker & Patterson,P.C.
P.O. Box 61301
Houston, TX 77208-1301

Katrena Leigh Henderson
4614 Quarter Charge Dr
Annandale, VA 22003-4622

Miriam Goott
Walker & Patterson, PC
PO Box 61301
Houston, TX 77208-1301

Nicholas Lawson
Lawson Moshenberg PLLC
801 Travis St.
Ste 2101 #838
Houston, TX 77002-5730

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Deutsch Kerrigan LLP
755 Magazine Street
New Orleans, LA 70130

Hogan Attorneys
310 North Cherry St.
No. 1
Hammond, LA 70401

Internal Revenue Service
Special Procedures
Stop 5022 HOU
1919 Smith St.
Houston, TX  77002

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Apex Roofing and Restoration, LLC | (u)Daly & Black, P.C. | (u)Global Estimating Services, LLC |
| (u)Hancock Whitney Bank | (u)Kane Russell Coleman Logan PC | (u)Laborde Earles |
| (u)Locklin Consulting, LLC | (u)Makkah Corporation | (u)Morris Bart, L.L.C. |
| (u)Noble Public Adjusting Group, LLC | (u)Oakwood Bank | (u)Official Committee of Unsecured Creditors |
| (u)PCG Claims, LLC d/b/a PCG Consulting, LLC | (u)Porsche Financial Services, Inc. | (u)Spencer Fane LLP<br>3040 Post Oak Blvd.<br>Suite 1400<br>Houston |
| (u)State Farm Fire & Casualty Company | (u)Tort Network, LLC d/b/a Velawcity | (d)American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| (d)EAJF ESQ Fund, LP<br>c/o Misty A. Segura, Spencer Fane, LLP<br>3040 Post Oak Blvd., Ste. 1400<br>Houston, TX 77056-6584 | (u)Katherine Monson, individually<br>& for all similarly situated<br>in Plaintiff Class | (u)Kovar Law Group |
| (d)Louisiana Farm Bureau<br>P.O. Box 95008<br>Baton Rouge, LA 70895-9008 | (u)SJP Law Firm | (d)Zeringue Law Group<br>311 Patriot Street<br>Thibodaux, LA 70301-3023 |
| (u)Katherine Monson | End of Label Matrix<br>Mailable recipients   291<br>Bypassed recipients    25<br>Total                 316 | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 24-31596 |
| | § | |
| **MMA LAW FIRM, PLLC** | § | **Chapter 11** |
| | § | |
| *Debtor.* | § | |

**ORDER APPROVING COMPROMISE**
**WITH CRISTOBAL M. GALINDO, PC**
(Relates to ECF No. __)

It is

**ORDERED** that the Debtor's Motion to Compromise Controversy with *Cristobal M. Galindo, PC* (**"GLF"**) is granted in full, and it is further

**ORDERED** that the Settlement Agreement attached hereto is approved, and it is further

**ORDERED** that the Debtor and GLF are authorized to enter into and consummate the Settlement Agreement according to the terms and conditions contained in the attached Settlement Agreement, and it is further

**ORDERED** that this Court retains jurisdiction over all disputes that may be related to the interpretation or enforcement of the Settlement Agreement.

SIGNED:_____

_____
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO.    24-31596 |
| **MMA LAW FIRM, PLLC** | § | |
| | § | |
| **DEBTOR** | § | |

## SETTLEMENT AGREEMENT

This Settlement Agreement (the "**Agreement**") is entered into by and between MMA Law Firm, PLLC (formerly known as McClenny Moseley and Associates) ("**MMA**" or the "**Debtor**"), on the one hand, and Cristobal M. Galindo, PC ("**GLF**"), on the other hand. MMA and GLF are each referred to individually as a "**Party**" and collectively as the "**Parties**."

The Debtor and GLF hereby agree to the following terms and conditions below, which are expressly subject to approval by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**").

## DEFINITIONS AND RECITALS

1.     MMA is a Texas-based litigation firm that represented thousands of clients in insurance claims following Hurricanes Laura, Delta, Zeta, and Ida (collectively, the "**Hurricane Cases**").

