IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 24-31596 |
| | § | |
| MMA LAW FIRM, PLLC | § | Chapter 11 |
| | § | |
| *Debtor*. | § | |

**AGREED ORDER APPROVING COMPROMISE
WITH IRPINO LAW FIRM, LLC D/B/A IRPINO, AVIN & HAWKINS LAW FIRM**
(Relates to ECF No. 773)

It is

**ORDERED** that the Debtor's Motion to Compromise Controversy with Irpino Law Firm, LLC, d/b/a Irpino, Avin & Hawkins Law Firm ("**Irpino**") is granted in full, and it is further

**ORDERED** that the Settlement Agreement attached hereto is approved and the Debtor and IRPINO are authorized to enter into and consummate the Settlement Agreement according to the terms and conditions contained in the attached Settlement Agreement, except as expressly modified herein, and it is further

**ORDERED** that IRPINO shall deposit funds in the Registry of this Bankruptcy Court in accordance with the terms set forth in the attached Settlement Agreement; **provided, however**, that in the event the Court approves the Debtor's Motion to Approve Compromise with The Galindo Law Firm (ECF No.805), IRPINO shall instead transfer all such funds otherwise required to be deposited into the Registry directly to MMA through its counsel, and the provisions of the Settlement Agreement requiring deposit of such funds in the Court's Registry shall be deemed modified accordingly; and it is further

**ORDERED** that all funds deposited by IRPINO in the Bankruptcy Court's Registry shall remain on deposit until further order from this Court, and it is further

**ORDERED** that this Court retains jurisdiction over all disputes that may be related to the interpretation or enforcement of the Settlement Agreement.

SIGNED:_____

_____
**CHIEF UNITED STATES BANKRUPTCY JUDGE**


Dated:  9/17/2025

*Irpino, Avin & Hawkins Law Firm*

 */S/ Louise C. Higgins*_____
Anthony Irpino, Bar No. 24727
Louise C. Higgins, Bar No. 31780
2216 Magazine St.
New Orleans, LA 70130
Telephone:	(504) 525-1500
Facsimile:	(504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com


*/s/Miriam T. Goott*
Miriam T. Goott
Walker & Patterson, PC
4815 Dacoma
Houston, TX 77092
713-956-5577 (telephone)
713-956-5570 (fax)
mgoott@walkerandpatterson.com
**COUNSEL FOR DEBTOR**