United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 02, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In Re: | § § | |
| MMA LAW FIRM, PLLC | § § | CASE NO. 24-31596 |

**ORDER GRANTING FIRST INTERIM APPLICATION OF MADDOX THOMSON & ASSOCIATES ACCOUNTANT TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2024 THROUGH SEPTEMBER 10, 2025**

It is

**ORDERED** that Maddox, Thomson & Associates is allowed interim compensation in the amount of $24,131.20, and it is further

**ORDERED** that the Debtor is authorized to disburse $24,131.20 to Maddox, Thomson & Associates.

Signed: October 02, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge