IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § CASE NO. 24-31596 |
| MMA LAW FIRM, PLLC | § |
| | § |
| DEBTOR | § |

### SETTLEMENT AGREEMENT

This Settlement Agreement (the "**Agreement**") is entered into by and between MMA Law Firm, PLLC (formerly known as McClenny Moseley and Associates) ("**MMA**" or the "**Debtor**"), on the one hand, and The Voorhies Law Firm ("**VOORHIES**"), on the other hand. MMA and Voorhies are each referred to individually as a "**Party**" and collectively as the "**Parties**."

The Debtor and VOORHIES hereby agree to the following terms and conditions below, which are expressly subject to approval by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**").

This Settlement Agreement shall be effective as of the date on which it is signed by both Parties (the "**Effective Date**").

### DEFINITIONS AND RECITALS

1. A dispute has arisen between the Parties concerning each Party's respective interest in attorneys' fees related to legal cases involving certain former clients of MMA who are now represented by VOORHIES, either solely or in conjunction with other co-counsel (the "**Former MMA Cases**").

2. For purposes of this Settlement Agreement, the Former MMA Cases are broken down into

categories: **"Settled Cases"** and **"Unresolved Cases"**.

3. The **Settled Cases** refer to cases that have been fully settled and for which all attorneys' fees and expenses have been collected by Voorhies. The **Unresolved Cases** refer to cases that have not been fully resolved and from which attorneys' fees and expenses may be collected in the future by Voorhies as of the Effective Date.

4. For purposes of this Settlement Agreement, the Former MMA Cases only pertain to the cases identified in the attached *Exhibit A* (the, **"Spreadsheet"**). The information set forth in the Spreadsheet reflects the status of the Former MMA Cases and reflects fees and expense data as of August 31, 2025. According to the Spreadsheet, Voorhies has collected a total of $710,074.25 in attorneys' fees in the Former MMA Cases as of August 31, 2025.

5. On April 9, 2024, the Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code.

6. In its bankruptcy schedules, MMA disclosed claims against VOORHIES for its share of attorneys' fees and costs related to the Former MMA Cases.

7. On July 2, 2024, MMA filed an Adversary Proceeding against VOORHIES in Case No. 24-03134.

8. The Debtor and VOORHIES have reached a comprehensive resolution of all disputes between MMA and VOORHIES concerning the Former MMA Cases.

9. The Parties acknowledge that this Settlement Agreement is subject to approval by the Bankruptcy Court.

## PAYMENT TERMS AND CONDITIONS

10. <u>Within five (5) days following entry of an order by the Bankruptcy Court approving this Settlement Agreement, Voorhies shall pay to MMA the total amount of $285,426.37, representing 40% of the total attorneys' fees collected by Voorhies in the Former MMA Cases as of August 31,</u>

2025 (i.e., 40% of $710,074.25, which equals $284,029.70), plus 100% of the reimbursable expenses paid by MMA in connection with the Settled Cases and Unresolved Cases, totaling $1,396.67 (together, the **"Fees/Costs Owed"**). This payment relates solely to the matters identified in the Spreadsheet attached as Exhibit A and is made subject to the representations, warranties, and enforcement provisions set forth below in this Settlement Agreement.

11. Payment of the Fees/Costs Owed shall be made payable to MMA Law Firm, PLLC and delivered to MMA's counsel, Walker & Patterson, P.C., at 4815 Dacoma, Houston, TX 77092, or by another method mutually agreed upon in writing by Voorhies and MMA.

12. For all Unresolved Cases, Voorhies shall, on a go-forward basis, transfer to MMA 40% of the total attorneys' fees in each case. Such payment shall be made within five (5) days of the earlier of: (a) the client's receipt of settlement funds, or (b) Voorhies's receipt of the corresponding attorneys' fees (**"MMA Future Payments"**).

