# WITNESS AND EXHIBIT LIST
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA LAW FIRM, PLLC |
| **Adversary Case No:** | |
| **Style of Adversary:** | |

| **Does this amend or supplement a previously filed Witness & Exhibit List? If so, state the date and CM/ECF No. of such previous filing.** | **Yes** | **No** |
|---|---|---|
| | | X |
| | **Date** | **CM/ECF No.** |
| | | |

| | |
|---|---|
| **Hearing/Trial Date:** | Tuesday, October 14, 2025 |
| **Hearing Time:** | 9:00 a.m. (Central Standard Time) |
| **Party's Name:** | Official Committee of Unsecured Creditors (Otterbourg P.C. as co-counsel) |
| **Attorney's Name:** | James V. Drew |
| **Attorney's Phone:** | 212-905-3665 |

| **Nature of Proceeding(s):** | **CM/ECF No.** | **Matter** |
|---|---|---|
| | 695 | *Second Interim Fee Application of Otterbourg P.C. as Co-Counsel to the Official Committee of Unsecured Creditors for the Fee Period From November 1, 2024 Through April 30, 2025* |
| | 707 | *Debtor's Objection to the Second Interim Fee Application of Otterbourg P.C. as Co-Counsel to the Official Committee of Unsecured Creditors for the Fee Period From November 1, 2024 Through April 30, 2025* |
| | 727 | *EAJF's Joinder to Debtor's Objection to the Second Interim Fee Application of Otterbourg P.C. as Co-Counsel to the Official Committee of Unsecured Creditors for the Fee Period From November 1, 2024 Through April 30, 2025* |
| | 870 | *Stipulation Withdrawing Objection to Second Interim Fee Application of Otterbourg P.C. as Co-Counsel to the Official Committee of Unsecured Creditors* |

| **WITNESS LIST** | |
|---|---|
| **Lay Witnesses:** | James V. Drew |
| | Avi Moshenberg |
| | Miriam Goott |

**Form No. 1-100**

Last Revised April 15, 2025

|  |  |
|---|---|
|  | Johnie Patterson |
|  | Any witness listed by any other interested party |
| **Expert Witnesses:** |  |
|  |  |
|  |  |
|  |  |

| **REBUTTAL/ IMPEACHMENT WITNESSES** |
|---|

|  |  |
|---|---|
| **Lay Witnesses:** |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Expert Witnesses:** |  |
|  |  |
|  |  |
|  |  |
|  |  |

|  |  | **FOR COURT USE ONLY** | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| 1. | *Second Interim Fee Application of Otterbourg P.C. as Co-Counsel to the Official Committee of Unsecured Creditors for the Fee Period From November 1, 2024 Through April 30, 2025 [ECF 695]* |  |  |  |
| 2. | *The Official Committee of Unsecured Creditors' Application to Retain and Employ Lawson & Moshenberg PLLC as Co-Counsel Effective as of August 12, 2024 [ECF 291]* |  |  |  |
| 3. | *The Official Committee of Unsecured Creditors' Application to Retain and Employ Otterbourg P.C. as Co-Counsel Effective as of August 12, 2024 [ECF 314]* |  |  |  |
| 4. | *Debtor's Motion for Orders Authorizing the Use of Cash Collateral [ECF 353]* |  |  |  |
| 5. | *Stipulation and Order for Extention of Time to Object to Application to Employ Otterbourg P.C. [ECF 361]* |  |  |  |
| 6. | *Stipulation and Agreed Order Between the Debtor and the Official Committee of Unsecured Creditors [ECF 362]* |  |  |  |

**Form No. 1-100**

Last Revised April 15, 2025

| | | | | |
|---|---|---|---|---|
| 7. | Supplement to Otterbourg Retention Application [ECF 366] | | | |
| 8. | Certificate of No Objection [ECF 369] | | | |
| 9. | Order Authorizing and Approving the Retention and Employment of Otterbourg P.C. as Co-Counsel to the Official Committee of Unsecured Creditors, Effective as of August 12, 2024 [ECF 378] | | | |
| 10. | Fifth Interim Order Authorizing Use of Cash Collateral [ECF 394] | | | |
| 11. | Emergency Agreed Motion for an Order to Mediate [ECF 426] | | | |
| 12. | Debtor's Limited Objection to the First Interim Fee Application of Otterbourg P.C. as Co-Counsel to the Official Committee of Unsecured Creditors [ECF 449] | | | |
| 13. | Stipulation and Order Granting First Interim Fee Applications of Otterbourg P.C. and Lawson & Moshenberg PLLC as Co-Counsel to the Official Committee of Unsecured Creditors [ECF 527] | | | |
| 14. | The Unsecured Creditors Committee's Memorandum of Law in Support of The Debtor's Supplemental Motion for Orders Authorizing the Use of Cash Collateral [ECF 529] | | | |
| 15. | Second Interim Fee Application of Lawson & Moshenberg PLLC as Co-Counsel to the Official Committee of Unsecured Creditors for the Fee Period From December 1, 2024, Through March 31, 2025[ECF 696] | | | |
| 16. | Stipulation and Agreed Order Granting the Second Interim Fee Application of Lawson & Moshenberg PLLC As Co-Counsel to the Official Committee of Unsecured Creditors for the Fee Period From December 1, 2024 Through May 31, 2025 [ECF 730] | | | |
| 17. | Motion for Continuance of the Hearing on Otterbourg P.C.'s Second Interim Fee Application [ECF 866] | | | |
| 18. | Debtor's Objection to Otterbourg P.C.'s Motion for Continuance of the Hearing on Otterbourg P.C.'s Second Interim Fee Application [ECF 867] | | | |

**Form No. 1-100**

Last Revised April 15, 2025

8615752.3

| | | | | |
|---|---|---|---|---|
| 19. | *Order Denying Continuance [ECF 868]* | | | |
| 20. | *Response to Debtor's Objection and EAJF's Joinder to Debtor's Objection to the Second Interim Fee Application of Otterbourg P.C. as Co-Counsel to the Official Committee of Unsecured Creditors for the Fee Period From November 1, 2024 Through April 30, 2025 [ECF ___]* | | | |
| 21. | Any exhibit listed by any other interested party | | | |
| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

**Form No. 1-100**

Last Revised April 15, 2025