**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: _____                    Date report filed: _____
                                                              MM / DD / YYYY
Line of business: _____        NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?          ❑     ❑     ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ❑     ❑     ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.          $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.          $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.          − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.          + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.          = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**          $ _____

    *(Exhibit E)*

Debtor Name _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                   $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                              _____

27. What is the number of employees as of the date of this monthly report?            _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ _____

30. How much have you paid this month in other professional fees?                                  $ _____

31. How much have you paid in total other professional fees since filing the case?            $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                              $ _____

36. Total projected cash disbursements for the next month:                    **-** $ _____

37. Total projected net cash flow for the next month:                            **=** $ _____

Debtor Name _____     Case number_____

## ■ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# Profit and Loss

## MMA Law Firm

### September 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Income | |
|   Operating Income | |
|     Attorney Fee Income | **$802,230.27** |
|   **Total for Operating Income** | **$802,230.27** |
| **Total for Income** | **$802,230.27** |
| Cost of Goods Sold | |
| **Gross Profit** | **$802,230.27** |
| Expenses | |
|   General Administrative Expenses | |
|     Bank Charges & Fees | 258.31 |
|     Computer & Software | $3,981.25 |
|      Software & Subscriptions | 3,954.36 |
|     **Total for Computer & Software** | **$7,935.61** |
|     Insurance | $10,878.50 |
|      Medical/Dental/Vision Insurance | -21.24 |
|     **Total for Insurance** | **$10,857.26** |
|     Payroll | |
|      Expense Reimbursements | 8.00 |
|      Payroll Fees | 2,676.24 |
|      Payroll Taxes | 6,064.29 |
|      Retirement Plans | 6,109.96 |
|      Subcontractors | 2,208.00 |
|      Wages | 111,882.75 |
|     **Total for Payroll** | **$128,949.24** |
|     Postage And Delivery | 91.20 |
|     Professional Fees | |
|      Legal Fees | 3,600.00 |
|     **Total for Professional Fees** | **$3,600.00** |
|     Rent & Utilities | |
|      Office Rent | 7,340.16 |
|      Utilities | |
|       Internet | 474.50 |
|       Telephone | 672.12 |
|      **Total for Utilities** | **$1,146.62** |
|     **Total for Rent & Utilities** | **$8,486.78** |
|     Taxes & Licenses | 11,497.00 |
|   **Total for General Administrative Expenses** | **$171,675.40** |
| **Total for Expenses** | **$171,675.40** |
| **Net Operating Income** | **$630,554.87** |
| Other Income | |
|   Interest Income | 67.32 |
| **Total for Other Income** | **$67.32** |
| Other Expenses | |

# Profit and Loss

## MMA Law Firm

September 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| **Net Other Income** | **$67.32** |
| **Net Income** | **$630,622.19** |

Exhibit A

| Answered No: | Explanation: |
|---|---|
| | |
| | |
| 3. Have you paid all of your bills on time? | See Exhibit E. |
| 6. Have you timely filed your tax returns and paid all of your taxes? | Due to Hurricane Beryl, the deadline has been extended to February 3, 2025; however, CPA filed 2023 tax return in November. Extension filed for 2024 tax return and return was filed on 9/15/2025. |
| 7. Have you timely filed all other required government filings? | 2023 Franchise Tax was filed and paid on 9/17/2024 - this was not a timely filing. Property taxes have not been filed - working with CPA to get this submitted. 2024 Franchise Tax Return filed on 5/15/2025. |
| | |
| | |
| **Answered Yes, but providing additional explanation:** | Explanation: |
| | |
| | |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | Restyled 2 Operating Accounts to DIP Accounts August 2024. Designation of DIP account for Veritex was on 8/8/2024 and for Chase was on 8/13/2024. |
| 9. Have you timely paid all of your insurance premiums? | Secured General Liability Insurance through The Hartford effective 8/27/2024 - the yearly premium amount was timely paid. Still working to secure Professional Liability coverage. |

Exhibit B

| Answered Yes: | Explanation: |
|---|---|
| | |
| | |
| 10. Do you have any bank accounts open other than the DIP accounts? | Veritex IOLTAs (2) and Chase IOLTA |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | Zach Moseley used personal credit card to pay for debtor expenses due.  Some vendors only accept credit card payments. |
| 17. Have you paid any bills you owed before you filed bankruptcy? | Yes - see bank statements |
| | |
| | |
| Answered No, but providing additional explanation: | Explanation: |
| | |
| | |
| 13. Did any insurance company cancel your policy? | None cancelled. Were not renewed. Secured General Liability Insurance through The Hartford effective 8/27/2024. Still working to secure Professional Liability coverage. |
| | |
| | |
| | |
| | |

