United States Courts
Southern District of Texas
FILED

OCT 24 2025

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 24-31596 |
| MMA LAW FIRM, PLLC § | |
| § | |
| DEBTOR § | |

### NOTICE TO FORMER MMA CLIENTS REGARDING DISTRIUBTION OF FUNDS HELD BY LIGA

Dear Fontenelle, John:

You were previously represented by MMA Law Firm in connection with a legal matter. At this time, the Louisiana Insurance Guaranty Association (**"LIGA"**) is holding funds related to your case, and you have the right to determine how those funds are distributed.

### Action Required – Please Select One Option Below:

☑ **Option 1**: I request full reimbursement of the funds held by LIGA in the amount of $1961.72 .

☐ **Option 2**: I request a partial reimbursement of the funds held by LIGA. I seek reimbursement of all amounts except the court filing fees that MMA incurred on my behalf in the amount of $0 when MMA filed my lawsuit.

☐ **Option 3**: I waive my right to reimbursement and understand that these funds may be disbursed to MMA Law Firm for attorney's fees and expenses incurred in my litigation.

You must mail this completed form to the Clerk of Court via prepaid United States Mail at the following address:

**Clerk of Court**
P.O. Box 61010
Houston, Texas 77208

The form must be received by the Clerk no later than December 12, 2025. Due to mailing uncertainties, it is recommended that you send your completed form as soon as possible, via certified mail with proof of delivery. For any questions on whether your notice has been filed, please contact undersigned counsel.

**IF THE CLERK DOES NOT RECEIVE YOUR COMPLETED FORM BY DECEMBER 12, 2025, YOU WILL BE DEEMED TO HAVE WAIVED ANY CLAIM TO THE FUNDS, AND THE FULL AMOUNT MAY BE DISTRIBUTED TO MMA LAW FIRM.**

Dated: October 13, 2025

                                                          Respectfully submitted,

                                                          By: /s/ *Miriam T. Goott*
                                                              Miriam T. Goott
                                                              Attorney-in-charge
                                                              SBN 24048846
                                                              COUNSEL FOR MMA

OF COUNSEL:
Walker & Patterson, P.C.
P.O. Box 61301
Houston, TX 77208
(713) 956-5577 (telephone)
mgoott@walkerandpatterson.com