IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO.   24-31596 |
| MMA LAW FIRM, PLLC § | |
| § | |
| DEBTOR § | |

## SETTLEMENT AGREEMENT

This Settlement Agreement (the "**Agreement**") is entered into by and between MMA Law Firm, PLLC (formerly known as McClenny Moseley and Associates) ("**MMA**" or the "**Debtor**"), on the one hand, and Joubert Law Firm ("**JLF**"), on the other hand. MMA and JLF are each referred to individually as a "**Party**" and collectively as the "**Parties**."

This Agreement is expressly subject to approval by the United States Bankruptcy Court for the Southern District of Texas (the **"Bankruptcy Court"**).

## DEFINITIONS AND RECITALS

1. A dispute has arisen between the Parties regarding entitlement to attorneys' fees in connection with two former clients of MMA who are now represented by JLF.

2. JLF has taken over representation multiple former MMA clients in various legal matters. However, this Settlement Agreement only resolves the dispute regarding attorneys' fees in the following two cases (collectively, the **"Subject Cases"**):

    a. **Sanderford Case**: *Joanne Sanderford v. State Farm Fire and Casualty Company*, Middle District of Louisiana, No. 3:23-cv-01468; and

    b. **Litty Case**: *Penny Litty, et al. v. State Farm Fire and Casualty Company*, Middle District of Louisiana, No. 3:23-cv-00785.

3. The Parties desire to resolve and fully settle all claims and disputes between them solely with respect to the Subject Cases, while expressly preserving all rights and claims each may have in connection with any other current or future matters.

## TERMS AND CONDITIONS

4. **Bankruptcy Court Approval**: This Agreement is subject to approval by the Bankruptcy Court and shall not be effective until such approval is entered. MMA shall file a motion to approve this Settlement Agreement with the Bankruptcy Court within five (5) business days of execution by both Parties.

5. **Payment Terms**: Within five (5) business days following entry of an order approving this Agreement by the Bankruptcy Court, JLF shall pay to MMA, through its bankruptcy counsel, the total sum of $12,483.33 (the **"Settlement Amount"**), in good and collected funds. The Settlement Amount is based on JLF's representation to MMA that it received a total of $37,450.00 in attorney's fees for the Subject Cases and that the Settlement Amount therefore represents 1/3 of the total attorney's fees.

6. **Cooperation to Expedite Client Payment**: MMA agrees to take all reasonable actions necessary to expedite the resolution of any payment issues related to the Subject Cases and to facilitate payment to the clients. Such reasonable actions may include, but are not limited to:

    a. Endorsing any settlement check,

    b. Agreeing to the removal of MMA's name from a settlement check,

    c. Providing written approval to allow JLF or its representatives to endorse any check on MMA's behalf, or

    d. Executing any additional documents reasonably requested to effectuate prompt payment to the client.

7. **Retention of Jurisdiction:** The Bankruptcy Court shall retain exclusive jurisdiction to resolve any disputes arising from or related to this Agreement.

8.      **Mutual Release**: Upon full performance of the terms of this Agreement, MMA and JLF shall mutually release and discharge each other from any and all claims, demands, and causes of action, whether known or unknown, arising out of or related to the Subject Cases only. This mutual release shall not apply to any other legal matters, claims, disputes, or former MMA clients represented by JLF outside of the Subject Cases. Each party expressly reserves all rights with respect to all other cases and claims not addressed herein.

Date: 11-6-2025

*/s/ John Zachary Moseley*

**John Zachary Moseley – MMA Law Firm, PLLC**
1235 North Loop West
Suite 810
Houston, Texas 77008
Email: zach@mma-pllc.com
Telephone: 713-334-6121
Fax: 713-332-5953

Date: 11/3/2025

[signature]

**Darren W. Wilson**
**Joubert Law Firm, APLC**
2171 Quail Run Drive
Baton Rouge, LA 70808
Telephone: (225) 761-3822
Facsimile: (225) 761-3823
darren@joubertlawfirm.com