IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | §   CASE NO.   24-31596 |
| MMA LAW FIRM, PLLC | § |
| | § |
| DEBTOR | § |

## SETTLEMENT AGREEMENT

This Settlement Agreement (the "**Agreement**") is entered into by and between MMA Law Firm, PLLC (formerly known as McClenny Moseley and Associates) ("**MMA**" or the "**Debtor**"), on the one hand, and Soileau & Associates, LLC ("**S&A**"), on the other hand. MMA and S&A are each referred to individually as a "**Party**" and collectively as the "**Parties**."

This Agreement is expressly subject to approval by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**").

## DEFINITIONS AND RECITALS

1.     A dispute has arisen between the Parties regarding entitlement to attorneys' fees in connection with one former client of MMA, Margarita Gonzalez, who is now represented by S&A.

2.     S&A has assumed representation of Margarita Gonzalez in the matter titled *Margarita Gonzalez v. Citizens Property Insurance*, Case No. 846598, pending in the 24th Judicial District Court, Parish of Jefferson, State of Louisiana (the "**Gonzalez Case**").

3.     The Parties desire to resolve and fully settle all claims and disputes between them relating to the Gonzalez Case.

4.     S&A has represented to MMA that it does not and has not represented any other former

MMA clients aside from Ms. Gonzalez in the Gonzalez Case.

5. The Parties acknowledge that MMA is entering into this Agreement in reliance upon this representation. In the event it is later discovered that S&A represents or has represented any additional former MMA clients not identified herein, MMA expressly reserves all rights, claims, and causes of action it may have against S&A with respect to any such cases. Notwithstanding the foregoing, this Agreement constitutes a full and final release between the Parties solely with respect to the Gonzales Case described herein.

## TERMS AND CONDITIONS

6. **Bankruptcy Court Approval**: This Agreement is subject to approval by the Bankruptcy Court and shall not be effective until such approval is entered. MMA shall file a motion to approve this Settlement Agreement with the Bankruptcy Court within five (5) business days of execution by both Parties.

7. **Payment Terms**: Within five (5) business days following entry of an order approving this Agreement by the Bankruptcy Court, S&A shall pay to MMA, through its bankruptcy counsel, the total sum of $5,488.60 in good and collected funds.

8. **Cooperation to Expedite Client Payment**: MMA agrees to take all reasonable actions necessary to expedite the resolution of any payment issues related to the Gonzalez Case and to facilitate payment to the clients. Such reasonable actions may include, but are not limited to:

   a. Endorsing any settlement check,

   b. Agreeing to the removal of MMA's name from a settlement check,

   c. Providing written approval to allow S&A or its representatives to endorse any check on MMA's behalf, or

   d. Executing any additional documents reasonably requested to effectuate prompt payment to the client.

9. **Retention of Jurisdiction:** The Bankruptcy Court shall retain exclusive jurisdiction to resolve any disputes arising from or related to this Agreement.

10. **Mutual Release**: Upon full performance of the terms of this Agreement, MMA and S&A shall mutually release and discharge each other from any and all claims, demands, and causes of action, whether known or unknown, arising out of or related to the Gonzales Cases.

Date: 11-11-2025

/s/ John Z. Moseley

**John Zachary Moseley – MMA Law Firm, PLLC**
1235 North Loop West
Suite 810
Houston, Texas 77008
Email: zach@mma-pllc.com
Telephone: 713-334-6121
Fax: 713-332-5953

Date: 11/11/2025

[signature]

**Isaac H. Soileau, Jr. – Soileau & Associates, LLC**
2800 Veterans Blvd., Suite 204
Metairie, LA 70002
Telephone : 504-522-5900
Email : ihs.soileaulegal@gmail.com