IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 24-31596 |
| | § | |
| MMA LAW FIRM, PLLC | § | Chapter 11 |
| | § | |
| *Debtor*. | § | |

## ORDER GRANTING THE DEBTOR'S MOTION TO COMPROMISE CONTROVERSY WITH OTTERBOURG PC

It is

**ORDERED** that the Debtor's Motion to Compromise Controversy with Otterbourg PC is granted in full, and it is further

**ORDERED** that the Settlement Agreement attached hereto is approved, and it is further

**ORDERED** that the Debtor and Otterbourg PC are authorized to enter into and consummate the Settlement Agreement according to the terms and conditions contained in the attached Settlement Agreement, and it is further

**ORDERED** that within three (3) days after entry of this Order, the Debtor shall pay Otterbourg PC a total of $125,000.00 in good funds, and it is further

**ORDERED** that Otterbourg PC shall hold these funds until this order becomes final, and it is further

**ORDERED** that this Court retains jurisdiction over all disputes that may be related to the interpretation or enforcement of the Settlement Agreement.

SIGNED: _____

_____
CHIEF UNITED STATES BANKRUPTCY JUDGE