IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO.   24-31596 |
| MMA LAW FIRM, PLLC § | |
| § | |
| DEBTOR § | |

### SETTLEMENT AGREEMENT WITH DALY & BLACK PC RELATED TO THE DEBTOR'S MOTION FOR TURNOVER OF PROPERTY AND DISTRUBUTION OF FUNDS HELD IN COURT REGISTRY AT ECF NO. 909

[Relates to ECF No. 909 and 1078]

WHEREAS MMA Law Firm, PLLC (**"MMA" or "Debtor"**) filed a Chapter 11 Bankruptcy case in the Southern District of Texas on April 9, 2024.

WHEREAS on November 5, 2024, MMA initiated an adversary proceeding against Daly & Black, PC (**"DB"**) (the **"Adversary"**) in Adversary No. 24-03223, U.S. Bankruptcy Court, Southern District of Texas, removed to the United States District Court for the Southern District of Texas as Case No. 4:24-cv-3223 (the, **"District Court Case"**) with MMA's former clients who are now clients of DB.

WHEREAS on July 22, 2025, the Louisiana Insurance Guaranty Association (**"LIGA"**) filed Adversary Proceeding No. 25-03429 against the Debtor (the **"LIGA Adversary Proceeding"**), seeking a declaration regarding the Debtor's interest in attorney's fees associated with certain former clients.

WHEREAS the Debtor responded to the LIGA Adversary Proceeding by filing a motion to dismiss and asserting counterclaims, including claims for violation of the automatic stay relating to LIGA's withholding of attorneys' fees owed to the Debtor (the **"LIGA Withheld Fees"**).

**Page - 1**

WHEREAS on September 9, 2025, the Debtor and LIGA entered into a settlement agreement (the **"LIGA Settlement Agreement"**) which was approved by Order of this Court on September 18, 2025 [ECF No. 834] and subsequently corrected by Order at ECF No. 849.

WHEREAS On October 10, 2025, LIGA deposited the LIGA Withheld Fees into the registry of the Bankruptcy Court pursuant to the LIGA Settlement Agreement and provided MMA with a detailed report identifying former MMA clients, successor counsel, and the corresponding attorneys' fees deposited into the registry (the **"LIGA Fee Report"**).

WHEREAS the LIGA Fee Report identified the following former MMA client whose fees were associated with matters for which DB served as successor counsel in the total amount of $48,863.10 (the **"DB Withheld Fees"**):

| | | |
|---|---|---|
| Tran, Mai | Daly & Black PC | $ 1,817.11 |
| Souto, Jeanne | Daly & Black PC | $ 6,750.00 |
| Sanders, Larry | Daly & Black PC | $ 572.18 |
| Robichaux, Christopher | Daly & Black PC | $ 3,330.81 |
| Populis, Thomas | Irpino Law Firm, LLC; Daly & Black | $ 12,617.08 |
| Jones, Troy | Daly & Black PC | $ 6,575.86 |
| Hyppolite, Marie | Daly & Black PC; Cristobal M. Galindo, P.C. | $ 7,375.00 |
| Hitt, Lauren | Daly & Black PC | $ 8,575.06 |
| Harvey, Ashlee | Daly & Black PC | $ 1,250.00 |

WHEREAS on October 23, 2025, the Debtor filed a *Motion for Turnover of Property and Distribution of Funds Held in Court Registry* at ECF No. 909 (the **"Turnover Motion"**), seeking turnover of the DB Withheld Fees.

WHEREAS on November 12, 2025, DB filed an Objection to the Turnover Motion at ECF No. 1078 (the, **"Objection"**).

WHEREAS, in attempting to resolve the Objection to the Turnover Motion, DB represented to MMA that thirty-three and one-third percent (33.33%) of the DB Withheld Fees,

totaling $16,285.50, are owed to DB, and that the remainder of the DB Withheld Fees is owed to the respective former clients.

WHEREAS the Debtor and DB have reached an agreement solely to resolve the Objection raised by DB to the Turnover Motion.

**SETTLEMENT TERMS:**

1. **Incorporation of Recitals**: The foregoing recitals are hereby incorporated by reference into this Settlement Agreement.

2. **DB Withheld Fees**: Of the DB Withheld Fees in the total amount of $48,863.10, the parties agree that MMA shall receive $8,142.75, and the remainder ($40,720.35) shall be paid payable to DB.

3. **Proof of Client Payments:** DB shall provide MMA with contemporaneous proof of payment to the former clients for the remaining portion of the DB Withheld Fees whenever such payments are made. Such proof may include copies of checks, wire confirmations, or other written documentation evidencing the payment.

4. **9019 Proposed Order**: The Debtor shall file an emergency motion with the Bankruptcy Court seeking approval of this Settlement Agreement and attach to the 9019 Motion a proposed order that provides that the Clerk of Court shall issue payment of $8,142.75 to MMA, and $40,720.35 to DB.

5. **Limited Release:** In consideration of the agreements set forth in Paragraphs 2 of this Settlement Agreement, the Debtor and DB hereby release each other **solely** from any and all disputes between them arising from or relating to the DB Withheld Fees and the Turnover Motion only. Except for this limited release, nothing in this Settlement Agreement resolves, releases, waives, or compromises any other claims, defenses, or causes of action asserted by any party in

the Adversary, the District Court Case, or in any other proceeding, all of which are expressly preserved.

6. **Effect of Non-Approval Before Hearing.** If this Settlement Agreement is not approved prior to the hearing on the Turnover Motion, neither party shall seek any relief related to the DB Withheld Fees at that hearing.

7. **Effect of Non-Approval:** If this Settlement Agreement is not approved at all by the Bankruptcy Court, MMA reserves all rights to file a new motion seeking turnover of the funds addressed in the Turnover Motion.

8. **Retention of Jurisdiction.** This Court retains jurisdiction to enforce and interpret this Settlement Agreement.

| Dated: 12-18-2025 | /s/John Z. Moseley<br>John Zachary Moseley – MMA Law Firm, PLLC<br>1235 North Loop West<br>Suite 810<br>Houston, Texas 77008<br>Email: zach@mma-pllc.com<br>**Telephone: 713-334-6121** |
|---|---|
| Dated: 12-18-2025 | /s/ Carla R. Delpit<br>Carla R. Delpit<br>State Bar No. 24082183<br>DALY & BLACK, P.C.<br>2211 Norfolk Street, Suite 300<br>Houston, Texas 77098<br>713.655.1405 (Telephone)<br>713.655.1587 (Facsimile)<br>cdelpit@dalyblack.com<br>ATTORNEY FOR DALY & BLACK, P.C |