IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-31596 (EVR) |
| MMA LAW FIRM, PLLC, | § | |
| | § | CHAPTER 11 |
| Debtor | § | |

### OTTERBOURG P.C.'S MOTION TO WITHDRAW AS CO-COUNSEL
### FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

Otterbourg P.C. ("**Counsel**"), files this motion (the "**Motion**") to withdraw as co-counsel for the Official Committee of Unsecured Creditors of MMA Law Firm, PLLC (the "**Committee**"), in the above-captioned case and respectfully states as follows:

### JURISDICTION

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b). This is a core proceeding pursuant to 28 U.S.C § 157(B). Venue is proper before this Court pursuant to 28 U.S.C §§ 1408 and 1409.

2. The basis for the relief requested in this Motion is Rule 83.2 of the Local Civil Rules for the Southern District of Texas.

### RELIEF REQUESTED

3. Counsel respectfully requests permission to withdraw as counsel for the Committee. The Committee will continue to be represented by Lawson & Moshenberg.

4. Neither the Committee, nor the Debtor, oppose this Motion.

5. The Motion is not sought for the purposes of delay and withdrawal will not cause delay in these cases or in any related adversary proceeding, and will not cause any delay or prejudice to any party, including the Committee.

6. In accordance with the *Settlement Agreement* [ECF No. 1087-1] with the Debtor, and pursuant to Rule 83.2 of the Local Civil Rules for the Southern District of Texas, Counsel respectfully requests to be withdrawn as counsel for the Committee in this matter and that all applicable notice and service lists, including the Court's CM/ECF electronic notification list be updated accordingly.

**WHEREFORE**, Counsel respectfully requests that the Court enter the proposed order attached hereto and grant such other and further relief as may be just.

Dated: December 22, 2025

**OTTERBOURG P.C.**

By: */s/ James V. Drew*
Sunni P. Beville (admitted *pro hac vice*)
MA State Bar No.652369
James V. Drew (admitted *pro hac vice*)
NY Bar No. 4033296
230 Park Avenue
New York, NY 10169
Tel: 212-661-9100
sbeville@otterbourg.com
jdrew@otterbourg.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of December, 2025, I caused a true and correct copy of the foregoing document to be served electronically on those parties requesting electronic service through the Court's ECF system.

*/s/ James V. Drew*
James V. Drew