United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 23, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 24-31596 |
| | § | |
| MMA LAW FIRM, PLLC | § | Chapter 11 |
| | § | |
| *Debtor*. | § | |

### ORDER APPROVING COMPROMISE
### WITH CHEHARDY, SHERMAN, WILLIAMS, RECILE & HAYES
*Resolving ECF No. 1180*

It is

**ORDERED** that the Debtor's Motion to Compromise Controversy with Chehardy, Sherman, Williams, Recile & Hayes (**"Chehardy"**) is GRANTED in full, and it is further

**ORDERED** that the Settlement Agreement attached hereto is approved, and it is further

**ORDERED** that MMA Law Firm, PLLC (the **"Debtor"**) and Chehardy are authorized to enter into and consummate the Settlement Agreement according to the terms and conditions contained in the attached Settlement Agreement, and it is further

**ORDERED** that Chehardy shall pay MMA a total of $77,612.78 in good funds within three (3) business days of entry of this Order, and it is further

**ORDERED** that, with respect to all Unresolved Former MMA Cases (as defined in the Settlement Agreement), Chehardy shall pay MMA fifty percent (50%) of the total attorney's fees in each such case within ten (10) days of the earlier of: (a) the client's receipt of settlement funds; or (b) Chehardy's receipt of attorney's fees, and it is further

**ORDERED** that pursuant to this Court's Order Approving Compromise With Cristobal M. Galindo PC ("Galindo") entered on September 18, 2025 at ECF No. 832, Galindo irrevocably waived and released any and all claims to attorney's fees, costs or recovery against all successor law firms arising out of or related to the former MMA clients or cases, including, Chehardy, and it is further

**ORDERED** that this Court retains jurisdiction over all disputes that may be related to the interpretation or enforcement of the attached Settlement Agreement and this Order.

**Signed: Friday, January 23, 2026**

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO.   24-31596 |
| MMA LAW FIRM, PLLC | § | |
| | § | |
| DEBTOR | § | |

## SETTLEMENT AGREEMENT

This Settlement Agreement (the "**Agreement**") is entered into by and between MMA Law Firm, PLLC (formerly known as McClenny Moseley and Associates) ("**MMA**" or the "**Debtor**"), on the one hand, and Chehardy, Sherman, Williams, Recile & Hayes ("**Chehardy**"), on the other hand. MMA and Chehardy are each referred to individually as a "**Party**" and collectively as the "**Parties**."

This Agreement is expressly subject to approval by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**").

## DEFINITIONS AND RECITALS

1. On February 5, 2025, MMA filed an Adversary Proceeding against Chehardy in Case No. 25-03026 (the, "**Adversary**"). Pursuant to the Adversary, MMA asserts that it is entitled to attorneys' fees in connection with work performed by MMA for its former clients who were subsequently represented by Chehardy (the "**Former MMA Clients**").

2. The Parties desire to resolve and fully settle all claims and disputes between them relating to the Former MMA Cases.

3. "**Unresolved Former MMA Cases**" means any case involving a Former MMA Client

{00384530-2}

that, as of the Effective Date, has not resulted in:

    (a)    a final settlement;

    (b)    a final judgment;

    (c)    the payment and disbursement of all attorneys' fees; and

    (d)    closure of the representation.

4. On September 18, 2025, the Bankruptcy Court entered an Order approving a settlement agreement between MMA and Cristobal M. Galindo PC (**"Galindo Agreement"**). Pursuant to the Galindo Agreement at ECF No. 832, Cristobal M. Galindo PC irrevocably waived and released any further claims to any fees, costs, or recovery from MMA arising out of or related to former MMA clients or cases.

## TERMS AND CONDITIONS

5. **Bankruptcy Court Approval**: This Agreement is subject to approval by the Bankruptcy Court and shall not be effective until such approval is entered. MMA shall file a motion to approve this Settlement Agreement with the Bankruptcy Court within five (5) business days of execution by both Parties.

6. **Payment Terms**:

a. <u>Initial Payment</u>: Within three (3) business days following entry of an order approving this Agreement by the Bankruptcy Court, Chehardy shall pay to MMA, through its bankruptcy counsel, the total sum of $77,612.78 in good and collected funds (the, **"Funds"**). The Funds represent 50% of all attorneys' fees retained by Chehardy in the Former MMA Cases.

b. <u>Method of Payment</u>: Payment shall be made payable to MMA Law Firm, PLLC and delivered to MMA's counsel, Walker & Patterson, P.C. at 4815 Dacoma, Houston, TX 77092, or by another method mutually agreed upon in writing by Chehardy and MMA.

{00384530-2}

c. <u>Potential Future Payments for any Unresolved Former MMA Cases:</u> For all Unresolved Former MMA Cases, Chehardy shall pay MMA 50% of the total attorneys' fees in each case. Such payment shall be made within ten (10) days of the earlier of: (a) the client's receipt of settlement funds; or (b) Chehardy's receipt of attorneys' fees (collectively, **"MMA Future Payments"**).

