United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 23, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MMA LAW FIRM, PLLC, | § | Case No. 24-31596 |
| | § | |
| Debtor. | § | |

## ORDER GRANTING ALLIED WORLD INSURANCE COMPANY'S MOTION TO COMPROMISE CONTROVERSY WITH MAKKAH CORPORATION
*Resolving ECF No. 1221*

Pending before the Court is Allied World Insurance Company ("Allied World's") Motion to Compromise Controversy with Makkah Corporation (the "Motion"). It is, **ORDERED** that:

1. The Motion is granted in full.

2. The Settlement and Release Agreement (the "Settlement and Release Agreement") filed as Exhibit "A" to the Motion is approved.

3. The parties to the Settlement and Release Agreement are authorized to enter into and consummate the Settlement Agreement according to its terms and conditions.

4. Nothing in this Order shall modify or alter the rights and obligations provided for under the terms, definitions and provisions of the Professional Liability Insurance Policy no. 0313-0967 issued by Allied World to McClenny, Moseley & Associates, PLLC for the claims made annual policy period of October 3, 2022 to October 3, 2023.[1]

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed: Friday, January 23, 2026**

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge