**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MMA LAW FIRM, PLLC | § | CASE NO. 24-31596 |
| | § | |
| Debtor | § | Chapter 11 |

**SETTLEMENT AGREEMENT**

This Settlement Agreement (the "**Agreement**") is entered into by and between MMA Law Firm, PLLC (formerly known as McClenny Moseley and Associates) ("**MMA**" or the "**Debtor**"), and Sangisetty Law Firm, PLLC ("**Sangisetty**"). MMA and Sangisetty are collectively referred to as "**The Parties**".

The Parties hereby agree to the following terms and conditions below, which are expressly subject to approval by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**").

**RECITALS**

1.     On April 9, 2024, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in Case No. 24-31596 (the "**Bankruptcy Case**").

2.     On November 10, 2024, the Debtor filed a Complaint initiating an Adversary Proceeding against Sangisetty regarding the Parties' respective interest in attorney's fees arising from certain matters involving former clients of MMA subsequently represented by Sangisetty (Adv. No. 24-03230) (the "**Adversary**").

3.      On January 13, 2025, Sangisetty filed a Motion for Withdrawal of Reference, which was subsequently granted by the District Court and opened Case No. 25-00318 (the "**Withdrawn Case**").

4.      Thereafter, the Adversary was administratively closed in the Bankruptcy Court, and the dispute has continued to be litigated in the Withdrawn Case.

5.      On February 12, 2025, in the Withdrawn Case, Sangisetty filed a Motion to Dismiss and Transfer Venue (the "**Motion to Dismiss/Transfer**"), which MMA opposed.

6.      On May 27, 2025, MMA filed a Motion to Refer All Pre-Trial Matters Back to the Bankruptcy Court, which Sangisetty opposed.

7.      On September 15, 2025, MMA and Sangisetty attended mediation with Sylvia Mayer, and an impasse was declared by Ms. Mayer.

## TERMS OF THE AGREEMENT

8.      Upon entry of an order approving this Agreement by the Bankruptcy Court, Sangisetty shall pay to MMA the total amount of **$570,629.06** (the "**Settlement Funds**") as follows:

   a.  $420,629.06 shall be paid by Sangisetty to MMA within three (3) business days of entry of an order approving this Settlement Agreement by the Bankruptcy Court (the "**First Payment**"); and

   b.  $150,000.00 shall be paid by Sangisetty to MMA within ninety (90) days of entry of an order approving this Settlement Agreement by the Bankruptcy Court (the "**Second Payment**").

     c.   The First Payment and the Second Payment shall be made payable to MMA Law Firm, PLLC and delivered to MMA's counsel, Walker & Patterson, P.C. at 4815 Dacoma, Houston, TX 77092.

9.     Upon entry of an order approving this Agreement and payment of the Settlement Funds by Sangisetty, MMA shall file an Agreed Motion to Dismiss the Withdrawn Case (Case No. 25-00318) with  prejudice within seven (7) days.

10.     Effective upon entry of an order approving this Agreement, payment of the Settlement Funds, and dismissal of the Withdrawn Case with prejudice, the Parties, on behalf of themselves and their respective partners, members, agents, affiliates, and professionals, including attorneys, hereby fully and irrevocably release each other from any and all claims, demands, causes of action, or liabilities of any kind, whether known or unknown, arising out of or related to the Adversary and the Withdrawn Case.

11.     The Parties understand that this Agreement is expressly subject to approval by the Bankruptcy Court.

12.     This Agreement constitutes the entire agreement between the Parties with respect to the subject matter hereof and supersedes all prior and contemporaneous agreements, understandings, negotiations, and discussions, whether oral or written, of the Parties.

13.     This Agreement may be executed in counterparts, each of which shall be deemed an original, and all of which together shall constitute one and the same instrument.

14.     The Bankruptcy Court shall retain jurisdiction to enforce this Agreement.

**Dated:**   **3-16-2026**

___/s/*John Zachary Moseley*_____

**John Zachary Moseley on behalf of MMA Law Firm, PLLC**

1235 North Loop West

Suite 810

Houston, Texas 77008

Email: zach@mma-pllc.com

Telephone: 713-334-6121

Fax: 713-332-5953

**Dated: _____**


_____

**Sangisetty Law Firm, PLLC**

Name: Ravi Sangisetty__

Title: _____

**Dated: ___3/16/26_____**