United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 27, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 24-31596 |
| | § | |
| MMA LAW FIRM, PLLC | § | Chapter 11 |
| | § | |
| *Debtor*. | § | |

**ORDER APPROVING COMPROMISE
WITH DALY & BLACK, PC**

(Relates to ECF No. 1354)

It is

**ORDERED** that the Debtor's Motion to Compromise Controversy with Daly & Black , PC (**"DB"**) is granted in full, and it is further

**ORDERED** that the Settlement Agreement attached hereto is approved, and it is further

**ORDERED** that the Debtor and DB are authorized to enter into and consummate the Settlement Agreement according to the terms and conditions contained in the attached Settlement Agreement, and it is further

**ORDERED** that this Court retains jurisdiction over all disputes that may be related to the interpretation or enforcement of the Settlement Agreement.

**Signed: March 27, 2026**

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

## SETTLEMENT AGREEMENT

This Settlement Agreement (the **"Agreement"**) is entered into by and between MMA Law Firm, PLLC (the "**Debtor**" or "**MMA**"), and Daly & Black, P.C ("**D&B**"). Collectively, the Debtor and D&B are referred to as the **"Parties"**. The Parties state and agree as follows:

## RECITALS

**WHEREAS**, a dispute arose between the Parties concerning each Party's respective interest in attorneys' fees related to legal cases involving certain former clients of MMA who are now represented by D&B, either solely or in conjunction with other co-counsel (the "**Former MMA Cases**").

**WHEREAS**, in 2023 and 2024 certain former clients of MMA retained D&B to represent them in lawsuits against their insurance companies or the Louisiana Insurance Guaranty Association.

**WHEREAS**, the Debtor filed a Chapter 11 Bankruptcy Case on April 9, 2024, in the Southern District of Texas, Houston Division, Case No. 24-31596 (the "**Chapter 11 Case**").

**WHEREAS**, on November 5, 2025, the Debtor initiated an Adversary Proceeding against Daly & Black, P.C. in Case No. 24-03223 (the "**Adversary**"), seeking an interest in attorneys' fees related to lawsuits involving certain former clients of MMA to which D&B filed an Answer disputing all allegations.

**WHEREAS**, the Parties desire to resolve all disputes in the Adversary, and to provide finality among the Parties, subject to approval of the Bankruptcy Court.

## TERMS OF THE SETTLEMENT AGREEMENT

1. **DEFINITIONS:**

    a. **Former MMA Cases.** For purposes of this Agreement, the term **"Former MMA Cases"** means any case for clients previously represented by MMA for which D&B assumed representation, has fully settled, and for which attorneys' fees have been received by D&B, involving clients with hurricane claims in Louisiana. This definition specifically excludes the cases listed in the attached **Exhibit B.** Former MMA Cases are detailed in the spreadsheet titled **Exhibit A** and attached hereto **"Former Case Spreadsheet".**

    b. **Referred Out Cases.** For purposes of this Agreement, the term **"Referred Out Cases"** means any case for clients previously represented by MMA for which D&B assumed representation then referred out to other law firms (**"Referred Out Firms"**). MMA filed an Adversary Proceeding against each of the Referred Out Firms and the Referred Out Cases are included in the respective litigation. Referred Out Cases are detailed in the spreadsheet titled **Exhibit B** and attached hereto **"Referred Out Spreadsheet".**

2. **SETTLEMENT TERMS:**

    a. **Settlement Funds.** Within five (5) business days following the entry of an order approving this Agreement by the Bankruptcy Court, D&B shall pay to MMA, through its bankruptcy counsel, the total sum of **Seven Hundred Fifty-Nine Thousand Dollars ($759,000.00)** in good and collected funds to settle all claims in the Adversary (the **"Settlement Funds"**).

b. **Future MMA Payments in Unresolved Cases.** For purposes of this Agreement, the term **"Former MMA Cases"** means thirteen (13) cases for clients previously represented by MMA for which D&B assumed representation, which has not fully settled, and for which attorneys' fees have not been received by D&B, involving clients with hurricane claims in Louisiana, specifically identified on **Exhibit C** (the **"Unresolved Cases" and "Unresolved Case Spreadsheet**). This definition specifically excludes the cases listed in the attached **Exhibit B.** D&B shall also pay MMA one-third (1/3) of all attorneys' fees received by D&B in the cases identified as the **"Unresolved Cases"** identified in Exhibit C. Payment with respect to each of the Unresolved Cases shall be made within seven (7) days of the disbursement of settlement funds to the clients (the **"MMA Future Payments"**). MMA acknowledges these payments are contingent on D&B actually receiving the attorneys' fees.

c. **MMA's Filing Expenses.** The parties further agree that the Settlement Funds include filing fees, special master fees, and service of process expenses actually incurred by MMA for clients previously represented by MMA for which D&B assumed representation.

d. **MMA's Unresolved Expert Expenses.** The experts seeking payment for the Unresolved Expert Expenses have filed proofs of claim in MMA's bankruptcy case. The parties further agree that MMA shall take full responsibility for addressing claims by any and all experts MMA engaged for any reason. This section is intended to make clear that D&B has no responsibility or obligation to address, negotiate, or resolve any portion of MMA's Unresolved Expert Expenses.

e. **Dismissal of Adversary.** Upon payment of the Settlement Funds and entry of a final, non-appealable order approving this Agreement, and subject to D&B's written approval of the dismissal motion, MMA shall file an Agreed Motion to Dismiss the Adversary with prejudice within seven (7) days.

