Don't know exactly but that is the word.

Judge Cain has the information.

I'll be there August 8th.

Ex employees are appealing their WDLA additional suspensions.

They won't get far.

*Aug 5, 2023 at 10:21 AM*

They should be an interesting hearing.

*Aug 6, 2023 at 12:38 PM*

Got the James hearing transcript?

No. I'll work on it on the 8th.

*Aug 7, 2023 at 10:48 AM*

Tomorrow should be interesting.  If I was Zach I'd file for bankruptcy today.

*Aug 8, 2023 at 8:11 AM*

Keep me posted today.

*Aug 8, 2023 at 4:26 PM*

Well?

*Aug 8, 2023 at 5:52 PM*

Don't hold out on me. Fill me in.

*Aug 9, 2023 at 8:17 AM*

Give me the first name and phone number of the FBI agent. I talked to James last night. I'm speaking to him again later this morning.

Krista Bradford. HOWEVER please be careful. The whole thing can get blown up if we are considered to work as an agent of the government.

BADGER000030

Monson 025487