## AMENDED WITNESS AND EXHIBIT LIST
### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

### Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |

| **Adversary Case No:** | n/a |
|---|---|
| **Style of Adversary:** | |

| **Does this amend or supplement a previously filed Witness & Exhibit List? If so, state the date and CM/ECF No. of such previous filing.** | | |
|---|---|---|
| | **Yes** | **No** |
| | x | |
| | **Date** | **CM/ECF No.** |
| | 3-23-2026 | 1383 |

| **Hearing/Trial Date:** | April 15, 2026 |
|---|---|
| **Hearing Time:** | 2:00 PM |
| **Party's Name:** | MMA Law Firm, PLLC |
| **Attorney's Name:** | Walker & Patterson, PC - Johnie Patterson and Miriam Goott |
| **Attorney's Phone:** | 713-956-5577 |

| **Nature of Proceeding(s):** | **CM/ECF No.** | **Matter** |
|---|---|---|
| | 1372 | Emergency Motion to Extend the Automatic Stay to John Zachary Moseley |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| **WITNESS LIST** | |
|---|---|
| **Lay Witnesses:** | Zach Moseley |
| | Miriam Goott |
| | EAJF Representative |
| | Brian Zimmerman |

**Form No. 1-100**

Last Revised April 15, 2025

| | |
|---|---|
| **Expert Witnesses:** | |
| | |
| | |
| | |

| | |
|---|---|
| **REBUTTAL/ IMPEACHMENT WITNESSES** | |

| | |
|---|---|
| **Lay Witnesses:** | |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| | |

| | | **FOR COURT USE ONLY** | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| 1. | Docket Family Court Case | | | |
| 2. | Docket in State Court Case | | | |
| 3. | Petition in Intervention | | | |
| 4. | Motion to Retain Filed by EAJF | | | |
| 5. | Email | | | |
| 6. | Docket in BK Case | | | |
| 7. | Order Approving Mediation | | | |
| 8. | Pandit Adversary Docket | | | |
| 9. | Laborde Earles Adversary Docket | | | |
| 10. | Broussard Injury Adversary Docket | | | |
| 11. | Houghtaling Adversary Docket | | | |
| 12. | Hair Shunnarah Adversary Docket | | | |
| 13. | Pate Smith Law Adversary Docket | | | |
| 14. | Complaint – Monson Law | | | |
| 15. | | | | |
| 16. | | | | |

| | | | | |
|---|---|---|---|---|
| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

**Form No. 1-100**

Last Revised April 15, 2025

| 7. | | | | Last Revised April 15, 2025 |
|---|---|---|---|---|
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

**Form No. 1-100**

Last Revised April 15, 2025