**HCDistrictclerk.com**     MOSELEY, JAYNE ELIZABETH vs. MOSELEY, JOHN ZACHARY          3/23/2026

Cause: 202344970          CDI: 7          Court: 245

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 7/19/2023 |
| **Case (Cause) Location** | |
| **Case (Cause) Status** | Bankruptcy |
| **Case (Cause) Type** | DIVORCE WITH CHILDREN |
| **Next/Last Setting Date** | 7/2/2026 |
| **Jury Fee Paid Date** | 6/23/2025 |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 245th |
| **Address** | 201 CAROLINE (Floor: 15) HOUSTON, TX 77002 Phone:7132741245 |
| **JudgeName** | ANGELA LANCELIN |
| **Court Type** | Family |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| MOSELEY, JAYNE ELIZABETH | PLAINTIFF - CIVIL | | NEWMAN, BOBBY KING |
| 4018 MEADOW LAKE LANE, HOUSTON, TX 77027 | | | |
| MOSELEY, JAYNE ELIZABETH | INTERVENOR DEFENDANT | | BLACKBURN, JOHN BENJAMIN |
| 4018 MEADOW LAKE LANE, HOUSTON, TX 77027 | | | |
| MOSELEY, JOHN ZACHARY | DEFENDANT - CIVIL | | |
| 1235 NORTH LOOP W SUITE 810, HOUSTON, TX 77008 | | | |
| EQUAL ACCESS JUSTICE FUND, LP | INTERVENOR PLAINTIFF | | ZIMMERMAN, BRIAN W |

| EAJF ESQ, FUND LP | INTERVENOR PLAINTIFF | PROFFITT, STEPHANIE J. |
|---|---|---|

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 3/10/2026 | EVIDENCE PRESENTED (BENCH HEARING) | | | 0 | | | |
| 3/10/2026 | BENCH HEARING ASSIGNED | | | 0 | | | |
| 3/10/2026 | TEMPORARY HEARING COMPLETED | | | 0 | | | |
| 3/10/2026 | RULING MADE - HEARING COMPLETE | | | 0 | | | |
| 2/25/2026 | FIRST AMENDED ANSWER ORIGINAL PETITION | | | 0 | | BLACKBURN, JOHN BENJAMIN | MOSELEY, JAYNE ELIZABETH |
| 1/29/2026 | ORDER SIGNED SETTING HEARING | 1/29/2026 | | 3 | | | |
| 1/29/2026 | ORDER EXTENDING TEMPORARY RESTRAINING ORDER SIGNED | 1/29/2026 | | 3 | | | |
| 1/28/2026 | SENSITIVE DATA INCLUDED IN DOCUMENT | 1/28/2026 | | 3 | | | |
| 1/28/2026 | ORDER SIGNED GRANTING AGREEMENT PER RULE 11 | 1/28/2026 | | 3 | | | |
| 1/22/2026 | ORDER SIGNED GRANTING TEMPORARY RESTRAINING ORDER | 1/22/2026 | | 4 | | | |
| 1/22/2026 | ORDER SIGNED SETTING HEARING | 1/22/2026 | | 4 | | | |
| 1/7/2026 | ANSWER INTERVENTION | | | 0 | | BLACKBURN, JOHN BENJAMIN | MOSELEY, JAYNE ELIZABETH |
| 9/29/2025 | SENSITIVE DATA INCLUDED IN DOCUMENT | 9/29/2025 | | 4 | | | |
| 9/29/2025 | ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED | 9/29/2025 | | 4 | | | |
| 9/22/2025 | ORDER GRANTING WITHDRAWAL OF ATTORNEY SIGNED | 9/22/2025 | | 4 | | | |
| 7/21/2025 | NOTICE APPEARANCE | | | 0 | | PROFFITT, STEPHANIE J. | EAJF ESQ, FUND LP |
| 7/18/2025 | FIRST AMENDED ORIGINAL PETITION | | | 0 | | ZIMMERMAN, BRIAN W | EQUAL ACCESS JUSTICE FUND, LP |
| 6/20/2025 | INTERVENTION | | | 0 | | ZIMMERMAN, BRIAN W | EAJF ESQ, FUND LP |
| 6/20/2025 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 6/20/2025 | INTERVENTION | | | 0 | | ZIMMERMAN, BRIAN W | EQUAL ACCESS JUSTICE FUND, LP |
| 6/20/2025 | JURY FEE PAID (TRCP 216) | | | 0 | | | |

| Date | Description | Date | Num | Filing Party | Opposing Party |
|---|---|---|---|---|---|
| 4/14/2025 | BANKRUPTCY PROCEEDINGS, CASE ON HOLD | | 0 | | |
| 3/31/2025 | ORDER SIGNED GRNTNG PROTECTION | 3/31/2025 | 1 | | |
| 3/31/2025 | SENSITIVE DATA INCLUDED IN DOCUMENT | 3/31/2025 | 1 | | |
| 9/23/2024 | SECOND AMENDED ORIGINAL PETITION | | 0 | NEWMAN, BOBBY KING | MOSELEY, JAYNE ELIZABETH |
| 9/23/2024 | ORDER SIGNED GRANTING AGREEMENT PER RULE 11 | 9/23/2024 | 2 | | |
| 9/11/2024 | ORDER SIGNED GRANTING AGREEMENT PER RULE 11 | 9/11/2024 | 2 | | |
| 6/7/2024 | ORDER SIGNED GRNTNG PROTECTION | 6/7/2024 | 1 | | |
| 6/7/2024 | SENSITIVE DATA INCLUDED IN DOCUMENT | 6/7/2024 | 1 | | |
| 4/10/2024 | JURY FEE PAID (TRCP 216) | | 0 | | |
| 8/9/2023 | ANSWER ORIGINAL PETITION | | 0 | FLYNN, KATIE LEIGH | MOSELEY, JOHN ZACHARY |
| 7/27/2023 | ORDER SIGNED SETTING HEARING | 7/27/2023 | 8 | | |
