IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | |
| IN RE | § | Chapter 11 |
| | § | |
| MMA Law Firm, PLLC | § | Case No. 24-31596 |
| | § | |
| DEBTOR | § | |
| | § | |

**DEBTOR'S EMERGENCY MOTION TO STRIKE EQUAL ACCESS JUSTICE FUND L.P. AND EAJF ESQ FUND, LP'S WITNESS AND EXHIBIT LIST**

**THIS APPLICATION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE APPLICATION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.**

**IF YOU OPPOSE THE APPLICATION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE APPLICATION AT THE HEARING.**

**EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**The Debtor respectfully requests that a hearing on this Emergency Motion be scheduled concurrently with the hearing on the Debtor's Motion to Extend the Automatic Stay to John Zachary Moseley, which is currently set for April 15, 2026, at 2:00 p.m.**

**TO THE HONORABLE CHIEF UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW,** MMA Law Firm, PLLC. ("**Debtor")** files this *Emergency Motion to Strike Equal Access Justice Fund LP and EAJF ESQ Fund, LP's Witness and Exhibit List,* and respectfully shows the following.

RELEVANT BACKGROUND FACTS

1. On March 12, 2026, the Debtor filed an Emergency Motion to Extend the Automatic Stay to John Zachary Moseley [ECF No. 1372] (the **"Motion to Extend Stay"**). (See Exhibit A)

2. On March 13, 2026, the Court entered an Order Setting Hearing and scheduled the Motion to Extend Stay for a hearing for Wednesday, April 15, 2026 [ECF No. 1374] (the **"Order Setting Hearing"**). (See Exhibit B)

3. That same day, the Debtor provided Equal Access Justice Fund LP and EAJF ESQ Fund, LP (collectively, **"EAJF"**) with a copy of the Order Setting Hearing. (See Exhibit C)

4. On March 25, 2026, counsel for EAJF sent an email to counsel for the Debtor requesting that the Debtor stipulate to the admission of documents filed on PACER for the hearing on the Motion to Extend Stay. In that email, EAJF's counsel requested a response by 5:00 p.m. that same day in order to allow sufficient time to obtain certified copies if necessary (the **"Email"**). (See Exhibit D)

5. Within eight minutes of receiving the Email, counsel for the Debtor responded, requesting that EAJF identify the specific exhibits at issue or provide a witness and exhibit list so that any potential stipulations could be meaningfully discussed. Later that same day, EAJF's counsel replied, "will do." (See Exhibit D)

6. Despite that representation, EAJF did not provide any list of exhibits, did not identify the

documents for which it sought stipulation, and did not otherwise follow up on its request. (See Exhibit D)

7.      EAJF did not file a witness and exhibit list until April 13, 2026, at 3:35 PM (the **"Witness and Exhibit List"**). (See Exhibit E)

**COURT'S ORDER AND LOCAL RULES**

8.      Pursuant to the Order Setting Hearing, the Court required the parties to comply with Bankruptcy Local Rule 9013-2 and this Court Procedures, Section VII(b), regarding the exchange and submission of electronic exhibits.

9.      Local Rule 9013-2 provides that counsel for each party must exchange exhibits by noon on the Day of Exchange and file witness and exhibit lists with the Clerk of Court by noon on the Day of Exchange in accordance with Table 1. Local Rule 9013-2(m) defines the Day of Exchange for a Wednesday hearing as the preceding Monday.

10.      Accordingly, EAJF was required to exchange exhibits and file its witness and exhibit list by noon on April 13, 2026, however EAJF did not file its witness and exhibit list until 3:35 p.m. on April 13, 2026.

11.      EAJF neither sought the Debtor's agreement to file an untimely Witness and Exhibit List nor requested leave of Court to deviate from the Order Setting Hearing.

12.      Although the Debtor and its counsel would not ordinarily seek relief based on a delay of only a few hours, EAJF's new counsel has recently demonstrated an intent to demand strict compliance with applicable rules and procedures. Accordingly, EAJF should likewise be held to the same standard of strict compliance in this matter.

13.      Therefore, the Debtor respectfully requests that the Court strike EAJF's Witness and

Exhibit List for failure to comply with the Order Setting Hearing and applicable Local Rules.

14.     Emergency relief has been requested as the Witness and Exhibit List was filed on April 13, 2026, and the hearing on the Motion to Extend Stay is set for Wednesday, April 15, 2026.

        **WHEREFORE**, MMA respectfully requests that this Court strike the Witness and Exhibit List filed by EAJF, and grant any further relief to which MMA may be justly entitled.

Dated: <u>April 13, 2026</u>.

Respectfully submitted,

By:  <u>*/s/ Miriam T. Goott*</u>
Miriam T. Goott
SBN 24048846
Attorney-in-charge

OF COUNSEL:
Walker & Patterson, P.C.
P.O. Box 61301
Houston, TX 77208
(713) 956-5577 (telephone)
mgoott@walkerandpatterson.com

**<u>CERTIFICATE OF SERVICE</u>**

        I, Miriam T. Goott, hereby certify that a true and correct copy of the Emergency Motion has been served on counsel for EAJF on April 13, 2026.

By:  <u>*/s/ Miriam T. Goott*</u>
Miriam T. Goott

## CERTIFICATE OF CONFERENCE

I, Miriam T. Goott, hereby certify that I spoke to Mr. Kathman prior to filing the motion and he opposes the relief requested.

By:  */s/ Miriam T. Goott*
Miriam T. Goott