**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| | * |
| | *   **NO. 2024-31596** |
| **IN RE MMA LAW FIRM, PLLC,** | * |
| | *   **CHAPTER 11** |
| **Debtor** | * |
| | *   **CHIEF JUDGE RODRIGUEZ** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## *EX PARTE* MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, through undersigned counsel, comes Andrew D. Mendez ("Mr. Mendez") of Stone Pigman Walther Wittmann LLC, who represents as follows:

1.      Mr. Mendez and Nicholas J. Wehlen ("Mr. Wehlen") are counsel of record for Cox, Cox, Filo, Camel, Wilson & Brown, LLC in the instant bankruptcy case and in the related Adversary Proceeding No. 25-3032.  A motion to approve a compromise of the Adversary Proceeding is pending.

2.      In mid-March 2026, Mr. Wehlen left the law firm of Stone Pigman Walther Wittmann LLC ("Stone Pigman") and joined the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC ("Baker Donelson").  Mr. Mendez remains with Stone Pigman.

3.      Mr. Wehlen and Baker Donelson will continue to represent Cox, Cox, Filo, Camel, Wilson & Brown, LLC in this matter and in the Adversary Proceeding.  Mr. Mendez and Stone Pigman, accordingly, wish to withdraw as counsel of record.

WHEREFORE, Andrew D. Mendez of Stone Pigman Walther Wittmann LLC moves for entry of an Order withdrawing himself and his law firm as counsel of record for Cox, Cox, Filo, Camel, Wilson & Brown, LLC in the instant bankruptcy case.

[signature block on following page]

Dated: April 27, 2026          Respectfully submitted,

**STONE PIGMAN WALTHER WITTMANN LLC**

_/s/ Andrew D. Mendez_
Andrew D. Mendez, Tex. Bar No. 00797066
909 Poydras Street, Suite 3150
New Orleans, LA 70112-4041
Phone:  (504) 581-3200
Email:  amendez@stonepigman.com

### <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing _Ex Parte Motion to Withdraw as Counsel_ has been electronically filed with the Clerk of Court using the CM/ECF system, which will send copies thereof to all CM/ECF participants on this the 26th day of April, 2026.

_/s/ Andrew D. Mendez_