**Fill in this information to identify the case:**

Debtor Name  MMA Law Firm, PLLC.

United States Bankruptcy Court for the: Southern District of Texas

Case number: 24-31596

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

**12/17**

Month: 4/1/2026-4/30/2026

Date report filed: 5/21/2026
MM / DD / YYYY

Line of business: Law Firm

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  Zach Moseley

Original signature of responsible party

Printed name of responsible party  Zach Moseley

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☑ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  MMA Law Firm, PLLC.                    Case number  24-31596

17.  Have you paid any bills you owed before you filed bankruptcy?  ☑ ❏ ❏

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❏ ☑ ❏

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 2705915.82

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 302,060.22

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 421,366.97

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 199,306.75

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 2586609.07

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**

(Exhibit E)

$ 15383.63

Debtor Name  MMA Law Firm, PLLC.                          Case number 24-31596

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

$ 509472.67

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?   11

27. What is the number of employees as of the date of this monthly report?   8

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ 577227.45

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 2478975.52

30. How much have you paid this month in other professional fees?   $ 0.00

31. How much have you paid in total other professional fees since filing the case?   $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A*<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | | *Column B*<br>**Actual**<br>Copy lines 20-22 of this report. | | *Column C*<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:   $ _____

36. Total projected cash disbursements for the next month:   - $ _____

37. Total projected net cash flow for the next month:   = $ _____

Debtor Name  MMA Law Firm, PLLC.                                    Case number 24-31596

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Case 24-31596  Document 1518  Filed in TXSB on 05/22/26  Page 5 of 27

| Answered No: | Explanation: |
|---|---|
| | |
| 3. Have you paid all of your bills on time? | See Exhibit E. |
| 6. Have you timely filed your tax returns and paid all of your taxes? | Due to Hurricane Beryl, the deadline has been extended to February 3, 2025; however, CPA filed 2023 tax return in November. Extension filed for 2024 tax return and return was filed on 9/15/2025. CPA filed extension for 2025 Taxes. |
| 7. Have you timely filed all other required government filings? | 2023 Franchise Tax was filed and paid on 9/17/2024 - this was not a timely filing. Property taxes have not been filed - working with CPA to get this submitted. 2024 Franchise Tax Return filed on 5/15/2025. Property Rendition submitted and payment made March/April 2026. |
| | |
| | |
| Answered Yes, but providing additional explanation: | Explanation: |
| | |
| | |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | Restyled 2 Operating Accounts to DIP Accounts August 2024. Designation of DIP account for Veritex was on 8/8/2024 and for Chase was on 8/13/2024. Veritex is now known as Huntington Bank |
| 9. Have you timely paid all of your insurance premiums? | Secured General Liability Insurance through The Hartford effective 8/27/2024 - the yearly premium amount was timely paid. Still working to secure Professional Liability coverage. |

| Answered Yes: | Explanation: |
|---|---|
| | |
| | |
| 10. Do you have any bank accounts open other than the DIP accounts? | Huntington IOLTAs (2) and Chase IOLTA |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | Zach Moseley used personal credit card to pay for debtor expenses due.  Some vendors only accept credit card payments. |
| 17. Have you paid any bills you owed before you filed bankruptcy? | Yes - see bank statements |
| | |
| | |
| **Answered No, but providing additional explanation:** | **Explanation:** |
| | |
| | |
| 13. Did any insurance company cancel your policy? | None cancelled. Were not renewed. Secured General Liability Insurance through The Hartford effective 8/27/2024. Still working to secure Professional Liability coverage. |
| | |
| | |

Exhibit C

Case 24-31596   Document 1518   Filed in TXSB on 05/22/26   Page 7 of 27

| SA# | Case Name | Attorney Fees and Costs, Other | Deposit Date | |
|---|---|---|---|---|
| | | | | |
| 2213073 | Nelson Robertson v. Lighthouse Property Insurance | $ 2,500.00 | 4/23/2026 | |
| 2206477 | Troy & Alisa Mire v. United Property and Casualty Insurance Company | $ 8,151.18 | 4/23/2026 | |
| 2208698 | Ryan Moran v. Lighthouse Excalibur Insurance Company | $ 2,083.13 | 4/23/2026 | |
| 2202230 | Christopher Mardis v. Louisiana Insurance Guaranty Association (LIGA) | $ 5,600.00 | 4/23/2026 | |
| 2208153 | Cecil McDaniel v. Louisiana Insurance Guaranty Association (LIGA) | $ 3,072.14 | 4/23/2026 | |
| 2205395 | Jina Cuccia v. Louisiana Insurance Guaranty Association (LIGA) | $ 3,125.00 | 4/23/2026 | |
| 2205819 | Lance Newton v. Allstate Vehicle and Property Insurance Company | $ 3,125.00 | 4/23/2026 | |
| 2205505 | Tanisha White v. Safepoint Insurance Company | $ 5,824.00 | 4/23/2026 | |
| 2207595, 2206863 | Multiple | $ 4,129.20 | 4/23/2026 | |
| 2206913 | Anna Maguire v. Louisiana Insurance Guaranty Association (LIGA) | $ 1,598.40 | 4/23/2026 | |
| TBD | Starlight Studios | $ 18,000.00 | 4/23/2026 | |
| 2211813 | Trudy Fourmy v. Gulf States Insurance Company | $ 3,177.97 | 4/23/2026 | |
| 2210715 | Chris Butler v. Americas Insurance | $ 250.00 | 4/23/2026 | |
| TBD | TBD | $ 179,728.48 | 4/23/2026 | |
| 2201124 | Catina Price v. SFI-Southern Fidelity Insurance Company | $ 990.00 | 4/23/2026 | |
| 2202157 | Maria Colligan v. State Farm Fire and Casualty Company | $ 473.89 | 4/23/2026 | |
| 2202157 | Maria Colligan v. State Farm Fire and Casualty Company | $ 2,812.50 | 4/23/2026 | |
| 2208629 | Justin Jordan v. Louisiana Insurance Guaranty Association (LIGA) | $ 200.00 | 4/23/2026 | |
| 2211879 | Sue Ellen Payne v. Louisiana Insurance Guaranty Association (LIGA) | $ 4,844.28 | 4/23/2026 | |
| 2211077 | Samer Mohd v. Louisiana Insurance Guaranty Association (LIGA) | $ 1,947.95 | 4/23/2026 | |
| 2207188 | Collette Harris v. State Farm Fire and Casualty Company | $ 602.00 | 4/24/2026 | |
| | | | | |
| TBD | TBD | $ 10,000.00 | 4/29/2026 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| SA# | Case Name | Attorney Fees and Costs | Transfer from Trust Date | Trust Act# |
|---|---|---|---|---|
| | | | | |
| 2202966 | James Cousar | $4,984.97 | 4/13/2026 | 3924 |
| 2209330 | William Rojas | $4,662.49 | 4/13/2026 | 3911 |
| 2211119 | Villas at Hamlet | $30,177.64 | 4/29/2026 | 3924 |
| | | | | |
| | | | | |
| | | | | |
| | Total: | $302,060.22 | | |

