United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 04, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-31596** |
| **MMA LAW FIRM, PLLC,**[1] | § | |
| | § | |
| *Debtor*. | § | |

**ORDER GRANTING THE FOURTH INTERIM FEE APPLICATION OF
LAWSON & MOSHENBERG PLLC AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE FEE PERIOD FROM JANUARY 1, 2026 THROUGH APRIL 30, 2026**

The Court has considered the Third Interim Application for Compensation and Reimbursement of Expenses filed by Lawson & Moshenberg PLLC (the "Applicant"). The Court orders:

1. The Applicant is allowed interim compensation in the amount of $131,070.00, and reimbursement of expenses in the amount of $1,197.09, for the period beginning January 1, 2026, and ending April 30, 2026, as set forth in the Application.

2. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

**Signed: Thursday, June 04, 2026**

_____
Eduardo V. Rodriguez
**Chief United States Bankruptcy Judge**

---

[1] The last four digits of the Debtor's federal tax identification number is: 5686.