United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 01, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

In Re:                                                    §
                                                          §                    **CASE NO. 24-31596**
**MMA LAW FIRM, PLLC**                                    §
                                                          §                    **CHAPTER 11**
**DEBTOR**                                                §

**ORDER GRANTING SEVENTH INTERIM APPLICATION OF WALKER &
PATTERSON, P.C., COUNSEL TO THE DEBTOR FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

It is

**ORDERED** that the *Seventh Interim Application of Walker & Patterson, P.C.'s Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses* is approved in the amount of $292,464.75 for attorney's fees and $12.00 in expenses, and it is further

**ORDERED** that the Debtor is authorized to pay *Walker & Patterson, P.C.* $292,476.75 as an administrative claim.

**Signed: Wednesday, July 01, 2026**

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge