**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | **CASE NO. 24-31596** |
| **MMA LAW FIRM, PLLC** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR** | § | |

**ORDER GRANTING EIGTH INTERIM APPLICATION OF WALKER &
PATTERSON, P.C., COUNSEL TO THE DEBTOR FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

It is

**ORDERED** that the *Eighth Interim Application of Walker & Patterson, P.C.'s Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses* is approved in the amount of $266,709.44 for attorney's fees and $694.08 in expenses, and it is further

**ORDERED** that the Debtor is authorized to pay *Walker & Patterson, P.C.* $267,403.52 as an administrative claim.

SIGNED: _____

_____
**CHIEF UNITED STATES BANKRUPTCY JUDGE**