**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:   MMA Law Firm, PLLC and Official                    Case No.: 24–31596
Committee of Unsecured Creditors
Debtor                                                      Chapter: 11

## NOTICE OF FILING OF OFFICIAL TRANSCRIPT

An official transcript has been filed in this case and it may contain information protected under the E-Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at https://www.txs.uscourts.gov/.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at https://www.txs.uscourts.gov/ or by calling (713) 250–5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

Nathan Ochsner
Clerk of Court

United States Bankruptcy Court
Southern District of Texas

In re:

MMA Law Firm, PLLC

Official Committee of Unsecured Creditor

    Debtors

Case No. 24-31596-evr

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0541-4            User: ADIuser            Page 1 of 9

Date Rcvd: Jul 06, 2026            Form ID: ntctran            Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MMA Law Firm, PLLC, Suite 810, 1235 North Loop West, Houston, TX 77008-1764 |
| aty | + | Misty Segura, 7601 FM 1960 Rd E, # 349, Atascocita, TX 77346-2209 |
| aty | + | The Lausten Group, 650 Poydras Street, Suite 1400, PB#3924, New Orleans, LA 70130-6116 |
| intp | + | Allied World Insurance Company, 1690 New Britain Ave.,, Suite 101, Farmington, CT 06032-3361 |
| intp | + | Barbara Gaunichaux, 260 Dale ave, Gretna, LA 70056-7852 |
| intp | + | Barcus Arenas, PLLC, c/o CTO Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3140 |
| intp | + | Bensalah Hameurlaine, 57 Emile ave, Kenner, LA 70065-3769 |
| cr | + | Betty Johnson, 417 Belle Chasse Dr., Laplace, LA 70068-3401 |
| cr | + | Charles William Nicolas Tapp, 4614 Quarter Charge Dr, Annandale, VA 22003, UNITED STATES 22003-4622 |
| cr | + | Cristobal M. Galindo, PC d/b/a Galindo Law, c/o Hayward PLLC, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203 |
| intp | + | Douglas Freeman, 22108 W McKinney Rd, Springfield, LA 70462-8903 |
| cr | + | EAJF ESQ Fund, LP, c/o Misty A. Segura, Spencer Fane LLP, 3040 Post Oak Blvd., Ste. 1400, Houston, TX 77056 UNITED STATES 77056-6584 |
| cr | + | Equal Access Justice Fund, LP, c/o Misty A. Segura, Spencer Fane LLP, 3040 Post Oak Blvd., Ste. 1400, Houston, TX 77056 UNITED STATES 77056-6584 |
| intp | + | Frank Martin, 42587 Highway 10, Franklinton, LA 70438-5645 |
| cr | + | Glago Williams, LLC, 909 Poydras St., Suite 2950, New Orleans, LA 70112-4006 |
| intp | + | James Jochum, 709 Codifer Blvd., Metairie, LA 70005-3750 |
| cr | + | James Marshall McClenny, 380 Ridge Lake Scenic Drive, Montgomery, TX 77316-6933 |
| intp | + | Jennifer Jason Joy & Associates, PLLC, Suite 1801, 909 Texas St., Suite 1801, Houston, TX 77002-3192 |
| cr | + | Katrena Leigh Henderson, 4614 Quarter Charge Dr, Annandale, VA 22003, UNITED STATES 22003-4622 |
| cr | + | Kirsten Young, 5341 Brownfields Dr, Baton Rouge, LA 70811-1070 |
| dft | + | LaHatte Law Firm, LLC, 2000 Clearview Parkway, Suite 203, Metairie, LA 70001-2441 |
| cr | + | Latosha Barrow, 1058 Balsam Ave., Baton Rouge, LA 70807-2964 |
| cr | + | Louisiana Farm Bureau, P.O. Box 95008, Baton Rouge, LA 70895-9008 |
| intp | + | Pandit Law Firm, LLC, c/o Raj Pandit, 701 Poydras Street, Suite 3950, New Orleans, LA 70139-7731 |
| cr | + | Patricia Briscoe, 7801 Warsaw St, Metairie, LA 70003-6429 |
| cr | + | Paul Brown, 19380 Old Covington HWY, Hammond, LA 70403-0755 |
| cr | | Starlight Studios, LLC, c/o Leo D. Congeni, Suite 2750, New Orleans, LA 70130, UNITED STATES |
| cr | #+ | Stephen Landreneau, 104 Piney Cv, West Monroe, LA 71291-7461 |
| wit | + | Tessa Vorhaben, c/o Stephen P. Strohschein, Hinshaw & Culbertson LLP, 400 Convention Street, Suite 1001 Baton Rouge, LA 70802-5616 |
| intp | + | The Monson Law Firm, LLC, 5 Sanctuary Boulevard, Suite 101, Mandeville, LA 70471-5304 |
| cr | + | Trung Nguyen, 3531 W Esplanade Ave N, Metairie, LA 70002-3343 |
| intp | + | Voorhies Law Firm, LLC, c/o The Derbes Law Firm, 3027 Ridgelake Dr, Metairie, LA 70002-4924 |
| cr | + | Wayne Galjour, Jr, 732 Oakwood Dr, Gretna, LA 70056-3008 |
| intp | + | Yulonda Alexander, P.O Box 125, Wilson, LA 70789-0125 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

