**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO.   24-31596** |
| **MMA LAW FIRM, PLLC** | § | |
| | § | |
| | § | |
| **DEBTOR** | § | |

### SETTLEMENT AGREEMENT

This Settlement Agreement (the "**Agreement**") is entered into by and between MMA Law Firm, PLLC (formerly known as McClenny Moseley and Associates) ("**MMA**" or the "**Debtor**"), on the one hand, and Glago Williams, LLC (**"Glago"**), Moisant Law Firm (**"Moisant"**), and F. Gerald DeSalvo, LLC ("**DeSalvo**") on the other hand. MMA, Glago, Moisant and DeSalvo are each referred to individually as a "**Party**" and collectively as the "**Parties**."

The Parties hereby agree to the following terms and conditions below, which are expressly subject to approval by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**").

This Settlement Agreement shall be effective as of the date on which it is signed by both Parties (the **"Effective Date"**).

### DEFINITIONS AND RECITALS

1.   On April 9, 2024, the Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code.

2.   On April 7, 2026, MMA filed an Adversary Proceeding against Glago in Case No. 26-03101 (the **"Adversary"**), concerning MMA's respective interest in attorneys' fees related to legal

cases involving three former clients of MMA who are now represented by Glago in conjunction with other co-counsel (the "**Former MMA Cases**").

3.      The Long Case was settled by Glago in conjunction with co-counsel Moisant Law Firm, LLC, and Glago and Moisant Law Firm, LLC collectively received attorneys' fees totaling $10,073.49.

4.      The Fraino Case was settled by Glago in conjunction with co-counsel F. Gerald DeSalvo, LLC, and Glago and F. Gerald DeSalvo, LLC collectively received attorneys' fees totaling $5,994.00.

5.      The third and final case in which MMA previously served as counsel is a matter for which MMA already received fifty percent (50%) of the attorneys' fees prior to the bankruptcy filing.

6.      The Parties have reached a comprehensive resolution of all disputes concerning the Former MMA Cases and the Adversary.

7.      The Parties acknowledge that this Settlement Agreement is subject to approval by the Bankruptcy Court.

## PAYMENT TERMS AND CONDITIONS

8.      Within three (3) days following entry of an order by the Bankruptcy Court approving this Settlement Agreement, Glago shall pay MMA a total of $5,355.83 (the **"Fees Owed"**), representing one-third (1/3) of the total attorneys' fees collected by Glago, Moisant Law Firm, LLC, and F. Gerald DeSalvo, LLC in the Former MMA Cases, in exchange for a complete release of all claims among the Parties and dismissal of the Adversary.

9.      Payment of the Fees Owed shall be made payable to MMA Law Firm, PLLC and delivered to MMA's counsel, Walker & Patterson, P.C., at 4815 Dacoma Street, Houston, Texas 77092, or by such other method as may be mutually agreed upon in writing by the Parties.

10.     **Retention of Jurisdiction:** The Bankruptcy Court shall retain exclusive jurisdiction to

resolve any dispute between the Parties regarding this Agreement.

11.      **Mutual Release**: Effective upon the full and final completion of all terms and conditions set forth in this agreement, the Parties release each other from any and all claims, demands, and causes of action related to the Former MMA Cases.

12.      **Bankruptcy Court Approval:** The Parties understand that this entire Settlement Agreement is subject to Bankruptcy Court approval.

**Dated:**    7-11-2026

*/s/ John Zachary Moseley*
_____
**John Zachary Moseley – MMA Law Firm, PLLC**
1235 North Loop West
Suite 810
Houston, Texas 77008
Email: zach@mma-pllc.com
Telephone: 713-334-6121
Fax: 713-332-5953

**Dated: 6/25/2026**_____

**GLAGO WILLIAMS, LLC**

*/s/ Mark P. Glago*_____
Mark P. Glago, Texas Bar No. 24045353
BankPlus Tower - 29th Floor
909 Poydras Street, Suite 2950
New Orleans, Louisiana 70112
Telephone: (504) 500-2020
Facsimile: (504) 599-8699
mglago@glagowilliams.com

*DESALVO LAW FIRM*
**F. Gerald DeSalvo LA Bar No. 25647**
235 Derbigny Street, Suite 200
Gretna, La 70053
Telephone: (504) 309-5522
Facsimile: (504) 309-3512
Email: desalvolaw@me.com

*MOISANT LAW FIRM*
**Samantha G. Moisant, La Bar No. 38226**
2332 Severn Avenue, Suite 100
Metairie, Louisiana 70001
Telephone: (504) 317-1685
Facsimile: (504) 803-6201
Email: Samantha@moisantlaw.com