IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 24-31596 |
| | § | |
| MMA LAW FIRM, PLLC | § | Chapter 11 |
| | § | |
| Debtor. | § | |

**ORDER APPROVING COMPROMISE WITH GLAGO WILLIAMS, LLC,
MOISANT LAW FIRM, LLC, AND F. GERALD DESALVO, LLC**

It is

**ORDERED** that the Debtor's Motion to Compromise Controversy with Glago Williams, LLC ("Glago"), Moisant Law Firm, LLC ("Moisant"), and F. Gerald DeSalvo, LLC ("DeSalvo") is GRANTED in full, and it is further

**ORDERED** that the Settlement Agreement attached hereto is approved, and it is further

**ORDERED** that MMA Law Firm, PLLC (the "Debtor"), Glago, Moisant, and DeSalvo are authorized to enter into and consummate the Settlement Agreement according to the terms and conditions contained in the attached Settlement Agreement, and it is further

**ORDERED** that Glago shall pay the Debtor a total of $5,355.83 in good funds within three (3) days of entry of this Order, payable to MMA Law Firm, PLLC and delivered to Walker & Patterson, P.C., 4815 Dacoma Street, Houston, Texas 77092, and it is further

**ORDERED** that this Court retains jurisdiction over all disputes that may be related to the interpretation or enforcement of the attached Settlement Agreement and this Order.

SIGNED:_____

_____
CHIEF UNITED STATES BANKRUPTCY JUDGE