**EXHIBIT A**

**Fourth Monthly Fee Statement**

4396346-1

Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-31596** |
| **MMA LAW FIRM, PLLC,**[3] | § | |
| *Debtor*. | § | |

**NOTICE OF GORDON, ARATA, MONTGOMERY, BARNETT, McCOLLAM, DUPLANTIS & EAGAN, LLC'S FOURTH MONTHLY FEE STATEMENT FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL LOUISIANA COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2026 THROUGH JUNE 30, 2026**

| Name of Counsel: | **Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC** | |
|---|---|---|
| Counsel's Role in the Case: | Special Louisiana Counsel to the Official Committee of Unsecured Creditors in connection with La. Sup. Court Docket 2026-QC-0161 | |
| Date Order of Employment Signed: | May 19, 2026 [ECF 1503] | |
| | **Beginning of Period:** | **End of Period:** |
| Time period covered by this Statement: | June 1, 2026 | June 30, 2026 |
| **Summary of Total Fees and Expenses Requested** | | |
| Total fees requested for payment in this Statement: | | $1,680.00 |
| Total expenses requested for payment in this Statement: | | $100.00 |
| Total fees and expenses requested for payment in this Statement: | | $1,780.00 |
| Total fees and expenses for the period covered by this Statement: | | $1,780.00 |
| **Summary of Attorneys' Fees for the Period Covered by This Statement** | | |
| Attorneys' fees: | | $1,680.00 |
| Actual attorney hours: | | 2.4 |
| Average hourly rate for attorneys: | | $700.00 |
| **Summary of Paraprofessional Fees for the Period Covered by This Statement** | | |
| Paraprofessional fees: | | $0.00 |
| Actual paraprofessional hours: | | 0 |
| Average hourly rate for paraprofessionals: | | N/A |

Pursuant to §§ 327, 330, and 331 of title 11 of the United States Code (the "***Bankruptcy Code***"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), and

---

[3] The last four digits of the Debtor's federal tax identification number are 5686.

4396346-1                              Exhibit A: Page 1

Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "***Bankruptcy Local Rules***"), Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC ("***Gordon Arata***"), as special Louisiana counsel to the Official Committee of Unsecured Creditors, hereby submits its Fourth Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from June 1, 2026 through June 30, 2026 (the "***Monthly Fee Statement***").

Gordon Arata seeks payment and final approval of $1,680.00 as compensation for professional services rendered to the Official Committee of Unsecured Creditors during the period from June 1, 2026 through June 30, 2026 (the "***Fourth Fee Period***") plus $100.00 for necessary expenses incurred by Gordon Arata during the Fourth Fee Period.

In support of the Monthly Fee Statement, Gordon Arata submits a Summary of Legal Fees by Category for the Fourth Fee Period, attached hereto as Exhibit A-1; a Detailed Record of Fees as Counsel for the Fourth Fee Period, attached hereto as Exhibit A-2; and a Detailed Record of Costs as Counsel for the Fourth Fee Period, attached hereto as Exhibit A-3.

Dated: July 16, 2026

GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC

By:  */s/ C. Peck Hayne Jr.*
C. Peck Hayne Jr. (Texas Bar No. 24052764)
    *admitted pro hac vice* [ECF No. 1540]
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Phone: 504-582-1111
Email: phayne@gordonarata.com

***Special Louisiana Counsel for the Official Committee of Unsecured Creditors***

Exhibit A: Page 2

**EXHIBIT A-1**

**SUMMARY OF LEGAL FEES BY CATEGORY
AND EXPENSES FOR THE FEE PERIOD
FROM JUNE 1, 2026 THROUGH JUNE 30, 2026**

| CATEGORY | DESCRIPTION | LEGAL FEES | EXPENSES | |
|---|---|---|---|---|
| 160 | Fee/Employment Applications | $1,400.00 | | |
| 190 | Other Contested Matters | $280.00 | | |
| | **TOTALS:** | **$1,680.00** | **$100.00** | |

| | |
|---|---|
| Total Fees for Period: | 1,680.00 |
| Total Expenses for Fee Period: | $100.00 |
| TOTAL REQUEST: | **$1,780.00** |

4396346-1                                          Exhibit A-1

**EXHIBIT A-2**

**DETAILED RECORD OF FEES AS SPECIAL LOUISIANA COUNSEL
FOR THE FEE PERIOD
FROM JUNE 1, 2026 THROUGH JUNE 30, 2026**

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| **Employment/Fee Applications** | | | | |
| 6/05/2026 | Peck Hayne | 1.8 | $1,260 | Telephone conference with Bankruptcy Clerk on efiling Fee Application; telephone conferences with J. Smith, N. Zugaro and N. Lawson regarding same; revise fee application so that it can be filed by N. Lawson for the UCC; draft and efile Motion for Pro Hac Vice admission to bankruptcy case; emails with N. Zugaro and N. Lawson regarding same. |
| 6/10/2026 | Peck Hayne | 0.1 | $70 | Study and review (i) order granting motion for P. Hayne to appear pro hac vice in bankruptcy case, and (ii) clerk's certificate of service for same. |
| 6/30/2026 | Peck Hayne | 0.1 | $70 | Review bankruptcy court's order granting Gordon Arata's First Interim Fee Application; two emails with UCC's lead counsel N. Lawson regarding same and regarding final fee application. |
| **Total Employment/Fee Applications** | | **2.0** | **$1,400** | |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| **Other Contested Matters** | | | | |
| 6/29/2026 | Peck Hayne | 0.4 | $280 | Study and review Louisiana Supreme Court opinion on certified questions; two emails from the court regarding same; two emails with N. Lawson regarding same. |
| **Total Other Contested Matters:** | | **0.4** | **$280** | |

Exhibit A-2

**EXHIBIT A-3**

**DETAILED RECORD OF COSTS INCURRED BY SPECIAL LOUISIANA COUNSEL
FOR THE FEE PERIOD
FROM JUNE 1, 2026 THROUGH JUNE 30, 2026**

| Date | Amount | Description |
|---|---|---|
| **Employment/Fee Applications** | | |
| 6/05/2026 | $100.00 | Filing fee for pro hac vice motion for bankruptcy court |
| **TOTAL** | **$100.00** | |

4396346-1

Exhibit A-3