**EXHIBIT B**

**Fifth Monthly Fee Statement**

Exhibit B

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-31596** |
| **MMA LAW FIRM, PLLC,[4]** | § | |
| *Debtor*. | § | |

**NOTICE OF GORDON, ARATA, MONTGOMERY, BARNETT, McCOLLAM, DUPLANTIS & EAGAN, LLC'S FIFTH MONTHLY FEE STATEMENT FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL LOUISIANA COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2026 THROUGH JULY 16, 2026**

| **Name of Counsel:** | **Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC** | |
|---|---|---|
| Counsel's Role in the Case: | Special Louisiana Counsel to the Official Committee of Unsecured Creditors in connection with La. Sup. Court Docket 2026-QC-0161 | |
| Date Order of Employment Signed: | May 19, 2026 [ECF 1503] | |
| | **Beginning of Period:** | **End of Period:** |
| Time period covered by this Statement: | July 1, 2026 | July 16, 2026 |
| **Summary of Total Fees and Expenses Requested** | | |
| Total fees requested for payment in this Statement: | | $700.00 |
| Total expenses requested for payment in this Statement: | | $0.00 |
| Total fees and expenses requested for payment in this Statement: | | $700.00 |
| Total fees and expenses for the period covered by this Statement: | | $700.00 |
| **Summary of Attorneys' Fees for the Period Covered by This Statement** | | |
| Attorneys' fees: | | $700.00 |
| Actual attorney hours: | | 1.0 |
| Average hourly rate for attorneys: | | $700.00 |
| **Summary of Paraprofessional Fees for the Period Covered by This Statement** | | |
| Paraprofessional fees: | | $0.00 |
| Actual paraprofessional hours: | | 0 |
| Average hourly rate for paraprofessionals: | | N/A |

Pursuant to §§ 327, 330, and 331 of title 11 of the United States Code (the "***Bankruptcy Code***"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), and

---

[4] The last four digits of the Debtor's federal tax identification number are 5686.

4396346-1                    Exhibit B: Page 1

Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "***Bankruptcy Local Rules***"), Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC ("***Gordon Arata***"), as special Louisiana counsel to the Official Committee of Unsecured Creditors, hereby submits its Fifth Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2026 through July 16, 2026 (the "***Monthly Fee Statement***").

Gordon Arata seeks payment and final approval of $700.00 as compensation for professional services rendered to the Official Committee of Unsecured Creditors during the period from July 1, 2026 through July 16, 2026 (the "***Fifth Fee Period***").  Gordon Arata does not seek any expenses for the Fifth Fee Period.

In support of the Monthly Fee Statement, Gordon Arata submits a Summary of Legal Fees by Category for the Fifth Fee Period, attached hereto as Exhibit B-1; and a Detailed Record of Fees as Counsel for the Fifth Fee Period, attached hereto as Exhibit B-2.

Dated: July 16, 2026

GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC

By: */s/ C. Peck Hayne Jr.*
C. Peck Hayne Jr. (Texas Bar No. 24052764)
    *admitted pro hac vice* [ECF No. 1540]
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Phone: 504-582-1111
Email: phayne@gordonarata.com

***Special Louisiana Counsel for the Official Committee of Unsecured Creditors***

4396346-1

Exhibit B: Page 2

**EXHIBIT B-1**

**SUMMARY OF LEGAL FEES BY CATEGORY
AND EXPENSES FOR THE FEE PERIOD
FROM JULY 1, 2026, THROUGH JULY 16, 2026**

| CATEGORY | DESCRIPTION | LEGAL FEES | EXPENSES | |
|---|---|---|---|---|
| 160 | Employment/Fee Application | $700.00 | | |
| | **TOTALS:** | **$700.00** | **$0.00** | |

| | |
|---|---|
| Total Fees for Period: | $700.00 |
| Total Expenses for Fee Period: | $0.00 |
| TOTAL REQUEST: | **$700.00** |

4396346-1

Exhibit B-1

**EXHIBIT B-2**

**DETAILED RECORD OF FEES AS SPECIAL LOUISIANA COUNSEL**
**FOR THE FEE PERIOD**
**FROM JULY 1, 2026, THROUGH JULY 16, 2026**

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| **Employment/Fee Applications** | | | | |
| 7/16/2026 | Peck Hayne | 1.0 | $700 | Draft and file final fee application for Gordon Arata. |
| **Total Employment/Fee Applications:** | | **1.0** | **$700** | |

4396346-1

Exhibit B-2