**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **MMA LAW FIRM, PLLC** | ) | **Case No. 24-31596** |
| | ) | |
| | ) | |
| **Debtor(s).** | ) | |
| | ) | |

**ORDER DENYING CONFIRMATION OF THIRD AMENDED PLAN**
**Related to ECF No. 1557**

CAME ON to be considered for confirmation the *Third Amended Joint Plan of Liquidation* (the "Amended Plan"). [ECF No. 1557].  Due notice and opportunity for hearing having been given to all parties by the Clerk, and it having been shown to the satisfaction of the Court, it is hereby

**ORDERED** that confirmation of Debtor's Amended Plan is **DENIED**.

Signed: _____

_____
**EDUARDO V. RODRIGUEZ**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**