**SUPREME COURT OF LOUISIANA**

**No. 2026-CQ-00161**

**IN RE: MMA LAW FIRM, PLLC**

CERTIFICATION ORDER AND SPECIAL BRIEFING ORDER

Considering the certified question filed by the United States District Court for the Southern District of Texas,

IT IS ORDERED that certification be granted.

IT IS FURTHER ORDERED that the clerk of court schedule this case for oral argument on the court's April 2026 docket.

IT IS FURTHER ORDERED that the briefing delays set forth in Supreme Court Rule XII, § 6 be modified to provide that the brief of the moving party shall be filed and served no later than twenty days from the date of this order, and the brief of the responding party shall be filed and served no later than thirty-five days from the date of this order.

NEW ORLEANS, LOUISIANA, this 13th day of March 2026.

FOR THE COURT:

_____

JUSTICE, SUPREME COURT OF LOUISIANA