IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                      §
                                            §
MMA LAW FIRM, PLLC,                         §        CASE NO: 24-31596
                                            §        (Chapter 11)
    Debtor.                                 §

## ORDER
**[Ref. Dkt. No. 1577]**

CAME ON the Third Amended Joint Plan of Liquidation (the "Plan"), and the Court having considered the proposed plan and Morris Bart, LLC's Limited Objection to Third Amended Joint Plan of Liquidation, it is:

ORDERED, that sections 11.1.5, 11.1.6, and 11.1.12 of the Plan are hereby stricken and the following provision shall be included in section 11.1 of the Plan:

This section does not expand the Bankruptcy Court's jurisdiction beyond the jurisdiction permitted under 28 U.S.C. §§ 157 and 1334 and does not modify, alter, restrict or change the jurisdiction currently being exercised or that may in the future be exercised by the District Court over the Adversary Proceeding styled *MMA Law Firm, PLLC v. Morris Bart, LLC*, Adv. Pro. No. 24-ap-3127 or Civil Action Nos. 4:24-cv-2793, 4:24-cv-4343, 4:24-cv-4446, 4:25-cv-4059, 4:25-cv-4917, 4:25-cv-5013, and 4:25-cv-5576.

Further it is:

ORDERED, that the following provision shall be included in sections 9.5 and 9.6 of the Plan:

Notwithstanding the foregoing, this section shall not apply to any causes of action or defenses currently pleaded and that could in the future be pleaded in the adversary proceeding styled *MMA Law Firm, PLLC v. Morris Bart, LLC*, Adv. Pro. No. 24-ap-3127 or Civil Action Nos. 4:24-cv-2793, 4:24-cv-4343, 4:24-cv-4446, 4:25-cv-4059, 4:25-cv-4917, 4:25-cv-5013, and 4:25-cv-5576, or any appeals arising from those cases.