**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **CASE NO. 24-31596** |
| **MMA LAW FIRM, PLLC** | § | |
| | § | |
| | § | |
| **DEBTOR** | § | |

**ORDER DENYING CONFIRMATION OF THIRD AMENDED PLAN**
[Relates to ECF No. 1577]

On this day the Court considered confirmation of the Third Amended Joint Plan of Liquidation [ECF No. 1577] (the "***Plan***") filed by the MMA Law Firm, PLLC and the Official Committee of Unsecured Creditors.  Due notice and opportunity for hearing having been given to all parties by the Clerk, and the Court having considered the Plan, the objections thereto, any reply, any evidence, and arguments of counsel, and it having been shown to the satisfaction of the Court, it is hereby

**ORDERED** that confirmation of Debtor's Amended Plan is **DENIED**.

Signed this _____ day of _____, 2026.

_____
HONORABLE EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE

18553561