**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| **Debtor.** | § | **Chapter 11** |

**Certificate of Service
for Order dated July 17, 2026 [ECF No. 1590]**

I certify that, on July 22, 2022, I mailed a copy of the Order Re-Setting Electronic Hearing dated July 17, 2026 [ECF No. 1590] (the "***Order***") (copy attached) and a copy of this Certificate on July 20, 2026 to those persons listed with a mailing address on the mailing matrix generated for this bankruptcy case on July 22, 2026 and that, to the best of my knowledge, I have served a copy of the Order on all partieis entitled to notice of the hearing referenced in the Order.

SIGNED July 22, 2026

/s/ *C. Peck Hayne Jr.*
C. Peck Hayne Jr. (Texas Bar No. 24052764)
        *admitted pro hac vice* [ECF No. 1540]
Gordon, Arata, Montgomery, Barnett,
McCollam, Duplantis & Eagan, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Phone: 504-582-1111
Email: phayne@gordonarata.com

***Special Louisiana Counsel for the Official
Committee of Unsecured Creditors***

4397197-2

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 17, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER
RE-SETTING ELECTRONIC HEARING**
*ECF No. 1588*

1.  The hearing, if required, on Final Application for Compensation for Gordon Arata Montgomery Barnett McCollam Duplantis & Eagan, LLC, ECF No. 1588, is **re-set for Monday, August 17, 2026**, **at 9:00 a.m. (Central Standard Time)** and will  be held before the United States Bankruptcy Court, Houston Division. For persons wishing to appear in person, the hearing will be conducted from the United States Courthouse, 600 E. Harrison Street, Courtroom #5, Brownsville, TX 78520.

2.  Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

3.  To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

4.  Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

5.  For any witness and exhibits, parties must utilize Form 1-100 Witness & Exhibit List which can be located on this Court's home page at https://www.txs.uscourts.gov/content/chief-united-states-bankruptcy-judgeeduardo-v-rodriguez

6.  No later than Wednesday, July 22, 2026, Movant must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

   **SIGNED Friday, July 17, 2026**

_____
**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**