**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **MMA LAW FIRM, PLLC,** | **CASE NO.  24-31596** |
| **Debtor.** | |

## AMO TRIAL LAWYERS, LLC'S LIMITED OBJECTION TO THIRD AMENDED JOINT PLAN OF LIQUIDATION
[Relates to Docket No. 1577]

TO THE HONORABLE EDUARDO V. RODRIGUEZ, CHIEF U.S. BANKRUPTCY JUDGE:

COMES NOW, AMO Trial Lawyers, LLC, party-in-interest, and makes this *AMO Trial Lawyers, LLC's Limited Objection to Third Amended Joint Plan of Liquidation as follows:*

**I.**
**RELIEF REQUESTED ON LIMITED OBJECTION**

1.     AMO Trial Lawyers, LLC ("AMO") objects to the Third Amended Joint Plan of Liquidation (the "Plan"). As set forth more fully in *Morris Bart, LLC's Limited Objection to Third Amended Joint Plan of Liquidation* (Docket No. 1592), the Plan contains provisions in the Retention of Court Jurisdiction section 11.1 that are impermissibly or impermissibly vague. Additionally, the Plan contains impermissibly broad exculpatory provisions in sections 9.5 and 9.6 that could restrict AMO from asserting defenses to the adversary proceeding MMA has filed against AMO, in violation of AMO's right to due process. AMO thus requests that this Court strike or modify those provisions before confirming the Plan.

**II.**

**BACKGROUND FACTS**

2.     On April 8, 2026, Debtor MMA Law Firm, PLLC ("MMA") initiated an adversary

3934714v1

proceeding against AMO captioned *MMA Law Firm, PLLC v. AMO Trial Lawyers, LLC*, No. 4:26-ap-3106, United States Bankruptcy Court for the Southern District of Texas (the "Adversary Proceeding").

3.        AMO has filed a motion for withdrawal of the reference of the Adversary Proceeding, which remains pending. (Docket No. 11 in the Adversary Proceeding).  MMA filed only a limited objection to that motion, requesting that "this Court recommend that the District Court withdraw the reference and thereafter refer this adversary proceeding back to the Bankruptcy Court for all pretrial matters, including discovery, dispositive motions, and pretrial case management, until the matter is ready for trial." (Docket No. 18 in the Adversary Proceeding, at p. 1). MMA "does not dispute that AMO has demanded a jury trial). *Id.*  Therefore, AMO expects that the reference will soon be withdrawn.

4.        Additionally, AMO has asserted as a defense to MMA's suit the nullity of MMA's contingency fee contracts. (*See* Docket No. 5 in the Adversary Proceeding).

### III.

### INCORPORATION BY REFERENCE

5.         For the foregoing reasons, AMO is similarly situated to Morris Bart, LLC ("Morris Bart"). Therefore, pursuant to Federal Rule of Civil Procedure 10(c), AMO adopts and incorporates by reference the arguments made in *Morris Bart, LLC's Limited Objection to Third Amended Joint Plan of Liquidation* (Docket No. 1592).

6.        AMO further requests that, if this Court modifies the Plan as requested by Morris Bart, it include a statement in section 11.1 of the Plan that reads:

> This section does not expand the Bankruptcy Court's jurisdiction beyond the jurisdiction permitted under 28 U.S.C. §§ 157 and 1334 and does not modify,

3934714v1

alter, restrict or change the jurisdiction of the District Court over the Adversary Proceeding styled *MMA Law Firm, PLLC v. AMO Trial Lawyers, LLC*, No. 4:26-ap-3106.

7.      AMO also requests that if the Court modifies exculpation and injunction provisions of the Plan as requested by Morris Bart, it include a statement that:

> Notwithstanding the foregoing, this section shall not apply to any causes of action or defenses currently pleaded and that could in the future be pleaded in the adversary proceeding styled *MMA Law Firm, PLLC v. AMO Trial Lawyers, LLC*, No. 4:26-ap-3106.

WHEREFORE, PREMISES CONSIDERED, AMO TRIAL LAWYERS, LLC respectfully requests that this Court deny confirmation of the Third Amended Joint Plan of Liquidation or alternatively strike or modify the impermissible sections of the Plan.

DATED: July 22, 2026                                     Respectfully submitted,

**Matthew B. Probus**                          By:*/s/ Rebekka C. Veith*____
**THE PROBUS LAW FIRM**                  **MILLER THIBODEAUX DSYART**
Tex. Bar No. 16341200                            **VEITH & PASCHAL, LLC**
Fed. ID No. 10915                                    Kerry J. Miller, *pro hac vice forthcoming*
10497 Town and Country Way, Suite 930    Rebekka C. Veith, *admitted pro hac vice*
Houston, Texas 77024(713) 258-2700    Monica L. Bergeron, *pro hac vice*
(Telephone)                                            *forthcoming*
(713) 258-2701 (Facsimile)                    643 Magazine St., Suite 405
matthewprobus@theprobuslawfirm.com    New Orleans, LA  70130
                                                            Tel: (504) 977-9150
                                                            kmiller@mtdvp.com
                                                            rveith@mtdvp.com
                                                            mbergeron@mtdvp.com

*Counsel for AMO Trial Lawyers, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 22, 2026, a true and correct copy of the foregoing has been served on all parties electronically via the CM/ECF filing system.

__*/s/  Rebekka C. Veith*__

3934714v1