**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **MMA LAW FIRM, PLLC,** | **CASE NO.  24-31596** |
| **Debtor.** | |

**ORDER**
**[Ref. Dkt. No. 1577]**

CAME ON the Third Amended Joint Plan of Liquidation (the "Plan"), and the Court having considered the proposed plan and AMO Trial Lawyers, LLC's Limited Objection to the Third Amended Plan of Liquidation, it is:

ORDERED, that section 11.1.5, 11.1.6, and 11.1.12 of the Plan are hereby stricken and the following provision shall be included in section 11.1 of the Plan:

> This section does not expand the Bankruptcy Court's jurisdiction beyond the jurisdiction permitted under 28 U.S.C. §§ 157 and 1334 and does not modify, alter, restrict or change the jurisdiction of the District Court over the Adversary Proceeding styled *MMA Law Firm, PLLC v. AMO Trial Lawyers, LLC*, No. 4:26-ap-3106.

Further it is:

ORDERED, that the following provision shall be included in sections 9.5 and 9.6 of the Plan:

> Notwithstanding the foregoing, this section shall not apply to any causes of action or defenses currently pleaded and that could in the future be pleaded in the adversary proceeding styled *MMA Law Firm, PLLC v. AMO Trial Lawyers, LLC*, No. 4:26-ap-3106.

SIGNED this ___ day of _____, 2026.