**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MMA LAW FIRM, PLLC** | § | **CASE NO: 24-31596** |
| | § | |
| **Debtor(s)** | § | |
| | § | **CHAPTER 11** |

## ORDER DENYING CONFIRMATION OF THIRD AMENDED PLAN
### Related to ECF No. 1577

On this day, the Court considered confirmation of the Third Amended Joint Plan of Liquidation (the "Plan") filed by the MMA Law Firm, PLLC and the Official Committee of Unsecured Creditors. Due notice and opportunity for hearing having been given to all parties by the Clerk, and the Court having considered the Plan, the objections thereto, any reply, any evidence, and arguments of counsel, and it having been shown to the satisfaction of the Court, it is hereby ORDERED that confirmation of Debtor's Amended Plan is DENIED.

Signed this _____ day of _____, 2026.

_____

HONORABLE EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE