IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| MMA LAW FIRM, PLLC | § | CASE NO. 24-31596 |
| | § | |
| *Debtor* | § | |

## <u>ORDER DENYING CONFIRMATION OF DEBTOR'S AMENDED PLAN</u>
[Relates to ECF No. 1577]

On this day the Court considered confirmation of the Third Amended Joint Plan of Liquidation [ECF No. 1577] (the "Amended Plan") of the Debtor, MMA Law Firm, PLLC.  Due notice and opportunity for hearing having been given to all parties by the Clerk, and the Court having considered the Amended Plan, the objections thereto, any reply, any evidence, and arguments of counsel, and it having been shown to the satisfaction of the Court, it is hereby

ORDERED that confirmation of Debtor's Third Amended Joint Plan of Liquidation is DENIED.

Signed this ____ day of _____, 2026.

_____
HONORABLE EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE