**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **MMA LAW FIRM, PLLC,** | § | Case No. 24-31596 (EVR) |
| | § | |
| **Debtor.** | § | |

**DECLARATION OF JOHN ZACHARY MOSELEY IN SUPPORT OF**
**DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 73, 74 and 75**

I, John Zachary Moseley, declare under penalty of perjury pursuant to 28 U.S.C. section 1746 as follows.

1. I am over the age of eighteen years, of sound mind, and fully competent to make this Declaration. I have never been convicted of a felony or a crime involving moral turpitude. Except where stated on information and belief, the facts set forth in this Declaration are within my personal knowledge and are true and correct.

2. I am the managing member of MMA Law Firm, PLLC, (the "Debtor" or "MMA"). I have served in that capacity since the Debtor's bankruptcy case was filed and continue in this capacity.

3. If called upon to testify, I could and would competently testify to the matters set forth in this Declaration.

4. I submit this Declaration in support of the Debtor's Objection to Proof of Claim No. 73, Claim No. 74 and Claim No. 75. Capitalized terms used but not defined in this Declaration have the meanings given to them in the Objection.

5. On April 9, 2024, the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in this Court.

6. The deadline for filing proofs of claim was August 13, 2024.

7. On July 23, 2026, Mr. Vitt filed Proof of Claim No. 73, individually and as the beneficiary and trustee of the Jeffrey Alan Vitt Irrevocable Trust in the amount of $646,305.06 (**"POC No. 73"**). A true and correct copy of Proof of Claim No. 73, as it appears on the claims register maintained in this case, is attached to the Objection as Exhibit A.

8. On July 23, 2026, **Vitt 121, Ltd.** And Affiliated Entities filed Proof of Claim No. 74 in the amount of $25,000,000.00 (**"POC No. 74"**). Mr. Vitt signed POC No. 74, identifying his title as "individual, founder, president, CEO, beneficiary and trustee". A true and correct copy of Proof of Claim No. 74, as it appears on the claims register maintained in this case, is attached to the Objection as Exhibit B.

9. On July 23, 2026, **Jeffrey Alan Vitt individually and as "person of Interests Representing Doe and XYZ Corp"** filed Proof of Claim No. 75, in the amount of $325,000,000.00 (**"POC No. 75"**). Mr. Vitt signed POC No. 75, identifying his title as "individual, founder, president, CEO, beneficiary and trustee". A true and correct copy of Proof of Claim No. 75, as it appears on the claims register maintained in this case, is attached to the Objection as Exhibit C.

10. Mr. Vitt attached an identical nine-page document titled "Master Omnibus Addendum to Official Form 410 Proofs of Claim" (the **"Addendum"**) to all of The Claims, and asserts that the basis of The Claims is the attached Addendum. A true and correct copy of the Addendum is attached to the Objection as Exhibit D.

11. The Debtor is not a party to Cause No. PR-2017-00521 pending in Denton County Probate Court No. 1, or to Cause No. 16-01374-362 pending in the 362nd Judicial District Court of Denton County, Texas. The Debtor does not hold, and has never held, any funds deposited in the registry of either court.

Executed on July 30, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
John Zachary Moseley
Managing Member, MMA Law Firm, PLLC