**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **MMA LAW FIRM, PLLC,** | § | Case No. 24-31596 (EVR) |
| | § | |
| **Debtor.** | § | |

## ORDER SUSTAINING DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 74

The Court considered the Debtor's Objection to Proof of Claim No. 74 filed in the name of Vitt 121, Ltd. and affiliated Entities (the "Objection"). The Court finds that notice of the Objection was proper and sufficient, that no timely response was filed or that any response filed has been resolved or overruled, and that cause exists to grant the relief requested. It is therefore

**ORDERED** that the Objection is **SUSTAINED**; and it is further

**ORDERED** that Proof of Claim No. 74 is **DISALLOWED** in its entirety.

Signed: _____

_____
EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY
JUDGE