**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-31596 |
| MMA LAW FIRM, PLLC, | § | |
| | § | |
| Debtor. | § | CHAPTER 11 |
| | § | |

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION TO DESIGNATE THE BALLOTS OF EQUAL ACCESS JUSTICE FUND, LP AND EAJF ESQ FUND, LP PURSUANT TO 11 U.S.C. § 1126(e)**

*[Relates to ECF No. ___]*

Came on for consideration the Debtor's Emergency Motion to Designate the Ballots of Equal Access Justice Fund, LP and EAJF ESQ Fund, LP Pursuant to 11 U.S.C. § 1126(e) [ECF No. ___] (the "Motion"). The Court, having considered the Motion, any responses, the evidence, and the arguments of counsel, and finding that (i) it has jurisdiction under 28 U.S.C. §§ 157 and 1334 and this is a core proceeding under 28 U.S.C. § 157(b)(2)(L); (ii) notice was sufficient under the circumstances; and (iii) the ballots cast by Equal Access Justice Fund, LP and EAJF ESQ Fund, LP (collectively, "EAJF") rejecting the Debtor's Third Amended Joint Plan of Liquidation [ECF No. 1577] (the "Plan") were not cast in good faith within the meaning of 11 U.S.C. § 1126(e), it is therefore

**ORDERED** that:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to 11 U.S.C. § 1126(e), the ballot cast by EAJF on account of its Class 2 Secured Claim and the ballot cast by EAJF on account of its Class 4 General Unsecured Claim, each rejecting the Plan, are DESIGNATED as not cast in good faith.

3. The designated ballots shall not be counted or considered for any purpose, including the tabulation of acceptances and rejections under 11 U.S.C. § 1126(c) and the determination of whether the requirements of 11 U.S.C. § 1129(a)(8) and (a)(10) are satisfied, and the Debtor's ballot summary shall reflect the tabulation of Classes 2 and 4 without regard to the designated ballots.

4. The Plan Supplement may be filed, and confirmation of the Plan may be heard and determined, without the identification of an Oversight Committee designee by EAJF. EAJF may designate its Oversight Committee member by written notice filed with the Court within seven (7) days of entry of this Order; absent timely designation, EAJF's seat on the Oversight Committee shall be deemed waived, and the Oversight Committee shall be validly constituted with the two members designated by the Unsecured Creditors Committee, without further order of this Court.

5. Nothing in this Order alters, impairs, or affects (i) EAJF's Allowed Claims or their treatment under the EAJF Settlement [ECF No. 588], the 9019 Order [ECF No. 683], and the Plan; (ii) EAJF's objection to confirmation [ECF No. 1594], which remains before the Court; or (iii) the rights of any party under the EAJF Settlement, all of which are expressly preserved.

6. The Court retains exclusive jurisdiction to interpret and enforce this Order.


Signed: _____, 2026


_____
EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE