## WITNESS AND EXHIBIT LIST
### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

### Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm PLLC |

| | |
|---|---|
| **Adversary Case No:** | |
| **Style of Adversary:** | |

| | Amends | | Supplements | |
|---|---|---|---|---|
| **State whether this amends or supplements a previously filed Witness & Exhibit list** | **Date** | **ECF No.** | **Date** | **ECF No.** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | August 4, 2026 |
| **Hearing Time:** | 10:30 a.m. (prevailing Central Time) |
| **Party's Name:** | Jason Joy & Associates, PLLC |
| **Attorney's Name:** | Joshua W. Wolfshohl |
| **Attorney's Phone:** | 713-226-6000 |

| | CM/ECF No. | Matter |
|---|---|---|
| **Nature of Proceeding(s):** | 1577 | Third Amended Joint Plan of Liquidation of MMA Law Firm, PLLC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITNESS LIST | |
|---|---|
| **Lay Witnesses:** | Jason J. Joy (may call) |
| | Any witness listed, offered, or called by any other party |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |

| REBUTTAL/ IMPEACHMENT WITNESSES |
|---|

18570099

| | |
|---|---|
| **Lay Witnesses:** | Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| | |

| | | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| | | | | |
| **1.** | Settlement Motion [ECF No. 1379] | | | |
| **2.** | Amended Objection to Settlement Motion [ECF No. 1427] | | | |
| **3.** | JJA-MMA Secondment Agreement | | | |
| **4.** | Amended Complaint [Adv. No. 24-03230, ECF No. 14] | | | |
| **5.** | Amended Intervention Motion [Case No. 4:25-cv-00318, ECF No. 12] | | | |
| **6.** | MMA Opposition to Amended Intervention Motion [Case No. 4:25-cv-00318, ECF No. 16] | | | |
| **7.** | Order Approving Compromise with Sangisetty Law Firm, PLLC [ECF No. 1509] | | | |
| **8.** | Jason J. Joy & Associates, PLLC's Objection to Confirmation of Debtor's Third Amended Joint Plan of Liquidation [ECF No. 1601] | | | |
| **9.** | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy cases | | | |
| **10.** | Any exhibit introduced by any other party | | | |
| | | | | |
| | **REBUTTAL/IMPEACHMENT EXHIBITS** | | | |
| | | | | |
| **1.** | Rebuttal or impeachment exhibits as necessary | | | |
| **2.** | | | | |
| **3.** | | | | |

18570099

Dated: July 31, 2026
Houston, Texas

**PORTER HEDGES LLP**

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl (TX Bar No. 24038592)
Heather K. Hatfield (TX Bar No. 24050730)
Michael B. Dearman (TX Bar No. 24116270)
PORTER HEDGES LLP
1000 Main St., 36th Floor
Houston, TX 77002
Tel: (713) 226-6000
Fax: (713) 228-1331
jwolfshohl@porterhedges.com
hhatfield@porterhedges.com
mdearman@porterhedges.com

## CERTIFICATE OF SERVICE

I certify that on July 31, 2026, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in this case on July 31, 2026.

By: */s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

18570099