**EXHIBIT 4**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 24-31596** |
| **MMA LAW FIRM, PLLC** | § | |
| | § | |
| **DEBTOR** | § | |
| | § | |
| **MMA LAW FIRM, PLLC** | § | **ADVERSARY CASE NO.** |
| | § | **24-03230** |
| **Plaintiff** | § | |
| **v.** | § | |
| | § | |
| **THE SANGISETTY LAW FIRM** | § | |
| | § | |
| **Defendant** | § | |

**AMENDED COMPLAINT**

MMA Law Firm, PLLC Plaintiff and/or Debtor, files this *Amended* Complaint against The Sangisetty Law Firm, LLC, pursuant to FED. R. BANKR. P. 7001(1) and (7), requesting actual and punitive damages, equitable relief, and respectfully shows the Court as follows:

**JURISDICTION, VENUE AND PARTIES**

1. This is an adversary proceeding brought by the Debtor seeking a declaratory judgment regarding the determination of property of the bankruptcy estate, turnover of estate property, and violation of the automatic stay.

2. This Court has subject matter jurisdiction over this adversary proceeding, pursuant to 28 U.S.C. §§ 157 and 1334(b).

3. This adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(1) and (2) and this Court may enter a final order consistent with these statutes and Article III of the United States Constitution.

4. Venue is proper in the Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"), pursuant to 28 U.S.C. § 1409.

5.  MMA Law Firm, PLLC is the Debtor in Case No. 24-31596 pending in the Southern District of Texas and can be served through its undersigned proposed counsel.

6.  Sangisetty Law Firm, LLC (**"Sangisetty"**) can be served with this Amended Complaint through its counsel of record, Leo Congeni, Congeni Law Firm, LLC at 424 Gravier Street, Suite 2750, New Orleans, LA 70130.

7.  MMA Law Firm, PLLC (the, **"Debtor"**) hereby states that it consents to the entry of final orders or judgments by the Bankruptcy Court if it is determined that the Bankruptcy Court, absent the consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

## RELEVANT FACTS

### RELEVANT BACKGROUND FACTS

8.  MMA Law Firm, PLLC (**"Debtor"**) is a litigation firm based in Texas.

9.  The Debtor represented thousands of storm victims with property damage claims against their insurance companies following Hurricanes Laura, Delta, Zeta, and Ida (**"MMA Clients"**).

10.  The Debtor entered into contingency fee contracts with the MMA Clients, entitling it to contingency fees and reimbursement of expenses (**"Contingency Fee Contracts"**).

11.  The Debtor prosecuted claims and filed thousands of lawsuits on behalf of the MMA Clients pursuant to the Contingency Fee Contracts (**"MMA Cases"**).

### THREE ORDERS ENTERED BY LOUISIANA DISTRICT COURT JUDGES

12.  On March 3, 2023, Judge James D. Cain, Jr., a United States district judge of the United States District Court for the Western District of Louisiana, issued an order suspending the licenses of all attorneys affiliated with the Debtor for ninety days (**"Suspension Order"**).

13.  Pursuant to the Suspension Order, the Debtor was ordered, among other things, to notify the MMA Clients of the suspension and that they had the option of either retaining new counsel or remaining with the Debtor.

14.     On August 8, 2023, Judge Cain issued an Order directing the Debtor to physically deliver to the Court "every original undeposited check" related to settlements with MMA Clients that had not yet been deposited by the Debtor (**"Check Order"**).[1] In compliance with the Check Order, the Debtor submitted a total of 807 checks, representing $12,673,672.93 in settlements from the MMA Cases (the "**Settlement Checks**").

15.     On April 5, 2024, Magistrate Judge North issued an Order that found that the Debtor waived its rights to intervene or otherwise seek to recover fees and costs in any lawsuits pending in his district, and further found that his order was without prejudice to the Debtor's rights to bring whatever claims existed **under any theory** against MMA's successor law firms (**"Judge North Order"**).[2]

16.     Pursuant to the Judge North Order; 1) the Debtor could not intervene in the underling lawsuits pending in Louisiana seeking fees and costs from its former clients, and 2) the Debtor was permitted to "bring whatever claims exists" against the "successor law firms" under "any other theory".

**SANGISETTY AND THE DEBTOR REACH AN AGREEMENT**

17.     Following the entry of the Suspension Order and the Check Order, Sangisetty and the Debtor entered into an agreement (the "**Agreement**"), which provided that: (1) Sangisetty would assume representation of the MMA Clients; (2) the Debtor and its co-counsel would be entitled to 45% of any contingency fee received by Sangisetty, along with reimbursement of expenses; and (3) Sangisetty would assist in obtaining reissuance of the Settlement Checks, with the Debtor and its co-counsel receiving 100% of the contingency fee related to Settlement Checks that were negotiated prior to the Suspension Order.

18.     Subsequently, Sangisetty began sending legal advertisements to the MMA Clients informing them that: (a) the Debtor was no longer permitted to practice law in Louisiana; and (b) Sangisetty had been provided with the list of MMA Clients **pursuant to an agreement with MMA**,

---

[1] Exhibit 1: Order to Turnover Checks
[2] Exhibit 2: Judge North Order

which is how the clients' contact information was obtained (**"Advertisement"**).[3]

19.     After distributing the Advertisement, Sangisetty assumed representation of 694 MMA Cases on a contingency fee basis (**"Sangisetty/Debtor Cases"**)[4].

20.     In connection with the Sangisetty/Debtor Cases, the Debtor assisted Sangisetty in multiple ways, including developing case management software to facilitate the transfer of client file documents, the actual transfer of client documents as well as answering case-specific questions and conducting research.

21.     As set forth in the Agreement, Sangisetty agreed that the Settlement Checks obtained by the Debtor (prior to the Suspension Order) would be reissued by the insurance companies for the Debtor's benefit only.

22.     Sangisetty began filing motions in the Sangisetty/Debtor Cases, requesting the Louisiana District Court to enter an order that cancelled the Settlement Checks and that facilitated the issuance of replacement checks to Sangisetty and the client (**"Motion to Reissue Checks"**)[5]. The Court granted the Motion to Reissue Checks[6], checks were reissued and delivered to Sangissety, however, the Debtor did not receive any funds from the reissued checks.

23.     Upon information and belief, Sagisetty had checks reissued in 67 MMA Cases, that Sangisetty received reissued checks totaling at least $1,085,641.01, however Sangisetty failed to deliver the Debtor any funds (**"Reissued Check Funds"**)[7].

24.     Furthermore, Sangisetty has settled hundreds of the Sangisetty/Debtor Cases, resulting in millions of dollars in attorney's fees. Despite this, Sangisetty has failed to remit any funds to the Debtor, pursuant to the Agreement.

**CHAPTER 11 BANKRUPTCY FILED AND NOTICE PROVIDED**

25.     On April 9, 2024, the Debtor filed a Chapter 11 bankruptcy petition.

---

[3] Exhibit 3: Advertisement
[4] Exhibit 4: Spreadsheet
[5] Exhibit 5: Motion to Reissue Check
[6] Exhibit 6: Order Granting Motion to Reissue Check
[7] Exhibit 7: Spreadsheet of cases with Reissued Check Funds

26.      In its schedules, the Debtor disclosed liabilities to numerous creditors for expenses incurred in the Sangisetty/Debtor Cases, which it is currently unable to pay.  Since the bankruptcy filing, over $25,000,000.00 in unsecured claims have been filed by creditors who provided services to the MMA Clients and have not been paid, including estimators who provided expert reports in the Sangisetty/Debtor Cases.

27.      On April 23, 2024, the Debtor provided notice of the bankruptcy filing to Sangisetty via email to rks@sangisettylaw.com (**"BK Notice Email"**)[8].

28.      Not only did Sangisetty fail to fulfill its obligations regarding the Reissued Check Funds, but in July 2024, three months after the Debtor's bankruptcy case was filed, Sangisetty entered into new contingency fee agreements with the Debtor's former clients to pursue legal malpractice claims against the Debtor.  These agreements include a 40% contingency fee for all funds recovered by Sangisetty, solely for filing a proof of claim in the Debtor's bankruptcy case **("POC Contingency Fee Agreement")**.[9]

### CAUSE OF ACTION #1 – DECLARATORY JUDGMENT

29.      The Debtor incorporates Paragraphs 8 through 28 into Cause of Action #1.

30.      Under Louisiana, when two attorneys provide legal services to the same client on a contingency-fee basis and one attorney is discharged before resolution, the client is obligated to pay only one contingency fee.  The Court allocates the fee between the attorneys. *Saucier v. Hayes Dairy Products, Inc.*, 373 So.2d 102 at 108 (La. 1979).

31.      The seminal decision of *Suacier* mandates the allocation of attorney's fees for a discharged attorney who had been retained pursuant to a contingency fee contract.  The *Suacier Court* determined that the fee should be apportioned based on the services each attorney provided, considering factors outlined in Rule 1.5(a) of the LOUISIANA RULES OF PROFESSIONAL CONDUCT.  These factors include:

---

[8] Exhibit 8: Debtor's Notice to Sangisetty
[9] Exhibit 9: Malpractice Contingency Fee Agreement

1) the time and labor required; 2) novelty and difficulty of questions involved; 3) skill required to perform legal services; 4) the amount involved and the results obtained; and 5) nature and length of the professional relationship with the client. *Saucier v. Hayes Dairy Products, Inc.*, 373 So.2d 102 (La. 1979).

32.    This ensures a reasonable division of fees based on each attorney's contributions. If the first attorney was not discharged for cause, this analysis concludes the determination. However, if discharged for cause, the court must assess the nature and gravity of the discharge to determine if the discharged attorney is entitled to any fees. *O'Rourke v. Cairns,* 683 So. 2d 697, 702 (La. 1996).

33.    The Debtor asserts an entitlement to an apportionment of fees and costs in a total of 694 Sangisetty/Debtor Cases (the **"Saucier Claims"**).

34.    Additionally, there are 67 MMA Cases in which checks were reissued, totaling approximately $1,085,641.01 (the **"Reissued Check Funds"**).  Upon information and belief, these reissued checks were received by Sangisetty but were never turned over to the Debtor.

35.    The Debtor seeks a declaratory judgment affirming the Debtor's Saucier Claims, and that the Reissued Check Funds are property of the bankruptcy estate (as detailed in Exhibits 4 and 7).

36.    When considering a declaratory judgment action, the Court must engage in a three-step inquiry: (1) whether an "actual controversy" exists between the parties in the case; (2) whether it has authority to grant declaratory relief; and (3) whether "to exercise its broad discretion to decide

or dismiss a declaratory judgment action." *Orix Credit All., Inc. v. Wolfe*, 212 F.3d 891, 895 (5th Cir. 2000).

37.    An actual controversy exists between the Debtor and Sangisetty regarding the Debtor's interest in the Saucier Claims and the Reissued Checks, as evidenced by the following: 1) Sangisetty has refused to turnover any funds related to the Saucier Claims; 2) Sangisetty has refused and failed to turnover any of the Reissued Check Funds; 3) Sangisetty entered into contingency fee agreements

with the MMA Clients to sue the Debtor for malpractice, related to the Saucier Claims; and 4) allegations contained in a class action lawsuit filed by Sangisetty on behalf of multiple MMA Clients asserting that the Debtor acted improperly.

38.     As noted in Judge North's Order, while the Debtor cannot intervene in any pending Louisiana MMA Cases, it is allowed to bring whatever claims exists **under any theory** against MMA's successor law firms like Sangisetty.

39.     Here, the Debtor was not discharged for cause, however even if the Court were to determine that it was, the Debtor is still entitled to an apportionment of fees and costs collected or to be collected under the reasonableness factors described above in *Saucier*. Therefore, a live controversy exists between the Debtor and Sangisetty regarding the Saucier Claims and the Reissued Checks.

40.     The Bankruptcy Court has authority to grant relief, and the Debtor respectfully requests that the Bankruptcy Court exercise its broad discretion to determine this declaratory judgment action. A bankruptcy court's jurisdiction is governed by 28 U.S.C. § 1334. District courts, and therefore bankruptcy courts, have exclusive jurisdiction over "all cases under title 11," including jurisdiction over "all the property, wherever located, of the debtor as of the commencement of such case, and of property of the estate." 28 U.S.C. § 1334(e); *In re TMT Procurement Corp.,* 764 F.3d 512, 523 (5th Cir. 2014).

 **CAUSE OF ACTION #2: TURNOVER OF PROPERTY OF THE ESTATE**

41.     The Debtor incorporates Paragraphs 8 through 28 into Cause of Action No. 2.

42.     Pursuant to Section 541(a)(1) of the Bankruptcy Code, "property of the estate" encompasses "all legal and equitable interest of the debtor in property as of the commencement of the case". 11 U.S.C. §541.

43.     Section 542(a) mandates that an entity possessing property of the estate must deliver and account for such property, or its equivalent value, to the bankruptcy estate. 11 U.S.C. § 542.

44.      The Debtor is aware of 694 MMA Cases that Sangisetty acquired an interest in following the Suspension Order (**"Sangisetty/Debtor Cases"**).

45.     The Debtor asserts that it is entitled to fee apportionment in the Sangisetty/Debtor Cases pursuant to the *Saucier Test,* which provides for fair fee apportionment between a discharged attorney and a current attorney, based on factors such as time, labor, skill, amount involved, results obtained, and the length of the professional relationship. *Saucier v. Hayes Dairy Products, Inc.*, 373 So.2d 102 (La. 1979).

46.     Additionally, the Debtor asserts that Sangisetty received approximately $1,085,641.01 in Reissued Checks in which the Debtor has an interest, but which have not been turned over to the Debtor (**"Reissued Check Funds"**).

47.     The Debtor's interest in properly apportioned fees/costs in each of the Sangisetty/Debtor Cases and the Reissued Check Funds is property of the estate which Sangisetty received and has failed to turnover to the Debtor, despite demands.

