## WITNESS AND EXHIBIT LIST
### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

### Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |

| | |
|---|---|
| **Adversary Case No:** | |
| **Style of Adversary:** | |

| | Amends | | Supplements | |
|---|---|---|---|---|
| | **Date** | **ECF No.** | **Date** | **ECF No.** |
| **State whether this amends or supplements a previously filed Witness & Exhibit list** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | August 4, 2026 |
| **Hearing Time:** | 10:30 a.m. (prevailing Central Time) |
| **Party's Name:** | Hair & Shunnarah Trial Attorneys, LLC |
| **Attorney's Name:** | Joshua W. Wolfshohl |
| **Attorney's Phone:** | 713-226-6000 |

| | CM/ECF No. | Matter |
|---|---|---|
| **Nature of Proceeding(s):** | 1577 | Third Amended Joint Plan of Liquidation of MMA Law Firm, PLLC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITNESS LIST |
|---|
| |

| | |
|---|---|
| **Lay Witnesses:** | Any witness listed, offered, or called by any other party |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |

| REBUTTAL/ IMPEACHMENT WITNESSES |
|---|
| |

| | |
|---|---|
| **Lay Witnesses:** | Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| | |
| | |

| | | **FOR COURT USE ONLY** | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| | | | | |
| 1. | *Complaint* [Adv. No. 24-03629, ECF No. 1] | | | |
| 2. | *Memorandum Order* [Adv. No. 24-03629, ECF No. 8] | | | |
| 3. | Order Staying Case [Case No. 4:25-cv-00990, ECF No. 11] | | | |
| 4. | Docket as of July 30, 2026 in Case No. 4:25-cv-00990 | | | |
| 5. | *Hair & Shunnarah Trial Attorneys, LLC's Objection to Confirmation of Debtor's Third Amended Joint Plan of Liquidation and Joinder to Objection of United States Trustee* [ECF No. 1593] | | | |
| 6. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy cases | | | |
| 7. | Any exhibit introduced by any other party | | | |
| | | | | |
| | **REBUTTAL/IMPEACHMENT EXHIBITS** | | | |
| | | | | |
| 1. | Rebuttal or impeachment exhibits as necessary | | | |
| 2. | | | | |
| 3. | | | | |

Dated: July 31, 2026
Houston, Texas

18570101

PORTER HEDGES LLP

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl
State Bar No. 24038592
Michael B. Dearman
State Bar No. 24116270
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
mdearman@porterhedges.com

*Counsel for Hair & Shunnarah Trial Attorneys, LLC*

## CERTIFICATE OF SERVICE

I certify that on July 31, 2026, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in this case on July 31, 2026.

By: */s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

18570101