# EXHIBIT 1

UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION

IN RE:                                    §
                                          §    CASE NO. 24-31596
MMA LAW FIRM, PLLC                        §
                                          §
DEBTOR                                    §
                                          §
MMA LAW FIRM, PLLC                        §    ADVERSARY NO.
Plaintiff                                 §
v.                                        §
                                          §
HAIR & SHUNNARAH TRIAL                    §
ATTORNEYS, LLC                            §
                                          §
Defendant                                 §

## COMPLAINT

MMA Law Firm, PLLC Plaintiff and/or Debtor, files this Complaint against Hair &

Shunnarah Trial Attorneys, LLC, pursuant to FED. R. BANKR. P. 7001(1) and (7), requesting

actual and punitive damages, equitable relief, and respectfully shows the Court as follows:

## JURISDICTION, VENUE AND PARTIES

1.     This is an adversary proceeding brought by the Debtor seeking a declaratory judgment

regarding the determination of property of the bankruptcy estate, turnover of estate property, and

violation of the automatic stay.

2.     This Court has subject matter jurisdiction over this adversary proceeding, pursuant to

28 U.S.C. §§ 157 and 1334(b).

3.     This adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(1) and (2)

and this Court may enter a final order consistent with these statutes and Article III of the United

States Constitution.

4.     Venue is proper in the Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"), pursuant to 28 U.S.C. § 1409.

5.     MMA Law Firm, PLLC is the Debtor in Case No. 24-31596 pending in the Southern District of Texas and can be served through its undersigned counsel.

6.     Hair & Shunnarah Trial Attorneys, LLC ("**HS**") can be served with this Complaint and summons through its registered agent Galen Hair at 3540 S. I-10 Serv. Rd. W, Suite 300, Metairie, LA 70001.

7.      MMA Law Firm, PLLC (the, "**Debtor**") hereby states that it consents to the entry of final orders or judgments by the Bankruptcy Court if it is determined that the Bankruptcy Court, absent the consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

## RELEVANT BACKGROUND FACTS

### PRE-PETITION BACKGROUND

8.     MMA Law Firm, PLLC ("**Debtor**") is a litigation firm based in Texas.

9.     The Debtor represented thousands of storm victims with property damage claims against their insurance companies following Hurricanes Laura, Delta, Zeta, and Ida ("**MMA Clients**").

10.     The Debtor entered into contingency fee contracts with the MMA Clients, entitling it to contingency fees and reimbursement of expenses ("**Contingency Fee Contracts**").

11.     The Debtor prosecuted claims and filed thousands of lawsuits on behalf of the MMA Clients ("**MMA Cases**").

12.     On March 3, 2023, Judge James D. Cain, Jr., a United States district judge of the United

States District Court for the Western District of Louisiana, issued an order suspending the licenses of all attorneys affiliated with the Debtor for ninety days (**"Suspension Order"**).

13.      Pursuant to the Suspension Order, the Debtor was ordered, among other things, to notify the MMA Clients of the suspension and that they had the option of either retaining new counsel or remaining with the Debtor.

14.      After the entry of the Suspension Order, Hair & Shunnarah Trial Attorneys, LLC (**"HS"**) assumed representation of at least 33 MMA Cases on a contingency fee basis (**"HS/Debtor Cases"**).[1]

15.      Attached as Exhibit 1 is a list of the HS/Debtor Cases.

16.      In October 2023, Mr. Moseely on behalf of the Debtor, reached out to HS and spoke with Galen Hair regarding the HS Cases and the Debtor's interest in the attorney's fees and costs. At the conclusion of this conversation, Mr. Hair represented that the Debtor is entitled to 50% of the attorney's fees and reimbursement of costs in the HS/Debtor Cases, and would work with the Debtor to draft an agreement.

17.      On October 26, 2023, the Debtor supplied HS with a list of the HS/Debtor Cases, and awaited a draft agreement to address the fee and expense dispute between the parties (**"Agreement"**). No response was received by the Debtor.

18.      On November 13, 2023, the Debtor reached out to HS a second time to follow up on the Agreement and received a response stating that Mr. Hair was in trial and would respond as soon as he was able to.

---

[1] Exhibit 1: Spreadsheet of HS/Debtor Cases are attached in Exhibit 1. The Debtor is continuing its investigation regarding other HS/Debtor cases.

19.     On January 24, 2024, the Debtor reached out a third time to request an update on the Agreement and once again no response was received.

20.     Attached as Exhibit 2 to this Complaint is a true and correct copy of email communications between the Debtor and HS.[2]

**CHAPTER 11 BANKRUPTCY FILED AND NOTICE PROVIDED**

21.     On April 9, 2024, the Debtor filed a Chapter 11 bankruptcy petition.[3]

22.     In its bankruptcy schedules, the Debtor disclosed claims against HS for possession of attorney's fees and expenses related to the HS/Debtor Cases, that belong to the Debtor".[4] Specifically, the Debtor asserts that it is entitled to attorney's fees and expenses for legal work performed and expenses incurred in the HS/Debtor Cases.

23.     On April 12, 2024, the Bankruptcy Noticing Center sent formal notice of the Debtor's bankruptcy filing to HS via U.S. mail.[5]

24.     On or about, April 23, 2024, the Debtor sent an email to HS notifying them of the Debtor's bankruptcy filing and advising that the bankruptcy operates as an automatic stay, prohibiting the commencement or continuation of judicial actions against the Debtor.[6]

25.     Both pre and post-petition, HS settled multiple HS/Debtor Cases.

26.     On October 19, 2024, HS's bankruptcy counsel contacted the Debtor and requested permission to allow HS to continue prosecuting the HS/Debtor Cases that had not been settled.[7]

---

[2] Exhibit 2: Email communications between Debtor and HS
[3] Exhibit 3: Petition Page
[4] Exhibit 4: Schedules (Page 47)
[5] Exhibit 5: Notice from Bankruptcy Notice Center
[6] Exhibit 6: Notice Email
[7] Exhibit 7: Email from HS's bankruptcy counsel

27. HS has not provided the Debtor with any attorney's fees related to the HS/Debtor Cases.

## CAUSE OF ACTION #1 – DECLARATORY JUDGMENT

28. The Debtor incorporates Paragraphs 8-27 into Cause of Action #1.

29. The Debtor seeks a declaratory judgment pursuant to 11 U.S.C. § 541 affirming the Debtor's interest in the attorney's fees and costs in all of the HS/Debtor Cases (identified in Exhibit 1) is property of the bankruptcy estate.

30. To date, the Debtor is aware of 33 HS/Debtor Cases in which the Debtor has an interest.

31. When considering a declaratory judgment action, the Court must engage in a three-step inquiry: (1) whether an "actual controversy" exists between the parties in the case; (2) whether it has authority to grant declaratory relief; and (3) whether "to exercise its broad discretion to decide or dismiss a declaratory judgment action." *Orix Credit All., Inc. v. Wolfe*, 212 F.3d 891, 895 (5th Cir. 2000).

32. An actual controversy exists between the Debtor and HS regarding the Debtor's interest in the HS/Debtor Cases. The Debtor asserts that it performed work and incurred costs and expenses in the HS/Debtor Cases for which it executed contingency fee agreements with its clients. The Debtor made a demand on HS for turnover of the fees and costs associated with the HS/Debtor Cases, and none have been produced. The Debtor asserts that it is entitled to its fair share of the contingency fee and reimbursement of expenses that HS received in the HS/Debtor Cases ("**Fees and Costs**").

33. The Debtor has not received Fees and Costs from any party in the HS/Debtor

Cases. The Debtor has not relinquished its right to claim an interest in any portion of the settlement proceeds from the HS/Debtor Cases.

34.     Under Louisiana, when two attorneys provide legal services to the same client on a contingency-fee basis and one attorney is discharged before resolution, the client is obligated to pay only one contingency fee, which the court allocates between the attorneys. *Saucier v. Hayes Dairy Products, Inc.*, 373 So.2d 102 at 108 (La. 1979).

35.     The amount of the fee is determined by the highest ethical contingency percentage agreed upon in any of the contingency fee contracts executed by the client. *O'Rourke v. Cairns,* 683 So. 2d 697, 702 (La. 1996).

36.     Fee apportionment considers factors such as: 1) the time and labor required; 2) novelty and difficulty of questions involved; 3) skill required to perform legal services; 4) amount involved and the results obtained; and 5) nature and length of the professional relationship with the client. *Saucier v. Hayes Dairy Products, Inc.*, 373 So.2d 102 (La. 1979).

37.     This ensures a reasonable division of fees based on each attorney's contributions. If the first attorney was not discharged for cause, this analysis concludes the determination. However, if discharged for cause, the court must assess the nature and gravity of the discharge to determine if the discharged attorney is entitled to any fees. *O'Rourke v. Cairns,* 683 So. 2d 697, 702 (La. 1996).

38.     Here, the Debtor was not discharged for cause, but even if the Court were to determine that it was, the Debtor is still entitled to a determination of fees and costs under the reasonableness factors discussed above. Therefore, there is a live controversy between the Debtor and HS regarding who is entitled to the Fees and Costs arising from each of the HS/Debtor Cases

as outlined in the attached spreadsheet at Exhibit 1.

39.     The Bankruptcy Court has authority to grant relief and the Debtor respectfully requests that the Bankruptcy Court exercise its broad discretion to decide this declaratory judgment action. A bankruptcy court's jurisdiction is governed by 28 U.S.C. § 1334. District courts, and therefore bankruptcy courts, have exclusive jurisdiction over "all cases under title 11," including jurisdiction over "all the property, wherever located, of the debtor as of the commencement of such case, and of property of the estate." 28 U.S.C. § 1334(e); *In re TMT Procurement Corp.,* 764 F.3d 512, 523 (5th Cir. 2014).

## CAUSE OF ACTION #2: TURNOVER OF PROPERTY OF THE ESTATE

40.     The Debtor incorporates Paragraphs 8 - 27 into Cause of Action No. 2.

41.     Pursuant to Section 541(a)(1) of the Bankruptcy Code, "property of the estate" encompasses "all legal and equitable interest of the debtor in property as of the commencement of the case". 11 U.S.C. §541.

42.     Section 542(a) mandates that an entity possessing property of the estate must deliver and account for such property, or its equivalent value, to the bankruptcy estate. 11 U.S.C. § 542.

43.     To date, the Debtor is aware of at least 33 MMA Cases that HS acquired an interest in following the Suspension Order (the **"HS/Debtor Cases"**).  The Debtor performed legal work and incurred costs and expenses in the HS/Debtor Cases for which it executed contingency fee agreements with its clients. Therefore, the Debtor asserts that it is entitled to its fair share of the contingency fee and reimbursement of expenses that HS received in the HS/Debtor Cases (**Fees and Costs"**).

44.     To date, the Debtor has not received Fees and Costs from any party in the HS/Debtor Cases.  The Debtor has an interest in the Fees and Costs associated with the HS/Debtor Cases that have not been turned over to the Debtor and this constitutes property of the estate.

45.     The Debtor has not waived its rights to the Fees and Costs in the HS/Debtor Cases.

46.     HS currently holds and/or has received attorney's fees and costs in the HS/Debtor Cases, which were obtained through the settlement of these cases, both prior to and subsequent to the filing of the Debtor's Chapter 11 petition.

47.     The Debtor asserts that the Debtor has an interest in the Fees and Costs and respectfully requests that the Court issue an order compelling HS to provide the Debtor with a comprehensive accounting of all funds received in connection with the HS/Debtor Cases to date.

48.     The Debtor further requests that this Court issue an order directing turnover of the Fees and Costs from the HS/Debtor Cases that HS has received to date.

## CAUSE OF ACTION #3: VIOLATION OF THE AUTOMATIC STAY

49.     The Debtor incorporates Paragraphs 8 - 27 into Cause of Action No. 3.

50.     The Debtor asserts that HS violated 11 U.S.C. § 362(a)(3) of the Bankruptcy Code.

51.     Pursuant to 11 U.S.C §362(a)(3), any acts to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate is stayed.

52.     The Debtor entered into contingent fee agreements with the HS/Debtor clients and performed work in the HS/Debtor Cases.  Therefore, pursuant to the contingent fee agreements, the Debtor is entitled to attorney's fees and reimbursement of expenses in the HS/Debtor Cases ("**Fees and Costs**").

53.     The Fees and Costs were earned and incurred by the Debtor prior to its Chapter 11 filing on April 9, 2024. HS finalized settlements in the HS/Debtor Cases, yet the Fees and Costs have not been paid to the Debtor.

54.     Section 541(a) of the Bankruptcy Code defines "property of the estate" to include all legal or equitable interests of the debtor in property as of the commencement of the case. 11 U.S.C. § 541(a)(1). Therefore, the Debtor's interest in the Fees and Costs in the HS/Debtor Cases constitutes property of the estate.

55.     On April 12, 2024, the Bankruptcy Noticing Center sent formal notice of the Debtor's bankruptcy filing to HS via U.S. mail, and on April 23, 2024, the Debtor sent an email notifying HS of the Debtor's bankruptcy filing as well.

56.     Post-petition, after having received notice of the Debtor's Chapter 11 Case, HS obtained possession of property of the estate (*i.e.* Fees and Costs) and exercised control over this property. This is further evidenced by the communications attached at Exhibit 7, where HS's bankruptcy counsel seeks to enter into an agreement to allow HS to continue to prosecute the HS Cases.

57.     HS's conduct was both intentional and willful, and they were financially motivated to secure all Fees and Costs to the exclusion of the Debtor.

58.     In order to sustain an action for violation of Section 362(a)(3), the Debtor must assert that: 1) a property interest in invoked; 2) the property interest is property of the estate; and 3) there occurred an act to obtain possession of the estate property or there existed an act to exercise control over estate property. 11 U.S.C. §362(a)(3).

59.     In this instance: 1) The Debtor holds an interest in the Fees and Costs pursuant to

the contingent fee agreements and the work performed in the HS/Debtor Cases, which remain unpaid; 2) The Fees and Costs are property of the bankruptcy estate; and 3) HS has obtained and continued to exercise control over the estate property (*i.e.* Fees and Costs) and has failed to turnover these funds to the Debtor.

60.     Furthermore, HS, is a law firm, and should be held to a higher standard regarding compliance with the automatic stay.

61.     Pursuant to Section 362(k), the Debtor is entitled to recover actual damages, including costs and attorney's fees, from HS for its intentional and willful violations of Section 362 of the Bankruptcy Code.  The Debtor incurred attorney's fees and costs in filing this adversary proceeding, including the payment of filing fees.

62.     Although Section 362(k) provides for individual recovery, courts in this district have employed their civil contempt powers under section 105(a) to address automatic stay violations, including damages, fees and punitive damages, when the plaintiff is not an individual. *Sanchez v. Ameriquest Mort. Co. ( In re Sanchez),* 375 B.R. 289, 309 (Bankr. S.D. Tex. 2007).

63.     Under Section 105(a), a bankruptcy court may issue any order that is necessary or appropriate to carry out the provisions of this title.  Here, HS's intentional violation of the automatic stay warrants the Court's intervention to determine the violation and utilize its equitable powers under Section 105(a) to enforce Section 362.

64.     The Court also possesses the authority under Section 105(a) to impose sanctions for civil contempt or as part of its equitable powers. As noted by the Fifth Circuit, "Judicial sanctions in civil contempt proceedings may, in proper case, be employed for either or both of two purposes:  to coerce the defendant into compliance with the court's order, and to compensate the

complainant for losses sustained." *Sanchez v. Ameriquest Mort. Co. (In re Sanchez),* 375 B.R. 289, 309 (Bankr. S.D. Tex. 2007) (citing *American Airlines Inc. v. Allied Pilots Ass'n,* 228 F. 3d 574, 585 (5th Cir. 2000).

65.     "The automatic stay is a self-executing injunction, and therefore for contempt purposes it constitutes an order of the bankruptcy court." *Sanchez v. Ameriquest Mort. Co. ( In re Sanchez),* 375 B.R. 289, 309 (Bankr. S.D. Tex. 2007)

66.     Consequently, the Debtor seeks actual damages and sanctions against HS for its intentional violations of the automatic stay.

Dated: December 17, 2024

Respectfully submitted,
By: */s/Miriam T. Goott*
  Miriam T. Goott
  SBN #24048846
  COUNSEL FOR DEBTOR

OF COUNSEL:
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX 77208-1301
(713)956-5577 Phone
(713)956-5570 Fax
mgoott@walkerandpatterson.com

| Plaintiff |
|---|
| Baham, Carmen |
| Baham, Judith |
| Bayou Blue Assembly of God, Inc. |
| Bernard, John |
| Brown, Renitta |
| Cavalier, Keith |
| Christopher, Michael |
| Darville, Tiki |
| Demarcay, Peter |
| Gomez, Carolyn |
| Gradney, Evette |
| Gradney, Evette |
| Guidroz, Mark |
| Hagan, Lawrence |
| Hymel, Paula |
| Jackson, Leatha |
| James, Antonio |
| Jones, Jessica |
| Lewis, Stephanie |
| Loe, Bert |
| Loe, Bert |
| McGee, Julius |
| Morgan, Bobby |
| Musacchia, Clay |
| Saulny, Ezetta |
| Sharpless, Linda |
| Sharpless, Linda |
| Standard Enterprises, INC |
| Standard Enterprises, Inc. |
| Theriot, Shane |
| Ward, Anh |
| Wiggins, Mikaya |
| Williams, Portia |



**Miriam Goott <mgoott@walkerandpatterson.com>**

---

## Fw: Former MMA Client list

1 message

---

**Zach Moseley** <Zach@mma-pllc.com>                          Wed, Dec 11, 2024 at 2:42 PM
To: Miriam Goott <mgoott@walkerandpatterson.com>
Cc: Johnie Patterson <jjp@walkerandpatterson.com>, Katy Ohlsson <kohlsson@mma-pllc.com>

Guilelessly,

**J. Zachary "Zach" Moseley - Partner**
Attorney and Counselor at Law
zach@mma-pllc.com

 **MMA LAW FIRM**

**1235 N. Loop W, Suite 810**
Houston, TX 77008
Principal Office: 713.334.6121
Fax: 713.322.5953
Toll-Free: 844.662.7552
Direct:  713-322-6042
www.mma-pllc.com

---

**From:** Zach Moseley <Zach@mma-pllc.com>
**Sent:** Wednesday, January 24, 2024 7:19 PM
**To:** Galen Hair <hair@hstalaw.com>
**Subject:** Re: Former MMA Client list

Revisiting this.

Guilelessly,

**J. Zachary "Zach" Moseley - Partner**
Attorney and Counselor at Law
zach@mma-pllc.com

 **MMA LAW FIRM**

**1235 N. Loop W, Suite 810**
Houston, TX 77008
Principal Office: 713.334.6121
Fax: 713.322.5953
Toll-Free: 844.662.7552

Direct: 713-322-6042
www.mma-pllc.com

---

**From:** Paige Carter <pcarter@hstalaw.com> on behalf of Galen Hair <hair@hstalaw.com>
**Sent:** Monday, November 13, 2023 10:45 AM
**To:** Zach Moseley <Zach@mma-pllc.com>
**Subject:** RE: Former MMA Client list

Hi Zach,

Galen is in trial this week. He will respond as soon as he is able to.



**Paige Carter**

**Executive Assistant, Insurance Claim HQ, Powered by Hair Shunnarah Trial Attorneys**

☎ 504-684-5200 | 📞 504-323-5800 | ✉ pcarter@hstalaw.com

📍 3540 S. I-10 Service Rd. W., Ste 300, Metairie, LA 70001

📠 504-613-6351 | 🌐 insuranceclaimhq.com

f   in   ▶   𝕏   ⊡

---

**From:** Zach Moseley <Zach@mma-pllc.com>
**Sent:** Monday, November 13, 2023 10:26 AM
**To:** Galen Hair <hair@hstalaw.com>
**Subject:** Re: Former MMA Client list

You don't often get email from zach@mma-pllc.com. Learn why this is important

Galen,

Any word on these?

Guilelessly,

**J. Zachary "Zach" Moseley - Partner**

Attorney and Counselor at Law

zach@mma-pllc.com



1235 N. Loop W, Suite 810

Houston, TX 77008

Principal Office: 713.334.6121

Fax: 713.322.5953

Toll-Free: 844.662.7552

Direct:  713-322-6042

www.mma-pllc.com

---

**From:** Zach Moseley
**Sent:** Thursday, October 26, 2023 4:47 PM
**To:** hair@hstalaw.com <hair@hstalaw.com>
**Subject:** Former MMA Client list

Galen,

Pleasure speaking to you earlier today. Please see attached a list of former MMA clients now believed to be represented by HSTA.

Guilelessly,

**J. Zachary "Zach" Moseley - Partner**

Attorney and Counselor at Law

zach@mma-pllc.com



1235 N. Loop W, Suite 810

Houston, TX 77008

Principal Office: 713.334.6121

Fax: 713.322.5953

Toll-Free: 844.662.7552

Direct:  713-322-6042

www.mma-pllc.com

Case 24-90628 Document 618-2 Filed in TXSB on 02/31/26 Page 47 of 243

1235 N. Loop W, Suite 810

Houston, TX 77008

Principal Office: 713.334.6121

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**

   **MMA Law Firm, PLLC**

2. **All other names debtor used in the last 8 years**

   **fka McClenny Moseley & Associates, PLLC**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   _8_ _1_ – _2_ _7_ _3_ _5_ _6_ _8_ _6_

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | **1235 North Loop West** | |
   | Number    Street | Number    Street |
   | **Suite 810** | |
   | | P.O. Box |
   | | |
   | **Houston**        **TX**     **77008** | |
   | City              State    ZIP Code | City              State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | **Harris** | |
   | County | |
   | | Number    Street |
   | | |
   | | City              State    ZIP Code |

5. **Debtor's website (URL)**

   **mma-pllc.com**

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 1

Debtor **MMA Law Firm, PLLC** _____ Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. Check all that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **MMA Law Firm, PLLC** _____  Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____

_____
City                            State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor **MMA Law Firm, PLLC** _____  Case number (if known) _____

| | Statistical and adminstrative information |

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49  ☐ 1,000-5,000  ☐ 25,001-50,000
☐ 50-99  ☐ 5,001-10,000  ☐ 50,001-100,000
☐ 100-199  ☐ 10,001-25,000  ☐ More than 100,000
☑ 200-999

**15.** **Estimated assets**

☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million  ☑ $100,000,001-$500 million  ☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☑ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.** **Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/09/2024**
MM / DD / YYYY

X **/s/ Zach Moseley** _____
Signature of authorized representative of debtor
**Zach Moseley** _____
Printed name
**Managing Member** _____
Title

Debtor   **MMA Law Firm, PLLC**_____   Case number (if known) _____

| 18. | **Signature of attorney** | **X** **/s/ Johnie Patterson**_____ | Date | **04/09/2024**_____ |

**X** **/s/ Johnie Patterson**_____   Date **04/09/2024**_____

Signature of attorney for debtor                                                                MM / DD / YYYY

**Johnie Patterson**_____
Printed name

**Walker & Patterson, P.C.**_____
Firm name

**P.O. Box 61301**_____
Number            Street

_____

**Houston**_____          **TX**_____     **77208**_____
City                                                                          State            ZIP Code

**(713) 956-5577**_____          **jjp@walkerandpatterson.com**_____
Contact phone                                                      Email address

**15601700**_____          _____
Bar number                                                           State

Official Form 201               **Voluntary Petition for Non-Individuals Filing for Bankruptcy**               page 5

**Fill in this information to identify the case**

Debtor name          **MMA Law Firm, PLLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number          **24-31596**
(if known)

☐ Check if this is an
   amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.  In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ☑ Yes.  Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**                    **Current value of debtor's interest**

2.  **Cash on hand**                                                                      _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Commercial checking account at Veritex Community Bank** | **Checking account** | 9 3 9 9 | $44,504.78 |
| 3.2. | **IOLTA account at Veritex Community Bank** | **Checking account** | 9 4 0 7 | $262,931.19 |
| 3.3. | **IOLTA account at Veritex Community Bank** | **Checking account** | 9 4 1 5 | $843,262.71 |
| 3.4. | **Business checking account at Chase** | **Checking account** | 8 5 2 0 | $49,332.93 |
| 3.5. | **IOLTA Trust account at Chase** | **Checking account** | 9 2 1 7 | $39,697.75 |

4.  **Other cash equivalents** *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.                    $1,239,729.36

| Part 2: | Deposits and prepayments |
| --- | --- |

6.  **Does the debtor have any deposits or prepayments?**

    ☑ No.  Go to Part 3.
    ☐ Yes.  Fill in the information below.

Official Form 206A/B                    Schedule A/B: Assets -- Real and Personal Property                    page 1

Debtor    **MMA Law Firm, PLLC**                                          Case number (if known)    **24-31596**
_____ Name _____

Current value of
debtor's interest

**7.    Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.    Total of Part 2.**                                                                                          **$0.00**
Add lines 7 through 8.  Copy the total to line 81.

## Part 3:  Accounts receivable

**10.   Does the debtor have any accounts receivable?**

☐  No.  Go to Part 4.
☑  Yes.  Fill in the information below.

Current value of
debtor's interest

**11.  Accounts receivable**

| 11a. | 90 days old or less: | **$0.00** | – | **$0.00** | = .............. ➔ | **$0.00** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | **$238,406.98** | – | **$0.00** | = .............. ➔ | **$238,406.98** |
| | | face amount | | doubtful or uncollectible accounts | | |

**12.  Total of Part 3**                                                                                          **$238,406.98**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4:  Investments

**13.   Does the debtor own any investments?**

☑  No.  Go to Part 5.
☐  Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.  Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| **15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:                          % of ownership: | | |
| **16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |

**17.  Total of Part 4**                                                                                          **$0.00**
Add lines 14 through 16.  Copy the total to line 83.

## Part 5:  Inventory, excluding agriculture assets

**18.   Does the debtor own any inventory (excluding agriculture assets)?**

☑  No.  Go to Part 6.
☐  Yes.  Fill in the information below.

Official Form 206A/B              **Schedule A/B: Assets -- Real and Personal Property**                              page 2

Debtor **MMA Law Firm, PLLC**      Case number (if known)  **24-31596**
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.                                                                    $0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.                                                        $0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

Official Form 206A/B            **Schedule A/B: Assets -- Real and Personal Property**            page 3

Debtor  **MMA Law Firm, PLLC**                                       Case number (if known)  **24-31596**
        Name

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39. Office furniture** | | | |
| **Desk - Reception Area** | | | $50.00 |
| **Table in reception area.** | | | $40.00 |
| **Two end tables in reception area.** | | | $20.00 |
| **Coffee table in reception area.** | | | $30.00 |
| **Two file cabinets in reception area.** | | | $40.00 |
| **Two Brown Leather Chairs in reception area.** | | | $100.00 |
| **Black Leather Couch in reception area.** | | | $100.00 |
| **White desk in reception area.** | | | $40.00 |
| **Conference table in big conference room.** | | | $500.00 |
| **White Board in Big Conference Room.** | | | $10.00 |
| **Black leather rolling chair in Big Conference Room.** | | | $50.00 |
| **Art in big conference room (Bulls)** | | | $0.00 |
| **Mini Fridge in Big Conferene Room.** | | | $50.00 |
| **End table in Big Conference Room** | | | $50.00 |
| **Trash can in Big Conference Room** | | | $5.00 |
| **Items in small kitchen: a) jura machine $100; b) microwave $20; c) First aid box $10; d) Water machine $50; e) Trash can $5** | | | $185.00 |
| **Refrigerator in small kitchen** | | | $50.00 |
| **Utensil machine in small kitchen** | | | $10.00 |
| **K-cup holder in small kitchen** | | | $5.00 |
| **Office #1: U-shaped desk $50; white board $10; two black chairs $20; small trasch can $5; mintorio $50** | | | $135.00 |
| **TV in small conference room.** | | | $150.00 |
| **Five black chairs in in small conference room.** | | | $250.00 |
| **White Board in Small Conference Room** | | | $50.00 |
| **White Board in Small Conference Room** | | | $50.00 |
| **Credenza in Small Conference Room** | | | $50.00 |
| **Two Trash Cans in Small Conference Room** | | | $10.00 |
| **Conference Table in Small Conference Room** | | | $100.00 |
| **Two White Chairs in Waiting area** | | | $80.00 |
| **End Table in Waiting area** | | | $10.00 |
| **bookshelf in Waiting area** | | | $20.00 |

| Debtor | **MMA Law Firm, PLLC** | | Case number (if known) | **24-31596** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **Desk in Office #4** | | | $50.00 |
| **Two Monitors (Acer Asus) in Office #4** | | | $40.00 |
| **Two Black Leather Chairs in Office #4** | | | $100.00 |
| **Desk Chair in Office #4** | | | $20.00 |
| **Desk in Office #6** | | | $30.00 |
| **Drawers in Office #4** | | | $10.00 |
| **Bookshelf in Office #4** | | | $20.00 |
| **White Board in Office #4** | | | $10.00 |
| **Desk in Office #6** | | | $30.00 |
| **Credenza in Office #6** | | | $50.00 |
| **Two Pink Chairs in Office #6** | | | $40.00 |
| **White Board in Office #6** | | | $50.00 |
| **End Table in Office #6** | | | $10.00 |
| **Two Monitors (Element) in Office #6** | | | $40.00 |
| **Round Table in Medium Kitchen** | | | $30.00 |
| **Cold Brew Machine in Medium Kitchen** | | | $100.00 |
| **Bulletin Board in Medium Kitchen** | | | $20.00 |
| **Fridge in Medium Kitchen** | | | $50.00 |
| **Microwave in Medium Kitchen** | | | $20.00 |
| **Nespresso Machine in Medium Kitchen** | | | $50.00 |
| **Kuerig in Medium Kitchen** | | | $20.00 |
| **Three Black Chairs in Medium Kitchen** | | | $60.00 |
| **Two Trash Cans in Medium Kitchen** | | | $10.00 |
| **Utensil Machine in Medium Kitchen** | | | $10.00 |
| **Desk in Office #7** | | | $50.00 |
| **Two Monitors (HP) in Office #7** | | | $40.00 |
| **Desk Chair in Office #7** | | | $20.00 |
| **Two Black Chairs in Office #7** | | | $40.00 |
| **Credenza in Office #7** | | | $50.00 |
| **White Board in Office #7** | | | $10.00 |
| **Desk in Office #8** | | | $50.00 |
| **Desk Chair in Office #8** | | | $20.00 |
| **White Board in Office #8** | | | $30.00 |
| **Credenza in Office #8** | | | $50.00 |
| **Filing Cabinet in Office #8** | | | $20.00 |
| **Two Black Chairs in Office #8** | | | $40.00 |
| **Two Blue Velvet Chairs in Area by Krystal's Office** | | | $80.00 |
| **End Table in Area by Krystal's Office** | | | $10.00 |
| **Copy Machine in Area by Krystal's Office** | | | $50.00 |
| **Night Stand in Area by Krystal's Office** | | | $10.00 |

Case 24-31596 Document 161-1 Filed in TXSB on 09/24/24 Page 6 of 243

| Debtor | **MMA Law Firm, PLLC** | | Case number (if known) | **24-31596** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | | | |
| --- | --- | --- | ---: |
| **Coffee Bar in Area by Krystal's Office** | | | $40.00 |
| **Jura Machine in Area by Krystal's Office** | | | $100.00 |
| **Desk in Office #10** | | | $50.00 |
| **Credenza in Office #10** | | | $50.00 |
| **White Board in Office #10** | | | $30.00 |
| **Two Black Chairs in Office #10** | | | $40.00 |
| **Brown Leather Couch in Office #11** | | | $80.00 |
| **Brown Leather Rolling Chair in Office #11** | | | $50.00 |
| **Cowhide Rug in Office #11** | | | $50.00 |
| **White Board in Office #11** | | | $40.00 |
| **Desk in Office #11** | | | $60.00 |
| **Credenza in Office #11** | | | $50.00 |
| **Two Brown Leather Chairs in Office #11** | | | $100.00 |
| **Bookcase in Office #11** | | | $20.00 |
| **Telescope in Office #11** | | | $50.00 |
| **TV (Samsung) in** | | | $150.00 |
| **Two Monitors (Samsung) in Office #12** | | | $40.00 |
| **Desk in Office #12** | | | $50.00 |
| **Three Bookshelves in Office #12** | | | $60.00 |
| **Credenza in Office #12** | | | $50.00 |
| **Rolling Chair in Office #12** | | | $20.00 |
| **Two Black Chairs in** | | | $40.00 |
| **Round Table in Office #13** | | | $30.00 |
| **Two Black Chairs in Office #13** | | | $40.00 |
| **White Board in Office #13** | | | $10.00 |
| **Credenza in Office #13** | | | $50.00 |
| **Bookshelf in Office #13** | | | $20.00 |
| **Desk in** | | | $50.00 |
| **Rolly Chair in Office #13** | | | $20.00 |
| **Three Desks in Office #14** | | | $150.00 |
| **Bookshelf in Office #14** | | | $20.00 |
| **White Board in Office #14** | | | $10.00 |
| **Two Rolling Chairs in Office #14** | | | $40.00 |
| **White Board in Office #17** | | | $30.00 |
| **Desk in Office #17** | | | $50.00 |
| **Credenza in Office #17** | | | $50.00 |
| **Two Black Chairs in Office #17** | | | $40.00 |
| **Rolling Chair in Office #17** | | | $20.00 |
| **Two Monitors (HP) in Office #17** | | | $40.00 |
| **Filing Cabinet in Office #18** | | | $20.00 |

Debtor **MMA Law Firm, PLLC**        Case number (if known) **24-31596**
Name

| | | | |
|---|---|---|---|
| **L-Shaped Desk in Office #18** | | | **$60.00** |
| **Rolling Chair in Office #18** | | | **$20.00** |
| **Bookshelf in Office #18** | | | **$20.00** |
| **Two Black Chairs in** | | | **$40.00** |
| **Two Monitors (HP) in Office #18** | | | **$40.00** |
| **Filing Cabinet in Office #19** | | | **$20.00** |
| **Two Desks in Office #19** | | | **$100.00** |
| **White Board in Office #19** | | | **$10.00** |
| **Two Rolling Chairs in Office #19** | | | **$40.00** |
| **Two Night Stands in Office #19** | | | **$20.00** |
| **Four Monitors (Acer) in Office #19** | | | **$80.00** |
| **White Board in Office #20** | | | **$10.00** |
| **Filing Cabinet in Office #20** | | | **$20.00** |
| **Two Nightstands in Office #20** | | | **$20.00** |
| **Two Desks in Office #20** | | | **$100.00** |
| **Rolling Chair in Office #20** | | | **$20.00** |
| **Two Monitors (Acer) in Office #20** | | | **$40.00** |
| **Small Printer in Office #20** | | | **$20.00** |
| **Table in Office #21** | | | **$80.00** |
| **TV in Office #21** | | | **$100.00** |
| **Night Stand in Office #21** | | | |
| | | | **$10.00** |
| **Desk in Office #21** | | | **$60.00** |
| **Credenza in Office #21** | | | **$50.00** |
| **Big Credenza in Office #21** | | | **$60.00** |
| **Eight Black Chairs in Office #21** | | | **$160.00** |
| **Two Monitors (Acer) in Office #21** | | | **$40.00** |
| **L-Shaped Desk in Office #22** | | | **$60.00** |
| **Bookshelf in Office #22** | | | **$20.00** |
| **Two Black Chairs in Office #22** | | | **$40.00** |
| **Rolling Chair in Office #22** | | | **$20.00** |
| **White Board in Office #22** | | | **$10.00** |
| **Night Stand in Office #22** | | | **$10.00** |
| **Credenza in Office #22** | | | **$50.00** |
| **Bookshelf in Office #23** | | | **$20.00** |
| **Desk in Office #23** | | | **$50.00** |
| **Two Black Chairs in Office #23** | | | **$40.00** |
| **Two Monitors (Acer) in Office #23** | | | **$40.00** |
| **White Board in Office #23** | | | **$10.00** |
| **Bookshelf in Office #24** | | | **$20.00** |

Case 24-31596 Document 161-1 Filed in TXSB on 04/24/24 Page 8 of 243

| Debtor | MMA Law Firm, PLLC | | Case number (if known) | 24-31596 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **Two Black Chairs in Office #24** | | | | **$40.00** |
| **Desk in Office #24** | | | | **$50.00** |
| **Rolling Chair in Office #24** | | | | **$20.00** |
| **Credenza in Office #24** | | | | **$50.00** |
| **White Board in Office #24** | | | | **$10.00** |
| **Two Monitors (Acer) in Office #24** | | | | **$40.00** |
| **Shared Desk in Area in Back** | | | | **$60.00** |
| **Filing Cabinet in Area in Back** | | | | **$20.00** |
| **Two Monitors (Acer) in Area in Back** | | | | **$40.00** |
| **Copy Machine in Area in Back** | | | | **$50.00** |
| **Three Small Desks w/ Wall in Mailroom** | | | | **$120.00** |
| **Shared Desk in Mailroom** | | | | **$60.00** |
| **Two Filing Cabinets in Mailroom** | | | | **$40.00** |
| **Credenza in Mailroom** | | | | **$50.00** |
| **Table in Mailroom** | | | | **$30.00** |
| **Rolling Shelf in Mailroom** | | | | **$20.00** |
| **Two Small Filing Cabinets in Mailroom** | | | | **$30.00** |
| **Two Night Stands in Mailroom** | | | | **$20.00** |
| **Round Table in Wellness Room** | | | | **$30.00** |
| **Bookshelf in Wellness Room** | | | | **$20.00** |
| **Two Rolling Chairs in Wellness Room** | | | | **$40.00** |
| **Mini Fridge in Wellness Room** | | | | **$50.00** |
| **Two Wooden Chairs in Wellness Room** | | | | **$20.00** |
| **Four Black Chairs in Wellness Room** | | | | **$80.00** |
| **Yellow Couch in Wellness Room** | | | | **$50.00** |
| **3 Person Cubicle in Bullpen Area** | | | | **$100.00** |
| **L-Shaped Cubicle in Bullpen Area** | | | | **$100.00** |
| **4 Person Cubicle in Bullpen Area** | | | | **$150.00** |
| **Two Wish Bone Cubicle (Seats 6) in Bullpen Area** | | | | **$400.00** |
| **Six Asus Monitors (24") in Bullpen Area** | | | | **$120.00** |
| **Sixteen Acer Monitors (27") in Bullpen Area** | | | | **$320.00** |
| **Four HP Monitors (21.5") in Bullpen Area** | | | | **$60.00** |
| **Four LG Monitors (24") in Bullpen Area** | | | | **$80.00** |
| **Two View Sonic Monitors (24") in Bullpen Area** | | | | **$40.00** |
| **Two Acer Monitors (22") in Bullpen Area** | | | | **$30.00** |
| **Two Small Tables (53 x 27) in Bullpen Area** | | | | **$40.00** |
| **Fourteen Shelves (78 x 86) in Supply Closet** | | | | **$280.00** |
| **Desk (60 x 27) in Supply Closet** | | | | **$40.00** |
| **Two Black Wire Shelves (65 x 70) in Marketing Closet** | | | | **$40.00** |

