# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MMA LAW FIRM, PLLC,      §
     §
     *Debtor,*      §
     §
     §
v.      §     CIVIL ACTION NO. 4:25-cv-990
     §
HAIR & SHUNNARAH TRIAL      §
ATTORNEYS, LLC,      §
     §
     *Appellant.*      §

## MEMORANDUM ORDER

Pending before the Court in the above referenced proceeding is Hair & Shunnarah Trial Attorneys, LLC's Motion to Withdraw the Bankruptcy Reference (filed in Adversary proceeding number 24-3269 and re-filed in this Court as Doc. No. 2). Chief Bankruptcy Judge Rodriguez's Report and Recommendation (Doc. No. 1) would resolve this motion if adopted by this Court. Neither party filed objections. After a review of the filings, the applicable law, and Judge Rodriguez's Report and Recommendation, the Court hereby **ADOPTS** the Report and Recommendation, and hereby withdraws the reference as to all matters involving the division of attorney's fees between Hair & Shunnarah Trial Attorneys, LLC and MMA Law Firm, PLLC, the debtor.

Signed at Houston, Texas, on this the 21st day of March, 2025.

_____
Andrew S. Hanen
United States District Judge