# EXHIBIT 4

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:25-cv-00990

MMA Law Firm, PLLC v. Hair & Shunnarah Trial Attorneys, LLCs
Assigned to: Judge Andrew S Hanen
Related Cases: 4:24-cv-02793
4:24-cv-03443
4:24-cv-04343
4:24-cv-04446
4:25-cv-00099
4:25-cv-00291
4:25-cv-00318
4:26-cv-04226
4:25-cv-01493
4:25-cv-01341
4:25-cv-00991
4:25-cv-02133
4:25-cv-02134
4:25-cv-02687
4:25-cv-03179
4:25-cv-05459

Case in other court: SDTX Bankruptcy, 24adv3269
Cause: 28:0157 Motion for Withdrawal of Reference

Date Filed: 03/03/2025
Jury Demand: None
Nature of Suit: 423 Bankruptcy Withdrawl
Jurisdiction: Federal Question

## In Re

**MMA Law Firm, PLLC**
*Debtor*

represented by **MMA Law Firm, PLLC**
PRO SE

## Plaintiff

**MMA Law Firm, PLLC**

represented by **Miriam Trubek Goott**
Walker & Patterson PC
4815 Dacoma
Houston, TX 77092
713-956-5577
Fax: 713-956-5570
Email: mgoott@walkerandpatterson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnie J. Patterson , II**
Walker & Patterson
P O Box 61301
Houston, TX 77208-1301
713-956-5577
Fax: 713-956-5570

Email: jjp@walkerandpatterson.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hair & Shunnarah Trial Attorneys, LLCs**   represented by   **Joshua Walton Wolfshohl**
Porter Hedges LLP
1000 Main St
Ste 3600
Houston, TX 77002
713-226-6695
Fax: 713-226-6295
Email: jwolfshohl@porterhedges.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather Kristine Hatfield**
Porter Hedges LLP
1000 Main St., 36th Floor
Houston, TX 77002
713-226-6710
Email: hhatfield@porterhedges.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2025 | 1 | Withdrawal of Reference - Report and Recommendation (Signed by Bankruptcy Judge Eduardo V Rodriguez) Parties notified. (hl4) (Entered: 03/05/2025) |
| 03/05/2025 | 2 | MOTION Withdrawal of Reference original file date 02-05-2025 by Hair & Shunnarah Trial Attorneys, LLCs, filed. Motion Docket Date 3/26/2025. (Attachments: # 1 BK Docket sheet) (hl4) (Entered: 03/05/2025) |
| 03/05/2025 | | Referral Judge Selected: Magistrate Judge Peter Bray selected to receive referrals. The selected Magistrate Judge is not assigned to this case until a District Judge refers the case or a motion. Once a referral has been made, the name of the referral judge will appear at the top of the docket sheet. (hl4) (Entered: 03/05/2025) |
| 03/21/2025 | 3 | ORDER ADOPTING REPORT AND RECOMMENDATION re: 1 Report and Recommendations. The reference as to all matters involving the division of attorney's fees between Hair & Shunnarah Trial Attorneys, LLC and MMA Law Firm, PLLC. (Signed by Judge Andrew S Hanen) Parties notified. (jld4) see also entry #8 with Adv. 24-3269. (Entered: 03/23/2025) |
| 03/21/2025 | 4 | ORDER. All information provided by either side pursuant to this Order shall be kept confidential and shall not be shared without permission of the Court ( outside of information provided to this Court or to the mediator) outside the attorneys and their clients for each side in this Adversary matter. (Signed by Judge Andrew S Hanen) Parties notified. (jld4) (Entered: 03/23/2025) |

| 04/07/2025 | 5 | MOTION to Dismiss - *Defendant Hair & Shunnarah Trial Attorneys, LLC's Motion to Dismiss Plaintiff's Complaint or, Alternatively, to Transfer Venue* by Hair & Shunnarah Trial Attorneys, LLCs, filed. Motion Docket Date 4/28/2025. (Attachments: # 1 Proposed Order) (Wolfshohl, Joshua) (Entered: 04/07/2025) |
|---|---|---|
| 04/27/2025 | 6 | RESPONSE in Opposition to 5 MOTION to Dismiss - *Defendant Hair & Shunnarah Trial Attorneys, LLC's Motion to Dismiss Plaintiff's Complaint or, Alternatively, to Transfer Venue*, filed by MMA Law Firm, PLLC. (Patterson, Johnie) (Entered: 04/27/2025) |
| 07/10/2025 | 7 | NOTICE - *Notice of Selection of Mediator* by Hair & Shunnarah Trial Attorneys, LLCs, filed. (Wolfshohl, Joshua) (Entered: 07/10/2025) |
| 07/24/2025 | 8 | REPLY in Support of 5 MOTION to Dismiss - *Defendant Hair & Shunnarah Trial Attorneys, LLC's Motion to Dismiss Plaintiff's Complaint or, Alternatively, to Transfer Venue*, filed by Hair & Shunnarah Trial Attorneys, LLCs. (Attachments: # 1 Proposed Order) (Wolfshohl, Joshua) (Entered: 07/24/2025) |
| 09/30/2025 | 9 | MOTION Refer Pre-Trial Matters Only to Chief Bankruptcy Judge Rodriguez by MMA Law Firm, PLLC, filed. Motion Docket Date 10/21/2025. (Attachments: # 1 Exhibit A - Report and Recommendation, # 2 Proposed Order) (Goott, Miriam) (Entered: 09/30/2025) |
| 10/10/2025 | 10 | RESPONSE in Opposition to 9 MOTION Refer Pre-Trial Matters Only to Chief Bankruptcy Judge Rodriguez, filed by Hair & Shunnarah Trial Attorneys, LLCs. (Attachments: # 1 Proposed Order) (Hatfield, Heather) (Entered: 10/10/2025) |
| 03/19/2026 | 11 | ORDER denying 5 Motion to Transfer Venue; denying 9 Motion to Refer Pre-Trial matters. The Court hereby STAYS this action during the pendency of the Certification Request to the Supreme Court of Louisiana and the appeal to the Fifth Circuit. MMA's Motion to Refer Pre-Trial Matters is DENIED without prejudice, but MMA may reraise that Motion at the conclusion of the stay. HSTA's Motion to Dismiss is denied without prejudice, and HSTA may reraise that Motion at the conclusion of the stay..(Signed by Judge Andrew S Hanen) Parties notified. (jld4) (Entered: 03/19/2026) |
| 03/23/2026 | 12 | MOTION for Reconsideration of 11 Order on Motion to Dismiss,,, Order on Motion for Miscellaneous Relief,, by MMA Law Firm, PLLC, filed. Motion Docket Date 4/13/2026. (Attachments: # 1 Proposed Order) (Goott, Miriam) (Entered: 03/23/2026) |
| 04/16/2026 | 13 | RESPONSE in Opposition to 12 MOTION for Reconsideration of 11 Order on Motion to Dismiss,,, Order on Motion for Miscellaneous Relief,,, filed by Hair & Shunnarah Trial Attorneys, LLCs. (Attachments: # 1 Proposed Order) (Wolfshohl, Joshua) (Entered: 04/16/2026) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/30/2026 16:22:46 | | |
| **PACER Login:** | mbdearman | **Client Code:** | 018838/0001-mbd |
| **Description:** | Docket Report | **Search Criteria:** | 4:25-cv-00990 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |