## WITNESS AND EXHIBIT LIST
### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

### Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |

| | |
|---|---|
| **Adversary Case No:** | |
| **Style of Adversary:** | |

| | Amends | | Supplements | |
|---|---|---|---|---|
| | **Date** | **ECF No.** | **Date** | **ECF No.** |
| **State whether this amends or supplements a previously filed Witness & Exhibit list** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | Tuesday, August 4, 2026 |
| **Hearing Time:** | 10:30 a.m. |
| **Party's Name:** | Official Committee of Unsecured Creditors |
| **Attorney's Name:** | Avi Moshenberg |
| **Attorney's Phone:** | 713-449-9644 |

| | CM/ECF No. | Matter |
|---|---|---|
| **Nature of Proceeding(s):** | *1577* | *Amended Chapter 11 Plan* |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITNESS LIST | |
|---|---|
| **Lay Witnesses:** | Zach Mosely |
| | Katy Ohlsson |
| | |
| | |
| | Any witness listed by any other interested party |
| **Expert Witnesses:** | |
| | |
| | |

| REBUTTAL/ IMPEACHMENT WITNESSES |
|---|

**Form No. 1-100**

Last Revised August 13, 2025

| Lay Witnesses: | |
|---|---|
| | |
| | Any witness listed by any other interested party |
| | |
| | |
| | |
| Expert Witnesses: | |
| | |
| | |
| | |
| | |
| | |

| | | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| EX. NO. | DESCRIPTION | OFFERED | OBJECTION | DISPOSITION |
| | | | | |
| 1. | Disclosure Statement [*ECF 1576*] | | | |
| 2. | Exhibit to Disclosure Statement [*ECF 1576-1*] | | | |
| 3. | Proposed Plan [*ECF 1577*] | | | |
| 4. | Settlement Agreement with EAJF [*ECF 588-1*] | | | |
| 5. | Order Approving Debtor's Compromise and Settlement with EAJF[*ECF 683*] | | | |
| 6. | Amended Exhibit D to Settlement Agreement with EAJF [*ECF 683-1*] | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | Any exhibited listed by any other interested party | | | |
| | | | | |
| REBUTTAL/IMPEACHMENT EXHIBITS | | | | |
| | | | | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

**Form No. 1-100**

Last Revised August 13, 2025