## LIQUIDATION ANALYSIS — RECOVERY COMPARISON

*MMA Law Firm, PLLC | Case No. 24-31596 | Chapter 11 Plan vs. Chapter 7 — Low/High Recovery Ranges*

| Source of Recovery / Distribution | Ch. 11 — Low | Ch. 11 — High | Ch. 7 — Low | Ch. 7 — High |
|---|---|---|---|---|
| Cash on hand (available to both; see Cash Allocation) | $2,850,625.62 | $2,850,625.62 | $2,850,625.62 | $2,850,625.62 |
| Settled / 9019 fee claims — WP (gross) | $3,370,219.75 | $3,370,219.75 | $3,370,219.75 | $3,370,219.75 |
| Pending fee claims — WP (gross) | $1,965,000.00 | $1,965,000.00 | $196,500.00 | $491,250.00 |
| Mass tort dockets (realization) | $850,000.00 | $5,000,000.00 | $100,000.00 | $300,000.00 |
| Two Cases — Exhibit C (realization) | - | - | - | - |
| Insider claims — tolled v. Z. Moseley (5% EAJF carve) | - | $183,000.00 | - | $183,000.00 |
| **Total gross recoveries** | **$9,035,845.37** | **$13,368,845.37** | **$6,517,345.37** | **$7,195,095.37** |
| Less: special litigation counsel fee (40% of 95%, WP cases) | ($2,027,383.51) | ($2,027,383.51) | ($1,355,353.51) | ($1,467,358.51) |
| **Net before Chapter 7 trustee compensation** | **$7,008,461.87** | **$11,341,461.87** | **$5,161,991.87** | **$5,727,736.87** |
| Less: Chapter 7 trustee compensation (§ 326(a)) | 0 | 0 | ($178,109.76) | ($195,082.11) |
| **NET PROCEEDS AVAILABLE FOR DISTRIBUTION** | **$7,008,461.87** | **$11,341,461.87** | **$4,983,882.11** | **$5,532,654.76** |
| | | | | |
| Memo: earmarked to EAJF (5% WP carve + cash + 75% mass tort + 90% Two Cases + 5% insider) | $1,921,792.27 | $5,043,442.27 | $1,270,867.27 | $1,444,754.77 |
| Memo: available to general unsecured creditors (Class 4) | $5,086,669.60 | $6,298,019.60 | $3,713,014.84 | $4,087,899.99 |
| | | | | |
| **Incremental value of Chapter 11 over Chapter 7:** | | | | |
| Total net proceeds (Ch.11 Low − Ch.7 Low) | **$2,024,579.76** | | | |
| Total net proceeds (Ch.11 High − Ch.7 High) | **$5,808,807.11** | | | |
| To general creditors (Low) | **$1,373,654.76** | | | |
| To general creditors (High) | **$2,210,119.61** | | | |
| | | | | |

**CONCLUSION: Total net proceeds under the Plan ($7.0M–$11.3M) materially exceed Chapter 7 ($5.0M–$5.5M). Under the EAJF Settlement (binding on any Ch.7 trustee), EAJF receives the 5% WP carve-out, its allocated cash share, 75% of mass tort docket proceeds, and 90% of the Two Cases; the balance flows to general unsecured creditors (Class 4). On that basis, recoveries available to general creditors are an estimated $5.09M–$6.30M under the Plan vs. $3.71M–$4.09M in Chapter 7. The Plan yields more to every constituency, and the best-interests test of 11 U.S.C. § 1129(a)(7) is satisfied.**

## MMA Law Firm, PLLC — Liquidation Analysis

*Case No. 24-31596 (Bankr. S.D. Tex., Houston Division)*

**Key Assumptions (blue cells are inputs — change to run scenarios)**

| Assumption | Value | Basis / Source |
|---|---|---|
| Amounts obtained for the estate (% of settlement) | 95.0% | *Per debtor counsel: collections net of uncollectible/cost = 95% of settlement amount* |
| Special litigation counsel fee (% of amounts obtained) | 40.0% | *40% contingency to Walker & Patterson, P.C. (Permitted Expense in Ch.11; same fee in Ch.7)* |
| Pending-case recovery rate — Chapter 11 (% of high-range exposure) | 10.0% | *Applied to litigated pending adversaries' high-range exposure; Ch.7 = 0%* |
| Pending-case recovery rate — Chapter 7 | 0.0% | *$0: insiders (J.Z. Moseley et al.) unavailable to prove up fee entitlement (see Disclosure Stmt. Art. VI)* |
| | | |

