**AMENDED EXHIBIT D – WP CASES\***

All claims and causes of action against the following:

- Morris Bart, LLC
- Laborde Earles Law Firm LLC
- The Voorhies Law Firm
- Daly & Black
- The Sangisetty Law Firm
- Hair & Shunnarah Trial Attorneys
- Broussard Injury Lawyers
- Barcus Arenas
- Broussard & Dove
- Chehardy, Sherman, Williams, Recile & Hayes
- New Orleans Legal, LLC
- Pandit Law Firm
- The Chopin Law Firm
- Cox, Cox, Filo, Camel, Wilson & Brown
- Galindo Law Firm
- Irpino Law Firm
- AKD Law Firm
- Kandell, Kandell & Petrie
- Cade Cole
- Baggett McCall
- Insurance companies disclosed in the Debtor's Schedules
- Mortgage companies disclosed in the Debtor's schedules
- Law firms disclosed in the Debtor's schedules who are in possession of attorney's fees and costs to which the Debtor is entitled to fees or expenses.
- Fraudulent transfer claims
- Preference Claims
- Turnover of estate property


- This is not an exhaustive list. However, this list specifically excludes all cases listed in Exhibit A, Exhibit B, and Exhibit C and excludes Allied World Insurance Company.