## WITNESS AND EXHIBIT LIST
### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

### Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |

| | |
|---|---|
| **Adversary Case No:** | |
| **Style of Adversary:** | |

| | Amends | | Supplements | |
|---|---|---|---|---|
| | **Date** | **ECF No.** | **Date** | **ECF No.** |
| **State whether this amends or supplements a previously filed Witness & Exhibit list** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | August 4, 2026 |
| **Hearing Time:** | 10:30 a.m. CT |
| **Party's Name:** | Morris Bart, LLC |
| **Attorney's Name:** | Matthew Probus, Rebekka Veith |
| **Attorney's Phone:** | (713) 258-2700, (504) 586-5252 |

| | CM/ECF No. | Matter |
|---|---|---|
| **Nature of Proceeding(s):** | 1577 | Third Amended Joint Plan of Liquidation of MMA Law Firm, PLLC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITNESS LIST | |
|---|---|
| | |
| **Lay Witnesses:** | Any witness listed, offered, or called by any other party |
| | Johnie Patterson (may be called if need for limited issue) |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |

| REBUTTAL/ IMPEACHMENT WITNESSES |
|---|

**Form No. 1-100**

Last Revised August 13, 2025

| Lay Witnesses: | |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| Expert Witnesses: | |
| | |
| | |
| | |
| | |

| EX. NO. | DESCRIPTION | FOR COURT USE ONLY | | |
| --- | --- | --- | --- | --- |
| | | OFFERED | OBJECTION | DISPOSITION |
| 1. | Memorandum Order dated December 12, 2024 (C.A. No. 4:24-cv-4446) | | | |
| 2. | Transcript of Hearing on Motion for Summary Judgment dated July 14, 2025 (Adv. Pro. No. 24-3127) | | | |
| 3. | Memorandum Opinion on Motion for Summary Judgment dated August 12, 2025 (Adv. Pro. No. 24-3127) | | | |
| 4. | Order on Motion for Summary Judgment dated January 23, 2026 (C.A. No. 4:24-cv-4446) | | | |
| 5. | Clerk's Notice of Filing Notice of Appeal dated January 26, 2026 (C.A. No. 4:24-cv-4446) | | | |
| 6. | Certification Request from the United States District Court for the Southern District of Texas to the Honorable Supreme Court of Louisiana dated February 4, 2026 (C.A. No. 4:24-cv-4446) | | | |
| 7. | Order of the Louisiana Supreme Court accepting certification request dated March 13, 2026 (No. 2026-CQ-00161) | | | |
| 8. | Opinion of the Louisiana Supreme Court dated June 29, 2026 (No. 2026-CQ-00161) | | | |
| 9. | Docket Sheet in C.A. No. 4:24-cv-4446 as of July 31, 2026 | | | |
| 10. | Morris Bart, LLC's Limited Objection to Third Amended Joint Plan of Liquidation dated July 31, 2026 (Case No. 24-31596, Dkt. No. 1592) | | | |
| 11. | Transcript of Oral Argument at Lousiana Supreme Court (to be filed) | | | |
| 12. | Any exhibit introduced by any other party | | | |

**Form No. 1-100**

Last Revised August 13, 2025

| | REBUTTAL/IMPEACHMENT EXHIBITS | | | |
|---|---|---|---|---|
| | | | | |
| 1. | Rebuttal or impeachment exhibits as necessary | | | |
| 2. | | | | |
| 3. | | | | |

Dated: July 31, 2026
Houston, Texas

**THE PROBUS LAW FIRM**

By: */s/ Matthew B. Probus*
       **Matthew B. Probus**
       State Bar No. 16341200
       Fed. I.D. No. 10915
       matthewprobus@theprobuslawfirm.com

10497 Town & Country Way, Suite 930
Houston, Texas 77024
(713) 258-2700 (Telephone)
(713) 258-2701 (Facsimile)

-and-

**MILLER THIBODEAUX DYSART VEITH & PASCHAL, LLC**

By: */s/ Rebekka C. Veith*
       Kerry J. Miller, *pro hac vice*
       Rebekka C. Veith, *pro hac vice*
       Monica L. Bergeron, *pro hac vice*

643 Magazine Street, Suite 405
New Orleans, LA 70130
Tel: (504) 586-5252
kmiller@mtdvp.com
rveith@mtdvp.com
mbergeron@mtdvp.com

*COUNSEL FOR MORRIS BART, LLC*

**Form No. 1-100**

Last Revised August 13, 2025