**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re: MMA Law Firm, PLLC MMA Law
Firm, PLLC
    *Debtor*

Case Number: 4:24−cv−04446

Judge Andrew S Hanen

MORRIS BART, LLC

# NOTICE OF THE FILING OF AN APPEAL

An appeal has been filed by MMA Law Firm, PLLC. The following appeal and related motions are pending in the District Court:

Notice of Appeal − #42

If the appellant fails to comply with the following requirements, then the Clerk of Court will submit a certificate of noncompliance to the Fifth Circuit Court of Appeals.

**FILING FEE:**
A filing fee is required to proceed on appeal. If the filing fee has not already been paid, then it must be paid or a motion to proceed *in forma pauperis* must be filed, unless appellant is an United States government agency.

**TRANSCRIPTS:**
If hearings were held in this case and the transcripts were not already produced, then transcripts must be ordered. Pursuant to FRAP 10(b)(1), a transcript order form must be filed within 14 days of the filing of the notice of appeal. Under Fifth Circuit Rule 10, the appellant's order of the transcript must be made on a DKT−13 Transcript Order form. The DKT−13 must be filed regardless of whether there were hearings or transcripts needed. A link to the DKT−13 form and instructions for ordering transcripts are available on the court's website at www.txs.uscourts.gov/page/OrderingTranscripts.

If there were no hearings or no transcripts are needed, file the DKT−13 form with the appropriate box marked to indicate so. For cases where transcripts are needed, prepare a separate DKT−13 for each reporter from whom you are ordering transcripts. All transcripts for electronically recorded proceedings may be ordered on one form. Each form should indicate the exact dates of the proceedings to be transcribed by that reporter.

This case had hearings. Reporter(s): D. Prather.

**EXHIBITS:**
The Fifth Circuit requires exhibits admitted into evidence be included in the electronic record for transmission to the Fifth Circuit. Exhibits in the custody of the court will be electronically filed by court staff. Exhibits previously returned to the parties must be immediately electronically filed in this case by the attorney, using event Exhibits in the Trial Documents category in ECF.     EXHIBIT 5

Date: January 26, 2026.

Nathan Ochsner, Clerk

EXHIBIT 5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **MMA LAW FIRM, PLLC** | § | **Civil Action No. 4:24-cv-04446** |
| | § | |
| **Debtor** | § | |
| | § | |
| | § | **Adversary No. 24-03031** |
| **MORRIS BART, LLC,** | § | |
| | § | |
| | § | |
| **Appellant.** | § | |

## <u>NOTICE OF APPEAL</u>

MMA LAW FIRM, PLLC ("MMA"), Appellee in this proceeding, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the *Order* (Docket #41), entered January 23, 2026, reversing in-part the Bankruptcy Court's interlocutory order Denying Morris Bart's Motion Summary Judgment.

Dated: <u>January 23, 2026.</u>

Respectfully submitted,

 /s/ *Johnie Patterson*
Johnie Patterson
SBN 15601700
Miriam Goott
SBN 24048846
**WALKER & PATTERSON, P.C.**
4815 Dacoma
Houston, TX 77092
713.956.5577
jjp@walkerandpatterson.com

**NOTICE OF APPEAL**

EXHIBIT 5

## *CERTIFICATE OF SERVICE*

I hereby certify that a true and correct copy of the foregoing Notice was served upon all parties receiving notice through the Court's CM/ECF noticing platform for this case on January 23, 2026.

*/s/ Johnie Patterson*
Johnie Patterson

**NOTICE OF APPEAL**

EXHIBIT 5