APPEAL,DHP,DOCSENT,LEAD,STAYED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:24-cv-04446

MMA Law Firm, PLLC v. MORRIS BART, LLC
Assigned to: Judge Andrew S Hanen
Related Cases: 4:24-cv-02793
               4:24-cv-03443
               4:24-cv-04343
               4:25-cv-01341
               4:25-cv-00291
               4:26-cv-04226
               4:25-cv-00099
               4:25-cv-00097
               4:25-cv-01493
               4:25-cv-00990
               4:25-cv-00991
               4:25-cv-05459
               4:25-cv-02133
               4:25-cv-02134
               4:25-cv-02687
               4:25-cv-03179
               4:25-cv-00318
Case in other court:  SDTX Bankruptcy, 24adv03127
Cause: 28:0157 Motion for Withdrawal of Reference

Date Filed: 11/13/2024
Jury Demand: None
Nature of Suit: 423 Bankruptcy Withdrawl
Jurisdiction: Federal Question

## In Re

**MMA Law Firm, PLLC**
*Debtor*

represented by **Miriam Trubek Goott**
Walker & Patterson PC
4815 Dacoma
Houston, TX 77092
713-956-5577
Fax: 713-956-5570
Email: mgoott@walkerandpatterson.com
*ATTORNEY TO BE NOTICED*

## Plaintiff

**MMA Law Firm, PLLC**

represented by **Johnie J. Patterson , II**
Walker & Patterson
P O Box 61301
Houston, TX 77208-1301

EXHIBIT 9

713-956-5577
Fax: 713-956-5570
Email: jjp@walkerandpatterson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miriam Trubek Goott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MORRIS BART, LLC**                    represented by **Cherie Dessauer Nobles**
Heller Draper Patrick Horn Dabney LLC
650 Poydras St
Ste 2500
New Orleans, LA 70130
504-299-3300
Email: cnobles@hellerdraper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Brian Probus**
The Probus Law Firm
10497 Town & Country Way
Suite 930
Houston, TX 77024
713-258-2700
Email:
matthewprobus@theprobuslawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebekka C Veith**
Miller Thibodeaux Dysart Veith &
Paschal, LLC
643 Magazine St.
Suite 405
New Orleans, LA 70130
504-977-9158
Email: rveith@mtdvp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tristan E Manthey**

EXHIBIT 9

Fishman Haygood, LLP
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
504-566-5561
Fax: 504-586-5250
Email: tmanthey@fishmanhaygood.com
*TERMINATED: 03/06/2026*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kerry James Miller**
Miller Thibodeaux Dysart Veith &
Paschal, LLC
643 Magazine Street
Suite 405
New Orleans, LA 70130
504-977-9150
Email: kmiller@mtdvp.com
*ATTORNEY TO BE NOTICED*

**Monica Leigh Bergeron**
Miller Thibodeaux Dysart Veith &
Paschal, LLC
Louisiana
643 Magazine Street
Ste. 405
New Orleans, LA 70130
504-977-9150
Email: mbergeron@mtdvp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

## Interested Party

**Official Committee of Unsecured Creditors**

represented by **Nicholas Robert Lawson**
Lawson & Moshenberg PLLC
2301 Commerce St.
Suite 200
Houston, TX 77002
903-316-9155
Email: nick.lawson@lmbusinesslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Avi Moshenberg**
Lawson & Moshenberg PLLC
801 Travis St.
Ste 2101, #838

