# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| MMA LAW FIRM, PLLC, | § | CASE NO. 24-31596 |
| | § | |
| Debtor | § | CHAPTER 11 |
| | § | |
| | § | |
| | § | |

## WITNESS AND EXHIBIT LIST

Judge:   Chief Judge Eduardo V. Rodriguez

Witnesses:   All witnesses designated by any other party

Courtroom Deputy:  Ana Castro
Hearing Date:  Aug. 4, 2026
Hearing Time: 10:30 a.m.
Party's Name:  James Marshall McClenny
Attorney's Name:  Annie Catmull
Attorney's Phone: 281.814.5977
Nature of Proceeding:  Plan confirmation

EXHIBITS

| Ex.# | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | All exhibits designated by any other party | | | | |
| 2. | McClenny reserves the right to ask the Court to take judicial notice of any item on the bankruptcy docket (including the proposed order at ECF # 588-2 and the entered order at ECF# 683) or in the claim registry | | | | |

Respectfully submitted,

**Last Revised May 1, 2024**

By: */s/ Annie Catmull*
Annie E. Catmull
State Bar No. 00794932
aecatmull@o-w-law.com
4400 Post Oak Plaza, Suite 2360
Houston, Texas 77027
Telephone: (281) 814-5977

COUNSEL FOR JAMES MARSHALL MCCLENNY

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 31, 2026, the above exhibit list and attachments were served to all registered users of the Court's ECF notification system who have appeared in this case.

By: _____*Annie E. Catmull*_____
Annie E. Catmull

**Last Revised May 1, 2024**