## WITNESS AND EXHIBIT LIST
### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

### Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |

| | |
|---|---|
| **Adversary Case No:** | |
| **Style of Adversary:** | |

| **State whether this amends or supplements a previously filed Witness & Exhibit list** | Amends | | Supplements | |
|---|---|---|---|---|
| | **Date** | **ECF No.** | **Date** | **ECF No.** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | August 4, 2026 |
| **Hearing Time:** | 10:30 a.m. (prevailing Central Time) |
| **Party's Name:** | Access Restoration Services US, Inc. |
| **Attorney's Name:** | Lisa M. Norman |
| **Attorney's Phone:** | 713-850-4200 |

| | CM/ECF No. | Matter |
|---|---|---|
| **Nature of Proceeding(s):** | 1577 | Third Amended Joint Plan of Liquidation of MMA Law Firm, PLLC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITNESS LIST | |
|---|---|
| | |
| **Lay Witnesses:** | John Zachary Moseley |
| | Any witness listed, offered, or called by any other party |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |

6050.12

| REBUTTAL/ IMPEACHMENT WITNESSES | |
|---|---|
| | |
| **Lay Witnesses:** | Any witness necessary to rebut the testimony of any witness called or designated by any other parties. |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| | |

| | | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| | | | | |
| 1. | Access Restoration Services US, Inc. Limited Objection to Debtor's Third Amended Plan [ECF No. 1603] | | | |
| 2. | Debtor's Third Amended Disclosure Statement [ECF No. 1576] | | | |
| 3. | Debtor's Third Amended Plan [ECF No. 1577] | | | |
| 4. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, proofs of claim, or other documents filed in the above-captioned case | | | |
| 5. | Any exhibit introduced by any other party | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| | | | | |
| REBUTTAL/IMPEACHMENT EXHIBITS | | | | |
| | | | | |
| 1. | Rebuttal or impeachment exhibits as necessary | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

6050.12

Dated: July 31, 2026
Houston, Texas

Respectfully submitted,

**ANDREWS MYERS, P.C.**

*/s/ Lisa M. Norman*
LISA M. NORMAN
State Bar No. 24037190
1885 Saint James Place, 15th Floor
Houston, TX 77056
Tel: 713-850-4200
Fax: 713-850-4211
lnorman@andrewsmyers.com

**COUNSEL FOR CREDITOR**
**ACCESS RESTORATION SERVICES US, INC.**


**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2026, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF.

*/s/ Lisa M. Norman*
LISA M. NORMAN

6050.12