United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 31, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-31596 |
| MMA LAW FIRM, PLLC | § | |
| | § | CHAPTER 7 |
| Debtor | § | |

## STIPULATION AND AGREED ORDER DISALLOWING PROOFS OF CLAIM FILED BY LYNDA JENKINS, JAMES DARTEZ AND CURTIS DAVIS

This Stipulation and Agreed Order is entered into by and among, MMA Law Firm, PLLC

(the "Debtor"), Lynda Jenkins, James Dartez, and Curtis Davis (collectively, "The Parties").

## RECITALS

WHEREAS, on September 18, 2024, Lynda L. Jenkins filed proof of claim No. 67 in an

unknown amount alleging a claim under civil barratry (the "Jenkins POC");

WHEREAS, on September 18, 2024, James S. Dartez filed proof of claim No. 65 in an

unknown amount alleging a claim under civil barratry (the "Dartez POC");

WHEREAS, on September 18, 2024, Curtis R. Davis filed proof of claim No. 66 in an

unknown amount alleging a claim under civil barratry (the "Davis POC");

WHEREAS, the Jenkins POC, the Dartez POC, and the Davis POC, are collectively

referred to as the **"Proofs of Claim"**.

WHEREAS, to avoid the need for filing objections to the Proofs of Claim, the Parties have

agreed to the following resolution.

NOW, THEREFORE, in consideration of the foregoing, the Parties agree, and the Court

ORDERS as follows:

It is ORDERED that the Proofs of Claim are **DISALLOWED** in their entirety.


**Signed: Friday, July 31, 2026**

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

AGREED AS TO FORM AND CONTENT:

By: _/s/Miriam T. Goott_
MIRIAM T. GOOTT
SBN 24048846
P.O. Box 61301
Houston, TX 77208
mgoott@walkerandpatterson.com
713.956.5577 (telephone)
713.956.5570 (fax)
COUNSEL FOR DEBTOR

THE KASSAB LAW FIRM

_By: /s/ David Eric Kassab_
LANCE CHRISTOPHER KASSAB
Texas State Bar No. 00794070
lance@kassab.law
DAVID ERIC KASSAB
Texas State Bar No. 24071351
david@kassab.law
1214 Elgin Street
Houston, Texas 77004
Telephone: 713-522-7400
Facsimile:  713-522-7410
E-service: eserve@kassab.law

ATTORNEYS FOR LYNDA JENKINS, JAMES DARTEZ, AND CURTIS DAVIS
For the limited purpose of agreeing to this stipulation