## WITNESS AND EXHIBIT LIST
### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

### Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |
| Irm | |
| **Adversary Case No:** | |
| **Style of Adversary:** | |

| | Amends | | Supplements | |
|---|---|---|---|---|
| | **Date** | **ECF No.** | **Date** | **ECF No.** |
| **State whether this amends or supplements a previously filed Witness & Exhibit list** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | August 4, 2026 |
| **Hearing Time:** | 10:30 a.m. (prevailing Central Time) |
| **Party's Name:** | New Orleans Legal, LLC; Gulf Coast Attorneys, LLC |
| **Attorney's Name:** | Albert J. Derbes, IV |
| **Attorney's Phone:** | 504.207.0909 |

| | CM/ECF No. | Matter |
|---|---|---|
| **Nature of Proceeding(s):** | 1577 | Third Amended Joint Plan of Liquidation of MMA Law Firm, PLLC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITNESS LIST | |
|---|---|
| **Lay Witnesses:** | Any witness listed, offered, or called by any other party (may call) |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |

| REBUTTAL/ IMPEACHMENT WITNESSES |
|---|

**Form No. 1-100**

Last Revised August 13, 2025

| | |
|---|---|
| **Lay Witnesses:** | Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties |
| | |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| | |

| | | **FOR COURT USE ONLY** | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| | | | | |
| 1. | Order [USDC S.D.TX Doc. 3] of USDC Judge Hanan dated March 17, 2026, adopting the report and recommendation by Chief Bankruptcy Judge Rodriguez [Bankr. No. 25-03027, Doc. No 20] withdrawing the reference | | | |
| 2. | United States Trustee Objection to Third Amended Joint Plan of Liquidation [Doc No. 1589] | | | |
| 3. | Morris Bart, LLC's Limited Objection to Third Amended Joint Plan of Liquidation [Doc No. 1592] | | | |
| 4. | Hair and Shunnarah Trial Attorneys, LLC's Objection to Confirmation of Debtors' Third Amende Joint Plan of Liquidation [Doc. No. 1593] | | | |
| 5. | New Orleans Legal, LLC and Gulf Coast Attorneys, LLC's Objection to Third Amended Joint Plan of Liquidation [Doc. No. 1598] | | | |
| 6. | Any pleadings, reports, exhibits, transcripts, proposed order, Court orders, or other documents filed in the above-captioned matter | | | |
| 7. | Any exhibit introduced by any other party | | | |
| | | | | |
| | **REBUTTAL/IMPEACHMENT EXHIBITS** | | | |
| | | | | |
| 1. | Rebuttal or impeachment exhibits as necessary | | | |

**Form No. 1-100**

Last Revised August 13, 2025

DATED: July 31, 2026.        Respectfully submitted,

THE DERBES LAW FIRM, L.L.C.

*/s/ Albert J. Derbes, IV*
ALBERT J. DERBES, IV (TX BAR   NO. 24030171)
ERIC J. DERBES (TX BAR NO. 24009844)
3027 Ridgelake Drive
Metairie, LA 70002
Telephone: (504) 837-1230
Facsimile: (504) 832-0323
Email: AJDIV@derbeslaw.com
Email: EDerbes@derbeslaw.com
*Attorneys for New Orleans Legal, LLC*
*and Gulf Coast Attorneys, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2026, a true and correct copy of the foregoing document was served via email through the Bankruptcy Court's Electronic Case Filing System on the parties that have consented to such service.

*/s/ Albert J. Derbes, IV*
Albert J. Derbes, IV