**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

<div style="border:1px solid black">

**EXHIBIT**

**1**

</div>

|  |  |  |
|---|---|---|
| IN RE: | § § § § | CIVIL ACTION NO. 4:25-CV-05459 |
| MMA LAW FIRM, PLLC | § § § § § | ADVERSARY PRO. NO. 25-03027 |

## ORDER

Pending before this Court in the above-referenced proceeding is New Orleans Legal, LLC's Motion to Withdraw the Bankruptcy Reference (filed in the adversary proceeding and re-filed in this Court). *See* (Doc. No. 2); (Bankr. No. 25-03027, Doc. No. 20). The recommended ruling in Chief Bankruptcy Judge Rodriguez's Report and Recommendation (Doc. No. 1) would resolve this motion if adopted by this Court. Neither party filed objections. After a review of the filings, the applicable law, and Judge Rodriguez's Report and Recommendation, the Court hereby **ADOPTS** the Report and Recommendation, and hereby withdraws the reference as to all matters involving the division of attorney's fees between New Orleans Legal, LLC and MMA Law Firm, PLLC, the Debtor.

It is so ordered.

Signed on this the ___17___ day of March 2026.

_____
Andrew S. Hanen
United States District Judge

1