## WITNESS AND EXHIBIT LIST
### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

### Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |

| | |
|---|---|
| **Adversary Case No:** | N/A |
| **Style of Adversary:** | N/A |

| Does this amend or supplement a previously filed Witness & Exhibit List? If so, state the date and CM/ECF No. of such previous filing. | Yes | No |
|---|---|---|
| | | x |
| | **Date** | **CM/ECF No.** |
| | | |
| | | |

| | |
|---|---|
| **Hearing/Trial Date:** | August 4, 2026 |
| **Hearing Time:** | 10:30 a.m. |
| **Party's Name:** | MMA Law Firm, PLLC |
| **Attorney's Name:** | Johnie Patterson and Miriam Goott |
| **Attorney's Phone:** | 713-956-5577 |

| | CM/ECF No. | Matter |
|---|---|---|
| **Nature of Proceeding(s):** | 1577 | Confirmation of Third Amended Joint Plan of Liquidation of MMA Law Firm, PLLC |
| | 1614 | Debtor's Emergency Motion to Designate the Ballots of Equal Access Justice Fund, LP and EAJF ESQ Fund, LP Pursuant to 11 U.S.C. § 1126(e) (set for hearing by Order, ECF No. 1617) |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITNESS LIST | |
|---|---|
| | |
| **Lay Witnesses:** | Zach Moseley |
| | Katy Ohlsson |
| | Morgan Weaver-Gallacher |
| | Allison Byman (proposed Plan Administrator) |
| | Corporate representative of Equal Access Justice Fund, LP / EAJF ESQ Fund, LP |

| | |
|---|---|
| | David Middleman |
| | |
| **Expert Witnesses:** | David Middleman (marketing of the Mass Tort Dockets; Liquidation Analysis) |
| | |
| | |

| | |
|---|---|
| **REBUTTAL/ IMPEACHMENT WITNESSES** | |
| | |
| **Lay Witnesses:** | Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other party |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other party |
| | |
| | |
| | |
| | |

| EX. NO. | DESCRIPTION | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| | | OFFERED | OBJECTION | DISPOSITION |
| | | | | |
| 1 | Third Amended Joint Plan of Liquidation [ECF No. 1577] | | | |
| 2 | Third Amended Disclosure Statement, with all exhibits, including the Liquidation Analysis [ECF No. 1576] | | | |
| 3 | Order authorizing solicitation and setting confirmation hearing [ECF No. 1562] | | | |
| 4 | Plan Supplement, with Exhibits A–C [ECF No. 1615] | | | |
| 5 | Motion To Approve EAJF Settlement Agreement [ECF No. 588] | | | |
| 6 | Order approving EAJF Settlement (9019 Order) [ECF No. 683] | | | |
| 7 | Ballot of Equal Access Justice Fund, LP / EAJF ESQ Fund, LP — Class 2 (rejecting) | | | |
| 8 | Ballot of Equal Access Justice Fund, LP / EAJF ESQ Fund, LP — Class 4 (rejecting) | | | |
| 9 | Correspondence with counsel for EAJF regarding EAJF's Oversight Committee designation | | | |
| 10 | Stipulation and Tolling Agreement between the Debtor and John Zachary Moseley dated April 2, 2026 [ECF No. 1426] | | | |
| 11 | Claims Register in Case No. 24-31596 | | | |
| 12 | Docket in Case No. 24-31596 | | | |
| 13 | Schedules | | | |
| 14 | June 2026 Operating Report | | | |
| 15 | Demonstrative | | | |
| 16 | Demonstrative | | | |
| 17 | Demonstrative | | | |

| 18 | | | | |
|---|---|---|---|---|
| | | | | |
| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
| | | | | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |