## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MMA LAW FIRM, PLLC, | § | CASE NO. 24-31596 |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## PLAN OF LIQUIDATION

MMA Law Firm, PLLC (the "Debtor" and "Plan Proponent") filed its Third Amended Joint Plan of Liquidation (the "Plan"). The Court will have a hearing on confirmation of the Debtor's Plan on **Tuesday, August 4, 2026, at 10:30 a.m. (Central Standard Time)**, at the United States Courthouse, Bob Casey Federal Building, Courtroom #401, 515 Rusk, Houston, TX 77002. The Plan provides information to assist you in deciding how to vote your ballot.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in one of five Classes. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. Please review the Plan to determine which Class you are entitled to vote in.**

**If your ballot is not received by counsel for the Debtor, Johnie Patterson, email: jjp@walkerandpatterson.com, or Miriam Goott, email: mgoott@walkerandpatterson.com, or by mail to either at 4815 Dacoma, Houston, TX 77092, on or before Friday, July 31, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __4__ claim against the Debtor in the unpaid

amount of __seventeen million__

Dollars ($ 17,000,000                                                                    ).

### CHECK ONE BOX ONLY

[    ] accepts the Plan            [ X ] rejects the Plan

Dated: __July 28 2006__

Name of Creditor: __Equal Access Justice Fund LP and EAJF ESQ Fund LP__

Print or type name: Benjamin Blank

Signature: _Benjamin E Blank_

Title: Manager of BEB Partners LLC, General Partner of Equal Access Justice Fund LP
Manager of EAJF ESQ GP LLC, General Partner of EAJF ESQ Fund LP

Address: __105 S Narcissus Ave, West Palm Beach FL 33401__


### RETURN THIS BALLOT TO:

Johnie Patterson
Email: jjp@walkerandpatterson.com

or

Miriam Goott
Email: mgoott@walkerandpatterson.com

or by mail to either at:

Walker & Patterson, P.C.
4815 Dacoma
Houston, TX 77092