# Southern District of Texas
# Claims Register

### 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors

**Bankruptcy Judge:** Eduardo V Rodriguez     **Chapter:** 11
**Office:** Houston     **Last Date to file claims:** 08/13/2024
**Trustee:**     **Last Date to file (Govt):** 10/07/2024

---

*Creditor:* (12672475)
Texas Workforce Commission
Office of Attorney General
BK/Collections
P.O. BOX 12548, MC008
Austin, TX 787112548

**Claim No: 1**
*Original Filed Date*: 04/11/2024
*Original Entered Date*: 04/11/2024

*Status:*
*Filed by:* CR
*Entered by:* Erin Connor Reid
*Modified:*

Amount claimed: $7605.39
Secured claimed: $7605.39

*History:*
Details   ●   1-1   04/11/2024 Claim #1 filed by Texas Workforce Commission, Amount claimed: $7605.39 (Reid, Erin)
*Description:* (1-1) Unemployment taxes
*Remarks:*

---

*Creditor:* (12673480)
City of Houston
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

**Claim No: 2**
*Original Filed Date*: 04/12/2024
*Original Entered Date*: 04/12/2024

*Status:* Withdraw 459
*Filed by:* CR
*Entered by:* Jeannie Lee Andresen
*Modified:*

Amount claimed: $221.20
Secured claimed: $221.20

*History:*
Details   ●   2-1   04/12/2024 Claim #2 filed by City of Houston, Amount claimed: $221.20 (Andresen, Jeannie)
    459   01/08/2025 Withdrawal of Claim: 2,3 *of City of Houston and Lone Star College System* (Andresen, Jeannie) Status: Withdraw
*Description:* (2-1) Ad Valorem Taxes
*Remarks:*

---

*Creditor:* (12673482)
Lone Star College System
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

**Claim No: 3**
*Original Filed Date*: 04/12/2024
*Original Entered Date*: 04/12/2024

*Status:* Withdraw 459
*Filed by:* CR
*Entered by:* Jeannie Lee Andresen
*Modified:*

Amount claimed: $45.84
Secured claimed: $45.84

*History:*
Details   ●   3-1   04/12/2024 Claim #3 filed by Lone Star College System, Amount claimed: $45.84 (Andresen, Jeannie)
    459   01/08/2025 Withdrawal of Claim: 2,3 *of City of Houston and Lone Star College System* (Andresen, Jeannie) Status: Withdraw
*Description:* (3-1) Ad Valorem Taxes
*Remarks:*

*Creditor:*        (12675368)
Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

**Claim No: 4**
*Original Filed Date*: 04/17/2024
*Original Entered Date*: 04/17/2024

*Status:*
*Filed by:* CR
*Entered by:* Pankaj Thakur
*Modified:*

  Amount claimed: $45286.12

*History:*

Details    4-1   04/17/2024 Claim #4 filed by Capital One N.A., Amount claimed: $45286.12 (Thakur, Pankaj)

*Description:*
*Remarks:*


*Creditor:*        (12671191)
Aldine ISD Tax Office
14909 Aldine Westfield Rd
Houston, TX 77032

**Claim No: 5**
*Original Filed Date*: 04/26/2024
*Original Entered Date*: 04/26/2024
*Last Amendment Filed*: 10/29/2024
*Last Amendment Entered*: 10/29/2024

*Status:*
*Filed by:* CR
*Entered by:* Lauren L. Jones
*Modified:*

  Amount  claimed: $619.94
  Secured claimed: $619.94

*History:*

Details    5-1   04/26/2024 Claim #5 filed by Aldine ISD Tax Office, Amount claimed: $1061.45 (Middleton, Kanika)
Details    5-2   10/29/2024 Amended Claim #5 filed by Aldine ISD Tax Office, Amount claimed: $619.94 (Jones, Lauren)

*Description:* (5-1) AD VALOREM TAX
(5-2) AD VALOREM TAX
*Remarks:*


*Creditor:*        (12687954)
Curtis and Ardene Tassin
Health Law Group LLC
201 St.Charles Avenue, Suite 2500
New Orleans, LA 70170

**Claim No: 6**
*Original Filed Date*: 05/06/2024
*Original Entered Date*: 05/06/2024

*Status:*
*Filed by:* CR
*Entered by:* 2 FrancesCarbiaTERM
*Modified:*

  Amount claimed: $99754.03

*History:*

Details    6-1   05/06/2024 Claim #6 filed by Curtis and Ardene Tassin, Amount claimed: $99754.03
                     (FrancesCarbiaTERM, 2)

*Description:* (6-1) MMA converted a p[roperty damage payment meant for creditors
*Remarks:*


*Creditor:*        (12671284)
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**Claim No: 7**
*Original Filed Date*: 05/10/2024
*Original Entered Date*: 05/10/2024
*Last Amendment Filed*: 09/16/2024
*Last Amendment Entered*: 09/16/2024

*Status:*
*Filed by:* CR
*Entered by:* Annie L Ray
*Modified:*

  Amount  claimed: $5036379.87
  Secured claimed:        $0.00
  Priority   claimed: $4964379.87

*History:*

Details    7-1   05/10/2024 Claim #7 filed by Internal Revenue Service, Amount claimed: $4960406.62 (Ray, Annie)
Details    7-2   09/16/2024 Amended Claim #7 filed by Internal Revenue Service, Amount claimed: $5036379.87 (Ray,
                     Annie)

*Description:*
*Remarks:*

*Creditor:*      (12692839)
JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

**Claim No: 8**
*Original Filed Date*: 05/14/2024
*Original Entered Date*: 05/14/2024

*Status:*
*Filed by:* CR
*Entered by:* Nicholas Chipurnoi
*Modified:*

Amount claimed: $11523.32

*History:*

Details     8-1   05/14/2024  Claim #8 filed by JPMorgan Chase Bank, N.A., Amount claimed: $11523.32 (Chipurnoi, Nicholas)

*Description:*
*Remarks:*

---

*Creditor:*      (12706401)
American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Claim No: 9**
*Original Filed Date*: 06/05/2024
*Original Entered Date*: 06/05/2024

