**CERTIFICATE OF CONFERENCE**

I hereby certify that on July 30, 2026, I attempted in good faith to confer with all required parties regarding the emergency relief requested in this Motion:

1. Debtor's Counsel (Walker & Patterson, P.C.): Contacted via email and telephone on July 30, 2026. I spoke directly with attorney Miriam Goott. Ms. Goott declined to confer or discuss a continuance and terminated the call. Therefore, the Debtor is deemed OPPOSED.

2. U.S. Trustee (Andrew Jimenez): Contacted via email on July 30, 2026. Received an automated out-of-office response indicating Mr. Jimenez is out of the office until August 1, 2026—after the Debtor's artificial July 31 voting deadline—rendering the U.S. Trustee unavailable to confer prior to the deadline.

3. UCC Counsel (Nick Lawson): Contacted via telephone and electronic message on July 30, 2026. Mr. Lawson stated he is unable to poll the committee members within this timeframe and requested to be marked as OPPOSED.

Because the parties do not agree to the relief requested, this Emergency Motion is presented to the Court for determination.

_____ Date July 30th, 2016     .

Jeffrey A. Vitt, Pro Se Creditor
Date: July 30, 2026

☒