**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2026, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all parties registered to receive electronic notice in this case, including Counsel for the Debtor, the U.S. Trustee, and Counsel for the UCC.

_____  Date <u>July 30th, 2016</u>

Jeffrey A. Vitt, Pro Se Creditor
Date: July 30, 2026