**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

**IN RE: MMA LAW FIRM, PLLC, Debtor.**

**CASE NO. 24-31596 Chapter 11**

**ORDER GRANTING EMERGENCY MOTION FOR CONTINUANCE OF CONFIRMATION HEARING AND ENLARGEMENT OF VOTING DEADLINE**

Upon consideration of the *Emergency Motion for Continuance of Confirmation Hearing, Enlargement of Voting Deadline, and Objection to Expedited Voting Notice* (the "Motion") filed by Jeffrey Alan Vitt, the Court finds that emergency relief is warranted and that cause exists to grant the relief requested.

**IT IS THEREFORE ORDERED THAT:**

The Motion is **GRANTED**.

The Confirmation Hearing scheduled for August 4, 2026, at 10:30 a.m. is hereby CONTINUED to _____, 2026, at _____.

The deadline for creditors to submit a Ballot for Accepting or Rejecting Debtor's Plan of Liquidation is hereby ENLARGED to _____2026.

The Debtor shall immediately serve a proper ballot on the Movant and any other unserved creditors on the matrix.

Signed: _____, _____, 2026

**EDUARDO V. RODRIGUEZ CHIEF UNITED STATES BANKRUPTCY JUDGE**