United States Courts
Southern District of Texas
FILED

*7/30/2026*

Nathan Ochsner, Clerk of Court

# AMENDED BALLOT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: MMA LAW FIRM, PLLC, | ) | CASE NO. 24-31596 |
| Debtor. | ) | Chapter 11 |

### BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
### PLAN OF LIQUIDATION

### <u>SUBMITTED UNDER PROTEST</u>

MMA Law Firm, PLLC (the "Debtor" and "Plan Proponent") filed its Third Amended Joint Plan of Liquidation (the "Plan"). The Court will have a hearing on confirmation of the Debtor's Plan on Tuesday, August 4, 2026, at 10:30 a.m. (Central Standard Time), at the United States Courthouse, Bob Casey Federal Building, Courtroom #401, 515 Rusk, Houston, TX 77002. The Plan provides information to assist you in deciding how to vote your ballot.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in one of five Classes. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. Please review the Plan to determine which Class you are entitled to vote in.

If your ballot is not received by counsel for the Debtor, Johnie Patterson, email: jjp@walkerandpatterson.com  or Miriam Goott, email: mgoott@walkerandpatterson.com  or by mail: either at 4815 Dacoma, Houston, TX 77092, on or before <u>Friday, July 31, 2026,</u> and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

*CREDITOR DOES NOT WAIVE ANY RIGHTS AND EXPLICITLY INCORPORATES BY REFERENCE THE EMERGENCY MOTION FOR CONTINUANCE AND OMNIBUS ADDENDUM SUBMITTED VIA EDSS ON JULY 30, 2026.*

The undersigned, the holder of a class **TBD** claim against the Debtor in the unpaid amount of <u>Three-Hundred and Fifty Million, Six-Hundred and Forty-Six Thousand, Three-Hundred and Five Dollars & 06/100</u> ( <u>$350,646,305.06</u> )

*Note: Insert total claim amount from your Proofs of Claim here*

**CHECK ONE BOX ONLY**    [ ] accepts the Plan    [ **X** ] rejects the Plan

**Dated:**    July 30, 2026

**Name of Creditor:**    Jeffrey Alan Vitt, Individually, as Trustee, and as Authorized Agent
Claim No. 73, 74, 75

**Print or type name:**    Jeffrey Alan Vitt

**Signature:**

**Title:**    Jeffrey Alan Vitt, Individually, as Trustee, and as Authorized Agent
Pro Se Creditor

**Address:**    12791 South 4230 Road – Chelsea, OK 74016

**RETURN THIS BALLOT TO:**

Johnie Patterson

**Email:** jjp@walkerandpatterson.com

**or**

Miriam Goott

**Email:** mgoott@walkerandpatterson.com

**or**

**by mail to either at:**

Walker & Patterson, P.C.
4815 Dacoma
Houston, TX 77092