United States Courts
Southern District of Texas
FILED

*7/30/2026*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| **From:** | EDSS via Southern District of Texas |
| **To:** | TXS ECF_Admin |
| **Subject:** | New Electronic Document Submission - Houston |
| **Date:** | Thursday, July 30, 2026 9:58:52 PM |
| **Attachments:** | Document-1-Jeffrey Alan Vitt.pdf |
| **Importance:** | High |

Form Information:
Division: Houston
Filer's Name: Jeffrey Alan Vitt
Debtor's Name (if different from Filer): MMA Law Firm, PLLC
Filer's Email: javit2004rule@gmail.com
Filer's Phone Number: 539-292-9358
Case Number: 24-31596

Uploaded Document Descriptions:
Document 1 Description: AMENDED BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S  PLAN OF LIQUIDATION
Document 2 Description:
Document 3 Description:
Document 4 Description:
Document 5 Description:

**This email was sent from an unmonitored email account. Please DO NOT reply to this email address. **