**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE:                                          §
**MMA LAW FIRM, PLLC,**                          §          **CASE NO. 24-31596**
                                                §
Debtor.                                         §          **CHAPTER 11**


**ORDER DENYING THE EMERGENCY MOTION FOR CONTINUANCE OF
CONFIRMATION HEARING, ENLARGEMENT OF VOTING DEADLINE, AND
OBJECTION TO EXPEDITED VOTING NOTICE FILED BY JEFFREY ALAN VITT
[DOC. NO. 1627]**

It is **ORDERED** that the *Emergency Motion for Continuance of Confirmation Hearing,*

*Enlargement of Voting Deadline, and Objection to Expedited Voting Notice* [Doc. No. 1627] filed

by Jeffrey Alan Vitt is **DENIED.**


**SIGNED:** _____


_____
**CHIEF UNITED STATES BANKRUPTCY JUDGE**