**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-31596 |
| MMA LAW FIRM, PLLC, | § | |
| | § | |
| Debtor. | § | CHAPTER 11 |
| | § | |

**NOTICE OF HEARING ON
DEBTOR'S EMERGENCY MOTION TO DESIGNATE THE BALLOTS OF EQUAL
ACCESS JUSTICE FUND, LP AND EAJF ESQ FUND, LP PURSUANT TO 11 U.S.C. §
1126(e)**
*[Relates to ECF Nos. 1614, 1617]*

   **PLEASE TAKE NOTICE** that, pursuant to the Court's Order Setting Hearing entered on July 31, 2026 [ECF No. 1617], a hearing on *Debtor's Emergency Motion to Designate the Ballots of Equal Access Justice Fund, LP and EAJF ESQ Fund, LP Pursuant to 11 U.S.C. § 1126(e)* [ECF No. 1614] (the "Motion") will be held on:

**Tuesday, August 4, 2026, at 10:30 a.m.**

**United States Bankruptcy Court, Bob Casey Federal Building**

**Courtroom 401, 515 Rusk Street, Houston, Texas 77002**

   The hearing will be held before the Honorable Eduardo V. Rodriguez, Chief United States Bankruptcy Judge, at the same time as the hearing on confirmation of the Debtor's Third Amended Joint Plan of Liquidation [ECF No. 1577].

   Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may appear electronically or in person unless otherwise ordered by the Court. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez, and are instructed to: (i) call in utilizing the dial-in number for hearings before Judge Rodriguez at 832-917-1510, conference room number 999276; and (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. Parties must have two separate devices to appear by video and telephonically: one device to log on to GoToMeeting and the other to call the telephonic conference line.

   Any response or objection to the Motion should be filed with the Clerk of the Court prior to, or raised at, the hearing. Copies of the Motion and all related pleadings may be obtained from the Court's CM/ECF system or by request to undersigned counsel.

Dated: August 2, 2026

Respectfully submitted,

WALKER & PATTERSON, P.C.

By: */s/ Johnie Patterson*
Johnie Patterson
SBN 15601700
Miriam T. Goott
SBN 24048846
P.O. Box 61301
Houston, TX 77208
(713) 956-5577
jjp@walkerandpatterson.com

COUNSEL FOR THE DEBTOR

## CERTIFICATE OF SERVICE

I certify that on August 2, 2026, a true and correct copy of the foregoing Notice was served via the Court's CM/ECF system on all parties registered to receive electronic notice in this case, and by email upon counsel for Equal Access Justice Fund, LP and EAJF ESQ Fund, LP.

By: */s/ Johnie Patterson*
Johnie Patterson