United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 03, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER**
**STRIKING PLEADING**
*Resolving Dkt. No. 1627*

The "Emergency Motion For Continuance Of Confirmation Hearing, Enlargement Of Voting Deadline, And Objection To Expedited Voting Notice" Dkt. No. 1627, filed by Mr. Jeffrey A. Vitt, fails to comply with Federal Rule of Bankruptcy Procedure 9011(a) which provides that every pleading, written motion, and other paper shall be signed by at least one attorney of record, or, if the party is not represented by an attorney, shall be signed by the party. The rule then supplies its own remedy: an unsigned paper shall be stricken unless the omission is corrected promptly after being called to the attention of the party. F.R.B.P. 9011(a). Additionally, Proofs of Claim Nos. 74 (Vitt 121, Ltd., and affiliated Entities) and 75 (Jeffrey Alan Vitt, Individually and as persons of Interest Representing "Doe" and XYZ Corp) and were asserted by entities rather than Mr. Vitt individually. To the extent Vitt asserts any claim on behalf of an entity, or seeks relief in this case for any party other than himself, the Supreme Court has held that a corporation may appear in federal court only through licensed counsel. *Rowland v. California Men's Colony,* 506 U.S. 194, 201 to 202 (1993).  Accordingly, the "Emergency Motion For Continuance Of Confirmation Hearing, Enlargement Of Voting Deadline, And Objection To Expedited Voting Notice" Dkt. No. 1627, filed by Mr. Jeffrey A. Vitt, is **STRUCK.**

**SIGNED Monday, August 3, 2026**

_____

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**