**WITNESS AND EXHIBIT LIST**
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**CHIEF JUDGE EDUARDO V. RODRIGUEZ**

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |

| | |
|---|---|
| **Adversary Case No:** | |
| **Style of Adversary:** | |

| | Amends | | Supplements | |
|---|---|---|---|---|
| **State whether this amends or supplements a previously filed Witness & Exhibit list** | **Date** | **ECF No.** | **Date** | **ECF No.** |
| | 07/31/2026 | 1626 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | 08/04/2026 |
| **Hearing Time:** | 10:30 a.m. (CT) |
| **Party's Name:** | Equal Access Justice Fund, LP and EAJF Esq. Fund, LP |
| **Attorney's Name:** | Clay M. Taylor |
| **Attorney's Phone:** | 972-324-0300 |

| | CM/ECF No. | Matter |
|---|---|---|
| **Nature of Proceeding(s):** | 1577 | Third Amended Joint Plan of Liquidation filed by MMA Law Firm, PLLC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Form No. 1-100**

| WITNESS LIST | | |
|---|---|---|
| | | |
| **Lay Witnesses:** | EAJF May Call: | |
| | Brian W. Zimmerman | |
| | Corporate Representative of Equal Access Justice Fund, LP and EAJF Esq. Fund, LP | |
| | Corporate Representative of MMA Law Firm, PLLC | |
| | John Zachary Moseley | |
| | Allison Byman, Proposed Plan Administrator | |
| | Any witness listed by any other interested party | |
| **Expert Witnesses:** | | |
| | | |

| REBUTTAL/ IMPEACHMENT WITNESSES | | |
|---|---|---|
| | | |
| **Lay Witnesses:** | EAJF May Call: | |
| | Any witness listed by any other interested party | |
| | | |
| | | |
| **Expert Witnesses:** | | |
| | | |

| | | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| **Ex. No.** | **Description** | **Offered** | **Objection** | **Disposition** |
| | | | | |
| 1. | EAJF's Objection to Confirmation of Third Amended Joint Plan of Liquidation [Docket No. 1594] | | | |
| 2. | Debtor's Motion to Compromise Controversy with Equal Access Justice Fund, LP and EAJF Fund, LP [Docket No. 588] | | | |
| 3. | Settlement Agreement [Docket No. 588-1] | | | |
| 4. | Order Approving Debtor's Compromise and Settlement with EAJF Justice Fund, LP and EAJF ESQ Fund, LP [Docket No. 683] | | | |
| 5. | Order Granting Debtor's Emergency Motion to Extend the Automatic Stay to John Zachary Moseley Pursuant to 11 U.S.C. §362 and §105 on an Interim Basis [Docket No. 746] | | | |
| 6. | Preliminary Injunction entered in Adversary Proceeding No. 26-03135 [Docket No. 28] | | | |
| 7. | Jury Charge filed in Cause No. 2023-44970; *Jayne Elizabeth Moseley v. John* | | | |

**Form No. 1-100**

| | | | | |
|---|---|---|---|---|
| | *Zachary Moseley* | | | |
| **8.** | Intervenors' Motion for Entry of Final Judgment in Cause No. 2023-44970; *Jayne Elizabeth Moseley v. John Zachary Moseley* | | | |
| **9.** | Proposed Final Judgment filed in Cause No. 2023-44970; *Jayne Elizabeth Moseley v. John Zachary Moseley* | | | |
| **10.** | Docket Sheet for Cause No. 2023-44970; *Jayne Elizabeth Moseley v. John Zachary Moseley* | | | |
| **11.** | Order Granting Plaintiffs' Motion for Summary Judgment filed in Cause No. 2023-59211; *Equal Access Justice Fund LP, et al. v. McClenny Moseley & Associates PLLC, et al.* | | | |
| **12.** | Docket Sheet for Cause No. 2023-59211; *Equal Access Justice Fund LP, et al. v. McClenny Moseley & Associates PLLC, et al.* | | | |
| **13.** | Any Exhibits Listed by any other Party | | | |
| | | | | |

| |
|---|
| **REBUTTAL/IMPEACHMENT EXHIBITS** |

| | | | | |
|---|---|---|---|---|
| **1.** | Any Exhibits Listed by any other Party or necessary for rebuttal or impeachment purposes. | | | |
| | | | | |

**Form No. 1-100**