**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE: §
§ **CASE NO: 24-31596**
§
**MMA LAW FIRM, PLLC,** §
§
Debtor. §
§
§
§ **CHAPTER 11**

**ORDER
GRANTING DEBTOR'S EMERGENCY MOTION
TO EXTEND THE AUTOMATIC STAY TO JOHN ZACHARY MOSELEY PURSUANT
TO 11 U.S.C. §362 AND §105 ON AN INTERIM BASIS**

Pending before the Court is "Debtor's Emergency Motion To Extend The Automatic Stay To John Zachary Moseley Pursuant to 11 U.S.C. §362 and §105."[1] ("*Emergency Motion*") filed on June 26, 2025. On June 27, 2025, Equal Access Justice Fund, LP and EAJF ESQ Fund, LP (collectively, "*EAJF*") filed its "Objection To Debtor's Emergency Motion To Extend The Automatic Stay To John Zachary Moseley Pursuant To 11 U.S.C Sections 362 and 105."[2] On July 7, 2025, Jayne Moseley filed "Limited Objection Of Jayne Mosely, To Emergency Motion To Extend Automatic Stay To John Zachary Moseley."[3]

On July 18, 2025, the Court held a hearing and after considering the pleadings on file, evidence in the record, arguments of counsel and applicable law, the Court deems it appropriate to enter the instant Order. Accordingly, it is therefore:

**ORDERED:** that

1. The automatic stay pursuant to 11 U.S.C. §§ 105(a) and 362(a) shall not apply to the pending divorce proceedings in Cause No. 2023-44970 in the *Matter of the Marriage of Jayne Elizabeth Moseley and John Zachary Moseley* and nothing in this Order prohibits Cause No. 2023-44970 in the *Matter of the Marriage of Jayne Elizabeth Moseley and John Zachary Moseley* from proceeding to a final resolution on the merits.

2. Three business days after the entry of this Order, Equal Access Justice Fund, LP and EAJF ESQ Fund, LP must amend their Petition for Intervention in Cause No. 2023-44970 in the *Matter of the Marriage of Jayne Elizabeth Moseley and John Zachary Moseley* to remove any request to seek a temporary and permanent

---

[1] ECF No. 706.
[2] ECF No. 711.
[3] ECF No. 725.

**EXHIBIT**
5

injunction against any dissipation or other transfer or assignment of any assets in the possession of John Zachary Moseley and clarify in its pleading and as stated on the record in this proceeding that Equal Access Justice Fund, LP and EAJF ESQ Fund, LP is seeking relief solely against the alleged funds transferred to and currently in the possession of Jayne Moseley and the funds currently held in John Zachary Moseley's state court counsel's IOLTA account after which Equal Access Justice Fund, LP and EAJF ESQ Fund, LP may proceed to prosecute their Petition in Intervention.

3. Other than what is stated in Paragraphs 1 and 2 of this Order and pursuant to 11 U.S.C. §§ 105(a) and 362(a), the automatic stay is hereby extended to apply to all litigation, collection activity, and related proceedings initiated or pursued by Equal Access Justice Fund, LP and EAJF ESQ Fund, LP, including its affiliates, agents, attorneys, or assigns, **against John Zachary Moseley**, in any court or forum, including but not limited to:

   a. The Harris County District Court (Cause No. 2023-59211);
   b. Any effort to obtain or enforce a judgment, impose injunctive relief, to freeze assets of John Zachary Moseley.

4. This Order applies only to Equal Access Justice Fund, LP and EAJF ESQ Fund, LP and does not extend to any other creditors, Jayne Moseley, parties in interest, or governmental entities.

5. This stay shall remain in effect until **12:00 p.m. midnight (Central Standard Time) November 17, 2025** or further order of this Court without prejudice to MMA Law Firm, PLLC seeking further relief from this Court.

6. Nothing in this Order shall be a determination on the merits of any claims or defenses of any party, including John Zachary Moseley or Equal Access Justice Fund, LP and EAJF ESQ Fund, LP.

7. This Court retains exclusive jurisdiction with receipt to all mattes arising from or related to the implementation, interpretation, or enforcement of this Order.


   SIGNED July 18, 2025


   _____
   Eduardo V. Rodriguez
   Chief United States Bankruptcy Judge