| HCDistrictclerk.com | MOSELEY, JAYNE ELIZABETH vs. MOSELEY, JOHN ZACHARY | 7/29/2026 |
| | Cause: 202344970   CDI: 7   Court: 245 | |

## APPEALS

No Appeals found.

## COST STATMENTS

No Cost Statments found.

## TRANSFERS

No Transfers found.

## POST TRIAL WRITS

No Post Trial Writs found.

## ABSTRACTS

No Abstracts found.

## NOTICES

No Notices found.

## SUMMARY

| CASE DETAILS | | | CURRENT PRESIDING JUDGE | |
|---|---|---|---|---|
| **File Date** | 7/19/2023 | | **Court** | 245th |
| **Case (Cause) Location** | | | **Address** | 201 CAROLINE (Floor: 15) HOUSTON, TX 77002 Phone:7132741245 |
| **Case (Cause) Status** | Hold For Judgment | | | |
| **Case (Cause) Type** | DIVORCE WITH CHILDREN | | **JudgeName** | ANGELA LANCELIN |
| **Next/Last Setting Date** | N/A | | **Court Type** | Family |
| **Jury Fee Paid Date** | 6/23/2025 | | | |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| MOSELEY, JAYNE ELIZABETH | PLAINTIFF - CIVIL | | NEWMAN, BOBBY K |
| 4018 MEADOW LAKE LANE, HOUSTON, TX 77027 | | | |
| MOSELEY, JAYNE ELIZABETH | INTERVENOR DEFENDANT | | BLACKBURN, JOHN BENJAMIN |
| 4018 MEADOW LAKE LANE, HOUSTON, TX 77027 | | | |
| MOSELEY, JOHN ZACHARY | DEFENDANT - CIVIL | | BAYLEY, ANDREW MICHAEL |
| 1235 NORTH LOOP W SUITE 810, HOUSTON, TX 77008 | | | |

| EQUAL ACCESS JUSTICE FUND, LP | INTERVENOR PLAINTIFF | ZIMMERMAN, BRIAN W |
| --- | --- | --- |
| EAJF ESQ, FUND LP | INTERVENOR PLAINTIFF | PROFFITT, STEPHANIE J. |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 7/24/2026 | EVIDENCE PRESENTED JURY TRIAL (EACH DAY) | | | 0 | | | |
| 7/24/2026 | JURY DELIBERATING | | | 0 | | | |
| 7/24/2026 | JURY VERDICT RENDERED | | | 0 | | | |
| 7/24/2026 | HOLD FOR JUDGMENT | | | 0 | | | |
| 7/23/2026 | EVIDENCE PRESENTED JURY TRIAL (EACH DAY) | | | 0 | | | |
| 7/22/2026 | EVIDENCE PRESENTED JURY TRIAL (EACH DAY) | | | 0 | | | |
| 7/21/2026 | EVIDENCE PRESENTED JURY TRIAL (EACH DAY) | | | 0 | | | |
| 7/20/2026 | JURY WAS SWORN | | | 0 | | | |
| 7/20/2026 | TO TRIAL ON MERITS (JURY) | | | 0 | | | |
| 7/20/2026 | JURY PANEL EXAMINED ON VOIR DIRE | | | 0 | | | |
| 7/10/2026 | ORDER SIGNED DENYING PARTIAL SUMMARY JUDGMENT | 7/10/2026 | | 1 | | | |
| 7/8/2026 | FOURTH AMENDED ORIGINAL PETITION | | | 0 | | NEWMAN, BOBBY K | MOSELEY, JAYNE ELIZABETH |
| 6/26/2026 | SENSITIVE DATA INCLUDED IN DOCUMENT | 6/26/2026 | | 1 | | | |
| 6/26/2026 | ORDER SIGNED QUASHING DEPOSITION | 6/26/2026 | | 1 | | | |
| 6/16/2026 | RESPONSE MOTION SUMMARY JUDGMENT | | | 0 | | ZIMMERMAN, BRIAN W | EQUAL ACCESS JUSTICE FUND, LP |
| 6/12/2026 | THIRD AMENDED ORIGINAL PETITION | | | 0 | | BAYLEY, ANDREW MICHAEL | MOSELEY, JOHN ZACHARY |
| 6/11/2026 | THIRD AMENDED ORIGINAL PETITION | | | 0 | | ZIMMERMAN, BRIAN W | EQUAL ACCESS JUSTICE FUND, LP |
| 6/5/2026 | NOTICE APPEARANCE | | | 0 | | BAYLEY, ANDREW MICHAEL | MOSELEY, JOHN ZACHARY |
| 5/12/2026 | MOTION PARTIAL SUMMARY JUDGMENT | | | 0 | | NEWMAN, BOBBY K | MOSELEY, JAYNE ELIZABETH |
| 4/15/2026 | ORDER SIGNED GRANTNG PARTIAL TEMPORARY INJUNCTION | 4/15/2026 | | 12 | | | |

| Date | Event | Date | Count | Attorney | Party |
|---|---|---|---|---|---|
| 4/15/2026 | ORDER SIGNED RESETTING TRIAL | 4/15/2026 | 12 | | |
| 4/15/2026 | SENSITIVE DATA INCLUDED IN DOCUMENT | 4/15/2026 | 12 | | |
| 3/10/2026 | BENCH HEARING ASSIGNED | | 0 | | |
| 3/10/2026 | EVIDENCE PRESENTED (BENCH HEARING) | | 0 | | |
| 3/10/2026 | TEMPORARY HEARING COMPLETED | | 0 | | |
| 3/10/2026 | RULING MADE - HEARING COMPLETE | | 0 | | |
| 2/25/2026 | FIRST AMENDED ANSWER ORIGINAL PETITION | | 0 | BLACKBURN, JOHN BENJAMIN | MOSELEY, JAYNE ELIZABETH |
| 1/29/2026 | ORDER EXTENDING TEMPORARY RESTRAINING ORDER SIGNED | 1/29/2026 | 3 | | |
| 1/29/2026 | ORDER SIGNED SETTING HEARING | 1/29/2026 | 3 | | |
| 1/28/2026 | SENSITIVE DATA INCLUDED IN DOCUMENT | 1/28/2026 | 3 | | |
| 1/28/2026 | ORDER SIGNED GRANTING AGREEMENT PER RULE 11 | 1/28/2026 | 3 | | |
| 1/22/2026 | ORDER SIGNED GRANTING TEMPORARY RESTRAINING ORDER | 1/22/2026 | 4 | | |
| 1/22/2026 | ORDER SIGNED SETTING HEARING | 1/22/2026 | 4 | | |
| 1/7/2026 | ANSWER INTERVENTION | | 0 | BLACKBURN, JOHN BENJAMIN | MOSELEY, JAYNE ELIZABETH |
| 9/29/2025 | SENSITIVE DATA INCLUDED IN DOCUMENT | 9/29/2025 | 4 | | |
| 9/29/2025 | ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED | 9/29/2025 | 4 | | |
| 9/22/2025 | ORDER GRANTING WITHDRAWAL OF ATTORNEY SIGNED | 9/22/2025 | 4 | | |
| 7/21/2025 | NOTICE APPEARANCE | | 0 | PROFFITT, STEPHANIE J. | EAJF ESQ, FUND LP |
| 7/18/2025 | FIRST AMENDED ORIGINAL PETITION | | 0 | ZIMMERMAN, BRIAN W | EQUAL ACCESS JUSTICE FUND, LP |
| 6/20/2025 | JURY FEE PAID (TRCP 216) | | 0 | | |
| 6/20/2025 | INTERVENTION | | 0 | ZIMMERMAN, BRIAN W | EAJF ESQ, FUND LP |
| 6/20/2025 | INTERVENTION | | 0 | ZIMMERMAN, BRIAN W | EQUAL ACCESS JUSTICE FUND, LP |
| 6/20/2025 | JURY FEE PAID (TRCP 216) | | 0 | | |
| 4/14/2025 | BANKRUPTCY PROCEEDINGS, CASE ON HOLD | | 0 | | |
| 3/31/2025 | ORDER SIGNED GRNTNG PROTECTION | 3/31/2025 | 1 | | |
| 3/31/2025 | SENSITIVE DATA INCLUDED IN DOCUMENT | 3/31/2025 | 1 | | |

| 9/23/2024 | ORDER SIGNED GRANTING AGREEMENT PER RULE 11 | 9/23/2024 | 2 | | |
| 9/23/2024 | SECOND AMENDED ORIGINAL PETITION | | 0 | NEWMAN, BOBBY K | MOSELEY, JAYNE ELIZABETH |
| 9/11/2024 | ORDER SIGNED GRANTING AGREEMENT PER RULE 11 | 9/11/2024 | 2 | | |
| 6/7/2024 | SENSITIVE DATA INCLUDED IN DOCUMENT | 6/7/2024 | 1 | | |
| 6/7/2024 | ORDER SIGNED GRNTNG PROTECTION | 6/7/2024 | 1 | | |
| 4/10/2024 | JURY FEE PAID (TRCP 216) | | 0 | | |
| 8/9/2023 | ANSWER ORIGINAL PETITION | | 0 | FLYNN, KATIE LEIGH | MOSELEY, JOHN ZACHARY |
| 7/27/2023 | ORDER SIGNED GRANTING TEMPORARY RESTRAINING ORDER | 7/27/2023 | 8 | | |
| 7/27/2023 | ORDER SIGNED SETTING HEARING | 7/27/2023 | 8 | | |
| 7/20/2023 | AMENDED ORIGINAL PETITION | | 0 | NEWMAN, BOBBY K | MOSELEY, JAYNE ELIZABETH |
| 7/19/2023 | ORIGINAL PETITION | | 0 | NEWMAN, BOBBY K | MOSELEY, JAYNE ELIZABETH |
| | SENSITIVE DATA DOCUMENT | 9/23/2024 | 2 | | |
| | SENSITIVE DATA DOCUMENT | 7/10/2026 | 1 | | |
| | SENSITIVE DATA DOCUMENT | 1/29/2026 | 3 | | |
| | SENSITIVE DATA DOCUMENT | 1/22/2026 | 4 | | |
| | SENSITIVE DATA DOCUMENT | 7/27/2023 | 8 | | |
| | SENSITIVE DATA DOCUMENT | 9/11/2024 | 2 | | |
| | SENSITIVE DATA DOCUMENT | 9/22/2025 | 4 | | |

## SETTINGS

| Date | Court | Post Jdgm | Docket Type | Reason | Results | Comments | Requesting Party |
|------|-------|-----------|-------------|--------|---------|----------|------------------|
| 8/22/2023 09:00 AM | 245 | | Show Cause Docket (Family) | TEMPORARY RESTRAINING ORDER (MOTION FOR) | Passed - No Appearance | NO CALL / NO SHOW | NEWMAN, BOBBY KING |
| 3/05/2024 09:00 AM | 245 | | Show Cause Docket (Family) | TEMPORARY INJUNCTION (MOTION FOR) | Passed | 3/5 @ 8:59A PER ATY NEWMAN | NEWMAN, BOBBY KING |
| 3/26/2024 09:00 AM | 245 | | Show Cause Docket (Family) | TEMPORARY INJUNCTION (MOTION FOR) | Re-Set | 1/16 @ 2:44P PER ATY NEWMAN | NEWMAN, BOBBY KING |
| 6/10/2024 08:30 AM | 245 | | Family Trial Docket | TRIAL ON MERITS (MOTION FOR) | Re-Set | FOR JURY TRIAL SETTING | |
| 9/26/2024 10:00 AM | 245 | | Pre-Trial Conference (Family) | PRE TRIAL CONFERENCE (MOTION FOR)(NO TCR) | Re-Set | | |
| 10/11/2024 08:00 AM | 245 | | Family Trial Docket | TRIAL ON MERITS (MOTION FOR) | Re-Set | | |
| 4/17/2025 10:00 AM | 245 | | Show Cause Docket (Family) | CONTINUANCE (MOTION FOR) (FAMILY) | Hearing Held | | FLYNN, KATIE LEIGH |

| 4/17/2025 10:00 AM | 245 | Pre-Trial Conference (Family) | PRE TRIAL CONFERENCE (MOTION FOR)(NO TCR) | Hearing Held | | |
| --- | --- | --- | --- | --- | --- | --- |
| 4/17/2025 10:00 AM | 245 | Pre-Trial Conference (Family) | PRE TRIAL CONFERENCE (MOTION FOR)(NO TCR) | Hearing Held | | |
| 4/21/2025 08:00 AM | 245 | Submission Docket | CONTINUANCE (MOTION FOR) (FAMILY) | Passed | PER ATY FLYNN 4/8 | FLYNN, KATIE LEIGH |
| 4/28/2025 08:00 AM | 245 | Family Trial Docket | TRIAL ON MERITS (MOTION FOR) | Re-Set | | |
| 4/28/2025 08:00 AM | 245 | Family Trial Docket | TRIAL ON MERITS (MOTION FOR) | Re-Set | | |
| 5/14/2025 09:00 AM | 245 | Show Cause Docket (Family) | TEMPORARY INJUNCTION (MOTION FOR) | Hearing Held | | FLYNN, KATIE LEIGH |
| 7/02/2025 01:30 PM | 245 | Pre-Trial Conference (Family) | PRE TRIAL CONFERENCE (MOTION FOR)(NO TCR) | Hearing Held | | |
| 7/14/2025 08:00 AM | 245 | Submission Docket | WITHDRAW DEEMED ADMISSIONS (MOTION TO) | Passed | | FLYNN, KATIE LEIGH |
| 7/14/2025 08:00 AM | 245 | Submission Docket | CONTINUANCE (MOTION FOR) (FAMILY) | Passed | | FLYNN, KATIE LEIGH |
| 7/21/2025 08:00 AM | 245 | Family Trial Docket | TRIAL ON MERITS (MOTION FOR) | Passed | TO RESUME | |
| 7/21/2025 08:00 AM | 245 | Show Cause Docket (Family) | STRIKE PLEADING (MOTION TO) (TRCP 168) | Passed | | NELAN, ERNESTINA M. |
| 7/22/2025 08:00 AM | 245 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | Passed | TO RESUME | |
| 7/23/2025 08:00 AM | 245 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | Passed | | |
| 7/24/2025 08:00 AM | 245 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | Passed | | |
| 7/25/2025 08:00 AM | 245 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | Passed | | |
| 9/22/2025 08:00 AM | 245 | Submission Docket | WITHDRAWAL OF ATTORNEY OF RECORD (MOTION FOR) | Granted | | FLYNN, KATIE LEIGH |
| 9/29/2025 01:30 PM | 245 | Show Cause Docket (Family) | STRIKE PLEADING (MOTION TO) (TRCP 168) | Hearing Held | | YORK, DOUGLAS RAY |
| 1/02/2026 01:30 PM | 245 | Show Cause Docket (Family) | COMPEL PRODUCTION (MOTION TO) | Set In Error | | ZIMMERMAN, BRIAN WEIL |
| 1/16/2026 01:30 PM | 245 | Show Cause Docket (Family) | COMPEL PRODUCTION (MOTION TO) | Hearing Held | | ZIMMERMAN, BRIAN W |
| 1/28/2026 09:00 AM | 245 | Show Cause Docket (Family) | TEMPORARY RESTRAINING ORDER (MOTION FOR) | Re-Set | | ZIMMERMAN, BRIAN W |
| 1/28/2026 09:00 AM | 245 | Show Cause Docket (Family) | DISSOLVE TRO (MOTION TO) | Denied | | YORK, DOUGLAS RAY |
| 2/27/2026 01:30 PM | 245 | Show Cause Docket (Family) | COMPEL PRODUCTION (MOTION TO) | Passed | | ZIMMERMAN, BRIAN W |
| 3/10/2026 10:00 AM | 245 | Show Cause Docket (Family) | TEMPORARY RESTRAINING ORDER | Hearing Held | | ZIMMERMAN, BRIAN W |

| | | | (MOTION FOR) | | | |
|---|---|---|---|---|---|---|
| 3/20/2026 08:00 AM | 245 | Submission Docket | ENTRY OF TEMPORARY ORDERS (MOTION FOR) | Passed | | |
| 4/15/2026 09:00 AM | 245 | Show Cause Docket (Family) | ENTRY OF TEMPORARY ORDERS (MOTION FOR) | Granted | | |
| 6/15/2026 08:00 AM | 245 | Submission Docket | SUMMARY JUDGMENT-PARTIAL (MOTION FOR) (TRCP 166A) | Passed | | |
| 6/26/2026 09:00 AM | 245 | Show Cause Docket (Family) | QUASH DEPOSITIONS (MOTION TO) (TRCP 186B) | Denied | | STIMSON, JULIA M. |
| 7/02/2026 10:00 AM | 245 | Pre-Trial Conference (Family) | PRE TRIAL CONFERENCE (MOTION FOR)(NO TCR) | Re-Set | | |
| 7/13/2026 08:00 AM | 245 | Family Trial Docket | TRIAL ON MERITS (MOTION FOR) | Passed | TO RESUME | |
| 7/14/2026 09:00 AM | 245 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | Passed | TO RESUME | |
| 7/15/2026 09:00 AM | 245 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | Passed | TO RESUME | |
| 7/17/2026 10:00 AM | 245 | Pre-Trial Conference (Family) | PRE TRIAL CONFERENCE (MOTION FOR)(NO TCR) | Hearing Held | CSR A. BOTELLO | |
| 7/20/2026 08:00 AM | 245 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | Trial Commenced | TO RESUME | |
| 7/21/2026 08:00 AM | 245 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | Trial Commenced | TO RESUME | |
| 7/22/2026 08:00 AM | 245 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | Trial Commenced | TO RESUME | |
| 7/23/2026 08:00 AM | 245 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | Re-Set | | |
| 7/23/2026 08:30 AM | 245 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | | | |
| 7/24/2026 08:00 AM | 245 | Trial Setting | TRIAL ON MERITS (MOTION FOR) | Passed | TO RESUME | |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | MOSELEY, JOHN ZACHARY | 7/19/2023 | 7/24/2023 | 7/27/2023 | | 7/30/2023 | 83094244 | E-MAIL |
| TEMPORARY RESTRAINING ORDER | SERVICE RETURN/EXECUTED | TEMPORARY RESTRAINING ORDER | MOSELEY, JOHN ZACHARY | 7/19/2023 | 7/27/2023 | 7/27/2023 | | 7/30/2023 | 83094245 | E-MAIL |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | | MOSELEY, JAYNE ELIZABETH | 1/21/2026 | 1/27/2026 | | | | 83229354 | E-MAIL |
| | 4018 MEADOW LAKE LANE HOUSTON TX 77027 | | | | | | | | | |
| TEMPORARY RESTRAINING ORDER | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | TEMPORARY RESTRAINING ORDER | MOSELEY, JAYNE ELIZABETH | 1/21/2026 | 1/27/2026 | | | | 83229355 | E-MAIL |
| | 4018 MEADOW LAKE LANE HOUSTON TX 77027 | | | | | | | | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Letter to Court | | 07/29/2026 | 3 |
| restricted | Proposed Final Judgement | | 07/29/2026 | 6 |
| restricted | Intervenor's Motion for Entry of Final Judgment | | 07/28/2026 | 10 |
| ·> restricted | Proposed Final Judgment | | 07/28/2026 | 5 |
| restricted | Intervenor's Emergency Motion for Temporary Restraining Order and Temporary Injunction to Preserve Assets, Prevent Fraudulent Transfer Transfers, and Preserve Funds | | 07/27/2026 | 10 |
| ·> restricted | Proposed Order Granting Intervenor's Emergency Motion for Temporary Restraining Order to Temporary Restraining Order and Temporary Injunction to Preserve Assets, Prevent Fraudulent Transfer Transfers, and Preserve Funds | | 07/27/2026 | 4 |
| restricted | Defendant's Amended Exhibit List | | 07/22/2026 | 4 |
| restricted | Intervenor's Equal Access Justice Fund, LP and EAJF ESQ Fund, LP Amended Proposed Jury Charge | | 07/21/2026 | 19 |
| restricted | Appearance of Co-Counsel | | 07/16/2026 | 3 |
| restricted | Jayne Elizabeth Moseley's Response to Intervenor's Motion to Strike and Exclude Douglas Ray York and John Ben Blackburn as Late Designated Experts on Attorney's Fees and Motion for Leave for Court | | 07/15/2026 | 13 |
| restricted | Jayne Elizabeth Moseley's Response in Opposition to Intervenor's Motion for Sanctions and to Proposed Status Hearing Order | | 07/15/2026 | 13 |
| restricted | Notice of Oral Hearing | | 07/15/2026 | 3 |
| restricted | Notice of Oral Hearing | | 07/15/2026 | 3 |
| restricted | Intervenor's Motion to Strike and Exclude Douglas Ray York and John Ben Blackburn's as Late-Designated Experts on Attorney's Fees | | 07/14/2026 | 7 |
| ·> restricted | Proposed Order Granting Intervenor's Motino to Strike and Exclude Douglas Ray York and John Ben Blackburn as Late-Designated Experts on Attorney's Fees | | 07/14/2026 | 2 |
| restricted | Notice of Oral Hearing | | 07/14/2026 | 2 |
| restricted | Notice of Oral Hearing | | 07/13/2026 | 3 |
| restricted | Intervenor Defendants First Supplemental Responses to Request for Disclosure | | 07/10/2026 | 5 |
| restricted | Intervenor's Motion for Sanctions and to Exclude Any Testimony from John Moseley on Topics He Refused to Answer | | 07/10/2026 | 17 |
| ·> restricted | Proposed Order Granting Intervenor's Motion for Sanctions and to Exclude any Testimony from John Moseley on Topics He Refused to Answer | | 07/10/2026 | 2 |
| restricted | SENSITIVE DATA DOCUMENT<br>ORDER SIGNED DENYING PARTIAL SUMMARY JUDGMENT | | 07/10/2026<br>07/10/2026 | 1 |
| restricted | Intervenor's Page-Line Designations from Deposition of Jayne Elizabeth Moseley | | 07/09/2026 | 11 |
| restricted | Intervenor's Page-Line Designations from Deposition of John Zachary Moseley | | 07/09/2026 | 9 |
| restricted | Fourth Amended Petition for Divorce | | 07/08/2026 | 12 |
| restricted | Intervenor's Notice of Filing Business Records Affidavits | | 07/06/2026 | 9 |
| restricted | Intervenor's Exhibit List 7-2-26 | | 07/01/2026 | 4 |
| restricted | Letter | | 07/01/2026 | 2 |
| ·> restricted | Exhibit B | | 07/01/2026 | 5 |
| restricted | Trial Stipulation - Withdrawal of Jury Demand | | 06/30/2026 | 3 |
| restricted | Jayne Elizabeth Moseley's Motion in Liminie | | 06/30/2026 | 15 |
| restricted | Defendant's Proposed Jury Charge | | 06/30/2026 | 33 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Defendant's Witness List | | 06/30/2026 | 2 |
| restricted | Defendant's Exhibit List | | 06/30/2026 | 3 |
| restricted | Intervenor's Response to Jayne Moseley's Motion to Sever | | 06/30/2026 | 9 |
| ·> restricted | Proposed Order Denying Jayne Moseley's Motion to Sever | | 06/30/2026 | 2 |
| restricted | Intervenors Objection to Evidence Attached to Jayne Moseleys Reply in support of Her No-Evidence Motion for Summary Judgment and Request that the Court Disregard Such Evidence | | 06/30/2026 | 6 |
| restricted | Proposed sustaining Intervenor's Objection to Evidence Attached to Jayne Moseley's Reply and Denying No-Evidence Motion for Summary Judgment | | 06/30/2026 | 2 |
| restricted | Intervenor's Trial Witness List | | 06/30/2026 | 5 |
| restricted | Intervenor's Trial Exhibit List | | 06/30/2026 | 13 |
| restricted | Intervenor's Equal Access Justic Fund, LP and EAJF ESQ Fund, LP Motion in Limine | | 06/30/2026 | 17 |
| ·> restricted | Proposed Order on Intervenor's Equal Access Justic Fund, LP and EAJF ESQ Fund, LP Motion in Limine | | 06/30/2026 | 7 |
| restricted | Intervenor's Equal Access Justice Fund, LP and EAJF ESQ Fund, LP Proposed Jury Charge | | 06/30/2026 | 17 |
| restricted | Intervenor's Equal Access Justic Fund, LP and EAJF ESQ Fund, LP Response to Jayne Moseley's Motion to Strike Expert Cynthia Nguyen | | 06/30/2026 | 14 |
| ·> restricted | 1. Exhibit A | | 06/30/2026 | 12 |
| ·> restricted | 2. Exhibit B | | 06/30/2026 | 779 |
| ·> restricted | 3. Exhibit C | | 06/30/2026 | 72 |
| ·> restricted | 4. Exhibit D | | 06/30/2026 | 10 |
| ·> restricted | 5. Exhibit E | | 06/30/2026 | 4 |
| ·> restricted | 6. Exhibit F | | 06/30/2026 | 50 |
| ·> restricted | Proposed Order Denying Jayne Moseley's Motion to Strike Expert Cynthia Nguyen | | 06/30/2026 | 2 |
| restricted | Intervenor Defendant Jayne Elizabeth Moseley's Motion to Strike Intervenors' Untimely-Designated Expert Cynthia Nguyen and to Exclude Her Testimony | | 06/29/2026 | 6 |
| restricted | Intervenor's Exhibit List 7/2/26 | | 06/29/2026 | 6 |
| restricted | Notice of Oral Hearing | | 06/29/2026 | 3 |
| restricted | Motion to Sever | | 06/29/2026 | 7 |
| restricted | Notice of Court Proceeding | | 06/26/2026 | 4 |
| restricted | Notice of Oral Hearing | | 06/26/2026 | 3 |
| restricted | Defendant Jayne Moseley's Pretrial Disclosures | | 06/26/2026 | 6 |
| restricted | SENSITIVE DATA INCLUDED IN DOCUMENT ORDER SIGNED QUASHING DEPOSITION | | 06/26/2026 06/26/2026 | 1 |
| restricted | Intervenor's Motion to Compel Responses to Request for Disclosure and First Set of Requests for Production to Respondent John Zachary Moseley and for Sanctions | | 06/25/2026 | 6 |
| ·> restricted | Exhibit A | | 06/25/2026 | 10 |
| ·> restricted | Exhibit B | | 06/25/2026 | 5 |
| ·> restricted | Exhibit C | | 06/25/2026 | 1 |
| ·> restricted | Proposed Order Granting Intervenor's Motion to Compel Responses to Request for Disclosure and First Set of Requests for Production to Respondent John Zachary Moseley and for Sanctions | | 06/25/2026 | 2 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Intervenor's Equal Access Justice Fund, LP and EAJF ESQ Fund, LP Response to Petitioner's Motion for Sanctions/Discovery Abuse | | 06/25/2026 | 9 |
| ·> restricted | Exhibit A | | 06/25/2026 | 6 |
| ·> restricted | Proposed Order Denying Petitioner's Motion for Sanctions/Discovery Abuse | | 06/25/2026 | 1 |
| restricted | Petitioner's Motion for Sanctions/Discovery Abuse | | 06/23/2026 | 12 |
| restricted | Intervenor's Exhibit List Regarding John Zachary Moseley's Motion to Quash His Deposition | | 06/23/2026 | 4 |
| restricted | Intervenor Defendant Jayne Moseleys Reply to Intervenors Response to No-Evidence Motion for Summary Judgment | | 06/23/2026 | 19 |
| restricted | Defendant Jayne Moseley's Response to Intervenor's Motion for Continuance | | 06/23/2026 | 7 |
| restricted | Intervenor's Pretrial Disclosures | | 06/18/2026 | 10 |
| restricted | Intervenors Equal Access Justice Fund, LP and EAJF ESQ Fund, LPS Response to Jayne Moseley's No Evidence Motion for Summary Judgement | | 06/16/2026 | 30 |
| ·> restricted | 1. Exhibit A | | 06/16/2026 | 10 |
| ·> restricted | 10. Exhibit K | | 06/16/2026 | 3 |
| ·> restricted | 11. Exhibit L | | 06/16/2026 | 3 |
| ·> restricted | 12. Exhibit M | | 06/16/2026 | 6 |
| ·> restricted | 13. Exhibit N | | 06/16/2026 | 3 |
| ·> restricted | 14. Exhibit O | | 06/16/2026 | 6 |
| ·> restricted | 15. Exhibit P | | 06/16/2026 | 5 |
| ·> restricted | 16. Exhibit Q | | 06/16/2026 | 3 |
| ·> restricted | 17. Exhibit R | | 06/16/2026 | 27 |
| ·> restricted | 18. Exhibit S | | 06/16/2026 | 11 |
| ·> restricted | 19. Exhibit T | | 06/16/2026 | 28 |
| ·> restricted | 2. Exhibit B | | 06/16/2026 | 3 |
| ·> restricted | 20. Exhibit U | | 06/16/2026 | 8 |
| ·> restricted | 21. Exhibit V | | 06/16/2026 | 132 |
| ·> restricted | 3. Exhibit D | | 06/16/2026 | 14 |
| ·> restricted | 4. Exhibit E | | 06/16/2026 | 15 |
| ·> restricted | 5. Exhibit F | | 06/16/2026 | 12 |
| ·> restricted | 6. Exhibit G | | 06/16/2026 | 7 |
| ·> restricted | 7. Exhibit H | | 06/16/2026 | 23 |
| ·> restricted | 8. Exhibit I | | 06/16/2026 | 7 |
| ·> restricted | 9. Exhibit J | | 06/16/2026 | 16 |
| restricted | Exhibits C, A-1, A-2, A-3, A-4, A-5, A-6, A-7 | | 06/16/2026 | 4 |
| ·> restricted | Exhibit A-02 | | 06/16/2026 | 75 |
| ·> restricted | Exhibit A-03 | | 06/16/2026 | 6 |
| ·> restricted | Exhibit A-04 | | 06/16/2026 | 8 |
| ·> restricted | Exhibit A-05 | | 06/16/2026 | 76 |
| ·> restricted | Exhibit A-06 | | 06/16/2026 | 8 |
| ·> restricted | Exhibit A-07 | | 06/16/2026 | 16 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| ·> restricted | Exhibit A-1 | | 06/16/2026 | 76 |
| ·> restricted | Exhibit C | | 06/16/2026 | 5 |
| restricted | Exhibits W, X,Y, and Proposed Order | | 06/16/2026 | 4 |
| ·> restricted | Exhibit W | | 06/16/2026 | 72 |
| ·> restricted | Exhibit X | | 06/16/2026 | 6 |
| ·> restricted | Exhibit Y | | 06/16/2026 | 8 |
| ·> restricted | Proposed Order Denying Jayne Elizabeth Mosley's No-Evidence Motion for Summary Judgement | | 06/16/2026 | 1 |
| restricted | Third Amended Petition for Divorce | | 06/12/2026 | 13 |
| restricted | Petitioner's Certificate of Written Discovery | | 06/12/2026 | 3 |
| restricted | Third Amended Petition in Intervention and Application for Permanent Injunction Against Jayne Moseley, Only | | 06/11/2026 | 12 |
| restricted | Notice of Oral Hearing | | 06/05/2026 | 3 |
| restricted | Entry of Appearance of Attorney of Record | | 06/05/2026 | 3 |
| restricted | Intervenor's Response to Respondent John Zachary Moseley's Motion to Quash His Deposition | | 06/04/2026 | 7 |
| ·> restricted | Exhibit A | | 06/04/2026 | 7 |
| ·> restricted | Exhibit B | | 06/04/2026 | 3 |
| ·> restricted | Exhibit C | | 06/04/2026 | 17 |
| ·> restricted | Exhibit D | | 06/04/2026 | 3 |
| ·> restricted | Proposed Order on Respondent John Zachary Moseley's Motion to Quash His Deposition | | 06/04/2026 | 1 |
| restricted | Intervenor's Response to Respondent John Zachary Moselye's Motion for Partial No-Evidence Summary Judgement | | 06/02/2026 | 16 |
| ·> restricted | Declaration of Brian W. Zimmerman in Support of A Continuance of the Response Date to John Zachary Mosely's Motion for Partial No-Evidence Summary Judgement | | 06/02/2026 | 3 |
| ·> restricted | Exhibit A - 80th District Court Lawsuit | | 06/02/2026 | 10 |
| ·> restricted | Exhibit B - Suggestion of Bankruptcy | | 06/02/2026 | 3 |
| ·> restricted | Exhibit C Childers Affidavit sized | | 06/02/2026 | 5 |
| ·> restricted | Exhibit D - Jayne's 1st Inv | | 06/02/2026 | 14 |
| ·> restricted | Exhibit E | | 06/02/2026 | 15 |
| ·> restricted | Exhibit F | | 06/02/2026 | 12 |
| ·> restricted | Exhibit G - Sworn Testimony of Moseley | | 06/02/2026 | 7 |
| ·> restricted | Exhibit H JM Combine | | 06/02/2026 | 23 |
| ·> restricted | Exhibit I | | 06/02/2026 | 7 |
| ·> restricted | Exhibit J | | 06/02/2026 | 16 |
| ·> restricted | Exhibit K | | 06/02/2026 | 3 |
| ·> restricted | Exhibit L - Intervenor EAJFs Motion to Continue | | 06/02/2026 | 17 |
| ·> restricted | Exhibit M - Motion to Quash Emergency Motion to Continue Submission | | 06/02/2026 | 6 |
| ·> restricted | Exhibit N - Email from Ct. Coordinator | | 06/02/2026 | 3 |
| ·> restricted | Exhibit O | | 06/02/2026 | 6 |
| ·> restricted | Exhibit Q | | 06/02/2026 | 3 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| ·> restricted | Proposed Order Denying John Zachary Moselye's Motion for Partial No-Evidence Summary Judgement and Granting Continuance | | 06/02/2026 | 1 |
| restricted | Respondent's Motion to Quash John Zachary Moseley's Deposition | | 06/01/2026 | 4 |
| restricted | Notice of Submission | | 05/29/2026 | 3 |
| restricted | Defendant Jane Moseley's Declaration Invoking Texas Rule of Civil Procedure 167 and Chapter 42 of the Texas Civil Practice and Remedies Code | | 05/29/2026 | 5 |
| restricted | Notice of Hearing | | 05/28/2026 | 2 |
| restricted | Intervenors Response to Petitioners Motion to Quash/Strike Interventors Emergency Motion to Continue Submission of Respondent John Zachary Moseleys Motion for Partial Summary No-Evidence Summary Judgment | | 05/26/2026 | 8 |
| ·> restricted | Exhibit A | | 05/26/2026 | 7 |
| ·> restricted | Exhibit B | | 05/26/2026 | 7 |
| ·> restricted | Proposed Order Denying Petitioner's Motion to Quash/ Strike Intervenor's Emergency Motion to Continue Submission of Respondent John Zachary Moseley's Motion for Partial Summary No Evidence Summary Judgment | | 05/26/2026 | 1 |
| restricted | Intervenor Defendant Jayne Moseleys No-Evidence Motion for Summary Judgment | | 05/26/2026 | 10 |
| restricted | Petitioners Motion to Quash/ Strike Intervenors Emergency Motion to Continue Submission of Respondent John Zachary Moseleys Motion for Partial No-Evidence Summary Judgment | | 05/22/2026 | 6 |
| restricted | Intervenor's Emergency Motion to Continua Submission of Respondent John Zachary Moseley's Motion for Partial No-Evidence Summary Judgment | | 05/21/2026 | 8 |
| ·> restricted | Exhibit A | | 05/21/2026 | 7 |
| ·> restricted | Exhibit B | | 05/21/2026 | 2 |
| ·> restricted | Proposed Order Granting Intervenor's Emergency Motion to Continue Submission of Respondent's Motion for Partial No-Evidence Summary Judgment | | 05/21/2026 | 1 |
| restricted | John Zachary Moseley's Motion for Partial No Evidence Summary Judgment - By Submission | | 05/12/2026 | 8 |
| restricted | Proposed Order on John Zachary Moseley's Motion for Partial No Evidence Summary Judgment-by Submission | | 05/12/2026 | 1 |
| restricted | Rule 203 Certification | | 05/06/2026 | 3 |
| restricted | Notice of Vacation | | 05/05/2026 | 2 |
| restricted | Notice of Vacation | | 05/05/2026 | 2 |
| restricted | Notice of Change of Address of Counsel | | 04/27/2026 | 3 |
| restricted | SENSITIVE DATA INCLUDED IN DOCUMENT ORDER SIGNED GRANTNG PARTIAL TEMPORARY INJUNCTION ORDER SIGNED RESETTING TRIAL | | 04/15/2026 04/15/2026 04/15/2026 | 12 |
| restricted | Notice of Intention to Take Deposition by Written Questions | | 04/10/2026 | 15 |
| restricted | Notice of Oral Hearing | | 04/06/2026 | 3 |
| restricted | Deputy Reporter Statement | | 03/27/2026 | 1 |
| restricted | SCHEDULING ORDER and NOTICE OF INTENT TO DISMISS-JCVO09 | | 03/18/2026 | 10 |
| restricted | Proposed Order on Intervenor's Motion for Temporary Injunction | | 03/17/2026 | 12 |
| restricted | Proposed Order on Intervenor's Motion for Temporary Injunction | | 03/17/2026 | 10 |
| restricted | Intervenor's Response in Opposition to Petitioner's Motion to Quash Subpoena Duces Tecum and Request for Sanctions | | 03/10/2026 | 6 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Jayne Elizabeth's Moseley's Response to Intervenor's Application for Temporary Injunction | | 03/10/2026 | 5 |
| restricted | Defendants Response to Intervenors' Application for Temporary Injunctions | | 03/09/2026 | 10 |
| restricted | Petitioner's Motion to Quash Subpoena Duces Tecum and Request for Sanctions | | 03/09/2026 | 7 |
| ·> restricted | Exhibit JM-1 | | 03/09/2026 | 4 |
| restricted | Return of Service | | 03/06/2026 | 5 |
| restricted | Intervenor's Amended Exhibit List for Temporary Injunction Hearing | | 03/05/2026 | 7 |
| restricted | Intervenors' 193.7 Notice | | 03/04/2026 | 4 |
| restricted | Rule 203 Certification | | 03/02/2026 | 3 |
| restricted | Deputy Reporter Statement | | 02/27/2026 | 1 |
| restricted | Defendants Response to Intervenors' Second Motion to Compel | | 02/26/2026 | 5 |
| restricted | Defendant's First Amended Answer and Affirmative Defenses | | 02/25/2026 | 8 |
| restricted | Intervenor's Motion to Compel Expert Disclosures and Responses to Deposition on Written Questions to Hancock Firm, LLC, and Response to Motion to Quash | | 02/24/2026 | 8 |
| restricted | Exhibit A-Intervenor's Rule 194 Requests for Disclosure to Petitioner | | 02/24/2026 | 2 |
| restricted | Exhibit B- Notice of Intention to Take Deposition by Written Questions | | 02/24/2026 | 11 |
| restricted | Proposed Order on Intervenor's Motion to Compel Expert Disclosures & Responses to Deposition on Written Questions to Hancock Firm, LLC | | 02/24/2026 | 2 |
| restricted | Petitioner's Motion to Quash Deposition on Written Questions Upon the Hancock Firm, LLC. | | 02/19/2026 | 5 |
| ·> restricted | Exhibit A | | 02/19/2026 | 14 |
| restricted | Intervenors' Response to Petitioner's Motion to Quash Deposition and Request for Sanctions | | 02/16/2026 | 9 |
| ·> restricted | Exhibit A | | 02/16/2026 | 8 |
| ·> restricted | Proposed Order Denying Petitioner's Motion to Quash Deposition and Request for Sanctions | | 02/16/2026 | 2 |
| restricted | Notice of Hearing | | 02/13/2026 | 1 |
| restricted | Petitioner's Motion to Quash Depositions and Request for Sanctions | | 02/11/2026 | 6 |
| restricted | Intervenor's Second Motion to Compel | | 02/11/2026 | 8 |
| ·> restricted | Exhibit A | | 02/11/2026 | 15 |
| ·> restricted | Exhibit B | | 02/11/2026 | 29 |
| ·> restricted | Exhibit C | | 02/11/2026 | 224 |
| ·> restricted | Proposed Order on Intervenor's Second Motion to Compel | | 02/11/2026 | 2 |
| restricted | Notice of Intention to Take Deposition by Written Questions | | 02/03/2026 | 11 |
| restricted | SENSITIVE DATA DOCUMENT<br>ORDER EXTENDING TEMPORARY RESTRAINING ORDER SIGNED<br>ORDER SIGNED SETTING HEARING | | 01/29/2026<br>01/29/2026<br>01/29/2026 | 3 |
| restricted | Return of Service | | 01/28/2026 | 2 |
| restricted | Return of Service | | 01/28/2026 | 2 |
| restricted | Return of Service | | 01/28/2026 | 2 |
| restricted | SENSITIVE DATA INCLUDED IN DOCUMENT<br>ORDER SIGNED GRANTING AGREEMENT PER RULE 11 | | 01/28/2026<br>01/28/2026 | 3 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Response to Jayne Moseley's Emergency Motion to Dissolve Ex Parte Temporary Restraining Order | | 01/27/2026 | 13 |
| ·> restricted | Exhibit A | | 01/27/2026 | 10 |
| ·> restricted | Exhibit B | | 01/27/2026 | 2 |
| ·> restricted | Exhibit C | | 01/27/2026 | 11 |
| ·> restricted | Exhibit D | | 01/27/2026 | 11 |
| ·> restricted | Proposed Order Denying Emergency Motion to Dissolve Temporary Restraining Order | | 01/27/2026 | 2 |
| restricted | Intervenor's Exhibit List for Temporary Injunction Hearing | | 01/27/2026 | 5 |
| restricted | Subpoena Duces Tecum to Non-Party | | 01/27/2026 | 3 |
| ·> restricted | Response to Subpoena Duces Tecum | | 01/27/2026 | 2 |
| restricted | Emergency Motion to Dissolve Ex Parte Temporary Restraining Order | | 01/26/2026 | 17 |
| restricted | Motion for Remote Appearance and Witness Testimony by Zoom | | 01/26/2026 | 5 |
| ·> restricted | Proposed Granting Motion for Remote Appearance and Witness Testimony by Zoom | | 01/26/2026 | 1 |
| restricted | Intervenor's Emergency Motion to Extend Temporary Order | | 01/26/2026 | 6 |
| ·> restricted | Exhibit A | | 01/26/2026 | 2 |
| ·> restricted | Proposed Order Extending Temporary Restraining Order | | 01/26/2026 | 3 |
| restricted | Notice of Conflicting Engagement | | 01/23/2026 | 3 |
| restricted | Request for Issuance of Service | | 01/23/2026 | 2 |
| restricted | Notice of Hearing | | 01/22/2026 | 2 |
| restricted | SENSITIVE DATA DOCUMENT<br>ORDER SIGNED GRANTING TEMPORARY RESTRAINING ORDER<br>ORDER SIGNED SETTING HEARING | | 01/22/2026<br>01/22/2026<br>01/22/2026 | 4 |
| restricted | Verified Second Amended Petition in Intervention and Application for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction Against Jayne Moseley, Only | | 01/21/2026 | 16 |
| ·> restricted | Amended Affidavit of David Childers in Support of Second Amended Petition in Intervention and Application for Temporary Restraining Order | | 01/21/2026 | 2 |
| ·> restricted | Exhibit A-1 | | 01/21/2026 | 76 |
| ·> restricted | Exhibit A-2 | | 01/21/2026 | 75 |
| ·> restricted | Exhibit A-3 | | 01/21/2026 | 6 |
| ·> restricted | Exhibit A-4 | | 01/21/2026 | 8 |
| ·> restricted | Exhibit A-5 | | 01/21/2026 | 76 |
| ·> restricted | Exhibit A-6 | | 01/21/2026 | 8 |
| ·> restricted | Exhibit A-7 | | 01/21/2026 | 16 |
| ·> restricted | Exhibit B | | 01/21/2026 | 15 |
| ·> restricted | Exhibit C | | 01/21/2026 | 8 |
| ·> restricted | Proposed Emergency Ex Parte Temporary Restraining Order and Order Setting Hearing for Temporary Orders | | 01/21/2026 | 4 |
| restricted | Intervenor's Supplemental Certificate of Conference Regarding Motion to Compel Discovery Responses, for Attorney's Fees, and for Conditional Sanctions | | 01/14/2026 | 4 |
| ·> restricted | Exhibit A | | 01/14/2026 | 2 |
| restricted | Defendant's Original Answer and Affirmative Defenses | | 01/07/2026 | 8 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Verification of Inventory and Appraisement | | 12/30/2025 | 11 |
| restricted | Notice of Court Proceeding | | 12/04/2025 | 4 |
| restricted | Notice of Hearing | | 12/02/2025 | 2 |
| restricted | Videotaped Deposition of John Zachary Moseley | | 12/02/2025 | 6 |
| restricted | Binding Settlement Agreement-Temporary Orders | | 12/02/2025 | 11 |
| restricted | Intervenor's Motion to Compel Discovery Responses, for Attorney's Fees, and for Conditional Sanctions | | 11/21/2025 | 8 |
| ·> restricted | Exhibit A | | 11/21/2025 | 9 |
| ·> restricted | Exhibit B | | 11/21/2025 | 10 |
| ·> restricted | Exhibit C | | 11/21/2025 | 8 |
| ·> restricted | Exhibit D | | 11/21/2025 | 20 |
| ·> restricted | Exhibit E | | 11/21/2025 | 5 |
| ·> restricted | Exhibit F | | 11/21/2025 | 2 |
| ·> restricted | Proposed Order on Intervenor's Motion to Compel Discovery Response | | 11/21/2025 | 2 |
| restricted | Petitioner's Certificate of Written Discovery | | 10/31/2025 | 3 |
| restricted | Petitioner's Certificate of Written Discovery | | 10/31/2025 | 3 |
| restricted | Proposed Agreed Temporary Orders | | 10/20/2025 | 50 |
| restricted | Return Notice of Activity | | 10/09/2025 | 2 |
| restricted | SENSITIVE DATA INCLUDED IN DOCUMENT<br>ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED | | 09/29/2025<br>09/29/2025 | 4 |
| restricted | Intervenor's First Supplemental Objection and Response to Petitioner Jayne Moseley's Motion to Strike First Amended Petition in Intervention | | 09/26/2025 | 11 |
| restricted | Intervenors' Response in Opposition to Jayne Moseley's Motion to Equitably Toll Homestead Exemption | | 09/25/2025 | 10 |
| ·> restricted | Exhibit A | | 09/25/2025 | 5 |
| ·> restricted | Exhibit B-1 | | 09/25/2025 | 75 |
| ·> restricted | Exhibit B-2 | | 09/25/2025 | 74 |
| ·> restricted | Exhibit B-3 | | 09/25/2025 | 75 |
| ·> restricted | Proposed Order Denying Jayne Moseley's Motion to Equitably Toll Homestead Exemption | | 09/25/2025 | 1 |
| restricted | SENSITIVE DATA DOCUMENT<br>ORDER GRANTING WITHDRAWAL OF ATTORNEY SIGNED | | 09/22/2025<br>09/22/2025 | 4 |
| restricted | Notice of Court Proceeding by Submission | | 09/10/2025 | 3 |
| restricted | Notice of Hearing | | 09/10/2025 | 2 |
| restricted | Notice to Pass Hearing | | 09/08/2025 | 1 |
| restricted | Notice of Hearing | | 09/08/2025 | 2 |
| restricted | Proposed First Amended Order on Motion for Withdrawal of Counsel | | 09/02/2025 | 4 |
| restricted | Notice of Court Proceeding by Submission | | 09/02/2025 | 3 |
| restricted | Signed Agreed Order on Jayne Moseleys Emergency Motion for Entry of Order Confirming the Absence of Stay | | 08/27/2025 | 2 |
| restricted | Notice of Court Proceeding | | 08/26/2025 | 4 |
| restricted | Proposed Order on Motion for Substitution of Counsel | | 08/26/2025 | 3 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Motion to Set Trial | | 08/25/2025 | 4 |
| restricted | Motion for Enforcement (Non-Contempt) of Binding Settlement Agreement-Temporary Orders | | 08/25/2025 | 10 |
| ·> restricted | Executed BSA - Temporary Order | | 08/25/2025 | 8 |
| restricted | Motion to Equitably Toll Homestead Exemption | | 08/25/2025 | 7 |
| ·> restricted | Proposed Order on Motion to Equitably Toll Homestead Exemption | | 08/25/2025 | 4 |
| restricted | Motion to Enter Temporary Orders | | 08/25/2025 | 4 |
| restricted | Entry of Appearance | | 08/04/2025 | 4 |
| restricted | Motion for Substitution of Counsel | | 08/04/2025 | 4 |
| restricted | Notice of Bankruptcy Order | | 07/24/2025 | 6 |
| restricted | Motion for Distribution of Funds Held in Trust | | 07/24/2025 | 5 |
| restricted | Intervenor's Objection and Response to Jayne Moseley's Motion to Strike First Amended Petition in Intervention | | 07/21/2025 | 13 |
| ·> restricted | Exhibit A | | 07/21/2025 | 15 |
| ·> restricted | Exhibit B | | 07/21/2025 | 3 |
| ·> restricted | Exhibit C | | 07/21/2025 | 3 |
| ·> restricted | Proposed Order Denying Jayne Moseley's Motion to Strike First Amended Petition in Intervention | | 07/21/2025 | 1 |
| restricted | Intervenor's Motion for Continuance; or Alternatively, Motion to Bifurcate | | 07/21/2025 | 8 |
| ·> restricted | Exhibit 1 | | 07/21/2025 | 3 |
| ·> restricted | Proposed Order Granting Intervenor's Motion for Continuance; or Alternatively, Motion to Bifurcate | | 07/21/2025 | 1 |
| restricted | Appearance of Co-Counsel | | 07/21/2025 | 3 |
| restricted | Notice of Conflicting Engagements and Motion for Relief | | 07/21/2025 | 4 |
| restricted | Jayne Moseley's Motion to Strike First Amended Petition in Intervention | | 07/21/2025 | 17 |
| restricted | First Amended Petition in Intervention | | 07/18/2025 | 15 |
| ·> restricted | Exhibit A-1 | | 07/18/2025 | 76 |
| ·> restricted | Exhibit A-2 | | 07/18/2025 | 75 |
| ·> restricted | Exhibit A-3 | | 07/18/2025 | 6 |
| ·> restricted | Exhibit A-4 | | 07/18/2025 | 8 |
| ·> restricted | Exhibit A-5 | | 07/18/2025 | 76 |
| ·> restricted | Exhibit A-6 | | 07/18/2025 | 8 |
| ·> restricted | Exhibit A-7 | | 07/18/2025 | 16 |
| ·> restricted | Exhibit B | | 07/18/2025 | 15 |
| ·> restricted | Exhibit C | | 07/18/2025 | 8 |
| restricted | Bench Brief in Support of Second Motion for Withdrawal of Counsel, Motion for in Camera Hearing and Motion to Reconsider Motion for Continuance | | 07/17/2025 | 5 |
| restricted | Second Motion for Withdrawal of Counsel, Motion for in Camera Hearing and Motion to Reconsider Motion for Continuance | | 07/16/2025 | 9 |
| restricted | Notice of Court Proceeding | | 07/16/2025 | 3 |
| restricted | Proposed Amended Order on Motion for Continuance | | 07/14/2025 | 2 |
| restricted | Petitioner's Notice of Filing Sworn Inventory & Proposed Property Division | | 07/11/2025 | 14 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Jayne Moseley's Amended Motion to Strike Petition in Intervention and First Amended Petition in Intervention | | 07/08/2025 | 13 |
| restricted | Jayne Moseley's Motion to Strike First Amended Petition in Intervention | | 07/07/2025 | 12 |
| restricted | Notice of Hearing | | 07/03/2025 | 1 |
| restricted | Notice of Court Proceeding by Submission | | 07/02/2025 | 3 |
| restricted | Motion for Continuance | | 07/02/2025 | 4 |
| -> restricted | Proposed Order on Motion for Continuance | | 07/02/2025 | 1 |
| restricted | Notice of Court Proceeding by Submission | | 07/02/2025 | 3 |
| restricted | Notice of Court Proceeding | | 06/30/2025 | 3 |
| restricted | Proposed Order on Motion for Withdrawal of Counsel | | 06/27/2025 | 3 |
| restricted | Motion for Withdrawal of Counsel | | 06/27/2025 | 6 |
| -> restricted | Proposed Order for Withdrawal of Counsel | | 06/27/2025 | 3 |
| restricted | Notice of Stay | | 06/27/2025 | 3 |
| -> restricted | Exhibit 1 | | 06/27/2025 | 2 |
| restricted | Notice of Vacation Schedule and Request to Reset | | 06/27/2025 | 3 |
| -> restricted | Exhibit 1 | | 06/27/2025 | 5 |
| restricted | SCHEDULING ORDER and NOTICE OF INTENT TO DISMISS-JCVO09 | | 06/25/2025 | 4 |
| restricted | Petition In Intervention | | 06/20/2025 | 16 |
| -> restricted | Exhibit A | | 06/20/2025 | 6 |
| -> restricted | Exhibit A-1 | | 06/20/2025 | 76 |
| -> restricted | Exhibit A-2 | | 06/20/2025 | 75 |
| -> restricted | Exhibit A-4 | | 06/20/2025 | 8 |
| -> restricted | Exhibit A-5 | | 06/20/2025 | 76 |
| -> restricted | Exhibit A-6 | | 06/20/2025 | 8 |
| -> restricted | Exhibit B | | 06/20/2025 | 14 |
| -> restricted | Exhibit C | | 06/20/2025 | 7 |
| restricted | Rule 11 Agreement | | 06/20/2025 | 2 |
| restricted | Rule 11 Agreement | | 05/27/2025 | 2 |
| restricted | Notice of Filing of Order Confirming the Absence of Stay | | 05/21/2025 | 3 |
| -> restricted | Exhibit A | | 05/21/2025 | 2 |
| restricted | Respondent, John Zachary Mosely's Pretrial Disclosures | | 05/16/2025 | 8 |
| restricted | Petitioner's Pretrial Disclosures | | 05/16/2025 | 13 |
| restricted | Notice of Hearing | | 05/09/2025 | 2 |
| restricted | Rule 11 Agreement | | 05/09/2025 | 2 |
| restricted | Notice of Court Proceeding | | 05/09/2025 | 3 |
| restricted | Opposed Motion to Compel Depositions | | 05/09/2025 | 5 |
| restricted | Notice of Court Proceeding | | 05/09/2025 | 3 |
| restricted | Amended Notice of Court Proceeding | | 05/09/2025 | 3 |
| restricted | Amended Request to Amend Attorney Vacation Designation | | 05/07/2025 | 4 |
| -> restricted | Proposed Amended Order Amending Attorney Vacation Designation | | 05/07/2025 | 2 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Respondent's Motion for Distribution of Funds Held in Trust for Payment of Interim Attorney and Expert Fees and Expenses | | 05/07/2025 | 6 |
| restricted | Motion to Quash Notice of Intent to Take Oral Deposition of Jayne Elizabeth Moseley | | 05/02/2025 | 4 |
| restricted | Request to Amend Attorney Vacation Designation | | 05/01/2025 | 4 |
| ·> restricted | Exhibit 01 | | 05/01/2025 | 3 |
| ·> restricted | Exhibit 02 | | 05/01/2025 | 12 |
| ·> restricted | Proposed Order Amending Attorney Vacation Designation | | 05/01/2025 | 2 |
| restricted | Petitioner's Notice of Filing Financial Information Statement | | 04/25/2025 | 5 |
| restricted | Petitioner's Notice of Filing Sworn Inventory & Proposed Property Division | | 04/25/2025 | 13 |
| restricted | Petitioner's Trial Witness List | | 04/25/2025 | 3 |
| restricted | Proposed Petitioners Motion and Order in Limine | | 04/25/2025 | 7 |
| restricted | Notice of Filing of Proposed Parenting Plan and Proposed Child Support Obligations | | 04/25/2025 | 3 |
| ·> restricted | Exhibit A | | 04/25/2025 | 15 |
| ·> restricted | Exhibit B | | 04/25/2025 | 2 |
| restricted | Petitioner's Trial Exhibit List | | 04/25/2025 | 7 |
| restricted | John Zachary Moseley's Notice of Bankruptcy and Motion to Stay Divorce Proceeding | | 04/14/2025 | 6 |
| restricted | Notice of Court Proceeding | | 04/14/2025 | 3 |
| restricted | Respondent's Pretrial Disclosures | | 04/11/2025 | 12 |
| restricted | Notice of Court Proceeding | | 04/09/2025 | 3 |
| restricted | Notice of Hearing | | 04/08/2025 | 1 |
| restricted | Opposed Motion for Continuance | | 03/31/2025 | 4 |
| restricted | SENSITIVE DATA INCLUDED IN DOCUMENT<br>ORDER SIGNED GRNTNG PROTECTION | | 03/31/2025<br>03/31/2025 | 1 |
| restricted | Rule 11 Agreement | | 03/28/2025 | 2 |
| restricted | SCHEDULING ORDER and NOTICE OF INTENT TO DISMISS-JCVO09 | | 10/01/2024 | 4 |
| restricted | Joint Motion for Continuance and Notice of Conflicting Engagement | | 09/25/2024 | 6 |
| ·> restricted | Exhibit A | | 09/25/2024 | 4 |
| restricted | Proposed Agreed Order on Motion for Continuance | | 09/25/2024 | 1 |
| restricted | SENSITIVE DATA DOCUMENT<br>ORDER SIGNED GRANTING AGREEMENT PER RULE 11 | | 09/23/2024<br>09/23/2024 | 2 |
| restricted | Respondent's Pretrial Disclosures | | 09/23/2024 | 11 |
| restricted | Second Amended Petition for Divorce | | 09/23/2024 | 13 |
| restricted | Proposed Rule 11 Agreement | | 09/18/2024 | 2 |
| restricted | SENSITIVE DATA DOCUMENT<br>ORDER SIGNED GRANTING AGREEMENT PER RULE 11 | | 09/11/2024<br>09/11/2024 | 2 |
| restricted | Proposed Rule 11 Agreement | | 09/10/2024 | 2 |
| restricted | SCHEDULING ORDER and NOTICE OF INTENT TO DISMISS-JCVO09 | | 06/24/2024 | 4 |
| restricted | SENSITIVE DATA INCLUDED IN DOCUMENT<br>ORDER SIGNED GRNTNG PROTECTION | | 06/07/2024<br>06/07/2024 | 1 |
| restricted | Rule 11 Agreement | | 05/24/2024 | 3 |
| restricted | Rule 11 Agreement | | 05/10/2024 | 2 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Request for Jury Trial | | 04/10/2024 | 3 |
| restricted | SCHEDULING ORDER and NOTICE OF INTENT TO DISMISS-JCVO09 | | 04/08/2024 | 4 |
| restricted | Petitioner's Temporary Orders Hearing Exhibit List | | 03/04/2024 | 4 |
| restricted | John Zachary Moseley's Summary of Requested Relief on Temporary Orders | | 03/04/2024 | 6 |
| restricted | Exhibit List for Respondent, John Zachary Moseley Temporary Order March 5, 2024 | | 03/04/2024 | 4 |
| restricted | Amended Respondent's Exhibit List | | 03/04/2024 | 4 |
| restricted | Rule 11 Agreement | | 02/29/2024 | 2 |
| restricted | Motion for Temporary Orders | | 02/29/2024 | 8 |
| restricted | Notice of Court Proceeding On Respondents Request For Temporary Orders | | 02/29/2024 | 3 |
| restricted | Proposed Rule 11 Agreement-Discovery | | 02/01/2024 | 3 |
| restricted | Notice to Reset Hearing | | 01/25/2024 | 1 |
| restricted | Notice of Intention to Take the Oral and Videotaped Deposition of John Zachary Moseley | | 01/22/2024 | 3 |
| restricted | Notice of Court Proceeding | | 01/22/2024 | 3 |
| restricted | Motion to Quash Deposition of John Zachary Moseley | | 01/12/2024 | 4 |
| ·> restricted | Exhibit 01: Notice of Intention to Take Oral and Videotaped Deposition of John Zachary Moseley | | 01/12/2024 | 2 |
| restricted | Notice of Hearing | | 01/11/2024 | 1 |
| restricted | Notice of Intention to Take the Oral and Videotaped Deposition of John Zachary Moseley | | 01/11/2024 | 3 |
| restricted | Motion for Temporary Orders | | 01/09/2024 | 6 |
| restricted | Original Counter-Petition for Divorce | | 08/30/2023 | 9 |
| restricted | Respondent, John Zachary Moseley's Original Answer | | 08/09/2023 | 4 |
| restricted | Citation/ Temporary Restraining Order Return Executed | | 07/31/2023 | 5 |
| restricted | SENSITIVE DATA DOCUMENT<br>ORDER SIGNED GRANTING TEMPORARY RESTRAINING ORDER<br>ORDER SIGNED SETTING HEARING | | 07/27/2023<br>07/27/2023<br>07/27/2023 | 8 |
| restricted | Proposed Amended Temporary Restraining Order and Order Setting Hearing for Temporary Orders | | 07/26/2023 | 8 |
| ·> restricted | Notice of Court Proceeding | | 07/26/2023 | 2 |
| restricted | Notice of Hearing | | 07/21/2023 | 1 |
| restricted | Notice of Court Proceeding | | 07/21/2023 | 3 |
| restricted | Amended Original Petition for Divorce | | 07/20/2023 | 11 |
| restricted | Proposed Amended Temporary Restraining order and Order Setting Hearing for Temporary Orders | | 07/20/2023 | 8 |
| restricted | Civil Process Request Form | | 07/20/2023 | 3 |
| restricted | Proposed mAmended Temporary Restraining Order and Order Setting Hearing for Temporary Orders | | 07/20/2023 | 8 |
| restricted | Original Petition for Divorce | | 07/19/2023 | 11 |
| ·> restricted | Civil process request form | | 07/19/2023 | 2 |
| ·> restricted | Proposed Temporary Restraining Order and order setting hearing for temporary orders | | 07/19/2023 | 7 |