6/24/2025 2:36:26 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 102366642
By: GIVENS, KATHY A
Filed: 6/24/2025 2:36:26 PM

**CAUSE NO. 2023-59211**

| | |
|---|---|
| **EQUAL ACCESS JUSTICE FUND, LP AND EAJF ESQ FUND LP** | **IN THE DISTRICT COURT OF** |
| *Plaintiffs,* | |
| **v.** | **HARRIS COUNTY, TEXAS** |
| **MCCLENNY MOSELEY & ASSOCIATES, PLLC, MOSELEY LAW GROUP, INC., AND JOHN ZACHARY MOSELEY** | |
| *Defendants.* | **80th JUDICIAL DISTRICT** |

## ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

On _____, came on to be heard, Plaintiffs' Motion for Summary Judgment against John Zachary Moseley and Moseley Law Group, Inc. (hereinafter "Motion"). After considering Plaintiffs' Motion, Defendants' Response(s), if any, and Plaintiffs' reply brief(s), if any, the Court finds that the Motion should be and hereby is GRANTED.

THEREFORE,

IT IS ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion for Summary Judgment is in all things GRANTED against John Zachary Moseley and Moseley Law Group, Inc.

IT IS ORDERED, ADJUDGED and DECREED that Plaintiff Equal Access Justice Fund LP is awarded the amount of $17,755,425.64, plus post-judgment contractual interest of $10,164.14 per day through September 30, 2024, and $12,540.85 per day after September 30, 2024, against Defendants Moseley Law Group, Inc. and John Zachary Moseley, jointly and severally.

Certified Document Number: 127892209 - Page 1 of 2

**EXHIBIT 11**

IT IS ORDERED, ADJUDGED and DECREED that Plaintiff EAJF ESQ Fund LP is awarded the amount of $19,052,550.00, plus post-judgment contractual interest of $10,350 per day through June 10, 2024, and $11,930.33 per day after June 10, 2024, against Defendants Moseley Law Group, Inc. and John Zachary Moseley, jointly and severally.

SIGNED, this____ day of _____, 2025.

Signed:
7/24/2026

_____
**JUDGE PRESIDING**

Certified Document Number: 127892209 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   July 30, 2026

Certified Document Number:        127892209 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**