| HCDistrictclerk.com | EQUAL ACCESS JUSTICE FUND LP vs. MCCLENNY MOSELEY & ASSOCIATES PLLC | 7/29/2026 |
| --- | --- | --- |
| | Cause: 202359211      CDI: 7      Court: 080 | |

**EXHIBIT 12**

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
| --- | --- |
| **File Date** | 9/1/2023 |
| **Case (Cause) Location** | |
| **Case (Cause) Status** | Disposed (Final) |
| **Case (Cause) Type** | OTHER CONTRACT |
| **Next/Last Setting Date** | N/A |
| **Judgment For** | FINAL SUMMARY JUDGMENT SIGNED |
| **Judgment Date** | 7/24/2026 |
| **Jury Fee Paid Date** | N/A |

### CURRENT PRESIDING JUDGE

| | |
| --- | --- |
| **Court** | 080th |
| **Address** | 201 CAROLINE (Floor: 9) HOUSTON, TX 77002 Phone:8329272680 |
| **JudgeName** | SONYA L. ASTON |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
| --- | --- | --- | --- |
| EQUAL ACCESS JUSTICE FUND LP | PLAINTIFF - CIVIL | | ZIMMERMAN, BRIAN W |
| MCCLENNY MOSELEY & ASSOCIATES PLLC | DEFENDANT - CIVIL | | |
| 1999 BRYAN ST., DALLAS, TX 75201 | | | |
| EAJF ESQ FUND LP | PLAINTIFF - CIVIL | | ZIMMERMAN, BRIAN W |
| MOSELEY LAW GROUP INC | DEFENDANT - CIVIL | | KILMER, BRIAN ARLINGTON |

19239 BULLARD CREEK DRIVE,, CYPRESS, TX 77433

| | | |
|---|---|---|
| MOSELEY, JOHN ZACHARY | DEFENDANT - CIVIL | KILMER, BRIAN ARLINGTON |

1214 WEST DALLAS STREET,, HOUSTON, TX 77019

| | | |
|---|---|---|
| MCCLENNY MOSELEY & ASSOCIATES PLLC (A TEXAS PROFESSIONAL LIMITED | REGISTERED AGENT | |

1999 BRYAN ST SUITE 900, DALLAS, TX 75201-3136

| | | |
|---|---|---|
| MOSELEY LAW GROUP INC (A TEXAS CORPORATION) MAY BE SERVED BY SERVING | REGISTERED AGENT | |

19239 BULLARD CREEK DRIVE, CYPRESS, TX 77433

| | | |
|---|---|---|
| MMA LAW FIRM, PLLC, FORMERLY KNOWN AS MCCLENNY MOSELEY & ASSOCIATES, PP | DEFENDANT - CIVIL | KILMER, BRIAN ARLINGTON |
| DUCKERS, SARAH ANN | MEDIATOR | DUCKERS, SARAH ANN |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 7/24/2026 | FINAL SUMMARY JUDGMENT SIGNED | 7/24/2026 | | 2 | | | |
| 7/24/2026 | NO COSTS ALLOCATED | | | 0 | | | |
| 6/8/2026 | RESPONSE MOTION SUMMARY JUDGMENT | | | 0 | | | MOSELEY, JOHN ZACHARY |
| 6/8/2026 | RESPONSE MOTION SUMMARY JUDGMENT | | | 0 | | | MOSELEY LAW GROUP INC |
| 5/30/2025 | ORDER OF PARTIAL NONSUIT SIGNED | 5/30/2025 | | 1 | | | |
| 4/9/2024 | BANKRUPTCY PROCEEDINGS, CASE ON HOLD | | | 0 | | | |
| 3/23/2024 | ORDER GRANTING WITHDRAWAL OF ATTORNEY SIGNED | 3/23/2024 | | 1 | | | |
| 3/23/2024 | ORDER GRANTING WITHDRAWAL OF ATTORNEY SIGNED | 3/23/2024 | | 1 | | | |
| 3/13/2024 | ORDER SIGNED GRANTING REFERRAL TO MEDIATION | 3/13/2024 | | 1 | | | |
| 2/16/2024 | ANSWER ORIGINAL PETITION | | | 0 | | KILMER, BRIAN ARLINGTON | MOSELEY LAW GROUP INC |
| 2/16/2024 | ANSWER ORIGINAL PETITION | | | 0 | | KILMER, BRIAN ARLINGTON | MOSELEY, JOHN ZACHARY |
| 2/16/2024 | ANSWER ORIGINAL PETITION | | | 0 | | KILMER, BRIAN ARLINGTON | MMA LAW FIRM, PLLC, FORMERLY KNOWN AS MCCLENNY |

MOSELEY &
ASSOCIATIES, PP

| 1/22/2024 | DESIGNATED TRIAL READY | | 0 | | |
|-----------|------------------------|-----------|---|---|---|
| 1/11/2024 | ORDER APPROVING STIPULATION SIGNED | 1/11/2024 | 5 | | |
| 1/11/2024 | ORDER SIGNED GRANTING TEMPORARY INJUNCTION | 1/11/2024 | 5 | | |
| 1/11/2024 | ORDER SIGNED DESIGNATING CASE TRIAL READY | 1/11/2024 | 5 | | |
| 12/22/2023 | HEARING HELD FOR ANOTHER COURT | | 0 | | |
| 12/22/2023 | APPEARANCE ON TEMPORARY INJ OR TEMPORARY RESTRAINING ORD | | 0 | | |
| 12/22/2023 | EVIDENCE PRESENTED (BENCH HEARING) | | 0 | | |
| 12/22/2023 | BENCH HEARING ASSIGNED | | 0 | | |
| 12/22/2023 | ORDER SETTING BOND SIGNED | 12/22/2023 | 4 | | |
| 12/22/2023 | ORDER SIGNED GRANTING TEMPORARY RESTRAINING ORDER | 12/22/2023 | 4 | | |
| 12/22/2023 | ORDER SIGNED SETTING HEARING | 12/22/2023 | 4 | | |
| 9/1/2023 | ORIGINAL PETITION | | 0 | ZIMMERMAN, BRIAN W | EQUAL ACCESS JUSTICE FUND LP |
| 9/1/2023 | ORIGINAL PETITION | | 0 | ZIMMERMAN, BRIAN W | EAJF ESQ FUND LP |

## SETTINGS

| Date | Court | Post Jdgm | Docket Type | Reason | Results | Comments | Requesting Party |
|------|-------|-----------|-------------|--------|---------|----------|------------------|
| 1/08/2024 01:30 PM | 080 | | Law Day Docket | TEMPORARY INJUNCTION (MOTION FOR) | Granted | NEW O T/B FILED PER J 1.8 | |
| 3/18/2024 08:00 AM | 080 | | Submission Docket | WITHDRAWAL OF ATTORNEY OF RECORD (MOTION FOR) | Granted | O/S 3.23 | KILMER, BRIAN ARLINGTON |
| 4/09/2024 10:00 AM | 080 | | Law Day Docket | SUMMARY JUDGMENT-PARTIAL (MOTION FOR) (TRCP 166A) | Passed | BANKRUPTCY FILED 4.9 | ZIMMERMAN, BRIAN WEIL |
| 4/22/2024 12:23 PM | 080 | | Trial Coordinators Docket | DOCKET CALL (MOTION FOR) | Passed | | |
| 4/29/2024 09:00 AM | 080 | | Trial Setting | TRIAL ON MERITS (MOTION FOR) | Passed | BNKH | |
| 7/14/2025 08:00 AM | 080 | | Submission Docket | SUMMARY JUDGMENT-PARTIAL (MOTION FOR) (TRCP 166A) | Passed | PER EMAIL FILED 7.9.2025 | ZIMMERMAN, BRIAN WEIL |
| 8/25/2025 09:00 AM | 080 | | Trial Coordinators Docket | DISMISS FOR WANT OF PROSECUTION (MOTION TO) (TRCP 165A) | Re-Set | PER COURT. SEE NTC FILED 6/27/25 | |
| 2/23/2026 08:00 AM | 080 | | Submission Docket | RETAIN (MOTION TO) | Passed | NOT NEEDED | ZIMMERMAN, BRIAN WEIL |

| 2/23/2026 09:00 AM | 080 | Trial Coordinators Docket | DISMISS FOR WANT OF PROSECUTION (MOTION TO) (TRCP 165A) | Passed | PER COURT | |
| 6/15/2026 08:00 AM | 080 | Submission Docket | SUMMARY JUDGMENT-PARTIAL (MOTION FOR) (TRCP 166A) | Granted | O/S 7.24 | ZIMMERMAN, BRIAN W |
| 8/24/2026 09:00 AM | 080 | Trial Coordinators Docket | COORDINATORS REMINDER | Passed | CASE DISPOSED 7/24/26 | |
| 12/22/2023 10:30 AM | 189 | Ancillary Docket | TEMPORARY RESTRAINING ORDER (MOTION FOR) | Tried | GRANTED O/S 12/22/2023 | ZIMMERMAN, BRIAN WEIL |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | MOSELEY, JOHN ZACHARY | 9/1/2023 | 9/7/2023 | 10/28/2023 | | | 74220847 | E-MAIL |
| | 1214 WEST DALLAS STREET HOUSTON TX 77019 | | | | | | | | | |
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | MCCLENNY MOSELEY & ASSOCIATES PLLC (A TEXAS PROFESSIONAL LIMITED | 9/1/2023 | 9/7/2023 | 10/24/2023 | | | 74220855 | E-MAIL |
| | 1999 BRYAN ST SUITE 900 DALLAS TX 75201 | | | | | | | | | |
| CITATION CORPORATE | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | MOSELEY LAW GROUP INC (A TEXAS CORPORATION) MAY BE SERVED BY SERVING | 9/1/2023 | 9/7/2023 | 11/4/2023 | | | 74220860 | E-MAIL |
| | 19239 BULLARD CREEK DRIVE CYPRESS TX 77433 | | | | | | | | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 127892209 | FINAL SUMMARY JUDGMENT SIGNED | | 07/24/2026 | 2 |
| | NO COSTS ALLOCATED | | 07/24/2026 | |
| 127221563 | Defendants' Sur-Reply to Plaintiffs' Objections and Reply in Support of Plaintiffs' Motion for Summary Judgment: | | 06/15/2026 | 10 |
| 127165132 | Plaintiffs Objections to Defendants Summary Judgment Evidence and Reply in Support of Plaintiffs Motion for Summery Judgment | | 06/11/2026 | 11 |
| -> 127165133 | Ex 1 hearing transcript excerpts | | 06/11/2026 | 9 |
| -> 127165134 | Ex 2 | | 06/11/2026 | 2 |
| 127103620 | Defendants Response to Plaintiffs Third Supplement to Motion for Summary Judgment, with Defendants Motion to Compel Arbitration and to Stay all Proceedings Pending Arbitration: | | 06/08/2026 | 10 |
| -> 127103621 | Exhibit A | | 06/08/2026 | 2 |
| -> 127123375 | Ltr to Clerk re Corrected Exhibit A - Affidavit of JZM (signed & notarized) | | 06/09/2026 | 4 |
| -> 127103622 | Proposed Order | | 06/08/2026 | 2 |
| 126786273 | Third Supplement to Plaintiffs Motion for Summary Judgment | | 05/20/2026 | 3 |
| -> 126786274 | Exhibit A | | 05/20/2026 | 7 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 126786275 | Letter to Judge Requesting Oral Hearing | | 05/20/2026 | 2 |
| 126796247 | NOTICE OF SUBMISSION (MPSJ 6.15.2026): | | 05/20/2026 | 3 |
| 125256959 | PLAINTIFFS' VERIFIED MOTION TO RETAIN | | 02/20/2026 | 4 |
| ·> 125256960 | Ex A | | 02/20/2026 | 4 |
| ·> 125256961 | PROPOSED ORDER GRANTING MOTION TO RETAIN | | 02/20/2026 | 1 |
| 125256962 | NOTICE OF SUBMISSION (RTAN 2.23.2026): | | 02/20/2026 | 2 |
| 122242770 | NOTICE OF INTENT TO DISMISS - BANKRUPTCY | | 08/22/2025 | 3 |
| 121285362 | DEFENDANT JOHN ZACHARY MOSLEY'S NOTICE OF STAY: | | 06/27/2025 | 3 |
| ·> 121285363 | EX A - Stay Order | | 06/27/2025 | 2 |
| 121221347 | Supplement to Plaintiffs' Motion for Summary Judgment | | 06/24/2025 | 3 |
| 121223377 | Second supplement to Plaintiffs" Motion for Summary Judgment | | 06/24/2025 | 3 |
| ·> 121223379 | Proposed Order Granting Plaintiffs' Motion for Summary Judgment | | 06/24/2025 | 2 |
| 121207455 | NOTICE OF SUBMISSION (MPSJ 7.14.2025): | | 06/23/2025 | 3 |
| 120833805 | ORDER OF PARTIAL NONSUIT SIGNED | | 05/30/2025 | 1 |
| 120813437 | PLAINTIFFS' NOTICE OF NONSUIT OF MCCLENNY MESELEY & ASSOCIATES, PLLC | | 05/29/2025 | 3 |
| ·> 120813438 | PROPOSED ORDER GRANTING PLAINTIFFS' NOTICE OF NONSUIT OF MCCLENNY MOSELEY & ASSOCIATES, PLLC: | | 05/29/2025 | 1 |
| 120499237 | NOTICE OF INTENT TO DISMISS - BANKRUPTCY | | 05/13/2025 | 4 |
| 113733216 | Suggestion Of Bankruptcy: | | 04/09/2024 | 2 |
| ·> 113733217 | Notice Of Filing Bankruptcy Case filing | | 04/09/2024 | 2 |
| 113719188 | Plaintiffs' Reply in Support of Their Motion for Summary Judgment: | | 04/08/2024 | 9 |
| ·> 113719189 | Exhibit 1 | | 04/08/2024 | 2 |
| 113592865 | DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT WITH DEFENDANTS' REQUEST TO CONTINUE THE SUMMARY JUDGMENT HEARING | | 04/01/2024 | 6 |
| 113474002 | ORDER GRANTING WITHDRAWAL OF ATTORNEY SIGNED | | 03/23/2024 | 1 |
| 113324414 | Notice of Hearing (MPSJ 4.9.2024): | | 03/15/2024 | 2 |
| 113324514 | Plaintiffs' Motion for Summary Judgment | | 03/15/2024 | 11 |
| ·> 113324516 | Exhibit A | | 03/15/2024 | 4 |
| ·> 113324517 | Exhibit A-1 | | 03/15/2024 | 76 |
| ·> 113324518 | Exhibit A-2 | | 03/15/2024 | 75 |
| ·> 113324519 | Exhibit A-3 | | 03/15/2024 | 6 |
| ·> 113324520 | Exhibit A-4 | | 03/15/2024 | 8 |
| ·> 113324521 | Exhibit A-5 | | 03/15/2024 | 76 |
| ·> 113324409 | Exhibit A-6 | | 03/15/2024 | 8 |
| ·> 113324410 | Exhibit A-7 | | 03/15/2024 | 8 |
| ·> 113324411 | Exhibit B | | 03/15/2024 | 6 |
| 113324408 | Letter to Court regarding Envelope 85615320-Plaintiffs' Motion for Summary Judgment | | 03/15/2024 | 2 |
| ·> 113324413 | Order Granting Plaintiffs' Motion for Summary Judgment | | 03/15/2024 | 2 |
| 113280996 | ORDER SIGNED GRANTING REFERRAL TO MEDIATION | | 03/13/2024 | 1 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 113138275 | Motion to Withdraw as Counsel | | 03/05/2024 | 5 |
| ·> 113138278 | NOTICE OF SUBMISSION (WDAT 3.18.2024): | | 03/05/2024 | 2 |
| ·> 113138276 | Proposed Order | | 03/05/2024 | 1 |
| 112832968 | DEFENDANTS JOHN ZACHARY MOSELEY'S, MOSELEY LAW GROUP, INC.'S, AND MMA LAW FIRM, PLLC'S, ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES | | 02/16/2024 | 5 |
| | DEFENDANTS JOHN ZACHARY MOSELEY'S, MOSELEY LAW GROUP, INC.'S, AND MMA LAW FIRM, PLLC'S, ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES | | 02/16/2024 | |
| 112704058 | Return Mail Undeliverable | | 02/02/2024 | 2 |
| 112575616 | Return Mail Undeliverable | | 01/24/2024 | 2 |
| 112295197 | DOCKET CONTROL ORDER | | 01/18/2024 | 4 |
| 112261019 | ORDER APPROVING STIPULATION SIGNED | | 01/11/2024 | 5 |
| | ORDER SIGNED DESIGNATING CASE TRIAL READY | | 01/11/2024 | |
| | ORDER SIGNED GRANTING TEMPORARY INJUNCTION | | 01/11/2024 | |
| 112184445 | Final Agreed Temporary Injunction: | | 01/10/2024 | 5 |
| 112194225 | Return Mail Undeliverable | | 01/03/2024 | 2 |
| 111991793 | Clerks Certificate of Cash Deposit in Lieu of Injunction Bond Per Order of the Court | | 12/27/2023 | 1 |
| 111968105 | ORDER SETTING BOND SIGNED | | 12/22/2023 | 4 |
| | ORDER SIGNED GRANTING TEMPORARY RESTRAINING ORDER | | 12/22/2023 | |
| | ORDER SIGNED SETTING HEARING | | 12/22/2023 | |
| 111936343 | Plaintiffs' Request for Temporary Restraining Order and Temporary Injunction | | 12/21/2023 | 9 |
| ·> 111936344 | Exhibit 1 | | 12/21/2023 | 3 |
| ·> 111936345 | Exhibit A | | 12/21/2023 | 169 |
| ·> 111936346 | Exhibit B | | 12/21/2023 | 25 |
| ·> 111936347 | Exhibit C | | 12/21/2023 | 6 |
| ·> 111936348 | Exhibit D | | 12/21/2023 | 11 |
| ·> 111936349 | Exhibit E | | 12/21/2023 | 5 |
| ·> 111936350 | Exhibit F | | 12/21/2023 | 13 |
| ·> 111936351 | Exhibit G | | 12/21/2023 | 5 |
| ·> 111936353 | Notice of Hearing | | 12/21/2023 | 2 |
| ·> 111936352 | Proposed Temporary Restraining Order | | 12/21/2023 | 4 |
| 111289217 | CITATION: MOSELEY, JOHN ZACHARY: | | 11/10/2023 | 2 |
| 111289218 | CITATION: MOSELEY LAW GROUP INC: | | 11/10/2023 | 2 |
| 111009608 | Citation Return - McClenny Moseley & Associates PLLC | | 10/26/2023 | 3 |
| 110111397 | Request for Issuance of Service | | 09/06/2023 | 1 |
| 110111398 | Request for Issuance of Service | | 09/06/2023 | 1 |
| 110111399 | Request for Issuance of Service | | 09/06/2023 | 1 |
| 110078249 | Plaintiffs Original Petition | | 09/01/2023 | 9 |