**WITNESS AND EXHIBIT LIST**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUTON DIVISION**
**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |

| | |
|---|---|
| **Adversary Case No:** | |
| **Style of Adversary:** | |

| | | |
|---|---|---|
| **Does this amend or supplement a previously filed Witness & Exhibit List? If so, state the date and CM/ECF No. of such previous filing.** | **Yes** | **No** |
| | | X |
| | | |
| | | |
| | | |
| | | |

| | |
|---|---|
| **Hearing/Trial Date:** | August 4, 2026 |
| **Hearing Time:** | 10:30 a.m. |
| **Party's Name:** | United States Trustee |
| **Attorney's Name:** | Andrew Jiménez |
| **Attorney's Phone:** | (713) 718-4668 |

| | **CM/ECF No.** | **Matter** |
|---|---|---|
| | 1557 | Hearing to Consider Confirmation of Debtor's Amended Plan |
| | | |
| **Nature of Proceeding(s):** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITNESS LIST | |
|---|---|
| | |
| **Lay Witnesses:** | Zach Moseley |
| | Any witness designated or called by any other party |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |

| REBUTTAL/ IMPEACHMENT WITNESSES | |
|---|---|
| | |
| **Lay Witnesses:** | Rebuttal/impeachment witnesses as necessary[1] |
| | |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| | |

| | | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| | | | | |
| 1. | Any exhibits designated or used by other parties | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| REBUTTAL/IMPEACHMENT EXHIBITS | | | | |
|---|---|---|---|---|
| | | | | |
| 1. | Any exhibits necessary for rebuttal or impeachment | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |

---

[1]   The United States Trustee reserves the right to cross-examine any witness called by any other party.

| | | | | |
|---|---|---|---|---|
| **9.** | | | | |
| **10.** | | | | |

The United States Trustee reserves the right to ask the Court to take judicial notice of pleadings and transcripts and/or documents and to supplement or amend this Witness and Exhibit List at any time prior to the hearing.

[*Signature Page Follows*]

Dated: August 3, 2026

Respectfully Submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE


By: /s/ Andrew Jiménez
Andrew Jiménez
U.S. Department of Justice
United States Trustee Program
District of Columbia Bar 991907
515 Rusk Street, Suite 3516
Houston, TX 77002
Email: Andrew.Jimenez@usdoj.gov
(713) 718-4668
(713) 718-4680 Fax