**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | **Case No. 24-31596** |
| **Debtor.** | § | |

**ORDER SUSTAINING EAJF'S OBJECTION TO DEBTOR'S EMERGENCY MOTION
TO DESIGNATE THE BALLOTS OF EQUAL ACCESS JUSTICE FUND, LP AND
<u>EAJF ESQ FUND, LP PURSUANT TO 11 U.S.C. § 1126(e)</u>**
**[Docket No. 1614]**

THIS MATTER comes before the Court upon the Debtor's Emergency Motion To Designate The Ballots Of Equal Access Justice Fund, LP And EAJF Esq Fund, LP Pursuant To 11 U.S.C. § 1126(e) ("**Designation Motion**") and Equal Access Justice Fund, LP and EAJF ESQ Fund, LP's (collectively, "**EAJF**") Objection thereto.  The Court has reviewed the Motion as well as EAJF's Objection thereto, and finds good cause exists to deny the Designation Motion, for the reasons stated of record.  THEREFORE, it is

HEREBY ORDERED that the Designation Motion is DENIED.

Dated this ___ day of August, 2026.

BY THE COURT:

_____
The Hon. Eduardo V. Rodriguez,
Chief Judge, United States Bankruptcy Court