**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 24-31596 |
| MMA LAW FIRM, PLLC, | § | |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

**PLAN BALLOT SUMMARY**

To the Honorable United States Bankruptcy Judge:

The attached Tabulation of Ballots is being submitted in connection with the confirmation hearing on Debtor's Third Amended Joint Plan of Liquidation filed on July 1, 2026, ECF No. 1577. All Ballots cast are attached hereto. This final summary reflects all ballots received through the July 31, 2026 voting deadline, cross-checked against all ballots filed on the docket [ECF Nos. 1608, 1628, and 1629; the ballots at ECF Nos. 1628 and 1629 have been struck by order of the Court, ECF No. 1635], including the superseding acceptance ballots of Access Restoration Services US, Inc. and Global Estimating Services, Inc., each dated July 31, 2026 and delivered August 3, 2026 following the resolution of Access Restoration's objection to confirmation [ECF No. 1603].

**1. Is a cramdown requested under 11 U.S.C. § 1129(b)?** [X] Yes   [ ] No  — as to Class 5 (deemed to reject) and any other impaired Class that does not accept the Plan.

**2. Unimpaired classes:** Class 1 (Other Priority Claims); Class 3 (Other Secured Claims) — deemed to accept (§ 1126(f)).

**3. Impaired classes:** Class 2 (Secured Claim of EAJF); Class 4 (General Unsecured Claims); Class 5 (Equity Interests — deemed to reject).

**4. Has any impaired class not voted?** [X] Yes   [ ] No — Class 5 (deemed to reject; not solicited). If the Court grants the Debtor's Emergency Motion to Designate [ECF No. 1614], Class 2 will have cast no counted ballot and, in accordance with *In re Hot'z Power Wash, Inc.*, 655 B.R. 107 (Bankr. S.D. Tex. 2023), will not be counted for purposes of 11 U.S.C. § 1129(a)(8).

**5. Has any impaired class approved the Plan?** [X] Yes — If the Court grants the Debtor's Emergency Motion to Designate [ECF No. 1614], Class 4 accepts by both number (87.50%) and amount (84.26%). As cast (including the EAJF ballots), Class 4 accepts by number (82.35%) but not by amount (55.02%). The Debtor requests confirmation under 11 U.S.C. § 1129(b) as to any non-accepting Class.

6. Pursuant to 11 U.S.C. § 1126(c), only the actual ballots cast are counted to determine whether a given class has voted to accept or reject the plan. That section further provides that a class will have accepted the plan if voting creditors in such class holding at least two-thirds in amount and more than one-half in number have voted to accept the plan. Additionally, in accordance with this Court's opinion in *In re Hot'z Power Wash, Inc.*, 655 B.R. 107 (Bankr. S.D. Tex. 2023), when an impaired class of creditors fails to cast a ballot, that class will not be counted for purposes of whether 11 U.S.C. § 1129(a)(8) is satisfied.

**7. Summary tabulation:**

| Class / Scenario | Impaired? | Total number voted (N) | Number accepting (A) | % accepting (A ÷ N) | Aggregate amount voted | Amount accepting | % accepting (by amount) |
|---|---|---|---|---|---|---|---|
| Class 2 — as cast | Yes | 1 | 0 | 0.00% | $25,000,000.00 | $0.00 | 0.00% |
| Class 2 — **if ECF 1614 granted** | Yes | 0 (not counted per Hot'z) | — | — | — | — | — |
| Class 4 — as cast | Yes | 17 | 14 | 82.35% | $48,989,742.82 | $26,954,742.82 | 55.02% |
| Class 4 — **if ECF 1614 granted** | Yes | 16 | 14 | 87.50% | $31,989,742.82 | $26,954,742.82 | 84.26% |
| Class 5 | Yes | Deemed to reject (not solicited) | — | — | — | — | — |

## Tabulation of Ballots (by creditor):

| Creditor | Class | Amount Voted | Accepts | Rejects | Ballot Dated | Note |
|---|---|---|---|---|---|---|
| Equal Access Justice Fund, LP / EAJF ESQ Fund, LP | 2 | $25,000,000.00 | | X | 07/28/2026 | 1 |
| Lee Roy Jefferson | 4 | $45,000.00 | X | | 07/12/2026 | 2 |
| Regina A. Ceaser | 4 | $27,000.00 | X | | 07/13/2026 | |
| Louisiana Farm Bureau | 4 | $310,210.87 | X | | 07/16/2026 | |
| American Express National Bank (Acct. 3005) | 4 | $12,099.74 | X | | 07/17/2026 | |
| American Express National Bank (Acct. 3001) | 4 | $392,147.17 | X | | 07/17/2026 | |
| PCG Claims, LLC d/b/a PCG Property Loss Consultants | 4 | $10,707,640.07 | X | | 07/17/2026 | |
| Cynthia Troxclair | 4 | $400,000.00 | X | | 07/22/2026 | 3 |
| Ginger Beebe | 4 | $450,000.00 | X | | 07/23/2026 | |
| Global Estimating Services, Inc. (superseding ballot) | 4 | $10,707,640.05 | X | | 07/31/2026 | 6 |
| Apex Roofing & Restoration, L.L.C. | 4 | $5,000,000.00 | | X | 07/23/2026 | |
| Opal Prejean | 4 | $0.00 (no amount stated) | X | | 07/27/2026 | 4 |
| Equal Access Justice Fund, LP / EAJF ESQ Fund, LP | 4 | $17,000,000.00 | | X | 07/28/2026 | 1 |
| Fare Claims Clozers / Diane Evans | 4 | $459,945.00 | X | | 07/29/2026 | |
| Noble Public Adjusting Group, LLC | 4 | $77,216.87 | X | | 07/29/2026 | |
| James Marshall McClenny (Claim No. 56) | 4 | $35,000.00 | | X | 07/30/2026 | 5 |
| Access Restoration Services US, Inc. (superseding ballot) | 4 | $3,365,843.05 | X | | 07/31/2026 | 6 |
| Linda V. Thomas | 4 | $0.00 (no class or amount stated) | X | | 07/26/2026 | 7 |

**1**. The Class 2 and Class 4 ballots of EAJF are the subject of the Debtor's pending Emergency Motion to Designate [ECF No. 1614], set for hearing August 4, 2026 [ECF No. 1617]. The "as cast" rows include these ballots; the alternative rows exclude them.

**2**. Ballot annotates the class designation "1 of 5"; the creditor holds a Class 4 General Unsecured Claim and is tabulated accordingly.

**3**. Ballot self-designates Class 2; the creditor holds a Class 4 General Unsecured Claim per the claims register and is tabulated in Class 4.

**4**. Ballot states no amount and bears the notation "been paid already"; tabulated as an acceptance in the amount of $0.00.

**5**. Ballot states $35,000 "plus sums that have become due under the indemnity agreement attached to the proof of claim number 56"; tabulated at the stated liquidated amount.

**6.** Superseding ballots of Access Restoration Services US, Inc. and Global Estimating Services, Inc., each executed July 31, 2026 (the voting deadline) and delivered August 3, 2026, supersede those creditors' prior rejections dated July 26 and July 23, 2026, respectively, following resolution of the Access Restoration objection to confirmation [ECF No. 1603]. To the extent required, the Debtor requests that the Court permit the changed votes for cause pursuant to Bankruptcy Rule 3018(a). The prior ballots are attached for completeness.

**7.** The Thomas ballot states no class and no amount; the creditor is tabulated in Class 4 as an acceptance in the amount of $0.00.

**8.** The ballots of Jeffrey Alan Vitt [ECF Nos. 1628, 1629] have been struck by order of the Court [ECF No. 1635] and are not tabulated for any purpose. Independently, the underlying proofs of claim (Claim Nos. 73, 74, and 75) are the subject of the Debtor's pending claim objections [ECF Nos. 1609, 1610, 1611, and 1612, filed July 30, 2026], the original ballot identified no Class, the asserted amounts are disputed and unliquidated, and no temporary allowance for voting purposes was sought or granted under Bankruptcy Rule 3018(a). The Vitt ballots therefore would not be counted even absent the Court's order striking them.

The amounts set forth above are the amounts stated on the face of each Ballot and are tabulated without prejudice to the allowance of any Claim. The Debtor reserves all rights under Bankruptcy Rule 3018(a) to object to, or to seek temporary allowance or estimation of, any Claim for voting purposes.

Date: <u>August 3, 2026</u>

Respectfully submitted,

By: <u>*/s/ Johnie Patterson*</u>
ATTORNEY FOR DEBTOR