## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __4__ claim against the Debtor in the unpaid

amount of _Three Milion Three Hundred Sixty-Five Thousand Eight Hundred Forty-Three Dollars and 05/100_

Dollars ($____3,365,843.05_____).

**CHECK ONE BOX ONLY**

[   ] accepts the Plan          [ X ] rejects the Plan

Dated:_____7/26/26_____

Name of Creditor: __Access Restoration Services US, Inc._____

Print or type name:__Scott Jacobi_____

Signature:_____

Title:_Chief Financial Officer_____

Address:__27657 Commerce Oaks Drive_____

_____Conroe, Texas 77385_____

_____

**RETURN THIS BALLOT TO:**

Johnie Patterson
Email: jjp@walkerandpatterson.com

or

Miriam Goott
Email: mgoott@walkerandpatterson.com

or by mail to either at:

Walker & Patterson, P.C.
4815 Dacoma
Houston, TX 77092

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MMA LAW FIRM, PLLC, | § | CASE NO. 24-31596 |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## PLAN OF LIQUIDATION

MMA Law Firm, PLLC (the "Debtor" and "Plan Proponent") filed its Third Amended Joint Plan of Liquidation (the "Plan"). The Court will have a hearing on confirmation of the Debtor's Plan on **Tuesday, August 4, 2026, at 10:30 a.m. (Central Standard Time)**, at the United States Courthouse, Bob Casey Federal Building, Courtroom #401, 515 Rusk, Houston, TX 77002. The Plan provides information to assist you in deciding how to vote your ballot.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in one of five Classes. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. Please review the Plan to determine which Class you are entitled to vote in.**

**If your ballot is not received by counsel for the Debtor, Johnie Patterson, email: jjp@walkerandpatterson.com, or Miriam Goott, email: mgoott@walkerandpatterson.com, or by mail to either at 4815 Dacoma, Houston, TX 77092, on or before Friday, July 31, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __4__ claim against the Debtor in the unpaid

amount of _____

Dollars ($ 12,099.74 _____ ).  Account Ending: 3005

**CHECK ONE BOX ONLY**

[ X ] accepts the Plan          [   ] rejects the Plan

Dated: July 17, 2026 _____

Name of Creditor: American Express National Bank _____

Print or type name:  Kenneth W. Kleppinger _____

Signature:_____

Title: Attorney/Agent for creditor _____

Address:  c/o Becket & Lee LLP _____

       PO Box 3001 _____

       Malvern, PA 19355 _____

**RETURN THIS BALLOT TO:**

Johnie Patterson
Email: jjp@walkerandpatterson.com

or

Miriam Goott
Email: mgoott@walkerandpatterson.com

or by mail to either at:

Walker & Patterson, P.C.
4815 Dacoma
Houston, TX 77092

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MMA LAW FIRM, PLLC, | § | CASE NO. 24-31596 |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
PLAN OF LIQUIDATION**

MMA Law Firm, PLLC (the "Debtor" and "Plan Proponent") filed its Third Amended Joint Plan of Liquidation (the "Plan"). The Court will have a hearing on confirmation of the Debtor's Plan on **Tuesday, August 4, 2026, at 10:30 a.m. (Central Standard Time)**, at the United States Courthouse, Bob Casey Federal Building, Courtroom #401, 515 Rusk, Houston, TX 77002. The Plan provides information to assist you in deciding how to vote your ballot.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in one of five Classes. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. Please review the Plan to determine which Class you are entitled to vote in.**

**If your ballot is not received by counsel for the Debtor, Johnie Patterson, email: jjp@walkerandpatterson.com, or Miriam Goott, email: mgoott@walkerandpatterson.com, or by mail to either at 4815 Dacoma, Houston, TX 77092, on or before <u>Friday, July 31, 2026</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __4__ claim against the Debtor in the unpaid

amount of _____

Dollars ($ 392,147.17 _____ ).   Account Ending: 3001

**CHECK ONE BOX ONLY**

[ X ] accepts the Plan        [   ] rejects the Plan

Dated: July 17, 2026 _____

Name of Creditor: American Express National Bank _____

Print or type name: Kenneth W. Kleppinger _____

Signature: _____

Title: Attorney/Agent for creditor _____

Address: c/o Becket & Lee LLP _____

_____ PO Box 3001 _____

_____ Malvern, PA 19355 _____

**RETURN THIS BALLOT TO:**

Johnie Patterson
Email: jjp@walkerandpatterson.com

or

Miriam Goott
Email: mgoott@walkerandpatterson.com

or by mail to either at:

Walker & Patterson, P.C.
4815 Dacoma
Houston, TX 77092

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE:                                          §
                                                §
MMA LAW FIRM, PLLC,                             §          CASE NO. 24-31596
                                                §
        Debtor.                                 §          Chapter 11
                                                §

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
PLAN OF LIQUIDATION**

MMA Law Firm, PLLC (the "Debtor" and "Plan Proponent") filed its Third Amended Joint Plan of Liquidation (the "Plan"). The Court will have a hearing on confirmation of the Debtor's Plan on **Tuesday, August 4, 2026, at 10:30 a.m. (Central Standard Time)**, at the United States Courthouse, Bob Casey Federal Building, Courtroom #401, 515 Rusk, Houston, TX 77002. The Plan provides information to assist you in deciding how to vote your ballot.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in one of five Classes. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. Please review the Plan to determine which Class you are entitled to vote in.**

**If your ballot is not received by counsel for the Debtor, Johnie Patterson, email: jjp@walkerandpatterson.com, or Miriam Goott, email: mgoott@walkerandpatterson.com, or by mail to either at 4815 Dacoma, Houston, TX 77092, on or before <u>Friday, July 31, 2026</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __4__ claim against the Debtor in the unpaid

amount of _five million_____

Dollars ($ _5,000,000_____ ).

### CHECK ONE BOX ONLY

    [   ] accepts the Plan         [ X ] rejects the Plan

Dated: _July 23, 2026_____

Name of Creditor: __Apex Roofing & Restoration, L.L.C._____

Print or type name: __Scott R. Bickford_____

Signature: __/s/ Scott R. Bickford_____

Title: __Counsel for Apex Roofing & Restoration, L.L.C._____

Address: __338 Lafayette Street_____

        __New Orleans, LA 70130_____

_____

### RETURN THIS BALLOT TO:

Johnie Patterson
Email: jjp@walkerandpatterson.com

or

Miriam Goott
Email: mgoott@walkerandpatterson.com

or by mail to either at:

Walker & Patterson, P.C.
4815 Dacoma
Houston, TX 77092

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class _____ claim against the Debtor in the unpaid

amount of _Four hundred Fifty thousand_

Dollars ($ _450,000.00_ ).

**CHECK ONE BOX ONLY**

[ ✓ ] accepts the Plan          [   ] rejects the Plan

Dated: _7-23-26_

Name of Creditor: _____

Print or type name: _Ginger Beebe_

Signature: _Ginger Beebe_

Title: _____

Address: _21 Virgil Beebe Rd._
_Lena, LA_
_71447_

**RETURN THIS BALLOT TO:**

Johnie Patterson
Email: jjp@walkerandpatterson.com

or

Miriam Goott
Email: mgoott@walkerandpatterson.com

or by mail to either at:

Walker & Patterson, P.C.
4815 Dacoma
Houston, TX 77092

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MMA LAW FIRM, PLLC, | § | CASE NO. 24-31596 |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## PLAN OF LIQUIDATION

MMA Law Firm, PLLC (the "Debtor" and "Plan Proponent") filed its Third Amended Joint Plan of Liquidation (the "Plan"). The Court will have a hearing on confirmation of the Debtor's Plan on **Tuesday, August 4, 2026, at 10:30 a.m. (Central Standard Time)**, at the United States Courthouse, Bob Casey Federal Building, Courtroom #401, 515 Rusk, Houston, TX 77002. The Plan provides information to assist you in deciding how to vote your ballot.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in one of five Classes. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. Please review the Plan to determine which Class you are entitled to vote in.**

**If your ballot is not received by counsel for the Debtor, Johnie Patterson, email: jjp@walkerandpatterson.com, or Miriam Goott, email: mgoott@walkerandpatterson.com, or by mail to either at 4815 Dacoma, Houston, TX 77092, on or before Friday, July 31, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __2__ claim against the Debtor in the unpaid

amount of ___twenty-five million___

Dollars ($ 25,000,000                                                    ).

### CHECK ONE BOX ONLY

    [   ] accepts the Plan       [ X ] rejects the Plan

Dated: __July 28 2006__

Name of Creditor: __Equal Access Justice Fund LP and EAJF ESQ Fund LP__

Print or type name: Benjamin Blank

Signature: _Benjamin E Blank_

Title: Manager of BEB Partners LLC, General Partner of Equal Access Justice Fund LP
Manager of EAJF ESQ GP LLC, General Partner of EAJF ESQ Fund LP

Address: __105 S Narcissus Ave, West Palm Beach FL 33401__

**RETURN THIS BALLOT TO:**

Johnie Patterson
Email: jjp@walkerandpatterson.com

or

Miriam Goott
Email: mgoott@walkerandpatterson.com

or by mail to either at:

Walker & Patterson, P.C.
4815 Dacoma
Houston, TX 77092

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:                             §
                                   §
MMA LAW FIRM, PLLC,                §          CASE NO. 24-31596
                                   §
Debtor.                            §          Chapter 11
                                   §

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## PLAN OF LIQUIDATION

MMA Law Firm, PLLC (the "Debtor" and "Plan Proponent") filed its Third Amended Joint Plan of Liquidation (the "Plan"). The Court will have a hearing on confirmation of the Debtor's Plan on **Tuesday, August 4, 2026, at 10:30 a.m. (Central Standard Time)**, at the United States Courthouse, Bob Casey Federal Building, Courtroom #401, 515 Rusk, Houston, TX 77002. The Plan provides information to assist you in deciding how to vote your ballot.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in one of five Classes. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. Please review the Plan to determine which Class you are entitled to vote in.**

**If your ballot is not received by counsel for the Debtor, Johnie Patterson, email: jjp@walkerandpatterson.com, or Miriam Goott, email: mgoott@walkerandpatterson.com, or by mail to either at 4815 Dacoma, Houston, TX 77092, on or before Friday, July 31, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __4__ claim against the Debtor in the unpaid

amount of __seventeen million__

Dollars ($ _17,000,000_ ).

## CHECK ONE BOX ONLY

[   ] accepts the Plan          [ X ] rejects the Plan

Dated: _July 28 2006_

Name of Creditor: __Equal Access Justice Fund LP and EAJF ESQ Fund LP__

Print or type name: _Benjamin Blank_

Signature: _Benjamin E Blank_

Title: Manager of BEB Partners LLC, General Partner of Equal Access Justice Fund LP
Manager of EAJF ESQ GP LLC, General Partner of EAJF ESQ Fund LP

Address: _105 S Narcissus Ave, West Palm Beach FL 33401_

## RETURN THIS BALLOT TO:

Johnie Patterson
Email: jjp@walkerandpatterson.com

or

Miriam Goott
Email: mgoott@walkerandpatterson.com

or by mail to either at:

Walker & Patterson, P.C.
4815 Dacoma
Houston, TX 77092

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, the holder of a Class ___4___ claim against the Debtor in the unpaid

amount of _Four hundred and fifty nine thousand, ninehundred fourty five dollars_

Dollars ($ _459,945.00_ ).

**CHECK ONE BOX ONLY**

[✓] accepts the Plan          [ ] rejects the Plan

Dated: _7-29-2026_

Name of Creditor: _Fare Claims Clozers / Diane Evans_

Print or type name: _Fare Claims Clozers / Diane Evans_

Signature: _Diane Evans_

Title: _Owner_

Address: _3799 County Rd. 4235_
_DeKalb, Tx 75559_

---

**RETURN THIS BALLOT TO:**

Johnie Patterson
Email: jjp@walkerandpatterson.com

or

Miriam Goott
Email: mgoott@walkerandpatterson.com

or by mail to either at:

Walker & Patterson, P.C.
4815 Dacoma
Houston, TX 77092

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __4__ claim against the Debtor in the unpaid

amount of _Ten Million Seven Hundred Seven Thousand Six Hundred Forty Dollars and_ 07/100

Dollars ($_____10,707,640.05_____).

**CHECK ONE BOX ONLY**

[    ] accepts the Plan          [ X ] rejects the Plan

Dated:_____7/23/26_____

Name of Creditor:  _Global Estimating Services, Inc._____

Print or type name:__Scott Jacobi_____

Signature:_____

Title:_____Chief Financial Officer_____

Address:____27657 Commerce Oaks Drive_____

_____Conroe, TX 77385_____

_____

**RETURN THIS BALLOT TO:**

Johnie Patterson
Email: jjp@walkerandpatterson.com

or

Miriam Goott
Email: mgoott@walkerandpatterson.com

or by mail to either at:

Walker & Patterson, P.C.
4815 Dacoma
Houston, TX 77092

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 1 of 5 claim against the Debtor in the unpaid

amount of _fourty five Thousand Dollars + 00/100_

Dollars ($ _$45,000_ ).

**CHECK ONE BOX ONLY**

[ ✓ ] accepts the Plan          [  ] rejects the Plan

Dated: _07-12-2026_

Name of Creditor: _LEEROY JEFFERSON_

Print or type name: _LEE ROY JEFFERSON_

Signature: _Lee Roy Jefferson_

Title: _CREDITOR OF THE UNITED BANKRUPTCY COURT_

Address: _2667 SLIGO RD, HAUGHTON LOUISIANA_
_71037-7671_

**RETURN THIS BALLOT TO:**

Johnie Patterson
Email: jjp@walkerandpatterson.com

or

Miriam Goott
Email: mgoott@walkerandpatterson.com

or by mail to either at:

Walker & Patterson, P.C.
4815 Dacoma
Houston, TX 77092

LEE R. JEFFERSON
2667 SLIGO RD
HAUGHTON LOUISIANA 71037-7671
You CAN ALSO REACH ME AT
318-517-8332
leroys26671@GMAIL.COM
one

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class **4** claim against the Debtor in the unpaid

amount of **Three Hundred Ten Thousand Two Hundred Ten dollars and 87/100**

Dollars ($ **310,210.87** ).

**CHECK ONE BOX ONLY**

[ **X**] accepts the Plan　　　[ ] rejects the Plan

Dated: **July 16, 2026**

Name of Creditor: **Louisiana Farm Bureau**

Print or type name: **James D. Doles III**

Signature

Title: **Representative**

Address: **P.O. Box 95008**

**Baton Rouge LA 70895**

## RETURN THIS BALLOT TO:

Johnie Patterson
Email: jjp@walkerandpatterson.com

or

Miriam Goott
Email: mgoott@walkerandpatterson.com

or by mail to either at:

Walker & Patterson, P.C.
4815 Dacoma
Houston, TX 77092

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: §
§
MMA LAW FIRM, PLLC, § CASE NO. 24-31596
§
Debtor. § Chapter 11
§

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S**
**PLAN OF LIQUIDATION**

MMA Law Firm, PLLC (the "Debtor" and "Plan Proponent") filed its Third Amended Joint Plan of Liquidation (the "Plan"). The Court will have a hearing on confirmation of the Debtor's Plan on **Tuesday, August 4, 2026, at 10:30 a.m. (Central Standard Time)**, at the United States Courthouse, Bob Casey Federal Building, Courtroom #401, 515 Rusk, Houston, TX 77002. The Plan provides information to assist you in deciding how to vote your ballot.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in one of five Classes. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. Please review the Plan to determine which Class you are entitled to vote in.**

**If your ballot is not received by counsel for the Debtor, Johnie Patterson, email: jjp@walkerandpatterson.com, or Miriam Goott, email: mgoott@walkerandpatterson.com, or by mail to either at 4815 Dacoma, Houston, TX 77092, on or before <u>Friday, July 31, 2026</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 4 claim against the Debtor in the unpaid

amount of $35,000 plus sums that have become due under the indemnity agreement attached to the proof of claim number 56.

Dollars ($35,000).

**CHECK ONE BOX ONLY**

[    ] accepts the Plan          [  X  ] rejects the Plan

Dated:_____7/30/26_____

Name of Creditor:_____James Marshall McClenny_____

Print or type name:_____Annie Catmull_____

Signature:_____*Anne Catmull*_____

Title:_____Bankruptcy counsel for James Marshall McClenny_____

Address:____4400 Post  Oak Parkway, Ste. 2360, Houston, TX, 77027, aecatmull@o-w-law.com

_____

**RETURN THIS BALLOT TO:**

Johnie Patterson
Email: jjp@walkerandpatterson.com

or

Miriam Goott
Email: mgoott@walkerandpatterson.com

or by mail to either at:

Walker & Patterson, P.C.
4815 Dacoma
Houston, TX 77092

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class ___4___ claim against the Debtor in the unpaid

amount of <u>Seventy-Seven Thousand Two Hundred Sixteen Dollars and Eighty-Seven</u> Cents

Dollars ($__77,216.87_____).

**CHECK ONE BOX ONLY**

　　　[X] accepts the Plan　　　[　] rejects the Plan

Dated: __July 29, 2026_____

Name of Creditor: __Noble Public Adjusting Group, LLC_____

Print or type name: __James D. Williamson_____

Signature: _____

Title: __CEO_____

Address: ____107 Amar Place, Ste 103_____

　　　____Panama City Beach, FL 32413_____

　　　_____

## RETURN THIS BALLOT TO:

Johnie Patterson
Email: jjp@walkerandpatterson.com

or

Miriam Goott
Email: mgoott@walkerandpatterson.com

or by mail to either at:

Walker & Patterson, P.C.
4815 Dacoma
Houston, TX 77092

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, the holder of a Class _____ claim against the Debtor in the unpaid
amount of ___Paid_____
Dollars ($_____).

**CHECK ONE BOX ONLY**

[✓] accepts the Plan          [  ] rejects the Plan          Case No. 24-31596

Dated: 07-27-26                                              Chapter 11

Name of Creditor: Opal Prejean      mmA

Print or type name: Opal Prejean

Signature: Opal Prejean

Title: _____

Address: 1709 7th Street
Lake Charles, La. 70601

_____

**RETURN THIS BALLOT TO:**

Johnie Patterson
Email: jjp@walkerandpatterson.com

or

Miriam Goott
Email: mgoott@walkerandpatterson.com

or by mail to either at:

Walker & Patterson, P.C.
4815 Dacoma
Houston, TX 77092

BEEN Paid already

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __4__ claim against the Debtor in the unpaid

amount of _TEN MILLION SEVEN HUNDRED & SEVEN THOUSAND SIX HUNDRED FOURTY $ 07/100_

Dollars ($ _10,707,640.07_ ).

**CHECK ONE BOX ONLY**

[X] accepts the Plan        [ ] rejects the Plan

Dated: _07/17/2026_

Name of Creditor: _PCG CLAIMS, LLC DBA: PCG PROPERTY LOSS CONSULTANTS_

Print or type name: _SCOTT JAMISON_

Signature: _Scott Jamison_

Title: _CEO_

Address: _2000 MALLORY LANE, SUITE 130, #239_

_FRANKLIN, TN 37067_

**RETURN THIS BALLOT TO:**

Johnie Patterson
Email: jjp@walkerandpatterson.com

or

Miriam Goott
Email: mgoott@walkerandpatterson.com

or by mail to either at:

Walker & Patterson, P.C.
4815 Dacoma
Houston, TX 77092

The undersigned, the holder of a Class __4__ claim against the Debtor in the unpaid amount of Twenty Seven Thousand Dollars

Dollars ($ 27,000.00                                         ).

**CHECK ONE BOX ONLY**

[ ✓ ] accepts the Plan        [   ] rejects the Plan

Dated: 7/13/2024

Name of Creditor: _____

Print or type name: Regina A. Ceaser

Signature: Regina A. Ceaser

Title: _____

Address: 4200 Coco Miguel Road
New Iberia, La 70560

_____

**RETURN THIS BALLOT TO:**

Johnie Patterson
Email: jjp@walkerandpatterson.com

or

Miriam Goott
Email: mgoott@walkerandpatterson.com

or by mail to either at:

Walker & Patterson, P.C.
4815 Dacoma
Houston, TX 77092

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class _____ claim against the Debtor in the unpaid

amount of _____

Dollars ($_____).

**CHECK ONE BOX ONLY**

[ ✓ ] accepts the Plan          [   ] rejects the Plan

Dated: _7-26-26_____

Name of Creditor: _Linda V. Thomas_____

Print or type name: _Linda V. Thomas_____

Signature: _Linda V. Thomas_____

Title: _____

Address: _4224- Worthy Dr._____
_Lake Charles, LA 70607_____

_____

**RETURN THIS BALLOT TO:**

Johnie Patterson
Email: jjp@walkerandpatterson.com

or

Miriam Goott
Email: mgoott@walkerandpatterson.com

or by mail to either at:

Walker & Patterson, P.C.
4815 Dacoma
Houston, TX 77092

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class ___2___ claim against the Debtor in the unpaid

amount of _four hundred Thousand dollars and no cents_

Dollars ($ _400,000.00_ ).

**CHECK ONE BOX ONLY**

[ ✓ ] accepts the Plan        [   ] rejects the Plan

Dated: _7-22-2024_

Name of Creditor: _CYNTHIA Troxclair_

Print or type name: _Cynthia Troxclair_

Signature: _Cynthia troclair_

Title: _Miss_

Address: _P.O. Box 1731_

_18159 TV Tower Rd #13_

_Kinder Lt 70648_

**RETURN THIS BALLOT TO:**

Johnie Patterson
Email: jjp@walkerandpatterson.com

or

Miriam Goott
Email: mgoott@walkerandpatterson.com

or by mail to either at:

Walker & Patterson, P.C.
4815 Dacoma
Houston, TX 77092

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: MMA LAW FIRM, PLLC, | ) | CASE NO. 24-31596 |
| Debtor. | ) | Chapter 11 |

### BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
### PLAN OF LIQUIDATION

### SUBMITTED UNDER PROTEST

MMA Law Firm, PLLC (the "Debtor" and "Plan Proponent") filed its Third Amended Joint Plan of Liquidation (the "Plan"). The Court will have a hearing on confirmation of the Debtor's Plan on Tuesday, August 4, 2026, at 10:30 a.m. (Central Standard Time), at the United States Courthouse, Bob Casey Federal Building, Courtroom #401, 515 Rusk, Houston, TX 77002. The Plan provides information to assist you in deciding how to vote your ballot.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in one of five Classes. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. Please review the Plan to determine which Class you are entitled to vote in.

If your ballot is not received by counsel for the Debtor, Johnie Patterson, email: jjp@walkerandpatterson.com, or Miriam Goott, email: mgoott@walkerandpatterson.com, or by mail: either at 4815 Dacoma, Houston, TX 77092, on or before Friday, July 31, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

*CREDITOR DOES NOT WAIVE ANY RIGHTS AND EXPLICITLY INCORPORATES BY REFERENCE THE EMERGENCY MOTION FOR CONTINUANCE AND OMNIBUS ADDENDUM SUBMITTED VIA EDSS ON JULY 30, 2026.*

The undersigned, the holder of a class **TBD** claim against the Debtor in the unpaid amount of <u>Three-Hundred and Fifty Million, Six-Hundred and Forty-Six Thousand, Three-Hundred and Five Dollars & 06/100</u> ( <u>$350,646,305.06</u> )

*Note: Insert total claim amount from your Proofs of Claim here*

**CHECK ONE BOX ONLY**   [ ] accepts the Plan   [ X ] rejects the Plan

**Dated:**                    July 30, 2026

**Name of Creditor:**    Jeffrey Alan Vitt - Claim No. 13404695 – 13404698 – 13404715

**Print or type name:**  Jeffrey Alan Vitt

**Signature:**

**Title:**                     Pro Se Creditor

**Address:**                12791 South 4230 Road  – Chelsea, OK 74016

### RETURN THIS BALLOT TO:

Johnie Patterson

**Email:** jjp@walkerandpatterson.com

         **or**

Miriam Goott

**Email:** mgoott@walkerandpatterson.com

         **or**

**by mail to either at:**

Walker & Patterson, P.C.
4815 Dacoma
Houston, TX 77092

United States Courts
Southern District of Texas
FILED

*7/30/2026*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| **From:** | EDSS via Southern District of Texas |
| **To:** | TXS ECF_Admin |
| **Subject:** | New Electronic Document Submission - Houston |
| **Date:** | Thursday, July 30, 2026 8:20:03 PM |
| **Attachments:** | Document-1-Jeffrey Alan Vitt.pdf |
| **Importance:** | High |

Form Information:
Division: Houston
Filer's Name: Jeffrey Alan Vitt
Debtor's Name (if different from Filer): MMA Law Firm, PLLC
Filer's Email: javit2004rule@gmail.com
Filer's Phone Number: 539-292-9358
Case Number: 24-31596

Uploaded Document Descriptions:
Document 1 Description: BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S  PLAN OF LIQUIDATION
Document 2 Description:
Document 3 Description:
Document 4 Description:
Document 5 Description:

**This email was sent from an unmonitored email account. Please DO NOT reply to this email address. **

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __4__ claim against the Debtor in the unpaid

amount of _Three Milion Three Hundred Sixty-Five Thousand Eight Hundred Forty-Three Dollars and 05/100_

Dollars ($____3,365,843.05_____).

**CHECK ONE BOX ONLY**

[ X ] accepts the Plan        [   ] rejects the Plan

Dated:_____7/31/26_____

Name of Creditor: __Access Restoration Services US, Inc._____

Print or type name:__Scott Jacobi_____

Signature:_____

Title: _Chief Financial Officer_____

Address:__27657 Commerce Oaks Drive_____

_____Conroe, Texas 77385_____

_____

**RETURN THIS BALLOT TO:**

Johnie Patterson
Email: jjp@walkerandpatterson.com

or

Miriam Goott
Email: mgoott@walkerandpatterson.com

or by mail to either at:

Walker & Patterson, P.C.
4815 Dacoma
Houston, TX 77092

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __4__ claim against the Debtor in the unpaid

amount of _Ten Million Seven Hundred Seven Thousand Six Hundred Forty Dollars and_ 07/100

Dollars ($_____10,707,640.05_____).

**CHECK ONE BOX ONLY**

[ X ] accepts the Plan          [    ] rejects the Plan

Dated:_____7/31/26_____

Name of Creditor: __Global Estimating Services, Inc._____

Print or type name:__Scott Jacobi_____

Signature:_____

Title:_____Chief Financial Officer_____

Address:____27657 Commerce Oaks Drive_____

_____Conroe, TX 77385_____

_____

**RETURN THIS BALLOT TO:**

Johnie Patterson
Email: jjp@walkerandpatterson.com

or

Miriam Goott
Email: mgoott@walkerandpatterson.com

or by mail to either at:

Walker & Patterson, P.C.
4815 Dacoma
Houston, TX 77092