**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In Re: | § |
| | §    Case No. 24-31596 |
| MMA LAW FIRM, PLLC, | § |
| | § |
| Debtor. | §    Chapter 11 |
| | § |

**DEBTOR'S PROPOSED CONFIRMATION AGENDA**

To the Honorable United States Bankruptcy Judge:

Debtor proposes the following agenda for the confirmation hearing to be conducted on August 4, 2026, at 10:30 a.m. in the United States Bankruptcy Court, Southern District of Texas, Houston Division, Courtroom 401 (Bob Casey Federal Building, 515 Rusk, Houston, Texas).

| No. | ECF No. | Matter | ECF No. | Related Matters | Comments |
|---|---|---|---|---|---|
| 1. | 1577 | Confirmation of Debtor's Third Amended Joint Plan of Liquidation dated July 1, 2026 | 1562 | Order authorizing solicitation and setting hearing; Disclosure Statement [ECF No. 1576]; Plan Supplement [ECF No. 1615]; Plan Ballot Summary (Final) [ECF No. 1641]; proposed Confirmation Order with Exhibit A (Plan Modifications) [ECF No. 1639] | **Confirmation is going forward.** Sole remaining contested issues: the Plan § 5.8 stay and §§ 5.6–5.7 (Consultant compensation/insurance). All other grounds of all objections have been resolved. |
| 2. | 1614 | Debtor's Emergency Motion to Designate the Ballots of Equal Access Justice Fund, LP and EAJF ESQ Fund, LP Pursuant to 11 U.S.C. § 1126(e) | 1617 | Order Setting Hearing (August 4, 2026 at 10:30 a.m.); Notice of Hearing [ECF No. 1632]; EAJF Objection and proposed order [ECF No. 1638] | **The Motion is going forward** and will be heard with confirmation. Opposed by EAJF [ECF No. 1638]. |
| 3. | 1627 | Emergency Motion for Continuance filed by Jeffrey Alan Vitt | 1631, 1635 | Debtor's Response [ECF No. 1631]; Order Striking Vitt Pleadings and Ballots [ECF No. 1635] | **Struck by Court order** [ECF No. 1635]; not going forward. |
| 4. | | | 1589 | Objection to confirmation filed by the United States Trustee | **Going forward in part only:** counsel confirmed 8/3 that the exculpation (§§ 1.1.33, 9.5) and gatekeeper (§ 9.7) grounds are resolved by the Plan Modifications; remaining contested issues are limited to §§ 5.6–5.7 (Consultant compensation/insurance) and the scope of the § 5.8 stay. |
| 5. | | | 1592 | Limited Objection filed by Morris Bart, LLC | **Resolved** — counsel confirmed 8/3. Not going forward. |
| 6. | | | 1593 | Objection and Joinder filed by Hair & Shunnarah Trial Attorneys, LLC | **Resolved as to all grounds except the § 5.8 stay**; going forward, if at all, on that ground only. |

| No. | ECF No. | Matter | ECF No. | Related Matters | Comments |
|---|---|---|---|---|---|
| 7. | | | 1594 | Objection filed by Equal Access Justice Fund, LP and EAJF ESQ Fund, LP | **Going forward** — contested (Plan § 5.8 stay). See also EAJF's opposition to the Debtor's Emergency Motion [ECF No. 1638]. |
| 8. | | | 1595 | Objection filed by James Marshall McClenny | **Resolved** — agreed language incorporated into ¶ 11(m) of the proposed Confirmation Order; counsel confirmed in writing on August 3. Not going forward. |
| 9. | | | 1597 | Limited Objection filed by AMO Trial Lawyers, LLC | **Resolved** — counsel confirmed 8/3; AMO has also accepted the Debtor's settlement offer in the related adversary. Not going forward. |
| 10. | | | 1598 | Objection filed by New Orleans Legal, LLC and Gulf Coast Attorneys, LLC | **Resolved as to all grounds except the § 5.8 stay**; going forward, if at all, on that ground only. |
| 11. | | | 1599 | Limited Objection filed by Apex Roofing and Restoration, L.L.C. | **Going forward** — contested (Plan § 5.8 stay). |
| 12. | | | 1600 | Objection filed by Barcus Arenas, PLLC | **Resolved** — counsel confirmed 8/3. Not going forward. |
| 13. | | | 1601 | Objection filed by Jason J. Joy & Associates, PLLC | **Resolved as to all grounds except the § 5.8 stay**; going forward, if at all, on that ground only. |
| 14. | | | 1602 | Limited Objection filed by Cristobal M. Galindo, P.C. | **Resolved** — counsel confirmed 7/31. Not going forward. |
| 15. | | | 1603 | Limited Objection filed by Access Restoration Services US, Inc. | **Resolved** — counsel confirmed 7/31; superseding acceptance ballots delivered August 3. Not going forward. |
| 16. | | | — | Informal response of the Texas Workforce Commission (Texas OAG) | **Resolved** — agreed language included in ¶ 10 of the proposed Confirmation Order; not going forward. |

Date: <u>August 3, 2026</u>

Respectfully submitted,

WALKER & PATTERSON, P.C.
By: <u>*/s/ Johnie Patterson*</u>
Johnie Patterson
SBN 15601700
P.O. Box 61301
Houston, TX 77208
(713) 956-5577
jjp@walkerandpatterson.com

COUNSEL FOR THE DEBTOR