Case 24-31596   Document 1644-9   Filed in TXSB on 08/03/26   Page 1 of 1

 **Gmail**

Johnie Patterson <jjp@walkerandpatterson.com>

---

**Re: MMA Plan Supplement**
1 message

---

**Johnie Patterson** <jjp@walkerandpatterson.com>
To: "Zimmerman, Brian W." <bzimmerman@spencerfane.com>, "Miller, David" <dmiller@spencerfane.com>, "Taylor, Clay" <ctaylor@spencerfane.com>, Avi Moshenberg <avi.moshenberg@lmbusinesslaw.com>
Cc: Miriam Goott <mgoott@walkerandpatterson.com>

Thu, Jul 30, 2026 at 12:56 PM

When can I expect this information?

*Johnie Patterson*
*Walker & Patterson, P.C.*
*P.O. Box 61301*
*Houston, TX  77208*
*713.956.5577*
*713.956.5570 fax*

On Tue, Jul 28, 2026 at 3:19 PM Johnie Patterson <jjp@walkerandpatterson.com> wrote:
Can you guys get me this information this afternoon?

Jp

*Johnie Patterson*
*Walker & Patterson, P.C.*
*P.O. Box 61301*
*Houston, TX  77208*
*713.956.5577*
*713.956.5570 fax*

On Mon, Jul 27, 2026 at 7:23 PM Johnie Patterson <jjp@walkerandpatterson.com> wrote:
I am in need of the identification of both EAJF's and the Committee's appointment to the Oversight Committee. This Supplement is overdue, so please let me know tonight or tomorrow

Jp

*Johnie Patterson*
*Walker & Patterson, P.C.*
*P.O. Box 61301*
*Houston, TX  77208*
*713.956.5577*
*713.956.5570 fax*