# Southern District of Texas
# Claims Register

### 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors

**Bankruptcy Judge:** Eduardo V Rodriguez   **Chapter:** 11
**Office:** Houston   **Last Date to file claims:** 08/13/2024
**Trustee:**   **Last Date to file (Govt):** 10/07/2024

---

*Creditor:*   (12672475)
Texas Workforce Commission
Office of Attorney General
BK/Collections
P.O. BOX 12548, MC008
Austin, TX 787112548

**Claim No: 1**
*Original Filed Date*: 04/11/2024
*Original Entered Date*: 04/11/2024

*Status:*
*Filed by:* CR
*Entered by:* Erin Connor Reid
*Modified:*

 Amount  claimed: $7605.39
 Secured claimed: $7605.39

*History:*
Details ⚫ 1-1   04/11/2024 Claim #1 filed by Texas Workforce Commission, Amount claimed: $7605.39 (Reid, Erin)
*Description:* (1-1) Unemployment taxes
*Remarks:*

---

*Creditor:*   (12673480)
City of Houston
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

**Claim No: 2**
*Original Filed Date*: 04/12/2024
*Original Entered Date*: 04/12/2024

*Status:* Withdraw 459
*Filed by:* CR
*Entered by:* Jeannie Lee Andresen
*Modified:*

 Amount  claimed: $221.20
 Secured claimed: $221.20

*History:*
Details ⚫ 2-1   04/12/2024 Claim #2 filed by City of Houston, Amount claimed: $221.20 (Andresen, Jeannie)
459   01/08/2025 Withdrawal of Claim: 2,3 *of City of Houston and Lone Star College System* (Andresen, Jeannie) Status: Withdraw
*Description:* (2-1) Ad Valorem Taxes
*Remarks:*

---

*Creditor:*   (12673482)
Lone Star College System
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

**Claim No: 3**
*Original Filed Date*: 04/12/2024
*Original Entered Date*: 04/12/2024

*Status:* Withdraw 459
*Filed by:* CR
*Entered by:* Jeannie Lee Andresen
*Modified:*

 Amount  claimed: $45.84
 Secured claimed: $45.84

*History:*
Details ⚫ 3-1   04/12/2024 Claim #3 filed by Lone Star College System, Amount claimed: $45.84 (Andresen, Jeannie)
459   01/08/2025 Withdrawal of Claim: 2,3 *of City of Houston and Lone Star College System* (Andresen, Jeannie) Status: Withdraw
*Description:* (3-1) Ad Valorem Taxes
*Remarks:*

*Creditor:*       (12675368)
Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

**Claim No: 4**
*Original Filed Date*: 04/17/2024
*Original Entered Date*: 04/17/2024

*Status:*
*Filed by:* CR
*Entered by:* Pankaj Thakur
*Modified:*

Amount claimed: $45286.12

*History:*

Details     4-1     04/17/2024 Claim #4 filed by Capital One N.A., Amount claimed: $45286.12 (Thakur, Pankaj)

*Description:*
*Remarks:*

---

*Creditor:*       (12671191)
Aldine ISD Tax Office
14909 Aldine Westfield Rd
Houston, TX 77032

**Claim No: 5**
*Original Filed Date*: 04/26/2024
*Original Entered Date*: 04/26/2024
*Last Amendment Filed*: 10/29/2024
*Last Amendment Entered*: 10/29/2024

*Status:*
*Filed by:* CR
*Entered by:* Lauren L. Jones
*Modified:*

Amount  claimed: $619.94
Secured claimed: $619.94

*History:*

Details     5-1     04/26/2024 Claim #5 filed by Aldine ISD Tax Office, Amount claimed: $1061.45 (Middleton, Kanika)
Details     5-2     10/29/2024 Amended Claim #5 filed by Aldine ISD Tax Office, Amount claimed: $619.94 (Jones, Lauren)

*Description:* (5-1) AD VALOREM TAX
(5-2) AD VALOREM TAX
*Remarks:*

---

*Creditor:*       (12687954)
Curtis and Ardene Tassin
Health Law Group LLC
201 St.Charles Avenue, Suite 2500
New Orleans, LA 70170

**Claim No: 6**
*Original Filed Date*: 05/06/2024
*Original Entered Date*: 05/06/2024

*Status:*
*Filed by:* CR
*Entered by:* 2 FrancesCarbiaTERM
*Modified:*

Amount claimed: $99754.03

*History:*

Details     6-1     05/06/2024 Claim #6 filed by Curtis and Ardene Tassin, Amount claimed: $99754.03
                    (FrancesCarbiaTERM, 2)

*Description:* (6-1) MMA converted a p[roperty damage payment meant for creditors
*Remarks:*

---

*Creditor:*       (12671284)
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**Claim No: 7**
*Original Filed Date*: 05/10/2024
*Original Entered Date*: 05/10/2024
*Last Amendment Filed*: 09/16/2024
*Last Amendment Entered*: 09/16/2024

*Status:*
*Filed by:* CR
*Entered by:* Annie L Ray
*Modified:*

Amount  claimed: $5036379.87
Secured claimed:       $0.00
Priority   claimed: $4964379.87

*History:*
Details     7-1     05/10/2024 Claim #7 filed by Internal Revenue Service, Amount claimed: $4960406.62 (Ray, Annie)
Details     7-2     09/16/2024 Amended Claim #7 filed by Internal Revenue Service, Amount claimed: $5036379.87 (Ray,
                    Annie)

*Description:*
*Remarks:*

*Creditor:*     (12692839)
JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

**Claim No: 8**
*Original Filed Date*: 05/14/2024
*Original Entered Date*: 05/14/2024

*Status:*
*Filed by:* CR
*Entered by:* Nicholas Chipurnoi
*Modified:*

  Amount claimed: $11523.32

*History:*
Details   ●   8-1   05/14/2024   Claim #8 filed by JPMorgan Chase Bank, N.A., Amount claimed: $11523.32 (Chipurnoi, Nicholas)

*Description:*
*Remarks:*

---

*Creditor:*     (12706401)
American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Claim No: 9**
*Original Filed Date*: 06/05/2024
*Original Entered Date*: 06/05/2024

*Status:*
*Filed by:* CR
*Entered by:* Greg Deegan
*Modified:*

  Amount claimed: $392147.17

*History:*
Details   ●   9-1   06/05/2024   Claim #9 filed by American Express National Bank, Amount claimed: $392147.17 (Deegan, Greg)

*Description:*
*Remarks:*

---

*Creditor:*     (12707590)
American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Claim No: 10**
*Original Filed Date*: 06/07/2024
*Original Entered Date*: 06/07/2024

*Status:*
*Filed by:* CR
*Entered by:* Greg Deegan
*Modified:*

  Amount claimed: $12099.74

*History:*
Details   ●   10-1   06/07/2024   Claim #10 filed by American Express National Bank, Amount claimed: $12099.74 (Deegan, Greg)

*Description:*
*Remarks:*

---

*Creditor:*     (12717372)
Louisiana Farm Bureau
P.O. Box 95008
Baton Rouge, LA 70895

**Claim No: 11**
*Original Filed Date*: 06/24/2024
*Original Entered Date*: 06/24/2024

*Status:*
*Filed by:* CR
*Entered by:* Staci Knox Villemarette
*Modified:*

  Amount claimed: $302994.23

*History:*
Details   ●   11-1   06/24/2024   Claim #11 filed by Louisiana Farm Bureau, Amount claimed: $302994.23 (Villemarette, Staci)

*Description:* (11-1) Legal Judgments
*Remarks:*

*Creditor:* (12725016)
Regina A. Ceaser
4200 CoCo Miguel Rd.
New Iberia, LA 70560

**Claim No: 12**
*Original Filed Date*: 07/01/2024
*Original Entered Date*: 07/01/2024

*Status:*
*Filed by:* CR
*Entered by:* 7 AnaCastro
*Modified:*

  Amount claimed: $30891.02

*History:*

  Details  ● 12-1  07/01/2024 Claim #12 filed by Regina A. Ceaser, Amount claimed: $30891.02 (AnaCastro, 7)

*Description:*
*Remarks:*

---

*Creditor:* (12729369)
Opal Prejean
1709 Seventh St.
Lake Charles, LA 70601

**Claim No: 13**
*Original Filed Date*: 07/10/2024
*Original Entered Date*: 07/10/2024

*Status:*
*Filed by:* CR
*Entered by:* 2 FrancesCarbiaTERM
*Modified:*

  Amount claimed: $23762.24

*History:*

  Details  ● 13-1  07/10/2024 Claim #13 filed by Opal Prejean, Amount claimed: $23762.24 (FrancesCarbiaTERM, 2)

*Description:* (13-1) settlement proceeds that I never received
*Remarks:*

---

*Creditor:* (12734040)
Cynthia Troxclair
PO Box 1731
Kinder, LA 70648

**Claim No: 14**
*Original Filed Date*: 07/18/2024
*Original Entered Date*: 07/19/2024

*Status:*
*Filed by:* CR
*Entered by:* 2 FrancesCarbiaTERM
*Modified:*

  Amount claimed: $68399.52

*History:*

  Details  ● 14-1  07/18/2024 Claim #14 filed by Cynthia Troxclair, Amount claimed: $68399.52 (FrancesCarbiaTERM, 2)

*Description:* (14-1) Replacement cost
*Remarks:*

---

*Creditor:* (12735650)
Kevin Kelly
1120 Wyndham South
Gretna, LA 70056

**Claim No: 15**
*Original Filed Date*: 07/22/2024
*Original Entered Date*: 07/23/2024

*Status:*
*Filed by:* CR
*Entered by:* 2 FrancesCarbiaTERM
*Modified:*

*No amounts claimed*

*History:*

  Details  ● 15-1  07/22/2024 Claim #15 filed by Kevin Kelly, Amount claimed: (FrancesCarbiaTERM, 2)

*Description:*
*Remarks:*

---

*Creditor:* (12740087)
The Kidwell Group, LLC
d/b/a Air Quality Assessors of Florida
c/o Latham Luna Eden & Beaudine, LLP
201 S. Orange Ave.
Suite 1400
Orlando, Florida 32801

**Claim No: 16**
*Original Filed Date*: 07/30/2024
*Original Entered Date*: 07/30/2024

*Status:*
*Filed by:* AT
*Entered by:* Justin M Luna
*Modified:*

  Amount claimed: $31640.56

*History:*

  Details  ● 16-1  07/30/2024 Claim #16 filed by The Kidwell Group, LLC, Amount claimed: $31640.56 (Luna, Justin)

*Description:* (16-1) Services Performed
*Remarks:*

*Creditor:*      (12745862)
Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX 78711-2548

**Claim No: 17**
*Original Filed Date*: 08/06/2024
*Original Entered Date*: 08/06/2024

*Status:* Withdraw <u>309</u>
*Filed by:* CR
*Entered by:* Azucena Arrieta
*Modified:*

Amount claimed: $29752.70
Priority  claimed: $29752.70

*History:*

Details   <u>17-1</u>  08/06/2024 Claim #17 filed by Comptroller of Public Accounts, Amount claimed: $29752.70 (Arrieta, Azucena)

         309  09/25/2024 Withdrawal of Claim: 17 (Brown, Silvia) Status: Withdraw

*Description:* (17-1) Franchise Tax Ch. 171
*Remarks:*

---

*Creditor:*      (12746578)
Linda Luz Rodriguez Wilhelm
316 Beverly Loop
Pineville, LA 71360
*No amounts claimed*

**Claim No: 18**
*Original Filed Date*: 08/07/2024
*Original Entered Date*: 08/07/2024

*Status:* Withdraw <u>1477</u>
*Filed by:* CR
*Entered by:* 2 FrancesCarbiaTERM
*Modified:*

*History:*

Details   <u>18-1</u>  08/07/2024 Claim #18 filed by Linda Luz Rodriguez Wilhelm, Amount claimed: (FrancesCarbiaTERM, 2)

         <u>1477</u>  05/07/2026 Withdrawal of Claim: 18,19 *filed by L. R. Wilhelm and Christine Griffin* (var2) Status: Withdraw

*Description:* (18-1) home damage, legal malpractice
*Remarks:*

---

*Creditor:*      (12746580)
Christine Mockosher Griffin
8483 Nick Rd.
Greenwood, LA 71033
*No amounts claimed*

**Claim No: 19**
*Original Filed Date*: 08/07/2024
*Original Entered Date*: 08/07/2024

*Status:* Withdraw <u>1477</u>
*Filed by:* CR
*Entered by:* 2 FrancesCarbiaTERM
*Modified:*

*History:*

Details   <u>19-1</u>  08/07/2024 Claim #19 filed by Christine Mockosher Griffin, Amount claimed: (FrancesCarbiaTERM, 2)

         <u>1477</u>  05/07/2026 Withdrawal of Claim: 18,19 *filed by L. R. Wilhelm and Christine Griffin* (var2) Status: Withdraw

*Description:* (19-1) Home damage, legal malpractice
*Remarks:*

---

*Creditor:*      (12746687)
Apex Roofing and Restoration, LLC
c/o Scott R. Bickford, Esq
338 Lafayette Street
New Orleans, LA 70130

**Claim No: 20**
*Original Filed Date*: 08/07/2024
*Original Entered Date*: 08/07/2024

*Status:*
*Filed by:* AT
*Entered by:* Scott R Bickford
*Modified:*

Amount claimed: $4000000.00

*History:*

Details   <u>20-1</u>  08/07/2024 Claim #20 filed by Apex Roofing and Restoration, LLC, Amount claimed: $4000000.00 (Bickford, Scott)

*Description:* (20-1) Legal Malpractice lawsuit
*Remarks:*

*Creditor:*      (12748603)   <u>History</u>
Aramark Refreshments Services, LLC
c/o Devin G. Bray
Hawley Troxell Ennis & Hawley LLP
P.O. Box 1617
Boise, ID 83701

**Claim No: 21**
*Original Filed Date*: 08/12/2024
*Original Entered Date*: 08/12/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 AkeitaHouse
*Modified:*

 Amount claimed: $500.86

*History:*

 <u>Details</u>   21-1   08/12/2024 Claim #21 filed by Aramark Refreshments Services, LLC, Amount claimed: $500.86
                                    (AkeitaHouse, 4)

*Description:*
*Remarks:*


*Creditor:*      (12749291)
Abdul Muhammad
58025 Geroge St.
Plaquemine, LA 70764

**Claim No: 22**
*Original Filed Date*: 08/12/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 AaronJackson
*Modified:*

 Amount claimed: $15000.00

*History:*

 <u>Details</u>   22-1   08/12/2024 Claim #22 filed by Abdul Muhammad, Amount claimed: $15000.00 (AaronJackson, 4)

*Description:*
*Remarks:*


*Creditor:*      (12749292)
Darrell Broussard
420 Tommys Rd.
Sunset, LA 70584

**Claim No: 23**
*Original Filed Date*: 08/12/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 AaronJackson
*Modified:*

 Amount claimed: $7000.00

*History:*

 <u>Details</u>   23-1   08/12/2024 Claim #23 filed by Darrell Broussard, Amount claimed: $7000.00 (AaronJackson, 4)

*Description:*
*Remarks:*


*Creditor:*      (12749293)
Cynthia Johnson
1318 Bank Avenue
New Iberia, LA 70560

**Claim No: 24**
*Original Filed Date*: 08/12/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 AaronJackson
*Modified:*

 Amount claimed: $24047.33

*History:*

 <u>Details</u>   24-1   08/12/2024 Claim #24 filed by Cynthia Johnson, Amount claimed: $24047.33 (AaronJackson, 4)

*Description:*
*Remarks:*


*Creditor:*      (12749295)   <u>History</u>
Linda Thomas
4224 Worthy Dr.
Lake Charles, LA 70607

**Claim No: 25**
*Original Filed Date*: 08/12/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 AaronJackson
*Modified:*

 Amount claimed: $11610.59

*History:*

 <u>Details</u>   25-1   08/12/2024 Claim #25 filed by Linda Thomas, Amount claimed: $11610.59 (AaronJackson, 4)

*Description:*
*Remarks:*

*Creditor:*        (12749299)  **Claim No: 26**  *Status:*
Paul Adams  *Original Filed Date*: 08/12/2024  *Filed by:* CR
340 Scenic Drive  *Original Entered Date*: 08/13/2024  *Entered by:* 4 AaronJackson
Ville Platte, LA 70586  *Modified:*

  Secured claimed: $42000.00

*History:*

  Details   ●   26-1   08/12/2024 Claim #26 filed by Paul Adams, Amount claimed: (AaronJackson, 4)

*Description:*

*Remarks:*

*Creditor:*        (12749304)  **Claim No: 27**  *Status:*
Eunice Pillette  *Original Filed Date*: 08/12/2024  *Filed by:* CR
503 East Valcourt St.  *Original Entered Date*: 08/13/2024  *Entered by:* 4 AaronJackson
Abbeville, LA 70510  *Modified:*

  Amount claimed: $3000.00

*History:*

  Details   ●   27-1   08/12/2024 Claim #27 filed by Eunice Pillette, Amount claimed: $3000.00 (AaronJackson, 4)

*Description:*

*Remarks:*

*Creditor:*        (12749305)  **Claim No: 28**  *Status:*
Ernest Willaims  *Original Filed Date*: 08/12/2024  *Filed by:* CR
110 Hansel St.  *Original Entered Date*: 08/13/2024  *Entered by:* 4 AaronJackson
New Iberia, LA 70560  *Modified:*

  Amount claimed: $45474.05

*History:*

  Details   ●   28-1   08/12/2024 Claim #28 filed by Ernest Willaims, Amount claimed: $45474.05 (AaronJackson, 4)

*Description:*

*Remarks:*

*Creditor:*        (12749307)  **Claim No: 29**  *Status:*
Lorenzo Garner  *Original Filed Date*: 08/12/2024  *Filed by:* CR
1201 Butter Street  *Original Entered Date*: 08/13/2024  *Entered by:* 4 AaronJackson
Leesville, LA 71446  *Modified:*

  Amount claimed: $42000.00

*History:*

  Details   ●   29-1   08/12/2024 Claim #29 filed by Lorenzo Garner, Amount claimed: $42000.00 (AaronJackson, 4)

*Description:*

*Remarks:*

*Creditor:*        (12749309)  **Claim No: 30**  *Status:*
Harold Boudreaux  *Original Filed Date*: 08/12/2024  *Filed by:* CR
105 Crestmont Blvd  *Original Entered Date*: 08/13/2024  *Entered by:* 4 AaronJackson
Youngsville, LA 70592  *Modified:*

  Amount claimed: $4820.42

*History:*

  Details   ●   30-1   08/12/2024 Claim #30 filed by Harold Boudreaux, Amount claimed: $4820.42 (AaronJackson, 4)

*Description:*

*Remarks:*

*Creditor:*        (12749343)   **Claim No: 31**   *Status:*
Shavaun Miller   *Original Filed Date*: 08/12/2024   *Filed by:* CR
215 Ralph Street   *Original Entered Date*: 08/13/2024   *Entered by:* 4 AaronJackson
Midland, LA 70559   *Modified:*

 Amount claimed: $50000.00

*History:*

 Details  ⬤  31-1   08/12/2024 Claim #31 filed by Shavaun Miller, Amount claimed: $50000.00 (AaronJackson, 4)

*Description:*

*Remarks:*

*Creditor:*        (12749347)   **Claim No: 32**   *Status:*
Marino Guillory   *Original Filed Date*: 08/12/2024   *Filed by:* CR
101 Weaver Street   *Original Entered Date*: 08/13/2024   *Entered by:* 4 AaronJackson
Eunice, LA 705535   *Modified:*
*No amounts claimed*

*History:*

 Details  ⬤  32-1   08/12/2024 Claim #32 filed by Marino Guillory, Amount claimed: (AaronJackson, 4)

*Description:*

*Remarks:*

*Creditor:*        (12749351)   **Claim No: 33**   *Status:*
Addison Houston   *Original Filed Date*: 08/12/2024   *Filed by:* CR
521 Sykes St.   *Original Entered Date*: 08/13/2024   *Entered by:* 4 AaronJackson
Shreveport, LA 71104   *Modified:*
*No amounts claimed*

*History:*

 Details  ⬤  33-1   08/12/2024 Claim #33 filed by Addison Houston, Amount claimed: (AaronJackson, 4)

*Description:*

*Remarks:*

*Creditor:*        (12749353)   **Claim No: 34**   *Status:*
Deborah Hollie   *Original Filed Date*: 08/12/2024   *Filed by:* CR
390 Burks Rd.   *Original Entered Date*: 08/13/2024   *Entered by:* 4 AaronJackson
Starks, LA 70661   *Modified:*

 Amount claimed: $16743.13

*History:*

 Details  ⬤  34-1   08/12/2024 Claim #34 filed by Deborah Hollie, Amount claimed: $16743.13 (AaronJackson, 4)

*Description:*

*Remarks:*

*Creditor:*        (12671335)   **Claim No: 35**   *Status:*
Noble Public Adjusting   *Original Filed Date*: 08/13/2024   *Filed by:* CR
107 Amar Place   *Original Entered Date*: 08/13/2024   *Entered by:* Ariel Sagre
#103   *Modified:*
Panama City Beach, FL 32413

 Amount claimed: $73216.87

*History:*

 Details  ⬤  35-1   08/13/2024 Claim #35 filed by Noble Public Adjusting, Amount claimed: $73216.87 (Sagre, Ariel)

*Description:*

*Remarks:*

*Creditor:*      (12749408)
Christovich & Kearney, LLP
601 Poydras St. Suite 2300
New Orleans, LA 70130

**Claim No: 36**
*Original Filed Date*: 08/13/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* Kevin Richard Tully
*Modified:*

 Amount claimed: $44512.27

*History:*

 Details  ● 36-1  08/13/2024 Claim #36 filed by Christovich & Kearney, LLP, Amount claimed: $44512.27 (Tully, Kevin)

*Description:* (36-1) attorney fees and costs representing debtor associate in Louisiana court
*Remarks:*

---

*Creditor:*      (12749408)
Christovich & Kearney, LLP
601 Poydras St. Suite 2300
New Orleans, LA 70130

**Claim No: 37**
*Original Filed Date*: 08/13/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 2 DarleneHansen
*Modified:*

 Amount claimed: $44512.27

*History:*

 Details  ● 37-1  08/13/2024 Claim #37 filed by Christovich & Kearney, LLP, Amount claimed: $44512.27 (DarleneHansen, 2)

*Description:*
*Remarks:*

---

*Creditor:*      (12749560)
Ginger Beebe
21 Virgil Beebe Rd
Lena, LA 71447

**Claim No: 38**
*Original Filed Date*: 08/13/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 2 DarleneHansen
*Modified:*

 Amount claimed: $400000.00

*History:*

 Details  ● 38-1  08/13/2024 Claim #38 filed by Ginger Beebe, Amount claimed: $400000.00 (DarleneHansen, 2)

*Description:*
*Remarks:*

---

*Creditor:*      (12749564)
Krause & Kinsman Trial Lawyers, LLP
Saul Ewing LLP c/o Turner Falk, Esq.
1500 Market Street, 38th Floor
Philadelphia, PA 19102

**Claim No: 39**
*Original Filed Date*: 08/13/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* Jorge Garcia
*Modified:*

 Amount  claimed: $0.00
 Secured claimed: $0.00
 Priority   claimed: $0.00

*History:*

 Details  ● 39-1  08/13/2024 Claim #39 filed by Krause & Kinsman Trial Lawyers, LLP, Amount claimed: $0.00 (Garcia, Jorge)

*Description:* (39-1) Unliquidated, see supplement
*Remarks:*

---

*Creditor:*      (12749610)
Starlight Studios, LLC
c/o Congeni Law Firm, LLC

**Claim No: 40**
*Original Filed Date*: 08/13/2024

*Status:*
*Filed by:* CR

*History:*

 Details  ● 40-1  08/13/2024 Claim #40 filed by Starlight Studios, LLC, Amount claimed: $3503347.36 (Congeni, Leo)

*Description:* (40-1) damages arising out of negligence / fraud
*Remarks:*

650 Poydras Street, Ste. 2750          *Original Entered Date*: 08/13/2024          *Entered by:* Leo David Congeni
New Orleans, LA 70130                                                               *Modified:*

  Amount claimed: $3503347.36

*History:*

Details  ⚫  40-1   08/13/2024 Claim #40 filed by Starlight Studios, LLC, Amount claimed: $3503347.36 (Congeni, Leo)

*Description:* (40-1) damages arising out of negligence / fraud
*Remarks:*

---

*Creditor:*      (12749611)          **Claim No: 41**                    *Status:*
Phelps Dunbar LLP                    *Original Filed Date*: 08/13/2024   *Filed by:* CR
365 Canal Street, Suite 2000         *Original Entered Date*: 08/13/2024 *Entered by:* Patrick M. Shelby
New Orleans, LA 70130                                                    *Modified:*

  Amount claimed: $139196.58

*History:*

Details  ⚫  41-1   08/13/2024 Claim #41 filed by Phelps Dunbar LLP, Amount claimed: $139196.58 (Shelby, Patrick)

*Description:* (41-1) Legal Services
*Remarks:*

---

*Creditor:*      (12749613)          **Claim No: 42**                    *Status:* Withdraw 759
Allied World Insurance Company       *Original Filed Date*: 08/13/2024   *Filed by:* CR
c/o Werner Ahari Mangel LLP          *Original Entered Date*: 08/13/2024 *Entered by:* Justin S. Levy
8117 Preston Road, Suite 300                                            *Modified:*
Dallas, TX 75225

  Amount claimed: $200000.00

*History:*

Details  ⚫  42-1   08/13/2024 Claim #42 filed by Allied World Insurance Company, Amount claimed: $200000.00 (Levy, Justin)

         759   07/30/2025 Withdrawal of Claim: 42 *Per Notice of Withdrawal at Docket # 757.* (njc7) Status: Withdraw

*Description:*
*Remarks:*

---

*Creditor:*      (12749673)          **Claim No: 43**                    *Status:*
Jayne Moseley                        *Original Filed Date*: 08/13/2024   *Filed by:* CR
c/o Tran Singh LLP                   *Original Entered Date*: 08/13/2024 *Entered by:* Susan Tran Adams
2502 La Branch Street                                                    *Modified:*
Houston, Texas 77004
*No amounts claimed*

*History:*

Details  ⚫  43-1   08/13/2024 Claim #43 filed by Jayne Moseley, Amount claimed: (Adams, Susan)

*Description:*
*Remarks:*

---

*Creditor:*      (12749736)          **Claim No: 44**                    *Status:*
Locklin Consulting, LLC              *Original Filed Date*: 08/13/2024   *Filed by:* AT
17319 Fountainbluff Drive            *Original Entered Date*: 08/13/2024 *Entered by:* H Anthony Hervol
San Antonio, Texas 78248                                                *Modified:*

  Amount  claimed: $1461237.50
  Secured claimed:      $0.00

*History:*

Details  ⚫  44-1   08/13/2024 Claim #44 filed by Locklin Consulting, LLC, Amount claimed: $1461237.50 (Hervol, H)

*Description:* (44-1) Structural inspections and estimating services
*Remarks:*

Priority   claimed:          $0.00

*History:*

Details    ● 　44-1　08/13/2024 Claim #44 filed by Locklin Consulting, LLC, Amount claimed: $1461237.50 (Hervol, H)

*Description:* (44-1) Structural inspections and estimating services
*Remarks:*


| *Creditor:*    (12749742) | **Claim No: 45** | *Status:* |
|---|---|---|
| Katherine Monson, et al | *Original Filed Date*: 08/13/2024 | *Filed by:* CR |
| 1100 Poydras Street | *Original Entered Date*: 08/13/2024 | *Entered by:* Robert Emmet Couhig, Jr |
| Suite 3250 | | *Modified:* |
| New Orleans, LA 70163 | | |

 Amount claimed: $5000000.00

*History:*

Details   ● 　45-1　08/13/2024 Claim #45 filed by Katherine Monson, et al, Amount claimed: $5000000.00 (Couhig, Robert)

　697　06/18/2025 Objection to Claim Number 45 by Claimant Katherine Monson, Individually and for all Similarly Situated in Plaintiff Case. Katherine Monson, Individually and for all Similarly Situated in Plaintiff Case. (Attachments: # 1 Exhibit A - Katherine Monson's Complaint # 2 Exhibit B - Stay Order # 3 Exhibit C - Show Cause Order # 4 Exhibit D - Katherine Monson's Opposition to Order Lifting Stay # 5 Exhibit E - Proof of Claim Filed by Katherine Monson # 6 Exhibit F - Declaration # 7 Proposed Order) (Goott, Miriam)

*Description:* (45-1) unlawful barratry & solicitation of plaintiff class under TX GOVT § 82.0651
*Remarks:*


| *Creditor:*    (12671341) | **Claim No: 46** | *Status:* |
|---|---|---|
| PCG - Property Loss Consultants | *Original Filed Date*: 08/13/2024 | *Filed by:* CR |
| 2000 Mallory Lane | *Original Entered Date*: 08/13/2024 | *Entered by:* Lisa M. Norman |
| Suite 130, #239 | | *Modified:* |
| Franklin, TN 37067 | | |

 Amount claimed: $10952426.20

*History:*

Details   ● 　46-1　08/13/2024 Claim #46 filed by PCG - Property Loss Consultants, Amount claimed: $10952426.20 (Norman, Lisa)

*Description:* (46-1) state court judgment
*Remarks:* (46-1) see attached


| *Creditor:*    (12749871) | **Claim No: 47** | *Status:* |
|---|---|---|
| Cristobal M. Galindo, P.C. | *Original Filed Date*: 08/13/2024 | *Filed by:* CR |
| c/o Charlie Shelton | *Original Entered Date*: 08/13/2024 | *Entered by:* Todd Brice Headden |
| Hayward PLLC | | *Modified:* |
| 7600 Burnet Road, Suite 530 | | |
| Austin, Texas 78757 | | |

*No amounts claimed*

*History:*

Details   ● 　47-1　08/13/2024 Claim #47 filed by Cristobal M. Galindo, P.C., Amount claimed: (Headden, Todd)

　518　02/05/2025 Objection to Claim Number 47 by Claimant Cristobal M. Galindo, P.C.. Cristobal M. Galindo, P.C.. (Attachments: # 1 Exhibit A - Proof of Claim # 2 Exhibit Declaration # 3 Proposed Order) (Goott, Miriam)

*Description:*
*Remarks:*

*Creditor:*      (12750010)
Global Estimating Services, Inc.
c/o Andrews Myers, PC
Attn: Lisa M. Norman
1885 Saint James Place, 15th Fl
Houston, Texas 77056

**Claim No: 48**
*Original Filed Date*: 08/13/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* Lisa M. Norman
*Modified:*

  Amount claimed: $10707640.07

*History:*
Details  ●  48-1   08/13/2024 Claim #48 filed by Global Estimating Services, Inc., Amount claimed: $10707640.07
                    (Norman, Lisa)
*Description:* (48-1) services provided
*Remarks:* (48-1) see attached

*Creditor:*      (12750012)
Access Restoration Services US, Inc.
c/o Andrews Myers, PC
Attn: Lisa M. Norman
1885 Saint James Place, 15th Fl
Houston, Texas 77056

**Claim No: 49**
*Original Filed Date*: 08/13/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* Lisa M. Norman
*Modified:*

  Amount claimed: $3365843.05

*History:*
Details  ●  49-1   08/13/2024 Claim #49 filed by Access Restoration Services US, Inc., Amount claimed: $3365843.05
                    (Norman, Lisa)
*Description:* (49-1) money loaned / fraud, breach of agreement, Securities Act Violation
*Remarks:* (49-1) see attached

*Creditor:*      (12671253)
Equal Access Justice Fund, LP
c/o Fred Johnson
Spencer Fane, LLP
3040 Post Oak Blvd, Suite 1400
Houston, TX 77056

**Claim No: 50**
*Original Filed Date*: 08/13/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* Misty A Segura
*Modified:*

  Amount  claimed: $18360133.07
  Secured claimed: $18360133.07

*History:*
Details  ●  50-1   08/13/2024 Claim #50 filed by Equal Access Justice Fund, LP, Amount claimed: $18360133.07 (Segura,
                    Misty)
*Description:* (50-1) money loaned
*Remarks:*

*Creditor:*      (12750175)
EAJF ESQ Fund, LP
c/o Misty A. Segura, Spencer Fane, LLP
3040 Post Oak Blvd., Ste. 1400
Houston, TX 77056

**Claim No: 51**
*Original Filed Date*: 08/13/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* Misty A Segura
*Modified:*

  Amount  claimed: $19187499.24
  Secured claimed: $19187499.24

*History:*
Details  ●  51-1   08/13/2024 Claim #51 filed by EAJF ESQ Fund, LP, Amount claimed: $19187499.24 (Segura, Misty)
*Description:* (51-1) money loaned
*Remarks:*

*Creditor:*      (12750266)  **Claim No: 52**  *Status:*
LeeRoy Jefferson  *Original Filed Date*: 08/13/2024  *Filed by:* CR
2667 Sligo Road  *Original Entered Date*: 08/14/2024  *Entered by:* 1 Dorina Reyna DorinaReyna
Haughton, LA 71037  *Modified:*

  Amount claimed: $60000.00

*History:*

 Details   ●   52-1   08/13/2024 Claim #52 filed by LeeRoy Jefferson, Amount claimed: $60000.00 (DorinaReyna, 1)

*Description:*
*Remarks:*

*Creditor:*      (12750769)  **Claim No: 53**  *Status:*
John Zachary Moseley  *Original Filed Date*: 08/15/2024  *Filed by:* CR
1235 N. Loop West, Suite 810  *Original Entered Date*: 08/15/2024  *Entered by:* 2 FrancesCarbiaTERM
Houston, TX 77008  *Modified:*
*No amounts claimed*

*History:*

 Details   ●   53-1   08/15/2024 Claim #53 filed by John Zachary Moseley, Amount claimed: (FrancesCarbiaTERM, 2)

*Description:* (53-1) see exhibit A
*Remarks:*

*Creditor:*      (12750816)  **Claim No: 54**  *Status:*
Disaster Solutions  *Original Filed Date*: 08/15/2024  *Filed by:* CR
192 Solhelm Lane  *Original Entered Date*: 08/15/2024  *Entered by:* 1 Dorina Reyna DorinaReyna
Raleigh, NC 27603  *Modified:*

  Amount claimed: $10205584.09

*History:*

 Details   ●   54-1   08/15/2024 Claim #54 filed by Disaster Solutions, Amount claimed: $10205584.09 (DorinaReyna, 1)

*Description:* (54-1) structural inspections and estimating services
*Remarks:*

*Creditor:*      (12751344)  **Claim No: 55**  *Status:*
Morgan Law Group, P.A.  *Original Filed Date*: 08/16/2024  *Filed by:* CR
1331 Ochsner Blvd., Ste. 101  *Original Entered Date*: 08/16/2024  *Entered by:* 1 Dorina Reyna DorinaReyna
Covington, LA 70433  *Modified:*

  Amount claimed: $36867.09

*History:*

 Details   ●   55-1   08/16/2024 Claim #55 filed by Morgan Law Group, P.A., Amount claimed: $36867.09 (DorinaReyna, 1)

*Description:* (55-1) attorney fees and costs owed
*Remarks:*

*Creditor:*      (12671288)  **Claim No: 56**  *Status:*
James McClenny  *Original Filed Date*: 08/20/2024  *Filed by:* CR
380 Ridge Lake Scenic Dr.  *Original Entered Date*: 08/20/2024  *Entered by:* John Garrison Jordan
Montgomery, TX 77316  *Modified:*

  Amount claimed: $35000.00

*History:*

 Details   ●   56-1   08/20/2024 Claim #56 filed by James McClenny, Amount claimed: $35000.00 (Jordan, John)

*Description:* (56-1) Agreement to indemnify creditor for legal fees and costs
*Remarks:*

*Creditor:* (12755723)
Mary C. Augustine
210 Addie Drive
Crowley, LA 70526
*No amounts claimed*

**Claim No: 57**
*Original Filed Date*: 08/23/2024
*Original Entered Date*: 08/23/2024

*Status:*
*Filed by:* CR
*Entered by:* 1 Dorina Reyna DorinaReyna
*Modified:*

*History:*

Details ◉ 57-1 08/23/2024 Claim #57 filed by Mary C. Augustine, Amount claimed: (DorinaReyna, 1)

*Description:*
*Remarks:*

---

*Creditor:* (12765667)
CURTRECHIA NUNN
5015 B PLACE
MERIDIAN, MS 39305
Amount claimed: $74130.51

**Claim No: 58**
*Original Filed Date*: 09/09/2024
*Original Entered Date*: 09/09/2024

*Status:*
*Filed by:* CR
*Entered by:* 2 FrancesCarbiaTERM
*Modified:*

*History:*

Details ◉ 58-1 09/09/2024 Claim #58 filed by CURTRECHIA NUNN, Amount claimed: $74130.51 (FrancesCarbiaTERM, 2)

*Description:* (58-1) HURRICANE IDA FRAUD VICTIM
*Remarks:*

---

*Creditor:* (12767135)
Jesse P Barnett III
2587 Bayou Rd
Port Barre, LA 70577
Amount claimed: $15000.00

**Claim No: 59**
*Original Filed Date*: 09/09/2024
*Original Entered Date*: 09/11/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 DMcKinnieRichardson
*Modified:*

*History:*

Details ◉ 59-1 09/09/2024 Claim #59 filed by Jesse P Barnett III, Amount claimed: $15000.00 (DMcKinnieRichardson, 4)

*Description:*
*Remarks:* (59-1) legal malpractice

---

*Creditor:* (12770750)
Wayne J. Adams
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004
*No amounts claimed*

**Claim No: 60**
*Original Filed Date*: 09/18/2024
*Original Entered Date*: 09/18/2024

*Status:*
*Filed by:* CR
*Entered by:* David Eric Kassab
*Modified:*

*History:*

Details ◉ 60-1 09/18/2024 Claim #60 filed by Wayne J. Adams, Amount claimed: (Kassab, David)

*Description:*
*Remarks:*

---

*Creditor:* (12770751)
Dwane Borel
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004

**Claim No: 61**
*Original Filed Date*: 09/18/2024
*Original Entered Date*: 09/18/2024

*Status:*
*Filed by:* CR
*Entered by:* David Eric Kassab
*Modified:*

*History:*

Details ◉ 61-1 09/18/2024 Claim #61 filed by Dwane Borel, Amount claimed: (Kassab, David)

*Description:*
*Remarks:*

*No amounts claimed*

*History:*

Details ⚫ 61-1   09/18/2024 Claim #61 filed by Dwane Borel, Amount claimed: (Kassab, David)

*Description:*

*Remarks:*


*Creditor:*       (12770752)       **Claim No: 62**                              *Status:*
Claude Britton, III                  *Original Filed Date*: 09/18/2024        *Filed by:* CR
c/o The Kassab Law Firm              *Original Entered Date*: 09/18/2024      *Entered by:* David Eric Kassab
1214 Elgin Street                                                            *Modified:*
Houston, Texas 77004
eserve@kassab.law
*No amounts claimed*

*History:*

Details ⚫ 62-1   09/18/2024 Claim #62 filed by Claude Britton, III, Amount claimed: (Kassab, David)

*Description:*

*Remarks:*


*Creditor:*       (12770754)       **Claim No: 63**                              *Status:*
Bonnie J. Brown                      *Original Filed Date*: 09/18/2024        *Filed by:* CR
c/o The Kassab Law Firm              *Original Entered Date*: 09/18/2024      *Entered by:* David Eric Kassab
1214 Elgin Street                                                            *Modified:*
Houston, Texas 77004
eserve@kassab.law
*No amounts claimed*

*History:*

Details ⚫ 63-1   09/18/2024 Claim #63 filed by Bonnie J. Brown, Amount claimed: (Kassab, David)

*Description:*

*Remarks:*


*Creditor:*       (12770755)       **Claim No: 64**                              *Status:*
Lloyd Cox                            *Original Filed Date*: 09/18/2024        *Filed by:* CR
c/o The Kassab Law Firm              *Original Entered Date*: 09/18/2024      *Entered by:* David Eric Kassab
1214 Elgin Street                                                            *Modified:*
Houston, Texas 77004
eserve@kassab.law
*No amounts claimed*

*History:*

Details ⚫ 64-1   09/18/2024 Claim #64 filed by Lloyd Cox, Amount claimed: (Kassab, David)

*Description:*

*Remarks:*


*Creditor:*       (12770756)       **Claim No: 65**                              *Status:*
James S. Dartez                      *Original Filed Date*: 09/18/2024        *Filed by:* CR
c/o The Kassab Law Firm              *Original Entered Date*: 09/18/2024      *Entered by:* David Eric Kassab
1214 Elgin Street                                                            *Modified:*
Houston, Texas 77004
eserve@kassab.law
*No amounts claimed*

*History:*

Details ⚫ 65-1   09/18/2024 Claim #65 filed by James S. Dartez, Amount claimed: (Kassab, David)

*Description:*

*Remarks:*

*Creditor:*          (12770757)
Curtis R. Davis
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004
eserve@kassab.law
*No amounts claimed*

**Claim No: 66**
*Original Filed Date*: 09/18/2024
*Original Entered Date*: 09/18/2024

*Status:*
*Filed by:* CR
*Entered by:* David Eric Kassab
*Modified:*

*History:*
Details   ● 66-1   09/18/2024 Claim #66 filed by Curtis R. Davis, Amount claimed: (Kassab, David)
*Description:*
*Remarks:*


*Creditor:*          (12770758)
Lynda L. Jenkins
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004
eserve@kassab.law
*No amounts claimed*

**Claim No: 67**
*Original Filed Date*: 09/18/2024
*Original Entered Date*: 09/18/2024

*Status:*
*Filed by:* CR
*Entered by:* David Eric Kassab
*Modified:*

*History:*
Details   ● 67-1   09/18/2024 Claim #67 filed by Lynda L. Jenkins, Amount claimed: (Kassab, David)
*Description:*
*Remarks:*


*Creditor:*          (12770759)
Carey D. Yazeed
c/o The Kassab Law Firm
1214 Elgin Street
Houston, Texas 77004
eserve@kassab.law
*No amounts claimed*

**Claim No: 68**
*Original Filed Date*: 09/18/2024
*Original Entered Date*: 09/18/2024

*Status:*
*Filed by:* CR
*Entered by:* David Eric Kassab
*Modified:*

*History:*
Details   ● 68-1   09/18/2024 Claim #68 filed by Carey D. Yazeed, Amount claimed: (Kassab, David)
*Description:*
*Remarks:*


*Creditor:*          (12791728)
Katrena Henderson & Charles Tapp
4614 Quarter Charge Dr
Annandale, VA 22003

Amount  claimed: $557250.00
Secured claimed:       $0.00
Priority   claimed:       $0.00

**Claim No: 69**
*Original Filed Date*: 10/14/2024
*Original Entered Date*: 10/14/2024

*Status:*
*Filed by:* CR
*Entered by:* Kyle J Nutt
*Modified:*

*History:*
Details   ● 69-1   10/14/2024 Claim #69 filed by Katrena Henderson & Charles Tapp, Amount claimed: $557250.00 (Nutt, Kyle)
*Description:* (69-1) Legal Malpractice/Breach of Fiduciary Duty/Negligent Hiring/Supervision
*Remarks:*

*Creditor:*      (12804987)                    **Claim No: 70**                    *Status:*
Destiney Griffin                               *Original Filed Date*: 11/01/2024   *Filed by:* CR
3841 Accacia Lane                              *Original Entered Date*: 11/04/2024 *Entered by:* 2 DarleneHansen
Harvey, LA 70058                                                                  *Modified:* 11/04/2024

 Amount claimed: $27125.00

*History:*

 Details    ●   70-1   11/01/2024 Claim #70 filed by Destiney Griffin, Amount claimed: $27125.00 (DarleneHansen, 2)

*Description:*

*Remarks:*

*Creditor:*      (12912777)                    **Claim No: 71**                    *Status:*
Bayou Adjusting LLC                            *Original Filed Date*: 03/31/2025   *Filed by:* CR
c/o Matthew R. Addison                         *Original Entered Date*: 03/31/2025 *Entered by:* 1 Dorina Reyna DorinaReyna
29675 Christopher Blvd                                                            *Modified:*
Walker, LA 70785

 Amount claimed: $435000.00

*History:*

 Details    ●   71-1   03/31/2025 Claim #71 filed by Bayou Adjusting LLC, Amount claimed: $435000.00 (DorinaReyna, 1)

*Description:* (71-1) services performed, appraisals

*Remarks:*

*Creditor:*      (12923286)                    **Claim No: 72**                    *Status:*
Sorted Lake Charles                            *Original Filed Date*: 04/14/2025   *Filed by:* CR
Elizabeth Alexander                            *Original Entered Date*: 04/14/2025 *Entered by:* 4 M BrittanyNicklaus
4309 Essex St                                                                     *Modified:*
Lake Charles, LA 70605

 Amount claimed: $196690.50

*History:*

 Details    ●   72-1   04/14/2025 Claim #72 filed by Sorted Lake Charles, Amount claimed: $196690.50 (BrittanyNicklaus, 4)

*Description:*

*Remarks:*

*Creditor:*      (13404715)                    **Claim No: 73**                    *Status:*
Jeffrey Alan Vitt Irrevocable Trust            *Original Filed Date*: 07/23/2026   *Filed by:* CR
12791 S. 4230 Road                             *Original Entered Date*: 07/23/2026 *Entered by:* Jeffrey A Vitt
Chelsea, OK 74016                                                                 *Modified:*

 Amount claimed: $646305.06

*History:*

 Details    ●   73-1   07/23/2026 Claim #73 filed by Jeffrey Alan Vitt Irrevocable Trust, Amount claimed: $646305.06 (Vitt, Jeffrey)

           1610   07/30/2026 Objection to Claim Number 73 by Claimant JEFFREY ALAN VITT. JEFFREY ALAN VITT. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Proposed Order) (Goott, Miriam)

*Description:* (73-1) Conversion, Breach of Fiduciary Duty, Misappropriation of Registry Funds if paid.

*Remarks:* (73-1) Action: Master Omnibus Addendum Attached. Explicit reservation of rights for unliquidated damages, Rule 2004 discovery, and Joint & Several Liability.

*Creditor:*      (13404698)     **Claim No: 74**     *Status:*
Vitt 121, Ltd., and affiliated Entities     *Original Filed Date*: 07/23/2026     *Filed by:* CR
*Original Entered Date*: 07/23/2026     *Entered by:* Jeffrey A Vitt
*Modified:*

 Amount claimed: $25000000.00

*History:*

Details   ⬤   74-1   07/23/2026 Claim #74 filed by Vitt 121, Ltd., and affiliated Entities, Amount claimed: $25000000.00 (Vitt, Jeffrey)

 1611   07/30/2026 Objection to Claim Number 74 by Claimant VITT 121, LTD. AND AFFILIATED ENTITIES. VITT 121, LTD. AND AFFILIATED ENTITIES. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Proposed Order) (Goott, Miriam)

*Description:* (74-1) See attached Master Omnibus Addendum.

*Remarks:* (74-1) Action: Legal Malpractice, Breach of Contract, Sabotaged Insurance Claims (Farmers, Gen Star, Guard), allowing unchallenged foreclosures and asset degradation

*Creditor:*      (13404789)     **Claim No: 75**     *Status:*
Jeffrey Alan Vitt, Individually & Rep. Doe /     *Original Filed Date*: 07/23/2026     *Filed by:* CR
XYZ E     *Original Entered Date*: 07/23/2026     *Entered by:* Jeffrey A Vitt
12791 S. 4230 Road     *Modified:*
Chelsea, OK 74016

 Amount claimed: $325000000.00

*History:*

Details   ⬤   75-1   07/23/2026 Claim #75 filed by Jeffrey Alan Vitt, Individually & Rep. Doe / XYZ E, Amount claimed: $325000000.00 (Vitt, Jeffrey)

 1609   07/30/2026 Objection to Claim Number 75 by Claimant JEFFREY ALAN VITT. JEFFREY ALAN VITT. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Proposed Order) (Goott, Miriam)

 1612   07/30/2026 Objection to Claim Number 75 by Claimant jeffrey Alan Vitt. jeffrey Alan Vitt. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Proposed Order) (Goott, Miriam)

*Description:* (75-1) Action: Civil RICO (18 U.S.C. § 1962), Sherman Act, Corporate Espionage, Civil Conspiracy. Anchored by suppression of the $300M+ CyberlinkASP/PTS valuations.

*Remarks:* (75-1) Master Omnibus Addendum

# Claims Register Summary

**Case Name:** MMA Law Firm, PLLC and Official Committee of Unsecured Creditors
**Case Number:** 24-31596
**Chapter:** 11
**Date Filed:** 04/09/2024
**Total Number Of Claims:** 75

| | |
|---|---|
| **Total Amount Claimed*** | $446041836.00 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $37598124.68 | |

| Priority | $4994132.57 | |
|---|---|---|
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/31/2026 10:39:41 | | | |
| **PACER Login:** | johniepatterson | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 24-31596 Filed or Entered From: 7/30/2021 Filed or Entered To: 12/31/2026 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |