**Fill in this information to identify the case**

Debtor name  **MMA Law Firm, PLLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known)  **24-31596**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1.    **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

2.    **Cash on hand**

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Commercial checking account at Veritex Community Bank** | **Checking account** | 9 3 9 9 | $44,504.78 |
| 3.2. | **IOLTA account at Veritex Community Bank** | **Checking account** | 9 4 0 7 | $262,931.19 |
| 3.3. | **IOLTA account at Veritex Community Bank** | **Checking account** | 9 4 1 5 | $843,262.71 |
| 3.4. | **Business checking account at Chase** | **Checking account** | 8 5 2 0 | $49,332.93 |
| 3.5. | **IOLTA Trust account at Chase** | **Checking account** | 9 2 1 7 | $39,697.75 |

4.    **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5.    **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$1,239,729.36**

## Part 2:  Deposits and prepayments

6.    **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Debtor  **MMA Law Firm, PLLC**                          Case number (if known)   **24-31596**

     Name

                                                                      **Current value of debtor's interest**

**7.** **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

**9.** **Total of Part 2.**                                                                     **$0.00**

    Add lines 7 through 8.  Copy the total to line 81.

## Part 3:  Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ☑ Yes.  Fill in the information below.

                                                                **Current value of debtor's interest**

**11.** **Accounts receivable**

11a.  90 days old or less:    **$0.00**    –    **$0.00**    = .............. →    **$0.00**
                             face amount                   doubtful or uncollectible accounts

11b.  Over 90 days old:    **$238,406.98**    –    **$0.00**    = .............. →    **$238,406.98**
                             face amount                   doubtful or uncollectible accounts

**12.** **Total of Part 3**                                                                   **$238,406.98**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4:  Investments

**13.** **Does the debtor own any investments?**

    ☑ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

                                                      **Valuation method**       **Current value of**
                                                      **used for current value**    **debtor's interest**

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                      % of ownership:

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Describe:

**17.** **Total of Part 4**                                                                    **$0.00**

    Add lines 14 through 16.  Copy the total to line 83.

## Part 5:  Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No.  Go to Part 6.
    ☐ Yes.  Fill in the information below.

Official Form 206A/B           **Schedule A/B: Assets -- Real and Personal Property**           page 2

Debtor   **MMA Law Firm, PLLC**                                Case number (if known)   __24-31596__
_____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

|  |
|---|
| **$0.00** |

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

|  |
|---|
| **$0.00** |

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Official Form 206A/B            **Schedule A/B: Assets -- Real and Personal Property**            page 3

Debtor  **MMA Law Firm, PLLC**                                    Case number (if known)  **24-31596**
        Name

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **Desk - Reception Area** | | | $50.00 |
| **Table in reception area.** | | | $40.00 |
| **Two end tables in reception area.** | | | $20.00 |
| **Coffee table in reception area.** | | | $30.00 |
| **Two file cabinets in reception area.** | | | $40.00 |
| **Two Brown Leather Chairs in reception area.** | | | $100.00 |
| **Black Leather Couch in reception area.** | | | $100.00 |
| **White desk in reception area.** | | | $40.00 |
| **Conference table in big conference room.** | | | $500.00 |
| **White Board in Big Conference Room.** | | | $10.00 |
| **Black leather rolling chair in Big Conference Room.** | | | $50.00 |
| **Art in big conference room (Bulls)** | | | $0.00 |
| **Mini Fridge in Big Conferene Room.** | | | $50.00 |
| **End table in Big Conference Room** | | | $50.00 |
| **Trash can in Big Conference Room** | | | $5.00 |
| **Items in small kitchen: a) jura machine $100; b) microwave $20; c) First aid box $10; d) Water machine $50; e) Trash can $5** | | | $185.00 |
| **Refrigerator in small kitchen** | | | $50.00 |
| **Utensil machine in small kitchen** | | | $10.00 |
| **K-cup holder in small kitchen** | | | $5.00 |
| **Office #1: U-shaped desk $50; white board $10; two black chairs $20; small trasch can $5; mintorio $50** | | | $135.00 |
| **TV in small conference room.** | | | $150.00 |
| **Five black chairs in in small conference room.** | | | $250.00 |
| **White Board in Small Conference Room** | | | $50.00 |
| **White Board in Small Conference Room** | | | $50.00 |
| **Credenza in Small Conference Room** | | | $50.00 |
| **Two Trash Cans in Small Conference Room** | | | $10.00 |
| **Conference Table in Small Conference Room** | | | $100.00 |
| **Two White Chairs in Waiting area** | | | $80.00 |
| **End Table in Waiting area** | | | $10.00 |
| **bookshelf in Waiting area** | | | $20.00 |

Debtor   **MMA Law Firm, PLLC**          Case number (if known)    **24-31596**
       Name

| Item | | | Value |
|---|---|---|---|
| **Desk in Office #4** | | | **$50.00** |
| **Two Monitors (Acer Asus) in Office #4** | | | **$40.00** |
| **Two Black Leather Chairs in Office #4** | | | **$100.00** |
| **Desk Chair in Office #4** | | | **$20.00** |
| **Desk in Office #6** | | | **$30.00** |
| **Drawers in Office #4** | | | **$10.00** |
| **Bookshelf in Office #4** | | | **$20.00** |
| **White Board in Office #4** | | | **$10.00** |
| **Desk in Office #6** | | | **$30.00** |
| **Credenza in Office #6** | | | **$50.00** |
| **Two Pink Chairs in Office #6** | | | **$40.00** |
| **White Board in Office #6** | | | **$50.00** |
| **End Table in Office #6** | | | **$10.00** |
| **Two Monitors (Element) in Office #6** | | | **$40.00** |
| **Round Table in Medium Kitchen** | | | **$30.00** |
| **Cold Brew Machine in Medium Kitchen** | | | **$100.00** |
| **Bulletin Board in Medium Kitchen** | | | **$20.00** |
| **Fridge in Medium Kitchen** | | | **$50.00** |
| **Microwave in Medium Kitchen** | | | **$20.00** |
| **Nespresso Machine in Medium Kitchen** | | | **$50.00** |
| **Kuerig in Medium Kitchen** | | | **$20.00** |
| **Three Black Chairs in Medium Kitchen** | | | **$60.00** |
| **Two Trash Cans in Medium Kitchen** | | | **$10.00** |
| **Utensil Machine in Medium Kitchen** | | | **$10.00** |
| **Desk in Office #7** | | | **$50.00** |
| **Two Monitors (HP) in Office #7** | | | **$40.00** |
| **Desk Chair in Office #7** | | | **$20.00** |
| **Two Black Chairs in Office #7** | | | **$40.00** |
| **Credenza in Office #7** | | | **$50.00** |
| **White Board in Office #7** | | | **$10.00** |
| **Desk in Office #8** | | | **$50.00** |
| **Desk Chair in Office #8** | | | **$20.00** |
| **White Board in Office #8** | | | **$30.00** |
| **Credenza in Office #8** | | | **$50.00** |
| **Filing Cabinet in Office #8** | | | **$20.00** |
| **Two Black Chairs in Office #8** | | | **$40.00** |
| **Two Blue Velvet Chairs in Area by Krystal's Office** | | | **$80.00** |
| **End Table in Area by Krystal's Office** | | | **$10.00** |
| **Copy Machine in Area by Krystal's Office** | | | **$50.00** |
| **Night Stand in Area by Krystal's Office** | | | **$10.00** |

Official Form 206A/B        **Schedule A/B: Assets -- Real and Personal Property**        page 5

| Debtor | **MMA Law Firm, PLLC** | | Case number (if known) | **24-31596** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **Coffee Bar in Area by Krystal's Office** | | | $40.00 |
| **Jura Machine in Area by Krystal's Office** | | | $100.00 |
| **Desk in Office #10** | | | $50.00 |
| **Credenza in Office #10** | | | $50.00 |
| **White Board in Office #10** | | | $30.00 |
| **Two Black Chairs in Office #10** | | | $40.00 |
| **Brown Leather Couch in Office #11** | | | $80.00 |
| **Brown Leather Rolling Chair in Office #11** | | | $50.00 |
| **Cowhide Rug in Office #11** | | | $50.00 |
| **White Board in Office #11** | | | $40.00 |
| **Desk in Office #11** | | | $60.00 |
| **Credenza in Office #11** | | | $50.00 |
| **Two Brown Leather Chairs in Office #11** | | | $100.00 |
| **Bookcase in Office #11** | | | $20.00 |
| **Telescope in Office #11** | | | $50.00 |
| **TV (Samsung) in** | | | $150.00 |
| **Two Monitors (Samsung) in Office #12** | | | $40.00 |
| **Desk in Office #12** | | | $50.00 |
| **Three Bookshelves in Office #12** | | | $60.00 |
| **Credenza in Office #12** | | | $50.00 |
| **Rolling Chair in Office #12** | | | $20.00 |
| **Two Black Chairs in** | | | $40.00 |
| **Round Table in Office #13** | | | $30.00 |
| **Two Black Chairs in Office #13** | | | $40.00 |
| **White Board in Office #13** | | | $10.00 |
| **Credenza in Office #13** | | | $50.00 |
| **Bookshelf in Office #13** | | | $20.00 |
| **Desk in** | | | $50.00 |
| **Rolly Chair in Office #13** | | | $20.00 |
| **Three Desks in Office #14** | | | $150.00 |
| **Bookshelf in Office #14** | | | $20.00 |
| **White Board in Office #14** | | | $10.00 |
| **Two Rolling Chairs in Office #14** | | | $40.00 |
| **White Board in Office #17** | | | $30.00 |
| **Desk in Office #17** | | | $50.00 |
| **Credenza in Office #17** | | | $50.00 |
| **Two Black Chairs in Office #17** | | | $40.00 |
| **Rolling Chair in Office #17** | | | $20.00 |
| **Two Monitors (HP) in Office #17** | | | $40.00 |
| **Filing Cabinet in Office #18** | | | $20.00 |

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **L-Shaped Desk in Office #18** | | | $60.00 |
| **Rolling Chair in Office #18** | | | $20.00 |
| **Bookshelf in Office #18** | | | $20.00 |
| **Two Black Chairs in** | | | $40.00 |
| **Two Monitors (HP) in Office #18** | | | $40.00 |
| **Filing Cabinet in Office #19** | | | $20.00 |
| **Two Desks in Office #19** | | | $100.00 |
| **White Board in Office #19** | | | $10.00 |
| **Two Rolling Chairs in Office #19** | | | $40.00 |
| **Two Night Stands in Office #19** | | | $20.00 |
| **Four Monitors (Acer) in Office #19** | | | $80.00 |
| **White Board in Office #20** | | | $10.00 |
| **Filing Cabinet in Office #20** | | | $20.00 |
| **Two Nightstands in Office #20** | | | $20.00 |
| **Two Desks in Office #20** | | | $100.00 |
| **Rolling Chair in Office #20** | | | $20.00 |
| **Two Monitors (Acer) in Office #20** | | | $40.00 |
| **Small Printer in Office #20** | | | $20.00 |
| **Table in Office #21** | | | $80.00 |
| **TV in Office #21** | | | $100.00 |
| **Night Stand in Office #21** | | | |
| | | | $10.00 |
| **Desk in Office #21** | | | $60.00 |
| **Credenza in Office #21** | | | $50.00 |
| **Big Credenza in Office #21** | | | $60.00 |
| **Eight Black Chairs in Office #21** | | | $160.00 |
| **Two Monitors (Acer) in Office #21** | | | $40.00 |
| **L-Shaped Desk in Office #22** | | | $60.00 |
| **Bookshelf in Office #22** | | | $20.00 |
| **Two Black Chairs in Office #22** | | | $40.00 |
| **Rolling Chair in Office #22** | | | $20.00 |
| **White Board in Office #22** | | | $10.00 |
| **Night Stand in Office #22** | | | $10.00 |
| **Credenza in Office #22** | | | $50.00 |
| **Bookshelf in Office #23** | | | $20.00 |
| **Desk in Office #23** | | | $50.00 |
| **Two Black Chairs in Office #23** | | | $40.00 |
| **Two Monitors (Acer) in Office #23** | | | $40.00 |
| **White Board in Office #23** | | | $10.00 |
| **Bookshelf in Office #24** | | | $20.00 |

Case 24-31596 Document 644-1 Filed in TXSB on 04/23/26 Page 8 of 208

Debtor **MMA Law Firm, PLLC**      Case number (if known) **24-31596**
Name

| | | | |
|---|---|---|---|
| **Two Black Chairs in Office #24** | | | $40.00 |
| **Desk in Office #24** | | | $50.00 |
| **Rolling Chair in Office #24** | | | $20.00 |
| **Credenza in Office #24** | | | $50.00 |
| **White Board in Office #24** | | | $10.00 |
| **Two Monitors (Acer) in Office #24** | | | $40.00 |
| **Shared Desk in Area in Back** | | | $60.00 |
| **Filing Cabinet in Area in Back** | | | $20.00 |
| **Two Monitors (Acer) in Area in Back** | | | $40.00 |
| **Copy Machine in Area in Back** | | | $50.00 |
| **Three Small Desks w/ Wall in Mailroom** | | | $120.00 |
| **Shared Desk in Mailroom** | | | $60.00 |
| **Two Filing Cabinets in Mailroom** | | | $40.00 |
| **Credenza in Mailroom** | | | $50.00 |
| **Table in Mailroom** | | | $30.00 |
| **Rolling Shelf in Mailroom** | | | $20.00 |
| **Two Small Filing Cabinets in Mailroom** | | | $30.00 |
| **Two Night Stands in Mailroom** | | | $20.00 |
| **Round Table in Wellness Room** | | | $30.00 |
| **Bookshelf in Wellness Room** | | | $20.00 |
| **Two Rolling Chairs in Wellness Room** | | | $40.00 |
| **Mini Fridge in Wellness Room** | | | $50.00 |
| **Two Wooden Chairs in Wellness Room** | | | $20.00 |
| **Four Black Chairs in Wellness Room** | | | $80.00 |
| **Yellow Couch in Wellness Room** | | | $50.00 |
| **3 Person Cubicle in Bullpen Area** | | | $100.00 |
| **L-Shaped Cubicle in Bullpen Area** | | | $100.00 |
| **4 Person Cubicle in Bullpen Area** | | | $150.00 |
| **Two Wish Bone Cubicle (Seats 6) in Bullpen Area** | | | $400.00 |
| **Six Asus Monitors (24") in Bullpen Area** | | | $120.00 |
| **Sixteen Acer Monitors (27") in Bullpen Area** | | | $320.00 |
| **Four HP Monitors (21.5") in Bullpen Area** | | | $60.00 |
| **Four LG Monitors (24") in Bullpen Area** | | | $80.00 |
| **Two View Sonic Monitors (24") in Bullpen Area** | | | $40.00 |
| **Two Acer Monitors (22") in Bullpen Area** | | | $30.00 |
| **Two Small Tables (53 x 27) in Bullpen Area** | | | $40.00 |
| **Fourteen Shelves (78 x 86) in Supply Closet** | | | $280.00 |
| **Desk (60 x 27) in Supply Closet** | | | $40.00 |
| **Two Black Wire Shelves (65 x 70) in Marketing Closet** | | | $40.00 |

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Fridge in Kitchen #3** | | | **$50.00** |
| **Microwave in Kitchen #3** | | | **$20.00** |
| **Kuerig Machine in Kitchen #3** | | | **$20.00** |
| **Ice Maker in Kitchen #3** | | | **$50.00** |
| **Two Silver Tables (31 x 31) in Kitchen #3** | | | **$40.00** |
| **Four Silver Chairs in Kitchen #3** | | | **$40.00** |
| **Three Tall Chairs in Kitchen #3** | | | **$60.00** |
| **Located in Storage Unit: Three Large Interior Signage - Firm Logo** | | | **$100.00** |
| **Located in Stoage Unit: Antique Desk** | | | **$50.00** |
| **Located in Storage Unit: Umbrella Stand** | | | **$5.00** |
| **Located in Storage Unit: Magazine Rack** | | | **$5.00** |
| **Located in Storage Unit: Decorative Globe** | | | **$10.00** |
| **Located in Storage Unit: Electronic Trash Bin** | | | **$5.00** |
| **Located in Storage Unit: Small Wooden Grey Accent Table** | | | **$10.00** |
| **Located in Storage Unit: Two Light Tan Leather Chairs** | | | **$0.00** |
| **Located in Storage Unit: Short 4-door Wooden Credenza/Media Cabinet** | | | **$50.00** |
| **Located in Storage Unit: Hardwood Round Table with 4 Matching Chairs** | | | **$0.00** |
| **Located in Storage Unit: 2-door Wooden Credenza/Media Cabinet** | | | **$0.00** |
| **Located in Storage Unit: Two 3-Piece Dark Wood Office Furniture Set (Desk, Credenza, 2-Drawer File Cabinet)** | | | **$400.00** |
| **Located in Storage Unit: Three Wooden Conference Room Table** | | | **$150.00** |
| **Located in Storage Unit: Round Dark Wood Kitchen Table** | | | **$30.00** |
| **Located in Storage Unit: 4-Door Black Cabinet** | | | **$40.00** |
| **Located in Storage Unit: Microwave** | | | **$10.00** |
| **Located in Storage Unit: Toaster** | | | **$5.00** |
| **Located in Storage Unit: Six Fabric-Upholstered Cubicle with Desk & Storage Cabinet** | | | **$600.00** |
| **Located in Storage Unit: Two 2-Piece Light Wood Furniture Set (Desk, 2-Drawer File Cabinet)** | | | **$120.00** |
| **Located in Storage Unit: Glass Top Table** | | | **$20.00** |
| **Located in Storage Unit: Marble Top Accent Table** | | | **$20.00** |
| **Located in Storage Unit: Coat Rack** | | | **$5.00** |
| **Located in Storage Unit: Dark Wood Office Credenza (4-Drawer, 2-Door)** | | | **$100.00** |

Debtor  **MMA Law Firm, PLLC**                                    Case number (if known)  **24-31596**
_____
Name

| | | | |
|---|---|---|---|
| **Located in Storage Unit: Three 2-Drawer Dark Wood File Cabinets** | | | $60.00 |
| **Located in Storage Unit: Five 3-Drawer Dark Wood Rolling File Cabinets** | | | $125.00 |
| **Located in Storage Unit: Metal 4-Drawer File Cabinet** | | | $20.00 |
| **Located in Storage Unit: Wooden Bookshelf** | | | $15.00 |
| **Located in Storage Unit: Eight Large Hardwood Table/Desk** | | | $0.00 |
| **Located in Storage Unit: Antique Rolling Writing Desk** | | | $30.00 |
| **Located in Storage Unit: Wooden Table** | | | $20.00 |
| **Located in Storage Unit: White Acrylic Round Kitchen Table with 4 Matching Chairs** | | | $70.00 |
| **Located in Storage Unit: Framed, Glass-Enclosed Bulletin Board** | | | $10.00 |
| **Located in Storage Unit: Small Circle Wood/Metal Accent Table** | | | $10.00 |
| **Located in Storage Unit: Small Wooden Corner Accent Table** | | | $10.00 |
| **Located in Storage Unit: Two Plant Shelf** | | | $20.00 |
| **Located in Storage Unit: Power Cord Cable Management Box** | | | $5.00 |
| **Located in Storage Unit: Two Electronic Paper Shredder** | | | $20.00 |
| **Located in Storage Unit: Thirty Two Mesh Desk/Conference Room Chair (With Wheels)** | | | $960.00 |
| **Located in Storage Unit: Twenty Four Faux-Leather Desk/Conference Room Chair (With Wheels)** | | | $600.00 |
| **Located in Storage Unit: Fourteen Standard Office Chair (Without Wheels)** | | | $280.00 |
| **Located in Storage Unit: Two Blue Velvet Accent Chair** | | | $80.00 |
| **Located in Storage Unit: Computer Monitor** | | | $20.00 |
| **Located in Storage Unit: Computer Monitor Stand/Mount** | | | $10.00 |
| **Located in Storage Unit: Computer Mouse** | | | $5.00 |
| **Located in Storage Unit: Computer Mouse Pad** | | | $2.00 |
| **Located in Storage Unit: Computer Keyboard** | | | $5.00 |
| **Located in Storage Unit: Computer Docking Station** | | | $10.00 |
| **Located in Storage Unit: Computer Keyboard Wrist Rest Pad** | | | $5.00 |
| **Located in Storage Unit: Extension Cord** | | | $3.00 |
| **Located in Storage Unit: Surge-Protector Power Strip** | | | $5.00 |

Official Form 206A/B                   **Schedule A/B: Assets -- Real and Personal Property**                   page 10

Debtor    **MMA Law Firm, PLLC**                                    Case number (if known)    **24-31596**
          Name

| | | | |
|---|---|---|---|
| **Located in Storage Unit: HDMI Cable** | | | **$2.00** |
| **Located in Storage Unit: Phone/Computer Headset** | | | **$100.00** |
| **Located in Storage Unit: Five Large Dry-Erase Board** | | | **$50.00** |
| **Located in Storage Unit: Four Small Corkboard "Bulletin Board" Square** | | | **$20.00** |
| **Located in Storage Unit: Four Small Corkboard "Bulletin Board" Square** | | | **$20.00** |
| **Located in Storage Unit: Chess Set** | | | **$5.00** |
| **Located in Storage Unit: Security Camera** | | | **$20.00** |
| **Located in Storage Unit: Reference Books (e.g., Legal Books, Dictionaries)** | | | **$5.00** |
| **Located in Storage Unit: Magazines** | | | **$1.00** |
| **Located in Storage Unit: Two Watering Can (for Office Plants)** | | | **$6.00** |
| **Located in Storage Unit: Two Decorative Faux Flowers in Glass Vase** | | | **$10.00** |
| **Located in Storage Unit: Folding Plastic/Metal 8' Party Table** | | | **$20.00** |
| **Located in Storage Unit: Four Folding Plastic/Metal Party Chair** | | | **$20.00** |
| **Located in Storage Unit: Trade Show Easel** | | | **$10.00** |
| **Located in Storage Unit: Trade Show Sign Holder** | | | **$5.00** |
| **Located in Storage Unit: Hand Truck/Dolly** | | | **$15.00** |
| **Located in Storage Unit: Misc Office Supplies (e.g., USB Drives, Printer Ink Cartridges, and batteries.** | | | **$0.00** |
| **Located in Storage Unit: Misc Kitchen Supplies (e.g., Dishes, Disposable Dishes, Coffee Mugs, Flatware/Utensils, Disposable Utensils, Candy Jars, Step Stool, Tooth Picks)** | | | **$25.00** |
| **Located in Storage Unit: Misc Holiday Décor (e.g., Large Christmas Tree, Christmas Tree Bag, Ornaments, Garlands, Decorative Lights, Mardi Gras Decor - Masks, Banners, Table Clothes, Flags)** | | | **$125.00** |
| **Located in Storage Unit: Misc Cleaning Supplies (e.g., Sponges, Dish Soap, Dish-Scrubbing Brushes, Disinfectant Wipes, Bleach, Glass Cleaner, Mops, Brooms, Dustpans, Vacuum Cleaners, Carpet-Cleaning Spray, Wood Polisher Cans)** | | | **$35.00** |
| **Located in Storage Unit: Misc Marketing & Promotional Materials (e.g., Coffee Mugs, Plastic Cups, Jackets, Hats, Notepads, Pens, Bags, Plastic Mardi Gras Beads, Coozies, Labels, Mini-Footballs, Cigars, Folders, Pamphlets, Envelopes)** | | | **$100.00** |

Debtor    **MMA Law Firm, PLLC**                                    Case number (if known)    24-31596
          Name

| | | | |
|---|---|---|---|
| **Located in Storage Unit: Misc Arts & Crafts Supplies (e.g., Markers, Pipe Cleaners, Poms, Feathers, Paint Brushes)** | | | $25.00 |
| **Located in Storage Unit: Misc Party Supplies (e.g., Foil Chafing Dishes/Stands, Tea Canister, Metal Ice Bucket, Plastic Ice Bucket, Plastic Serving Platers, Tongs, Serving Spoons, Cake Knives, Mini Strobe Lights)** | | | $50.00 |
| **Extra-Large Exterior Lighted Signage - Not Removed from Exterior of Leased Building. Debtor not in possession.** | | | Unknown |
| **24 Employee parking signage - Not Removed from Leased Parking Space** | | | $20.00 |
| **Located in Storage Unit: Measuring Tape, Lightbulbs, Rubber Storage Bins, Door/Desk Name Plates, and First Aid Kits.** | | | $5.00 |
| **Located in Storage Unit: , Non-Prescription Medications, Hand Sanitizer, Tissue Paper, Decorative Tissue Boxes, and Paper Towels.** | | | $5.00 |
| **Located in Storage Unit: , Paper Towel Holders, Disposable Hand Towels, Disposable Napkins, Liquid Soap, Trash Bags, Bug "Zapper,"** | | | $5.00 |
| **Located in Storage Unit: WD-40 Cans, Wall Spackle, Office & Bathroom Key Copies, Leather Keychains - 2nd Floor Bathroom Keys,** | | | $5.00 |
| **Located in Storage Unit:  Cardboard Moving & Shipping Boxes, Bubble Wrap, Postal Wrapping Paper, Postage Stamps, Postage Sacle, FedEx Mailers, USPS Certified Mail Labels** | | | $10.00 |
| **Located in Storage Unit: Envelope Wet Rollers, Box Openers, 3-Hole Paper Punches, Paper Trimmers, Mail Openers, Scissors, Tape** | | | $10.00 |
| **Located in Storage Unit: Tape Dispensers, File Folders, Desktop File-Sorting Trays, Coasters, Mini Desk Fans, Space Heaters, Cork Book-End Set** | | | $15.00 |
| **Located in Storage Unit: Pencil Cups, Notepads, Sticky Notes, Computer Copy Paper, Stationery, Envelopes, Check Paper, Binders** | | | $20.00 |
| **Located in Storage Unit: Paper Clips, Binder Clips, Thumbtacks, Staples, Staple Removers, Liquid Paper/"Wite-Out," Erasers** | | | $10.00 |
| **Located in Storage Unit: Writing Utensils - Pens, Pencils, Highlighters, Dry-Erase Markers & Permanent Markers** | | | $5.00 |
| **Refrigerator - stored at employee's house** | | | $30.00 |
| **Tall Dark Wood Shelf with Glass Panels - Stored at Employee's House** | | | $20.00 |
| **K-Cup Coffee Machine - Stored at Employee's House** | | | $15.00 |
| **Large Raw-Edge Wooden Desk with Gold Metal Legal - Stored at employee's house.** | | | $100.00 |

Official Form 206A/B                        Schedule A/B: Assets -- Real and Personal Property                        page 12

Debtor **MMA Law Firm, PLLC**
<br>Name

Case number (if known) **24-31596**

| | | | |
|---|---|---|---|
| **Light Tan Leather Chairs - stored at employee's house.** | | | $60.00 |
| **Hardwood Round Table with 4 Matching Chairs - Stored at employee's house** | | | $50.00 |
| **2-door Wooden Credenza/Media Cabinet - Stored at Employee's House.** | | | $40.00 |
| **3 Smart Tvs (55") with Wall Mounts - stored at employee's house.** | | | $300.00 |
| **Tall Silver/Metal Kitchen Trash Can - Stored at Employee's House** | | | $10.00 |
| **3-Drawer Dark Wood Rolling File Cabinets - stored at employee's house.** | | | $75.00 |
| **Wood/Metal Shelving Unit - stored at employee's house.** | | | $40.00 |
| **Small Wooden Desks - stored at employee's house** | | | $80.00 |
| **Microwave - Stored at Employee's House** | | | $10.00 |
| **Coffee/Espresso Machine - Stored at employee's house** | | | $15.00 |
| **Computer Laptop with Power Cord - stored at employee's house.** | | | $450.00 |
| **Xerox Printer/Scanner/Fax Machine - Stored at Xerox Storage Facility.** | | | $100.00 |
| **Standard Inkjet Printer - Stored at Employee's House** | | | $10.00 |
| **Small Waste Bin - Stored at Employee's House** | | | $6.00 |
| **Insulated Cooler - stored at employee's house** | | | $10.00 |
| **Standard Tool Kit - Stored at Employee's House** | | | $30.00 |
| **Decorative Lamp - Stored at Employee's House** | | | $10.00 |
| **Multi-Drawer Storage Cart - Stored at Employee's House** | | | $10.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| **TV in reception area.** | | | $100.00 |
| **Two Computer Monitors in reception area.** | | | $40.00 |
| **Desk phone in reception area.** | $5.00 | | $0.00 |
| **TV in Big Conference Room** | | | $150.00 |
| **Credenza in Big Conference Room** | | | $50.00 |
| **Two ACER monitors (with remote team)** | | | $30.00 |
| **Laptop - remote use** | | | $250.00 |
| **Wireless keyboard** | | | $15.00 |
| **Wireless mouse (remote team)** | | | $5.00 |
| **Docking station (remote team)** | | | $10.00 |
| **Two HDMI cords (remote team)** | | | $10.00 |

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| **Laptop charger (remote team)** | | | | $5.00 |
| **Two Accer monitor power cords (remote)** | | | | $10.00 |
| **Monitor and power cable (remote team)** | | | | $50.00 |
| **Laptop and charger (remote team)** | | | | $200.00 |
| **22 LG Monitor and power cords located in Houston.** | | | | $440.00 |
| **2 LG Mintors and power cords located in Office 1.** | | | | $40.00 |
| **2 Monitors and power cords located in Office 2** | | | | $40.00 |
| **2 Acer monitors and power cords located in Office 3** | | | | $40.00 |
| **Two HP monitors located in Houston (computer lab)** | | | | $40.00 |
| **Two ACER monitors located in Houston (computer lab)** | | | | $40.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | | |
|---|---|---|---|---|
| 42.1. | **Signed "Burrow" jersey #9 in black frame** | | | $1,400.00 |
| 42.2. | **Signed "Chase" jersey # 1 in black frame** | | | $100.00 |
| 42.3. | **Moseley" Super Bowl jersey #57 in black frame** | | | $0.00 |
| 42.4. | **Signed "G.Dorsey" jersey #72 in black frame** | | | $100.00 |
| 42.5. | **Signed "Jefferson" jersey #2 in black frame** | | | $120.00 |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$20,010.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | **Leased Vehicle: 2022 Porsche Taycan Turbo S** | | | $0.00 |

---

Debtor **MMA Law Firm, PLLC**     Case number (if known) **24-31596**
Name

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---:|
| | **$0.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| | |
|---|---:|
| | **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| **Trade Secrets related to work flow and client and claims processing.** | | | **Unknown** |
| 61. **Internet domain names and websites** | | | |
| **Website: www.mma-pllc.com**<br>**According to GoDaddy the value is $430.00.** | **Unknown** | | **Unknown** |

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|
| | Name | | |

**Website: www.stormfirm.com**
**Debtor is unware of value. Purchased for**
**$1,800.00.** | | | **Unknown**

**Website: www.nationalstormadvocates.com**
**Debtor is unaware of the value. Purchased for**
**$0.01.** | **Unknown** | | **Unknown**

**Website:  www.stormadvocatesgroup.com**
**Debtor is unaware of the value, but it was**
**purchased for $0.01.** | **Unknown** | | **Unknown**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

**Client List and case files.** | **Unknown** | | **Unknown**

**Marketing list - includes contract information for**
**contractors, roofers, public adjusters,**
**conference attendees.** | | | **Unknown**

**Potential new client list.** | | | **Unknown**

**Referral Partner List** | | | **Unknown**

**Data List - These lists include data tracked**
**during the handling of claims/cases – data**
**stored in the case's User Defined Fields (UDFs).**
**For example, data from insurance policies,**
**claim payments, carrier estimates, public**
**adjuster estimates, expert estimates,**
**appraisals, settlements, etc.** | | | **$0.00**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89. | **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Current value of
debtor's interest**

**71.  Notes receivable**

Description (include name of obligor)

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**Debtor is uncertain at this point as an extension was filed with the IRS.**      Tax year _____        **Unknown**

**73.  Interests in insurance policies or annuities**

| | |
|---|---|
| **Lawyers Professional Liability Insurance Policy with Allied World Insurance Company.** | **$0.00** |
| **Excess Insurance Policy with Berley Insurance Company** | **Unknown** |
| **Insurance policy with Evanston Insurance company.** | **Unknown** |

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

| | |
|---|---|
| **Potential tort and contract claims against Daly & Black, Rick Daly, and John Black.** | **Unknown** |

Nature of claim _____

Amount requested _____

| | |
|---|---|
| **Potential claims against Galindo Law Firm, Cris Galindo for breach of contract and other related causes of action..** | **Unknown** |

Nature of claim _____

Amount requested _____

| | |
|---|---|
| **Potential tort and contract claims against Laborde Earles, David Laborde, Digger Earles.** | **Unknown** |

Nature of claim _____

Amount requested _____

| | |
|---|---|
| **Potential tort and contract claims against Morris Bart Law Firm, Morris Bart, Austin Marks.** | **Unknown** |

Nature of claim _____

Amount requested _____

| | |
|---|---|
| **Potential tort and contract claims against Hair Shunnarah, Galen Hair.** | **Unknown** |

Nature of claim _____

Amount requested _____

| | |
|---|---|
| **Potential tort claims against Louisiana Department of Insurance and Jim Donelon.** | **Unknown** |

Nature of claim _____

Amount requested _____

| | |
|---|---|
| **Potential tort and contract claims against B.E. Blank, Equal Access Justice.** | **Unknown** |

Nature of claim _____

Amount requested _____

| | |
|---|---|
| **Potential tort and contract claims against Monson Law Firm, Matthew Monson.** | **Unknown** |

Nature of claim _____

Amount requested _____

| | | |
|---|---|---|
| Official Form 206A/B | **Schedule A/B: Assets -- Real and Personal Property** | page 17 |

Debtor    **MMA Law Firm, PLLC**                              Case number (if known)   **24-31596**
          Name

**Potential tort and contract claims against David Hammer.**                              **Unknown**

Nature of claim              _____

Amount requested             _____

**Potential tort and contract claims against Jen Frost.**                              **Unknown**

Nature of claim              _____

Amount requested             _____

**Potential tort and contract claims against Trish Whitcomb.**                              **Unknown**

Nature of claim              _____

Amount requested             _____

**Potential tort and contract claims against Alena Maschke.**                              **Unknown**

Nature of claim              _____

Amount requested             _____

**Potential claims against Katie (Kathleen) Aromi for violation of NDA and other related causes of action.**                              **Unknown**

Nature of claim              _____

Amount requested             _____

**Potential claims against Brittany Jewell for NDA violation and other related causes of action.**                              **Unknown**

Nature of claim              _____

Amount requested             _____

**21st Century North America Insurance Company**
**Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                              **Unknown**

Nature of claim              _____

Amount requested             _____

**Access Home Insurance (LIGA)**
**Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                              **Unknown**

Nature of claim              _____

Amount requested             _____

**Accredited Specialty Insurance Company**
**Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                              **Unknown**

Nature of claim              _____

Amount requested             _____

**Aegis Security Insurance Company**
**Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                              **Unknown**

Nature of claim              _____

Amount requested             _____

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**AIG Property Casualty Company**
**Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                                              **Unknown**

    **Nature of claim**

    **Amount requested**

**Allied Trust Insurance Company**
**Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                                              **Unknown**

    **Nature of claim**

    **Amount requested**

**Allstate Indemnity Company**
**Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                                              **Unknown**

    **Nature of claim**

    **Amount requested**

**Allstate Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                                              **Unknown**

    **Nature of claim**

    **Amount requested**

**Allstate Vehicle and Property Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                                              **Unknown**

    **Nature of claim**

    **Amount requested**

**American Bankers Insurance Company of Florida - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                                              **Unknown**

    **Nature of claim**

    **Amount requested**

**American Family Home Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                                              **Unknown**

    **Nature of claim**

    **Amount requested**

**American Interstate Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                                              **Unknown**

    **Nature of claim**

    **Amount requested**

**American Modern and Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                                              **Unknown**

    **Nature of claim**

    **Amount requested**

Debtor   **MMA Law Firm, PLLC**                                    Case number (if known)   **24-31596**
_____Name_____

**American Modern Home Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    **Unknown**

**Nature of claim**      _____

**Amount requested**     _____

**American Modern Insurance Group, Inc. - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    **Unknown**

**Nature of claim**      _____

**Amount requested**     _____

**American Modern Property and Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    **Unknown**

**Nature of claim**      _____

**Amount requested**     _____

**American National General Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    **Unknown**

**Nature of claim**      _____

**Amount requested**     _____

**American National Property and Casualty Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    **Unknown**

**Nature of claim**      _____

**Amount requested**     _____

**American Reliable Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    **Unknown**

**Nature of claim**      _____

**Amount requested**     _____

**American Security Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    **Unknown**

**Nature of claim**      _____

**Amount requested**     _____

**American Southern Home Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    **Unknown**

**Nature of claim**      _____

**Amount requested**     _____

**American Summit Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    **Unknown**

**Nature of claim**      _____

**Amount requested**     _____

**American Western Home Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    **Unknown**

**Nature of claim**      _____

**Amount requested**     _____

Debtor   **MMA Law Firm, PLLC**                                    Case number (if known)   **24-31596**
_____
Name

**American Zurich Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                    **Unknown**

**Nature of claim**          _____

**Amount requested**          _____

**Americas Insurance Company (LIGA)** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                    **Unknown**

**Nature of claim**          _____

**Amount requested**          _____

**ANPAC Louisiana Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                    **Unknown**

**Nature of claim**          _____

**Amount requested**          _____

**Argenia Insurance** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                    **Unknown**

**Nature of claim**          _____

**Amount requested**          _____

**Armed Forces Insurance Exchange** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                    **Unknown**

**Nature of claim**          _____

**Amount requested**          _____

**Associated Industries Insurance Company, Inc.** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                    **Unknown**

**Nature of claim**          _____

**Amount requested**          _____

**Atain Specialty Insurance Company**- Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                    **Unknown**

**Nature of claim**          _____

**Amount requested**          _____

**Atlantic Casualty Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                    **Unknown**

**Nature of claim**          _____

**Amount requested**          _____

**Bankers Specialty Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                    **Unknown**

**Nature of claim**          _____

**Amount requested**          _____

**Brightway Insurance** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.                    **Unknown**

**Nature of claim**          _____

**Amount requested**          _____

Official Form 206A/B                  **Schedule A/B: Assets -- Real and Personal Property**                  page 21

Debtor  **MMA Law Firm, PLLC**                                        Case number (if known)  **24-31596**
_____
Name

**Canopius US Insurance, Inc.- Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

Nature of claim       _____

Amount requested      _____


**Capital Preferred Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

Nature of claim       _____

Amount requested      _____


**Centauri National Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

Nature of claim       _____

Amount requested      _____


**Centauri Specialty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

Nature of claim       _____

Amount requested      _____


**Chubb European Group SE - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

Nature of claim       _____

Amount requested      _____


**Convex Insurance Uk Limited - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

Nature of claim       _____

Amount requested      _____


**Covington Specialty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

Nature of claim       _____

Amount requested      _____


**Dover Bay Specialty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

Nature of claim       _____

Amount requested      _____


**Farmers Insurance Exchange - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

Nature of claim       _____

Amount requested      _____


**Farmers Property & Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                    Unknown

Nature of claim       _____

Amount requested      _____


Official Form 206A/B              **Schedule A/B: Assets -- Real and Personal Property**                    page 22

Debtor **MMA Law Firm, PLLC**        Case number (if known) **24-31596**
Name

**FedNat Insurance Company (LIGA) - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**     **Unknown**

Nature of claim _____

Amount requested _____

**FedNat Insurance Company D/B/A Maison Insurance Company (LIGA) - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**     **Unknown**

Nature of claim _____

Amount requested _____

**Foremost Insurance Company Grand Rapids, Michigan - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**     **Unknown**

Nature of claim _____

Amount requested _____

**Garrison Property and Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**     **Unknown**

Nature of claim _____

Amount requested _____

**GeoVera Advantage Insurance Services - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**     **Unknown**

Nature of claim _____

Amount requested _____

**GeoVera Specialty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**     **Unknown**

Nature of claim _____

Amount requested _____

**Great American Assurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**     **Unknown**

Nature of claim _____

Amount requested _____

**Great American Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**     **Unknown**

Nature of claim _____

Amount requested _____

**Great Lakes Insurance SE - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**     **Unknown**

Nature of claim _____

Amount requested _____

**Great Northern Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**     **Unknown**

Nature of claim _____

Amount requested _____

Debtor   **MMA Law Firm, PLLC**                                    Case number (if known)   **24-31596**
         Name

**Gulf States Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                    **Unknown**

Nature of claim   _____

Amount requested   _____


**Gulfstream Property and Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                    **Unknown**

Nature of claim   _____

Amount requested   _____


**Hartford Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                    **Unknown**

Nature of claim   _____

Amount requested   _____


**Hartford Insurance Company Of The Midwest - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                    **Unknown**

Nature of claim   _____

Amount requested   _____


**Homeowners of America Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                    **Unknown**

Nature of claim   _____

Amount requested   _____


**Homesite Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                    **Unknown**

Nature of claim   _____

Amount requested   _____


**Homestead Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                    **Unknown**

Nature of claim   _____

Amount requested   _____


**Hudson Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                    **Unknown**

Nature of claim   _____

Amount requested   _____


**Imperial Fire & Casualty  - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                    **Unknown**

Nature of claim   _____

Amount requested   _____


**Imperial Fire And Casualty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                    **Unknown**

Nature of claim   _____

Amount requested   _____


Official Form 206A/B                 **Schedule A/B: Assets -- Real and Personal Property**                 page 24

Debtor    **MMA Law Firm, PLLC**               Case number (if known)   **24-31596**
        Name

**Potential claims against Gregory Griffin for NDA violation and other related causes of action.**      **Unknown**

     **Nature of claim**      _____

     **Amount requested**      _____

**Independent Specialty Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

     **Nature of claim**      _____

     **Amount requested**      _____

**Integon National Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

     **Nature of claim**      _____

     **Amount requested**      _____

**Kin Interinsurance Network - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

     **Nature of claim**      _____

     **Amount requested**      _____

**Kinsale Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

     **Nature of claim**      _____

     **Amount requested**      _____

**Liberty Mutual Fire Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

     **Nature of claim**      _____

     **Amount requested**      _____

**Liberty Mutual Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

     **Nature of claim**      _____

     **Amount requested**      _____

**Liberty Personal Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

     **Nature of claim**      _____

     **Amount requested**      _____

**Lighthouse Excalibur Insurance Company (LIGA) Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

     **Nature of claim**      _____

     **Amount requested**      _____

**Lighthouse Property Insurance Corporation (LIGA) - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

     **Nature of claim**      _____

     **Amount requested**      _____

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Louisiana Citizens Property Insurance Corporation - - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** — Unknown

Nature of claim _____

Amount requested _____

**Louisiana Farm Bureau Casualty Insurance Company - - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** — Unknown

Nature of claim _____

Amount requested _____

**Louisiana Farm Bureau Mutual Insurance Company - - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** — Unknown

Nature of claim _____

Amount requested _____

**Louisiana Insurance Guarantee Association (LIGA) - - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** — Unknown

Nature of claim _____

Amount requested _____

**Maxum Indemnity Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** — Unknown

Nature of claim _____

Amount requested _____

**National Fire & Marine Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** — Unknown

Nature of claim _____

Amount requested _____

**National General Assurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** — Unknown

Nature of claim _____

Amount requested _____

**National General Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** — Unknown

Nature of claim _____

Amount requested _____

**National Security Fire And Casualty Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** — Unknown

Nature of claim _____

Amount requested _____

**Nationwide Mutual Fire Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** — Unknown

Nature of claim _____

Amount requested _____

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Nautilus Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action. — **Unknown**

Nature of claim _____

Amount requested _____

**North Light Specialty Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action. — **Unknown**

Nature of claim _____

Amount requested _____

**Occidental Fire & Casualty Company of North Carolina** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action. — **Unknown**

Nature of claim _____

Amount requested _____

**Ocean Harbor Casualty Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action. — **Unknown**

Nature of claim _____

Amount requested _____

**Palomar Specialty Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action. — **Unknown**

Nature of claim _____

Amount requested _____

**Pharmacists Mutual Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action. — **Unknown**

Nature of claim _____

Amount requested _____

**Privilege Underwriters Reciprocal Exchange** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action. — **Unknown**

Nature of claim _____

Amount requested _____

**Progressive Property Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action. — **Unknown**

Nature of claim _____

Amount requested _____

**QBE Specialty Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action. — **Unknown**

Nature of claim _____

Amount requested _____

**Republic Fire And Casualty Insurance Company** - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action. — **Unknown**

Nature of claim _____

Amount requested _____

| Debtor | **MMA Law Firm, PLLC** | | Case number (if known) | **24-31596** |
|---|---|---|---|---|
| | Name | | | |

**Republic Underwriters Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** Unknown

Nature of claim _____

Amount requested _____

**Safeco Insurance Company of America - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** Unknown

Nature of claim _____

Amount requested _____

**Safeco Insurance Company Of Oregon - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** Unknown

Nature of claim _____

Amount requested _____

**Safepoint Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** Unknown

Nature of claim _____

Amount requested _____

**SafePort Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** Unknown

Nature of claim _____

Amount requested _____

**Scottsdale Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** Unknown

Nature of claim _____

Amount requested _____

**Security Plan Fire Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** Unknown

Nature of claim _____

Amount requested _____

**Shelter General Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** Unknown

Nature of claim _____

Amount requested _____

**Shelter Mutual Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** Unknown

Nature of claim _____

Amount requested _____

**Southern Fidelity Insurance Company (LIGA) - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.** Unknown

Nature of claim _____

Amount requested _____

Debtor    **MMA Law Firm, PLLC**                                      Case number (if known)   __24-31596__
_____
          Name

**Southern Vanguard Insurance Company - Potential claims against insurance carrier for failure
to include Debtor on settlement checks, and other related causes of action.**                          Unknown

    **Nature of claim**       _____

    **Amount requested**       _____


**Spinnaker Insurance Company - Potential claims against insurance carrier for failure to include
Debtor on settlement checks, and other related causes of action.**                          Unknown

    **Nature of claim**       _____

    **Amount requested**       _____


**Standard Guaranty Insurance Company - Potential claims against insurance carrier for failure
to include Debtor on settlement checks, and other related causes of action.**                          Unknown

    **Nature of claim**       _____

    **Amount requested**       _____


**State Farm Fire & Casualty Company - Potential claims against insurance carrier for failure to
include Debtor on settlement checks, and other related causes of action.**                          Unknown

    **Nature of claim**       _____

    **Amount requested**       _____


**State Farm General Insurance Company - Potential claims against insurance carrier for failure
to include Debtor on settlement checks, and other related causes of action.**                          Unknown

    **Nature of claim**       _____

    **Amount requested**       _____


**State Farm Mutual Automobile Insurance Company - Potential claims against insurance carrier
for failure to include Debtor on settlement checks, and other related causes of action.**                          Unknown

    **Nature of claim**       _____

    **Amount requested**       _____


**State National Fire Insurance Company - Potential claims against insurance carrier for failure
to include Debtor on settlement checks, and other related causes of action.**                          Unknown

    **Nature of claim**       _____

    **Amount requested**       _____


**Steadfast Insurance Company - Potential claims against insurance carrier for failure to include
Debtor on settlement checks, and other related causes of action.**                          Unknown

    **Nature of claim**       _____

    **Amount requested**       _____


**Stillwater Insurance Company - Potential claims against insurance carrier for failure to include
Debtor on settlement checks, and other related causes of action.**                          Unknown

    **Nature of claim**       _____

    **Amount requested**       _____


**Surechoice Underwriters Reciprocal Exchange - Potential claims against insurance carrier for
failure to include Debtor on settlement checks, and other related causes of action.**                          Unknown

    **Nature of claim**       _____

    **Amount requested**       _____


Official Form 206A/B                **Schedule A/B: Assets -- Real and Personal Property**                page 29

Debtor     **MMA Law Firm, PLLC**                Case number (if known)   **24-31596**
          Name

**Teachers Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

**Nature of claim** _____

**Amount requested** _____

**The Allstate Corporation - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

**Nature of claim** _____

**Amount requested** _____

**The American Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

**Nature of claim** _____

**Amount requested** _____

**The Hanover Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

**Nature of claim** _____

**Amount requested** _____

**The Standard Fire Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Tower Hill Insurance - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Tower Hill Prime Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Travelers Casualty Insurance Company of America - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Underwriters at Lloyd's, London - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Union National Fire Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**      **Unknown**

**Nature of claim** _____

**Amount requested** _____

Official Form 206A/B          **Schedule A/B: Assets -- Real and Personal Property**          page 30

Debtor  **MMA Law Firm, PLLC**                                    Case number (if known)  __24-31596__
_____Name_____

**United Fire & Indemnity Company - Potential claims against insurance carrier for failure to
include Debtor on settlement checks, and other related causes of action.**                    **Unknown**

**Nature of claim**          _____

**Amount requested**         _____


**United National Fire Insurance Company - Potential claims against insurance carrier for failure
to include Debtor on settlement checks, and other related causes of action.**                    **Unknown**

**Nature of claim**          _____

**Amount requested**         _____


**United National Insurance Company - Potential claims against insurance carrier for failure to
include Debtor on settlement checks, and other related causes of action.**                    **Unknown**

**Nature of claim**          _____

**Amount requested**         _____


**United Property & Casualty Insurance Company - Potential claims against insurance carrier for
failure to include Debtor on settlement checks, and other related causes of action.**                    **Unknown**

**Nature of claim**          _____

**Amount requested**         _____


**United Services Automobile Association - Potential claims against insurance carrier for failure
to include Debtor on settlement checks, and other related causes of action.**                    **Unknown**

**Nature of claim**          _____

**Amount requested**         _____


**USAA Casualty Insurance Company - Potential claims against insurance carrier for failure to
include Debtor on settlement checks, and other related causes of action.**                    **Unknown**

**Nature of claim**          _____

**Amount requested**         _____


**USAA General Indemnity Company - Potential claims against insurance carrier for failure to
include Debtor on settlement checks, and other related causes of action.**                    **Unknown**

**Nature of claim**          _____

**Amount requested**         _____


**Valley Forge Insurance Company - Potential claims against insurance carrier for failure to
include Debtor on settlement checks, and other related causes of action.**                    **Unknown**

**Nature of claim**          _____

**Amount requested**         _____


**Western World Insurance Company - Potential claims against insurance carrier for failure to
include Debtor on settlement checks, and other related causes of action.**                    **Unknown**

**Nature of claim**          _____

**Amount requested**         _____


**Weston Property & Casualty Insurance Company - Potential claims against insurance carrier
for failure to include Debtor on settlement checks, and other related causes of action.**                    **Unknown**

**Nature of claim**          _____

**Amount requested**         _____


Official Form 206A/B                **Schedule A/B: Assets -- Real and Personal Property**                page 31

Debtor    **MMA Law Firm, PLLC**                                    Case number (if known)   **24-31596**
_____Name_____

**Wilshire Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                                                    Unknown

Nature of claim        _____

Amount requested     _____


**Wright Insurance Company  - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                                                    Unknown

Nature of claim        _____

Amount requested     _____


**Zurich American Insurance Company - Potential claims against insurance carrier for failure to include Debtor on settlement checks, and other related causes of action.**                                                                    Unknown

Nature of claim        _____

Amount requested     _____


**1st Franklin Financial - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                    Unknown

Nature of claim        _____

Amount requested     _____


**21st Mortgage Corporation - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                    Unknown

Nature of claim        _____

Amount requested     _____


**AAG - American Advisors Group - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                    Unknown

Nature of claim        _____

Amount requested     _____


**Access Home Insurance Company (LIGA) - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                    Unknown

Nature of claim        _____

Amount requested     _____


**Accord Services, Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                    Unknown

Nature of claim        _____

Amount requested     _____


**Acqua Restoration, LIC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                    Unknown

Nature of claim        _____

Amount requested     _____


**Adjusting International Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                    Unknown

Nature of claim        _____

Amount requested     _____

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Advanced Public Insurance Adjusters, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**Advanced Public Insurance Adjusters, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**All Claims Repair Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**All Claims Repair Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**Ally Bank  - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**Aln Properties Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**Alpha Insurance - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**Amegy Bank -**
**Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**American Advisors Group - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

**American Bank And Trust - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim _____

Amount requested _____

Debtor    **MMA Law Firm, PLLC**                                    Case number (if known) __24-31596__
          Name

**American Bankers Insurance Company of Florida - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          Unknown

Nature of claim          _____

Amount requested          _____

**American Building Contractors - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          Unknown

Nature of claim          _____

Amount requested          _____

**American Commerce Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          Unknown

Nature of claim          _____

Amount requested          _____

**American Financial Network, Inc. Dba Orion Lending - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          Unknown

Nature of claim          _____

Amount requested          _____

**American Financial Resources Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          Unknown

Nature of claim          _____

Amount requested          _____

**American Mortgage C/O Loan Care - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          Unknown

Nature of claim          _____

Amount requested          _____

**American National Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          Unknown

Nature of claim          _____

Amount requested          _____

**American Security Insurance Company - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          Unknown

Nature of claim          _____

Amount requested          _____

**AmeriHome Mortgage Company LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          Unknown

Nature of claim          _____

Amount requested          _____

**Ameris Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          Unknown

Nature of claim          _____

Amount requested          _____

Official Form 206A/B          **Schedule A/B: Assets -- Real and Personal Property**          page 34

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **Angel Oak Home Loans Llc** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. | | Unknown |
| Nature of claim | | |
| Amount requested | | |
| **Angel Reyes** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. | | Unknown |
| Nature of claim | | |
| Amount requested | | |
| **AnnieMac Mortgage, LLC** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. | | Unknown |
| Nature of claim | | |
| Amount requested | | |
| **Art & Properties, Llc** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. | | Unknown |
| Nature of claim | | |
| Amount requested | | |
| **Assurance Financial Group LLC** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. | | Unknown |
| Nature of claim | | |
| Amount requested | | |
| **Assured Value Claims Public Adjusting, Llc** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. | | Unknown |
| Nature of claim | | |
| Amount requested | | |
| **Atain Specialty Insurance Company** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. | | Unknown |
| Nature of claim | | |
| Amount requested | | |
| **b1 Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. | | Unknown |
| Nature of claim | | |
| Amount requested | | |
| **Bank of America** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. | | Unknown |
| Nature of claim | | |
| Amount requested | | |
| **BANK OF ENGLAND** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action. | | Unknown |
| Nature of claim | | |
| Amount requested | | |

Debtor   **MMA Law Firm, PLLC**                                   Case number (if known)  **24-31596**
         Name

**Bank of England Mortgage (ENGLAND, ARKANSAS) - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                        Unknown

Nature of claim   _____

Amount requested   _____

**Bank Of Louisiana - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                        Unknown

Nature of claim   _____

Amount requested   _____

**Bank Of Wiggins - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                        Unknown

Nature of claim   _____

Amount requested   _____

**Bank Of Winnfield - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                        Unknown

Nature of claim   _____

Amount requested   _____

**Bankers Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                        Unknown

Nature of claim   _____

Amount requested   _____

**Bayview Loan Servicing Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                        Unknown

Nature of claim   _____

Amount requested   _____

**BAYVIEW LOAN SERVICING LLC ISAOA - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                        Unknown

Nature of claim   _____

Amount requested   _____

**BBVA Compass Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                        Unknown

Nature of claim   _____

Amount requested   _____

**Beauregard Federal Savings Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                        Unknown

Nature of claim   _____

Amount requested   _____

**Bellco Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                        Unknown

Nature of claim   _____

Amount requested   _____

Official Form 206A/B            **Schedule A/B: Assets -- Real and Personal Property**                          page 36

Debtor   **MMA Law Firm, PLLC**                                    Case number (if known)   **24-31596**
         Name

**Beriabank A Division Of First Isaoa** - Potential claim for possession of attorney's fees and
expenses that belong to Debtor, and other related causes of action.                                    Unknown

    **Nature of claim**

    **Amount requested**

**Branch Banking And Trust Co** - Potential claim for possession of attorney's fees and expenses
that belong to Debtor, and other related causes of action.                                    Unknown

    **Nature of claim**

    **Amount requested**

**Broker Solutions Inc Dba New American Funding** - Potential claim for possession of attorney's
fees and expenses that belong to Debtor, and other related causes of action.                                    Unknown

    **Nature of claim**

    **Amount requested**

**Buffalo Park Llc** - Potential claim for possession of attorney's fees and expenses that belong to
Debtor, and other related causes of action.                                    Unknown

    **Nature of claim**

    **Amount requested**

**Bulldog Adjusters, Inc.** - Potential claim for possession of attorney's fees and expenses that
belong to Debtor, and other related causes of action.                                    Unknown

    **Nature of claim**

    **Amount requested**

**C Laura Villa Llc** - Potential claim for possession of attorney's fees and expenses that belong to
Debtor, and other related causes of action.                                    Unknown

    **Nature of claim**

    **Amount requested**

**Cadence Bank** - Potential claim for possession of attorney's fees and expenses that belong to
Debtor, and other related causes of action.                                    Unknown

    **Nature of claim**

    **Amount requested**

**Caliber Home Loans Inc.** - Potential claim for possession of attorney's fees and expenses that
belong to Debtor, and other related causes of action.                                    Unknown

    **Nature of claim**

    **Amount requested**

**Campus Federal Credit Union** - Potential claim for possession of attorney's fees and expenses
that belong to Debtor, and other related causes of action.                                    Unknown

    **Nature of claim**

    **Amount requested**

**Capital Federal Savings Bank** - Potential claim for possession of attorney's fees and expenses
that belong to Debtor, and other related causes of action.                                    Unknown

    **Nature of claim**

    **Amount requested**

Debtor   **MMA Law Firm, PLLC**      Case number (if known)   **24-31596**
    Name

**Capital One - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

    **Nature of claim**     _____

    **Amount requested**     _____

**Cardinal Financial Co. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

    **Nature of claim**     _____

    **Amount requested**     _____

**Cardinal Financial Company - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

    **Nature of claim**     _____

    **Amount requested**     _____

**Carrington Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

    **Nature of claim**     _____

    **Amount requested**     _____

**Carrington Mortgage Services - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

    **Nature of claim**     _____

    **Amount requested**     _____

**Carrington Mortgage Services, LLC  - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

    **Nature of claim**     _____

    **Amount requested**     _____

**Cascade Financial Services - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

    **Nature of claim**     _____

    **Amount requested**     _____

**Celink - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

    **Nature of claim**     _____

    **Amount requested**     _____

**Celtic Bank Corp - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

    **Nature of claim**     _____

    **Amount requested**     _____

**Cenlar - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

    **Nature of claim**     _____

    **Amount requested**     _____

Debtor  **MMA Law Firm, PLLC**                                   Case number (if known)   **24-31596**
Name

**Cenralin Care Of Primelending - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                   Unknown

**Nature of claim**  _____

**Amount requested**  _____

**Centennial Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                   Unknown

**Nature of claim**  _____

**Amount requested**  _____

**Central Loan Administration & Reporting - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                   Unknown

**Nature of claim**  _____

**Amount requested**  _____

**Central Loan Administration & Reporting (CENLAR)**
**- Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                   Unknown

**Nature of claim**  _____

**Amount requested**  _____

**Chambers Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                   Unknown

**Nature of claim**  _____

**Amount requested**  _____

**Champion Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                   Unknown

**Nature of claim**  _____

**Amount requested**  _____

**Chase Home Finance - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                   Unknown

**Nature of claim**  _____

**Amount requested**  _____

**Chevron Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                   Unknown

**Nature of claim**  _____

**Amount requested**  _____

**Chubb European Group SE - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                   Unknown

**Nature of claim**  _____

**Amount requested**  _____

**Citizens Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                   Unknown

**Nature of claim**  _____

**Amount requested**  _____

Official Form 206A/B          **Schedule A/B: Assets -- Real and Personal Property**                   page 39

Debtor   **MMA Law Firm, PLLC**                                    Case number (if known)   **24-31596**
_____
Name

**Citizens Bank, N.A. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                          Unknown

**Nature of claim**        _____

**Amount requested**       _____

**Citizens Finance Co. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                          Unknown

**Nature of claim**        _____

**Amount requested**       _____

**City Of New Orleans Soft Second Mortgage Programs - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                  Unknown

**Nature of claim**        _____

**Amount requested**       _____

**City Savings Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                          Unknown

**Nature of claim**        _____

**Amount requested**       _____

**Clnickn'Close - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                          Unknown

**Nature of claim**        _____

**Amount requested**       _____

**Cmc Funding Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                          Unknown

**Nature of claim**        _____

**Amount requested**       _____

**CMG Mortgage Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                          Unknown

**Nature of claim**        _____

**Amount requested**       _____

**Coastal Claims Services, Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                          Unknown

**Nature of claim**        _____

**Amount requested**       _____

**COLFAX BANKING COMPANY - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                  Unknown

**Nature of claim**        _____

**Amount requested**       _____

**Colonial Savings - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                          Unknown

**Nature of claim**        _____

**Amount requested**       _____

Debtor   **MMA Law Firm, PLLC**           Case number (if known)   **24-31596**
         Name

**Community Loan Servicing LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**        Unknown

Nature of claim     _____

Amount requested   _____

**Compass Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**        Unknown

Nature of claim     _____

Amount requested   _____

**Cottonport Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**        Unknown

Nature of claim     _____

Amount requested   _____

**Crescent Mortgage Company Isaoa/Atima - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**        Unknown

Nature of claim     _____

Amount requested   _____

**Cross Country Mortgage LLC. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**        Unknown

Nature of claim     _____

Amount requested   _____

**Csl Financial, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**        Unknown

Nature of claim     _____

Amount requested   _____

**Ditech Financial - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**        Unknown

Nature of claim     _____

Amount requested   _____

**Essential Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**        Unknown

Nature of claim     _____

Amount requested   _____

**Estate Of Earlean Newman - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**        Unknown

Nature of claim     _____

Amount requested   _____

**Eustis Mortgage Corp. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**        Unknown

Nature of claim     _____

Amount requested   _____

Official Form 206A/B        **Schedule A/B: Assets -- Real and Personal Property**        page 41

Debtor  **MMA Law Firm, PLLC**
Name           Case number (if known)  **24-31596**

**Evergreen Bio-Solutions - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                           Unknown

   **Nature of claim**

   **Amount requested**

**Fairport Asset Management Llc C/O Midwest Servicing 2 Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                           Unknown

   **Nature of claim**

   **Amount requested**

**Fairwinds Credit Union-Isaoa - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                           Unknown

   **Nature of claim**

   **Amount requested**

**Fannie Mae - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                           Unknown

   **Nature of claim**

   **Amount requested**

**Farmers Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                           Unknown

   **Nature of claim**

   **Amount requested**

**Fay Servicing LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                           Unknown

   **Nature of claim**

   **Amount requested**

**Fci Lender Services Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                           Unknown

   **Nature of claim**

   **Amount requested**

**Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                           Unknown

   **Nature of claim**

   **Amount requested**

**Fidelity Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                           Unknown

   **Nature of claim**

   **Amount requested**

**Fidelity Homestead Assoc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                           Unknown

   **Nature of claim**

   **Amount requested**

Debtor  **MMA Law Firm, PLLC**                                    Case number (if known)  **24-31596**
        Name

**Fifth District Savings Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim         _____

Amount requested        _____

**Finance Of America Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim         _____

Amount requested        _____

**Finance Of America Reverse - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim         _____

Amount requested        _____

**Finance Of American Reverse - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim         _____

Amount requested        _____

**First American Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim         _____

Amount requested        _____

**First American Bank And Trust - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim         _____

Amount requested        _____

**First Assembly of God - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim         _____

Amount requested        _____

**First Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim         _____

Amount requested        _____

**First Citizen Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim         _____

Amount requested        _____

**First Federal Bank of Louisiana - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim         _____

Amount requested        _____

Debtor  **MMA Law Firm, PLLC**                                    Case number (if known)  **24-31596**
        Name

**First Guaranty Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                              Unknown

    **Nature of claim**        _____

    **Amount requested**      _____

**First Heritage Credit** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                              Unknown

    **Nature of claim**        _____

    **Amount requested**      _____

**First Horizon Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                              Unknown

    **Nature of claim**        _____

    **Amount requested**      _____

**First National Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                              Unknown

    **Nature of claim**        _____

    **Amount requested**      _____

**First National Bank Of Jeanrette** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                              Unknown

    **Nature of claim**        _____

    **Amount requested**      _____

**First Pioneers Fcu** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                              Unknown

    **Nature of claim**        _____

    **Amount requested**      _____

**First Savings Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                              Unknown

    **Nature of claim**        _____

    **Amount requested**      _____

**First United Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                              Unknown

    **Nature of claim**        _____

    **Amount requested**      _____

**Flagstar Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                              Unknown

    **Nature of claim**        _____

    **Amount requested**      _____

**Fortune Partners, Inc Dba Texas Certified Motors**
**- Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                              Unknown

    **Nature of claim**        _____

    **Amount requested**      _____

Official Form 206A/B              **Schedule A/B: Assets -- Real and Personal Property**                    page 44

Debtor    **MMA Law Firm, PLLC**                 Case number (if known)    **24-31596**
Name

**Franklin American - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**       **Unknown**

Nature of claim             _____

Amount requested       _____

**Freddie Mac - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**       **Unknown**

Nature of claim             _____

Amount requested       _____

**Freedom Mortgage Corporation - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**       **Unknown**

Nature of claim             _____

Amount requested       _____

**Frontier Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**       **Unknown**

Nature of claim             _____

Amount requested       _____

**Frost Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**       **Unknown**

Nature of claim             _____

Amount requested       _____

**Gary'S Used Cars - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**       **Unknown**

Nature of claim             _____

Amount requested       _____

**Gateway Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**       **Unknown**

Nature of claim             _____

Amount requested       _____

**Georgia Housing and Finance Authority (GHFA) - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**       **Unknown**

Nature of claim             _____

Amount requested       _____

**Gibsland Bank And Trust - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**       **Unknown**

Nature of claim             _____

Amount requested       _____

**GMFS LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**       **Unknown**

Nature of claim             _____

Amount requested       _____

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|
| | Name | | |

**Gmfs Llc Isaoa C/O Sls - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                  Unknown

Nature of claim _____

Amount requested _____

**GMFS, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                  Unknown

Nature of claim _____

Amount requested _____

**God Loan Fund - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                  Unknown

Nature of claim _____

Amount requested _____

**Goldwater Bank National Association - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                  Unknown

Nature of claim _____

Amount requested _____

**Greater New Orleans Federal Credit Union  - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                  Unknown

Nature of claim _____

Amount requested _____

**Guidance Residential Llc Isaoa - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                  Unknown

Nature of claim _____

Amount requested _____

**Guild Mortgage Company - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                  Unknown

Nature of claim _____

Amount requested _____

**Gulf Coast Bank & Trust - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                  Unknown

Nature of claim _____

Amount requested _____

**Habitat For Humanity - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                  Unknown

Nature of claim _____

Amount requested _____

**Habitat For Humanity C/O Fidelity Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                  Unknown

Nature of claim _____

Amount requested _____

Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 46

Debtor  **MMA Law Firm, PLLC**
Name                                      Case number (if known)  **24-31596**

**Habitat For Humanity Calcasieu Area Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim  _____

Amount requested  _____

**Habitat For Humanity Of Lee - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim  _____

Amount requested  _____

**Hair Shunnarah Trial Attorneys - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim  _____

Amount requested  _____

**Hancock Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim  _____

Amount requested  _____

**Hancock Whitney - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim  _____

Amount requested  _____

**Hancock Whitney Bank Isaoa/Atima - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim  _____

Amount requested  _____

**Heart Of Louisiana Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim  _____

Amount requested  _____

**Heart of Texas Restoration LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim  _____

Amount requested  _____

**Henry Mentz, Jr &Brigutte Peyregne Mentz - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim  _____

Amount requested  _____

**Heritage Bank of St. Tammany - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim  _____

Amount requested  _____

Debtor    **MMA Law Firm, PLLC**             Case number (if known)   __24-31596__
          Name

**Home Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim       _____

Amount requested      _____

**Home Point Financial Corporation - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim       _____

Amount requested      _____

**Homebridge Fin Services - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim       _____

Amount requested      _____

**Houston Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim       _____

Amount requested      _____

**Iberia Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim       _____

Amount requested      _____

**Independent Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim       _____

Amount requested      _____

**Innovative Assemblies, Inc And Bb & T - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim       _____

Amount requested      _____

**Insurance Claim Lawyers, Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim       _____

Amount requested      _____

**Investar Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim       _____

Amount requested      _____

**JD Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim       _____

Amount requested      _____

Official Form 206A/B       **Schedule A/B: Assets -- Real and Personal Property**       page 48

Debtor    **MMA Law Firm, PLLC**                  Case number (if known)   **24-31596**
              Name

**Jefferson Financial Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**JP Morgan Chase Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**Keesler Fcu - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**Key Bank National Association - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**La Capitol Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**La Office Of Common Dev - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**Lady Bug Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**Lake Edges Condominium Owners - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**Lakeview Loan Servicing LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**Landmark Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

Official Form 206A/B            **Schedule A/B: Assets -- Real and Personal Property**            page 49

Debtor **MMA Law Firm, PLLC**
_____  Case number (if known) **24-31596**
_____
Name

**Larrieu, Angeline - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

**Nature of claim**        _____

**Amount requested**      _____

**Leaf Capital Funding Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

**Nature of claim**        _____

**Amount requested**      _____

**Legend Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

**Nature of claim**        _____

**Amount requested**      _____

**Les Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

**Nature of claim**        _____

**Amount requested**      _____

**Liberty Bank & Trust Co - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

**Nature of claim**        _____

**Amount requested**      _____

**Live Well Financial Inc Isaoa - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

**Nature of claim**        _____

**Amount requested**      _____

**Llano National Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

**Nature of claim**        _____

**Amount requested**      _____

**Lmr Public Adjuster - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

**Nature of claim**        _____

**Amount requested**      _____

**Loan Care LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

**Nature of claim**        _____

**Amount requested**      _____

**Loan Depot - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

**Nature of claim**        _____

**Amount requested**      _____

Debtor    **MMA Law Firm, PLLC**        Case number (if known)    **24-31596**
      Name

**Loan Partners - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**LoanCare - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**Loancare, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**Loandepot - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**Lobman Carnahan - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**Longbridge Financial Lcc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**Longbridge Financial LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**Louisiana Administration - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**Louisiana Usa Fcu Isaoa/Atima - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**M & T Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

Official Form 206A/B        **Schedule A/B: Assets -- Real and Personal Property**        page 51

Debtor   **MMA Law Firm, PLLC**                                    Case number (if known)   **24-31596**
_____
Name

**M&T Bank Corporation - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    **Unknown**

**Nature of claim**        _____

**Amount requested**        _____

**MAGNOLIA BANK - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    **Unknown**

**Nature of claim**        _____

**Amount requested**        _____

**Massillion Enterprise Incorporated - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    **Unknown**

**Nature of claim**        _____

**Amount requested**        _____

**McR Construction & Roofing - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    **Unknown**

**Nature of claim**        _____

**Amount requested**        _____

**McT Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    **Unknown**

**Nature of claim**        _____

**Amount requested**        _____

**Merchants & Farmers Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    **Unknown**

**Nature of claim**        _____

**Amount requested**        _____

**Merchants Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    **Unknown**

**Nature of claim**        _____

**Amount requested**        _____

**Merchants Bank of Indiana and First National Bank
- Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    **Unknown**

**Nature of claim**        _____

**Amount requested**        _____

**Meritus Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    **Unknown**

**Nature of claim**        _____

**Amount requested**        _____

**Metairie Bank and Trust - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    **Unknown**

**Nature of claim**        _____

**Amount requested**        _____

Official Form 206A/B               **Schedule A/B: Assets -- Real and Personal Property**               page 52

Debtor    **MMA Law Firm, PLLC**                                            Case number (if known)   __24-31596__
_____
          Name

**Metairie Bank Isaoa - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                            Unknown

Nature of claim        _____

Amount requested       _____

**Mgc Mortgage Inc Isaoa - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                            Unknown

Nature of claim        _____

Amount requested       _____

**Mid America Mortgage, Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                            Unknown

Nature of claim        _____

Amount requested       _____

**Midfirst Bank  - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                            Unknown

Nature of claim        _____

Amount requested       _____

**Midland Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                            Unknown

Nature of claim        _____

Amount requested       _____

**Mission Loans, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                            Unknown

Nature of claim        _____

Amount requested       _____

**Mississippi River Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                            Unknown

Nature of claim        _____

Amount requested       _____

**Moble Public Adjusting - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                            Unknown

Nature of claim        _____

Amount requested       _____

**Morningstar Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                            Unknown

Nature of claim        _____

Amount requested       _____

**Mortgage Assets Management LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                            Unknown

Nature of claim        _____

Amount requested       _____

Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 53

Debtor  **MMA Law Firm, PLLC**                                    Case number (if known)  **24-31596**
        Name

**Mortgage Corp - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          **Unknown**

Nature of claim        _____

Amount requested    _____

**MORTGAGE RESEARCH CENTER LLC  - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          **Unknown**

Nature of claim        _____

Amount requested    _____

**Movement Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          **Unknown**

Nature of claim        _____

Amount requested    _____

**MR COOPER LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          **Unknown**

Nature of claim        _____

Amount requested    _____

**Mr. Cooper - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          **Unknown**

Nature of claim        _____

Amount requested    _____

**Mw Loan 1 Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          **Unknown**

Nature of claim        _____

Amount requested    _____

**National Bank Of Picayune - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          **Unknown**

Nature of claim        _____

Amount requested    _____

**Nations Lending Corporation - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          **Unknown**

Nature of claim        _____

Amount requested    _____

**Nationstar Mortgage LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          **Unknown**

Nature of claim        _____

Amount requested    _____

**Nationwide Roofing - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**          **Unknown**

Nature of claim        _____

Amount requested    _____

Official Form 206A/B         **Schedule A/B: Assets -- Real and Personal Property**         page 54

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Navy Army Community Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                 Unknown

Nature of claim

Amount requested

**Navy Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                 Unknown

Nature of claim

Amount requested

**Needham Rice  & Associates, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                 Unknown

Nature of claim

Amount requested

**Neighbors Federal Credit Union & Republic Finance**
**- Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                 Unknown

Nature of claim

Amount requested

**NEW REZ LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                 Unknown

Nature of claim

Amount requested

**Newrez Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                 Unknown

Nature of claim

Amount requested

**Newrez Llc Isaoa Atima - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                 Unknown

Nature of claim

Amount requested

**Newrez, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                 Unknown

Nature of claim

Amount requested

**NO MORTGAGE - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                 Unknown

Nature of claim

Amount requested

**Nola Hard Money Services - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                 Unknown

Nature of claim

Amount requested

Debtor   **MMA Law Firm, PLLC**                                    Case number (if known)   **24-31596**
_____
Name

**North American Public Adjusters, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim              _____

Amount requested             _____

**North Dallas Bank & Trust Co. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim              _____

Amount requested             _____

**Northpointe Bank Isaoa/Atima - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim              _____

Amount requested             _____

**Novad Management Consulting - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim              _____

Amount requested             _____

**Oceanside Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim              _____

Amount requested             _____

**Ocwen Loan Servicing LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim              _____

Amount requested             _____

**Office Of Community Development - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim              _____

Amount requested             _____

**Onpath Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim              _____

Amount requested             _____

**OVATION SERVICES LLC ISAOA ATIMA - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim              _____

Amount requested             _____

**Pedestal Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim              _____

Amount requested             _____

Debtor   **MMA Law Firm, PLLC**                                    Case number (if known)   **24-31596**
        Name

**Pelican State Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim   _____

Amount requested   _____

**Pen Air Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim   _____

Amount requested   _____

**PennyMac Loan Services LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim   _____

Amount requested   _____

**PHH Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim   _____

Amount requested   _____

**PHH Mortgage Services - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim   _____

Amount requested   _____

**Pipes Miles Beckman, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim   _____

Amount requested   _____

**Planet Home Lending, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim   _____

Amount requested   _____

**Planet Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim   _____

Amount requested   _____

**Plaza Home Mortgage, Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim   _____

Amount requested   _____

**PNC Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim   _____

Amount requested   _____

Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 57

Debtor **MMA Law Firm, PLLC**
 Name

Case number (if known) **24-31596**

**Pnc Mortgage, Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

**Nature of claim** _____

**Amount requested** _____

**Post Office Employees Credit - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

**Nature of claim** _____

**Amount requested** _____

**Potts Law Firm - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

**Nature of claim** _____

**Amount requested** _____

**Primary Residential Mortgage Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

**Nature of claim** _____

**Amount requested** _____

**Prime Claims, Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

**Nature of claim** _____

**Amount requested** _____

**Prime Lending - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

**Nature of claim** _____

**Amount requested** _____

**Prime Rate Premium Finance Corporation Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

**Nature of claim** _____

**Amount requested** _____

**Prosperity Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

**Nature of claim** _____

**Amount requested** _____

**Provident Funding Assoc Lp - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

**Nature of claim** _____

**Amount requested** _____

**Quick Cash - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

**Nature of claim** _____

**Amount requested** _____

Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 58

Debtor   **MMA Law Firm, PLLC**                                    Case number (if known)   **24-31596**
         Name

**Quicken Loans - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                        Unknown

Nature of claim         _____

Amount requested        _____


**Regions Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                        Unknown

Nature of claim         _____

Amount requested        _____


**Relaxing Days, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                        Unknown

Nature of claim         _____

Amount requested        _____


**Reliance - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                        Unknown

Nature of claim         _____

Amount requested        _____


**Reliant Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                        Unknown

Nature of claim         _____

Amount requested        _____


**Reverse Mortgage Funding - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                        Unknown

Nature of claim         _____

Amount requested        _____


**Reverse Mortgage Funding LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                        Unknown

Nature of claim         _____

Amount requested        _____


**Reverse Mortgage Funding Llc Isaoa - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                        Unknown

Nature of claim         _____

Amount requested        _____


**Rio Bank And Ascentium Capital Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                        Unknown

Nature of claim         _____

Amount requested        _____


**Rms Fbo Financial Of America Llc Isaoa Atima - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                        Unknown

Nature of claim         _____

Amount requested        _____

Debtor   **MMA Law Firm, PLLC**               Case number (if known)  **24-31596**
          Name

**Rocket Mortgage LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim

Amount requested

**Round Point Mortgage Servicing Corporation - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim

Amount requested

**Royal United Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim

Amount requested

**Rural Housing Service - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim

Amount requested

**Rushmore Loan Management Services - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim

Amount requested

**Rushmore Loan Management Services LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim

Amount requested

**Sabine State Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim

Amount requested

**Scottsdale Insurance Company - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim

Amount requested

**Select Portfolio Servicing, Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim

Amount requested

**Select Portfolio Servicing, Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

Nature of claim

Amount requested

Official Form 206A/B       **Schedule A/B: Assets -- Real and Personal Property**       page 60

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|
| | Name | | |

**Selene Finance - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** — Unknown

Nature of claim

Amount requested

**Servicemac, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** — Unknown

Nature of claim

Amount requested

**SFR Services LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** — Unknown

Nature of claim

Amount requested

**Shellpoint Insurance - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** — Unknown

Nature of claim

Amount requested

**ShellPoint Mortgage Servicing - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** — Unknown

Nature of claim

Amount requested

**Simmesport State Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** — Unknown

Nature of claim

Amount requested

**SN Servicing Corporation - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** — Unknown

Nature of claim

Amount requested

**South Lafourche Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** — Unknown

Nature of claim

Amount requested

**South Louisiana Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** — Unknown

Nature of claim

Amount requested

**Southwest Louisiana Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** — Unknown

Nature of claim

Amount requested

Official Form 206A/B  **Schedule A/B: Assets -- Real and Personal Property**  page 61

Debtor  **MMA Law Firm, PLLC**
Name

Case number (if known)  **24-31596**

**Sovereign Adjusting Services - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim

Amount requested

**Specialized Loan Servicing - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim

Amount requested

**Specialized Loan Servicing LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim

Amount requested

**SPRINGEQ LLC ISAOA/ ATIMA - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim

Amount requested

**St Landry Homestead - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim

Amount requested

**Stacey Banks - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim

Amount requested

**Standard Mortgage Corp - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim

Amount requested

**Standard Mortgage Corporation - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim

Amount requested

**State Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim

Amount requested

**State Farm Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim

Amount requested

Official Form 206A/B

**Schedule A/B: Assets -- Real and Personal Property**

page 62

Debtor    **MMA Law Firm, PLLC**        Case number (if known)   **24-31596**
Name

**Statewide Claim Services, LLC - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**Summit Funding, Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**Sun Finance Company Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**Sun West Mortgage Company Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**Suncoast Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**Suntrust Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**Superior Property Management - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**SWBC Insurance Services - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**SWBC Mortgage Corp. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

**Synergy Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim

Amount requested

Debtor  **MMA Law Firm, PLLC**
_____    Case number (if known)  **24-31596**
Name

**The Bank** - Potential claim for possession of attorney's fees and expenses that belong to
Debtor, and other related causes of action.                                                    **Unknown**

Nature of claim        _____

Amount requested       _____

**The Church Finance Corporation** - Potential claim for possession of attorney's fees and
expenses that belong to Debtor, and other related causes of action.                            **Unknown**

Nature of claim        _____

Amount requested       _____

**The Evangeline Bank & Trust Co.** - Potential claim for possession of attorney's fees and
expenses that belong to Debtor, and other related causes of action.                            **Unknown**

Nature of claim        _____

Amount requested       _____

**The Huntington National Bank** - Potential claim for possession of attorney's fees and expenses
that belong to Debtor, and other related causes of action.                                     **Unknown**

Nature of claim        _____

Amount requested       _____

**The Money Shack, LLC** - Potential claim for possession of attorney's fees and expenses that
belong to Debtor, and other related causes of action.                                          **Unknown**

Nature of claim        _____

Amount requested       _____

**The Money Source** - Potential claim for possession of attorney's fees and expenses that belong
to Debtor, and other related causes of action.                                                 **Unknown**

Nature of claim        _____

Amount requested       _____

**The Morgan Law Group P.A.** - Potential claim for possession of attorney's fees and expenses
that belong to Debtor, and other related causes of action.                                     **Unknown**

Nature of claim        _____

Amount requested       _____

**Third First Savings & Loan** - Potential claim for possession of attorney's fees and expenses
that belong to Debtor, and other related causes of action.                                     **Unknown**

Nature of claim        _____

Amount requested       _____

**TIAA FSB C/O LOANCARE** - Potential claim for possession of attorney's fees and expenses that
belong to Debtor, and other related causes of action.                                          **Unknown**

Nature of claim        _____

Amount requested       _____

**Tiara Spotville** - Potential claim for possession of attorney's fees and expenses that belong to
Debtor, and other related causes of action.                                                    **Unknown**

Nature of claim        _____

Amount requested       _____

Official Form 206A/B                **Schedule A/B: Assets -- Real and Personal Property**                page 64

Debtor **MMA Law Firm, PLLC**
Name

Case number (if known) **24-31596**

**Timberpoint Enterprises - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim

Amount requested

**Townsend Law Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim

Amount requested

**Tree Guardian Usa, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim

Amount requested

**Truist Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim

Amount requested

**Trust Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim

Amount requested

**Trustmark National Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim

Amount requested

**TWFG Insurance Service Inc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim

Amount requested

**Twin City Financial - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim

Amount requested

**U.S. Small Business Administration - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim

Amount requested

**Ubs Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**

Unknown

Nature of claim

Amount requested

Official Form 206A/B

Schedule A/B: Assets -- Real and Personal Property

page 65

Debtor    **MMA Law Firm, PLLC**                                Case number (if known)  **24-31596**
          Name

**Union Home Mortgage Corp - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim

Amount requested

**Union Mortgage Corp - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim

Amount requested

**United Community Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim

Amount requested

**United Wholesale Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim

Amount requested

**Us Bank  Home Mrtg. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim

Amount requested

**US Bank National Association - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim

Amount requested

**US Department Of HUD - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim

Amount requested

**Us Eagle Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim

Amount requested

**US RSDA - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim

Amount requested

**Us Small Business Admin El Paso Servicing Office**
**- Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    Unknown

Nature of claim

Amount requested

Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 66

Debtor **MMA Law Firm, PLLC**
Name

Case number (if known) **24-31596**

**Us Small Business Administration** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.

**Unknown**

Nature of claim

Amount requested

**Usa Acting Through The Rural Housing Service Isaoa** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.

**Unknown**

Nature of claim

Amount requested

**USAA Federal Savings Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.

**Unknown**

Nature of claim

Amount requested

**USBank National Assoc Co And One Main Financial** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.

**Unknown**

Nature of claim

Amount requested

**USDA** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.

**Unknown**

Nature of claim

Amount requested

**USDA Rural Development** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.

**Unknown**

Nature of claim

Amount requested

**USSA FSB** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.

**Unknown**

Nature of claim

Amount requested

**Valley State Bank** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.

**Unknown**

Nature of claim

Amount requested

**Vanderbilt Mortgage And Finance, Inc** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.

**Unknown**

Nature of claim

Amount requested

**Vanderbilt Mortgage and Finance, Inc.** - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.

**Unknown**

Nature of claim

Amount requested

Official Form 206A/B

Schedule A/B: Assets -- Real and Personal Property

page 67

| Debtor | **MMA Law Firm, PLLC** | | Case number (if known) | **24-31596** |
|---|---|---|---|---|
| | Name | | | |

**Vantage Bank Texas - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                                         Unknown

Nature of claim _____

Amount requested _____

**Veritex Community Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                                         Unknown

Nature of claim _____

Amount requested _____

**Veteran Claim Adjusters, Inc. - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                                         Unknown

Nature of claim _____

Amount requested _____

**Veterans United Home Loans - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                                         Unknown

Nature of claim _____

Amount requested _____

**Village Capital & Investment - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                                         Unknown

Nature of claim _____

Amount requested _____

**Vista Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                                         Unknown

Nature of claim _____

Amount requested _____

**Water Floods Restoration, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                                         Unknown

Nature of claim _____

Amount requested _____

**Weichert Financial - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                                         Unknown

Nature of claim _____

Amount requested _____

**Wells Fargo Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                                         Unknown

Nature of claim _____

Amount requested _____

**Wells Fargo Bank Insurance - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                                         Unknown

Nature of claim _____

Amount requested _____

---

Official Form 206A/B                        **Schedule A/B: Assets -- Real and Personal Property**                        page 68

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Weststar Mtg Corp - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** — Unknown

Nature of claim
Amount requested

**Whitney Bank - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** — Unknown

Nature of claim
Amount requested

**Wilson Strategic, Llc - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** — Unknown

Nature of claim
Amount requested

**Wintrust Mortgage - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** — Unknown

Nature of claim
Amount requested

**Xplore Federal Credit Union - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** — Unknown

Nature of claim
Amount requested

**Zions First National Bank Insurance Department - Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.** — Unknown

Nature of claim
Amount requested

**Oakwood Bank - Potential claims against bank related to funds seized and fraudulent transfer.** — Unknown

Nature of claim
Amount requested

**7 Insurance : Potential claims for failure to include MMA on settlement checks.** — Unknown

Nature of claim
Amount requested

**A Ace Insurance Agency, Inc.: Potential claims for failure to include MMA on settlement checks.** — Unknown

Nature of claim
Amount requested

**A.P.A. Insurance Agency: Potential claims for failure to include MMA on settlement checks.** — Unknown

Nature of claim
Amount requested

**AAA: Potential claims for failure to include MMA on settlement checks.** — Unknown

Nature of claim
Amount requested

Official Form 206A/B    Schedule A/B: Assets -- Real and Personal Property    page 69

Debtor   **MMA Law Firm, PLLC**                                    Case number (if known)   **24-31596**
        Name

**AAA Texas: Potential claims for failure to include MMA on settlement checks.**                                    Unknown

    **Nature of claim**

    **Amount requested**

**AAG Insurance: Potential claims for failure to include MMA on settlement checks.**                                    Unknown

    **Nature of claim**

    **Amount requested**

**ABC Insurance: Potential claims for failure to include MMA on settlement checks.**                                    Unknown

    **Nature of claim**

    **Amount requested**

**Acadia Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                    Unknown

    **Nature of claim**

    **Amount requested**

**Acadian Insurance: Potential claims for failure to include MMA on settlement checks.**                                    Unknown

    **Nature of claim**

    **Amount requested**

**Accelerant National Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                    Unknown

    **Nature of claim**

    **Amount requested**

**Accessible Insurance: Potential claims for failure to include MMA on settlement checks.**                                    Unknown

    **Nature of claim**

    **Amount requested**

**ACE Property and Casualty Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                    Unknown

    **Nature of claim**

    **Amount requested**

**ACME Insurance: Potential claims for failure to include MMA on settlement checks.**                                    Unknown

    **Nature of claim**

    **Amount requested**

**Action Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                    Unknown

    **Nature of claim**

    **Amount requested**

**ADC Insurance: Potential claims for failure to include MMA on settlement checks.**                                    Unknown

    **Nature of claim**

    **Amount requested**

Debtor **MMA Law Firm, PLLC**
Name

Case number (if known) **24-31596**

**Advanced Insurance Planning: Potential claims for failure to include MMA on settlement checks.**

Unknown

Nature of claim

Amount requested

**Advanced Protection Insurance Agency: Potential claims for failure to include MMA on settlement checks.**

Unknown

Nature of claim

Amount requested

**Adventist Risk Management, Inc: Potential claims for failure to include MMA on settlement checks.**

Unknown

Nature of claim

Amount requested

**Affordable Insurance: Potential claims for failure to include MMA on settlement checks.**

Unknown

Nature of claim

Amount requested

**Aflac: Potential claims for failure to include MMA on settlement checks.**

Unknown

Nature of claim

Amount requested

**Aflac Insurance Company: Potential claims for failure to include MMA on settlement checks.**

Unknown

Nature of claim

Amount requested

**Airline Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks.**

Unknown

Nature of claim

Amount requested

**AIX Specialty Insurance Co: Potential claims for failure to include MMA on settlement checks.**

Unknown

Nature of claim

Amount requested

**Alfa Insurance: Potential claims for failure to include MMA on settlement checks.**

Unknown

Nature of claim

Amount requested

**All Premier Insurance Agency: Potential claims for failure to include MMA on settlement checks.**

Unknown

Nature of claim

Amount requested

**All Saints Insurance: Potential claims for failure to include MMA on settlement checks.**

Unknown

Nature of claim

Amount requested

Debtor    **MMA Law Firm, PLLC**                                     Case number (if known)   **24-31596**
          <u>Name</u>

**Alliance United Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                              **Unknown**

    **Nature of claim**     _____

    **Amount requested**     _____

**Allied Property and Casualty Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                  **Unknown**

    **Nature of claim**     _____

    **Amount requested**     _____

**Allied World Surplus Lines Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                  **Unknown**

    **Nature of claim**     _____

    **Amount requested**     _____

**Alllstate: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim**     _____

    **Amount requested**     _____

**Allphase Insurance: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim**     _____

    **Amount requested**     _____

**Allstate Texas Lloyd's: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim**     _____

    **Amount requested**     _____

**Alpha Specialty Insurance Company: Potential claims for failure to include MMA on ettlement checks.**                                                              **Unknown**

    **Nature of claim**     _____

    **Amount requested**     _____

**AMCO Insurance Company: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim**     _____

    **Amount requested**     _____

**Amelia Underwriters: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim**     _____

    **Amount requested**     _____

**AMERICAN ADVANCE GROUP: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim**     _____

    **Amount requested**     _____

**American Casualty Company of Reading, PA: Potential claims for failure to include MMA on settlement checks.**                                                      **Unknown**

    **Nature of claim**     _____

    **Amount requested**     _____

Official Form 206A/B                **Schedule A/B: Assets -- Real and Personal Property**                page 72

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**American Coastal Insurance Company: Potential claims for failure to include MMA on settlement checks.** — Unknown

Nature of claim _____

Amount requested _____

**American Eagle Insurance: Potential claims for failure to include MMA on settlement checks.** — Unknown

Nature of claim _____

Amount requested _____

**American Economy Insurance Company: Potential claims for failure to include MMA on settlement checks.** — Unknown

Nature of claim _____

Amount requested _____

**American Family Care Inc: Potential claims for failure to include MMA on settlement checks.** — Unknown

Nature of claim _____

Amount requested _____

**American Family Mutual Insurance Company, S.I.: Potential claims for failure to include MMA on settlement checks.** — Unknown

Nature of claim _____

Amount requested _____

**American Fidelity Insurance: Potential claims for failure to include MMA on settlement checks.** — Unknown

Nature of claim _____

Amount requested _____

**American General Life Insurance: Potential claims for failure to include MMA on settlement checks.** — Unknown

Nature of claim _____

Amount requested _____

**American Home Shield: Potential claims for failure to include MMA on settlement checks.** — Unknown

Nature of claim _____

Amount requested _____

**American Insurance: Potential claims for failure to include MMA on settlement checks.** — Unknown

Nature of claim _____

Amount requested _____

**American Integrity Insurance Company of Florida: Potential claims for failure to include MMA on settlement checks.** — Unknown

Nature of claim _____

Amount requested _____

**American Integrity Insurance Group: Potential claims for failure to include MMA on settlement checks.** — Unknown

Nature of claim _____

Amount requested _____

Debtor **MMA Law Firm, PLLC**         Case number (if known) **24-31596**
Name

---

**American National Lloyds: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim    _____

Amount requested    _____

---

**American Partners Insurance Group Inc.: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim    _____

Amount requested    _____

---

**American Risk Insurance Company: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim    _____

Amount requested    _____

---

**American Strategic Insurance Corporation: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim    _____

Amount requested    _____

---

**American Traditions Insurance Company: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim    _____

Amount requested    _____

---

**AmeriTrust Group, Inc.: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim    _____

Amount requested    _____

---

**AmeriTrust/Century Surety Company: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim    _____

Amount requested    _____

---

**AmGuard Insurance Company: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim    _____

Amount requested    _____

---

**Amica Mutual Insurance Company: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim    _____

Amount requested    _____

---

**Amstate Insurance: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim    _____

Amount requested    _____

---

**Anchor Insurance Group: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim    _____

Amount requested    _____

---

Debtor   **MMA Law Firm, PLLC**                                  Case number (if known)   **24-31596**
         Name

**Ann Raush Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                     **Unknown**

   **Nature of claim** _____

   **Amount requested** _____

**APA Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks.**                                                     **Unknown**

   **Nature of claim** _____

   **Amount requested** _____

**Apollo Syndicate Management Limited: Potential claims for failure to include MMA on settlement checks.**                                             **Unknown**

   **Nature of claim** _____

   **Amount requested** _____

**Arch Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                         **Unknown**

   **Nature of claim** _____

   **Amount requested** _____

**Argenia, LLC: Potential claims for failure to include MMA on settlement checks.**                                                                   **Unknown**

   **Nature of claim** _____

   **Amount requested** _____

**Armstead Insurance: Potential claims for failure to include MMA on settlement checks.**                                                             **Unknown**

   **Nature of claim** _____

   **Amount requested** _____

**Arnold Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks.**                                                   **Unknown**

   **Nature of claim** _____

   **Amount requested** _____

**ARROWHEAD General Insurance Agency, Inc.: Potential claims for failure to include MMA on settlement checks.**                                        **Unknown**

   **Nature of claim** _____

   **Amount requested** _____

**Asi Preferred Insurance Corporation: Potential claims for failure to include MMA on settlement checks.**                                             **Unknown**

   **Nature of claim** _____

   **Amount requested** _____

**Aspen American Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                **Unknown**

   **Nature of claim** _____

   **Amount requested** _____

**Asset Insurance, LLC: Potential claims for failure to include MMA on settlement checks.**                                                           **Unknown**

   **Nature of claim** _____

   **Amount requested** _____

Official Form 206A/B                **Schedule A/B: Assets -- Real and Personal Property**                                page 75

Debtor   **MMA Law Firm, PLLC**                                      Case number (if known)   **24-31596**
_____
Name

**Assurance: Potential claims for failure to include MMA on settlement checks.**                    Unknown

    **Nature of claim**     _____

    **Amount requested**     _____

**Assurant, Inc.: Potential claims for failure to include MMA on settlement checks.**                    Unknown

    **Nature of claim**     _____

    **Amount requested**     _____

**Asurion: Potential claims for failure to include MMA on settlement checks.**                    Unknown

    **Nature of claim**     _____

    **Amount requested**     _____

**Atlas General Agency: Potential claims for failure to include MMA on settlement checks.**                    Unknown

    **Nature of claim**     _____

    **Amount requested**     _____

**Auto Club Indemnity Company: Potential claims for failure to include MMA on settlement checks.**                    Unknown

    **Nature of claim**     _____

    **Amount requested**     _____

**Auto Club Indemnity Company d/b/a AAA Texas: Potential claims for failure to include MMA on settlement checks.**                    Unknown

    **Nature of claim**     _____

    **Amount requested**     _____

**Auto Club Insurance Company Of Florida: Potential claims for failure to include MMA on settlement checks.**                    Unknown

    **Nature of claim**     _____

    **Amount requested**     _____

**Auto-Owners Insurance Company: Potential claims for failure to include MMA on settlement checks.**                    Unknown

    **Nature of claim**     _____

    **Amount requested**     _____

**AXA XL Insurance America, Inc.: Potential claims for failure to include MMA on settlement checks.**                    Unknown

    **Nature of claim**     _____

    **Amount requested**     _____

**Axios: Potential claims for failure to include MMA on settlement checks.**                    Unknown

    **Nature of claim**     _____

    **Amount requested**     _____

**Axis Surplus Insurance: Potential claims for failure to include MMA on settlement checks.**                    Unknown

    **Nature of claim**     _____

    **Amount requested**     _____

Debtor  **MMA Law Firm, PLLC**                                    Case number (if known)  **24-31596**
Name

**Azalea Insurance Company: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim                     _____

Amount requested          _____

**Baker Insurance Group: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim                     _____

Amount requested          _____

**Bankers Insurance Group: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim                     _____

Amount requested          _____

**Banner Insurance Agency: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim                     _____

Amount requested          _____

**Barbara Rogers Insurance: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim                     _____

Amount requested          _____

**barneyinsurance: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim                     _____

Amount requested          _____

**Bass Insurance: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim                     _____

Amount requested          _____

**Bass Underwriters: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim                     _____

Amount requested          _____

**Baton Rouge Insurance Agency: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim                     _____

Amount requested          _____

**Bay View Insurance: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim                     _____

Amount requested          _____

**BBCO Insurance: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim                     _____

Amount requested          _____

**Beneficial Insurance Agency: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim                     _____

Amount requested          _____

Debtor     **MMA Law Firm, PLLC**
                     Name                                              Case number (if known)   **24-31596**

**Bent Tree Country Club, Inc.: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**     _____

**Amount requested**     _____

**Berkshire Hathaway GUARD: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**     _____

**Amount requested**     _____

**Berkshire Hathaway Guard Insurance Companies: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**     _____

**Amount requested**     _____

**Bernard Insurance Agency, LLC : Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**     _____

**Amount requested**     _____

**Bienvenu Insurance Company: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**     _____

**Amount requested**     _____

**Bishop Insurance: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**     _____

**Amount requested**     _____

**Bjw Insurance Agency: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**     _____

**Amount requested**     _____

**BJW Insurance Services, LLC: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**     _____

**Amount requested**     _____

**Blackboard Insurance Company: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**     _____

**Amount requested**     _____

**Blanchard: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**     _____

**Amount requested**     _____

**Blanchard Insurance: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**     _____

**Amount requested**     _____

Debtor  **MMA Law Firm, PLLC**
_____  Case number (if known) __**24-31596**__
Name

**Boswell Insurance Agency, Inc.: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim          _____

Amount requested        _____

**Bourg Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim          _____

Amount requested        _____

**Braishfield Insurance: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim          _____

Amount requested        _____

**Breard Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim          _____

Amount requested        _____

**Bristol West Insurance: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim          _____

Amount requested        _____

**Brooks Insurance Services NOLA: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim          _____

Amount requested        _____

**Brown & Brown Insurance: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim          _____

Amount requested        _____

**Bruni Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim          _____

Amount requested        _____

**Burns and Wilcox Insurance- New Orleans: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim          _____

Amount requested        _____

**BXS Insurance, Inc.: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim          _____

Amount requested        _____

**Cabrillo Coastal General Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim          _____

Amount requested        _____

Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 79

Debtor  **MMA Law Firm, PLLC**                    Case number (if known) __24-31596__
         Name

**Cada Insurance Services LLC: Potential claims for failure to include MMA on settlement checks.**                                                               Unknown

Nature of claim         _____

Amount requested        _____

**Cam Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                               Unknown

Nature of claim         _____

Amount requested        _____

**Camellia Property Insurance: Potential claims for failure to include MMA on settlement checks.**                                                               Unknown

Nature of claim         _____

Amount requested        _____

**Campbell Insurance Agency Inc: Potential claims for failure to include MMA on settlement checks.**                                                               Unknown

Nature of claim         _____

Amount requested        _____

**Capital: Potential claims for failure to include MMA on settlement checks.**                                                               Unknown

Nature of claim         _____

Amount requested        _____

**Carmouche Insurance of Houma: Potential claims for failure to include MMA on settlement checks.**                                                               Unknown

Nature of claim         _____

Amount requested        _____

**Carrington: Potential claims for failure to include MMA on settlement checks.**                                                               Unknown

Nature of claim         _____

Amount requested        _____

**CARROLLTON INSURANCE AGENCY: Potential claims for failure to include MMA on settlement checks.**                                                               Unknown

Nature of claim         _____

Amount requested        _____

**Cascade Financial: Potential claims for failure to include MMA on settlement checks.**                                                               Unknown

Nature of claim         _____

Amount requested        _____

**Cascade Insurance: Potential claims for failure to include MMA on settlement checks.**                                                               Unknown

Nature of claim         _____

Amount requested        _____

**Castello Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                               Unknown

Nature of claim         _____

Amount requested        _____

Official Form 206A/B              **Schedule A/B: Assets -- Real and Personal Property**                    page 80

Debtor **MMA Law Firm, PLLC**        Case number (if known) __24-31596__
Name

**Castle Key Indemnity Company: Potential claims for failure to include MMA on settlement checks.**    Unknown

**Nature of claim** _____

**Amount requested** _____

**Castle Key Insurance Co.: Potential claims for failure to include MMA on settlement checks.**    Unknown

**Nature of claim** _____

**Amount requested** _____

**Central Insurance: Potential claims for failure to include MMA on settlement checks.**    Unknown

**Nature of claim** _____

**Amount requested** _____

**Century Insurance Group: Potential claims for failure to include MMA on settlement checks.**    Unknown

**Nature of claim** _____

**Amount requested** _____

**Certain Underwriters At Lloyd'S And Other Insurers Subscribing To Account No. S-2108-591541-01: Potential claims for failure to include MMA on settlement checks.**    Unknown

**Nature of claim** _____

**Amount requested** _____

**Certain Underwriters at Lloyd's London: Potential claims for failure to include MMA on settlement checks.**    Unknown

**Nature of claim** _____

**Amount requested** _____

**Certain Underwriters At Lloyd's London And Other Insurers Subscribing To Policy No. L38644: Potential claims for failure to include MMA on settlement checks.**    Unknown

**Nature of claim** _____

**Amount requested** _____

**Chabert Insurance Agency LLC: Potential claims for failure to include MMA on settlement checks.**    Unknown

**Nature of claim** _____

**Amount requested** _____

**Charles D Glenn Jr Insurance: Potential claims for failure to include MMA on settlement checks.**    Unknown

**Nature of claim** _____

**Amount requested** _____

**Charles Thomas LLC: Potential claims for failure to include MMA on settlement checks.**    Unknown

**Nature of claim** _____

**Amount requested** _____

**Chavez Insurance: Potential claims for failure to include MMA on settlement checks.**    Unknown

**Nature of claim** _____

**Amount requested** _____

Debtor    **MMA Law Firm, PLLC**                                    Case number (if known)  __24-31596__
          _____
          Name

**Choice Home Warranty: Potential claims for failure to include MMA on settlement checks.**  _____    Unknown

Nature of claim          _____

Amount requested         _____

**Chris Markerson Insurance Agency: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim          _____

Amount requested         _____

**Church Mutual Insurance Company: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim          _____

Amount requested         _____

**Church Mutual Insurance Company, S.I.: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim          _____

Amount requested         _____

**Citizens National Bank Mtg: Potential claims for failure to include MMA on settlement checks.**  _____    Unknown

Nature of claim          _____

Amount requested         _____

**Citizens Property Insurance Corporation: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim          _____

Amount requested         _____

**CJ Prevost Insurance Agency Inc: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim          _____

Amount requested         _____

**Clarke Insurance: Potential claims for failure to include MMA on settlement checks.**  _____    Unknown

Nature of claim          _____

Amount requested         _____

**Classic Insurance Services: Potential claims for failure to include MMA on settlement checks.**  _____    Unknown

Nature of claim          _____

Amount requested         _____

**Clayton Herbert Insurance: Potential claims for failure to include MMA on settlement checks.**  _____    Unknown

Nature of claim          _____

Amount requested         _____

**Clear Blue Insurance Company: Potential claims for failure to include MMA on settlement checks.**    Unknown

Nature of claim          _____

Amount requested         _____

Official Form 206A/B            **Schedule A/B: Assets -- Real and Personal Property**            page 82

Debtor     **MMA Law Firm, PLLC**                   Case number (if known)   **24-31596**
         Name

**Clear Blue Specialty Insurance Company: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested        _____

**Clearwater Insurance: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested        _____

**CNA Insurance: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested        _____

**CNS Insurance Services, LLC: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested        _____

**Coastal American Insurance: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested        _____

**Coastal Insurance Agency: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested        _____

**Coastal Louisiana Insurance: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested        _____

**Coastal Select: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested        _____

**Colonial Claims: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested        _____

**Columbia Lloyds Insurance Company: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested        _____

**Commonwealth Insurance Company: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested        _____

Official Form 206A/B          **Schedule A/B: Assets -- Real and Personal Property**          page 83

Debtor  **MMA Law Firm, PLLC**                                    Case number (if known)  **24-31596**
        Name

**Consumer Insurance Services Inc.: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim             _____

Amount requested            _____

**Continental Casualty Company: Potential claims for failure to include MMA on settlement checks.**                                                         Unknown

Nature of claim             _____

Amount requested            _____

**Continental Insurance Services: Potential claims for failure to include MMA on settlement checks.**                                                        Unknown

Nature of claim             _____

Amount requested            _____

**Contractors Insurance Louisiana: Potential claims for failure to include MMA on settlement checks.**                                                       Unknown

Nature of claim             _____

Amount requested            _____

**Cooper Insurance: Potential claims for failure to include MMA on settlement checks.**                                                                      Unknown

Nature of claim             _____

Amount requested            _____

**Cora Texas Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                          Unknown

Nature of claim             _____

Amount requested            _____

**Cornerstone Insurance Firm Llc: Potential claims for failure to include MMA on settlement checks.**                                                        Unknown

Nature of claim             _____

Amount requested            _____

**Cravens Insurance Group, LLC: Potential claims for failure to include MMA on settlement checks.**                                                          Unknown

Nature of claim             _____

Amount requested            _____

**Cravins Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                              Unknown

Nature of claim             _____

Amount requested            _____

**Crossland Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                            Unknown

Nature of claim             _____

Amount requested            _____

**Crown Standard Insurance: Potential claims for failure to include MMA on settlement checks.**                                                              Unknown

Nature of claim             _____

Amount requested            _____

Official Form 206A/B            **Schedule A/B: Assets -- Real and Personal Property**                    page 84

Debtor   **MMA Law Firm, PLLC**                                    Case number (if known)   **24-31596**
         Name

| | |
|---|---|
| **Crows Bureau Insurance Inc.: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |

**Nature of claim**   _____

**Amount requested**   _____

| | |
|---|---|
| **Cumis Specialty Insurance Company, Inc.: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |

**Nature of claim**   _____

**Amount requested**   _____

| | |
|---|---|
| **Curtis Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |

**Nature of claim**   _____

**Amount requested**   _____

| | |
|---|---|
| **Cypress Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |

**Nature of claim**   _____

**Amount requested**   _____

| | |
|---|---|
| **Cypress P&C Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |

**Nature of claim**   _____

**Amount requested**   _____

| | |
|---|---|
| **Cypress Texas Lloyds: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |

**Nature of claim**   _____

**Amount requested**   _____

| | |
|---|---|
| **Dabdoub Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |

**Nature of claim**   _____

**Amount requested**   _____

| | |
|---|---|
| **Dallas Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |

**Nature of claim**   _____

**Amount requested**   _____

| | |
|---|---|
| **Dan Burghardt Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |

**Nature of claim**   _____

**Amount requested**   _____

| | |
|---|---|
| **Dave Holley Insurance: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |

**Nature of claim**   _____

**Amount requested**   _____

| | |
|---|---|
| **Dave Millet Insurance Agency: Potential claims for failure to include MMA on settlement checks.** | **Unknown** |

**Nature of claim**   _____

**Amount requested**   _____

| | |
|---|---|
| **David H Stiel Jr. Agency : Potential claims for failure to include MMA on settlement checks.** | **Unknown** |

**Nature of claim**   _____

**Amount requested**   _____

Debtor **MMA Law Firm, PLLC**      Case number (if known) **24-31596**
Name

**David H. Stiel Jr Agency: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim _____

Amount requested _____

**Davis Insurance Agency: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim _____

Amount requested _____

**Delucia Insurance Agency: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim _____

Amount requested _____

**Demarie Insurance Agency: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim _____

Amount requested _____

**Demerara Life Assurance Society: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim _____

Amount requested _____

**Dimattia Insurance Agency: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim _____

Amount requested _____

**Direct Auto Insurance: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim _____

Amount requested _____

**DJW Insurance Agency, Inc.: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim _____

Amount requested _____

**Dorey Insurance: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim _____

Amount requested _____

**Dorsey Insurance Group: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim _____

Amount requested _____

**Dorsey Susan Insurance: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim _____

Amount requested _____

**Dupre Carrier & Godchaux Insurance: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim _____

Amount requested _____

Debtor   **MMA Law Firm, PLLC**                                    Case number (if known)   **24-31596**
  Name

**Dupre Carrier Godchaux: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim   _____

Amount requested   _____

**E&J Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim   _____

Amount requested   _____

**Eagan Insurancy Agency: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim   _____

Amount requested   _____

**Edison Insurance Company: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim   _____

Amount requested   _____

**Employers Mutual Casualty Company: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim   _____

Amount requested   _____

**Encompass Insurance Company of America: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim   _____

Amount requested   _____

**Enj Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim   _____

Amount requested   _____

**Equity Partner Insurance Services: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim   _____

Amount requested   _____

**Erath Insurance: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim   _____

Amount requested   _____

**Erdey Insurance: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim   _____

Amount requested   _____

**Erdey Insurance Agency, Inc.: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim   _____

Amount requested   _____

Debtor    **MMA Law Firm, PLLC**            Case number (if known)   **24-31596**
       Name

**Erie Insurance: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

     **Nature of claim**

     **Amount requested**

**Esurance : Potential claims for failure to include MMA on settlement checks.**        **Unknown**

     **Nature of claim**

     **Amount requested**

**Evanston Insurance Company: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

     **Nature of claim**

     **Amount requested**

**Family Insurance Center: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

     **Nature of claim**

     **Amount requested**

**Family Security Insurance Company: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

     **Nature of claim**

     **Amount requested**

**Farm Bureau: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

     **Nature of claim**

     **Amount requested**

**Farm Bureau General Insurance Company of Michigan: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

     **Nature of claim**

     **Amount requested**

**Farm Bureau of Mississippi: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

     **Nature of claim**

     **Amount requested**

**Farm Bureau,5400 University Ave.,West Des Moines,Ia 50266: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

     **Nature of claim**

     **Amount requested**

**Farm Mutual Insurance Association of Burnet County (FMBC): Potential claims for failure to include MMA on settlement checks.**        **Unknown**

     **Nature of claim**

     **Amount requested**

**Farmers Casualty Insurance Company: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

     **Nature of claim**

     **Amount requested**

Debtor **MMA Law Firm, PLLC**        Case number (if known) **24-31596**
Name

**Farmers Insurance Company, Inc.: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**FCCI Insurance Group: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Federal Insurance Company: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Federated National Insurance Company: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**FedNat Insurance Company: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**FedNat Insurance Company (FIGA): Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**FEMA Insurance: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Financial Insurance Consultants: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Fireman's Fund Insurance Company (Allianz): Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**First American Financial Title Insurance Company: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**First Community Insurance Company: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

Official Form 206A/B       **Schedule A/B: Assets -- Real and Personal Property**       page 89

Debtor    **MMA Law Firm, PLLC**                                    Case number (if known) __24-31596__
_____
Name

**First Choice Insurance : Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested          _____


**First Insurance Funding: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested          _____


**First Premium Inc: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested          _____


**First Protective Insurance Company: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested          _____


**Fletcher Insurance Group: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested          _____


**Florida Family Insurance Company: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested          _____


**Florida Farm Bureau: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested          _____


**Florida Peninsula Insurance Company: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested          _____


**Flowers Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested          _____


**Folsom Village Insurance: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested          _____


**Frank J Musso Insurance: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested          _____

Debtor **MMA Law Firm, PLLC**        Case number (if known)   **24-31596**
Name

**Fred Loya Insurance: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Freeway Insurance: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Freeway Insurance Agency: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Frontline Insurance: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Frontline Insurance Unlimited Company: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Gaither Mary Insurance: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Galindo Law: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Gallagher Bassett: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Gamble, Vida: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**GAR Real Estate & Insurance Agency: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Garcia Insurance Agency: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

**Garcia Insurance Services: Potential claims for failure to include MMA on settlement checks.**     **Unknown**

    **Nature of claim** _____

    **Amount requested** _____

Debtor **MMA Law Firm, PLLC**
Name

Case number (if known) **24-31596**

**Gassie Insurance Agency Inc.: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim  _____

Amount requested  _____

**Gator Insurance Service: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim  _____

Amount requested  _____

**Gautreaux Insurance Agency Corporated: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim  _____

Amount requested  _____

**Geanette Coisin insurance agency: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim  _____

Amount requested  _____

**Geico: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim  _____

Amount requested  _____

**Geiling Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim  _____

Amount requested  _____

**Gelpi Horn Insurance: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim  _____

Amount requested  _____

**General Star Indemnity Company: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim  _____

Amount requested  _____

**General Star Management, LLC: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim  _____

Amount requested  _____

**Germania Farm Mutual Insurance: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim  _____

Amount requested  _____

**Gilbert Blanchard Insurance: Potential claims for failure to include MMA on settlement checks.**                                                    Unknown

Nature of claim  _____

Amount requested  _____

Official Form 206A/B                **Schedule A/B: Assets -- Real and Personal Property**                page 92

Debtor **MMA Law Firm, PLLC**                                    Case number (if known) **24-31596**
_____
Name

**Glenn Dean Insurance: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

    **Nature of claim**        _____

    **Amount requested**       _____

**Global Indemnity Group: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

    **Nature of claim**        _____

    **Amount requested**       _____

**Global Risk Solutions: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

    **Nature of claim**        _____

    **Amount requested**       _____

**Go Auto Insurance: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

    **Nature of claim**        _____

    **Amount requested**       _____

**Goosehead Insurance Company: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

    **Nature of claim**        _____

    **Amount requested**       _____

**Grange Insurance: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

    **Nature of claim**        _____

    **Amount requested**       _____

**Great Southern Insurance: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

    **Nature of claim**        _____

    **Amount requested**       _____

**Guard Insurance Company: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

    **Nature of claim**        _____

    **Amount requested**       _____

**Guardian Insurance: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

    **Nature of claim**        _____

    **Amount requested**       _____

**Guide One Insurance Company: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

    **Nature of claim**        _____

    **Amount requested**       _____

**Guidry Insurance: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

    **Nature of claim**        _____

    **Amount requested**       _____

**Gulf Coast: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

    **Nature of claim**        _____

    **Amount requested**       _____

Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 93

Debtor   **MMA Law Firm, PLLC**                                   Case number (if known)   **24-31596**
_____
Name

**Gulf Coast Insurance Agency, Inc.: Potential claims for failure to include MMA on settlement checks.**                                                                                     Unknown

    **Nature of claim**            _____

    **Amount requested**          _____


**Gulf South Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                                                     Unknown

    **Nature of claim**            _____

    **Amount requested**          _____


**Haik Insurance Holdings, LLC.  Potential claims for failure to include MMA on settlement checks.**                                                                                     Unknown

    **Nature of claim**            _____

    **Amount requested**          _____


**Hampton Insurance: Potential claims for failure to include MMA on settlement checks.**                                                   Unknown

    **Nature of claim**            _____

    **Amount requested**          _____


**Hanley Trustee Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                                                     Unknown

    **Nature of claim**            _____

    **Amount requested**          _____


**Hardwick Insurance: Potential claims for failure to include MMA on settlement checks.**                                                   Unknown

    **Nature of claim**            _____

    **Amount requested**          _____


**Harlan Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks.**                                                                                     Unknown

    **Nature of claim**            _____

    **Amount requested**          _____


**Harry Kelleher and Company: Potential claims for failure to include MMA on settlement checks.**                                                                                     Unknown

    **Nature of claim**            _____

    **Amount requested**          _____


**Hartford Flood Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                                                     Unknown

    **Nature of claim**            _____

    **Amount requested**          _____


**Hays Agency: Potential claims for failure to include MMA on settlement checks.**                                                   Unknown

    **Nature of claim**            _____

    **Amount requested**          _____


Official Form 206A/B                **Schedule A/B: Assets -- Real and Personal Property**                page 94

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**HDI Global Insurance Company dba HDI Global Specialty SE: Potential claims for failure to include MMA on settlement checks.**      Unknown

Nature of claim      _____

Amount requested      _____

**Henry Insurance Agency: Potential claims for failure to include MMA on settlement checks.**      Unknown

Nature of claim      _____

Amount requested      _____

**Heritage Insurance: Potential claims for failure to include MMA on settlement checks.**      Unknown

Nature of claim      _____

Amount requested      _____

**Heritage Property & Casualty Insurance Company: Potential claims for failure to include MMA on settlement checks.**      Unknown

Nature of claim      _____

Amount requested      _____

**Herman Venable Insurance Agency Inc: Potential claims for failure to include MMA on settlement checks.**      Unknown

Nature of claim      _____

Amount requested      _____

**Highland Insurance Solutions, LLC: Potential claims for failure to include MMA on settlement checks.**      Unknown

Nature of claim      _____

Amount requested      _____

**Hippo Insurance: Potential claims for failure to include MMA on settlement checks.**      Unknown

Nature of claim      _____

Amount requested      _____

**Hiscox Insurance: Potential claims for failure to include MMA on settlement checks.**      Unknown

Nature of claim      _____

Amount requested      _____

**Hiscox Insurance Company: Potential claims for failure to include MMA on settlement checks.**      Unknown

Nature of claim      _____

Amount requested      _____

**HOAIC – Homeowners of America Insurance Company: Potential claims for failure to include MMA on settlement checks.**      Unknown

Nature of claim      _____

Amount requested      _____

**Hochheim Prarie Insurance: Potential claims for failure to include MMA on settlement checks.**      Unknown

Nature of claim      _____

Amount requested      _____

Debtor  **MMA Law Firm, PLLC**
_____   Case number (if known)  **24-31596**
Name

**Hogan Insurance Agency: Potential claims for failure to include MMA on settlement checks.** _____   **Unknown**

**Nature of claim**      _____

**Amount requested**     _____

**Home First Agency Insurance Company: Potential claims for failure to include MMA on settlement checks.** _____   **Unknown**

**Nature of claim**      _____

**Amount requested**     _____

**HomeFirst Agency: Potential claims for failure to include MMA on settlement checks.** _____   **Unknown**

**Nature of claim**      _____

**Amount requested**     _____

**Homeowners Choice Insurance Company: Potential claims for failure to include MMA on settlement checks.** _____   **Unknown**

**Nature of claim**      _____

**Amount requested**     _____

**Homeowners Choice Property & Casualty Insurance Company, Inc.: Potential claims for failure to include MMA on settlement checks.** _____   **Unknown**

**Nature of claim**      _____

**Amount requested**     _____

**Homesite Lloyds of Texas: Potential claims for failure to include MMA on settlement checks.** _____   **Unknown**

**Nature of claim**      _____

**Amount requested**     _____

**Hopper Insurance Company: Potential claims for failure to include MMA on settlement checks.** _____   **Unknown**

**Nature of claim**      _____

**Amount requested**     _____

**Horace Mann Insurance Company: Potential claims for failure to include MMA on settlement checks.** _____   **Unknown**

**Nature of claim**      _____

**Amount requested**     _____

**Horton's Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks.** _____   **Unknown**

**Nature of claim**      _____

**Amount requested**     _____

**Hub City Insurance: Potential claims for failure to include MMA on settlement checks.** _____   **Unknown**

**Nature of claim**      _____

**Amount requested**     _____

**IAS Claim Services: Potential claims for failure to include MMA on settlement checks.** _____   **Unknown**

**Nature of claim**      _____

**Amount requested**     _____

Debtor **MMA Law Firm, PLLC**
<u>_____</u>   Case number (if known)   **24-31596**
     Name

**IAT Insurance: Potential claims for failure to include MMA on settlement checks.**                     **Unknown**

**Nature of claim**          _____

**Amount requested**        _____

**IAT Insurance Group: Potential claims for failure to include MMA on settlement checks.**                     **Unknown**

**Nature of claim**          _____

**Amount requested**        _____

**ICAT Boulder Claims: Potential claims for failure to include MMA on settlement checks.**                     **Unknown**

**Nature of claim**          _____

**Amount requested**        _____

**ICAT Catastrophe Insurance: Potential claims for failure to include MMA on settlement checks.**                     **Unknown**

**Nature of claim**          _____

**Amount requested**        _____

**IMT Insurance: Potential claims for failure to include MMA on settlement checks.**                     **Unknown**

**Nature of claim**          _____

**Amount requested**        _____

**Incline Casualty Company: Potential claims for failure to include MMA on settlement checks.**                     **Unknown**

**Nature of claim**          _____

**Amount requested**        _____

**Insight Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                     **Unknown**

**Nature of claim**          _____

**Amount requested**        _____

**Insurance  Depot: Potential claims for failure to include MMA on settlement checks.**                     **Unknown**

**Nature of claim**          _____

**Amount requested**        _____

**insurance Agency LaPlace: Potential claims for failure to include MMA on settlement checks.**                     **Unknown**

**Nature of claim**          _____

**Amount requested**        _____

**Insurance agency LLC: Potential claims for failure to include MMA on settlement checks.**                     **Unknown**

**Nature of claim**          _____

**Amount requested**        _____

**Insurance Board United Church Insurance Association Program: Potential claims for failure to include MMA on settlement checks.**                     **Unknown**

**Nature of claim**          _____

**Amount requested**        _____

**Insurance INC: Potential claims for failure to include MMA on settlement checks.**                     **Unknown**

**Nature of claim**          _____

**Amount requested**        _____

Debtor **MMA Law Firm, PLLC**                     Case number (if known) **24-31596**
Name

**Insurance Unlimited: Potential claims for failure to include MMA on settlement checks.**                     **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Insure Plus: Potential claims for failure to include MMA on settlement checks.**                     **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Insureco Insurance: Potential claims for failure to include MMA on settlement checks.**                     **Unknown**

**Nature of claim** _____

**Amount requested** _____

**International Catastrophe Insurance Managers, LLC: Potential claims for failure to include MMA on settlement checks.**                     **Unknown**

**Nature of claim** _____

**Amount requested** _____

**IPC /Brightway Insurance: Potential claims for failure to include MMA on settlement checks.**                     **Unknown**

**Nature of claim** _____

**Amount requested** _____

**IPFS - Imperial PFS: Potential claims for failure to include MMA on settlement checks.**                     **Unknown**

**Nature of claim** _____

**Amount requested** _____

**IPG Insurance: Potential claims for failure to include MMA on settlement checks.**                     **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Jeanette Voisin Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                     **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Jena Insurance: Potential claims for failure to include MMA on settlement checks.**                     **Unknown**

**Nature of claim** _____

**Amount requested** _____

**John Hendry Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                     **Unknown**

**Nature of claim** _____

**Amount requested** _____

**John Henry Smith Insurance: Potential claims for failure to include MMA on settlement checks.**                     **Unknown**

**Nature of claim** _____

**Amount requested** _____

Debtor **MMA Law Firm, PLLC**          Case number (if known)  **24-31596**
_____ Name

**Johns Eastern Company, Inc.: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**          _____

**Amount requested**          _____

**Johnson & Johnson, Inc: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**          _____

**Amount requested**          _____

**Johnson and Johnson: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**          _____

**Amount requested**          _____

**Jones Insurance: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**          _____

**Amount requested**          _____

**Joyce Ferrara Notary: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**          _____

**Amount requested**          _____

**Kay's Agency: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**          _____

**Amount requested**          _____

**Kelly Lee Insurance: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**          _____

**Amount requested**          _____

**Kelly Stewart Insurance Company: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**          _____

**Amount requested**          _____

**Kemp Insurance Agency: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**          _____

**Amount requested**          _____

**Kemper Life: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**          _____

**Amount requested**          _____

**Kemper Personal Insurance: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**          _____

**Amount requested**          _____

**Kemper Preferred: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**          _____

**Amount requested**          _____

Official Form 206A/B          **Schedule A/B: Assets -- Real and Personal Property**          page 99

Debtor   **MMA Law Firm, PLLC**                                   Case number (if known) __24-31596__
         <u>Name</u>

**Kemper Speciality: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**        _____

**Amount requested**       _____


**Kendra L Hardnett Insurance Agency: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**        _____

**Amount requested**       _____


**Kensington Insurance: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**        _____

**Amount requested**       _____


**Kim Fuscia Insurance: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**        _____

**Amount requested**       _____


**KTS Insurance Agency:  Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**        _____

**Amount requested**       _____


**Lagniappe Insurance Llc: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**        _____

**Amount requested**       _____


**Lake Area Insurance Group: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**        _____

**Amount requested**       _____


**Lakeview Insurance: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**        _____

**Amount requested**       _____


**Landmark American Insurance Company: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**        _____

**Amount requested**       _____


**Latter & Blum Insurance Services: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**        _____

**Amount requested**       _____


**Leach Insurance Agency: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

**Nature of claim**        _____

**Amount requested**       _____

Debtor **MMA Law Firm, PLLC**            Case number (if known)   **24-31596**
        Name

**Leauxcal Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim     _____

Amount requested     _____

**LeBlanc Insurance Agency: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim     _____

Amount requested     _____

**Leboeuf: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim     _____

Amount requested     _____

**Ledet Insurance Company: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim     _____

Amount requested     _____

**Lemione Insurance: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim     _____

Amount requested     _____

**Lemoine Insurance Agency: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim     _____

Amount requested     _____

**Lemoine Insurance Agency LLC: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim     _____

Amount requested     _____

**Lender Placed Insurance: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim     _____

Amount requested     _____

**Lender-placed Insurance Coverage: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim     _____

Amount requested     _____

**Lexington Insurance Company: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim     _____

Amount requested     _____

**Liberty Insurance Corporation: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim     _____

Amount requested     _____

Debtor  **MMA Law Firm, PLLC**                                    Case number (if known)  **24-31596**
_____
Name

**Liberty Insurance, Inc.: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

**Nature of claim**       _____

**Amount requested**      _____

**Liggio Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

**Nature of claim**       _____

**Amount requested**      _____

**LoanCare: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

**Nature of claim**       _____

**Amount requested**      _____

**Local Choice Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

**Nature of claim**       _____

**Amount requested**      _____

**Louisiana Companies: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

**Nature of claim**       _____

**Amount requested**      _____

**Louisiana Insurance Service: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

**Nature of claim**       _____

**Amount requested**      _____

**Louisiana Insurance Services: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

**Nature of claim**       _____

**Amount requested**      _____

**Louisiana Twins Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

**Nature of claim**       _____

**Amount requested**      _____

**Lyndon Southern Insurance Company: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

**Nature of claim**       _____

**Amount requested**      _____

**Lyons Insurance Company: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

**Nature of claim**       _____

**Amount requested**      _____

**Madison Insurance: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

**Nature of claim**       _____

**Amount requested**      _____

Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 102

Debtor **MMA Law Firm, PLLC**
Name

Case number (if known) **24-31596**

**Maison Insurance Company (LIGA): Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim      _____

Amount requested      _____

**Majestic Life Insurance Co: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim      _____

Amount requested      _____

**Margaret Company: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim      _____

Amount requested      _____

**Markel Insurance Company: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim      _____

Amount requested      _____

**Martin Insurance Agency: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim      _____

Amount requested      _____

**Matic Insurance Services: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim      _____

Amount requested      _____

**Maverick Claims: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim      _____

Amount requested      _____

**Maverick Insurance: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim      _____

Amount requested      _____

**Maxum Specialty Insurance Group: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim      _____

Amount requested      _____

**Mayo Land and Title Co.: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim      _____

Amount requested      _____

**Mcgriff Insurance Company: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim      _____

Amount requested      _____

**McGriff Insurance Services: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

Nature of claim      _____

Amount requested      _____

Debtor **MMA Law Firm, PLLC**
_____ Name

Case number (if known) **24-31596**

**MD Claims Group LLC : Potential claims for failure to include MMA on settlement checks.** **Unknown**

Nature of claim _____

Amount requested _____

**Meridian Security Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

Nature of claim _____

Amount requested _____

**Mesa Underwriters Specialty Insurance Company (MUSIC): Potential claims for failure to include MMA on settlement checks.** **Unknown**

Nature of claim _____

Amount requested _____

**Metropolitan Lloyds Insurance Company of Texas: Potential claims for failure to include MMA on settlement checks.** **Unknown**

Nature of claim _____

Amount requested _____

**MIC General Insurance Corporation: Potential claims for failure to include MMA on settlement checks.** **Unknown**

Nature of claim _____

Amount requested _____

**Mic Property And Casualty Insurance Corporation: Potential claims for failure to include MMA on settlement checks.** **Unknown**

Nature of claim _____

Amount requested _____

**Mid-America Catastrophe Services, LLC: Potential claims for failure to include MMA on settlement checks.** **Unknown**

Nature of claim _____

Amount requested _____

**Mid-Century Insurance Company: Potential claims for failure to include MMA on settlement checks.** **Unknown**

Nature of claim _____

Amount requested _____

**Mike Huvall Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

Nature of claim _____

Amount requested _____

**Millenial Specialty Insurance Llc: Potential claims for failure to include MMA on settlement checks.** **Unknown**

Nature of claim _____

Amount requested _____

Debtor **MMA Law Firm, PLLC**
Name

Case number (if known) **24-31596**

**Miller Insurance Inc: Potential claims for failure to include MMA on settlement checks.**                                                    **Unknown**

Nature of claim _____

Amount requested _____

**Mississippi Residential Property Insurance: Potential claims for failure to include MMA on settlement checks.**                             **Unknown**

Nature of claim _____

Amount requested _____

**Mississippi Residential Property Insurance Underwriting Association: Potential claims for failure to include MMA on settlement checks.**                **Unknown**

Nature of claim _____

Amount requested _____

**Mississippi Windstorm Underwriting Association: Potential claims for failure to include MMA on settlement checks.**                          **Unknown**

Nature of claim _____

Amount requested _____

**Missouri Farm Bureau Insurance: Potential claims for failure to include MMA on settlement checks.**                                          **Unknown**

Nature of claim _____

Amount requested _____

**Mitch Hollier Insurance: Potential claims for failure to include MMA on settlement checks.**                                                **Unknown**

Nature of claim _____

Amount requested _____

**Molina Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                **Unknown**

Nature of claim _____

Amount requested _____

**Monarch National Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                      **Unknown**

Nature of claim _____

Amount requested _____

**Montesano Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                             **Unknown**

Nature of claim _____

Amount requested _____

**Morris Insurance Agency Inc: Potential claims for failure to include MMA on settlement checks.**                                            **Unknown**

Nature of claim _____

Amount requested _____

**Morvant Insurance Agency, LLC : Potential claims for failure to include MMA on settlement checks.**                                         **Unknown**

Nature of claim _____

Amount requested _____

Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 105

Debtor    **MMA Law Firm, PLLC**                                          Case number (if known) __24-31596__
          Name

**Motts Insurance: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested         _____


**MSJ Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                **Unknown**

Nature of claim          _____

Amount requested         _____


**Mt. Hawley Insurance Company: Potential claims for failure to include MMA on settlement checks.**        **Unknown**

Nature of claim          _____

Amount requested         _____


**National Flood Insurance Program: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim          _____

Amount requested         _____


**National Lloyds Insurance: Potential claims for failure to include MMA on settlement checks.**           **Unknown**

Nature of claim          _____

Amount requested         _____


**National Security Group: Potential claims for failure to include MMA on settlement checks.**             **Unknown**

Nature of claim          _____

Amount requested         _____


**National Trust Insurance Company: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim          _____

Amount requested         _____


**Nationwide Agribusiness Insurance Company: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

Nature of claim          _____

Amount requested         _____


**Nationwide E&S/Specialty: Potential claims for failure to include MMA on settlement checks.**            **Unknown**

Nature of claim          _____

Amount requested         _____


**Nationwide General Insurance Company: Potential claims for failure to include MMA on settlement checks.**  **Unknown**

Nature of claim          _____

Amount requested         _____


**Nationwide Insurance: Potential claims for failure to include MMA on settlement checks.**                **Unknown**

Nature of claim          _____

Amount requested         _____

Debtor    **MMA Law Firm, PLLC**                                    Case number (if known)   **24-31596**
          Name

**New Horizon's: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____


**New York life insurance: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____


**New York Marine & General Insurance Company: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____


**Next Insurance Company: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____


**NFIP Direct: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____


**NJM Insurance: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____


**Nobel Insurance Services: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____


**Noble Insurance: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____


**North American Risk: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____


**North Carolina Insurance Underwriting Association: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____


**North Carolina Joint Underwriting Association: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____

Debtor   **MMA Law Firm, PLLC**_____     Case number (if known) __**24-31596**__
         Name

**Obq Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                        **Unknown**

   **Nature of claim**      _____

   **Amount requested**     _____

**Ocean Harbor Insurance Company: Potential claims for failure to include MMA on settlement checks.**                               **Unknown**

   **Nature of claim**      _____

   **Amount requested**     _____

**Ohio Security Insurance Company: Potential claims for failure to include MMA on settlement checks.**                               **Unknown**

   **Nature of claim**      _____

   **Amount requested**     _____

**Old American Indemnity Company: Potential claims for failure to include MMA on settlement checks.**                               **Unknown**

   **Nature of claim**      _____

   **Amount requested**     _____

**Old Republic Union Insurance Company: Potential claims for failure to include MMA on settlement checks.**                          **Unknown**

   **Nature of claim**      _____

   **Amount requested**     _____

**Olympus Insurance: Potential claims for failure to include MMA on settlement checks.**                                             **Unknown**

   **Nature of claim**      _____

   **Amount requested**     _____

**Olympus Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                     **Unknown**

   **Nature of claim**      _____

   **Amount requested**     _____

**Omega Home & Auto Care: Potential claims for failure to include MMA on settlement checks.**                                        **Unknown**

   **Nature of claim**      _____

   **Amount requested**     _____

**O'Neil, M.D., Stephen: Potential claims for failure to include MMA on settlement checks.**                                         **Unknown**

   **Nature of claim**      _____

   **Amount requested**     _____

**Orchid Underwriters Agency LLC: Potential claims for failure to include MMA on settlement checks.**                                **Unknown**

   **Nature of claim**      _____

   **Amount requested**     _____

**Orion180: Potential claims for failure to include MMA on settlement checks.**                                                      **Unknown**

   **Nature of claim**      _____

   **Amount requested**     _____

Official Form 206A/B               **Schedule A/B: Assets -- Real and Personal Property**                         page 108

Debtor   **MMA Law Firm, PLLC**
_____   Case number (if known) __24-31596__
Name

**OSC Insurance Services: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

Nature of claim   _____

Amount requested   _____


**Owens Insurance Agency: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

Nature of claim   _____

Amount requested   _____


**Ozark Insurance Agency: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

Nature of claim   _____

Amount requested   _____


**Pace Insurance: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

Nature of claim   _____

Amount requested   _____


**Patin Insurance Agency: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

Nature of claim   _____

Amount requested   _____


**Patsy Johnson Insurance: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

Nature of claim   _____

Amount requested   _____


**Paul's Agency LLC: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

Nature of claim   _____

Amount requested   _____


**Peninsula Insurance Bureau: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

Nature of claim   _____

Amount requested   _____


**Penn-American Insurance Company: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

Nature of claim   _____

Amount requested   _____


**Pennsylvania Lumbermens Mutual Insurance Company: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

Nature of claim   _____

Amount requested   _____


**Peoples First Insurance: Potential claims for failure to include MMA on settlement checks.**   **Unknown**

Nature of claim   _____

Amount requested   _____


Official Form 206A/B   **Schedule A/B: Assets -- Real and Personal Property**   page 109

Debtor    **MMA Law Firm, PLLC**            Case number (if known)   **24-31596**
          Name

**People's Trust Insurance Company: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

     **Nature of claim**            _____

     **Amount requested**          _____

**Perkins Insurance Company: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

     **Nature of claim**            _____

     **Amount requested**          _____

**PHH Mortgage: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

     **Nature of claim**            _____

     **Amount requested**          _____

**Philadelphia Indemnity Insurance Company: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

     **Nature of claim**            _____

     **Amount requested**          _____

**Pilot Catastrophe Services, Inc.: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

     **Nature of claim**            _____

     **Amount requested**          _____

**Plescia Insurance Agency Inc.: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

     **Nature of claim**            _____

     **Amount requested**          _____

**Possible Force Placed Policy: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

     **Nature of claim**            _____

     **Amount requested**          _____

**Powell & Associates Insurance: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

     **Nature of claim**            _____

     **Amount requested**          _____

**PPG & Associates: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

     **Nature of claim**            _____

     **Amount requested**          _____

**Praetorian Insurance Company: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

     **Nature of claim**            _____

     **Amount requested**          _____

Debtor **MMA Law Firm, PLLC**
Name                                                      Case number (if known)  __24-31596__

**Predental life and home insurance: Potential claims for failure to include MMA on settlement checks.**                                                      Unknown

Nature of claim _____

Amount requested _____

**Prestige Insurance: Potential claims for failure to include MMA on settlement checks.**                                                      Unknown

Nature of claim _____

Amount requested _____

**Prime Insurance Group: Potential claims for failure to include MMA on settlement checks.**                                                      Unknown

Nature of claim _____

Amount requested _____

**Proctor Financial Company: Potential claims for failure to include MMA on settlement checks.**                                                      Unknown

Nature of claim _____

Amount requested _____

**Proctor Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                      Unknown

Nature of claim _____

Amount requested _____

**Proctor Loan Protector: Potential claims for failure to include MMA on settlement checks.**                                                      Unknown

Nature of claim _____

Amount requested _____

**Pronto General Agency LTD: Potential claims for failure to include MMA on settlement checks.**                                                      Unknown

Nature of claim _____

Amount requested _____

**Prosight Specialty Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                      Unknown

Nature of claim _____

Amount requested _____

**Protective Risk Agency: Potential claims for failure to include MMA on settlement checks.**                                                      Unknown

Nature of claim _____

Amount requested _____

**Quality Plus Insurance: Potential claims for failure to include MMA on settlement checks.**                                                      Unknown

Nature of claim _____

Amount requested _____

**Ramsgate Insurance: Potential claims for failure to include MMA on settlement checks.**                                                      Unknown

Nature of claim _____

Amount requested _____

**Ratliff-Myers Insurance: Potential claims for failure to include MMA on settlement checks.**                                                      Unknown

Nature of claim _____

Amount requested _____

Debtor  **MMA Law Firm, PLLC**
Name

Case number (if known)  **24-31596**

**Record Agency: Potential claims for failure to include MMA on settlement checks.**  Unknown

Nature of claim  _____

Amount requested  _____

**Red River Mutual: Potential claims for failure to include MMA on settlement checks.**  Unknown

Nature of claim  _____

Amount requested  _____

**Reeds Insurance: Potential claims for failure to include MMA on settlement checks.**  Unknown

Nature of claim  _____

Amount requested  _____

**Regent Bank Insurance: Potential claims for failure to include MMA on settlement checks.**  Unknown

Nature of claim  _____

Amount requested  _____

**Remkes Reenee Insurance: Potential claims for failure to include MMA on settlement checks.**  Unknown

Nature of claim  _____

Amount requested  _____

**River Lane Insurance: Potential claims for failure to include MMA on settlement checks.**  Unknown

Nature of claim  _____

Amount requested  _____

**Riverlands Insurance Agency, : Potential claims for failure to include MMA on settlement checks.**  Unknown

Nature of claim  _____

Amount requested  _____

**Riverlands Insurance Services, Inc.: Potential claims for failure to include MMA on settlement checks.**  Unknown

Nature of claim  _____

Amount requested  _____

**Riverside Insurance: Potential claims for failure to include MMA on settlement checks.**  Unknown

Nature of claim  _____

Amount requested  _____

**RLI Insurance Company: Potential claims for failure to include MMA on settlement checks.**  Unknown

Nature of claim  _____

Amount requested  _____

**Roana Insurance Agency: Potential claims for failure to include MMA on settlement checks.**  Unknown

Nature of claim  _____

Amount requested  _____

**Roane Insurance Agency: Potential claims for failure to include MMA on settlement checks.**  Unknown

Nature of claim  _____

Amount requested  _____

Official Form 206A/B

**Schedule A/B: Assets -- Real and Personal Property**

page 112

Debtor   **MMA Law Firm, PLLC**                              Case number (if known)   **24-31596**
         Name

**Robert Sheard Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                                                    Unknown

   **Nature of claim**        _____

   **Amount requested**       _____

**RPS - Risk Placement Sevices: Potential claims for failure to include MMA on settlement checks.**                                                                                    Unknown

   **Nature of claim**        _____

   **Amount requested**       _____

**RPS Premium Finance: Potential claims for failure to include MMA on settlement checks.**                                                                                    Unknown

   **Nature of claim**        _____

   **Amount requested**       _____

**RPS-Risk Placement Services: Potential claims for failure to include MMA on settlement checks.**                                                                                    Unknown

   **Nature of claim**        _____

   **Amount requested**       _____

**Rushmore Loan Company: Potential claims for failure to include MMA on settlement checks.**                                                                                    Unknown

   **Nature of claim**        _____

   **Amount requested**       _____

**Rushmore Loan Management Services: Potential claims for failure to include MMA on settlement checks.**                                                                                    Unknown

   **Nature of claim**        _____

   **Amount requested**       _____

**RVOS Insurance Group: Potential claims for failure to include MMA on settlement checks.**                                                                                    Unknown

   **Nature of claim**        _____

   **Amount requested**       _____

**Sabine Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                                                    Unknown

   **Nature of claim**        _____

   **Amount requested**       _____

**Safe Harbor Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                                                    Unknown

   **Nature of claim**        _____

   **Amount requested**       _____

**Safe Source Insurance: Potential claims for failure to include MMA on settlement checks.**                                                                                    Unknown

   **Nature of claim**        _____

   **Amount requested**       _____

**Safegard: Potential claims for failure to include MMA on settlement checks.**                                                                                    Unknown

   **Nature of claim**        _____

   **Amount requested**       _____

Official Form 206A/B                     **Schedule A/B: Assets -- Real and Personal Property**                     page 113

Debtor   **MMA Law Firm, PLLC**                   Case number (if known)  **24-31596**
           Name

**Safety Specialty Insurance Company: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

**Nature of claim**    _____

**Amount requested**    _____

**Safeway Insurance: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

**Nature of claim**    _____

**Amount requested**    _____

**Sagesure: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

**Nature of claim**    _____

**Amount requested**    _____

**Sakiewicz Insurance Agency: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

**Nature of claim**    _____

**Amount requested**    _____

**Scelfo Insurance: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

**Nature of claim**    _____

**Amount requested**    _____

**Schilling & Reid Insurance Agency: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

**Nature of claim**    _____

**Amount requested**    _____

**Secur-All Insurance Agency: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

**Nature of claim**    _____

**Amount requested**    _____

**Security First Insurance Company: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

**Nature of claim**    _____

**Amount requested**    _____

**Security Life Insurance Plan Company (Citizens, Inc.): Potential claims for failure to include MMA on settlement checks.**    **Unknown**

**Nature of claim**    _____

**Amount requested**    _____

**Sedgwick Claims Management Services: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

**Nature of claim**    _____

**Amount requested**    _____

**Select Portfolio Servicing, Inc.: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

**Nature of claim**    _____

**Amount requested**    _____

Debtor    **MMA Law Firm, PLLC**                 Case number (if known)   **24-31596**
         Name

**Selective Ins Co Of The Southeast: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

     **Nature of claim**      _____

     **Amount requested**      _____

**Selective Insurance Company of America: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

     **Nature of claim**      _____

     **Amount requested**      _____

**Selene Finance: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

     **Nature of claim**      _____

     **Amount requested**      _____

**Semon Insurance Agency LLC: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

     **Nature of claim**      _____

     **Amount requested**      _____

**Sentinel Insurance Company, Limited: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

     **Nature of claim**      _____

     **Amount requested**      _____

**Sentry Insurance: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

     **Nature of claim**      _____

     **Amount requested**      _____

**Shaw-Day Insurance Agency, LLC: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

     **Nature of claim**      _____

     **Amount requested**      _____

**Shellpoint Insurance: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

     **Nature of claim**      _____

     **Amount requested**      _____

**Sherwood Insurance Agency: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

     **Nature of claim**      _____

     **Amount requested**      _____

**Slaughter Insurance Company: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

     **Nature of claim**      _____

     **Amount requested**      _____

**Slide Insurance Company: Potential claims for failure to include MMA on settlement checks.**      **Unknown**

     **Nature of claim**      _____

     **Amount requested**      _____

Official Form 206A/B          **Schedule A/B: Assets -- Real and Personal Property**          page 115

Debtor　**MMA Law Firm, PLLC**
　　　　　Name

Case number (if known)　**24-31596**

**Sn Servicing Corporation: Potential claims for failure to include MMA on settlement checks.**　　　Unknown

　　Nature of claim　_____

　　Amount requested　_____

**South Central Insurance Brokers: Potential claims for failure to include MMA on settlement checks.**　　　Unknown

　　Nature of claim　_____

　　Amount requested　_____

**South Gate Insurance Agency Llc: Potential claims for failure to include MMA on settlement checks.**　　　Unknown

　　Nature of claim　_____

　　Amount requested　_____

**South Shore Insurance: Potential claims for failure to include MMA on settlement checks.**　　　Unknown

　　Nature of claim　_____

　　Amount requested　_____

**Southern Insurance Agency: Potential claims for failure to include MMA on settlement checks.**　　　Unknown

　　Nature of claim　_____

　　Amount requested　_____

**Southern Magnolia Insurance: Potential claims for failure to include MMA on settlement checks.**　　　Unknown

　　Nature of claim　_____

　　Amount requested　_____

**Southern Oaks Insurance: Potential claims for failure to include MMA on settlement checks.**　　　Unknown

　　Nature of claim　_____

　　Amount requested　_____

**Southern Oaks Insurance Services Llc: Potential claims for failure to include MMA on settlement checks.**　　　Unknown

　　Nature of claim　_____

　　Amount requested　_____

**Southgate Insurance Agency: Potential claims for failure to include MMA on settlement checks.**　　　Unknown

　　Nature of claim　_____

　　Amount requested　_____

**Southgate Insurance Company: Potential claims for failure to include MMA on settlement checks.**　　　Unknown

　　Nature of claim　_____

　　Amount requested　_____

**Southwest Business Corporation: Potential claims for failure to include MMA on settlement checks.**　　　Unknown

　　Nature of claim　_____

　　Amount requested　_____

Debtor  **MMA Law Firm, PLLC**          Case number (if known)  **24-31596**
_____
Name

**Southwest Insurance Company: Potential claims for failure to include MMA on settlement checks.**          Unknown

Nature of claim          _____

Amount requested          _____


**Speedy Insurance: Potential claims for failure to include MMA on settlement checks.**          Unknown

Nature of claim          _____

Amount requested          _____


**SSIU - South Shore Insurance Underwriters: Potential claims for failure to include MMA on settlement checks.**          Unknown

Nature of claim          _____

Amount requested          _____


**St. Johns Insurance Company (FIGA): Potential claims for failure to include MMA on settlement checks.**          Unknown

Nature of claim          _____

Amount requested          _____


**Standard Casualty Company: Potential claims for failure to include MMA on settlement checks.**          Unknown

Nature of claim          _____

Amount requested          _____


**Standard Life and Casualty: Potential claims for failure to include MMA on settlement checks.**          Unknown

Nature of claim          _____

Amount requested          _____


**Standard Life Insurance Company of Louisiana: Potential claims for failure to include MMA on settlement checks.**          Unknown

Nature of claim          _____

Amount requested          _____


**Starr Insurance Companies: Potential claims for failure to include MMA on settlement checks.**          Unknown

Nature of claim          _____

Amount requested          _____


**Starr Surplus Insurance Company: Potential claims for failure to include MMA on settlement checks.**          Unknown

Nature of claim          _____

Amount requested          _____


**Starr Surplus Lines Insurance Company: Potential claims for failure to include MMA on settlement checks.**          Unknown

Nature of claim          _____

Amount requested          _____


**Starstone National Insurance Company: Potential claims for failure to include MMA on settlement checks.**          Unknown

Nature of claim          _____

Amount requested          _____

Debtor   **MMA Law Firm, PLLC**                                  Case number (if known)   **24-31596**
Name

**State Auto Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                  **Unknown**

Nature of claim                    _____

Amount requested          _____

**State Automobile Mutual Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                  **Unknown**

Nature of claim                    _____

Amount requested          _____

**State Farm Florida Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                  **Unknown**

Nature of claim                    _____

Amount requested          _____

**State Farm Lloyds: Potential claims for failure to include MMA on settlement checks.**                                                  **Unknown**

Nature of claim                    _____

Amount requested          _____

**State Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                  **Unknown**

Nature of claim                    _____

Amount requested          _____

**Statewide Insurance: Potential claims for failure to include MMA on settlement checks.**                                                  **Unknown**

Nature of claim                    _____

Amount requested          _____

**Statewide Insurance Services: Potential claims for failure to include MMA on settlement checks.**                                                  **Unknown**

Nature of claim                    _____

Amount requested          _____

**Sterling Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                  **Unknown**

Nature of claim                    _____

Amount requested          _____

**Stewart Insurance: Potential claims for failure to include MMA on settlement checks.**                                                  **Unknown**

Nature of claim                    _____

Amount requested          _____

**Stiel Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                  **Unknown**

Nature of claim                    _____

Amount requested          _____

**Stiel Insurance of Hammond: Potential claims for failure to include MMA on settlement checks.**                                                  **Unknown**

Nature of claim                    _____

Amount requested          _____

Debtor  **MMA Law Firm, PLLC**                                     Case number (if known)  **24-31596**
        Name

**Stone Insurance Inc.: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested         _____

**Strauss Massey Dinneen, LLC: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested         _____

**Street Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested         _____

**Summit Funding INC: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested         _____

**Superior Insurance Company LLC: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested         _____

**Surreal Insurance Group LTD: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested         _____

**Swanson Insurance Group: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested         _____

**SWBC Insurance Services: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested         _____

**Swyfft: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested         _____

**Tall Timber Insurance: Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested         _____

**Tapco Underwriters (at Lloyds of London): Potential claims for failure to include MMA on settlement checks.**                    **Unknown**

Nature of claim          _____

Amount requested         _____

Official Form 206A/B                **Schedule A/B: Assets -- Real and Personal Property**                page 119

Debtor  **MMA Law Firm, PLLC**                                    Case number (if known)  **24-31596**
        Name

**Terrebonne Insurance Agency Inc: Potential claims for failure to include MMA on settlement checks.**                                              Unknown

Nature of claim _____

Amount requested _____

**Terrebonne Insurance Agency, Inc.: Potential claims for failure to include MMA on settlement checks.**                                              Unknown

Nature of claim _____

Amount requested _____

**Terryton Insurance: Potential claims for failure to include MMA on settlement checks.**                                              Unknown

Nature of claim _____

Amount requested _____

**Texas Farm Bureau Insurance: Potential claims for failure to include MMA on settlement checks.**                                              Unknown

Nature of claim _____

Amount requested _____

**Texas Farm Bureau Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                              Unknown

Nature of claim _____

Amount requested _____

**Texas Farmers Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                              Unknown

Nature of claim _____

Amount requested _____

**Texas Windstorm Insurance Association: Potential claims for failure to include MMA on settlement checks.**                                              Unknown

Nature of claim _____

Amount requested _____

**The Brunt Group, Inc.: Potential claims for failure to include MMA on settlement checks.**                                              Unknown

Nature of claim _____

Amount requested _____

**The Burlington Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                              Unknown

Nature of claim _____

Amount requested _____

**The Cincinnati Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                              Unknown

Nature of claim _____

Amount requested _____

Debtor  **MMA Law Firm, PLLC**                                        Case number (if known)  **24-31596**
        Name

**The Erny Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                    Unknown

Nature of claim        _____

Amount requested       _____

**The Firm Of Louisiana Property & Casualty, LLC: Potential claims for failure to include MMA on settlement checks.**                    Unknown

Nature of claim        _____

Amount requested       _____

**The First Liberty Insurance Corporation: Potential claims for failure to include MMA on settlement checks.**                    Unknown

Nature of claim        _____

Amount requested       _____

**The Foundations Insurance Group: Potential claims for failure to include MMA on settlement checks.**                    Unknown

Nature of claim        _____

Amount requested       _____

**The General Insurance: Potential claims for failure to include MMA on settlement checks.**                    Unknown

Nature of claim        _____

Amount requested       _____

**The Hartford: Potential claims for failure to include MMA on settlement checks.**                    Unknown

Nature of claim        _____

Amount requested       _____

**The Holland Agency: Potential claims for failure to include MMA on settlement checks.**                    Unknown

Nature of claim        _____

Amount requested       _____

**The Hopper Agency: Potential claims for failure to include MMA on settlement checks.**                    Unknown

Nature of claim        _____

Amount requested       _____

**The Insurance Store: Potential claims for failure to include MMA on settlement checks.**                    Unknown

Nature of claim        _____

Amount requested       _____

**The Lincoln Agency: Potential claims for failure to include MMA on settlement checks.**                    Unknown

Nature of claim        _____

Amount requested       _____

**The Reliable Life Insurance Company: Potential claims for failure to include MMA on settlement checks.**                    Unknown

Nature of claim        _____

Amount requested       _____

Debtor   **MMA Law Firm, PLLC**                                      Case number (if known)   **24-31596**
_____Name_____

**The Travelers Indemnity Company: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

    **Nature of claim**        _____

    **Amount requested**       _____

**The Woodlands Financial Group: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

    **Nature of claim**        _____

    **Amount requested**       _____

**Theriot Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

    **Nature of claim**        _____

    **Amount requested**       _____

**Third Coast Insurance Company: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

    **Nature of claim**        _____

    **Amount requested**       _____

**Thomas Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

    **Nature of claim**        _____

    **Amount requested**       _____

**Thompson & Smith Insurance: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

    **Nature of claim**        _____

    **Amount requested**       _____

**Thomson Smith & Leach Insurance Group: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

    **Nature of claim**        _____

    **Amount requested**       _____

**Three One Eight Insurance Services: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

    **Nature of claim**        _____

    **Amount requested**       _____

**Tim Parkman, Inc. (TPI Insurance): Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

    **Nature of claim**        _____

    **Amount requested**       _____

**Toups Insurance: Potential claims for failure to include MMA on settlement checks.**                                                                        Unknown

    **Nature of claim**        _____

    **Amount requested**       _____

Debtor    **MMA Law Firm, PLLC**    Case number (if known)    **24-31596**
_____
Name

**Tower Hill Insurance Exchange Company: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim    _____

Amount requested    _____

**Tower Hill Preferred Insurance Company: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim    _____

Amount requested    _____

**Tower Hill Signature Insurance Company: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim    _____

Amount requested    _____

**TPI: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim    _____

Amount requested    _____

**TransGlobal: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim    _____

Amount requested    _____

**Travelers: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim    _____

Amount requested    _____

**Travelers Personal Insurance Company: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim    _____

Amount requested    _____

**Travelers Property and Casualty Company of America: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim    _____

Amount requested    _____

**Trinity Insurance: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim    _____

Amount requested    _____

**Trinity Insurance Agency: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim    _____

Amount requested    _____

**Tri-State Insurance Company of Minnesota: Potential claims for failure to include MMA on settlement checks.**    **Unknown**

Nature of claim    _____

Amount requested    _____

Official Form 206A/B    **Schedule A/B: Assets -- Real and Personal Property**    page 123

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|
| | Name | | |

**Trisura Specialty Insurance Company: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

Nature of claim _____

Amount requested _____

**Trumbull Insurance Company: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

Nature of claim _____

Amount requested _____

**Trusted Resource Underwriters Exchange: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

Nature of claim _____

Amount requested _____

**TSL Insurance Group: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

Nature of claim _____

Amount requested _____

**Turner Insurance: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

Nature of claim _____

Amount requested _____

**TWFG Insurance Service Inc: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

Nature of claim _____

Amount requested _____

**Tyler Insurance Company: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

Nature of claim _____

Amount requested _____

**Typtap Insurance Company: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

Nature of claim _____

Amount requested _____

**U.S. Insurance Agency: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

Nature of claim _____

Amount requested _____

**U.S. Risk, LLC: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

Nature of claim _____

Amount requested _____

**UIGUSA: Potential claims for failure to include MMA on settlement checks.** — **Unknown**

Nature of claim _____

Amount requested _____

Debtor   **MMA Law Firm, PLLC**          Case number (if known)   **24-31596**

Name

**Unique Insurance Company: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____

**United Automobile Insurance Company: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____

**United General Insurance (UGI): Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____

**United Specialty Insurance Company: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____

**United States Automobile Association: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____

**United States Liability Insurance Company: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____

**Universal Insurance Group: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____

**Universal North America Insurance Company: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____

**Universal Property & Casualty Insurance Company: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____

**Unlimited Insurance Service Providers: Potential claims for failure to include MMA on settlement checks.**          **Unknown**

Nature of claim          _____

Amount requested          _____

Debtor **MMA Law Firm, PLLC**  Case number (if known) **24-31596**
Name

**US Agencies Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** _____

**Amount requested** _____

**US Agency Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** _____

**Amount requested** _____

**US Assure: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** _____

**Amount requested** _____

**US Coastal Property & Casualty Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** _____

**Amount requested** _____

**US Insurance Agency: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** _____

**Amount requested** _____

**US Risk: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** _____

**Amount requested** _____

**USAA: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** _____

**Amount requested** _____

**USAgencies Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** _____

**Amount requested** _____

**USDA Rural Development: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Value Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Value Insurance Agency, LLC.: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** _____

**Amount requested** _____

**Vanderbilt Insurance: Potential claims for failure to include MMA on settlement checks.** **Unknown**

**Nature of claim** _____

**Amount requested** _____

Debtor **MMA Law Firm, PLLC**
_____
Name

Case number (if known) **24-31596**
_____

**Vanderbilt Mortgage and Finance, Inc.: Potential claims for failure to include MMA on settlement checks.**

**Unknown**

Nature of claim
_____

Amount requested
_____

**Vanguard Claims: Potential claims for failure to include MMA on settlement checks.**

**Unknown**

Nature of claim
_____

Amount requested
_____

**Vegas Insurance: Potential claims for failure to include MMA on settlement checks.**

**Unknown**

Nature of claim
_____

Amount requested
_____

**Vehicle and Property Insurance Company, Allstate: Potential claims for failure to include MMA on settlement checks.**

**Unknown**

Nature of claim
_____

Amount requested
_____

**Velocity Claims LLC: Potential claims for failure to include MMA on settlement checks.**

**Unknown**

Nature of claim
_____

Amount requested
_____

**Velocity Insurance Company: Potential claims for failure to include MMA on settlement checks.**

**Unknown**

Nature of claim
_____

Amount requested
_____

**Velocity Risk Underwriters, LLC: Potential claims for failure to include MMA on settlement checks.**

**Unknown**

Nature of claim
_____

Amount requested
_____

**VJW Insurance Agency: Potential claims for failure to include MMA on settlement checks.**

**Unknown**

Nature of claim
_____

Amount requested
_____

**Vurich insurance: Potential claims for failure to include MMA on settlement checks.**

**Unknown**

Nature of claim
_____

Amount requested
_____

**Vyrd Insurance Company: Potential claims for failure to include MMA on settlement checks.**

**Unknown**

Nature of claim
_____

Amount requested
_____

**Walpole Insurance Agency: Potential claims for failure to include MMA on settlement checks.**

**Unknown**

Nature of claim
_____

Amount requested
_____

Debtor  **MMA Law Firm, PLLC**                                      Case number (if known)  **24-31596**
Name

**Watkins Insurance: Potential claims for failure to include MMA on settlement checks.**                 **Unknown**

Nature of claim                 _____

Amount requested                 _____


**Watley Insurance Group: Potential claims for failure to include MMA on settlement checks.**                 **Unknown**

Nature of claim                 _____

Amount requested                 _____


**Wellington: Potential claims for failure to include MMA on settlement checks.**                 **Unknown**

Nature of claim                 _____

Amount requested                 _____


**Wells Fargo Bank Insurance: Potential claims for failure to include MMA on settlement checks.**                 **Unknown**

Nature of claim                 _____

Amount requested                 _____


**Westchester Surplus Lines Insurance Company: Potential claims for failure to include MMA on settlement checks.**                 **Unknown**

Nature of claim                 _____

Amount requested                 _____


**Western Mutual Insurance: Potential claims for failure to include MMA on settlement checks.**                 **Unknown**

Nature of claim                 _____

Amount requested                 _____


**Western Specialty: Potential claims for failure to include MMA on settlement checks.**                 **Unknown**

Nature of claim                 _____

Amount requested                 _____


**Weston Specialty Insurance Company: Potential claims for failure to include MMA on settlement checks.**                 **Unknown**

Nature of claim                 _____

Amount requested                 _____


**Williams Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                 **Unknown**

Nature of claim                 _____

Amount requested                 _____


**Wilson Insurance Agency: Potential claims for failure to include MMA on settlement checks.**                 **Unknown**

Nature of claim                 _____

Amount requested                 _____


**Wimberley Agency: Potential claims for failure to include MMA on settlement checks.**                 **Unknown**

Nature of claim                 _____

Amount requested                 _____

Debtor    **MMA Law Firm, PLLC**                     Case number (if known)   **24-31596**
           Name

**Winchester General Agency, Inc.: Potential claims for failure to include MMA on settlement checks.**                 **Unknown**

      **Nature of claim**              _____

      **Amount requested**      _____

**Woodmen Insurance Company: Potential claims for failure to include MMA on settlement checks.**                 **Unknown**

      **Nature of claim**              _____

      **Amount requested**      _____

**World Finance Insurance Company: Potential claims for failure to include MMA on settlement checks.**                 **Unknown**

      **Nature of claim**              _____

      **Amount requested**      _____

**Wright National Flood Insurance Company: Potential claims for failure to include MMA on settlement checks.**                 **Unknown**

      **Nature of claim**              _____

      **Amount requested**      _____

**XL Specialty Insurance Company: Potential claims for failure to include MMA on settlement checks.**                 **Unknown**

      **Nature of claim**              _____

      **Amount requested**      _____

**Zurich: Potential claims for failure to include MMA on settlement checks.**                 **Unknown**

      **Nature of claim**              _____

      **Amount requested**      _____

**Zurich NA: Potential claims for failure to include MMA on settlement checks.**                 **Unknown**

      **Nature of claim**              _____

      **Amount requested**      _____

**Abel Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                 **Unknown**

      **Nature of claim**              _____

      **Amount requested**      _____

**Alexis A. Taylor, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                 **Unknown**

      **Nature of claim**              _____

      **Amount requested**      _____

**Alvendia, Kelly, Demarest Law, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                 **Unknown**

      **Nature of claim**              _____

      **Amount requested**      _____

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
| | Name | | |

**AMO Trial Lawyers: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim    _____

Amount requested    _____

**Baggett McCall LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim    _____

Amount requested    _____

**Barcus Arenas PLLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim    _____

Amount requested    _____

**Becker & Hebert: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim    _____

Amount requested    _____

**Bisig Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim    _____

Amount requested    _____

**Bolen, Parker, Brenner, Lee & Miller, Ltd.: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim    _____

Amount requested    _____

**Boling Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim    _____

Amount requested    _____

**Brasher Law Firm, PLLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim    _____

Amount requested    _____

**Brian F Guillot Attorney at Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim    _____

Amount requested    _____

**Broussard & Dove, APLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

Nature of claim    _____

Amount requested    _____

Debtor    **MMA Law Firm, PLLC**                                    Case number (if known)  **24-31596**
          Name

**Broussard Injury Lawyers: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    **Unknown**

Nature of claim          _____

Amount requested         _____


**Burgos & Associates, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    **Unknown**

Nature of claim          _____

Amount requested         _____


**Carl J. Selenberg, Attorney at Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    **Unknown**

Nature of claim          _____

Amount requested         _____


**Chad T. Wilson Law Firm, PLLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    **Unknown**

Nature of claim          _____

Amount requested         _____


**Charbonnet Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    **Unknown**

Nature of claim          _____

Amount requested         _____


**Chehardy Sherman Williams Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    **Unknown**

Nature of claim          _____

Amount requested         _____


**Chelsea Dazet Attorney at Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    **Unknown**

Nature of claim          _____

Amount requested         _____


**Chelsea Dazet Attorney at Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    **Unknown**

Nature of claim          _____

Amount requested         _____


**Civil Legal Services, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    **Unknown**

Nature of claim          _____

Amount requested         _____


**Cossé Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                    **Unknown**

Nature of claim          _____

Amount requested         _____

Debtor     **MMA Law Firm, PLLC**                           Case number (if known)   **24-31596**
           Name

**Cox Cox Filo Camel Wilson & Brown, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**           **Unknown**

     **Nature of claim**             _____

     **Amount requested**       _____

**Cueria Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**           **Unknown**

     **Nature of claim**             _____

     **Amount requested**       _____

**Daly & Black, PC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**           **Unknown**

     **Nature of claim**             _____

     **Amount requested**       _____

**Delphin Law Offices: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**           **Unknown**

     **Nature of claim**             _____

     **Amount requested**       _____

**Delsa Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**           **Unknown**

     **Nature of claim**             _____

     **Amount requested**       _____

**Didriksen, Saucier & Woods, PLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**           **Unknown**

     **Nature of claim**             _____

     **Amount requested**       _____

**Don A Rouzan & Associates LLA Counsellors AT Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**           **Unknown**

     **Nature of claim**             _____

     **Amount requested**       _____

**Egenberg Trial Lawyers: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**           **Unknown**

     **Nature of claim**             _____

     **Amount requested**       _____

**Farah and Farah: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**           **Unknown**

     **Nature of claim**             _____

     **Amount requested**       _____

**Favret Carriere Cronvich: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**           **Unknown**

     **Nature of claim**             _____

     **Amount requested**       _____

Debtor    **MMA Law Firm, PLLC**
          Name                                          Case number (if known)    **24-31596**

**Fitz-Gerald Hebert & DeLouche: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                  **Unknown**

**Nature of claim**          _____

**Amount requested**         _____

**Florin Roebig Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                  **Unknown**

**Nature of claim**          _____

**Amount requested**         _____

**Frank J D'Amico Jr, APLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                  **Unknown**

**Nature of claim**          _____

**Amount requested**         _____

**Frischhertz Impastato Person Injury Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                  **Unknown**

**Nature of claim**          _____

**Amount requested**         _____

**Galindo Law Trial Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                  **Unknown**

**Nature of claim**          _____

**Amount requested**         _____

**Glago Williams Attorney at Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                  **Unknown**

**Nature of claim**          _____

**Amount requested**         _____

**Godbey Giardina Law Group: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                  **Unknown**

**Nature of claim**          _____

**Amount requested**         _____

**Gordon McKernan Injury Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                  **Unknown**

**Nature of claim**          _____

**Amount requested**         _____

**Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                  **Unknown**

**Nature of claim**          _____

**Amount requested**         _____

**Guest Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                  **Unknown**

**Nature of claim**          _____

**Amount requested**         _____

Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 133

Debtor    **MMA Law Firm, PLLC**         Case number (if known)   **24-31596**
          Name

**Hair Shunnarah Trial Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

**Nature of claim**    _____

**Amount requested**    _____

**Heath Law Group, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

**Nature of claim**    _____

**Amount requested**    _____

**Herman, Herman & Katz, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

**Nature of claim**    _____

**Amount requested**    _____

**Hogan Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

**Nature of claim**    _____

**Amount requested**    _____

**Houghtaling Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

**Nature of claim**    _____

**Amount requested**    _____

**Houghton Bradford Whitted PC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

**Nature of claim**    _____

**Amount requested**    _____

**Huber Thomas Law, LLP: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

**Nature of claim**    _____

**Amount requested**    _____

**Irpino, Avin & Hawkins Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

**Nature of claim**    _____

**Amount requested**    _____

**Jason E. Cantrell: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

**Nature of claim**    _____

**Amount requested**    _____

**Jason J. Joy & Associates: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      **Unknown**

**Nature of claim**    _____

**Amount requested**    _____

Debtor   **MMA Law Firm, PLLC**                               Case number (if known)   **24-31596**
           Name

**JJC Law LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                                                    **Unknown**

Nature of claim   _____

Amount requested   _____

**John G Toerner Attorney At Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                             **Unknown**

Nature of claim   _____

Amount requested   _____

**John M Welborn III Attorney At Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                             **Unknown**

Nature of claim   _____

Amount requested   _____

**Jones & Hill Personal Injury Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                             **Unknown**

Nature of claim   _____

Amount requested   _____

**Joubert Law Firm APLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                             **Unknown**

Nature of claim   _____

Amount requested   _____

**Joyner Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                             **Unknown**

Nature of claim   _____

Amount requested   _____

**JT Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                             **Unknown**

Nature of claim   _____

Amount requested   _____

**Kandell, Kandell & Petrie, P.A.: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                             **Unknown**

Nature of claim   _____

Amount requested   _____

**Klotz & Early Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                             **Unknown**

Nature of claim   _____

Amount requested   _____

**Kovar Law Group: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                             **Unknown**

Nature of claim   _____

Amount requested   _____

Debtor    **MMA Law Firm, PLLC**           Case number (if known)   **24-31596**
        Name

**Kubiak Law Group: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

    **Nature of claim**

    **Amount requested**

**Laborde Earles Injury Lawyers: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

    **Nature of claim**

    **Amount requested**

**LaHatte Law LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

    **Nature of claim**

    **Amount requested**

**Law Office of Carolyn O Hines: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

    **Nature of claim**

    **Amount requested**

**Law Office of Deborah E. Lonker: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

    **Nature of claim**

    **Amount requested**

**Law Office of Laura Jean Todaro: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

    **Nature of claim**

    **Amount requested**

**Law Office of Phillip T. Hager: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

    **Nature of claim**

    **Amount requested**

**Law Office of Stephen M Smith Attorney: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

    **Nature of claim**

    **Amount requested**

**Law Office of Steven J Rando LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

    **Nature of claim**

    **Amount requested**

**Law Offices of Jeremy Moody LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**     **Unknown**

    **Nature of claim**

    **Amount requested**

Official Form 206A/B        **Schedule A/B: Assets -- Real and Personal Property**        page 136

Debtor **MMA Law Firm, PLLC**      Case number (if known)  **24-31596**
_____
Name

**Lawrence R. Anderson, Jr. Attorney at Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim      _____

Amount requested      _____

**Lee Hoffoss Injury Lawyers: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim      _____

Amount requested      _____

**Long & Long Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim      _____

Amount requested      _____

**Lundy, Lundy, Soileau & South, LLP: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim      _____

Amount requested      _____

**Mahfouz Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim      _____

Amount requested      _____

**Mansfield Melancon Cranmer & Dick Injury Lawyers: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim      _____

Amount requested      _____

**Marcelle Robertson Mestayer LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim      _____

Amount requested      _____

**Mark W Smith & Associates PLLC Attorneys at Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim      _____

Amount requested      _____

**McKee Law Firm LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim      _____

Amount requested      _____

**Mike Brandner Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**      Unknown

Nature of claim      _____

Amount requested      _____

Debtor     **MMA Law Firm, PLLC**                                      Case number (if known)   **24-31596**
          Name

**Mixon Carroll & Frazier LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**       **Unknown**

    **Nature of claim**             _____

    **Amount requested**         _____

**Montiel Hodge: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**       **Unknown**

    **Nature of claim**             _____

    **Amount requested**         _____

**Morris Bart LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**       **Unknown**

    **Nature of claim**             _____

    **Amount requested**         _____

**New Orleans Legal LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**       **Unknown**

    **Nature of claim**             _____

    **Amount requested**         _____

**Nicaud & Sunseri Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**       **Unknown**

    **Nature of claim**             _____

    **Amount requested**         _____

**Noland Law Office: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**       **Unknown**

    **Nature of claim**             _____

    **Amount requested**         _____

**Norris Law Firm Personal Injury: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**       **Unknown**

    **Nature of claim**             _____

    **Amount requested**         _____

**Pandit Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**       **Unknown**

    **Nature of claim**             _____

    **Amount requested**         _____

**Palker Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**       **Unknown**

    **Nature of claim**             _____

    **Amount requested**         _____

**Patout & Shaw, PLLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**       **Unknown**

    **Nature of claim**             _____

    **Amount requested**         _____

Debtor  **MMA Law Firm, PLLC**                                            Case number (if known) **24-31596**
        Name

**Pearl River Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim _____

Amount requested _____

**Philip C Hoffman Attorney at Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                      Unknown

Nature of claim _____

Amount requested _____

**Pierce & Shows Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                             Unknown

Nature of claim _____

Amount requested _____

**Raspanti Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                     Unknown

Nature of claim _____

Amount requested _____

**Richardson Law Group: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                 Unknown

Nature of claim _____

Amount requested _____

**Riess LeMieux LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

Nature of claim _____

Amount requested _____

**Robert Angelle, APLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                 Unknown

Nature of claim _____

Amount requested _____

**Roper Ligh Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                 Unknown

Nature of claim _____

Amount requested _____

**Roy & Scott: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                         Unknown

Nature of claim _____

Amount requested _____

**Roy Scott & James Injury Attorneys: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                   Unknown

Nature of claim _____

Amount requested _____

Official Form 206A/B                    **Schedule A/B: Assets -- Real and Personal Property**                    page 139

| Debtor | **MMA Law Firm, PLLC** | | Case number (if known) | **24-31596** |
|---|---|---|---|---|
| | Name | | | |

**Saeed & Little LLP:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                                    Unknown

Nature of claim  _____

Amount requested  _____

**Saathoff Law Group:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                                    Unknown

Nature of claim  _____

Amount requested  _____

**Sifers Jensen Palmer, LLC:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                                    Unknown

Nature of claim  _____

Amount requested  _____

**Simien & Simien, LLC:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                                    Unknown

Nature of claim  _____

Amount requested  _____

**Smith Jadin Johnson PLLC:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                                    Unknown

Nature of claim  _____

Amount requested  _____

**Stephenson, Chavarri & Dawson LLC:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                                    Unknown

Nature of claim  _____

Amount requested  _____

**SWLA Injury Attorneys, LLC:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                                    Unknown

Nature of claim  _____

Amount requested  _____

**Taggart Morton, LLC:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                                    Unknown

Nature of claim  _____

Amount requested  _____

**The Carter Firm:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                                    Unknown

Nature of claim  _____

Amount requested  _____

**The Chopin Law Firm:** Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.                                                                                    Unknown

Nature of claim  _____

Amount requested  _____

Debtor   **MMA Law Firm, PLLC**                                    Case number (if known) __24-31596__
         Name

**The Devereaux Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                      Unknown

    **Nature of claim**      _____

    **Amount requested**    _____

**The Johnson Firm Lawyers: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                   Unknown

    **Nature of claim**      _____

    **Amount requested**    _____

**The King Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                               Unknown

    **Nature of claim**      _____

    **Amount requested**    _____

**The Law Firm of Hesni & Rossetti, PLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                        Unknown

    **Nature of claim**      _____

    **Amount requested**    _____

**The Law Office of Richard J Fernandez LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                    Unknown

    **Nature of claim**      _____

    **Amount requested**    _____

**The Mahome Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                             Unknown

    **Nature of claim**      _____

    **Amount requested**    _____

**The Morgan Law Group: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                        Unknown

    **Nature of claim**      _____

    **Amount requested**    _____

**The Pellegrin Firm LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                      Unknown

    **Nature of claim**      _____

    **Amount requested**    _____

**The Townsley Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                       Unknown

    **Nature of claim**      _____

    **Amount requested**    _____

**The Voorhies Law Firm: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**                                                       Unknown

    **Nature of claim**      _____

    **Amount requested**    _____

Official Form 206A/B                 **Schedule A/B: Assets -- Real and Personal Property**                        page 141

Debtor   **MMA Law Firm, PLLC**                                    Case number (if known) __24-31596__
                 Name

**The Webster Law Firm, P.C.: Potential claim for possession of attorney's fees and expenses
that belong to Debtor, and other related causes of action.**                          Unknown

    **Nature of claim**           _____

    **Amount requested**        _____

**Thomas Soileau Jackson Cole: Potential claim for possession of attorney's fees and expenses
that belong to Debtor, and other related causes of action.**                          Unknown

    **Nature of claim**           _____

    **Amount requested**        _____

**Timothy B Moore Law Office LLC: Potential claim for possession of attorney's fees and
expenses that belong to Debtor, and other related causes of action.**                 Unknown

    **Nature of claim**           _____

    **Amount requested**        _____

**Townsend Law, LLC: Potential claim for possession of attorney's fees and expenses that
belong to Debtor, and other related causes of action.**                               Unknown

    **Nature of claim**           _____

    **Amount requested**        _____

**Trieu Law, LLC: Potential claim for possession of attorney's fees and expenses that belong to
Debtor, and other related causes of action.**                                         Unknown

    **Nature of claim**           _____

    **Amount requested**        _____

**Veron Bice Attorneys At Law: Potential claim for possession of attorney's fees and expenses
that belong to Debtor, and other related causes of action.**                          Unknown

    **Nature of claim**           _____

    **Amount requested**        _____

**VG Law Group, L.L.P.: Potential claim for possession of attorney's fees and expenses that
belong to Debtor, and other related causes of action.**                               Unknown

    **Nature of claim**           _____

    **Amount requested**        _____

**VG Vilar & Green Attorneys: Potential claim for possession of attorney's fees and expenses
that belong to Debtor, and other related causes of action.**                          Unknown

    **Nature of claim**           _____

    **Amount requested**        _____

**Vidal Law & CPA Firm LLC: Potential claim for possession of attorney's fees and expenses that
belong to Debtor, and other related causes of action.**                               Unknown

    **Nature of claim**           _____

    **Amount requested**        _____

**Welborn & Hargett Injoury Attorneys: Potential claim for possession of attorney's fees and
expenses that belong to Debtor, and other related causes of action.**                 Unknown

    **Nature of claim**           _____

    **Amount requested**        _____

Official Form 206A/B                **Schedule A/B: Assets -- Real and Personal Property**                page 142

Debtor **MMA Law Firm, PLLC**        Case number (if known) __24-31596__
<br>Name

**Whitworth Law Firm, LLC: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    **Unknown**

| Nature of claim | |
|---|---|
| Amount requested | |

**Wilkofsky, Friedman, Karel & Cummins: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    **Unknown**

| Nature of claim | |
|---|---|
| Amount requested | |

**Windy Law: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    **Unknown**

| Nature of claim | |
|---|---|
| Amount requested | |

**Wolfe Law Group: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    **Unknown**

| Nature of claim | |
|---|---|
| Amount requested | |

**Woody Falgoust, A Law Corporation: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    **Unknown**

| Nature of claim | |
|---|---|
| Amount requested | |

**Zeringue Law Group: Potential claim for possession of attorney's fees and expenses that belong to Debtor, and other related causes of action.**    **Unknown**

| Nature of claim | |
|---|---|
| Amount requested | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| The Debtor has approximately 25,000 engagement agreements with clients which provides the Debtor with an interest in the client's insurance claim.  The value stated here is an estimated value to the Debtor. Actual recovery may be greater or less. | $75,000,000.00 |
| Fee interest in approximately 722 Roundup exposure cases. The value stated here is an estimated value to the Debtor. Actual recovery may be greater or less. | $14,440,000.00 |
| Fee interest in approximately 3,149 Zantac cases. The value stated here is an estimated value to the Debtor. Actual recovery may be greater or less. | $40,000,000.00 |
| Fee interest in approximately 2,132 APAP cases. The value stated here is an estimated value to the Debtor. Actual recovery may be greater or less. | $8,000,000.00 |
| Fee interest in approximatly 138 NEC cases. The value stated here is an estimated value to the Debtor. Actual recovery may be greater or less. | $15,000,000.00 |
| Fraudulent transfer claims against Oakwood bank for approximately $1.5 million for taking Debtor's funds. This is an estimated number. | $1,500,000.00 |

78. **Total of Part 11.**
<br>Add lines 71 through 77.  Copy the total to line 90.      **$153,940,000.00**

Official Form 206A/B      **Schedule A/B: Assets -- Real and Personal Property**      page 143

Debtor   **MMA Law Firm, PLLC**                                   Case number (if known)   **24-31596**
_____Name_____

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | $1,239,729.36 | |
| **81. Deposits and prepayments.** _Copy line 9, Part 2._ | $0.00 | |
| **82. Accounts receivable.** _Copy line 12, Part 3._ | $238,406.98 | |
| **83. Investments.** _Copy line 17, Part 4._ | $0.00 | |
| **84. Inventory.** _Copy line 23, Part 5._ | $0.00 | |
| **85. Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $20,010.00 | |
| **87. Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $0.00 | |
| **88. Real property.** _Copy line 56, Part 9._ ............➜ | | $0.00 |
| **89. Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| **90. All other assets.** _Copy line 78, Part 11._ | + $153,940,000.00 | |
| **91. Total.** Add lines 80 through 90 for each column. 91a. | $155,438,146.34 | 91b. $0.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ........................  $155,438,146.34

**Fill in this information to identify the case:**

Debtor name    **MMA Law Firm, PLLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number    **24-31596**
(if known)

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**
_____

**Creditor's mailing address**
_____
_____
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     _____ **$0.00**

Official Form 206D     **Schedule D: Creditors Who Have Claims Secured by Property**     page 1

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td><strong>MMA Law Firm, PLLC</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: <strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td><strong>24-31596</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**     **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Date or dates debt was incurred**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( _____ )

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Abel Law Firm, LLC

405 W 2nd St.

☐ Contingent
☐ Unliquidated
☑ Disputed

| Thibodaux | LA | 70301 |

**Basis for the claim:**
Notice Only

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000,000.00 |
|---|---|---|---|

Access Restoration Services US, Inc.

c/o Lisa Norman

1885 St. James Place, 15th Floor

☐ Contingent
☐ Unliquidated
☑ Disputed

| Houston | TX | 77056 |

**Basis for the claim:**
Pending Litigation

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

ADP Run

7924 West Sahara Avenue

☐ Contingent
☐ Unliquidated
☑ Disputed

| Las Vegas | NV | 89117 |

**Basis for the claim:**
Notice Only

Date or dates debt was incurred

Last 4 digits of account number  3  3  7  3

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,640.56 |
|---|---|---|---|

Air Quality Assessors

P.O. Box 162261

☐ Contingent
☐ Unliquidated
☑ Disputed

| Altamonte Springs | FL | 32716 |

**Basis for the claim:**
Case/Client Expenses

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page 2 |
|---|---|---|

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5** **Nonpriority creditor's name and mailing address**

**Aldine ISD Tax Office**

**14909 Aldine Westfield Rd**

**Houston**     **TX**    **77032**

**Date or dates debt was incurred**

**Last 4 digits of account number**    **2 8 0 5**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.6** **Nonpriority creditor's name and mailing address**

**Alexandria Rahn**

**Suite 800**

**10440 N. Central Expressway**

**Dallas**     **TX**    **75231**

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.7** **Nonpriority creditor's name and mailing address**

**Alexandria Twiss**

**Suite 4200**

**1717 Main St.**

**Dallas**     **TX**    **75201**

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.8** **Nonpriority creditor's name and mailing address**

**Alexis A. Taylor, LLC**

**P.O. Box 1060**

**Independence**     **LA**    **70443**

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9** **Nonpriority creditor's name and mailing address**

Alixe Duplechain

Suite 3300

201 St. Charles Ave.

New Orleans　　　LA　70170

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.10** **Nonpriority creditor's name and mailing address**

All Peril Adjusting, LLC

594 Sawdust Rd.

Suite 354

The Woodlands　　　TX　77380

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.11** **Nonpriority creditor's name and mailing address**

Alvendia, Kelly, Demarest Law, LLC

909 Poydras Street

Suite 1625

New Orleans　　　LA　70112

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.12** **Nonpriority creditor's name and mailing address**

AMO Trial Lawyers

3850 N. Causeway Boulevard

Suite 590

Metairie　　　LA　70002

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Debtor    **MMA Law Firm, PLLC**        Case number (if known)   **24-31596**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.13** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Andrea Miller**

**Suite 1600**

**909 Poydras**

**New Orleans**    LA    70112

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| **3.14** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Andres Holmgren**

**Suite 3300**

**201 St. Charles Ave.**

**New Orleans**    LA    70170

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| **3.15** | **Nonpriority creditor's name and mailing address** |
|---|---|

**AT&T**

**P.O. Box 5019**

**Carol Stream**    IL    60197

Date or dates debt was incurred

Last 4 digits of account number   7 5 4 2

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Phone Service**

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,866.41

---

| **3.16** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Baggett McCall LLC**

**3006 Country Club Road**

**Suite 100**

**Lake Charles**    LA    70605

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 5

Debtor    **MMA Law Firm, PLLC**        Case number (if known)  **24-31596**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                               **Amount of claim**

---

**3.17**   **Nonpriority creditor's name and mailing address**

**Barcus Arenas PLLC**

**2200 N Loop West**

**Ste. 108**

**Houston**       **TX**    **77018**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.18**   **Nonpriority creditor's name and mailing address**

**Bayou Adjusting**

**P.O. Box 837**

**Walker**       **LA**    **70785**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Case/Client Expenses**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$556,500.00**

---

**3.19**   **Nonpriority creditor's name and mailing address**

**Becker & Hebert**

**201 Rue Beauregard**

**Lafayette**       **LA**    **70505**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.20**   **Nonpriority creditor's name and mailing address**

**Beverly DeLaune**

**755 Magazine St.**

**New Orleans**       **LA**    **70130**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor  **MMA Law Firm, PLLC**                                    Case number (if known)  **24-31596**

## Part 2:    Additional Page

*Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.*

Amount of claim

| 3.21 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Bisig Law Firm, LLC**

**206 N. Church Street**

**Jennings**            LA      **70546**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| 3.22 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Bolen, Parker, Brenner, Lee & Miller, Lt**

**709 Versailles Blvd.**

**Alexandria**            LA      **71303**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| 3.23 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Boling Law Firm, LLC**

**541 Julia St.**

**Ste. 300**

**New Orleans**            LA      **70130**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| 3.24 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Brasher Law Firm, PLLC**

**1555 Poydras Street**

**Suite 1600**

**New Orleans**            LA      **70112**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Debtor  **MMA Law Firm, PLLC**                                    Case number (if known) **24-31596**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

| **3.25** | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                                                       $0.00

**Brian Craig Johnson, P.E.**

**7600 Chicago Ave. S**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Richfield**          **MN**     **55423**

**Basis for the claim:**

**Notice Only**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __

☒ No
☐ Yes

| **3.26** | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                                                       $0.00

**Brian F Guillot Attorney at Law**

**1716 Apple St**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Metairie**          **LA**     **70001**

**Notice Only**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __

☒ No
☐ Yes

| **3.27** | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                                                       $0.00

**Broussard & Dove, APLC**

**7605 Park Avenue**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Houma**          **LA**     **70364**

**Notice Only**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __

☒ No
☐ Yes

| **3.28** | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                                                       $0.00

**Broussard Injury Lawyers**

**321 Veterans Memorial Blvd**

**Suite 205**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Metairie**          **LA**     **70005**

**Notice Only**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __

☒ No
☐ Yes

Debtor   **MMA Law Firm, PLLC**               Case number (if known)  **24-31596**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                           **Amount of claim**

---

**3.29** | **Nonpriority creditor's name and mailing address**

**Burgos & Associates, LLC**

**3535 Canal Street**

**Suite 200**

**New Orleans**     **LA**   **70119**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.30** | **Nonpriority creditor's name and mailing address**

**Caffery, Oubre, Campbell & Garrison, LLP**

**Suite 201**

**100 East Vermilion St.**

**Lafayette**     **LA**   **70501**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Judgments/Sanctions/Costs**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$256,877.85**

---

**3.31** | **Nonpriority creditor's name and mailing address**

**Cameron Snowden**

**Suite 2900**

**2933 Myrtle Ave.**

**Baton Rouge**     **LA**   **70806**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.32** | **Nonpriority creditor's name and mailing address**

**CapitalOne Spark**

**P.O. Box 30285**

**Salt Lake City**     **UT**   **84130**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Credit**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$44,439.02**

---

Official Form 206E/F         Schedule E/F: Creditors Who Have Unsecured Claims         page 9

Debtor     **MMA Law Firm, PLLC**                              Case number (if known)  **24-31596**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

**3.33**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:    $0.00
*Check all that apply.*

**Carl J. Selenberg, Attorney at Law**                                ☐ Contingent

**3713 Airline Drive**                                                ☐ Unliquidated

☑ Disputed

**Basis for the claim:**

**Metairie**                    LA     70001                          **Notice Only**

Date or dates debt was incurred                                      **Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __                     ☑ No
☐ Yes

**3.34**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:    $0.00
*Check all that apply.*

**Catherine Patriarca**                                               ☐ Contingent

**Suite 2400**                                                        ☐ Unliquidated

**601 Poydras St.**                                                   ☑ Disputed

**Basis for the claim:**

**New Orleans**                 LA     70130                          **Notice Only**

Date or dates debt was incurred                                      **Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __                     ☑ No
☐ Yes

**3.35**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:    $0.00
*Check all that apply.*

**Chad T. Wilson Law Firm, PLLC**                                     ☐ Contingent

**455 East Medical Center Blvd.**                                     ☐ Unliquidated

**Ste. 555**                                                          ☑ Disputed

**Basis for the claim:**

**Webster**                     TX     77598                          **Notice Only**

Date or dates debt was incurred                                      **Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __                     ☑ No
☐ Yes

**3.36**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:    $235,822.72
*Check all that apply.*

**Chamary, LLC**                                                      ☐ Contingent

**P.O. Box 113130**                                                   ☐ Unliquidated

☑ Disputed

**Basis for the claim:**

**Metairie**                    LA     70011                          **New Orleans Lease**

Date or dates debt was incurred                                      **Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __                     ☑ No
☐ Yes

Debtor   **MMA Law Firm, PLLC**                                Case number (if known) __24-31596__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

**3.37**   **Nonpriority creditor's name and mailing address**

**Charbonnet Law Firm, LLC**

**501 Clearview Parkway**

**Metairie**                    LA      70001

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**3.38**   **Nonpriority creditor's name and mailing address**

**Chehardy Sherman Williams Law Firm**

**1 Galleria Boulevard**

**Suite 1100**

**Metairie**                    LA      70001

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**3.39**   **Nonpriority creditor's name and mailing address**

**Chelsea Dazet Attorney at Law**

**221 E Kirkland Street**

**Covington**                    LA      70433

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**3.40**   **Nonpriority creditor's name and mailing address**

**Civil Legal Services, LLC**

**2221 Saint Claude Ave**

**New Orleans**                    LA      70117

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

Debtor    **MMA Law Firm, PLLC**                                    Case number (if known)    **24-31596**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

**3.41**  **Nonpriority creditor's name and mailing address**

**Claire Easterling Pontier**

**Suite 3250**

**1100 Poydras Street**

**New Orleans**          LA    70163

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.42**  **Nonpriority creditor's name and mailing address**

**Claude Reynaud, III**

**9 Killdeer St.**

**New Orleans**          LA    70124

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.43**  **Nonpriority creditor's name and mailing address**

**Clay Cosse**

**Suite 4200**

**1717 Main St.**

**Dallas**          TX    75201

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.44**  **Nonpriority creditor's name and mailing address**

**Clerk of Court - Beauregard Parish**

**P.O. Box 100**

**DeRidder**          LA    70634

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|

---

**Part 2:**     **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

     **Amount of claim**

**3.45**   **Nonpriority creditor's name and mailing address**     **$0.00**

**Clerk of Court - Caddo Parish**

**501 Texas St.**

**Room 103**

**Shreveport**     **LA**     **71101**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.46**   **Nonpriority creditor's name and mailing address**     **$0.00**

**Clerk of Court - Calcasieu Parish**

**P.O. Box 1030**

**Lake Charles**     **LA**     **70602**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.47**   **Nonpriority creditor's name and mailing address**     **$66,727.00**

**Coastal Claims**

**2650 N Dixie Fwy**

**New Smyrna Beach**     **FL**     **32168**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Case/Client Expenses**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.48**   **Nonpriority creditor's name and mailing address**     **$9,448.56**

**Comcast**

**P.O. Box 8587**

**Philadelphia**     **PA**     **19101**

Date or dates debt was incurred

Last 4 digits of account number   **9 0 9 0**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Cable**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor **MMA Law Firm, PLLC**  Case number (if known) **24-31596**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.  **Amount of claim**

---

**3.49** **Nonpriority creditor's name and mailing address**  $0.00

**Comcast - old account (FL)**

**444 Highway 96 East**

_____

**St. Paul**  **MN**  **55127**

Date or dates debt was incurred  _____

Last 4 digits of account number  **0  1  4  9**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50** **Nonpriority creditor's name and mailing address**  $0.00

**Concur**

**SAP Philippines, Inc.**

**Topaz Rd. & Ruby Rd.**

**1600 Manila, Philippines**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  **6  1  3  2**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51** **Nonpriority creditor's name and mailing address**  $0.00

**Cornerstone Consulting Group**

**243 La Costa Circle**

_____

**Weatherford**  **TX**  **76088**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.52** **Nonpriority creditor's name and mailing address**  $0.00

**Cossé Law Firm, LLC**

**1515 Poydras Street**

**Suite 900**

_____

**New Orleans**  **LA**  **70112**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  **MMA Law Firm, PLLC**                                    Case number (if known)  **24-31596**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                **Amount of claim**

| **3.53** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Cox Cox Filo Camel Wilson & Brown, LLC**

**723 Broad Street**

**Lake Charles**          LA      70601

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| **3.54** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Cueria Law Firm, LLC**

**650 Poydras Street**

**Suite 2740**

**New Orleans**          LA      70130

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| **3.55** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Dale Jefferson**

**Suite 1100**

**808 Travis St.**

**Houston**          TX      77002

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| **3.56** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Daly & Black, P.C.**

**2211 Norfolk St.**

**#800**

**Houston**          TX      77098

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 15

Debtor   **MMA Law Firm, PLLC**                                   Case number (if known)  **24-31596**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.              **Amount of claim**

---

**3.57**   **Nonpriority creditor's name and mailing address**

**Daly & Black, PC**

**2211 Norfolk Street**

**Suite 800**

**Houston**                    **TX**    **77098**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.58**   **Nonpriority creditor's name and mailing address**

**David Schenck**

**Suite 4200**

**1717 Main St.**

**Dallas**                    **TX**    **75201**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.59**   **Nonpriority creditor's name and mailing address**

**Definiti**

**P.O. Box 95357**

**Grapevine**                  **TX**    **76099**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.60**   **Nonpriority creditor's name and mailing address**

**Delphin Law Offices**

**626 Broad St**

**Lake Charles**               **LA**    **70601**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

Debtor **MMA Law Firm, PLLC**        Case number (if known) **24-31596**

| **Part 2:** | **Additional Page** |
| --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.61**    **Nonpriority creditor's name and mailing address**

**Delsa Law Firm**

**3260 Range Court**

**Mandeville**      LA    70448

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$0.00

---

**3.62**    **Nonpriority creditor's name and mailing address**

**Deutsch Kerrigan LLP**

**755 Magazine Street**

**New Orleans**      LA    70130

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$0.00

---

**3.63**    **Nonpriority creditor's name and mailing address**

**Didriksen, Saucier & Woods, PLC**

**3114 Canal Street**

**New Orleans**      LA    70119

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$0.00

---

**3.64**    **Nonpriority creditor's name and mailing address**

**Disaster Solutions**

**1301 Seminole Blvd**

**Suite 140**

**Largo**      FL    33770

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Case/Client Expenses**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$107,952.28

---

Debtor   **MMA Law Firm, PLLC**                    Case number (if known)   **24-31596**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.65**   **Nonpriority creditor's name and mailing address**

**Don A Rouzan & Associates LLA Counsellor**

**1010 Common St**

**Suite 2410**

**New Orleans**          LA       70112

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.66**   **Nonpriority creditor's name and mailing address**

**Dupont Claim Services**

**1721 Hwy 22W**

**Madisonville**          LA       70447

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Case/Client Expenses**

**Is the claim subject to offset?**

☑ No
☐ Yes

$85,470.00

---

**3.67**   **Nonpriority creditor's name and mailing address**

**Egenberg Trial Lawyers**

**650 Poydras Street**

**Suite 2000**

**New Orleans**          LA       70130

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.68**   **Nonpriority creditor's name and mailing address**

**Elsbet Smith**

**Suite 200**

**111 N. Oak St.**

**Hammond**          LA       70401

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

Debtor __MMA Law Firm, PLLC_____    Case number (if known) __24-31596__

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**                    **Amount of claim**

| | |
|---|---|
| **3.69** | **Nonpriority creditor's name and mailing address** |

**Equal Access Justice Fund, LP**

**c/o Fred Johnson**

**Spencer Fane, LLP**

**3040 Post Oak Blvd, Suite 1400**

**Houston**            **TX**      **77056**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
**Contract**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$38,000,000.00**

| | |
|---|---|
| **3.70** | **Nonpriority creditor's name and mailing address** |

**Esquire Deposition Solutions**

**1500 Centre Pkwy**

**Suite 100**

**East Point**            **GA**      **30344**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

| | |
|---|---|
| **3.71** | **Nonpriority creditor's name and mailing address** |

**Exact Building Consultants**

**18702 69th Ave E**

**Bradenton**            **FL**      **34211**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Case/Client Services**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$3,231,009.12**

| | |
|---|---|
| **3.72** | **Nonpriority creditor's name and mailing address** |

**Favret Carriere Cronvich**

**650 Poydras Street**

**Suite 2300**

**New Orleans**            **LA**      **70130**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

Debtor **MMA Law Firm, PLLC**        Case number (if known) **24-31596**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

---

**3.73**   **Nonpriority creditor's name and mailing address**

**FCC**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Case/Client Expenses**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**$95,505.36**

---

**3.74**   **Nonpriority creditor's name and mailing address**

**Fitz-Gerald Hebert & DeLouche**

**2306 Sampson St**

**Westlake**     **LA**    **70669**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.75**   **Nonpriority creditor's name and mailing address**

**Frank J D'Amico Jr, APLC**

**4608 Rye Street**

**Metairie**     **LA**    **70006**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.76**   **Nonpriority creditor's name and mailing address**

**Frederick M Lupfer**

**1824 County Road 3113**

**Jacksonville**     **TX**    **75766**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor **MMA Law Firm, PLLC**      Case number (if known) **24-31596**

## Part 2:    Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**     Amount of claim

| | |
|---|---|
| **3.77**   Nonpriority creditor's name and mailing address | **$0.00** |

**Frischhertz Impastato Person Injury Law**

**1140 St. Charles Ave.**

**New Orleans**     LA    70130

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.78**   Nonpriority creditor's name and mailing address      **$0.00**

**Galindo  Law**

**4151 Southwest Fwy**

**#602**

**Houston**     TX    77027

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.79**   Nonpriority creditor's name and mailing address      **$0.00**

**Galindo Law Trial Attorneys**

**4151 Southwest Fwy**

**Suite 602**

**Houston**     TX    77027

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.80**   Nonpriority creditor's name and mailing address      **$0.00**

**Galindo Law Trial Attorneys**

**4151 Southwest Fwy**

**Suite 602**

**Houston**     TX    77027

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **MMA Law Firm, PLLC**      Case number (if known) **24-31596**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.81** Nonpriority creditor's name and mailing address

**Glago Williams Attorney at Law**

**909 Poydras Street**

**29th Floor**

**New Orleans**    LA    70112

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

**3.82** Nonpriority creditor's name and mailing address

**Global Estimating Services, Inc.**

**25000 Pitkin Rd.**

**Suite 201/202**

**Spring**    TX    77386

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Case/Client Expenses**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$9,865,862.99

**3.83** Nonpriority creditor's name and mailing address

**GM Financial**

**P.O. Box 180682**

**Arlington**    TX    76096

Date or dates debt was incurred

Last 4 digits of account number 7 1 0 1

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

**3.84** Nonpriority creditor's name and mailing address

**Godbey Giardina Law Group**

**1381 Fremaux Avenue**

**Slidell**    LA    70458

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

Debtor   **MMA Law Firm, PLLC**                          Case number (if known) __24-31596__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.85**   **Nonpriority creditor's name and mailing address**

**Gordon McKernan Injury Attorneys**

**5656 Hilton Avenue**

**Baton Rouge**        LA    70808

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.86**   **Nonpriority creditor's name and mailing address**

**Gordon, Arata, Montgomery, Barnett, McCo**

**201 St. Charles Ave**

**40th Floor**

**New Orleans**        LA    70170

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.87**   **Nonpriority creditor's name and mailing address**

**Grant Gardiner**

**3129 Bore St.**

**Metairie**        LA    70001

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.88**   **Nonpriority creditor's name and mailing address**

**Guest Law Firm**

**1900 32nd Street**

**Kenner**        LA    70065

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

Debtor   **MMA Law Firm, PLLC**        Case number (if known)   **24-31596**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

    **Amount of claim**

---

**3.89**   **Nonpriority creditor's name and mailing address**

Gwyneth O'Neill

Suite 1600

909 Poydras

New Orleans      LA     70112

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Notice Only

**Is the claim subject to offset?**

☑ No
☐ Yes

    **$0.00**

---

**3.90**   **Nonpriority creditor's name and mailing address**

HAAG

P.O. Box 660625

Dallas      TX     75266

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Notice Only

**Is the claim subject to offset?**

☑ No
☐ Yes

    **$0.00**

---

**3.91**   **Nonpriority creditor's name and mailing address**

Hair Shunnarah Trial Attorneys

3540 S. I-10 Service Road W.

Suite 300

Metairie      LA     70001

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Notice Only

**Is the claim subject to offset?**

☑ No
☐ Yes

    **$0.00**

---

**3.92**   **Nonpriority creditor's name and mailing address**

Harris Wells

Suite 3500

1100 Louisiana St.

Houston      TX     77002

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Notice Only

**Is the claim subject to offset?**

☑ No
☐ Yes

    **$0.00**

---

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.93**   **Nonpriority creditor's name and mailing address**

**Heath Law Group, LLC**

**201 St. Charles Ave**

**Suite 2500**

**New Orleans**          **LA**   **70170**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.94**   **Nonpriority creditor's name and mailing address**

**Herman, Herman & Katz, LLC**

**909 Poydras Street**

**Suite 1860**

**New Orleans**          **LA**   **70112**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.95**   **Nonpriority creditor's name and mailing address**

**Hogan Attorneys**

**310 North Cherry St.**

**No. 1**

**Hammond**          **LA**   **70401**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.96**   **Nonpriority creditor's name and mailing address**

**Houghtaling Law Firm, LLC**

**3850 Causeway Blvd**

**Suite 1090**

**Metairie**          **LA**   **70002**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.97** **Nonpriority creditor's name and mailing address**

Howard Marshall

Suite 2300

601 Poydras St.

New Orleans LA 70130

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**3.98** **Nonpriority creditor's name and mailing address**

Huber Thomas Law, LLP

1100 Poydras Street

Suite 2200

New Orleans LA 70163

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**3.99** **Nonpriority creditor's name and mailing address**

InQuest General Contracting LLC

P.O. Box 1827

Quinlan TX 75474

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**3.100** **Nonpriority creditor's name and mailing address**

Insurance Claim Solutions - Umpire

1458 Old Fort Road

Farview NC 28730

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

Debtor **MMA Law Firm, PLLC**          Case number (if known) **24-31596**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.101** **Nonpriority creditor's name and mailing address**

**Iron Mountain**

**3502 Bissonnet St.**

**Houston**          **TX**     **77005**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**3.102** **Nonpriority creditor's name and mailing address**

**Irpino, Avin & Hawkins Law Firm**

**2216 Magazine Street**

**New Orleans**          **LA**     **70130**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**3.103** **Nonpriority creditor's name and mailing address**

**J.A. Consulting**

**7948 Davis Boulevard**

**Suite 100**

**North Richland Hills**          **TX**     **76182**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Case/Client Expenses**

**Is the claim subject to offset?**
☑ No
☐ Yes

$259,471.50

**3.104** **Nonpriority creditor's name and mailing address**

**James McClenny**

**380 Ridge Lake Scenic Dr.**

**Montgomery**          **TX**     **77316**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Contract/Reimbursement**

**Is the claim subject to offset?**
☑ No
☐ Yes

$439,680.00

Debtor **MMA Law Firm, PLLC**  Case number (if known) **24-31596**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.  **Amount of claim**

| **3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:  *Check all that apply.* | **$0.00** |

Jason J. Joy & Associates

909 Texas Ave.

Suite 1801

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Houston    TX    77002

**Basis for the claim:**

**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

| **3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:  *Check all that apply.* | **Unknown** |

Jayne Elizabeth Moseley

4018 Meadow Lake Ln.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Houston    TX    77027

**Basis for the claim:**

**Community Property Claim**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

| **3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:  *Check all that apply.* | **$0.00** |

Jean Frizzell

Suite 3500

1100 Louisiana St.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Houston    TX    77002

**Basis for the claim:**

**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

| **3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:  *Check all that apply.* | **$0.00** |

JJC Law LLC

3914 Canal Street

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

New Orleans    LA    70119

**Basis for the claim:**

**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 28

Debtor **MMA Law Firm, PLLC** _____ Case number (if known) **24-31596** _____

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.109** **Nonpriority creditor's name and mailing address**

**John G Toerner Attorney At Law**

**19335 N 9th Street**

**Covington** **LA** **70433**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.110** **Nonpriority creditor's name and mailing address**

**John Jordan**

**P.O. Box 2828**

**Hammond** **LA** **70404**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.111** **Nonpriority creditor's name and mailing address**

**John M Welborn III Attorney At Law**

**508 N Pine St**

**DeRidder** **LA** **70634**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.112** **Nonpriority creditor's name and mailing address**

**Jonathan Lemann**

**Suite 3250**

**1100 Poydras Street**

**New Orleans** **LA** **70163**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

Debtor  **MMA Law Firm, PLLC**　　　　　　　　Case number (if known)　**24-31596**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.　　　　**Amount of claim**

**3.113**　**Nonpriority creditor's name and mailing address**

**Jones & Hill Personal Injury Attorneys**

**215 West 6th Ave**

**Oberlin**　　　　　LA　　70655

Date or dates debt was incurred

Last 4 digits of account number　　__ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**3.114**　**Nonpriority creditor's name and mailing address**

**Joubert Law Firm APLC**

**2171 Quail Run Drive**

**Baton Rouge**　　　LA　　70808

Date or dates debt was incurred

Last 4 digits of account number　　__ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**3.115**　**Nonpriority creditor's name and mailing address**

**Joyner Law Firm**

**2236 St Charles Ave**

**Suite A**

**New Orleans**　　　LA　　70130

Date or dates debt was incurred

Last 4 digits of account number　　__ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**3.116**　**Nonpriority creditor's name and mailing address**

**JT Law Firm**

**111 North Orange Ave**

**Ste. 800**

**Orlando**　　　　　FL　　32801

Date or dates debt was incurred

Last 4 digits of account number　　__ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

| Debtor | **MMA Law Firm, PLLC** | | Case number (if known) | **24-31596** |
|---|---|---|---|---|

## Part 2:    Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| | | |
|---|---|---|
| **3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Kaleb Blake Company Umpire Services**

**1709 Gornto Road**

**A-308**

**Valdosta**          GA      31601

| | |
|---|---|
| ☐ Contingent | |
| ☐ Unliquidated | |
| ☑ Disputed | |

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**      __ __ __ __

$0.00

---

| | | |
|---|---|---|
| **3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Kandell, Kandell & Petrie, P.A.**

**2665 S Bayshore Dr**

**Suite 500**

**Miami**          FL      33133

| | |
|---|---|
| ☐ Contingent | |
| ☐ Unliquidated | |
| ☑ Disputed | |

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**      __ __ __ __

$0.00

---

| | | |
|---|---|---|
| **3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Kevin Tully**

**Suite 2300**

**601 Poydras St.**

**New Orleans**          LA      70130

| | |
|---|---|
| ☐ Contingent | |
| ☐ Unliquidated | |
| ☑ Disputed | |

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**      __ __ __ __

$0.00

---

| | | |
|---|---|---|
| **3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Klotz & Early Law Firm**

**909 Poydras Street**

**Suite 2950**

**New Orleans**          LA      70112

| | |
|---|---|
| ☐ Contingent | |
| ☐ Unliquidated | |
| ☑ Disputed | |

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**      __ __ __ __

$0.00

Debtor    **MMA Law Firm, PLLC**                          Case number (if known)  **24-31596**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.121**    **Nonpriority creditor's name and mailing address**

**Kovar Law Group**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.122**    **Nonpriority creditor's name and mailing address**

**Krause and Kinsman Trial Lawyers**
**4717 Grand Ave**
**#300**

**Kansas City          MO      64112**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.123**    **Nonpriority creditor's name and mailing address**

**Laborde Earles Injury Lawyers**
**1901 Kaliste Saloom Rd**

**Lafayette          LA      70508**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.124**    **Nonpriority creditor's name and mailing address**

**LaHatte Law LLC**
**2000 Clearview Pkwy**
**Suite 203**

**Metairie          LA      70001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

Debtor    **MMA Law Firm, PLLC**                Case number (if known)    **24-31596**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                            Amount of claim

---

**3.125**    **Nonpriority creditor's name and mailing address**

**Law Office of Carolyn O Hines**

**1330 Jackson St**

**Suite C**

**Alexandria**        **LA**     **71301**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

**$0.00**

---

**3.126**    **Nonpriority creditor's name and mailing address**

**Law Office of Deborah E. Lonker**

**3636 S I 10 Service Rd W**

**Suite 100**

**Metairie**        **LA**     **70001**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

**$0.00**

---

**3.127**    **Nonpriority creditor's name and mailing address**

**Law Office of Laura Jean Todaro**

**909 W Esplanade Ave**

**Suite 203**

**Kenner**        **LA**     **70065**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

**$0.00**

---

**3.128**    **Nonpriority creditor's name and mailing address**

**Law Office of Phillip T. Hager**

**3500 North Hullen Street**

**Metairie**        **LA**     **70002**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

**$0.00**

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 33

Debtor  **MMA Law Firm, PLLC** _____  Case number (if known)  **24-31596** _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.  **Amount of claim**

---

**3.129**  **Nonpriority creditor's name and mailing address**

**Law Office of Stephen M Smith Attorney**

**1425 N Broad St**

**Suite 201**

_____

**New Orleans**  **LA**  **70119**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.130**  **Nonpriority creditor's name and mailing address**

**Law Office of Steven J Rando LLC**

**3530 Canal St**

_____

_____

**New Orleans**  **LA**  **70119**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.131**  **Nonpriority creditor's name and mailing address**

**Law Offices of Jeremy Moody LLC**

**327 Nora Broussard Rd**

_____

_____

**Youngsville**  **LA**  **70592-5661**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.132**  **Nonpriority creditor's name and mailing address**

**Lawrence R. Anderson, Jr. Attorney at La**

**11953 Coursey Boulevard**

_____

_____

**Baton Rouge**  **LA**  **70816**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Debtor **MMA Law Firm, PLLC**        Case number (if known) **24-31596**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                      Amount of claim

**3.133**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: *Check all that apply.*             **$0.00**

**Lee Hoffoss Injury Lawyers**

**517 W College St**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Lake Charles**      **LA**    **70605**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.134**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: *Check all that apply.*       **$158,000.00**

**Locklin Consulting, LLC**

**2478 S 3rd Ave**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Walla Walla**      **WA**    **99362**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Basis for the claim:**
**Case/Client Expenses**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.135**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: *Check all that apply.*             **$0.00**

**Long & Long Law Firm**

**3600 Springhill Memorial Drive N.**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Mobile**      **AL**    **36608**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.136**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: *Check all that apply.*       **$500,000.00**

**Louisiana Dept. Of Insurance**

**P.O. Box 94214**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Baton Rouge**      **LA**    **70804**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Basis for the claim:**
**Fine**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **MMA Law Firm, PLLC**        Case number (if known) **24-31596**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                  Amount of claim

**3.137**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

                                                        **$535.13**

**Louisiana TWC**

**P.O. Box 94050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Baton Rouge**      **LA**    **70804**

**Basis for the claim:**
**Taxes**

Date or dates debt was incurred

Last 4 digits of account number   7   4   1   2

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

                                                        **$0.00**

**Lundy, Lundy, Soileau & South, LLP**

**501 Broad Street**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Lake Charles**      **LA**    **70601**

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

                                                        **$0.00**

**Mahfouz Law Firm, LLC**

**1201 Brashear Avenue**

**Suite 201**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Morgan City**      **LA**    **70381**

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

                                                        **$0.00**

**Manning General Contractors**

**402 SW Market St.**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Lees Summit**      **MO**    **64063**

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | MMA Law Firm, PLLC | Case number (if known) | 24-31596 |
|---|---|---|---|

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

### 3.141 Nonpriority creditor's name and mailing address

**Mansfield Melancon Cranmer & Dick Injury**

**318 Harrison Ave**

**New Orleans** LA 70124

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

### 3.142 Nonpriority creditor's name and mailing address

**Marcelle Robertson Mestayer LLC**

**650 Poydras St**

**Suite 2720**

**New Orleans** LA 70130

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

### 3.143 Nonpriority creditor's name and mailing address

**Mark W Smith & Associates PLLC Attorneys**

**500 N Causeway Blvd**

**Metairie** LA 70001

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

### 3.144 Nonpriority creditor's name and mailing address

**McKee Law Firm LLC**

**1100 Poydras St**

**Suite 1475**

**New Orleans** LA 70163

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

Debtor **MMA Law Firm, PLLC** _____ Case number (if known) **24-31596** _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.145** **Nonpriority creditor's name and mailing address**

**Melissa Lessel**

**755 Magazine St.**

_____

**New Orleans** **LA** **70130**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**3.146** **Nonpriority creditor's name and mailing address**

**Mike Brandner Law Firm**

**3621 Veterans Memorial Boulevard**

_____

**Metairie** **LA** **70401**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**3.147** **Nonpriority creditor's name and mailing address**

**Mixon Carroll & Frazier LLC**

**P O Drawer 1619**

_____

**Columbia** **LA** **71418**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**3.148** **Nonpriority creditor's name and mailing address**

**Montiel Hodge**

**400 Poydras St**

**Suite 2325**

_____

**New Orleans** **LA** **70130**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

Debtor  **MMA Law Firm, PLLC**                    Case number (if known)  **24-31596**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.149**  **Nonpriority creditor's name and mailing address**

**Morris Bart LLC**

**601 Poydras St**

**Floor 24**

**New Orleans**          **LA**    **70130**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.150**  **Nonpriority creditor's name and mailing address**

**National Public Adjusting, LLC**

**25015 Spring Creek Drive**

**Spring**          **TX**    **77380**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.151**  **Nonpriority creditor's name and mailing address**

**New Orleans Legal LLC**

**643 Magazine St**

**Suite 202**

**New Orleans**          **LA**    **70130**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.152**  **Nonpriority creditor's name and mailing address**

**Nicaud & Sunseri Law Firm**

**3000 18th St**

**Metairie**          **LA**    **70002**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Debtor   **MMA Law Firm, PLLC**                                      Case number (if known)   **24-31596**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.            **Amount of claim**

| **3.153** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*
$0.00

**Noble Public Adjusting**

**107 Amar Place**

**#103**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Panama City Beach**          FL       32413

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

| **3.154** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*
$0.00

**Noland Law Office**

**533 Europe St**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Baton Rouge**          LA       70802

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

| **3.155** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*
$0.00

**Norris Law Firm Personal Injury**

**8 North Oak St**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Vidalia**          LA       71373

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

| **3.156** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*
$44,624.05

**Oakwoood Bank**

**LB 35**

**Suite 600**

**8411 Preston Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**          TX       75225

**Basis for the claim:**
**Loan**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number     2  8  2  5

☑ No
☐ Yes

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 40

Debtor  **MMA Law Firm, PLLC**                                    Case number (if known)  **24-31596**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                  **Amount of claim**

**3.157**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $0.00
                                                                                      *Check all that apply.*

**Pandit Law**                                                                   ☐ Contingent

**701 Poydras Street**                                                           ☐ Unliquidated

**Suite 3950**                                                                   ☑ Disputed

                                                                                      **Basis for the claim:**

**New Orleans**                    LA      70139                   **Notice Only**

Date or dates debt was incurred                                      **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __                       ☑ No
                                                                                      ☐ Yes

**3.158**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $0.00
                                                                                      *Check all that apply.*

**Patout & Shaw, PLLC**                                                   ☐ Contingent

**1235 N Loop W**                                                          ☐ Unliquidated

**8th Floor**                                                                    ☑ Disputed

                                                                                      **Basis for the claim:**

**Houston**                        TX      77008                   **Notice Only**

Date or dates debt was incurred                                      **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __                       ☑ No
                                                                                      ☐ Yes

**3.159**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $9,795,003.46
                                                                                      *Check all that apply.*

**PCG - Property Loss Consultants**                                      ☐ Contingent

**2000 Mallory Lane**                                                      ☐ Unliquidated

**Suite 130, #239**                                                          ☑ Disputed

                                                                                      **Basis for the claim:**

**Franklin**                        TN      37067                   **Judgment**

Date or dates debt was incurred                                      **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __                       ☑ No
                                                                                      ☐ Yes

**Judgment on appeal and is being challenged.**

**3.160**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $0.00
                                                                                      *Check all that apply.*

**Philip C Hoffman Attorney at Law**                                     ☐ Contingent

**643 Magazine St**                                                         ☐ Unliquidated

**Suite 300 A**                                                              ☑ Disputed

                                                                                      **Basis for the claim:**

**New Orleans**                    LA      70130                   **Notice Only**

Date or dates debt was incurred                                      **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __                       ☑ No
                                                                                      ☐ Yes

Debtor   **MMA Law Firm, PLLC**                              Case number (if known)   **24-31596**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

**3.161**   **Nonpriority creditor's name and mailing address**

**Pierce & Shows Attorneys**

**601 St Joseph St**

Baton Rouge          LA      70802

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.162**   **Nonpriority creditor's name and mailing address**

**Porsche Financial Services**

**One Porsche Dr.**

Atlanta             GA      30354

Date or dates debt was incurred

Last 4 digits of account number    1   9   0   8

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Lease**

**Is the claim subject to offset?**
☑ No
☐ Yes

$94,575.39

---

**3.163**   **Nonpriority creditor's name and mailing address**

**Principal Financial**

**P.O. Box 249**

Itasca              IL      60143

Date or dates debt was incurred

Last 4 digits of account number    0   0   0   1

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract**

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,265.99

---

**3.164**   **Nonpriority creditor's name and mailing address**

**R. William Huye, III**

**2106 Key West Cove**

Austin              TX      78746

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 42

Debtor **MMA Law Firm, PLLC**                     Case number (if known) **24-31596**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

| **3.165** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Raspanti Law Firm**

**3900 North Causeway Blvd**

**Suite 1470 (Lakeway 1)**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Metairie**          LA     70002

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

| **3.166** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Richardson Law Group**

**422 E Lockwood St**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Covington**          LA     70433

**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

| **3.167** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Riess LeMieux LLC**

**1100 Poydras St**

**Suite 110**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**New Orleans**          LA     70163

**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

| **3.168** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Robert Angelle, APLC**

**3231 N Interstate 10 Service Rd W**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Metairie**          LA     70002

**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

Debtor **MMA Law Firm, PLLC**     Case number (if known) **24-31596**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.169** | **Nonpriority creditor's name and mailing address**

**Robert Emmet Couhig , Jr**

**Suite 3250**

**1100 Poydras Street**

**New Orleans**   LA   **70163**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.170** | **Nonpriority creditor's name and mailing address**

**Ron Anthony Austin**

**400 Manhattan Boulevard**

**Harvey**   LA   **70058**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.171** | **Nonpriority creditor's name and mailing address**

**Roper Ligh Attorneys**

**10935 Perkins Rd**

**Suite B**

**Baton Rouge**   LA   **70810**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.172** | **Nonpriority creditor's name and mailing address**

**Roy & Scott**

**P O Box 544**

**Marksville**   LA   **71351**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

Debtor  **MMA Law Firm, PLLC**                    Case number (if known)  **24-31596**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.173** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $145,197.09 |
|---|---|---|---|

**SBA**

**CESC - COVID EIDL Service Center**

**C14925 Kingsport Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan**

**Fort Worth**          **TX**   **76155**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **7  9  0  3**

---

| **3.174** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ScanStat**

**P.O. Box 791522**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Baltimore**          **MD**   **21279**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.175** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,268,000.00 |
|---|---|---|---|

**Scope Pros, LLC**

**8060 East Girard Avenue**

**Unit 619**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Case/Client Expenses**

**Denver**          **CO**   **80231**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.176** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scott Galante**

**816 Cadiz St.**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**New Orleans**          **LA**   **70115**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 45

Debtor    **MMA Law Firm, PLLC**                                    Case number (if known)    **24-31596**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.177**    **Nonpriority creditor's name and mailing address**

**Scott Huete**

**400 Manhattan Boulevard**

**Harvey**                    **LA**    **70058**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.178**    **Nonpriority creditor's name and mailing address**

**Simien & Simien, LLC**

**7908 Wrenwood Blvd.**

**Baton Rouge**              **LA**    **70809**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.179**    **Nonpriority creditor's name and mailing address**

**SJP Law Firm**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.180**    **Nonpriority creditor's name and mailing address**

**Smith Jadin Johnson PLLC**

**7900 Xerxes Avenue South**

**Suite 2020**

**Bloomington**              **MN**    **55431**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 46

Debtor  **MMA Law Firm, PLLC**       Case number (if known)  **24-31596**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.181**   **Nonpriority creditor's name and mailing address**

**State Farm Counsel**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Judgments/Sanctions**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$18,750.00

---

**3.182**   **Nonpriority creditor's name and mailing address**

**Stephenson, Chavarri & Dawson LLC**
**400 Poydras St**
**Suite 1990**

**New Orleans**     **LA**    **70130**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.183**   **Nonpriority creditor's name and mailing address**

**Stolk Lab**
**1711 Analog Dr.**

**Richardson**     **TX**    **75081**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.184**   **Nonpriority creditor's name and mailing address**

**SWLA Injury Attorneys, LLC**
**949 Ryan Street**
**Suite 130**

**Lake Charles**     **LA**    **70601**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

Debtor     **MMA Law Firm, PLLC**             Case number (if known)    **24-31596**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

**3.185**   **Nonpriority creditor's name and mailing address**

**The Chopin Law Firm**

**650 Poydras Street**

**Suite 1550**

**New Orleans**      LA    70130

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

**$0.00**

---

**3.186**   **Nonpriority creditor's name and mailing address**

**The Devereaux Law Firm**

**2113 Lakeshore Drive**

**Mandeville**      LA    70448

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

**$0.00**

---

**3.187**   **Nonpriority creditor's name and mailing address**

**The Johnson Firm Lawyers**

**1419 Ryan St**

**Lake Charles**      LA    70601

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

**$0.00**

---

**3.188**   **Nonpriority creditor's name and mailing address**

**The King Firm**

**2912 Canal St**

**New Orleans**      LA    70119

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

**$0.00**

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 48

Debtor **MMA Law Firm, PLLC**      Case number (if known) **24-31596**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.189**   **Nonpriority creditor's name and mailing address**

**The Law Firm of Hesni & Rossetti, PLC**

**407 Huey P. Long Avenue**

**Gretna**     LA    70053

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

$0.00

**3.190**   **Nonpriority creditor's name and mailing address**

**The Law Office of Richard J Fernandez LL**

**3000 W Esplanade Ave N**

**Suite 200**

**Metairie**     LA    70002

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

$0.00

**3.191**   **Nonpriority creditor's name and mailing address**

**The Mahome Firm**

**5190 Canal Boulevard**

**Suite 102**

**New Orleans**     LA    70124

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

$0.00

**3.192**   **Nonpriority creditor's name and mailing address**

**The Morgan Law Group**

**1331 Ochsner Blvd**

**Ste. 101**

**Covington**     LA    70433

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

$0.00

Debtor  **MMA Law Firm, PLLC**                                      Case number (if known)  **24-31596**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.193** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**The Pellegrin Firm LLC**

**3500 N Hullen St**

**Suite 17D**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Metairie**                **LA**      **70002**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.194** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**The Townsley Law Firm**

**3102 Enterprise Blvd.**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Lake Charles**              **LA**      **70601**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.195** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**The Voorhies Law Firm**

**1100 Poydras Street**

**Suite 2810**

☐ Contingent
☐ Unliquidated
☑ Disputed

**New Orleans**              **LA**      **70163**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.196** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**The Webster Law Firm, P.C.**

**6200 Savoy Drive**

**Suite 150**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                  **TX**      **77036**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 206E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 page 50

Debtor    **MMA Law Firm, PLLC**                        Case number (if known)    **24-31596**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomas Flanagan**

**Suite 3300**

**201 St. Charles Ave.**

☐ Contingent
☐ Unliquidated
☑ Disputed

**New Orleans        LA      70170**

**Basis for the claim:**

**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $57,022.52 |
|---|---|---|---|

**Thomson Reuters**

**610 Opperman Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Eagan          MN      55123**

**Basis for the claim:**

**Contract**

Date or dates debt was incurred

Last 4 digits of account number    4  4  6  3

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Timothy B Moore Law Office LLC**

**10001 Lake Forest Blvd**

**Suite 870**

☐ Contingent
☐ Unliquidated
☑ Disputed

**New Orleans        LA      70127**

**Basis for the claim:**

**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tollefson Bradley Mitchell & Melendi, LL**

**2811 McKinney Ave.**

**Suite 250**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Dallas          TX      75204**

**Basis for the claim:**

**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 51

Debtor      **MMA Law Firm, PLLC**                                       Case number (if known)  **24-31596**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.201** | **Nonpriority creditor's name and mailing address**

TX Tag

P.O. Box 650749

Dallas                     TX      75265

**Date or dates debt was incurred**

**Last 4 digits of account number**       6   2   8   6

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.202** | **Nonpriority creditor's name and mailing address**

**Veron Bice Attorneys At Law**

**721 Kirby St**

**Lake Charles**              LA      70601

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.203** | **Nonpriority creditor's name and mailing address**

**VG Law Group, L.L.P.**

**8751 W. Broward Blvd.**

**Suite 200**

**Plantation**               FL      33324

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

**3.204** | **Nonpriority creditor's name and mailing address**

**VG Vilar & Green Attorneys**

**1450 Dorchester Dr**

**Alexandria**               LA      71301

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

---

Debtor **MMA Law Firm, PLLC**                                   Case number (if known) **24-31596**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.205**   **Nonpriority creditor's name and mailing address**                                                                          $0.00

**Vidal Law & CPA Firm LLC**

**135 Woodlake Blvd**

**Kenner**              **LA**     **70065**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.206**   **Nonpriority creditor's name and mailing address**                                                                          $0.00

**Webster Vicknair Macleod**

**6200 Savoy Drive**

**Suite 150**

**Houston**             **TX**     **77036**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.207**   **Nonpriority creditor's name and mailing address**                                                                          $0.00

**Welborn & Hargett Injoury Attorneys**

**1540 W Pinhook Rd**

**Lafayette**           **LA**     **70503**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.208**   **Nonpriority creditor's name and mailing address**                                                                          $0.00

**Whitworth Law Firm, LLC**

**900 France Street**

**Baton Rouge**         **LA**     **70802**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 53

Debtor  **MMA Law Firm, PLLC**  Case number (if known) **24-31596**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.  **Amount of claim**

**3.209** **Nonpriority creditor's name and mailing address**

**Wilkofsky, Friedman, Karel & Cummins**

**299 Broadway**

**Ste. 1700**

**New York** **NY** **10007**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

**3.210** **Nonpriority creditor's name and mailing address**

**William Gibbens**

**Suite 1600**

**909 Poydras**

**New Orleans** **LA** **70112**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

**3.211** **Nonpriority creditor's name and mailing address**

**William Macaluso**

**Suite 200**

**111 N. Oak St.**

**Hammond** **LA** **70401**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

**3.212** **Nonpriority creditor's name and mailing address**

**William Ross**

**816 Cadiz St.**

**New Orleans** **LA** **70115**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

Debtor    **MMA Law Firm, PLLC**        Case number (if known)   **24-31596**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.213**   **Nonpriority creditor's name and mailing address**

**Woody Falgoust, A Law Corporation**

**1050 Canal Blvd.**

**Thibodaux**      **LA**    **70301**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

**3.214**   **Nonpriority creditor's name and mailing address**

**Zeringue Law Group**

**311 Patriot Street**

**Thibodaux**      **LA**    **70301**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 55

Debtor **MMA Law Firm, PLLC**      Case number (if known) **24-31596**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1 Jason Silver** <br> **Suite 725W** <br> **One Pierce Place** <br> <br> **Itasca**    **IL**    **60143** | Line **3.163** <br> ☐ Not listed. Explain: | __ __ __ __ |
| **4.2 Lisa Norman** <br> **15th Floor** <br> **1885 St. James Place** <br> <br> **Houston**    **TX**    **77056** | Line **3.159** <br> ☐ Not listed. Explain: | __ __ __ __ |
| **4.3 Lisa Norman** <br> **15th Floor** <br> **1885 St. James Place** <br> <br> **Houston**    **TX**    **77056** | Line **3.82** <br> ☐ Not listed. Explain: | __ __ __ __ |
| **4.4 Spencer Fane, LP** <br> **Fred Johnson** <br> **3040 Post Oak Blvd, Suite 1400** <br> <br> **Houston**    **TX**    **77056** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only - Counsel for EAJF** | __ __ __ __ |

Debtor    **MMA Law Firm, PLLC**             Case number (if known)    **24-31596**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
| --- | --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$68,385,247.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$68,385,247.00** |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>MMA Law Firm, PLLC</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: <strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td><strong>24-31596</strong>     Chapter   <strong>11</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Temporary Lease - suite 2900 at 1415 Lousiana Street, Houston, TX 77002 pursuant to a Sublease Agreemetn with KLX Energy Services<br>Contract to be REJECTED | **1415 Louisiana, LLC** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease: 1820 St. Charles Ave. , Suite 110, New Orleans, Louisiana<br>Contract to be REJECTED | **Chamary, LLC**<br>**Attn: Carlton Toups**<br>**113 Midway Drive** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **New Orleans**    **LA**    **70123** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | 1820 St. Charles Avenue, New Orleans, LA - Suite 200<br>Contract to be REJECTED | **Chamary, LLC**<br>**9012 Jodhpur** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fair Oaks Ranch**    **TX**    **78015** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Storage facility<br>Contract to be REJECTED | **Elmwood Storage Facility**<br>**1004 S. Clearview Pkwy** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **New Orleans**    **LA**    **70123** |

| Debtor | **MMA Law Firm, PLLC** | Case number (if known) | **24-31596** |
|--------|-------------------------|------------------------|--------------|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

**2.5**  State what the contract or lease is for and the nature of the debtor's interest

Lease: 516 Heights Blvd, Houston, TX
**Contract to be REJECTED**

**Jamie Guerra Heights House LLC**
**516 Heights Blvd**

State the term remaining

List the contract number of any government contract

**Houston          TX     77007**

**2.6**  State what the contract or lease is for and the nature of the debtor's interest

Sublease agreement - 1415 Louisiana Street, Suite 2900.
**Contract to be REJECTED**

**KLX Energy Services, LLC**
**3040 Post Oak Blvd, Suite 1500**

State the term remaining

List the contract number of any government contract

**Houston          TX     77056**

**2.7**  State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - 13350 Metro Parkway, Suite 404
**Contract to be REJECTED**

**Metro-Daniels Investors**
**1500 5th Avenue South**
**Suite 111**

State the term remaining

List the contract number of any government contract

**Naples          FL     34102**

**2.8**  State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Suite 810 - 1235 North Loop West, Houston, TX 77008
**Contract to be ASSUMED**

**MLCSV15, LLC**
**1250 Wood Branch Park Drive**
**Suite 100**

State the term remaining

List the contract number of any government contract

**Houston          TX     77079**

**2.9**  State what the contract or lease is for and the nature of the debtor's interest

Lease: 2022 Porchse Taycan Turbo S.
**Contract to be REJECTED**

**Porsche Financial Services**
**One Porsche Drive**

State the term remaining

List the contract number of any government contract

**Atlanta          GA     30354**

**2.10**  State what the contract or lease is for and the nature of the debtor's interest

Lease: 101 Lottie Lane, Unit 5
**Contract to be REJECTED**

**S&L Acquisitions, LLC**
**101 Lottie Lane, Unit 5**
**Fairhope, AL 365322**

State the term remaining

List the contract number of any government contract

Debtor   **MMA Law Firm, PLLC**        Case number (if known)   **24-31596**

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.11**

| State what the contract or lease is for and the nature of the debtor's interest | Monthly leases for 7 copy machines. Contract to be REJECTED | **Xerox Financial Services** |
|---|---|---|
| | | **P.O. Box 202882** |
| State the term remaining | | |
| List the contract number of any government contract | | **Dallas**      **TX**    **75320** |

Official Form 206G       **Schedule G: Executory Contracts and Unexpired Leases**       page 3

**Fill in this information to identify the case:**

Debtor name    **MMA Law Firm, PLLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number    **24-31596**
(if known)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**
    ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1  Zach Mosely** | **1235 N. Loop West**<br>Number        Street<br>**Suite 810**<br>**Houston          TX    77008**<br>City                        State    ZIP Code | **Equal Access Justice Fund, LP** | ☐ D<br>☑ E/F<br>☐ G |

Official Form 206H                    Schedule H: Codebtors                    page 1

**Fill in this information to identify the case:**

Debtor Name  **MMA Law Firm, PLLC**

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF TEXAS**

Case number (if known):  **24-31596**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1:  Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a.  **Real property:**
      Copy line 88 from Schedule A/B....................................................................................  **$0.00**

   1b.  **Total personal property:**
      Copy line 91A from Schedule A/B................................................................................  **$155,438,146.34**

   1c.  **Total of all property**
      Copy line 92 from Schedule A/B..................................................................................  **$155,438,146.34**

## Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D....................................  **$0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.  **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of Schedule E/F.................................................  **$0.00**

   3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.........................  **+ $68,385,247.00**

4.  **Total liabilities**
   Lines 2 + 3a + 3b........................................................................................................  **$68,385,247.00**

**Fill in this information to identify the case and this filing:**

Debtor Name    **MMA Law Firm, PLLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **24-31596**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/23/2024**     X **/s/ Zach Moseley** _____
        MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                      **Zach Moseley** _____
                                        Printed name

                                      **Managing Member** _____
                                        Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**