IN RE MMA LAW FIRM, PLLC | Case No. 24-31596 | Bankr. S.D. Tex. (Houston Div.)
Confirmation Hearing — Third Amended Joint Plan of Liquidation (ECF 1577)

EX. 16

# Section 1129 Compliance Matrix — Element-by-Element Proof, Keyed to Exhibits

*Third Amended Joint Plan of Liquidation (ECF 1577) — Debtor and Committee, Joint Proponents*

| § 1129 | Requirement | Status | Proof / Exhibits | |
|---|---|---|---|---|
| (a)(1) | Plan complies with title 11 — § 1122 classification; § 1123(a) contents; § 1123(b)(6) plan stay | CONTESTED (stay) | Ex. 1 (Plan); Ex. 11–17 (stay record); Purdue distinction chart (Ex. 25) | |
| (a)(2) | Proponents complied with title 11 — §§ 1125–1126 solicitation | SATISFIED | Ex. 2–5 (DS, orders, solicitation package, COS); Ex. 7 (voting decl.) | |
| (a)(3) | Plan proposed in good faith and not by means forbidden by law | SATISFIED | Ex. 12–13, 24 (declarations); Ex. 18 (liquidation analysis) | |
| (a)(4) | Professional payments subject to Court approval | SATISFIED | Ex. 1 (Plan §§ 2.2, 5.13) | |
| (a)(5) | Disclosure of post-confirmation management & insider compensation | SATISFIED | Ex. 1 (Plan §§ 5.3–5.7, 5.21); Ex. 8 (Plan Supplement); Ex. 11 (consultant agreements) | |
| (a)(6) | Governmental rate approval | N/A | No regulated rates | |
| (a)(7) | Best interests — each impaired dissenter receives ≥ chapter 7 value | MUST PROVE | Ex. 18 (liquidation analysis); Ex. 14 (docket values); Ex. 20–22 | |
| (a)(8) | Each class accepts or is unimpaired | | Class 5 deemed to reject (Plan § 4.5); | |
| (a)(9) | Administrative & priority claims paid as required | SATISFIED | Ex. 1 (Plan Art. 2, § 4.1); Ex. 19 (wind-down budget); Ex. 22 | |
| (a)(10) | ≥ 1 impaired accepting class, excluding insider votes | MUST PROVE | Ex. 6 (ballot summary tabulated excluding insiders); Ex. 7 | |
| (a)(11) | Feasibility — Plan Administrator can complete wind-down & distributions | SATISFIED | Ex. 19 (budget); Ex. 14 (receivables); Ex. 21 (MOR summary) | |
| (a)(12) | Payment of 28 U.S.C. § 1930 fees | SATISFIED | Ex. 1 (Plan § 13.1) | |
| (a)(13) | Retiree benefits (§ 1114) | N/A | No § 1114 retiree benefits; consultant insurance is contract consideration (Ex. 11) | |
| (a)(14)–(16) | DSOs; individual debtors; nonprofit transfers | N/A | Entity debtor; liquidating plan | |
| (b)(1) | Cramdown of Class 5 (deemed to reject): no unfair discrimination | SATISFIED | Ex. 1 (only equity class); Ex. 27 (waterfall) | |
| (b)(2)(C) | Fair & equitable — absolute priority: equity receives nothing until Classes 1–4 paid in full | SATISFIED | Ex. 1 (Plan § 4.5); Ex. 18; Ex. 27 (waterfall) | |

*DEMONSTRATIVE AID — § 1129 compliance matrix | Prepared by counsel; not itself evidence; subject to proof at hearing.*