## TXS ECF_Admin

**From:**         EDSS via Southern District of Texas ·
**Sent:**         Monday, August 3, 2026 4:09 AM
**To:**         TXS ECF_Admin
**Subject:**         New Electronic Document Submission - Houston
**Attachments:**         Document-1-Jeffrey A Vitt.pdf

United States Courts
Southern District of Texas
FILED

*August 03, 2026*

Nathan Ochsner, Clerk of Court

Form Information:
Division: Houston
Filer's Name: Jeffrey A. Vitt
Debtor's Name (if different from Filer): MMA Law Firm, PLLC Filer's Email: javit2004rule@gmail.com Filer's Phone Number: 539-292-9358 Case Number: 24-31596

Uploaded Document Descriptions:
Document 1 Description: Notice of Errata to ECF Doc 1627 Emergency Motion - 3 POC Master Omnibus Addendum Joint Several Liability Document 2 Description: Joinder to U.S. Trustee 5Pgs Objections & Standing Response - Probate Ct Order - Cert of Svc.pdf Document 3 Description:
Document 4 Description:
Document 5 Description:

**This email was sent from an unmonitored email account. Please DO NOT reply to this email address. **

1