**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | **CASE NO. 24-31596** |
| **MMA LAW FIRM, PLLC** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR** | § | |

**ORDER GRANTING FIRST INTERIM APPLICATION OF DAVID MIDDLEMAN AS MARKETING CONSULTANT AND BROKER**

It is

**ORDERED** that the First Interim Application of David Middleman for Allowance and Payment of Compensation and Reimbursement of Expenses as Marketing Consultant and Broker is approved in the amount of $62,500.00 for attorney's fees, and it is further

**ORDERED** that the Debtor is authorized to pay David Middleman $62,500.00 as an administrative claim.

SIGNED: _____

_____
**CHIEF UNITED STATES BANKRUPTCY JUDGE**