United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 11, 2026

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 24-31596** |
| **MMA LAW FIRM, PLLC,**[5] | § | |
| *Debtor*. | § | |

**ORDER GRANTING
SECOND AND FINAL FEE APPLICATION OF GORDON, ARATA, MONTGOMERY,
BARNETT, McCOLLAM, DUPLANTIS & EAGAN, LLC AS SPECIAL LOUISIANA
COUNSEL FOR THE OFFICIAL COMMITEE OF UNSECURED CREDITORS
FOR THE FEE PERIOD FROM JUNE 1, 2026 THROUGH JULY 16, 2026
(AND FOR FINAL APPROVAL OF THE INTERIM APPLICATION
APPROVED BY ORDER DATED JULY 1, 2026)**

The Court has considered the Second and Final Fee Application (the "*Final Application*") filed by Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC ("*Gordon Arata*") as Special Louisiana Counsel for the Official Committee of Unsecured Creditors (the "*UCC*") (i) for the fee period from June 1, 2026, through July 16, 2026 and (ii) for final approval of the first interim fee application filed by the UCC for Gordon Arata for the fee period March 25, 2026, through May 31, 2026 (the "*Interim Application*") [ECF No. 1536] as approved by the Court's order dated July 1, 2026 [ECF No. 1573]. Finding that the requested relief is appropriate, the he Court orders that:

1.      Gordon Arata is allowed final compensation in the amount of $2,380.00 and reimbursement of expenses in the amount of $100.00 for the period beginning June 1, 2026 and ending July 16, 2026, as set forth in the Final Application.

2.      The Debtor is authorized and directed to disburse to Gordon Arata any unpaid amounts allowed by paragraph 1 of this Order.

3.      The Interim Application (as approved by the Court's order dated July 1, 2026 [ECF No. 1573]) is hereby approved as final.

4.      This order is a final order.

**Signed: Tuesday, August 11, 2026**

_____
Eduardo V. Rodriguez
**Chief United States Bankruptcy Judge**

[5] The last four digits of the Debtor's federal tax identification number are 5686.

4396346-1