**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:                     §
                            §    **CASE NO. 24-31596**
**MMA Law Firm, PLLC**       §
                            §

## CERTIFICATE OF SERVICE

I, Miriam T. Goott, hereby certify that a true and correct copy of the Order Setting Hearing at ECF No. 1646 was served on the Defendants, and all other parties receiving notice via CM/ECF on August 13, 2026.

Dated: <u>August 13, 2026</u>

                                        Respectfully submitted,

                                        By: * /s/ Miriam T. Goott*
                                             Miriam T. Goott
                                             SBN 24048846

OF COUNSEL:
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX 77208
(713) 956-5577 (telephone)
(713) 956-5570 (fax)
mgoott@walkerandpatterson.com
**COUNSEL FOR DEBTOR**