**WITNESS AND EXHIBIT LIST**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |

| | |
|---|---|
| **Adversary Case No:** | n/a |
| **Style of Adversary:** | |

| **Does this amend or supplement a previously filed Witness & Exhibit List? If so, state the date and CM/ECF No. of such previous filing.** | | |
|---|---|---|
| | **Yes** | **No** |
| | | x |
| | **Date** | **CM/ECF No.** |
| | | |
| | | |
| | | |

| | |
|---|---|
| **Hearing/Trial Date:** | August 24, 2026 |
| **Hearing Time:** | 3:00 PM |
| **Party's Name:** | MMA Law Firm, PLLC |
| **Attorney's Name:** | Walker & Patterson, PC - Johnie Patterson and Miriam Goott |
| **Attorney's Phone:** | 713-956-5577 |

| | **CM/ECF No.** | **Matter** |
|---|---|---|
| **Nature of Proceeding(s):** | 1587 | Motion to Approve Compromise with Glago Williams, LLC, Moisant Law Firm, LLC, and F. Gerald DeSalvo, LLC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| **WITNESS LIST** |
|---|

| **Lay Witnesses:** | Zach Moseley |
|---|---|
| | |
| | |
| | |

**Form No. 1-100**

Last Revised April 15, 2025

| | |
|---|---|
| **Expert Witnesses:** | |
| | |
| | |
| | |

| | |
|---|---|
| **REBUTTAL/ IMPEACHMENT WITNESSES** | |

| | |
|---|---|
| **Lay Witnesses:** | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| | |

| | | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| **1.** | Settlement Agreement | | | |
| **2.** | | | | |
| **3.** | | | | |
| **4.** | | | | |
| **5.** | | | | |
| **6.** | | | | |
| **7.** | | | | |
| | **REBUTTAL/IMPEACHMENT EXHIBITS** | | | |
| **1.** | | | | |
| **2.** | | | | |
| **3.** | | | | |
| **4.** | | | | |
| **5.** | | | | |
| **6.** | | | | |
| **7.** | | | | |
| **8.** | | | | |
| **9.** | | | | |
| **10.** | | | | |

**Form No. 1-100**

Last Revised April 15, 2025