Outlook

United States Courts
Southern District of Texas
FILED
*August 19, 2026*
Nathan Ochsner, Clerk of Court

## New Electronic Document Submission - Houston

**From** EDSS via Southern District of Texas <admin@txs.uscourts.gov>
**Date** Wed 8/19/2026 12:21 AM
**To** TXS Continuous Improvement <TXSContinuousImprovement@txs.uscourts.gov>

1 attachment (132 KB)
Document-1-Jeffrey A Vitt.pdf;

Form Information:
Division: Houston
Filer's Name: Jeffrey A Vitt
Debtor's Name (if different from Filer): MMA Law Firm, PLLC
Filer's Email: javit2004rule@gmail.com
Filer's Phone Number: 5392929358
Case Number: 24-31596

Uploaded Document Descriptions:
Document 1 Description: SWORN DECLARATION OF JEFFREY ALAN VITT (28 U.S.C. § 1746)
Document 2 Description: Exhibit 1
Document 3 Description: Exhibit 2
Document 4 Description: Exhibit 3
Document 5 Description: Exhibit 4

**This email was sent from an unmonitored email account. Please DO NOT reply to this email address. **