United States Courts
Southern District of Texas
FILED
8/24/26
Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO. 24-31596 (EVR)** |
| **MMA LAW FIRM, PLLC,** | **CHAPTER 11** |
| Debtor. | |

**EMERGENCY MOTION FOR CONTINUANCE OF EVIDENTIARY HEARING ON DEBTOR'S MOTION TO APPROVE COMPROMISE UNDER RULE 9019 (ECF NO. 1587)**

**EMERGENCY RELIEF HAS BEEN REQUESTED. RELIEF IS REQUESTED NOT LATER THAN 12:00 P.M. (PREVAILING CENTRAL TIME) ON AUGUST 24, 2026.**

**IF YOU OBJECT TO THE RELIEF REQUESTED OR YOU BELIEVE THAT EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU MUST EITHER APPEAR AT THE HEARING OR FILE A WRITTEN RESPONSE PRIOR TO THE DATE AND TIME FOR WHICH RELIEF IS REQUESTED.**

**TO THE HONORABLE EDUARDO V. RODRIGUEZ, CHIEF UNITED STATES BANKRUPTCY JUDGE:**

Claimant Jeffrey Alan Vitt, Individually ("Claimant"), appearing *pro se*, respectfully files this Emergency Motion for Continuance of the evidentiary hearing currently set for today, August 24, 2026, at 3:00 p.m. (CST) regarding the Debtor's Motion to Approve Compromise under Rule 9019 with Glago Williams, LLC, Moisant Law Firm, LLC, and F. Gerald DeSalvo, LLC (ECF No. 1587). In support thereof, Claimant respectfully shows the Court as follows:

## I. BACKGROUND AND PROCEDURAL POSTURE

1. On August 4, 2026, the Court entered an Order Setting Electronic Hearing (ECF No. 1646) scheduling an evidentiary hearing on the Debtor's Rule 9019 Motion to Approve Compromise with Glago Williams, LLC and associated firms (ECF No. 1587) for August 24, 2026, at 3:00 p.m. (CST).

2. On August 5, 2026, the Court entered an Order Confirming the Third Amended Joint Plan of Liquidation of MMA Law Firm, PLLC (ECF No. 1660).

3. On August 19, 2026, Claimant timely filed a *Motion for Reconsideration Pursuant to Federal Rule of Bankruptcy Procedure 9023 / Fed. R. Civ. P. 59(e) to Alter or Amend the August 5, 2026 Confirmation Order* (ECF No. 1670).

4. Claimant maintains an active, consolidated $350,646,305.06+ priority and tort claim on the Court's registry (Amended Claim No. 73). This claim asserts systemic fraud, gross legal malpractice, and enterprise conversion of assets requiring mandatory equitable subordination.

## II. GROUNDS FOR EMERGENCY CONTINUANCE

5. **Irreversible Prejudice to the Estate:** Proceeding with an evidentiary hearing to approve a Rule 9019 compromise that allocates, releases, or disperses estate fee-recovery assets to third-party law firms (including Glago Williams) is premature and poses an irreversible risk of asset dissipation. Approving such a compromise relies on the foundation of the confirmed Plan, which is now actively being challenged for fraud under Rule 9023.

6. **Due Process and Discovery:** Claimant requires additional time to conduct necessary Rule 2004 examinations, subpoena unredacted accounting/IOLTA ledgers, and secure witness testimony to properly contest whether this settlement is "fair and equitable" under Fifth Circuit standards. Approving a financial compromise while active allegations of systemic fiduciary conversion and FBI investigations remain unadjudicated severely prejudices Claimant's $350 million+ claim.

7. **Emergency Nature:** This motion is filed on an emergency basis because the hearing is set for 3:00 p.m. today, August 24, 2026, and immediate relief is required to preserve the status quo of the Estate's assets pending the Court's ruling on the Motion for Reconsideration.

## III. PRAYER

WHEREFORE, Claimant Jeffrey Alan Vitt respectfully requests that the Court grant this Emergency Motion, continue the evidentiary hearing on ECF No. 1587 to a date after the Court has fully adjudicated the pending Motion for Reconsideration (ECF No. 1670), and grant such other and further relief as is just and proper.

Respectfully submitted,

______________________________ Date: August 24, 2026

Jeffrey Alan Vitt, Individually
12791 S. 4230 Road, Chelsea, OK 74016
539-292-9358
javit2004rule@gmail.com
*Pro Se Claimant*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2026, a true and correct copy of the foregoing Emergency Motion was served electronically via the Court's CM/ECF/EDSS system to all parties receiving electronic notification in this case, including counsel for the Debtor (Johnie Patterson and Miriam Goott) and the Office of the United States Trustee.

______________________________ Date: August 24, 2026

Jeffrey Alan Vitt

# IN THE UNITED STATES BANKRUPTCY COURT



# FOR THE SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

**IN RE:** **CASE NO. 24-31596 (EVR)**

**MMA LAW FIRM, PLLC,** **CHAPTER 11**

Debtor.

**ORDER GRANTING EMERGENCY MOTION FOR CONTINUANCE OF EVIDENTIARY HEARING ON DEBTOR'S MOTION TO APPROVE COMPROMISE UNDER RULE 9019**

Upon consideration of the Emergency Motion for Continuance filed by Claimant Jeffrey Alan Vitt regarding the evidentiary hearing on the Debtor's Motion to Approve Compromise under Rule 9019 (ECF No. 1587), and the Court finding good cause exists to grant the requested relief;

**IT IS HEREBY ORDERED THAT:**

1. The Emergency Motion for Continuance is **GRANTED**.
2. The evidentiary hearing on the Debtor's Motion to Approve Compromise (ECF No. 1587), previously set for August 24, 2026, at 3:00 p.m., is hereby continued.
3. A new hearing date shall be set pending the resolution of the Motion for Reconsideration (ECF No. 1670).

____________________________________ **SIGNED:** ____________________, 2026

**HONORABLE EDUARDO V. RODRIGUEZ**

**CHIEF UNITED STATES BANKRUPTCY JUDGE**