## TXSDdb_Victoria-Operation

**From:** EDSS via Southern District of Texas <admin@txs.uscourts.gov>
**Sent:** Monday, August 24, 2026 10:24 AM
**To:** TXS Continuous Improvement
**Subject:** New Electronic Document Submission - Houston
**Attachments:** Document-1-Jeffrey A Vitt.pdf

United States Courts
Southern District of Texas
FILED
*8/24/26*
Nathan Ochsner, Clerk of Court

Form Information:
Division: Houston
Filer's Name: Jeffrey A Vitt
Debtor's Name (if different from Filer): MMA Law Firm, PLLC Filer's Email: javit2004rule@gmail.com Filer's Phone Number: 5392929358 Case Number: 24-31596

Uploaded Document Descriptions:
Document 1 Description: EMERGENCY MOTION FOR CONTINUANCE OF EVIDENTIARY HEARING ON DEBTOR’S MOTION TO APPROVE COMPROMISE UNDER RULE 9019 Document 2 Description:
Document 3 Description:
Document 4 Description:
Document 5 Description:

**This email was sent from an unmonitored email account. Please DO NOT reply to this email address. **