United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 26, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER STRIKING**
*Resolving ECF No. 1671*

On August 24, 2026, John Zachary Moseley, Pro Se, filed an Emergency Motion to Enforce Confirmation Order and Settlement Agreement, for Temporary Restraining Order and Injunctive Relief, and for Declaratory Relief ("Motion")[1] However, based on this Court's review, the Court finds that John Zachary Moseley's Federal admissions has expired. *Id.*; *see* Southern District of Texas Local Rule LR83.1(K) ("A lawyer who is not admitted to practice before this Court may appear as attorney-in-charge for a party in a case in this Court with the permission of the judge before whom the case is pending."). It is therefore:

**ORDERED** that the Motion[2] is **STRUCK** from the record. Mr. Moseley is granted leave of this Court to refile the Motion once his Federal Admissions has been reinstated.

**SIGNED Wednesday, August 26, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**

[1] ECF No. 1671.
[2] ECF No. 1671.