United States Courts
Southern District of Texas
FILED
8/25/26
Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

**IN RE: MMA LAW FIRM, PLLC,** **CASE NO. 24-31596 (EVR)**

Debtor. **CHAPTER 11**

**AMENDED MOTION FOR RECONSIDERATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9023 / FED. R. CIV. P. 59(e) TO ALTER OR AMEND THE AUGUST 5, 2026 CONFIRMATION ORDER (ECF NO. 1660)**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING. REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**TO THE HONORABLE EDUARDO V. RODRIGUEZ, CHIEF UNITED STATES BANKRUPTCY JUDGE:**

Pursuant to the Court's Order entered August 25, 2026 (ECF No. 1673), Claimant Jeffrey Alan Vitt ("Claimant") timely re-files this Amended Motion for Reconsideration of the August 5, 2026 Confirmation Order (ECF No. 1660) based on manifest injustice, newly discovered evidence, and active enterprise fraud.

**I. GROUNDS FOR RELIEF** The Order (ECF No. 1660) was entered under conditions of severe procedural duress and suppression of evidence. The "forbearance" (Plan § 5.8) and "litigation neutralities" (11(k)) serve as illicit shields for the Debtor's principals, James M. McClenny and John Zachary Moseley.

**II. EVIDENTIARY BASIS (EXHIBITS 1-9)** As detailed in the attached Sworn Declaration and previously filed exhibits, the enterprise engaged in systemic sabotage:

1. **Orchestration (Exhibits 1, 3, 9):** MMA principals suppressed digital forensics and withheld emergency injunctions (12 O.S. §§ 1381-1392) that would have frozen the estate, while LAJ betrayed her fiduciary duties (Exhibits 1, 8).
2. **Forensics & Fraud (Exhibits 2, 4, 7):** The CybASP data breach (Exhibit 4) and the escrow fraud documented by the Texas Department of Insurance (Exhibit 7) prove the Debtor's assets were built on criminal conversion.
3. **Financial & Property Stripping (Exhibits 5, 6):** The Strait Lane HUD-1 fraud and Denton Probate liquidations (Exhibit 6) confirm the unauthorized siphoning of trust assets.

**III. PRAYER FOR RELIEF** Claimant respectfully requests the Court to: (a) Strike the 18-month insider forbearance; (b) Liquidate and protect Amended Claim No. 73 ($350M+); (c) Invoke the Crime-Fraud Exception to pierce all privilege barriers; and (d) Grant all Rule 2004 discovery.

Date: August 25, 2026 Respectfully submitted,

______________________________

Jeffrey Alan Vitt, Individually
12791 S. 4230 Road Chelsea, OK 74016
539-292-9358
javit2004rule@gmail.com
*Pro Se Claimant*

**CERTIFICATE OF SERVICE** I hereby certify that on August 25, 2026, a true and correct copy of the foregoing Amended Motion for Reconsideration and all attached exhibits were served electronically via the Court's CM/ECF system and by email upon the following parties:

**Counsel for the Debtor:** Johnie Patterson & Miriam Goott Walker & Patterson, P.C. P.O. Box 61301, Houston, TX 77208 jjp@walkerandpatterson.com ; mgoott@walkerandpatterson.com

**Counsel for the Official Committee of Unsecured Creditors:** Nicholas R. Lawson & Avi Moshenberg Lawson & Moshenberg PLLC 2301 Commerce Street, Suite 200, Houston, TX 77002 Nick.Lawson@lmbusinesslaw.com ; Avi.Moshenberg@lmbusinesslaw.com

**Plan Administrator:** Allison Byman 7924 Broadway, Suite 104, Pearland, TX 77581 adb@bymanlaw.com

**Office of the United States Trustee:** Region 7 515 Rusk Ave, Ste 3516, Houston, TX 77002 ustpregion07.hu.ecf@usdoj.gov ; andrew.jimenez@usdoj.gov

jeannie_chavez@txs.uscourts.gov ; ana_castro@txs.uscourts.gov

Date: August 25, 2026 Respectfully submitted,

______________________________________

Jeffrey Alan Vitt, Individually
12791 S. 4230 Road Chelsea, OK 74016
539-292-9358
javit2004rule@gmail.com
*Pro Se Claimant*