**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

**IN RE: MMA LAW FIRM, PLLC,** Debtor. **CASE NO. 24-31596 (EVR)**
**CHAPTER 11**

**ORDER GRANTING MOTION FOR RECONSIDERATION TO ALTER OR AMEND THE CONFIRMATION ORDER**

Upon consideration of the Amended Motion for Reconsideration Pursuant to Federal Rule of Bankruptcy Procedure 9023 / Fed. R. Civ. P. 59(e) filed by Claimant Jeffrey Alan Vitt; the Court having reviewed the motion, the evidentiary exhibits, and any responses thereto; and the Court finding that good cause exists to grant the requested relief;

**IT IS HEREBY ORDERED THAT:**

1. The Motion for Reconsideration is **GRANTED**.
2. The Order Confirming Third Amended Joint Plan of Liquidation of MMA Law Firm, PLLC (ECF No. 1660) is hereby vacated and/or amended pending further evidentiary review.
3. The 18-month Forbearance under Section 5.8 of the Plan is struck from the record.
4. The Court shall schedule a status conference to address Claimant's Amended Claim No. 73 and necessary discovery.

**SIGNED:** ____________________, 2026

**HONORABLE EDUARDO V. RODRIGUEZ CHIEF UNITED STATES BANKRUPTCY JUDGE**