United States Courts
Southern District of Texas
FILED
8/25/26
Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: MMA LAW FIRM, PLLC. | § | |
| | § | CASE NO.: 24-31596 |
| Debtor. | § | |
| | § | Chapter 11 |

**SWORN DECLARATION OF JEFFREY ALAN VITT (28 U.S.C. § 1746)**

I, Jeffrey Alan Vitt, declare under penalty of perjury that the following is true:

1. **Capacity:** I am the Claimant, Creditor, and victim of the enterprise's racketeering, sabotage, and theft of my medical integration intellectual property.
2. **The Evidence Matrix (Exhibits 1–9):** I submit Exhibits 1 through 9 as conclusive proof of a multi-jurisdictional enterprise designed to strip my assets and suppress evidence.
3. **Specific Sabotage:**
   - **Exhibit 4** (Easttom forensics/CybASP audio) confirms the APT data breach.
   - **Exhibit 3** (Oklahoma TRO research) confirms counsel's intentional failure to file emergency relief.
   - **Exhibit 7** (TDI Order) validates the escrow/licensing fraud committed by Paradise Settlement.
   - **Exhibit 8** (Appellate Record) details the duplicative litigation machine used to paralyze my legal standing.
4. **Verified Damages: Exhibit 9** (Master Omnibus Addendum) details my $350,646,305.06+ claim, supported by clinical evidence (TITAN Assessment) of the trauma inflicted by this persecution.

**I declare under penalty of perjury that the foregoing is true and correct.**

______________________________ Executed this 18th day of August, 2026.

**Jeffrey Alan Vitt, Individually**
javit2004rule@gmail.com
539-292-9358

## The Final 9-Exhibit Index

*(Attach this cover sheet to your exhibit packet)*

- **Exhibit 1:** Conflict Matrix (McClenny / Johnson / FTC Submission).
- **Exhibit 2:** LAJ - EC - Fink Claim Correspondence.
- **Exhibit 3:** CybASP PTS Diag - TRO & Injunction Drafts/Research.
- **Exhibit 4:** Forensics & Sabotage (Easttom Report / CybASP Transcripts).
- **Exhibit 5:** FBI MMA / Huawei Trial Records.
- **Exhibit 6:** Denton County Probate Packet PR-2017-00521 (Orders/Sale Records).
- **Exhibit 7:** C & C Residential (Paradise Settlement / TDI Order 2024-8692).
- **Exhibit 8:** 2nd COA Appellate Record (223 Pages).
- **Exhibit 9:** Master Omnibus Addendum (Claim No. 73) & TITAN Clinical Assessment.