**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE: MMA LAW FIRM, PLLC,** | § | **CASE NO. 24-31596 (EVR)** |
| Debtor. | § | **CHAPTER 11** |

**ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS**

Upon consideration of the Motion of Claimant Jeffrey Alan Vitt for Examination under Federal Rule of Bankruptcy Procedure 2004 and Production of Documents; the Court finding that it has jurisdiction over the matter and that good cause exists to grant the requested relief;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.
2. Claimant is authorized to issue subpoenas under Fed. R. Bankr. P. 2004 and 9016 compelling the attendance and testimony of James M. McClenny, John Zachary Moseley, and Plan Administrator Allison Byman.
3. The Examinees shall produce all unredacted documents requested in Exhibit A of the Motion to Claimant within fourteen (14) days of the entry of this Order.

**SIGNED:** ____________________, 2026

**HONORABLE EDUARDO V. RODRIGUEZ CHIEF UNITED STATES BANKRUPTCY JUDGE**