**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | **CASE NO. 24-31596** |
| **MMA LAW FIRM, PLLC** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR** | § | |

**ORDER GRANTING NINTH INTERIM APPLICATION OF WALKER & PATTERSON, P.C., COUNSEL TO THE DEBTOR AND SPECIAL LITIGATION COUNSEL TO THE ESTATE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

It is

**ORDERED** that the *Ninth Interim Application of Walker & Patterson, P.C.'s Counsel to the Debtor and Special Litigation Counsel to the Estate, for Allowance of Compensation and Reimbursement of Expenses* is approved in the amount of $72,919.32 for attorney's fees and $88.00 in expenses, for a total of $73,007.32, and it is further

**ORDERED** that the compensation and expenses allowed herein are allowed as a Professional fee Claim under Section 1.1.1(c) of the Plan, and it is further

**ORDERED** that Allison D. Byman, the Plan Administrator for MMA Law Firm, PLLC, is authorized and directed to pay Walker & Patterson, P.C. the sum of $73,007.32.

SIGNED: _________________

_______________________________________
**CHIEF UNITED STATES BANKRUPTCY JUDGE**