United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 27, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER**
**DENYING MOTION FOR MOOTNESS**
*Resolving ECF No. 1674*

On August 24, 2026, Creditor Jason Alan Vitt filed Emergency Motion for Continuance of Evidentiary Hearing on Debtor's Motion to Compromise, ECF No. 1587 ("*Motion*")[1]. However, this motion was docketed after the hearing was heard. Accordingly, the Motion is moot. It is therefore

**ORDERED:** that the Motion[2] is **MOOT**, and as such, is **DENIED**.

**SIGNED Thursday, August 27, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**

[1] ECF No. 1674.
[2] ECF No. 1674.