**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **MMA LAW FIRM, PLLC** | § | **Case No. 24-31596** |
| | § | |
| **DEBTOR** | § | |

**CERTIFICATE OF SERVICE**

I, J. Zachary Moseley, hereby certify that a true and correct copy of the Order Setting Hearing at ECF No. 1683 was served by electronic transmission on Clay Taylor, counsel for EAJF Justice Fund, LP and EAJF ESQ Fund, LP on August 28, 2026.

Dated: August 28, 2026

Respectfully submitted,

*/s/ J. Zachary Moseley*

**J. ZACHARY MOSELEY,** Attorney Filing Pro Se
TX Bar No. 24092863
1235 N. Loop West, Suite 810
Houston, Texas 77008
P: (713) 334-6121
F: (713) 322-5953
E: zach@mma-pllc.com
**ATTORNEY FILING PRO SE**