Harris County Docket Sheet

# 2023-44970

**COURT:** 245th

**FILED DATE:** 7/19/2023

**CASE TYPE:** Divorce with Children

**MOSELEY, JAYNE ELIZABETH**

Attorney: NEWMAN, BOBBY K

vs.

**MOSELEY, JOHN ZACHARY**

Attorney: BAYLEY, ANDREW MICHAEL

Unofficial Copy Office of Marilyn Burgess District Clerk

## Trial Settings

| Date | Comment |
|---|---|
| 7/23/2025 | Docket Set For: Trial Setting;Passed |
| 7/22/2025 | Docket Set For: Trial Setting;Passed |
| 7/24/2025 | Docket Set For: Trial Setting;Passed |
| 7/25/2025 | Docket Set For: Trial Setting;Passed |
| 7/14/2026 | Docket Set For: Trial Setting;Passed |
| 7/15/2026 | Docket Set For: Trial Setting;Passed |
| 7/20/2026 | Docket Set For: Trial Setting;Trial Commenced |
| 7/22/2026 | Docket Set For: Trial Setting;Trial Commenced |
| 7/23/2026 | Docket Set For: Trial Setting;Re-Set |
| 7/21/2026 | Docket Set For: Trial Setting;Trial Commenced |
| 7/24/2026 | Docket Set For: Trial Setting;Passed |
| 7/23/2026 | Docket Set For: Trial Setting |
| 9/16/2026 | Docket Set For: Trial Setting |

## Docket Sheet Entries

| Date | Comment |
|---|---|
| 7/21/2023 | IMG#109296081 "Amended Temporary Restraining Order and Order Setting Hearing for Temporary Orders" (7/20/2023) : lacks required notice of court proceedings 21b-d |
| 7/24/2023 | IMG#109295730 "Proposed Amended Temporary Restraining order and Order Setting Hearing for Temporary Orders" (7/20/2023) : lacks required notice of court proceedings 21b-d. Further request for in person and ordered to be appear by zoom |
| 7/27/2023 | TRORX - ORDER SIGNED GRANTING TEMPORARY RESTRAINING ORDER |
| 7/27/2023 | CASO - ORDER SIGNED SETTING HEARING |
| 6/7/2024 | PROCX - ORDER SIGNED GRNTNG PROTECTION |

**Harris County Docket Sheet**

| | |
|---|---|
| 6/7/2024 | SENSX - SENSITIVE DATA INCLUDED IN DOCUMENT |
| 9/11/2024 | APRX - ORDER SIGNED GRANTING AGREEMENT PER RULE 11 |
| 9/23/2024 | APRX - ORDER SIGNED GRANTING AGREEMENT PER RULE 11 |
| 10/1/2024 | SENSX - SENSITIVE DATA INCLUDED IN DOCUMENT |
| 10/1/2024 | PROCX - ORDER SIGNED GRNTNG PROTECTION |
| 3/31/2025 | PROCX - ORDER SIGNED GRNTNG PROTECTION |
| 3/31/2025 | SENSX - SENSITIVE DATA INCLUDED IN DOCUMENT |
| 4/1/2025 | "Notice of Hearing" : Please select another date, that date is full. Thank you RM |
| 4/17/2025 | Continuance denied |
| 4/28/2025 | Court heard arguments of counsel Bk 11 filed after the divorce and the asset is property of the BK estate, court cannot go forward. Case reset to allow either party to get stay lifts to allow the court to divide the martial assets (cp). Atty to see CCO for next date. Trial or dismissal |
| 7/14/2025 | IMG#121376522 "Proposed Order on Motion for Continuance" (7/2/2025) : Fails to state good cause |
| 7/15/2025 | IMG#121298938 "Proposed Order for Withdrawal of Counsel" (6/27/2025) : Court finds it is less than 7 days prior to trial and no consent of the party. |
| 9/22/2025 | WDATX - ORDER GRANTING WITHDRAWAL OF ATTORNEY SIGNED |
| 9/29/2025 | TJNOX - ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED |
| 9/29/2025 | SENSX - SENSITIVE DATA INCLUDED IN DOCUMENT |
| 9/29/2025 | M Gentry made record. Court took testimony and heard arguments of counsel on Motion to Strike Intervention. The Court denies P request to strike. The Court ordered an extension of homestead exemption of the sale of funds through date of trial. |
| 9/29/2025 | M Gentry made record of Default on Entry of Temp Order based on binding rule 11 agreement, and confirmation of arrears for cs, ss. |
| 9/29/2025 | The Court finds the current provisions for the stay will not include enforcement remedies therefore Court will entry the Temp Order per the Binding Rule 11 agreement as no response or objection has been filed. Entry by submission 10102025 |
| 1/19/2026 | O stevens made record on motion to compel, by intervenor. Court heard testimony regard propounded discovery and sufficiency of answers. Court determined objections by W sustained |
| 1/22/2026 | TRORX - ORDER SIGNED GRANTING TEMPORARY RESTRAINING ORDER |
| 1/22/2026 | CASO - ORDER SIGNED SETTING HEARING |
| 1/28/2026 | APRX - ORDER SIGNED GRANTING AGREEMENT PER RULE 11 |
| 1/28/2026 | SENSX - SENSITIVE DATA INCLUDED IN DOCUMENT |
| 1/28/2026 | O Stevens made record Motion to Dissolve. Court denied request to dissolve. Sets TRO hrg 03102026 at 10:00am |
| 1/29/2026 | XTROX - ORDER EXTENDING TEMPORARY RESTRAINING ORDER SIGNED |
| 1/29/2026 | CASO - ORDER SIGNED SETTING HEARING |
| 2/27/2026 | Record made-R.Velasquez. J.Moseley Petitioner present. Petitioner Atty on Div-D.York. Petitioner Atty on TUFTA Claim-J.Blackburn. Moveant(EAJF)/Atty-B.Zimmerman & Atty-F.Johnson. 2nd Mtn to Compel/based on Order on Mtn to Compel, hearing held on 01.19.26. No order on the motion to compel was filed/signed from the 01.19.26 hearing. The court cannot proceed on 2nd mtn to compel hearing until the order from the first motion to compel is filed & signed. Hearing passed. |

Unofficial Copy Office of Marilyn Burgess District Clerk

**Harris County Docket Sheet**

| | |
|---|---|
| 3/10/2026 | A Botello made record on TRO regarding injunctions against transfer of property, Mr. Mosely is was not present but noticed of the hearings no answer filed. Court relied on 07212025 Bk order indicating stay does not apply to claim against P in this case and by Equal Access Justice Funds LP and EAJF ESQ Fund or to proceeding a final resolution and case will be set for trial.<br>Court determined the current Standing TRO is in effect and all parties of this suit enjoined all actions described therein. Parties are order to complete deposition of P no later than 45 days of entry of this order.<br>Divorce trial set 07132026 (jury) pretrial 07022026 for the divorce and all other issues.<br><br>Entry by submission March 20, 2026 |
| 4/15/2026 | TINJZ - ORDER SIGNED GRANTNG PARTIAL TEMPORARY INJUNCTION |
| 4/15/2026 | ORTX - ORDER SIGNED RESETTING TRIAL |
| 4/15/2026 | SENSX - SENSITIVE DATA INCLUDED IN DOCUMENT |
| 4/15/2026 | Parties appeared made clarifications to TRO attached final Final Order Lifting Stay 08252025 and 245th Standing TRO incorporated in full as exhibits. TRO sgd |
| 6/26/2026 | QUDEX - ORDER SIGNED QUASHING DEPOSITION |
| 6/26/2026 | SENSX - SENSITIVE DATA INCLUDED IN DOCUMENT |
| 6/26/2026 | Motion to Quash based on Court's lack of jurisdiction denied |
| 7/9/2026 | John Mosely Motion for No Evidence Summary Judgement DENIED |
| 7/10/2026 | MPSJY - ORDER SIGNED DENYING PARTIAL SUMMARY JUDGMENT |
| 7/12/2026 | Motion to Sever Intervenor pleading denied. |
| 7/13/2026 | PTC for Jury trial to commence 07/17/2026 @ 10am to go over Motion in Limine. Jury trial to begin 07/20/2026 @ 8:00 a.m. |
| 7/30/2026 | "Notice of Hearing" : Entry are heard on Friday's at 9am. Thank you RM |
| 8/21/2026 | SENSX - SENSITIVE DATA INCLUDED IN DOCUMENT |
| 8/21/2026 | 9A - JUDGMENT SIGNED FOR PLAINTIFF ON JURY VERDICT |
| 8/21/2026 | 9CP - PARTIAL JUDGMENT SIGNED OTHER (JURY) |
| 8/21/2026 | Lizcano made record: The Court makes an equitable adjustment to damages award to acct the portion of capital gains tax paid, damage award entered 1.7 million. Interlocutory judgement signed |

Unofficial Copy Office of Marilyn Burgess District Clerk