8/6/2026 1:44 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 118310753
By: Lidia Espinoza
Filed: 8/6/2026 1:44 PM

**CAUSE NO. 2023-44970**

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF:** | § | **IN THE DISTRICT COURT** |
| **JAYNE ELIZABETH MOSELEY AND JOHN ZACHARY MOSELEY** | § § § | **245TH JUDICIAL DISTRICT** |
| **AND IN THE INTEREST OF: CAMILLA QUINN MOSELEY AND MIA ELIZABETH MOSELEY** | § § § | |
| **MINOR CHILDREN** | § | **HARRIS COUNTY, TEXAS** |

**NOTICE OF ORAL HEARING**

PLEASE BE ADVISED that the following is set for oral hearing on **August 21, 2026, at 9:00 a.m.** before the 245th Judicial District Court of Harris County, Texas:

- Intervenors' Motion for Entry of Final Judgment.

Respectfully submitted,

**SPENCER FANE LLP**

By: ***/s/ Brian W. Zimmerman***

Brian W. Zimmerman
State Bar No. 00788746
bzimmerman@spencerfane.com
Frederick T. Johnson
Texas Bar No. 00785429
fjohnson@spencerfane.com
Gary J. Zimmerman
Texas Bar No. 00795740
gzimmerman@spencerfane.com
3040 Post Oak Blvd., Suite 1400
Houston, Texas 77056
Telephone: (713) 552-1234
Facsimile: (713) 963-0859

**PROFFITT FAMILY LAW, P.C.**

Stephanie J. Proffitt
State Bar No. 24006775
917 Franklin St #550
Houston, TX 77002
Telephone: (713) 224-3400
notice@proffittfamilylaw.com
**ATTORNEYS FOR INTERVENORS EQUAL ACCESS JUSTICE FUND, LP AND EAJF ESQ FUND, LP**

## Certificate of Service

I certify that on August 6, 2026, a true and correct copy of the foregoing was forwarded to all counsel of record pursuant to Rule 21a of the Texas Rules of Civil Procedure as follows:

***VIA E-SERVICE***
Andrew Bayley
andrew@bayleylawfirm.com
THE BAYLEY LAW FIRM
1225 North Loop West, Suite 900
HOUSTON, TX 77008
ATTORNEY FOR RESPONDENT

***VIA E-SERVICE***
Douglas Ray York
service@douglasyork.com
LAW OFFICES OF DOUGLAS RAY YORK, P.C.
1824 Heights Blvd.,
Houston, Texas 77008
ATTORNEY FOR
JAYNE ELIZABETH MOSELEY

***VIA E-SERVICE***
J. Patrick Cohoon
pcohoon@lkclawfirm.com
John Ben Blackburn
jbblackburn@lkclawfirm.com
Jason Curd
jcurd@lkclawfirm.com
LEGER KETCHUM & COHOON, PLLC
179 S. Main Street, Suite 102
Boerne, Texas 78006
ATTORNEY FOR
JAYNE ELIZABETH MOSELEY

***VIA E-SERVICE***
Lisa Bowlin Hobbs
Lisa@HobbsTexasAppeals.com
LBH Law PLLC
5501 Balcones, Suite A215
Austin, Texas 78731
ATTORNEY FOR
JAYNE ELIZABETH MOSELEY

***/s/ Brian W. Zimmerman***
Brian W. Zimmerman

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Julia Woods on behalf of Brian Zimmerman
Bar No. 788746
jwoods@spencerfane.com
Envelope ID: 118310753
Filing Code Description: Notice
Filing Description: NOTICE OF ORAL HEARING
Status as of 8/6/2026 1:48 PM CST

Case Contacts

| **Name** | **BarNumber** | **Email** | **TimestampSubmitted** | **Status** |
|---|---|---|---|---|
| J. PatrickCohoon | | pcohoon@lkclawfirm.com | 8/6/2026 1:44:22 PM | SENT |
| Stephanie Proffitt | 24006775 | notice@proffittfamilylaw.com | 8/6/2026 1:44:22 PM | SENT |
| Katie LFlynn | | service@thestoutlawfirm.com | 8/6/2026 1:44:22 PM | SENT |
| Andrew Bayley | 24071501 | Andrew@bayleylawfirm.com | 8/6/2026 1:44:22 PM | SENT |
| Doug York | | service@douglasyork.com | 8/6/2026 1:44:22 PM | SENT |
| Jason Curd | | jcurd@lkclawfirm.com | 8/6/2026 1:44:22 PM | SENT |
| John Ben Blackburn | | jbblackburn@lkclawfirm.com | 8/6/2026 1:44:22 PM | SENT |
| Jessica Stacy | | jstacy@lkclawfirm.com | 8/6/2026 1:44:22 PM | SENT |
| Lisa Hobbs | 24026905 | lisa@hobbstexasappeals.com | 8/6/2026 1:44:22 PM | SENT |