8/13/2026 10:06 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 118576136
By: Nidia Alberto
Filed: 8/13/2026 10:06 AM

**CAUSE NO. 2023-44970**

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| **JAYNE ELIZABETH MOSELEY AND JOHN ZACHARY MOSELEY** | § § § § | **245th JUDICIAL DISTRICT** |
| | § | |
| **AND IN THE INTEREST OF CAMILLA QUINN MOSELEY AND MIA ELIZABETH MOSELEY, CHILDREN** | § § § § | **HARRIS COUNTY, TEXAS** |

**ORDER GRANTING JAYNE ELIZABETH MOSELEY'S MOTION TO ABATE ENTRY OF FINAL JUDGMENT AND TO DEFER HEARING ON INTERVENORS' MOTION FOR ENTRY OF FINAL JUDGMENT**

On this ___ day of ___________, 2026, came on to be considered Jayne Elizabeth Moseley's Motion to Abate Entry of Final Judgment and to Defer Hearing on Intervenors' Motion for Entry of Final Judgment. The Court, having considered the motion, any response, the record, and the applicable law, is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that:

1. Entry of final judgment on Intervenors' claims against Jayne Elizabeth Moseley is ABATED pending a final division of the marital estate in this cause.
2. The hearing on Intervenors' Motion for Entry of Final Judgment currently set for August 21, 2026, is DEFERRED.
3. Upon entry of a final decree of divorce or other order finally dividing the marital estate in this cause, the hearing on Intervenors' Motion for Entry of Final Judgment, and entry of judgment thereon, shall be set no earlier than two weeks after such final division, or as otherwise required under the Order Confirming Third Amended Joint Plan of Liquidation and Plan Supplement of MMA Law Firm, PLLC, Case No. 24-31596 (Bankr. S.D. Tex.), entered August 5, 2026.

SIGNED this ___ day of ___________, 2026.

______________________________
JUDGE PRESIDING

Unofficial Copy Office of Marilyn Burgess District Clerk