8/17/2026 3:47:39 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 118728419
By: CASTILLO, SANDRA
Filed: 8/17/2026 3:47:39 PM

**CAUSE NO. 2023-44970**

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § | **IN THE DISTRICT COURT** |
| **JAYNE ELIZABETH MOSELEY AND JOHN ZACHARY MOSELEY** | § | **245TH JUDICIAL DISTRICT** |
| **AND IN THE INTEREST OF CAMILLA QUINN MOSELEY AND MIA ELIZABETH MOSELEY, CHILDREN** | § | **HARRIS COUNTY, TEXAS** |

**ORDER DENYING JAYNE MOSELEY'S MOTION TO ABATE ENTRY OF FINAL JUDGMENT AND TO DEFER HEARING ON INTERVENORS' MOTION FOR ENTRY OF FINAL JUDGMENT**

On this day came on to be considered Intervenor Defendant Jayne Elizabeth Moseley's Motion to Abate Entry of Final Judgment and to Defer the Hearing on Intervenors' Motion for Entry of Final Judgment. After considering the Motion, Intervenors' Response, the pleadings on file, and the arguments of counsel, the Court finds that the Motion should be **DENIED**.

It is therefore **ORDERED** that Jayne Moseley's Motion to Abate is **DENIED** in all respects.

SIGNED this ____ day of _____________, 2026.

_________________________
JUDGE PRESIDING

Unofficial Copy Office of Marilyn Burgess District Clerk

APPROVED AND ENTRY REQUESTED:

SPENCER FANE LLP

By: *<u>/s/ Brian W. Zimmerman</u>*
Brian W. Zimmerman
State Bar No. 00788746
bzimmerman@spencerfane.com
Frederick T. Johnson
Texas Bar No. 00785429
fjohnson@spencerfane.com
Gary J. Zimmerman
Texas Bar No. 00795740
gzimmerman@spencerfane.com
3040 Post Oak Blvd., Suite 1400
Houston, Texas 77056
Telephone: (713) 552-1234
Facsimile: (713) 963-0859

PROFFITT FAMILY LAW, P.C.

Stephanie J. Proffitt
State Bar No. 24006775
917 Franklin St 550
Houston, TX 77002
Telephone: (713) 224-3400
notice@proffittfamilylaw.com
ATTORNEYS FOR
INTERVENORS

Unofficial Copy Office of Marilyn Burgess District Clerk