8/18/2026 1:14 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 118771591
By: Sandra Castillo
Filed: 8/18/2026 1:14 PM

**CAUSE NO. 2023-44970**

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE DISTRICT COURT** |
| **THE MARRIAGE OF** | § | |
| | § | |
| **JAYNE ELIZABETH MOSELEY** | § | |
| **AND** | § | |
| **JOHN ZACHARY MOSELEY** | § | **245th JUDICIAL DISTRICT** |
| | § | |
| **AND IN THE INTEREST OF** | § | |
| **CAMILLA QUINN MOSELEY AND** | § | |
| **MIA ELIZABETH MOSELEY, CHILDREN** | § | **HARRIS COUNTY, TEXAS** |

Unofficial Copy Office of Marilyn Burgess District Clerk

**NOTICE OF ORAL HEARING**

PLEASE BE ADVISED that Jayne Elizabeth Moseley's Motion to Abate Entry of Final Judgment and to Defer the Hearing on Intervenors' Motion for Entry of Final Judgment has been set for oral hearing on **August 21, 2026, at 9:00 a.m.** before the 245th Judicial District Court of Harris County, Texas.

Respectfully submitted,

LEGER KETCHUM & COHOON, PLLC.

By: J. Patrick Cohoon
State Bar No. 24034381
pcohoon@lkclawfirm.com
John Ben Blackburn
State Bar No. 24031867
jbblackburn@lkclawfirm.com
179 S. Main Street, Suite 102
Boerne, Texas 78006
Telephone: (210) 504.4401
Facsimile: (210) 504.4401
**ATTORNEYS FOR DEFENDANT**
**JAYNE ELIZABETH MOSELEY**

Douglas Ray York
Law Offices of Douglas Ray York, P.C.
1021 Main Street, Ste. 1450
Houston, Tx. 77002
Tel: (713) 479-5555
**CO-COUNSEL FOR DEFENDANT**
**JAYNE ELIZABETH MOSELEY**

Unofficial Copy Office of Marilyn Burgess District Clerk

**CERTIFICATE OF SERVICE**

I certify that on August 18, 2026, a true and correct copy of the foregoing was forwarded to all counsel of record pursuant to Rule 21a of the Texas Rules of Civil Procedure as follows:

***VIA E-SERVICE***
Brian W. Zimmerman
bzimmerman@spencerfane.com
SPENCER FANE LLP
3040 Post Oak Blvd., Ste. 1400
Houston, Tx. 77056
Attorneys for Intervenors Equal Access Justice Fund, LP
and EAJF ESQ Fund, LP

***VIA E-SERVICE***
Stephanie J. Proffitt
notice@proffittfamilylaw.com
PROFFITT FAMILY LAW, P.C.
917 Franklin St., Suite 550
Houston, Tx. 77002
Attorneys for Intervenors Equal Access Justice Fund, LP
and EAJF ESQ Fund, LP

***VIA E-SERVICE***
Andrew Bayley
andrew@bayleylawfirm.com
THE BAYLEY LAW FIRM
1225 North Loop West, Suite 900
Houston, Tx. 77008
Attorney for Respondent

John Ben Blackburn
John Ben Blackburn

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Patrick Cohoon on behalf of John Blackburn
Bar No. 24031867
pcohoon@lkclawfirm.com
Envelope ID: 118771591
Filing Code Description: Notice
Filing Description: NOTICE OF ORAL HEARING
Status as of 8/18/2026 2:43 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| J. PatrickCohoon | | pcohoon@lkclawfirm.com | 8/18/2026 1:14:45 PM | SENT |
| Frederick Johnson | 785429 | fjohnson@spencerfane.com | 8/18/2026 1:14:45 PM | SENT |
| Stephanie Proffitt | 24006775 | notice@proffittfamilylaw.com | 8/18/2026 1:14:45 PM | SENT |
| John Moseley | 24092863 | zach@mma-pllc.com | 8/18/2026 1:14:45 PM | SENT |
| Lisa Hobbs | 24026905 | lisa@hobbstexasappeals.com | 8/18/2026 1:14:45 PM | SENT |
| Brian Zimmerman | 788746 | bzimmerman@spencerfane.com | 8/18/2026 1:14:45 PM | SENT |
| Gary Zimmerman | 795740 | gzimmerman@spencerfane.com | 8/18/2026 1:14:45 PM | SENT |
| Lorraine Brazil | | production@brazilco.com | 8/18/2026 1:14:45 PM | SENT |
| Jessica Stacy | | jstacy@lkclawfirm.com | 8/18/2026 1:14:45 PM | SENT |
| Jason Curd | | jcurd@lkclawfirm.com | 8/18/2026 1:14:45 PM | SENT |
| John Ben Blackburn | | jbblackburn@lkclawfirm.com | 8/18/2026 1:14:45 PM | SENT |
| Bobby K. Newman | | bknservice@bobbyknewman.com | 8/18/2026 1:14:45 PM | SENT |
| Katie LFlynn | | service@thestoutlawfirm.com | 8/18/2026 1:14:45 PM | SENT |
| Andrew Bayley | 24071501 | Andrew@bayleylawfirm.com | 8/18/2026 1:14:45 PM | SENT |
| Doug York | | service@douglasyork.com | 8/18/2026 1:14:45 PM | SENT |
| John ZachMoseley | | zach@mma-pllc.com | 8/18/2026 1:14:45 PM | SENT |

Unofficial Copy Office of Marilyn Burgess District Clerk