8/20/2026 5:01 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 118907726
By: Roslyn Mayes
Filed: 8/20/2026 5:01 PM

**CAUSE NO. 2023-44970**

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF:** | § | **IN THE DISTRICT COURT** |
| **JAYNE ELIZABETH MOSELEY AND JOHN ZACHARY MOSELEY** | § | **245TH JUDICIAL DISTRICT** |
| **AND IN THE INTEREST OF: CAMILLA QUINN MOSELEY AND MIA ELIZABETH MOSELEY** | § | |
| **MINOR CHILDREN** | § | **HARRIS COUNTY, TEXAS** |

**<u>SUBPOEANA DUCES TECUM FOR THE PRODUCTIN OF DOCUMENTS</u>**

Unofficial Copy Office of Marilyn Burgess District Clerk

To any Sheriff or Constable of the State of Texas or other person authorized to serve and execute subpoenas as provided in Rule 176 of the Texas Rules of Civil Procedure.

YOU ARE COMMANDED to subpoena and summon the following witness:

**Jayne Elizabeth Moseley**
**Buckeye Partners**
**2400 Westheimer Rd., Ste. 975**
**Houston, TX 77027**

**OR**

**1733 Du Barry Lane**
**Houston, Texas 77018**

to appear personally before the 245th Judicial District Court of Harris County, Texas, at the courthouse located at 201 Caroline Street, Houston, TX 77002, on **Friday, August 21, 2026, at 9:00 a.m.**, or as soon thereafter as the matter may be heard, to give testimony concerning matters relevant to Intervenors' Motion for Sanctions and Contempt and to bring with her the documents and tangible things identified below.

Jayne Elizabeth Moseley is commanded to appear and remain available to testify until released by the Court.

She is further commanded to bring with her and produce at the hearing the following documents and tangible things in her possession, custody, or control:

**Documents and tangible things to be produced**

1. Copies of all bank records, including but not limited to monthly statements, transaction histories, deposit records, withdrawal records, canceled checks, wire-transfer records, electronic-transfer records, and other transaction records, for any JPMorgan Chase bank account belonging to or held in the name of Jayne Moseley, including but not limited to the account ending in 9302, for the period January 1, 2026, through the date of production.

2. Copies of all bank records, including but not limited to monthly statements, transaction histories, deposit records, withdrawal records, canceled checks, wire-transfer records, electronic-transfer records, and other transaction records, for the separate bank account identified by Jayne Moseley as the account into which she receives direct deposits of her salary, compensation, and bonuses from Buckeye Partners, for the period January 1, 2026, through the date of production.

3. Copies of all credit-card statements and itemized transaction records for any credit card account held by or in the name of Jayne Moseley for the period June 3, 2024, through the date of production.

4. All documents reflecting payments made by, for, or on behalf of Jayne Moseley from June 3, 2024, through the date of production, including checks, canceled checks, wire transfers, electronic transfers, ACH transactions, payment confirmations, and other records reflecting the payment, recipient, amount, and date of payment.

5. All documents reflecting payments made to any attorney or law firm representing Jayne Moseley paid by for or on behalf of Jayne Moseley, including, without limitation, payments to Lisa Hobbs, Douglas Ray York, Andrew Bayley, John Ben Blackburn, or any law firm with which any such attorney is or was associated, for the period January 1, 2026, through the date of production.

Unofficial Copy Office of Marilyn Burgess District Clerk

6. All documents reflecting payments made to John Zachary Moseley or to any person or entity on behalf of John Zachary Moseley by, for, or on behalf of Jayne Moseley for the period January 1, 2026, through the date of production.

7. All communications between Jayne Moseley and John Zachary Moseley concerning any assets that are, or have been, part of the marital estate or otherwise subject to the Divorce Case, including communications concerning the possession, control, transfer, sale, disposition, division, valuation, or allocation of any such assets, for the period January 1, 2026, through the date of production.

8. All settlement agreements, Rule 11 Agreements, proposed settlement agreements, term sheets, memoranda of understanding, drafts, or other written agreements concerning settlement of the Divorce Case, for the period January 1, 2026, through the date of production.

9. All communications between counsel for John Zachary Moseley and counsel for Jayne Moseley referring or relating to settlement of the Divorce Case, including communications concerning the terms, status, negotiation, execution, or proposed execution of any settlement agreement, for the period January 1, 2026, through the date of production.

10. All documents and communications concerning any agreement, proposed agreement, representation, or undertaking that Intervenors would not challenge, set aside, or otherwise seek relief concerning any transfer of assets between Jayne Moseley and John Zachary Moseley, for the period January 1, 2026, through the date of production.

11. All invoices that show all purported reasonable and necessary fees that have been paid by Jayne Moseley from January 1, 2026, through the date of production.

12. All documents upon which you intend to rely or which you contend are relevant to your testimony concerning the matters raised in Intervenors' Motion for Sanctions and Contempt.

The documents requested above include documents maintained in electronic form, including emails, text messages, electronically stored messages, electronically stored documents, and other electronically stored information.

If a responsive document is maintained electronically, it may be produced in the form in which it is ordinarily maintained or in another reasonably usable form.

Unofficial Copy Office of Marilyn Burgess District Clerk

**Time and place of production**

The documents and tangible things identified above shall be produced at the hearing scheduled for **Friday, August 21, 2026, at 9:00 a.m.**, before the 245th Judicial District Court of Harris County, Texas, at the courthouse located at 201 Caroline Street, Houston, TX 77002, on Friday, August 21, 2026, at 9:00 a.m.,, or as otherwise directed by the Court.

You are commanded to appear and produce the requested documents and tangible things at the time and place stated above.

Unofficial Copy Office of Marilyn Burgess District Clerk

**Notice regarding failure to comply**

Your failure, without adequate excuse, to obey this subpoena may be deemed contempt of the Court from which the subpoena is issued or a district court in the county in which the subpoena is served and may be punished by fine or confinement, or both.

**ISSUED this 17TH day of August, 2026.**

Respectfully submitted,

**SPENCER FANE LLP**

By: ***/s/ Brian W. Zimmerman***
Brian W. Zimmerman
State Bar No. 00788746
bzimmerman@spencerfane.com
Frederick T. Johnson
Texas Bar No. 00785429
fjohnson@spencerfane.com
Gary J. Zimmerman
Texas Bar No. 00795740
gzimmerman@spencerfane.com
3040 Post Oak Blvd., Suite 1400
Houston, Texas 77056
Telephone: (713) 552-1234
Facsimile: (713) 963-0859

**PROFFITT FAMILY LAW, P.C.**

Stephanie J. Proffitt
State Bar No. 24006775
917 Franklin St #550
Houston, TX 77002
Telephone: (713) 224-3400
notice@proffittfamilylaw.com
**ATTORNEYS FOR INTERVENORS EQUAL ACCESS JUSTICE FUND, LP AND EAJF ESQ FUND, LP**

Unofficial Copy Office of Marilyn Burgess District Clerk

**OFFICER'S RETURN**

On August 20, 2026 at 9:18 a.m./p.m., I received a **SUBPOENA DUCES TECUM** to Jayne Elizabeth Moseley for Cause No. 2023-44970; In The Matter of The Marriage of Jayne Elizabeth Moseley and John Zachary Moseley; in the 245th Judicial District Court of Harris County, Texas.

I served the above named subpoenaed party on August 20, 2026, by delivering a true copy of this subpoena to that party IN PERSON / BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED (circle one) at the following address: 179 S. Main St. #120, Boerne Tx.

I tendered the above-named witness fee of ten dollars ($10), which was accepted/rejected. (circle one).

If service was by certified mail, a true and correct copy of the return receipt is attached.

(If applicable) I was unable to deliver a copy of this subpoena to the above-named party after ___ attempts for the following reasons:

______________________________________________________________

______________________________________________________________.

**THE FEE FOR SERVICE OF THE SUBPOENA WAS $** $250.35**.**

My name is Michael Vandenberg, my date of birth is 4/24/69, and my address is 20540 SH-46 #239, Spring Branch TX, U.S.A.

I declare under penalty of perjury that the foregoing return of service is true and correct.

Executed in Comal County, State of Texas, on the 20 day of August 2026.

Michael Vandenberg
Declarant

**ACCEPTANCE OF SERVICE OF SUBPOENA BY WITNESS PER RULE 176 T.R.C.P.**

I, the undersigned witness named in the Subpoena, acknowledge receipt of a copy thereof, and hereby accept service of the attached subpoena, and will appear at the specified location on said date and time directed in the Subpoena.

______________________________________________________________

Signature of Witness Date

Unofficial Copy Office of Marilyn Burgess District Clerk

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Julia Woods on behalf of Brian Zimmerman
Bar No. 788746
jwoods@spencerfane.com
Envelope ID: 118907726
Filing Code Description: No Fee Documents
Filing Description: Officer's Return
Status as of 8/21/2026 8:27 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| J. PatrickCohoon | | pcohoon@lkclawfirm.com | 8/20/2026 5:01:49 PM | SENT |
| Stephanie Proffitt | 24006775 | notice@proffittfamilylaw.com | 8/20/2026 5:01:49 PM | SENT |
| Lisa Hobbs | 24026905 | lisa@hobbstexasappeals.com | 8/20/2026 5:01:49 PM | SENT |
| Katie LFlynn | | service@thestoutlawfirm.com | 8/20/2026 5:01:49 PM | SENT |
| Andrew Bayley | 24071501 | Andrew@bayleylawfirm.com | 8/20/2026 5:01:49 PM | SENT |
| Doug York | | service@douglasyork.com | 8/20/2026 5:01:49 PM | SENT |
| Jason Curd | | jcurd@lkclawfirm.com | 8/20/2026 5:01:49 PM | SENT |
| John Ben Blackburn | | jbblackburn@lkclawfirm.com | 8/20/2026 5:01:49 PM | SENT |
| Jessica Stacy | | jstacy@lkclawfirm.com | 8/20/2026 5:01:49 PM | SENT |

Unofficial Copy Office of Marilyn Burgess District Clerk