**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **MMA LAW FIRM, PLLC** | § | **Case No. 24-31596** |
| | § | |
| **DEBTOR** | § | |

**<u>ORDER GRANTING EMERGENCY MOTION TO ENFORCE CONFIRMATION ORDER, SETTLEMENT AGREEMENT, AND FOR INJUNCTIVE RELIEF</u>**

This matter came before the Court on the Emergency Motion to Enforce Confirmation Order and Settlement Agreement, for Temporary Restraining Order and Injunctive Relief, and for Declaratory Relief filed by John Zachary Moseley, appearing pro se and filing on his own behalf as an affected party (the "Motion"). The Court, having considered the Motion, any arguments presented, the evidence presented, and the applicable law, finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that Paragraph 12 of the Order Approving Debtor's Compromise and Settlement [ECF No. 683] confers exclusive jurisdiction over interpretation and enforcement of the Settlement Agreement; that the Court entered the Order Confirming Third Amended Joint Plan of Liquidation and Plan Supplement [ECF No. 1648] on August 5, 2026, confirming the Third Amended Joint Plan of Liquidation [ECF No. 1577]; that Paragraph 11(o) of the Confirmation Order is an operative term of that federal court order; that Section 5.8 of the Plan protects John Zachary Moseley as a Stay Party for eighteen (18) months after entry of the Confirmation Order, subject to the Plan's express terms; that Section 11.1 of the Plan and Paragraph 18 of the Confirmation Order authorize enforcement of the Plan and Confirmation Order; that EAJF's challenged conduct violates Paragraph 11(o); that the August 21, 2026 judgment is unenforceable as to the Community Property; that good cause exists for the relief requested; and it is therefore:

**ORDERED that the Motion is GRANTED; and it is further**

ORDERED that Equal Access Justice Fund, LP and EAJF ESQ Fund, LP (collectively, "EAJF"), their agents, attorneys (including Spencer Fane LLP and Proffitt Family Law, P.C.), and all persons acting in concert or participation with them, are hereby ENJOINED and RESTRAINED from enforcing, recording, abstracting, using, relying upon, communicating, or taking any action based on the August 21, 2026 judgment entered against Jayne Elizabeth Moseley in Cause No. 2023-44970, 245th Judicial District Court, Harris County, Texas, including any lien, execution, garnishment, turnover, receivership, charging order, post-judgment discovery, contempt, sanctions, collection effort, credit reporting, or communication to lenders, title companies, creditors, or other third parties as an enforceable judgment, and from using the judgment to create, enforce, record, abstract, or otherwise impair the Community Property, until further order of this Court and until after the Divorce Court renders a final division of the marital estate; provided, however, that nothing in this Order prevents Cause No. 2023-44970 from proceeding to final resolution on the merits between John Zachary Moseley and Jayne Elizabeth Moseley as permitted by Paragraph 11(o) of the Confirmation Order; and it is further

ORDERED that EAJF shall immediately notify the 245th Judicial District Court, Harris County, Texas, that this Court has taken up enforcement of Paragraph 11(o) of the Confirmation Order and has restrained enforcement, use, or reliance on the August 21, 2026 judgment and any action affecting the Community Property pending further order of this Court; and it is further

ORDERED that EAJF's actions in the state court proceeding—including the filing of the Notice of Oral Hearing on Motion for Entry of Final Judgment (filed August 6, 2026) and the Motion for Sanctions and Contempt Against Jayne Elizabeth Moseley (filed August 14, 2026)—

constitute violations of Paragraph 11(o) of the Confirmation Order [ECF No. 1648] and the corresponding EAJF Settlement terms incorporated into the Plan under Section 9.2; and it is further

ORDERED that the judgment entered against Jayne Elizabeth Moseley on August 21, 2026 in Cause No. 2023-44970 was procured and entered in violation of Paragraph 11(o) of the Confirmation Order and is therefore void, voidable, stayed, unenforceable, and of no legal effect as against Jayne and as to the Community Property, pending further order of this Court; and it is further

ORDERED that Paragraph 11(o) of the Confirmation Order and the corresponding provisions of the EAJF Settlement, as incorporated into the Plan under Section 9.2, are hereby ENFORCED; and it is further

ORDERED that EAJF shall pay Mr. Moseley and his estate all reasonable and necessary attorneys' fees, costs, and expenses incurred in connection with this Motion, enforcing the Confirmation Order, and responding to EAJF's prohibited state-court actions, in an amount to be determined by the Court; and it is further

ORDERED that Mr. Moseley may seek, by separate submission or evidentiary hearing as directed by the Court, compensatory and remedial relief for emotional distress, anxiety, disruption, and other harm caused by EAJF's pursuit of contempt and confinement against Jayne and interference with the marital estate and Divorce Case; and it is further

ORDERED that the Court will set a separate evidentiary hearing, on notice to EAJF and any other persons against whom sanctions may be sought, to determine whether additional

sanctions, coercive relief, compensatory damages, attorneys' fees, costs, expenses, and other remedial relief should be imposed against EAJF and/or any persons acting in concert or participation with EAJF for its bad-faith and knowing violation of the Confirmation Order, including its acceptance of the Plan followed by filing the Notice of Oral Hearing the very next day; and it is further

ORDERED that this Court retains jurisdiction to enforce this Order and the Confirmation Order and to hold EAJF in contempt of the Confirmation Order, and to impose sanctions or other coercive and remedial relief, for any violation hereof or failure to cease the prohibited state-court actions.

Signed: ___________________

_______________________________
**EDUARDO V. RODRIGUEZ**
CHIEF UNITED STATES BANKRUPTCY JUDGE