immediately by telephone and e-mail and destroy any and all copies of this message in your possession (whether hard copies or electronically stored copies).

**TAX DISCLOSURE**: Please note that any statement in this communication (including any attachments) is not written or intended to be used, and cannot be used, by any person for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing, or recommending to another person the tax treatment of any transaction or matter and in no way should this email be interpreted to give any tax advice.

**NO OFFER**: Unless otherwise expressly stated in this email, no offer is made by our clients, in any respect, by the transmittal of the draft documents accompanying this email.

---

**From:** Zimmerman, Brian W. <bzimmerman@spencerfane.com>
**Sent:** Thursday, August 27, 2026 1:34 PM
**To:** Katie Flynn <katie@thestoutlawfirm.com>
**Cc:** hillary@bayleylawfirm.com; Ginger Davis <ginger@douglasyork.com>; Zimmerman, Gary J. <gzimmerman@spencerfane.com>; Leslie Jacob <leslie@douglasyork.com>; Angela Stout <angela@thestoutlawfirm.com>; andrew@bayleylawfirm.com; Douglas Ray York <york@douglasyork.com>; PCOHOON@lkclawfirm.com; Woods, Julia <jwoods@spencerfane.com>; Stephanie Proffitt <stephanie@proffittfamilylaw.com>; Johnson, Fred <FJohnson@spencerfane.com>; Woods, Julia <jwoods@spencerfane.com>; Taylor, Clay <ctaylor@spencerfane.com>; Miller, David <dmiller@spencerfane.com>
**Subject:** RE: [EXTERNAL] Moseley.

Katie:
I'm in receipt of your email.
I will obtain a copy of the transcript for your records.
In the meantime, please let us know (i) who specifically has requested the release of these funds, and (ii) provide me with copies of any such requests made to you and/or your Firm.
We do dispute the release of the funds to the parties, and I previously provided you with notice of that position. You are incorrect in your assumption that "the Judge agreed to allow them to retain their protection from creditors." That statement is patently untrue.
Moreover, there is now an Order from the United States Bankruptcy Court expressly requiring that any funds awarded to Mr. Moseley be deposited into the registry of the state family court. Please see attached. More specifically, the Order provides: "Notwithstanding anything to the contrary in the Plan or this Order: (i) any funds awarded to John Zachary Moseley ('Moseley') from the funds currently held in escrow with Stout shall be deposited into the registry of the state family law court."
Consequently, please be advised that if you release any of these funds to either party in contravention of our position and/or the Bankruptcy Court's Order, we will look to your Firm for any resulting loss or recovery.
The divorce matter is currently set for trial on September 16, 2026, at 9:00 a.m.
Please let me know if you have any questions. I look forward to receiving the requested information above.
Sincerely,
Brian

**Brian Zimmerman** Partner
Spencer Fane LLP

---

3040 Post Oak Blvd., Suite 1400| Houston, TX 77056-6560
**O** 713.212.2651
bzimmerman@spencerfane.com | spencerfane.com

**From:** Katie Flynn <katie@thestoutlawfirm.com>
**Sent:** Thursday, August 27, 2026 1:00 PM
**To:** Zimmerman, Brian W. <bzimmerman@spencerfane.com>
**Cc:** hillary@bayleylawfirm.com; Maria Vazquez <mariavazquez@douglasyork.com>; Zimmerman, Gary J. <gzimmerman@spencerfane.com>; Leslie Jacob <leslie@douglasyork.com>; Angela Stout <angela@thestoutlawfirm.com>; andrew@bayleylawfirm.com; Douglas Ray York <york@douglasyork.com>; PCOHOON@lkclawfirm.com; Woods, Julia <jwoods@spencerfane.com>; Stephanie Proffitt <stephanie@proffittfamilylaw.com>
**Subject:** Re: [EXTERNAL] Moseley.

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

Mr. Zimmerman:

Thank you for the update. Can you please provide me with a transcript or court order from the hearing for our records?

Can you also please clarify your position regarding the funds held in our trust account? My understanding is that the Judge agreed to allow them to retain their protection from creditors. Are you disputing the release of the funds to the parties?

Our office needs clarity from the Court regarding these funds.

Thank you,

Katie L. Flynn
*Board Certified - Family Law*
*Texas Board of Legal Specialization*

The Stout Law Firm, P.L.L.C.
201 W. 16th Street
Houston, Texas 77008

Galveston County Office - By Appointment Only
149 Magellan Circle, Ste. C
Webster, Texas 77598
Service only: service@thestoutlawfirm.com
713.980.4300
713.980.4302- Fax
www.thestoutlawfirm.com

NOTE: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and delete the original message. Thank you.

On Thu, Aug 6, 2026 at 9:21 AM Zimmerman, Brian W. <bzimmerman@spencerfane.com> wrote:

Hi Katie:
We appeared in Court yesterday before Judge Lancelin. Judge Lancelin confirmed that the money held by you/your Firm in trust should **not** be released.
Please let me know should you have any questions or comments.
Sincerely,
Brian

**Brian Zimmerman** Partner
Spencer Fane LLP

---

3040 Post Oak Blvd., Suite 1400| Houston, TX 77056-6560
**O** 713.212.2651
bzimmerman@spencerfane.com | spencerfane.com

---

**From:** Zimmerman, Brian W.
**Sent:** Saturday, July 25, 2026 9:41 AM
**To:** Katie Flynn <katie@thestoutlawfirm.com>
**Cc:** hillary@bayleylawfirm.com; Maria Vazquez <mariavazquez@douglasyork.com>; Zimmerman, Gary J. <gzimmerman@spencerfane.com>; Leslie Jacob <leslie@douglasyork.com>; Angela Stout <angela@thestoutlawfirm.com>; andrew@bayleylawfirm.com; Douglas Ray York <york@douglasyork.com>; PCOHOON@lkclawfirm.com; Woods, Julia <jwoods@spencerfane.com>; Stephanie Proffitt <stephanie@proffittfamilylaw.com>
**Subject:** RE: [EXTERNAL] Moseley.

Hi Katie,

Please do not release or distribute any funds absent a court order.

Yesterday, in the family law matter we obtained a jury verdict in favor of EAJF in the amount of $1.9 million, plus attorneys' fees. Yesterday, we also obtained a judgment against Mr. Moseley from the 80th District Court which is attached.

We will be filing an emergency motion with the Bankruptcy Court and Judge Lancelin seeking to preserve and protect all assets involved in this matter and to prohibit any distribution of assets to the Moseleys pending further order of the Court. Given the judgment that has now been entered, it is imperative that the status quo be maintained until the Bankruptcy Court has an opportunity to consider the requested relief.

We request that no funds or other assets be released or distributed unless and until authorized by further order of the Court.

Thank you for your prompt attention to this matter.

**Brian Zimmerman** Partner
Spencer Fane LLP

---

3040 Post Oak Blvd., Suite 1400| Houston, TX 77056-6560
**O** 713.212.2651
bzimmerman@spencerfane.com | spencerfane.com

**From:** Zimmerman, Gary J. <gzimmerman@spencerfane.com>
**Sent:** Thursday, July 16, 2026 3:07 PM
**To:** Katie Flynn <katie@thestoutlawfirm.com>; andrew@bayleylawfirm.com; Douglas Ray York <york@douglasyork.com>; PCOHOON@lkclawfirm.com
**Cc:** hillary@bayleylawfirm.com; Maria Vazquez <mariavazquez@douglasyork.com>; Leslie Jacob <leslie@douglasyork.com>; Angela Stout <angela@thestoutlawfirm.com>; Zimmerman, Brian W. <bzimmerman@spencerfane.com>
**Subject:** Re: [EXTERNAL] Moseley.

Katie: cc'ing Brian Zimmerman who is lead counsel on this.

Gary Zimmerman
Spencer Fane LLP
3040 Post Oak Blvd., Suite 1400
Houston, Texas 77056
(713) 552-1234

---

**From:** Katie Flynn <katie@thestoutlawfirm.com>
**Sent:** Thursday, July 16, 2026 3:03 PM
**To:** andrew@bayleylawfirm.com <andrew@bayleylawfirm.com>; Douglas Ray York <york@douglasyork.com>; Zimmerman, Gary J. <gzimmerman@spencerfane.com>; PCOHOON@lkclawfirm.com <PCOHOON@lkclawfirm.com>
**Cc:** hillary@bayleylawfirm.com <hillary@bayleylawfirm.com>; Maria Vazquez <mariavazquez@douglasyork.com>; Leslie Jacob <leslie@douglasyork.com>; Angela Stout <angela@thestoutlawfirm.com>
**Subject:** [EXTERNAL] Moseley.

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

All:

Good afternoon all. I see you are going to trial Monday on the Moseley matter. I wanted to remind everyone that we still have $407,947.02 held in our trust account from the sale of the marital residence. This total reflects the sales proceeds from the residence less the $75k authorized by the Court in May 2025 for Mr. Moseley's interim attorney and expert fees.

Mr. Moseley does have a balance due with our firm in the amount of $10,362.34. However, that amount due is not reflected in the proceeds from the sale of the house.

The Rule 11 agreement we have does not authorize withdrawing those funds absent agreement of the parties. Do you all have an agreement as to how you want those funds held until property division is finalized?

--
Thank you,

Katie L. Flynn
*Board Certified - Family Law*

*Texas Board of Legal Specialization*

The Stout Law Firm, P.L.L.C.
201 W. 16th Street
Houston, Texas 77008

Galveston County Office - By Appointment Only
149 Magellan Circle, Ste. C
Webster, Texas 77598
Service only: service@thestoutlawfirm.com
713.980.4300
713.980.4302- Fax
www.thestoutlawfirm.com

NOTE: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and delete the original message. Thank you.