P-4

SENSK
TJNUX

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

**NO. 2023-44970**

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § | **IN THE DISTRICT COURT** |
| **JAYNE ELIZABETH MOSELEY AND JOHN ZACHARY MOSELEY** | § | **245TH JUDICIAL DISTRICT** |
| **AND IN THE INTEREST OF CAMILLA QUINN MOSELEY AND MIA ELIZABETH MOSELEY, CHILDREN** | § | **HARRIS COUNTY, TEXAS** |

## ORDER ON MOTION TO EQUITABLY TOLL HOMSTEAD EXEMPTION

On 9/29/2025 the Court considered the Motion to Equitably Toll Homestead Exemption of JAYNE ELIZABETH MOSELEY.

*Appearances*

JAYNE ELIZABETH MOSELEY appeared in person and through attorney of record, Douglas Ray York and announced ready. Ardant did not appear

JOHN ZACHARY MOSELEY appeared ~~in person and through attorney of record~~ Katie L. Flynn and announced ready.

Attorneys for Equal Access Justice Fund, LP and EAJF ESQ, Fund LP appeared in person and announced ready.

*Reporters Record*

A record was made ~~by the official Court Reporter of the 245th Judicial District Court of Harris County, Texas~~. WAIVED

FILED
Marilyn Burgess
District Clerk
SEP 29 2025 4:24pm
Time: ______ Harris County, Texas
By ______ Deputy
ROSLYN MAYES



Unofficial Copy Office of Marilyn Burgess District Clerk

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

*Order*

After hearing argument of counsel and evidence, if any, THE COURT FINDS and IT IS ORDERED as follows:

The protections provided by Texas Property Code § 41.001 making the homestead claimants proceeds of a sale of a homestead not subject to seizure for a creditor's claim for six months after the date of sale is hereby tolled until ~~further Order of the Court.~~ the time of TRIAL

The Court finds such proceeds held in the Stout Law Firm, PLLC are funds derivative from the sale of the parties' marital residence, and as such, their homestead. ~~As such, those funds shall not be subject to any creditors claims until further Order of the Court.~~

SIGNED on 9/29/2025

JUDGE PRESIDING

Unofficial Copy Office of Marilyn Burgess District Clerk

APPROVED AS TO FORM ONLY:

LAW OFFICES OF DOUGLAS RAY YORK, P.C.
1021 Main Street, Ste. 1450
Houston, TX 77002
Tel: (713) 479-5555

By:____________________________________
Douglas Ray York
Attorney for Petitioner
State Bar No. 24028243
service@douglasyork.com
ATTORNEY FOR JAYNE MOSELEY

BOBBY K. NEWMAN, P.C.

By:____________________________________
BOBBY K. NEWMAN
State Bar No. 00791347
3355 West Alabama, Ste. 444
Houston, Texas 77098
Telephone: (713) 322-0000
Facsimile: (713) 333-0548
E-Service: bknservice@bobbyknewman.com

Unofficial Copy Office of Marilyn Burgess District Clerk

SPENCER FANE LLP

By:______________________________

Brian W. Zimmerman
State Bar No. 00788746
bzimmerman@spencerfane.com
Frederick T. Johnson
Texas Bar No. 00785429
fjohnson@spencerfane.com
Gary J. Zimmerman
Texas Bar No. 00795740
gzimmerman@spencerfane.com
3040 Post Oak Blvd., Ste. 1400
Houston, Texas 77056
Telephone: (713) 552-1234
Facsimile: (713) 963-0859
ATTORNEYS FOR INTERVENORS

PROFFITT FAMILY LAW, P.C.

By:______________________________

Stephanie J. Proffitt
State Bar No. 24006775
917 Franklin St., Ste. 550
Houston, TX 77002
Telephone: (713) 224-3400
notice@proffittfamilylaw.com
ATTORNEYS FOR INTERVENORS

Unofficial Copy Office of Marilyn Burgess District Clerk