Simon Hendershot
Suite 600
1800 Bering Dr.
Houston, TX 77057

Katie Cowart
Suite 600
1800 Bering Dr.
Houston, TX 77057

Jason Kathman
Suite 650
5700 Granite Parkway
Plano, TX 75024

Ryan Richmond
Suite 1450
450 Laurel St.
Baton Rouge, LA 70801

Carla Ruth Delpit
Suite 300
2211 Norfolk St.
Houston, TX 77098

Laura A. Carlock
Suite 300
2211 Norfolk St.
Houston, TX 77098

Richard D. Daly
Suite 300
2211 Norfolk St.
Houston, TX 77098

Charles David Brown
Suite 300
2211 Norfolk St.
Houston, TX 77098

Jason Joy
Suite 1801
909 Texas St.
Houston, TX 77002

Colin Wood
Suite 1801
909 Texas St.
Houston, TX 77002

Emory Powers
Suite 4400
1221 McKinney
Houston, TX 77010

Marcus Eason
Suite 2800
609 Main St.
Houston, TX 77002

Fields Alexander
Suite 4500
1221 McKinney
Houston, TX 77010

Lorenzo Nunez
P.O. Box 183853
Arlington, TX 76096

Ruth Van Meter
9322 Shady Lane Circle
Houston, TX 77063

American Express Nat. Bank
c/o Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355

Avi Moshenberg
Suite 2101 #838
801 Travis St.
Houston, TX 77002

Nicholas R. Lawson
Suite 2101 #838
801 Travis St.
Houston, TX 77002

Elias M. Yazbeck
Suite 2800
609 Main St.
Houston, TX 77002

Ruth Van Meter
Suite 210
1707 Post Oak Blvd.
Houston, TX 77056

H. Anthony Hervol
Suite 1206-168
22211 IH-10 West
San Antonio, TX 78257

Scott R. Bickford
338 Lafayette St.
New Orleans, LA 70130

Matthew B. Probus
Suite 930
10497 Town and Country Way
Houston, TX 77024

Tristan Manthey
46th Floor
201 St. Charles Ave.
New Orleans, LA 70170

Lynnette R. Warman
Suite 110-1593
13101 Preston Rd.
Dallas, TX 75240

Ariel Sagre
Suite 892
5201 Blue Lagoon Dr.
Miami, FL 33126

Nicholas Zugaro
5 Houston Center
Suite 1625
1401 McKinney St.
Houston, TX 77010

David J. Schenck
Suite 4200
1717 Main St.
Dallas, TX 75201

Clay A. Cosse
Suite 4200
1717 Main St.
Dallas, TX 75201

Alexandra M. Twiss
Suite 4200
1717 Main St.
Dallas, TX 75201

Jayne Moseley
c/o Tran Singh LLP
2502 La Branch St.
Houston, TX 77004

David Miller
Suite 2000
1700 Lincoln St.
Denver, CO 80203

Stephanie Laird Tolson
Suite 1380
5151 San Felipe
Houston, TX 77056

Lisa Norman
15th Floor
1885 St. James Place
Houston, TX 77056

Edward L. Ripley
15th Floor
1885 St. James Place
Houston, TX 77056

T. Josh Judd
15th Floor
1885 St. James Place
Houston, TX 77056

Joshua W. Wolfshohl
36th Floor
1000 Main St.
Houston, TX 77002

Michael Dearman
36th Floor
1000 Main St.
Houston, TX 77002

Scott Cheatham
Suite 4500
701 Poydras St.
New Orleans, LA 70139

Charlie Shelton
Suite 106
10501 N. Central Expy.
Dallas, TX 75231

Ruth Van Meter
Suite 106
10501 N. Central Expy.
Dallas, TX 75231

Annette Ramirez
2520 W.W. Thorne Drive
Houston, TX 77073

Kanika W. Middleton
2520 W.W. Thorne Drive
Houston, TX 77073

Pamela H. Walters
2520 W.W. Thorne Drive
Houston, TX 77073

Jamie Kirk
c/o Sherri K. Simpson
Texaas AG, Bankr. & Collections
12221 Merit Dr., Suite 825
Dallas, TX 75251

U.S. Trustee (Houston)
Suite 3516
515 Rusk
Houston, TX 77002

Jeannie Lee Andresen
P.O. Box 3064
Houston, TX 77253

SEC
Suite 1900
801 Cherry St.
Fort Worth, TX 76102

Texas Workforce Commission
Office of Attorney General
BK/Collections
P.O. Box 12548, MC008
Austin, TX 78711-2548

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Aldine ISD Tax Office
14909 Aldine Westfield Rd
Houston, TX 77032

Curtis and Ardene Tassin
Health Law Group LLC
201 St. Charles Avenue, Suite 2500
New Orleans, LA 70170

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

Louisiana Farm Bureau
P.O. Box 95008
Baton Rouge, LA 70895

Regina A. Ceaser
4200 CoCo Miguel Rd.
New Iberia, LA 70560

Opal Prejean
1709 Seventh St.
Lake Charles, LA 70601

Cynthia Troxclair
PO Box 1731
Kinder, LA 70648

Kevin Kelly
1120 Wyndham South
Gretna, LA 70056

The Kidwell Group, LLC
d/b/a Air Quality Assessors of Florida
c/o Latham Luna Eden & Beaudine, LLP
201 S. Orange Ave., Suite 1400
Orlando, FL 32801

Apex Roofing and Restoration, LLC
c/o Scott R. Bickford, Esq
338 Lafayette Street
New Orleans, LA 70130

Aramark Refreshments Services, LLC
c/o Devin G. Bray
Hawley Troxell Ennis & Hawley LLP
P.O. Box 1617
Boise, ID 83701

Abdul Muhammad
58025 Geroge St.
Plaquemine, LA 70764

Darrell Broussard
420 Tommys Rd.
Sunset, LA 70584

Cynthia Johnson
1318 Bank Avenue
New Iberia, LA 70560

Linda Thomas
4224 Worthy Dr.
Lake Charles, LA 70607

Paul Adams
340 Scenic Drive
Ville Platte, LA 70586

Eunice Pillette
503 East Valcourt St.
Abbeville, LA 70510

Ernest Willaims
110 Hansel St.
New Iberia, LA 70560

Lorenzo Garner
1201 Butter Street
Leesville, LA 71446

Harold Boudreaux
105 Crestmont Blvd
Youngsville, LA 70592

Shavaun Miller
215 Ralph Street
Midland, LA 70559

Marino Guillory
101 Weaver Street
Eunice, LA 70535

Addison Houston
521 Sykes St.
Shreveport, LA 71104

Deborah Hollie
390 Burks Rd.
Starks, LA 70661

Noble Public Adjusting
107 Amar Place, #103
Panama City Beach, FL 32413

Christovich & Kearney, LLP
601 Poydras St., Suite 2300
New Orleans, LA 70130

Ginger Beebe
21 Virgil Beebe Rd
Lena, LA 71447

Krause & Kinsman Trial Lawyers, LLP
Saul Ewing LLP c/o Turner Falk, Esq.
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Starlight Studios, LLC
c/o Congeni Law Firm, LLC
650 Poydras Street, Ste. 2750
New Orleans, LA 70130

Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130

Locklin Consulting, LLC
17319 Fountainbluff Drive
San Antonio, TX 78248

Katherine Monson, et al
1100 Poydras Street, Suite 3250
New Orleans, LA 70163

PCG - Property Loss Consultants
2000 Mallory Lane, Suite 130, #239
Franklin, TN 37067

Cristobal M. Galindo, P.C.
c/o Charlie Shelton
Hayward PLLC
7600 Burnet Road, Suite 530
Austin, TX 78757

Global Estimating Services, Inc.
c/o Andrews Myers, PC
Attn: Lisa M. Norman
1885 Saint James Place, 15th Fl
Houston, TX 77056

Access Restoration Services US, Inc.
c/o Andrews Myers, PC
Attn: Lisa M. Norman
1885 Saint James Place, 15th Fl
Houston, TX 77056

Equal Access Justice Fund, LP
c/o Fred Johnson
Spencer Fane, LLP
3040 Post Oak Blvd, Suite 1400
Houston, TX 77056

EAJF ESQ Fund, LP
c/o Misty A. Segura, Spencer Fane, LLP
3040 Post Oak Blvd., Ste. 1400
Houston, TX 77056

LeeRoy Jefferson
2667 Sligo Road
Haughton, LA 71037

John Zachary Moseley
1235 N. Loop West, Suite 810
Houston, TX 77008

Disaster Solutions
192 Solhelm Lane
Raleigh, NC 27603

Morgan Law Group, P.A.
1331 Ochsner Blvd., Ste. 101
Covington, LA 70433

AT&T
P.O. Box 5019
Carol Stream, IL 60197

CapitalOne Spark
P.O. Box 30285
Salt Lake City, UT 84130

Comcast
P.O. Box 8587
Philadelphia, PA 19101

James McClenny
380 Ridge Lake Scenic Dr.
Montgomery, TX 77316

Louisiana TWC
P.O. Box 94050
Baton Rouge, LA 70804

Oakwoood Bank
Suite 600, LB 35
8411 Preston Rd
Dallas, TX 75225

Porsche Financial Services
One Porsche Dr.
Atlanta, GA 30354

SBA
CESC - COVID EIDL Service Center
14925 Kingsport Rd.
Fort Worth, TX 76155

Thomson Reuters
610 Opperman Drive
Eagan, MN 55123