United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 31, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | **CASE NO. 24-31596** |
| **MMA LAW FIRM, PLLC** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR** | § | |

**ORDER GRANTING FIRST INTERIM APPLICATION OF DAVID MIDDLEMAN AS MARKETING CONSULTANT AND BROKER**

It is

**ORDERED** that the First Interim Application of David Middleman for Allowance and Payment of Compensation and Reimbursement of Expenses as Marketing Consultant and Broker is approved in the amount of $62,500.00 for attorney's fees, and it is further

**ORDERED** that the Debtor is authorized to pay David Middleman $62,500.00 as an administrative claim.

**Signed: Monday, August 31, 2026**

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge