# WITNESS AND EXHIBIT LIST

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |
| **Adversary Case No:** | |
| **Style of Adversary:** | |

**State whether this amends or supplements a previously filed Witness & Exhibit list**

| Amends | | Supplements | |
|---|---|---|---|
| **Date** | **ECF No.** | **Date** | **ECF No.** |
| | | **8/28/26** | **1686** |
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | Wednesday, September 2, 2026 |
| **Hearing Time:** | 1:30 p.m. (Central Standard Time) |
| **Party's Name:** | John Zachary Moseley |
| **Attorney's Name:** | John Zachary Moseley, Attorney Filing Pro Se |
| **Attorney's Phone:** | (713) 334-6121 |

**Nature of Proceeding(s):**

| CM/ECF No. | Matter |
|---|---|
| 1682 | Emergency Motion to Enforce Confirmation Order and Settlement Agreement, for Temporary Restraining Order and Injunctive Relief, and for Declaratory Relief |
| | |
| | |
| | |
| | |
| | |
| | |

## WITNESS LIST

| | |
|---|---|
| **Lay Witnesses:** | John Z. Moseley |
| | Brian Zimmerman |
| | Johnie Patterson |
| | Andrew Bayley |
| | Jayne Elizabeth Moseley |
| **Expert Witnesses:** | |
| | |
| | |

| REBUTTAL/ IMPEACHMENT WITNESSES | |
|---|---|
| | |
| **Lay Witnesses:** | |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| | |

| | | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| | | | | |
| **1.** | Fourth Amended Petition for Divorce | | | |
| **2.** | Binding Settlement Agreement – Temporary Orders | | | |
| **3.** | Docket Sheet | | | |
| **4.** | Note of Oral Hearing Filed 8/6/2026 (Entry of Final Judgment) | | | |
| **5.** | Intervenor's Proposed Final Judgment | | | |
| **6.** | Judgment Entered 8/21/2026 | | | |
| **7.** | Jayne Elizabeth Moseley's Motion to Abate Entry of Final Judgment and to Defer Hearing on Intervenors' Motion for Entry of Final Judgment and Exhibits Attached thereto | | | |
| **8.** | Proposed Order Granting Jayne Elizabeth Moseley's Motion to Abate Entry of Final Judgment and to Defer Hearing on Intervenors' Motion for Entry of Final Judgment | | | |
| **9.** | Note of Oral Hearing Filed 8/14/2026 (Sanctions and Contempt) | | | |
| **10.** | Intervenor's Motion for Sanctions and Contempt against Jayne Moseley and All Responsible Parties and Exhibits Attached thereto | | | |
| **11.** | Intervenor's Proposed Order on Motion for Sanctions | | | |
| **12.** | Intervenor's Response to Motion to Abate | | | |
| **13.** | Intervenor's Proposed Order Denying Motion to Abate | | | |
| **14.** | Jayne Moseley's Notice of Hearing Motion to Abate | | | |
| **15.** | Intervenor's Subpoena Duces Tecum | | | |
| **16.** | Jayne Moseley's Motion to Quash | | | |
| **17.** | Jayne Moseley's Opposition to Motion for Entry of Final Judgment | | | |

| | | | | |
|---|---|---|---|---|
| **18.** | Intervenor's First Amended Motion for Sanctions and Contempt Against Jayne Moseley and all Responsible Parties and Exhibits attached thereto | | | |
| **19.** | Order Confirming Third Amended Joint Plan of Liquidation and Plan Supplement of MMA Law Firm, PLLC | | | |
| **20.** | Intervenor's Proposed Order to Show Cause | | | |
| **21.** | ECF No. 1682 Order Setting Hearing | | | |
| **22.** | ECF No. 1682 Emergency Motion and Exhibits | | | |
| **23.** | Proposed Order on Emergency Motion | | | |
| **24.** | Emails from Brian Zimmerman to Katie Flynn | | | |
| **25.** | Transcript Hearing in State Court on August 6, 2026 | | | |
| **26.** | Transcript Hearing in State Court on August 21, 2026 | | | |
| **27.** | Order Tolling Homestead Exemption | | | |
| **28.** | Jury Findings | | | |
| | | | | |
| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
| | | | | |
| **1.** | | | | |
| **2.** | | | | |
| **3.** | | | | |
| **4.** | | | | |
| **5.** | | | | |
| **6.** | | | | |
| **7.** | | | | |
| **8.** | | | | |
| **9.** | | | | |
| **10.** | | | | |