**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED
*August 28, 2026*
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| MMA LAW FIRM, PLLC | § | CASE NO. 24-31596 (EVR) |
| | § | |
| Debtor. | § | |

**SECOND AMENDED AND RESTATED MOTION FOR RECONSIDERATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9023 / FED. R. CIV. P. 59(e) TO ALTER OR AMEND THE AUGUST 5, 2026 CONFIRMATION ORDER (ECF NO. 1660)**

[THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING. REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.]

**TO THE HONORABLE EDUARDO V. RODRIGUEZ, CHIEF UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, Jeffrey Alan Vitt, Individually, Creditor, Crime Victim, and Party in Interest ("Claimant"), and files this Second Amended and Restated Motion for Reconsideration pursuant to Federal Rule of Bankruptcy Procedure 9023 and Federal Rule of Civil Procedure 59(e). This filing completely supersedes, cures, and replaces all prior motions filed at ECF Nos. 1670 and 1676. Claimant seeks to alter or amend the Order Confirming Third Amended Joint Plan of Liquidation and Plan Supplement of MMA Law Firm, PLLC entered on August 5, 2026 (ECF No. 1660). In support thereof, Claimant respectfully shows the Court as follows:

## I. INTRODUCTION & GROUNDS FOR RELIEF UNDER RULE 9023

**1. The Standard for Reconsideration:**
A motion to alter or amend a judgment under Fed. R. Civ. P. 59(e) (incorporated via Bankruptcy Rule 9023) is designed to allow the court an opportunity to correct manifest errors of law or fact, prevent manifest injustice, or account for newly discovered evidence, active federal criminal investigations, and suppressed enterprise fraud.

**2. Manifest Injustice of the August 5, 2026 Order:**
The Confirmation Order (ECF No. 1660) was entered under conditions of severe procedural duress, active evidence suppression, and a manufactured pro se posture resulting from the Debtor's pre-petition and post-petition racketeering activities. While the Order attempts to sanitize the liquidation plan by labeling insider protections as a "forbearance" rather than an injunction (ECF No. 1660 ¶ 11(p); Plan § 5.8) and including generic "litigation neutralities" (ECF No. 1660 ¶ 11(k)), the practical effect is a structural shield that preserves a corrupt enterprise while crushing direct individual victims and active whistleblowers.

**3. Target Relief Sought:**
**Claimant moves this Court to alter or amend ECF No. 1660 to:**

**(a)** Strike or explicitly subordinate the 18-month insider "forbearance" granted to John Zachary Moseley, Katy Ohlsson, and Morgan Weaver-Gallacher (ECF No. 1660 ¶ 11(p); Plan § 5.8) to the extent it impedes unmitigated federal and state fraud prosecutions;

**(b)** Confirm that Claimant's Consolidated Master Omnibus Addendum (Amended Claim No. 73) and its $350,646,305.06+ damage matrices are fully preserved, secured by constructive trust, and exempt from any plan-based subordination or EAJF priority manipulation; and

**(c)** Explicitly invoke the Crime-Fraud Exception to pierce all internal Joint Defense Agreements (JDAs) and attorney-client privileges utilized by the Debtor to conceal the Dr. William C. Easttom II digital forensics report (Exhibit 4) and the CybASP data breach cover-up.

## II. EVIDENTIARY BASIS (EXHIBITS 1–14)

As detailed in the concurrently filed Sworn Declaration of Jeffrey Alan Vitt under 28 U.S.C. § 1746, and the accompanying verified Exhibit Compendium (Exhibits 1 through 14), the enterprise engaged in systemic sabotage that was actively concealed from this Court prior to confirmation:

**1. Orchestration (Exhibits 1, 3, 4, 8, 9):**
MMA principals suppressed digital forensics and deliberately withheld emergency injunctions (12 O.S. §§ 1381–1392) that would have frozen the estate, acting only after Claimant briefed the FBI, and ultimately sabotaging Claimant's legal standing via an unauthorized dismissal to benefit litigation funders.

**2. Forensics & Fraud (Exhibits 2, 4, 7):**
The CybASP data breach and the escrow fraud documented by the Texas Department of Insurance (Order No. 2024-8692) prove the Debtor's assets and funding models were built on criminal conversion.

**3. Financial & Property Stripping (Exhibits 5, 6, 10–12):**
The Strait Lane HUD-1 fraud (involving convicted felon Charles Carrier / C&C Residential), Denton Probate liquidations, and the 223-page 2nd COA Appellate Record confirm the unauthorized siphoning of trust assets and systemic, duplicative litigation doctrine abuses.

**III. PRAYER FOR RELIEF**
WHEREFORE, PREMISES CONSIDERED, Claimant Jeffrey Alan Vitt, Individually, respectfully requests that this Honorable Court grant this Motion for Reconsideration pursuant to Bankruptcy Rule 9023, alter and amend the August 5, 2026 Confirmation Order (ECF No. 1660) to strike the 18-month insider forbearance, protect Amended Claim No. 73, pierce all privilege barriers under the Crime-Fraud Exception, and grant such other and further relief, both general and special, at law or in equity, to which Claimant may show himself justly entitled.

Respectfully submitted,

______________________________

Jeffrey Alan Vitt, Individually
12791 S. 4230 Road, Chelsea, OK 74016
539-292-9358 | javit2004rule@gmail.com
Pro Se Claimant

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, a true and correct copy of the foregoing Second Amended and Restated Motion for Reconsideration was served electronically via the Court's CM/ECF system and by email upon the following parties in interest:

**Counsel for the Debtor:**
Johnie Patterson & Miriam Goott, Walker & Patterson, P.C.,
jjp@walkerandpatterson.com; mgoott@walkerandpatterson.com

**Counsel for the Official Committee of Unsecured Creditors:**
Nicholas R. Lawson & Avi Moshenberg, Lawson & Moshenberg PLLC,
Nick.Lawson@lmbusinesslaw.com; Avi.Moshenberg@lmbusinesslaw.com

**Plan Administrator:**
Allison Byman,
adb@bymanlaw.com

**Office of the United States Trustee:**
Region 7
ustpregion07.hu.ecf@usdoj.gov; andrew.jimenez@usdoj.gov

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS:**
**Norma Jean (Jeannie) Chavez**
norma_j_chavez@txs.uscourts.gov
**Case Manager** to Hon. Eduardo V. Rodriguez
Chief United States Bankruptcy Judge
1701 W. Business Hwy 83
McAllen, TX 78501

**Ana Castro**
ana_castro@txs.uscourts.gov
**Bankruptcy Courtroom Deputy** for
Chief U.S. Bankruptcy Judge Eduardo V. Rodriguez
United States Courthouse
1701 W. Business Hwy 83
McAllen, TX 78501
Direct Line (956) 618-8076

**Jeffrey Alan Vitt, Individually**
Date: August 28, 2026