# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| MMA LAW FIRM, PLLC | § | CASE NO. 24-31596 (EVR) |
| | § | |
| Debtor. | § | |

## ORDER GRANTING SECOND AMENDED AND RESTATED MOTION FOR RECONSIDERATION TO ALTER OR AMEND THE CONFIRMATION ORDER

Upon consideration of the Second Amended and Restated Motion for Reconsideration Pursuant to Federal Rule of Bankruptcy Procedure 9023 / Fed. R. Civ. P. 59(e) filed by Claimant Jeffrey Alan Vitt, Individually; the Court having reviewed the motion, the sworn declaration, the 14-exhibit evidentiary compendium, and any responses thereto; and the Court finding that manifest injustice, active enterprise fraud, and good cause exist to grant the requested relief;

**IT IS HEREBY ORDERED THAT:**

**1.** The Second Amended and Restated Motion for Reconsideration is GRANTED in all respects.

**2.** The Order Confirming Third Amended Joint Plan of Liquidation of MMA Law Firm, PLLC (ECF No. 1660) is hereby VACATED and/or AMENDED pending further evidentiary review and unredacted Rule 2004 disclosures.

**3.** The 18-month "Forbearance" under Section 5.8 of the Plan and Paragraph 11(p) of the Confirmation Order is STRICKEN from the record to ensure unhindered federal and state fraud prosecutions.

**4.** Claimant's Master Omnibus Addendum (Amended Claim No. 73) totaling $350,646,305.06+ is preserved, anchored, and protected against unverified subordination.

**5.** The Crime-Fraud Exception is INVOKED, overriding all internal privilege barriers regarding the suppressed Easttom forensics report and CybASP records.

**6.** The Court shall schedule an immediate status conference to address Claimant's Amended Claim No. 73 and necessary discovery.

SIGNED: ____________________, 2026.

____________________________________

**HONORABLE EDUARDO V. RODRIGUEZ,** CHIEF UNITED STATES BANKRUPTCY JUDGE