## CATEGORY I: FIDUCIARY SABOTAGE & THE INJUNCTION TRAP

**Exhibit 1:** Easttom Forensics Report – Proof of Breach

**Exhibit 2:** CyberlinkASP Recorded Call Transcript.

**Exhibit 3:** MMA's Drafted TRO & Injunction Brief (June 21, 2018)

**Exhibit 4:** MMA's May 31, 2019, Cease & Desist (The Contradiction)

**Exhibit 5:** Rames Law Firm - Patterns, Facts, and Overt Acts (MTW)

## CATEGORY II: CORE ASSETS & CORPORATE ESPIONAGE

**Exhibit 6:** PTS Diagnostics - Draft LOI, Valuation & Copyright

**Exhibit 7:** ANDA & Sinocare PTS Diagnostics Press Releases

## CATEGORY III: THE PROBATE SQUEEZE & ASSET LIQUIDATION

**Exhibit 8:** Denton County Probate – Order Abandoning Claims (April 25, 2019)

**Exhibit 9:** Denton County Probate – Order Authorizing Sale of Real Property (April 30, 2019)

**Exhibit 10:** Strait Lane Settlement Fraud – C&C Residential HUD-1

**Exhibit 11:** Charles Carrier / C&C Residential Wire Fraud Conviction

**Exhibit 12:** Paradise Settlement Services TDI Revocation Order 2024-8692

## CATEGORY IV: FEDERAL PROBES & BANKRUPTCY

**Exhibit 13:** Federal Probes & Macro Context (FBI, FTC, Huawei Trial)

**Exhibit 14:** Master Omnibus Addendum to Official Form 410 (Amended Claim No. 73)