**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED
*August 28, 2026*
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| MMA LAW FIRM, PLLC | § | CASE NO. 24-31596 (EVR) |
| | § | |
| Debtor. | § | |

**SWORN DECLARATION OF JEFFREY ALAN VITT, INDIVIDUALLY IN SUPPORT OF SECOND AMENDED AND RESTATED RULE 9023 RECONSIDERATION, RULE 2004 DISCOVERY, AND PROTECTION OF AMENDED PROOF OF CLAIM NO. 73**

**STATE OF OKLAHOMA § COUNTY OF ROGERS**

I, Jeffrey Alan Vitt, Individually, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following facts are true, correct, and based upon my personal knowledge, independent digital forensic telemetry, and official public records:

**1. Capacity & Identity:**
I am the Claimant, Creditor, Crime Victim, and whistleblower appearing strictly in my individual capacity. I am the direct victim of a multi-jurisdictional, sophisticated racketeering enterprise that systematically targeted, isolated, and destroyed my commercial assets, trade secrets, real estate portfolio, and legal standing.

**2. Purpose of Declaration:**
This Declaration is submitted to provide the factual, evidentiary, and chronological proof demonstrating that the confirmed Chapter 11 Plan and Confirmation Order (ECF No. 1660) operate as a manifest injustice. Specifically, this declaration exposes how the Debtor's principals (James M. McClenny and John Zachary Moseley) and co-counsel engineered a multi-front enterprise sabotage, weaponized fake legal remedies, suppressed digital forensics, and converted over $350,646,305.06+ in active trade secret and litigation assets into unearned collateral for third-party litigation funders (See Exhibit 14).

**3. The Global-Local Nexus & Macro-Level Corporate Espionage Parallels:**
My proprietary medical integration vision, trade secrets, and software assets—anchored by the PTS Diagnostics portfolio—operated and expanded across 135+ countries globally. Just as federal prosecutors in the Eastern District of Texas and nationwide established through multi-year investigations that international syndicates utilized shell companies, wire fraud, and systematic obstruction of justice to dominate markets, my personal and business interests were

targeted by an identical, localized racketeering apparatus designed to strip, suppress, and absorb my intellectual property. The local legal syndicate—utilizing willful blindness, staged receiverships, and refusal of counsel—acted as the domestic enforcement arm of a broader conspiracy to crush my whistleblower status and paralyze my legal standing.

**4. The Elite Portfolio Baseline & Early 2016 IP Leadership:**
Long before MMA Law Firm, PLLC, John Zachary Moseley, or James M. McClenny formally incorporated in May 2016, I was actively building, protecting, and driving high-tier commercial and intellectual property assets. Following direct communications and an in-person trip to Indiana in January 2016, I operated under C-NDA protection and shared my proprietary trade secret medical integration vision, which served as the direct catalyst for Sinocare's acquisition of PTS Diagnostics. On May 6, 2016, following extensive broken promises, I issued a formal $10,000,000.00 DTPA Demand Letter alongside my required 30-day termination notice (See Exhibit 6).

**5. The CybASP Digital Espionage & The Kickback Smoking Gun:**
Throughout mid-2016, I was tracking a massive corporate espionage campaign targeting my individual, trust, and corporate systems. The undeniable physical proof materialized via an email that kicked back in the middle of the night, which I instantly captured. Knowing that the Dell email technology utilized by CybASP does not truly delete emails, I walked support personnel through live backend controls. December 9, 2016, marked the date I secured indisputable hard-evidence confirmation of the intrusion, proving an advanced persistent threat (APT) data breach compromising core PATHCare and PTS Diagnostics trade secrets (See Exhibit 1 - Dr. William C. Easttom II forensic report excerpts, and Exhibit 2 - transcribed audio admissions).

**6. The Untriggered "Silver Bullet Missiles" and the Reality of Fear:**
Throughout 2016 and 2017, I lived and worked directly inside Denton County, operating out of the Strait Lane homestead and the Vitt 121 commercial property. As the corrupt machinery closed in, I experienced severe, debilitating fear, oppression, and injustice. Debtor's principals (James M. McClenny and Ben Baker) held out Oklahoma statutory emergency injunction procedures (12 O.S. §§ 1381, 1382, 1384.1, 1392) as absolute "Silver Bullet Missiles" that possessed the immediate legal power to instantly halt nearly every legal proceeding, freeze the enterprise, and lock down compromised software assets (See Exhibit 3). Counsel was obligated to file these protective instruments in 2016 and 2017 before my assets were seized. Instead, MMA sat on their hands, intentionally withholding these protective measures while I was left undefended. The absolute legal power of these mechanisms is proven by the fact that when Luwalhati "Lynn" Johnson (LAJ) helped me file an injunction in the Vitt 121 case, it was successfully ordered and stayed in place. However, that power was crushed when LAJ abandoned the 2017 family law appeal, stopped representing me across all active dockets, and left me completely blacklisted. It was only after I independently walked into the FBI's Dallas Headquarters for a 4.5-hour crime victim briefing that MMA panicked and made a superficial show of filing actions in 2017 and 2018 (See Exhibit 13), followed instantly by secretly sabotaging them—culminating in the unauthorized voluntary dismissal in Rogers County (Cause No. CJ-2018-205) on October 10, 2018 (See Exhibit 4), converting my assets into collateral for third-party litigation funders.

**7. Brutal Enterprise Sabotage & Criminal Scope:**
The enterprise was not limited to MMA Law Firm, PLLC, James M. McClenny, and John Zachary Moseley. It functioned as an interconnected racketeering ring. Attorney Luwalhati "Lynn" Admana Johnson (LAJ) took substantial retainers ($50,000+ aggregate, including $15,000 cash for my 2017 family law appeal), obtained highly sensitive, privileged strategic intelligence, and then egregiously betrayed her fiduciary duties by weaponizing that information to intervene against me across twelve (12) separate trial and appellate dockets. Furthermore, the criminal mechanics of this enterprise are validated by the Department of Justice (DOJ) guilty plea and federal conviction of Charles Carrier / C&C Residential for wire fraud and property conspiracy—fraudulent mechanisms directly mirroring the unauthorized escrow disbursements and AMEX deductions executed on the October 30, 2018 Strait Lane HUD-1 closing (facilitated by Paradise Settlement Services, LLC, whose title licenses were subsequently revoked by the Texas Department of Insurance under Order No. 2024-8692).

**8. Federal Investigation & IC3 Whistleblower Status:**
I have personally met with federal law enforcement, including the Federal Bureau of Investigation (FBI), and my dossier and victim reports are actively logged and confirmed within the FBI's Internet Crime Complaint Center (IC3) database. The criminal enterprise's actions—ranging from advanced persistent threat (APT) data breaches of my CybASP servers to fraudulent settlement execution and the intentional suppression of forensic reports—constitute severe, ongoing federal crimes.

**9. Verified Damages ($350M+):**
My consolidated Master Omnibus Addendum (Claim No. 73) establishes a liquidated and unliquidated claim totaling $350,646,305.06+, reflecting the total economic destruction of my medical integration trade secrets (PTS Diagnostics / Sinocare global vision), copyrighted software (PATHCare Website Release 63), and real estate portfolio.

**MASTER INDEX OF VERIFIED EXHIBITS**

- **Exhibit 1:** Easttom Forensics Report - Proof of Breach (Dr. William C. Easttom II Report Excerpts).

- **Exhibit 2:** CyberlinkASP Recorded Call Transcript (86-Second Support Imposter Call).

- **Exhibit 3:** MMA's Drafted TRO & Injunction Brief (June 21, 2018 / 12 O.S. §§ 1381–1392).

- **Exhibit 4:** MMA's May 31, 2019, Cease & Desist (The Contradiction / Falsely Asserting "No Evidence").

- **Exhibit 5:** Rames Law Firm - Patterns, Facts, and Overt Acts (Motion to Withdraw / Data Privacy Breaches).

- **Exhibit 6:** PTS Diagnostics - Draft LOI, Valuation & Copyright (May 6, 2016 $10M DTPA Demand Letter & C-NDA).

• **Exhibit 7:** ANDA & Sinocare PTS Diagnostics Press Releases (March & July 2016 Corporate Acquisitions).

• **Exhibit 8:** Denton County Probate - Order Abandoning Claims (April 25, 2019 / Establishing Individual Standing).

• **Exhibit 9:** Denton County Probate - Order Authorizing Sale of Real Property (April 30, 2019 / Real Estate Liquidation).

• **Exhibit 10:** Strait Lane Settlement Fraud - C&C Residential HUD-1 (October 30, 2018 Closing Statement / Unauthorized Payouts).

• **Exhibit 11:** Charles Carrier / C&C Residential Wire Fraud Conviction (Federal Felony Conviction of Strait Lane Buyer).

• **Exhibit 12:** Paradise Settlement Services TDI Revocation Order 2024-8692 (Texas Department of Insurance License Revocation & Assumed Name Certificate).

• **Exhibit 13:** Federal Probes & Macro Context (Reuters FBI MMA Probe Article, FTC Open Meeting Submission, Huawei Trial Summary).

• **Exhibit 14:** Master Omnibus Addendum to Official Form 410 (Amended Claim No. 73 / $350,646,305.06+ Damage Matrix).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of August, 2026.

______________________________

Jeffrey Alan Vitt, Individually
12791 S. 4230 Road Chelsea, OK 74016
539-292-9358 / javit2004rule@gmail.com