**Exhibit 7: ANDA & Sinocare PTS Diagnostics Press Releases**

United States Courts
Southern District of Texas
FILED
*August 28, 2026*
Nathan Ochsner, Clerk of Court

# PTS Diagnostics' Products Now Distributed by Anda

*National distribution company will further position CardioChek® and A1CNow® brands in retail pharmacies, nursing homes, hospitals, clinics and physician offices*

*Indianapolis, March 21, 2016* – PTS Diagnostics, the U.S.-based manufacturer of point-of-care biometric testing devices, including the CardioChek® family of analyzers, A1CNow® systems, and PTS Detect™ cotinine systems, announced today that they have signed a national sales and distribution agreement with Anda, an Allergan company. Anda is a national medical distribution company that sells over-the-counter pharmaceutical products to retail independent and chain pharmacies, nursing homes, mail-order pharmacies, hospitals, clinics and physician offices.

"Anda is well positioned with many of the key market segments that PTS Diagnostics' portfolio of products serves," said Robert Huffstodt, President and CEO of PTS Diagnostics. "We are quite pleased Anda will become our newest distributor in the United States. Given our medical devices' ability to measure point-of-care results for lipids (cholesterol), A1C, and cotinine as well as the ability to offer many more laboratory tests with a simple fingerstick, we anticipate significant further growth within the pharmacy, clinic and physician office settings."

Founded in 1992, Anda is the fourth largest supplier of generic pharmaceuticals in the U.S., and is a premier distributor for new-to-market product launches to retail chains. With over 60,000 locations to sell to and 220 sales representatives making 18,000 telephone calls a day, Anda stocks more than 10,000 line items.

"Point-of-care testing is rapidly growing among pharmacies, hospitals, clinics and physician offices," said Anthony Mihelich, Anda's Vice President of Purchasing. "PTS Diagnostics CardioChek lipid analyzers, A1CNow+ systems and PTS Detect cotinine systems are prime for expansion within these markets. We stock the latest technologically advanced products that are in high demand with our customers. The PTS Diagnostics portfolio of products fills this market need nicely."

PTS Diagnostics also offers critical information management functionality with digital capture and transfer of biometric screening information with its PTS Connect solutions. This suite of digital products make connectivity flexible and information management simple. In addition, the PTS Connect wellness solution provides an online account for wellness program participants to view biometric information and monitor ongoing health improvement.

**About PTS Diagnostics**

PTS Diagnostics is an innovative, global, point-of-care diagnostics solutions provider that partners with patients and healthcare professionals to provide the right information at the right time to make the right decision. The company's name represents the three pillars upon which it has built its long-term success: People, Technology and Service. Headquartered in Indianapolis, Indiana, PTS Diagnostics designs, manufactures, distributes and markets products for distribution in more than 135 countries around the world. For more information, visit www.ptsdiagnostics.com or contact Tom Wiser at 317-870-5610 or twiser@ptsdiagnostics.com.

pts Diagnostics

***Source:*** *PTS Diagnostics*

*July 21, 2016 07:00 ET*

# Sinocare Completes Acquisition of PTS Diagnostics

**PTS Diagnostics will continue to manufacture & market fast, easy and accurate diagnostics devices that test and screen for heart disease, diabetes and more**

INDIANAPOLIS, July 21, 2016 (GLOBE NEWSWIRE) -- PTS Diagnostics, the US-based manufacturer of point-of-care biometric testing devices, has been acquired by Sinocare, a biosensor technology company that enables both medical professionals and individuals across the globe to identify, monitor and diagnose chronic diseases at the point of care.

Sinocare paid $110 million in cash for PTS Diagnostics with additional contingent consideration of up to $90 million upon the successful accomplishment of certain milestones over the next 18 months.

PTS Diagnostics will continue to manufacture in the United States and market globally its signature products including the CardioChek® family of lipid analyzers, A1CNow® systems and PTS Detect *™* cotinine systems. In addition, the company is actively marketing its PTS Connect *™* solution, a connectivity and information management platform that increases healthcare professionals' productivity, and offers population health management capabilities that engage participants to improve their health.

"We are innovators within the point-of-care testing market," said Robert Huffstodt, President and CEO of PTS Diagnostics. "The acquisition of PTS Diagnostics by Sinocare will further position the company for future growth. Sinocare has created a family of companies that are uniquely positioned to enlarge its customer base, drive action and connect more people to improved outcomes."

In the last year, Sinocare also acquired Fort Lauderdale based Trividia Health, a leading developer, manufacturer and marketer of advanced performance products for people with diabetes. With products sold under TRUE and store brand labels, the company is the exclusive partner and supplier of affordable, high-quality blood glucose monitoring and health and wellness solutions for the world's leading retail pharmacies, distributors and mail service providers.

"PTS Diagnostics brings its leading cholesterol and A1C testing systems under the same umbrella as Sinocare's pre-eminent glucose testing devices sold in China and Trividia's market-leading, store- and private-label glucose testing products sold in the United States," said Sinocare Chairman and CEO Shaobo Li. "Together, our three individual companies will become recognized as the leading global customer needs-driven preferred partner for providing innovative point-of-care and related diagnostics solutions for preventative healthcare and disease management. Our combined goal is to empower our customers to have the right information at the right time to make the right decisions."

Screening companies, hospital groups and healthcare professionals are increasingly demanding connectivity options for biometric devices. The PTS Connect platform is leading the industry with flexible data capture options and a simple information management system. "Our digital data capture, with easy transfer and access to a wellness portal for wellness participants and patients, solves the significant information management problem facing many healthcare professionals," said Huffstodt. "This is just one example of our creative approach to the point-of-care testing industry and how it helps our customers become more efficient and engaged with more individuals to improve their health while improving population health management."

Sinocare will further advance PTS Diagnostics' product portfolio in China while PTS Diagnostics will use its extensive United States and international distribution network to expand Sinocare's footprint around the globe.

"Sinocare, Trividia and PTS Diagnostics have a shared vision and mission to improve the quality of life for our users. We will continue to grow our business and explore opportunities globally and we will provide more innovative and systematic solutions to fight chronic diseases which allow people with diabetes, heart disease and

other chronic diseases to live better and healthier lives," said Li. "In addition, we will continue to bring new fingerstick blood testing products to the US and international markets."

J.P. Morgan Securities LLC was the exclusive advisor to PTS Diagnostics. Evercore was the exclusive financial advisor to Sinocare.

**About PTS Diagnostics**

PTS Diagnostics is an innovative, global, point-of-care diagnostics solutions provider that partners with patients and healthcare professionals to provide the right information at the right time to make the right decisions. The company's name represents the three pillars upon which it has built its long-term success: People, Technology and Service. Headquartered in Indianapolis, Indiana, PTS Diagnostics designs, manufactures, distributes and markets products for distribution in more than 135 countries around the world. PTS Diagnostics joins Trividia Health to become a member of Sinocare, a biosensor technology company that enables both medical professionals and individuals across the globe identify, monitor and diagnose chronic diseases at the point of care. For more information, visit www.ptsdiagnostics.com or contact Tom Wiser at 317-870-5610 or twiser@ptsdiagnostics.com.

## CATEGORY III: THE PROBATE SQUEEZE & ASSET LIQUIDATION

**Exhibit 8: Denton County Probate – Order Abandoning Claims (April 25, 2019)**

**Exhibit 9: Denton County Probate – Order Authorizing Sale of Real Property (April 30, 2019)**

**Exhibit 10: Strait Lane Settlement Fraud – C&C Residential HUD-1**

**Exhibit 11: Charles Carrier / C&C Residential Wire Fraud Conviction**

**Exhibit 12: Paradise Settlement Services TDI Revocation Order 2024-8692**

United States Courts
Southern District of Texas
FILED
*August 28, 2026*
Nathan Ochsner, Clerk of Court

**Exhibit 8: Denton County Probate – Order Abandoning Claims (April 25, 2019)**

FILE FOR RECORD
DENTON COUNTY CLERK
APR 25 2019
JULI LUKE
DEPUTY

**CAUSE NO. PR-2017-00521**

| | | |
|---|---|---|
| DEBORAH FAY VITT, ET AL., PLAINTFF, | § | IN THE PROBATE COURT |
| | § | |
| V. | § | OF |
| | § | |
| JEFFREY ALAN VITT, ET AL. DEFENDANT | § | DENTON COUNTY, TEXAS |

**ORDER ABANDONING CLAIMS**

On this day, the Court considered the Receiver's MOTION TO ABANDON OR ASSIGN CLAIMS. After hearing the arguments of counsel and all parties present, as well as considering all of the evidence, the Court is of the opinion the same should be GRANTED.

IT IS THEREFORE ORDERED that the items listed in the Receiver's MOTION TO ABANDON OR ASSIGN CLAIMS as well as the following items alleged to be claims of the Jeffrey Alan Vitt Irrevocable Trust (the "Trust") shall be abandoned by the Receiver and he is not required to pursue them on behalf of the Trust:

1. Any alleged claim dealing with the supposed impersonation of Jeffrey Alan Vitt to an agent of "Cyberlink";
2. Any alleged claim dealing with the taking or theft of Jeffrey Alan Vitt's business or personal email messages;
3. Any alleged claim dealing with the taking or theft of Jeffrey Alan Vitt's business or personal intellectual property;
4. Any alleged claim dealing with supposed criminal activity of Debi Vitt;
5. Any alleged claim dealing with Debi Vitt's supposed unauthorized access of Trust bank accounts;
6. Any alleged claim dealing with a supposed conspiracy due to the marital relationship between attorney Rick Hagen and attorney Charla Bradshaw;



RECEIVED
Deanna Caster, Deputy
4/24/2019
Denton County, County Clerk

7. Any alleged claim dealing with a wrongful foreclosure of property formerly owned by Vitt 121, LLC, disposed under Cause No. DC-17-04592, in the 101st District Court of Dallas County, Texas;

8. Any alleged claim dealing with a supposed conspiracy in the Denton County, Texas legal and judicial system;

9. Any alleged claim requiring the Receiver to contact the Federal Bureau of Investigation, U.S. Department of Justice, any Texas law enforcement agencies or Oklahoma law enforcement agencies;

10. Any alleged claim requiring the Receiver to investigate the sale of the marital homestead of Debi Vitt and Jeff Vitt located on Strait Lane in Carrollton, Dallas County, Texas;

11. Any alleged claim dealing with any supposed barratry committed by Jack Balderson, Rick Hagen or Charla Bradshaw.

IT IS FURTHER ORDERED, that any beneficiary of the Jeffrey Alan Vitt Irrevocable Trust is not precluded from individually pursuing the matters abandoned herein.

SIGNED this 25th day of April, 2019.

Bonnie Robison

**JUDGE PRESIDING**

**HON. BONNIE J. ROBISON**
**JUDGE, PROBATE COURT**

PROBATE COURT DENTON COUNTY, TEXAS

shickey@dentontexaslawyers.com

**Exhibit 9: Denton County Probate – Order Authorizing Sale of Real Property (April 30, 2019)**

United States Courts
Southern District of Texas
FILED
*August 28, 2026*
Nathan Ochsner, Clerk of Court

]

FILE FOR RECORD
DENTON COUNTY CLERK
APR 30 2019
JULI LUKE
LA DEPUTY

**CAUSE NO. PR-2017-00521**

| | | |
|---|---|---|
| DEBORAH FAY VITT, ET AL., PLAINTFF, | § | IN THE PROBATE COURT |
| | § | |
| | § | |
| V. | § | OF |
| | § | |
| JEFFREY ALAN VITT, ET AL. | § | |
| DEFENDANT | § | DENTON COUNTY, TEXAS |

**ORDER AUTHORIZING SALE OF REAL PROPERTY**

On this day, the Court considered the Receiver's APPLICATION TO SELL REAL PROPERTY. After hearing the arguments of counsel and all parties present, as well as considering all of the evidence, the Court is of the opinion the same should be GRANTED.

IT IS THEREFORE ORDERED that the Receiver is authorized to sell the following properties on behalf of the Jeffrey Alan Vitt Irrevocable Trust, Vitt TX, LTD and Vitt OK, L.P.:

1. 2010 Libby Lane, Dallas, Dallas County, Texas. Further described in that certain deed to Vitt TX LTD, recorded at Instrument Number 2009-00293625, Deed Records of Dallas County, Texas.

2. 2702 Shadow Wood Court, Arlington, Tarrant County, Texas. Further described in that certain deed to Vitt TX LTD, recorded at Instrument # D213142786, Deed Records of Tarrant County, Texas.

3. 7240 Normandy Road, Fort Worth, Tarrant County, Texas. Further described in that certain deed to Vitt TX LTD, recorded at Instrument # D209273200, Deed Records of Tarrant County, Texas.

4. 20590 E. 420 Road, Claremore, Rogers County, Oklahoma. Further described as Tract 1 in that certain deed to Vitt OK, L.P. recorded at Book 2063, Page 420, Deed Records of Rogers County, Oklahoma.

5. 12791 S. 4230 Road, Chelsea, Rogers County, Oklahoma. Further described as Tract 2 in that certain deed to Vitt OK, L.P. recorded at Book 2063, Page 420, Deed Records of Rogers County, Oklahoma.

6. 17723 N. 113th E Avenue, Collinsville, Tulsa County, Oklahoma. Further described in that certain deed to Vitt OK, L.P. recorded at Document # 2009108584, Deed Records of Tulsa County, Oklahoma.



RECEIVED
Deanna Caster, Deputy
4/25/2019
Denton County, County Clerk

IT IS FURTHER ORDERED, that the Receiver shall and is authorized to:

1. Employ real estate agents in Texas and Oklahoma to list the properties for sale and that those agents be paid a reasonable commission for their work in selling any such properties;
2. Employ a real property title professional to research the title for the properties listed herein located in the state of Oklahoma to determine the status of the title to the same;
3. Obtain market information to insure a fair market price is received for the sale of the properties referenced herein;
4. Deposit the funds from such sale of any properties listed herein into the Court's registry pending further orders of the Court;
5. File a report of sale and decree confirming the sale of any such properties.

SIGNED this 30th day of April, 2019.

Bonnie Robison
**JUDGE PRESIDING**

**HON. BONNIE J. ROBISON**
**JUDGE, PROBATE COURT**

PROBATE COURT DENTON COUNTY, TEXAS

shickey@dentontexaslawyers.com

**Exhibit 10: Strait Lane Settlement Fraud – C&C Residential HUD-1**

United States Courts
Southern District of Texas
FILED
*August 28, 2026*
Nathan Ochsner, Clerk of Court

# A. Settlement Statement

U.S. Department of Housing and Urban Development

OMB No. 2502-0265

**B. Type of Loan**

1. ☐ FHA 2. ☐ FmHA 3. ☐ Conv Unins 4. ☐ VA 5. ☐ Conv Ins 6. ☐ Seller Finance 7. ☐ Cash Sale

| 6. File Number | 7. Loan Number | 8. Mortgage Ins Case Number |
|---|---|---|
| 181814497-CA | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| C&C Residential Properties, Inc<br>12970 Pandora Drive ,Ste 115<br>Dallas, TX 75238 | Darla Buehler, signing as Court Appointed Receiver | Bluestone Financial, LLC<br>5485 Belt Line Rd, Suite 380<br>Dallas, TX 75254 |

G. Property Location

GATES OF PRESTONWOOD, Lot 6R1, Block A, Denton County, Texas
4757 Strait Lane
Carrollton, TX 75010

H. Settlement Agent Name
Paradise Settlement Services, LLC
401 E. Corporate Drive, Suite 290
Lewisville, TX 75057 Tax ID: 26-0904413
Underwritten By: WFG National Title Insurance Co.

Place of Settlement
Paradise Settlement Services, LLC - Addison Branch
5057 Keller Springs Rd., Suite 300
Addison, TX 75001

I. Settlement Date
10/30/2018
Fund:

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | $610,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to borrower | | 403. | |
| 104. Assignment Fee | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. City property taxes | | 406. City property taxes | |
| 107. County property taxes 10/31/18 thru 12/31/18 | | 407. County property taxes 10/31/18 thru 12/31/18 | $3,162.02 |
| 108. Assessment Taxes | | 408. Assessment Taxes | |
| 109. School property taxes | | 409. School property taxes | |
| 110. MUD taxes | | 410. MUD taxes | |
| 111. HOA Semi Annual Dues 10/30/18 thru 12/31/18 | | 411. HOA Semi Annual Dues 10/30/18 thru 12/31/18 | $256.14 |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | | **420. Gross Amount Due to Seller** | $613,418.16 |
| **200. Amounts Paid By Or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | | 501. Excess Deposit | |
| 202. Principal amount of new loan(s) | | 502. Settlement Charges to Seller (line 1400) | $75,908.02 |
| 203. Existing loan(s) taken subject to | | 503. Existing Loan(s) Taken Subject to | |
| 204. Loan Amount 2nd Lien | | 504. Payoff of first mortgage loan to Legacy Texas Bank | $231,032.22 |
| 205. | | 505. Payoff of second mortgage loan to | |
| 206. | | 506. American Express Judgement | $80,000.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City property taxes | | 510. City property taxes | |
| 211. County property taxes | | 511. County property taxes 01/01/18 thru 12/31/18 | $18,615.11 |
| 212. Assessment Taxes | | 512. Assessment Taxes | |
| 213. School property taxes | | 513. School property taxes | |
| 214. MUD taxes | | 514. MUD taxes | |
| 215. HOA Semi Annual Dues | | 515. HOA Semi Annual Dues 07/01/18 thru 12/31/18 | $742.00 |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | | **520. Total Reduction Amount Due Seller** | $406,297.35 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | | 601. Gross Amount due to seller (line 420) | $613,418.16 |
| 302. Less amounts paid by/for borrower (line 220) | | 602. Less reductions in amt. due seller (line 520) | $406,297.35 |
| **303. Cash To Borrower** | | **603. Cash To Seller** | $207,120.81 |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services;
• Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.
The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.
This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.
The information requested does not lend itself to confidentiality.

File No 181814497-CA

| L. Settlement Charges | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| **700. Total Sales/Broker's Commission based on price** | $610,000.00 @6 % = $36,600.00 | | |
| Division of Commission (line 700) as follows: | | | |
| 701. **$18,300.00** | to | | |
| 702. **$18,300.00** | to | | |
| 703. Commission Paid at Settlement | | | $36,600.00 |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Loan Origination Fee % | to | | |
| 802. Loan Discount % | to | | |
| 803. Appraisal Fee | to | | |
| 804. Credit Report | to | | |
| 805. Lender's Inspection Fee | to | | |
| 806. Mortgage Insurance Application | to | | |
| 807. Assumption Fee | to | | |
| **900. Items Required by Lender To Be Paid in Advance** | | | |
| 901. Interest from **10/30/2018** to **11/1/2018** @ $0/day | | | |
| 902. Mortgage Insurance Premium for months | to | | |
| 903. Hazard Insurance Premium for years | to | | |
| **1000. Reserves Deposited With Lender** | | | |
| 1001. Hazard insurance | months @ per month | | |
| 1002. Mortgage insurance | months @ per month | | |
| 1003. City property taxes | months @ per month | | |
| 1004. County property taxes | months @ $1,551.26 per month | | |
| 1005. Assessment Taxes | months @ per month | | |
| 1006. School property taxes | months @ per month | | |
| 1007. MUD taxes | months @ per month | | |
| 1008. Other taxes | months @ per month | | |
| 1011. Aggregate Adjustment | | | |
| **1100. Title Charges** | | | |
| 1101. Settlement or closing fee | to | | |
| 1102. Abstract or title search | to | | |
| 1103. Title examination | to | | |
| 1104. Title insurance binder | to | | |
| 1105. Document preparation | to **Steve Hwang** | | |
| 1106. Notary fees | to **Superior Notary Services** | | $150.00 |
| 1107. Attorney's fees | to | | |
| (includes above items numbers: | ) | [redacted] | |
| 1108. Title insurance | to Paradise Settlement Services, LLC | | |
| (includes above items numbers: | ) | [redacted] | |
| 1109. Lender's coverage | $625,000.00/$289.20 | | |
| 1110. Owner's coverage | $625,000.00/$3,784.00 | | |
| 1111. Escrow fee | to **Paradise Settlement Services, LLC** | | |
| 1112. Tax certificates | to **Land Records Abstract** | | |
| 1113. Electronic Recording Fee | to **Paradise Settlement Services fbo Simplifile** | | |
| 1114. Guaranty Assess Recoupment Charge | to **Texas Title Insurance GARC Fund - eff 1/18** | | |
| 1115. Courier/Messenger Fee | to | | |
| 1116. 85% of Title Premium | to **Paradise Settlement Services, LLC - Addison Branch** | | |
| 1117. | to | | |
| 1118. 15% of Title Premium | to **WFG National Title Insurance Company** | | |
| 1119. T19 Res. Endorsement | to **Paradise Settlement Services, LLC** | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Recording Fee(s) Deed $30.00 ; Mortgage $50.00 ; Rel $34.00 | to **Paradise Settlement Serv. fbo County Clerk** | | $34.00 |
| 1202. City/county tax/stamps Deed ; Mortgage | to | | |
| 1203. State tax/stamps Deed ; Mortgage | to | | |
| **1300. Additional Settlement Charges** | | | |
| 1301. Legal fees | to **Askew Legal** | | $1,640.00 |
| 1302. Reimbursment Fees | to | | $13,233.97 |
| 1303. Attorney Fees 2017 | to **Balderson Law PLLC** | | $11,173.82 |
| 1304. Attorney Fees 2018 | to **Tasker & Balderson PLLC** | | $12,765.41 |
| 1305. Resale Certificate | to **First Service Residential** POC (B) $425.00 | | |
| 1306. Resale Transfer Fee | to **First Service Residential** | | |
| 1307. HOA Late Fees | to **Gates of Prestonwood** | | $310.82 |
| 1308. HVA Fee | to **Homevestors of America Inc** | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | | $75,908.02 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

C&C Residential Properties, Inc

By

Darla Buehler, signing as Court Appointed Receiver

By

SETTLEMENT AGENT CERTIFICATION

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

Settlement Agent 10/30/18 Date

**Warning:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

C&C Residential Properties, Inc.

By: Charles F. Carrier, as President

Paula Buehler, signing as Court Appointed Receiver

signing as Court Appointed Receiven

SETTLEMENT AGENT CERTIFICATION

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction; I have caused the funds to be disbursed in accordance with this statement.

10/30/18

Settlement Agent | Date

**Warning:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.