**TXSDdb_Galveston-Operation**

| | |
|---|---|
| **From:** | EDSS via Southern District of Texas <admin@txs.uscourts.gov> |
| **Sent:** | Saturday, August 29, 2026 12:00 AM |
| **To:** | TXS Continuous Improvement |
| **Subject:** | New Electronic Document Submission - Houston |
| **Attachments:** | Document-1-Jeffrey Alan Vitt.pdf; Document-2-Jeffrey Alan Vitt.pdf; Document-3-Jeffrey Alan Vitt.pdf; Document-4-Jeffrey Alan Vitt.pdf |

United States Courts
Southern District of Texas
FILED
*August 29, 2026*
Nathan Ochsner, Clerk of Court

Form Information
Division: Houston
Case Number: 24-31596
Debtor Name or Case Style as Shown on the Case: MMA Law Firm, PLLC

Filer's Name: Jeffrey Alan Vitt
Filer's Email Address: javit2004rule@gmail.com Confirm Filer's Email Address: javit2004rule@gmail.com Filer's Phone Number: 5392929358

Filer's Signature: Jeffrey Alan Vitt

Uploaded Document Descriptions
Document 1 Description: Exhibit 14
Document 2 Description: Exhibit 12
Document 3 Description: Exhibit 13
Document 4 Description: Exhibit 14
Document 5 Description:

**This email was sent from an unmonitored email account. Please DO NOT reply to this email address. **