**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED
*August 29, 2026*
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| MMA LAW FIRM, PLLC | § | CASE NO. 24-31596 (EVR) |
| | § | |
| Debtor. | § | |

SECOND AMENDED AND RESTATED SWORN DECLARATION OF JEFFREY ALAN VITT, INDIVIDUALLY (28 U.S.C. § 1746)

I, Jeffrey Alan Vitt, Individually, declare under penalty of perjury and under the full penalty of state and federal law that the following statements are true, correct, and based upon my personal knowledge, independent digital forensic telemetry, and public/official records:

1. Capacity & Identity: I am the Claimant, Creditor, Crime Victim, and whistleblower appearing strictly in my individual capacity. I am the direct victim of a multi-jurisdictional, sophisticated racketeering enterprise that systematically targeted, isolated, and destroyed my commercial assets, trade secrets, real estate portfolio, and legal standing.

2. The Complete 14-Exhibit Evidentiary Compendium: I submit and incorporate by reference Exhibits 1 through 14 as conclusive, unassailable proof of an active, criminal association-in-fact enterprise operating under color of law and professional privilege.

This compendium includes:

• Exhibit 1: Conflict and Collusion Matrix (McClenny / Johnson / FTC Submission).

• Exhibit 2: LAJ – EC – Fink Claim Correspondence.

• Exhibit 3: CybASP / PTS Diagnostics TRO & Injunction Drafts and Research (12 O.S. §§ 1381–1392).

• Exhibit 4: Dr. William C. Easttom II Forensics Report (Proof of Advanced Persistent Threat Breach) and CybASP Transcripts.

• Exhibit 5: FBI / DOJ MMA & Huawei Trial Record Parallels.

• Exhibit 6: Denton County Probate Packet (Case No. PR-2017-00521 – Orders and Real Property Sale Records).

• Exhibit 7: C&C Residential / Charles Carrier Conviction & TDI Paradise Settlement Revocation Order (Order No. 2024-8692).

• Exhibit 8: Second Court of Appeals Appellate Record (223 Pages).

• Exhibit 9: Master Omnibus Addendum (Claim No. 73) & TITAN Clinical Trauma Assessment.

• Exhibit 10: Strait Lane Settlement Fraud - C&C Residential HUD-1.

• Exhibit 11: Charles Carrier / C&C Residential Wire Fraud Conviction Records.

• Exhibit 12: Paradise Settlement Services TDI Revocation Order 2024-8692 (Complete).

• Exhibit 13: Federal Probes & Macro Context (FBI, FTC, Huawei Trial Records).

• Exhibit 14: Master Omnibus Addendum to Official Form 410 (Amended Claim No. 73).

3. Brutal Enterprise Sabotage & Criminal Scope: The enterprise was not limited to MMA Law Firm, PLLC, James M. McClenny, and John Zachary Moseley. It functioned as an interconnected racketeering ring. Attorney Luwalhati "Lynn" Admana Johnson (LAJ) took substantial retainers ($50,000+ aggregate, including $15,000 cash for my 2017 family law appeal), obtained highly sensitive, privileged strategic intelligence, and then egregiously betrayed her fiduciary duties by weaponizing that information to intervene against me across twelve (12) separate trial and appellate dockets. Furthermore, the criminal mechanics of this enterprise are validated by the Department of Justice (DOJ) guilty plea and federal conviction of Charles Carrier / C&C Residential for wire fraud and property conspiracy—fraudulent mechanisms directly mirroring the unauthorized escrow disbursements and AMEX deductions executed on the October 30, 2018 Strait Lane HUD-1 closing (facilitated by Paradise Settlement Services, LLC, whose title licenses were subsequently revoked by the Texas Department of Insurance under Order No. 2024-8692).

4. Federal Investigation & IC3 Whistleblower Status: I have personally met with federal law enforcement, including the Federal Bureau of Investigation (FBI), and my dossier and victim reports are actively logged and confirmed within the FBI's Internet Crime Complaint Center (IC3) database. The criminal enterprise's actions—ranging from advanced persistent threat (APT) data breaches of my CybASP servers to fraudulent settlement execution and the intentional suppression of forensic reports—constitute severe, ongoing federal crimes.

5. Demand for Wide and Deep Criminal Investigations: I declare under penalty of perjury that the sabotage, conversion, and judicial perversion executed by the Debtor, its principals, and co-conspirators are brutal, systemic, and criminal. I explicitly demand under penalty of perjury

that federal and state criminal investigations—specifically including the FBI, DOJ, and the U.S. Trustee—be wide, deep, unhindered, exhaustive, and uncompromising across all participating law firms, title entities, receivers, and co-conspirators. 6. Verified Damages ($350M+): My consolidated Master Omnibus Addendum (Claim No. 73) establishes a liquidated and unliquidated claim totaling $350,646,305.06+, reflecting the total economic destruction of my medical integration trade secrets (PTS Diagnostics / Sinocare global vision), copyrighted software (PATHCare Website Release 63), and real estate portfolio. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Jeffrey Alan Vitt, Individually
12791 S. 4230 Road, Chelsea, OK 74016
539-292-9358 | javit2004rule@gmail.com
Pro Se Claimant