# WITNESS AND EXHIBIT LIST

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**CHIEF JUDGE EDUARDO V. RODRIGUEZ**

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |
| **Adversary Case No:** | |
| **Style of Adversary:** | |

**State whether this amends or supplements a previously filed Witness & Exhibit list**

| Amends | | Supplements | |
|---|---|---|---|
| Date | ECF No. | Date | ECF No. |
| 08/31/2026 | 1695 | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | 09/02/2026 |
| **Hearing Time:** | 1:30 p.m. (CT) |
| **Party's Name:** | Equal Access Justice Fund, LP and EAJF Esq. Fund, LP |
| **Attorney's Name:** | Clay M. Taylor |
| **Attorney's Phone:** | 972-324-0300 |

**Nature of Proceeding(s):**

| CM/ECF No. | Matter |
|---|---|
| 1682 | Emergency Motion to Enforce Confirmation Order and Settlement Agreement, for Temporary Restraining Order and Injunctive Relief, and for Declaratory Relief |
| | |
| | |
| | |
| | |
| | |
| | |

| WITNESS LIST | |
|---|---|
| | |
| **Lay Witnesses:** | EAJF May Call: |
| | Brian W. Zimmerman |
| | John Zachary Moseley |
| | Any witness listed by any other interested party |
| **Expert Witnesses:** | |
| | |

| REBUTTAL/ IMPEACHMENT WITNESSES | |
|---|---|
| | |
| **Lay Witnesses:** | EAJF May Call: |
| | Any witness listed by any other interested party |
| **Expert Witnesses:** | |
| | |

| | | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| | | | | |
| **1.** | Interlocutory Judgment filed in Cause No. 2023-44970; *Jayne Elizabeth Moseley v. John Zachary Moseley* (Certified) | | | |
| **2.** | Intervenors' First Amended Motion for Sanctions and Contempt Against Jayne Moseley and All Responsible Parties filed in Cause No. 2023-44970; *Jayne Elizabeth Moseley v. John Zachary Moseley* (Certified) | | | |
| **3.** | Order on Intervenors' Motion for Temporary Injunction filed in Cause No. 2023-44970; *Jayne Elizabeth Moseley v. John Zachary Moseley* (Certified) | | | |
| **4.** | Transcript of Hearing Held on August 5, 2026 on Motion for Temporary Retaining Order | | | |
| **5.** | Transcript of Hearing Held on August 21, 2026 on Motion for Entry of Judgment and Motion for Sanctions | | | |
| **6.** | Any Exhibits Listed by any other Party | | | |
| | | | | |
| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
| | | | | |
| **1.** | Any Exhibits Listed by any other Party or necessary for rebuttal or impeachment purposes. | | | |