2.     In a substantial number of the Hurricane Cases, MMA entered into co-counsel agreements with GLF, under which both firms jointly represented clients on a contingency fee basis (the "**MMA/Galindo Cases**").

3.     On March 3, 2023, the Honorable James D. Cain, Jr., United States District Judge for the Western District of Louisiana, issued an order suspending the licenses of all attorneys affiliated

**Page - 1**

with MMA for a period of ninety (90) days (the "**Suspension Order**").

4.      Following the entry of the Suspension Order, numerous third-party law firms (collectively, the "**Successor Firms**") assumed legal representation of thousands of clients previously jointly represented by MMA and GLF in the MMA/Galindo Cases. For the avoidance of doubt, for the purposes of this Agreement, "Successor Firms" does not include GLF.

5.      On April 9, 2024, MMA filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, initiating the above-captioned bankruptcy case (the "**Bankruptcy Case**").

6.      Following the petition date, MMA began asserting claims against the Successor Firms, both through litigation and through negotiated settlements.

7.      On August 13, 2024**,** GLF timely filed a proof of claim in the Bankruptcy Case (the "**POC**").

8.      MMA filed an objection to GLF's POC on February 5, 2025 (the "**Claim Objection**").

9.      On April 28, 2025**,** the Bankruptcy Court converted the Claim Objection into an adversary proceeding and directed GLF to file a formal complaint, thereby initiating Adversary Proceeding No. 25-03310 (the "**Galindo Adversary**").

10.     On August 15, 2025, MMA filed a *Motion to Approve Compromise under Rule 9019* with Irpino, Avin & Hawkins Law Firm, a Successor Firm (the "**Irpino Settlement**").

11.     Under the Irpino Settlement, Irpino is required to deposit $81,413.21 into the registry of the Bankruptcy Court (the **"Irpino Registry Funds"**) and, on a going-forward basis, to deposit 25% of all attorneys' fees it receives in connection with the MMA/Galindo cases into the Bankruptcy Court's Registry (the "**Irpino Future Registry Funds**").

12.     On the same date, MMA also filed a separate *Motion to Approve Compromise under Rule 9019* with Alvendia, Kelly & Demarest, LLC, a Successor Firm (the "**AKD Settlement**").

13.     Pursuant to the AKD Settlement, AKD is required to deposit $153,743.52 into the registry

of the Bankruptcy Court (the **"AKD Registry Funds"**). Additionally, AKD has agreed, on a going-forward basis, to deposit 25% of all attorneys' fees it receives in the MMA/Galindo cases into the Court's registry (the **"AKD Future Registry Funds"**).

14. On August 22, 2025, MMA filed a Complaint against GLF, initiating Adversary Proceeding No. 25-03633 (the "**MMA Adversary**").

15. The Galindo Adversary and the MMA Adversary are collectively referred to herein as the "**Adversaries**."

16. The Parties have reached a full and final global resolution of all disputes and claims related to the Adversaries, as set forth in this Agreement.

17. The Parties expressly acknowledge that this Settlement Agreement is subject to approval by the Bankruptcy Court.

## **PAYMENT TERMS AND OBLIGATIONS**

18. On or before October 1, 2025, GLF shall remit payment to MMA in the amount of $250,000.00, in good and sufficient funds.

19. GLF hereby acknowledges and agrees that MMA is entitled to retain the entirety of the following funds, free and clear of any claim by GLF:

    a. AKD Registry Funds

    b. AKD Future Registry Funds

    c. Irpino Registry Funds

    d. Irpino Future Registry Funds

20. GLF irrevocably waives and relinquishes any and all claims it may have against any and all Successor Firms related to the MMA/Galindo Cases. This waiver is intended to provide assurance to Successor Firms that any settlements or payments made to MMA shall not subject them to liability or further claims by GLF and each of the Successor Firms may rely on this waiver

and release as third-party beneficiaries of this provision.

21.    GLF agrees that, in the event it receives any funds after September 4, 2025, whether directly or indirectly, from any Successor Firm related to the MMA/Galindo Cases, GLF shall remit 100% of such funds to MMA within fourteen (14) calendar days of receipt.

22.    GLF shall be granted an allowed general unsecured claim in the Bankruptcy Case in the amount of Two Million Five Hundred Thousand Dollars ($2,500,000.00) (the "**Allowed Claim**")

23.    Except as provided in Paragraph 22 regarding GLF's Allowed Claim in the amount of $2,500,000.00, GLF irrevocably waives and releases any further claims to any fees, costs, or recovery from MMA arising out of or related to former MMA clients or cases.

24.    Except for the rights afforded to GLF under Paragraph 22 with respect to its Allowed Claim, GLF hereby irrevocably waives, releases, and forever disclaims any and all rights, claims, or entitlements to attorneys' fees, costs, reimbursements, or any other form of compensation or recovery from MMA, whether direct or indirect, arising from or relating to any former MMA clients, cases, co-counsel relationships, or any other matters associated with the MMA/Galindo Cases.

25.    The Parties agree to jointly submit an Agreed Order concerning approval of both the AKD Settlement and the Irpino Settlement to the Bankruptcy Court no later than September 8, 2025.

26.    GLF may propose to the Official Committee of Unsecured Creditors (the "**UCC**") the inclusion of third-party releases in any Chapter 11 plan proposed by MMA. If such releases are accepted by the UCC and agreed to by MMA, MMA shall incorporate the releases into its plan and support their approval. GLF shall be responsible for advancing all out-of-pocket costs associated with providing any required notice required of such releases, including, without limitation, the costs of copies, postage, certifications, filings, and related labor. Notwithstanding the foregoing, in the event that the Bankruptcy Court rejects or denies approval of any third-party

releases included in the Chapter 11 plan, such rejection shall not constitute a condition precedent or a breach of this Settlement Agreement, and MMA reserves the right to refile or amend the plan to remove such third-party release provisions without affecting the enforceability or validity of this Settlement Agreement.

27.     GLF shall support any Chapter 11 plan proposed by MMA that incorporates terms consistent with this Agreement.

28.     In the event the Bankruptcy Court denies approval of this Settlement Agreement, then the Parties agree that all unexpired deadlines in the Adversaries, as of September 4, 2025, shall be extended for a period equal to the time elapsed between September 4, 2025, and the date of the Court's denial of the Settlement Agreement. In addition, the deposition of John Zachary Moseley shall be rescheduled.

29.     The Bankruptcy Court shall retain exclusive jurisdiction to resolve any disputes arising under or related to this Settlement Agreement.

30.     Upon full performance of the terms and conditions herein, each of the Parties, on behalf of themselves, their respective current and former affiliates, subsidiaries, officers, directors, shareholders, members, managers, partners, employees, attorneys, agents, representatives, predecessors, successors, and assigns, hereby mutually release and discharge each other from any and all claims, demands, actions, and causes of action, known or unknown, arising out of or related to the Adversaries.

31.     Subject to the full performance of all terms and conditions set forth in this Agreement, and without limiting any other provisions herein, MMA hereby irrevocably waives, releases, and forever disclaims any and all rights, claims, or entitlements to attorneys' fees, costs, reimbursements, or any other form of compensation or recovery from GLF, arising from or relating to any former MMA clients.

32.     Subject to the full performance of all terms and conditions set forth in this Agreement, and without limiting any other provisions herein, GLF hereby irrevocably waives, releases, and forever disclaims any and all rights, claims, or entitlements to attorneys' fees, costs, reimbursements, or any other form of compensation or recovery from MMA, arising from or relating to any former MMA clients.

33.     This Agreement is subject in its entirety to Bankruptcy Court approval, without which it shall be null and void and of no force or effect.

Dated:   9-8-2025

 /S/ JOHN ZACHARY MOSELEY

MMA Law Firm, PLLC
John Zachary Moseley, President

Dated:

Cristobal M. Galindo, P.C.
Cristobal Galindo, President