## QUARTERLY REPORTING

13. Beginning on the 15th day of the first calendar month following the entry of an order by the Bankruptcy Court approving this Settlement Agreement, and continuing on a quarterly basis thereafter, Voorhies shall provide MMA with a report identifying the status of all Unresolved Cases, including:

a. Client's Name;

b. Defendant's name and/or Insurance carrier

c. Status of the case (e.g. mediation scheduled or occurred)

d. Efforts made to resolve the case

e. If the case is resolved, a description of the resolution or settlement;

f. Total attorney's fees received

g. Fee percentage to which Voorhies will receive

h. Amount of legal fees received by Voorhies

i. Amount of expenses/costs due to Voorhies

j. Amounts paid or due to all third parties on the case (e.g. experts, mediators, estimators, etc.); and

k. Supporting Distribution Statements or other documentation, as applicable to cases that were newly resolved in that reporting period.

l. The Parties acknowledge and agree that the Spreadsheet attached as Exhibit A reflects data and client confirmations as of August 31, 2025. Accordingly, the initial quarterly report, as well as all subsequent reports required under this Section 13, shall include and account for all activity in the Unresolved Cases beginning as of August 31, 2025, regardless of the Effective Date of this Settlement Agreement.

## VOORHIES' REPRESENTATIONS, AFFIRMATIONS AND ACCOUNTABILITY

14. Voorhies hereby represents, warrants, and affirms that the amounts identified and paid (or to be paid) to MMA pursuant to this Settlement Agreement constitutes the full and complete 40% share of the total attorneys' fees in those matters, as required by this Settlement Agreement.

15. Voorhies further represents, warrants, and affirms that the list of Former MMA Cases identified in the attached Spreadsheet includes all matters in which MMA previously represented the client and which Voorhies has settled, is currently litigating, or otherwise resolved. Voorhies acknowledges and agrees that this list constitutes the full universe of such cases.

16. Voorhies further represents, warrants and affirms that the Spreadsheet attached as Exhibit A reflects information and case identification as of August 31, 2025, and that as of that date, the Spreadsheet includes all Former MMA Cases known to Voorhies in which MMA previously represented the client and which Voorhies has settled, is currently litigating, or otherwise resolved.

17. Voorhies further acknowledges and agrees that MMA is relying on the completeness and accuracy of the information as of August 31, 2025, and that any additions or omissions discovered after that date shall be subject to the terms of this Settlement Agreement, including MMA's enforcement rights described herein.

18. Voorhies expressly acknowledges that MMA is relying on these representations in entering into this Settlement Agreement. If it is later discovered that (a) any Former MMA Case was omitted from the Spreadsheet, or (b) the total settlement amount or attorneys' fees were misrepresented for any case, then MMA shall be entitled to its full share (40%) of the total attorneys' fees in that matter, plus interest, costs, and reasonable attorneys' fees incurred in enforcing its rights. Voorhies further agrees that such failure will constitute a material breach of this Settlement Agreement.

19. Voorhies further acknowledges and agrees that its representations in this Settlement Agreement are material representations made to the Debtor and to the Bankruptcy Court. These representations are made under penalty of perjury and are subject to the jurisdiction and enforcement powers of the United States Bankruptcy Court for the Southern District of Texas, including but not limited to the Court's authority to issue sanctions, enter contempt orders, or impose other appropriate relief in the event Voorhies is found to have knowingly misrepresented the amounts due, or it has withheld any portion of the required funds.

20. Voorhies agrees to maintain all underlying financial records, fee statements, settlement statements, and supporting documentation used to calculate such payments for a period of not less than two (2) years and shall promptly produce such documents to MMA or the Bankruptcy Court upon reasonable written request or order of the Court.

21. In the event that Voorhies later learns that a Former MMA Case was not disclosed in the Spreadsheet, Voorhies shall notify MMA within 48 hours of such discovery and the Parties agree

to use their best efforts to resolve the dispute.

## MISCELLANEOUS MATTERS

22. **Automatic Stay Modification**: The automatic stay under Section 362 of the Bankruptcy Code is modified, to the extent applicable, to allow Voorhies to continue prosecuting the Former MMA Cases. This includes the ability to obtain judgments, settle, attend mediation or arbitration, and/or resolve such cases.

23. **Payment to Insureds:** Voorhies shall promptly pay insureds as the Former MMA Cases are settled or resolved.

24. **Endorsement of Settlement Checks:** MMA expressly consents to Voorhies endorsing MMA's name on any settlement or fee-related checks associated with the Former MMA Cases, subject to the following notice and objection provisions:

25. **Notice Requirement**: Voorhies shall provide MMA with a copy of the check and its written intent to endorse at least two (2) business days prior to endorsing the check. Written notice and a copy of the check must be sent to MMA at the following email addresses: (a) kohlsson@mma-pllc.com, (b) Zach@mma-pllc.com, (c) jjp@walkerandpatterson.com; and (d) mgoott@walkerandpatterson.com.

26. **Objection Procedure**: MMA shall have two (2) business days from receipt of the notice to object to the proposed endorsement via email to an email address provided by Voorhies. If MMA objects in writing within the designated time, the check may not be endorsed without further agreement from MMA or an order from the Bankruptcy Court. The Parties agree to work together to avoid any unnecessary litigation or dispute during this process and to further use their best efforts to resolve all issues without the need for Bankruptcy Court involvement.

27. **Retention of Jurisdiction:** The Bankruptcy Court shall retain exclusive jurisdiction to resolve any dispute between Voorhies and MMA regarding this Agreement.

28. **Mutual Release**: Effective upon the full and final completion of all terms and conditions set forth in this agreement, both MMA and Voorhies release each other from any and all claims, demands, and causes of action related to the Former MMA Cases as identified in the cases identified in the Spreadsheet.

29. **Bankruptcy Court Approval:** The Parties understand that this entire Settlement Agreement is subject to Bankruptcy Court approval.

Dated: 10-6-2025

*/s/ John Z. Moseley*

**John Zachary Moseley – MMA Law Firm, PLLC**
1235 North Loop West
Suite 810
Houston, Texas 77008
Email: zach@mma-pllc.com
Telephone: 713-334-6121
Fax: 713-332-5953

Dated: 10·6·2025

**Richard P. Voorhies, III – Voorhies Law Firm, PLLC**
1100 Poydras Street
Suite 2810
New Orleans, LA 70163
Email: richard@voorhieslaw.com
Telephone: 504.514.9044

| Plaintiff | Total Legal fees Voorhies Received in Former MMA Cases | Status as of 08/31/25 |
|---|---|---|
| Adams, Marjorie | $ 17,466.67 | fully resolved |
| Adkins, Erick | $ 4,000.00 | fully resolved |
| Anderson, Wilfred | | unresolved |
| Andre, Raynaud J. | $ 21,666.67 | fully resolved |
| Barnes, Ronnie | | unresolved |
| Boudoin, Joseph | $ 15,242.57 | fully resolved |
| Brady, Jacqueline | $ 4,333.33 | fully resolved |
| Brooks, Larry *[fee waived]* | $0.00 | fully resolved; fee waived |
| Cantrelle, Adam | $ 4,166.25 | fully resolved |
| Casmere, Sabrina | $ 18,331.50 | fully resolved |
| Catalanatto, Myra | | unresolved |
| Cenni, Paolo *[taken by another firm]* | | fully resolved; taken by another firm |
| Chambers, Isamae | $ 41,666.67 | fully resolved |
| Chaney, Patricia | $ 5,000.00 | fully resolved |
| Christophe, Lesley | $ 6,166.05 | fully resolved |
| Coco, Sarah | $ 9,833.33 | fully resolved |
| Coleman, Gloria | $ 12,916.67 | fully resolved |
| Colletti, Colt | $ 12,532.78 | fully resolved |
| Davis, Michelle | $ 7,333.33 | fully resolved |
| Duet, Clifton | | unresolved |
| Embry, Kristopher | $ 42,333.33 | fully resolved |
| Fleegle, Anita | $ 2,833.31 | fully resolved |
| Fontanille, Mark | $ 17,500.00 | fully resolved |
| Foret, Alice | $ 4,166.67 | fully resolved |
| Frank, Benjamin | | unresolved |
| Guillot, Kimberly | | unresolved |
| Gunther, Gregory | $ 13,333.33 | fully resolved |
| Hall, Shawanda | $ 7,500.00 | fully resolved |
| Hammond, Kathleen | $ 5,833.33 | fully resolved |
| Hartmann, Philip, Sr. | $ 33,333.33 | fully resolved |
| Jackson, Ernest | | just settled for $7,500.00; funds needed |
| Jackson, Lafunzo | | settled for $2,500.00 but client will not pay fee |
| Jarboe, Cody | | unresolved |
| Jerome, Joseph | $ 3,333.33 | fully resolved |
| Jobert, Louis | $ 4,200.00 | fully resolved |
| Johnson, Alicia | $ 15,137.07 | fully resolved |
| Jordan, Justin | | unresolved |
| Kling, Wendy | $ 26,640.00 | fully resolved |
| Lee, George | $ 8,333.33 | fully resolved |
| Lee, Yolanda | | unresolved |
| McBride, Vernel | $ 9,999.00 | fully resolved |
| Meyers, Christopher | | unresolved |

| Plaintiff | Total Legal fees Voorhies Received in Former MMA Cases | Status as of 08/31/25 |
|---|---|---|
| Morel, Derryl | $ 4,333.33 | fully resolved |
| Nguyen, John | $ 6,500.00 | fully resolved |
| Page, Betty *[fee waived]* | $0.00 | fully resolved |
| Pierre, Betty | | *unresolved* |
| Pierre, Letonia | | *unresolved* |
| Pitman, Travis | $ 14,833.33 | fully resolved |
| Porter, Robert | $ 14,900.00 | fully resolved |
| Preyer, William | | *unresolved* |
| ROBERTSON, ANIKA | $ 13,333.33 | fully resolved |
| Robinson, Derrick | $ 16,666.67 | fully resolved |
| Romain, Justin | $ 13,666.67 | fully resolved |
| Ruiz, Ronald | $ 11,666.67 | fully resolved |
| Sims, Barbara | $ 9,999.00 | fully resolved; one suit for two properties both resolved |
| Sinegar, Norman | $ 15,500.00 | fully resolved |
| Smith, Riley | $ 5,709.00 | fully resolved |
| Solomon, Otheodore | $ 2,500.00 | fully resolved |
| Spriggens, Diana<br>2113-2115 Forstall | $ 16,666.67 | fully resolved |
| Spriggens, Diana<br>2011 Andry | $ 4,833.33 | fully resolved |
| Spriggens, Diana<br>11151 South Parkwood Court New Orleans | | client had settled and released defendant (Hartford) prior to filing suit, so Voorhies determined no vaild claim and dismissed case; |
| Spriggens, Diana<br>1839 Andry | $ 6,000.00 | fully resolved |
| Spriggens, Diana<br>2618 Gordon | $ 6,000.00 | fully resolved |
| Spriggens, Diana<br>2013-2015 Andry | $ 7,000.00 | fully resolved |
| Spriggens, Diana<br>811 Tricou | | *unresolved* |
| Steib, Renee | $ 35,000.00 | fully resolved |
| Thomas, Ellis | | *unresolved* |
| Tillis, Debra | $ 4,166.67 | fully resolved |
| Torres, Willie | $ 13,333.33 | fully resolved |
| Triana, Alexis | $ 11,666.67 | fully resolved |
| Vining, Gustina | $ 916.67 | fully resolved |
| Viveiros, Bonnie | $ 20,333.33 | fully resolved |
| Watts, Quanah | | *unresolved* |
| White, Pamela | $ 2,000.00 | fully resolved |
| Williams, James | $ 11,417.73 | fully resolved |
| Willis, Robert | $ 46,000.00 | fully resolved |

| Plaintiff | Total Legal fees Voorhies Received in Former MMA Cases | Status as of 08/31/25 |
|---|---:|---|
| Willis, William | | not a voorhies client |
| Young, Roynel | $ 20,000.00 | fully resolved |