Exhibit C

| SA# | Case Name | Attorney Fees and Costs, Other | Deposit Date | |
|---|---|---|---|---|
| | | | | |
| 2300052 | Aston Thompson v. | $2,800.00 | 9/16/2025 | |
| 2206757 | Joan Moise v. Americas Insurance | $4,375.00 | 9/30/2025 | |
| 2204650 | Clint Smith v. Progressive Home Claims | $1,280.00 | 9/30/2025 | |
| 2200726 | Donald Marks v. Southern Fidelity Insurance Company | $4,928.00 | 9/30/2025 | |
| 2216076 | Paulette Grace v. American Bankers Insurance Company of Florida | $1,000.00 | 9/30/2025 | |
| 2211054 | Cassandra Smith v. Americas Insurance | $2,608.17 | 9/30/2025 | |
| 2212765 | Janet Knox v. Allstate Vehicle and Property Insurance Company | $2,000.00 | 9/30/2025 | |
| 2211757 | Harold Stewart v. Louisiana Insurance Guaranty Association | $2,664.00 | 9/30/2025 | |
| 2210348 | Sharon Davis v. Lighthouse Excalibur Insurance Company | $675.00 | 9/30/2025 | |
| 2208392 | Mercedes Harris v. Louisiana Insurance Guaranty Association | $1,680.00 | 9/30/2025 | |
| 2207733 | Latasha Ramsey & John Cyprian v. American Bankers Insurance Company of Florida | $2,997.00 | 9/30/2025 | |
| 2203957 | Craig Shellenberger v. Olympia Claims Service of Louisiana | $5,827.50 | 9/30/2025 | |
| 2209998 | Glenn & Kelly Butler v. United Services Automobile Association | $3,746.25 | 9/30/2025 | |
| 2200325 | Troy & Paulette Sippio v. Louisiana Insurance Guaranty Association | $3,000.00 | 9/30/2025 | |
| 2214030 | Debra Mercade v. Louisiana Insurance Guaranty Association | $945.00 | 9/30/2025 | |
| 2205217 | Gary & Zona Marchand v. Dover Bay Specialty Insurance Company | $4,578.75 | 9/30/2025 | |
| 2201871 | Alberta Jones v. Louisiana Citizens Property Insurance Corporation | $5,314.68 | 9/30/2025 | |
| 2202143 | Brandon Oglesby v. Louisiana Citizens Property Insurance Corporation | $1,625.00 | 9/30/2025 | |
| 2203754 | Marcelle Nipper v. State Farm Fire and Casualty Company | $11,200.00 | 9/30/2025 | |
| 2203758 | Trenee Maechling v. State Farm Fire and Casualty Company | $9,157.50 | 9/30/2025 | |
| 2204355 | Jaggard O'Daniels v. Louisiana Insurance Guaranty Association | $5,775.00 | 9/30/2025 | |
| 2204599 | Kenneth Chiasson v. State Farm Fire and Casualty Company | $13,320.00 | 9/30/2025 | |
| 2205453 | Katie Cenance v. Centauri National Insurance Company | $7,492.50 | 9/30/2025 | |
| 2206077 | Scott Beaudoin v. Centauri National Insurance Company | $2,250.00 | 9/30/2025 | |
| 2213028 | Xiaoying Zhang v. Liberty Mutual Fire Insurance Company | $3,996.00 | 9/30/2025 | |
| 2215010 | Craig Schneider v. United Property and Casualty Insurance Company (FIGA) | $1,998.00 | 9/30/2025 | |
| 2201916 | Earl Bryant v. Ocean Harbor Casualty Insurance Company | $5,994.00 | 9/30/2025 | |
| 2209701 | Tiffeny McCurdy v. Americas Insurance Company | $3,000.00 | 9/30/2025 | |
| 2206900 | Kenneth O'neal v. GeoVera Specialty Insurance Company | $5,376.00 | 9/30/2025 | |
| 2206697 | Quinton Marshall v. State Farm Fire and Casualty Company | $2,850.00 | 9/30/2025 | |
| 2206545 | Sherman Daigs v. Dover Bay Specialty Insurance Company | $16,650.00 | 9/30/2025 | |
| | Betty Price v. | $862.50 | 9/30/2025 | |
| 2215501 | Floyd Williamson v. Western Specialty | $11,322.00 | 9/30/2025 | |
| 2201892 | Maria Ayala v. Maison Insurance | $2,800.00 | 9/30/2025 | |
| 2200717 | Albert Banks v. Americas Insurance | $2,800.00 | 9/30/2025 | |
| | Newport Place Condominium Homeowners Ass v. Nautilus Insurance Company | $4,950.00 | 9/30/2025 | |
| 2202499 | Mangano Properties v. Louisiana Insurance Guaranty Association | $875.00 | 9/30/2025 | |
| 2202136 | Natasha & David Price v. State Farm Fire and Casualty Company | $7,492.50 | 9/30/2025 | |
| 2205221 | Sharon Day v. Access Home Insurance | $6,875.00 | 9/30/2025 | |
| 2203744 | Trenee Maechling v. State Farm Fire and Casualty Company | $3,125.00 | 9/30/2025 | |
| 2209906 | Vernita Hillard Evans v. Americas Insurance | $3,370.44 | 9/30/2025 | |
| | Robin Bevins v. | $5,411.25 | 9/30/2025 | |
| | Yankee ENT v. | $2,000.00 | 9/30/2025 | |
| 2200014 | Henry & Christina Stow v. State Farm Fire and Casualty Company | $7,187.50 | 9/30/2025 | |
| | Robert Jalbert v. | $4,900.00 | 9/30/2025 | |
| 2213280 | Irma Brown v. Louisiana Insurance Guaranty Association | $4,375.00 | 9/30/2025 | |
| 2206855 | Dennis Zumbrun v. Liberty Mutual Insurance | $5,605.68 | 9/30/2025 | |
| 2200402 | Reynaldo & Massiell Espinoza v. Louisiana Insurance Guaranty Association | $4,000.00 | 9/30/2025 | |
| | Greg & Rhonda James v. | $2,100.00 | 9/30/2025 | |
| 2202774 | Rebecca Tipton v. Lloyds of London | $5,411.25 | 9/30/2025 | |
| 2207611 | Isabell & Stirgus Bell v. | $3,330.00 | 9/30/2025 | |
| 2202480 | Doris Lloyd v. Louisiana Insurance Guaranty Association | $1,710.00 | 9/30/2025 | |
| 2203881 | Dionne Stevenson v. Allstate Vehicle and Property Insurance Company | $6,146.25 | 9/30/2025 | |
| 2208847 | Enez Baldwin v. Louisiana Citizens Property Insurance Corporation | $3,996.00 | 9/30/2025 | |
| 2205287 | Belinda Lemke v. State Farm Fire and Casualty Company | $12,487.50 | 9/30/2025 | |
| 2111168 | Jimmie Winfield v. Foremost Insurance Company | $192.50 | 9/30/2025 | |
| 2205760 | Angel Williford v. United Property and Casualty Insurance Company (FIGA) | $618.75 | 9/30/2025 | |
| 2110456 | Charlotte Gordon v. Allied Trust Insurance Company | $1,500.00 | 9/30/2025 | |
| 2207533 | Monica Arceneaux v. Louisiana Insurance Guaranty Association | $3,250.00 | 9/30/2025 | |
| 2209110 | Judy Prestenbach v. Allstate Vehicle and Property Insurance Company | $6,000.00 | 9/30/2025 | |
| 2200402 | Reynaldo & Massiell Espinoza v. Louisiana Insurance Guaranty Association | $793.38 | 9/30/2025 | |
| 2203754 | Marcelle Nipper v. State Farm Fire and Casualty Company | $552.00 | 9/30/2025 | |
| | mma cost bad debt | $8,798.62 | 9/30/2025 | |
| | Full & Final Fee Split - Settled Galindo Cases | $81,413.21 | 9/30/2025 | |
| | Full & Final Fee Split - 40% of Settled Non-Galindo | $101,794.74 | 9/30/2025 | |
| | Total Expert Expenses on Settled Cases | $61,813.03 | 9/30/2025 | |
| | Full & Final MMA Cost Reimb (Non-Expert) | $1,921.00 | 9/30/2025 | |
| | Full & Final Fee Split-Settled Galindo (pre. due to R) | $81,413.21 | 9/30/2025 | |
| 2207851 | LaShanda Brown v. Burns and Wilcox Insurance - New Orleans | $3,289.43 | 9/30/2025 | |
| 2110537 | Lisa Borrne v. Allied Trust Insurance Company | $1,250.00 | 9/30/2025 | |
| 2110831 | Renee Crapps v. Louisiana Insurance Guaranty Association | $1,375.00 | 9/30/2025 | |
| 2111026 | Elroy Leblanc v. Louisiana Insurance Guaranty Association | $16,355.68 | 9/30/2025 | |
| 2200487 | Doris & James Adams v. Louisiana Insurance Guaranty Association | $2,812.50 | 9/30/2025 | |
| 2200506 | Judy Hano v. Allstate Vehicle & Property Insurance Company | $3,450.00 | 9/30/2025 | |
| 2200532 | Jacqueline Wilson v. Scottsdale Insurance Company | $9,990.00 | 9/30/2025 | |
| 2200769 | Haley & Shane Faucheaux v. Zurich | $5,750.00 | 9/30/2025 | |
| 2200795 | David Regenberg v. Louisiana Insurance Guaranty Association | $3,000.00 | 9/30/2025 | |
| 2201422 | Steve Dailey v. Lighthouse Excalibur Insurance Company | $1,998.00 | 9/30/2025 | |
| 2201784 | Salvador Cobar v. Fednat Insurance Company | $3,508.50 | 9/30/2025 | |

Exhibit C

| | | | |
|---|---|---|---|
| 2202151 | Francis Reginald v. United Property and Casualty Insurance Company | $1,248.75 | 9/30/2025 |
| 2202220 | Thomas Wayne Lee v. Allstate Insurance Company | $1,873.13 | 9/30/2025 |
| 2202472 | Corey Mixon v. Americas Insurance | $1,500.00 | 9/30/2025 |
| 2202513 | Frank Mangano v. United Property and Casualty Insurance Company | $3,750.00 | 9/30/2025 |
| 2203010 | Matthew Morris v. Chubb | $9,000.00 | 9/30/2025 |
| 2203889 | Sibil Brian v. Louisiana Citizens Property Insurance Corporation | $776.25 | 9/30/2025 |
| 2204552 | Paula Collins v. State Farm Insurance | $2,062.50 | 9/30/2025 |
| 2204733 | Adam Hughes v. Lighthouse Excalibur Insurance Company | $5,000.00 | 9/30/2025 |
| 2204774 | Richard Richardson v. ASI (Progressive) | $7,908.75 | 9/30/2025 |
| 2205060 | Joseph Musso v. Louisiana Citizens Property Insurance Corporation | $2,397.60 | 9/30/2025 |
| 2205129 | Marva White v. USAA | $3,375.00 | 9/30/2025 |
| 2205135 | Samuel Garcia v. Allstate Vehicle and Property Insurance Company | $6,625.00 | 9/30/2025 |
| 2205926 | Floyd Sampey v. Americas Insurance | $5,775.00 | 9/30/2025 |
| 2206139 | Anthony Crider v. Shelter Mutual Insurance Company | $4,995.00 | 9/30/2025 |
| 2206465 | Barbara Barber v. Progressive Property Insurance Company (ASI) | $1,782.50 | 9/30/2025 |
| 2206508 | Sheelia Dillon v. | $1,723.27 | 9/30/2025 |
| 2206721 | Shonda McClure v. Lighthouse Excalibur Insurance Company | $3,431.22 | 9/30/2025 |
| 2207145 | Kelly O'Neil v. | $3,250.00 | 9/30/2025 |
| 2207429 | Renaldo Floyd v. SFI-Southern Fidelity Insurance Company | $4,162.50 | 9/30/2025 |
| 2207601 | Roberto Brown (Newport Place CondominiumHomeowners Association) v. | $12,000.00 | 9/30/2025 |
| 2207643 | Alicia Goloforo v. Progressive Property Insurance Company | $4,162.50 | 9/30/2025 |
| 2207702 | Adam Carpenter v. Southern Fidelity Insurance Company | $3,500.00 | 9/30/2025 |
| 2207749 | Brian Williams v. LIGA | $812.50 | 9/30/2025 |
| 2207936 | Danny Richoux v. Access Home | $6,618.37 | 9/30/2025 |
| 2208074 | Veronica Roberson v. Allstate Vehicle and Property Insurance Company | $4,162.00 | 9/30/2025 |
| 2208076 | Melissa Jenkins v. Bankers Specialty Insurance Company | $1,937.50 | 9/30/2025 |
| 2208105 | Ora Smith v. American Modern Insurance Group, Inc | $9,290.53 | 9/30/2025 |
| 2208178 | Leandrew Peeples v. USAA | $5,180.00 | 9/30/2025 |
| 2208343 | Yolanda Stalbert v. Maison Insurance Company | $1,330.00 | 9/30/2025 |
| 2208378 | Cynthia  Stampley v. Lighthouse Excalibur Insurance Company | $1,562.50 | 9/30/2025 |
| 2208522 | Arthur Landry v. Lighthouse Property Insurance Corporation | $4,162.50 | 9/30/2025 |
| 2208588 | Marcus Deemer v. Maison Insurance Company | $2,937.50 | 9/30/2025 |
| 2208723 | Edward Lewis v. GeoVera Specialty Insurance Company | $3,996.00 | 9/30/2025 |
| 2208770 | Elizabeth Clark v. SFI-Southern Fidelity Insurance Company | $3,750.00 | 9/30/2025 |
| 2209238 | Lisa Magee v. Maison Insurance Company | $2,875.00 | 9/30/2025 |
| 2209766 | Berneita Colllins v. Lighthouse Excalibur Insurance Company | $468.75 | 9/30/2025 |
| 2209866 | Julie Davis v. SFI-Southern Fidelity Insurance Company | $4,687.50 | 9/30/2025 |
| 2209898 | Norman Jackson v. Safepoint Insurance | $6,250.00 | 9/30/2025 |
| 2210578 | Lisa Range v. Allstate Vehicle and Property Insurance Company | $4,375.00 | 9/30/2025 |
| 2210635 | Ben Jacobson v. USAA Casualty Insurance Company | $15,600.00 | 9/30/2025 |
| 2210917 | Wallace McDaniel v. Maison Insurance Company | $1,750.00 | 9/30/2025 |
| 2211254 | Sonya Wallace v. Access Home | $9,823.50 | 9/30/2025 |
| 2211344 | Aaron Richards v. Lighthouse Excalibur Insurance Company | $1,750.00 | 9/30/2025 |
| 2211734 | Brandon Price v. Americas Insurance | $1,840.00 | 9/30/2025 |
| 2211888 | Penny Martin v. Americas Insurance | $1,720.00 | 9/30/2025 |
| 2212238 | Dillon Smith v. Lighthouse Excalibur Insurance Company | $2,187.50 | 9/30/2025 |
| 2212851 | Jose Woods v. Americas Insurance | $960.00 | 9/30/2025 |
| 2213012 | Harrel Lambert v. Lighthouse Excalibur Insurance Co | $4,062.50 | 9/30/2025 |
| 2213395 | Michael Rolland v. Access Home Insurance Company | $3,978.41 | 9/30/2025 |
| 2214234 | Emmett Royal v. IAT Insurance | $2,750.00 | 9/30/2025 |
| 2214499 | Chandra Mapalagama v. | $9,990.00 | 9/30/2025 |
| 2214563 | Leon Marshall v. Lighthouse Excalibur Insurance Company | $1,998.00 | 9/30/2025 |
| 2215449 | Greg Pulver v. Americas | $4,128.00 | 9/30/2025 |
| 2215958 | Regina Hall v. Allstate Vehicle and Property Insurance Company | $1,800.00 | 9/30/2025 |
| | | | |
| | | | |
| SA# | Case Name | Attorney Fees and Costs | Transfer from Trust Date | Trust Act# |
| | None | | | |
| | | | | |
| | | | | |
| | | | | |
| | Total: | $876,109.20 | | |

Exhibit D

| Date Paid | Payee | Purpose | Amount | Notes |
|---|---|---|---|---|
| | | | | |
| 9/2/2025 | John Zachary Moseley | Reimbursements (August 1 - August 31) Firm expenses paid with personal CC | $4,101.92 | |
| 9/2/2025 | ADP | Payroll | $37,971.31 | |
| 9/3/2025 | DZMI (David Z. Mafrige Interests) | Rent - 1235 N. Loop West, Ste 810 | $7,340.16 | |
| 9/8/2025 | ADP | Medical Benefits | $10,878.50 | |
| 9/9/2025 | S. Mayer Law PLLC | Mediator | $1,800.00 | |
| 9/9/2025 | S. Mayer Law PLLC | Mediator | $1,800.00 | |
| 9/10/2025 | Deel, Inc | Contractors | $1,153.00 | |
| 9/11/2025 | Veritex Bank | Account Analysis Charge | $190.99 | |
| 9/12/2025 | Fidelity | 401k | $3,054.98 | |
| 9/16/2025 | ADP | Payroll | $37,979.31 | |
| 9/17/2025 | Verizon | Cell Phone | $111.59 | |
| 9/17/2025 | MS Department of Revenue | 2024 Tax Return | $2,510.00 | |
| 9/17/2025 | OK Tax Payments | 2024 Tax Return | $4,965.00 | |
| 9/18/2025 | IL Department of Revenue | 2024 Tax Return | $288.00 | |
| 9/22/2025 | IA Department of Revenue | 2024 Tax Return | $1,449.00 | |
| 9/22/2025 | Deel, Inc | Contractors | $1,055.00 | |
| 9/23/2025 | LA Department of Revenue | 2024 Tax Return | $2,285.00 | |
| 9/23/2025 | Fidelity | 401k | $3,054.98 | |
| 9/24/2025 | Comcast | Internet | $474.50 | |
| 9/30/2025 | ADP | Payroll | $37,979.31 | |
| 9/30/2025 | Obacks | Telephone | $560.53 | |
| 9/30/2025 | N8 Solutions | Colocation | $675.00 | |
| 9/30/2025 | N8 Solutions | Colocation | $3,225.00 | |
| 9/30/2025 | N8 Solutions | Colocation | $81.25 | |
| 9/15/2025 | Sinch (Message Media) | Service Provider for SA Text Messaging | $0.14 | CC Only.  Used Zach's personal CC to submit payment. |
| 9/5/2025 | Print Boss | Check Printing Software | $8.00 | CC Only.  Used Morgan's personal CC to submit payment. |
| 9/6/2025 | Microsoft | Microsoft Licenses | $3,245.45 | CC Only.  Used Zach's personal CC to submit payment. |
| 9/20/2025 | Intuit | Accouting Software | $293.15 | CC Only.  Used Zach's personal CC to submit payment. |
| 9/20/2025 | Phone Burner | Application for outbound calls and voicemails | $207.87 | CC Only.  Used Zach's personal CC to submit payment. |
| 9/20/2025 | Adobe | Adobe Pro Licenses | $207.75 | CC Only.  Used Zach's personal CC to submit payment. |
| 9/25/2025 | Stamps.com | Mailing | $21.20 | CC Only.  Used Zach's personal CC to submit payment. |
| 9/25/2025 | Stamps.com | Deposit | $20.00 | CC Only.  Used Zach's personal CC to submit payment. |
| 9/29/2025 | Stamps.com | Deposit | $50.00 | CC Only.  Used Zach's personal CC to submit payment. |
| | | | | |
| | | **Total:** | **$169,037.89** | |
| | | | | |

Exhibit E

| | Due Date | Expense | Description | Amount |
|---|---|---|---|---|
| Non Essential | 9/1/2025 | Elmwood Self Storage | Storage Unit in LA - Two storage units for MMA's nola office furniture | $1,305.60 |
| | 9/8/2025 | SBA EIDL Loan | Loan Payment - - Type: Disaster COVID - 19 Economic Injury | $731.00 |
| | 9/11/2025 | James McClenny | AMEX payments - payment plan | $10,992.00 |
| | 9/11/2025 | Chase Ink - Business (5500) | CC Payment - Unknown balance on account, no longer have access. | $0.00 |
| | 9/20/2025 | Superior Office Products (no longer accruing charges as of 8/16) | Xerox machines (usage) - This is the base monthly usage price for the Xerox machines we lease. These machines are not currently in use but are under contract | $200.03 |
| | 9/28/2025 | PHMG | Audio Branding - Professional audio recordings that do the "robot" greetings for when client calls in. Contract is too expensive to cancel. | $355.00 |
| | 9/21/2025 | Xerox | 3 Licenses (monthly lease) *multiple invoices | $1,800.00 |
| | | | | |
| | | | | |
| | | | | $15,383.63 |

Exhibit F

| Plaintiff | State | Attorney Fees | Case Expenses | Total | Due Date |
|---|---|---|---|---|---|
| Hollen, Renardo | MS | $4,259.02 | $383.31 | $4,642.33 | 3/4/2024 |
| Albert, Reginald | LA | $7,009.41 | $630.85 | $7,640.26 | 2/21/2024 |
| Vernon, David | TX | $2,519.30 | | $2,519.30 | 1/13/2024 |
| McCollister, Ryan | AL | $18,282.45 | $15,045.40 | $33,327.85 | 3/31/2024 |
| Moten, Ralph | LA | $3,333.33 | $2,500.00 | $5,833.33 | 2/21/2024 |
| O'Connor, Victoria | TX | $9,799.78 | $8,022.78 | $17,822.56 | 10/17/2023 |
| Tubby, Gary | FL | $4,000.00 | $2,500.00 | $6,500.00 | 12/13/2023 |
| Conn, Chris | FL | $11,103.35 | $1,332.40 | $12,435.75 | 10/26/2023 |
| Lewis, Jeanne | FL | $3,128.60 | $281.57 | $3,410.17 | 3/31/2024 |
| Watts, Andria M. | FL | $12,035.38 | $1,110.50 | $13,145.88 | 3/31/2024 |
| England, Janet | FL | $146.34 | $13.17 | $159.51 | 3/31/2024 |
| Phillips, Mark | FL | $928.15 | $111.38 | $1,039.53 | 3/31/2024 |
| Phillips, Mark | FL | $5,561.06 | $0.00 | $5,561.06 | 3/31/2024 |
| Apollon, Joseph | FL | $16,500.00 | $500.00 | $17,000.00 | 3/4/2024 |
| Apollon, Joseph | FL | $5,578.99 | $502.61 | $6,081.60 | 3/4/2024 |
| Phieffer, Stacey | FL | $16,674.20 | $2,089.37 | $18,763.57 | 3/31/2024 |
| Priestap, Charles | FL | $5,901.78 | $2,000.00 | $7,901.78 | 3/31/2024 |
| Ploettner, Robert | FL | $2,725.08 | $327.34 | $3,052.42 | 3/31/2024 |
| Ploettner, Robert | FL | $2,730.07 | $0.00 | $2,730.07 | 3/31/2024 |
| State, James | FL | $8,558.96 | $0.00 | $8,558.96 | 12/26/2023 |
| Vantassell, Stephenie | FL | $1,356.89 | $227.44 | $1,584.33 | 3/31/2024 |
| Strong, Jessie | FL | $3,950.70 | $484.55 | $4,435.25 | 3/31/2024 |
| Scott, Robert | FL | $3,003.81 | $1,000.00 | $4,003.81 | 9/27/2023 |
| Shuey, Carmela | FL | $501.53 | $0.00 | $501.53 | 3/31/2024 |
| Blaney, Lillian | FL | $3,970.00 | $1,510.34 | $5,480.34 | 3/31/2024 |
| Alladin, Nazir | FL | $3,936.34 | $354.30 | $4,290.64 | 3/31/2024 |
| Martin-Ring, Debra | FL | $50.00 | $50.00 | $100.00 | 3/1/2024 |
| Martin-Ring, Debra | FL | $4,596.80 | $137.90 | $4,734.70 | 3/1/2024 |
| Ronald Palmer | FL | $6,198.08 | $1,859.42 | $8,057.50 | 3/8/2024 |
| Jason Joy and Associates - Sona Doherty | LA | $5,675.78 | $3,021.16 | $8,696.94 | 6/13/2024 |
| Jason Joy and Associates - Sona Doherty | LA | $2,128.44 | $191.56 | $2,320.00 | 6/13/2024 |
| Alecia & Christopher Rubar | LA | $133.33 | $12.00 | $145.33 | 6/5/2024 |
| Daly and Black | (Mass Text Reimbursement) | | | $3,701.64 | 12/31/2023 |
| Galindo | (Reimbursement - Corleano Gatson) | | | $3,333.33 | 12/11/2023 |
| KKTL | (Reimbursement - Corleano Gatson) | | | $3,333.33 | 12/11/2023 |
| Herman Finley Allshouse | LA | $304.04 | $45.61 | $349.65 | 6/29/2024 |
| Gavin Berthelot | LA | $13,820.51 | $4,500.00 | $18,320.51 | 8/10/2024 |
| Daly and Black - Travis Nelson | LA | $6,211.82 | $2,500.00 | $8,711.82 | 8/11/2024 |
| The Voorhies Law Firm - Robert Porter | LA | $11,451.00 | $6,062.00 | $17,513.00 | 8/11/2024 |
| The Chopin Law Firm - Sandra Newsham | LA | $23,507.04 | $2,931.53 | $26,438.57 | 8/11/2024 |
| Broussard & Dove - Larry Turner | LA | $7,935.28 | $2,500.00 | $10,435.28 | 8/11/2024 |
| Laborde Earles Injury Lawyers - Trinia Stroud | LA | $6,195.23 | $2,902.00 | $9,097.23 | 8/11/2024 |
| Law Office Heather C. Ford - Kristen Stewart | LA | $1,123.78 | $1,159.37 | $2,283.15 | 8/11/2024 |
| Daly and Black - Jonathan Heigl | LA | $3,222.48 | $5,000.00 | $8,222.48 | 8/11/2024 |
| Webster Vicknair MacLeod - Pamela Davillier | MS | $1,234.23 | $2,247.47 | $3,481.70 | 8/31/2024 |
| Webster Vicknair MacLeod - Delois Howell | MS | $638.24 | $57.44 | $695.68 | 8/31/2024 |
| Joey Jenkins | LA | $2,224.60 | $166.85 | $2,391.45 | 8/31/2024 |
| Windy Law - Thomas Leonard | FL | $919.90 | $1,500.00 | $2,419.90 | 8/31/2024 |
| Michael Toth | FL | $3,241.52 | $1,000.00 | $4,241.52 | 8/31/2024 |
| Daly & Black - Garnet Sanibel | FL | $18,716.07 | $2,500.00 | $21,216.07 | 8/21/2024 |
| Windy Law - Dana Lawrence | FL | $2,753.56 | $5,750.00 | $8,503.56 | 8/21/2024 |
| Marshall Troglen | MS | $5,284.38 | $3,050.00 | $8,334.38 | 9/26/2024 |
| Janet England | FL | $6,788.44 | | $6,788.44 | 9/26/2024 |

Exhibit F

| | | | | | |
|---|---|---|---|---|---|
| Pandit Law - C. Properties | LA | $8,474.19 | $2,500.00 | $10,974.19 | 10/16/2024 |
| Gregory Takacs | FL | $99.27 | $11.91 | $111.18 | 10/16/2024 |
| VG Law Group - Jeff Trostad | FL | $3,232.93 | $2,474.93 | $5,707.86 | 10/16/2024 |
| VG Law Group - Patrick Theilmann | FL | $1,631.66 | $2,500.00 | $4,131.66 | 10/16/2024 |
| Beatrice Palmer obo Frank Palmer | LA | $24,982.00 | $3,000.00 | $27,982.00 | 10/25/2024 |
| Betty Carruth | MS | $885.78 | $79.80 | $965.58 | 12/5/2024 |
| Donna LeDay | LA | $5,500.00 | $0.00 | $5,500.00 | 2/5/2025 |
| Anthony Rock | LA | $13,948.63 | $1,508.70 | $15,457.33 | 3/28/2025 |
| Kevin Woodland | MO | $14,158.43 | $25,425.90 | $39,584.33 | 8/23/2025 |
| Kevin Woodland | MO | $6,769.55 | | $6,769.55 | 9/11/2025 |
| | | | | | |
| | | | | $509,472.67 | |

about:blank

MMA Law Firm

**Chase Operating, Period Ending 09/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 10/17/2025

Reconciled by: Morgan Gallacher

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 48,667.93 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 48,667.93 |
| | |
| Register balance as of 09/30/2025 | 48,667.93 |



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 30, 2025 through September 30, 2025
Account Number: ████████8520

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00051868 DRE 201 210 27625 NNNNNNNNNNN  1 000000000 Z9 0000
MMA LAW FIRM, PLLC DEBTOR IN POSSESSION
CASE NO. 24-31596
1235 NORTH LOOP W
STE 810
HOUSTON TX 77008-1764



## Important Update: We are extending the processing time of ACH payment claims for Chase business accounts beginning December 1, 2025

Effective **December 1**, claims for ACH payments on business accounts may require up to 75 days to finalize or reverse your provisional credit.

If you have questions, please call the number on this statement. We accept operator relay calls.

## IMPORTANT UPDATE: Some fees are changing on business account(s) effective January 1, 2026

Beginning **January 1**, applicable fees will change on your account, and will be reflected on your statement for January.

- **Chase Performance Business Checking® and Chase Performance Business Checking® with Interest:**
  - **Monthly Service Fee** will increase from $30 to $40. To learn more about ways to waive this fee please review the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement at **chase.com/Business/Disclosures**.
  - **Transaction Fees per month** will increase from $0.40/each to $0.50/each for transactions in excess of the number listed for the applicable account type.
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

- **Business Complete Checking®, Platinum Checking℠, Business Total Savings℠ and Premier Savings℠:**
  - **Transaction Fees per month** will increase from $0.40/each to $0.50/each for transactions in excess of the number listed for the applicable account type.
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

- **Chase Analysis Business Checking® and Chase Analysis Business Checking with Interest®:**
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

For more information about fees related to your Chase business account, please review the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement at **chase.com/Business/Disclosures**.

We're here to help. If you have any questions, please call the number on this statement.



| CHECKING SUMMARY | Chase Platinum Business Checking |
|---|---|

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $48,667.93 |
| Ending Balance | 0 | $48,667.93 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Subtotal Other Service Charges** | | | | | **$0.00** |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit[SM] are based on previous month activity.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 30, 2025 through September 30, 2025
Account Number:                    9217

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00153178 DRE 552 141 27425 NNNNNNNNNNN T 1 000000000 67 0000
MMA LAW FIRM, PLLC
IOLTA TRUST ACCOUNT
1235 NORTH LOOP W
STE 810
HOUSTON TX 77008-1764



## Important Update: We are extending the processing time of ACH payment claims for Chase business accounts beginning December 1, 2025

Effective **December 1**, claims for ACH payments on business accounts may require up to 75 days to finalize or reverse your provisional credit.

If you have questions, please call the number on this statement. We accept operator relay calls.

## CHECKING SUMMARY          IOLTA Account

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$28,441.77** |
| Deposits and Additions | 1 | 67.32 |
| Other Withdrawals | 1 | -67.32 |
| **Ending Balance** | **2** | **$28,441.77** |
| | | |
| Interest Paid This Period | | $67.32 |
| Interest Paid Year-to-Date | | $615.31 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30 | Interest Payment | $67.32 |
| **Total Deposits and Additions** | | **$67.32** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30 | Trust Interest Transfer | $67.32 |
| **Total Other Withdrawals** | | **$67.32** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/30 | $28,441.77 |



August 30, 2025 through September 30, 2025
Account Number:                    ████████92 7

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

MMA Law Firm

**Veritex Operating, Period Ending 09/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 10/21/2025

Reconciled by: Morgan Gallacher

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                          USD

Statement beginning balance .................................................................................519,771.85
Checks and payments cleared (24) .....................................................................-164,976.33
Deposits and other credits cleared (4) ...............................................................876,109.20
Statement ending balance ...............................................................................1,230,904.72

Uncleared transactions as of 09/30/2025 ..............................................................-66,557.33
Register balance as of 09/30/2025 ..................................................................1,164,347.39
Cleared transactions after 09/30/2025 ......................................................................0.00
Uncleared transactions after 09/30/2025 ..............................................................-28,215.78
Register balance as of 10/21/2025 ..................................................................1,136,131.61

**Details**

Checks and payments cleared (24)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 09/02/2025 | Check | WIRE | Zach Moseley | -4,101.92 |
| 09/02/2025 | Journal | 09.02.2025_PR | | -37,971.31 |
| 09/03/2025 | Expense | | David Z. Mafrige Interests (DZ… | -7,340.16 |
| 09/08/2025 | Expense | 4837323 | ADP | -10,878.50 |
| 09/09/2025 | Expense | | S. Mayer Law PLLC | -1,800.00 |
| 09/09/2025 | Expense | | S. Mayer Law PLLC | -1,800.00 |
| 09/10/2025 | Expense | | Deel Inc | -1,153.00 |
| 09/11/2025 | Expense | | Veritex Bank | -190.99 |
| 09/12/2025 | Expense | | Fidelity Investments | -3,054.98 |
| 09/16/2025 | Journal | 09.16.2025_PR | | -37,979.31 |
| 09/17/2025 | Expense | | Verizon | -111.59 |
| 09/17/2025 | Expense | | Oklahoma Department of Rev… | -4,965.00 |
| 09/17/2025 | Expense | | Mississippi Department of Re… | -2,510.00 |
| 09/18/2025 | Expense | | Illinois Department of Revenue | -288.00 |
| 09/22/2025 | Expense | | IOWA Department of Revenue | -1,449.00 |
| 09/22/2025 | Expense | | Deel Inc | -1,055.00 |
| 09/23/2025 | Expense | | Louisiana Department of Rev… | -2,285.00 |
| 09/23/2025 | Expense | | Fidelity Investments | -3,054.98 |
| 09/24/2025 | Expense | | Comcast Business | -474.50 |
| 09/30/2025 | Expense | | N8 Solutions LLC | -81.25 |
| 09/30/2025 | Expense | | N8 Solutions LLC | -3,225.00 |
| 09/30/2025 | Expense | | N8 Solutions LLC | -675.00 |
| 09/30/2025 | Expense | 45290 | Obacks | -560.53 |
| 09/30/2025 | Journal | 09.30.2025_PR | | -37,971.31 |

Total                                                                                              -164,976.33

Deposits and other credits cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 09/16/2025 | Check | 15255 | Kansas Secretary of State | 0.00 |
| 09/17/2025 | Deposit | | 2500052 - Aston Thompson | 2,800.00 |
| 09/30/2025 | Deposit | | | 331,645.52 |
| 09/30/2025 | Deposit | | | 541,663.68 |

Total                                                                                               876,109.20

**Additional Information**

Uncleared checks and payments as of 09/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 04/07/2023 | Expense | | PCG | -892.71 |
| 05/01/2023 | Bill Payment | 15026 | Comcast | -1,118.83 |
| 05/01/2023 | Bill Payment | 15027 | Comcast Business | -3,257.00 |
| 05/11/2023 | Bill Payment | 15025 | AT&T | -906.85 |
| 06/01/2023 | Check | 15008 | Burdin Mediations | -900.00 |
| 07/06/2023 | Bill Payment | AMEX Pymt | Xerox Financial Services | -316.51 |
| 07/23/2023 | Bill Payment | AMEX PYMT 1006 | Trustpoint Court Reporting, LLC | -950.60 |
| 07/26/2023 | Check | 15067 | Blue Sky Public Adjusters | -2,300.00 |
| 07/27/2023 | Expense | | N8 Solutions LLC | -675.00 |
| 09/01/2023 | Bill Payment | AMEX 09112023 | Dupont Claim Services | -1,800.00 |
| 09/05/2023 | Bill Payment | | Dupont Claim Services | -31,450.00 |
| 09/06/2023 | Bill Payment | AMEX 080624-2 | Dupont Claim Services | -1,800.00 |
| 09/06/2023 | Bill Payment | AMEX 080623 | Dupont Claim Services | -2,400.00 |
| 09/06/2023 | Bill Payment | AMEX 080624-3 | Dupont Claim Services | -1,800.00 |
| 09/25/2023 | Check | 15133 | Derek Fadner | -4.25 |
| 10/18/2023 | Check | 15150 | J. Baeza Law Firm, PLLC | -422.38 |
| 10/24/2023 | Bill Payment | 15164 | Ray Burgess, PLLC | -700.00 |
| 10/25/2023 | Bill Payment | 15157 | W&N Settlement Services, LLC | -2,025.00 |
| 10/31/2023 | Bill Payment | 15169 | Herring & Panzer, L.L.P. | -8,970.00 |
| 11/15/2023 | Bill Payment | | Sinch MessageMedia | -5.78 |
| 02/25/2024 | Credit Card Payment | | | -2,000.00 |
| 08/18/2025 | Check | 15254 | Brian Craig Johnson, P.E. | -1,862.42 |
| **Total** | | | | **-66,557.33** |

Uncleared checks and payments after 09/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 10/02/2025 | Check | WIRE | Zach Moseley | -4,045.56 |
| 10/07/2025 | Check | 15256 | Maddox, Thomson and Associ… | -24,131.20 |
| 10/14/2025 | Check | 15257 | Illinois Department of Revenue | -39.02 |
| **Total** | | | | **-28,215.78** |

# VERITEX
## COMMUNITY BANK

| ACCOUNT NUMBER | ██████9399 |
|---|---|
| PAGE | 1 of 5 |

```
*0036493    S3
MMA LAW FIRM PLLC
DEBTOR IN POSSESSION CHAPTER 11
CASE # 24 31596
1235 NORTH LOOP W STE 810
HOUSTON TX 77008-1764
```



Find our Privacy Notice on our website under About Us at veritexbank.com.

## ACCOUNT SUMMARY

**Commercial Checking**

| | | | |
|---|---|---|---|
| Account Number | ██████9399 | Statement Dates | 9/02/25 thru 9/30/25 |
| Previous Balance | 519,771.85 | Days in Statement Period | 29 |
| 3  Deposits/Credits | 876,109.20 | Average Ledger | 460,483.63 |
| 24  Checks/Debits | 164,976.33 | Average Collected | 430,272.97 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Current Balance | 1,230,904.72 | | |

Account Title:
MMA LAW FIRM PLLC
DEBTOR IN POSSESSION CHAPTER 11
CASE # 24 31596

## OVERDRAFT SUMMARY

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Item Fees | 0.00 | 0.00 |
| Total Return Item Fees | 0.00 | 0.00 |

**FOR CONSUMER ACCOUNTS ONLY:**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, PLEASE WRITE US AT THE ADDRESS LISTED BELOW OR CALL US.

Please respond as soon as you can if you think your statement or receipt is wrong. Also, if you need more information about a transfer on the statement or receipt please respond to us as soon as possible. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

    (1)  Tell us your name and account number.

    (2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Veritex Community Bank l 12750 Merit Drive, Suite 1300, Dallas, Texas 75251 l 833-VERITEX (833-837-4839)**

| | | | |
|---|---|---|---|
| **THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT** | **CHECKS OUTSTANDING** | | **THIS IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK** |

**CHECKS OUTSTANDING**

| NO. | AMOUNT |
|-----|--------|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

BANK BALANCE
SHOWN ON THIS STATEMENT $ _____

ADD + (IF ANY)
DEPOSITS NOT SHOWN
ON THIS STATEMENT _____

**TOTAL** _____

SUBTRACT - (IF ANY)
CHECKS OUTSTANDING _____

BALANCE $ _____

SHOULD AGREE WITH YOUR CHECKBOOK BALANCE

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK**

CHECKBOOK BALANCE
AT STATEMENT DATE $ _____

SUBTRACT - (IF ANY)
ACTIVITY CHARGE _____

**SUB-TOTAL** _____

SUBTRACT - (IF ANY)
OTHER BANK CHARGES _____

BALANCE $ _____

SHOULD AGREE WITH YOUR STATEMENT BALANCE

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

You must examine your statement of account with "reasonable promptness". If you discover (or reasonably should have discovered) any unauthorized signature or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties you will have to either share the loss with us or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we contributed to the loss). This loss could be not only with respect to items on the statement but other items with unauthorized signatures or alteration by the same wrong doer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signature, alterations, forgeries, or any of the errors in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

## TERMS GOVERNING ACCOUNTS

Deposits in or presentments to the Bank of any item for a customer's account shall constitute the customer's consent to the terms hereof with respect to the account and all items deposited therein or presented to the Bank for payment. All deposits and collections shall be governed by the pertinent provisions of the Uniform Commercial Code – Bank Deposits & Collection (of Texas) as from time to time amended, or as varied by agreements permitted by that statute, including those hereinafter set out.

Receipt from others of items for credit to a customer's account shall render the customer liable to the Bank to the same extent as though they had been endorsed by and received directly from the customer. No money or item shall be deemed to have been received by the Bank unless it shall have issued a receipt therefore.

The account shall at all times be subject to service and maintenance charges according to the practice of the Bank prevailing at the time.

When the Bank deems such action proper, the Bank may require that the account be closed.

The provisions hereof shall control, in event of conflict with any deposit slip or passbook.

The Bank reserves the right to change the provisions hereof by printing on its statement Terms Governing Accounts, incorporating the change. The new Terms Governing Account will be effective, prospectively, when the statement containing the change is made available to the customer, by mailing or otherwise.

| ACCOUNT NUMBER | XXXXXX9399 |
|---|---|
| PAGE | 3 of 5 |

MMA LAW FIRM PLLC
DEBTOR IN POSSESSION CHAPTER 11
CASE # 24 31596
1235 NORTH LOOP W STE 810
HOUSTON TX 77008-1764

| DEPOSITS AND ADDITIONS | | |
|---|---|---|
| Date | Description | Amount |
| 9/17 | DDA Remote Deposit | 2,800.00 |
| 9/30 | DDA Remote Deposit | 331,645.52 |
| 9/30 | DDA Remote Deposit | 541,663.68 |

| CHECKS AND WITHDRAWALS | | |
|---|---|---|
| Date | Description | Amount |
| 9/02 | Online Banking Wire Transfer<br>John Zach Moseley | 4,101.92- |
| 9/02 | Online Banking Wire Transfer<br>ADP Client Trust | 37,971.31- |
| 9/03 | REMITTANCE MLCSV15LLCNor | 7,340.16- |
| 9/08 | Online Banking Wire Transfer<br>ADP Client Trust | 10,878.50- |
| 9/09 | Online Banking Wire Transfer<br>S. Mayer Law PLLC | 1,800.00- |
| 9/09 | Online Banking Wire Transfer<br>S. Mayer Law PLLC | 1,800.00- |
| 9/10 | Deel Inc. Deel, Inc. | 1,153.00- |
| 9/11 | Account Analysis Charge | 190.99- |
| 9/12 | FPRS       FIDELITY 6821R C | 3,054.98- |

MMA LAW FIRM PLLC
DEBTOR IN POSSESSION CHAPTER 11
CASE # 24 31596
1235 NORTH LOOP W STE 810
HOUSTON TX 77008-1764

| ACCOUNT NUMBER | ████ 9399 |
|---|---|
| PAGE | 4 of 5 |

| CHECKS AND WITHDRAWALS | |
|---|---|
| Date | Description | Amount |
| 9/16 | Online Banking Wire Transfer<br>ADP Client Trust | 37,979.31- |
| 9/17 | BILL PYMNT ACHMA VISB | 111.59- |
| 9/17 | TAXPAYMENT MSDEPTOFREVENUE | 2,510.00- |
| 9/17 | OK TAX PMT OKLAHOMATAXPMTS | 4,965.00- |
| 9/18 | EDI PYMNTS IL DEPT OF REVEN | 288.00- |
| 9/22 | Deel Inc.  Deel, Inc. | 1,055.00- |
| 9/22 | IA REV PAY IA DEPT OF REV | 1,449.00- |
| 9/23 | ACH PMT   LOUISIANA REVEN | 2,285.00- |
| 9/23 | FPRS     FIDELITY 6821R C | 3,054.98- |
| 9/24 | CABLE SVCS COMCAST-XFINITY | 474.50- |

0036493

6310VCB

66132C0OX.014

25FDP

| ACCOUNT NUMBER | ████ 9399 |
|---|---|
| PAGE | 5 of 5 |

MMA LAW FIRM PLLC
DEBTOR IN POSSESSION CHAPTER 11
CASE # 24 31596
1235 NORTH LOOP W STE 810
HOUSTON TX 77008-1764

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 9/30 | Online Banking Wire Transfer | 37,971.31- |
| | ADP Client Trust | |
| 9/30 | SALE   N8 SOLUTIONS LLC | 81.25- |
| 9/30 | SALE   OBACKS | 560.53- |
| 9/30 | SALE   N8 SOLUTIONS LLC | 675.00- |
| 9/30 | SALE   N8 PROTECT | 3,225.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9/02 | 477,698.62 | 9/11 | 454,535.97 | 9/22 | 405,923.09 |
| 9/03 | 470,358.46 | 9/12 | 451,480.99 | 9/23 | 400,583.11 |
| 9/08 | 459,479.96 | 9/16 | 413,501.68 | 9/24 | 400,108.61 |
| 9/09 | 455,879.96 | 9/17 | 408,715.09 | 9/30 | 1,230,904.72 |
| 9/10 | 454,726.96 | 9/18 | 408,427.09 | | |

# VERITEX
## COMMUNITY BANK

| ACCOUNT NUMBER | ███████ 9407 |
|---|---|
| PAGE | 1 of 2 |

*0049825    S1
MCCLENNY MOSELEY & ASSOCIATES PLLC
IOLTA
1235 NORTH LOOP W STE 810
HOUSTON TX 77008-1764



**LET'S STAY IN TOUCH**

Take a quick minute to login to Online Banking and **confirm** your
mailing address so we can keep you informed about your account.

Member **FDIC**
Visit veritexbank.com

Find our Privacy Notice on our website under About Us at veritexbank.**com.**

| ACCOUNT SUMMARY | | |
|---|---|---|
| **Commercial Checking** | | |
| Account Number | ███████ 9407 | Statement Dates | 9/02/25 thru 9/30/25 |
| Previous Balance | 16,431.48 | Days in Statement Period | 29 |
| 0  Deposits/Credits | 0.00 | Average Ledger | 16,431.48 |
| 0  Checks/Debits | 0.00 | Average Collected | 16,431.48 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Current Balance | 16,431.48 | | |

Account Title:
MCCLENNY MOSELEY & ASSOCIATES PLLC
IOLTA

| OVERDRAFT SUMMARY | | |
|---|---|---|
| | Total For This Period | Total Year-to-Date |
| Total Overdraft Item Fees | 0.00 | 0.00 |
| Total Return Item Fees | 0.00 | 0.00 |

| DAILY BALANCE INFORMATION | | | | | |
|---|---|---|---|---|---|
| Date | Balance | Date | Balance | Date | Balance |
| 9/02 | 16,431.48 | | | | |

CSI REV 040119

8300-STMT

**FOR CONSUMER ACCOUNTS ONLY:**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, PLEASE WRITE US AT THE ADDRESS LISTED BELOW OR CALL US.

Please respond as soon as you can if you think your statement or receipt is wrong. Also, if you need more information about a transfer on the statement or receipt please respond to us as soon as possible. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

    (1)  Tell us your name and account number.
    (2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
    (3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Veritex Community Bank l 12750 Merit Drive, Suite 1300, Dallas, Texas 75251 l 833-VERITEX (833-837-4839)**

| CHECKS OUTSTANDING | |
|---|---|
| **NO.** | **AMOUNT** |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

BANK BALANCE
SHOWN ON THIS STATEMENT          $ _____

ADD + (IF ANY)
DEPOSITS NOT SHOWN
ON THIS STATEMENT          _____

**TOTAL**          _____

SUBTRACT - (IF ANY)
CHECKS OUTSTANDING          _____

BALANCE  $ _____
SHOULD AGREE WITH YOUR CHECKBOOK BALANCE

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK**

CHECKBOOK BALANCE
AT STATEMENT DATE          $ _____

SUBTRACT - (IF ANY)
ACTIVITY CHARGE          _____

**SUB-TOTAL**          _____

SUBTRACT - (IF ANY)
OTHER BANK CHARGES          _____

BALANCE  $ _____
SHOULD AGREE WITH YOUR STATEMENT BALANCE

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

You must examine your statement of account with "reasonable promptness". If you discover (or reasonably should have discovered) any unauthorized signature or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties you will have to either share the loss with us or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we contributed to the loss). This loss could be not only with respect to items on the statement but other items with unauthorized signatures or alteration by the same wrong doer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signature, alterations, forgeries, or any of the errors in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

### TERMS GOVERNING ACCOUNTS

Deposits in or presentments to the Bank of any item for a customer's account shall constitute the customer's consent to the terms hereof with respect to the account and all items deposited therein or presented to the Bank for payment. All deposits and collections shall be governed by the pertinent provisions of the Uniform Commercial Code – Bank Deposits & Collection (of Texas) as from time to time amended, or as varied by agreements permitted by that statute, including those hereinafter set out.

Receipt from others of items for credit to a customer's account shall render the customer liable to the Bank to the same extent as though they had been endorsed by and received directly from the customer. No money or item shall be deemed to have been received by the Bank unless it shall have issued a receipt therefore.

The account shall at all times be subject to service and maintenance charges according to the practice of the Bank prevailing at the time.

When the Bank deems such action proper, the Bank may require that the account be closed.

The provisions hereof shall control, in event of conflict with any deposit slip or passbook.

The Bank reserves the right to change the provisions hereof by printing on its statement Terms Governing Accounts, incorporating the change. The new Terms Governing Account will be effective, prospectively, when the statement containing the change is made available to the customer, by mailing or otherwise.

# V VERITEX
## COMMUNITY BANK

| ACCOUNT NUMBER | ▓▓▓▓▓9415 |
|---|---|
| PAGE | 1 of 2 |

```
*0049824    S1
MCCLENNY MOSELEY & ASSOCIATES PLLC
IOLTA
1235 NORTH LOOP W STE 810
HOUSTON TX 77008-1764
```



**LET'S STAY IN TOUCH**

Take a quick minute to login to Online Banking and **confirm** your mailing address so we can keep you informed about your account.

Member **FDIC**
Visit veritexbank.com

Find our Privacy Notice on our website under About Us at veritexbank.**com.**

## ACCOUNT SUMMARY

**Commercial Checking**

| | | | |
|---|---|---|---|
| Account Number | ▓▓▓▓9415 | Statement Dates | 9/02/25 thru 9/30/25 |
| Previous Balance | 415,944.57 | Days in Statement Period | 29 |
| 0  Deposits/Credits | 0.00 | Average Ledger | 415,944.57 |
| 0  Checks/Debits | 0.00 | Average Collected | 415,944.57 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Current Balance | 415,944.57 | | |

Account Title:
MCCLENNY MOSELEY & ASSOCIATES PLLC
IOLTA

## OVERDRAFT SUMMARY

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Item Fees | 0.00 | 0.00 |
| Total Return Item Fees | 0.00 | 0.00 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9/02 | 415,944.57 | | | | |

CSI REV 040119

8300-STMT

**FOR CONSUMER ACCOUNTS ONLY:**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, PLEASE WRITE US AT THE ADDRESS LISTED BELOW OR CALL US.

Please respond as soon as you can if you think your statement or receipt is wrong. Also, if you need more information about a transfer on the statement or receipt please respond to us as soon as possible. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

    (1)  Tell us your name and account number.
    (2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
    (3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Veritex Community Bank I 12750 Merit Drive, Suite 1300, Dallas, Texas 75251 I 833-VERITEX (833-837-4839)**

| | CHECKS OUTSTANDING | |
|---|---|---|
| | **NO.** | **AMOUNT** |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

BANK BALANCE
SHOWN ON THIS STATEMENT  $ _____

ADD + (IF ANY)
DEPOSITS NOT SHOWN
ON THIS STATEMENT  _____

**TOTAL**  _____

SUBTRACT - (IF ANY)
CHECKS OUTSTANDING  _____

BALANCE  $ _____
SHOULD AGREE WITH YOUR CHECKBOOK BALANCE

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK**

CHECKBOOK BALANCE
AT STATEMENT DATE  $ _____

SUBTRACT - (IF ANY)
ACTIVITY CHARGE  _____

**SUB-TOTAL**  _____

SUBTRACT - (IF ANY)
OTHER BANK CHARGES  _____

BALANCE  $ _____
SHOULD AGREE WITH YOUR STATEMENT BALANCE

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

You must examine your statement of account with "reasonable promptness". If you discover (or reasonably should have discovered) any unauthorized signature or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties you will have to either share the loss with us or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we contributed to the loss). This loss could be not only with respect to items on the statement but other items with unauthorized signatures or alteration by the same wrong doer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signature, alterations, forgeries, or any of the errors in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

## TERMS GOVERNING ACCOUNTS

Deposits in or presentments to the Bank of any item for a customer's account shall constitute the customer's consent to the terms hereof with respect to the account and all items deposited therein or presented to the Bank for payment. All deposits and collections shall be governed by the pertinent provisions of the Uniform Commercial Code – Bank Deposits & Collection (of Texas) as from time to time amended, or as varied by agreements permitted by that statute, including those hereinafter set out.

Receipt from others of items for credit to a customer's account shall render the customer liable to the Bank to the same extent as though they had been endorsed by and received directly from the customer. No money or item shall be deemed to have been received by the Bank unless it shall have issued a receipt therefore.
The account shall at all times be subject to service and maintenance charges according to the practice of the Bank prevailing at the time.

When the Bank deems such action proper, the Bank may require that the account be closed.

The provisions hereof shall control, in event of conflict with any deposit slip or passbook.

The Bank reserves the right to change the provisions hereof by printing on its statement Terms Governing Accounts, incorporating the change. The new Terms Governing Account will be effective, prospectively, when the statement containing the change is made available to the customer, by mailing or otherwise.

CSI REV 032621

6300-STMT