7. **Effect of Galindo Agreement:**

The Parties acknowledge that, pursuant to the Bankruptcy Court's order entered on September 18, 2025 approving the Galindo Agreement (ECF No. 832), Cristobal M. Galindo PC irrevocably waived and released any and all claims to attorneys' fees, costs, or recovery arising out of or related to former MMA clients or cases. Consistent with that prior court-approved release, any interest or claim by Cristobal M. Galindo PC to fees associated with the Former MMA Cases has been extinguished. MMA agrees to reference the Galindo release in the proposed order submitted to the Bankruptcy Court under Bankruptcy Rule 9019.

8. **Quarterly Reporting:**

a. Beginning on the 15th day of the first calendar month following entry of an order approving this Agreement, and continuing quarterly thereafter, Chehardy shall provide MMA with a report identifying the status of all **Unresolved Former MMA Cases**, including:

    i. Client's Name;

    ii. Defendant's name and/or Insurance carrier

    iii. Total attorney's fees received

    iv. Fee percentage and dollar amount of fees to which Chehardy will receive

    v. Amount of expenses/costs due to Chehardy; and

{00384530-2}

      vi. Supporting Distribution Statements or other documentation, as applicable to cases that were newly resolved in that reporting period.

## CHEHARDY'S REPRESENTATIONS, AFFIRMATIONS AND ACCOUNTABILITY

9. Chehardy represents and warrants that the amounts paid and to be paid to MMA under this Agreement constitute the full and complete **50% share of total attorneys' fees** owed to Chehardy in all Former MMA Cases.

10. Chehardy represents and affirms that the list of Former MMA Cases provided to MMA includes **all** matters in which MMA previously represented the client and which Chehardy has settled, is litigating, or has otherwise handled. This list attached as Exhibit A to this Settlement Agreement constitutes the entire universe of such cases.

11. If it is later discovered that: (a) Former MMA Case was omitted; or (b) the settlement amount or attorneys' fees were misstated; then, upon discovery of such omission or misstatement, the discovering party shall promptly notify the other of the omission or misstatement. In the event that MMA is the discovering party, Chehardy shall have five (5) business days to remit any further amounts owed to MMA under this agreement. If Chehardy fails to do so or unsuccessfully contests the amount asserted by MMA then MMA shall be entitled to its full 50% share of attorneys' fees in that matter, plus interest, costs, and reasonable attorneys' fees. Such conduct shall constitute a material breach of this Agreement. In the event that Chehardy challenges an assertion that there was an omission or misstatement and is ultimately successful in its challenge, Chehardy shall be intitled to reasonable attorneys' fees. In the event that Chehardy is the discovering party, it shall promptly notify MMA of the omission or misstatement consistent with paragraph 13 below and remit the additional funds owed under the terms of this Agreement to Chehardy within 48 hours of providing said notice. If Chehardy fails to notify MMA of the omission or misstatement or fails

{00384530-2}

to remit the additional funds owed to MMA under the terms of this Agreement, then MMA shall be entitled to its full 50% share of attorneys' fees in that matter, plus interest, costs, and reasonable attorneys' fees. Such conduct shall constitute a material breach of this Agreement.

12. All representations in this Agreement are made under penalty of perjury and are subject to the full enforcement powers of the Bankruptcy Court, including sanctions and contempt.

13. If Chehardy later learns that a Former MMA Case was omitted from the case list, Chehardy shall notify MMA within 48 hours of discovery. The Parties shall use their best efforts to resolve the matter.

14. Chehardy shall retain all financial records, settlement statements, and documentation used to calculate payments for at least two (2) years and shall produce such documents upon reasonable written request by MMA.

15. MMA agrees to take all reasonable actions necessary to expedite resolution of any payment issues relating to the Burdin Case, including but not limited to: (a) endorsing any settlement check; (b) agreeing to remove MMA's name from a settlement check; (c) providing written authorization for Chehardy or its representatives to endorse checks on MMA's behalf; or executing documents necessary to effectuate prompt payment to the client.

16. **Retention of Jurisdiction:** The Bankruptcy Court shall retain exclusive jurisdiction to resolve any disputes arising from or related to this Agreement.

17. **Mutual Release**: Upon full performance of the terms of this Agreement, MMA and Chehardy shall mutually release and discharge each other from any and all claims, demands, and causes of action, arising out of or related to the Former MMA Cases.

Date: 12-14-2025

/s/ John Z. Moseley
**John Zachary Moseley – MMA Law Firm, PLLC**

{00384530-2}

1235 North Loop West
Suite 810
Houston, Texas 77008
Email: zach@mma-pllc.com
Telephone: 713-334-6121
Fax: 713-332-5953

Date: _____

_____
Matthew A. Sherman—Chehardy, Sherman, Williams, Recile & Hayes
One Galleria Blvd., Suite 1100
Metairie, Louisiana 70001
mas@chehardy.com

{00384530-2}

| CLIENT NAME | PROPERTY ADDRESS | TOTAL ATTORNEY'S FEE | MMA'S 50% |
|---|---|---:|---:|
| MONIQUE BOURGEOIS | 8505 PRITCHARD PLACE | $ 4,125.00 | $ 2,062.50 |
| RACHEL BURKE | 11355 MEADOW VIEW DR | $ 1,071.18 | $ 535.59 |
| HERBERT COLLINS | 2612 TECUMSEH ST | $ 4,999.50 | $ 2,499.75 |
| HERBERT COLLINS | 4187 DELAWARE ST | $ 2,416.43 | $ 1,208.22 |
| RYAN DIDIER | 32112 BUTCH BENNETT RD | $ 7,425.00 | $ 3,712.50 |
| HAROLD DULITZ | 310-312 14TH ST | $ 5,494.50 | $ 2,747.25 |
| DEBORAH GODEAU | 7131 W. HAVEN RD | $ 7,425.00 | $ 3,712.50 |
| CYNTHIA HUGLE | 7716 DOYLE CT | $ 1,155.00 | $ 577.50 |
| ROBERT MCMEEKIN | 805 FRANCE ST | $ 3,330.00 | $ 1,665.00 |
| VICTOR PAZOS | 3216 W. METAIRIE AVE N | $ 5,219.78 | $ 2,609.89 |
| ARSEN PFISTER | 4024 HIGHWAY 90 EAS | $ 832.50 | $ 416.25 |
| NATHAN RAWLE (GOODRICH) | 737 OAK AVE | $ 1,501.11 | $ 750.56 |
| ANA SIKAFFY | 4820 CONTI ST | $ 3,249.68 | $ 1,624.84 |
| ARTHUR SMITH | 10041 EL CAMINO AVE | $ 1,486.66 | $ 743.33 |
| STANLEY THOMPSON | 4929 TULIP ST | $ 1,665.00 | $ 832.50 |
| LEROY TYLER, JR. | 2105 KILLINGTON DR | $ 4,162.50 | $ 2,081.25 |
| AARON VALENTINE | 8013 NEVADA ST | $ 5,183.27 | $ 2,591.64 |
| NOVICE WILLIAMS | 325 MOCKINGBIRD LANE | $ 1,553.97 | $ 776.99 |
| DENISE ALEXANDER | 2625 OAK FOREST BLVD | $ 4,999.50 | $ 2,499.75 |
| ALFRED CURTIS SR | 2157 HAMPSHIRE DR | $ 750.00 | $ 375.00 |
| LEETRICE DUPLESSIE - | 1130 VIRGIL ST | $ 4,166.25 | $ 2,083.13 |
| DANIELLE EL MANSURA | 1920 FELICIANA ST | $ 12,498.75 | $ 6,249.38 |
| GASTON GEORGIANNA | 13027 SEVRES ST | | $ - |
| WAYNE GUIDRY - | 32700 BILL WILLIAMS RD | $ 1,666.34 | $ 833.17 |
| EDGAR GUZMAN | 4071 OLE MISS DR | $ 5,494.50 | $ 2,747.25 |
| PATRICIA JOHNSON | 5415 ST. ROCH AVE | $ 3,124.70 | $ 1,562.35 |
| SHANTAE JOHNSON | 5928 3 OAKS CT | $ 3,333.00 | $ 1,666.50 |
| JODY KRAUS | 101 FIRETHORN DR | $ 2,499.75 | $ 1,249.88 |
| NATASHA LAWRENCE | 4941 GALLIER DR | $ 1,916.48 | $ 958.24 |
| KIMBERLY MARTIN | 3104 ENGLISH COLONY DR | $ 9,165.75 | $ 4,582.88 |
| KAMARIA MILLER | 804 EAST LAWSON ST | $ 5,032.50 | $ 2,516.25 |
| RICHARD MIXON | 2013 KANSAS AVE | $ 5,467.86 | $ 2,733.93 |

| | | | | | |
|---|---|---|---|---|---|
| VINH NGUYEN | 5524 GRAND BAYOU DR | $ | 833.25 | $ | 416.63 |
| CLARA ROBERTSON | 47296 HIGHWAY 16 | $ | 4,375.00 | $ | 2,187.50 |
| CHRIS ROLF | 223315 HIGHWAY 36 | $ | 4,162.50 | $ | 2,081.25 |
| CURTIS SEVERIO | 28745 RED OAK RD | $ | 2,454.19 | $ | 1,227.10 |
| ERIC TORO | 387 HIGHLAND DR | $ | 3,832.95 | $ | 1,916.48 |
| DELORES WATTS | 12942 NEWCASTLE AVE | $ | 4,934.02 | $ | 2,467.01 |
| JASMINE WILLIAMS | 20 TUSCANY DR | $ | 3,472.18 | $ | 1,736.09 |
| NINA WILSON | 1919 LOUISA ST | $ | 8,750.00 | $ | 4,375.00 |
| **TOTAL** | | $ | **155,225.55** | $ | **77,612.78** |