f. **Proof of Settlement Funds.** At least seven (7) days prior to a hearing to approve this Agreement, D&B shall either (i) provide MMA with a written verification from a federally insured financial institution confirming that D&B maintains available funds in an amount not less than the Settlement Funds, or (ii) shall deposit the Settlement Funds into a segregated client trust account maintained by D&B and shall provide MMA with written confirmation of such deposit.

g. **Quarterly Reporting Related to Unresolved Cases.** Beginning on the 15th day of the first month after Bankruptcy Court approval and quarterly thereafter, D&B shall provide MMA a report on all Unresolved Cases, including:

    i. Client's Name;

    ii. Defendant's name and/or Insurance carrier;

    iii. Total attorney's fees received by D&B;

    iv. Fee percentage and dollar amount of fees to which D&B will receive;

    v. Amount of expenses/costs due to D&B; and

    vi. Documentation for cases that were newly resolved in that reporting period.

h. This reporting continues until all Unresolved Cases are resolved, MMA Future Payments are received, and no omissions or misstatements remain.

i. **D&B's Representations, Warranties and Accountability Regarding the Adversary.**

    i. <u>Spreadsheet Accuracy</u>. The Parties admit that the list of cases included on

the spreadsheets identified below was produced to D&B by MMA in the Adversary Proceeding, and that D&B has reviewed its records to confirm that to the best of its knowledge includes all former MMA Cases. The Parties further acknowledge that, to the best of each Party's respective information, knowledge and belief, the information contained in the spreadsheets exchanged between the parties is true, correct, and complete, subject to the limitations expressly set forth herein.

ii. **Exhibit A** - D&B acknowledges that the settlement of the Adversary was based on the cases identified and the amounts received by D&B in the Former MMA Cases listed in Exhibit A (the **"Former Case Spreadsheet"**). Cases identified in Exhibit B are specifically excluded.

iii. **Exhibit C** – **Unresolved Cases:** D&B represents and warrants that the cases identified in Exhibit C, represents all Unresolved Cases, is complete and accurate to the best of D&Bs information and knowledge.

j. **Reporting, Notice, and Opportunity to Cure.** If D&B later learns of any material omission or material misstatement by D&B in the Unresolved Case Spreadsheet or the Former Case Spreadsheet regarding a Former MMA Case, D&B shall notify MMA within 48 hours of discovery and MMA shall be entitled to one-third (1/3) of attorneys' fees collected by D&B in that matter, such failure will not constitute a material breach of this Sale Agreement. Upon receiving such notice, MMA shall provide D&B with a reasonable opportunity to correct or resolve the issue in good faith by making a payment MMA for its agreed share. The Parties shall use their best efforts to resolve any issues cooperatively without Bankruptcy Court

involvement.

k. **Record Retention.** D&B shall retain all financial records used to calculate the attorneys' fees reflected in the Spreadsheet for two (2) years from the Effective Date and shall produce such documents upon order of the Court.

l. **Representations Under Penalty of Perjury.** All representations made by the Parties in this Agreement are made under penalty of perjury and are subject to the full enforcement powers of the Bankruptcy Court, including, without limitation, sanctions and contempt.

m. **Cooperation by MMA.** MMA agrees to take all reasonable actions necessary to facilitate and expedite the resolution of any payment issues relating to any Former MMA Cases. Such actions may include, without limitation: (a) endorsing any settlement check; (b) agreeing to remove MMA's name from a settlement check; (c) providing written authorization for D&B or its representatives to endorse checks on MMA's behalf; or (d) executing documents necessary to effectuate prompt payment to the client.

3. **MUTUAL RELEASES**

a. Effective upon (i) an order approving this Settlement Agreement; (ii) payment of the Settlement Funds; and (iii) an Order approving dismissal of the Adversary, the Parties, on behalf of itself and its partners, members, agents, and affiliates, hereby fully and irrevocably release each other, and their respective professionals, including attorneys' from any and all claims, demands, causes of action, or liabilities of any kind, whether known or unknown, except those obligations imposed by this Agreement.

b. Nothing in this release shall excuse D&B from performing the additional requirements in this Agreement, including, without limitation, (i) the requirement to provide Quarterly Reports regarding the Unresolved Cases, and (ii) the payment of MMA Future Payments in connection with the Unresolved Cases.

c. The releases set forth herein are mutual and global as between the Parties.

4. **BANKRUPTCY COURT APPROVAL**

a. This Agreement is expressly subject to approval by the Bankruptcy Court.

5. **MISCELLANEOUS MATTERS**

a. All notices under this Agreement shall be in writing and delivered (i) by email AND (ii) by certified mail, return receipt requested, to the addresses below:

    i. **To MMA:**

        MMA Law Firm, PLLC
        Zach Moseley
        1235 N. Loop W, Suite 810
        Houston, TX 77008
        Email: zach@mma-pllc.com

    ii. **To D&B**:

        Daly & Black, P.C.
        Carla R. Delpit
        2211 Norfolk Street, Suite 300
        Houston, TX 77098
        Email: cdelpit@dalyblack.com

b. This Agreement constitutes the entire agreement between the Parties with respect to the subject matter hereof.

c. This Agreement may be executed in counterparts, each of which shall be deemed an original.

**IN WITNESS WHEREOF,** the parties hereto have executed this Agreement as of the date first above written.

**Dated: February 27, 2026.**

**Debtor MMA Law Firm, PLLC**

By: _/s/ John Zachary Moseley_

Name: _John Zachary Moseley_

Title: _____

Date: _2-27-2026_

**Daly & Black, P.C.**

By: _____

Name: _John Scott Black_

Title: _Shareholder_

Date: _2/27/26_