| 7/27/2023 | ORDER SIGNED GRANTING TEMPORARY RESTRAINING ORDER | 7/27/2023 | 8 | | |
| 7/20/2023 | AMENDED ORIGINAL PETITION | | 0 | NEWMAN, BOBBY KING | MOSELEY, JAYNE ELIZABETH |
| 7/19/2023 | ORIGINAL PETITION | | 0 | NEWMAN, BOBBY KING | MOSELEY, JAYNE ELIZABETH |
| | SENSITIVE DATA DOCUMENT | 1/29/2026 | 3 | | |
| | SENSITIVE DATA DOCUMENT | 1/22/2026 | 4 | | |
| | SENSITIVE DATA DOCUMENT | 9/22/2025 | 4 | | |
| | SENSITIVE DATA DOCUMENT | 7/27/2023 | 8 | | |
| | SENSITIVE DATA DOCUMENT | 9/11/2024 | 2 | | |
| | SENSITIVE DATA DOCUMENT | 9/23/2024 | 2 | | |

## SETTINGS

| Date | Court Post Jdgm | Docket Type | Reason | Results | Comments | Requesting Party |
|---|---|---|---|---|---|---|
| 8/22/2023 09:00 AM | 245 | Show Cause Docket (Family) | TEMPORARY RESTRAINING ORDER (MOTION FOR) | Passed - No Appearance | NO CALL / NO SHOW | NEWMAN, BOBBY KING |
| 3/05/2024 09:00 AM | 245 | Show Cause Docket (Family) | TEMPORARY INJUNCTION (MOTION FOR) | Passed | 3/5 @ 8:59A PER ATY NEWMAN | NEWMAN, BOBBY KING |
| 3/26/2024 09:00 AM | 245 | Show Cause Docket (Family) | TEMPORARY INJUNCTION (MOTION FOR) | Re-Set | 1/16 @ 2:44P PER ATY NEWMAN | NEWMAN, BOBBY KING |
| 6/10/2024 08:30 AM | 245 | Family Trial Docket | TRIAL ON MERITS (MOTION FOR) | Re-Set | FOR JURY TRIAL SETTING | |
| 9/26/2024 10:00 AM | 245 | Pre-Trial Conference | PRE TRIAL CONFERENCE (MOTION FOR)(NO TCR) | Re-Set | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | (Family) | | | |
| 10/11/2024 08:00 AM | 245 | Family Trial Docket | TRIAL ON MERITS (MOTION FOR) | Re-Set | | |
| 4/17/2025 10:00 AM | 245 | Show Cause Docket (Family) | CONTINUANCE (MOTION FOR) (FAMILY) | Hearing Held | | FLYNN, KATIE LEIGH |
| 4/17/2025 10:00 AM | 245 | Pre-Trial Conference (Family) | PRE TRIAL CONFERENCE (MOTION FOR)(NO TCR) | Hearing Held | | |
| 4/17/2025 10:00 AM | 245 | Pre-Trial Conference (Family) | PRE TRIAL CONFERENCE (MOTION FOR)(NO TCR) | Hearing Held | | |
| 4/21/2025 08:00 AM | 245 | Submission Docket | CONTINUANCE (MOTION FOR) (FAMILY) | Passed | PER ATY FLYNN 4/8 | FLYNN, KATIE LEIGH |
| 4/28/2025 08:00 AM | 245 | Family Trial Docket | TRIAL ON MERITS (MOTION FOR) | Re-Set | | |
| 4/28/2025 08:00 AM | 245 | Family Trial Docket | TRIAL ON MERITS (MOTION FOR) | Re-Set | | |
| 5/14/2025 09:00 AM | 245 | Show Cause Docket (Family) | TEMPORARY INJUNCTION (MOTION FOR) | Hearing Held | | FLYNN, KATIE LEIGH |
| 7/02/2025 01:30 PM | 245 | Pre-Trial Conference (Family) | PRE TRIAL CONFERENCE (MOTION FOR)(NO TCR) | Hearing Held | | |
| 7/14/2025 08:00 AM | 245 | Submission Docket | WITHDRAW DEEMED ADMISSIONS (MOTION TO) | Passed | | FLYNN, KATIE LEIGH |
| 7/14/2025 08:00 AM | 245 | Submission Docket | CONTINUANCE (MOTION FOR) (FAMILY) | Passed | | FLYNN, KATIE LEIGH |
| 7/21/2025 08:00 AM | 245 | Family Trial Docket | TRIAL ON MERITS (MOTION FOR) | Passed | TO RESUME | |
| 7/21/2025 08:00 AM | 245 | Show Cause Docket (Family) | STRIKE PLEADING (MOTION TO) (TRCP 168) | Passed | | NELAN, ERNESTINA M. |
| 7/22/2025 08:00 AM | 245 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | Passed | TO RESUME | |
| 7/23/2025 08:00 AM | 245 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | Passed | | |
| 7/24/2025 08:00 AM | 245 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | Passed | | |
| 7/25/2025 08:00 AM | 245 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | Passed | | |
| 9/22/2025 08:00 AM | 245 | Submission Docket | WITHDRAWAL OF ATTORNEY OF RECORD (MOTION FOR) | Granted | | FLYNN, KATIE LEIGH |
| 9/29/2025 01:30 PM | 245 | Show Cause Docket (Family) | STRIKE PLEADING (MOTION TO) (TRCP 168) | Hearing Held | | YORK, DOUGLAS RAY |
| 1/02/2026 01:30 PM | 245 | Show Cause Docket (Family) | COMPEL PRODUCTION (MOTION TO) | Set In Error | | ZIMMERMAN, BRIAN WEIL |
| 1/16/2026 01:30 PM | 245 | Show Cause Docket (Family) | COMPEL PRODUCTION (MOTION TO) | Hearing Held | | ZIMMERMAN, BRIAN W |
| 1/28/2026 09:00 AM | 245 | Show Cause Docket (Family) | DISSOLVE TRO (MOTION TO) | Denied | | YORK, DOUGLAS RAY |

| 1/28/2026 09:00 AM | 245 | Show Cause Docket (Family) | TEMPORARY RESTRAINING ORDER (MOTION FOR) | Re-Set | | ZIMMERMAN, BRIAN W |
| 2/27/2026 01:30 PM | 245 | Show Cause Docket (Family) | COMPEL PRODUCTION (MOTION TO) | | | ZIMMERMAN, BRIAN W |
| 3/10/2026 10:00 AM | 245 | Show Cause Docket (Family) | TEMPORARY RESTRAINING ORDER (MOTION FOR) | Hearing Held | | ZIMMERMAN, BRIAN W |
| 3/20/2026 08:00 AM | 245 | Submission Docket | ENTRY OF TEMPORARY ORDERS (MOTION FOR) | Passed | | |
| 7/02/2026 10:00 AM | 245 | Pre-Trial Conference (Family) | PRE TRIAL CONFERENCE (MOTION FOR)(NO TCR) | | | |
| 7/13/2026 08:00 AM | 245 | Family Trial Docket | TRIAL ON MERITS (MOTION FOR) | | | |
| 7/14/2026 09:00 AM | 245 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | | | |
| 7/15/2026 09:00 AM | 245 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | | | |
| 7/20/2026 08:00 AM | 245 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | | | |
| 7/21/2026 08:00 AM | 245 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | | | |
| 7/22/2026 08:00 AM | 245 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | | | |
| 7/23/2026 08:00 AM | 245 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | | | |
| 7/24/2026 08:00 AM | 245 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | | | |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | MOSELEY, JOHN ZACHARY | 7/19/2023 | 7/24/2023 | 7/27/2023 | | 7/30/2023 | 83094244 | E-MAIL |
| TEMPORARY RESTRAINING ORDER | SERVICE RETURN/EXECUTED | TEMPORARY RESTRAINING ORDER | MOSELEY, JOHN ZACHARY | 7/19/2023 | 7/27/2023 | 7/27/2023 | | 7/30/2023 | 83094245 | E-MAIL |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | | MOSELEY, JAYNE ELIZABETH | 1/21/2026 | 1/27/2026 | | | | 83229354 | E-MAIL |

4018 MEADOW LAKE LANE HOUSTON TX 77027

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| TEMPORARY RESTRAINING ORDER | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | TEMPORARY RESTRAINING ORDER | MOSELEY, JAYNE ELIZABETH | 1/21/2026 | 1/27/2026 | | | | 83229355 | E-MAIL |

4018 MEADOW LAKE LANE HOUSTON TX 77027

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | SCHEDULING ORDER and NOTICE OF INTENT TO DISMISS-JCVO09 | | 03/18/2026 | 10 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Proposed Order on Intervenor's Motion for Temporary Injunction | | 03/17/2026 | 12 |
| restricted | Proposed Order on Intervenor's Motion for Temporary Injunction | | 03/17/2026 | 10 |
| restricted | Intervenor's Response in Opposition to Petitioner's Motion to Quash Subpoena Duces Tecum and Request for Sanctions | | 03/10/2026 | 6 |
| restricted | Jayne Elizabeth's Moseley's Response to Intervenor's Application for Temporary Injunction | | 03/10/2026 | 5 |
| restricted | Defendants Response to Intervenors' Application for Temporary Injunctions | | 03/09/2026 | 10 |
| restricted | Petitioner's Motion to Quash Subpoena Duces Tecum and Request for Sanctions | | 03/09/2026 | 7 |
| ·> restricted | Exhibit JM-1 | | 03/09/2026 | 4 |
| restricted | Return of Service | | 03/06/2026 | 5 |
| restricted | Intervenor's Amended Exhibit List for Temporary Injunction Hearing | | 03/05/2026 | 7 |
| restricted | Intervenors' 193.7 Notice | | 03/04/2026 | 4 |
| restricted | Rule 203 Certification | | 03/02/2026 | 3 |
| restricted | Deputy Reporter Statement | | 02/27/2026 | 1 |
| restricted | Defendants Response to Intervenors' Second Motion to Compel | | 02/26/2026 | 5 |
| restricted | Defendant's First Amended Answer and Affirmative Defenses | | 02/25/2026 | 8 |
| restricted | Intervenor's Motion to Compel Expert Disclosures and Responses to Deposition on Written Questions to Hancock Firm, LLC, and Response to Motion to Quash | | 02/24/2026 | 8 |
| restricted | Exhibit A-Intervenor's Rule 194 Requests for Disclosure to Petitioner | | 02/24/2026 | 2 |
| restricted | Exhibit B- Notice of Intention to Take Deposition by Written Questions | | 02/24/2026 | 11 |
| restricted | Proposed Order on Intervenor's Motion to Compel Expert Disclosures & Responses to Deposition on Written Questions to Hancock Firm, LLC | | 02/24/2026 | 2 |
| restricted | Petitioner's Motion to Quash Deposition on Written Questions Upon the Hancock Firm, LLC. | | 02/19/2026 | 5 |
| ·> restricted | Exhibit A | | 02/19/2026 | 14 |
| restricted | Intervenors' Response to Petitioner's Motion to Quash Deposition and Request for Sanctions | | 02/16/2026 | 9 |
| ·> restricted | Exhibit A | | 02/16/2026 | 8 |
| ·> restricted | Proposed Order Denying Petitioner's Motion to Quash Deposition and Request for Sanctions | | 02/16/2026 | 2 |
| restricted | Notice of Hearing | | 02/13/2026 | 1 |
| restricted | Petitioner's Motion to Quash Depositions and Request for Sanctions | | 02/11/2026 | 6 |
| restricted | Intervenor's Second Motion to Compel | | 02/11/2026 | 8 |
| ·> restricted | Exhibit A | | 02/11/2026 | 15 |
| ·> restricted | Exhibit B | | 02/11/2026 | 29 |
| ·> restricted | Exhibit C | | 02/11/2026 | 224 |
| ·> restricted | Proposed Order on Intervenor's Second Motion to Compel | | 02/11/2026 | 2 |
| restricted | Notice of Intention to Take Deposition by Written Questions | | 02/03/2026 | 11 |
| restricted | SENSITIVE DATA DOCUMENT | | 01/29/2026 | 3 |
| | ORDER EXTENDING TEMPORARY RESTRAINING ORDER SIGNED | | 01/29/2026 | |
| | ORDER SIGNED SETTING HEARING | | 01/29/2026 | |
| restricted | Return of Service | | 01/28/2026 | 2 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Return of Service | | 01/28/2026 | 2 |
| restricted | Return of Service | | 01/28/2026 | 2 |
| restricted | SENSITIVE DATA INCLUDED IN DOCUMENT | | 01/28/2026 | 3 |
| | ORDER SIGNED GRANTING AGREEMENT PER RULE 11 | | 01/28/2026 | |
| restricted | Response to Jayne Moseley's Emergency Motion to Dissolve Ex Parte Temporary Restraining Order | | 01/27/2026 | 13 |
| ·> restricted | Exhibit A | | 01/27/2026 | 10 |
| ·> restricted | Exhibit B | | 01/27/2026 | 2 |
| ·> restricted | Exhibit C | | 01/27/2026 | 11 |
| ·> restricted | Exhibit D | | 01/27/2026 | 11 |
| ·> restricted | Proposed Order Denying Emergency Motion to Dissolve Temporary Restraining Order | | 01/27/2026 | 2 |
| restricted | Intervenor's Exhibit List for Temporary Injunction Hearing | | 01/27/2026 | 5 |
| restricted | Subpoena Duces Tecum to Non-Party | | 01/27/2026 | 3 |
| ·> restricted | Response to Subpoena Duces Tecum | | 01/27/2026 | 2 |
| restricted | Emergency Motion to Dissolve Ex Parte Temporary Restraining Order | | 01/26/2026 | 17 |
| restricted | Motion for Remote Appearance and Witness Testimony by Zoom | | 01/26/2026 | 5 |
| ·> restricted | Proposed Granting Motion for Remote Appearance and Witness Testimony by Zoom | | 01/26/2026 | 1 |
| restricted | Intervenor's Emergency Motion to Extend Temporary Order | | 01/26/2026 | 6 |
| ·> restricted | Exhibit A | | 01/26/2026 | 2 |
| ·> restricted | Proposed Order Extending Temporary Restraining Order | | 01/26/2026 | 3 |
| restricted | Notice of Conflicting Engagement | | 01/23/2026 | 3 |
| restricted | Request for Issuance of Service | | 01/23/2026 | 2 |
| restricted | Notice of Hearing | | 01/22/2026 | 2 |
| restricted | SENSITIVE DATA DOCUMENT | | 01/22/2026 | 4 |
| | ORDER SIGNED GRANTING TEMPORARY RESTRAINING ORDER | | 01/22/2026 | |
| | ORDER SIGNED SETTING HEARING | | 01/22/2026 | |
| restricted | Verified Second Amended Petition in Intervention and Application for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction Against Jayne Moseley, Only | | 01/21/2026 | 16 |
| ·> restricted | Amended Affidavit of David Childers in Support of Second Amended Petition in Intervention and Application for Temporary Restraining Order | | 01/21/2026 | 2 |
| ·> restricted | Exhibit A-1 | | 01/21/2026 | 76 |
| ·> restricted | Exhibit A-2 | | 01/21/2026 | 75 |
| ·> restricted | Exhibit A-3 | | 01/21/2026 | 6 |
| ·> restricted | Exhibit A-4 | | 01/21/2026 | 8 |
| ·> restricted | Exhibit A-5 | | 01/21/2026 | 76 |
| ·> restricted | Exhibit A-6 | | 01/21/2026 | 8 |
| ·> restricted | Exhibit A-7 | | 01/21/2026 | 16 |
| ·> restricted | Exhibit B | | 01/21/2026 | 15 |
| ·> restricted | Exhibit C | | 01/21/2026 | 8 |
| ·> restricted | Proposed Emergency Ex Parte Temporary Restraining Order and Order Setting Hearing for Temporary Orders | | 01/21/2026 | 4 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Intervenor's Supplemental Certificate of Conference Regarding Motion to Compel Discovery Responses, for Attorney's Fees, and for Conditional Sanctions | | 01/14/2026 | 4 |
| ·> restricted | Exhibit A | | 01/14/2026 | 2 |
| restricted | Defendant's Original Answer and Affirmative Defenses | | 01/07/2026 | 8 |
| restricted | Verification of Inventory and Appraisement | | 12/30/2025 | 11 |
| restricted | Notice of Court Proceeding | | 12/04/2025 | 4 |
| restricted | Notice of Hearing | | 12/02/2025 | 2 |
| restricted | Videotaped Deposition of John Zachary Moseley | | 12/02/2025 | 6 |
| restricted | Binding Settlement Agreement-Temporary Orders | | 12/02/2025 | 11 |
| restricted | Intervenor's Motion to Compel Discovery Responses, for Attorney's Fees, and for Conditional Sanctions | | 11/21/2025 | 8 |
| ·> restricted | Exhibit A | | 11/21/2025 | 9 |
| ·> restricted | Exhibit B | | 11/21/2025 | 10 |
| ·> restricted | Exhibit C | | 11/21/2025 | 8 |
| ·> restricted | Exhibit D | | 11/21/2025 | 20 |
| ·> restricted | Exhibit E | | 11/21/2025 | 5 |
| ·> restricted | Exhibit F | | 11/21/2025 | 2 |
| ·> restricted | Proposed Order on Intervenor's Motion to Compel Discovery Response | | 11/21/2025 | 2 |
| restricted | Petitioner's Certificate of Written Discovery | | 10/31/2025 | 3 |
| restricted | Petitioner's Certificate of Written Discovery | | 10/31/2025 | 3 |
| restricted | Proposed Agreed Temporary Orders | | 10/20/2025 | 50 |
| restricted | Return Notice of Activity | | 10/09/2025 | 2 |
| restricted | SENSITIVE DATA INCLUDED IN DOCUMENT ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED | | 09/29/2025 09/29/2025 | 4 |
| restricted | Intervenor's First Supplemental Objection and Response to Petitioner Jayne Moseley's Motion to Strike First Amended Petition in Intervention | | 09/26/2025 | 11 |
| restricted | Intervenors' Response in Opposition to Jayne Moseley's Motion to Equitably Toll Homestead Exemption | | 09/25/2025 | 10 |
| ·> restricted | Exhibit A | | 09/25/2025 | 5 |
| ·> restricted | Exhibit B-1 | | 09/25/2025 | 75 |
| ·> restricted | Exhibit B-2 | | 09/25/2025 | 74 |
| ·> restricted | Exhibit B-3 | | 09/25/2025 | 75 |
| ·> restricted | Proposed Order Denying Jayne Moseley's Motion to Equitably Toll Homestead Exemption | | 09/25/2025 | 1 |
| restricted | SENSITIVE DATA DOCUMENT ORDER GRANTING WITHDRAWAL OF ATTORNEY SIGNED | | 09/22/2025 09/22/2025 | 4 |
| restricted | Notice of Court Proceeding by Submission | | 09/10/2025 | 3 |
| restricted | Notice of Hearing | | 09/10/2025 | 2 |
| restricted | Notice to Pass Hearing | | 09/08/2025 | 1 |
| restricted | Notice of Hearing | | 09/08/2025 | 2 |
| restricted | Proposed First Amended Order on Motion for Withdrawal of Counsel | | 09/02/2025 | 4 |
| restricted | Notice of Court Proceeding by Submission | | 09/02/2025 | 3 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Signed Agreed Order on Jayne Moseleys Emergency Motion for Entry of Order Confirming the Absence of Stay | | 08/27/2025 | 2 |
| restricted | Notice of Court Proceeding | | 08/26/2025 | 4 |
| restricted | Proposed Order on Motion for Substitution of Counsel | | 08/26/2025 | 3 |
| restricted | Motion to Set Trial | | 08/25/2025 | 4 |
| restricted | Motion for Enforcement (Non-Contempt) of Binding Settlement Agreement-Temporary Orders | | 08/25/2025 | 10 |
| ·> restricted | Executed BSA - Temporary Order | | 08/25/2025 | 8 |
| restricted | Motion to Equitably Toll Homestead Exemption | | 08/25/2025 | 7 |
| ·> restricted | Proposed Order on Motion to Equitably Toll Homestead Exemption | | 08/25/2025 | 4 |
| restricted | Motion to Enter Temporary Orders | | 08/25/2025 | 4 |
| restricted | Entry of Appearance | | 08/04/2025 | 4 |
| restricted | Motion for Substitution of Counsel | | 08/04/2025 | 4 |
| restricted | Notice of Bankruptcy Order | | 07/24/2025 | 6 |
| restricted | Motion for Distribution of Funds Held in Trust | | 07/24/2025 | 5 |
| restricted | Intervenor's Objection and Response to Jayne Moseley's Motion to Strike First Amended Petition in Intervention | | 07/21/2025 | 13 |
| ·> restricted | Exhibit A | | 07/21/2025 | 15 |
| ·> restricted | Exhibit B | | 07/21/2025 | 3 |
| ·> restricted | Exhibit C | | 07/21/2025 | 3 |
| ·> restricted | Proposed Order Denying Jayne Moseley's Motion to Strike First Amended Petition in Intervention | | 07/21/2025 | 1 |
| restricted | Intervenor's Motion for Continuance; or Alternatively, Motion to Bifurcate | | 07/21/2025 | 8 |
| ·> restricted | Exhibit 1 | | 07/21/2025 | 3 |
| ·> restricted | Proposed Order Granting Intervenor's Motion for Continuance; or Alternatively, Motion to Bifurcate | | 07/21/2025 | 1 |
| restricted | Appearance of Co-Counsel | | 07/21/2025 | 3 |
| restricted | Notice of Conflicting Engagements and Motion for Relief | | 07/21/2025 | 4 |
| restricted | Jayne Moseley's Motion to Strike First Amended Petition in Intervention | | 07/21/2025 | 17 |
| restricted | First Amended Petition in Intervention | | 07/18/2025 | 15 |
| ·> restricted | Exhibit A-1 | | 07/18/2025 | 76 |
| ·> restricted | Exhibit A-2 | | 07/18/2025 | 75 |
| ·> restricted | Exhibit A-3 | | 07/18/2025 | 6 |
| ·> restricted | Exhibit A-4 | | 07/18/2025 | 8 |
| ·> restricted | Exhibit A-5 | | 07/18/2025 | 76 |
| ·> restricted | Exhibit A-6 | | 07/18/2025 | 8 |
| ·> restricted | Exhibit A-7 | | 07/18/2025 | 16 |
| ·> restricted | Exhibit B | | 07/18/2025 | 15 |
| ·> restricted | Exhibit C | | 07/18/2025 | 8 |
| restricted | Bench Brief in Support of Second Motion for Withdrawal of Counsel, Motion for in Camera Hearing and Motion to Reconsider Motion for Continuance | | 07/17/2025 | 5 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Second Motion for Withdrawal of Counsel, Motion for in Camera Hearing and Motion to Reconsider Motion for Continuance | | 07/16/2025 | 9 |
| restricted | Notice of Court Proceeding | | 07/16/2025 | 3 |
| restricted | Proposed Amended Order on Motion for Continuance | | 07/14/2025 | 2 |
| restricted | Petitioner's Notice of Filing Sworn Inventory & Proposed Property Division | | 07/11/2025 | 14 |
| restricted | Jayne Moseley's Amended Motion to Strike Petition in Intervention and First Amended Petition in Intervention | | 07/08/2025 | 13 |
| restricted | Jayne Moseley's Motion to Strike First Amended Petition in Intervention | | 07/07/2025 | 12 |
| restricted | Notice of Hearing | | 07/03/2025 | 1 |
| restricted | Notice of Court Proceeding by Submission | | 07/02/2025 | 3 |
| restricted | Motion for Continuance | | 07/02/2025 | 4 |
| ·> restricted | Proposed Order on Motion for Continuance | | 07/02/2025 | 1 |
| restricted | Notice of Court Proceeding by Submission | | 07/02/2025 | 3 |
| restricted | Notice of Court Proceeding | | 06/30/2025 | 3 |
| restricted | Proposed Order on Motion for Withdrawal of Counsel | | 06/27/2025 | 3 |
| restricted | Motion for Withdrawal of Counsel | | 06/27/2025 | 6 |
| ·> restricted | Proposed Order for Withdrawal of Counsel | | 06/27/2025 | 3 |
| restricted | Notice of Stay | | 06/27/2025 | 3 |
| ·> restricted | Exhibit 1 | | 06/27/2025 | 2 |
| restricted | Notice of Vacation Schedule and Request to Reset | | 06/27/2025 | 3 |
| ·> restricted | Exhibit 1 | | 06/27/2025 | 5 |
| restricted | SCHEDULING ORDER and NOTICE OF INTENT TO DISMISS-JCVO09 | | 06/25/2025 | 4 |
| restricted | Petition In Intervention | | 06/20/2025 | 16 |
| ·> restricted | Exhibit A | | 06/20/2025 | 6 |
| ·> restricted | Exhibit A-1 | | 06/20/2025 | 76 |
| ·> restricted | Exhibit A-2 | | 06/20/2025 | 75 |
| ·> restricted | Exhibit A-4 | | 06/20/2025 | 8 |
| ·> restricted | Exhibit A-5 | | 06/20/2025 | 76 |
| ·> restricted | Exhibit A-6 | | 06/20/2025 | 8 |
| ·> restricted | Exhibit B | | 06/20/2025 | 14 |
| ·> restricted | Exhibit C | | 06/20/2025 | 7 |
| restricted | Rule 11 Agreement | | 06/20/2025 | 2 |
| restricted | Rule 11 Agreement | | 05/27/2025 | 2 |
| restricted | Notice of Filing of Order Confirming the Absence of Stay | | 05/21/2025 | 3 |
| ·> restricted | Exhibit A | | 05/21/2025 | 2 |
| restricted | Respondent, John Zachary Mosely's Pretrial Disclosures | | 05/16/2025 | 8 |
| restricted | Petitioner's Pretrial Disclosures | | 05/16/2025 | 13 |
| restricted | Notice of Hearing | | 05/09/2025 | 2 |
| restricted | Rule 11 Agreement | | 05/09/2025 | 2 |
| restricted | Notice of Court Proceeding | | 05/09/2025 | 3 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Opposed Motion to Compel Depositions | | 05/09/2025 | 5 |
| restricted | Notice of Court Proceeding | | 05/09/2025 | 3 |
| restricted | Amended Notice of Court Proceeding | | 05/09/2025 | 3 |
| restricted | Amended Request to Amend Attorney Vacation Designation | | 05/07/2025 | 4 |
| ·> restricted | Proposed Amended Order Amending Attorney Vacation Designation | | 05/07/2025 | 2 |
| restricted | Respondent's Motion for Distribution of Funds Held in Trust for Payment of Interim Attorney and Expert Fees and Expenses | | 05/07/2025 | 6 |
| restricted | Motion to Quash Notice of Intent to Take Oral Deposition of Jayne Elizabeth Moseley | | 05/02/2025 | 4 |
| restricted | Request to Amend Attorney Vacation Designation | | 05/01/2025 | 4 |
| ·> restricted | Exhibit 01 | | 05/01/2025 | 3 |
| ·> restricted | Exhibit 02 | | 05/01/2025 | 12 |
| ·> restricted | Proposed Order Amending Attorney Vacation Designation | | 05/01/2025 | 2 |
| restricted | Petitioner's Notice of Filing Financial Information Statement | | 04/25/2025 | 5 |
| restricted | Petitioner's Notice of Filing Sworn Inventory & Proposed Property Division | | 04/25/2025 | 13 |
| restricted | Petitioner's Trial Witness List | | 04/25/2025 | 3 |
| restricted | Proposed Petitioners Motion and Order in Limine | | 04/25/2025 | 7 |
| restricted | Notice of Filing of Proposed Parenting Plan and Proposed Child Support Obligations | | 04/25/2025 | 3 |
| ·> restricted | Exhibit A | | 04/25/2025 | 15 |
| ·> restricted | Exhibit B | | 04/25/2025 | 2 |
| restricted | Petitioner's Trial Exhibit List | | 04/25/2025 | 7 |
| restricted | John Zachary Moseley's Notice of Bankruptcy and Motion to Stay Divorce Proceeding | | 04/14/2025 | 6 |
| restricted | Notice of Court Proceeding | | 04/14/2025 | 3 |
| restricted | Respondent's Pretrial Disclosures | | 04/11/2025 | 12 |
| restricted | Notice of Court Proceeding | | 04/09/2025 | 3 |
| restricted | Notice of Hearing | | 04/08/2025 | 1 |
| restricted | Opposed Motion for Continuance | | 03/31/2025 | 4 |
| restricted | SENSITIVE DATA INCLUDED IN DOCUMENT ORDER SIGNED GRNTNG PROTECTION | | 03/31/2025 03/31/2025 | 1 |
| restricted | Rule 11 Agreement | | 03/28/2025 | 2 |
| restricted | SCHEDULING ORDER and NOTICE OF INTENT TO DISMISS-JCVO09 | | 10/01/2024 | 4 |
| restricted | Joint Motion for Continuance and Notice of Conflicting Engagement | | 09/25/2024 | 6 |
| ·> restricted | Exhibit A | | 09/25/2024 | 4 |
| restricted | Proposed Agreed Order on Motion for Continuance | | 09/25/2024 | 1 |
| restricted | SENSITIVE DATA DOCUMENT ORDER SIGNED GRANTING AGREEMENT PER RULE 11 | | 09/23/2024 09/23/2024 | 2 |
| restricted | Respondent's Pretrial Disclosures | | 09/23/2024 | 11 |
| restricted | Second Amended Petition for Divorce | | 09/23/2024 | 13 |
| restricted | Proposed Rule 11 Agreement | | 09/18/2024 | 2 |
| restricted | SENSITIVE DATA DOCUMENT ORDER SIGNED GRANTING AGREEMENT PER RULE 11 | | 09/11/2024 09/11/2024 | 2 |

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| restricted | Proposed Rule 11 Agreement | | 09/10/2024 | 2 |
| restricted | SCHEDULING ORDER and NOTICE OF INTENT TO DISMISS-JCVO09 | | 06/24/2024 | 4 |
| restricted | SENSITIVE DATA INCLUDED IN DOCUMENT | | 06/07/2024 | 1 |
| | ORDER SIGNED GRNTNG PROTECTION | | 06/07/2024 | |
| restricted | Rule 11 Agreement | | 05/24/2024 | 3 |
| restricted | Rule 11 Agreement | | 05/10/2024 | 2 |
| restricted | Request for Jury Trial | | 04/10/2024 | 3 |
| restricted | SCHEDULING ORDER and NOTICE OF INTENT TO DISMISS-JCVO09 | | 04/08/2024 | 4 |
| restricted | Petitioner's Temporary Orders Hearing Exhibit List | | 03/04/2024 | 4 |
| restricted | John Zachary Moseley's Summary of Requested Relief on Temporary Orders | | 03/04/2024 | 6 |
| restricted | Exhibit List for Respondent, John Zachary Moseley Temporary Order March 5, 2024 | | 03/04/2024 | 4 |
| restricted | Amended Respondent's Exhibit List | | 03/04/2024 | 4 |
| restricted | Rule 11 Agreement | | 02/29/2024 | 2 |
| restricted | Motion for Temporary Orders | | 02/29/2024 | 8 |
| restricted | Notice of Court Proceeding On Respondents Request For Temporary Orders | | 02/29/2024 | 3 |
| restricted | Proposed Rule 11 Agreement-Discovery | | 02/01/2024 | 3 |
| restricted | Notice to Reset Hearing | | 01/25/2024 | 1 |
| restricted | Notice of Intention to Take the Oral and Videotaped Deposition of John Zachary Moseley | | 01/22/2024 | 3 |
| restricted | Notice of Court Proceeding | | 01/22/2024 | 3 |
| restricted | Motion to Quash Deposition of John Zachary Moseley | | 01/12/2024 | 4 |
| ·> restricted | Exhibit 01: Notice of Intention to Take Oral and Videotaped Deposition of John Zachary Moseley | | 01/12/2024 | 2 |
| restricted | Notice of Hearing | | 01/11/2024 | 1 |
| restricted | Notice of Intention to Take the Oral and Videotaped Deposition of John Zachary Moseley | | 01/11/2024 | 3 |
| restricted | Motion for Temporary Orders | | 01/09/2024 | 6 |
| restricted | Original Counter-Petition for Divorce | | 08/30/2023 | 9 |
| restricted | Respondent, John Zachary Moseley's Original Answer | | 08/09/2023 | 4 |
| restricted | Citation/ Temporary Restraining Order Return Executed | | 07/31/2023 | 5 |
| restricted | SENSITIVE DATA DOCUMENT | | 07/27/2023 | 8 |
| | ORDER SIGNED GRANTING TEMPORARY RESTRAINING ORDER | | 07/27/2023 | |
| | ORDER SIGNED SETTING HEARING | | 07/27/2023 | |
| restricted | Proposed Amended Temporary Restraining Order and Order Setting Hearing for Temporary Orders | | 07/26/2023 | 8 |
| ·> restricted | Notice of Court Proceeding | | 07/26/2023 | 2 |
| restricted | Notice of Hearing | | 07/21/2023 | 1 |
| restricted | Notice of Court Proceeding | | 07/21/2023 | 3 |
| restricted | Amended Original Petition for Divorce | | 07/20/2023 | 11 |
| restricted | Proposed Amended Temporary Restraining order and Order Setting Hearing for Temporary Orders | | 07/20/2023 | 8 |
| restricted | Civil Process Request Form | | 07/20/2023 | 3 |
| restricted | Proposed mAmended Temporary Restraining Order and Order Setting Hearing for Temporary Orders | | 07/20/2023 | 8 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Original Petition for Divorce | | 07/19/2023 | 11 |
| ·> restricted | Civil process request form | | 07/19/2023 | 2 |
| ·> restricted | Proposed Temporary Restraining Order and order setting hearing for temporary orders | | 07/19/2023 | 7 |