Case 24-31596 Document 1518 Filed in TXSB on 05/22/26 Page 8 of 27

| Date Paid | Payee | Purpose | Amount | Notes |
|---|---|---|---|---|
| | | | | |
| 4/2/2026 | John Zachary Moseley | Reimbursements (March 1 - March 31) Firm expenses paid with personal CC | $3,985.31 | |
| 4/2/2026 | Walker & Patterson | Atty Fees/Expenses for WP Case Recoveries | $284,527.36 | |
| 4/3/2026 | DZMI (David Z. Mafrige Interests) | Rent - 1235 N. Loop West, Ste 810 | $7,693.85 | |
| 4/6/2026 | ADP | Medical Benefits | $10,878.50 | |
| 4/7/2026 | Deel, Inc | Contractors | $1,055.00 | |
| 4/7/2026 | Fidelity | 401k | $3,076.90 | |
| 4/14/2026 | ADP | Payroll | $42,837.72 | |
| 4/14/2026 | Annette Ramirez Tax Assessor-Collector | Property Taxes | $1,547.46 | |
| 4/15/2026 | Verizon | Cell Phone | $166.46 | |
| 4/16/2026 | Cunningham-Felthouse | Case Expense | $1,000.00 | |
| 4/16/2026 | S. Mayer | Mediation | $1,000.00 | |
| 4/21/2026 | Engle Martin | Case Expense | $4,259.95 | |
| 4/21/2026 | Comcast | Internet | $553.00 | |
| 4/22/2026 | Annette Ramirez Tax Assessor-Collector | Property Taxes | $711.65 | |
| 4/22/2026 | Deel, Inc | Contractors | $1,153.00 | |
| 4/23/2026 | Fidelity | 401k | $3,076.90 | |
| 4/24/2026 | Proven Estimate | Case Expense | $5,442.50 | |
| 4/27/2026 | Obacks | Telephone | $559.86 | |
| 4/27/2026 | N8 Solutions | Colocation | $675.00 | |
| 4/27/2026 | N8 Solutions | Colocation | $3,225.00 | |
| 4/28/2026 | ADP | Payroll | $43,804.88 | |
| 4/28/2026 | FedEx | Mailing | $190.75 | |
| 4/29/2026 | Walker & Patterson | Atty Fees/Expenses for WP Case Recoveries | $291,700.09 | |
| | | | | |
| | | | | |
| | | | | |
| 4/15/2026 | Sinch (Message Media) | Service Provider for SA Text Messaging | $0.22 | CC Only. Used Zach's personal CC to submit payment. |
| 4/5/2026 | Print Boss | Check Printing Software | $8.00 | CC Only. Used Zach's personal CC to submit payment. |
| 4/6/2026 | Microsoft | Microsoft Licenses | $3,246.92 | CC Only. Used Zach's personal CC to submit payment. |
| 4/20/2026 | Intuit | Accouting Software | $293.15 | CC Only. Used Zach's personal CC to submit payment. |
| 4/20/2026 | Phone Burner | Application for outbound calls and voicemails | $207.87 | CC Only. Used Zach's personal CC to submit payment. |
| 4/10/2026 | Adobe | Adobe Pro Licenses | $207.75 | CC Only. Used Zach's personal CC to submit payment. |
| 4/25/2026 | Stamps.com | Mailing | $21.20 | CC Only. Used Zach's personal CC to submit payment. |
| 4/23/2026 | Stamps.com | Mailing | $250.00 | CC Only. Used Zach's personal CC to submit payment. |
| 4/23/2026 | Loom | Video Recording Software | $54.00 | CC Only. Used Zach's personal CC to submit payment. |
| 4/23/2026 | Anthropic | AI | $133.25 | CC Only. Used Zach's personal CC to submit payment. |
| 4/23/2026 | Rev | AI | $29.99 | CC Only. Used Zach's personal CC to submit payment. |
| | | | | |
| | | **Total:** | **$421,366.97** | |
| | | | | |

| Due Date | Expense | Description | Amount |
|---|---|---|---|
| 4/1/2026 | Elmwood Self Storage | Storage Unit in LA - Two storage units for MMA's nola office furniture | $1,305.60 |
| 4/8/2026 | SBA EIDL Loan | Loan Payment - - Type: Disaster COVID - 19 Economic Injury | $731.00 |
| 4/11/2026 | James McClenny | AMEX payments - payment plan | $10,992.00 |
| 4/11/2026 | Chase Ink - Business (5500) | CC Payment - Unknown balance on account, no longer have access. | $0.00 |
| 4/20/2026 | Superior Office Products (no longer accruing charges as of 8/16) | Xerox machines (usage) - This is the base monthly usage price for the Xerox machines we lease. These machines are not currently in use but are under contract | $200.03 |
| 4/28/2026 | PHMG | Audio Branding - Professional audio recordings that do the "robot" greetings for when client calls in. Contract is too expensive to cancel. | $355.00 |
| 4/21/2026 | Xerox | 3 Licenses (monthly lease) *multiple invoices | $1,800.00 |
| | | | |
| | | | |
| | | | **$15,383.63** |
| | | | |

Exhibit F

| Case No | Plaintiff | State | Attorney Fees | Case Expenses | Total | Due Date | |
|---|---|---|---|---|---|---|---|
| 2200052 | Hollen, Renardo | MS | $4,259.02 | $383.31 | $4,642.33 | 3/4/2024 | |
| 2206550 | Albert, Reginald | LA | $7,009.41 | $630.85 | $7,640.26 | 2/21/2024 | |
| 15987 | Vernon, David | TX | $2,519.30 | | $2,519.30 | 1/13/2024 | |
| 2210652 | McCollister, Ryan | AL | $18,282.45 | $15,045.40 | $33,327.85 | 3/31/2024 | |
| 2213025 | Moten, Ralph | LA | $3,333.33 | $2,500.00 | $5,833.33 | 2/21/2024 | |
| 2214775 | O'Connor, Victoria | TX | $9,799.78 | $8,022.78 | $17,822.56 | 10/17/2023 | |
| 2215379 | Tubby, Gary | FL | $4,000.00 | $2,500.00 | $6,500.00 | 12/13/2023 | |
| 2215385 | Conn, Chris | FL | $11,103.35 | $1,332.40 | $12,435.75 | 10/26/2023 | |
| 2215466 | Lewis, Jeanne | FL | $3,128.60 | $281.57 | $3,410.17 | 3/31/2024 | |
| 2215509 | Watts, Andria M. | FL | $12,035.38 | $1,110.50 | $13,145.88 | 3/31/2024 | |
| 2215612 | England, Janet | FL | $146.34 | $13.17 | $159.51 | 3/31/2024 | |
| 2215679 | Phillips, Mark | FL | $928.15 | $111.38 | $1,039.53 | 3/31/2024 | |
| 2215679 | Phillips, Mark | FL | $5,561.06 | $0.00 | $5,561.06 | 3/31/2024 | |
| 2215710 | Apollon, Joseph | FL | $16,500.00 | $500.00 | $17,000.00 | 3/4/2024 | |
| 2215710 | Apollon, Joseph | FL | $5,578.99 | $502.61 | $6,081.60 | 3/31/2024 | |
| 2215786 | Phieffer, Stacey | FL | $16,674.20 | $2,089.37 | $18,763.57 | 3/31/2024 | |
| 2215832 | Priestap, Charles | FL | $5,901.78 | $2,000.00 | $7,901.78 | 3/31/2024 | |
| 2215847 | Ploettner, Robert | FL | $2,725.08 | $327.34 | $3,052.42 | 3/31/2024 | |
| 2215847 | Ploettner, Robert | FL | $2,730.07 | $0.00 | $2,730.07 | 3/31/2024 | |
| 2215928 | State, James | FL | $8,558.96 | $0.00 | $8,558.96 | 12/26/2023 | |
| 2215979 | Vantassell, Stephenie | FL | $1,356.89 | $227.44 | $1,584.33 | 3/31/2024 | |
| 2300060 | Strong, Jessie | FL | $3,950.70 | $484.55 | $4,435.25 | 3/31/2024 | |
| 2300062 | Scott, Robert | FL | $3,003.81 | $1,000.00 | $4,003.81 | 9/27/2023 | |
| 2300269 | Shuey, Carmela | FL | $501.53 | $0.00 | $501.53 | 3/31/2024 | |
| 2300279 | Blaney, Lillian | FL | $3,970.00 | $1,510.34 | $5,480.34 | 3/31/2024 | |
| 2300393 | Aladin, Nazir | FL | $3,936.34 | $354.30 | $4,290.64 | 3/31/2024 | |
| 2300532 | Martin-Ring, Debra | FL | $50.00 | $50.00 | $100.00 | 3/1/2024 | |
| 2300532 | Martin-Ring, Debra | FL | $4,596.80 | $137.90 | $4,734.70 | 3/1/2024 | |
| 2215106 | Ronald Palmer | FL | $6,198.08 | $1,859.42 | $8,057.50 | 3/8/2024 | |
| 2203891 | Jason Joy and Associates - Sona Doherty | LA | $5,675.78 | $3,021.16 | $8,696.94 | 6/13/2024 | |
| 2203891 | Jason Joy and Associates - Sona Doherty | LA | $2,128.44 | $191.56 | $2,320.00 | 6/13/2024 | |
| 2210739 | Alecia & Christopher Rubar | LA | $133.33 | $12.00 | $145.33 | 6/5/2024 | |
| | Daly and Black | (Mass Text Reimbursement) | | | $3,701.64 | 12/31/2023 | |
| | Galindo | (Reimbursement - Corteano Gatson) | | | $3,333.33 | 12/11/2023 | |
| | KKTL | (Reimbursement - Corteano Gatson) | | | $3,333.33 | 12/11/2023 | |
| 2110337 | Herman Finley Allshouse | LA | $304.04 | $45.61 | $349.65 | 6/29/2024 | |
| 2204561 | Gavin Berthelot | LA | $13,820.51 | $4,500.00 | $18,320.51 | 8/10/2024 | |
| 2204748 | Daly and Black - Travis Nelson | LA | $6,211.82 | $2,500.00 | $8,711.82 | 8/11/2024 | |
| 2205411 | The Voorhies Law Firm - Robert Porter | LA | $11,451.00 | $6,062.00 | $17,513.00 | 8/11/2024 | |
| 2206482 | The Chopin Law Firm - Sandra Newsham | LA | $23,507.04 | $2,931.53 | $26,438.57 | 8/11/2024 | |
| 2109690 | Broussard & Dove - Larry Turner | LA | $7,935.28 | $2,500.00 | $10,435.28 | 8/11/2024 | |
| 2208766 | Laborde Earles Injury Lawyers - Trinia Stroud | LA | $6,195.23 | $2,902.00 | $9,097.23 | 8/11/2024 | |
| 2214925 | Law Office Heather C. Ford - Kristen Stewart | LA | $1,123.78 | $1,159.37 | $2,283.15 | 8/11/2024 | Invoice and Check returned , next steps TBD |
| 2215429 | Daly and Black - Jonathan Heigl | LA | $3,222.48 | $5,000.00 | $8,222.48 | 8/11/2024 | Invoice and Check returned , next steps TBD |
| 2204280 | Webster Vicknair MacLeod - Pamela Davillier | MS | $1,234.23 | $2,247.47 | $3,481.70 | 8/31/2024 | |
| 2200579 | Webster Vicknair MacLeod - Delois Howell | MS | $638.24 | $57.44 | $695.68 | 8/31/2024 | |
| 2203776 | Joey Jenkins | LA | $2,224.60 | $166.85 | $2,391.45 | 8/31/2024 | |
| 2300019 | Windy Law - Thomas Leonard | FL | $919.90 | $1,500.00 | $2,419.90 | 8/31/2024 | |
| 2300056 | Michael Toth | FL | $3,241.52 | $1,000.00 | $4,241.52 | 8/31/2024 | |
| 2215250 | Daly & Black - Garnet Sanibel | FL | $18,716.07 | $2,500.00 | $21,216.07 | 8/21/2024 | |
| 2216060 | Windy Law - Dana Lawrence | FL | $2,753.56 | $5,750.00 | $8,503.56 | 8/21/2024 | |
| 2201141 | Marshall Trog/len | MS | $5,284.38 | $3,050.00 | $8,334.38 | 9/26/2024 | |
| 2215612 | Janet England | FL | $6,788.44 | | $6,788.44 | 9/26/2024 | |
| 16091 | Pandit Law - C. Properties | LA | $8,474.19 | $2,500.00 | $10,974.19 | 10/16/2024 | |
| 2216054 | Gregory Takacs | FL | $99.27 | $11.91 | $111.18 | 10/16/2024 | |
| 2300188 | VG Law Group - Jeff Trostad | FL | $3,232.93 | $2,474.93 | $5,707.86 | 10/16/2024 | |
| 2215678 | VG Law Group - Patrick Thellmann | FL | $1,631.66 | $2,500.00 | $4,131.66 | 10/16/2024 | |
| 2300008 | Beatrice Palmer obo Frank Palmer | LA | $24,982.00 | $3,000.00 | $27,982.00 | 10/25/2024 | |
| 2110753 | Betty Carruth | MS | $885.78 | $79.80 | $965.58 | 12/5/2024 | |
| 2210280 | Donna LeDay | LA | $5,500.00 | $0.00 | $5,500.00 | 2/5/2025 | |
| 2205237 | Anthony Rock | LA | $13,948.63 | $1,508.70 | $15,457.33 | 3/28/2025 | |
| 15428 | Kevin Woodland | MO | $14,158.43 | $25,425.90 | $39,584.33 | 8/23/2025 | |
| 15428 | Kevin Woodland | MO | $6,769.55 | | $6,769.55 | 9/11/2025 | |
| | | | | | $509,472.67 | | |

# MMA Law Firm

Profit and Loss

April 2026

| | Total |
|---|---|
| **Income** | |
| Operating Income | |
| Attorney Fee Income | $37,816.40 |
| Co-Counsel Partner Fees | 262,235.12 |
| **Total for Attorney Fee Income** | **$300,051.52** |
| **Total for Operating Income** | **$300,051.52** |
| **Total for Income** | **$300,051.52** |
| **Gross Profit** | **$300,051.52** |
| **Expenses** | |
| General Administrative Expenses | |
| Bank Charges & Fees | 51.40 |
| Computer & Software | $3,916.00 |
| Software & Subscriptions | 8,316.01 |
| **Total for Computer & Software** | **$12,232.01** |
| Insurance | |
| Medical/Dental/Vision Insurance | 10,878.50 |
| **Total for Insurance** | **$10,878.50** |
| Payroll | $86,642.60 |
| Retirement Plans | 6,153.80 |
| Subcontractors | 2,208.00 |
| **Total for Payroll** | **$95,004.40** |
| Postage And Delivery | 483.15 |
| Professional Fees | |
| Legal Fees | 577,227.45 |
| **Total for Professional Fees** | **$577,227.45** |
| Rent & Utilities | |
| Office Rent | 7,693.85 |
| Utilities | |
| Internet | 553.00 |
| Telephone | 726.32 |
| **Total for Utilities** | **$1,279.32** |
| **Total for Rent & Utilities** | **$8,973.17** |
| Taxes & Licenses | 862.98 |
| **Total for General Administrative Expenses** | **$705,713.06** |
| **Total for Expenses** | **$705,713.06** |
| **Net Operating Income** | **-$405,661.54** |

1/2

Cash Basis  Wednesday, May 20, 2026 04:43 PM GMT-05:00

# MMA Law Firm

Profit and Loss

April 2026

| | Total |
|---|---|
| **Other Income** | |
|   Interest Income | 52.59 |
| **Total for Other Income** | **$52.59** |
| **Net Other Income** | **$52.59** |
| **Net Income** | **-$405,608.95** |

Cash Basis  Wednesday, May 20, 2026 04:43 PM GMT-05:00

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



MMA LAW FIRM, PLLC
1235 NORTH LOOP W STE 810
HOUSTON TX 77008-1764

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Business Analyzed Checking*       *Account: -------3908*

| **Statement Activity From:**<br>**04/01/26 to 04/30/26** | | | **Beginning Balance** | **$2,782,754.56** |
|---|---|---|---|---|
| | | | **Credits (+)** | **303,457.54** |
| Days in Statement Period | | 30 | Regular Deposits | 252,235.12 |
| | | | Electronic Deposits | 39,825.10 |
| | | | Wire Transfer Credits | 10,000.00 |
| Average Ledger Balance* | 2,508,493.28 | | Other Credits | 1,397.32 |
| Average Collected Balance* | 2,500,045.31 | | **Debits (-)** | **703,814.82** |
| * The above balances correspond to the | | | Regular Checks Paid | 3,655.24 |
| service charge cycle for this account. | | | Electronic Withdrawals | 21,425.72 |
| | | | Wire Transfer Debits | 678,733.86 |
| | | | **Ending Balance** | **$2,382,397.28** |

## *Deposits (+)*                                                *Account:-------3908*

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 04/23 | 251,633.12 | | Remote | 04/24 | 602.00 | | Remote |

## *Other Credits (+)*                                          *Account:-------3908*

| Date | Amount | Description |
|---|---|---|
| 04/03 | 1,396.13 | SUBSTITUTE CHECK REVERSAL |
| 04/13 | 4,984.97 | BUS ONL TFR FRM CHECKING  041326 XXXXXXX3924 |
| 04/13 | 4,662.49 | BUS ONL TFR FRM CHECKING  041326 XXXXXXX3911 |
| 04/24 | 1.19 | PRIOR MONTHS SERVICE CHARGE REFUND |
| 04/29 | 30,177.64 | BUS ONL TFR FRM CHECKING  042926 XXXXXXX3924 |
| 04/29 | 10,000.00 | INCOMING FEDWIRE TRANSFER |

## *Checks (-)*                                                  *Account:-------3908*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 04/02 | 1,396.13 | 15259 | 04/27 | 711.65 | 15264* |
| 04/16 | 1,547.46 | 15260 | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous
statement or 4) been included in a list of checks.

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned
subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.          , Huntington   and 24-Hour Grace   are federally registered service marks of Huntington
Bancshares Incorporated. The 24-Hour Grace   system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others
pending. © 2026 Huntington Bancshares Incorporated.



## Checks - Adjustments/Corrections/Returns                    *Account:-------3908*

| Date | Amount | Check # | Explanation |
|------|--------|---------|-------------|
| 04/02 | 1,396.13 | 15259 | Positive pay default return |

Section provides detail from Adjustment / Corrections / Returns requests received via the Check / Reverse Positive Pay services.

## Other Debits (-)                    *Account:-------3908*

| Date | Amount | Description |
|------|--------|-------------|
| 04/02 | 3,985.31 | |
| 04/02 | 284,527.36 | |
| 04/03 | 7,693.85 | MLCSV15LLCNor REMITTANCE |
| 04/06 | 10,878.50 | |
| 04/07 | 1,055.00 | Deel, Inc. PURCHASE D |
| 04/07 | 3,076.90 | FIDELITY 6821R C FPRS |
| 04/14 | 42,837.72 | |
| 04/15 | 166.46 | ACHMA VISB BILL PYMNT |
| 04/16 | 1,000.00 | |
| 04/21 | 553.00 | COMCAST-XFINITY CABLE SVCS |
| 04/22 | 1,153.00 | Deel, Inc. PURCHASE D |
| 04/23 | 3,076.90 | FIDELITY 6821R C FPRS |
| 04/27 | 559.86 | OBACKS SALE |
| 04/27 | 675.00 | N8 SOLUTIONS LLC SALE |
| 04/27 | 3,225.00 | N8 PROTECT SALE |
| 04/28 | 43,804.88 | |
| 04/28 | 190.75 | FEDERAL EXPRESS DEBIT |
| 04/29 | 291,700.09 | |



## Balance Activity                    *Account:-------3908*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 03/31 | 2,782,754.56 | 04/14 | 2,438,347.38 | 04/24 | 2,683,086.87 |
| 04/02 | 2,492,845.76 | 04/15 | 2,438,180.92 | 04/27 | 2,677,915.36 |
| 04/03 | 2,486,548.04 | 04/16 | 2,435,633.46 | 04/28 | 2,633,919.73 |
| 04/06 | 2,475,669.54 | 04/21 | 2,435,080.46 | 04/29 | 2,382,397.28 |
| 04/07 | 2,471,537.64 | 04/22 | 2,433,927.46 | | |
| 04/13 | 2,481,185.10 | 04/23 | 2,682,483.68 | | |



**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



**IMPORTANT INFORMATION ABOUT YOUR HUNTINGTON BUSINESS ACCOUNT**

A credit has been issued to your account as a refund for fees that should not have been charged when converting to Huntington Bank.

Your account's service charge settings have been updated going forward.

If you choose to change your business deposit product type in the future, conversion account pricing and other settings may no longer apply.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

 Huntington

MMA LAW FIRM, PLLC
1235 NORTH LOOP W STE 810
HOUSTON TX 77008-1764

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
  businessresources

## *Huntington Business Analyzed Checking*                    *Account: -------3911*

| | | | |
|---|---|---|---|
| **Statement Activity From:** | | **Beginning Balance** | **$28,931.48** |
| **04/01/26 to 04/30/26** | | **Credits (+)** | **15,675.02** |
| | | Other Credits | 15,675.02 |
| Days in Statement Period | 30 | **Debits (-)** | **28,175.02** |
| | | Regular Checks Paid | 15,675.02 |
| Average Ledger Balance* | 25,350.23 | Electronic Withdrawals | 4,662.49 |
| Average Collected Balance* | 25,350.23 | Wire Transfer Debits | 7,837.51 |
| * The above balances correspond to the | | **Ending Balance** | **$16,431.48** |
| service charge cycle for this account. | | | |

## *Other Credits (+)*                                       *Account:-------3911*

| Date | Amount | Description |
|---|---|---|
| 04/08 | 7,837.51 | SUBSTITUTE CHECK REVERSAL |
| 04/21 | 7,837.51 | SUBSTITUTE CHECK REVERSAL |

## *Checks (-)*                                               *Account:-------3911*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 04/07 | 7,837.51 | 10160 | 04/20 | 7,837.51 | 10161 |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## *Checks - Adjustments/Corrections/Returns*                 *Account:-------3911*

| Date | Amount | Check # | Explanation |
|---|---|---|---|
| 04/07 | 7,837.51 | 10160 | Positive pay default return |
| 04/20 | 7,837.51 | 10161 | Positive pay default return |

Section provides detail from Adjustment / Corrections / Returns requests received via the Check / Reverse Positive Pay services.

## *Other Debits (-)*                                         *Account:-------3911*

| Date | Amount | Description |
|---|---|---|
| 04/13 | 4,662.49 | BUS ONL TFR TO CHECKING  041326 XXXXXXX3908 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.        , Huntington    and 24-Hour Grace    are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace    system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2026 Huntington Bancshares Incorporated.



## *Other Debits (-)*                                                      *Account:-------3911*

| Date | Amount | Description |
|------|--------|-------------|
| 04/28 | 7,837.51 | OUTGOING FEDWIRE TRANSFER - MANUAL |

## *Balance Activity*                                                    *Account:-------3911*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 03/31 | 28,931.48 | 04/13 | 24,268.99 | 04/28 | 16,431.48 |
| 04/07 | 21,093.97 | 04/20 | 16,431.48 | | |
| 04/08 | 28,931.48 | 04/21 | 24,268.99 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



MMA LAW FIRM, PLLC
1235 NORTH LOOP W STE 810
HOUSTON TX 77008-1764

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
    businessresources

## *Huntington Business Analyzed Checking*                 *Account: -------3924*

| **Statement Activity From:** | | **Beginning Balance** | **$424,635.25** |
|---|---|---|---|
| **04/01/26 to 04/30/26** | | **Credits (+)** | **169,890.02** |
| | | Regular Deposits | 166,184.31 |
| Days in Statement Period | 30 | Other Credits | 3,705.71 |
| | | **Debits (-)** | **165,878.25** |
| Average Ledger Balance* | 494,080.78 | Regular Checks Paid | 130,715.64 |
| Average Collected Balance* | 483,001.84 | Electronic Withdrawals | 35,162.61 |
| * The above balances correspond to the | | **Ending Balance** | **$428,647.02** |
| service charge cycle for this account. | | | |

## *Deposits (+)*                                              *Account:-------3924*

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 04/15 | 166,184.31 | | Remote | | | | |

## *Other Credits (+)*                                          *Account:-------3924*

| Date | Amount | Description |
|---|---|---|
| 04/08 | 3,705.71 | SUBSTITUTE CHECK REVERSAL |

## *Checks (-)*                                                 *Account:-------3924*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 04/07 | 3,705.71 | 5192 | 04/28 | 123,304.22 | 5194 |
| 04/16 | 3,705.71 | 5193 | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## *Checks - Adjustments/Corrections/Returns*                  *Account:-------3924*

| Date | Amount | Check # | Explanation |
|---|---|---|---|
| 04/07 | 3,705.71 | 5192 | Positive pay default return |

Section provides detail from Adjustment / Corrections / Returns requests received via the Check / Reverse Positive Pay services.

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.          , Huntington    and 24-Hour Grace    are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace    system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2026 Huntington Bancshares Incorporated.



## *Other Debits (-)*                                                          *Account:-------3924*

| Date | Amount | Description |
|------|--------|-------------|
| 04/13 | 4,984.97 | BUS ONL TFR TO CHECKING  041326 XXXXXXX3908 |
| 04/29 | 30,177.64 | BUS ONL TFR TO CHECKING  042926 XXXXXXX3908 |

## *Balance Activity*                                                          *Account:-------3924*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 03/31 | 424,635.25 | 04/13 | 419,650.28 | 04/28 | 458,824.66 |
| 04/07 | 420,929.54 | 04/15 | 585,834.59 | 04/29 | 428,647.02 |
| 04/08 | 424,635.25 | 04/16 | 582,128.88 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
   2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
   3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

April 01, 2026 through April 30, 2026

Account Number:                    8520

00054968 DRE 201 210 12526 NNNNNNNNNNN  1 000000000 Z9 0000
MMA LAW FIRM, PLLC DEBTOR IN POSSESSION
CASE NO. 24-31596
1235 NORTH LOOP W
STE 810
HOUSTON TX 77008-1764

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $48,667.93 |
| Ending Balance | 0 | $48,667.93 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| Total Service Charges | $0.00 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Subtotal Other Service Charges** | | | | | $0.00 |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.

April 01, 2026 through April 30, 2026

Account Number: ████████ 3520

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

April 01, 2026 through April 30, 2026

Account Number: █████████ 9217



00163081 DRE 552 141 12126 NNNNNNNNNNN ᵀ 1 000000000 67 0000

MMA LAW FIRM, PLLC
IOLTA TRUST ACCOUNT
1235 NORTH LOOP W
STE 810
HOUSTON TX 77008-1764

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site. | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol. | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CHECKING SUMMARY   IOLTA Account

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $28,441.77 |
| Deposits and Additions | 1 | 52.59 |
| Other Withdrawals | 1 | -52.59 |
| Ending Balance | 2 | $28,441.77 |
| Interest Paid This Period | | $52.59 |
| Interest Paid Year-to-Date | | $210.49 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/30 | Interest Payment | $52.59 |
| Total Deposits and Additions | | $52.59 |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/30 | Trust Interest Transfer | $52.59 |
| Total Other Withdrawals | | $52.59 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 04/30 | $28,441.77 |

April 01, 2026 through April 30, 2026

Account Number: ████████ 9217

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

about:blank

MMA Law Firm

**Chase Operating, Period Ending 04/30/2026**

**RECONCILIATION REPORT**

Reconciled on: 05/05/2026

Reconciled by: Morgan Gallacher

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 48,667.93 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 48,667.93 |
| | |
| Register balance as of 04/30/2026 | 48,667.93 |

### MMA Law Firm

**01878443908 Huntington Operating, Period Ending 04/30/2026**

**RECONCILIATION REPORT**

Reconciled on: 05/20/2026

Reconciled by: Morgan Gallacher

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---:|
| Statement beginning balance | 2,782,754.56 |
| Checks and payments cleared (21) | -703,814.82 |
| Deposits and other credits cleared (29) | 303,457.54 |
| Statement ending balance | 2,382,397.28 |
| | |
| Uncleared transactions as of 04/30/2026 | -75,397.36 |
| Register balance as of 04/30/2026 | 2,306,999.92 |

**Details**

Checks and payments cleared (21)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/30/2026 | Check | 15259 | Annette Ramirez Tax Assesso… | -1,396.13 |
| 04/02/2026 | Expense | | Walker & Patterson, P.C. | -284,527.36 |
| 04/02/2026 | Check | | Zach Moseley | -3,985.31 |
| 04/03/2026 | Expense | | David Z. Mafrige Interests (DZ… | -7,693.85 |
| 04/06/2026 | Expense | | ADP | -10,878.50 |
| 04/07/2026 | Expense | | Deel Inc | -1,055.00 |
| 04/07/2026 | Expense | | Fidelity Investments | -3,076.90 |
| 04/14/2026 | Check | 15260 | Annette Ramirez Tax Assesso… | -1,547.46 |
| 04/15/2026 | Expense | | Verizon | -166.46 |
| 04/16/2026 | Expense | | ADP | -42,837.72 |
| 04/16/2026 | Expense | | S. Mayer Law PLLC | -1,000.00 |
| 04/21/2026 | Expense | | Comcast Business | -553.00 |
| 04/22/2026 | Check | 15264 | Annette Ramirez Tax Assesso… | -711.65 |
| 04/22/2026 | Expense | | Deel Inc | -1,153.00 |
| 04/23/2026 | Expense | | Fidelity Investments | -3,076.90 |
| 04/27/2026 | Expense | | N8 Solutions LLC | -3,225.00 |
| 04/27/2026 | Expense | | N8 Solutions LLC | -675.00 |
| 04/27/2026 | Expense | | Obacks | -559.86 |
| 04/28/2026 | Expense | | ADP | -43,804.88 |
| 04/28/2026 | Expense | | Federal Express | -190.75 |
| 04/29/2026 | Expense | | Walker & Patterson, P.C. | -291,700.09 |

| Total | | | | -703,814.82 |
|---|---|---|---|---:|

Deposits and other credits cleared (29)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 04/03/2026 | Deposit | | Annette Ramirez Tax Assesso… | 1,396.13 |
| 04/13/2026 | Journal | 04.13.2026 | | 3,476.27 |
| 04/13/2026 | Journal | 04.13.2026 | | 1,508.70 |
| 04/13/2026 | Journal | 04.13.2026_1 | | 500.00 |
| 04/13/2026 | Journal | 04.13.2026_1 | | 4,162.49 |
| 04/24/2026 | Deposit | | | 4,129.20 |
| 04/24/2026 | Deposit | | 2207188 - Collette Harris | 602.00 |
| 04/24/2026 | Deposit | | 2211879 - Sue Ellen Payne | 4,844.28 |
| 04/24/2026 | Deposit | | 2205505 - Tanisha White | 5,824.00 |
| 04/24/2026 | Deposit | | 2206913 - Anna Maguire | 1,598.40 |
| 04/24/2026 | Deposit | | 2211813 - Trudy Fourmy | 3,177.97 |
| 04/24/2026 | Deposit | | 2206477 - Troy Mire | 8,151.18 |
| 04/24/2026 | Deposit | | 2208698 - Ryan Moran | 2,083.13 |
| 04/24/2026 | Deposit | | 2202230 - Christopher Mardis | 5,600.00 |
| 04/24/2026 | Deposit | | 2208153 - Cecil McDaniel | 3,072.14 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/24/2026 | Deposit | | 2205395 - Jina Cuccia | 3,125.00 |
| 04/24/2026 | Deposit | | 2205819 - Lance Newton | 3,125.00 |
| 04/24/2026 | Deposit | | 2208629 - Justin Jordan | 200.00 |
| 04/24/2026 | Deposit | | 2202157 - Maria Colligan | 2,812.50 |
| 04/24/2026 | Deposit | | 2202157 - Maria Colligan | 473.89 |
| 04/24/2026 | Deposit | | 2210715 - Chris Butler | 250.00 |
| 04/24/2026 | Deposit | | Starlight Studios | 18,000.00 |
| 04/24/2026 | Deposit | | 2201124 - Catina Price | 990.00 |
| 04/24/2026 | Deposit | | 2213073 - Nelson Robertson | 2,500.00 |
| 04/24/2026 | Deposit | | | 179,728.48 |
| 04/24/2026 | Deposit | | 2211077 - Samer Mohd | 1,947.95 |
| 04/24/2026 | Deposit | | Huntington Bank | 1.19 |
| 04/29/2026 | Journal | 04.29.2026 | | 30,177.64 |
| 04/29/2026 | Deposit | | | 10,000.00 |
| Total | | | | 303,457.54 |

**Additional Information**

Uncleared checks and payments as of 04/30/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/07/2023 | Expense | | PCG | -892.71 |
| 05/01/2023 | Bill Payment | 15027 | Comcast Business | -3,257.00 |
| 05/01/2023 | Bill Payment | 15026 | Comcast | -1,118.83 |
| 05/11/2023 | Bill Payment | 15025 | AT&T | -906.85 |
| 06/01/2023 | Check | 15008 | Burdin Mediations | -900.00 |
| 07/06/2023 | Bill Payment | AMEX Pymt | Xerox Financial Services | -316.51 |
| 07/23/2023 | Bill Payment | AMEX PYMT 1006 | Trustpoint Court Reporting, LLC | -950.60 |
| 07/26/2023 | Check | 15067 | Blue Sky Public Adjusters | -2,300.00 |
| 07/27/2023 | Expense | | N8 Solutions LLC | -675.00 |
| 09/01/2023 | Bill Payment | AMEX 09112023 | Dupont Claim Services | -1,800.00 |
| 09/05/2023 | Bill Payment | | Dupont Claim Services | -31,450.00 |
| 09/06/2023 | Bill Payment | AMEX 080624-2 | Dupont Claim Services | -1,800.00 |
| 09/06/2023 | Bill Payment | AMEX 080623 | Dupont Claim Services | -2,400.00 |
| 09/06/2023 | Bill Payment | AMEX 080624-3 | Dupont Claim Services | -1,800.00 |
| 09/25/2023 | Check | 15133 | Derek Fadner | -4.25 |
| 10/18/2023 | Check | 15150 | J. Baeza Law Firm, PLLC | -422.38 |
| 10/24/2023 | Bill Payment | 15164 | Ray Burgess, PLLC | -700.00 |
| 10/25/2023 | Bill Payment | 15157 | W&N Settlement Services, LLC | -2,025.00 |
| 10/31/2023 | Bill Payment | 15169 | Herring & Panzer, L.L.P. | -8,970.00 |
| 11/15/2023 | Bill Payment | | Sinch MessageMedia | -5.78 |
| 02/25/2024 | Credit Card Payment | | | -2,000.00 |
| 04/21/2026 | Check | 15266 | Engle Martin & Associates | -4,259.95 |
| 04/21/2026 | Check | 15267 | Cunningham - Felthouse & Ha… | -1,000.00 |
| 04/24/2026 | Check | 15265 | Proven Estimate Writing, LLC | -5,442.50 |
| Total | | | | -75,397.36 |