| District/off: 0541-4 | User: ADIuser | Page 2 of 9 |
|---|---|---|
| Date Rcvd: Jul 06, 2026 | Form ID: ntctran | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| aty | | ^ MEBN | Jul 06 2026 21:41:46 | Walker & Patterson, P.C., P.O. Box 61301, Houston, TX 77208-1301 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 06 2026 21:44:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Jul 06 2026 21:47:11 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Email/Text: bnkatty@aldineisd.org | Jul 06 2026 21:45:00 | BANKRUPTCY ATTY. ALDINE INDEPENDENT SCHOOL DISTRIC, 2520 W.W. THORNE BLVD., LEGAL DEPARTMENT, HOUSTON, TX 77073, UNITED STATES 77073-3406 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Jul 06 2026 21:45:00 | City of Houston, Linebarger Goggan Blair & Sampson LLP, Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |
| ex | + | Email/Text: eengelhart@rossbanks.com | Jul 06 2026 21:45:00 | Eva S Engelhart, Ross Banks May Cron & Cavin P.C., 7700 San Felipe, Suite 550, Houston, TX 77063, UNITED STATES 77063-1618 |
| cr | + | Email/Text: info@ts-llp.com | Jul 06 2026 21:44:00 | Jayne Moseley, c/o Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004-1028 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Jul 06 2026 21:45:00 | Lone Star College System, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |
| cr | | ^ MEBN | Jul 06 2026 21:40:55 | Texas Comptroller of Public Accounts, c/o Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin, tx 78711-2548 |
| cr | + | Email/Text: bcd@oag.texas.gov | Jul 06 2026 21:44:00 | Texas Workforce Commission, Jamie Kirk, c/o Sherri K. Simpson, Paralegal, P.O. Box 12548, Austin, TX 78711-2548 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Megan Clontz |
| aty | | Spencer Fane LLP, 3040 Post Oak Blvd., Suite 1400, Houston |
| intp | | Alvin Coleman, Jr |
| cr | | Anna Barefield |
| cr | | Apex Roofing and Restoration, LLC |
| intp | | Austin Haydel |
| intp | | Betty Jarrell |
| intp | | Broussard & Dove PLLC |
| intp | | Broussard Injury Lawyers, LLC, Daly & Black, P.C., |
| cr | | Christine Griffin |
| cr | | Colby Haas |
| intp | | Daly & Black, P.C. |
| intp | | Danny Neal |
| cr | | Donald Blais |
| intp | | Donald Henderson |
| intp | | Edwin Hessler |
| intp | | Eric Starks |
| cr | | Faye Larkins-Hewitt |
| intp | | Gayle Heard, et al. |
| cr | | Global Estimating Services, LLC |
| intp | | Hair & Shunnarah Trial Attorneys, LLC |
| intp | | Hancock Whitney Bank |
| intp | | James Junkin |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 9 |
| Date Rcvd: Jul 06, 2026 | Form ID: ntctran | Total Noticed: 44 |

| | |
|---|---|
| intp | Jason J. Joy & Associates, PLLC |
| intp | Jessica Martin Scott |
| cr | Jim Dennis, Jr |
| intp | Kane Russell Coleman Logan PC |
| intp | Katherine Monson |
| intp | Katherine Salvant |
| cr | Keisha Simpson |
| cr | Kenneth Davis |
| cr | Kerry Martin |
| intp | Krause & Kinsman Trial Lawyers, LLC |
| intp | Laborde Earles |
| cr | Linda L.R. Wilhelm |
| intp | Lindsay Cantrelle |
| cr | Locklin Consulting, LLC |
| intp | Louisiana Louisiana Insurance Guaranty Association |
| cr | Luciana Garcia |
| cr | Mack Perkins |
| cr | Makkah Corporation |
| cr | Nedra Williams |
| cr | Noble Public Adjusting Group, LLC |
| intp | Norman Bonck |
| cr | Oakwood Bank |
| crcm | Official Committee of Unsecured Creditors |
| cr | PCG Claims, LLC d/b/a PCG Consulting, LLC |
| intp | Paul Rahfield |
| intp | Porsche Financial Services, Inc. |
| cr | Rachael Apken |
| intp | Rachelle Cope |
| cr | Reginald Mack |
| intp | Sandra Plough |
| intp | Sara Ardoin |
| cr | Schilacy Hall |
| intp | State Farm Fire & Casualty Company |
| intp | Tasha Venson |
| intp | Thaddeus Thompson |
| intp | The Sangisetty Law Firm, PLLC |
| cr | Todd Charters |
| intp | Tort Network, LLC d/b/a Velawcity |
| intp | Troy Scott |
| cr | William Dunn |

TOTAL: 63 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2026 at the address(es) listed below:**

District/off: 0541-4          User: ADIuser          Page 4 of 9

Date Rcvd: Jul 06, 2026          Form ID: ntctran          Total Noticed: 44

| Name | Email Address |
| --- | --- |
| Aaron Jackson Wiseman | on behalf of Defendant LaHatte Law Firm  LLC awiseman@thompsoncoe.com |
| Albert J Derbes, IV | on behalf of Interested Party Voorhies Law Firm  LLC ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com |
| Albert J Derbes, IV | on behalf of Defendant Gulf Coast Attorneys  LLC ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com |
| Albert J Derbes, IV | on behalf of Defendant The Voorhies Law Firm ajdiv@derbeslaw.com  Derbes..AlbertJ.B150683@notify.bestcase.com |
| Albert J Derbes, IV | on behalf of Defendant New Orleans Legal  LLC ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com |
| Allison Standish Miller | on behalf of Defendant Allied Trust Insurance Company amiller@steptoe.com  eadams@steptoe.com |
| Andrew Jimenez | on behalf of U.S. Trustee US Trustee andrew.jimenez@usdoj.gov |
| Andrew David Mendez | on behalf of Defendant COX  COX, FILO, CAMEL, WILSON & BROWN, LLC amendez@stonepigman.com |
| Ariel Sagre | on behalf of Creditor Noble Public Adjusting Group  LLC law@sagrelawfirm.com |
| Avi Moshenberg | on behalf of Debtor MMA Law Firm  PLLC avi.moshenberg@lmbusinesslaw.com, avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Creditor Committee The Official Committee of Unsecured Creditors avi.moshenberg@lmbusinesslaw.com avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Creditor Committee Official Committee of Unsecured Creditors avi.moshenberg@lmbusinesslaw.com avi.moshenberg@lmbusinesslaw.com |
| Brendon D Singh | on behalf of Creditor Jayne Moseley bsingh@ts-llp.com  corraltransinghllp@jubileebk.net |
| Brian Weil Zimmerman | on behalf of Defendant EAJF ESQ Fund LP bzimmerman@spencerfane.com jwoods@spencerfane.com;nreisch@spencerfane.com;brian-zimmerman-7925@ecf.pacerpro.com |
| Brian Weil Zimmerman | on behalf of Creditor Equal Access Justice Fund  LP bzimmerman@spencerfane.com, jwoods@spencerfane.com;nreisch@spencerfane.com;brian-zimmerman-7925@ecf.pacerpro.com |
| Brian Weil Zimmerman | on behalf of Creditor EAJF ESQ Fund  LP bzimmerman@spencerfane.com, jwoods@spencerfane.com;nreisch@spencerfane.com;brian-zimmerman-7925@ecf.pacerpro.com |
| Brian Weil Zimmerman | on behalf of Defendant Equal Access Justice Fund  LP bzimmerman@spencerfane.com, jwoods@spencerfane.com;nreisch@spencerfane.com;brian-zimmerman-7925@ecf.pacerpro.com |
| Byron Wright, III | on behalf of Defendant Dunlap & Shipman  P.A. twright@brunerwright.com, skelley@brunerwright.com;nicasia@brunerwright.com;brenda@brunerwright.com;jvanhise@brunerwright.com |
| C. Charles Townsend | on behalf of Witness Tessa Vorhaben ctownsend@hinshawlaw.com  jrichardson@hinshawlaw.com;sgarcia@hinshawlaw.com |
| Carla Ruth Delpit | on behalf of Interested Party Daly & Black  P.C. cdelpit@dalyblack.com |
| Charles David Brown | on behalf of Interested Party Daly & Black  P.C. cbrown@dalyblack.com |
| Cherie Dessauer Nobles | on behalf of Plaintiff Morris Bart  L.L.C. cnobles@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com |
| Christopher William Kaul | on behalf of Defendant LaHatte Law Firm  LLC ckaul@thompsoncoe.com |
| Clay Marshall Taylor | on behalf of Creditor EAJF ESQ Fund  LP ctaylor@spencerfane.com |
| Clay Marshall Taylor | on behalf of Creditor Equal Access Justice Fund  LP ctaylor@spencerfane.com |

Clinton Peck Hayne, Jr.

on behalf of Creditor Committee Official Committee of Unsecured Creditors phayne@gordonarata.com

David M Miller

on behalf of Creditor EAJF ESQ Fund  LP dmiller@spencerfane.com, mbir@spencerfane.com;JKallweit@spencerfane.com

David M Miller

on behalf of Creditor Equal Access Justice Fund  LP dmiller@spencerfane.com,
mbir@spencerfane.com;JKallweit@spencerfane.com

Douglas Scott Draper

on behalf of Defendant CHEHARDY  SHERMAN, WILLIAMS, RECILE & HAYES, L.L.P. ddraper@lawla.com,
dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Douglas Scott Draper

on behalf of Defendant ROBICHAUX  MIZE, WADSACK, RICHARDSON & WATSON, L.L.C ddraper@lawla.com,
dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Douglas Scott Draper

on behalf of Defendant Pandit Law Firm  LLC ddraper@lawla.com,
dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Douglas Scott Draper

on behalf of Interested Party Broussard & Dove PLLC ddraper@lawla.com
dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Douglas Scott Draper

on behalf of Defendant Pate Smith Law PLLC ddraper@lawla.com
dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Douglas Scott Draper

on behalf of Defendant Broussard & Dove  a Professional Law Corporation ddraper@lawla.com,
dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Edward L Ripley

on behalf of Creditor Global Estimating Services  LLC eripley@andrewsmyers.com, sray@andrewsmyers.com

Elias Marwan Yazbeck

on behalf of Interested Party Porsche Financial Services  Inc. elias@yazbecklaw.com,
sheema@yazbecklaw.com,jaila@yazbecklaw.com,TheLawOfficeofEliasMYazbeck@jubileebk.net,ricardo@yazbecklaw.com,mei
@yazbecklaw.com,rafic@yazbecklaw.com,admin@yazbecklaw.com

Emory Charles Powers

on behalf of Interested Party State Farm Fire & Casualty Company emory.powers@acer.com  mary.jahn@arlaw.com

Eric J Derbes

on behalf of Defendant New Orleans Legal  LLC ederbes@derbeslaw.com, derbeser72443@notify.bestcase.com

Eric J Derbes

on behalf of Defendant Gulf Coast Attorneys  LLC ederbes@derbeslaw.com, derbeser72443@notify.bestcase.com

Frederick T Johnson

on behalf of Creditor Equal Access Justice Fund  LP fjohnson@spencerfane.com,
jpeter@spencerfane.com;chornsby@spencerfane.com

Frederick T Johnson

on behalf of Creditor EAJF ESQ Fund  LP fjohnson@spencerfane.com, jpeter@spencerfane.com;chornsby@spencerfane.com

H Anthony Hervol

on behalf of Creditor Locklin Consulting  LLC hervol@sbcglobal.net,
hervollawoffice@gmail.com;hervollawoffice@yahoo.com;hervollawbrenda@yahoo.com

Heather LaSalle Alexis

on behalf of Witness Tessa Vorhaben halexis@hinshawlaw.com

Herbert Charles Shelton, II

on behalf of Creditor Cristobal M. Galindo  PC d/b/a Galindo Law cshelton@haywardfirm.com, SVillarreal@haywardfirm.com

Herbert Charles Shelton, II

on behalf of Creditor Cristobal M. Galindo d/b/a Galindo Law cshelton@haywardfirm.com  SVillarreal@haywardfirm.com

Herbert Charles Shelton, II

on behalf of Plaintiff Cristobal M. Galindo P.C. cshelton@haywardfirm.com  SVillarreal@haywardfirm.com

Jamie Kirk

on behalf of Creditor Texas Workforce Commission bk-jkirk@texasattorneygeneral.gov  sherri.simpson@oag.texas.gov

Jason Joseph Joy

on behalf of Interested Party Jennifer Jason Joy & Associates  PLLC jason@jasonjoylaw.com

Jason Lee Boland

on behalf of Interested Party Kane Russell Coleman Logan PC jason.boland@nortonrosefulbright.com

District/off: 0541-4                    User: ADIuser                    Page 6 of 9
Date Rcvd: Jul 06, 2026                  Form ID: ntctran                 Total Noticed: 44

Jason Patrick Kathman

on behalf of Defendant EAJF ESQ Fund LP jkathman@spencerfane.com  lvargas@spencerfane.com

Jason Patrick Kathman

on behalf of Defendant Equal Access Justice Fund  LP jkathman@spencerfane.com, lvargas@spencerfane.com

Jason Patrick Kathman

on behalf of Creditor Equal Access Justice Fund  LP jkathman@spencerfane.com, lvargas@spencerfane.com

Jason Patrick Kathman

on behalf of Creditor EAJF ESQ Fund  LP jkathman@spencerfane.com, lvargas@spencerfane.com

Jeannie Lee Andresen

on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Jeannie Lee Andresen

on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com

John Garrison Jordan

on behalf of Creditor James Marshall McClenny jgj@chehardy.com

Johnie J. Patterson, II

on behalf of Plaintiff MMA Law Firm  PLLC wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J. Patterson, II

on behalf of Counter-Defendant MMA Law Firm  PLLC
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J. Patterson, II

on behalf of Counter-Claimant MMA Law Firm  PLLC
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J. Patterson, II

on behalf of Defendant MMA Law Firm  PLLC wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J. Patterson, II

on behalf of Debtor MMA Law Firm  PLLC wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Joshua W. Wolfshohl

on behalf of Defendant Hair & Shunnarah Trial Attorneys  LLC jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl

on behalf of Defendant Laborde Earles Law Firm LLC jwolfshohl@porterhedges.com
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl

on behalf of Interested Party Hair & Shunnarah Trial Attorneys  LLC jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl

on behalf of Interested Party Daly & Black  P.C. jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl

on behalf of Defendant Daly & Black  PC jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl

on behalf of Interested Party Jason J. Joy & Associates  PLLC jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl

on behalf of Defendant Hair Shunnarah Trial Attorneys  LLC jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Justin S. Levy

on behalf of Counter-Claimant Allied World Insurance Company jlevy@wam.law

Justin S. Levy

on behalf of Interested Party Allied World Insurance Company jlevy@wam.law

Justin S. Levy

on behalf of Defendant Allied World Insurance Company jlevy@wam.law

Katherine Leslie-Anne Cowart

on behalf of Interested Party Barcus Arenas  PLLC kcowart@hchlawyers.com, cbatterson@hchlawyers.com

Kenesha LaShaunda Starling

on behalf of Defendant Laborde Earles Law Firm LLC Kenesha.Starling@arnoldporter.com  bgorman@porterhedges.com

Kenesha LaShaunda Starling

on behalf of Defendant Daly & Black  PC Kenesha.Starling@arnoldporter.com, bgorman@porterhedges.com

Kerry James Miller

on behalf of Defendant Morris Bart  LLC kmiller@mtdvp.com

Kyle J Nutt

on behalf of Creditor Katrena Leigh Henderson kjnutt@reissnutt.com

Kyle J Nutt

on behalf of Creditor Charles William Nicolas Tapp kjnutt@reissnutt.com

Laura Hanley Carlock

on behalf of Interested Party Daly & Black  P.C. lcarlock@dalyblack.com

Leo David Congeni

on behalf of Defendant The Sangisetty Law Firm lcongeni@brooksgelpi.com  michelle@congenilawfirm.com

Leo David Congeni

on behalf of Creditor Starlight Studios  LLC lcongeni@brooksgelpi.com, michelle@congenilawfirm.com

Leo David Congeni

on behalf of Interested Party The Sangisetty Law Firm  PLLC lcongeni@brooksgelpi.com, michelle@congenilawfirm.com

Leo David Congeni

on behalf of Interested Party Gayle Heard  et al. lcongeni@brooksgelpi.com, michelle@congenilawfirm.com

Leslie S. Ahari

on behalf of Defendant Allied World Insurance Company lahari@wam.law

Lionel Zachary Carrion

on behalf of Defendant LaHatte Law Firm  LLC zcarrion@hstalaw.com

Lisa M. Norman

on behalf of Creditor PCG Claims  LLC d/b/a PCG Consulting, LLC lnorman@andrewsmyers.com, sray@andrewsmyers.com

Marcia Suzanne Montero

on behalf of Defendant Katherine Monson suzy@snw.law

Marcia Suzanne Montero

on behalf of Defendant Matthew Monson suzy@snw.law

Marcia Suzanne Montero

on behalf of Defendant The Monson Law Firm  LLC suzy@snw.law

Marcia Suzanne Montero

on behalf of Interested Party The Monson Law Firm  LLC suzy@snw.law

Marcus V Eason

on behalf of Interested Party Porsche Financial Services  Inc. meason@mcginnislaw.com, mmendoza@mcginnislaw.com,cosborn@mcginnislaw.com

Mark Glago

on behalf of Creditor Glago Williams  LLC mglago@glagowilliams.com

Mark Glago

on behalf of Defendant Glago Williams  LLC mglago@glagowilliams.com

Mark Stromberg

on behalf of Defendant Heath Law Group  LLC mark@strombergstock.com, deanna@strombergstock.com;elise@strombergstock.com

Matthew Brian Probus

on behalf of Attorney Rebekka Veith matthewprobus@theprobuslawfirm.com

Matthew Brian Probus

on behalf of Defendant AMO Trial Lawyers  LLC matthewprobus@theprobuslawfirm.com

Matthew Brian Probus

on behalf of Defendant Morris Bart  LLC matthewprobus@theprobuslawfirm.com

Michael Weems

on behalf of Creditor Makkah Corporation mlw@hwa.com

Michael Edward Landis

on behalf of Defendant Pandit Law Firm  LLC mlandis@lawla.com

Michael Edward Landis

on behalf of Interested Party Broussard & Dove PLLC mlandis@lawla.com

Michael Edward Landis

on behalf of Defendant ROBICHAUX  MIZE, WADSACK, RICHARDSON & WATSON, L.L.C mlandis@lawla.com

Michael Edward Landis

on behalf of Defendant Broussard & Dove  a Professional Law Corporation mlandis@lawla.com

District/off: 0541-4                              User: ADIuser                                    Page 8 of 9
Date Rcvd: Jul 06, 2026                         Form ID: ntctran                                 Total Noticed: 44

Michael Edward Landis

on behalf of Defendant Pate Smith Law PLLC mlandis@lawla.com

Michael Edward Landis

on behalf of Interested Party Pandit Law Firm  LLC mlandis@lawla.com

Michael Edward Landis

on behalf of Defendant CHEHARDY  SHERMAN, WILLIAMS, RECILE & HAYES, L.L.P. mlandis@lawla.com

Miriam Goott

on behalf of Defendant MMA Law Firm  PLLC wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott

on behalf of Plaintiff MMA Law Firm  PLLC wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott

on behalf of Counter-Claimant MMA Law Firm  PLLC wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott

on behalf of Attorney Walker & Patterson  P.C. wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott

on behalf of Creditor Committee Official Committee of Unsecured Creditors wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott

on behalf of Debtor MMA Law Firm  PLLC wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott

on behalf of Defendant COX  COX, FILO, CAMEL, WILSON & BROWN, LLC
wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Misty A Segura

on behalf of Defendant Equal Access Justice Fund  LP msegura@spencerfane.com, misty-segura-9690@ecf.pacerpro.com

Misty A Segura

on behalf of Defendant EAJF ESQ Fund LP msegura@spencerfane.com  misty-segura-9690@ecf.pacerpro.com

Monica Leigh Bergeron

on behalf of Defendant Morris Bart  LLC mbergeron@mtdvp.com

Nicholas Lawson

on behalf of Debtor MMA Law Firm  PLLC nick.lawson@lmbusinesslaw.com, kate.taylor@lmbusinesslaw.com

Nicholas Lawson

on behalf of Creditor Committee Official Committee of Unsecured Creditors nick.lawson@lmbusinesslaw.com
kate.taylor@lmbusinesslaw.com

Nicholas Zugaro

on behalf of Interested Party Tort Network  LLC d/b/a Velawcity nzugaro@gordonarata.com,
zugerariyo@yahoo.com;scallier@dykema.com

Nicholas John Wehlen

on behalf of Plaintiff MMA Law Firm  PLLC nwehlen@bakerdonelson.com

Nicholas John Wehlen

on behalf of Defendant COX  COX, FILO, CAMEL, WILSON & BROWN, LLC nwehlen@bakerdonelson.com

Oliver S. Sherman

on behalf of Defendant Allied World Insurance Company osherman@bu.edu

Pamela A. Walters

on behalf of Creditor BANKRUPTCY ATTY. ALDINE INDEPENDENT SCHOOL DISTRICT bnkatty@aldineisd.org

Rachael L Smiley

on behalf of Interested Party Krause & Kinsman Trial Lawyers  LLC rsmiley@fbfk.law, eglenn@fbfk.law

Rebekka C Veith

on behalf of Defendant AMO Trial Lawyers  LLC rveith@mtdvp.com

Rebekka C Veith

on behalf of Defendant Morris Bart  LLC rveith@mtdvp.com

Rebekka C Veith

on behalf of Plaintiff Morris Bart  L.L.C. rveith@mtdvp.com

Richard D. Daly

on behalf of Interested Party Daly & Black  P.C. ecfs@dalyblack.com, vhernandez@rdalylaw.com

Robert Emmet Couhig, Jr

on behalf of Interested Party Katherine Monson couhigre@couhigpartners.com

Ruth A Van Meter

on behalf of Creditor Cristobal M. Galindo  PC d/b/a Galindo Law ruth@vanmeterlaw.com, mholmes@haywardfirm.com

Ryan J Richmond
   on behalf of Defendant Matthew Monson ryan@snw.law  ryan@rjrichmondlaw.com

Ryan J Richmond
   on behalf of Defendant Katherine Monson ryan@snw.law  ryan@rjrichmondlaw.com

Ryan J Richmond
   on behalf of Defendant The Monson Law Firm  LLC ryan@snw.law, ryan@rjrichmondlaw.com

Ryan J Richmond
   on behalf of Interested Party The Monson Law Firm  LLC ryan@snw.law, ryan@rjrichmondlaw.com

Samuel Joseph Landingham
   on behalf of Creditor Committee Official Committee of Unsecured Creditors sam.landingham@lmbusinesslaw.com

Scott R Bickford
   on behalf of Creditor Apex Roofing and Restoration  LLC srb@mbfirm.com

Scott R. Cheatham
   on behalf of Interested Party State Farm Fire & Casualty Company scott.cheatham@arlaw.com

Simon W Hendershot, III
   on behalf of Interested Party Barcus Arenas  PLLC trey@hchlawyers.com, eservice@hchlawyers.com

Staci Knox Villemarette
   on behalf of Creditor Louisiana Farm Bureau staciv@cocglaw.com

Stephanie Laird Tolson
   on behalf of Interested Party Hancock Whitney Bank stolson@hinshawlaw.com
   houdocket@hinshawlaw.com;sburns@hinshawlaw.com;sstrohschein@hinshawlaw.com

Stephen Paul Strohschein
   on behalf of Witness Tessa Vorhaben sstrohschein@hinshawlaw.com  jlovett@hinshawlaw.com

Susan Tran Adams
   on behalf of Creditor Jayne Moseley stran@ts-llp.com  corraltransinghllp@jubileebk.net

Toby L Gerber
   on behalf of Creditor Oakwood Bank toby.gerber@nortonrosefulbright.com

Tristan E Manthey
   on behalf of Plaintiff Morris Bart  L.L.C. tmanthey@fishmanhaygood.com,
   kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com;cnobles@fishmanhaygood.com

Turner Falk
   on behalf of Interested Party Krause & Kinsman Trial Lawyers  LLC turner.falk@saul.com, tnfalk@recap.email

US Trustee
   USTPRegion07.HU.ECF@USDOJ.GOV

Van Clifton Seneca
   on behalf of Defendant Loftin Law Group  LLC van@loftinleblanc.com

William S. Robbins
   on behalf of Interested Party Louisiana Louisiana Insurance Guaranty Association wrobbins@stewartrobbins.com
   wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins
   on behalf of Counter-Defendant Louisiana Insurance Guaranty Association wrobbins@stewartrobbins.com
   wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins
   on behalf of Plaintiff Louisiana Insurance Guaranty Association wrobbins@stewartrobbins.com
   wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com


TOTAL: 148