48.     The Debtor respectfully requests that the Court issue an order compelling Sangisetty to provide a comprehensive accounting of all funds received in connection with the Sangisetty/Debtor Cases and the Reissued Checks, to determine the estate's interest in those funds (determination of appropriate fees/costs of the Debtor and/or the proper apportionment of the collected fees/costs), and to order the Defendant to immediately deliver all estate property to the Debtor.

49.     The Debtor also requests an order directing the turnover of the properly apportioned fees and costs associated with the Sangisetty/Debtor Cases  and the Reissued Check Funds.

**CAUSE OF ACTION NO. 3: VIOLATION OF THE AUTOMATIC STAY**

50.     The Debtor incorporates Paragraphs 8 through 28 into Cause of Action No. 3.

51.     The Debtor asserts that Sangisetty violated 11 U.S.C. § 362(a)(3) of the Bankruptcy Code.

52.     Pursuant to 11 U.S.C §362(a)(3), any acts to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate is stayed.

53.     The Debtor entered into contingent fee agreements with the Sangisetty/Debtor clients and performed work in the Sangisetty/Debtor Cases.  As a result, the Debtor is entitled to fee

apportionment and reimbursement of expenses from Sangisetty per the factors described in Paragraphs 30 through 33 and incorporated herein.

54.     A portion of the fees collected by Sangisetty were earned by the Debtor prior to its Chapter 11 filing on April 9, 2024. Although Sangisetty finalized settlements in the Sangisetty /Debtor Cases, none of these funds have been paid to the Debtor pursuant to *Saucier*.

55.     As discussed above in Paragraphs 14 through 18 and Paragraphs 21 through 24, and incorporated herein, the Debtor also asserts that Sangisetty received approximately $1,085,641.01 in Reissued Checks that that Debtor had an interest in (**"Reissued Check Funds"**). No proceeds from the Reissued Checks have been delivered to the Debtor.

56.     Section 541(a) of the Bankruptcy Code defines "property of the estate" to include all legal or equitable interests of the debtor in property as of the commencement of the case.  11 U.S.C. § 541(a)(1). Therefore, the Debtor's interest in the Reissued Check Funds and properly apportioned fees/costs pursuant to *Saucier* constitute property of the estate.

57.     On April 23, 2024, the Debtor sent an email notifying Sangisetty of the Debtor's bankruptcy.

58.     Post-petition, after having received notice of the Debtor's Chapter 11 Case, Sangisetty obtained possession of property of the estate and exercised control over this property.

59.     Sangisetty's conduct was both intentional and willful, as they were financially motivated to secure the Reissued Check Funds and unportioned fees/costs to the exclusion of the Debtor.

60.     In order to sustain an action for violation of Section 362, the Debtor must assert that: 1) a property interest in invoked; 2) the property interest is property of the estate; and 3) there occurred an act to obtain possession of the estate property or there existed an act to exercise control over estate property. 11 U.S.C. §362(a)(3).

61.     In this case: 1) The Debtor holds an interest in the *Saucier* Claims and the properly apportioned fees/costs resulting from those claims, and the Reissued Check Funds; 2) these funds are

property of the estate; and 3) Sangisetty has obtained and continued to exercise control over this property, failing to turn it over to the Debtor.

62.     Furthermore, Sangisetty, is a law firm, and should be held to a higher standard regarding compliance with the automatic stay.

63.     Pursuant to Section 362(k), the Debtor is entitled to recover actual damages, including costs and attorney's fees, from Sangisetty for its intentional and willful violations of Section 362 of the Bankruptcy Code.  The Debtor incurred attorney's fees and costs in filing this adversary proceeding, including the payment of filing fees.

64.     Although Section 362(k) provides for recovery for individuals, courts in this district have employed their civil contempt powers under section 105(a) to address automatic stay violations, including damages, fees and punitive damages, when the plaintiff is not an individual. *Sanchez v. Ameriquest Mort. Co. ( In re Sanchez)*, 375 B.R. 289, 309 (Bankr. S.D. Tex. 2007).

65.     Sangisetty's intentional violation of the automatic stay warrants the Court's intervention to determine the violation and utilize its equitable powers under Section 105(a) to enforce Section 362, and awarding appropriate damages and fees for violations.

66.     The Court also possesses the authority under Section 105(a) to impose sanctions for civil contempt or as part of its equitable powers. As noted by the Fifth Circuit, "Judicial sanctions in civil contempt proceedings may, in proper case, be employed for either or both of two purposes:  to coerce the defendant into compliance with the court's order, and to compensate the complainant for losses sustained." *Sanchez v. Ameriquest Mort. Co. (In re Sanchez)*, 375 B.R. 289, 309 (Bankr. S.D. Tex. 2007) (citing *American Airlines Inc. v. Allied Pilots Ass'n*, 228 F. 3d 574, 585 (5th Cir. 2000).

67.     "The automatic stay is a self-executing injunction, and therefore for contempt purposes it constitutes an order of the bankruptcy court." *Sanchez v. Ameriquest Mort. Co. ( In re Sanchez),* 375 B.R. 289, 309 (Bankr. S.D. Tex. 2007)

68.     Consequently, the Debtor seeks actual damages and sanctions against Sangisetty for its intentional violations of the automatic stay.

**WHEREFORE**, Plaintiff requests the Court to grant its declaration requests, determine to identified assets are property of the estate, to order the delivery of the estate funds as requested, to determine that Defendant willfully and intentionally violated the automatic stay, awarding appropriate actual and punitive damages and attorney fees, and such other and further relief, at law or in equity, to which the Plaintiff shows itself entitled.

Dated: <u>January 2, 2025.</u>

Respectfully submitted,

By: <u>/s/ Miriam T. Goott</u>
Miriam T. Goott
attorney-in-charge
SBN 24048846
COUNSEL FOR THE PLAINTIFF

OF COUNSEL:
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX 77208
miriamgoott@yahoo.com
713.956.5577 (telephone)
713.956.5570 (fax)

## <u>CERTIFICATE OF SERVICE</u>

I, Miriam T. Goott, hereby certify that I served a copy of this Amended Complaint on Sangisetty Law Firm, LLC through its counsel of record, Leo Congeni, Congeni Law Firm, LLC via email and U.S. Mail at 424 Gravier Street, Suite 2750, New Orleans, LA 70130, on January 2, 2025.

By: <u>/s/ Miriam T. Goott</u>
Miriam T. Goott

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| IN RE: MCCLENNY MOSELEY & ASSOCIATES P L L C | CASE NO.  3:23-MC-00062 |
| VERSUS | JUDGE TERRY A. DOUGHTY |

### ORDER

The Court held several hearings on August 8, 2023, regarding the appeals of the temporary suspensions that were extended, of attorneys for the McClenny, Moseley & Associates law firm ("MMA"), namely, Cameron Snowden, Grant Gardiner, Claude Reynaud, III, and John "Zach" Moseley.

**IT IS ORDERED** that within 7 days of the date of this Order, Mr. Moseley on behalf of the MMA law firm, move all monies/funds of all Louisiana clients to a Louisiana IOLTA trust account in the state of Louisiana, and registered with the Louisiana State Bar and Office of Disciplinary Counsel.

**IT IS FURTHER ORDERED** that Mr. Moseley produce the complete detailed bank account statements of Veritex Community Bank (Account Number XXXXXX9407), beginning May of 2023 through the present, and Oakwood Community Bank, beginning September 2022 through May 2023, and copies of the 22 checks ($1,360,111.03) debited from the Veritex Community Bank checking account reflected on the 6/01/23 thru 7/02/23 bank statement no later than 7 days of this Order.

**IT IS FURTHER ORDERED** that Mr. Moseley physically deliver possession of every original undeposited check for Hurricane claims for Louisiana clients to the Lake Charles Federal Courthouse no later than noon on Friday, August 11, 2023.(provided to the Court in Exhibits H1 and H2).

**IT IS FURTHER ORDERED** that Mr. Moseley locate Aaron Sonnier's $75,000 settlement funds, disburse those funds clear of any withholdings, and distribute the remaining portion to Mr. Sonnier no later than 14 days from the date of this Order. Mr. Moseley is to provide a written confirmation that the funds have been disbursed.

**THUS DONE AND SIGNED** on this 8th day of August, 2023.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**STEPHEN RICKS**                                                    **CIVIL ACTION**

**VERSUS**                                                          **NUMBER: 23-2844**

**IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY**        **SECTION: "R" (5)**

### ORDER AND RECOMMENDATION

Pending before the Court pursuant to an order of reference from the District Judge are two motions: a Motion for In Camera Approval and Allocation of Fees and Expenses and a motion to seal that motion (rec. docs. 17 and 17-3). In connection with Plaintiff's request for oral argument on those motions, this Court issued an Order on January 26, 2024 for oral argument. (Rec. doc. 25). That Order directed that the principal of McClenny, Moseley & Associates ("MMA"), Zach Moseley, and/or MMA's counsel appear and show cause why, by virtue of the numerous established instances of its misconduct in this District (as catalogued in the Order and set forth in part below), MMA has not forfeited the right to recover fees and/or costs from its former clients who settle their claims pro se or with the assistance of new counsel. (*Id.*). It was the Court's stated intention to address this question in the first instance (1) on a docket-wide basis and (2) pursuant to Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, and/or the inherent authority of the Court.

The show-cause hearing was set for February 21, 2024. The aforementioned Order provided that MMA could file a brief in support of its position no later than February 14, 2024, which it did. (Rec. doc. 36). The Court further ordered that, along with that brief, MMA was to produce to the Court all documentation associated with its prior representation of the plaintiff in this case, Stephen Ricks, including, but not limited to, any contract for

representation and demand letter(s) sent to Ricks' insurer. (*Id.*). In addition, MMA was to provide documentation of all costs expended in this matter and explain to the Court in its brief how this case was obtained by the firm. (*Id.*).

In its responsive brief and at the show-cause hearing, MMA argued that, because it was not seeking a fee or reimbursement of costs in <u>this</u> case, there was no live case or controversy remaining in the case, such that proceeding with a hearing to determine MMA's rights to recover fees and/or costs in other cases pending in this District would violate Article III of the United States Constitution: "Article III grants federal courts the power to redress harms that defendants cause plaintiffs, not a freewheeling power to hold [parties] accountable for legal infractions." (Rec. doc. 39)(quoting *TransUnion L.L.C. v. Ramirez*, 594 U.S. 413, 423 (2021)).

At the show-cause hearing, the Court indicated its tendency to agree with MMA's standing argument and indicated its hesitancy to undertake a docket-wide inquiry in this case for the reasons advanced by MMA in its brief. At that point, counsel for Plaintiff,[1] for the first time, suggested that, because two of MMA's <u>lenders</u> (Equal Access Justice Fund, LP and EAJF ESQ FUND, LP (hereinafter, the "Funds")) had issued "lien letters" to their firm in every case pending in this District in which MMA was former counsel, a case or controversy persisted in this case, based on the idea that MMA's voluntary relinquishment of the right to recover fees in this case could be construed as a breach of contract by MMA vis-à-vis the Funds, thus exposing Plaintiff's counsel to potential liability to the Funds.

The Court then ordered Plaintiff's counsel to file a supplemental memorandum fully briefing this somewhat novel argument, which they ultimately filed on February 28, 2024.

---

[1] Plaintiff is represented by the law firm Daly & Black.

(Rec. doc. 45).  Upon receipt of that brief, the Court ordered MMA to file a responsive brief <u>and</u> to produce to the Court a "complete and comprehensive list of every case currently pending in this District in which it intends to seek attorneys' fees and/or costs."  (Rec. doc. 46).

On March 15, 2024, MMA filed its response.  (Rec. doc. 47).  As to the standing argument advanced by Plaintiff's counsel, MMA bolstered its argument that no case or controversy exists here by attaching as an exhibit a letter from counsel for the Funds to MMA's counsel "waiv[ing] and release[ing] their respective security interest in attorneys' fees, if any, owed, due, or owing" to MMA arising out of this matter only.  (Rec. doc. 47-1).

MMA went on to represent that "[w]ith respect to the second part of the Court's Order [supplying the Court with a list of cases pending in this District in which MMA will seek a fee], <u>MMA does not intend to intervene in any cases pending in this Court to seek attorneys' fees or costs</u>."  (Rec. doc. 47) (emphasis added).

The undersigned initially mis-read this last statement as applying to the *Ricks* matter only.  This in turn led the undersigned to issue a second order suggesting that MMA was in violation of the March 6 Order for failing to supply the Court with the list of cases pending in this District in which it intended to seek a fee and ordering the firm to submit such a list within five days.  (Rec. doc. 49).

While MMA had not produced such a list, it was <u>not</u> in violation of the Court's March 6 Order because it had informed the Court that it did not intend to intervene in <u>any</u> pending cases to seeks fees or costs.  In its response to this second order, MMA reiterated that

> as it stated in its March 15 pleading, MMA maintains that there are no EDLA cases in which it intends to intervene or file liens to recover attorney's fees.  As MMA previously explained in response to the Court's March 6, 2024 Order, MMA does not

3

> intend to intervene in any cases pending in this Court, so there is no list to provide reflecting pending EDLA cases in which MMA intends to seek attorney's fees.

(Rec. doc. 50).

The MMA response went on to note that

> MMA is considering filing lawsuits against Daly & Black and Galindo Law, which MMA believes have breached agreements with MMA and which have taken action that may give rise to various causes of action for relief related to Daly & Black's and Galindo Law's handling of Hurricane Ida claims for former MMA clients.

(*Id.*).  The firm then attached a list of cases that appear to be those in which Daly & Black and/or Galindo Law[2] are involved in this District.  (*Id.*).

The Court finds that the multiple affirmative statements in multiple briefs filed with this Court that it would not seek to recover fees and/or costs from cases pending here constitutes a voluntary and knowing waiver of any right to do so.

As the Court noted in its January 26 Order initiating the proceedings described above, the intention of the Court in initiating those proceedings was to address a circumstance in this District that has hampered efficient resolution of insureds' claims and taxed the resources of the Court – certain insurers' insistence that settlement checks include MMA as a payee based upon their status as former counsel for settling insureds.  The refusal to issue settlement checks without MMA's name as a payee has (1) delayed payments to insureds even after settlement, (2) required unnecessary motion practice seeking court orders that insurers issue checks omitting MMA as a payee, and (3) caused the judges of this Court,

---

[2] The potential claims against Galindo Law are said to be based on the fact that "Galindo Law entered into joint representation agreements with MMA in many cases," which MMA apparently believes Galindo Law may have breached.  (*Id.*).

4

including this one, to make inquiries of MMA's counsel on a case-by-case basis whether MMA intended to seek a fee in individual cases. This entire process – caused directly by MMA's malfeasance in this District[3] – has been a tremendous drain upon the bar and this Court, and a waste of valuable resources, the most important of which is time. Considering that hundreds of cases involving former MMA clients remain open in this District, continuing on this path is simply untenable.

The Court now finds, based upon MMA's multiple representations that it does not intend to seek fees or costs <u>in any case now pending in this District</u>, that this tortured process can and should come to an end.

It matters not to the resolution of Hurricane Ida cases in this District that one law firm might sue another law firm for breach of a contract between them. That potential is of no moment to either insured <u>or insurer</u>. It is a matter strictly between the various law firms. It follows then that there is no basis, given MMA's affirmative statement of its intention to walk away from fees and costs from cases pending here, for settling insurers to continue to insist on including that firm on settlement checks.

Similarly, the fact that the Funds have sent "lien letters" to various law firms representing former MMA clients suggesting they have a "perfected security interest in and to the McClenny Moseley & Associates, PLLC, Law Firm Proceeds"[4] in cases involving those clients is not a matter impacting the insureds or insurers. Whatever dispute arises out of these claims to fees by the Funds will be a dispute between the Funds and a law firm over

---

[3] *See Franatovich v. Allied Trust Ins. Co.*, Civ. A. No. 22-2552, 2023 WL 7005861 (E.D. La. Mar. 16, 2023).

[4] (Rec. doc. 45-1).

some portion of fees received by that law firm. That dispute will not impact the actual parties to the litigation.

Based upon all the foregoing, the Court finds that MMA has knowingly and completely waived its rights to intervene or otherwise seek to recover fees and/or costs in this or any other lawsuit pending in this District. This finding is without prejudice to MMA's or the Funds' right to bring whatever claims may exist for breach of contract (or under any other theory) against MMA's successor law firms. But the Court's finding here does act to remove as an impediment to settlement and payment of settlement proceeds the possibility that MMA could, at some point in the future, seek to intervene for fees and/or costs in any case pending here. That possibility is now eliminated.

The Court further finds that this case, which has been settled between the parties, should be dismissed as such. No further case or controversy exists between the parties. The pending motions – a Motion for In Camera Approval and Allocation of Fees and Expenses and a Motion to Seal that motion (rec. docs. 17 and 17-3) – should be dismissed as moot, given that both MMA and the Funds have waived their respective rights to any recovery in this case. Accordingly,

**IT IS ORDERED** that the Motion for In Camera Approval and Allocation of Fees and Expenses and the Motion to Seal that motion (rec. docs. 17 and 17-3) be **DISMISSED AS MOOT**.

**IT IS FURTHER RECOMMENDED** that the District Judge enter a 60-day order of dismissal indicating that the case has been resolved by settlement.

**NOTICE OF RIGHT TO OBJECT AS TO THE RECOMMENDATION FOR DISMISSAL**

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within 14 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United States Auto. Assoc.*, 79 F.3d 1415 (5th Cir. 1996) (en banc).

New Orleans, Louisiana, this ___5th___ day of _____April_____, 2024.

_____
**MICHAEL B. NORTH**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

---

**From:**          Ravi Sangisetty <info@sangisettylaw.com>
**Sent:**          Wednesday, August 16, 2023 12:07 PM
**To:**          ███████
**Subject:**          LEGAL ADVERTISEMENT -- LA File No.: 23:15471 - Hurricane Claim



# ADVERTISEMENT

### Subject: McClenny Moseley & Associates ("MMA")  - Hurricane Claims

Dear ,

Due to certain circumstances, MMA is no longer allowed to practice law in Louisiana. **First and foremost, if you have already obtained new legal representation for your hurricane claim upon receiving this letter, please disregard the following information.**

We are writing to provide you with important information regarding your ongoing hurricane claim, previously handled by McClenny Moseley and Associates (MMA). We have been provided the list of MMA's former clients pursuant to an agreement with MMA, which is how we obtained your information.  We want to handle your hurricane claim and get you the recovery you deserve, as we have done for our many clients with hurricane claims.  Please keep in mind that our office's past results are not a guarantee of future success. **You are under no obligation to select our firm as your counsel.**

**It is crucial that you are aware of the urgent deadlines associated with your case.**

Our team can be reached at 504-285-0463 by phone or text, or emailed at

1

info@sangisettylaw.com if you have questions and/or would like to engage my firm to handle your claim. We have affiliated with other Louisiana counsel to assist with the prosecution of your claim in the event we need additional assistance.

My name is Ravi Sangisetty of the Sangisetty Law Firm, LLC and I am a member in good standing with the Louisiana State Bar Association. My office is located at 3914 Canal Street, New Orleans, Louisiana 70119, and I am the attorney responsible for the content of this letter.

Yours sincerely,

Ravi Sangisetty - Louisiana Licensed Attorney

# <u>ADVERTISEMENT</u>

This email was sent to ▮▮▮▮▮▮▮▮▮▮▮

*why did I get this?*   unsubscribe from this list   update subscription preferences

Xpand Legal Consulting LLC · 1968 S. Coast Hwy #220 · Laguna Beach, California 92651 · USA

| Plaintiff | Plaintiff Insurance |
|---|---|
| Abadie, Monica | Lighthouse Excalibur Insurance Company (LIGA) |
| Abdelghani, Abdelghani | Allstate Vehicle & Property Insurance Company |
| Adams, Timothy | Centauri National Insurance Company |
| Addison, Kayoka | Louisiana Insurance Guaranty Association (LIGA) |
| Aguila, Manuel | GeoVera Specialty Insurance Company |
| Albert, Reginald | Home First Agency Insurance Company |
| Alexander, Lortha | Louisiana Insurance Guaranty Association (LIGA) |
| Alfred Sr., Johnny | Allstate Vehicle And Property Insurance Company |
| Allen, Anthony | Security Plan Fire Insurance Company |
| Allen, LC | Americas Insurance Company (LIGA) |
| Allen, Mark | State Farm Fire and Casualty Company |
| Allen, Ron | American Bankers Insurance Company of Florida |
| Allison, Gloria | Allstate Vehicle & Property Insurance Company |
| Alrashed, Hassan | American National Property and Casualty Company |
| Alrashed, Hassan | Lloyds of London |
| Altazan, Michael | Progressive Property Insurance Company |
| Altazan, Michael | Progressive Property Insurance Company |
| Anderson, Linda | Allstate Vehicle & Property Insurance Company |
| Anderson, Malcolm | Hartford Insurance Company of the Midwest |
| Andrus, Sheila | Safeco Insurance Company of Oregon |
| Antoine, Belinda | GeoVera Advantage Insurance Services |
| Aragon, Juan | Americas Insurance Company (LIGA) |
| Arceneaux, Evelena | Hartford Insurance Company of the Midwest |
| Arceneaux, Ronika | Louisiana Insurance Guaranty Association (LIGA) |
| Armand, Clarence | Allstate Vehicle & Property Insurance Company |
| Armand, Daniel | Gulf States Insurance Company |
| Armstead, Curley | Western Specialty |
| Assencoa, Walter | Kin Interinsurance Network |
| Badon, Gloria | American Bankers Insurance Company of Florida |
| Badon, Gloria | Liberty Mutual Insurance Company |
| Badon, Louie | Allstate Vehicle & Property Insurance Company |
| Bagala, Michael | Liberty Personal Insurance Company |
| Bailey, Albert | Occidental Fire & Casualty Company of North Carolina (IAT) |
| Bargky, Desiree | Southern Fidelity Insurance Company (LIGA) |
| Barker, Betty | American Family Home Insurance Company |
| Barton, Sue | Louisiana Farm Bureau Mutual Insurance |
| Bates, Steve | State Farm Fire and Casualty Company |
| Batiste, Ella | National Security Fire and Casualty Company |
| Batiste, Lydia | Allstate Vehicle & Property Insurance Company |
| Battistella, Jeanette | Liberty Mutual Insurance Company |
| Bauman, Nancy | Louisiana Citizens Property Insurance Corporation |
| Bean, Debbie | United Property and Casualty Insurance Company (LIGA) |
| Becnel, Paul | Louisiana Insurance Guaranty Association (LIGA) |
| Bell, Arthur | National Fire and Marine Insurance Company |
| Bell, Margaret | Security Plan |
| Bennett, Althea | Foremost Insurance Company |
| Bennett, Sherron | Allstate Vehicle & Property Insurance Company |
| Bennie, Raymond | Assurant, Inc. |

| | |
|---|---|
| Benoche, Travis | State Farm Fire and Casualty Company |
| Bernard, Judy A. | Republic Underwriters Insurance Company |
| Berry, Dorothy | Liberty Mutual Insurance Company |
| Betters, Diana | American Security Insurance Company |
| Bezue, Twala | Southern Fidelity Insurance Company (LIGA) |
| Bias, Anthony | Republic Underwriters Insurance Company |
| Bickham, Troy | Ocean Harbor Insurance Company |
| Bidot, Carlos | GeoVera Specialty Insurance Company |
| Billizon, Ronald | Southern Fidelity Insurance Company (LIGA) |
| Billodeau, Simon | Dover Bay Specialty Insurance Company (State Farm) |
| Blanchard, Kathy | American Bankers Insurance Company of Florida |
| Blanco, Andrea | Ocean Harbor Insurance Company |
| Blunt, Tamara | Safeco Insurance Company of Oregon |
| Botley, August | American Reliable Insurance Company |
| Boudreaux, Antoinette | Underwriters At Lloyd's |
| Boudreaux, Antoinette | Hartford Insurance Company of the Midwest |
| Boudreaux, Crystal | Louisiana Insurance Guaranty Association (LIGA) |
| Boudreaux, Windye | Access Home Insurance Company (LIGA) |
| Bourgeois, Joe | Louisiana Insurance Guaranty Association (LIGA) |
| Boveland, Mary | Foremost Insurance Company |
| Boyd, Michael | Centauri National Insurance Company |
| Bradley, Carl | State Farm Fire and Casualty Company |
| Brady, Jacqueline | National General Insurance Company |
| Breaux, Irving, Sr. | Assurant, Inc. |
| Bridges, Ashley | Louisiana Insurance Guaranty Association (LIGA) |
| Bridges, Howard | Americas Insurance Company (LIGA) |
| Bridgewater, Donna | Sagesure |
| Brinson, Deloise | Wright National Flood Insurance Company |
| Britton, Lula | Americas Insurance Company (LIGA) |
| Brooks, Lasonja | Americas Insurance Company (LIGA) |
| Broussard, Debbra | Lighthouse Excalibur Insurance Company (LIGA) |
| Broussard, John | Access Home Insurance Company (LIGA) |
| Brown, Algene | Louisiana Citizens Property Insurance Corporation |
| Brown, Angie | American Bankers Insurance Company of Florida |
| Brown, Marguerite | Americas Insurance Company (LIGA) |
| Brown, Richard | Union National Fire Insurance Company |
| Broyard, Ervin | Ocean Harbor Insurance Company |
| Bryant, David | Southern Fidelity Insurance Company (LIGA) |
| Burrage, Marshall | Shelter Mutual Insurance Company |
| Burris, Jan | Union National Fire Insurance Company |
| Busby, Wanda | Louisiana Insurance Guaranty Association (LIGA) |
| Bushnell, Michael | American Bankers Insurance Company of Florida |
| Butler, Clareasa | Louisiana Farm Bureau Casualty Insurance Company |
| Butler, Deborah | Integon National Insurance Company |
| Butler, Lawrence | Louisiana Citizens Property Insurance Corporation |
| Cabrera, Marlene | Safepoint Insurance Company |
| Cadena, Minerva | American Security Insurance Company |
| Cardona, Claudia | Americas Insurance Company (LIGA) |
| Carnes, James | USAA |

| | |
|---|---|
| Cathy and Donald Haynes | United Property and Casualty Insurance Company (FIGA) |
| Causey, Ryan | State Farm Fire and Casualty Company |
| Charles, Jacqueline | Lighthouse Excalibur Insurance Company (LIGA) |
| Charles, Sherry | Security Plan Fire Insurance Company |
| Chatman, Vernetta | United National Insurance Company |
| Chenevert, Pearl | United Property and Casualty Insurance Company (LIGA) |
| Chesen, Larry | Allstate Vehicle And Property Insurance Company |
| Chester, Robert | State Farm Fire and Casualty Company |
| Chevolleau, Linda | Safeco Insurance Company of Oregon |
| Chiasson, Melissa | Southern Fidelity Insurance Company (LIGA) |
| Chouest, Gwenlyn | American National Property and Casualty Company |
| Clacks, Gladys | State Farm Fire and Casualty Company |
| Clark, Freddie | Allied Trust Insurance Company |
| Clavo, Allen | Assurant, Inc. |
| Cole, Lionel | ANPAC Louisiana Insurance Company |
| Coleman, Rita | Louisiana Insurance Guaranty Association (LIGA) |
| Collins, Gwendolyn | State National Fire Insurance Company (LIGA) |
| Collins, Rufus | Allstate Vehicle & Property Insurance Company |
| Collins, Sylvia | Allstate Vehicle And Property Insurance Company |
| Collins, Ursula | Allstate Vehicle And Property Insurance Company |
| Colon, Floyd | Allstate Vehicle & Property Insurance Company |
| Comeaux, Nicole | American Security Insurance Company |
| Compton, Patrick | Southern Fidelity Insurance Company (LIGA) |
| Conrado, Inesyvonne | American Security Insurance Company |
| Conroy, John | Underwriters At Lloyd's |
| Coombs, John | Kin Interinsurance Network |
| Cooper, Geraldine | United Property and Casualty Insurance Company (LIGA) |
| Corley, Jimmie | Allstate Vehicle & Property Insurance Company |
| Corrias, Froilan | Wright National Flood Insurance Company |
| Couch, Steven | Allstate Vehicle And Property Insurance Company |
| Courtney, Judy | State Farm Fire and Casualty Company |
| Cousain, Emelda | State Farm Fire and Casualty Company |
| Cousain, Emelda | Allstate Vehicle & Property Insurance Company |
| Cox, Kay | Allstate Insurance Company |
| Creaige, Sinda | National General Insurance Company |
| Creecy, Gail | Louisiana Citizens Property Insurance Corporation |
| Creecy, Gail | Louisiana Citizens Property Insurance Corporation |
| Creecy, Gail | Louisiana Citizens Property Insurance Corporation |
| Crenshaw, Nicholas | Cada Insurance Services LLC |
| Crockett, Nancy | Great American Insurance Company |
| Crook, Troy | Foremost Insurance Company Grand Rapids, Michigan |
| Curette, Lydia | Great American Insurance Company |
| Currette, Leeanna | Union National Fire Insurance Company |
| Currie, Louis | Louisiana Insurance Guaranty Association (LIGA) |
| Dadon, Jimmie | Assurant, Inc. |
| Darby, Johnny | Louisiana Citizens Property Insurance Corporation |
| Dardar, Gary | United Property and Casualty Insurance Company (LIGA) |
| Dardar, Joseph | Western Specialty |
| Darmetko, Gretchen | State Farm Fire and Casualty Company |

| | |
|---|---|
| Davis, Cleo | Union National Fire Insurance Company |
| Davis, Gregory | United Services Automobile Association |
| Davis, Lillie | Louisiana Citizens Property Insurance Corporation |
| Davis, Linda | 21st Mortgage Corporation |
| Davis, Maria | Southern Fidelity Insurance Company (LIGA) |
| Davis, Walter | Liberty Mutual Insurance Company |
| Decuir, Janet | Underwriters At Lloyd's |
| Delaphous, Enoch | Allstate Vehicle & Property Insurance Company |
| Demesme, Michael | State Farm Fire and Casualty Company |
| Derise, Michael | Western Specialty |
| DeSalle, Gerald | Louisiana Citizens Property Insurance Corporation |
| Desselles, Betty | Allstate Vehicle & Property Insurance Company |
| Detrick, Susan | Security Plan Fire Insurance Company |
| Diaz, Rudolph | Allstate Vehicle & Property Insurance Company |
| Diaz, Rudolph | Louisiana Citizens Property Insurance Corporation |
| Dickerson, Martha | State Farm Fire and Casualty Company |
| Dickson, Myrtle | Starr Insurance Companies |
| Dillon, Trina | Home First Agency Insurance Company |
| Dixon, Charles | American Security Insurance Company |
| Doherty, Sona | Home First Agency Insurance Company |
| Dokes, Barbara | Access Home Insurance Company (LIGA) |
| Domont, Frederick | American Bankers Insurance Company of Florida |
| Doucet, Brock | American Southern Home Insurance Company |
| Doucet, Kimberly | Louisiana Insurance Guaranty Association (LIGA) |
| Dozier, Cassandra | Foremost Insurance Company |
| Drakes, Hilda | Security Plan |
| Duchmann, Debra | Allstate Vehicle And Property Insurance Company |
| Duet, Erainer | Fednat Insurance Company And Maison Insurance Company |
| Dunaway, Jeff | Allstate Insurance Company |
| Dunbar, Mary | Allstate Vehicle & Property Insurance Company |
| Dunkentell, Yvonne | State Farm Fire and Casualty Company |
| Dunlap, David | American Summit Insurance Company |
| Duos, Amy | State Farm Fire and Casualty Company |
| Durham, Kenner | Foremost Insurance Company |
| Early, Anna | State Farm Fire and Casualty Company |
| Ebere, Imeh | Allstate Indemnity Company |
| Edwards, Joey | Maison Insurance Company (LIGA) |
| Elliott, Melvin | Allstate Vehicle & Property Insurance Company |
| Engolia, Sean | Allstate Vehicle & Property Insurance Company |
| Ennis, Kendra | GeoVera Specialty Insurance Company |
| Estelle, Buddy | American Bankers Insurance Company of Florida |
| Evans, Billy | Great Lakes Insurance SE |
| Evans, Marcus | Lighthouse Excalibur Insurance Company (LIGA) |
| Evans, Sandra | Foremost Insurance Company Grand Rapids, Michigan |
| Evans, Sheena | Centauri Insurance |
| Faul, Michael | Louisiana Farm Bureau Casualty Insurance Company |
| Faulk, Ethel | Lighthouse Excalibur Insurance Company (LIGA) |
| Faure, Patricia | Americas Insurance Company, Inc. |
| Fecke, Mary | State National Fire Insurance Company (LIGA) |

| | |
|---|---|
| Felix, Anthony | Union National Fire Insurance Company |
| Ferguson, Steve | Imperial Fire & Casualty Insurance Company (NGIC) |
| Ferran, Mark | Liberty Mutual Insurance Company |
| Fielder, Darlene | Liberty Mutual Insurance Company |
| Fisher, Gildea | Foremost Insurance Company |
| Fitch, Ronald | Safepoint Insurance Company |
| Fitch, Ronald | State Farm Fire and Casualty Company |
| Folse, Audrey | Allstate Vehicle & Property Insurance Company |
| Fontenot, Jacquelyn | Southern Fidelity Insurance Company (LIGA) |
| Fontenot, Kern | United Services Automobile Association |
| Fontenot, Petra | HOAIC – Homeowners of America Insurance Company |
| Fontenot, Petra | Allstate Insurance Company |
| Ford, Cecelia | Allstate Vehicle & Property Insurance Company |
| Foster, Jonathan | State Farm Fire and Casualty Company |
| Foster, Mary | State Farm Fire and Casualty Company |
| Foster, Mary Hawkins | State Farm Fire and Casualty Company |
| Frank, Alonzo | Dover Bay Specialty Insurance Company (State Farm) |
| Frantz, Ida | State Farm Fire and Casualty Company |
| Frederick, Shannon | United Property and Casualty Insurance Company (LIGA) |
| Freeman, Erica | Republic Underwriters Insurance Company |
| Gabilondo, Regina | Shelter Mutual Insurance Company |
| Gage, Eva | Allstate Vehicle & Property Insurance Company |
| Galinao, Faye | State Farm Fire and Casualty Company |
| Garess, Carl | Louisiana Citizens Property Insurance Corporation |
| Garrett, Rita | Liberty Mutual Fire Insurance Company |
| Gatlin, Robbie | American Security Insurance Company |
| Gautreaux, Joseph | State Farm Fire and Casualty Company |
| Gibson, Brian L | State Farm Fire and Casualty Company |
| Gibson, Mary | Lighthouse Excalibur Insurance Company (LIGA) |
| Gibson, Ronald | Western Specialty |
| Gilbert, Viola | Allstate Vehicle & Property Insurance Company |
| Gilmore, Annie | Lighthouse Excalibur Insurance Company (LIGA) |
| Givins, Rose | Louisiana Citizens Property Insurance Corporation |
| Gomez, Louis | American Security Insurance Company |
| Gonzales, Walton | Shelter Mutual Insurance Company |
| Gooden, Lakendra | Western Specialty |
| Grace, Paulette | American Bankers Insurance Company of Florida |
| Granger, William | Louisiana Insurance Guaranty Association (LIGA) |
| Gray, Angela | Assurant, Inc. |
| Gray, Jacqueline | Progressive Property Insurance Company |
| Gray, Purtissa | State National Fire Insurance Company (LIGA) |
| Grayer, John | State Farm Fire and Casualty Company |
| Grayer, Shelia | Weston Property & Casualty Insurance Company |
| Green, Janice | Allstate Vehicle And Property Insurance Company |
| Green, Mary | American Modern Home Insurance |
| Green, Tangela | Lighthouse Excalibur Insurance Company (LIGA) |
| Gremillion, Alberta | Allstate Vehicle & Property Insurance Company |
| Griffin, Alex | Foremost Insurance Company Grand Rapids, Michigan |
| Grigley, Paul | Homesite Insurance Company |

| | |
|---|---|
| Guelle, Doris | Lighthouse Excalibur Insurance Company (LIGA) |
| Guerra, Gail | Safepoint Insurance Company |
| Guidroz, Oage | GeoVera Specialty Insurance Company |
| Guidry, Beckie | Assurant, Inc. |
| Guidry, Domenque | State Farm Fire and Casualty Company |
| Guidry, Jameson | Louisiana Farm Bureau Mutual Insurance |
| Guilbeaux, Gordy | Allstate Vehicle & Property Insurance Company |
| Guillotte, Hannah | American National Property and Casualty Company |
| Gulley, Parnell | TSL Insurance Group |
| Gutierrez, Ricardo | Foremost Insurance Company Grand Rapids, Michigan |
| Haley Jr., Burel | Standard Guaranty Insurance Company (Assurant) |
| Hall, Aaron | Gulf States Insurance Company |
| Hamlin, Glenda | Homesite Insurance Company |
| Hammons, Beverly | GeoVera Specialty Insurance Company |
| Haney, Vivian | Americas Insurance Company (LIGA) |
| Hanks, Travis | Allstate Vehicle & Property Insurance Company |
| Harding, Elwood | Geico |
| Hargrove, Stephanie | American Summit Insurance Company |
| Harmon Robinson, Edna | State Farm Fire and Casualty Company |
| Harrington, Charles | Southern Fidelity Insurance Company (LIGA) |
| Harris, Keina | United Property and Casualty Insurance Company (LIGA) |
| Harris, LaVern | American Security Insurance Company |
| Harris, Randy | Louisiana Farm Bureau Casualty Insurance Company |
| Harris, Wilbert | Liberty Mutual Insurance Company |
| Harrison, James | Weston Specialty Insurance Company |
| Harrison, Rosalin | Louisiana Insurance Guaranty Association (LIGA) |
| Harrison, Stephanie | State Farm Fire and Casualty Company |
| Harry, Jerry | Progressive Property Insurance Company |
| Harshman, Deanna | Louisiana Insurance Guaranty Association (LIGA) |
| Harvey, Linda | Foremost Insurance Company |
| Hatch, Viola | Allstate Vehicle & Property Insurance Company |
| Hathorne, Merieta | State Farm Fire and Casualty Company |
| Hawkins, Chandler | Southern Fidelity Insurance Company (LIGA) |
| Hawkins, Wilbert | Allstate Vehicle & Property Insurance Company |
| Hayden, David | United Property and Casualty Insurance Company (LIGA) |
| Hayes, Adrema | Allstate Vehicle & Property Insurance Company |
| Haynes, Cathy and Donald | Lighthouse Excalibur Insurance Company (LIGA) |
| Haynes, Cathy and Donald | Gulf States Insurance Company |
| Haynes, Cathy and Donald | Gulf States Insurance Company |
| Haynes, Eric | Access Home Insurance Company (LIGA) |
| Heape, Kandyse | United Property and Casualty Insurance Company (LIGA) |
| Heard, Gayle | State Farm Fire and Casualty Company |
| Hebert, Darlene | United Property and Casualty Insurance Company (LIGA) |
| Hebert, Jared | State National Fire Insurance Company (LIGA) |
| Hemstad, Teresa | Farmers Insurance Company, Inc. |
| Henderson, Carolyn | State Farm Fire and Casualty Company |
| Hernandez, Donna | State Farm Fire and Casualty Company |
| Herrion, Belinda | Allstate Vehicle & Property Insurance Company |
| Higgins, Mattie | State Farm Fire and Casualty Company |

| | |
|---|---|
| Hilaire, Janice | State Farm Fire and Casualty Company |
| Hill, Cornelius | Gulfstream Property and Casualty Insurance Company |
| Hills, Margaret | Kemper Life |
| Hilton, Lance | Allstate Vehicle & Property Insurance Company |
| Hinson, Curtis | Louisiana Insurance Guaranty Association (LIGA) |
| Hoffpauir, Jerry | Maison Insurance Company (LIGA) |
| Hollies, Marilyn | Burns and Wilcox Insurance - New Orleans |
| Hollies, Marylyn | Allstate Vehicle And Property Insurance Company |
| Holmes, Eloise | State Farm Fire and Casualty Company |
| Hope Therapy & Consulting Service | State Farm Fire and Casualty Company |
| Houghton, Nestor | United Property and Casualty Insurance Company (LIGA) |
| Houston, Will | Allstate Vehicle & Property Insurance Company |
| Howard, Carol | Foremost Insurance Company |
| Hudson, Sherrie | Allstate Insurance Company |
| Hughes, Erica | Americas Insurance Company, Inc. |
| Hunt, Kim | State Farm Fire and Casualty Company |
| I.thiel, Marribell | State Farm Fire and Casualty Company |
| Ingle, Shawn | Foremost Insurance Company |
| Jackson, Carlene | Louisiana Insurance Guaranty Association (LIGA) |
| Jackson, Catherine | Allstate Vehicle & Property Insurance Company |
| Jackson, Geneva | Security Plan Fire Insurance Company |
| Jackson, Ricky | State Farm Fire and Casualty Company |
| Jackson, Stellar | Homesite Insurance Company |
| James, Dejuan | Allstate Indemnity Company |
| James, William | State Farm Fire and Casualty Company |
| Jarrell, Ferrell | Liberty Mutual Insurance Company |
| Jeanpierre, Virginia | Louisiana Citizens Property Insurance Corporation |
| Jefferson, Kim | Access Home Insurance Company (LIGA) |
| Jefferson, Latanga | United Property and Casualty Insurance Company (LIGA) |
| Johnson, Adrienne | State Farm Fire and Casualty Company |
| Johnson, Alford | State Farm Fire and Casualty Company |
| Johnson, Beddie | National General Insurance Company |
| Johnson, Berlin | United States Automobile Association |
| Johnson, Betty | Lighthouse Property Insurance Corporation (LIGA) |
| Johnson, Betty | National Lloyds Insurance |
| Johnson, Dornica | Allstate Vehicle And Property Insurance Company |
| Johnson, Melvin | Allstate Vehicle & Property Insurance Company |
| Johnston, Frances | State Farm Fire and Casualty Company |
| Joiner, Rita | Allstate Insurance Company |
| Jones, Christopher | Security Plan Fire Insurance Company |
| Jordan, Gregory | Ocean Harbor Insurance Company |
| Joseph, Dolores | Great American Insurance Company |
| Judson, Sharon | State Farm Fire and Casualty Company |
| Juge, Jared | Louisiana Citizens Property Insurance Corporation |
| Juluke, Jabbar | Lighthouse Property Insurance Corporation (LIGA) |
| Juluke, Jabbar | Louisiana Insurance Guaranty Association (LIGA) |
| Juneau, Merrill | Louisiana Insurance Guaranty Association (LIGA) |
| Juneau, Merrill | Louisiana Insurance Guaranty Association (LIGA) |
| Kador, Robert | Foremost Insurance Company |

| | |
|---|---|
| Kelly, Aaron | State Farm Fire and Casualty Company |
| Kelly, Quovase | Ocean Harbor Insurance Company |
| Kemp, Hartesia | Access Home Insurance Company (LIGA) |
| Ketchens, Lester | Safepoint Insurance Company |
| Kindred, Fred | Lighthouse Excalibur Insurance Company (LIGA) |
| Kirkland, Sheila | Louisiana Citizens Property Insurance Corporation |
| Kleinpeter, Timothy | Allstate Vehicle And Property Insurance Company |
| Kyser, Priscilla | Louisiana Citizens Property Insurance Corporation |
| LA CAL LLC, (533 Dub Lane) | United Property and Casualty Insurance Company (FIGA) |
| Labeaud, Philip | Safepoint Insurance Company |
| Laborde, John | American Modern Property & Casualty Insurance Company |
| LAcal, LLC | United Property and Casualty Insurance Company (FIGA) |
| LACall, LLC, . | Lighthouse Excalibur Insurance Company (LIGA) |
| Laiche, Debra | State Farm Fire and Casualty Company |
| Landry, Cynthia | United National Insurance Company |
| Landry, Debra | Allstate Vehicle & Property Insurance Company |
| Lantier, Michael | Travelers Casualty Insurance Company of America |
| Larry, Lakeyshia | Clearwater Insurance |
| Lavan, Beverly | Allstate Vehicle & Property Insurance Company |
| Laviolette, Calvin | State Farm Fire and Casualty Company |
| Leblanc, John | Ocean Harbor Insurance Company |
| Leblanc, John & Fay | Maison Insurance Company (LIGA) |
| Leblanc, Roosevelt | American Southern Home Insurance Company |
| Leboeuf, Taira | Weston Property & Casualty Insurance Company |
| Leboeuf, Wilson | Allstate Vehicle & Property Insurance Company |
| Leday, Patricia | Integon National Insurance Company |
| Leduff, Katressa | Allstate Vehicle And Property Insurance Company |
| Lee, Duana | ASI (Progressive) |
| Lee, Leola | Allstate Vehicle & Property Insurance Company |
| Lefong, Inc./El Tapatio Restaurant | Lloyds London |
| Leon, Madeline And Clarence | Louisiana Insurance Guaranty Association (LIGA) |
| Leray, Sharon | State Farm Fire and Casualty Company |
| Lessard, Ronald | Allstate Vehicle & Property Insurance Company |
| Lewis, Latosha | Louisiana Insurance Guaranty Association (LIGA) |
| Lewis, Shantrell | Lighthouse Excalibur Insurance Company (LIGA) |
| Lifsey, William | GeoVera Specialty Insurance Company |
| Litty, Penny | State Farm Fire and Casualty Company |
| Livingston, Ronald | Dover Bay Specialty Insurance Company (State Farm) |
| Long, Ronald | Home First Agency Insurance Company |
| Lopez, Luis | Louisiana Farm Bureau Mutual Insurance |
| Lucas, Andrea | Lloyds of London |
| Lyons, Colton | Lighthouse Excalibur Insurance Company (LIGA) |
| Maghee, Lekitha | Associated Industries Insurance Company, Inc. |
| Mahr, Kathy | American Bankers Insurance Company of Florida |
| Mannery, Rosilyn | Allstate Vehicle & Property Insurance Company |
| Manuel, Laura | FedNat Insurance Company (LIGA) |
| Marks, Jeanera | State Farm Fire and Casualty Company |
| Marshall, Wilda | American Security Insurance Company |
| Martin, Clyntie | Allstate Vehicle & Property Insurance Company |

| | |
|---|---|
| Martin, Lola | State Farm Fire and Casualty Company |
| Martinez, Rodrigo | Chabert Insurance Agency LLC |
| Mattews, Denise | Americas Insurance Company, Inc. |
| Mayers, Carolyn | Western Specialty |
| Mayeux, Paul | Ocean Harbor Insurance Company |
| Mays, Lois | American Security Insurance Company |
| Mays, Tom | Louisiana Citizens Property Insurance Corporation |
| Mccaleb, Barbara | American Security Insurance Company |
| McClintock, Cynthia | Allstate Insurance Company |
| McCoy, Eulalia | Frank J Musso Insurance |
| McDowell, Savannah | FedNat Insurance Company (FIGA) |
| McGee, Claude | American National Property and Casualty Company |
| McKenzie, Latasha | Fednat Insurance Company And Maison Insurance Company |
| Mcmann, Tina | Foremost Insurance Company |
| Meadors, Benjiman | Foremost Insurance Company Grand Rapids, Michigan |
| Meche, Virginia | Hartford Insurance Company of the Midwest |
| Medders, David | ANPAC Louisiana Insurance Company |
| Melara, Aida | FedNat Insurance Company (FIGA) |
| Meline, Ray | USAA |
| Mengarelli, Deborah | FedNat Insurance Company (LIGA) |
| Mercadel, Elgin | Security Plan Fire Insurance Company |
| Meyers, Martha | State Farm Fire and Casualty Company |
| Miles, Carolyn | Southern Fidelity Insurance Company (LIGA) |
| Miles, Jeffrey | State Farm Fire and Casualty Company |
| Miller, Donette | American Summit Insurance Company |
| Miller, Elene | Ocean Harbor Insurance Company |
| Milliet, Marybeth | Maison Insurance Company (LIGA) |
| Milson, Linda | State Farm Fire and Casualty Company |
| Mistretta Jr, Roy S. | Underwriters At Lloyd's, London |
| Mitchell, Gayle | Security Plan Fire Insurance Company |
| Mitchell, Gwendolyn | Southern Fidelity Insurance Company (LIGA) |
| Mocsary, Charmaine | National General Insurance Company |
| Moffett, A | Allied Trust Insurance Company |
| Montgomery, Barbara | Fednat Insurance Company And Maison Insurance Company |
| Moody, Henry | Louisiana Farm Bureau Casualty Insurance Company |
| Moore, Mark | American Security Insurance Company |
| Moore, Pamela | American Security Insurance Company |
| Morris, Clifford | Western Specialty |
| Morrison, Alicia | Centauri National Insurance Company |
| Moser, Eric | State Farm Fire and Casualty Company |
| Moss, Jessie | Union National Life Insurance |
| Moss, Mary | State Farm Fire and Casualty Company |
| Muse, Yvette | Farmers Insurance Company, Inc. |
| Myles, Tilman | Safepoint Insurance Company |
| Newport, Jason | American Bankers Insurance Company of Florida |
| Nicholas, Stephanie | Louisiana Companies |
| Noel, Thomas | Access Home Insurance Company (LIGA) |
| Odell, Allen | Foremost Insurance Company |
| Odum, Corean | Union National Fire Insurance Company |

| | |
|---|---|
| Olivier, Thomas | State National Fire Insurance Company (LIGA) |
| Ollis, Alydia | Assurant, Inc. |
| Oney, Michael | Allstate Vehicle & Property Insurance Company |
| Palmer, Erin | Progressive Property Insurance Company |
| Papillion, Hilman | American Security Insurance Company |
| Parfait, Martin | RPS-Risk Placement Services |
| Patrick, Lester | National Security Group |
| Patterson, Earnest | Kin Interinsurance Network |
| Payne, Ivory | Great American Insurance Company |
| Payton, Cathy | State Farm Fire and Casualty Company |
| Payton, Felton | Tower Hill Insurance |
| Payton, Temika | State Farm Fire and Casualty Company |
| Perfetti, Steve | Dover Bay Specialty Insurance Company (State Farm) |
| Perrodin, Melinda | Security Plan Fire Insurance Company |
| Petite, Naomi | United National Insurance Company |
| Phelps, James | Foremost Insurance Company |
| Pickney, Rayfield | American Bankers Insurance Company of Florida |
| Pierce, Curtis | Louisiana Insurance Guaranty Association (LIGA) |
| Pierce, Curtis | Louisiana Insurance Guaranty Association (LIGA) |
| Pierce, Katherine | American Security Insurance Company |
| Pierre, Rodney | GeoVera Specialty Insurance Company |
| Pierrotti, Carl | American Modern Home Insurance |
| Pigott, Priscilla | Allstate Indemnity Company |
| Pitre, Ronald | Union National Fire Insurance Company |
| Plaisance, Daniel | Ocean Harbor Insurance Company |
| Polar, Letitia | Allstate Vehicle & Property Insurance Company |
| Polidore, Lionel | Allstate Vehicle & Property Insurance Company |
| Polizzi, Kent | Maison Insurance Company (LIGA) |
| Pollard, Joyce | ANPAC Louisiana Insurance Company |
| Pool, Mary | Aegis Security Insurance Company |
| Porter, Joyce | Union National Life Insurance |
| Pousson, Miguel | Southern Fidelity Insurance Company (LIGA) |
| Powell, John | Allstate Vehicle & Property Insurance Company |
| Preen, Mary | Allstate Vehicle And Property Insurance Company |
| Prestenbach, Jay | Allstate Vehicle & Property Insurance Company |
| Price, Sidney | GeoVera Advantage Insurance Services |
| Price, William | Allstate Vehicle & Property Insurance Company |
| Primeaux, Charles | Southern Fidelity Insurance Company (LIGA) |
| Rambeau, Patricia | Louisiana Citizens Property Insurance Corporation |
| Rambin, Theresa | Foremost Insurance Company |
| Rapoza, Gypsie | Aegis Security Insurance Company |
| Ray, Stephanie | American Bankers Insurance Company of Florida |
| Rayfield, Gladys | Louisiana Citizens Property Insurance Corporation |
| Raymond, Bennie | Progressive Property Insurance Company |
| Reams, Johnel | Gulf States Insurance Company |
| Reed, Felix | State Farm Fire and Casualty Company |
| Reeves, Kirt | American Bankers Insurance Company of Florida |
| Reiff, Charles | Homesite Insurance Company |
| Rhodes, Leroy | Allstate Vehicle And Property Insurance Company |

| | |
|---|---|
| Rice, Eddie | FedNat Insurance Company (FIGA) |
| Rice, Ryan, Sr. | United Property and Casualty Insurance Company (LIGA) |
| Richard, Wilmer | State Farm Fire and Casualty Company |
| Richards, Diane | Foremost Insurance Company |
| Richardson, Bettye | Liberty Mutual Insurance Company |
| Richardson, Patricia M. | Lighthouse Excalibur Insurance Company (LIGA) |
| Richardson, Willie | GeoVera Specialty Insurance Company |
| Richardson, Willie | Liberty Mutual Insurance Company |
| Ricks, Gary | Liberty Mutual Fire Insurance Company |
| Rimer, Jonathan | Foremost Insurance Company |
| Rivera, Jose | Lighthouse Excalibur Insurance Company (LIGA) |
| Robinson, Peggy | Assurant, Inc. |
| Robinson, Wanda | Southern Fidelity Insurance Company (LIGA) |
| Roseburr, Lawrence | State National Fire Insurance Company (LIGA) |
| Rosenthal, Henry | Wright National Flood Insurance Company |
| Ross, Ronald | State Farm Fire and Casualty Company |
| Rubar, Christopher | State Farm Fire and Casualty Company |
| Ruffin, Viola | Allstate Vehicle & Property Insurance Company |
| Rushing, Adela | United Property and Casualty Insurance Company (LIGA) |
| Russ, Rosalinde | Louisiana Citizens Property Insurance Corporation |
| Ryan, Amanda | State Farm Fire and Casualty Company |
| Ryan, Heather | Southern Fidelity Insurance Company (LIGA) |
| SALLIER, BRENDA | |
| Salter, Keith | Foremost Insurance Company |
| Salvant, Katherine | Louisiana Insurance Guaranty Association (LIGA) |
| Salvant, Katherine | Louisiana Insurance Guaranty Association (LIGA) |
| Salvant, Katherine | Allstate Insurance Company |
| Salvant, Katherine | Louisiana Insurance Guaranty Association (LIGA) |
| Sampson, Hardy | Allstate Vehicle & Property Insurance Company |
| Sampson, Hardy | Allstate Vehicle & Property Insurance Company |
| Sampson, Margarite | Foremost Insurance Company |
| Sanders, Adolph | Allstate Vehicle And Property Insurance Company |
| SANDERS, LINDA | Lloyds of London |
| Sanders, Pamela | Safepoint Insurance Company |
| Santini, Michael | Assurant, Inc. |
| Savant, Wanda | Progressive Property Insurance Company |
| Savoie, Albert | Allstate Insurance Company |
| Schmitt, John | Burns and Wilcox Insurance - New Orleans |
| Schuler, Raymond | State Farm Fire and Casualty Company |
| Scott, Alfred | Security Plan Fire Insurance Company |
| Scott, Joyce | State Farm Fire and Casualty Company |
| Scott, Paul | Foremost Insurance Company |
| Scott, Paul | Foremost Insurance Company |
| Scull, Martin | State Farm Fire and Casualty Company |
| Seale, Arthur | American National Property and Casualty Company |
| Selders, Richard | Safepoint Insurance Company |
| Semar, Rusty | State Farm Fire and Casualty Company |
| Senegal, Michael | Shelter Mutual Insurance Company |
| Sharp, Lat | Allstate Vehicle & Property Insurance Company |

| | |
|---|---|
| Sheppard, Diane | Kemper Life |
| Sheppard, Ona | Safepoint Insurance Company |
| Sheppard, Ona | Safepoint Insurance Company |
| Shivers, Travis | State Farm Fire and Casualty Company |
| Short, Blake | Lighthouse Excalibur Insurance Company (LIGA) |
| Sibley, Roxie | Louisiana Insurance Guaranty Association (LIGA) |
| Simmons, Stephanie | American Security Insurance Company |
| Simon, Jessie | State Farm Fire and Casualty Company |
| Simon, Vernice | Louisiana Citizens Property Insurance Corporation |
| Sims, Janie | Geico |
| Sinegal, Gloria | |
| Sinegal, Veronica | Security Plan Fire Insurance Company |
| Singh, Melanie | State Farm Fire and Casualty Company |
| Singleton, Janice | Union National Fire Insurance Company |
| Singleton, Rose | Aegis Security Insurance Company |
| Skipper, Russell | Shelter Mutual Insurance Company |
| Skipper, Shirley | Louisiana Citizens Property Insurance Corporation |
| Slaydon, Dana | United Property and Casualty Insurance Company (LIGA) |
| Smith, Ada | Louisiana Citizens Property Insurance Corporation |
| Smith, Arlington | Allstate Vehicle And Property Insurance Company |
| Smith, Bryan | FedNat Insurance Company (LIGA) |
| Smith, Dejanira | Access Home Insurance Company (LIGA) |
| Smith, Frances | Louisiana Insurance Guaranty Association (LIGA) |
| Smith, Gilbert | Southern Fidelity Insurance Company (LIGA) |
| Smith, Kevin | Safepoint Insurance Company |
| Smith, Randall | Lighthouse Excalibur Insurance Company (LIGA) |
| Smith, Tyra | Assurant, Inc. |
| Smith, William | Foremost Insurance Company |
| Smith, Wilma | Foremost Insurance Company |
| Somarriba, Martin | Ocean Harbor Insurance Company |
| Songer, Angie | Louisiana Insurance Guaranty Association (LIGA) |
| Sonnier, James | American Bankers Insurance Company of Florida |
| Sorapuru, George | American National Property and Casualty Company |
| Spann, Shelia | State Farm Fire and Casualty Company |
| Starnes, Mary | State Farm Fire and Casualty Company |
| Steptoe, Rickey | American Bankers Insurance Company of Florida |
| Steptore, Brenda | Rushmore Loan Management Services |
| Steuber, Joshua | Garrison Property and Casualty Insurance Company |
| Stewart, Calvin | Louisiana Citizens Property Insurance Corporation |
| Stewart, Calvin | Louisiana Citizens Property Insurance Corporation |
| Stewart, Calvin | Louisiana Citizens Property Insurance Corporation |
| Stewart, Calvin | Louisiana Citizens Property Insurance Corporation |
| Stidham, Gerald | GeoVera Specialty Insurance Company |
| Strawder, Linda | American Bankers Insurance Company of Florida |
| Swible, Joann | Allied Trust Insurance Company |
| Swiney, Ruth | Foremost Insurance Company |
| Sylve, Carlie | United Property and Casualty Insurance Company (LIGA) |
| Tarto, Joseph | Dover Bay Specialty Insurance Company (State Farm) |
| Tate, Patricia | Underwriters At Lloyd's |

| Taylor, Lorraine | Great American Insurance Company |
| Taylor, Phillip | Progressive Property Insurance Company |
| Taylor, Verna | FedNat Insurance Company (LIGA) |
| Terry, Myra | Great American Insurance Company |
| Thedford, Monica | 21st Century North America Insurance Company |
| Theriot, Geraldine | Ocean Harbor Insurance Company |
| Thibeaux, Darrell | Lender Placed Insurance |
| Thibodeaux, Charles | Aegis Security Insurance Company |
| Thierry, Lionel | Louisiana Farm Bureau Casualty Insurance Company |
| Thomas, Cassandra | Union National Fire Insurance Company |
| Thomas, John | United Services Automobile Association |
| Thomas, Joyce | American Bankers Insurance Company of Florida |
| Thomas, Lillie | Allstate Vehicle And Property Insurance Company |
| Thomas, Russell | Kin Interinsurance Network |
| Thomas, Stephanie | Centauri National Insurance Company |
| Thomas, Theodore | National General Insurance Company |
| Thompson, Henry | Louisiana Citizens Property Insurance Corporation |
| Thompson, Nelson | State Farm Fire and Casualty Company |
| Thompson, Sandra | Assurant, Inc. |
| Thomson, Phoenix | Farm Bureau of Mississippi |
| Thornley, Jerri | State Farm Fire and Casualty Company |
| Thornton, Nell | Shellpoint Insurance |
| Tillis, Debra | Aegis Security Insurance Company |
| Trosclair, Jonathan | Lighthouse Excalibur Insurance Company (LIGA) |
| Tucker, Myrna | Hartford Insurance Company of the Midwest |
| Turner, Cleveland | National General Insurance Company |
| Tyler, Kerry | Louisiana Insurance Guaranty Association (LIGA) |
| Tyler, Martha | Allstate Vehicle & Property Insurance Company |
| Valdosse, Mike | Allstate Vehicle & Property Insurance Company |
| Valdry, Catherine | Fednat Insurance Company And Maison Insurance Company |
| Veal, Dorothy | State Farm Fire and Casualty Company |
| Venable, Desmond | GeoVera Specialty Insurance Company |
| Venable, Desmond | Ocean Harbor Insurance Company |
| Venable, Desmond | Ocean Harbor Insurance Company |
| Venable, Desmond | Ocean Harbor Insurance Company |
| Ventress, Emanuel | Gulf States Insurance Company |
| Vernon, Terry | State Farm Fire and Casualty Company |
| Vernon, Terry & Dian | |
| Viator, Jeffery | Lighthouse Excalibur Insurance Company (LIGA) |
| Vice, Donna | Allstate Vehicle & Property Insurance Company |
| Vincent, Roy | GeoVera Specialty Insurance Company |
| Vincent, Thomas | Foremost Insurance Company |
| Vo, Brandon | Allstate Vehicle & Property Insurance Company |
| Vo, Tam | FedNat Insurance Company (LIGA) |
| Voinche, Jerrell | American Modern Property & Casualty Insurance Company |
| Wagner, Ernest | Matic Insurance Services |
| Walker, Kenyetta | State Farm Fire and Casualty Company |
| Walker, Marisa | Security Plan Fire Insurance Company |
| Walker, Serena | United Property and Casualty Insurance Company (LIGA) |

| | |
|---|---|
| Waln, James | Liberty Mutual Insurance Company |
| Ward, Tequila | Access Home Insurance Company (LIGA) |
| Warren, Rita | American Modern Property & Casualty Insurance Company |
| Washington, Mary | Louisiana Citizens Property Insurance Corporation |
| Washington, Monica | GeoVera Specialty Insurance Company |
| Watts, Dora | Safepoint Insurance Company |
| Wax, Terri | State Farm Fire and Casualty Company |
| Webb, Darryl | Foremost Insurance Company |
| Welch, Sharee | Union National Fire Insurance Company |
| Welch, Travis | Imperial Fire & Casualty Insurance Company (NGIC) |
| Westbrook, Angela | Aegis Security Insurance Company |
| Weston, Titus | Farm Bureau of Mississippi |
| Whaley, Richard | Allstate Vehicle & Property Insurance Company |
| Whelan, Mark | Geico |
| White, Carol | Louisiana Farm Bureau Casualty Insurance Company |
| White, Jamie | Louisiana Insurance Guaranty Association (LIGA) |
| White, Jerry | Liberty Mutual Insurance Company |
| White, Ronald | 21st Century North America Insurance Company |
| White, Thomas | American National Property and Casualty Company |
| Wiggins, Michael | Allstate Vehicle And Property Insurance Company |
| Wilkerson, Geraldine | FedNat Insurance Company (LIGA) |
| Wilkins, Charles | Aegis Security Insurance Company |
| Wilkins, Gaynell | Allstate Vehicle And Property Insurance Company |
| Williams, Alice | Louisiana Insurance Guaranty Association (LIGA) |
| Williams, Andrea | GeoVera Specialty Insurance Company |
| Williams, Andrea | GeoVera Advantage Insurance Services |
| Williams, Barbara | Safepoint Insurance Company |
| Williams, Barbara | Lighthouse Excalibur Insurance Company (LIGA) |
| Williams, Beverly | State National Fire Insurance Company (LIGA) |
| Williams, Earnest | State Farm Fire and Casualty Company |
| Williams, Edmond | State Farm Fire and Casualty Company |
| Williams, Gontacha | Gulf States Insurance Company |
| Williams, Harry | Home First Agency Insurance Company |
| Williams, Ivory | Dover Bay Specialty Insurance Company (State Farm) |
| Williams, Jatera And Charles | Americas Insurance Company (LIGA) |
| Williams, Joe | State Farm Fire and Casualty Company |
| Williams, Kathryn | State Farm Fire and Casualty Company |
| Williams, Peter | State Farm Fire and Casualty Company |
| Williams, Ralph | Foremost Insurance Company |
| Williams, Troy | Burns and Wilcox Insurance - New Orleans |
| Wilson, Cheryl | Farm Bureau |
| Wilson, Gladiola | Louisiana Citizens Property Insurance Corporation |
| Wilson, Marcus | Lighthouse Excalibur Insurance Company (LIGA) |
| Wilson, Ranney | United Property and Casualty Insurance Company (LIGA) |
| Winget, Patricia | Aegis Security Insurance Company |
| Woodard, Jacquline | State Farm Fire and Casualty Company |
| Woods, Ruby | State Farm Fire and Casualty Company |
| Woods, Wandra | Progressive Property Insurance Company |
| Woolridge, Louis | Assurant, Inc. |

| | |
|---|---|
| Worthington, Patrick | American Modern Insurance Group |
| Wright, Ray | State Farm Fire and Casualty Company |
| Wright, Wilbert | Lighthouse Excalibur Insurance Company (LIGA) |
| York, Travis | National General Insurance Company |
| Youman, Silivia | Underwriters At Lloyd's |
| Young, Arthur | State Farm Fire and Casualty Company |
| Young, Calvin | American Bankers Insurance Company of Florida |
| Young, Yvette | Southern Fidelity Insurance Company (LIGA) |
| Zeno, Edgar | State Farm Fire and Casualty Company |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BARABARA MCCALEB                          CIVIL ACTION NO. 23-1330

VERSUS                                    JUDGE: DEGRAVELLES

AMERICAN SECURITY INSURANCE COMPANY       MAGISTRATE JUDGE:
                                          WILDER-DOOMES

**JOINT CONSENT MOTION
FOR LEAVE TO REISUSSE APPRAISAL CHECKS**

Plaintiff Barbara McCaleb and Defendant American Security Insurance Company ("ASIC") file this Joint Consent Motion for Leave to Reissue Appraisal Checks as follows:

**I.        INTRODUCTOIN**

1.      This dispute relates to the adjustment of a Hurricane Ida property insurance claim submitted by Plaintiff McCaleb and adjusted by ASIC.  During the claim adjustment Plaintiff McCaleb retained McClenny Moseley & Associates to represent her interests.  Subsequent to an appraisal, ASIC issued two checks delivered to MMA.  At the direction of the U.S. District Court for the Western District of Louisiana, MMA remitted both settlement checks to that Court.  The checks are currently being held by the Clerk for the U.S. District Court for the Middle District of Louisiana.  Now, the Parties and all prior and current counsel have reached an agreement related to the reissuance and payment of the stale checks currently held by the Clerk for the U.S. District Court for the Middle District of Louisiana and request leave of Court herein for permission to stop the original checks and deliver reissued checks to Plaintiff McCaleb's new counsel.

**II.      FACTUAL BACKGROUND AND REQUEST FOR RELIEF**

2.      This dispute relates to the adjustment of a Hurricane Ida property insurance claim submitted by Plaintiff McCaleb and adjusted by ASIC. Following the initial adjustment, Plaintiff

McCaleb retained McClenny Moseley & Associates to represent her interests. Ultimately, the parties agreed to resolve the disputed value of the claim through appraisal. Following the appraisal, ASIC issued two checks on May 9, 2023: Check No. 0060524966, $20,543.00 payable to Barbara McCaleb and JPMorgan Chase Bank NA for Plaintiff's Dwelling damages, and Check No. 0060524965, $9,800.00 payable to Barbara McCaleb and JPMorgan Chase Bank NA for damages to Plaintiff's other structures. *See* Exhibit A, Appraisal Checks. Since the issuance of the appraisal checks, Plaintiff McCaleb substituted the Sangisetty Law Firm as her legal representation and filed this lawsuit.

3. The appraisal checks are now stale and in the possession of the Clerk for the U.S District Court for the Middle District of Louisiana. On August 8, 2023, Judge Terry A. Doughty of the U.S. District Court for the Western District of Louisiana, Monroe Division ordered MMA to deliver possession of every original undeposited check for Hurricane claims in its possession to the Lake Charles Federal Courthouse no later than noon on Friday, August 11, 2023. Order, *In Re McClenny, Moseley & Associates, PLLC*, Case 3:23-mc-00062-JDC (W.D. La. Aug. 8, 2023), ECF No. 34. MMA's check delivery to the U.S District Court for the Western District of Louisiana included the appraisal checks at issue in this motion. Subsequently, the U.S. District Court for Western District of Louisiana transferred the appraisal checks to the Clerk's Office for the U.S. District Court for the Middle District of Louisiana. *See* Exhibit B, Email Correspondence from Clerk's Office of the U.S. District Court for the Middle District of Louisiana.

4. The Parties and their previous and current counsel negotiated the drafting of new appraisal checks and request the leave of Court to permit ASIC to issue a stop-payment on the appraisal checks and reissue the checks pursuant to the Parties' agreement for the delivery to

Plaintiff McCaleb's undersigned new counsel.  Reissuance of the appraisal checks and delivery to her new counsel will enable Plaintiff McCaleb to repair her property.

### III.      CONCLUSION

WHEREFORE Plaintiff Barbara McCaleb and Defendant American Security Insurance Company request leave of Court herein to issue a stop pay on American Security check nos. 0060524966 and 0060524965 for reissuance pursuant to the Parties' agreement for deliver to Plaintiff McCaleb's current counsel.

Respectfully submitted:

*/s/ A. Jacob Culotta, Jr.*
DAVID P. SALLEY (#19770)
A. JACOB CULOTTA, JR. (#26856)
MATTHEW F. GREENE (#39897)
365 Canal Street, Suite 1710
New Orleans, Louisiana 70130
Tel: 504.566.8800
Fax: 504.566.8828
Email: dsalley@shmrlaw.com
Email: jculotta@shmrlaw.com
Email: mgreene@shmrlaw.com
*Counsel for Defendant, American Security*
*Insurance*
*Company*


AND

*/s/ Ravi Sangisetty*
RAVI SANGISETTY (#30709)
WILLIAM BOYLES (#31632)
AMANDA OLMSTED (#40002)
Sangisetty Law Firm
3914 Canal Street
New Orleans, Louisiana 70119
rks@sangisettylaw.com
william@sangisettylaw.com
amanda@sangisettylaw.com
*Counsel for Plaintiff, Barbara McCaleb.*

## CERTIFICATE OF ACCURACY AND CONSENT TO RELIEF

I, Zach Moseley, individually and on behalf of McClenny Mosely & Associates, certify that I have reviewed this motion and agree with its accuracy and consent to the requested relief.

/s/ Zach Moseley
Zach Moseley, Individually
And on behalf of McClenny
Moseley & Associates

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BARABARA MCCALEB                                   CIVIL ACTION NO. 23-1330

VERSUS                                             JUDGE: DEGRAVELLES

AMERICAN SECURITY INSURANCE COMPANY        MAGISTRATE JUDGE:
                                                   WILDER-DOOMES

**ORDER GRANTING SUBSTITUTION OF DOCUMENT**

Considering the foregoing Motion to Substitute Document of Defendant, American Security Insurance Company, and for good cause shown, the Court has determined that the Motion should be GRANTED. IT IS THEREFORE ORDERED:

That the previously filed and erroneously titled Joint Consent Motion for Leave and Incorporated Memorandum to Reissue Appraisal Checks (R. Doc. 15) is hereby stricken from the record and substituted with the attached Joint Consent Motion for Leave to Reissue Appraisal Checks.

SIGNED this _____ day of _____, 2023.

_____

Case 24-31596   Document 14-5   Filed in TXSB on 01/10/25   Page 1 of 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BARABARA MCCALEB                                CIVIL ACTION NO. 23-1330

VERSUS                                          JUDGE: DEGRAVELLES

AMERICAN SECURITY INSURANCE COMPANY             MAGISTRATE JUDGE:
                                                WILDER-DOOMES

**ORDER GRANTING JOINT CONSENT MOTION
<u>FOR LEAVE TO REISSUE APPRAISAL CHECKS</u>**

On this day, the Court considered Plaintiff's, Barbara McCaleb and Defendant, American Security Insurance Company's (collectively "Parties'") Joint Consent Motion for Leave to Reissue Appraisal Checks. After considering the Motion, and for good cause shown, the Court has determined that the Motion should be GRANTED. IT IS THEREFORE ORDERED:

That Defendant is authorized to issue a stop payment on American Security check nos. 0060524966 and 0060524965 for reissuance, in accordance with the Parties' agreement, and to deliver them to the Sangisetty Law Firm.

SIGNED this __14th__ day of ___December_____, 2023.

_____
**HONORABLE JOHN W. DEGRAVELLES
UNITED STATES DISTRICT JUDGE**

| First Name | Last Name | Check Payee | Check Amount | Check Number |
|---|---|---|---|---|
| Kayoka | Addison | Kayoka Marie Addison & Kendall Walker & Flagstar Bank FSB ISAOA/ ATIMA And McClenny, Moseley & Associates, PLLC | $44,357.69 | 1109372 |
| Walter | Assencoa | Walter Assencoa and Mortgage Research Center and McClenny Moseley and Associates, PLLC | $15,000.00 | 519681 |
| Jeanette | Battistella | McClenny, Moseley 7 Associates & U.S. Small Business Administration & Albert & Jeanette Battistration C/O Miles, Pipes, Beckman LLC | $50,000.00 | 56363140 |
| Jeannette | Battistella | McClenny Moseley & Associates & U.S. Small Business Administration & Albert & Jeanette Battistellla C/O Miles, Pipes Beckman LLC | $50,000.00 | 57655395 |
| ALTHEA | BENNETT | McClenny Moseley & Associates and Althea Bennett | $18,000.00 | 1635233139 |
| Dorothy | Berry | McClenny, Moseley & Associates & Reverse Mortgage Solutions & Dorothy Berry C/O Pipes, Miles, Beckman LLC | $55,000.00 | 56375157 |
| Dorothy | Berry | McClenny Moseley & Associates & Reverse Mortgage Solutions & Dorothy Berry C/O Pipes, Miles Beckman LLC | $55,000.00 | 57711734 |
| TROY | BICKHAM | McCLenny Moseley & Associates, PLLC and Troy Bickham | $15,000.00 | 38519 |
| Antoinette | Boudreaux | Antoinette O Boudreaux and JP Morgan Chase | $16,500.00 | 1157714005 |
| Antoinette | Bourdreaux | | $16,500.00 | 115580835 |
| Ervin | Broyard | Estate Of Gloria Harris and US Department of HUD C/O Novad Management Consulting ISAOA Atima and McClenny Moseley & Associates | $10,037.78 | 38237 |
| Ervin | Broyard | McClenny Moseley & Associates, PLLC and Estate Of Gloria Harris and US Department of Hud C/O Novad Management Consulting ISAOA Atima | $23,965.00 | 37962 |
| Bruce | Codd | The Estate of Bruce Hemstad & Teresa R Codd Hemstad & McClenny Moseley & Assoc PLLC & Freedom Mortgage | $15,000.00 | 200280404 |
| Ines | Conrado | InesYvonne Conrado And McClenny Moseley & Associates And Wells Fargo Bank NA #708 | $3,988.51 | 62784990 |
| Inesyvonne | Conrado | Inesyvonne Conrado and McClenny Mosele & Associates and Wells Fargo Bank N A 708 | $3,988.51 | 62810149 |
| EMELDA | COUSAIN | | $3,027.54 | 2217378972 |
| Alan | Creecy | | $15,322.64 | 158785 |
| Alan | Creecy | | $8,097.31 | 158786 |
| GRETCHEN | DARMETKO | McClenny Moseley & Associates & Gretchen Darmetko | $3,942.91 | 2217311032 |
| Quovase | Delaune | McClenny Moseley and Associates PLLC and Quovase Delaune and Lakeview Loan Servicing LLC ISAOA/ATIMA C/O Loancare LLC | $11,306.21 | 37705 |
| Sona | Doherty | Cvanderbilt Mortgage and Finance Inc. and Sona M Doherty and McClenny Moseley & Associates PLLC | $6,385.35 | 2193803 |

| | | | | |
|---|---|---|---|---|
| Sona | Doherty | Vanderbilt Mortgage and Finance, Inc. and Sona M Doherty and McClenny Moseley & Associates, PLLC | $17,027.37 | 2199253 |
| R B | Dunkentell | | $35,000.00 | 122050052 |
| David | Dunlap | David Dunlap & Twin City Financial & McClenny, Moseley | $1,906.02 | 9002369 |
| Gilda | Fisher | Select Portfolio Servicing Inc and Gilda Fisher | $16,000.00 | 1635529257 |
| Mary | Gibson | Mary Gibson & Flagstar Bank FSB & McClenny, Moseley & Associates, PLLC | $22,533.80 | 1071383 |
| Annie | Gilmore | Annie Gilmore & Freedom Mortgage Corporation ISAOA & McClenny, Moseley & Associates, PLLC | $5,603.42 | 1148120 |
| Randy | Harris | McClenny Moseley and Associates PLLC and Randy Harris and ServiceMac, LLC/ ISAOA ATIMA | $5,701.87 | 5370164465 |
| Christopher | Heape | Christopher Heape and State Farm Bank FSB ISAOA and Kandyse Heape and McClenny Moseley & Associates | $46,663.58 | 307137 |
| Christopher | Heape | Christopher Heape and State Farm Bank FSB ISAOA And Kandyse Heape and McClenny, Moseley & Associates | $2,715.86 | 250795 |
| William | James | McClenny Moseley and Associates & William James & LoanDepot ISAOA ATIMA CO Central Loan Admin and Rprtng | $2,135.86 | 122296131 |
| John | Leblanc | John And Fay Leblanc And McClenny, Moseley & Associates And PHH Mortgage Services Its Successors And/ Or Assigns | $35,750.00 | 266687 |
| John | Leblanc | McClenny Moseley & Associates, PLLC and John Leblanc SR and South Lafourche Bank | $9,965.00 | 37959 |
| Latosha | Lewis | Latosha Lewis And McClenny, Moseley & Associates And Standard Mortgage Corp ISAOA/ATIMA | $2,257.01 | 1295108 |
| Latosha | Lewis | Latosha Lewis And McClenny, Moseley & Associates And Standard Mortgage Corp ISAOA/ ATIMA | $35,911.71 | 1298649 |
| Barbara | McCaleb | Barbara McCaleb & JP Morgan Chase Bank NA | $9,800.00 | 60524965 |
| Barbara | McCaleb | Barbara McCaleb & JP Morgan Chase Bank NA | $20,543.03 | 60524966 |
| Dennis | Mitchell | Dennis Mitchell & Sheena Evans & McClenny, Moseley, & Associates & Freedom Mortgage Corp LLC Isaoa/Atima | $27,500.00 | 10030899 |
| RAYFIELD | PICKNEY | Rayfield J Pickney and McClenny Moseley & Associates, PLLC | $205.00 | 2195381 |
| RAYFIELD | PICKNEY | Rayfield J Pickney and McClenny Moseley & Associates, PLLC | $2,808.42 | 2195382 |
| Emily | Plaisance | McClenny Moseley And Associates PLLC and Emily Beth Plaisance and Select Portfolio Servicing Inc ISAOA | $4,965.00 | 37953 |
| Gladys | Rayfield | Gladys Rayfield and PHH Mortgage Services ISAOA & McClenny Moseley & Associates | $7,269.36 | 1624969 |

| | | | | |
|---|---|---|---|---|
| Willie | Richardson | Willie Richardson and NEWREZ LLC ISAOA ATIMA and McClenny Moseley & Assoicates, PLLC | $35,453.50 | 9272155012 |
| Lawrence | Roseburr | | $49,900.00 | 1167230 |
| CHRISTOPHER | RUBAR | | $216.44 | 2217093558 |
| CHRISTOPHER | RUBAR | Alecia Rubar & Christopher Rubar & McClenny, Moseley & Associates, Their Attorney & Pedestal Bank Its Succ Or Assigns ATIMA | $173.67 | 2217229893 |
| Joyce | Scott | | $16,979.16 | 122103980 |
| Joyce | Scott | | $1,365.61 | 122241885 |
| ROSE | SINGLETON | McClenny Moseley & Associates and Rose Singleton | $1,568.67 | 4326 |
| Martin | Somarria | McClenny Moseley & Associates ,PLLC and Martin Somarria and PHH Mortgage Services ISAOA and Sun Finance Co LLC | $26,965.00 | 37963 |
| Joann | Swibe | Summit Funding and Michael & Joann Swble and McClenny, Moseley & Assoc | $6,398.18 | 135045 |
| Joann | Swible | Summit Funding and Michael & Joann Swble and McClenny, Moseley & Assoc | $2,302.12 | 135046 |
| Desmond | Venable | Desmond Venable And Jefferon Financial CU ISAOA And McClenny, Moseley & Associates, PLLC | $4,042.39 | 9272145886 |
| Emanuel | Ventress | Emanuel Ventress & Loan Depot.com LLC ISAOA/ ATIMA & McClenny, Moseley & Associates | $7,089.05 | 42830 |
| Emanuel | Ventress | Emanuel Ventress & Loan Depot.com LLC ISAOA/ ATIMA & McClenny, Moseley & Associates | $4,080.06 | 42831 |
| Emanuel | Ventress | Emanuel Ventress & Loan Depot.com/ LLC ISAOA/Atima & McClenny Moseley & Associates | $12,500.00 | 44267 |
| Tam | Vo | Tam Vo And McClenny Moseley & Associates And Loan Care, LLC | $4,510.12 | 268664 |
| Jerry | White | McClenny Moseley & Associates & Nationstar Mortgage & Jerry White & Anne White C/O Pipes, Miles, Beckman LLC | $60,000.00 | 57712004 |
| Carol | White | | $2,006.32 | 122944346 |
| Harry | Williams | Vanderbilt Mortgage and Finance, Inc. and Harry Williams and McClenny Moseley & Associates | $14,662.96 | 4003392 |
| HARRY | WILLIAMS | Harry Williams and McClenny Moseley & Associates | $616.22 | 4004134 |
| Gontacha | Williams | Gontacha Williams & Summit Funding, Inc, ISAOA/ATIMA & McClenny, Moseley, Associates | $7,662.97 | 42140 |
| Gontacha | Williams | Gontacha Williams & Summit Funding, Inc, ISAOA/ATIMA & McClenny, Moseley, Associates | $3,457.51 | 42141 |

| Gontacha | Williams | Gontacha Williams & Summit Funding, Inc, ISAOA/ ATIMA & McClenny, Moseley & Associates | $12,000.00 | 43532 |
|----------|----------|------------------------------------------------------------|------------|-------|
| RALPH | WILLIAMS | McClenny Moseley And Associates PLLC And Ralph Williams | $21,000.00 | 1634778335 |
| RALPH | WILLIAMS | Select Portfolio Servicing And Ralph Williams | $14,000.00 | 1634778351 |
| Silivia | Youman | Silvia and Ernest Youman and Central Loan Administration & Reporting and McClenny Moseley & Associates | $24,009.30 | 16219 |

| From: | MMA Estate |
|---|---|
| To: | Jason Joy; Service Account |
| Cc: | rks@sangisettylaw.com; Zach Moseley |
| Subject: | MMA Notice Letter |
| Date: | Tuesday, April 23, 2024 4:11:30 PM |
| Attachments: | image001.png |
| | MMA Notice Letter - Jason J. Joy & Associates.pdf |
| | Jason J. Joy & Associates Case List.xlsx |

To Whom It May Concern,

Please take notice that MMA Law Firm, PLLC, formerly McClenny Moseley & Associates, PLLC ("MMA") has filed a Chapter 11 Bankruptcy Petition with the Bankruptcy Court for the Southern District of Texas, Case No. 24-31596. The voluntary bankruptcy petition filed by MMA operates as a stay, applicable to all individuals and entities, of the commencement or continuation of all judicial and administrative actions against MMA, of attempts to recover a claim against MMA, of the enforcement of any existing judgement against MMA or its property, and of any attempts to obtain possession of property of the estate of MMA.

MMA Law Firm has retained Johnie Patterson and Miriam Goott with Walker & Patterson, P.C. as its bankruptcy counsel. For any questions relating to the filing or its impact on pending matters, please contact your own attorney, or for general and administrative questions regarding the pending bankruptcy case, you may contact Mr. Patterson and Ms. Goott at:

Johnie Patterson

Miriam Goott

Walker & Patterson, P.C.

P.O. Box 61301

Houston, TX 77208

713.956.5577

mma@walkerandpatterson.com

Attached is a list of matters that may be subject to the automatic stay in MMA's Bankruptcy proceeding.

Respectfully,

MMA LAW FIRM

estate@mma-pllc.com

 **MMA LAW FIRM**

1235 N. Loop W, Suite 810

Houston, TX 77008

Principal Office: (713) 334-6121

Fax: (713) 322-5953

Toll-Free: (844) 622-7552

www.mma-pllc.com

Docusign Envelope ID: 741D53AA-6C80-449F-BCC3-F96A0673A997

 

## <u>LEGAL MALPRACTICE CONTINGENCY FEE AGREEMENT</u>

Under this Agreement, I, ▮▮▮▮▮▮▮▮▮▮▮▮▮_____ (hereinafter, the "**Client**" or "**I**") retain **Jason J. Joy & Associates law firm** and the **Sangisetty Law Firm, LLC** (collectively, hereinafter, the "**Firms**" or "**Attorneys**") to act as Client's attorneys for representation in connection with:

My legal claims against my previous storm attorneys, including McClenny Moseley & Associates ("MMA"), The Gallindo Law Firm, Krause & Kinsman, and/or any other co-counsel of MMA (collectively, the "MMA Attorneys"), for legal malpractice and/or any other claims or causes of action arising from or relating to the MMA Attorneys' solicitation and/or handling of my case against my insurance company (and/or other potentially responsible parties).[1]

Client specifically authorizes the Attorneys to investigate Client's claims and, if appropriate, undertake negotiations and/or file and prosecute a lawsuit, arbitration proceeding, and/or proof of claim on Client's behalf. Client agrees to a joint representation by Jason J. Joy & Associates ("**JJJ**") and Sangisetty Law Firm, LLC ("**SLF**") who will represent Client in accordance with the applicable rules of professional conduct and assume "joint responsibility"[2] for Client's case. In the event of a successful recovery the Firms shall split the contingency fee evenly, on a 50/50 basis. If Attorneys determine that additional law firms may be needed for Client's representation, Attorneys will disclose that fact in advance and seek Client's advance consent to any such additional associated law firms.

1. **ATTORNEY FEES & ADJUSTER FEES.** As compensation for legal services, Client agrees to pay the following to Attorneys:

<u>Contingency Fee</u>: Client requests a contingency attorneys fee rather than pay attorneys on an hourly basis. Client shall pay Attorneys the below-listed percentage of all total amounts (Gross Recovery) recovered from the insurance company and/or any other party (including any penalties or punitive damages that may be awarded). The contingency attorney fees shall be calculated on the gross recovery, prior to any offsets, deductions, or withholdings of any sort including litigation costs and expenses:

- <u>40.00%</u> of **any Gross Recovery**, in the event a lawsuit, arbitration proceeding, or proof of claim (POC) is filed or instituted on my behalf;

- <u>45.00%</u> of any **Gross Recovery**, in the event an appeal is taken by any party.

---

[1] Client previously retained the MMA Attorneys to pursue claims against Client's insurance company(s) for covered losses relating to or arising from one or more natural disasters in 2020-2021 including without limitation Hurricane(s) Laura, Delta, Zeta, and/or Ida, Winter Storm Uri, and/or other weather-related damages.

[2] As that term is defined in Rule 1.04, Texas Disciplinary Rules of Professional Conduct and its official Comments.

Docusign Envelope ID: 741B53AA-6C80-449E-BCC3-F96A0673A997

Hurricane / Storm Legal Malpractice Contingency Fee Agreement: JJJ- SLF Rev II (06/27/2024)

**IF THE ATTORNEYS DO NOT RECOVER ANYTHING ON BEHALF OF THE CLIENT, THEN THE CLIENT SHALL NOT BE RESPONSIBLE FOR AND SHALL NOT PAY ANY ATTORNEY FEES, LITIGATION EXPENSES, OR COURT OR ARBITRATION COSTS.**

2.  **OTHER COSTS AND EXPENSES.** In addition to paying the above Attorney Fees, Client agrees to pay all costs and expenses out of the amount recovered. **If the Attorneys do not secure a recovery on behalf of the Client, then the Client will not be responsible for and shall not pay any costs or expenses paid or incurred by the Attorneys on Client's case.** These costs and expenses shall be deducted after Attorney fees are first calculated and deducted from the Gross Recovery, and may include (but are not limited to): postage, facsimile costs, Federal Express, USPS, private courier, or other delivery charges, deposition fees, subpoena costs, court costs, sheriff's and service fees, travel-related expenses, investigation fees and the cost of any adjuster, engineer or inspection team hired to inspect Client's property and provide a written report to the Attorneys detailing all insurable damages on Client's property, along with any contractors or other experts hired or retained. Costs and expenses may include charges for litigation consulting and support vendors such as Xpand Legal; and may also include certain general or "common benefit" expenses that are incurred for the benefit of all similarly situated clients represented by the Attorneys with claims against their previous counsel, the MMA Attorneys. By spreading certain "common benefit" costs over a large group of clients, no one client has to bear all of the expenses that benefit all the Firms' Hurricane clients. An example of a "common benefit" expense would be an expert witness whose work advances the interest of all similarly situated clients, even though that expert witness might only be designated or provide a report in one or more client matters and/or testify in only one or more client cases. "Common benefit" expenses will be assessed on a pro-rata (by total number of clients) or proportional basis (in proportion to each client's recovery) and may be the Firms' best estimate of expenses incurred as well as expenses needed to complete the litigation. If there is a recovery, Client's distribution statement shall state the method used to divide common benefit expenses among the clients (including the Client under this Agreement) and whether the amount is fixed or an estimate. **If the Attorneys do not secure a recovery on behalf of the Client, then the Client will not be responsible for and shall not pay any costs or expenses paid or incurred by the Attorneys on Client's case.**

3.  **SETTLEMENT OR COMPROMISE.** It is also understood and agreed that no settlement, compromise, dismissal, or other such action shall be taken on Client's claims without Client's consent.

4.  **NO GUARANTEE.** Client acknowledges that the Attorneys have made no promises or guarantees regarding the outcome of Client legal matter. In fact, the Attorneys have advised Client that litigation in general is uncertain, can take a long time, can be very costly, and can be very frustrating and that success is not guaranteed.

5.  **TERMINATION OF REPRESENTATION.** Client understands that Client has the right to terminate the representation upon written notice to that effect, although under applicable law, Client may still have financial obligations (for example, owe legal fees, costs, and/or expenses) under this Agreement under certain circumstances. Client understands that Client will be responsible for any fees or costs incurred prior to the termination.

Page **2** of **4**

Docusign Envelope ID: 741D53AA-6C80-449F-BCC3-F96A0673A997

Hurricane / Storm Legal Malpractice Contingency Fee Agreement: JJJ- SLF Rev II (06/27/2024)

6. **WITHDRAWAL OR TERMINATION.** Client further acknowledges that the Attorneys shall have the right to cancel this Agreement and withdraw from this matter if, in their professional opinion, the matter does not have merit (or lacks sufficient merit to proceed), Client does not have a reasonably good possibility of recovery, Client fails to abide by the terms of this Agreement, and/or if the Attorneys' continued representation would result in a violation of applicable Rules of Professional Conduct or other law, or at any other time, as permitted under applicable Rules of Professional Conduct or other law.

7. **PRIVILEGE.** Client agrees and understands that this Agreement is intended to and does hereby assign, transfer, set over and deliver unto the Firms as their fee for representation of me in this matter an interest the Gross Recovery and any other recovery under the terms and conditions in this Agreement, in accordance with the provisions of Louisiana Revised Statute § 37:218, and that The Firms shall have the privilege afforded by Louisiana Revised Statute § 9:5001. In the event, there is a proceeding to collect fees owed, Client agrees to be responsible for paying the attorney fees, costs, and expenses incurred in this collection effort.

8. **ENDORSEMENTS/DISBURSEMENT.** Client specifically authorizes the Attorneys to endorse checks on Client's behalf so that any recoveries can be deposited into the Firm's client trust account until those funds can be disbursed to the appropriate parties under this Agreement (including the Client, Attorneys, and third parties who may be entitled to a share of any recovery under applicable rule or law). Before money is disbursed, Client will receive a disbursement sheet which sets forth how the monies obtained are to be distributed, including the percentages of fees, among the Firms and/or additional associated law firms.

9. **FILE RETENTION AND DESTRUCTION**. The file and any materials compiled by the Firms during the course of representation will remain property of the Client upon the conclusion of the representation. The Firms will cooperate fully in furnishing a copy of relevant materials from the file to any successor attorney Client may hire. Client understands that, after his/her case is concluded, the Firms will maintain its files on this matter for at least four (4) years, but after that time, the Firms may dispose of the file in accordance with their respective law firm document retention policy.

10. **ENTIRE AGREEMENT.** Client has read this agreement in its entirety, a copy of which Client has received. Client. agrees to and understands the terms and conditions set forth herein. Client acknowledges that there are no other terms or oral agreements existing between Client and the Attorneys and that all agreements and understandings are contained within this Agreement only. This Agreement may not be amended or modified in any way without the prior written consent of the Attorneys and Client. This Agreement is binding on the estates, heirs, assigns, representatives, and successors-in-interest of the Firms and Clients. If any provision or language in this Agreement is determined by a court of competent jurisdiction to be invalid or unenforceable, the remaining provisions and language shall be preserved and interpreted as to give them full legal effect and enforceability.

11. **EXCLUSIVE VENUE FOR DISPUTES/CLAIMS:** In the event of a dispute and/or claims between them, the Parties to this Agreement agree that venue shall be in the 15th Judicial District Court in Acadia or Lafayette Parish, Louisiana, or the 32nd Judicial District Court in Terrebonne Parish, Louisiana **only**.

Hurricane / Storm Legal Malpractice Contingency Fee Agreement: JJJ- SLF Rev II (06/27/2024)

This *Legal Malpractice Contingency Fee Agreement* replaces and supersedes any prior written agreement between Client either Attorney or Firm concerning the subject matter (i.e. MMA Attorneys' legal malpractice) of this agreement.

Client has carefully read this Agreement in its entirety and understands its provisions and language. If the Client had any questions about this Agreement, its provision or any of its language, the Client asked those questions and received satisfactory answers before signing below.

This Agreement is agreed to by me, the Client, on the ___18___ day of ___July___, 2024.

DocuSigned by:

The foregoing Agreement is hereby accepted on this_____ day of _____, 2024, by:

ATTORNEY: _____.