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Fridge in Kitchen #3** | | | $50.00 |
| **Microwave in Kitchen #3** | | | $20.00 |
| **Kuerig Machine in Kitchen #3** | | | $20.00 |
| **Ice Maker in Kitchen #3** | | | $50.00 |
| **Two Silver Tables (31 x 31) in Kitchen #3** | | | $40.00 |
| **Four Silver Chairs in Kitchen #3** | | | $40.00 |
| **Three Tall Chairs in Kitchen #3** | | | $60.00 |
| **Located in Storage Unit: Three Large Interior Signage - Firm Logo** | | | $100.00 |
| **Located in Stoage Unit: Antique Desk** | | | $50.00 |
| **Located in Storage Unit: Umbrella Stand** | | | $5.00 |
| **Located in Storage Unit: Magazine Rack** | | | $5.00 |
| **Located in Storage Unit: Decorative Globe** | | | $10.00 |
| **Located in Storage Unit: Electronic Trash Bin** | | | $5.00 |
| **Located in Storage Unit: Small Wooden Grey Accent Table** | | | $10.00 |
| **Located in Storage Unit: Two Light Tan Leather Chairs** | | | $0.00 |
| **Located in Storage Unit: Short 4-door Wooden Credenza/Media Cabinet** | | | $50.00 |
| **Located in Storage Unit: Hardwood Round Table with 4 Matching Chairs** | | | $0.00 |
| **Located in Storage Unit: 2-door Wooden Credenza/Media Cabinet** | | | $0.00 |
| **Located in Storage Unit: Two 3-Piece Dark Wood Office Furniture Set (Desk, Credenza, 2-Drawer File Cabinet)** | | | $400.00 |
| **Located in Storage Unit: Three Wooden Conference Room Table** | | | $150.00 |
| **Located in Storage Unit: Round Dark Wood Kitchen Table** | | | $30.00 |
| **Located in Storage Unit: 4-Door Black Cabinet** | | | $40.00 |
| **Located in Storage Unit: Microwave** | | | $10.00 |
| **Located in Storage Unit: Toaster** | | | $5.00 |
| **Located in Storage Unit: Six Fabric-Upholstered Cubicle with Desk & Storage Cabinet** | | | $600.00 |
| **Located in Storage Unit: Two 2-Piece Light Wood Furniture Set (Desk, 2-Drawer File Cabinet)** | | | $120.00 |
| **Located in Storage Unit: Glass Top Table** | | | $20.00 |
| **Located in Storage Unit: Marble Top Accent Table** | | | $20.00 |
| **Located in Storage Unit: Coat Rack** | | | $5.00 |
| **Located in Storage Unit: Dark Wood Office Credenza (4-Drawer, 2-Door)** | | | $100.00 |

Official Form 206A/B | Schedule A/B: Assets -- Real and Personal Property | page 9

Case 24-31596 Document 169-1 Filed in TXSB on 09/24/24 Page 10 of 203

Debtor    **MMA Law Firm, PLLC**        Case number (if known)    **24-31596**
Name

| | | | |
|---|---|---|---|
| **Located in Storage Unit: Three 2-Drawer Dark Wood File Cabinets** | | | $60.00 |
| **Located in Storage Unit: Five 3-Drawer Dark Wood Rolling File Cabinets** | | | $125.00 |
| **Located in Storage Unit: Metal 4-Drawer File Cabinet** | | | $20.00 |
| **Located in Storage Unit: Wooden Bookshelf** | | | $15.00 |
| **Located in Storage Unit: Eight Large Hardwood Table/Desk** | | | $0.00 |
| **Located in Storage Unit: Antique Rolling Writing Desk** | | | $30.00 |
| **Located in Storage Unit: Wooden Table** | | | $20.00 |
| **Located in Storage Unit: White Acrylic Round Kitchen Table with 4 Matching Chairs** | | | $70.00 |
| **Located in Storage Unit: Framed, Glass-Enclosed Bulletin Board** | | | $10.00 |
| **Located in Storage Unit: Small Circle Wood/Metal Accent Table** | | | $10.00 |
| **Located in Storage Unit: Small Wooden Corner Accent Table** | | | $10.00 |
| **Located in Storage Unit: Two Plant Shelf** | | | $20.00 |
| **Located in Storage Unit: Power Cord Cable Management Box** | | | $5.00 |
| **Located in Storage Unit: Two Electronic Paper Shredder** | | | $20.00 |
| **Located in Storage Unit: Thirty Two Mesh Desk/Conference Room Chair (With Wheels)** | | | $960.00 |
| **Located in Storage Unit: Twenty Four Faux-Leather Desk/Conference Room Chair (With Wheels)** | | | $600.00 |
| **Located in Storage Unit: Fourteen Standard Office Chair (Without Wheels)** | | | $280.00 |
| **Located in Storage Unit: Two Blue Velvet Accent Chair** | | | $80.00 |
| **Located in Storage Unit: Computer Monitor** | | | $20.00 |
| **Located in Storage Unit: Computer Monitor Stand/Mount** | | | $10.00 |
| **Located in Storage Unit: Computer Mouse** | | | $5.00 |
| **Located in Storage Unit: Computer Mouse Pad** | | | $2.00 |
| **Located in Storage Unit: Computer Keyboard** | | | $5.00 |
| **Located in Storage Unit: Computer Docking Station** | | | $10.00 |
| **Located in Storage Unit: Computer Keyboard Wrist Rest Pad** | | | $5.00 |
| **Located in Storage Unit: Extension Cord** | | | $3.00 |
| **Located in Storage Unit: Surge-Protector Power Strip** | | | $5.00 |

Debtor **MMA Law Firm, PLLC**        Case number (if known) **24-31596**
Name

| | | | |
|---|---|---|---|
| **Located in Storage Unit: HDMI Cable** | | | **$2.00** |
| **Located in Storage Unit: Phone/Computer Headset** | | | **$100.00** |
| **Located in Storage Unit: Five Large Dry-Erase Board** | | | **$50.00** |
| **Located in Storage Unit: Four Small Corkboard "Bulletin Board" Square** | | | **$20.00** |
| **Located in Storage Unit: Four Small Corkboard "Bulletin Board" Square** | | | **$20.00** |
| **Located in Storage Unit: Chess Set** | | | **$5.00** |
| **Located in Storage Unit: Security Camera** | | | **$20.00** |
| **Located in Storage Unit: Reference Books (e.g., Legal Books, Dictionaries)** | | | **$5.00** |
| **Located in Storage Unit: Magazines** | | | **$1.00** |
| **Located in Storage Unit: Two Watering Can (for Office Plants)** | | | **$6.00** |
| **Located in Storage Unit: Two Decorative Faux Flowers in Glass Vase** | | | **$10.00** |
| **Located in Storage Unit: Folding Plastic/Metal 8' Party Table** | | | **$20.00** |
| **Located in Storage Unit: Four Folding Plastic/Metal Party Chair** | | | **$20.00** |
| **Located in Storage Unit: Trade Show Easel** | | | **$10.00** |
| **Located in Storage Unit: Trade Show Sign Holder** | | | **$5.00** |
| **Located in Storage Unit: Hand Truck/Dolly** | | | **$15.00** |
| **Located in Storage Unit: Misc Office Supplies (e.g., USB Drives, Printer Ink Cartridges, and batteries.** | | | **$0.00** |
| **Located in Storage Unit: Misc Kitchen Supplies (e.g., Dishes, Disposable Dishes, Coffee Mugs, Flatware/Utensils, Disposable Utensils, Candy Jars, Step Stool, Tooth Picks)** | | | **$25.00** |
| **Located in Storage Unit: Misc Holiday Décor (e.g., Large Christmas Tree, Christmas Tree Bag, Ornaments, Garlands, Decorative Lights, Mardi Gras Decor - Masks, Banners, Table Clothes, Flags)** | | | **$125.00** |
| **Located in Storage Unit: Misc Cleaning Supplies (e.g., Sponges, Dish Soap, Dish-Scrubbing Brushes, Disinfectant Wipes, Bleach, Glass Cleaner, Mops, Brooms, Dustpans, Vacuum Cleaners, Carpet-Cleaning Spray, Wood Polisher Cans)** | | | **$35.00** |
| **Located in Storage Unit: Misc Marketing & Promotional Materials (e.g., Coffee Mugs, Plastic Cups, Jackets, Hats, Notepads, Pens, Bags, Plastic Mardi Gras Beads, Coozies, Labels, Mini-Footballs, Cigars, Folders, Pamphlets, Envelopes)** | | | **$100.00** |

Debtor **MMA Law Firm, PLLC**
Name

Case number (if known) **24-31596**

| | | | |
|---|---|---|---|
| **Located in Storage Unit: Misc Arts & Crafts Supplies (e.g., Markers, Pipe Cleaners, Poms, Feathers, Paint Brushes)** | | | **$25.00** |
| **Located in Storage Unit: Misc Party Supplies (e.g., Foil Chafing Dishes/Stands, Tea Canister, Metal Ice Bucket, Plastic Ice Bucket, Plastic Serving Platers, Tongs, Serving Spoons, Cake Knives, Mini Strobe Lights)** | | | **$50.00** |
| **Extra-Large Exterior Lighted Signage - Not Removed from Exterior of Leased Building. Debtor not in possession.** | | | **Unknown** |
| **24 Employee parking signage - Not Removed from Leased Parking Space** | | | **$20.00** |
| **Located in Storage Unit: Measuring Tape, Lightbulbs, Rubber Storage Bins, Door/Desk Name Plates, and First Aid Kits.** | | | **$5.00** |
| **Located in Storage Unit: , Non-Prescription Medications, Hand Sanitizer, Tissue Paper, Decorative Tissue Boxes, and Paper Towels.** | | | **$5.00** |
| **Located in Storage Unit: , Paper Towel Holders, Disposable Hand Towels, Disposable Napkins, Liquid Soap, Trash Bags, Bug "Zapper,"** | | | **$5.00** |
| **Located in Storage Unit: WD-40 Cans, Wall Spackle, Office & Bathroom Key Copies, Leather Keychains - 2nd Floor Bathroom Keys,** | | | **$5.00** |
| **Located in Storage Unit:  Cardboard Moving & Shipping Boxes, Bubble Wrap, Postal Wrapping Paper, Postage Stamps, Postage Sacle, FedEx Mailers, USPS Certified Mail Labels** | | | **$10.00** |
| **Located in Storage Unit: Envelope Wet Rollers, Box Openers, 3-Hole Paper Punches, Paper Trimmers, Mail Openers, Scissors, Tape** | | | **$10.00** |
| **Located in Storage Unit: Tape Dispensers, File Folders, Desktop File-Sorting Trays, Coasters, Mini Desk Fans, Space Heaters, Cork Book-End Set** | | | **$15.00** |
| **Located in Storage Unit: Pencil Cups, Notepads, Sticky Notes, Computer Copy Paper, Stationery, Envelopes, Check Paper, Binders** | | | **$20.00** |
| **Located in Storage Unit: Paper Clips, Binder Clips, Thumbtacks, Staples, Staple Removers, Liquid Paper/"Wite-Out," Erasers** | | | **$10.00** |
| **Located in Storage Unit: Writing Utensils - Pens, Pencils, Highlighters, Dry-Erase Markers & Permanent Markers** | | | **$5.00** |
| **Refrigerator - stored at employee's house** | | | **$30.00** |
| **Tall Dark Wood Shelf with Glass Panels - Stored at Employee's House** | | | **$20.00** |
| **K-Cup Coffee Machine - Stored at Employee's House** | | | **$15.00** |
| **Large Raw-Edge Wooden Desk with Gold Metal Legal - Stored at employee's house.** | | | **$100.00** |

Official Form 206A/B

Schedule A/B: Assets -- Real and Personal Property

page 12

Case 24-31596 Document 169 1 Filed in TXSB on 09/26/24 Page 13 of 203

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| Light Tan Leather Chairs - stored at employee's house. | | | $60.00 |
| Hardwood Round Table with 4 Matching Chairs - Stored at employee's house | | | $50.00 |
| 2-door Wooden Credenza/Media Cabinet - Stored at Employee's House. | | | $40.00 |
| 3 Smart Tvs (55") with Wall Mounts - stored at employee's house. | | | $300.00 |
| Tall Silver/Metal Kitchen Trash Can - Stored at Employee's House | | | $10.00 |
| 3-Drawer Dark Wood Rolling File Cabinets - stored at employee's house. | | | $75.00 |
| Wood/Metal Shelving Unit - stored at employee's house. | | | $40.00 |
| Small Wooden Desks - stored at employee's house | | | $80.00 |
| Microwave - Stored at Employee's House | | | $10.00 |
| Coffee/Espresso Machine - Stored at employee's house | | | $15.00 |
| Computer Laptop with Power Cord - stored at employee's house. | | | $450.00 |
| Xerox Printer/Scanner/Fax Machine - Stored at Xerox Storage Facility. | | | $100.00 |
| Standard Inkjet Printer - Stored at Employee's House | | | $10.00 |
| Small Waste Bin - Stored at Employee's House | | | $6.00 |
| Insulated Cooler - stored at employee's house | | | $10.00 |
| Standard Tool Kit - Stored at Employee's House | | | $30.00 |
| Decorative Lamp - Stored at Employee's House | | | $10.00 |
| Multi-Drawer Storage Cart - Stored at Employee's House | | | $10.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| TV in reception area. | | | $100.00 |
| Two Computer Monitors in reception area. | | | $40.00 |
| Desk phone in reception area. | $5.00 | | $0.00 |
| TV in Big Conference Room | | | $150.00 |
| Credenza in Big Conference Room | | | $50.00 |
| Two ACER monitors (with remote team) | | | $30.00 |
| Laptop - remote use | | | $250.00 |
| Wireless keyboard | | | $15.00 |
| Wireless mouse (remote team) | | | $5.00 |
| Docking station (remote team) | | | $10.00 |
| Two HDMI cords (remote team) | | | $10.00 |

Case 24-31596 Document 169-1 Filed in TXSB on 09/24/24 Page 14 of 203

Debtor    **MMA Law Firm, PLLC**                                    Case number (if known)    24-31596
          Name

| | | | |
|---|---|---|---|
| **Laptop charger (remote team)** | | | $5.00 |
| **Two Accer monitor power cords (remote)** | | | $10.00 |
| **Monitor and power cable (remote team)** | | | $50.00 |
| **Laptop and charger (remote team)** | | | $200.00 |
| **22 LG Monitor and power cords located in Houston.** | | | $440.00 |
| **2 LG Mintors and power cords located in Office 1.** | | | $40.00 |
| **2 Monitors and power cords located in Office 2** | | | $40.00 |
| **2 Acer monitors and power cords located in Office 3** | | | $40.00 |
| **Two HP monitors located in Houston (computer lab)** | | | $40.00 |
| **Two ACER monitors located in Houston (computer lab)** | | | $40.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1. | **Signed "Burrow" jersey #9 in black frame** | | $1,400.00 |
| 42.2. | **Signed "Chase" jersey # 1 in black frame** | | $100.00 |
| 42.3. | **Moseley" Super Bowl jersey #57 in black frame** | | $0.00 |
| 42.4. | **Signed "G.Dorsey" jersey #72 in black frame** | | $100.00 |
| 42.5. | **Signed "Jefferson" jersey #2 in black frame** | | $120.00 |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                          **$20,010.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ☑ Yes. Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | **Leased Vehicle:** **2022 Porsche Taycan Turbo S** | | | $0.00 |

---

Official Form 206A/B              **Schedule A/B: Assets -- Real and Personal Property**                    page 14

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

| **Trade Secrets related to work flow and client and claims processing.** | | | **Unknown** |
|---|---|---|---|

61. **Internet domain names and websites**

| **Website: www.mma-pllc.com According to GoDaddy the value is $430.00.** | **Unknown** | | **Unknown** |
|---|---|---|---|

| Debtor | **MMA Law Firm, PLLC** | | Case number (if known) | **24-31596** |
|---|---|---|---|---|

Name

**Website: www.stormfirm.com**
**Debtor is unware of value. Purchased for**
**$1,800.00.** | | | **Unknown**

**Website: www.nationalstormadvocates.com**
**Debtor is unaware of the value. Purchased for**
**$0.01.** | **Unknown** | | **Unknown**

**Website:  www.stormadvocatesgroup.com**
**Debtor is unaware of the value, but it was**
**purchased for $0.01.** | **Unknown** | | **Unknown**

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

**Client List and case files.** | **Unknown** | | **Unknown**

**Marketing list - includes contract information for**
**contractors, roofers, public adjusters,**
**conference attendees.** | | | **Unknown**

**Potential new client list.** | | | **Unknown**

**Referral Partner List** | | | **Unknown**

**Data List - These lists include data tracked**
**during the handling of claims/cases – data**
**stored in the case's User Defined Fields (UDFs).**
**For example, data from insurance policies,**
**claim payments, carrier estimates, public**
**adjuster estimates, expert estimates,**
**appraisals, settlements, etc.** | | | **$0.00**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89. | **$0.00**

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
  ☐ No
  ☑ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ☑ No
  ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

## Part 11:  All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No.  Go to Part 12.
  ☑ Yes.  Fill in the information below.

Case 24-31596 Document 169-1 Filed in TXSB on 09/26/24 Page 17 of 203

| Debtor | **MMA Law Firm, PLLC** | | Case number (if known) | **24-31596** |
|---|---|---|---|---|
| | Name | | | |

**Current value of
debtor's interest**

**71.   Notes receivable**

Description (include name of obligor)

**72.   Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**Debtor is uncertain at this point as an extension was filed with the IRS.**   Tax year _____   **Unknown**

**73.   Interests in insurance policies or annuities**

**Lawyers Professional Liability Insurance Policy with Allied World Insurance Company.**   **$0.00**

**Excess Insurance Policy with Berley Insurance Company**   **Unknown**

**Insurance policy with Evanston Insurance company.**   **Unknown**

**74.   Causes of action against third parties (whether or not a lawsuit has been filed)**

**Potential tort and contract claims against Daly & Black, Rick Daly, and John Black.**   **Unknown**

**Nature of claim**   _____

**Amount requested**   _____

**Potential claims against Galindo Law Firm, Cris Galindo for breach of contract and other related
causes of action..**   **Unknown**

**Nature of claim**   _____

**Amount requested**   _____

**Potential tort and contract claims against Laborde Earles, David Laborde, Digger Earles.**   **Unknown**

**Nature of claim**   _____

**Amount requested**   _____

**Potential tort and contract claims against Morris Bart Law Firm, Morris Bart, Austin Marks.**   **Unknown**

**Nature of claim**   _____

**Amount requested**   _____

**Potential tort and contract claims against Hair Shunnarah, Galen Hair.**   **Unknown**

**Nature of claim**   _____

**Amount requested**   _____

**Potential tort claims against Louisiana Department of Insurance and Jim Donelon.**   **Unknown**

**Nature of claim**   _____

**Amount requested**   _____

**Potential tort and contract claims against B.E. Blank, Equal Access Justice.**   **Unknown**

**Nature of claim**   _____

**Amount requested**   _____

**Potential tort and contract claims against Monson Law Firm, Matthew Monson.**   **Unknown**

**Nature of claim**   _____

**Amount requested**   _____

Case 24-31596 Document 169-1 Filed in TXSB on 09/26/24 Page 18 of 20

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Potential tort and contract claims against David Hammer.**                                 Unknown

Nature of claim  _____

Amount requested  _____

**Potential tort and contract claims against Jen Frost.**                                 Unknown

Nature of claim  _____

Amount requested  _____

**Potential tort and contract claims against Trish Whitcomb.**                                 Unknown

Nature of claim  _____

Amount requested  _____

**Potential tort and contract claims against Alena Maschke.**                                 Unknown

Nature of claim  _____

Amount requested  _____

**Potential claims against Katie (Kathleen) Aromi for violation of NDA and other related causes of action.**                                 Unknown

Nature of claim  _____

Amount requested  _____

**Potential claims against Brittany Jewell for NDA violation and other related causes of action.**                                 Unknown

Nature of claim  _____

Amount requested  _____

**21st Century North America Insurance Company**
**Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                 Unknown

Nature of claim  _____

Amount requested  _____

**Access Home Insurance (LIGA)**
**Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                 Unknown

Nature of claim  _____

Amount requested  _____

**Accredited Specialty Insurance Company**
**Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                 Unknown

Nature of claim  _____

Amount requested  _____

**Aegis Security Insurance Company**
**Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                 Unknown

Nature of claim  _____

Amount requested  _____

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
| | Name | | |

**AIG Property Casualty Company**
**Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                   Unknown

Nature of claim _____

Amount requested _____

**Allied Trust Insurance Company**
**Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                   Unknown

Nature of claim _____

Amount requested _____

**Allstate Indemnity Company**
**Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                   Unknown

Nature of claim _____

Amount requested _____

**Allstate Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                   Unknown

Nature of claim _____

Amount requested _____

**Allstate Vehicle and Property Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                   Unknown

Nature of claim _____

Amount requested _____

**American Bankers Insurance Company of Florida - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                   Unknown

Nature of claim _____

Amount requested _____

**American Family Home Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                   Unknown

Nature of claim _____

Amount requested _____

**American Interstate Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                   Unknown

Nature of claim _____

Amount requested _____

**American Modern and Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                   Unknown

Nature of claim _____

Amount requested _____

Case 24-31596 Document 169-1 Filed in TXSB on 09/26/24 Page 20 of 203

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**American Modern Home Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.  **Unknown**

Nature of claim

Amount requested

**American Modern Insurance Group, Inc.** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.  **Unknown**

Nature of claim

Amount requested

**American Modern Property and Casualty Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.  **Unknown**

Nature of claim

Amount requested

**American National General Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.  **Unknown**

Nature of claim

Amount requested

**American National Property and Casualty Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.  **Unknown**

Nature of claim

Amount requested

**American Reliable Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.  **Unknown**

Nature of claim

Amount requested

**American Security Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.  **Unknown**

Nature of claim

Amount requested

**American Southern Home Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.  **Unknown**

Nature of claim

Amount requested

**American Summit Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.  **Unknown**

Nature of claim

Amount requested

**American Western Home Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.  **Unknown**

Nature of claim

Amount requested

Debtor   **MMA Law Firm, PLLC**             Case number (if known)   **24-31596**
          Name

**American Zurich Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

**Nature of claim**   _____

**Amount requested**   _____

**Americas Insurance Company (LIGA) - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

**Nature of claim**   _____

**Amount requested**   _____

**ANPAC Louisiana Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

**Nature of claim**   _____

**Amount requested**   _____

**Argenia Insurance - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

**Nature of claim**   _____

**Amount requested**   _____

**Armed Forces Insurance Exchange - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

**Nature of claim**   _____

**Amount requested**   _____

**Associated Industries Insurance Company, Inc. - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

**Nature of claim**   _____

**Amount requested**   _____

**Atain Specialty Insurance Company- Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

**Nature of claim**   _____

**Amount requested**   _____

**Atlantic Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

**Nature of claim**   _____

**Amount requested**   _____

**Bankers Specialty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

**Nature of claim**   _____

**Amount requested**   _____

**Brightway Insurance - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

**Nature of claim**   _____

**Amount requested**   _____

Official Form 206A/B          **Schedule A/B: Assets -- Real and Personal Property**          page 21

Debtor  **MMA Law Firm, PLLC**          Case number (if known)  **24-31596**
_____
Name

**Canopius US Insurance, Inc.- Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

Nature of claim  _____

Amount requested  _____

**Capital Preferred Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

Nature of claim  _____

Amount requested  _____

**Centauri National Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

Nature of claim  _____

Amount requested  _____

**Centauri Specialty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

Nature of claim  _____

Amount requested  _____

**Chubb European Group SE - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

Nature of claim  _____

Amount requested  _____

**Convex Insurance Uk Limited - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

Nature of claim  _____

Amount requested  _____

**Covington Specialty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

Nature of claim  _____

Amount requested  _____

**Dover Bay Specialty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

Nature of claim  _____

Amount requested  _____

**Farmers Insurance Exchange - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

Nature of claim  _____

Amount requested  _____

**Farmers Property & Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

Nature of claim  _____

Amount requested  _____

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|--------|------------------------|------------------------|--------------|
| | Name | | |

**FedNat Insurance Company (LIGA) - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

    **Nature of claim** _____

    **Amount requested** _____

**FedNat Insurance Company D/B/A Maison Insurance Company (LIGA) - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

    **Nature of claim** _____

    **Amount requested** _____

**Foremost Insurance Company Grand Rapids, Michigan - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

    **Nature of claim** _____

    **Amount requested** _____

**Garrison Property and Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

    **Nature of claim** _____

    **Amount requested** _____

**GeoVera Advantage Insurance Services - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

    **Nature of claim** _____

    **Amount requested** _____

**GeoVera Specialty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

    **Nature of claim** _____

    **Amount requested** _____

**Great American Assurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

    **Nature of claim** _____

    **Amount requested** _____

**Great American Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

    **Nature of claim** _____

    **Amount requested** _____

**Great Lakes Insurance SE - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

    **Nature of claim** _____

    **Amount requested** _____

**Great Northern Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

    **Nature of claim** _____

    **Amount requested** _____

Debtor **MMA Law Firm, PLLC**
Name        Case number (if known) **24-31596**

**Gulf States Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**     **Unknown**

Nature of claim    _____

Amount requested    _____

**Gulfstream Property and Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**     **Unknown**

Nature of claim    _____

Amount requested    _____

**Hartford Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**     **Unknown**

Nature of claim    _____

Amount requested    _____

**Hartford Insurance Company Of The Midwest - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**     **Unknown**

Nature of claim    _____

Amount requested    _____

**Homeowners of America Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**     **Unknown**

Nature of claim    _____

Amount requested    _____

**Homesite Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**     **Unknown**

Nature of claim    _____

Amount requested    _____

**Homestead Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**     **Unknown**

Nature of claim    _____

Amount requested    _____

**Hudson Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**     **Unknown**

Nature of claim    _____

Amount requested    _____

**Imperial Fire & Casualty  - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**     **Unknown**

Nature of claim    _____

Amount requested    _____

**Imperial Fire And Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**     **Unknown**

Nature of claim    _____

Amount requested    _____

Case 24-31596 Document 169 Filed in TXSB on 09/26/24 Page 25 of 203

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Potential claims against Gregory Griffin for NDA violation and other related causes of action.** — **Unknown**

Nature of claim _____

Amount requested _____

**Independent Specialty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** — **Unknown**

Nature of claim _____

Amount requested _____

**Integon National Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** — **Unknown**

Nature of claim _____

Amount requested _____

**Kin Interinsurance Network - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** — **Unknown**

Nature of claim _____

Amount requested _____

**Kinsale Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** — **Unknown**

Nature of claim _____

Amount requested _____

**Liberty Mutual Fire Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** — **Unknown**

Nature of claim _____

Amount requested _____

**Liberty Mutual Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** — **Unknown**

Nature of claim _____

Amount requested _____

**Liberty Personal Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** — **Unknown**

Nature of claim _____

Amount requested _____

**Lighthouse Excalibur Insurance Company (LIGA) Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** — **Unknown**

Nature of claim _____

Amount requested _____

**Lighthouse Property Insurance Corporation (LIGA) - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** — **Unknown**

Nature of claim _____

Amount requested _____

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|
| | Name | | |

**Louisiana Citizens Property Insurance Corporation - - - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**Louisiana Farm Bureau Casualty Insurance Company - - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**Louisiana Farm Bureau Mutual Insurance Company - - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**Louisiana Insurance Guarantee Association (LIGA) - - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**Maxum Indemnity Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**National Fire & Marine Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**National General Assurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**National General Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**National Security Fire And Casualty Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**Nationwide Mutual Fire Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|
| | Name | | |

**Nautilus Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                    Unknown

**Nature of claim** _____

**Amount requested** _____

**North Light Specialty Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                    Unknown

**Nature of claim** _____

**Amount requested** _____

**Occidental Fire & Casualty Company of North Carolina** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                    Unknown

**Nature of claim** _____

**Amount requested** _____

**Ocean Harbor Casualty Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                    Unknown

**Nature of claim** _____

**Amount requested** _____

**Palomar Specialty Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                    Unknown

**Nature of claim** _____

**Amount requested** _____

**Pharmacists Mutual Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                    Unknown

**Nature of claim** _____

**Amount requested** _____

**Privilege Underwriters Reciprocal Exchange** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                    Unknown

**Nature of claim** _____

**Amount requested** _____

**Progressive Property Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                    Unknown

**Nature of claim** _____

**Amount requested** _____

**QBE Specialty Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                    Unknown

**Nature of claim** _____

**Amount requested** _____

**Republic Fire And Casualty Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                    Unknown

**Nature of claim** _____

**Amount requested** _____

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|
| | Name | | |

**Republic Underwriters Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.  Unknown

Nature of claim _____

Amount requested _____

**Safeco Insurance Company of America** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.  Unknown

Nature of claim _____

Amount requested _____

**Safeco Insurance Company Of Oregon** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.  Unknown

Nature of claim _____

Amount requested _____

**Safepoint Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.  Unknown

Nature of claim _____

Amount requested _____

**SafePort Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.  Unknown

Nature of claim _____

Amount requested _____

**Scottsdale Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.  Unknown

Nature of claim _____

Amount requested _____

**Security Plan Fire Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.  Unknown

Nature of claim _____

Amount requested _____

**Shelter General Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.  Unknown

Nature of claim _____

Amount requested _____

**Shelter Mutual Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.  Unknown

Nature of claim _____

Amount requested _____

**Southern Fidelity Insurance Company (LIGA)** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.  Unknown

Nature of claim _____

Amount requested _____

| Debtor | **MMA Law Firm, PLLC** | | Case number (if known) | **24-31596** |
|---|---|---|---|---|
| | Name | | | |

**Southern Vanguard Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                                    **Unknown**

Nature of claim        _____

Amount requested      _____


**Spinnaker Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                                    **Unknown**

Nature of claim        _____

Amount requested      _____


**Standard Guaranty Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                                    **Unknown**

Nature of claim        _____

Amount requested      _____


**State Farm Fire & Casualty Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                                    **Unknown**

Nature of claim        _____

Amount requested      _____


**State Farm General Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                                    **Unknown**

Nature of claim        _____

Amount requested      _____


**State Farm Mutual Automobile Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                                    **Unknown**

Nature of claim        _____

Amount requested      _____


**State National Fire Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                                    **Unknown**

Nature of claim        _____

Amount requested      _____


**Steadfast Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                                    **Unknown**

Nature of claim        _____

Amount requested      _____


**Stillwater Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                                    **Unknown**

Nature of claim        _____

Amount requested      _____


**Surechoice Underwriters Reciprocal Exchange** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                                    **Unknown**

Nature of claim        _____

Amount requested      _____

Case 24-31596 Document 169-1 Filed in TXSB on 09/24/24 Page 30 of 203

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Teachers Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

Nature of claim _____

Amount requested _____

**The Allstate Corporation - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

Nature of claim _____

Amount requested _____

**The American Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

Nature of claim _____

Amount requested _____

**The Hanover Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

Nature of claim _____

Amount requested _____

**The Standard Fire Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

Nature of claim _____

Amount requested _____

**Tower Hill Insurance - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

Nature of claim _____

Amount requested _____

**Tower Hill Prime Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

Nature of claim _____

Amount requested _____

**Travelers Casualty Insurance Company of America - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

Nature of claim _____

Amount requested _____

**Underwriters at Lloyd's, London - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

Nature of claim _____

Amount requested _____

**Union National Fire Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** **Unknown**

Nature of claim _____

Amount requested _____

Official Form 206A/B       **Schedule A/B: Assets -- Real and Personal Property**       page 30

Debtor **MMA Law Firm, PLLC**
_____ Case number (if known) **24-31596**
Name

| | |
|---|---|
| **United Fire & Indemnity Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |

Nature of claim _____

Amount requested _____

| | |
|---|---|
| **United National Fire Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |

Nature of claim _____

Amount requested _____

| | |
|---|---|
| **United National Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |

Nature of claim _____

Amount requested _____

| | |
|---|---|
| **United Property & Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |

Nature of claim _____

Amount requested _____

| | |
|---|---|
| **United Services Automobile Association - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |

Nature of claim _____

Amount requested _____

| | |
|---|---|
| **USAA Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |

Nature of claim _____

Amount requested _____

| | |
|---|---|
| **USAA General Indemnity Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |

Nature of claim _____

Amount requested _____

| | |
|---|---|
| **Valley Forge Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |

Nature of claim _____

Amount requested _____

| | |
|---|---|
| **Western World Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |

Nature of claim _____

Amount requested _____

| | |
|---|---|
| **Weston Property & Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** | **Unknown** |

Nature of claim _____

Amount requested _____

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Wilshire Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**  **Unknown**

Nature of claim _____

Amount requested _____

**Wright Insurance Company  - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**  **Unknown**

Nature of claim _____

Amount requested _____

**Zurich American Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**  **Unknown**

Nature of claim _____

Amount requested _____

**1st Franklin Financial - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**  **Unknown**

Nature of claim _____

Amount requested _____

**21st Mortgage Corporation - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**  **Unknown**

Nature of claim _____

Amount requested _____

**AAG - American Advisors Group - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**  **Unknown**

Nature of claim _____

Amount requested _____

**Access Home Insurance Company (LIGA) - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**  **Unknown**

Nature of claim _____

Amount requested _____

**Accord Services, Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**  **Unknown**

Nature of claim _____

Amount requested _____

**Acqua Restoration, LIC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**  **Unknown**

Nature of claim _____

Amount requested _____

**Adjusting International Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**  **Unknown**

Nature of claim _____

Amount requested _____

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|

Name

**Advanced Public Insurance Adjusters, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                   Unknown

**Nature of claim**

**Amount requested**

**Advanced Public Insurance Adjusters, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                   Unknown

**Nature of claim**

**Amount requested**

**All Claims Repair Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                   Unknown

**Nature of claim**

**Amount requested**

**All Claims Repair Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                   Unknown

**Nature of claim**

**Amount requested**

**Ally Bank  - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                   Unknown

**Nature of claim**

**Amount requested**

**Aln Properties Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                   Unknown

**Nature of claim**

**Amount requested**

**Alpha Insurance - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                   Unknown

**Nature of claim**

**Amount requested**

**Amegy Bank -**
**Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                   Unknown

**Nature of claim**

**Amount requested**

**American Advisors Group - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                   Unknown

**Nature of claim**

**Amount requested**

**American Bank And Trust - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                   Unknown

**Nature of claim**

**Amount requested**

Debtor **MMA Law Firm, PLLC**                     Case number (if known) **24-31596**
_____
Name

**American Bankers Insurance Company of Florida - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                     Unknown

Nature of claim                     _____

Amount requested                     _____

**American Building Contractors - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                     Unknown

Nature of claim                     _____

Amount requested                     _____

**American Commerce Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                     Unknown

Nature of claim                     _____

Amount requested                     _____

**American Financial Network, Inc. Dba Orion Lending - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                     Unknown

Nature of claim                     _____

Amount requested                     _____

**American Financial Resources Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                     Unknown

Nature of claim                     _____

Amount requested                     _____

**American Mortgage C/O Loan Care - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                     Unknown

Nature of claim                     _____

Amount requested                     _____

**American National Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                     Unknown

Nature of claim                     _____

Amount requested                     _____

**American Security Insurance Company - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                     Unknown

Nature of claim                     _____

Amount requested                     _____

**AmeriHome Mortgage Company LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                     Unknown

Nature of claim                     _____

Amount requested                     _____

**Ameris Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                     Unknown

Nature of claim                     _____

Amount requested                     _____

Official Form 206A/B                     **Schedule A/B: Assets -- Real and Personal Property**                     page 34

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Angel Oak Home Loans Llc** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                              Unknown

Nature of claim _____

Amount requested _____

**Angel Reyes** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                              Unknown

Nature of claim _____

Amount requested _____

**AnnieMac Mortgage, LLC** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                              Unknown

Nature of claim _____

Amount requested _____

**Art & Properties, Llc** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                              Unknown

Nature of claim _____

Amount requested _____

**Assurance Financial Group LLC** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                              Unknown

Nature of claim _____

Amount requested _____

**Assured Value Claims Public Adjusting, Llc** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                              Unknown

Nature of claim _____

Amount requested _____

**Atain Specialty Insurance Company** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                              Unknown

Nature of claim _____

Amount requested _____

**b1 Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                              Unknown

Nature of claim _____

Amount requested _____

**Bank of America** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                              Unknown

Nature of claim _____

Amount requested _____

**BANK OF ENGLAND** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                              Unknown

Nature of claim _____

Amount requested _____

Debtor **MMA Law Firm, PLLC**
Name
Case number (if known) **24-31596**

**Bank of England Mortgage (ENGLAND, ARKANSAS) - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim     _____

Amount requested     _____

**Bank Of Louisiana - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim     _____

Amount requested     _____

**Bank Of Wiggins - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim     _____

Amount requested     _____

**Bank Of Winnfield - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim     _____

Amount requested     _____

**Bankers Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim     _____

Amount requested     _____

**Bayview Loan Servicing Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim     _____

Amount requested     _____

**BAYVIEW LOAN SERVICING LLC ISAOA - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim     _____

Amount requested     _____

**BBVA Compass Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim     _____

Amount requested     _____

**Beauregard Federal Savings Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim     _____

Amount requested     _____

**Bellco Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim     _____

Amount requested     _____

Debtor   **MMA Law Firm, PLLC**                                    Case number (if known)   **24-31596**
         Name

**Beriabank A Division Of First Isaoa** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                      **Unknown**

Nature of claim          _____

Amount requested         _____


**Branch Banking And Trust Co** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                      **Unknown**

Nature of claim          _____

Amount requested         _____


**Broker Solutions Inc Dba New American Funding** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                      **Unknown**

Nature of claim          _____

Amount requested         _____


**Buffalo Park Llc** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                      **Unknown**

Nature of claim          _____

Amount requested         _____


**Bulldog Adjusters, Inc.** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                      **Unknown**

Nature of claim          _____

Amount requested         _____


**C Laura Villa Llc** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                      **Unknown**

Nature of claim          _____

Amount requested         _____


**Cadence Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                      **Unknown**

Nature of claim          _____

Amount requested         _____


**Caliber Home Loans Inc.** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                      **Unknown**

Nature of claim          _____

Amount requested         _____


**Campus Federal Credit Union** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                      **Unknown**

Nature of claim          _____

Amount requested         _____


**Capital Federal Savings Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                      **Unknown**

Nature of claim          _____

Amount requested         _____


Official Form 206A/B               **Schedule A/B: Assets -- Real and Personal Property**               page 37

Debtor **MMA Law Firm, PLLC**
Name

Case number (if known) **24-31596**

**Capital One - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Nature of claim _____

Amount requested _____

Unknown

**Cardinal Financial Co. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Nature of claim _____

Amount requested _____

Unknown

**Cardinal Financial Company - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Nature of claim _____

Amount requested _____

Unknown

**Carrington Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Nature of claim _____

Amount requested _____

Unknown

**Carrington Mortgage Services - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Nature of claim _____

Amount requested _____

Unknown

**Carrington Mortgage Services, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Nature of claim _____

Amount requested _____

Unknown

**Cascade Financial Services - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Nature of claim _____

Amount requested _____

Unknown

**Celink - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Nature of claim _____

Amount requested _____

Unknown

**Celtic Bank Corp - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Nature of claim _____

Amount requested _____

Unknown

**Cenlar - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Nature of claim _____

Amount requested _____

Unknown

Official Form 206A/B

**Schedule A/B: Assets -- Real and Personal Property**

page 38

Case 24-31596 Document 169-1 Filed in TXSB on 09/24/24 Page 61 of 243

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Cenralin Care Of Primelending** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                                     Unknown

Nature of claim     _____

Amount requested     _____

**Centennial Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                                     Unknown

Nature of claim     _____

Amount requested     _____

**Central Loan Administration & Reporting** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                                     Unknown

Nature of claim     _____

Amount requested     _____

**Central Loan Administration & Reporting (CENLAR)**
- Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                                     Unknown

Nature of claim     _____

Amount requested     _____

**Chambers Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                                     Unknown

Nature of claim     _____

Amount requested     _____

**Champion Mortgage** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                                     Unknown

Nature of claim     _____

Amount requested     _____

**Chase Home Finance** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                                     Unknown

Nature of claim     _____

Amount requested     _____

**Chevron Federal Credit Union** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                                     Unknown

Nature of claim     _____

Amount requested     _____

**Chubb European Group SE** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                                     Unknown

Nature of claim     _____

Amount requested     _____

**Citizens Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                                     Unknown

Nature of claim     _____

Amount requested     _____

Official Form 206A/B        **Schedule A/B: Assets -- Real and Personal Property**        page 39

Debtor    **MMA Law Firm, PLLC**                                    Case number (if known)   **24-31596**
          Name

**Citizens Bank, N.A. - Potential claim for possession of attorney's fees and expenses that belong
to Debtor, and other related causes of action.**                                                        Unknown

   **Nature of claim**      _____

   **Amount requested**    _____


**Citizens Finance Co. - Potential claim for possession of attorney's fees and expenses that
belong to Debtor, and other related causes of action.**                                                 Unknown

   **Nature of claim**      _____

   **Amount requested**    _____


**City Of New Orleans Soft Second Mortgage Programs - Potential claim for possession of
attorney's fees and expenses that belong to Debtor, and other related causes of action.**               Unknown

   **Nature of claim**      _____

   **Amount requested**    _____


**City Savings Bank - Potential claim for possession of attorney's fees and expenses that belong
to Debtor, and other related causes of action.**                                                        Unknown

   **Nature of claim**      _____

   **Amount requested**    _____


**Clnickn'Close - Potential claim for possession of attorney's fees and expenses that belong to
Debtor, and other related causes of action.**                                                           Unknown

   **Nature of claim**      _____

   **Amount requested**    _____


**Cmc Funding Inc - Potential claim for possession of attorney's fees and expenses that belong
to Debtor, and other related causes of action.**                                                        Unknown

   **Nature of claim**      _____

   **Amount requested**    _____


**CMG Mortgage Inc - Potential claim for possession of attorney's fees and expenses that belong
to Debtor, and other related causes of action.**                                                        Unknown

   **Nature of claim**      _____

   **Amount requested**    _____


**Coastal Claims Services, Inc. - Potential claim for possession of attorney's fees and expenses
that belong to Debtor, and other related causes of action.**                                            Unknown

   **Nature of claim**      _____

   **Amount requested**    _____


**COLFAX BANKING COMPANY - Potential claim for possession of attorney's fees and expenses
that belong to Debtor, and other related causes of action.**                                            Unknown

   **Nature of claim**      _____

   **Amount requested**    _____


**Colonial Savings - Potential claim for possession of attorney's fees and expenses that belong
to Debtor, and other related causes of action.**                                                        Unknown

   **Nature of claim**      _____

   **Amount requested**    _____


Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 40

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Community Loan Servicing LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          Unknown

Nature of claim          _____

Amount requested          _____

**Compass Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          Unknown

Nature of claim          _____

Amount requested          _____

**Cottonport Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          Unknown

Nature of claim          _____

Amount requested          _____

**Crescent Mortgage Company Isaoa/Atima - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          Unknown

Nature of claim          _____

Amount requested          _____

**Cross Country Mortgage LLC. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          Unknown

Nature of claim          _____

Amount requested          _____

**Csl Financial, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          Unknown

Nature of claim          _____

Amount requested          _____

**Ditech Financial - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          Unknown

Nature of claim          _____

Amount requested          _____

**Essential Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          Unknown

Nature of claim          _____

Amount requested          _____

**Estate Of Earlean Newman - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          Unknown

Nature of claim          _____

Amount requested          _____

**Eustis Mortgage Corp. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          Unknown

Nature of claim          _____

Amount requested          _____

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|
| | Name | | |

**Evergreen Bio-Solutions** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                    **Unknown**

Nature of claim _____

Amount requested _____

**Fairport Asset Management Llc C/O Midwest Servicing 2 Inc** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                          **Unknown**

Nature of claim _____

Amount requested _____

**Fairwinds Credit Union-Isaoa** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                    **Unknown**

Nature of claim _____

Amount requested _____

**Fannie Mae** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                    **Unknown**

Nature of claim _____

Amount requested _____

**Farmers Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                    **Unknown**

Nature of claim _____

Amount requested _____

**Fay Servicing LLC** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                    **Unknown**

Nature of claim _____

Amount requested _____

**Fci Lender Services Inc.** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                    **Unknown**

Nature of claim _____

Amount requested _____

**Federal Credit Union** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                    **Unknown**

Nature of claim _____

Amount requested _____

**Fidelity Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                    **Unknown**

Nature of claim _____

Amount requested _____

**Fidelity Homestead Assoc** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                    **Unknown**

Nature of claim _____

Amount requested _____

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Fifth District Savings Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**Finance Of America Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**Finance Of America Reverse - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**Finance Of American Reverse - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**First American Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**First American Bank And Trust - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**First Assembly of God - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**First Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**First Citizen Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**First Federal Bank of Louisiana - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

Debtor **MMA Law Firm, PLLC**
Name          Case number (if known) **24-31596**

**First Guaranty Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**         **Unknown**

**Nature of claim** _____

**Amount requested** _____

**First Heritage Credit - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**         **Unknown**

**Nature of claim** _____

**Amount requested** _____

**First Horizon Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**         **Unknown**

**Nature of claim** _____

**Amount requested** _____

**First National Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**         **Unknown**

**Nature of claim** _____

**Amount requested** _____

**First National Bank Of Jeanrette - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**         **Unknown**

**Nature of claim** _____

**Amount requested** _____

**First Pioneers Fcu - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**         **Unknown**

**Nature of claim** _____

**Amount requested** _____

**First Savings Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**         **Unknown**

**Nature of claim** _____

**Amount requested** _____

**First United Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**         **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Flagstar Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**         **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Fortune Partners, Inc Dba Texas Certified Motors**
**- Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**         **Unknown**

**Nature of claim** _____

**Amount requested** _____

Official Form 206A/B      **Schedule A/B: Assets -- Real and Personal Property**      page 44

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Franklin American - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                        Unknown

Nature of claim  _____

Amount requested  _____

**Freddie Mac - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                        Unknown

Nature of claim  _____

Amount requested  _____

**Freedom Mortgage Corporation - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                        Unknown

Nature of claim  _____

Amount requested  _____

**Frontier Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                        Unknown

Nature of claim  _____

Amount requested  _____

**Frost Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                        Unknown

Nature of claim  _____

Amount requested  _____

**Gary'S Used Cars - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                        Unknown

Nature of claim  _____

Amount requested  _____

**Gateway Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                        Unknown

Nature of claim  _____

Amount requested  _____

**Georgia Housing and Finance Authority (GHFA) - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                        Unknown

Nature of claim  _____

Amount requested  _____

**Gibsland Bank And Trust - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                        Unknown

Nature of claim  _____

Amount requested  _____

**GMFS LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                        Unknown

Nature of claim  _____

Amount requested  _____

| Official Form 206A/B | Schedule A/B: Assets -- Real and Personal Property | page 45 |
|---|---|---|

Case 24-31596 Document 169-1 Filed in TXSB on 09/24/24 Page 46 of 203

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|--------|------------------------|------------------------|--------------|
| | Name | | |

**Gmfs Llc Isaoa C/O Sls - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim        _____

Amount requested      _____

**GMFS, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim        _____

Amount requested      _____

**God Loan Fund - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim        _____

Amount requested      _____

**Goldwater Bank National Association - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim        _____

Amount requested      _____

**Greater New Orleans Federal Credit Union  - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim        _____

Amount requested      _____

**Guidance Residential Llc Isaoa - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim        _____

Amount requested      _____

**Guild Mortgage Company - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim        _____

Amount requested      _____

**Gulf Coast Bank & Trust - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim        _____

Amount requested      _____

**Habitat For Humanity - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim        _____

Amount requested      _____

**Habitat For Humanity C/O Fidelity Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim        _____

Amount requested      _____

Official Form 206A/B      **Schedule A/B: Assets -- Real and Personal Property**      page 46

Debtor    **MMA Law Firm, PLLC**          Case number (if known)   **24-31596**
       Name

**Habitat For Humanity Calcasieu Area Inc** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.      **Unknown**

Nature of claim    _____

Amount requested    _____

**Habitat For Humanity Of Lee** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.      **Unknown**

Nature of claim    _____

Amount requested    _____

**Hair Shunnarah Trial Attorneys** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.      **Unknown**

Nature of claim    _____

Amount requested    _____

**Hancock Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.      **Unknown**

Nature of claim    _____

Amount requested    _____

**Hancock Whitney** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.      **Unknown**

Nature of claim    _____

Amount requested    _____

**Hancock Whitney Bank Isaoa/Atima** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.      **Unknown**

Nature of claim    _____

Amount requested    _____

**Heart Of Louisiana Credit Union** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.      **Unknown**

Nature of claim    _____

Amount requested    _____

**Heart of Texas Restoration LLC** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.      **Unknown**

Nature of claim    _____

Amount requested    _____

**Henry Mentz, Jr &Brigutte Peyregne Mentz** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.      **Unknown**

Nature of claim    _____

Amount requested    _____

**Heritage Bank of St. Tammany** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.      **Unknown**

Nature of claim    _____

Amount requested    _____

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Home Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

**Nature of claim**

**Amount requested**

**Home Point Financial Corporation - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

**Nature of claim**

**Amount requested**

**Homebridge Fin Services - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

**Nature of claim**

**Amount requested**

**Houston Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

**Nature of claim**

**Amount requested**

**Iberia Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

**Nature of claim**

**Amount requested**

**Independent Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

**Nature of claim**

**Amount requested**

**Innovative Assemblies, Inc And Bb & T - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

**Nature of claim**

**Amount requested**

**Insurance Claim Lawyers, Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

**Nature of claim**

**Amount requested**

**Investar Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

**Nature of claim**

**Amount requested**

**JD Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

**Nature of claim**

**Amount requested**

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Jefferson Financial Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**  Unknown

Nature of claim  _____

Amount requested  _____

**JP Morgan Chase Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**  Unknown

Nature of claim  _____

Amount requested  _____

**Keesler Fcu - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**  Unknown

Nature of claim  _____

Amount requested  _____

**Key Bank National Association - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**  Unknown

Nature of claim  _____

Amount requested  _____

**La Capitol Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**  Unknown

Nature of claim  _____

Amount requested  _____

**La Office Of Common Dev - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**  Unknown

Nature of claim  _____

Amount requested  _____

**Lady Bug Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**  Unknown

Nature of claim  _____

Amount requested  _____

**Lake Edges Condominium Owners - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**  Unknown

Nature of claim  _____

Amount requested  _____

**Lakeview Loan Servicing LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**  Unknown

Nature of claim  _____

Amount requested  _____

**Landmark Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**  Unknown

Nature of claim  _____

Amount requested  _____

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|
| | Name | | |

**Larrieu, Angeline** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                          **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Leaf Capital Funding Llc** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                          **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Legend Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                          **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Les Federal Credit Union** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                          **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Liberty Bank & Trust Co** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                          **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Live Well Financial Inc Isaoa** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                          **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Llano National Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                          **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Lmr Public Adjuster** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                          **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Loan Care LLC** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                          **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Loan Depot** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                          **Unknown**

**Nature of claim** _____

**Amount requested** _____

| Official Form 206A/B | Schedule A/B: Assets -- Real and Personal Property | page 50 |
|---|---|---|

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Loan Partners - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim            _____

Amount requested           _____


**LoanCare - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim            _____

Amount requested           _____


**Loancare, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim            _____

Amount requested           _____


**Loandepot - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim            _____

Amount requested           _____


**Lobman Carnahan - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim            _____

Amount requested           _____


**Longbridge Financial Lcc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim            _____

Amount requested           _____


**Longbridge Financial LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim            _____

Amount requested           _____


**Louisiana Administration - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim            _____

Amount requested           _____


**Louisiana Usa Fcu Isaoa/Atima - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim            _____

Amount requested           _____


**M & T Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim            _____

Amount requested           _____

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**M&T Bank Corporation - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    Unknown

Nature of claim    _____

Amount requested    _____

**MAGNOLIA BANK - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    Unknown

Nature of claim    _____

Amount requested    _____

**Massillion Enterprise Incorporated - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    Unknown

Nature of claim    _____

Amount requested    _____

**McR Construction & Roofing - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    Unknown

Nature of claim    _____

Amount requested    _____

**McT Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    Unknown

Nature of claim    _____

Amount requested    _____

**Merchants & Farmers Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    Unknown

Nature of claim    _____

Amount requested    _____

**Merchants Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    Unknown

Nature of claim    _____

Amount requested    _____

**Merchants Bank of Indiana and First National Bank**
**- Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    Unknown

Nature of claim    _____

Amount requested    _____

**Meritus Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    Unknown

Nature of claim    _____

Amount requested    _____

**Metairie Bank and Trust - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    Unknown

Nature of claim    _____

Amount requested    _____

Official Form 206A/B    **Schedule A/B: Assets -- Real and Personal Property**    page 52

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
| --- | --- | --- | --- |
| | Name | | |

**Metairie Bank Isaoa - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                     Unknown

Nature of claim          _____

Amount requested       _____

**Mgc Mortgage Inc Isaoa - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                     Unknown

Nature of claim          _____

Amount requested       _____

**Mid America Mortgage, Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                     Unknown

Nature of claim          _____

Amount requested       _____

**Midfirst Bank  - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                     Unknown

Nature of claim          _____

Amount requested       _____

**Midland Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                     Unknown

Nature of claim          _____

Amount requested       _____

**Mission Loans, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                     Unknown

Nature of claim          _____

Amount requested       _____

**Mississippi River Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                     Unknown

Nature of claim          _____

Amount requested       _____

**Moble Public Adjusting - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                     Unknown

Nature of claim          _____

Amount requested       _____

**Morningstar Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                     Unknown

Nature of claim          _____

Amount requested       _____

**Mortgage Assets Management LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                     Unknown

Nature of claim          _____

Amount requested       _____

Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 53

Debtor   **MMA Law Firm, PLLC** _____   Case number (if known)   **24-31596** _____
          Name

**Mortgage Corp** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.           **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**MORTGAGE RESEARCH CENTER LLC** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.           **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Movement Mortgage** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.           **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**MR COOPER LLC** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.           **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Mr. Cooper** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.           **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Mw Loan 1 Llc** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.           **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**National Bank Of Picayune** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.           **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Nations Lending Corporation** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.           **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Nationstar Mortgage LLC** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.           **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Nationwide Roofing** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.           **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

Official Form 206A/B        **Schedule A/B: Assets -- Real and Personal Property**        page 54

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Navy Army Community Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim _____

Amount requested _____

**Navy Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim _____

Amount requested _____

**Needham Rice  & Associates, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim _____

Amount requested _____

**Neighbors Federal Credit Union & Republic Finance**
**- Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim _____

Amount requested _____

**NEW REZ LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim _____

Amount requested _____

**Newrez Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim _____

Amount requested _____

**Newrez Llc Isaoa Atima - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim _____

Amount requested _____

**Newrez, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim _____

Amount requested _____

**NO MORTGAGE - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim _____

Amount requested _____

**Nola Hard Money Services - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim _____

Amount requested _____

Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 55

Debtor    **MMA Law Firm, PLLC**        Case number (if known)   **24-31596**
_____
     Name

**North American Public Adjusters, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim    _____

Amount requested    _____

**North Dallas Bank & Trust Co. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim    _____

Amount requested    _____

**Northpointe Bank Isaoa/Atima - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim    _____

Amount requested    _____

**Novad Management Consulting - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim    _____

Amount requested    _____

**Oceanside Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim    _____

Amount requested    _____

**Ocwen Loan Servicing LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim    _____

Amount requested    _____

**Office Of Community Development - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim    _____

Amount requested    _____

**Onpath Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim    _____

Amount requested    _____

**OVATION SERVICES LLC ISAOA ATIMA - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim    _____

Amount requested    _____

**Pedestal Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim    _____

Amount requested    _____

Official Form 206A/B        **Schedule A/B: Assets -- Real and Personal Property**        page 56

| Debtor | MMA Law Firm, PLLC | | Case number (if known) | 24-31596 |
|---|---|---|---|---|
| | Name | | | |

**Pelican State Credit Union** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                    Unknown

    Nature of claim    _____

    Amount requested    _____

**Pen Air Federal Credit Union** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                    Unknown

    Nature of claim    _____

    Amount requested    _____

**PennyMac Loan Services LLC** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                    Unknown

    Nature of claim    _____

    Amount requested    _____

**PHH Mortgage** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                    Unknown

    Nature of claim    _____

    Amount requested    _____

**PHH Mortgage Services** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                    Unknown

    Nature of claim    _____

    Amount requested    _____

**Pipes Miles Beckman, LLC** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                    Unknown

    Nature of claim    _____

    Amount requested    _____

**Planet Home Lending, Llc** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                    Unknown

    Nature of claim    _____

    Amount requested    _____

**Planet Mortgage** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                    Unknown

    Nature of claim    _____

    Amount requested    _____

**Plaza Home Mortgage, Inc.** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                    Unknown

    Nature of claim    _____

    Amount requested    _____

**PNC Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                    Unknown

    Nature of claim    _____

    Amount requested    _____

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|
| | Name | | |

**Pnc Mortgage, Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                            Unknown

    **Nature of claim**

    **Amount requested**

**Post Office Employees Credit - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                            Unknown

    **Nature of claim**

    **Amount requested**

**Potts Law Firm - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                            Unknown

    **Nature of claim**

    **Amount requested**

**Primary Residential Mortgage Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                            Unknown

    **Nature of claim**

    **Amount requested**

**Prime Claims, Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                            Unknown

    **Nature of claim**

    **Amount requested**

**Prime Lending - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                            Unknown

    **Nature of claim**

    **Amount requested**

**Prime Rate Premium Finance Corporation Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                            Unknown

    **Nature of claim**

    **Amount requested**

**Prosperity Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                            Unknown

    **Nature of claim**

    **Amount requested**

**Provident Funding Assoc Lp - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                            Unknown

    **Nature of claim**

    **Amount requested**

**Quick Cash - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                            Unknown

    **Nature of claim**

    **Amount requested**

Debtor **MMA Law Firm, PLLC**        Case number (if known) **24-31596**

Name

**Quicken Loans - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    **Unknown**

Nature of claim    _____

Amount requested    _____

**Regions Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    **Unknown**

Nature of claim    _____

Amount requested    _____

**Relaxing Days, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    **Unknown**

Nature of claim    _____

Amount requested    _____

**Reliance - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    **Unknown**

Nature of claim    _____

Amount requested    _____

**Reliant Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    **Unknown**

Nature of claim    _____

Amount requested    _____

**Reverse Mortgage Funding - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    **Unknown**

Nature of claim    _____

Amount requested    _____

**Reverse Mortgage Funding LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    **Unknown**

Nature of claim    _____

Amount requested    _____

**Reverse Mortgage Funding Llc Isaoa - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    **Unknown**

Nature of claim    _____

Amount requested    _____

**Rio Bank And Ascentium Capital Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    **Unknown**

Nature of claim    _____

Amount requested    _____

**Rms Fbo Financial Of America Llc Isaoa Atima - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    **Unknown**

Nature of claim    _____

Amount requested    _____

Official Form 206A/B      **Schedule A/B: Assets -- Real and Personal Property**      page 59

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Rocket Mortgage LLC** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                    **Unknown**

    **Nature of claim**

    **Amount requested**

**Round Point Mortgage Servicing Corporation** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                    **Unknown**

    **Nature of claim**

    **Amount requested**

**Royal United Mortgage** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                    **Unknown**

    **Nature of claim**

    **Amount requested**

**Rural Housing Service** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                    **Unknown**

    **Nature of claim**

    **Amount requested**

**Rushmore Loan Management Services** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                    **Unknown**

    **Nature of claim**

    **Amount requested**

**Rushmore Loan Management Services LLC** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                    **Unknown**

    **Nature of claim**

    **Amount requested**

**Sabine State Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                    **Unknown**

    **Nature of claim**

    **Amount requested**

**Scottsdale Insurance Company** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                    **Unknown**

    **Nature of claim**

    **Amount requested**

**Select Portfolio Servicing, Inc** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                    **Unknown**

    **Nature of claim**

    **Amount requested**

**Select Portfolio Servicing, Inc.** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                    **Unknown**

    **Nature of claim**

    **Amount requested**

Debtor  **MMA Law Firm, PLLC**
Name _____  Case number (if known)  **24-31596** _____

**Selene Finance - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    **Unknown**

Nature of claim        _____

Amount requested    _____


**Servicemac, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    **Unknown**

Nature of claim        _____

Amount requested    _____


**SFR Services LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    **Unknown**

Nature of claim        _____

Amount requested    _____


**Shellpoint Insurance - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    **Unknown**

Nature of claim        _____

Amount requested    _____


**ShellPoint Mortgage Servicing - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    **Unknown**

Nature of claim        _____

Amount requested    _____


**Simmesport State Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    **Unknown**

Nature of claim        _____

Amount requested    _____


**SN Servicing Corporation - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    **Unknown**

Nature of claim        _____

Amount requested    _____


**South Lafourche Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    **Unknown**

Nature of claim        _____

Amount requested    _____


**South Louisiana Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    **Unknown**

Nature of claim        _____

Amount requested    _____


**Southwest Louisiana Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    **Unknown**

Nature of claim        _____

Amount requested    _____


Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 61

Case 24-31596 Document 169-1 Filed in TXSB on 09/24/24 Page 62 of 203

Debtor    **MMA Law Firm, PLLC**                                    Case number (if known)   **24-31596**
          _____
          Name

**Sovereign Adjusting Services** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                    **Unknown**

Nature of claim         _____

Amount requested        _____

**Specialized Loan Servicing** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                    **Unknown**

Nature of claim         _____

Amount requested        _____

**Specialized Loan Servicing LLC** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                    **Unknown**

Nature of claim         _____

Amount requested        _____

**SPRINGEQ LLC ISAOA/ ATIMA** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                    **Unknown**

Nature of claim         _____

Amount requested        _____

**St Landry Homestead** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                    **Unknown**

Nature of claim         _____

Amount requested        _____

**Stacey Banks** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                    **Unknown**

Nature of claim         _____

Amount requested        _____

**Standard Mortgage Corp** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                    **Unknown**

Nature of claim         _____

Amount requested        _____

**Standard Mortgage Corporation** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                    **Unknown**

Nature of claim         _____

Amount requested        _____

**State Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                    **Unknown**

Nature of claim         _____

Amount requested        _____

**State Farm Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                    **Unknown**

Nature of claim         _____

Amount requested        _____

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|--------|------------------------|------------------------|--------------|
| | Name | | |

**Statewide Claim Services, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                   Unknown

Nature of claim _____

Amount requested _____

**Summit Funding, Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                   Unknown

Nature of claim _____

Amount requested _____

**Sun Finance Company Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                   Unknown

Nature of claim _____

Amount requested _____

**Sun West Mortgage Company Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                   Unknown

Nature of claim _____

Amount requested _____

**Suncoast Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                   Unknown

Nature of claim _____

Amount requested _____

**Suntrust Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                   Unknown

Nature of claim _____

Amount requested _____

**Superior Property Management - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                   Unknown

Nature of claim _____

Amount requested _____

**SWBC Insurance Services - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                   Unknown

Nature of claim _____

Amount requested _____

**SWBC Mortgage Corp. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                   Unknown

Nature of claim _____

Amount requested _____

**Synergy Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                   Unknown

Nature of claim _____

Amount requested _____

Debtor   **MMA Law Firm, PLLC**                                Case number (if known)   **24-31596**
         Name

**The Bank** - Potential claim for possession of attorney's fees and expenses that belong to
Debtor, and other related causes of action.                                                    Unknown

**Nature of claim**        _____

**Amount requested**       _____

**The Church Finance Corporation** - Potential claim for possession of attorney's fees and
expenses that belong to Debtor, and other related causes of action.                            Unknown

**Nature of claim**        _____

**Amount requested**       _____

**The Evangeline Bank & Trust Co.** - Potential claim for possession of attorney's fees and
expenses that belong to Debtor, and other related causes of action.                            Unknown

**Nature of claim**        _____

**Amount requested**       _____

**The Huntington National Bank** - Potential claim for possession of attorney's fees and expenses
that belong to Debtor, and other related causes of action.                                     Unknown

**Nature of claim**        _____

**Amount requested**       _____

**The Money Shack, LLC** - Potential claim for possession of attorney's fees and expenses that
belong to Debtor, and other related causes of action.                                          Unknown

**Nature of claim**        _____

**Amount requested**       _____

**The Money Source** - Potential claim for possession of attorney's fees and expenses that belong
to Debtor, and other related causes of action.                                                 Unknown

**Nature of claim**        _____

**Amount requested**       _____

**The Morgan Law Group P.A.** - Potential claim for possession of attorney's fees and expenses
that belong to Debtor, and other related causes of action.                                     Unknown

**Nature of claim**        _____

**Amount requested**       _____

**Third First Savings & Loan** - Potential claim for possession of attorney's fees and expenses
that belong to Debtor, and other related causes of action.                                     Unknown

**Nature of claim**        _____

**Amount requested**       _____

**TIAA FSB C/O LOANCARE** - Potential claim for possession of attorney's fees and expenses that
belong to Debtor, and other related causes of action.                                          Unknown

**Nature of claim**        _____

**Amount requested**       _____

**Tiara Spotville** - Potential claim for possession of attorney's fees and expenses that belong to
Debtor, and other related causes of action.                                                    Unknown

**Nature of claim**        _____

**Amount requested**       _____

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Timberpoint Enterprises - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim _____

Amount requested _____

**Townsend Law Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim _____

Amount requested _____

**Tree Guardian Usa, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim _____

Amount requested _____

**Truist Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim _____

Amount requested _____

**Trust Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim _____

Amount requested _____

**Trustmark National Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim _____

Amount requested _____

**TWFG Insurance Service Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim _____

Amount requested _____

**Twin City Financial - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim _____

Amount requested _____

**U.S. Small Business Administration - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim _____

Amount requested _____

**Ubs Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim _____

Amount requested _____

Case 24-31596 Document 169-1 Filed in TXSB on 09/24/24 Page 66 of 203

Debtor **MMA Law Firm, PLLC**
Name

Case number (if known) **24-31596**

**Union Home Mortgage Corp - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim _____

Amount requested _____

**Union Mortgage Corp - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim _____

Amount requested _____

**United Community Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim _____

Amount requested _____

**United Wholesale Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim _____

Amount requested _____

**Us Bank  Home Mrtg. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim _____

Amount requested _____

**US Bank National Association - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim _____

Amount requested _____

**US Department Of HUD - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim _____

Amount requested _____

**Us Eagle Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim _____

Amount requested _____

**US RSDA - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim _____

Amount requested _____

**Us Small Business Admin El Paso Servicing Office**
**- Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim _____

Amount requested _____

Official Form 206A/B

**Schedule A/B: Assets -- Real and Personal Property**

page 66

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Us Small Business Administration** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                              **Unknown**

Nature of claim _____

Amount requested _____

**Usa Acting Through The Rural Housing Service Isaoa** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                              **Unknown**

Nature of claim _____

Amount requested _____

**USAA Federal Savings Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                              **Unknown**

Nature of claim _____

Amount requested _____

**USBank National Assoc Co And One Main Financial** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                              **Unknown**

Nature of claim _____

Amount requested _____

**USDA** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                              **Unknown**

Nature of claim _____

Amount requested _____

**USDA Rural Development** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                              **Unknown**

Nature of claim _____

Amount requested _____

**USSA FSB** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                              **Unknown**

Nature of claim _____

Amount requested _____

**Valley State Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                              **Unknown**

Nature of claim _____

Amount requested _____

**Vanderbilt Mortgage And Finance, Inc** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                              **Unknown**

Nature of claim _____

Amount requested _____

**Vanderbilt Mortgage and Finance, Inc.** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                              **Unknown**

Nature of claim _____

Amount requested _____

Debtor     **MMA Law Firm, PLLC**      Case number (if known)   **24-31596**
      Name

**Vantage Bank Texas - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim _____

Amount requested _____

**Veritex Community Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim _____

Amount requested _____

**Veteran Claim Adjusters, Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim _____

Amount requested _____

**Veterans United Home Loans - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim _____

Amount requested _____

**Village Capital & Investment - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim _____

Amount requested _____

**Vista Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim _____

Amount requested _____

**Water Floods Restoration, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim _____

Amount requested _____

**Weichert Financial - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim _____

Amount requested _____

**Wells Fargo Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim _____

Amount requested _____

**Wells Fargo Bank Insurance - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim _____

Amount requested _____

| Debtor | **MMA Law Firm, PLLC** | | Case number (if known) | **24-31596** |
|---|---|---|---|---|
| | Name | | | |

**Weststar Mtg Corp - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    **Unknown**

Nature of claim   _____

Amount requested   _____

**Whitney Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    **Unknown**

Nature of claim   _____

Amount requested   _____

**Wilson Strategic, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    **Unknown**

Nature of claim   _____

Amount requested   _____

**Wintrust Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    **Unknown**

Nature of claim   _____

Amount requested   _____

**Xplore Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    **Unknown**

Nature of claim   _____

Amount requested   _____

**Zions First National Bank Insurance Department**
**- Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    **Unknown**

Nature of claim   _____

Amount requested   _____

**Oakwood Bank - Potential claims against bank related to funds seized and fraudulent transfer.**    **Unknown**

Nature of claim   _____

Amount requested   _____

**7 Insurance : Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim   _____

Amount requested   _____

**A Ace Insurance Agency, Inc.: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim   _____

Amount requested   _____

**A.P.A. Insurance Agency: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim   _____

Amount requested   _____

**AAA: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim   _____

Amount requested   _____

Case 24-31596 Document 169-1 Filed in TXSB on 09/26/24 Page 70 of 203

Debtor   **MMA Law Firm, PLLC**                          Case number (if known) __24-31596__
         _Name_

**AAA Texas: Potential claims for failure to include MMA on settlement checks.**               **Unknown**

   **Nature of claim**     _____

   **Amount requested**    _____

**AAG Insurance: Potential claims for failure to include MMA on settlement checks.**            **Unknown**

   **Nature of claim**     _____

   **Amount requested**    _____

**ABC Insurance: Potential claims for failure to include MMA on settlement checks.**            **Unknown**

   **Nature of claim**     _____

   **Amount requested**    _____

**Acadia Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

   **Nature of claim**     _____

   **Amount requested**    _____

**Acadian Insurance: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

   **Nature of claim**     _____

   **Amount requested**    _____

**Accelerant National Insurance Company: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

   **Nature of claim**     _____

   **Amount requested**    _____

**Accessible Insurance: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

   **Nature of claim**     _____

   **Amount requested**    _____

**ACE Property and Casualty Insurance Company: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

   **Nature of claim**     _____

   **Amount requested**    _____

**ACME Insurance: Potential claims for failure to include MMA on settlement checks.**           **Unknown**

   **Nature of claim**     _____

   **Amount requested**    _____

**Action Insurance Agency: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

   **Nature of claim**     _____

   **Amount requested**    _____

**ADC Insurance: Potential claims for failure to include MMA on settlement checks.**            **Unknown**

   **Nature of claim**     _____

   **Amount requested**    _____

Case 24-31596 Document 1099 Filed in TXSB on 09/26/24 Page 71 of 203

Debtor   **MMA Law Firm, PLLC**                                   Case number (if known)   **24-31596**
         Name

**Advanced Insurance Planning: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim          _____

Amount requested         _____

**Advanced Protection Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                            Unknown

Nature of claim          _____

Amount requested         _____

**Adventist Risk Management, Inc: Potential claims for failure to include MMA on settlement checks.**                                                  Unknown

Nature of claim          _____

Amount requested         _____

**Affordable Insurance: Potential claims for failure to include MMA on settlement checks.**                                                            Unknown

Nature of claim          _____

Amount requested         _____

**Aflac: Potential claims for failure to include MMA on settlement checks.**                                                                           Unknown

Nature of claim          _____

Amount requested         _____

**Aflac Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                         Unknown

Nature of claim          _____

Amount requested         _____

**Airline Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks.**                                                   Unknown

Nature of claim          _____

Amount requested         _____

**AIX Specialty Insurance Co: Potential claims for failure to include MMA on settlement checks.**                                                      Unknown

Nature of claim          _____

Amount requested         _____

**Alfa Insurance: Potential claims for failure to include MMA on settlement checks.**                                                                  Unknown

Nature of claim          _____

Amount requested         _____

**All Premier Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim          _____

Amount requested         _____

**All Saints Insurance: Potential claims for failure to include MMA on settlement checks.**                                                            Unknown

Nature of claim          _____

Amount requested         _____

Case 24-31596 Document 169-1 Filed in TXSB on 09/26/24 Page 72 of 203

Debtor __**MMA Law Firm, PLLC**_____ Case number (if known) __**24-31596**_____
         Name

**Alliance United Insurance Company: Potential claims for failure to include MMA on settlement checks.**                            **Unknown**

   **Nature of claim** _____

   **Amount requested** _____

**Allied Property and Casualty Insurance Company: Potential claims for failure to include MMA on settlement checks.**                            **Unknown**

   **Nature of claim** _____

   **Amount requested** _____

**Allied World Surplus Lines Insurance Company: Potential claims for failure to include MMA on settlement checks.**                            **Unknown**

   **Nature of claim** _____

   **Amount requested** _____

**Alllstate: Potential claims for failure to include MMA on settlement checks.**                            **Unknown**

   **Nature of claim** _____

   **Amount requested** _____

**Allphase Insurance: Potential claims for failure to include MMA on settlement checks.**                            **Unknown**

   **Nature of claim** _____

   **Amount requested** _____

**Allstate Texas Lloyd's: Potential claims for failure to include MMA on settlement checks.**                            **Unknown**

   **Nature of claim** _____

   **Amount requested** _____

**Alpha Specialty Insurance Company: Potential claims for failure to include MMA on ettlement checks.**                            **Unknown**

   **Nature of claim** _____

   **Amount requested** _____

**AMCO Insurance Company: Potential claims for failure to include MMA on settlement checks.**                            **Unknown**

   **Nature of claim** _____

   **Amount requested** _____

**Amelia Underwriters: Potential claims for failure to include MMA on settlement checks.**                            **Unknown**

   **Nature of claim** _____

   **Amount requested** _____

**AMERICAN ADVANCE GROUP: Potential claims for failure to include MMA on settlement checks.**                            **Unknown**

   **Nature of claim** _____

   **Amount requested** _____

**American Casualty Company of Reading, PA: Potential claims for failure to include MMA on settlement checks.**                            **Unknown**

   **Nature of claim** _____

   **Amount requested** _____

Official Form 206A/B           **Schedule A/B: Assets -- Real and Personal Property**           page 72

Case 24-31596 Document 169-1 Filed in TXSB on 09/24/24 Page 73 of 203

Debtor **MMA Law Firm, PLLC**        Case number (if known) **24-31596**
Name

**American Coastal Insurance Company: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim _____

Amount requested _____

**American Eagle Insurance: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim _____

Amount requested _____

**American Economy Insurance Company: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim _____

Amount requested _____

**American Family Care Inc: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim _____

Amount requested _____

**American Family Mutual Insurance Company, S.I.: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim _____

Amount requested _____

**American Fidelity Insurance: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim _____

Amount requested _____

**American General Life Insurance: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim _____

Amount requested _____

**American Home Shield: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim _____

Amount requested _____

**American Insurance: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim _____

Amount requested _____

**American Integrity Insurance Company of Florida: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim _____

Amount requested _____

**American Integrity Insurance Group: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim _____

Amount requested _____

Case 24-31596 Document 169-1 Filed in TXSB on 09/26/24 Page 74 of 203

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|
| | Name | | |

**American National Lloyds: Potential claims for failure to include MMA on settlement checks.**      Unknown

     **Nature of claim** _____

     **Amount requested** _____

**American Partners Insurance Group Inc.: Potential claims for failure to include MMA on settlement checks.**      Unknown

     **Nature of claim** _____

     **Amount requested** _____

**American Risk Insurance Company: Potential claims for failure to include MMA on settlement checks.**      Unknown

     **Nature of claim** _____

     **Amount requested** _____

**American Strategic Insurance Corporation: Potential claims for failure to include MMA on settlement checks.**      Unknown

     **Nature of claim** _____

     **Amount requested** _____

**American Traditions Insurance Company: Potential claims for failure to include MMA on settlement checks.**      Unknown

     **Nature of claim** _____

     **Amount requested** _____

**AmeriTrust Group, Inc.: Potential claims for failure to include MMA on settlement checks.**      Unknown

     **Nature of claim** _____

     **Amount requested** _____

**AmeriTrust/Century Surety Company: Potential claims for failure to include MMA on settlement checks.**      Unknown

     **Nature of claim** _____

     **Amount requested** _____

**AmGuard Insurance Company: Potential claims for failure to include MMA on settlement checks.**      Unknown

     **Nature of claim** _____

     **Amount requested** _____

**Amica Mutual Insurance Company: Potential claims for failure to include MMA on settlement checks.**      Unknown

     **Nature of claim** _____

     **Amount requested** _____

**Amstate Insurance: Potential claims for failure to include MMA on settlement checks.**      Unknown

     **Nature of claim** _____

     **Amount requested** _____

**Anchor Insurance Group: Potential claims for failure to include MMA on settlement checks.**      Unknown

     **Nature of claim** _____

     **Amount requested** _____

Official Form 206A/B      **Schedule A/B: Assets -- Real and Personal Property**      page 74

Debtor **MMA Law Firm, PLLC**        Case number (if known)   **24-31596**

Name

**Ann Raush Insurance Agency: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim      _____

Amount requested      _____

**APA Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim      _____

Amount requested      _____

**Apollo Syndicate Management Limited: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim      _____

Amount requested      _____

**Arch Insurance Company: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim      _____

Amount requested      _____

**Argenia, LLC: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim      _____

Amount requested      _____

**Armstead Insurance: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim      _____

Amount requested      _____

**Arnold Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim      _____

Amount requested      _____

**ARROWHEAD General Insurance Agency, Inc.: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim      _____

Amount requested      _____

**Asi Preferred Insurance Corporation: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim      _____

Amount requested      _____

**Aspen American Insurance Company: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim      _____

Amount requested      _____

**Asset Insurance, LLC: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim      _____

Amount requested      _____

Official Form 206A/B        **Schedule A/B: Assets -- Real and Personal Property**        page 75

Debtor    **MMA Law Firm, PLLC**                Case number (if known)    **24-31596**
        Name

**Assurance: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

    **Nature of claim**      _____

    **Amount requested**      _____

**Assurant, Inc.: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

    **Nature of claim**      _____

    **Amount requested**      _____

**Asurion: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

    **Nature of claim**      _____

    **Amount requested**      _____

**Atlas General Agency: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

    **Nature of claim**      _____

    **Amount requested**      _____

**Auto Club Indemnity Company: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

    **Nature of claim**      _____

    **Amount requested**      _____

**Auto Club Indemnity Company d/b/a AAA Texas: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

    **Nature of claim**      _____

    **Amount requested**      _____

**Auto Club Insurance Company Of Florida: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

    **Nature of claim**      _____

    **Amount requested**      _____

**Auto-Owners Insurance Company: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

    **Nature of claim**      _____

    **Amount requested**      _____

**AXA XL Insurance America, Inc.: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

    **Nature of claim**      _____

    **Amount requested**      _____

**Axios: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

    **Nature of claim**      _____

    **Amount requested**      _____

**Axis Surplus Insurance: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

    **Nature of claim**      _____

    **Amount requested**      _____

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Azalea Insurance Company: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim     _____

Amount requested     _____

**Baker Insurance Group: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim     _____

Amount requested     _____

**Bankers Insurance Group: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim     _____

Amount requested     _____

**Banner Insurance Agency: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim     _____

Amount requested     _____

**Barbara Rogers Insurance: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim     _____

Amount requested     _____

**barneyinsurance: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim     _____

Amount requested     _____

**Bass Insurance: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim     _____

Amount requested     _____

**Bass Underwriters: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim     _____

Amount requested     _____

**Baton Rouge Insurance Agency: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim     _____

Amount requested     _____

**Bay View Insurance: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim     _____

Amount requested     _____

**BBCO Insurance: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim     _____

Amount requested     _____

**Beneficial Insurance Agency: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim     _____

Amount requested     _____

---

Official Form 206A/B      **Schedule A/B: Assets -- Real and Personal Property**      page 77

Debtor     **MMA Law Firm, PLLC**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
       Name

Case number (if known)   **24-31596**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

| | |
|---|---|
| **Bent Tree Country Club, Inc.: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| Nature of claim | |
| Amount requested | |
| **Berkshire Hathaway GUARD: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| Nature of claim | |
| Amount requested | |
| **Berkshire Hathaway Guard Insurance Companies: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| Nature of claim | |
| Amount requested | |
| **Bernard Insurance Agency, LLC : Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| Nature of claim | |
| Amount requested | |
| **Bienvenu Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| Nature of claim | |
| Amount requested | |
| **Bishop Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| Nature of claim | |
| Amount requested | |
| **Bjw Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| Nature of claim | |
| Amount requested | |
| **BJW Insurance Services, LLC: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| Nature of claim | |
| Amount requested | |
| **Blackboard Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| Nature of claim | |
| Amount requested | |
| **Blanchard: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| Nature of claim | |
| Amount requested | |
| **Blanchard Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| Nature of claim | |
| Amount requested | |

Case 24-31596 Document 161-1 Filed in TXSB on 09/23/24 Page 79 of 243

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Boswell Insurance Agency, Inc.: Potential claims for failure to include MMA on settlement checks.**                                     **Unknown**

Nature of claim _____

Amount requested _____

**Bourg Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                     **Unknown**

Nature of claim _____

Amount requested _____

**Braishfield Insurance: Potential claims for failure to include MMA on settlement checks.**                                     **Unknown**

Nature of claim _____

Amount requested _____

**Breard Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                     **Unknown**

Nature of claim _____

Amount requested _____

**Bristol West Insurance: Potential claims for failure to include MMA on settlement checks.**                                     **Unknown**

Nature of claim _____

Amount requested _____

**Brooks Insurance Services NOLA: Potential claims for failure to include MMA on settlement checks.**                                     **Unknown**

Nature of claim _____

Amount requested _____

**Brown & Brown Insurance: Potential claims for failure to include MMA on settlement checks.**                                     **Unknown**

Nature of claim _____

Amount requested _____

**Bruni Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                     **Unknown**

Nature of claim _____

Amount requested _____

**Burns and Wilcox Insurance- New Orleans: Potential claims for failure to include MMA on settlement checks.**                                     **Unknown**

Nature of claim _____

Amount requested _____

**BXS Insurance, Inc.: Potential claims for failure to include MMA on settlement checks.**                                     **Unknown**

Nature of claim _____

Amount requested _____

**Cabrillo Coastal General Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks.**                                     **Unknown**

Nature of claim _____

Amount requested _____

Debtor  **MMA Law Firm, PLLC**                                                 Case number (if known)  **24-31596**
        Name

**Cada Insurance Services LLC: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

    **Nature of claim**        _____

    **Amount requested**        _____

**Cam Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

    **Nature of claim**        _____

    **Amount requested**        _____

**Camellia Property Insurance: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

    **Nature of claim**        _____

    **Amount requested**        _____

**Campbell Insurance Agency Inc: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

    **Nature of claim**        _____

    **Amount requested**        _____

**Capital: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

    **Nature of claim**        _____

    **Amount requested**        _____

**Carmouche Insurance of Houma: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

    **Nature of claim**        _____

    **Amount requested**        _____

**Carrington: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

    **Nature of claim**        _____

    **Amount requested**        _____

**CARROLLTON INSURANCE AGENCY: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

    **Nature of claim**        _____

    **Amount requested**        _____

**Cascade Financial: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

    **Nature of claim**        _____

    **Amount requested**        _____

**Cascade Insurance: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

    **Nature of claim**        _____

    **Amount requested**        _____

**Castello Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

    **Nature of claim**        _____

    **Amount requested**        _____

Debtor **MMA Law Firm, PLLC**
Name

Case number (if known) **24-31596**

**Castle Key Indemnity Company: Potential claims for failure to include MMA on settlement checks.**

Unknown

Nature of claim _____

Amount requested _____

**Castle Key Insurance Co.: Potential claims for failure to include MMA on settlement checks.**

Unknown

Nature of claim _____

Amount requested _____

**Central Insurance: Potential claims for failure to include MMA on settlement checks.**

Unknown

Nature of claim _____

Amount requested _____

**Century Insurance Group: Potential claims for failure to include MMA on settlement checks.**

Unknown

Nature of claim _____

Amount requested _____

**Certain Underwriters At Lloyd'S And Other Insurers Subscribing To Account No. S-2108-591541-01: Potential claims for failure to include MMA on settlement checks.**

Unknown

Nature of claim _____

Amount requested _____

**Certain Underwriters at Lloyd's London: Potential claims for failure to include MMA on settlement checks.**

Unknown

Nature of claim _____

Amount requested _____

**Certain Underwriters At Lloyd's London And Other Insurers Subscribing To Policy No. L38644: Potential claims for failure to include MMA on settlement checks.**

Unknown

Nature of claim _____

Amount requested _____

**Chabert Insurance Agency LLC: Potential claims for failure to include MMA on settlement checks.**

Unknown

Nature of claim _____

Amount requested _____

**Charles D Glenn Jr Insurance: Potential claims for failure to include MMA on settlement checks.**

Unknown

Nature of claim _____

Amount requested _____

**Charles Thomas LLC: Potential claims for failure to include MMA on settlement checks.**

Unknown

Nature of claim _____

Amount requested _____

**Chavez Insurance: Potential claims for failure to include MMA on settlement checks.**

Unknown

Nature of claim _____

Amount requested _____

Debtor **MMA Law Firm, PLLC**
_____
Name

Case number (if known) **24-31596**
_____

**Choice Home Warranty: Potential claims for failure to include MMA on settlement checks.** _____

Unknown

**Nature of claim** _____

**Amount requested** _____

**Chris Markerson Insurance Agency: Potential claims for failure to include MMA on settlement checks.** _____

Unknown

**Nature of claim** _____

**Amount requested** _____

**Church Mutual Insurance Company: Potential claims for failure to include MMA on settlement checks.** _____

Unknown

**Nature of claim** _____

**Amount requested** _____

**Church Mutual Insurance Company, S.I.: Potential claims for failure to include MMA on settlement checks.** _____

Unknown

**Nature of claim** _____

**Amount requested** _____

**Citizens National Bank Mtg: Potential claims for failure to include MMA on settlement checks.** _____

Unknown

**Nature of claim** _____

**Amount requested** _____

**Citizens Property Insurance Corporation: Potential claims for failure to include MMA on settlement checks.** _____

Unknown

**Nature of claim** _____

**Amount requested** _____

**CJ Prevost Insurance Agency Inc: Potential claims for failure to include MMA on settlement checks.** _____

Unknown

**Nature of claim** _____

**Amount requested** _____

**Clarke Insurance: Potential claims for failure to include MMA on settlement checks.** _____

Unknown

**Nature of claim** _____

**Amount requested** _____

**Classic Insurance Services: Potential claims for failure to include MMA on settlement checks.** _____

Unknown

**Nature of claim** _____

**Amount requested** _____

**Clayton Herbert Insurance: Potential claims for failure to include MMA on settlement checks.** _____

Unknown

**Nature of claim** _____

**Amount requested** _____

**Clear Blue Insurance Company: Potential claims for failure to include MMA on settlement checks.** _____

Unknown

**Nature of claim** _____

**Amount requested** _____

Official Form 206A/B

**Schedule A/B: Assets -- Real and Personal Property**

page 82

Debtor    **MMA Law Firm, PLLC**                                    Case number (if known)  __24-31596__
          Name

**Clear Blue Specialty Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                                   __Unknown__

Nature of claim          _____

Amount requested         _____


**Clearwater Insurance: Potential claims for failure to include MMA on settlement checks.**                                                                   __Unknown__

Nature of claim          _____

Amount requested         _____


**CNA Insurance: Potential claims for failure to include MMA on settlement checks.**                                                                   __Unknown__

Nature of claim          _____

Amount requested         _____


**CNS Insurance Services, LLC: Potential claims for failure to include MMA on settlement checks.**                                                                   __Unknown__

Nature of claim          _____

Amount requested         _____


**Coastal American Insurance: Potential claims for failure to include MMA on settlement checks.**                                                                   __Unknown__

Nature of claim          _____

Amount requested         _____


**Coastal Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                                   __Unknown__

Nature of claim          _____

Amount requested         _____


**Coastal Louisiana Insurance: Potential claims for failure to include MMA on settlement checks.**                                                                   __Unknown__

Nature of claim          _____

Amount requested         _____


**Coastal Select: Potential claims for failure to include MMA on settlement checks.**                                                                   __Unknown__

Nature of claim          _____

Amount requested         _____


**Colonial Claims: Potential claims for failure to include MMA on settlement checks.**                                                                   __Unknown__

Nature of claim          _____

Amount requested         _____


**Columbia Lloyds Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                                   __Unknown__

Nature of claim          _____

Amount requested         _____


**Commonwealth Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                                   __Unknown__

Nature of claim          _____

Amount requested         _____


Official Form 206A/B              **Schedule A/B: Assets -- Real and Personal Property**                    page 83

| | |
|---|---|
| Debtor **MMA Law Firm, PLLC** | Case number (if known) **24-31596** |
| Name | |

**Consumer Insurance Services Inc.: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim    _____

Amount requested    _____

**Continental Casualty Company: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim    _____

Amount requested    _____

**Continental Insurance Services: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim    _____

Amount requested    _____

**Contractors Insurance Louisiana: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim    _____

Amount requested    _____

**Cooper Insurance: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim    _____

Amount requested    _____

**Cora Texas Insurance Company: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim    _____

Amount requested    _____

**Cornerstone Insurance Firm Llc: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim    _____

Amount requested    _____

**Cravens Insurance Group, LLC: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim    _____

Amount requested    _____

**Cravins Insurance Agency: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim    _____

Amount requested    _____

**Crossland Insurance Agency: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim    _____

Amount requested    _____

**Crown Standard Insurance: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim    _____

Amount requested    _____

Debtor  **MMA Law Firm, PLLC**                                      Case number (if known)  **24-31596**
          Name

**Crows Bureau Insurance Inc.: Potential claims for failure to include MMA on settlement checks.**                                 **Unknown**

Nature of claim  _____

Amount requested  _____

**Cumis Specialty Insurance Company, Inc.: Potential claims for failure to include MMA on settlement checks.**                                 **Unknown**

Nature of claim  _____

Amount requested  _____

**Curtis Insurance: Potential claims for failure to include MMA on settlement checks.**                                 **Unknown**

Nature of claim  _____

Amount requested  _____

**Cypress Insurance: Potential claims for failure to include MMA on settlement checks.**                                 **Unknown**

Nature of claim  _____

Amount requested  _____

**Cypress P&C Insurance: Potential claims for failure to include MMA on settlement checks.**                                 **Unknown**

Nature of claim  _____

Amount requested  _____

**Cypress Texas Lloyds: Potential claims for failure to include MMA on settlement checks.**                                 **Unknown**

Nature of claim  _____

Amount requested  _____

**Dabdoub Insurance: Potential claims for failure to include MMA on settlement checks.**                                 **Unknown**

Nature of claim  _____

Amount requested  _____

**Dallas Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                 **Unknown**

Nature of claim  _____

Amount requested  _____

**Dan Burghardt Insurance: Potential claims for failure to include MMA on settlement checks.**                                 **Unknown**

Nature of claim  _____

Amount requested  _____

**Dave Holley Insurance: Potential claims for failure to include MMA on settlement checks.**                                 **Unknown**

Nature of claim  _____

Amount requested  _____

**Dave Millet Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                 **Unknown**

Nature of claim  _____

Amount requested  _____

**David H Stiel Jr. Agency : Potential claims for failure to include MMA on settlement checks.**                                 **Unknown**

Nature of claim  _____

Amount requested  _____

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**David H. Stiel Jr Agency: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim                    _____

Amount requested                    _____

**Davis Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim                    _____

Amount requested                    _____

**Delucia Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim                    _____

Amount requested                    _____

**Demarie Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim                    _____

Amount requested                    _____

**Demerara Life Assurance Society: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim                    _____

Amount requested                    _____

**Dimattia Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim                    _____

Amount requested                    _____

**Direct Auto Insurance: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim                    _____

Amount requested                    _____

**DJW Insurance Agency, Inc.: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim                    _____

Amount requested                    _____

**Dorey Insurance: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim                    _____

Amount requested                    _____

**Dorsey Insurance Group: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim                    _____

Amount requested                    _____

**Dorsey Susan Insurance: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim                    _____

Amount requested                    _____

**Dupre Carrier & Godchaux Insurance: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim                    _____

Amount requested                    _____

Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 86

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Dupre Carrier Godchaux: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| Nature of claim | |
| Amount requested | |
| **E&J Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| Nature of claim | |
| Amount requested | |
| **Eagan Insurancy Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| Nature of claim | |
| Amount requested | |
| **Edison Insurance Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| Nature of claim | |
| Amount requested | |
| **Employers Mutual Casualty Company: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| Nature of claim | |
| Amount requested | |
| **Encompass Insurance Company of America: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| Nature of claim | |
| Amount requested | |
| **Enj Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| Nature of claim | |
| Amount requested | |
| **Equity Partner Insurance Services: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| Nature of claim | |
| Amount requested | |
| **Erath Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| Nature of claim | |
| Amount requested | |
| **Erdey Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| Nature of claim | |
| Amount requested | |
| **Erdey Insurance Agency, Inc.: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |
| Nature of claim | |
| Amount requested | |

Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 87

Debtor   **MMA Law Firm, PLLC**                                    Case number (if known)   24-31596
         Name

**Erie Insurance: Potential claims for failure to include MMA on settlement checks.**                    Unknown

**Nature of claim**        _____

**Amount requested**       _____

**Esurance : Potential claims for failure to include MMA on settlement checks.**                    Unknown

**Nature of claim**        _____

**Amount requested**       _____

**Evanston Insurance Company: Potential claims for failure to include MMA on settlement checks.**                    Unknown

**Nature of claim**        _____

**Amount requested**       _____

**Family Insurance Center: Potential claims for failure to include MMA on settlement checks.**                    Unknown

**Nature of claim**        _____

**Amount requested**       _____

**Family Security Insurance Company: Potential claims for failure to include MMA on settlement checks.**                    Unknown

**Nature of claim**        _____

**Amount requested**       _____

**Farm Bureau: Potential claims for failure to include MMA on settlement checks.**                    Unknown

**Nature of claim**        _____

**Amount requested**       _____

**Farm Bureau General Insurance Company of Michigan: Potential claims for failure to include MMA on settlement checks.**                    Unknown

**Nature of claim**        _____

**Amount requested**       _____

**Farm Bureau of Mississippi: Potential claims for failure to include MMA on settlement checks.**                    Unknown

**Nature of claim**        _____

**Amount requested**       _____

**Farm Bureau,5400 University Ave.,West Des Moines,la 50266: Potential claims for failure to include MMA on settlement checks.**                    Unknown

**Nature of claim**        _____

**Amount requested**       _____

**Farm Mutual Insurance Association of Burnet County (FMBC): Potential claims for failure to include MMA on settlement checks.**                    Unknown

**Nature of claim**        _____

**Amount requested**       _____

**Farmers Casualty Insurance Company: Potential claims for failure to include MMA on settlement checks.**                    Unknown

**Nature of claim**        _____

**Amount requested**       _____

Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 88

Debtor **MMA Law Firm, PLLC**                                    Case number (if known) **24-31596**
_____Name_____

**Farmers Insurance Company, Inc.: Potential claims for failure to include MMA on settlement checks.**                                                  **Unknown**

**Nature of claim**         _____

**Amount requested**        _____

**FCCI Insurance Group: Potential claims for failure to include MMA on settlement checks.**                                              **Unknown**

**Nature of claim**         _____

**Amount requested**        _____

**Federal Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                              **Unknown**

**Nature of claim**         _____

**Amount requested**        _____

**Federated National Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                              **Unknown**

**Nature of claim**         _____

**Amount requested**        _____

**FedNat Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                              **Unknown**

**Nature of claim**         _____

**Amount requested**        _____

**FedNat Insurance Company (FIGA): Potential claims for failure to include MMA on settlement checks.**                                              **Unknown**

**Nature of claim**         _____

**Amount requested**        _____

**FEMA Insurance: Potential claims for failure to include MMA on settlement checks.**                                              **Unknown**

**Nature of claim**         _____

**Amount requested**        _____

**Financial Insurance Consultants: Potential claims for failure to include MMA on settlement checks.**                                              **Unknown**

**Nature of claim**         _____

**Amount requested**        _____

**Fireman's Fund Insurance Company (Allianz): Potential claims for failure to include MMA on settlement checks.**                                              **Unknown**

**Nature of claim**         _____

**Amount requested**        _____

**First American Financial Title Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                              **Unknown**

**Nature of claim**         _____

**Amount requested**        _____

**First Community Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                              **Unknown**

**Nature of claim**         _____

**Amount requested**        _____

Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 89

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**First Choice Insurance : Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim _____

Amount requested _____

**First Insurance Funding: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim _____

Amount requested _____

**First Premium Inc: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim _____

Amount requested _____

**First Protective Insurance Company: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim _____

Amount requested _____

**Fletcher Insurance Group: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim _____

Amount requested _____

**Florida Family Insurance Company: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim _____

Amount requested _____

**Florida Farm Bureau: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim _____

Amount requested _____

**Florida Peninsula Insurance Company: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim _____

Amount requested _____

**Flowers Insurance Agency: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim _____

Amount requested _____

**Folsom Village Insurance: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim _____

Amount requested _____

**Frank J Musso Insurance: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim _____

Amount requested _____

Case 24-31596 Document 61-1 Filed in TXSB on 09/27/24 Page 91 of 208

Debtor   **MMA Law Firm, PLLC**                                      Case number (if known)   **24-31596**
         Name

**Fred Loya Insurance: Potential claims for failure to include MMA on settlement checks.**                                    Unknown

    **Nature of claim**     _____

    **Amount requested**   _____

**Freeway Insurance: Potential claims for failure to include MMA on settlement checks.**                                    Unknown

    **Nature of claim**     _____

    **Amount requested**   _____

**Freeway Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                    Unknown

    **Nature of claim**     _____

    **Amount requested**   _____

**Frontline Insurance: Potential claims for failure to include MMA on settlement checks.**                                    Unknown

    **Nature of claim**     _____

    **Amount requested**   _____

**Frontline Insurance Unlimited Company: Potential claims for failure to include MMA on settlement checks.**                                    Unknown

    **Nature of claim**     _____

    **Amount requested**   _____

**Gaither Mary Insurance: Potential claims for failure to include MMA on settlement checks.**                                    Unknown

    **Nature of claim**     _____

    **Amount requested**   _____

**Galindo Law: Potential claims for failure to include MMA on settlement checks.**                                    Unknown

    **Nature of claim**     _____

    **Amount requested**   _____

**Gallagher Bassett: Potential claims for failure to include MMA on settlement checks.**                                    Unknown

    **Nature of claim**     _____

    **Amount requested**   _____

**Gamble, Vida: Potential claims for failure to include MMA on settlement checks.**                                    Unknown

    **Nature of claim**     _____

    **Amount requested**   _____

**GAR Real Estate & Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                    Unknown

    **Nature of claim**     _____

    **Amount requested**   _____

**Garcia Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                    Unknown

    **Nature of claim**     _____

    **Amount requested**   _____

**Garcia Insurance Services: Potential claims for failure to include MMA on settlement checks.**                                    Unknown

    **Nature of claim**     _____

    **Amount requested**   _____

Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 91

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Gassie Insurance Agency Inc.: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested          _____

**Gator Insurance Service: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____

**Gautreaux Insurance Agency Corporated: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____

**Geanette Coisin insurance agency: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____

**Geico: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____

**Geiling Insurance Agency: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____

**Gelpi Horn Insurance: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____

**General Star Indemnity Company: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____

**General Star Management, LLC: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____

**Germania Farm Mutual Insurance: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____

**Gilbert Blanchard Insurance: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____

| Official Form 206A/B | Schedule A/B: Assets -- Real and Personal Property | page 92 |

Case 24-31596 Document 161-1 Filed in TXSB on 09/27/24 Page 93 of 208

Debtor   **MMA Law Firm, PLLC**           Case number (if known)   __24-31596__
        Name

**Glenn Dean Insurance: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

    **Nature of claim**    _____

    **Amount requested**    _____

**Global Indemnity Group: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

    **Nature of claim**    _____

    **Amount requested**    _____

**Global Risk Solutions: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

    **Nature of claim**    _____

    **Amount requested**    _____

**Go Auto Insurance: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

    **Nature of claim**    _____

    **Amount requested**    _____

**Goosehead Insurance Company: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

    **Nature of claim**    _____

    **Amount requested**    _____

**Grange Insurance: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

    **Nature of claim**    _____

    **Amount requested**    _____

**Great Southern Insurance: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

    **Nature of claim**    _____

    **Amount requested**    _____

**Guard Insurance Company: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

    **Nature of claim**    _____

    **Amount requested**    _____

**Guardian Insurance: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

    **Nature of claim**    _____

    **Amount requested**    _____

**Guide One Insurance Company: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

    **Nature of claim**    _____

    **Amount requested**    _____

**Guidry Insurance: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

    **Nature of claim**    _____

    **Amount requested**    _____

**Gulf Coast: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

    **Nature of claim**    _____

    **Amount requested**    _____

Debtor **MMA Law Firm, PLLC**
Name

Case number (if known) **24-31596**

**Gulf Coast Insurance Agency, Inc.: Potential claims for failure to include MMA on settlement checks.**                                                                                                          Unknown

Nature of claim _____

Amount requested _____

**Gulf South Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                                                                          Unknown

Nature of claim _____

Amount requested _____

**Haik Insurance Holdings, LLC.  Potential claims for failure to include MMA on settlement checks.**                                                                                                          Unknown

Nature of claim _____

Amount requested _____

**Hampton Insurance: Potential claims for failure to include MMA on settlement checks.**                                                                                                          Unknown

Nature of claim _____

Amount requested _____

**Hanley Trustee Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                                                                          Unknown

Nature of claim _____

Amount requested _____

**Hardwick Insurance: Potential claims for failure to include MMA on settlement checks.**                                                                                                          Unknown

Nature of claim _____

Amount requested _____

**Harlan Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks.**                                                                                                          Unknown

Nature of claim _____

Amount requested _____

**Harry Kelleher and Company: Potential claims for failure to include MMA on settlement checks.**                                                                                                          Unknown

Nature of claim _____

Amount requested _____

**Hartford Flood Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                                                                          Unknown

Nature of claim _____

Amount requested _____

**Hays Agency: Potential claims for failure to include MMA on settlement checks.**                                                                                                          Unknown

Nature of claim _____

Amount requested _____

Official Form 206A/B                     **Schedule A/B: Assets -- Real and Personal Property**                     page 94

Debtor **MMA Law Firm, PLLC**              Case number (if known) **24-31596**
Name

**HDI Global Insurance Company dba HDI Global Specialty SE: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim _____

Amount requested _____

**Henry Insurance Agency: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim _____

Amount requested _____

**Heritage Insurance: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim _____

Amount requested _____

**Heritage Property & Casualty Insurance Company: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim _____

Amount requested _____

**Herman Venable Insurance Agency Inc: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim _____

Amount requested _____

**Highland Insurance Solutions, LLC: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim _____

Amount requested _____

**Hippo Insurance: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim _____

Amount requested _____

**Hiscox Insurance: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim _____

Amount requested _____

**Hiscox Insurance Company: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim _____

Amount requested _____

**HOAIC – Homeowners of America Insurance Company: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim _____

Amount requested _____

**Hochheim Prarie Insurance: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim _____

Amount requested _____

Case 24-31596 Document 61-1 Filed in TXSB on 09/27/24 Page 96 of 208

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Hogan Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

Nature of claim _____

Amount requested _____

**Home First Agency Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

Nature of claim _____

Amount requested _____

**HomeFirst Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

Nature of claim _____

Amount requested _____

**Homeowners Choice Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

Nature of claim _____

Amount requested _____

**Homeowners Choice Property & Casualty Insurance Company, Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

Nature of claim _____

Amount requested _____

**Homesite Lloyds of Texas: Potential claims for failure to include MMA on settlement checks.** **Unknown**

Nature of claim _____

Amount requested _____

**Hopper Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

Nature of claim _____

Amount requested _____

**Horace Mann Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

Nature of claim _____

Amount requested _____

**Horton's Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks.** **Unknown**

Nature of claim _____

Amount requested _____

**Hub City Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

Nature of claim _____

Amount requested _____

**IAS Claim Services: Potential claims for failure to include MMA on settlement checks.** **Unknown**

Nature of claim _____

Amount requested _____

Debtor **MMA Law Firm, PLLC**                                      Case number (if known)  **24-31596**
_____
Name

**IAT Insurance: Potential claims for failure to include MMA on settlement checks.**                                      **Unknown**

**Nature of claim**          _____

**Amount requested**        _____


**IAT Insurance Group: Potential claims for failure to include MMA on settlement checks.**                                      **Unknown**

**Nature of claim**          _____

**Amount requested**        _____


**ICAT Boulder Claims: Potential claims for failure to include MMA on settlement checks.**                                      **Unknown**

**Nature of claim**          _____

**Amount requested**        _____


**ICAT Catastrophe Insurance: Potential claims for failure to include MMA on settlement checks.**                                      **Unknown**

**Nature of claim**          _____

**Amount requested**        _____


**IMT Insurance: Potential claims for failure to include MMA on settlement checks.**                                      **Unknown**

**Nature of claim**          _____

**Amount requested**        _____


**Incline Casualty Company: Potential claims for failure to include MMA on settlement checks.**                                      **Unknown**

**Nature of claim**          _____

**Amount requested**        _____


**Insight Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                      **Unknown**

**Nature of claim**          _____

**Amount requested**        _____


**Insurance  Depot: Potential claims for failure to include MMA on settlement checks.**                                      **Unknown**

**Nature of claim**          _____

**Amount requested**        _____


**insurance Agency LaPlace: Potential claims for failure to include MMA on settlement checks.**                                      **Unknown**

**Nature of claim**          _____

**Amount requested**        _____


**Insurance agency LLC: Potential claims for failure to include MMA on settlement checks.**                                      **Unknown**

**Nature of claim**          _____

**Amount requested**        _____


**Insurance Board United Church Insurance Association Program: Potential claims for failure to include MMA on settlement checks.**                                      **Unknown**

**Nature of claim**          _____

**Amount requested**        _____


**Insurance INC: Potential claims for failure to include MMA on settlement checks.**                                      **Unknown**

**Nature of claim**          _____

**Amount requested**        _____

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|
| | Name | | |

**Insurance Unlimited: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

Nature of claim _____

Amount requested _____

**Insure Plus: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

Nature of claim _____

Amount requested _____

**Insureco Insurance: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

Nature of claim _____

Amount requested _____

**International Catastrophe Insurance Managers, LLC: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

Nature of claim _____

Amount requested _____

**IPC /Brightway Insurance: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

Nature of claim _____

Amount requested _____

**IPFS - Imperial PFS: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

Nature of claim _____

Amount requested _____

**IPG Insurance: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

Nature of claim _____

Amount requested _____

**Jeanette Voisin Insurance Agency: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

Nature of claim _____

Amount requested _____

**Jena Insurance: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

Nature of claim _____

Amount requested _____

**John Hendry Insurance Agency: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

Nature of claim _____

Amount requested _____

**John Henry Smith Insurance: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

Nature of claim _____

Amount requested _____

Case 24-31596 Document 161-1 Filed in TXSB on 09/27/24 Page 99 of 243

Debtor **MMA Law Firm, PLLC**
_____     Case number (if known) **24-31596**
Name

**Johns Eastern Company, Inc.: Potential claims for failure to include MMA on settlement checks.**                                          **Unknown**

Nature of claim         _____

Amount requested        _____

**Johnson & Johnson, Inc: Potential claims for failure to include MMA on settlement checks.**                                          **Unknown**

Nature of claim         _____

Amount requested        _____

**Johnson and Johnson: Potential claims for failure to include MMA on settlement checks.**                                          **Unknown**

Nature of claim         _____

Amount requested        _____

**Jones Insurance: Potential claims for failure to include MMA on settlement checks.**                                          **Unknown**

Nature of claim         _____

Amount requested        _____

**Joyce Ferrara Notary: Potential claims for failure to include MMA on settlement checks.**                                          **Unknown**

Nature of claim         _____

Amount requested        _____

**Kay's Agency: Potential claims for failure to include MMA on settlement checks.**                                          **Unknown**

Nature of claim         _____

Amount requested        _____

**Kelly Lee Insurance: Potential claims for failure to include MMA on settlement checks.**                                          **Unknown**

Nature of claim         _____

Amount requested        _____

**Kelly Stewart Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                          **Unknown**

Nature of claim         _____

Amount requested        _____

**Kemp Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                          **Unknown**

Nature of claim         _____

Amount requested        _____

**Kemper Life: Potential claims for failure to include MMA on settlement checks.**                                          **Unknown**

Nature of claim         _____

Amount requested        _____

**Kemper Personal Insurance: Potential claims for failure to include MMA on settlement checks.**                                          **Unknown**

Nature of claim         _____

Amount requested        _____

**Kemper Preferred: Potential claims for failure to include MMA on settlement checks.**                                          **Unknown**

Nature of claim         _____

Amount requested        _____

Official Form 206A/B                **Schedule A/B: Assets -- Real and Personal Property**                page 99

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Kemper Speciality: Potential claims for failure to include MMA on settlement checks.**                  **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Kendra L Hardnett Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                  **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Kensington Insurance: Potential claims for failure to include MMA on settlement checks.**                  **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Kim Fuscia Insurance: Potential claims for failure to include MMA on settlement checks.**                  **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**KTS Insurance Agency:  Potential claims for failure to include MMA on settlement checks.**                  **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Lagniappe Insurance Llc: Potential claims for failure to include MMA on settlement checks.**                  **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Lake Area Insurance Group: Potential claims for failure to include MMA on settlement checks.**                  **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Lakeview Insurance: Potential claims for failure to include MMA on settlement checks.**                  **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Landmark American Insurance Company: Potential claims for failure to include MMA on settlement checks.**                  **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Latter & Blum Insurance Services: Potential claims for failure to include MMA on settlement checks.**                  **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Leach Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                  **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

Case 24-31596 Document 169-1 Filed in TXSB on 04/23/24 Page 101 of 203

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Leauxcal Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**LeBlanc Insurance Agency: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Leboeuf: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Ledet Insurance Company: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Lemione Insurance: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Lemoine Insurance Agency: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Lemoine Insurance Agency LLC: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Lender Placed Insurance: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Lender-placed Insurance Coverage: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Lexington Insurance Company: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Liberty Insurance Corporation: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

Debtor **MMA Law Firm, PLLC**      Case number (if known) **24-31596**
_____
Name

**Liberty Insurance, Inc.: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Liggio Insurance Agency: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

**Nature of claim** _____

**Amount requested** _____

**LoanCare: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Local Choice Insurance Agency: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Louisiana Companies: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Louisiana Insurance Service: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Louisiana Insurance Services: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Louisiana Twins Insurance Agency: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Lyndon Southern Insurance Company: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Lyons Insurance Company: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Madison Insurance: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

**Nature of claim** _____

**Amount requested** _____

Debtor  **MMA Law Firm, PLLC**                     Case number (if known) __24-31596__
        Name

**Maison Insurance Company (LIGA): Potential claims for failure to include MMA on settlement checks.**                                                                    **Unknown**

    **Nature of claim**          _____

    **Amount requested**          _____

**Majestic Life Insurance Co: Potential claims for failure to include MMA on settlement checks.**                                                                    **Unknown**

    **Nature of claim**          _____

    **Amount requested**          _____

**Margaret Company: Potential claims for failure to include MMA on settlement checks.**                                                                    **Unknown**

    **Nature of claim**          _____

    **Amount requested**          _____

**Markel Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                                    **Unknown**

    **Nature of claim**          _____

    **Amount requested**          _____

**Martin Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                                    **Unknown**

    **Nature of claim**          _____

    **Amount requested**          _____

**Matic Insurance Services: Potential claims for failure to include MMA on settlement checks.**                                                                    **Unknown**

    **Nature of claim**          _____

    **Amount requested**          _____

**Maverick Claims: Potential claims for failure to include MMA on settlement checks.**                                                                    **Unknown**

    **Nature of claim**          _____

    **Amount requested**          _____

**Maverick Insurance: Potential claims for failure to include MMA on settlement checks.**                                                                    **Unknown**

    **Nature of claim**          _____

    **Amount requested**          _____

**Maxum Specialty Insurance Group: Potential claims for failure to include MMA on settlement checks.**                                                                    **Unknown**

    **Nature of claim**          _____

    **Amount requested**          _____

**Mayo Land and Title Co.: Potential claims for failure to include MMA on settlement checks.**                                                                    **Unknown**

    **Nature of claim**          _____

    **Amount requested**          _____

**Mcgriff Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                                    **Unknown**

    **Nature of claim**          _____

    **Amount requested**          _____

**McGriff Insurance Services: Potential claims for failure to include MMA on settlement checks.**                                                                    **Unknown**

    **Nature of claim**          _____

    **Amount requested**          _____

Official Form 206A/B                **Schedule A/B: Assets -- Real and Personal Property**                page 103

Debtor **MMA Law Firm, PLLC**
Name

Case number (if known) __24-31596__

**MD Claims Group LLC : Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Meridian Security Insurance Company: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Mesa Underwriters Specialty Insurance Company (MUSIC): Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Metropolitan Lloyds Insurance Company of Texas: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**MIC General Insurance Corporation: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Mic Property And Casualty Insurance Corporation: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Mid-America Catastrophe Services, LLC: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Mid-Century Insurance Company: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Mike Huvall Insurance: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Millenial Specialty Insurance Llc: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

Case 24-31596 Document 161-1 Filed in TXSB on 04/23/24 Page 105 of 203

| | |
|---|---|
| Debtor **MMA Law Firm, PLLC** | Case number (if known) **24-31596** |
| Name | |

**Miller Insurance Inc: Potential claims for failure to include MMA on settlement checks.**   Unknown

**Nature of claim**   _____

**Amount requested**   _____

**Mississippi Residential Property Insurance: Potential claims for failure to include MMA on settlement checks.**   Unknown

**Nature of claim**   _____

**Amount requested**   _____

**Mississippi Residential Property Insurance Underwriting Association: Potential claims for failure to include MMA on settlement checks.**   Unknown

**Nature of claim**   _____

**Amount requested**   _____

**Mississippi Windstorm Underwriting Association: Potential claims for failure to include MMA on settlement checks.**   Unknown

**Nature of claim**   _____

**Amount requested**   _____

**Missouri Farm Bureau Insurance: Potential claims for failure to include MMA on settlement checks.**   Unknown

**Nature of claim**   _____

**Amount requested**   _____

**Mitch Hollier Insurance: Potential claims for failure to include MMA on settlement checks.**   Unknown

**Nature of claim**   _____

**Amount requested**   _____

**Molina Insurance Agency: Potential claims for failure to include MMA on settlement checks.**   Unknown

**Nature of claim**   _____

**Amount requested**   _____

**Monarch National Insurance Company: Potential claims for failure to include MMA on settlement checks.**   Unknown

**Nature of claim**   _____

**Amount requested**   _____

**Montesano Insurance Agency: Potential claims for failure to include MMA on settlement checks.**   Unknown

**Nature of claim**   _____

**Amount requested**   _____

**Morris Insurance Agency Inc: Potential claims for failure to include MMA on settlement checks.**   Unknown

**Nature of claim**   _____

**Amount requested**   _____

**Morvant Insurance Agency, LLC  : Potential claims for failure to include MMA on settlement checks.**   Unknown

**Nature of claim**   _____

**Amount requested**   _____

Case 24-31596 Document 161-1 Filed in TXSB on 04/23/24 Page 106 of 203

| Debtor | **MMA Law Firm, PLLC** | | Case number (if known) | **24-31596** |
|---|---|---|---|---|
| | Name | | | |

**Motts Insurance: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim    _____

Amount requested    _____

**MSJ Insurance Agency: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim    _____

Amount requested    _____

**Mt. Hawley Insurance Company: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim    _____

Amount requested    _____

**National Flood Insurance Program: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim    _____

Amount requested    _____

**National Lloyds Insurance: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim    _____

Amount requested    _____

**National Security Group: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim    _____

Amount requested    _____

**National Trust Insurance Company: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim    _____

Amount requested    _____

**Nationwide Agribusiness Insurance Company: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim    _____

Amount requested    _____

**Nationwide E&S/Specialty: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim    _____

Amount requested    _____

**Nationwide General Insurance Company: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim    _____

Amount requested    _____

**Nationwide Insurance: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim    _____

Amount requested    _____

Case 24-31596 Document 169-1 Filed in TXSB on 04/23/24 Page 107 of 203

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|

Name

**New Horizon's: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

Nature of claim   _____

Amount requested   _____

**New York life insurance: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

Nature of claim   _____

Amount requested   _____

**New York Marine & General Insurance Company: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

Nature of claim   _____

Amount requested   _____

**Next Insurance Company: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

Nature of claim   _____

Amount requested   _____

**NFIP Direct: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

Nature of claim   _____

Amount requested   _____

**NJM Insurance: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

Nature of claim   _____

Amount requested   _____

**Nobel Insurance Services: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

Nature of claim   _____

Amount requested   _____

**Noble Insurance: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

Nature of claim   _____

Amount requested   _____

**North American Risk: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

Nature of claim   _____

Amount requested   _____

**North Carolina Insurance Underwriting Association: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

Nature of claim   _____

Amount requested   _____

**North Carolina Joint Underwriting Association: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

Nature of claim   _____

Amount requested   _____

Debtor   **MMA Law Firm, PLLC**                                      Case number (if known)   **24-31596**
       Name

**Obq Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                    **Unknown**

    **Nature of claim**             _____

    **Amount requested**        _____

**Ocean Harbor Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                    **Unknown**

    **Nature of claim**             _____

    **Amount requested**        _____

**Ohio Security Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                    **Unknown**

    **Nature of claim**             _____

    **Amount requested**        _____

**Old American Indemnity Company: Potential claims for failure to include MMA on settlement checks.**                                    **Unknown**

    **Nature of claim**             _____

    **Amount requested**        _____

**Old Republic Union Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                    **Unknown**

    **Nature of claim**             _____

    **Amount requested**        _____

**Olympus Insurance: Potential claims for failure to include MMA on settlement checks.**                                    **Unknown**

    **Nature of claim**             _____

    **Amount requested**        _____

**Olympus Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                    **Unknown**

    **Nature of claim**             _____

    **Amount requested**        _____

**Omega Home & Auto Care: Potential claims for failure to include MMA on settlement checks.**                                    **Unknown**

    **Nature of claim**             _____

    **Amount requested**        _____

**O'Neil, M.D., Stephen: Potential claims for failure to include MMA on settlement checks.**                                    **Unknown**

    **Nature of claim**             _____

    **Amount requested**        _____

**Orchid Underwriters Agency LLC: Potential claims for failure to include MMA on settlement checks.**                                    **Unknown**

    **Nature of claim**             _____

    **Amount requested**        _____

**Orion180: Potential claims for failure to include MMA on settlement checks.**                                    **Unknown**

    **Nature of claim**             _____

    **Amount requested**        _____

Case 24-31596 Document 161-1 Filed in TXSB on 04/23/24 Page 109 of 203

Debtor **MMA Law Firm, PLLC**            Case number (if known) **24-31596**
Name

**OSC Insurance Services: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Owens Insurance Agency: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Ozark Insurance Agency: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Pace Insurance: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Patin Insurance Agency: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Patsy Johnson Insurance: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Paul's Agency LLC: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Peninsula Insurance Bureau: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Penn-American Insurance Company: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Pennsylvania Lumbermens Mutual Insurance Company: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Peoples First Insurance: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

**Nature of claim** _____

**Amount requested** _____

Official Form 206A/B        **Schedule A/B: Assets -- Real and Personal Property**        page 109

Debtor **MMA Law Firm, PLLC**
Name
Case number (if known) **24-31596**

**People's Trust Insurance Company: Potential claims for failure to include MMA on settlement checks.** Unknown

Nature of claim _____

Amount requested _____

**Perkins Insurance Company: Potential claims for failure to include MMA on settlement checks.** Unknown

Nature of claim _____

Amount requested _____

**PHH Mortgage: Potential claims for failure to include MMA on settlement checks.** Unknown

Nature of claim _____

Amount requested _____

**Philadelphia Indemnity Insurance Company: Potential claims for failure to include MMA on settlement checks.** Unknown

Nature of claim _____

Amount requested _____

**Pilot Catastrophe Services, Inc.: Potential claims for failure to include MMA on settlement checks.** Unknown

Nature of claim _____

Amount requested _____

**Plescia Insurance Agency Inc.: Potential claims for failure to include MMA on settlement checks.** Unknown

Nature of claim _____

Amount requested _____

**Possible Force Placed Policy: Potential claims for failure to include MMA on settlement checks.** Unknown

Nature of claim _____

Amount requested _____

**Powell & Associates Insurance: Potential claims for failure to include MMA on settlement checks.** Unknown

Nature of claim _____

Amount requested _____

**PPG & Associates: Potential claims for failure to include MMA on settlement checks.** Unknown

Nature of claim _____

Amount requested _____

**Praetorian Insurance Company: Potential claims for failure to include MMA on settlement checks.** Unknown

Nature of claim _____

Amount requested _____

Debtor **MMA Law Firm, PLLC**                                          Case number (if known) __24-31596__
          Name

**Predental life and home insurance: Potential claims for failure to include MMA on settlement
checks.**                                                                                 **Unknown**

  **Nature of claim**            _____

  **Amount requested**           _____


**Prestige Insurance: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

  **Nature of claim**            _____

  **Amount requested**           _____


**Prime Insurance Group: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

  **Nature of claim**            _____

  **Amount requested**           _____


**Proctor Financial Company: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

  **Nature of claim**            _____

  **Amount requested**           _____


**Proctor Insurance Agency: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

  **Nature of claim**            _____

  **Amount requested**           _____


**Proctor Loan Protector: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

  **Nature of claim**            _____

  **Amount requested**           _____


**Pronto General Agency LTD: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

  **Nature of claim**            _____

  **Amount requested**           _____


**Prosight Specialty Insurance Company: Potential claims for failure to include MMA on
settlement checks.**                                                                      **Unknown**

  **Nature of claim**            _____

  **Amount requested**           _____


**Protective Risk Agency: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

  **Nature of claim**            _____

  **Amount requested**           _____


**Quality Plus Insurance: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

  **Nature of claim**            _____

  **Amount requested**           _____


**Ramsgate Insurance: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

  **Nature of claim**            _____

  **Amount requested**           _____


**Ratliff-Myers Insurance: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

  **Nature of claim**            _____

  **Amount requested**           _____


Official Form 206A/B                **Schedule A/B: Assets -- Real and Personal Property**                page 111

Debtor **MMA Law Firm, PLLC**
Name
Case number (if known) **24-31596**

**Record Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Red River Mutual: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Reeds Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Regent Bank Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Remkes Reenee Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**River Lane Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Riverlands Insurance Agency, : Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Riverlands Insurance Services, Inc.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Riverside Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**RLI Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Roana Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

**Roane Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim**

**Amount requested**

Debtor  **MMA Law Firm, PLLC**
        Name

Case number (if known)  **24-31596**

**Robert Sheard Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                  Unknown

Nature of claim                _____

Amount requested               _____

**RPS - Risk Placement Sevices: Potential claims for failure to include MMA on settlement checks.**                                                  Unknown

Nature of claim                _____

Amount requested               _____

**RPS Premium Finance: Potential claims for failure to include MMA on settlement checks.**                                                  Unknown

Nature of claim                _____

Amount requested               _____

**RPS-Risk Placement Services: Potential claims for failure to include MMA on settlement checks.**                                                  Unknown

Nature of claim                _____

Amount requested               _____

**Rushmore Loan Company: Potential claims for failure to include MMA on settlement checks.**                                                  Unknown

Nature of claim                _____

Amount requested               _____

**Rushmore Loan Management Services: Potential claims for failure to include MMA on settlement checks.**                                                  Unknown

Nature of claim                _____

Amount requested               _____

**RVOS Insurance Group: Potential claims for failure to include MMA on settlement checks.**                                                  Unknown

Nature of claim                _____

Amount requested               _____

**Sabine Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                  Unknown

Nature of claim                _____

Amount requested               _____

**Safe Harbor Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                  Unknown

Nature of claim                _____

Amount requested               _____

**Safe Source Insurance: Potential claims for failure to include MMA on settlement checks.**                                                  Unknown

Nature of claim                _____

Amount requested               _____

**Safegard: Potential claims for failure to include MMA on settlement checks.**                                                  Unknown

Nature of claim                _____

Amount requested               _____

Debtor  **MMA Law Firm, PLLC**                                   Case number (if known)  **24-31596**
        Name

**Safety Specialty Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

Nature of claim          _____

Amount requested         _____


**Safeway Insurance: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

Nature of claim          _____

Amount requested         _____


**Sagesure: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

Nature of claim          _____

Amount requested         _____


**Sakiewicz Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

Nature of claim          _____

Amount requested         _____


**Scelfo Insurance: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

Nature of claim          _____

Amount requested         _____


**Schilling & Reid Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

Nature of claim          _____

Amount requested         _____


**Secur-All Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

Nature of claim          _____

Amount requested         _____


**Security First Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

Nature of claim          _____

Amount requested         _____


**Security Life Insurance Plan Company (Citizens, Inc.): Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

Nature of claim          _____

Amount requested         _____


**Sedgwick Claims Management Services: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

Nature of claim          _____

Amount requested         _____


**Select Portfolio Servicing, Inc.: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

Nature of claim          _____

Amount requested         _____


Official Form 206A/B              **Schedule A/B: Assets -- Real and Personal Property**                    page 114

| | |
|---|---|
| Debtor **MMA Law Firm, PLLC** | Case number (if known) **24-31596** |
| Name | |

**Selective Ins Co Of The Southeast: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Selective Insurance Company of America: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Selene Finance: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Semon Insurance Agency LLC: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Sentinel Insurance Company, Limited: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Sentry Insurance: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Shaw-Day Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Shellpoint Insurance: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Sherwood Insurance Agency: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Slaughter Insurance Company: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Slide Insurance Company: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

Case 24-31596 Document 161-1 Filed in TXSB on 04/23/24 Page 116 of 203

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **Sn Servicing Corporation: Potential claims for failure to include MMA on settlement checks.** | | **Unknown** |
| Nature of claim | _____ | |
| Amount requested | _____ | |
| **South Central Insurance Brokers: Potential claims for failure to include MMA on settlement checks.** | | **Unknown** |
| Nature of claim | _____ | |
| Amount requested | _____ | |
| **South Gate Insurance Agency Llc: Potential claims for failure to include MMA on settlement checks.** | | **Unknown** |
| Nature of claim | _____ | |
| Amount requested | _____ | |
| **South Shore Insurance: Potential claims for failure to include MMA on settlement checks.** | | **Unknown** |
| Nature of claim | _____ | |
| Amount requested | _____ | |
| **Southern Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | | **Unknown** |
| Nature of claim | _____ | |
| Amount requested | _____ | |
| **Southern Magnolia Insurance: Potential claims for failure to include MMA on settlement checks.** | | **Unknown** |
| Nature of claim | _____ | |
| Amount requested | _____ | |
| **Southern Oaks Insurance: Potential claims for failure to include MMA on settlement checks.** | | **Unknown** |
| Nature of claim | _____ | |
| Amount requested | _____ | |
| **Southern Oaks Insurance Services Llc: Potential claims for failure to include MMA on settlement checks.** | | **Unknown** |
| Nature of claim | _____ | |
| Amount requested | _____ | |
| **Southgate Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | | **Unknown** |
| Nature of claim | _____ | |
| Amount requested | _____ | |
| **Southgate Insurance Company: Potential claims for failure to include MMA on settlement checks.** | | **Unknown** |
| Nature of claim | _____ | |
| Amount requested | _____ | |
| **Southwest Business Corporation: Potential claims for failure to include MMA on settlement checks.** | | **Unknown** |
| Nature of claim | _____ | |
| Amount requested | _____ | |

Debtor **MMA Law Firm, PLLC**                    Case number (if known) __24-31596__
             Name

**Southwest Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                                    Unknown

    **Nature of claim**      _____

    **Amount requested**    _____

**Speedy Insurance: Potential claims for failure to include MMA on settlement checks.**                                                                    Unknown

    **Nature of claim**      _____

    **Amount requested**    _____

**SSIU - South Shore Insurance Underwriters: Potential claims for failure to include MMA on settlement checks.**                                                                    Unknown

    **Nature of claim**      _____

    **Amount requested**    _____

**St. Johns Insurance Company (FIGA): Potential claims for failure to include MMA on settlement checks.**                                                                    Unknown

    **Nature of claim**      _____

    **Amount requested**    _____

**Standard Casualty Company: Potential claims for failure to include MMA on settlement checks.**                                                                    Unknown

    **Nature of claim**      _____

    **Amount requested**    _____

**Standard Life and Casualty: Potential claims for failure to include MMA on settlement checks.**                                                                    Unknown

    **Nature of claim**      _____

    **Amount requested**    _____

**Standard Life Insurance Company of Louisiana: Potential claims for failure to include MMA on settlement checks.**                                                                    Unknown

    **Nature of claim**      _____

    **Amount requested**    _____

**Starr Insurance Companies: Potential claims for failure to include MMA on settlement checks.**                                                                    Unknown

    **Nature of claim**      _____

    **Amount requested**    _____

**Starr Surplus Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                                    Unknown

    **Nature of claim**      _____

    **Amount requested**    _____

**Starr Surplus Lines Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                                    Unknown

    **Nature of claim**      _____

    **Amount requested**    _____

**Starstone National Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                                    Unknown

    **Nature of claim**      _____

    **Amount requested**    _____

Official Form 206A/B          **Schedule A/B: Assets -- Real and Personal Property**          page 117

Case 24-31596 Document 161-1 Filed in TXSB on 04/23/24 Page 118 of 203

Debtor   **MMA Law Firm, PLLC**                                          Case number (if known)   **24-31596**
　　　　　Name

**State Auto Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                    **Unknown**

　　**Nature of claim**　　　_____

　　**Amount requested**　　_____

**State Automobile Mutual Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                         **Unknown**

　　**Nature of claim**　　　_____

　　**Amount requested**　　_____

**State Farm Florida Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                              **Unknown**

　　**Nature of claim**　　　_____

　　**Amount requested**　　_____

**State Farm Lloyds: Potential claims for failure to include MMA on settlement checks.**                                                               **Unknown**

　　**Nature of claim**　　　_____

　　**Amount requested**　　_____

**State Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                          **Unknown**

　　**Nature of claim**　　　_____

　　**Amount requested**　　_____

**Statewide Insurance: Potential claims for failure to include MMA on settlement checks.**                                                             **Unknown**

　　**Nature of claim**　　　_____

　　**Amount requested**　　_____

**Statewide Insurance Services: Potential claims for failure to include MMA on settlement checks.**                                                    **Unknown**

　　**Nature of claim**　　　_____

　　**Amount requested**　　_____

**Sterling Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                      **Unknown**

　　**Nature of claim**　　　_____

　　**Amount requested**　　_____

**Stewart Insurance: Potential claims for failure to include MMA on settlement checks.**                                                               **Unknown**

　　**Nature of claim**　　　_____

　　**Amount requested**　　_____

**Stiel Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                         **Unknown**

　　**Nature of claim**　　　_____

　　**Amount requested**　　_____

**Stiel Insurance of Hammond: Potential claims for failure to include MMA on settlement checks.**                                                      **Unknown**

　　**Nature of claim**　　　_____

　　**Amount requested**　　_____

Official Form 206A/B                     **Schedule A/B: Assets -- Real and Personal Property**                               page 118

Case 24-31596 Document 160-1 Filed in TXSB on 04/23/24 Page 119 of 203

Debtor   **MMA Law Firm, PLLC**                                   Case number (if known)   **24-31596**
         Name

| | | |
|---|---|---|
| **Stone Insurance Inc.: Potential claims for failure to include MMA on settlement checks.** | | **Unknown** |
| Nature of claim | | |
| Amount requested | | |
| **Strauss Massey Dinneen, LLC: Potential claims for failure to include MMA on settlement checks.** | | **Unknown** |
| Nature of claim | | |
| Amount requested | | |
| **Street Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | | **Unknown** |
| Nature of claim | | |
| Amount requested | | |
| **Summit Funding INC: Potential claims for failure to include MMA on settlement checks.** | | **Unknown** |
| Nature of claim | | |
| Amount requested | | |
| **Superior Insurance Company LLC: Potential claims for failure to include MMA on settlement checks.** | | **Unknown** |
| Nature of claim | | |
| Amount requested | | |
| **Surreal Insurance Group LTD: Potential claims for failure to include MMA on settlement checks.** | | **Unknown** |
| Nature of claim | | |
| Amount requested | | |
| **Swanson Insurance Group: Potential claims for failure to include MMA on settlement checks.** | | **Unknown** |
| Nature of claim | | |
| Amount requested | | |
| **SWBC Insurance Services: Potential claims for failure to include MMA on settlement checks.** | | **Unknown** |
| Nature of claim | | |
| Amount requested | | |
| **Swyfft: Potential claims for failure to include MMA on settlement checks.** | | **Unknown** |
| Nature of claim | | |
| Amount requested | | |
| **Tall Timber Insurance: Potential claims for failure to include MMA on settlement checks.** | | **Unknown** |
| Nature of claim | | |
| Amount requested | | |
| **Tapco Underwriters (at Lloyds of London): Potential claims for failure to include MMA on settlement checks.** | | **Unknown** |
| Nature of claim | | |
| Amount requested | | |

Official Form 206A/B                **Schedule A/B: Assets -- Real and Personal Property**                page 119

Case 24-31596 Document 161-1 Filed in TXSB on 04/23/24 Page 120 of 203

Debtor **MMA Law Firm, PLLC**        Case number (if known)   **24-31596**

  Name

**Terrebonne Insurance Agency Inc: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Terrebonne Insurance Agency, Inc.: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Terryton Insurance: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Texas Farm Bureau Insurance: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Texas Farm Bureau Insurance Company: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Texas Farmers Insurance Company: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Texas Windstorm Insurance Association: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim** _____

**Amount requested** _____

**The Brunt Group, Inc.: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim** _____

**Amount requested** _____

**The Burlington Insurance Company: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim** _____

**Amount requested** _____

**The Cincinnati Insurance Company: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim** _____

**Amount requested** _____

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**The Erny Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                    **Unknown**

Nature of claim          _____

Amount requested          _____

**The Firm Of Louisiana Property & Casualty, LLC: Potential claims for failure to include MMA on settlement checks.**                                                    **Unknown**

Nature of claim          _____

Amount requested          _____

**The First Liberty Insurance Corporation: Potential claims for failure to include MMA on settlement checks.**                                                    **Unknown**

Nature of claim          _____

Amount requested          _____

**The Foundations Insurance Group: Potential claims for failure to include MMA on settlement checks.**                                                    **Unknown**

Nature of claim          _____

Amount requested          _____

**The General Insurance: Potential claims for failure to include MMA on settlement checks.**                                                    **Unknown**

Nature of claim          _____

Amount requested          _____

**The Hartford: Potential claims for failure to include MMA on settlement checks.**                                                    **Unknown**

Nature of claim          _____

Amount requested          _____

**The Holland Agency: Potential claims for failure to include MMA on settlement checks.**                                                    **Unknown**

Nature of claim          _____

Amount requested          _____

**The Hopper Agency: Potential claims for failure to include MMA on settlement checks.**                                                    **Unknown**

Nature of claim          _____

Amount requested          _____

**The Insurance Store: Potential claims for failure to include MMA on settlement checks.**                                                    **Unknown**

Nature of claim          _____

Amount requested          _____

**The Lincoln Agency: Potential claims for failure to include MMA on settlement checks.**                                                    **Unknown**

Nature of claim          _____

Amount requested          _____

**The Reliable Life Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                    **Unknown**

Nature of claim          _____

Amount requested          _____

Official Form 206A/B          **Schedule A/B: Assets -- Real and Personal Property**          page 121

Debtor **MMA Law Firm, PLLC**
_____
Name

Case number (if known) **24-31596**

**The Travelers Indemnity Company: Potential claims for failure to include MMA on settlement checks.**                                              **Unknown**

**Nature of claim**        _____

**Amount requested**       _____

**The Woodlands Financial Group: Potential claims for failure to include MMA on settlement checks.**                                              **Unknown**

**Nature of claim**        _____

**Amount requested**       _____

**Theriot Insurance Agency: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

**Nature of claim**        _____

**Amount requested**       _____

**Third Coast Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                              **Unknown**

**Nature of claim**        _____

**Amount requested**       _____

**Thomas Insurance Agency: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

**Nature of claim**        _____

**Amount requested**       _____

**Thompson & Smith Insurance: Potential claims for failure to include MMA on settlement checks.**                                              **Unknown**

**Nature of claim**        _____

**Amount requested**       _____

**Thomson Smith & Leach Insurance Group: Potential claims for failure to include MMA on settlement checks.**                                              **Unknown**

**Nature of claim**        _____

**Amount requested**       _____

**Three One Eight Insurance Services: Potential claims for failure to include MMA on settlement checks.**                                              **Unknown**

**Nature of claim**        _____

**Amount requested**       _____

**Tim Parkman, Inc. (TPI Insurance): Potential claims for failure to include MMA on settlement checks.**                                              **Unknown**

**Nature of claim**        _____

**Amount requested**       _____

**Toups Insurance: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

**Nature of claim**        _____

**Amount requested**       _____

**Schedule A/B: Assets -- Real and Personal Property**

Debtor **MMA Law Firm, PLLC**
Name

Case number (if known) **24-31596**

**Tower Hill Insurance Exchange Company: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

Nature of claim _____

Amount requested _____

**Tower Hill Preferred Insurance Company: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

Nature of claim _____

Amount requested _____

**Tower Hill Signature Insurance Company: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

Nature of claim _____

Amount requested _____

**TPI: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

Nature of claim _____

Amount requested _____

**TransGlobal: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

Nature of claim _____

Amount requested _____

**Travelers: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

Nature of claim _____

Amount requested _____

**Travelers Personal Insurance Company: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

Nature of claim _____

Amount requested _____

**Travelers Property and Casualty Company of America: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

Nature of claim _____

Amount requested _____

**Trinity Insurance: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

Nature of claim _____

Amount requested _____

**Trinity Insurance Agency: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

Nature of claim _____

Amount requested _____

**Tri-State Insurance Company of Minnesota: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

Nature of claim _____

Amount requested _____

Debtor **MMA Law Firm, PLLC**                                    Case number (if known) **24-31596**
Name

**Trisura Specialty Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                    **Unknown**

Nature of claim                    _____

Amount requested                 _____

**Trumbull Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                    **Unknown**

Nature of claim                    _____

Amount requested                 _____

**Trusted Resource Underwriters Exchange: Potential claims for failure to include MMA on settlement checks.**                                    **Unknown**

Nature of claim                    _____

Amount requested                 _____

**TSL Insurance Group: Potential claims for failure to include MMA on settlement checks.**                                    **Unknown**

Nature of claim                    _____

Amount requested                 _____

**Turner Insurance: Potential claims for failure to include MMA on settlement checks.**                                    **Unknown**

Nature of claim                    _____

Amount requested                 _____

**TWFG Insurance Service Inc: Potential claims for failure to include MMA on settlement checks.**                                    **Unknown**

Nature of claim                    _____

Amount requested                 _____

**Tyler Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                    **Unknown**

Nature of claim                    _____

Amount requested                 _____

**Typtap Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                    **Unknown**

Nature of claim                    _____

Amount requested                 _____

**U.S. Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                    **Unknown**

Nature of claim                    _____

Amount requested                 _____

**U.S. Risk, LLC: Potential claims for failure to include MMA on settlement checks.**                                    **Unknown**

Nature of claim                    _____

Amount requested                 _____

**UIGUSA: Potential claims for failure to include MMA on settlement checks.**                                    **Unknown**

Nature of claim                    _____

Amount requested                 _____

Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 124

Case 24-31596 Document 161-1 Filed in TXSB on 04/23/24 Page 125 of 203

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Unique Insurance Company: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

Nature of claim _____

Amount requested _____

**United Automobile Insurance Company: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

Nature of claim _____

Amount requested _____

**United General Insurance (UGI): Potential claims for failure to include MMA on settlement checks.**     **Unknown**

Nature of claim _____

Amount requested _____

**United Specialty Insurance Company: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

Nature of claim _____

Amount requested _____

**United States Automobile Association: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

Nature of claim _____

Amount requested _____

**United States Liability Insurance Company: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

Nature of claim _____

Amount requested _____

**Universal Insurance Group: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

Nature of claim _____

Amount requested _____

**Universal North America Insurance Company: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

Nature of claim _____

Amount requested _____

**Universal Property & Casualty Insurance Company: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

Nature of claim _____

Amount requested _____

**Unlimited Insurance Service Providers: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

Nature of claim _____

Amount requested _____

Case 24-31596 Document 161-1 Filed in TXSB on 04/23/24 Page 126 of 203

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|

Name

**US Agencies Insurance: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

**Nature of claim** _____

**Amount requested** _____

**US Agency Insurance: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

**Nature of claim** _____

**Amount requested** _____

**US Assure: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

**Nature of claim** _____

**Amount requested** _____

**US Coastal Property & Casualty Insurance: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

**Nature of claim** _____

**Amount requested** _____

**US Insurance Agency: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

**Nature of claim** _____

**Amount requested** _____

**US Risk: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

**Nature of claim** _____

**Amount requested** _____

**USAA: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

**Nature of claim** _____

**Amount requested** _____

**USAgencies Insurance: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

**Nature of claim** _____

**Amount requested** _____

**USDA Rural Development: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Value Insurance: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Value Insurance Agency, LLC.: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Vanderbilt Insurance: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

**Nature of claim** _____

**Amount requested** _____

Debtor   **MMA Law Firm, PLLC**                                    Case number (if known) __24-31596__
         Name

**Vanderbilt Mortgage and Finance, Inc.: Potential claims for failure to include MMA on settlement checks.**                                                           **Unknown**

Nature of claim          _____

Amount requested         _____


**Vanguard Claims: Potential claims for failure to include MMA on settlement checks.**                                                           **Unknown**

Nature of claim          _____

Amount requested         _____


**Vegas Insurance: Potential claims for failure to include MMA on settlement checks.**                                                           **Unknown**

Nature of claim          _____

Amount requested         _____


**Vehicle and Property Insurance Company, Allstate: Potential claims for failure to include MMA on settlement checks.**                                                           **Unknown**

Nature of claim          _____

Amount requested         _____


**Velocity Claims LLC: Potential claims for failure to include MMA on settlement checks.**                                                           **Unknown**

Nature of claim          _____

Amount requested         _____


**Velocity Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                           **Unknown**

Nature of claim          _____

Amount requested         _____


**Velocity Risk Underwriters, LLC: Potential claims for failure to include MMA on settlement checks.**                                                           **Unknown**

Nature of claim          _____

Amount requested         _____


**VJW Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                           **Unknown**

Nature of claim          _____

Amount requested         _____


**Vurich insurance: Potential claims for failure to include MMA on settlement checks.**                                                           **Unknown**

Nature of claim          _____

Amount requested         _____


**Vyrd Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                           **Unknown**

Nature of claim          _____

Amount requested         _____


**Walpole Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                           **Unknown**

Nature of claim          _____

Amount requested         _____

Debtor  **MMA Law Firm, PLLC**                                    Case number (if known)  **24-31596**
Name

**Watkins Insurance: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

    **Nature of claim**    _____

    **Amount requested**    _____

**Watley Insurance Group: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

    **Nature of claim**    _____

    **Amount requested**    _____

**Wellington: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

    **Nature of claim**    _____

    **Amount requested**    _____

**Wells Fargo Bank Insurance: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

    **Nature of claim**    _____

    **Amount requested**    _____

**Westchester Surplus Lines Insurance Company: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

    **Nature of claim**    _____

    **Amount requested**    _____

**Western Mutual Insurance: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

    **Nature of claim**    _____

    **Amount requested**    _____

**Western Specialty: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

    **Nature of claim**    _____

    **Amount requested**    _____

**Weston Specialty Insurance Company: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

    **Nature of claim**    _____

    **Amount requested**    _____

**Williams Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

    **Nature of claim**    _____

    **Amount requested**    _____

**Wilson Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

    **Nature of claim**    _____

    **Amount requested**    _____

**Wimberley Agency: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

    **Nature of claim**    _____

    **Amount requested**    _____

Debtor    **MMA Law Firm, PLLC**_____    Case number (if known)  **24-31596**_____
          Name

**Winchester General Agency, Inc.: Potential claims for failure to include MMA on settlement checks.**                                                                    **Unknown**

| | |
|---|---|
| **Nature of claim** | _____ |
| **Amount requested** | _____ |

**Woodmen Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                                    **Unknown**

| | |
|---|---|
| **Nature of claim** | _____ |
| **Amount requested** | _____ |

**World Finance Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                                    **Unknown**

| | |
|---|---|
| **Nature of claim** | _____ |
| **Amount requested** | _____ |

**Wright National Flood Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                                    **Unknown**

| | |
|---|---|
| **Nature of claim** | _____ |
| **Amount requested** | _____ |

**XL Specialty Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                                    **Unknown**

| | |
|---|---|
| **Nature of claim** | _____ |
| **Amount requested** | _____ |

**Zurich: Potential claims for failure to include MMA on settlement checks.**                                                                    **Unknown**

| | |
|---|---|
| **Nature of claim** | _____ |
| **Amount requested** | _____ |

**Zurich NA: Potential claims for failure to include MMA on settlement checks.**                                                                    **Unknown**

| | |
|---|---|
| **Nature of claim** | _____ |
| **Amount requested** | _____ |

**Abel Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                    **Unknown**

| | |
|---|---|
| **Nature of claim** | _____ |
| **Amount requested** | _____ |

**Alexis A. Taylor, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                    **Unknown**

| | |
|---|---|
| **Nature of claim** | _____ |
| **Amount requested** | _____ |

**Alvendia, Kelly, Demarest Law, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                    **Unknown**

| | |
|---|---|
| **Nature of claim** | _____ |
| **Amount requested** | _____ |

Case 24-31596 Document 161 Filed in TXSB on 04/23/24 Page 130 of 203

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**AMO Trial Lawyers:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. — **Unknown**

Nature of claim _____

Amount requested _____

**Baggett McCall LLC:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. — **Unknown**

Nature of claim _____

Amount requested _____

**Barcus Arenas PLLC:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. — **Unknown**

Nature of claim _____

Amount requested _____

**Becker & Hebert:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. — **Unknown**

Nature of claim _____

Amount requested _____

**Bisig Law Firm, LLC:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. — **Unknown**

Nature of claim _____

Amount requested _____

**Bolen, Parker, Brenner, Lee & Miller, Ltd.:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. — **Unknown**

Nature of claim _____

Amount requested _____

**Boling Law Firm, LLC:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. — **Unknown**

Nature of claim _____

Amount requested _____

**Brasher Law Firm, PLLC:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. — **Unknown**

Nature of claim _____

Amount requested _____

**Brian F Guillot Attorney at Law:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. — **Unknown**

Nature of claim _____

Amount requested _____

**Broussard & Dove, APLC:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. — **Unknown**

Nature of claim _____

Amount requested _____

Debtor    **MMA Law Firm, PLLC**
          _____          Case number (if known)   **24-31596**
          Name

**Broussard Injury Lawyers: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                          **Unknown**

Nature of claim          _____

Amount requested         _____


**Burgos & Associates, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                          **Unknown**

Nature of claim          _____

Amount requested         _____


**Carl J. Selenberg, Attorney at Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                          **Unknown**

Nature of claim          _____

Amount requested         _____


**Chad T. Wilson Law Firm, PLLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                          **Unknown**

Nature of claim          _____

Amount requested         _____


**Charbonnet Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                          **Unknown**

Nature of claim          _____

Amount requested         _____


**Chehardy Sherman Williams Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                          **Unknown**

Nature of claim          _____

Amount requested         _____


**Chelsea Dazet Attorney at Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                          **Unknown**

Nature of claim          _____

Amount requested         _____


**Chelsea Dazet Attorney at Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                          **Unknown**

Nature of claim          _____

Amount requested         _____


**Civil Legal Services, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                          **Unknown**

Nature of claim          _____

Amount requested         _____


**Cossé Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                          **Unknown**

Nature of claim          _____

Amount requested         _____

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|
| | Name | | |

**Cox Cox Filo Camel Wilson & Brown, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** ........................................ Unknown

Nature of claim _____

Amount requested _____

**Cueria Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** ........................................ Unknown

Nature of claim _____

Amount requested _____

**Daly & Black, PC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** ........................................ Unknown

Nature of claim _____

Amount requested _____

**Delphin Law Offices: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** ........................................ Unknown

Nature of claim _____

Amount requested _____

**Delsa Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** ........................................ Unknown

Nature of claim _____

Amount requested _____

**Didriksen, Saucier & Woods, PLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** ........................................ Unknown

Nature of claim _____

Amount requested _____

**Don A Rouzan & Associates LLA Counsellors AT Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** ........................................ Unknown

Nature of claim _____

Amount requested _____

**Egenberg Trial Lawyers: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** ........................................ Unknown

Nature of claim _____

Amount requested _____

**Farah and Farah: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** ........................................ Unknown

Nature of claim _____

Amount requested _____

**Favret Carriere Cronvich: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** ........................................ Unknown

Nature of claim _____

Amount requested _____

Official Form 206A/B | Schedule A/B: Assets -- Real and Personal Property | page 132

Debtor **MMA Law Firm, PLLC**        Case number (if known) **24-31596**
　　　Name

**Fitz-Gerald Hebert & DeLouche: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

    **Nature of claim** ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

    **Amount requested** ＿＿＿＿＿＿＿＿＿＿＿＿＿

**Florin Roebig Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

    **Nature of claim** ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

    **Amount requested** ＿＿＿＿＿＿＿＿＿＿＿＿＿

**Frank J D'Amico Jr, APLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

    **Nature of claim** ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

    **Amount requested** ＿＿＿＿＿＿＿＿＿＿＿＿＿

**Frischhertz Impastato Person Injury Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

    **Nature of claim** ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

    **Amount requested** ＿＿＿＿＿＿＿＿＿＿＿＿＿

**Galindo Law Trial Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

    **Nature of claim** ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

    **Amount requested** ＿＿＿＿＿＿＿＿＿＿＿＿＿

**Glago Williams Attorney at Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

    **Nature of claim** ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

    **Amount requested** ＿＿＿＿＿＿＿＿＿＿＿＿＿

**Godbey Giardina Law Group: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

    **Nature of claim** ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

    **Amount requested** ＿＿＿＿＿＿＿＿＿＿＿＿＿

**Gordon McKernan Injury Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

    **Nature of claim** ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

    **Amount requested** ＿＿＿＿＿＿＿＿＿＿＿＿＿

**Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

    **Nature of claim** ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

    **Amount requested** ＿＿＿＿＿＿＿＿＿＿＿＿＿

**Guest Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

    **Nature of claim** ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

    **Amount requested** ＿＿＿＿＿＿＿＿＿＿＿＿＿

Debtor **MMA Law Firm, PLLC**
Debtor **MMA Law Firm, PLLC** _____ Case number (if known) __24-31596__
Name

**Hair Shunnarah Trial Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim          _____

Amount requested        _____

**Heath Law Group, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim          _____

Amount requested        _____

**Herman, Herman & Katz, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim          _____

Amount requested        _____

**Hogan Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim          _____

Amount requested        _____

**Houghtaling Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim          _____

Amount requested        _____

**Houghton Bradford Whitted PC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim          _____

Amount requested        _____

**Huber Thomas Law, LLP: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim          _____

Amount requested        _____

**Irpino, Avin & Hawkins Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim          _____

Amount requested        _____

**Jason E. Cantrell: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim          _____

Amount requested        _____

**Jason J. Joy & Associates: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim          _____

Amount requested        _____

Official Form 206A/B            **Schedule A/B: Assets -- Real and Personal Property**            page 134

Debtor   **MMA Law Firm, PLLC**                                      Case number (if known)  __24-31596__
         Name

**JJC Law LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim        _____

Amount requested       _____

**John G Toerner Attorney At Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**              Unknown

Nature of claim        _____

Amount requested       _____

**John M Welborn III Attorney At Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**              Unknown

Nature of claim        _____

Amount requested       _____

**Jones & Hill Personal Injury Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**              Unknown

Nature of claim        _____

Amount requested       _____

**Joubert Law Firm APLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim        _____

Amount requested       _____

**Joyner Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim        _____

Amount requested       _____

**JT Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim        _____

Amount requested       _____

**Kandell, Kandell & Petrie, P.A.: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**              Unknown

Nature of claim        _____

Amount requested       _____

**Klotz & Early Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim        _____

Amount requested       _____

**Kovar Law Group: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim        _____

Amount requested       _____

Official Form 206A/B              **Schedule A/B: Assets -- Real and Personal Property**              page 135

Debtor  **MMA Law Firm, PLLC**
_____  Case number (if known) __**24-31596**__
Name

**Kubiak Law Group: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                          **Unknown**

Nature of claim        _____

Amount requested       _____

**Laborde Earles Injury Lawyers: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**               **Unknown**

Nature of claim        _____

Amount requested       _____

**LaHatte Law LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                          **Unknown**

Nature of claim        _____

Amount requested       _____

**Law Office of Carolyn O Hines: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**               **Unknown**

Nature of claim        _____

Amount requested       _____

**Law Office of Deborah E. Lonker: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**               **Unknown**

Nature of claim        _____

Amount requested       _____

**Law Office of Laura Jean Todaro: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**               **Unknown**

Nature of claim        _____

Amount requested       _____

**Law Office of Phillip T. Hager: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**               **Unknown**

Nature of claim        _____

Amount requested       _____

**Law Office of Stephen M Smith Attorney: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**               **Unknown**

Nature of claim        _____

Amount requested       _____

**Law Office of Steven J Rando LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**               **Unknown**

Nature of claim        _____

Amount requested       _____

**Law Offices of Jeremy Moody LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**               **Unknown**

Nature of claim        _____

Amount requested       _____

Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 136

Debtor **MMA Law Firm, PLLC**
_____ Case number (if known) **24-31596**_____
Name

**Lawrence R. Anderson, Jr. Attorney at Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                               **Unknown**

Nature of claim              _____

Amount requested            _____


**Lee Hoffoss Injury Lawyers: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                               **Unknown**

Nature of claim              _____

Amount requested            _____


**Long & Long Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                               **Unknown**

Nature of claim              _____

Amount requested            _____


**Lundy, Lundy, Soileau & South, LLP: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                               **Unknown**

Nature of claim              _____

Amount requested            _____


**Mahfouz Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                               **Unknown**

Nature of claim              _____

Amount requested            _____


**Mansfield Melancon Cranmer & Dick Injury Lawyers: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                               **Unknown**

Nature of claim              _____

Amount requested            _____


**Marcelle Robertson Mestayer LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                               **Unknown**

Nature of claim              _____

Amount requested            _____


**Mark W Smith & Associates PLLC Attorneys at Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                               **Unknown**

Nature of claim              _____

Amount requested            _____


**McKee Law Firm LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                               **Unknown**

Nature of claim              _____

Amount requested            _____


**Mike Brandner Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                               **Unknown**

Nature of claim              _____

Amount requested            _____


Official Form 206A/B                     **Schedule A/B: Assets -- Real and Personal Property**                     page 137

Debtor    **MMA Law Firm, PLLC**
_____    Case number (if known)  **24-31596**
         Name

**Mixon Carroll & Frazier LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                      Unknown

Nature of claim          _____

Amount requested         _____


**Montiel Hodge: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                      Unknown

Nature of claim          _____

Amount requested         _____


**Morris Bart LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                      Unknown

Nature of claim          _____

Amount requested         _____


**New Orleans Legal LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                      Unknown

Nature of claim          _____

Amount requested         _____


**Nicaud & Sunseri Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                      Unknown

Nature of claim          _____

Amount requested         _____


**Noland Law Office: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                      Unknown

Nature of claim          _____

Amount requested         _____


**Norris Law Firm Personal Injury: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                      Unknown

Nature of claim          _____

Amount requested         _____


**Pandit Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                      Unknown

Nature of claim          _____

Amount requested         _____


**Palker Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                      Unknown

Nature of claim          _____

Amount requested         _____


**Patout & Shaw, PLLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                      Unknown

Nature of claim          _____

Amount requested         _____

Debtor  **MMA Law Firm, PLLC**
        Name                                                    Case number (if known)  **24-31596**

**Pearl River Law:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                    **Unknown**

Nature of claim       _____

Amount requested      _____


**Philip C Hoffman Attorney at Law:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                              **Unknown**

Nature of claim       _____

Amount requested      _____


**Pierce & Shows Attorneys:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                        **Unknown**

Nature of claim       _____

Amount requested      _____


**Raspanti Law Firm:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                              **Unknown**

Nature of claim       _____

Amount requested      _____


**Richardson Law Group:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                          **Unknown**

Nature of claim       _____

Amount requested      _____


**Riess LeMieux LLC:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                              **Unknown**

Nature of claim       _____

Amount requested      _____


**Robert Angelle, APLC:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                          **Unknown**

Nature of claim       _____

Amount requested      _____


**Roper Ligh Attorneys:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                          **Unknown**

Nature of claim       _____

Amount requested      _____


**Roy & Scott:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                    **Unknown**

Nature of claim       _____

Amount requested      _____


**Roy Scott & James Injury Attorneys:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                            **Unknown**

Nature of claim       _____

Amount requested      _____

Debtor **MMA Law Firm, PLLC** _____ Case number (if known) **24-31596**
　　　　Name

**Saeed & Little LLP: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** _____  **Unknown**

Nature of claim    _____

Amount requested    _____


**Saathoff Law Group: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** _____  **Unknown**

Nature of claim    _____

Amount requested    _____


**Sifers Jensen Palmer, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** _____  **Unknown**

Nature of claim    _____

Amount requested    _____


**Simien & Simien, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** _____  **Unknown**

Nature of claim    _____

Amount requested    _____


**Smith Jadin Johnson PLLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** _____  **Unknown**

Nature of claim    _____

Amount requested    _____


**Stephenson, Chavarri & Dawson LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** _____  **Unknown**

Nature of claim    _____

Amount requested    _____


**SWLA Injury Attorneys, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** _____  **Unknown**

Nature of claim    _____

Amount requested    _____


**Taggart Morton, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** _____  **Unknown**

Nature of claim    _____

Amount requested    _____


**The Carter Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** _____  **Unknown**

Nature of claim    _____

Amount requested    _____


**The Chopin Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** _____  **Unknown**

Nature of claim    _____

Amount requested    _____


Official Form 206A/B    **Schedule A/B: Assets -- Real and Personal Property**    page 140

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|--------|------------------------|------------------------|--------------|
|        | Name                   |                        |              |

**The Devereaux Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                      **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**The Johnson Firm Lawyers: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                      **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**The King Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                      **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**The Law Firm of Hesni & Rossetti, PLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                      **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**The Law Office of Richard J Fernandez LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                      **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**The Mahome Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                      **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**The Morgan Law Group: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                      **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**The Pellegrin Firm LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                      **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**The Townsley Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                      **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**The Voorhies Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                      **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

Official Form 206A/B           **Schedule A/B: Assets -- Real and Personal Property**           page 141

Debtor **MMA Law Firm, PLLC**
Name                                                                            Case number (if known)  **24-31596**

**The Webster Law Firm, P.C.: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                            **Unknown**

Nature of claim

Amount requested

**Thomas Soileau Jackson Cole: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                            **Unknown**

Nature of claim

Amount requested

**Timothy B Moore Law Office LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                            **Unknown**

Nature of claim

Amount requested

**Townsend Law, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                            **Unknown**

Nature of claim

Amount requested

**Trieu Law, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                            **Unknown**

Nature of claim

Amount requested

**Veron Bice Attorneys At Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                            **Unknown**

Nature of claim

Amount requested

**VG Law Group, L.L.P.: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                            **Unknown**

Nature of claim

Amount requested

**VG Vilar & Green Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                            **Unknown**

Nature of claim

Amount requested

**Vidal Law & CPA Firm LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                            **Unknown**

Nature of claim

Amount requested

**Welborn & Hargett Injoury Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                            **Unknown**

Nature of claim

Amount requested

Official Form 206A/B              **Schedule A/B: Assets -- Real and Personal Property**              page 142

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **Whitworth Law Firm, LLC:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. | | **Unknown** |
| Nature of claim | | |
| Amount requested | | |
| **Wilkofsky, Friedman, Karel & Cummins:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. | | **Unknown** |
| Nature of claim | | |
| Amount requested | | |
| **Windy Law:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. | | **Unknown** |
| Nature of claim | | |
| Amount requested | | |
| **Wolfe Law Group:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. | | **Unknown** |
| Nature of claim | | |
| Amount requested | | |
| **Woody Falgoust, A Law Corporation:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. | | **Unknown** |
| Nature of claim | | |
| Amount requested | | |
| **Zeringue Law Group:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. | | **Unknown** |
| Nature of claim | | |
| Amount requested | | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| The Debtor has approximately 25,000 engagement agreements with clients which provides the Debtor with an interest in the client's insurance claim. The value stated here is an estimated value to the Debtor. Actual recovery may be greater or less. | **$75,000,000.00** |
| Fee interest in approximately 722 Roundup exposure cases. The value stated here is an estimated value to the Debtor. Actual recovery may be greater or less. | **$14,440,000.00** |
| Fee interest in approximately 3,149 Zantac cases. The value stated here is an estimated value to the Debtor. Actual recovery may be greater or less. | **$40,000,000.00** |
| Fee interest in approximately 2,132 APAP cases. The value stated here is an estimated value to the Debtor. Actual recovery may be greater or less. | **$8,000,000.00** |
| Fee interest in approximatly 138 NEC cases. The value stated here is an estimated value to the Debtor. Actual recovery may be greater or less. | **$15,000,000.00** |
| Fraudulent transfer claims against Oakwood bank for approximately $1.5 million for taking Debtor's funds. This is an estimated number. | **$1,500,000.00** |

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

**$153,940,000.00**

Debtor    **MMA Law Firm, PLLC**               Case number (if known)    **24-31596**

          Name

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,239,729.36 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $238,406.98 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,010.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88. Real property.** *Copy line 56, Part 9.*............................................➔ | | $0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $153,940,000.00 | |
| **91. Total.** Add lines 80 through 90 for each column.   91a. | $155,438,146.34   +   91b. | $0.00 |

**92. Total of all property on Schedule A/B.**   Lines 91a + 91b = 92..................................................................    **$155,438,146.34**

---

Official Form 206A/B        **Schedule A/B: Assets -- Real and Personal Property**        page 144

Case 24-31596 Document 169-1 Filed in TXSB on 09/23/24 Page 145 of 203

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **MMA Law Firm, PLLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-31596** |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.1**

**Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$0.00**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | MMA Law Firm, PLLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 24-31596 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | _____ | _____ |

_____

_____

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

_____

**Date or dates debt was incurred**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 1

Debtor   **MMA Law Firm, PLLC**                                    Case number (if known)   **24-31596**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** **Nonpriority creditor's name and mailing address**

**Abel Law Firm, LLC**

**405 W 2nd St.**

**Thibodaux**                LA     **70301**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

**3.2** **Nonpriority creditor's name and mailing address**

**Access Restoration Services US, Inc.**

**c/o Lisa Norman**

**1885 St. James Place, 15th Floor**

**Houston**                TX     **77056**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Pending Litigation**

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,000,000.00

**3.3** **Nonpriority creditor's name and mailing address**

**ADP Run**

**7924 West Sahara Avenue**

**Las Vegas**                NV     **89117**

Date or dates debt was incurred

Last 4 digits of account number   **3  3  7  3**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

**3.4** **Nonpriority creditor's name and mailing address**

**Air Quality Assessors**

**P.O. Box 162261**

**Altamonte Springs**                FL     **32716**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Case/Client Expenses**

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,640.56

Debtor    **MMA Law Firm, PLLC**                                    Case number (if known)    **24-31596**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.5 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:        $0.00
*Check all that apply.*

**Aldine ISD Tax Office**

☐ Contingent

**14909 Aldine Westfield Rd**

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

**Houston**            **TX**      **77032**            **Notice Only**

Date or dates debt was incurred            **Is the claim subject to offset?**

Last 4 digits of account number    **2  8  0  5**    ☑ No
☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:        $0.00
*Check all that apply.*

**Alexandria Rahn**

☐ Contingent

**Suite 800**

☐ Unliquidated

**10440 N. Central Expressway**

☑ Disputed

**Basis for the claim:**

**Dallas**            **TX**      **75231**            **Notice Only**

Date or dates debt was incurred            **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:        $0.00
*Check all that apply.*

**Alexandria Twiss**

☐ Contingent

**Suite 4200**

☐ Unliquidated

**1717 Main St.**

☑ Disputed

**Basis for the claim:**

**Dallas**            **TX**      **75201**            **Notice Only**

Date or dates debt was incurred            **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:        $0.00
*Check all that apply.*

**Alexis A. Taylor, LLC**

☐ Contingent

**P.O. Box 1060**

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

**Independence**        **LA**      **70443**            **Notice Only**

Date or dates debt was incurred            **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 3

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9** Nonpriority creditor's name and mailing address

Alixe Duplechain

Suite 3300

201 St. Charles Ave.

New Orleans LA 70170

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.10** Nonpriority creditor's name and mailing address

All Peril Adjusting, LLC

594 Sawdust Rd.

Suite 354

The Woodlands TX 77380

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.11** Nonpriority creditor's name and mailing address

Alvendia, Kelly, Demarest Law, LLC

909 Poydras Street

Suite 1625

New Orleans LA 70112

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.12** Nonpriority creditor's name and mailing address

AMO Trial Lawyers

3850 N. Causeway Boulevard

Suite 590

Metairie LA 70002

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

Debtor   **MMA Law Firm, PLLC**        Case number (if known)   **24-31596**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                  Amount of claim

---

**3.13**   **Nonpriority creditor's name and mailing address**

Andrea Miller

Suite 1600

909 Poydras

New Orleans      LA    70112

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

    **$0.00**

---

**3.14**   **Nonpriority creditor's name and mailing address**

Andres Holmgren

Suite 3300

201 St. Charles Ave.

New Orleans      LA    70170

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

    **$0.00**

---

**3.15**   **Nonpriority creditor's name and mailing address**

AT&T

P.O. Box 5019

Carol Stream      IL    60197

Date or dates debt was incurred

Last 4 digits of account number    7 5 4 2

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Phone Service**

**Is the claim subject to offset?**

☑ No
☐ Yes

    **$7,866.41**

---

**3.16**   **Nonpriority creditor's name and mailing address**

Baggett McCall LLC

3006 Country Club Road

Suite 100

Lake Charles      LA    70605

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

    **$0.00**

---

Debtor      **MMA Law Firm, PLLC**                                      Case number (if known)   **24-31596**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.17**   **Nonpriority creditor's name and mailing address**

**Barcus Arenas PLLC**

**2200 N Loop West**

**Ste. 108**

**Houston**              **TX**      **77018**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.18**   **Nonpriority creditor's name and mailing address**

**Bayou Adjusting**

**P.O. Box 837**

**Walker**               **LA**      **70785**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Case/Client Expenses**

**Is the claim subject to offset?**

☑ No
☐ Yes

$556,500.00

---

**3.19**   **Nonpriority creditor's name and mailing address**

**Becker & Hebert**

**201 Rue Beauregard**

**Lafayette**            **LA**      **70505**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.20**   **Nonpriority creditor's name and mailing address**

**Beverly DeLaune**

**755 Magazine St.**

**New Orleans**          **LA**      **70130**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims                    page 6

Debtor **MMA Law Firm, PLLC** _____ Case number (if known) **24-31596** _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**Bisig Law Firm, LLC**

**206 N. Church Street**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Jennings**      **LA**    **70546**

**Basis for the claim:**

**Notice Only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**Bolen, Parker, Brenner, Lee & Miller, Lt**

**709 Versailles Blvd.**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Alexandria**      **LA**    **71303**

**Basis for the claim:**

**Notice Only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**Boling Law Firm, LLC**

**541 Julia St.**

**Ste. 300**

☐ Contingent
☐ Unliquidated
☑ Disputed

**New Orleans**      **LA**    **70130**

**Basis for the claim:**

**Notice Only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**Brasher Law Firm, PLLC**

**1555 Poydras Street**

**Suite 1600**

☐ Contingent
☐ Unliquidated
☑ Disputed

**New Orleans**      **LA**    **70112**

**Basis for the claim:**

**Notice Only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor  **MMA Law Firm, PLLC**          Case number (if known)   **24-31596**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

**3.25**   **Nonpriority creditor's name and mailing address**

**Brian Craig Johnson, P.E.**

**7600 Chicago Ave. S**

**Richfield**      **MN**   **55423**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.26**   **Nonpriority creditor's name and mailing address**

**Brian F Guillot Attorney at Law**

**1716 Apple St**

**Metairie**      **LA**   **70001**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.27**   **Nonpriority creditor's name and mailing address**

**Broussard & Dove, APLC**

**7605 Park Avenue**

**Houma**      **LA**   **70364**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.28**   **Nonpriority creditor's name and mailing address**

**Broussard Injury Lawyers**

**321 Veterans Memorial Blvd**

**Suite 205**

**Metairie**      **LA**   **70005**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor    **MMA Law Firm, PLLC**                                  Case number (if known)   **24-31596**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| **3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Burgos & Associates, LLC**

**3535 Canal Street**

**Suite 200**

☐ Contingent
☐ Unliquidated
☑ Disputed

**New Orleans          LA      70119**

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| **3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $256,877.85 |
| --- | --- | --- | --- |

**Caffery, Oubre, Campbell & Garrison, LLP**

**Suite 201**

**100 East Vermilion St.**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Lafayette          LA      70501**

**Basis for the claim:**
**Judgments/Sanctions/Costs**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| **3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Cameron Snowden**

**Suite 2900**

**2933 Myrtle Ave.**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Baton Rouge          LA      70806**

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| **3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $44,439.02 |
| --- | --- | --- | --- |

**CapitalOne Spark**

**P.O. Box 30285**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Salt Lake City          UT      84130**

**Basis for the claim:**
**Credit**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Debtor   **MMA Law Firm, PLLC**                                    Case number (if known)  **24-31596**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

| 3.33 | **Nonpriority creditor's name and mailing address** |

**Carl J. Selenberg, Attorney at Law**

**3713 Airline Drive**

**Metairie                         LA       70001**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.34 | **Nonpriority creditor's name and mailing address** |

**Catherine Patriarca**

**Suite 2400**

**601 Poydras St.**

**New Orleans                     LA       70130**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.35 | **Nonpriority creditor's name and mailing address** |

**Chad T. Wilson Law Firm, PLLC**

**455 East Medical Center Blvd.**

**Ste. 555**

**Webster                          TX       77598**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.36 | **Nonpriority creditor's name and mailing address** |

**Chamary, LLC**

**P.O. Box 113130**

**Metairie                         LA       70011**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**New Orleans Lease**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$235,822.72**

---

Debtor     **MMA Law Firm, PLLC**                                    Case number (if known)  **24-31596**

## Part 2:     Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**                    Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Charbonnet Law Firm, LLC**

**501 Clearview Parkway**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Metairie                LA     70001**

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Chehardy Sherman Williams Law Firm**

**1 Galleria Boulevard**

**Suite 1100**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Metairie                LA     70001**

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Chelsea Dazet Attorney at Law**

**221 E Kirkland Street**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Covington              LA     70433**

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Civil Legal Services, LLC**

**2221 Saint Claude Ave**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**New Orleans            LA     70117**

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number      __ __ __ __

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims                    page 11

Debtor **MMA Law Firm, PLLC** _____ Case number (if known) **24-31596** _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.41** **Nonpriority creditor's name and mailing address**

**Claire Easterling Pontier**

**Suite 3250**

**1100 Poydras Street**

**New Orleans** **LA** **70163**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only** _____

Is the claim subject to offset?

☑ No
☐ Yes

$0.00

---

**3.42** **Nonpriority creditor's name and mailing address**

**Claude Reynaud, III**

**9 Killdeer St.**

**New Orleans** **LA** **70124**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only** _____

Is the claim subject to offset?

☑ No
☐ Yes

$0.00

---

**3.43** **Nonpriority creditor's name and mailing address**

**Clay Cosse**

**Suite 4200**

**1717 Main St.**

**Dallas** **TX** **75201**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only** _____

Is the claim subject to offset?

☑ No
☐ Yes

$0.00

---

**3.44** **Nonpriority creditor's name and mailing address**

**Clerk of Court - Beauregard Parish**

**P.O. Box 100**

**DeRidder** **LA** **70634**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only** _____

Is the claim subject to offset?

☑ No
☐ Yes

$0.00

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 12

Debtor **MMA Law Firm, PLLC** _____ Case number (if known) **24-31596** _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.45** **Nonpriority creditor's name and mailing address**

**Clerk of Court - Caddo Parish**

**501 Texas St.**

**Room 103**

**Shreveport**      **LA**     **71101**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

**3.46** **Nonpriority creditor's name and mailing address**

**Clerk of Court - Calcasieu Parish**

**P.O. Box 1030**

**Lake Charles**      **LA**     **70602**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

**3.47** **Nonpriority creditor's name and mailing address**

**Coastal Claims**

**2650 N Dixie Fwy**

**New Smyrna Beach**      **FL**     **32168**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Case/Client Expenses**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$66,727.00**

---

**3.48** **Nonpriority creditor's name and mailing address**

**Comcast**

**P.O. Box 8587**

**Philadelphia**      **PA**     **19101**

Date or dates debt was incurred

Last 4 digits of account number   **9 0 9 0**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Cable**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$9,448.56**

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 13

Debtor  **MMA Law Firm, PLLC**                                    Case number (if known)  **24-31596**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.49**  **Nonpriority creditor's name and mailing address**

**Comcast - old account (FL)**

**444 Highway 96 East**

_____

**St. Paul**                     **MN     55127**

Date or dates debt was incurred     _____

Last 4 digits of account number     **0   1   4   9**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.50**  **Nonpriority creditor's name and mailing address**

**Concur**

**SAP Philippines, Inc.**

**Topaz Rd. & Ruby Rd.**

**1600 Manila, Philippines**

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     **6   1   3   2**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.51**  **Nonpriority creditor's name and mailing address**

**Cornerstone Consulting Group**

**243 La Costa Circle**

_____

**Weatherford**                  **TX     76088**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.52**  **Nonpriority creditor's name and mailing address**

**Cossé Law Firm, LLC**

**1515 Poydras Street**

**Suite 900**

_____

**New Orleans**                  **LA     70112**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 14

Debtor **MMA Law Firm, PLLC** _____ Case number (if known) **24-31596** _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. **Amount of claim**

---

**3.53** **Nonpriority creditor's name and mailing address**

**Cox Cox Filo Camel Wilson & Brown, LLC**

**723 Broad Street**

_____

**Lake Charles** **LA** **70601**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.54** **Nonpriority creditor's name and mailing address**

**Cueria Law Firm, LLC**

**650 Poydras Street**

**Suite 2740**

_____

**New Orleans** **LA** **70130**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.55** **Nonpriority creditor's name and mailing address**

**Dale Jefferson**

**Suite 1100**

**808 Travis St.**

_____

**Houston** **TX** **77002**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.56** **Nonpriority creditor's name and mailing address**

**Daly & Black, P.C.**

**2211 Norfolk St.**

**#800**

_____

**Houston** **TX** **77098**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

Debtor    **MMA Law Firm, PLLC**                                     Case number (if known)    **24-31596**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                      Amount of claim

---

**3.57**    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                                **$0.00**
                                                                        *Check all that apply.*

**Daly & Black, PC**                                                     ☐ Contingent

**2211 Norfolk Street**                                                  ☐ Unliquidated

**Suite 800**                                                            ☑ Disputed

                                                                        **Basis for the claim:**

**Houston**                    **TX**      **77098**                     **Notice Only**

Date or dates debt was incurred    _____                          **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __                          ☑ No
                                                                        ☐ Yes

---

**3.58**    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                                **$0.00**
                                                                        *Check all that apply.*

**David Schenck**                                                        ☐ Contingent

**Suite 4200**                                                           ☐ Unliquidated

**1717 Main St.**                                                        ☑ Disputed

                                                                        **Basis for the claim:**

**Dallas**                     **TX**      **75201**                     **Notice Only**

Date or dates debt was incurred    _____                          **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __                          ☑ No
                                                                        ☐ Yes

---

**3.59**    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                                **$0.00**
                                                                        *Check all that apply.*

**Definiti**                                                             ☐ Contingent

**P.O. Box 95357**                                                       ☐ Unliquidated

                                                                        ☑ Disputed

                                                                        **Basis for the claim:**

**Grapevine**                  **TX**      **76099**                     **Notice Only**

Date or dates debt was incurred    _____                          **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __                          ☑ No
                                                                        ☐ Yes

---

**3.60**    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                                **$0.00**
                                                                        *Check all that apply.*

**Delphin Law Offices**                                                  ☐ Contingent

**626 Broad St**                                                         ☐ Unliquidated

                                                                        ☑ Disputed

                                                                        **Basis for the claim:**

**Lake Charles**               **LA**      **70601**                     **Notice Only**

Date or dates debt was incurred    _____                          **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __                          ☑ No
                                                                        ☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                         page 16

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.61** | **Nonpriority creditor's name and mailing address**

**Delsa Law Firm**

**3260 Range Court**

**Mandeville**     **LA**    **70448**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.62** | **Nonpriority creditor's name and mailing address**

**Deutsch Kerrigan LLP**

**755 Magazine Street**

**New Orleans**     **LA**    **70130**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.63** | **Nonpriority creditor's name and mailing address**

**Didriksen, Saucier & Woods, PLC**

**3114 Canal Street**

**New Orleans**     **LA**    **70119**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.64** | **Nonpriority creditor's name and mailing address**

**Disaster Solutions**

**1301 Seminole Blvd**

**Suite 140**

**Largo**     **FL**    **33770**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Case/Client Expenses**

**Is the claim subject to offset?**
☑ No
☐ Yes

$107,952.28

---

Debtor **MMA Law Firm, PLLC**                                    Case number (if known) **24-31596**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

**3.65**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*

**Don A Rouzan & Associates LLA Counsellor**                          ☐ Contingent

**1010 Common St**                                                   ☐ Unliquidated

**Suite 2410**                                                       ☑ Disputed

**Basis for the claim:**

**New Orleans**               LA     70112                            **Notice Only**

Date or dates debt was incurred                                      **Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __                      ☑ No
                                                                     ☐ Yes

**3.66**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                $85,470.00
*Check all that apply.*

**Dupont Claim Services**                                            ☐ Contingent

**1721 Hwy 22W**                                                     ☐ Unliquidated

                                                                     ☑ Disputed

**Basis for the claim:**

**Madisonville**              LA     70447                            **Case/Client Expenses**

Date or dates debt was incurred                                      **Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __                      ☑ No
                                                                     ☐ Yes

**3.67**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*

**Egenberg Trial Lawyers**                                           ☐ Contingent

**650 Poydras Street**                                               ☐ Unliquidated

**Suite 2000**                                                       ☑ Disputed

**Basis for the claim:**

**New Orleans**               LA     70130                            **Notice Only**

Date or dates debt was incurred                                      **Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __                      ☑ No
                                                                     ☐ Yes

**3.68**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*

**Elsbet Smith**                                                     ☐ Contingent

**Suite 200**                                                        ☐ Unliquidated

**111 N. Oak St.**                                                   ☑ Disputed

**Basis for the claim:**

**Hammond**                   LA     70401                            **Notice Only**

Date or dates debt was incurred                                      **Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __                      ☑ No
                                                                     ☐ Yes

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims                    page 18

Debtor  **MMA Law Firm, PLLC**  Case number (if known) **24-31596**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.69** Nonpriority creditor's name and mailing address

**Equal Access Justice Fund, LP**

**c/o Fred Johnson**

**Spencer Fane, LLP**

**3040 Post Oak Blvd, Suite 1400**

**Houston**  TX  77056

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Contract**

Is the claim subject to offset?
☑ No
☐ Yes

**$38,000,000.00**

---

**3.70** Nonpriority creditor's name and mailing address

**Esquire Deposition Solutions**

**1500 Centre Pkwy**

**Suite 100**

**East Point**  GA  30344

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.71** Nonpriority creditor's name and mailing address

**Exact Building Consultants**

**18702 69th Ave E**

**Bradenton**  FL  34211

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Case/Client Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,231,009.12**

---

**3.72** Nonpriority creditor's name and mailing address

**Favret Carriere Cronvich**

**650 Poydras Street**

**Suite 2300**

**New Orleans**  LA  70130

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Official Form 206E/F  Schedule E/F: Creditors Who Have Unsecured Claims  page 19

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**FCC**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Case/Client Expenses**

**$95,505.36**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Fitz-Gerald Hebert & DeLouche**

**2306 Sampson St**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**$0.00**

**Westlake                    LA      70669**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Frank J D'Amico Jr, APLC**

**4608 Rye Street**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**$0.00**

**Metairie                    LA      70006**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Frederick M Lupfer**

**1824 County Road 3113**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**$0.00**

**Jacksonville                TX      75766**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 20

Debtor    **MMA Law Firm, PLLC**                    Case number (if known)    **24-31596**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

**3.77** | **Nonpriority creditor's name and mailing address**

**Frischhertz Impastato Person Injury Law**

**1140 St. Charles Ave.**

_____

**New Orleans**          **LA**     **70130**

**Date or dates debt was incurred**      _____

**Last 4 digits of account number**     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.78** | **Nonpriority creditor's name and mailing address**

**Galindo  Law**

**4151 Southwest Fwy**

**#602**

_____

**Houston**          **TX**     **77027**

**Date or dates debt was incurred**      _____

**Last 4 digits of account number**     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.79** | **Nonpriority creditor's name and mailing address**

**Galindo Law Trial Attorneys**

**4151 Southwest Fwy**

**Suite 602**

_____

**Houston**          **TX**     **77027**

**Date or dates debt was incurred**      _____

**Last 4 digits of account number**     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.80** | **Nonpriority creditor's name and mailing address**

**Galindo Law Trial Attorneys**

**4151 Southwest Fwy**

**Suite 602**

_____

**Houston**          **TX**     **77027**

**Date or dates debt was incurred**      _____

**Last 4 digits of account number**     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

Debtor    **MMA Law Firm, PLLC**                                    Case number (if known)    **24-31596**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Glago Williams Attorney at Law**

**909 Poydras Street**

**29th Floor**

☐ Contingent
☐ Unliquidated
☑ Disputed

**New Orleans**          LA      70112

**Basis for the claim:**

**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,865,862.99 |

**Global Estimating Services, Inc.**

**25000 Pitkin Rd.**

**Suite 201/202**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Spring**          TX      77386

**Basis for the claim:**

**Case/Client Expenses**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**GM Financial**

**P.O. Box 180682**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Arlington**          TX      76096

**Basis for the claim:**

**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    7  1  0  1

☑ No
☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Godbey Giardina Law Group**

**1381 Fremaux Avenue**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Slidell**          LA      70458

**Basis for the claim:**

**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 22

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|

---

**Part 2:**     **Additional Page**

---

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

       Amount of claim

| **3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gordon McKernan Injury Attorneys**

**5656 Hilton Avenue**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Baton Rouge**     LA    70808

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gordon, Arata, Montgomery, Barnett, McCo**

**201 St. Charles Ave**

**40th Floor**

☐ Contingent
☐ Unliquidated
☑ Disputed

**New Orleans**     LA    70170

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Grant Gardiner**

**3129 Bore St.**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Metairie**     LA    70001

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Guest Law Firm**

**1900 32nd Street**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Kenner**     LA    70065

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor   **MMA Law Firm, PLLC**                    Case number (if known)   **24-31596**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

**3.89**   **Nonpriority creditor's name and mailing address**

**Gwyneth O'Neill**

**Suite 1600**

**909 Poydras**

**New Orleans**          **LA**      **70112**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.90**   **Nonpriority creditor's name and mailing address**

**HAAG**

**P.O. Box 660625**

**Dallas**             **TX**      **75266**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.91**   **Nonpriority creditor's name and mailing address**

**Hair Shunnarah Trial Attorneys**

**3540 S. I-10 Service Road W.**

**Suite 300**

**Metairie**           **LA**      **70001**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.92**   **Nonpriority creditor's name and mailing address**

**Harris Wells**

**Suite 3500**

**1100 Louisiana St.**

**Houston**            **TX**      **77002**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 24

Debtor __**MMA Law Firm, PLLC**_____     Case number (if known) __**24-31596**_____

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

                                                                                    **Amount of claim**

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

**Heath Law Group, LLC**

**201 St. Charles Ave**

**Suite 2500**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**New Orleans          LA      70170**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.94 | **Nonpriority creditor's name and mailing address** | | $0.00 |

**Herman, Herman & Katz, LLC**

**909 Poydras Street**

**Suite 1860**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**New Orleans          LA      70112**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.95 | **Nonpriority creditor's name and mailing address** | | $0.00 |

**Hogan Attorneys**

**310 North Cherry St.**

**No. 1**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Hammond          LA      70401**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.96 | **Nonpriority creditor's name and mailing address** | | $0.00 |

**Houghtaling Law Firm, LLC**

**3850 Causeway Blvd**

**Suite 1090**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Metairie          LA      70002**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

Debtor **MMA Law Firm, PLLC** _____ Case number (if known) **24-31596** _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.97 | **Nonpriority creditor's name and mailing address** |

**Howard Marshall**

**Suite 2300**

**601 Poydras St.**

**New Orleans**                      **LA**       **70130**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| 3.98 | **Nonpriority creditor's name and mailing address** |

**Huber Thomas Law, LLP**

**1100 Poydras Street**

**Suite 2200**

**New Orleans**                      **LA**       **70163**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| 3.99 | **Nonpriority creditor's name and mailing address** |

**InQuest General Contracting LLC**

**P.O. Box 1827**

**Quinlan**                          **TX**       **75474**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| 3.100 | **Nonpriority creditor's name and mailing address** |

**Insurance Claim Solutions - Umpire**

**1458 Old Fort Road**

**Farview**                          **NC**       **28730**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Debtor __**MMA Law Firm, PLLC**_____    Case number (if known) __**24-31596**____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.101** | **Nonpriority creditor's name and mailing address**

**Iron Mountain**

**3502 Bissonnet St.**

**Houston**            **TX**    **77005**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.102** | **Nonpriority creditor's name and mailing address**

**Irpino, Avin & Hawkins Law Firm**

**2216 Magazine Street**

**New Orleans**            **LA**    **70130**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.103** | **Nonpriority creditor's name and mailing address**

**J.A. Consulting**

**7948 Davis Boulevard**

**Suite 100**

**North Richland Hills**            **TX**    **76182**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Case/Client Expenses**_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$259,471.50

---

**3.104** | **Nonpriority creditor's name and mailing address**

**James McClenny**

**380 Ridge Lake Scenic Dr.**

**Montgomery**            **TX**    **77316**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Contract/Reimbursement**_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$439,680.00

---

Debtor   **MMA Law Firm, PLLC**                                          Case number (if known)   **24-31596**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jason J. Joy & Associates**

**909 Texas Ave.**

**Suite 1801**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Houston**          TX      77002

**Basis for the claim:**

**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Jayne Elizabeth Moseley**

**4018 Meadow Lake Ln.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**          TX      77027

**Basis for the claim:**

**Community Property Claim**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jean Frizzell**

**Suite 3500**

**1100 Louisiana St.**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Houston**          TX      77002

**Basis for the claim:**

**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**JJC Law LLC**

**3914 Canal Street**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**New Orleans**          LA      70119

**Basis for the claim:**

**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 28

Debtor   **MMA Law Firm, PLLC**                                Case number (if known)   **24-31596**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.            Amount of claim

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John G Toerner Attorney At Law**

**19335 N 9th Street**

**Covington**            **LA**    **70433**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.110   Nonpriority creditor's name and mailing address**

**John Jordan**

**P.O. Box 2828**

**Hammond**            **LA**    **70404**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.111   Nonpriority creditor's name and mailing address**

**John M Welborn III Attorney At Law**

**508 N Pine St**

**DeRidder**            **LA**    **70634**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.112   Nonpriority creditor's name and mailing address**

**Jonathan Lemann**

**Suite 3250**

**1100 Poydras Street**

**New Orleans**            **LA**    **70163**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.113** **Nonpriority creditor's name and mailing address**

**Jones & Hill Personal Injury Attorneys**

**215 West 6th Ave**

**Oberlin**     **LA**    **70655**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.114** **Nonpriority creditor's name and mailing address**

**Joubert Law Firm APLC**

**2171 Quail Run Drive**

**Baton Rouge**     **LA**    **70808**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.115** **Nonpriority creditor's name and mailing address**

**Joyner Law Firm**

**2236 St Charles Ave**

**Suite A**

**New Orleans**     **LA**    **70130**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.116** **Nonpriority creditor's name and mailing address**

**JT Law Firm**

**111 North Orange Ave**

**Ste. 800**

**Orlando**     **FL**    **32801**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Debtor  **MMA Law Firm, PLLC**                                    Case number (if known)  **24-31596**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

| 3.117 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                        $0.00

**Kaleb Blake Company Umpire Services**

**1709 Gornto Road**
☐ Contingent
☐ Unliquidated

**A-308**
☑ Disputed

**Basis for the claim:**

**Valdosta**          **GA**    **31601**       **Notice Only**

Date or dates debt was incurred _____       **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __     ☑ No
                                                 ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                        $0.00

**Kandell, Kandell & Petrie, P.A.**

**2665 S Bayshore Dr**
☐ Contingent
☐ Unliquidated

**Suite 500**
☑ Disputed

**Basis for the claim:**

**Miami**          **FL**    **33133**       **Notice Only**

Date or dates debt was incurred _____       **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __     ☑ No
                                                 ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                        $0.00

**Kevin Tully**

**Suite 2300**
☐ Contingent
☐ Unliquidated

**601 Poydras St.**
☑ Disputed

**Basis for the claim:**

**New Orleans**          **LA**    **70130**       **Notice Only**

Date or dates debt was incurred _____       **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __     ☑ No
                                                 ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                        $0.00

**Klotz & Early Law Firm**

**909 Poydras Street**
☐ Contingent
☐ Unliquidated

**Suite 2950**
☑ Disputed

**Basis for the claim:**

**New Orleans**          **LA**    **70112**       **Notice Only**

Date or dates debt was incurred _____       **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __     ☑ No
                                                 ☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 31

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.121 Nonpriority creditor's name and mailing address**

Kovar Law Group

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Notice Only**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.122 Nonpriority creditor's name and mailing address**

Krause and Kinsman Trial Lawyers
4717 Grand Ave
#300

Kansas City MO 64112

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Notice Only**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.123 Nonpriority creditor's name and mailing address**

Laborde Earles Injury Lawyers
1901 Kaliste Saloom Rd

Lafayette LA 70508

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Notice Only**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.124 Nonpriority creditor's name and mailing address**

LaHatte Law LLC
2000 Clearview Pkwy
Suite 203

Metairie LA 70001

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Notice Only**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor     **MMA Law Firm, PLLC**                                    Case number (if known)  **24-31596**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.125**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                                    **$0.00**
                                                                         *Check all that apply.*

**Law Office of Carolyn O Hines**                                        ☐ Contingent

**1330 Jackson St**                                                      ☐ Unliquidated

**Suite C**                                                              ☑ Disputed

                                                                         **Basis for the claim:**

**Alexandria**              LA      71301                                 **Notice Only**

Date or dates debt was incurred                                          **Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __                          ☑ No
                                                                         ☐ Yes

---

**3.126**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                                    **$0.00**
                                                                         *Check all that apply.*

**Law Office of Deborah E. Lonker**                                      ☐ Contingent

**3636 S I 10 Service Rd W**                                             ☐ Unliquidated

**Suite 100**                                                            ☑ Disputed

                                                                         **Basis for the claim:**

**Metairie**               LA      70001                                 **Notice Only**

Date or dates debt was incurred                                          **Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __                          ☑ No
                                                                         ☐ Yes

---

**3.127**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                                    **$0.00**
                                                                         *Check all that apply.*

**Law Office of Laura Jean Todaro**                                      ☐ Contingent

**909 W Esplanade Ave**                                                  ☐ Unliquidated

**Suite 203**                                                            ☑ Disputed

                                                                         **Basis for the claim:**

**Kenner**                 LA      70065                                  **Notice Only**

Date or dates debt was incurred                                          **Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __                          ☑ No
                                                                         ☐ Yes

---

**3.128**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                                    **$0.00**
                                                                         *Check all that apply.*

**Law Office of Phillip T. Hager**                                       ☐ Contingent

**3500 North Hullen Street**                                             ☐ Unliquidated

                                                                         ☑ Disputed

                                                                         **Basis for the claim:**

**Metairie**               LA      70002                                  **Notice Only**

Date or dates debt was incurred                                          **Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __                          ☑ No
                                                                         ☐ Yes

---

Official Form 206E/F               **Schedule E/F: Creditors Who Have Unsecured Claims**               page 33

Debtor    **MMA Law Firm, PLLC**                                    Case number (if known)   **24-31596**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

**3.129**   **Nonpriority creditor's name and mailing address**

**Law Office of Stephen M Smith Attorney**

**1425 N Broad St**

**Suite 201**

**New Orleans**          LA     **70119**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.130**   **Nonpriority creditor's name and mailing address**

**Law Office of Steven J Rando LLC**

**3530 Canal St**

**New Orleans**          LA     **70119**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.131**   **Nonpriority creditor's name and mailing address**

**Law Offices of Jeremy Moody LLC**

**327 Nora Broussard Rd**

**Youngsville**          LA     **70592-5661**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.132**   **Nonpriority creditor's name and mailing address**

**Lawrence R. Anderson, Jr. Attorney at La**

**11953 Coursey Boulevard**

**Baton Rouge**          LA     **70816**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 34

Debtor **MMA Law Firm, PLLC** _____ Case number (if known) **24-31596** _____

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Lee Hoffoss Injury Lawyers**

**517 W College St**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Lake Charles**          **LA**   **70605**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | | $158,000.00 |

**Locklin Consulting, LLC**

**2478 S 3rd Ave**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Walla Walla**          **WA**   **99362**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Basis for the claim:**
**Case/Client Expenses**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | | $0.00 |

**Long & Long Law Firm**

**3600 Springhill Memorial Drive N.**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Mobile**          **AL**   **36608**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | | $500,000.00 |

**Louisiana Dept. Of Insurance**

**P.O. Box 94214**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Baton Rouge**          **LA**   **70804**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Basis for the claim:**
**Fine**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MMA Law Firm, PLLC**              Case number (if known)  **24-31596**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        **Amount of claim**

---

**3.137**    **Nonpriority creditor's name and mailing address**

**Louisiana TWC**

**P.O. Box 94050**

**Baton Rouge**      LA    70804

Date or dates debt was incurred

Last 4 digits of account number    7   4   1   2

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$535.13

---

**3.138**    **Nonpriority creditor's name and mailing address**

**Lundy, Lundy, Soileau & South, LLP**

**501 Broad Street**

**Lake Charles**      LA    70601

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$0.00

---

**3.139**    **Nonpriority creditor's name and mailing address**

**Mahfouz Law Firm, LLC**

**1201 Brashear Avenue**

**Suite 201**

**Morgan City**      LA    70381

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$0.00

---

**3.140**    **Nonpriority creditor's name and mailing address**

**Manning General Contractors**

**402 SW Market St.**

**Lees Summit**      MO    64063

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$0.00

---

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.141** **Nonpriority creditor's name and mailing address**

**Mansfield Melancon Cranmer & Dick Injury**

**318 Harrison Ave**

**New Orleans**        **LA**    **70124**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.142** **Nonpriority creditor's name and mailing address**

**Marcelle Robertson Mestayer LLC**

**650 Poydras St**

**Suite 2720**

**New Orleans**        **LA**    **70130**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.143** **Nonpriority creditor's name and mailing address**

**Mark W Smith & Associates PLLC Attorneys**

**500 N Causeway Blvd**

**Metairie**        **LA**    **70001**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.144** **Nonpriority creditor's name and mailing address**

**McKee Law Firm LLC**

**1100 Poydras St**

**Suite 1475**

**New Orleans**        **LA**    **70163**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

Debtor **MMA Law Firm, PLLC** _____  Case number (if known) **24-31596** _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**Melissa Lessel**

**755 Magazine St.**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**New Orleans**　　**LA**　**70130**

**Date or dates debt was incurred**　_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**　__ __ __ __

| **3.146** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**Mike Brandner Law Firm**

**3621 Veterans Memorial Boulevard**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Metairie**　　**LA**　**70401**

**Date or dates debt was incurred**　_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**　__ __ __ __

| **3.147** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**Mixon Carroll & Frazier LLC**

**P O Drawer 1619**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Columbia**　　**LA**　**71418**

**Date or dates debt was incurred**　_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**　__ __ __ __

| **3.148** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**Montiel Hodge**

**400 Poydras St**

**Suite 2325**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**New Orleans**　　**LA**　**70130**

**Date or dates debt was incurred**　_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**　__ __ __ __

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| | | |
|---|---|---|
| **3.149** | **Nonpriority creditor's name and mailing address** | $0.00 |

Morris Bart LLC

601 Poydras St

Floor 24

New Orleans     LA     70130

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| | | |
|---|---|---|
| **3.150** | **Nonpriority creditor's name and mailing address** | $0.00 |

National Public Adjusting, LLC

25015 Spring Creek Drive

Spring     TX     77380

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| | | |
|---|---|---|
| **3.151** | **Nonpriority creditor's name and mailing address** | $0.00 |

New Orleans Legal LLC

643 Magazine St

Suite 202

New Orleans     LA     70130

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| | | |
|---|---|---|
| **3.152** | **Nonpriority creditor's name and mailing address** | $0.00 |

Nicaud & Sunseri Law Firm

3000 18th St

Metairie     LA     70002

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **MMA Law Firm, PLLC**        Case number (if known) **24-31596**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.153**   **Nonpriority creditor's name and mailing address**

**Noble Public Adjusting**

**107 Amar Place**

**#103**

**Panama City Beach**    FL    32413

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Notice Only**

Is the claim subject to offset?

☒ No
☐ Yes

$0.00

---

**3.154**   **Nonpriority creditor's name and mailing address**

**Noland Law Office**

**533 Europe St**

**Baton Rouge**    LA    70802

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Notice Only**

Is the claim subject to offset?

☒ No
☐ Yes

$0.00

---

**3.155**   **Nonpriority creditor's name and mailing address**

**Norris Law Firm Personal Injury**

**8 North Oak St**

**Vidalia**    LA    71373

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Notice Only**

Is the claim subject to offset?

☒ No
☐ Yes

$0.00

---

**3.156**   **Nonpriority creditor's name and mailing address**

**Oakwoood Bank**

**LB 35**

**Suite 600**

**8411 Preston Rd**

**Dallas**    TX    75225

Date or dates debt was incurred

Last 4 digits of account number   2 8 2 5

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Loan**

Is the claim subject to offset?

☒ No
☐ Yes

$44,624.05

---

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|--------|---------------------|------------------------|----------|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.157** Nonpriority creditor's name and mailing address

Pandit Law

701 Poydras Street

Suite 3950

New Orleans          LA      70139

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

Notice Only

**Is the claim subject to offset?**

☒ No
☐ Yes

$0.00

**3.158** Nonpriority creditor's name and mailing address

Patout & Shaw, PLLC

1235 N Loop W

8th Floor

Houston          TX      77008

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

Notice Only

**Is the claim subject to offset?**

☒ No
☐ Yes

$0.00

**3.159** Nonpriority creditor's name and mailing address

PCG - Property Loss Consultants

2000 Mallory Lane

Suite 130, #239

Franklin          TN      37067

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Judgment on appeal and is being challenged.

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

Judgment

**Is the claim subject to offset?**

☒ No
☐ Yes

$9,795,003.46

**3.160** Nonpriority creditor's name and mailing address

Philip C Hoffman Attorney at Law

643 Magazine St

Suite 300 A

New Orleans          LA      70130

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

Notice Only

**Is the claim subject to offset?**

☒ No
☐ Yes

$0.00

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 41

Debtor   **MMA Law Firm, PLLC**                     Case number (if known)   **24-31596**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

**3.161**   **Nonpriority creditor's name and mailing address**

**Pierce & Shows Attorneys**

**601 St Joseph St**

**Baton Rouge**          **LA**      **70802**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.162**   **Nonpriority creditor's name and mailing address**

**Porsche Financial Services**

**One Porsche Dr.**

**Atlanta**            **GA**      **30354**

Date or dates debt was incurred

Last 4 digits of account number      **1  9  0  8**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Lease**

**Is the claim subject to offset?**
☑ No
☐ Yes

$94,575.39

---

**3.163**   **Nonpriority creditor's name and mailing address**

**Principal Financial**

**P.O. Box 249**

**Itasca**            **IL**      **60143**

Date or dates debt was incurred

Last 4 digits of account number      **0  0  0  1**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract**

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,265.99

---

**3.164**   **Nonpriority creditor's name and mailing address**

**R. William Huye, III**

**2106 Key West Cove**

**Austin**            **TX**      **78746**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 42

Debtor   **MMA Law Firm, PLLC**                                    Case number (if known)   **24-31596**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

**3.165**   **Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is:                   $0.00
                                                                          *Check all that apply.*

**Raspanti Law Firm**                                                     ☐ Contingent

**3900 North Causeway Blvd**                                              ☐ Unliquidated

**Suite 1470 (Lakeway 1)**                                                ☑ Disputed

                                                                          **Basis for the claim:**

**Metairie**                    **LA**      **70002**                     **Notice Only**

Date or dates debt was incurred   _____                         **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __                             ☑ No
                                                                          ☐ Yes

---

**3.166**   **Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is:                   $0.00
                                                                          *Check all that apply.*

**Richardson Law Group**                                                  ☐ Contingent

**422 E Lockwood St**                                                     ☐ Unliquidated

                                                                          ☑ Disputed

                                                                          **Basis for the claim:**

**Covington**                   **LA**      **70433**                     **Notice Only**

Date or dates debt was incurred   _____                         **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __                             ☑ No
                                                                          ☐ Yes

---

**3.167**   **Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is:                   $0.00
                                                                          *Check all that apply.*

**Riess LeMieux LLC**                                                     ☐ Contingent

**1100 Poydras St**                                                       ☐ Unliquidated

**Suite 110**                                                             ☑ Disputed

                                                                          **Basis for the claim:**

**New Orleans**                 **LA**      **70163**                     **Notice Only**

Date or dates debt was incurred   _____                         **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __                             ☑ No
                                                                          ☐ Yes

---

**3.168**   **Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is:                   $0.00
                                                                          *Check all that apply.*

**Robert Angelle, APLC**                                                  ☐ Contingent

**3231 N Interstate 10 Service Rd W**                                     ☐ Unliquidated

                                                                          ☑ Disputed

                                                                          **Basis for the claim:**

**Metairie**                    **LA**      **70002**                     **Notice Only**

Date or dates debt was incurred   _____                         **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __                             ☑ No
                                                                          ☐ Yes

Debtor  **MMA Law Firm, PLLC**                             Case number (if known) __24-31596__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.169**   **Nonpriority creditor's name and mailing address**

**Robert Emmet Couhig , Jr**

**Suite 3250**

**1100 Poydras Street**

**New Orleans**          LA        **70163**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.170**   **Nonpriority creditor's name and mailing address**

**Ron Anthony Austin**

**400 Manhattan Boulevard**

**Harvey**          LA        **70058**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.171**   **Nonpriority creditor's name and mailing address**

**Roper Ligh Attorneys**

**10935 Perkins Rd**

**Suite B**

**Baton Rouge**          LA        **70810**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.172**   **Nonpriority creditor's name and mailing address**

**Roy & Scott**

**P O Box 544**

**Marksville**          LA        **71351**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 44

Debtor    **MMA Law Firm, PLLC**                                    Case number (if known) **24-31596**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $145,197.09 |
|---|---|---|---|

**SBA**

**CESC - COVID EIDL Service Center**

**C14925 Kingsport Rd.**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Fort Worth          TX     76155**

**Basis for the claim:**
**Loan**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    7   9   0   3

---

| 3.174 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**ScanStat**

**P.O. Box 791522**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Baltimore          MD     21279**

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.175 | Nonpriority creditor's name and mailing address | | $1,268,000.00 |
|---|---|---|---|

**Scope Pros, LLC**

**8060 East Girard Avenue**

**Unit 619**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Denver          CO     80231**

**Basis for the claim:**
**Case/Client Expenses**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.176 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Scott Galante**

**816 Cadiz St.**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**New Orleans          LA     70115**

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 45

Debtor   **MMA Law Firm, PLLC**                                   Case number (if known)   **24-31596**

## Part 2:   Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**3.177**   Nonpriority creditor's name and mailing address

**Scott Huete**

**400 Manhattan Boulevard**

**Harvey**          LA      **70058**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.178**   Nonpriority creditor's name and mailing address

**Simien & Simien, LLC**

**7908 Wrenwood Blvd.**

**Baton Rouge**          LA      **70809**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.179**   Nonpriority creditor's name and mailing address

**SJP Law Firm**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.180**   Nonpriority creditor's name and mailing address

**Smith Jadin Johnson PLLC**

**7900 Xerxes Avenue South**

**Suite 2020**

**Bloomington**          MN      **55431**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|--------|------------------------|------------------------|--------------|

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.181**  **Nonpriority creditor's name and mailing address**

**State Farm Counsel**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Judgments/Sanctions**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,750.00

---

**3.182**  **Nonpriority creditor's name and mailing address**

**Stephenson, Chavarri & Dawson LLC**

**400 Poydras St**

**Suite 1990**

**New Orleans**            **LA    70130**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.183**  **Nonpriority creditor's name and mailing address**

**Stolk Lab**

**1711 Analog Dr.**

**Richardson**            **TX    75081**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.184**  **Nonpriority creditor's name and mailing address**

**SWLA Injury Attorneys, LLC**

**949 Ryan Street**

**Suite 130**

**Lake Charles**            **LA    70601**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 47

Debtor    **MMA Law Firm, PLLC**                                                     Case number (if known)   **24-31596**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.185**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $0.00
*Check all that apply.*

**The Chopin Law Firm**

**650 Poydras Street**                                              ☐ Contingent
                                                                    ☐ Unliquidated
**Suite 1550**                                                      ☑ Disputed

                                                                    **Basis for the claim:**
**New Orleans**          LA      **70130**                          **Notice Only**

Date or dates debt was incurred                                     **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __                      ☑ No
                                                                    ☐ Yes

---

**3.186**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $0.00
*Check all that apply.*

**The Devereaux Law Firm**

**2113 Lakeshore Drive**                                            ☐ Contingent
                                                                    ☐ Unliquidated
                                                                    ☑ Disputed

                                                                    **Basis for the claim:**
**Mandeville**           LA      **70448**                          **Notice Only**

Date or dates debt was incurred                                     **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __                      ☑ No
                                                                    ☐ Yes

---

**3.187**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $0.00
*Check all that apply.*

**The Johnson Firm Lawyers**

**1419 Ryan St**                                                    ☐ Contingent
                                                                    ☐ Unliquidated
                                                                    ☑ Disputed

                                                                    **Basis for the claim:**
**Lake Charles**         LA      **70601**                          **Notice Only**

Date or dates debt was incurred                                     **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __                      ☑ No
                                                                    ☐ Yes

---

**3.188**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $0.00
*Check all that apply.*

**The King Firm**

**2912 Canal St**                                                   ☐ Contingent
                                                                    ☐ Unliquidated
                                                                    ☑ Disputed

                                                                    **Basis for the claim:**
**New Orleans**          LA      **70119**                          **Notice Only**

Date or dates debt was incurred                                     **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __                      ☑ No
                                                                    ☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims                    page 48

Debtor    **MMA Law Firm, PLLC**                    Case number (if known)    **24-31596**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

**3.189** | **Nonpriority creditor's name and mailing address**

**The Law Firm of Hesni & Rossetti, PLC**

**407 Huey P. Long Avenue**

**Gretna**                    **LA**      **70053**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.190** | **Nonpriority creditor's name and mailing address**

**The Law Office of Richard J Fernandez LL**

**3000 W Esplanade Ave N**

**Suite 200**

**Metairie**                    **LA**      **70002**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.191** | **Nonpriority creditor's name and mailing address**

**The Mahome Firm**

**5190 Canal Boulevard**

**Suite 102**

**New Orleans**                    **LA**      **70124**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.192** | **Nonpriority creditor's name and mailing address**

**The Morgan Law Group**

**1331 Ochsner Blvd**

**Ste. 101**

**Covington**                    **LA**      **70433**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 49

Debtor  **MMA Law Firm, PLLC**                                 Case number (if known)  **24-31596**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                        Amount of claim

---

**3.193**  **Nonpriority creditor's name and mailing address**

**The Pellegrin Firm LLC**

**3500 N Hullen St**

**Suite 17D**

**Metairie**          **LA**    **70002**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

☒ No
☐ Yes

$0.00

---

**3.194**  **Nonpriority creditor's name and mailing address**

**The Townsley Law Firm**

**3102 Enterprise Blvd.**

**Lake Charles**       **LA**    **70601**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

☒ No
☐ Yes

$0.00

---

**3.195**  **Nonpriority creditor's name and mailing address**

**The Voorhies Law Firm**

**1100 Poydras Street**

**Suite 2810**

**New Orleans**       **LA**    **70163**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

☒ No
☐ Yes

$0.00

---

**3.196**  **Nonpriority creditor's name and mailing address**

**The Webster Law Firm, P.C.**

**6200 Savoy Drive**

**Suite 150**

**Houston**           **TX**    **77036**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

☒ No
☐ Yes

$0.00

---

Debtor    **MMA Law Firm, PLLC**                                      Case number (if known)   **24-31596**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

| **3.197** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Thomas Flanagan**

**Suite 3300**

**201 St. Charles Ave.**

☐ Contingent
☐ Unliquidated
☑ Disputed

**New Orleans**          LA      70170

Date or dates debt was incurred

**Basis for the claim:**

**Notice Only**

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| **3.198** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57,022.52** |

**Thomson Reuters**

**610 Opperman Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Eagan**          MN      55123

Date or dates debt was incurred

**Basis for the claim:**

**Contract**

Last 4 digits of account number      4  4  6  3

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| **3.199** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Timothy B Moore Law Office LLC**

**10001 Lake Forest Blvd**

**Suite 870**

☐ Contingent
☐ Unliquidated
☑ Disputed

**New Orleans**          LA      70127

Date or dates debt was incurred

**Basis for the claim:**

**Notice Only**

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| **3.200** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tollefson Bradley Mitchell & Melendi, LL**

**2811 McKinney Ave.**

**Suite 250**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Dallas**          TX      75204

Date or dates debt was incurred

**Basis for the claim:**

**Notice Only**

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 51

Debtor    **MMA Law Firm, PLLC**                                      Case number (if known)  **24-31596**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.201**    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:        $0.00
                                                                        *Check all that apply.*

**TX Tag**                                                              ☐ Contingent
                                                                        ☐ Unliquidated
**P.O. Box 650749**                                                     ☑ Disputed

                                                                        **Basis for the claim:**

**Dallas**                      **TX**    **75265**                     **Notice Only**

Date or dates debt was incurred                                        **Is the claim subject to offset?**

Last 4 digits of account number    **6  2  8  6**                       ☑ No
                                                                        ☐ Yes

---

**3.202**    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:        $0.00
                                                                        *Check all that apply.*

**Veron Bice Attorneys At Law**                                         ☐ Contingent
                                                                        ☐ Unliquidated
**721 Kirby St**                                                        ☑ Disputed

                                                                        **Basis for the claim:**

**Lake Charles**                **LA**    **70601**                     **Notice Only**

Date or dates debt was incurred                                        **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __                          ☑ No
                                                                        ☐ Yes

---

**3.203**    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:        $0.00
                                                                        *Check all that apply.*

**VG Law Group, L.L.P.**                                                ☐ Contingent
                                                                        ☐ Unliquidated
**8751 W. Broward Blvd.**                                               ☑ Disputed

**Suite 200**
                                                                        **Basis for the claim:**

**Plantation**                  **FL**    **33324**                     **Notice Only**

Date or dates debt was incurred                                        **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __                          ☑ No
                                                                        ☐ Yes

---

**3.204**    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:        $0.00
                                                                        *Check all that apply.*

**VG Vilar & Green Attorneys**                                          ☐ Contingent
                                                                        ☐ Unliquidated
**1450 Dorchester Dr**                                                  ☑ Disputed

                                                                        **Basis for the claim:**

**Alexandria**                  **LA**    **71301**                     **Notice Only**

Date or dates debt was incurred                                        **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __                          ☑ No
                                                                        ☐ Yes

---

Debtor  **MMA Law Firm, PLLC**                                    Case number (if known)  **24-31596**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.            **Amount of claim**

---

**3.205**  **Nonpriority creditor's name and mailing address**

**Vidal Law & CPA Firm LLC**

**135 Woodlake Blvd**

**Kenner**                    **LA**      **70065**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.206**  **Nonpriority creditor's name and mailing address**

**Webster Vicknair Macleod**

**6200 Savoy  Drive**

**Suite 150**

**Houston**                  **TX**      **77036**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.207**  **Nonpriority creditor's name and mailing address**

**Welborn & Hargett Injoury Attorneys**

**1540 W Pinhook Rd**

**Lafayette**                 **LA**      **70503**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.208**  **Nonpriority creditor's name and mailing address**

**Whitworth Law Firm, LLC**

**900 France Street**

**Baton Rouge**               **LA**      **70802**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Debtor  **MMA Law Firm, PLLC**                                  Case number (if known) **24-31596**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

**3.209**  **Nonpriority creditor's name and mailing address**

**Wilkofsky, Friedman, Karel & Cummins**

**299 Broadway**

**Ste. 1700**

**New York**           **NY**   **10007**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.210**  **Nonpriority creditor's name and mailing address**

**William Gibbens**

**Suite 1600**

**909 Poydras**

**New Orleans**           **LA**   **70112**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.211**  **Nonpriority creditor's name and mailing address**

**William Macaluso**

**Suite 200**

**111 N. Oak St.**

**Hammond**           **LA**   **70401**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.212**  **Nonpriority creditor's name and mailing address**

**William Ross**

**816 Cadiz St.**

**New Orleans**           **LA**   **70115**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

Debtor    **MMA Law Firm, PLLC**                                          Case number (if known)  **24-31596**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Woody Falgoust, A Law Corporation**

**1050 Canal Blvd.**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Thibodaux**          **LA**    **70301**

**Basis for the claim:**

**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zeringue Law Group**

**311 Patriot Street**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Thibodaux**          **LA**    **70301**

**Basis for the claim:**

**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Debtor    **MMA Law Firm, PLLC**                                          Case number (if known)    **24-31596**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1   **Jason Silver**
**Suite 725W**
**One Pierce Place**

**Itasca            IL      60143**

Line    **3.163**

☐  Not listed.  Explain:

___ ___ ___ ___


4.2   **Lisa Norman**
**15th Floor**
**1885 St. James Place**

**Houston            TX    77056**

Line    **3.159**

☐  Not listed.  Explain:

___ ___ ___ ___


4.3   **Lisa Norman**
**15th Floor**
**1885 St. James Place**

**Houston            TX    77056**

Line    **3.82**

☐  Not listed.  Explain:

___ ___ ___ ___


4.4   **Spencer Fane, LP**
**Fred Johnson**
**3040 Post Oak Blvd, Suite 1400**

**Houston            TX    77056**

Line  _____

☑  Not listed.  Explain:
**Notice Only - Counsel for EAJF**

___ ___ ___ ___


Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            page 56

Debtor    **MMA Law Firm, PLLC**                                      Case number (if known)    **24-31596**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

                                                                                    **Total of claim amounts**

5a.    **Total claims from Part 1**                               5a.                              **$0.00**

5b.    **Total claims from Part 2**                               5b. **+**        **$68,385,247.00**

5c.    **Total of Parts 1 and 2**                                  5c.              **$68,385,247.00**
        Lines 5a + 5b = 5c.

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 57

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MMA Law Firm, PLLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-31596**    Chapter    **11** |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**     State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Temporary Lease - suite 2900 at 1415 Lousiana Street, Houston, TX 77002 pursuant to a Sublease Agreemetn with KLX Energy Services<br>Contract to be REJECTED | 1415 Louisiana, LLC |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Lease: 1820 St. Charles Ave. , Suite 110, New Orleans, Louisiana<br>Contract to be REJECTED | Chamary, LLC<br>Attn: Carlton Toups<br>113 Midway Drive |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | New Orleans                LA       70123 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | 1820 St. Charles Avenue, New Orleans, LA - Suite 200<br>Contract to be REJECTED | Chamary, LLC<br>9012 Jodhpur |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Fair Oaks Ranch                TX       78015 |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Storage facility<br>Contract to be REJECTED | Elmwood Storage Facility<br>1004 S. Clearview Pkwy |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | New Orleans                LA       70123 |

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **Lease: 516 Heights Blvd, Houston, TX Contract to be REJECTED** | **Jamie Guerra Heights House LLC** |
|---|---|---|---|
| | | | **516 Heights Blvd** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston** TX 77007 |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **Sublease agreement - 1415 Louisiana Street, Suite 2900. Contract to be REJECTED** | **KLX Energy Services, LLC** |
|---|---|---|---|
| | | | **3040 Post Oak Blvd, Suite 1500** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston** TX 77056 |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement - 13350 Metro Parkway, Suite 404 Contract to be REJECTED** | **Metro-Daniels Investors** |
|---|---|---|---|
| | | | **1500 5th Avenue South** |
| | | | **Suite 111** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Naples** FL 34102 |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement - Suite 810 - 1235 North Loop West, Houston, TX 77008 Contract to be ASSUMED** | **MLCSV15, LLC** |
|---|---|---|---|
| | | | **1250 Wood Branch Park Drive** |
| | | | **Suite 100** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston** TX 77079 |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | **Lease: 2022 Porchse Taycan Turbo S. Contract to be REJECTED** | **Porsche Financial Services** |
|---|---|---|---|
| | | | **One Porsche Drive** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Atlanta** GA 30354 |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | **Lease: 101 Lottie Lane, Unit 5 Contract to be REJECTED** | **S&L Acquisitions, LLC** |
|---|---|---|---|
| | | | **101 Lottie Lane, Unit 5** |
| | | | **Fairhope, AL 365322** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page 2

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Monthly leases for 7 copy machines. Contract to be REJECTED | **Xerox Financial Services** |
|---|---|---|---|
| | | | **P.O. Box 202882** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dallas**      **TX**    **75320** |

Official Form 206G      **Schedule G: Executory Contracts and Unexpired Leases**      page 3

Case 24-31596 Document 169-1 Filed in TXSB on 04/23/24 Page 206 of 203

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **MMA Law Firm, PLLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-31596** |

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
|---|---|---|---|---|
| **2.1** | **Zach Mosely** | **1235 N. Loop West**<br>Number　　Street<br>**Suite 810**<br>**Houston**　　　　**TX**　**77008**<br>City　　　　State　ZIP Code | **Equal Access Justice Fund, LP** | ☐ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name **MMA Law Firm, PLLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **24-31596**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from Schedule A/B................................................................... **$0.00**

   1b. **Total personal property:**
      Copy line 91A from Schedule A/B................................................................ **$155,438,146.34**

   1c. **Total of all property**
      Copy line 92 from Schedule A/B................................................................ **$155,438,146.34**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................................... **$0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of Schedule E/F................................................................ **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................... **+ $68,385,247.00**

4. **Total liabilities**
   Lines 2 + 3a + 3b................................................................................................ **$68,385,247.00**

**Fill in this information to identify the case and this filing:**

Debtor Name    **MMA Law Firm, PLLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **24-31596**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/23/2024**      **X** **/s/ Zach Moseley** _____
     MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                        **Zach Moseley** _____
                                        Printed name

                                        **Managing Member** _____
                                        Position or relationship to debtor

<table>
<tr><td colspan="3"><b><u>Information to identify the case:</u></b></td></tr>
<tr>
<td>Debtor</td>
<td>MMA Law Firm, PLLC<br>_____<br>Name</td>
<td>EIN: _ _−_ _ _ _ _ _ _</td>
</tr>
<tr>
<td>United States Bankruptcy Court</td>
<td>Southern District of Texas</td>
<td>Date case filed for chapter:    11    4/9/24</td>
</tr>
<tr>
<td>Case number:</td>
<td>24−31596</td>
<td></td>
</tr>
</table>

## Official Form 309F1 (For Corporations or Partnerships)
## Notice of Chapter 11 Bankruptcy Case      **10/20**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | MMA Law Firm, PLLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | Suite 810<br>1235 North Loop West<br>Houston, TX 77008 | |
| **4. Debtor's attorney**<br>Name and address | Johnie J Patterson<br>Walker & Patterson,P.C.<br>P.O. Box 61301<br>Houston, TX 77208−1301 | Contact phone 713−956−5577<br><br>Email: jjp@walkerandpatterson.com |
| **5. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Hours open:<br>8:00 am – 5:00 pm Monday through Friday<br><br>Contact phone (713) 250−5500<br><br>Date: 4/10/24 |
| **6. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **May 15, 2024 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephone Conference, Call 866−707−5468, passcode 6166997** |

**For more information, see page 2 >**

Debtor   **MMA Law Firm, PLLC**                                                          Case number **24–31596**

| | |
|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** |
| | **For all creditors (except a governmental unit):**          8/13/24 |
| | **For a governmental unit:**          10/7/24 |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:**          _____ |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

Official Form 309F1 (For Corporations or Partnerships)          **Notice of Chapter 11 Bankruptcy Case**          page 2

United States Bankruptcy Court

Southern District of Texas

In re:                                                                    Case No. 24-31596-evr

MMA Law Firm, PLLC                                                         Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: ADIuser | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Apr 10, 2024 | Form ID: 309F1 | Total Noticed: 208 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MMA Law Firm, PLLC, Suite 810, 1235 North Loop West, Houston, TX 77008-1764 |
| aty | + | Andrew Jimenez, U.S. Department of Justice, United States Trustee Program, 515 Rusk Street, Suite 3516, Houston, TX 77002-2604 |
| 12671190 | + | ADP Run, 7924 West Sahara Avenue, Las Vegas, NV 89117-1990 |
| 12671198 | + | AMO Trial Lawyers, 3850 N. Causeway Boulevard, Suite 590, Metairie, LA 70002-8120 |
| 12671201 | + | AT&T - old account (TX), P.O. Box 5019, Carol Stream, IL 60197-5019 |
| 12671189 | + | Abel Law Firm, LLC, 405 W 2nd St., Thibodaux, LA 70301-3009 |
| 12671192 | + | Alexandria Rahn, Suite 800, 10440 N. Central Expressway, Dallas, TX 75231-2264 |
| 12671193 | + | Alexandria Twiss, Suite 4200, 1717 Main St., Dallas, TX 75201-4876 |
| 12671194 | + | Alexis A. Taylor, LLC, P.O. Box 1060, Independence, LA 70443-1060 |
| 12671195 | + | Alixe Duplechain, Suite 3300, 201 St. Charles Ave., New Orleans, LA 70170-3400 |
| 12671196 | + | All Peril Adjusting, LLC, 594 Sawdust Rd., Suite 354, The Woodlands, TX 77380-2215 |
| 12671197 | + | Alvendia, Kelly, Demarest Law, LLC, 909 Poydras Street, Suite 1625, New Orleans, LA 70112-4067 |
| 12671199 | + | Andrea Miller, Suite 1600, 909 Poydras, New Orleans, LA 70112-4013 |
| 12671200 | + | Andres Holmgren, Suite 3300, 201 St. Charles Ave., New Orleans, LA 70170-3400 |
| 12671202 | + | Baggett McCall LLC, 3006 Country Club Road, Suite 100, Lake Charles, LA 70605-5920 |
| 12671203 | + | Barcus Arenas PLLC, 2200 N Loop West, Ste. 108, Houston, TX 77018-1753 |
| 12671204 | + | Bayou Adjusting, P.O. Box 837, Walker, LA 70785-0837 |
| 12671205 | + | Becker & Hebert, 201 Rue Beauregard, Lafayette, LA 70508-3251 |
| 12671206 | + | Beverly DeLaune, 755 Magazine St., New Orleans, LA 70130-3629 |
| 12671207 | + | Bisig Law Firm, LLC, 206 N. Church Street, Jennings, LA 70546-5810 |
| 12671208 | + | Bolen, Parker, Brenner, Lee & Miller, Lt, 709 Versailles Blvd., Alexandria, LA 71303-2352 |
| 12671209 | + | Boling Law Firm, LLC, 541 Julia St., Ste. 300, New Orleans, LA 70130-3695 |
| 12671210 | #+ | Brasher Law Firm, PLLC, 1555 Poydras Street, Suite 1600, New Orleans, LA 70112-3769 |
| 12671211 | + | Brian Craig Johnson, P.E., 7600 Chicago Ave. S, Richfield, MN 55423-4450 |
| 12671212 | + | Brian F Guillot Attorney at Law, 1716 Apple St, Metairie, LA 70001-2349 |
| 12671213 | + | Broussard & Dove, APLC, 7605 Park Avenue, Houma, LA 70364-3642 |
| 12671214 | + | Broussard Injury Lawyers, 321 Veterans Memorial Blvd, Suite 205, Metairie, LA 70005-3060 |
| 12671215 | + | Burgos & Associates, LLC, 3535 Canal Street, Suite 200, New Orleans, LA 70119-6170 |
| 12671216 | + | Cameron Snowden, Suite 2900, 2933 Myrtle Ave., Baton Rouge, LA 70806-6847 |
| 12671218 | + | Carl J. Selenberg, Attorney at Law, 3713 Airline Drive, Metairie, LA 70001-5836 |
| 12671219 | + | Catherine Patriarca, Suite 2400, 601 Poydras St., New Orleans, LA 70130-6036 |
| 12671220 | + | Chad T. Wilson Law Firm, PLLC, 455 East Medical Center Blvd., Ste. 555, Webster, TX 77598-4405 |
| 12671221 | + | Charbonnet Law Firm, LLC, 501 Clearview Parkway, Metairie, LA 70001-4626 |
| 12671222 | + | Chehardy Sherman Williams Law Firm, 1 Galleria Boulevard, Suite 1100, Metairie, LA 70001-2033 |
| 12671223 | + | Chelsea Dazet Attorney at Law, 221 E Kirkland Street, Covington, LA 70433-2701 |
| 12671224 | + | Civil Legal Services, LLC, 2221 Saint Claude Ave, New Orleans, LA 70117-8455 |
| 12671225 | + | Claire Easterling Pontier, Suite 3250, 1100 Poydras Street, New Orleans, LA 70163-3201 |
| 12671226 | #+ | Claude Reynaud, III, 9 Killdeer St., New Orleans, LA 70124-4512 |
| 12671227 | + | Clay Cosse, Suite 4200, 1717 Main St., Dallas, TX 75201-4876 |

District/off: 0541-4
User: ADIuser
Page 2 of 5
Date Rcvd: Apr 10, 2024
Form ID: 309F1
Total Noticed: 208

12671228    +  Clerk of Court - Beauregard Parish, P.O. Box 100, DeRidder, LA 70634-0100
12671229    +  Clerk of Court - Caddo Parish, 501 Texas St., Room 103, Shreveport, LA 71101-5402
12671230    +  Clerk of Court - Calcasieu Parish, P.O. Box 1030, Lake Charles, LA 70602-1030
12671231    +  Coastal Claims, 2650 N Dixie Fwy, New Smyrna Beach, FL 32168-5774
12671233    +  Comcast - Old account (TX), P.O. Box 8587, Philadelphia, PA 19101-8587
12671232    +  Comcast - old account (FL), 444 Highway 96 East, St. Paul, MN 55127-2557
12671234       Concur, SAP Philippines, Inc., Topaz Rd. & Ruby Rd., 1600 Manila, Philippines
12671235    +  Cornerstone Consulting Group, 243 La Costa Circle, Weatherford, TX 76088-2208
12671236    +  Coss Law Firm, LLC, 1515 Poydras Street, Suite 900, New Orleans, LA 70112-4505
12671237    +  Cox Cox Filo Camel Wilson & Brown, LLC, 723 Broad Street, Lake Charles, LA 70601-4338
12671238    +  Cueria Law Firm, LLC, 650 Poydras Street, Suite 2740, New Orleans, LA 70130-6123
12671239    +  Dale Jefferson, Suite 1100, 808 Travis St., Houston, TX 77002-5831
12671240    +  Daly & Black, P.C., 2211 Norfolk St., #800, Houston, TX 77098-4030
12671241    +  Daly & Black, PC, 2211 Norfolk Street, Suite 800, Houston, TX 77098-4030
12671242    +  David Schenck, Suite 4200, 1717 Main St., Dallas, TX 75201-4876
12671243    +  Definiti, P.O. Box 95357, Grapevine, TX 76099-9733
12671244    +  Delphin Law Offices, 626 Broad St, Lake Charles, LA 70601-4337
12671245    +  Delsa Law Firm, 3260 Range Court, Mandeville, LA 70448-8494
12671247    +  Didriksen, Saucier & Woods, PLC, 3114 Canal Street, New Orleans, LA 70119-6202
12671249    +  Don A Rouzan & Associates LLA Counsellor, 1010 Common St, Suite 2410, New Orleans, LA 70112-2462
12671250    +  Dupont Claim Services, 1721 Hwy 22W, Madisonville, LA 70447-9446
12671251    +  Egenberg Trial Lawyers, 650 Poydras Street, Suite 2000, New Orleans, LA 70130-7206
12671252    +  Elsbet Smith, Suite 200, 111 N. Oak St., Hammond, LA 70401-3240
12671253    +  Equal Access Justice Fund, LP, c/o Fred Johnson, Spencer Fane, LLP, 3040 Post Oak Blvd, Suite 1400, Houston, TX 77056-6584
12671254    +  Esquire Deposition Solutions, 1500 Centre Pkwy, Suite 100, East Point, GA 30344-8152
12671255    +  Exact Building Consultants, 18702 69th Ave E, Bradenton, FL 34211-7096
12671256    +  Favret Carriere Cronvich, 650 Poydras Street, Suite 2300, New Orleans, LA 70130-6162
12671257    +  Fitz-Gerald Hebert & DeLouche, 2306 Sampson St, Westlake, LA 70669-2712
12671258    +  Frank J D'Amico Jr, APLC, 4608 Rye Street, Metairie, LA 70006-5314
12671259    +  Frederick M Lupfer, 1824 County Road 3113, Jacksonville, TX 75766-6185
12671260    +  Frischhertz Impastato Person Injury Law, 1140 St. Charles Ave., New Orleans, LA 70130-4332
12671265    +  GM Financial, P.O. Box 180682, Arlington, TX 76096-0682
12671261    +  Galindo Law, 4151 Southwest Fwy, #602, Houston, TX 77027-7320
12671262    +  Galindo Law Trial Attorneys, 4151 Southwest Fwy, Suite 602, Houston, TX 77027-7320
12671263    +  Glabal Estimating Services, Inc., 25000 Pitkin Rd., Suite 201/202, Spring, TX 77386-2467
12671264    +  Glago Williams Attorney at Law, 909 Poydras Street, 29th Floor, New Orleans, LA 70112-4000
12671266    +  Godbey Giardina Law Group, 1381 Fremaux Avenue, Slidell, LA 70458-8316
12671267    +  Gordon McKernan Injury Attorneys, 5656 Hilton Avenue, Baton Rouge, LA 70808-2524
12671268    +  Gordon, Arata, Montgomery, Barnett, McCo, 201 St. Charles Ave, 40th Floor, New Orleans, LA 70170-1006
12671269    +  Grant Gardiner, 3129 Bore St., Metairie, LA 70001-5333
12671270    +  Guest Law Firm, 1900 32nd Street, Kenner, LA 70065-3675
12671271    +  Gwyneth O'Neill, Suite 1600, 909 Poydras, New Orleans, LA 70112-4013
12671272    +  HAAG, P.O. Box 660625, Dallas, TX 75266-0625
12671273    +  Hair Shunnarah Trial Attorneys, 3540 S. I-10 Service Road W., Suite 300, Metairie, LA 70001-1976
12671274    +  Harris Wells, Suite 3500, 1100 Louisiana St., Houston, TX 77002-5212
12671275    +  Heath Law Group, LLC, 201 St. Charles Ave, Suite 2500, New Orleans, LA 70170-2500
12671276    +  Herman, Herman & Katz, LLC, 909 Poydras Street, Suite 1860, New Orleans, LA 70112-4060
12671277    +  Hogan Attorneys, 310 North Cherry St., No. 1, Hammond, LA 70401-3338
12671278    +  Houghtaling Law Firm, LLC, 3850 Causeway Blvd, Suite 1090, Metairie, LA 70002-8141
12671279    +  Howard Marshall, Suite 2300, 601 Poydras St., New Orleans, LA 70130-6078
12671280    +  Huber Thomas Law, LLP, 1100 Poydras Street, Suite 2200, New Orleans, LA 70163-1123
12671281    +  InQuest General Contracting LLC, P.O. Box 1827, Quinlan, TX 75474-0031
12671282    +  Insurance Claim Solutions - Umpire, 1458 Old Fort Road, Farview, NC 28730-7616
12671285    +  Iron Mountain, 3502 Bissonnet St., Houston, TX 77005-2118
12671286    +  Irpino, Avin & Hawkins Law Firm, 2216 Magazine Street, New Orleans, LA 70130-5637
12671287    +  J.A. Consulting, 7948 Davis Boulevard, Suite 100, North Richland Hills, TX 76182-6953
12671291    #+ JJC Law LLC, 3914 Canal Street, New Orleans, LA 70119-6003
12671299    +  JT Law Firm, 111 North Orange Ave, Ste. 800, Orlando, FL 32801-2381
12671288    +  James McClenny, 380 Ridge Lake Scenic Dr., Montgomery, TX 77316-6933
12671289    +  Jason J. Joy & Associates, 909 Texas Ave., Suite 1801, Houston, TX 77002-3192
12671290    +  Jean Frizzell, Suite 3500, 1100 Louisiana St., Houston, TX 77002-5212
12671292    +  John G Toerner Attorney At Law, 19335 N 9th Street, Covington, LA 70433-8801
12671293    +  John Jordan, P.O. Box 2828, Hammond, LA 70404-2828

Case 3:24-cv-03258-CRB Document 1-1 Filed in TXSB on 04/20/24 Page 235 of 243

| | | |
|---|---|---|
| 12671294 | + | John M Welborn III Attorney At Law, 508 N Pine St, DeRidder, LA 70634-3908 |
| 12671295 | + | Jonathan Lemann, Suite 3250, 1100 Poydras Street, New Orleans, LA 70163-3201 |
| 12671296 | | Jones & Hill Personal Injury Attorneys, 215 West 6th Ave, Oberlin, LA 70655 |
| 12671297 | + | Joubert Law Firm APLC, 2171 Quail Run Drive, Baton Rouge, LA 70808-4287 |
| 12671298 | + | Joyner Law Firm, 2236 St Charles Ave, Suite A, New Orleans, LA 70130-5822 |
| 12671300 | + | Kaleb Blake Company Umpire Services, 1709 Gornto Road, A-308, Valdosta, GA 31601-8406 |
| 12671301 | + | Kandell, Kandell & Petrie, P.A., 2665 S Bayshore Dr, Suite 500, Miami, FL 33133-5462 |
| 12671302 | + | Kevin Tully, Suite 2300, 601 Poydras St., New Orleans, LA 70130-6078 |
| 12671303 | + | Klotz & Early Law Firm, 909 Poydras Street, Suite 2950, New Orleans, LA 70112-4006 |
| 12671305 | + | Krause and Kinsman Trial Lawyers, 4717 Grand Ave, #300, Kansas City, MO 64112-2206 |
| 12671307 | + | LaHatte Law LLC, 2000 Clearview Pkwy, Suite 203, Metairie, LA 70001-2441 |
| 12671306 | + | Laborde Earles Injury Lawyers, 1901 Kaliste Saloom Rd, Lafayette, LA 70508-6115 |
| 12671308 | + | Law Office of Carolyn O Hines, 1330 Jackson St, Suite C, Alexandria, LA 71301-6929 |
| 12671309 | + | Law Office of Deborah E. Lonker, 3636 S I 10 Service Rd W, Suite 100, Metairie, LA 70001-6418 |
| 12671310 | + | Law Office of Laura Jean Todaro, 909 W Esplanade Ave, Suite 203, Kenner, LA 70065-2700 |
| 12671311 | + | Law Office of Phillip T. Hager, 3500 North Hullen Street, Metairie, LA 70002-3420 |
| 12671312 | + | Law Office of Stephen M Smith Attorney, 1425 N Broad St, Suite 201, New Orleans, LA 70119-2397 |
| 12671313 | + | Law Office of Steven J Rando LLC, 3530 Canal St, New Orleans, LA 70119-6109 |
| 12671314 | | Law Offices of Jeremy Moody LLC, 327 Nora Broussard Rd, Youngsville, LA 70592-5661 |
| 12671315 | + | Lawrence R. Anderson, Jr. Attorney at La, 11953 Coursey Boulevard, Baton Rouge, LA 70816-4406 |
| 12671316 | + | Lee Hoffoss Injury Lawyers, 517 W College St, Lake Charles, LA 70605-1529 |
| 12671317 | + | Locklin Consulting, LLC, 2478 S 3rd Ave, Walla Walla, WA 99362-4478 |
| 12671318 | + | Long & Long Law Firm, 3600 Springhill Memorial Drive N., Mobile, AL 36608-1162 |
| 12671319 | + | Louisiana TWC, P.O. Box 94050, Baton Rouge, LA 70804-9050 |
| 12671320 | + | Lundy, Lundy, Soileau & South, LLP, 501 Broad Street, Lake Charles, LA 70601-4334 |
| 12671321 | + | Mahfouz Law Firm, LLC, 1201 Brashear Avenue, Suite 201, Morgan City, LA 70380-1380 |
| 12671322 | + | Manning General Contractors, 402 SW Market St., Lees Summit, MO 64063-3940 |
| 12671323 | + | Mansfield Melancon Cranmer & Dick Injury, 318 Harrison Ave, New Orleans, LA 70124-3126 |
| 12671324 | + | Marcelle Robertson Mestayer LLC, 650 Poydras St, Suite 2720, New Orleans, LA 70130-6183 |
| 12671325 | + | Mark W Smith & Associates PLLC Attorneys, 500 N Causeway Blvd, Metairie, LA 70001-5340 |
| 12671326 | + | McKee Law Firm LLC, 1100 Poydras St, Suite 1475, New Orleans, LA 70163-1409 |
| 12671327 | + | Melissa Lessel, 755 Magazine St., New Orleans, LA 70130-3629 |
| 12671328 | + | Mike Brandner Law Firm, 3621 Veterans Memorial Boulevard, Metairie, LA 70002-5839 |
| 12671329 | + | Mixon Carroll & Frazier LLC, P O Drawer 1619, Columbia, LA 71418-1619 |
| 12671330 | + | Montiel Hodge, 400 Poydras St, Suite 2325, New Orleans, LA 70130-3230 |
| 12671331 | + | Morris Bart LLC, 601 Poydras St, Floor 24, New Orleans, LA 70130-6036 |
| 12671332 | + | National Public Adjusting, LLC, 25015 Spring Creek Drive, Spring, TX 77380-2441 |
| 12671333 | + | New Orleans Legal LLC, 643 Magazine St, Suite 202, New Orleans, LA 70130-3436 |
| 12671334 | + | Nicaud & Sunseri Law Firm, 3000 18th St, Metairie, LA 70002-4903 |
| 12671335 | + | Noble Public Adjusting, 107 Amar Place, #103, Panama City Beach, FL 32413-5014 |
| 12671336 | + | Noland Law Office, 533 Europe St, Baton Rouge, LA 70802-6408 |
| 12671337 | + | Norris Law Firm Personal Injury, 8 North Oak St, Vidalia, LA 71373-3332 |
| 12671338 | + | Oakwoood Bank, 8411 Preston Rd, Suite 600, LB 35, Dallas, TX 75225-5545 |
| 12671341 | + | PCG - Property Loss Consultants, 2000 Mallory Lane, Suite 130, #239, Franklin, TN 37067-8231 |
| 12671339 | + | Pandit Law, 701 Poydras Street, Suite 3950, New Orleans, LA 70139-7731 |
| 12671340 | + | Patout & Shaw, PLLC, 1235 N Loop W, 8th Floor, Houston, TX 77008-1764 |
| 12671342 | + | Philip C Hoffman Attorney at Law, 643 Magazine St, Suite 300 A, New Orleans, LA 70130-3433 |
| 12671343 | + | Pierce & Shows Attorneys, 601 St Joseph St, Baton Rouge, LA 70802-6053 |
| 12671344 | + | Principal Financial, P.O. Box 249, Itasca, IL 60143-0249 |
| 12671345 | + | R. William Huye, III, 2106 Key West Cove, Austin, TX 78746-7256 |
| 12671346 | + | Raspanti Law Firm, 3900 North Causeway Blvd, Suite 1470 (Lakeway 1), Metairie, LA 70002-7237 |
| 12671347 | + | Richardson Law Group, 422 E Lockwood St, Covington, LA 70433-2977 |
| 12671348 | + | Riess LeMieux LLC, 1100 Poydras St, Suite 110, New Orleans, LA 70163-1101 |
| 12671349 | | Robert Angelle, APLC, 3231 N Interstate 10 Service Rd W, Metairie, LA 70002 |
| 12671350 | + | Robert Emmet Couhig , Jr, Suite 3250, 1100 Poydras Street, New Orleans, LA 70163-3201 |
| 12671351 | + | Ron Anthony Austin, 400 Manhattan Boulevard, Harvey, LA 70058-4442 |
| 12671352 | + | Roper Ligh Attorneys, 10935 Perkins Rd, Suite B, Baton Rouge, LA 70810-3005 |
| 12671353 | + | Roy & Scott, P O Box 544, Marksville, LA 71351-0544 |
| 12671364 | + | SWLA Injury Attorneys, LLC, 949 Ryan Street, Suite 130, Lake Charles, LA 70601-5595 |
| 12671354 | + | ScanStat, P.O. Box 791522, Baltimore, MD 21279-1522 |
| 12671355 | + | Scope Pros, LLC, 8060 East Girard Avenue, Unit 619, Denver, CO 80231-4417 |
| 12671356 | + | Scott Galante, 816 Cadiz St., New Orleans, LA 70115-1512 |
| 12671357 | + | Scott Huete, 400 Manhattan Boulevard, Harvey, LA 70058-4442 |

| | | |
|---|---|---|
| 12671358 | + | Simien & Simien, LLC, 7908 Wrenwood Blvd., Baton Rouge, LA 70809-1796 |
| 12671360 | + | Smith Jadin Johnson PLLC, 7900 Xerxes Avenue South, Suite 2020, Bloomington, MN 55431-1132 |
| 12671361 | + | Spencer Fane, LP, Fred Johnson, 3040 Post Oak Blvd, Suite 1400, Houston, TX 77056-6584 |
| 12671362 | + | Stephenson, Chavarri & Dawson LLC, 400 Poydras St, Suite 1990, New Orleans, LA 70130-3273 |
| 12671363 | + | Stolk Lab, 1711 Analog Dr., Richardson, TX 75081-1944 |
| 12671365 | + | The Chopin Law Firm, 650 Poydras Street, Suite 1550, New Orleans, LA 70130-7213 |
| 12671366 | #+ | The Devereaux Law Firm, 2113 Lakeshore Drive, Mandeville, LA 70448-5832 |
| 12671367 | + | The Johnson Firm Lawyers, 1419 Ryan St, Lake Charles, LA 70601-5918 |
| 12671368 | + | The King Firm, 2912 Canal St, New Orleans, LA 70119-6304 |
| 12671369 | + | The Law Firm of Hesni & Rossetti, PLC, 407 Huey P. Long Avenue, Gretna, LA 70053-5917 |
| 12671370 | + | The Law Office of Richard J Fernandez LL, 3000 W Esplanade Ave N, Suite 200, Metairie, LA 70002-1877 |
| 12671371 | + | The Mahome Firm, 5190 Canal Boulevard, Suite 102, New Orleans, LA 70124-1710 |
| 12671372 | + | The Morgan Law Group, 1331 Ochsner Blvd, Ste. 101, Covington, LA 70433-8177 |
| 12671373 | + | The Pellegrin Firm LLC, 3500 N Hullen St, Suite 17D, Metairie, LA 70002-3420 |
| 12671374 | + | The Townsley Law Firm, 3102 Enterprise Blvd., Lake Charles, LA 70601-8722 |
| 12671375 | + | The Voorhies Law Firm, 1100 Poydras Street, Suite 2810, New Orleans, LA 70163-2810 |
| 12671376 | + | The Webster Law Firm, P.C., 6200 Savoy Drive, Suite 150, Houston, TX 77036-3320 |
| 12671377 | + | Thomas Flanagan, Suite 3300, 201 St. Charles Ave., New Orleans, LA 70170-3400 |
| 12671378 | + | Thomson Reuters, 610 Opperman Drive, Eagan, MN 55123-1340 |
| 12671379 | + | Timothy B Moore Law Office LLC, 10001 Lake Forest Blvd, Suite 870, New Orleans, LA 70127-6200 |
| 12671380 | + | Tollefson Bradley Mitchell & Melendi, LL, 2811 McKinney Ave., Suite 250, Dallas, TX 75204-8545 |
| 12671384 | + | VG Law Group, L.L.P., 8751 W. Broward Blvd., Suite 200, Plantation, FL 33324-2630 |
| 12671385 | + | VG Vilar & Green Attorneys, 1450 Dorchester Dr, Alexandria, LA 71301-3408 |
| 12671383 | + | Veron Bice Attorneys At Law, 721 Kirby St, Lake Charles, LA 70601-5333 |
| 12671386 | + | Vidal Law & CPA Firm LLC, 135 Woodlake Blvd, Kenner, LA 70065-1058 |
| 12671387 | + | Webster Vicknair Macleod, 6200 Savoy Drive, Suite 150, Houston, TX 77036-3320 |
| 12671388 | + | Welborn & Hargett Injoury Attorneys, 1540 W Pinhook Rd, Lafayette, LA 70503-3159 |
| 12671389 | + | Whitworth Law Firm, LLC, 900 France Street, Baton Rouge, LA 70802-6023 |
| 12671390 | + | Wilkofsky, Friedman, Karel & Cummins, 299 Broadway, Ste. 1700, New York, NY 10007-1914 |
| 12671391 | + | William Gibbens, Suite 1600, 909 Poydras, New Orleans, LA 70112-4013 |
| 12671392 | + | William Macaluso, Suite 200, 111 N. Oak St., Hammond, LA 70401-3240 |
| 12671393 | + | William Ross, 816 Cadiz St., New Orleans, LA 70115-1512 |
| 12671394 | + | Woody Falgoust, A Law Corporation, 1050 Canal Blvd., Thibodaux, LA 70301-4508 |
| 12671395 | + | Zach Mosely, 1235 N. Loop West, Suite 810, Houston, TX 77008-1764 |
| 12671396 | + | Zeringue Law Group, 311 Patriot Street, Thibodaux, LA 70301-3023 |

TOTAL: 200

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jjp@walkerandpatterson.com | Apr 10 2024 20:24:00 | Johnie J Patterson, Walker & Patterson,P.C., P.O. Box 61301, Houston, TX 77208-1301 |
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Apr 10 2024 20:26:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| 12671191 | + | Email/Text: bnkatty@aldineisd.org | Apr 10 2024 20:27:00 | Aldine ISD Tax Office, 14909 Aldine Westfield Rd, Houston, TX 77032-3027 |
| 12671217 | + | EDI: CAPITALONE.COM | Apr 11 2024 00:09:00 | CapitalOne Spark, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 12671247 | + | Email/Text: amal@dswlawfirm.com | Apr 10 2024 20:24:00 | Didriksen, Saucier & Woods, PLC, 3114 Canal Street, New Orleans, LA 70119-6202 |
| 12671284 | | EDI: IRS.COM | Apr 11 2024 00:09:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 12671246 | | Email/Text: pmichel@deutschkerrigan.com | Apr 10 2024 20:24:00 | Deutsch Kerrigan LLP, 755 Magazine Street, New Orleans, LA 70130 |
| 12671381 | ^ | MEBN | Apr 10 2024 20:22:53 | TX Tag, P.O. Box 650749, Dallas, TX 75265-0749 |
| 12671382 | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Apr 10 2024 20:26:00 | United States Trustee, Suite 3516, 515 Rusk, |

Houston, TX 77002-2604

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12671304 | | Kovar Law Group |
| 12671359 | | SJP Law Firm |
| 12671283 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures, Stop 5022 HOU, 1919 Smith St., Houston, TX 77002 |
| 12671397 | *+ | Zeringue Law Group, 311 Patriot St., Thibodaux, LA 70301-3023 |
| 12671248 | ##+ | Disaster Solutions, 1301 Seminole Blvd, Suite 140, Largo, FL 33770-8102 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Jimenez | on behalf of U.S. Trustee US Trustee andrew.jimenez@usdoj.gov |
| Johnie J Patterson | on behalf of Debtor MMA Law Firm  PLLC wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 3

| From: | Katy Ohlsson on behalf of MMA Estate |
|---|---|
| **Sent:** | Wednesday, April 24, 2024 2:58 PM |
| **To:** | 'hair@hstalaw.com'; 'cmiller@hstalaw.com' |
| **Cc:** | Zach Moseley |
| **Subject:** | MMA Notice Letter |
| **Attachments:** | MMA Notice Letter - Hair Shunnarah Trial Attorneys.pdf; Hair Shunnarah Case List.xlsx |

To Whom It May Concern,

Please take notice that MMA Law Firm, PLLC, formerly McClenny Moseley & Associates, PLLC ("MMA") has filed a Chapter 11 Bankruptcy Petition with the Bankruptcy Court for the Southern District of Texas, Case No. 24-31596.  The voluntary bankruptcy petition filed by MMA operates as a stay, applicable to all individuals and entities, of the commencement or continuation of all judicial and administrative actions against MMA, of attempts to recover a claim against MMA, of the enforcement of any existing judgement against MMA or its property, and of any attempts to obtain possession of property of the estate of MMA.

MMA Law Firm has retained Johnie Patterson and Miriam Goott with Walker & Patterson, P.C. as its bankruptcy counsel. For any questions relating to the filing or its impact on pending matters, please contact your own attorney, or for general and administrative questions regarding the pending bankruptcy case, you may contact Mr. Patterson and Ms. Goott at:

Johnie Patterson
Miriam Goott
Walker & Patterson, P.C.
P.O. Box 61301
Houston, TX  77208
713.956.5577
mma@walkerandpatterson.com

Attached is a list of matters that may be subject to the automatic stay in MMA's Bankruptcy proceeding.

Respectfully,

MMA LAW FIRM
estate@mma-pllc.com



1235 N. Loop W, Suite 810
Houston, TX 77008
Principal Office: (713) 334-6121
Fax: (713) 322-5953
Toll-Free: (844) 622-7552
www.mma-pllc.com

# MMA Law Firm

**A Professional Limited Liability Company**
1235 N. Loop W., Suite 810, Houston, TX 77008
Phone: 844.662.7552 | Fax: 713.322.5953
**estate@mma-pllc.com**

**April 24, 2024**

***Via Email –*** **hair@hstalaw.com**
***and*** **cmiller@hstalaw.com**
Galen M. Hair
3540 S. I-10 Service Road W., Suite 300
Metairie, LA 70001

To Whom It May Concern,

Please take notice that MMA Law Firm, PLLC, formerly McClenny Moseley & Associates, PLLC ("MMA") has filed a Chapter 11 Bankruptcy Petition with the Bankruptcy Court for the Southern District of Texas, Case No. 24-31596. The voluntary bankruptcy petition filed by MMA operates as a stay, applicable to all individuals and entities, of the commencement or continuation of all judicial and administrative actions against MMA, of attempts to recover a claim against MMA, of the enforcement of any existing judgement against MMA or its property, and of any attempts to obtain possession of property of the estate of MMA.

MMA Law Firm has retained Johnie Patterson and Miriam Goott with Walker & Patterson, P.C. as its bankruptcy counsel. For any questions relating to the filing or its impact on pending matters, please contact your own attorney, or for general and administrative questions regarding the pending bankruptcy case, you may contact Mr. Patterson and Ms. Goott at:

Johnie Patterson
Miriam Goott
Walker & Patterson, P.C.
P.O. Box 61301
Houston, TX 77208
713.956.5577
mma@walkerandpatterson.com

Attached is a list of matters that may be subject to the automatic stay in MMA's Bankruptcy proceeding.

Respectfully,

MMA LAW FIRM
1235 N Loop W., Suite 810
Houston, TX 77008
estate@mma-pllc.com

Enclosure

 MMA LAW FIRM

| MMA Case No | State | Incident Date | Weather Event(s) | Plaintiff | Plaintiff Insurance | Plaintiff Loss Address | Policy No. | Claim No. |
|---|---|---|---|---|---|---|---|---|
| 2110376 | LA | August 29, 2021 | Hurricane Ida | Raymond, Clay | Allied Trust Insurance Company | 2130 Pinehurst Dr, LaPlace, LA 70068 | | |
| 2110793 | LA | August 29, 2021 | Hurricane Ida | Lewis, Stephanie | Louisiana Insurance Guaranty Association (LIGA) | 4703 Music St., New Orleans, LA 70122 | 625636 | 10019711 |
| 2200011 | LA | August 29, 2021 | Hurricane Ida | Saulny, Ezetta | State Farm Fire and Casualty Company | 12178 Canterbury Park Drive, Geismar, LA 70734 | 18-cf-w619-5 | 18-23z8-m9 |
| 2200563 | LA | August 29, 2021 | Hurricane Ida | Hymel, Paula | Louisiana Insurance Guaranty Association (LIGA) | 302 Talbot Dr, Luling, LA 70070 | 1001022707/1001021141 | xla202100013388 |
| 2202286 | LA | August 29, 2021 | Hurricane Ida | Guidroz, Mark | Bankers Specialty Insurance Company | 314 Levillage Dr, Larose, LA 70373 | 17 0016800313 8 02 | 1-21-0005364 |
| 2203587 | LA | August 29, 2021 | Hurricane Ida | Theriot, Shane | Louisiana Citizens Property Insurance Corporation | 134 W 136th Street, Cut Off, LA 70345 | 705740 | 10069630 |
| 2204752 | LA | August 29, 2021 | Hurricane Ida | Baham, Judith | Allstate Vehicle & Property Insurance Company | 298 Deerfield Road, Folsom, LA 70437 | 815877702 | 639255934 |
| 2205348 | LA | August 29, 2021 | Hurricane Ida | Christopher, Michael | State Farm Fire and Casualty Company | 6009 Irving St, Metairie, LA 70003 | SF00208729 | 18-24P4-57B |
| 2205412 | LA | August 29, 2021 | Hurricane Ida | Cavalier, Keith | GeoVera Advantage Insurance Services | 4212 St Anthony Ave, New Orleans, LA 70122 | GC10015898 | 2123250816 |
| 2205438 | LA | August 29, 2021 | Hurricane Ida | Morgan, Bobby | Farm Bureau | 7214 Shiloh Baptist Church Rd, LA 70453 | DP312548 | 17P01514838 |
| 2211176 | LA | March 22, 2022 | Hail or Wind | Demarcay, Peter | State Farm Fire and Casualty Company | 76562 Carroll Dr, Covington, LA 70435 | 18-E0-1833-2 | 18-34T8-99S |
| 2212785 | LA | August 29, 2021 | Hurricane Ida | James, Antonio | Occidental Fire & Casualty Company of North Carolina (IAT) | 125 Louis the 1st St, Luling, LA 70070 | LAP461745701 | HO2109017829 |
| 2213464 | LA | August 29, 2021 | Hurricane Ida | Sharpless, Linda | USAA | 43262 Crouse Drive, Hammond, LA 70403 | 00236862593A | 002368625-023 |
| 2213490 | LA | August 29, 2021 | Hurricane Ida | Sharpless, Linda | Chubb | 300 W 4th Street, Independence, LA 70443 | FSF15938201 001 | 40522036776 |
| 2214136 | LA | August 29, 2021 | Hurricane Ida | Brown, Renitta | Louisiana Citizens Property Insurance Corporation | 112 Red St, Gray, LA 70359 | 950843 | 10065215 |
| 2214462 | LA | August 29, 2021 | Hurricane Ida | Bernard, John | QBE | 5119 Dufrene Street, Lafitte, LA 70067 | OUA1008870400 | 821586N |
| 2214968 | LA | March 30, 2022 | Hail or Wind | Musacchia, Clay | Centauri Insurance | 1454 Rue Bayonne, Mandeville, LA 70471 | NHE0018061 | M13406 |
| 2215002 | LA | August 29, 2021 | Hurricane Ida | Wiggins, Mikaya | State Farm Fire and Casualty Company | 38254 St Martin Ct, Gonzales, LA 70737 | 18B1Z6436 | 1832D806V |
| 2215378 | FL | September 28, 2022 | Hurricane Ian | Weldy, Mary | People's Trust Insurance Company | 4534 Mongite Rd, North Port, FL 34287 | PFL437797-00 | CFL22590729 |
| 2300022 | LA | August 29, 2021 | Hurricane Ida | Ward, Anh | United Property and Casualty Insurance Company (FIGA) | 516 Main Project Rd, Schriever, LA 70395 | ULF000813902 | 21LA00143589 |
| 2300041 | LA | March 3, 2022 | Hail or Wind | Standard Enterprises, INC | Third Coast Insurance Company | 12714 Shady Gove Loop, Amite, LA 70422 | (8/29/21) AMR-75190; (3/30/22) CIBA-000001-02 | (8/29/21) 4188015; (3/30/22) RP21-132 |
| 2300050 | LA | August 29, 2021 | Hurricane Ida | Standard Enterprises, Inc. | ICAT Catastrophe Insurance | 45221 St Paul Loop, Hammond, LA 70401 | | |
| 2300182 | LA | August 29, 2021 | Hurricane Ida | Loe, Bert | ICAT Catastrophe Insurance | 45221 St Paul Loop, Hammond, LA 70401 | 17-7560167741-S-00 | ICAT-2021-V-0000028461 |
| 2300183 | LA | March 30, 2022 | Hail or Wind | Loe, Bert | Third Coast Insurance Company | 12714 Shady Gove Loop, Amite, LA 70422 | STR7-033087-21 | |
| 2300462 | FL | September 28, 2022 | Hurricane Ian | Palmieri, Amedeo | United Property and Casualty Insurance Company (FIGA) | 4740 Kennedy Dr, New Port Richey, LA 34652 | | |
| 2300460 | FL | September 28, 2022 | Hurricane Ian | Abdul, Mohammed | Farmers Casualty Insurance Company | 671 Marot St, Orlando, LA 32809 | | |

| MMA Case No | State | Incident Date | Weather Event(s) | Plaintiff | Plaintiff Insurance | Plaintiff Loss Address | Policy No. | Claim No. |
|---|---|---|---|---|---|---|---|---|
| 2300445 | FL | September 28, 2022 | Hurricane Ian | Diakow, Marsha | People's Trust Insurance Company | 2143 Mark Ave, Punta Gorda, FL 33950 | PFL39325801 | CFL22593770 |
| 2300395 | FL | September 28, 2022 | Hurricane Ian | Sankey, Barbara | American Integrity Insurance Company of Florida | 9297 Arrid Circle, Port Charlotte, FL 33981 | AGH0034072 | CHO00144105 |
| 2300376 | FL | September 28, 2022 | Hurricane Ian | Kulenkampff, Arnfred | Asi Preferred Insurance Corporation | 6317 Sunset Bay Circle, Apollo Beach, FL 33572 | FLP525647 | 1104973-221013 |
| 2300369 | FL | September 28, 2022 | Hurricane Ian | Rosekrans, Keith | Family Security Insurance Company | 3724 Opal Dr, Mulberry, LA 33860 | | |
| 2300289 | FL | September 28, 2022 | Hurricane Ian | Mayers, Patricia | United Property and Casualty Insurance Company (FIGA) | 612 SW. 21st Ln., Cape Coral, LA 33991 | | |
| 2300238 | FL | September 28, 2022 | Hurricane Ian | Aguado, Leonardo | United Property and Casualty Insurance Company (FIGA) | 9101 Cliff Lake Lane, Tampa, LA 33614 | | |
| 2300208 | FL | September 28, 2022 | Hurricane Ian | Tannelus, Jean | United Property and Casualty Insurance Company (FIGA) | 5846 Babin Rd, North Port, LA 34291 | | |
| 2300202 | FL | September 28, 2022 | Hurricane Ian | Martinez, Juan | United Property and Casualty Insurance Company (FIGA) | 2151 Floyd Ct, Port Charlotte, FL 33952 | UDV219408706 | 22FL00202879 |
| 2300105 | FL | September 28, 2022 | Hurricane Ian | Stickler, Pauline | United Property and Casualty Insurance Company (FIGA) | 3756 Ulman Ave, North Port, FL 34286 | UHF408933102 | 22FL00191040 |
| 2300091 | FL | September 28, 2022 | Hurricane Ian | Blumer, David | Sentinel Insurance Company, Limited | 4566 Glebe Farm Rd, Sarasota, LA 34235 | | |
| 2300181 | FL | September 28, 2022 | Flood, Hurricane Ian | Villarreal, Alejandro | Lloyds of London | 523 Jackson Ave., Lehigh Acres, FL 33972 | 2MR07291101816 | |
| 2300029 | FL | September 28, 2022 | Hurricane Ian | Francois, Yudy | People's Trust Insurance Company | 10037 Ian Street, Orlando, FL 32825 | BFL65209603 | CFL22583949 |
| 2216222 | FL | September 28, 2022 | Hurricane Ian | Roberts, Aretha | People's Trust Insurance Company | 1712 Bellgrove St, Lakeland, FL 33805 | PFL40363702 | CFL22590949 |
| 2216214 | FL | September 28, 2022 | Hurricane Ian | Shaw, Pamela | American Traditions Insurance Company | 5436 Isabelle Ave, Port Orange, FL 32127 | ATM220562 | 6144475118 |
| 2216197 | FL | September 28, 2022 | Hurricane Ian | Taylor, James | Family Security Insurance Company | 2504 Southerland Court, Cape Coral, LA 33991 | | |
| 2216191 | FL | September 28, 2022 | Hurricane Ian | Marrs, Peggie | United Property and Casualty Insurance Company (FIGA) | 1576 Murphy Rd, Pierson, LA 32180 | | |
| 2216185 | FL | September 28, 2022 | Hurricane Ian | Prigozy, Theodore | Family Security Insurance Company | 3454 hancock bridge pkwy apt B10, North Fort Myers, LA 33903 | | |
| 2216176 | FL | September 28, 2022 | Hurricane Ian | Berko, Rose | People's Trust Insurance Company | 1113 4th Way, North Fort Myers, FL 33903 | PFL379291-03 | CFL22588568 |
| 2300179 | FL | September 28, 2022 | Hurricane Ian | Roche, Stephen | Assurant, Inc. | 1135 Larchmont Dr, Englewood, FL 34223 | HOS1317367 | |
| 2216038 | FL | September 28, 2022 | Hurricane Ian | Chitwood, Leslie | Family Security Insurance Company | 1377 Lake Josephine Dr, Sebring, FL 33875 | UHF530258201 | 22FL00188806 |
| 2216033 | FL | September 28, 2022 | Hurricane Ian | Jadczak, Karolina | People's Trust Insurance Company | 5005 Elfrida Ave, Sarasota, FL 34235 | PFL37842603 | CFL22590348 |
| 2216004 | FL | September 28, 2022 | Hurricane Ian | White, Ellie | Universal Property & Casualty Insurance Company | 787 Shay Dr, Bartow, FL 33830 | 150115056797 | FL220130228A322 |
| 2216002 | FL | September 28, 2022 | Hurricane Ian | Culbreath, Diane | Citizens Property Insurance Corporation | 925 301 BLVD East Lot 7, Bradenton, FL 34203 | 00955333-8 | 100359039 |
| 2300117 | FL | September 28, 2022 | | Turmel, Jean | FEMA Insurance | 212 SE 30th Terrace, Cape Coral, FL 33904 | 7059203 | 100350678 |
| 2215921 | FL | September 28, 2022 | Hurricane Ian | Conrad, Dale | United Property and Casualty Insurance Company (FIGA) | 214 SE 17th Terrace, Cape Coral, FL 33990 | UHF226428403 | 22FL00190347 |
| 2216044 | FL | September 28, 2022 | Flood, Hurricane Ian | Barnett, Timothy | Tower Hill Preferred Insurance Company | 21745 Virginia Dr, Astor, LA 32102 | | |

| MMA Case No | State | Incident Date | Weather Event(s) | Plaintiff | Plaintiff Insurance | Plaintiff Loss Address | Policy No. | Claim No. |
|---|---|---|---|---|---|---|---|---|
| 2215900 | FL | September 28, 2022 | Hurricane Ian | Grossi, Rosa | People's Trust Insurance Company | 209 Fairway Rd, Rotonda West, FL 33947 | PSL34049206 | CSL22592592 |
| 2215860 | FL | September 28, 2022 | Hurricane Ian | Uland, Barbara | United Property and Casualty Insurance Company (FIGA) | 292 Broadview Dr, Fort Myers, LA 33905 | | |
| 2216037 | FL | September 28, 2022 | Hurricane Ian | Ramsey, Lisa | American Bankers Insurance Company of Florida | 1270 Pinecrest St, North Fort Myers, FL 33903 | Q4431101 | |
| 2215964 | FL | September 28, 2022 | Flood, Hurricane Ian | Lowe, Alfonza | Centauri Insurance | 4272 Scott Ave, Fort Myers, LA 33905 | | |
| 2215784 | FL | September 28, 2022 | Hurricane Ian | Hamilton, Bertha | United Property and Casualty Insurance Company (FIGA) | 112 Cuiaba Drive, Punta Gorda, LA 33983 | | |
| 2215733 | FL | September 28, 2022 | Hurricane Ian | Pile, Andrew | National Flood Insurance Program | 514 Hamilton Dr., Orlando, FL 32833 | 76746-87-41 | no claim filed |
| 2300158 | FL | September 28, 2022 | Hurricane Ian | Kapes, Mike | Allstate Vehicle & Property Insurance Company | 4706 7th St Ct E, Ellenton, FL 34222 | 70210002 | 220684384 |
| 2215612 | FL | September 28, 2022 | Hurricane Ian | England, Janet | Asi Preferred Insurance Corporation | 2216 Live Oak Dr, New Smyrna Beach, FL 32168 | FLP6000036 | 1112117221013 |
| 2215458 | FL | September 28, 2022 | Hurricane Ian | Hansen, Mark | Family Security Insurance Company | 502 North West Seventh Avenue, Cape Coral, LA 33993 | | |
| 2215423 | FL | September 28, 2022 | Hurricane Ian | Humphrey, Stephanie | Tower Hill Signature Insurance Company | 3408 Grove Blossom Ln, Plant City, LA 33567 | | |
| 2215475 | FL | September 28, 2022 | Flood, Hurricane Ian | Grant, Cindy | NFIP Direct | 1793 Danford St, Naples, LA 34112 | | |
| 2215379 | FL | September 28, 2022 | Hurricane Ian | Tubby, Gary | People's Trust Insurance Company | 2959 West Lake Chilton Dr, Avon Park, FL 33825 | PFL37082304 | CFL22587450 |
| 2215250 | FL | September 28, 2022 | Hurricane Ian | Garnet Sanibel Llc | First Protective Insurance Company | 2479 Blind Pass Ct, Sanibel, LA 33957-2032 | | |
| 2215208 | FL | September 28, 2022 | Hurricane Ian | Hetherington, Cameron | Citizens Property Insurance Corporation | 5280 Umbrella Pool Road, Sanibel, Florida 33957 | 07545077 - 1 | 001-00-367786 |
| 2215128 | FL | September 28, 2022 | Hurricane Ian | Fuson, Suzanne | Lexington Insurance Company | 1391 Jamaica Drive, Sanibel , LA 33957 | | |
| 2215129 | FL | September 28, 2022 | Flood, Hurricane Ian | Fuson, Suzanne | Hartford Insurance Company of the Midwest | 1391 Jamaica Drive , Sanibel, LA 33957 | | |



Miriam Goott <mgoott@walkerandpatterson.com>

---

## MMA / agreement with Hair Shunnarah

---

**Melissa Haselden** <mhaselden@haseldenfarrow.com>                  Sat, Oct 19, 2024 at 11:54 PM
To: "mgoott@walkerandpatterson.com" <mgoott@walkerandpatterson.com>

Miriam:

I was just following up to see if you had any updates about the proposed agreement to allow HS to prosecute hurricane cases in LA. I appreciate any update that you can provide.