**11 U.S.C. § 326(a) Trustee Compensation Tiers (Chapter 7 only)**

| Tier | Rate | |
|---|---|---|
| 25% of first $5,000 | 25.0% | |
| 10% of next $45,000 ($5,000–$50,000) | 10.0% | |
| 5% of next $950,000 ($50,000–$1,000,000) | 5.0% | |
| **Additional Assumptions (added per debtor counsel, 6/22/2026)** | 3.0% | |
| Cash on hand as of 6/22/2026 (available to both Ch.11 and Ch.7) | $2,850,625.62 | *Estate cash on hand; funds creditor distributions in either chapter* |
| EAJF secured carve-out (% of settlement recoveries) | 5.0% | *5% of settlement/fee recoveries earmarked to EAJF's secured claim; EAJF has NO entitlement to the remaining 95%* |
| Mass tort dockets — Chapter 11 realization (low) | $850,000.00 | *Plan retains/holds docket positions through resolution* |
| Mass tort dockets — Chapter 11 realization (high) | $5,000,000.00 | *Upside from holding positions to maturity under the Plan* |
| Mass tort dockets — Chapter 7 realization (low) | $100,000.00 | *Forced/expedited liquidation-sale value in Ch.7* |
| Mass tort dockets — Chapter 7 realization (high) | $300,000.00 | *Forced/expedited liquidation-sale value in Ch.7* |
| Insider claims — tolled v. Z. Moseley (low) | - | *Recovery equal in Ch.11 and Ch.7* |
| Insider claims — tolled v. Z. Moseley (high) | $183,000.00 | *Approx. $183,000 tolled insider claims; recovery equal in both chapters* |
| Ch.7 pending-claim recovery — LOW (% of Ch.11 pending value) | 10.0% | *Per debtor counsel: Ch.7 realizes 10%–25% of the Ch.11 pending-claim value* |
| Ch.7 pending-claim recovery — HIGH (% of Ch.11 pending value) | 25.0% | *Per debtor counsel: Ch.7 realizes 10%–25% of the Ch.11 pending-claim value* |
| Zantac docket sale proceeds included in cash on hand | $1,250,000.00 | *Cash on hand derived from the Zantac docket sale (splits 25/75); remainder splits 95/5* |
| Cash split — Estate share (non-Zantac funds) | 95.0% | *95% of non-Zantac cash allocated to the Estate* |
| Cash split — EAJF share (non-Zantac funds) | 5.0% | *5% of non-Zantac cash allocated to EAJF* |
| Zantac cash split — Estate share | 25.0% | *25% of Zantac sale proceeds allocated to the Estate* |
| Zantac cash split — EAJF share | 75.0% | *75% of Zantac sale proceeds allocated to EAJF (per Settlement Agreement §1)* |
| Mass tort dockets — EAJF share | 75.0% | *Settlement Agreement §1: mass tort sale/resolution proceeds 75% to EAJF* |
| Mass tort dockets — Estate share | 25.0% | *Settlement Agreement §1: 25% to the Estate* |
| Two Cases (Exhibit C) realization — both chapters (INPUT) | - | *INPUT: estimated proceeds from the two Exhibit C cases; default $0* |
| Two Cases — EAJF share | 90.0% | *Settlement Agreement §3: 90% of Two Cases value to EAJF* |
| Two Cases — Estate share | 10.0% | *Settlement Agreement §3: 10% to the Estate* |
| | | |

## Schedule 1 — Settled / Rule 9019 Claims (Estate Recoveries)

*Full settlement totals per court-approved 9019 orders / agreements. Recovery identical under Chapter 11 and Chapter 7.*

| # | Defendant / Settling Party | ECF | Status | Full 9019 Settlement ($) | Interpleaded Galindo Registry ($) | Obtained for Estate (95%) | Special Counsel Fee (40%) | Net to Estate |
|---|---|---|---|---|---|---|---|---|
| 1 | The Voorhies Law Firm | 877 | Approved | $285,426.37 | | $271,155.05 | $108,462.02 | $162,693.03 |
| 2 | Daly & Black, PC | 1409 | Approved | $759,000.00 | | $721,050.00 | $288,420.00 | $432,630.00 |
| 3 | The Sangisetty Law Firm | 1379 | Pending approval | $570,629.06 | | $542,097.61 | $216,839.04 | $325,258.56 |
| 4 | Broussard Injury Lawyers, LLC | 1478 | Pending approval | $56,955.94 | | $54,108.14 | $21,643.26 | $32,464.89 |
| 5 | Broussard & Dove, APLC | 1280 | Approved | $191,692.85 | | $182,108.21 | $72,843.28 | $109,264.92 |
| 6 | Chehardy, Sherman, Williams, Recile & Hayes | 1279 | Approved | $77,612.78 | | $73,732.14 | $29,492.86 | $44,239.28 |
| 7 | Cox, Cox, Filo, Camel, Wilson & Brown | 1371 | Pending approval | $100,000.00 | | $95,000.00 | $38,000.00 | $57,000.00 |
| 8 | Cristobal M. Galindo, P.C. | 832 | Approved | $250,000.00 | | $237,500.00 | $95,000.00 | $142,500.00 |
| 9 | Cueria Law Firm, LLC | 1470 | Pending approval | $8,335.98 | | $7,919.18 | $3,167.67 | $4,751.51 |
| 10 | LIGA — direct cash (registry funds excluded) | 834 | Approved | $100,000.00 | | $95,000.00 | $38,000.00 | $57,000.00 |
| 11 | Joubert Law Firm | 1155 | Approved | $12,483.33 | | $11,859.16 | $4,743.67 | $7,115.50 |
| 12 | Bolen, Parker, Brenner, Lee & Miller, Ltd. | 1092 | Approved | $8,282.06 | | $7,867.96 | $3,147.18 | $4,720.77 |
| 13 | Irpino, Avin & Hawkins Law Firm | 838 | Approved | $250,232.31 | $81,413.21 | $237,720.69 | $95,088.28 | $142,632.42 |
| 14 | Alvendia, Kelly & Demarest, LLC (AKD) | 837 | Approved | $377,365.16 | $153,743.52 | $358,496.90 | $143,398.76 | $215,098.14 |
| 15 | Craven & Perry, LLC | 836 | Approved | $265,406.73 | | $252,136.39 | $100,854.56 | $151,281.84 |
| 16 | Becnel Law | 835 | Approved | $3,832.95 | | $3,641.30 | $1,456.52 | $2,184.78 |
| 17 | Baggett McCall, LLC | 833 | Approved | $22,670.45 | | $21,536.93 | $8,614.77 | $12,922.16 |
| 18 | Kandell, Kandell & Petrie | 9019 set | Pending approval | $30,293.78 | | $28,779.09 | $11,511.64 | $17,267.45 |
| | **TOTAL — Settled / 9019 Claims** | | | **$3,370,219.75** | **$235,156.73** | **$3,201,708.76** | **$1,280,683.51** | **$1,921,025.26** |

*Houghtaling Law Firm, LLC (ECF 1418, pending approval).*

## Schedule 2 — Pending (Unsettled) Adversary Claims

*Chapter 11: 10% of high-range exposure. Chapter 7: 10%–25% of the Chapter 11 pending-claim recovery (insiders only partially available).*

| Defendant | Adversary No. | High-Range Exposure ($) | Ch.11 Gross Recovery | Ch.11 Obtained (95%) | Ch.11 Counsel Fee (40%) | Ch.11 Net to Estate | Ch.7 Recovery — Low (10%) | Ch.7 Recovery — High (25%) |
|---|---|---|---|---|---|---|---|---|
| Morris Bart, LLC | 24-03127 | $15,000,000 | $1,500,000.00 | $1,425,000.00 | $570,000.00 | $855,000.00 | $150,000.00 | $375,000.00 |
| Laborde Earles Law Firm, LLC | 24-03130 | $2,000,000 | $200,000.00 | $190,000.00 | $76,000.00 | $114,000.00 | $20,000.00 | $50,000.00 |
| Barcus Arenas, PLLC | 25-03018 | $2,000,000 | $200,000.00 | $190,000.00 | $76,000.00 | $114,000.00 | $20,000.00 | $50,000.00 |
| Hair & Shunnarah Trial Attorneys | 25-03269 | $650,000 | $65,000.00 | $61,750.00 | $24,700.00 | $37,050.00 | $6,500.00 | $16,250.00 |
| **TOTAL — Pending Claims** | | **$19,650,000.00** | **$1,965,000.00** | **$1,866,750.00** | **$746,700.00** | **$1,120,050.00** | **$196,500.00** | **$491,250.00** |
| | | | | | | | | |
| **Memo — Speculative / unliquidated potential claims (investigation-stage; NOT included above):** | | | | | | | | |
| *Monson Law Firm* | | *$50,000,000* | | | | | | |
| *Louisiana Dept. of Insurance* | | *$50,000,000* | | | | | | |
| *Allied* | | *$50,000,000* | | | | | | |
| *Newly-filed 2026 adversaries (26-03097 to 26-03116, et al.) and discovery-stage matters (Pandit, Chopin, New Orleans Legal): exposure undetermined; additional unliquidated upside under Ch.11 only.* | | | | | | | | |

**Schedule 3 — Chapter 7 Trustee Statutory Compensation (11 U.S.C. § 326(a))**

*Computed on moneys disbursed to parties in interest (net before trustee comp), Ch.7 Low and High cases.*

| | | | | | |
|---|---|---|---|---|---|
| **Disbursement base (Ch.7 net before trustee comp)** | | $5,161,991.87 | $5,727,736.87 | | |
| | | | | | |
| **§ 326(a) Tier** | **Rate** | **Ch.7 Low** | **Ch.7 High** | | |
| 25% of first $5,000 | 25.0% | $1,250.00 | $1,250.00 | | |
| 10% of $5,000–$50,000 | 10.0% | $4,500.00 | $4,500.00 | | |
| 5% of $50,000–$1,000,000 | 5.0% | $47,500.00 | $47,500.00 | | |
| 3% of amount over $1,000,000 | 3.0% | $124,859.76 | $141,832.11 | | |
| **Maximum Chapter 7 trustee compensation** | | **$178,109.76** | **$195,082.11** | | |

*Note: Ch.7 would also incur trustee professional fees (counsel/accountants) not quantified here.*

| Schedule 4 — Cash on Hand Allocation (Estate vs. EAJF) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash on hand splits 95% Estate / 5% EAJF, except Zantac docket sale proceeds which split 25% Estate / 75% EAJF (per EAJF Settlement Agreement §1). | | | | | | | | | | |
| | | | | | | | | | | |
| Total cash on hand (6/22/2026) | $2,850,625.62 | | | | | | | | | |
| Less: Zantac docket sale proceeds (input) | $1,250,000.00 | | | | | | | | | |
| Non-Zantac cash | $1,600,625.62 | | | | | | | | | |
| | | | | | | | | | | |
| Allocation | Estate | EAJF | | | | | | | | |
| Non-Zantac cash (95% / 5%) | $1,520,594.34 | $80,031.28 | | | | | | | | |
| Zantac proceeds (25% / 75%) | $312,500.00 | $937,500.00 | | | | | | | | |
| Total allocated cash | $1,833,094.34 | $1,017,531.28 | | | | | | | | |
| | | | | | | | | | | |
| Note: The Estate-allocated cash is available for creditor distribution in both chapters; the EAJF-allocated cash is included in the amounts earmarked to EAJF. | | | | | | | | | | |