EXHIBIT 9

Houston, TX 77002
903-316-9155
Email:
avi.moshenberg@lmbusinesslaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/07/2024 | 1 | REPORT AND RECOMMENDATIONS (Attachments: # 1 docket sheet) Parties notified. (hl4) (Entered: 11/13/2024) |
| 11/13/2024 | | Referral Judge Selected: Magistrate Judge Dena Hanovice Palermo randomly selected to receive referrals. The selected Magistrate Judge is not assigned to this case until a District Judge refers the case or a motion or the parties consent to jurisdiction of the Magistrate Judge. Once a referral has been made, the name of the referral judge will appear at the top of the docket sheet. (hl4) (Entered: 11/13/2024) |
| 11/13/2024 | 2 | CLERKS NOTICE Regarding Consent to Jurisdiction of Magistrate Judge. Parties notified, filed. (hl4) (Entered: 11/13/2024) |
| 11/20/2024 | 3 | OBJECTIONS to 1 Report and Recommendations, filed by MORRIS BART, LLC. (Attachments: # 1 Proposed Order) (Probus, Matthew) (Entered: 11/20/2024) |
| 12/12/2024 | 4 | ORDER regarding schedule.(Signed by Judge Andrew S Hanen) Parties notified. (rsh4) (Entered: 12/12/2024) |
| 12/12/2024 | 5 | ORDER sustaining, in part 3 Appellant's objections, declining to adopt 1 Report and Recommendation and withdrawing all matters concerning the fees.(Signed by Judge Andrew S Hanen) Parties notified. (rsh4) (Entered: 12/12/2024) |
| 12/17/2024 | 6 | NOTICE *Regarding Agreement on Sylvia Mayer as Mediator* re: 4 Order by MMA Law Firm, PLLC, filed. (Goott, Miriam) (Entered: 12/17/2024) |
| 12/17/2024 | 7 | STIPULATION re: Discovery by MMA Law Firm, PLLC, MORRIS BART, LLC, filed. (Probus, Matthew) (Entered: 12/17/2024) |
| 12/17/2024 | 8 | STIPULATION re: Discovery by MMA Law Firm, PLLC, MORRIS BART, LLC, filed. (Probus, Matthew) (Entered: 12/17/2024) |
| 12/18/2024 | 9 | Opposed MOTION to Modify Order Regarding Schedule at ECF No. 4 as to 4 Order by MMA Law Firm, PLLC, filed. Motion Docket Date 1/8/2025. (Attachments: # 1 Exhibit A - Email, # 2 Proposed Order) (Goott, Miriam) (Entered: 12/18/2024) |
| 12/19/2024 | 10 | AGREED STIPULATION AND ORDER REGARDING DISCOVERY.(Signed by Judge Andrew S Hanen) Parties notified. (rsh4) (Entered: 12/20/2024) |
| 01/08/2025 | 11 | RESPONSE in Opposition to 9 Opposed MOTION to Modify Order Regarding Schedule at ECF No. 4 as to 4 Order, filed by MORRIS BART, LLC. (Attachments: # 1 Exhibit 1, # 2 Proposed Order) (Probus, Matthew) (Entered: 01/08/2025) |
| 01/08/2025 | 12 | REPLY to 11 Response in Opposition to Motion, 9 Opposed MOTION to Modify Order |

EXHIBIT 9

|  |  | Regarding Schedule at ECF No. 4 as to 4 Order , filed by MMA Law Firm, PLLC. (Goott, Miriam) (Entered: 01/08/2025) |
|---|---|---|
| 01/13/2025 | 13 | RESPONSE to 9 Opposed MOTION to Modify Order Regarding Schedule at ECF No. 4 as to 4 Order filed by Official Committee of Unsecured Creditors. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Lawson, Nicholas) (Entered: 01/13/2025) |
| 01/16/2025 | 14 | REPLY to 13 Response to Motion, , filed by MORRIS BART, LLC. (Probus, Matthew) (Entered: 01/16/2025) |
| 02/06/2025 | 15 | NOTICE *of Mediation Impasse* re: 4 Order by MMA Law Firm, PLLC, filed. (Patterson, Johnie) (Entered: 02/06/2025) |
| 02/06/2025 | 16 | Opposed MOTION Refer Pre-Trial Matters Only to Chief Bankruptcy Judge Rodriguez by MMA Law Firm, PLLC, filed. Motion Docket Date 2/27/2025. (Attachments: # 1 Exhibit A - Report and Recommendation, # 2 Exhibit B - Bankruptcy Docket, # 3 Proposed Order) (Goott, Miriam) (Entered: 02/06/2025) |
| 02/19/2025 | 17 | ORDER regarding schedule. (Signed by Judge Andrew S Hanen) Parties notified. (rsh4) (Entered: 02/20/2025) |
| 02/26/2025 | 18 | RESPONSE in Opposition to 16 Opposed MOTION Refer Pre-Trial Matters Only to Chief Bankruptcy Judge Rodriguez, filed by MORRIS BART, LLC. (Attachments: # 1 Proposed Order) (Probus, Matthew) (Entered: 02/26/2025) |
| 05/20/2025 | 21 | ORDER GRANTING MMA LAW FIRM'S MOTION TO REFER PRE-TRIAL MATTERS TO CHIEF BANKRUPTCY JUDGE RODRIGUEZ, granting 16 Motion. Chief Bankruptcy Judge Rodriguez shall notify this Court when the dispute is ready for trial..(Signed by Judge Andrew S Hanen) (see also 24adv3127) Parties notified. (jld4)). (Entered: 05/21/2025) |
| 05/21/2025 | 19 | MOTION for Summary Judgment by MORRIS BART, LLC, filed. Motion Docket Date 6/11/2025. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Proposed Order) (Probus, Matthew) (Entered: 05/21/2025) |
| 05/21/2025 | 20 | EXHIBIT Wilhelmy Depo Exhibit 50 VIDEO/ Audio (FORWARDED to the Shelving Area) re: 19 MOTION for Summary Judgment by MORRIS BART, LLC, filed. (bwl4) (Entered: 05/21/2025) |
| 06/11/2025 | 22 | RESPONSE in Opposition to 19 MOTION for Summary Judgment , filed by MMA Law Firm, PLLC. (Goott, Miriam) (Entered: 06/11/2025) |
|  |  |  |

EXHIBIT 9

| | | |
|---|---|---|
| 06/11/2025 | 23 | Other EXHIBITS re: 22 Response in Opposition to Motion by MMA Law Firm, PLLC, filed. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit) (Goott, Miriam) (Entered: 06/11/2025) |
| 06/11/2025 | 24 | Other EXHIBITS re: 22 Response in Opposition to Motion by MMA Law Firm, PLLC, filed. (Attachments: # 1 Exhibit 15, # 2 Exhibit 16, # 3 Exhibit 17, # 4 Exhibit 18, # 5 Exhibit 19, # 6 Exhibit 20, # 7 Exhibit 21, # 8 Exhibit 22, # 9 Exhibit 23, # 10 Exhibit 24, # 11 Exhibit 25, # 12 Exhibit 26, # 13 Exhibit 27, # 14 Exhibit 28, # 15 Exhibit 29, # 16 Exhibit 30, # 17 Exhibit 31, # 18 Exhibit 32, # 19 Exhibit 33) (Goott, Miriam) (Entered: 06/12/2025) |
| 06/13/2025 | 25 | MOTION for Reconsideration of 21 Order on Motion for Miscellaneous Relief, by MORRIS BART, LLC, filed. Motion Docket Date 7/7/2025. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order) (Probus, Matthew) (Entered: 06/13/2025) |
| 06/13/2025 | 26 | RESPONSE to 19 MOTION for Summary Judgment filed by Official Committee of Unsecured Creditors. (Moshenberg, Avishay) (Entered: 06/13/2025) |
| 06/17/2025 | 27 | RESPONSE in Opposition to 25 MOTION for Reconsideration of 21 Order on Motion for Miscellaneous Relief,, filed by MMA Law Firm, PLLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order) (Goott, Miriam) (Entered: 06/17/2025) |
| 06/18/2025 | 28 | REPLY to Response to 19 MOTION for Summary Judgment , filed by MORRIS BART, LLC. (Attachments: # 1 Exhibit 1, # 2 Proposed Order) (Probus, Matthew) (Entered: 06/18/2025) |
| 06/18/2025 | 29 | REPLY to Response to 19 MOTION for Summary Judgment , filed by MORRIS BART, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order) (Probus, Matthew) (Entered: 06/18/2025) |
| 06/30/2025 | 30 | ORDER denying 25 Motion for Reconsideration.(Signed by Judge Andrew S Hanen) Parties notified. (jld4) (Entered: 07/02/2025) |
| 07/21/2025 | 31 | NOTICE of Setting. Parties notified. Status Conference set for 7/24/2025 at 02:00 PM in by telephone before Judge Andrew S Hanen, filed. (jld4) (Entered: 07/21/2025) |
| 07/24/2025 | | Minute Entry for proceedings held before Judge Andrew S Hanen. Proceedings held on 7/24/2025. Discussion held. Appearances: Matthew Brian Probus, Rebekka C Veith, Avishay Moshenberg.(Court Reporter: Monica Walker-Bailey), filed. (jld4) (Entered: 07/25/2025) |
| 09/22/2025 | 32 | Opposed MOTION for Telephone Trial Status Conference Conference by MORRIS BART, LLC, filed. Motion Docket Date 10/14/2025. (Attachments: # 1 Proposed Order) (Probus, Matthew) (Entered: 09/22/2025) |
| 09/24/2025 | 33 | MOTION to Appear Pro Hac Vice for Monica L. Bergeron (Fee Paid: $100, receipt number ATXSDC-34192827) by MORRIS BART, LLC, filed. Motion Docket Date 10/15/2025. (Bergeron, Monica) (Entered: 09/24/2025) |
| 09/26/2025 | 34 | ORDER granting 33 Motion for Monica L. Bergeron to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are** |

EXHIBIT 9

| | | |
|---|---|---|
| | | **found here**.(Signed by Judge Andrew S Hanen) Parties notified. (jm4) (Entered: 09/29/2025) |
| 11/06/2025 | 35 | MOTION to Appear Pro Hac Vice for Kerry J. Miller (Fee Paid: $100, receipt number ATXSDC-34458291) by MORRIS BART, LLC, filed. Motion Docket Date 12/1/2025. (Miller, Kerry) (Entered: 11/06/2025) |
| 11/20/2025 | 36 | NOTICE of Setting. Parties notified. Motion Hearing set for 12/2/2025 at 01:30 AM in Courtroom 9D before Judge Andrew S Hanen, filed. (rsh4) (Entered: 11/20/2025) |
| 11/21/2025 | 37 | ORDER granting 35 Motion for Kerry J. Miller to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Judge Andrew S Hanen) Parties notified. (jld4) (Entered: 11/24/2025) |
| 11/24/2025 | 38 | MOTION to Appear Pro Hac Vice for Rebekka C. Veith (Fee Paid: $100, receipt number ATXSDC-34573952) by MORRIS BART, LLC, filed. Motion Docket Date 12/15/2025. (Veith, Rebekka) (Entered: 11/24/2025) |
| 12/02/2025 | | Minute Entry for proceedings held before Judge Andrew S Hanen. MOTION HEARING held on 12/2/2025. The Court heard argument of counsel on several issues, will take matters under advisement, and rule in due course. Appearances: Miriam Trubek Goott, Johnie J. Patterson, II, Monica Leigh Bergeron, Kerry James Miller, Matthew Brian Probus, Rebekka C Veith.(Court Reporter: D. Prather), filed. (rsh4) (Entered: 12/03/2025) |
| 12/12/2025 | 39 | ORDER granting 38 Motion for Rebekka C. Veith to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Judge Andrew S Hanen) Parties notified. (glc4) (Entered: 12/12/2025) |
| 01/21/2026 | 40 | ORDER OF CONSOLIDATION. Case 4:25cv4059 is CONSOLIDATED into 4:24cv4446. All future filings are to be filed in 4:24cv4446. 4:25cv4059 is closed. (Signed by Judge Andrew S Hanen) Parties notified. (jld4) (Entered: 01/21/2026) |
| 01/23/2026 | 41 | ORDER granting in part Motion for summary judgment; reversing in part the Bankruptcy Court. (Signed by Judge Andrew S Hanen) Parties notified. (rsh4) (Entered: 01/23/2026) |
| 01/23/2026 | 42 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 41 Order by MMA Law Firm, PLLC (Filing fee $ 605, receipt number ATXSDC-34930473), filed. (Patterson, Johnie) (Entered: 01/23/2026) |
| 01/26/2026 | 43 | Clerks Notice of Filing of an Appeal. The following Notice of Appeal and related motions are pending in the District Court: 42 Notice of Appeal. Fee status: Paid. Reporter(s): D. Prather, filed. (Attachments: # 1 Notice of Appeal) (mp1) (Entered: 01/26/2026) |
| 01/26/2026 | | Appeal Review Notes re: 42 Notice of Appeal. Fee status: Paid. The appeal filing fee has been paid or an ifp motion has been granted.Hearings were held in the case. DKT13 transcript order form(s) due within 14 days of the filing of the notice of appeal. Number |

EXHIBIT 9

| | | |
|---|---|---|
| | | of DKT-13 Forms expected: 1, filed. (mp1) (Entered: 01/26/2026) |
| 01/26/2026 | 44 | CONFIDENTIALITY AND PROTECTIVE ORDER (Signed by Judge Andrew S Hanen) Parties notified. (rsh4) (Entered: 01/27/2026) |
| 02/04/2026 | 45 | ORDER granting Motion for Certification of Question of Law to the Louisiana Supreme Court. (No. 4-25-CV-4059, Doc. No. 6) The Court does not adopt the motion's proposed questions. The Court will enter a separate order that certifies certain questions of Louisiana state law to the Supreme Court of Louisiana. (Signed by Judge Andrew S Hanen) Parties notified. (jld4) see also entry #238, Adversary 24-3127 (Entered: 02/04/2026) |
| 02/04/2026 | 46 | CERTIFICATION Request from the United States District Court for the Southern District of Texas to the Honorable Supreme Court of Louisiana. (Signed by Judge Andrew S Hanen) Parties notified. (jld4) see also entry 239, Adversary 24-3127 (Entered: 02/04/2026) |
| 02/05/2026 | | Notice of Assignment of USCA No. 26-20046 re: 42 Notice of Appeal, filed. (dlr1) (Entered: 02/05/2026) |
| 02/05/2026 | 48 | NOTICE of Change of Address by Kerry J. Miller, Rebekka C. Veith, Monica L. Bergeron, counsel for MORRIS BART, LLC, filed. (Bergeron, Monica) (Entered: 02/05/2026) |
| 02/06/2026 | 49 | ORDER regarding record. (Signed by Judge Andrew S Hanen) Parties notified. (rsh4) (Entered: 02/06/2026) |
| 02/06/2026 | 50 | DKT13 TRANSCRIPT ORDER REQUEST by MMA/Johnie Patterson. Transcript is unnecessary for appeal purposes This order form relates to the following: 42 Notice of Appeal, filed. (Patterson, Johnie) (Entered: 02/06/2026) |
| 02/11/2026 | 51 | APPEAL TRANSCRIPT re Motion Hearing held on 12/02/2025 before Judge Andrew S Hanen. Court Reporter/Transcriber Donna Prather. Ordering Party: Rebekka Veith. This transcript relates to the following: 50 Appeal Transcript Request. Release of Transcript Restriction set for 5/12/2026., filed. (djp4) (Entered: 02/11/2026) |
| 02/11/2026 | 52 | Notice of Filing of Official Transcript re: 51 Transcript - Appeal,. Parties notified, filed. (SDTX_CMECF_AutoDocket, ) (Entered: 02/11/2026) |
| 02/13/2026 | 53 | Joint RESPONSE to 49 Order *Regarding Regard*, filed by MORRIS BART, LLC. (Veith, Rebekka) (Entered: 02/13/2026) |
| 02/20/2026 | 54 | DKT13 TRANSCRIPT ORDER REQUEST by Morris Bart, LLC. Transcript is already on file in Clerks office regarding Motion Hearing on 12/2/2026 before Judge Hanen. (No transcript is needed). Court Reporter/Transcriber: Donna Prather. This order form relates to the following: 51 Transcript - Appeal,, filed. (Veith, Rebekka) (Entered: 02/20/2026) |
| 02/20/2026 | 55 | ORDER re: request from the Honorable Justices of the Louisiana Supreme Court for an applicable record to support the Court's Certification request. (Signed by Judge Andrew S Hanen) Parties notified. (jld4) (Entered: 02/24/2026) |

EXHIBIT 9

| | | |
|---|---|---|
| 02/26/2026 | | Electronic record on appeal certified to the Fifth Circuit Court of Appeals re: 42 Notice of Appeal USCA No. 26-20046, filed. (mp1) (Entered: 02/26/2026) |
| 02/26/2026 | | Electronic Access to Record on Appeal Provided re: 42 Notice of Appeal to M. Bergeron, A. Gould, F. Holmes, T. Manthey, K. Miller, C. Nobles, J. Patterson, M. Probus, R. Veith. Attorneys of record at the Circuit may download the record from the Court of Appeals. (USCA No. 26-20046), filed. (mp1) (Entered: 02/26/2026) |
| 02/26/2026 | | *** The documents regarding the request from the Honorable Justices of the Louisiana Supreme Court for an applicable record to support the Court's Certification request have been transmitted per Order 55 . (sat4) (Entered: 02/26/2026) |
| 03/03/2026 | 56 | EMERGENCY MOTION by MMA Law Firm, PLLC, filed. Motion Docket Date 3/24/2026. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order) (Goott, Miriam) (Entered: 03/03/2026) |
| 03/06/2026 | 57 | NOTICE *of Withdrawal of Appearance of Tristan E. Manthey and Cherie D. Nobles of Fishman Haygood LLP* by MORRIS BART, LLC, filed. (Manthey, Tristan) (Entered: 03/06/2026) |
| 03/13/2026 | 58 | COPY of CERTIFICATION ORDER AND SPECIAL BRIEFING ORDER issued by the Supreme Court of Louisiana in No.2026-CQ. Parties notified. (dah4) (Entered: 03/16/2026) |
| 03/16/2026 | 59 | Order of USCA - ORDER re: 42 Notice of Appeal ; USCA No. 26-20046. The court has granted the joint motion to consolidate cases 26-20046 and 26-20098 for briefing and oral argument purposes. All future filings must be electronically filed via the lead consolidated case number 26-20046., filed. (dlr1) (Entered: 03/16/2026) |
| 03/24/2026 | 60 | RESPONSE in Opposition to 56 EMERGENCY MOTION, filed by MORRIS BART, LLC. (Attachments: # 1 Exhibit A, LASC Order) (Veith, Rebekka) (Entered: 03/24/2026) |
| 03/25/2026 | 61 | ORDER staying case. (Signed by Judge Andrew S Hanen) Parties notified. (rsh4) (Entered: 03/25/2026) |
| 04/06/2026 | 62 | NOTICE of Granted Motion for Admission Pro Hac Vice of Johnie J. Patterson in the Supreme Court of Louisiana, filed. (Attachments: # 1 Exhibit, # 2 Envelope) (dmm4). (Entered: 04/08/2026) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/31/2026 09:38:57 | | |
| **PACER Login:** | mbprobus | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:24-cv-04446 |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |

EXHIBIT 9