*Status:*
*Filed by:* CR
*Entered by:* Greg Deegan
*Modified:*

Amount claimed: $392147.17

*History:*

Details     9-1   06/05/2024  Claim #9 filed by American Express National Bank, Amount claimed: $392147.17 (Deegan, Greg)

*Description:*
*Remarks:*

---

*Creditor:*      (12707590)
American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Claim No: 10**
*Original Filed Date*: 06/07/2024
*Original Entered Date*: 06/07/2024

*Status:*
*Filed by:* CR
*Entered by:* Greg Deegan
*Modified:*

Amount claimed: $12099.74

*History:*

Details     10-1   06/07/2024  Claim #10 filed by American Express National Bank, Amount claimed: $12099.74 (Deegan, Greg)

*Description:*
*Remarks:*

---

*Creditor:*      (12717372)
Louisiana Farm Bureau
P.O. Box 95008
Baton Rouge, LA 70895

**Claim No: 11**
*Original Filed Date*: 06/24/2024
*Original Entered Date*: 06/24/2024

*Status:*
*Filed by:* CR
*Entered by:* Staci Knox Villemarette
*Modified:*

Amount claimed: $302994.23

*History:*

Details     11-1   06/24/2024  Claim #11 filed by Louisiana Farm Bureau, Amount claimed: $302994.23 (Villemarette, Staci)

*Description:* (11-1) Legal Judgments
*Remarks:*

*Creditor:*        (12725016)
Regina A. Ceaser
4200 CoCo Miguel Rd.
New Iberia, LA 70560

**Claim No: 12**
*Original Filed Date*: 07/01/2024
*Original Entered Date*: 07/01/2024

*Status:*
*Filed by:* CR
*Entered by:* 7 AnaCastro
*Modified:*

 Amount claimed: $30891.02

*History:*

 Details   ●   12-1   07/01/2024 Claim #12 filed by Regina A. Ceaser, Amount claimed: $30891.02 (AnaCastro, 7)

*Description:*
*Remarks:*

---

*Creditor:*        (12729369)
Opal Prejean
1709 Seventh St.
Lake Charles, LA 70601

**Claim No: 13**
*Original Filed Date*: 07/10/2024
*Original Entered Date*: 07/10/2024

*Status:*
*Filed by:* CR
*Entered by:* 2 FrancesCarbiaTERM
*Modified:*

 Amount claimed: $23762.24

*History:*

 Details   ●   13-1   07/10/2024 Claim #13 filed by Opal Prejean, Amount claimed: $23762.24 (FrancesCarbiaTERM, 2)

*Description:* (13-1) settlement proceeds that I never received
*Remarks:*

---

*Creditor:*        (12734040)
Cynthia Troxclair
PO Box 1731
Kinder, LA 70648

**Claim No: 14**
*Original Filed Date*: 07/18/2024
*Original Entered Date*: 07/19/2024

*Status:*
*Filed by:* CR
*Entered by:* 2 FrancesCarbiaTERM
*Modified:*

 Amount claimed: $68399.52

*History:*

 Details   ●   14-1   07/18/2024 Claim #14 filed by Cynthia Troxclair, Amount claimed: $68399.52 (FrancesCarbiaTERM, 2)

*Description:* (14-1) Replacement cost
*Remarks:*

---

*Creditor:*        (12735650)
Kevin Kelly
1120 Wyndham South
Gretna, LA 70056

**Claim No: 15**
*Original Filed Date*: 07/22/2024
*Original Entered Date*: 07/23/2024

*Status:*
*Filed by:* CR
*Entered by:* 2 FrancesCarbiaTERM
*Modified:*

*No amounts claimed*

*History:*

 Details   ●   15-1   07/22/2024 Claim #15 filed by Kevin Kelly, Amount claimed: (FrancesCarbiaTERM, 2)

*Description:*
*Remarks:*

---

*Creditor:*        (12740087)
The Kidwell Group, LLC
d/b/a Air Quality Assessors of Florida
c/o Latham Luna Eden & Beaudine, LLP
201 S. Orange Ave.
Suite 1400
Orlando, Florida 32801

**Claim No: 16**
*Original Filed Date*: 07/30/2024
*Original Entered Date*: 07/30/2024

*Status:*
*Filed by:* AT
*Entered by:* Justin M Luna
*Modified:*

 Amount claimed: $31640.56

*History:*

 Details   ●   16-1   07/30/2024 Claim #16 filed by The Kidwell Group, LLC, Amount claimed: $31640.56 (Luna, Justin)

*Description:* (16-1) Services Performed
*Remarks:*

*Creditor:*        (12745862)
Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX 78711-2548

**Claim No: 17**
*Original Filed Date*: 08/06/2024
*Original Entered Date*: 08/06/2024

*Status:* Withdraw <u>309</u>
*Filed by:* CR
*Entered by:* Azucena Arrieta
*Modified:*

Amount claimed: $29752.70

Priority  claimed: $29752.70

*History:*

Details   ⬤   <u>17-1</u>   08/06/2024 Claim #17 filed by Comptroller of Public Accounts, Amount claimed: $29752.70 (Arrieta, Azucena)

<u>309</u>   09/25/2024 Withdrawal of Claim: 17 (Brown, Silvia) Status: Withdraw

*Description:* (17-1) Franchise Tax Ch. 171
*Remarks:*

---

*Creditor:*        (12746578)
Linda Luz Rodriguez Wilhelm
316 Beverly Loop
Pineville, LA 71360
*No amounts claimed*

**Claim No: 18**
*Original Filed Date*: 08/07/2024
*Original Entered Date*: 08/07/2024

*Status:* Withdraw <u>1477</u>
*Filed by:* CR
*Entered by:* 2 FrancesCarbiaTERM
*Modified:*

*History:*

Details   ⬤   <u>18-1</u>   08/07/2024 Claim #18 filed by Linda Luz Rodriguez Wilhelm, Amount claimed: (FrancesCarbiaTERM, 2)

<u>1477</u>   05/07/2026 Withdrawal of Claim: 18,19 *filed by L. R. Wilhelm and Christine Griffin* (var2) Status: Withdraw

*Description:* (18-1) home damage, legal malpractice
*Remarks:*

---

*Creditor:*        (12746580)
Christine Mockosher Griffin
8483 Nick Rd.
Greenwood, LA 71033
*No amounts claimed*

**Claim No: 19**
*Original Filed Date*: 08/07/2024
*Original Entered Date*: 08/07/2024

*Status:* Withdraw <u>1477</u>
*Filed by:* CR
*Entered by:* 2 FrancesCarbiaTERM
*Modified:*

*History:*

Details   ⬤   <u>19-1</u>   08/07/2024 Claim #19 filed by Christine Mockosher Griffin, Amount claimed: (FrancesCarbiaTERM, 2)

<u>1477</u>   05/07/2026 Withdrawal of Claim: 18,19 *filed by L. R. Wilhelm and Christine Griffin* (var2) Status: Withdraw

*Description:* (19-1) Home damage, legal malpractice
*Remarks:*

---

*Creditor:*        (12746687)
Apex Roofing and Restoration, LLC
c/o Scott R. Bickford, Esq
338 Lafayette Street
New Orleans, LA 70130

**Claim No: 20**
*Original Filed Date*: 08/07/2024
*Original Entered Date*: 08/07/2024

*Status:*
*Filed by:* AT
*Entered by:* Scott R Bickford
*Modified:*

Amount claimed: $4000000.00

*History:*

Details   ⬤   <u>20-1</u>   08/07/2024 Claim #20 filed by Apex Roofing and Restoration, LLC, Amount claimed: $4000000.00 (Bickford, Scott)

*Description:* (20-1) Legal Malpractice lawsuit
*Remarks:*

*Creditor:* (12748603)   History
Aramark Refreshments Services, LLC
c/o Devin G. Bray
Hawley Troxell Ennis & Hawley LLP
P.O. Box 1617
Boise, ID 83701

**Claim No: 21**
*Original Filed Date*: 08/12/2024
*Original Entered Date*: 08/12/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 AkeitaHouse
*Modified:*

 Amount claimed: $500.86

*History:*

Details  ● 21-1  08/12/2024 Claim #21 filed by Aramark Refreshments Services, LLC, Amount claimed: $500.86 (AkeitaHouse, 4)

*Description:*
*Remarks:*


*Creditor:* (12749291)
Abdul Muhammad
58025 Geroge St.
Plaquemine, LA 70764

**Claim No: 22**
*Original Filed Date*: 08/12/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 AaronJackson
*Modified:*

 Amount claimed: $15000.00

*History:*

Details  ● 22-1  08/12/2024 Claim #22 filed by Abdul Muhammad, Amount claimed: $15000.00 (AaronJackson, 4)

*Description:*
*Remarks:*


*Creditor:* (12749292)
Darrell Broussard
420 Tommys Rd.
Sunset, LA 70584

**Claim No: 23**
*Original Filed Date*: 08/12/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 AaronJackson
*Modified:*

 Amount claimed: $7000.00

*History:*

Details  ● 23-1  08/12/2024 Claim #23 filed by Darrell Broussard, Amount claimed: $7000.00 (AaronJackson, 4)

*Description:*
*Remarks:*


*Creditor:* (12749293)
Cynthia Johnson
1318 Bank Avenue
New Iberia, LA 70560

**Claim No: 24**
*Original Filed Date*: 08/12/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 AaronJackson
*Modified:*

 Amount claimed: $24047.33

*History:*

Details  ● 24-1  08/12/2024 Claim #24 filed by Cynthia Johnson, Amount claimed: $24047.33 (AaronJackson, 4)

*Description:*
*Remarks:*


*Creditor:* (12749295)   History
Linda Thomas
4224 Worthy Dr.
Lake Charles, LA 70607

**Claim No: 25**
*Original Filed Date*: 08/12/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 AaronJackson
*Modified:*

 Amount claimed: $11610.59

*History:*

Details  ● 25-1  08/12/2024 Claim #25 filed by Linda Thomas, Amount claimed: $11610.59 (AaronJackson, 4)

*Description:*
*Remarks:*

*Creditor:* (12749299)
Paul Adams
340 Scenic Drive
Ville Platte, LA 70586

**Claim No: 26**
*Original Filed Date*: 08/12/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 AaronJackson
*Modified:*

 Secured claimed: $42000.00

*History:*

 Details  ● 26-1 08/12/2024 Claim #26 filed by Paul Adams, Amount claimed: (AaronJackson, 4)

*Description:*

*Remarks:*

---

*Creditor:* (12749304)
Eunice Pillette
503 East Valcourt St.
Abbeville, LA 70510

**Claim No: 27**
*Original Filed Date*: 08/12/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 AaronJackson
*Modified:*

 Amount claimed: $3000.00

*History:*

 Details  ● 27-1 08/12/2024 Claim #27 filed by Eunice Pillette, Amount claimed: $3000.00 (AaronJackson, 4)

*Description:*

*Remarks:*

---

*Creditor:* (12749305)
Ernest Willaims
110 Hansel St.
New Iberia, LA 70560

**Claim No: 28**
*Original Filed Date*: 08/12/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 AaronJackson
*Modified:*

 Amount claimed: $45474.05

*History:*

 Details  ● 28-1 08/12/2024 Claim #28 filed by Ernest Willaims, Amount claimed: $45474.05 (AaronJackson, 4)

*Description:*

*Remarks:*

---

*Creditor:* (12749307)
Lorenzo Garner
1201 Butter Street
Leesville, LA 71446

**Claim No: 29**
*Original Filed Date*: 08/12/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 AaronJackson
*Modified:*

 Amount claimed: $42000.00

*History:*

 Details  ● 29-1 08/12/2024 Claim #29 filed by Lorenzo Garner, Amount claimed: $42000.00 (AaronJackson, 4)

*Description:*

*Remarks:*

---

*Creditor:* (12749309)
Harold Boudreaux
105 Crestmont Blvd
Youngsville, LA 70592

**Claim No: 30**
*Original Filed Date*: 08/12/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 AaronJackson
*Modified:*

 Amount claimed: $4820.42

*History:*

 Details  ● 30-1 08/12/2024 Claim #30 filed by Harold Boudreaux, Amount claimed: $4820.42 (AaronJackson, 4)

*Description:*

*Remarks:*

*Creditor:*      (12749343)
Shavaun Miller
215 Ralph Street
Midland, LA 70559

**Claim No: 31**
*Original Filed Date*: 08/12/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 AaronJackson
*Modified:*

 Amount claimed: $50000.00

*History:*

 Details   ●   31-1   08/12/2024 Claim #31 filed by Shavaun Miller, Amount claimed: $50000.00 (AaronJackson, 4)

*Description:*
*Remarks:*


*Creditor:*      (12749347)
Marino Guillory
101 Weaver Street
Eunice, LA 705535
*No amounts claimed*

**Claim No: 32**
*Original Filed Date*: 08/12/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 AaronJackson
*Modified:*

*History:*

 Details   ●   32-1   08/12/2024 Claim #32 filed by Marino Guillory, Amount claimed: (AaronJackson, 4)

*Description:*
*Remarks:*


*Creditor:*      (12749351)
Addison Houston
521 Sykes St.
Shreveport, LA 71104
*No amounts claimed*

**Claim No: 33**
*Original Filed Date*: 08/12/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 AaronJackson
*Modified:*

*History:*

 Details   ●   33-1   08/12/2024 Claim #33 filed by Addison Houston, Amount claimed: (AaronJackson, 4)

*Description:*
*Remarks:*


*Creditor:*      (12749353)
Deborah Hollie
390 Burks Rd.
Starks, LA 70661

**Claim No: 34**
*Original Filed Date*: 08/12/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 AaronJackson
*Modified:*

 Amount claimed: $16743.13

*History:*

 Details   ●   34-1   08/12/2024 Claim #34 filed by Deborah Hollie, Amount claimed: $16743.13 (AaronJackson, 4)

*Description:*
*Remarks:*


*Creditor:*      (12671335)
Noble Public Adjusting
107 Amar Place
#103
Panama City Beach, FL 32413

**Claim No: 35**
*Original Filed Date*: 08/13/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* Ariel Sagre
*Modified:*

 Amount claimed: $73216.87

*History:*

 Details   ●   35-1   08/13/2024 Claim #35 filed by Noble Public Adjusting, Amount claimed: $73216.87 (Sagre, Ariel)

*Description:*
*Remarks:*

*Creditor:*      (12749408)
Christovich & Kearney, LLP
601 Poydras St. Suite 2300
New Orleans, LA 70130

**Claim No: 36**
*Original Filed Date*: 08/13/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* Kevin Richard Tully
*Modified:*

  Amount claimed: $44512.27

*History:*

  Details   ⊛   36-1   08/13/2024 Claim #36 filed by Christovich & Kearney, LLP, Amount claimed: $44512.27 (Tully, Kevin)

*Description:* (36-1) attorney fees and costs representing debtor associate in Louisiana court
*Remarks:*


*Creditor:*      (12749408)
Christovich & Kearney, LLP
601 Poydras St. Suite 2300
New Orleans, LA 70130

**Claim No: 37**
*Original Filed Date*: 08/13/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 2 DarleneHansen
*Modified:*

  Amount claimed: $44512.27

*History:*

  Details   ⊛   37-1   08/13/2024 Claim #37 filed by Christovich & Kearney, LLP, Amount claimed: $44512.27 (DarleneHansen, 2)

*Description:*
*Remarks:*


*Creditor:*      (12749560)
Ginger Beebe
21 Virgil Beebe Rd
Lena, LA 71447

**Claim No: 38**
*Original Filed Date*: 08/13/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 2 DarleneHansen
*Modified:*

  Amount claimed: $400000.00

*History:*

  Details   ⊛   38-1   08/13/2024 Claim #38 filed by Ginger Beebe, Amount claimed: $400000.00 (DarleneHansen, 2)

*Description:*
*Remarks:*


*Creditor:*      (12749564)
Krause & Kinsman Trial Lawyers, LLP
Saul Ewing LLP c/o Turner Falk, Esq.
1500 Market Street, 38th Floor
Philadelphia, PA 19102

**Claim No: 39**
*Original Filed Date*: 08/13/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* Jorge Garcia
*Modified:*

  Amount  claimed: $0.00
  Secured claimed: $0.00
  Priority   claimed: $0.00

*History:*

  Details   ⊛   39-1   08/13/2024 Claim #39 filed by Krause & Kinsman Trial Lawyers, LLP, Amount claimed: $0.00 (Garcia, Jorge)

*Description:* (39-1) Unliquidated, see supplement
*Remarks:*


*Creditor:*      (12749610)
Starlight Studios, LLC
c/o Congeni Law Firm, LLC

**Claim No: 40**
*Original Filed Date*: 08/13/2024

*Status:*
*Filed by:* CR

*History:*

  Details   ⊛   40-1   08/13/2024 Claim #40 filed by Starlight Studios, LLC, Amount claimed: $3503347.36 (Congeni, Leo)

*Description:* (40-1) damages arising out of negligence / fraud
*Remarks:*

650 Poydras Street, Ste. 2750
New Orleans, LA 70130

*Original Entered Date*: 08/13/2024

*Entered by:* Leo David Congeni
*Modified:*

  Amount claimed: $3503347.36

*History:*

Details  ●  40-1   08/13/2024 Claim #40 filed by Starlight Studios, LLC, Amount claimed: $3503347.36 (Congeni, Leo)

*Description:* (40-1) damages arising out of negligence / fraud
*Remarks:*

---

*Creditor:*      (12749611)
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130

**Claim No: 41**
*Original Filed Date*: 08/13/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* Patrick M. Shelby
*Modified:*

  Amount claimed: $139196.58

*History:*

Details  ●  41-1   08/13/2024 Claim #41 filed by Phelps Dunbar LLP, Amount claimed: $139196.58 (Shelby, Patrick)

*Description:* (41-1) Legal Services
*Remarks:*

---

*Creditor:*      (12749613)
Allied World Insurance Company
c/o Werner Ahari Mangel LLP
8117 Preston Road, Suite 300
Dallas, TX 75225

**Claim No: 42**
*Original Filed Date*: 08/13/2024
*Original Entered Date*: 08/13/2024

*Status:* Withdraw 759
*Filed by:* CR
*Entered by:* Justin S. Levy
*Modified:*

  Amount claimed: $200000.00

*History:*

Details  ●  42-1   08/13/2024 Claim #42 filed by Allied World Insurance Company, Amount claimed: $200000.00 (Levy, Justin)

      759   07/30/2025 Withdrawal of Claim: 42 *Per Notice of Withdrawal at Docket # 757.* (njc7) Status: Withdraw

*Description:*
*Remarks:*

---

*Creditor:*      (12749673)
Jayne Moseley
c/o Tran Singh LLP
2502 La Branch Street
Houston, Texas 77004
*No amounts claimed*

**Claim No: 43**
*Original Filed Date*: 08/13/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* Susan Tran Adams
*Modified:*

*History:*

Details  ●  43-1   08/13/2024 Claim #43 filed by Jayne Moseley, Amount claimed: (Adams, Susan)

*Description:*
*Remarks:*

---

*Creditor:*      (12749736)
Locklin Consulting, LLC
17319 Fountainbluff Drive
San Antonio, Texas 78248

**Claim No: 44**
*Original Filed Date*: 08/13/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* AT
*Entered by:* H Anthony Hervol
*Modified:*

  Amount  claimed: $1461237.50
  Secured claimed:      $0.00

*History:*

Details  ●  44-1   08/13/2024 Claim #44 filed by Locklin Consulting, LLC, Amount claimed: $1461237.50 (Hervol, H)

*Description:* (44-1) Structural inspections and estimating services
*Remarks:*

Priority    claimed:          $0.00

*History:*

Details   ⬤   44-1   08/13/2024 Claim #44 filed by Locklin Consulting, LLC, Amount claimed: $1461237.50 (Hervol, H)

*Description:* (44-1) Structural inspections and estimating services
*Remarks:*


*Creditor:*       (12749742)               **Claim No: 45**                  *Status:*
Katherine Monson, et al               *Original Filed Date*: 08/13/2024      *Filed by:* CR
1100 Poydras Street                   *Original Entered Date*: 08/13/2024    *Entered by:* Robert Emmet Couhig, Jr
Suite 3250                                                                   *Modified:*
New Orleans, LA 70163

 Amount claimed: $5000000.00

*History:*

Details   ⬤   45-1   08/13/2024 Claim #45 filed by Katherine Monson, et al, Amount claimed: $5000000.00 (Couhig, Robert)

697   06/18/2025 Objection to Claim Number 45 by Claimant Katherine Monson, Individually and for all Similarly Situated in Plaintiff Case. Katherine Monson, Individually and for all Similarly Situated in Plaintiff Case. (Attachments: # 1 Exhibit A - Katherine Monson's Complaint # 2 Exhibit B - Stay Order # 3 Exhibit C - Show Cause Order # 4 Exhibit D - Katherine Monson's Opposition to Order Lifting Stay # 5 Exhibit E - Proof of Claim Filed by Katherine Monson # 6 Exhibit F - Declaration # 7 Proposed Order) (Goott, Miriam)

*Description:* (45-1) unlawful barratry & solicitation of plaintiff class under TX GOVT § 82.0651
*Remarks:*


*Creditor:*       (12671341)               **Claim No: 46**                  *Status:*
PCG - Property Loss Consultants       *Original Filed Date*: 08/13/2024      *Filed by:* CR
2000 Mallory Lane                     *Original Entered Date*: 08/13/2024    *Entered by:* Lisa M. Norman
Suite 130, #239                                                             *Modified:*
Franklin, TN 37067

 Amount claimed: $10952426.20

*History:*

Details   ⬤   46-1   08/13/2024 Claim #46 filed by PCG - Property Loss Consultants, Amount claimed: $10952426.20 (Norman, Lisa)

*Description:* (46-1) state court judgment
*Remarks:* (46-1) see attached


*Creditor:*       (12749871)               **Claim No: 47**                  *Status:*
Cristobal M. Galindo, P.C.            *Original Filed Date*: 08/13/2024      *Filed by:* CR
c/o Charlie Shelton                   *Original Entered Date*: 08/13/2024    *Entered by:* Todd Brice Headden
Hayward PLLC                                                                *Modified:*
7600 Burnet Road, Suite 530
Austin, Texas 78757
*No amounts claimed*

*History:*

Details   ⬤   47-1   08/13/2024 Claim #47 filed by Cristobal M. Galindo, P.C., Amount claimed: (Headden, Todd)

518   02/05/2025 Objection to Claim Number 47 by Claimant Cristobal M. Galindo, P.C.. Cristobal M. Galindo, P.C.. (Attachments: # 1 Exhibit A - Proof of Claim # 2 Exhibit Declaration # 3 Proposed Order) (Goott, Miriam)

*Description:*
*Remarks:*

*Creditor:*      (12750010)     **Claim No: 48**                    *Status:*
Global Estimating Services, Inc.   *Original Filed Date*: 08/13/2024   *Filed by:* CR
c/o Andrews Myers, PC             *Original Entered Date*: 08/13/2024   *Entered by:* Lisa M. Norman
Attn: Lisa M. Norman                                                 *Modified:*
1885 Saint James Place, 15th Fl
Houston, Texas 77056

 Amount claimed: $10707640.07

*History:*
Details   ❍   48-1   08/13/2024 Claim #48 filed by Global Estimating Services, Inc., Amount claimed: $10707640.07
                        (Norman, Lisa)
*Description:* (48-1) services provided
*Remarks:* (48-1) see attached

*Creditor:*      (12750012)     **Claim No: 49**                    *Status:*
Access Restoration Services US, Inc.   *Original Filed Date*: 08/13/2024   *Filed by:* CR
c/o Andrews Myers, PC             *Original Entered Date*: 08/13/2024   *Entered by:* Lisa M. Norman
Attn: Lisa M. Norman                                                 *Modified:*
1885 Saint James Place, 15th Fl
Houston, Texas 77056

 Amount claimed: $3365843.05

*History:*
Details   ❍   49-1   08/13/2024 Claim #49 filed by Access Restoration Services US, Inc., Amount claimed: $3365843.05
                        (Norman, Lisa)
*Description:* (49-1) money loaned / fraud, breach of agreement, Securities Act Violation
*Remarks:* (49-1) see attached

*Creditor:*      (12671253)     **Claim No: 50**                    *Status:*
Equal Access Justice Fund, LP     *Original Filed Date*: 08/13/2024   *Filed by:* CR
c/o Fred Johnson                  *Original Entered Date*: 08/13/2024   *Entered by:* Misty A Segura
Spencer Fane, LLP                                                    *Modified:*
3040 Post Oak Blvd, Suite 1400
Houston, TX 77056

 Amount  claimed: $18360133.07
 Secured claimed: $18360133.07

*History:*
Details   ❍   50-1   08/13/2024 Claim #50 filed by Equal Access Justice Fund, LP, Amount claimed: $18360133.07 (Segura,
                        Misty)
*Description:* (50-1) money loaned
*Remarks:*

*Creditor:*      (12750175)     **Claim No: 51**                    *Status:*
EAJF ESQ Fund, LP                *Original Filed Date*: 08/13/2024   *Filed by:* CR
c/o Misty A. Segura, Spencer Fane, LLP   *Original Entered Date*: 08/13/2024   *Entered by:* Misty A Segura
3040 Post Oak Blvd., Ste. 1400                                       *Modified:*
Houston, TX 77056

 Amount  claimed: $19187499.24
 Secured claimed: $19187499.24

*History:*
Details   ❍   51-1   08/13/2024 Claim #51 filed by EAJF ESQ Fund, LP, Amount claimed: $19187499.24 (Segura, Misty)
*Description:* (51-1) money loaned
*Remarks:*

*Creditor:*       (12750266)
LeeRoy Jefferson
2667 Sligo Road
Haughton, LA 71037

**Claim No: 52**
*Original Filed Date*: 08/13/2024
*Original Entered Date*: 08/14/2024

*Status:*
*Filed by:* CR
*Entered by:* 1 Dorina Reyna DorinaReyna
*Modified:*

 Amount claimed: $60000.00

*History:*

 Details   ⬤   52-1   08/13/2024 Claim #52 filed by LeeRoy Jefferson, Amount claimed: $60000.00 (DorinaReyna, 1)

*Description:*
*Remarks:*

---

*Creditor:*       (12750769)
John Zachary Moseley
1235 N. Loop West, Suite 810
Houston, TX 77008

**Claim No: 53**
*Original Filed Date*: 08/15/2024
*Original Entered Date*: 08/15/2024

*Status:*
*Filed by:* CR
*Entered by:* 2 FrancesCarbiaTERM
*Modified:*

*No amounts claimed*

*History:*

 Details   ⬤   53-1   08/15/2024 Claim #53 filed by John Zachary Moseley, Amount claimed: (FrancesCarbiaTERM, 2)

*Description:* (53-1) see exhibit A
*Remarks:*

---

*Creditor:*       (12750816)
Disaster Solutions
192 Solhelm Lane
Raleigh, NC 27603

**Claim No: 54**
*Original Filed Date*: 08/15/2024
*Original Entered Date*: 08/15/2024

*Status:*
*Filed by:* CR
*Entered by:* 1 Dorina Reyna DorinaReyna
*Modified:*

 Amount claimed: $10205584.09

*History:*

 Details   ⬤   54-1   08/15/2024 Claim #54 filed by Disaster Solutions, Amount claimed: $10205584.09 (DorinaReyna, 1)

*Description:* (54-1) structural inspections and estimating services
*Remarks:*

---

*Creditor:*       (12751344)
Morgan Law Group, P.A.
1331 Ochsner Blvd., Ste. 101
Covington, LA 70433

**Claim No: 55**
*Original Filed Date*: 08/16/2024
*Original Entered Date*: 08/16/2024

*Status:*
*Filed by:* CR
*Entered by:* 1 Dorina Reyna DorinaReyna
*Modified:*

 Amount claimed: $36867.09

*History:*

 Details   ⬤   55-1   08/16/2024 Claim #55 filed by Morgan Law Group, P.A., Amount claimed: $36867.09 (DorinaReyna, 1)

*Description:* (55-1) attorney fees and costs owed
*Remarks:*

---

*Creditor:*       (12671288)
James McClenny
380 Ridge Lake Scenic Dr.
Montgomery, TX 77316

**Claim No: 56**
*Original Filed Date*: 08/20/2024
*Original Entered Date*: 08/20/2024

*Status:*
*Filed by:* CR
*Entered by:* John Garrison Jordan
*Modified:*

 Amount claimed: $35000.00

*History:*

 Details   ⬤   56-1   08/20/2024 Claim #56 filed by James McClenny, Amount claimed: $35000.00 (Jordan, John)

*Description:* (56-1) Agreement to indemnify creditor for legal fees and costs
*Remarks:*

*Creditor:*      (12755723)
Mary C. Augustine
210 Addie Drive
Crowley, LA 70526
*No amounts claimed*

**Claim No: 57**
*Original Filed Date*: 08/23/2024
*Original Entered Date*: 08/23/2024

*Status:*
*Filed by:* CR
*Entered by:* 1 Dorina Reyna DorinaReyna
*Modified:*

*History:*

Details  ●  57-1   08/23/2024  Claim #57 filed by Mary C. Augustine, Amount claimed: (DorinaReyna, 1)

*Description:*

*Remarks:*

---

*Creditor:*      (12765667)
CURTRECHIA NUNN
5015 B PLACE
MERIDIAN, MS 39305
 Amount claimed: $74130.51

**Claim No: 58**
*Original Filed Date*: 09/09/2024
*Original Entered Date*: 09/09/2024

*Status:*
*Filed by:* CR
*Entered by:* 2 FrancesCarbiaTERM
*Modified:*

*History:*

Details  ●  58-1   09/09/2024  Claim #58 filed by CURTRECHIA NUNN, Amount claimed: $74130.51 (FrancesCarbiaTERM, 2)

*Description:* (58-1) HURRICANE IDA FRAUD VICTIM

*Remarks:*

---

*Creditor:*      (12767135)
Jesse P Barnett III
2587 Bayou Rd
Port Barre, LA 70577
 Amount claimed: $15000.00

**Claim No: 59**
*Original Filed Date*: 09/09/2024
*Original Entered Date*: 09/11/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 DMcKinnieRichardson
*Modified:*

*History:*

Details  ●  59-1   09/09/2024  Claim #59 filed by Jesse P Barnett III, Amount claimed: $15000.00 (DMcKinnieRichardson, 4)

*Description:*

*Remarks:* (59-1) legal malpractice

---

*Creditor:*      (12770750)
Wayne J. Adams
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004
*No amounts claimed*

**Claim No: 60**
*Original Filed Date*: 09/18/2024
*Original Entered Date*: 09/18/2024

*Status:*
*Filed by:* CR
*Entered by:* David Eric Kassab
*Modified:*

*History:*

Details  ●  60-1   09/18/2024  Claim #60 filed by Wayne J. Adams, Amount claimed: (Kassab, David)

*Description:*

*Remarks:*

---

*Creditor:*      (12770751)
Dwane Borel
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004

**Claim No: 61**
*Original Filed Date*: 09/18/2024
*Original Entered Date*: 09/18/2024

*Status:*
*Filed by:* CR
*Entered by:* David Eric Kassab
*Modified:*

*History:*

Details  ●  61-1   09/18/2024  Claim #61 filed by Dwane Borel, Amount claimed: (Kassab, David)

*Description:*

*Remarks:*

*No amounts claimed*

*History:*

Details   ⬤   61-1   09/18/2024 Claim #61 filed by Dwane Borel, Amount claimed: (Kassab, David)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (12770752) | **Claim No: 62** | *Status:* |
| Claude Britton, III | *Original Filed Date*: 09/18/2024 | *Filed by:* CR |
| c/o The Kassab Law Firm | *Original Entered Date*: 09/18/2024 | *Entered by:* David Eric Kassab |
| 1214 Elgin Street | | *Modified:* |
| Houston, Texas 77004 | | |
| eserve@kassab.law | | |

*No amounts claimed*

*History:*

Details   ⬤   62-1   09/18/2024 Claim #62 filed by Claude Britton, III, Amount claimed: (Kassab, David)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (12770754) | **Claim No: 63** | *Status:* |
| Bonnie J. Brown | *Original Filed Date*: 09/18/2024 | *Filed by:* CR |
| c/o The Kassab Law Firm | *Original Entered Date*: 09/18/2024 | *Entered by:* David Eric Kassab |
| 1214 Elgin Street | | *Modified:* |
| Houston, Texas 77004 | | |
| eserve@kassab.law | | |

*No amounts claimed*

*History:*

Details   ⬤   63-1   09/18/2024 Claim #63 filed by Bonnie J. Brown, Amount claimed: (Kassab, David)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (12770755) | **Claim No: 64** | *Status:* |
| Lloyd Cox | *Original Filed Date*: 09/18/2024 | *Filed by:* CR |
| c/o The Kassab Law Firm | *Original Entered Date*: 09/18/2024 | *Entered by:* David Eric Kassab |
| 1214 Elgin Street | | *Modified:* |
| Houston, Texas 77004 | | |
| eserve@kassab.law | | |

*No amounts claimed*

*History:*

Details   ⬤   64-1   09/18/2024 Claim #64 filed by Lloyd Cox, Amount claimed: (Kassab, David)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (12770756) | **Claim No: 65** | *Status:* |
| James S. Dartez | *Original Filed Date*: 09/18/2024 | *Filed by:* CR |
| c/o The Kassab Law Firm | *Original Entered Date*: 09/18/2024 | *Entered by:* David Eric Kassab |
| 1214 Elgin Street | | *Modified:* |
| Houston, Texas 77004 | | |
| eserve@kassab.law | | |

*No amounts claimed*

*History:*

Details   ⬤   65-1   09/18/2024 Claim #65 filed by James S. Dartez, Amount claimed: (Kassab, David)

*Description:*

*Remarks:*

*Creditor:*        (12770757)
Curtis R. Davis
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004
eserve@kassab.law
*No amounts claimed*

**Claim No: 66**
*Original Filed Date*: 09/18/2024
*Original Entered Date*: 09/18/2024

*Status:*
*Filed by:* CR
*Entered by:* David Eric Kassab
*Modified:*

*History:*
Details   ●   66-1   09/18/2024 Claim #66 filed by Curtis R. Davis, Amount claimed: (Kassab, David)
*Description:*
*Remarks:*


*Creditor:*        (12770758)
Lynda L. Jenkins
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004
eserve@kassab.law
*No amounts claimed*

**Claim No: 67**
*Original Filed Date*: 09/18/2024
*Original Entered Date*: 09/18/2024

*Status:*
*Filed by:* CR
*Entered by:* David Eric Kassab
*Modified:*

*History:*
Details   ●   67-1   09/18/2024 Claim #67 filed by Lynda L. Jenkins, Amount claimed: (Kassab, David)
*Description:*
*Remarks:*


*Creditor:*        (12770759)
Carey D. Yazeed
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004
eserve@kassab.law
*No amounts claimed*

**Claim No: 68**
*Original Filed Date*: 09/18/2024
*Original Entered Date*: 09/18/2024

*Status:*
*Filed by:* CR
*Entered by:* David Eric Kassab
*Modified:*

*History:*
Details   ●   68-1   09/18/2024 Claim #68 filed by Carey D. Yazeed, Amount claimed: (Kassab, David)
*Description:*
*Remarks:*


*Creditor:*        (12791728)
Katrena Henderson & Charles Tapp
4614 Quarter Charge Dr
Annandale, VA 22003

Amount  claimed: $557250.00
Secured claimed:        $0.00
Priority   claimed:        $0.00

**Claim No: 69**
*Original Filed Date*: 10/14/2024
*Original Entered Date*: 10/14/2024

*Status:*
*Filed by:* CR
*Entered by:* Kyle J Nutt
*Modified:*

*History:*
Details   ●   69-1   10/14/2024 Claim #69 filed by Katrena Henderson & Charles Tapp, Amount claimed: $557250.00 (Nutt, Kyle)
*Description:* (69-1) Legal Malpractice/Breach of Fiduciary Duty/Negligent Hiring/Supervision
*Remarks:*

*Creditor:*      (12804987)
Destiney Griffin
3841 Accacia Lane
Harvey, LA 70058

**Claim No: 70**
*Original Filed Date*: 11/01/2024
*Original Entered Date*: 11/04/2024

*Status:*
*Filed by:* CR
*Entered by:* 2 DarleneHansen
*Modified:* 11/04/2024

 Amount claimed: $27125.00

*History:*

 Details   ●   70-1   11/01/2024 Claim #70 filed by Destiney Griffin, Amount claimed: $27125.00 (DarleneHansen, 2)

*Description:*

*Remarks:*

---

*Creditor:*      (12912777)
Bayou Adjusting LLC
c/o Matthew R. Addison
29675 Christopher Blvd
Walker, LA 70785

**Claim No: 71**
*Original Filed Date*: 03/31/2025
*Original Entered Date*: 03/31/2025

*Status:*
*Filed by:* CR
*Entered by:* 1 Dorina Reyna DorinaReyna
*Modified:*

 Amount claimed: $435000.00

*History:*

 Details   ●   71-1   03/31/2025 Claim #71 filed by Bayou Adjusting LLC, Amount claimed: $435000.00 (DorinaReyna, 1)

*Description:* (71-1) services performed, appraisals

*Remarks:*

---

*Creditor:*      (12923286)
Sorted Lake Charles
Elizabeth Alexander
4309 Essex St
Lake Charles, LA 70605

**Claim No: 72**
*Original Filed Date*: 04/14/2025
*Original Entered Date*: 04/14/2025

*Status:*
*Filed by:* CR
*Entered by:* 4 M BrittanyNicklaus
*Modified:*

 Amount claimed: $196690.50

*History:*

 Details   ●   72-1   04/14/2025 Claim #72 filed by Sorted Lake Charles, Amount claimed: $196690.50 (BrittanyNicklaus, 4)

*Description:*

*Remarks:*

---

*Creditor:*      (13404715)
Jeffrey Alan Vitt Irrevocable Trust
12791 S. 4230 Road
Chelsea, OK 74016

**Claim No: 73**
*Original Filed Date*: 07/23/2026
*Original Entered Date*: 07/23/2026

*Status:*
*Filed by:* CR
*Entered by:* Jeffrey A Vitt
*Modified:*

 Amount claimed: $646305.06

*History:*

 Details   ●   73-1   07/23/2026 Claim #73 filed by Jeffrey Alan Vitt Irrevocable Trust, Amount claimed: $646305.06 (Vitt, Jeffrey)

   1610   07/30/2026 Objection to Claim Number 73 by Claimant JEFFREY ALAN VITT. JEFFREY ALAN VITT. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Proposed Order) (Goott, Miriam)

*Description:* (73-1) Conversion, Breach of Fiduciary Duty, Misappropriation of Registry Funds if paid.

*Remarks:* (73-1) Action: Master Omnibus Addendum Attached. Explicit reservation of rights for unliquidated damages, Rule 2004 discovery, and Joint & Several Liability.

*Creditor:*     (13404698)  **Claim No: 74**  *Status:*
Vitt 121, Ltd., and affiliated Entities  *Original Filed Date*: 07/23/2026  *Filed by:* CR
  *Original Entered Date*: 07/23/2026  *Entered by:* Jeffrey A Vitt
  *Modified:*

Amount claimed: $25000000.00

*History:*

Details ● 74-1  07/23/2026  Claim #74 filed by Vitt 121, Ltd., and affiliated Entities, Amount claimed: $25000000.00 (Vitt, Jeffrey)

1611  07/30/2026  Objection to Claim Number 74 by Claimant VITT 121, LTD. AND AFFILIATED ENTITIES. VITT 121, LTD. AND AFFILIATED ENTITIES. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Proposed Order) (Goott, Miriam)

*Description:* (74-1) See attached Master Omnibus Addendum.

*Remarks:* (74-1) Action: Legal Malpractice, Breach of Contract, Sabotaged Insurance Claims (Farmers, Gen Star, Guard), allowing unchallenged foreclosures and asset degradation

*Creditor:*     (13404789)  **Claim No: 75**  *Status:*
Jeffrey Alan Vitt, Individually & Rep. Doe /  *Original Filed Date*: 07/23/2026  *Filed by:* CR
XYZ E  *Original Entered Date*: 07/23/2026  *Entered by:* Jeffrey A Vitt
12791 S. 4230 Road  *Modified:*
Chelsea, OK 74016

Amount claimed: $325000000.00

*History:*

Details ● 75-1  07/23/2026  Claim #75 filed by Jeffrey Alan Vitt, Individually & Rep. Doe / XYZ E, Amount claimed: $325000000.00 (Vitt, Jeffrey)

1609  07/30/2026  Objection to Claim Number 75 by Claimant JEFFREY ALAN VITT. JEFFREY ALAN VITT. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Proposed Order) (Goott, Miriam)

1612  07/30/2026  Objection to Claim Number 75 by Claimant jeffrey Alan Vitt. jeffrey Alan Vitt. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Proposed Order) (Goott, Miriam)

*Description:* (75-1) Action: Civil RICO (18 U.S.C. § 1962), Sherman Act, Corporate Espionage, Civil Conspiracy. Anchored by suppression of the $300M+ CyberlinkASP/PTS valuations.

*Remarks:* (75-1) Master Omnibus Addendum

# Claims Register Summary

**Case Name:** MMA Law Firm, PLLC and Official Committee of Unsecured Creditors
**Case Number:** 24-31596
**Chapter:** 11
**Date Filed:** 04/09/2024
**Total Number Of Claims:** 75

| Total Amount Claimed* | $446041836.00 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $37598124.68 | |

| Priority | $4994132.57 | |
| --- | --- | --- |
| Administrative | | |

---

| PACER Service Center | | | |
| --- | --- | --- | --- |
| **Transaction Receipt** | | | |
| 07/31/2026 10:39:41 | | | |
| **PACER Login:** | johniepatterson | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 24-31596 Filed or Entered From: 7/30/2021 Filed or Entered To: 12/31/2026 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |