REPORTER'S RECORD
VOLUME 1 OF 1
TRIAL COURT CAUSE NO. 2023-44970

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| JAYNE ELIZABETH MOSELEY | § | |
| AND | § | |
| JOHN ZACHARY MOSELEY | § | 245th JUDICIAL DISTRICT |
| | § | |
| AND IN THE INTEREST OF | § | |
| CAMILLA QUINN MOSELEY | § | |
| AND MIA ELIZABETH | § | |
| MOSELEY, CHILDREN | § | HARRIS COUNTY, TEXAS |

*****************************************************

**MOTION FOR TEMPORARY RESTRAINING ORDER**

*****************************************************

On the 5th day of August, 2026, the following proceedings came on to be held in the above-titled and numbered cause before the Honorable Angela Lancelin, Judge Presiding, held in Houston, Harris County, Texas.

Proceedings reported by computerized stenotype machine.

EXHIBIT
4

**APPEARANCES**

Mr. John B. Blackburn
SBOT NO. 24031867
E-mail: jbblackburn@lkclawfirm.com
LEGER KETCHUM & COHOON, P.L.L.C.
179 S. Main Street, Suite 102
Boerne, Texas 78006
Telephone: (832)764-7222
Attorney for Petitioner Jayne Elizabeth Moseley

Ms. Lisa E. Hobbs
SBOT NO. 24026905
E-mail: lisa@hobbstexasappeals.com
LBH LAW, P.L.L.C.
5501 Balcones Drive, Suite A215
Austin, Texas 78731
Telephone: (512)476-6003
Attorney for Petitioner Jayne Elizabeth Moseley

Mr. Andrew M. Bayley
SBOT NO. 24071501
E-mail: andrew@bayleylawfirm.com
THE BAYLEY LAW FIRM
1225 North Loop West, Suite 32
Houston, Texas 77008
Telephone: (832)835-6032
Attorney for Respondent John Zachary Moseley

Mr. Brian W. Zimmerman
SBOT NO. 00788746
E-mail: bzimmerman@spencerfane.com
Mr. Frederick T. Johnson
SBOT NO. 00785429
E-mail: fjohnson@spencerfane.com
Mr. Gary J. Zimmerman
SBOT NO. 00794740
E-mail: gzimmerman@spencerfane.com
SPENCER FANE, L.L.P.
3040 Post Oak Boulevard, Suite 1400
Houston, Texas 77056
Telephone: (713)224-3400
Attorneys for Intervenors Equal Access Justice Fund, LP and EAJF ESQ Fund, LP

**CHRONOLOGICAL INDEX**

**MOTION FOR TEMPORARY RESTRAINING ORDER**

Volume 1 of 1


| August 5, 2026 | PAGE | VOL. |
|---|---|---|
| Appearances................................ | 2 | 1 |
| Chronological Index........................ | 3 | 1 |
| Proceedings................................ | 4 | 1 |
| Court Reporter's Certification.............. | 28 | 1 |

**PROCEEDINGS**

THE COURT: What I'll do is I'll go ahead and call the case now. You all can make your announcements, all right? This is 2023-44970 In the Matter of Jayne Moseley and John Moseley. Please, Counsel, go ahead and make your announcements.

MR. B. ZIMMERMAN: Brian Zimmerman, Gary Zimmerman, and Fred Johnson for Intervenors, EAJF and ESQ.

MR. BLACKBURN: John Ben Blackburn and Lisa Hobbs for Intervenor-Defendant, Jayne Moseley.

THE COURT: Thank you.

MR. BAYLEY: I -- and Andrew Bayley here for the Respondent, John Zach Moseley.

THE COURT: All right. Now, I'm going to start off with what I understand the request to be. Now that we've finished the trial, it is the Intervenors's request that the Court order a temporary injunction restricting the -- Ms. Moseley from funds -- from accessing certain funds; is that correct?

MR. B. ZIMMERMAN: Yes.

THE COURT: Okay. And --

MR. BLACKBURN: Your Honor, if I --

THE COURT: Yes?

MR. BLACKBURN: If I may, I think we're

here on a temporary restraining order today.

THE COURT: That's what I said.

MR. BLACKBURN: Oh. I thought you said temporary injunction. I'm sorry.

THE COURT: That's what it's called.

MR. BLACKBURN: Okay.

THE COURT: Because the restraining order is to enjoin.

Do I have that wrong, Mr. Bayley?

MR. BAYLEY: Well, the restraining order is for the first 14 days. And then the injunction is --

THE COURT: Yeah. The injunction comes after the restraining order. I never really can figure that out. I use them, I guess, probably intertwined. But let's do this: I do have a proposed judgment. Is that your judgment?

MR. G. ZIMMERMAN: I think so.

MR. B. ZIMMERMAN: I filed a proposed order, I believe -- oh. You -- you have a proposed judgment from the jury trial. Yes, Your Honor. And -- and you have a proposed order that goes with the ancillary relief that we're seeking.

THE COURT: Did you all review the final order?

MR. BLACKBURN: On the final judgment, Your

Honor?

THE COURT: The judgment. My -- my apologies.

MR. BLACKBURN: I have looked at it. I didn't know we were here today on that at all.

THE COURT: Well, we're not, technically, but it's filed. And I guess this brings me to my point. Mr. Zimmerman. If I have yet to sign the judgment and enter it, I don't know that I can take any more actions than I already have to restrict the use of funds. Because, if you recall, there is an injunction in place already that's not been extinguished.

MR. B. ZIMMERMAN: There is. But I -- Your Honor, in light of the jury verdict and the imminent -- I believe the imminent judgment that Your Honor will enter in light of the jury verdict, we're concerned with the dissipation of assets.

THE COURT: Well, she can't. Because -- and -- and go back through this particular -- the one that I signed for you already. Because, if you recall, I did that some months ago for you.

MR. B. ZIMMERMAN: You did.

THE COURT: And by "for you," I mean at your request.

MR. B. ZIMMERMAN: You did.

THE COURT: But that has not been extinguished.

MR. B. ZIMMERMAN: Let me -- if you don't mind, Your Honor, I'd like to share a couple of things with the Court.

THE COURT: Okay.

MR. B. ZIMMERMAN: And -- and -- and I do agree in principle, obviously, with Your Honor. My concern, though, is twofold. Number one, the day before we started the jury trial, I believe, I got an e-mail from the lawyer who's holding the proceeds from the sale of the home in trust suggesting that she was going to release the money.

THE COURT: She can't do that.

MR. B. ZIMMERMAN: I sent her an e-mail saying please don't do that without a court order. Secondarily, we have a proceeding in bankruptcy court. And I ran into Mr. Moseley yesterday, who told me with a grin on his face that the money that was in Mrs. Moseley's bank account that was part of the fraudulent transfer -- as the Court recalls, it was 1.9 --

THE COURT: Uh-huh.

MR. B. ZIMMERMAN: -- and she was gracious enough to tell us it was 400,000 at trial. That money,

they told me, was gone.

THE COURT: It shouldn't be. I would go back. Because Counsel --

Mr. Blackburn, do you recall -- let me go ahead pull it up. Because the Court had signed an order.

MS. HOBBS: We have a copy.

THE COURT: Is that the TRO that I originally signed, which prohibited the use?

MR. BLACKBURN: The one on Intervenors's Motion for Temporary Injunction incorporating the standing order?

THE COURT: Right.

MR. BLACKBURN: Yes, Judge.

THE COURT: And I also -- and so can I see that copy? Because I -- it's going to take me longer to find it.

MR. BLACKBURN: Sure.

THE COURT: Because I would say to you that those would be an enforcement action with regard to that since -- I don't even understand why he would bring that up to you because it didn't relate to him. It doesn't help him. It doesn't hurt him. It only hurts her. So I just am confused by sometimes --

MR. B. ZIMMERMAN: Well, he's an interesting guy. I was shocked to hear it. But he

volunteered that to me yesterday at the courthouse. And even before that, I had my questions as to whether or not they would dissipate it based on the testimony we heard and everything else. And I was told that that money was used to pay an appellate lawyer and other lawyers. And it's out of that account, all of it. With a grin on his face.

MR. BAYLEY: Your Honor, I will just represent to the Court that as of two weeks ago, the last time I saw the account balance, there was like $382,000 in the account.

THE COURT: Thank you. I'm looking at Paragraph 4 and 4.8.

MR. BLACKBURN: Of the standing order, Judge?

THE COURT: Yes. And 4.7, making withdrawals from any checking or savings account, or any financial institution for any purpose except as specifically authorized by this Court. No. 4.8, spending any sum of cash in either parties' possession or subject to the parties' control for any purpose, except as specifically authorized by this order. They're not supposed to do it.

MR. B. ZIMMERMAN: I understand.

THE COURT: Which is why I gave this to

you. And I'm glad that I -- I did it with regard to our overall standing. Because it is -- because it was specifically for the preservation of property and use of funds during a divorce case, which is what we were here for. I don't -- I don't doubt at all that Mr. Bayley has no idea of any -- anything. I would not in any way assume that you would have any tangible knowledge.

It also says in 4.5 -- mark this one, as well -- selling, transferring, assigning, mortgaging, encumbering, or in any other way manner alienating any property of either party, whether personal property, real property, and whether the property is separate or community, except as authorized by this order.

I'm thinking I should -- I think you should be pretty well covered by this. Because the reason that I did this was because at the time, there was some -- we could not -- Mr. Bayley's client was not actively participating in this suit. We only knew of funds that were on hold in the registry of an IOLTA that belonged necessarily to both parties. And this was the only way the Court could justifiably, with the Texas Family Code and in connection with that, put a hold on the expenditures. And that was why I did this.

And so I'm not understanding what else there is. So I wouldn't know what he was referring to,

because they're only allowed to use -- make expenditures for reasonable attorney's fees in connection with this suit. That would be the divorce. Those properties are on hold in the divorce, not your third-party claim. Reasonable and necessary living expenses for food -- well, I've got that one covered -- usual business withdrawals only for the persons authorized by this order. And there's nothing else. So I don't know -- this is -- this is, if I'm not mistaken, Mr. Blackburn or Mr. Bayley, still in full force and effect.

MR. BLACKBURN: It is -- that's -- that's my understanding, Judge.

THE COURT: And so --

MR. BLACKBURN: That's why I had it with me today.

THE COURT: -- did you to want look at those paragraphs that I have and review this again? And then let me know if you would like to modify, add to, or whatever. I think it's appropriate, but I can't have two --

MR. B. ZIMMERMAN: May I approach?

THE COURT: Absolutely. I can't have two injunctions at the same time.

MR. B. ZIMMERMAN: Understood.

THE COURT: Right? And so it could either

be modified, terminated, or extinguished, perhaps. But I don't think I can add another one. I can only have one in effect. And, right now, after that -- and your client today wanted you to come and tell -- explain to us what?

MR. BAYLEY: Well, Your Honor, we have a position as to what they were asking for related to their injunction, which would have been a prohibition about spending or withdrawing any funds or moving any funds.

Those are funds that are related to -- that Mr. -- Mr. Moseley has an interest to, and would be something that would be holding up us settling this case, and would also be in violation of the bankruptcy order which specifically prohibits the Intervenors's from entering any type of action to freeze, collect, or take any type of injunction against Mr. Moseley's property. Now, of course, the Court's free to do what it -- it's done already --

THE COURT: Yeah.

MR. BAYLEY: -- which is to preserve the property from the preservation of the Court.

THE COURT: Understood.

MR. BAYLEY: But what they were asking for would go further than that.

THE COURT: Well -- and see, the issue your client is going to have is that is I haven't made any

kind of just and right division.

MR. BAYLEY: That's correct.

THE COURT: Okay. And so, having that said, I agree with you to the extent that we have been operating under the order to lift stay with exclusive -- which excluded the property of his new law firm. I believe he testified to that. M.M.A.L --

MR. JOHNSON: P.L.L.C. Yeah.

THE COURT: -- P.L.L.C. or something like that. That's not included in the bankruptcy. And so any assets with regard to that new law firm would be subject to what -- this case isn't even about him, you know what I'm saying? This particular -- their judgment was solely against Ms. Moseley.

And I understand you're talking about the proceeds from the sale of the home. But as far as the divorce goes, when we -- when it comes down to getting everything divided, depending upon what's been pled for, if she alleges she has some kind of interest in the P.L.L.C., the Court will have to award that accordingly. Don't know.

MR. BAYLEY: I guess the only thing that I would just take issue with that, Your Honor, is my -- and, again, I'm not a bankruptcy attorney and I'm also very late to this party. So -- but my understanding is

that the bankruptcy -- the bankruptcy order stayed the collection of any assets of John Moseley's, which would include his new company or anything else that's out there.

THE COURT: Actually, it excluded it.

MR. BAYLEY: Oh, it did? Okay.

THE COURT: I read it during the jury trial. You should have been there. It was excellent.

MR. BAYLEY: I mean, Your Honor, I think that I probably --

THE COURT: It was fun.

MR. BAYLEY: Yeah.

THE COURT: I mean, I'm going to say this. I don't know that -- I assume the guys talked to the jurors, but they seemed to thoroughly just be riveted by the whole thing. They were just, like, all in. They really seemed to have a good time.

MR. JOHNSON: Absolutely.

THE COURT: So, again, I wanted to say thank you guys. Because they -- I mean, it's the first time -- you know, you know how we do our family stuff.

MR. BAYLEY: True.

THE COURT: You don't often find happy jurors after five days, right? They usually like get finished and, like, yeah, bye, right? These folks were

like standing around. They wanted to talk. They wanted to be like, hey, so this was great, da-da-da-da-da. And, I mean, they were actually just pleased as punch that they got to be here for that. So --

MR. JOHNSON: Even Mr. Hamilton, who didn't vote with us, stood outside with us for an hour and a half.

THE COURT: The one who did not want -- you should have seen him, Mr. Bayley.

MR. JOHNSON: He did not want to be on a jury. Yeah.

MR. BLACKBURN: Mr. Clean?

THE COURT: Yes.

MR. JOHNSON: Correct.

MR. B. ZIMMERMAN: The one you left on?

THE COURT: Mr. Bayley, he said everything --

This is a side note. Sorry. You don't have to take this down.

**(Recess)**

THE COURT: Sorry. All right, Roma.

What I read that -- what I believe that the Zimmermans or Mr. Blackburn can tell me -- the date of that. Because that is something that I've had to keep up with forever and a day was the -- the bankruptcy order

lifting the stay. Because we actually entered that again. I think that you had filed that --

MR. BLACKBURN: That was an exhibit, Judge.

THE COURT: Yes. We've had thousands.

MR. BLACKBURN: Let's see. May 20th of 2026.

THE COURT: Thank you. See there? May 20, '26.

MR. BLACKBURN: You need a copy, Judge? Because I --

THE COURT: Yeah, yeah, yeah. Thanks. Is it 21?

MS. HOBBS: That's double-sided. She can have this.

MR. BLACKBURN: Let's see here.

THE COURT: No.

MS. HOBBS: 26.

THE COURT: Oh, the 26th of May?

MS. HOBBS: May 20th, 2026.

THE COURT: Yeah. I don't have anything for the 20th. They might not have gotten it in here.

MR. BLACKBURN: I believe it's Exhibit B to our response.

THE COURT: Okay. That's fine. Okey-dokey. But Mr. Bayley, if you -- let's see here.

Where is it? I don't see it in here.

MR. BLACKBURN: Let's see, Judge.

THE COURT: I see the adversarial stay. I don't see anything about the -- this isn't the --

MR. BLACKBURN: Exhibit B.

THE COURT: No. It's -- it's the actual stay. This is the temporary injunction done by the bankruptcy court. I need the actuals.

MS. HOBBS: I'm sorry.

MR. BLACKBURN: Oh, I'm sorry.

MR. BAYLEY: Okay.

THE COURT: Because it actually -- they wrote -- they wrote in at the bottom excluding M.M.A P.L.L.C. at the bottom of the paragraph.

MR. BAYLEY: I apologize, Your Honor. I was -- I've seen the temporary injunction they're referring to.

THE COURT: Yes. No, we're not talking about that one.

MR. BAYLEY: I haven't seen the --

THE COURT: Right. I'm just giving you the benefit of what I remember. It's not a correction or anything. But I believe that everybody is well versed in what were able to do, what findings the Court is going to be able to make. Because what's going to guide me is

actually the Motion to Stay order. Because I know that I can actively proceed against those property items that belong to both couples that are subject to the stay. And I'm only mentioning that because we still have to finalize the divorce, and it says that part about M.M.A. P.L.L.C. But if I'm wrong you'll come back and tell me. So do you want to look at that and talk with them and see if there's something else you believe that should be added? Because I think that I have covered a wide berth of the things that they shouldn't do.

MR. B. ZIMMERMAN: You have.

THE COURT: And I did so intentionally.

MR. B. ZIMMERMAN: You have.

THE COURT: So that they can't say, oh, I didn't know because it's so expansive. You should ask if you don't know.

MR. B. ZIMMERMAN: The -- and I'm happy to visit with them. The one thing I want to make a sure -- and I think it's crystal clear -- is that the use of any funds to pay fees is not in the TUFTA case. They can't --

THE COURT: Right. I don't think so.

MR. B. ZIMMERMAN: All right.

THE COURT: Because that's for the divorce. And they put those things on hold until the divorce is

finalized.

MR. B. ZIMMERMAN: Correct.

THE COURT: So -- but I'm taking Mr. Bayley out. And Mr. Bayley really and truly has no dog in this fight. I have no reason not to believe that it still has the amount of money that he says. And, perhaps, Mr. Moseley was just poking a bit of fun at you.

MR. BAYLEY: He does have a unique sense of humor. But as somebody else who has a unique sense of humor, I see it. And witnessing their back-and-forths, I -- I don't -- I just truly don't know. But I would just represent to the Court --

THE COURT: Yes.

MR. BAYLEY: -- that I saw a screenshot of what was in the bank account --

THE COURT: Okay.

MR. BAYLEY: -- days before we were coming in here for the jury trial.

MR. B. ZIMMERMAN: See, that's a problem. Because my understanding is it was dissipated after the jury trial, after the verdict.

THE COURT: Well, then call the attorney. Why don't you call the attorney and ask her what's left -- what she has? Because she's the one who --

MR. B. ZIMMERMAN: No. Because the money's

still in the account for the proceeds. But the -- remember, Judge, there were two accounts. One --

THE COURT: You're talking about the bank account, her bank account.

MR. B. ZIMMERMAN: Yeah.

THE COURT: Where is -- okay --

MR. JOHNSON: The separate property account.

MR. B. ZIMMERMAN: He represents her, Mr. Blackburn.

THE COURT: What -- what -- what needs to happen is that she needs to give them an answer as far as what, if any, funds remain in that account. I need to know. Because he's making an assertion that I don't necessarily believe that Ms. Moseley has somehow or another removed those proceeds. And I've not yet made a determination on what should happen to those proceeds. And I need to know.

MR. BLACKBURN: Okay.

THE COURT: So if you can get that, and get that to them within the next -- today is Wednesday -- by -- by Friday morning. Just -- just in a balance. That's all.

MR. BLACKBURN: Just the balance?

THE COURT: Yes.

MR. BLACKBURN: Okay.

MR. B. ZIMMERMAN: And I believe we -- we set a Motion for Entry of Judgment for Friday if -- if you're --

THE COURT: So then you'll be back.

MR. B. ZIMMERMAN: Yes, Your Honor.

THE COURT: See?

MR. BLACKBURN: Your Honor -- Your Honor, I haven't seen a setting on a hearing for that. And I'm getting on an airplane to go to Virginia in the morning.

THE COURT: Well, it's here now. You've got a copy, now hand it to him so he can take it. And I don't want you not to go to Virginia. And you can always -- because I'm going to be gone for a week after that. So if there is something that needs to be done, he does have it set for -- no. I don't see it. That's not done.

But anyways, we can have any kind of conference that you guys like about the order if you have problems with it. But since you all are here now, I would use the time wisely, you know what I mean? Just so that you're not held up any further than you already have been by these proceeds, you know.

MR. BLACKBURN: We --

MS. HOBBS: We -- we will have objections

to the proposed final judgment --

THE COURT: Uh-huh.

MS. HOBBS: -- to present to the Court --

THE COURT: Okay.

MS. HOBBS: -- on -- on their Motion for Entry of Judgment.

THE COURT: Okay. So then -- then, perhaps, can you relay some of those things to Mr. Zimmerman at this time?

MS. HOBBS: Sure. But the primary one is that there's only one final judgment in a -- in a lawsuit, and this divorce is ongoing. So you can't enter a final judgment as to these TUFTA claims while the divorce is still proceeding, because Texas law is very clear there can only be one final judgment in a case.

THE COURT: I'm not doing a judge- -- they intervened in it. And it could be a interim order. I hear what she's saying.

THE COURT COORDINATOR: Interlocutory, Judge. I already explained that to the --

MR. B. ZIMMERMAN: I agree with Victor.

THE COURT: Okay.

MR. B. ZIMMERMAN: It's an interlocutory judgement.

THE COURT: You can just type that on the

top.

MR. B. ZIMMERMAN: Sure.

THE COURT: If they type "interlocutory" on the top?

MS. HOBBS: I have not looked through all of it for all of the objections I have. But I'm happy to work with all, if we want to set up a call or something.

THE COURT: Okay.

MR. B. ZIMMERMAN: Can we -- can we have it heard, though, Friday? And I'm --

MS. HOBBS: I'm not here on Friday.

THE COURT: Can you guys --

MS. HOBBS: And you guys are out of town this --

**(Simultaneous crosstalk.)**

THE COURT: Can you guys use this time now --

MR. B. ZIMMERMAN: Yes.

THE COURT: -- and talk?

MR. B. ZIMMERMAN: Yes.

THE COURT: And we have the attorney ready rooms. I don't think you have to stay. He's not going to. You all can take this time to talk now while you're here.

MR. B. ZIMMERMAN: That would be great.

THE COURT: And set a date that you can be available. If you need me, I'll be back in town. Perhaps I can do it Friday morning. Maybe, maybe not, but I can --

MR. B. ZIMMERMAN: That would be great.

THE COURT: But I -- I'll be here definitely Friday morning if you're available. If not, the next Friday, because I'm in a conference the following week. So that's why I would not be necessarily available, but I can try to make myself available --

MR. G. ZIMMERMAN: Thank you, Your Honor.

THE COURT: -- once I return. But I would just suggest since we have so many of the necessary parties here right now, if you could just throw out -- I'm not trying to commit you to anything, ma'am. I'm simply saying that we've been here time and time again, Mr. Blackburn and the two Mr. Zimmermans. And also our newfound friend that came to the jury trial with us, three, four hours. I'm trying to cut down on that.

I enjoy the visits. Don't get me wrong. But we -- I need to know if you guys can whittle some of them down. Because some of them are just common sense differences that you would find in what's allowable in the Family Code and what's allowable in the Civil Code as it relates to the TUFTA claim, okay? They just want to

make sure with you all, as I understand, that the assets are protected until such time that we do a final order on the divorce. And we need to make sure that happens.

MR. BLACKBURN: And --

THE COURT: The judgment needs to be protected. And whether or not we need to say it's an interlocutory order, that's fine. But if there's -- if there's nothing else fundamentally wrong with this order, other than putting a new name on the title, that should do it. We should be done.

MR. BLACKBURN: I think there's more to it than that.

THE COURT: I -- you know, I never doubt that there's always going to be more to it. But these parties are going to be divorced one way or another. The jury has spoken. That issue is resolved.

Go ahead, sir.

MR. BLACKBURN: Judge, as a side and kind of what you hinted at, when -- and because this is kind of outside our bailiwick -- when are they getting divorced? Has that been set yet?

THE COURT: Ask this person. It's already set because they said they had an agreement, last I checked.

MR. BAYLEY: We -- we were -- we're at the

1-yard line. I've been waiting for Mr. York. Mr. York is in Las Vegas right now.

THE COURT: Of course he is.

MR. BAYLEY: So I -- I think there has been some trepidation based upon what happened with the Court as to how do we proceed forward. But we -- I just need Mr. York to come back. And we'll -- we will have this hammered out.

THE COURT: Mr. -- Mr. Bayley, if you can't, we'll just get it another trial date.

MR. BAYLEY: Understood.

THE COURT: Because we took it off the trial date with the -- and it wasn't you. We took it off the trial date with the understanding that there was going to be an agreement, so I didn't need to leave it on the trial date. I could have left it for the following week after they finished their trial because that's how we had this set up.

They went first, the divorce was supposed to go later. We removed the divorce because we were notified that there was an agreement. And if there is no agreement, then I need to put you guys back on. Because it's no longer a jury trial for those issues. They waived that. And so I can find the time to get it done, but I need to have these parties divorced.

MR. BAYLEY: Understood, Your Honor. And my understanding is there absolutely is going to be an agreement. It's just getting it buttoned up. And I'm just waiting to work this out with Mr. York.

THE COURT: Okay.

MR. BAYLEY: So, hopefully --

THE COURT: You'll be there next week.

MR. BAYLEY: Yeah. Well, okay. Yeah. I guess we'll figure it out in San Antonio.

THE COURT: Okay.

MR. BLACKBURN: I guess all the family lawyers are getting together in San Antonio.

THE COURT: It's called Advanced Family. It's the one time we all get together and commune like Boy Scouts and Girl Scouts. It's a lovely event.

MR. BLACKBURN: Well, I hope it's indoors. I was in San Antonio yesterday. It was 104.

THE COURT: Absolutely. See? This is why -- yes. I'm sorry.

And we're off the record. Thank you.

**(End of proceedings.)**

REPORTER'S CERTIFICATE

THE STATE OF TEXAS )
COUNTY OF HARRIS )

I, Roma L. Lizcano, Official Court Reporter in and for the 245th District Court of Harris County, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record, in the above-styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the requested exhibits, if any, admitted, tendered in an offer of proof or offered into evidence.

I further certify that the total cost of this Reporter's Record is $504.00 and was paid/will be paid by SPENCER FANE, L.L.P.

WITNESS BY MY OFFICIAL HAND this the 28th day of August, 2026.

/s/ Roma L. Lizcano
Roma L. Lizcano, TX CSR 12660
Expiration Date: 04/30/2027
Official Court Reporter
245th District Court
201 Caroline Street, 15th Floor
Houston, Texas 77002

*****

***********************************************************

**A**

**able** (17:24)(17:25)
**above** (28:6)
**above-styled** (28:10)
**above-titled** (1:18)
**absolutely** (11:22)(14:18)(27:2)(27:18)
**access** (2:23)
**accessing** (4:20)
**accordingly** (13:20)
**account** (7:20)(9:6)(9:10)(9:11)(9:17)(19:15)(20:1)(20:4)(20:8)(20:13)
**accounts** (20:2)
**action** (8:19)(12:14)
**actions** (6:9)
**actively** (10:17)(18:2)
**actual** (17:6)
**actually** (14:5)(15:3)(16:1)(17:12)(18:1)
**actuals** (17:8)
**add** (11:18)(12:2)
**added** (18:9)
**admitted** (28:15)
**advanced** (27:13)
**adversarial** (17:3)
**after** (5:13)(12:3)(14:24)(19:20)(19:21)(21:14)(26:17)
**again** (11:17)(13:24)(14:19)(16:2)(24:16)
**against** (12:15)(13:14)(18:2)
**ago** (6:21)(9:9)
**agree** (7:8)(13:4)(22:21)
**agreement** (25:23)(26:15)(26:21)(26:22)(27:3)
**ahead** (4:2)(4:6)(8:5)(25:17)
**airplane** (21:10)
**alienating** (10:10)
**all** (4:3)(4:4)(4:15)(5:23)(6:5)(9:6)(10:5)(14:16)(15:21)(18:23)(20:23)(21:20)(23:5)(23:6)(23:7)(23:23)(25:1)(27:11)(27:14)(28:7)(28:11)
**alleges** (13:19)
**allowable** (24:23)(24:24)
**allowed** (11:1)
**already** (6:10)(6:12)(6:20)(12:17)(21:22)(22:20)(25:22)
**also** (8:14)(10:8)(12:12)(13:24)(24:17)
**always** (21:14)(25:14)
**amount** (19:6)
**ancillary** (5:22)
**and then** (5:11)
**andrew** (2:12)(2:13)(4:13)
**angela** (1:19)
**announcements** (4:4)(4:6)
**another** (12:2)(20:16)(25:15)(26:10)
**answer** (20:12)
**antonio** (27:9)(27:12)(27:17)
**any** (6:9)(9:17)(9:18)(9:20)(9:21)(10:6)(10:7)(10:10)(12:8)(12:14)(12:15)(12:25)(13:10)(14:2)(18:19)(20:13)(21:18)(21:22)(28:15)
**anything** (10:6)(14:3)(16:20)(17:4)(17:23)(24:15)
**anyways** (21:18)
**apologies** (6:3)
**apologize** (17:15)
**appearances** (2:1)(3:6)
**appellate** (9:5)
**approach** (11:21)
**appropriate** (11:19)
**are** (11:3)(12:9)(18:3)(21:20)(23:13)(24:22)(25:2)(25:15)(25:20)(27:12)
**around** (15:1)
**ask** (18:15)(19:23)(25:22)
**asking** (12:6)(12:22)
**assertion** (20:14)
**assets** (6:17)(13:11)(14:2)(25:1)
**assigning** (10:9)
**assume** (10:7)(14:14)
**attorney** (2:5)(2:10)(2:15)(13:24)(19:22)(19:23)(23:21)
**attorneys** (2:23)
**attorney's** (11:2)
**august** (1:17)(3:5)(28:21)
**austin** (2:9)
**authorized** (9:19)(9:22)(10:13)(11:7)
**available** (24:2)(24:7)(24:10)
**award** (13:20)

**B**

**back** (6:19)(8:3)(18:6)(21:5)(24:2)(26:7)(26:22)
**back-and-forths** (19:10)
**bailiwick** (25:20)
**balance** (9:10)(20:22)(20:24)
**balcones** (2:9)
**bank** (7:20)(19:15)(20:3)(20:4)
**bankruptcy** (7:17)(12:12)(13:10)(13:24)(14:1)(15:25)(17:8)
**based** (9:3)(26:5)
**bayley** (2:12)(2:13)(4:13)(5:9)(5:10)(9:8)(10:5)(11:10)(12:5)(12:19)(12:22)(13:2)(13:22)(14:6)(14:9)(14:12)(14:22)(15:9)(15:16)(16:25)(17:11)(17:15)(17:20)(19:3)(19:4)(19:8)(19:14)(19:17)(25:25)(26:4)(26:9)(26:11)(27:1)(27:6)(27:8)
**bayleylawfirm** (2:13)
**bayley's** (10:17)
**because** (5:7)(6:11)(6:18)(6:20)(8:3)(8:5)(8:15)(8:18)(8:21)(10:2)(10:15)(10:16)(11:1)(14:20)(15:24)(16:1)(16:10)(17:12)(17:25)(18:1)(18:4)(18:9)(18:15)(18:24)(19:20)(19:24)(19:25)(20:14)(21:14)(22:14)(24:8)(24:22)(25:19)(25:23)(26:12)(26:17)(26:20)(26:22)
**been** (6:12)(7:1)(12:7)(13:4)(13:18)(14:8)(21:23)(24:16)(25:21)(26:1)(26:4)
**before** (1:19)(7:9)(9:2)(19:17)
**believe** (5:19)(6:15)(7:10)(13:7)(15:22)(16:22)(17:23)(18:8)(19:5)(20:15)(21:2)
**belong** (18:3)
**belonged** (10:19)
**ben** (4:10)
**benefit** (17:22)
**berth** (18:9)
**bit** (19:7)
**blackburn** (2:2)(4:10)(4:23)(4:25)(5:3)(5:6)(5:25)(6:4)(8:4)(8:9)(8:13)(8:17)(9:14)(11:9)(11:11)(11:14)(15:12)(15:23)(16:3)(16:5)(16:9)(16:15)(16:22)(17:2)(17:5)(17:10)(20:10)(20:19)(20:24)(21:1)(21:8)(21:24)(24:17)(25:4)(25:11)(25:18)(27:11)(27:16)
**boerne** (2:4)
**both** (10:20)(18:3)
**bottom** (17:13)(17:14)
**boulevard** (2:22)
**boy** (27:15)
**brian** (2:17)(4:7)
**bring** (8:20)
**brings** (6:7)
**business** (11:6)
**but** (5:15)(6:7)(6:13)(7:1)(8:25)(11:19)(12:1)(12:22)(13:16)(13:25)(14:15)(16:25)(17:23)(18:6)(19:3)(19:9)(19:11)(20:1)(21:18)(21:20)(22:10)(23:6)(24:4)(24:6)(24:10)(24:12)(24:21)(25:7)(25:14)(26:6)(26:25)
**buttoned** (27:3)
**bye** (14:25)
**bzimmerman** (2:18)

**C**

**call** (4:3)(19:22)(19:23)(23:7)
**called** (5:5)(27:13)
**came** (1:18)(24:18)
**camilla** (1:7)
**can** (4:3)(5:13)(6:9)(8:14)(12:2)(15:23)(16:13)(18:2)(20:20)(21:12)(21:13)(21:18)(22:8)(22:15)(22:25)(23:9)(23:12)(23:16)(23:23)(24:1)(24:3)(24:4)(24:10)(24:21)(26:24)
**can't** (6:18)(7:14)(11:19)(11:22)(18:14)(18:21)(22:12)(26:10)
**caroline** (28:24)
**case** (4:3)(10:4)(12:11)(13:12)(18:20)(22:15)
**cash** (9:20)
**cause** (1:2)(1:19)(28:11)
**certain** (4:20)
**certificate** (28:1)
**certification** (3:9)

**certify** (28:6)(28:13)(28:17)
**chambers** (28:11)
**checked** (25:24)
**checking** (9:17)
**children** (1:8)
**chronological** (3:1)(3:7)
**civil** (24:24)
**claim** (11:4)(24:25)
**claims** (22:13)
**clean** (15:12)
**clear** (18:19)(22:15)
**client** (10:17)(12:3)(12:25)
**code** (10:21)(24:24)
**cohoon** (2:3)
**collect** (12:14)
**collection** (14:2)
**com** (2:3)(2:8)(2:13)(2:18)(2:19)(2:21)
**come** (12:4)(18:6)(26:7)
**comes** (5:12)(13:17)
**coming** (19:17)
**commit** (24:15)
**common** (24:22)
**commune** (27:14)
**community** (10:13)
**company** (14:3)
**computerized** (1:21)
**concern** (7:9)
**concerned** (6:16)
**conference** (21:19)(24:8)
**confused** (8:23)
**connection** (10:22)(11:2)
**contains** (28:7)
**control** (9:21)
**coordinator** (22:19)
**copy** (8:6)(8:15)(16:9)(21:12)
**correct** (4:20)(13:2)(15:14)(19:2)(28:7)
**correction** (17:22)
**correctly** (28:14)
**cost** (28:17)
**could** (10:17)(10:21)(11:25)(22:17)(24:14)(26:16)
**counsel** (4:6)(8:3)(28:9)
**county** (1:8)(1:20)(28:3)(28:5)
**couple** (7:4)
**couples** (18:3)
**course** (12:16)(26:3)
**court** (1:2)(1:3)(3:9)(4:2)(4:12)(4:15)(4:18)(4:22)(4:24)(5:2)(5:5)(5:7)(5:12)(5:23)(6:2)(6:6)(6:18)(6:23)(7:1)(7:5)(7:6)(7:14)(7:16)(7:17)(7:21)(7:23)(8:2)(8:5)(8:7)(8:12)(8:14)(8:18)(9:9)(9:12)(9:16)(9:19)(9:25)(10:21)(11:13)(11:16)(11:22)(11:25)(12:18)(12:20)(12:21)(12:24)(13:3)(13:9)(13:20)(14:5)(14:7)(14:11)(14:13)(14:19)(14:23)(15:8)(15:13)(15:16)(15:21)(16:4)(16:7)(16:11)(16:16)(16:18)(16:20)(16:24)(17:3)(17:6)(17:8)(17:12)(17:18)(17:21)(17:24)(18:12)(18:14)(18:22)(18:24)(19:3)(19:12)(19:13)(19:16)(19:22)(20:3)(20:6)(20:11)(20:20)(20:25)(21:5)(21:7)(21:11)(22:2)(22:3)(22:4)(22:7)(22:16)(22:19)(22:22)(22:25)(23:3)(23:8)(23:12)(23:16)(23:19)(23:21)(24:1)(24:6)(24:12)(25:5)(25:13)(25:22)(26:3)(26:5)(26:9)(26:12)(27:5)(27:7)(27:10)(27:13)(27:18)(28:4)(28:5)(28:11)(28:23)(28:24)
**courthouse** (9:1)
**court's** (12:16)
**covered** (10:15)(11:6)(18:9)
**crosstalk** (23:15)
**crystal** (18:19)
**csr** (28:22)
**cut** (24:19)

## D

**da-da-da-da-da** (15:2)
**date** (15:23)(24:1)(26:10)(26:13)(26:14)(26:16)(28:23)
**day** (1:17)(7:9)(15:25)(28:20)
**days** (5:11)(14:24)(19:17)
**definitely** (24:7)
**depending** (13:18)
**determination** (20:17)
**did** (5:23)(6:21)(6:22)(6:25)(10:1)(10:16)(10:23)(11:16)(14:6)(15:8)(15:10)(18:12)
**didn't** (6:5)(8:21)(15:5)(18:15)(26:15)
**differences** (24:23)
**dissipate** (9:3)
**dissipated** (19:20)
**dissipation** (6:17)
**district** (1:3)(1:5)(28:5)(28:24)
**divided** (13:18)
**division** (13:1)
**divorce** (10:4)(11:3)(11:4)(13:17)(18:5)(18:24)(18:25)(22:12)(22:14)(25:3)(26:19)(26:20)
**divorced** (25:15)(25:21)(26:25)
**does** (19:8)(21:16)
**doesn't** (8:21)(8:22)
**dog** (19:4)
**doing** (22:16)
**done** (12:17)(17:7)(21:15)(21:17)(25:10)(26:24)
**don't** (6:9)(7:3)(7:16)(8:20)(10:5)(11:8)(12:2)(13:21)(14:14)(14:23)(15:18)(16:20)(17:1)(17:4)(18:16)(18:22)(19:11)(19:23)(20:14)(21:13)(21:16)(23:22)(24:20)
**double-sided** (16:13)
**doubt** (10:5)(25:13)
**down** (13:17)(15:19)(24:19)(24:22)
**drive** (2:9)
**during** (10:4)(14:7)

## E

**eajf** (2:24)(4:8)
**effect** (11:10)(12:3)
**either** (9:20)(10:11)(11:25)
**elizabeth** (1:4)(1:7)(2:5)(2:10)
**else** (9:4)(10:24)(11:8)(14:3)(18:8)(19:9)(25:8)
**e-mail** (2:3)(2:8)(2:13)(2:18)(2:19)(2:21)(7:10)(7:15)
**encumbering** (10:10)
**end** (27:21)
**enforcement** (8:19)
**enjoin** (5:8)
**enjoy** (24:20)
**enough** (7:25)
**enter** (6:9)(6:15)(22:12)
**entered** (16:1)
**entering** (12:14)
**entry** (21:3)(22:6)
**equal** (2:23)
**esq** (2:24)(4:9)
**even** (8:20)(9:2)(13:12)(15:5)
**event** (27:15)
**everybody** (17:23)
**everything** (9:4)(13:18)
**evidence** (28:8)(28:16)
**excellent** (14:8)
**except** (9:18)(9:21)(10:13)
**excluded** (13:6)(14:5)
**excluding** (17:13)
**exclusive** (13:5)
**exhibit** (16:3)(16:22)(17:5)
**exhibits** (28:15)
**expansive** (18:15)
**expenditures** (10:23)(11:1)
**expenses** (11:5)
**expiration** (28:23)
**explain** (12:4)
**explained** (22:20)
**extent** (13:4)
**extinguished** (6:12)(7:2)(12:1)

## F

**face** (7:19)(9:7)
**family** (10:21)(14:21)(24:24)(27:11)(27:13)
**fane** (2:21)(28:19)
**far** (13:16)(20:12)
**fees** (11:2)(18:20)
**fight** (19:5)
**figure** (5:13)(27:9)
**filed** (5:18)(6:7)(16:2)
**final** (5:23)(5:25)(22:1)(22:11)(22:13)(22:15)(25:2)
**finalize** (18:5)
**finalized** (19:1)

**financial** (9:18)
**find** (8:16)(14:23)(24:23)(26:24)
**findings** (17:24)
**fine** (16:24)(25:7)
**finished** (4:17)(14:25)(26:17)
**firm** (2:13)(13:6)(13:11)
**first** (5:11)(14:20)(26:19)
**five** (14:24)
**fjohnson** (2:19)
**floor** (28:24)
**folks** (14:25)
**following** (1:17)(24:9)(26:16)
**food** (11:5)
**for** (1:14)(2:5)(2:10)(2:15)(2:23)(3:2)(4:8)(4:11)(4:14)(5:11)(6:20)(6:21)(6:23)(8:10)(9:18)(9:21)(10:3)(10:5)(11:2)(11:5)(11:7)(12:6)(12:22)(13:18)(15:4)(15:6)(18:24)(19:18)(20:1)(21:3)(21:9)(21:14)(21:16)(22:5)(23:6)(26:1)(26:16)(26:23)(28:5)(28:9)
**for the** (16:21)
**force** (11:10)
**foregoing** (28:6)
**forever** (15:25)
**forward** (26:6)
**four** (24:19)
**fraudulent** (7:21)
**fred** (4:8)
**frederick** (2:18)
**free** (12:16)
**freeze** (12:14)
**friday** (20:22)(21:3)(23:10)(23:11)(24:3)(24:7)(24:8)
**friend** (24:18)
**from** (4:19)(5:20)(7:11)(9:17)(12:13)(12:20)(13:16)
**full** (11:10)
**fun** (14:11)(19:7)
**fund** (2:23)(2:24)
**fundamentally** (25:8)
**funds** (4:19)(4:20)(6:10)(10:4)(10:18)(12:8)(12:9)(18:20)(20:13)
**further** (12:23)(21:22)(28:13)(28:17)

## G

**gary** (2:20)(4:7)
**gave** (9:25)
**get** (14:24)(20:20)(24:20)(26:10)(26:24)(27:14)
**getting** (13:17)(21:10)(25:20)(27:3)(27:12)
**girl** (27:15)
**give** (20:12)
**giving** (17:21)
**glad** (10:1)
**goes** (5:21)(13:17)
**going** (4:15)(7:12)(8:15)(12:25)(14:13)(17:24)(17:25)(21:14)(23:22)(25:14)(25:15)(26:15)(27:2)
**gone** (8:1)(21:14)
**good** (14:17)
**got** (7:10)(11:6)(15:4)(21:12)
**gotten** (16:21)
**gracious** (7:24)
**great** (15:2)(23:25)(24:5)
**grin** (7:19)(9:6)
**guess** (5:14)(6:7)(13:22)(27:9)(27:11)
**guide** (17:25)
**guy** (8:25)
**guys** (14:14)(14:20)(21:19)(23:12)(23:13)(23:16)(24:21)(26:22)
**gzimmerman** (2:21)

## H

**had** (8:5)(9:2)(11:14)(15:24)(16:2)(16:4)(25:23)(26:18)
**half** (15:7)
**hamilton** (15:5)
**hammered** (26:8)
**hand** (21:12)(28:20)
**happen** (20:12)(20:17)
**happened** (26:5)
**happens** (25:3)
**happy** (14:23)(18:17)(23:6)
**harris** (1:8)(1:20)(28:3)(28:5)
**has** (7:1)(10:5)(12:10)(13:19)(19:4)(19:5)(19:9)(19:24)(20:15)(25:16)(25:21)(26:4)
**have** (5:9)(5:15)(5:19)(5:21)(6:4)(6:8)(6:10)(7:17)(8:6)(10:7)(11:17)(11:19)(11:22)(12:2)(12:5)(12:7)(12:25)(13:4)(13:20)(14:8)(14:17)(15:9)(15:19)(16:14)(16:20)(16:21)(18:4)(18:9)(18:11)(18:13)(19:5)(19:8)(21:16)(21:18)(21:19)(21:22)(21:25)(23:5)(23:6)(23:9)(23:21)(23:22)(24:13)(26:7)(26:16)(26:25)
**haven't** (12:25)(17:20)(21:9)
**having** (13:3)
**hear** (8:25)(22:18)
**heard** (9:3)(23:10)
**hearing** (21:9)
**held** (1:18)(1:20)(21:22)
**help** (8:22)
**her** (7:15)(8:22)(19:23)(20:4)(20:9)
**here** (4:13)(5:1)(6:5)(10:4)(15:4)(16:15)(16:21)(16:25)(17:1)(19:18)(21:11)(21:20)(23:11)(23:24)(24:6)(24:14)(24:16)
**hereby** (28:6)
**he's** (8:24)(20:14)(23:22)
**hey** (15:2)
**him** (8:21)(8:22)(13:12)(15:9)(21:12)
**hinted** (25:19)
**his** (7:19)(9:6)(13:6)(14:3)
**hobbs** (2:7)(4:11)(8:6)(16:13)(16:17)(16:19)(17:9)(21:25)(22:3)(22:5)(22:10)(23:5)(23:11)(23:13)
**hobbstexasappeals** (2:8)
**hold** (10:19)(10:22)(11:4)(18:25)
**holding** (7:11)(12:11)
**home** (7:12)(13:16)
**honor** (4:23)(5:20)(6:1)(6:14)(6:15)(7:4)(7:8)(9:8)(12:5)(13:23)(14:9)(17:15)(21:6)(21:8)(24:11)(27:1)
**honorable** (1:19)
**hope** (27:16)
**hopefully** (27:6)
**hour** (15:6)
**hours** (24:19)
**houston** (1:20)(2:14)(2:22)(28:25)
**how** (14:21)(26:6)(26:17)
**humor** (19:9)(19:10)
**hurt** (8:22)
**hurts** (8:22)

## I

**i'd** (7:4)
**idea** (10:6)
**i'll** (4:2)(24:2)(24:6)
**i'm** (4:15)(5:4)(9:12)(10:1)(10:14)(10:24)(11:9)(13:13)(13:24)(14:13)(17:9)(17:10)(17:21)(18:4)(18:6)(18:17)(19:3)(21:9)(21:14)(22:16)(23:6)(23:10)(23:11)(24:8)(24:15)(24:19)(27:3)(27:19)
**imminent** (6:14)(6:15)
**include** (14:3)
**included** (13:10)(28:9)
**incorporating** (8:10)
**index** (3:1)(3:7)
**indoors** (27:16)
**injunction** (4:18)(5:4)(5:11)(5:12)(6:11)(8:10)(12:7)(12:15)(17:7)(17:16)
**injunctions** (11:23)
**institution** (9:18)
**intentionally** (18:12)
**interest** (1:6)(12:10)(13:19)
**interesting** (8:25)
**interim** (22:17)
**interlocutory** (22:19)(22:23)(23:3)(25:7)
**intertwined** (5:14)
**intervened** (22:17)
**intervenor-defendant** (4:11)
**intervenors** (2:23)(4:8)
**intervenors's** (4:17)(8:9)(12:13)
**into** (7:18)(28:16)
**iolta** (10:19)
**isn't** (13:12)(17:4)
**issue** (12:24)(13:23)(25:16)
**issues** (26:23)
**items** (18:2)
**it's** (5:5)(6:7)(8:15)(9:6)(11:19)(12:16)(14:20)

(16:22)(17:6)(17:22)(18:15)(18:19)(21:11)(22:23)(25:6)(25:22)(26:23)(27:3)(27:13)(27:14)(27:15)(27:16)
**i've** (11:6)(15:24)(17:16)(20:16)(26:1)

## J

**jayne** (1:4)(2:5)(2:10)(4:5)(4:11)
**jbblackburn** (2:3)
**john** (1:5)(2:2)(2:15)(4:5)(4:10)(4:14)(14:2)
**johnson** (2:18)(4:8)(13:8)(14:18)(15:5)(15:10)(15:14)(20:7)
**judge** (1:20)(8:13)(9:15)(11:12)(16:3)(16:9)(17:2)(20:2)(22:16)(22:20)(25:18)
**judgement** (22:24)
**judgment** (5:15)(5:16)(5:20)(5:25)(6:2)(6:8)(6:15)(13:13)(21:3)(22:1)(22:6)(22:11)(22:13)(22:15)(25:5)
**judicial** (1:5)
**jurors** (14:15)(14:24)
**jury** (5:20)(6:14)(6:16)(7:10)(14:7)(15:11)(19:18)(19:21)(24:18)(25:16)(26:23)
**just** (8:23)(9:8)(13:1)(13:23)(14:15)(14:16)(15:3)(17:21)(19:7)(19:11)(19:12)(20:22)(20:24)(21:21)(22:25)(24:13)(24:14)(24:22)(24:25)(26:6)(26:10)(27:3)(27:4)
**justice** (2:23)
**justifiably** (10:21)

## K

**keep** (15:24)
**ketchum** (2:3)
**kind** (13:1)(13:19)(21:18)(25:18)(25:19)
**knew** (10:18)
**know** (6:5)(6:9)(10:25)(11:8)(11:18)(13:12)(13:21)(14:14)(14:21)(18:1)(18:15)(18:16)(19:11)(20:14)(20:18)(21:21)(21:23)(24:21)(25:13)
**knowledge** (10:7)

## L

**lancelin** (1:19)
**las** (26:2)
**last** (9:9)(25:23)
**late** (13:25)
**later** (26:20)
**law** (2:8)(2:13)(13:6)(13:11)(22:14)
**lawsuit** (22:12)
**lawyer** (7:11)(9:5)
**lawyers** (9:5)(27:12)
**lbh** (2:8)
**leave** (26:15)
**left** (15:15)(19:24)(26:16)
**leger** (2:3)
**let** (7:3)(8:4)(11:18)
**let's** (5:15)(16:5)(16:15)(16:25)(17:2)
**lift** (13:5)
**lifting** (16:1)
**light** (6:14)(6:16)
**like** (7:4)(9:10)(11:18)(13:9)(14:16)(14:24)(14:25)(15:1)(15:2)(21:19)(27:14)
**line** (26:1)
**lisa** (2:7)(2:8)(4:10)
**living** (11:5)
**lizcano** (28:4)(28:22)
**lkclawfirm** (2:3)
**longer** (8:15)(26:23)
**look** (11:16)(18:7)
**looked** (6:4)(23:5)
**looking** (9:12)
**loop** (2:14)
**lovely** (27:15)

## M

**ma'am** (24:15)
**machine** (1:21)
**made** (12:25)(20:16)
**main** (2:4)
**make** (4:3)(4:6)(11:1)(17:25)(18:18)(24:10)(25:1)(25:3)
**making** (9:16)(20:14)
**manner** (10:10)
**many** (24:13)
**mark** (10:8)
**marriage** (1:3)
**matter** (1:3)(4:5)
**may** (4:25)(11:21)(16:7)(16:18)(16:19)
**maybe** (24:3)
**mean** (6:23)(14:9)(14:13)(14:20)(15:3)(21:21)
**mentioning** (18:4)
**mia** (1:7)
**might** (16:21)
**mind** (7:4)
**mistaken** (11:9)
**modified** (12:1)
**modify** (11:18)
**money** (7:13)(7:19)(7:25)(9:4)(19:6)
**money's** (19:25)
**months** (6:21)
**more** (6:9)(25:11)(25:14)
**morning** (20:22)(21:10)(24:3)(24:7)
**mortgaging** (10:9)
**moseley** (1:4)(1:5)(1:7)(1:8)(2:5)(2:10)(2:15)(4:5)(4:11)(4:14)(4:19)(7:18)(12:10)(13:14)(19:7)(20:15)
**moseley's** (7:20)(12:15)(14:2)
**motion** (1:14)(3:2)(8:10)(18:1)(21:3)(22:5)
**moving** (12:8)
**mrs** (7:20)
**myself** (24:10)

## N

**name** (25:9)
**necessarily** (10:20)(20:15)(24:9)
**necessary** (11:5)(24:13)
**need** (16:9)(17:8)(20:13)(24:2)(24:21)(25:3)(25:6)(26:6)(26:15)(26:22)(26:25)
**need to** (20:18)
**needs** (20:11)(20:12)(21:15)(25:5)
**never** (5:13)(25:13)
**new** (13:6)(13:11)(14:3)(25:9)
**newfound** (24:18)
**next** (20:21)(24:8)(27:7)
**north** (2:14)
**not** (6:6)(6:12)(7:1)(9:2)(9:22)(10:6)(10:17)(10:24)(11:4)(11:9)(13:10)(13:24)(15:8)(15:10)(16:21)(17:18)(17:22)(18:20)(19:5)(20:16)(21:13)(21:16)(21:22)(22:16)(23:5)(23:11)(23:22)(24:3)(24:7)(24:9)(24:15)(25:6)
**note** (15:18)
**nothing** (11:8)(25:8)
**notified** (26:21)
**now** (4:3)(4:15)(4:16)(12:3)(12:16)(21:11)(21:12)(21:20)(23:17)(23:23)(24:14)(26:2)
**number** (7:9)
**numbered** (1:19)(28:10)

## O

**oak** (2:22)
**objections** (21:25)(23:6)
**obviously** (7:8)
**occurred** (28:11)
**off** (4:16)(26:12)(26:13)(27:20)
**offer** (28:15)
**offered** (28:16)
**official** (28:4)(28:20)(28:23)
**often** (14:23)
**okay** (4:22)(5:6)(7:6)(13:3)(14:6)(16:24)(17:11)(19:16)(20:6)(20:19)(21:1)(22:4)(22:7)(22:22)(23:8)(24:25)(27:5)(27:8)(27:10)
**okey-dokey** (16:25)
**once** (24:12)
**one** (6:19)(7:9)(8:9)(10:8)(11:6)(12:2)(15:8)(15:15)(17:19)(18:18)(19:24)(20:2)(22:10)(22:11)(22:15)(25:15)(27:14)
**ongoing** (22:12)
**only** (8:22)(10:18)(10:20)(11:1)(11:7)(12:2)(13:22)(18:4)(22:11)(22:15)
**open** (28:11)
**operating** (13:5)
**order** (1:14)(3:2)(4:18)(5:1)(5:7)(5:10)(5:13)(5:19)(5:21)(5:24)(7:16)(8:5)(8:11)(9:14)(9:22)(10:13)(11:8)

(12:12)(13:5)(14:1)(15:25)(18:1)(21:19)(22:17)(25:2)(25:7)(25:8)
**originally** (8:8)
**other** (9:5)(10:10)(25:9)(28:8)
**our** (10:1)(14:21)(16:23)(24:17)(25:20)
**out** (5:14)(9:6)(14:3)(19:4)(23:13)(24:14)(26:8)(27:4)(27:9)
**outside** (15:6)(25:20)
**overall** (10:2)

## P

**page** (3:5)
**paid** (28:18)
**paid/will** (28:18)
**paragraph** (9:13)(17:14)
**paragraphs** (11:17)
**part** (7:20)(18:5)
**participating** (10:18)
**particular** (6:19)(13:13)
**parties** (9:20)(9:21)(10:20)(24:14)(25:15)(26:25)(28:9)
**party** (10:11)(13:25)
**pay** (9:5)(18:20)
**perhaps** (12:1)(19:6)(22:8)(24:3)
**person** (25:22)
**personal** (10:11)
**persons** (11:7)
**petitioner** (2:5)(2:10)
**place** (6:11)
**please** (4:5)(7:16)
**pleased** (15:3)
**pled** (13:18)
**point** (6:7)
**poking** (19:7)
**portions** (28:7)
**position** (12:6)
**possession** (9:20)
**post** (2:22)
**present** (22:3)
**preservation** (10:3)(12:20)
**preserve** (12:19)
**presiding** (1:20)
**pretty** (10:15)
**primary** (22:10)
**principle** (7:8)
**probably** (5:14)(14:10)
**problem** (19:19)
**problems** (21:20)
**proceed** (18:2)(26:6)
**proceeding** (7:17)(22:14)
**proceedings** (1:18)(1:21)(3:8)(4:1)(27:21)(28:8)(28:14)
**proceeds** (7:11)(13:16)(20:1)(20:16)(20:17)(21:23)
**prohibited** (8:8)
**prohibition** (12:7)
**prohibits** (12:13)
**proof** (28:15)
**properties** (11:3)
**property** (10:3)(10:11)(10:12)(12:15)(12:20)(13:6)(18:2)(20:7)
**proposed** (5:15)(5:18)(5:19)(5:21)(22:1)
**protected** (25:2)(25:6)
**pull** (8:5)
**punch** (15:3)
**purpose** (9:18)(9:21)
**put** (10:22)(18:25)(26:22)
**putting** (25:9)

## Q

**questions** (9:2)
**quinn** (1:7)

## R

**ran** (7:18)
**read** (14:7)(15:22)
**ready** (23:21)
**real** (10:11)
**really** (5:13)(14:17)(19:4)
**reason** (10:15)(19:5)
**reasonable** (11:2)(11:5)
**recall** (6:11)(6:20)(8:4)
**recalls** (7:21)
**recess** (15:20)
**record** (1:1)(27:20)(28:10)(28:13)(28:18)
**referring** (10:25)(17:17)
**reflects** (28:14)
**regard** (8:19)(10:1)(13:11)
**registry** (10:19)
**relate** (8:21)
**related** (12:6)(12:9)
**relates** (24:25)
**relay** (22:8)
**release** (7:13)
**relief** (5:22)
**remain** (20:13)
**remember** (17:22)(20:2)
**removed** (20:16)(26:20)
**reported** (1:21)(28:12)
**reporter** (28:4)(28:23)
**reporter's** (1:1)(3:9)(28:1)(28:10)(28:13)(28:18)
**represent** (9:9)(19:12)
**represents** (20:9)
**request** (4:16)(4:18)(6:24)
**requested** (28:8)(28:14)
**resolved** (25:16)
**respondent** (2:15)(4:14)
**response** (16:23)
**restraining** (1:14)(3:2)(5:1)(5:7)(5:10)(5:13)
**restrict** (6:10)
**restricting** (4:19)
**return** (24:12)
**review** (5:23)(11:17)
**right** (4:4)(4:15)(8:12)(11:25)(12:3)(13:1)(14:24)(14:25)(15:21)(17:21)(18:22)(18:23)(24:14)(26:2)
**riveted** (14:15)
**roma** (15:21)(28:4)(28:22)
**rooms** (23:22)

## S

**said** (5:2)(5:3)(13:4)(25:23)
**said everything** (15:17)
**sale** (7:11)(13:16)
**same** (11:23)
**san** (27:9)(27:12)(27:17)
**savings** (9:17)
**saw** (9:10)(19:14)
**say** (8:18)(14:13)(14:19)(18:14)(25:6)
**saying** (7:16)(13:13)(22:18)(24:16)
**says** (10:8)(18:5)(19:6)
**sbot** (2:2)(2:7)(2:12)(2:17)(2:19)(2:20)
**scouts** (27:15)
**screenshot** (19:14)
**secondarily** (7:17)
**see** (8:14)(12:24)(16:5)(16:7)(16:15)(16:25)(17:1)(17:2)(17:3)(17:4)(18:7)(19:10)(19:19)(21:7)(21:16)(27:18)
**seeking** (5:22)
**seemed** (14:15)(14:17)
**seen** (15:9)(17:16)(17:20)(21:9)
**selling** (10:9)
**sense** (19:8)(19:9)(24:22)
**sent** (7:15)
**separate** (10:12)(20:7)
**set** (21:3)(21:16)(23:7)(24:1)(25:21)(25:23)(26:18)
**setting** (21:9)
**settling** (12:11)
**share** (7:4)
**she** (6:18)(7:12)(7:14)(7:24)(13:19)(16:13)(19:24)(20:12)
**she's** (19:24)(22:18)
**shocked** (8:25)
**should** (10:14)(14:8)(15:9)(18:8)(18:15)(20:17)(25:9)(25:10)
**shouldn't** (8:2)(18:10)
**side** (15:18)(25:18)
**sign** (6:8)
**signed** (6:20)(8:5)(8:8)
**simply** (24:16)

**simultaneous** (23:15)
**since** (8:20) (21:20) (24:13)
**sir** (25:17)
**solely** (13:13)
**some** (6:21) (10:16) (13:19) (22:8) (24:21) (24:22) (26:5)
**somebody** (19:9)
**somehow** (20:15)
**something** (12:11) (13:9) (15:24) (18:8) (21:15) (23:7)
**sometimes** (8:23)
**sorry** (5:4) (15:18) (15:21) (17:9) (17:10) (27:19)
**specifically** (9:19) (9:22) (10:3) (12:13)
**spencer** (2:21) (28:19)
**spencerfane** (2:18) (2:19) (2:21)
**spending** (9:19) (12:8)
**spoken** (25:16)
**standing** (8:11) (9:14) (10:2) (15:1)
**start** (4:16)
**started** (7:10)
**state** (28:2) (28:5)
**stay** (13:5) (16:1) (17:3) (17:7) (18:1) (18:3) (23:22)
**stayed** (14:1)
**stenotype** (1:21)
**still** (11:10) (18:4) (19:5) (20:1) (22:14)
**stood** (15:6)
**street** (2:4) (28:24)
**stuff** (14:21)
**subject** (9:20) (13:11) (18:3)
**such** (25:2)
**suggest** (24:13)
**suggesting** (7:12)
**suit** (10:18) (11:3)
**suite** (2:4) (2:9) (2:14) (2:22)
**sum** (9:20)
**supposed** (9:23) (26:19)
**sure** (8:17) (18:18) (22:10) (23:2) (25:1) (25:3)

**T**

**take** (6:9) (8:15) (12:14) (13:23) (15:19) (21:12) (23:23)
**taking** (19:3)
**talk** (15:1) (18:7) (23:19) (23:23)
**talked** (14:14)
**talking** (13:15) (17:18) (20:3)
**tangible** (10:7)
**technically** (6:6)
**telephone** (2:5) (2:10) (2:15) (2:23)
**tell** (7:25) (12:4) (15:23) (18:6)
**temporary** (1:14) (3:2) (4:18) (5:1) (5:4) (8:10) (17:7) (17:16)
**tendered** (28:15)
**terminated** (12:1)
**testified** (13:7)
**testimony** (9:3)
**texas** (1:8) (1:20) (2:4) (2:9) (2:14) (2:22) (10:21) (22:14) (28:2) (28:6) (28:25)
**than** (6:10) (12:23) (21:22) (25:9) (25:12)
**thank** (4:12) (9:12) (14:20) (16:7) (24:11) (27:20)
**thanks** (16:11)
**that** (4:17) (4:18) (4:20) (5:9) (5:14) (5:16) (5:21) (5:22) (6:5) (6:9) (6:15) (6:20) (6:21) (7:1) (7:12) (7:14) (7:16) (7:19) (7:20) (7:25) (8:7) (8:15) (8:18) (8:19) (8:20) (9:1) (9:2) (9:4) (9:6) (9:9) (10:1) (10:5) (10:7) (10:15) (10:18) (10:19) (10:22) (10:23) (11:3) (11:6) (11:17) (12:3) (12:9) (12:11) (12:23) (12:25) (13:3) (13:4) (13:7) (13:10) (13:11) (13:20) (13:22) (13:23) (14:1) (14:10) (14:14) (15:3) (15:4) (15:22) (15:24) (16:1) (16:2) (16:3) (17:19) (17:23) (18:1) (18:2) (18:3) (18:4) (18:5) (18:7) (18:8) (18:9) (18:10) (18:14) (18:19) (19:5) (19:6) (19:14) (20:12) (20:13) (20:14) (20:15) (20:20) (20:21) (21:9) (21:15) (21:19) (21:22) (22:11) (22:20) (22:25) (23:25) (24:1) (24:5) (24:16) (24:18) (24:19) (24:23) (25:1) (25:2) (25:3) (25:9) (25:12) (25:14) (25:16) (25:21) (26:14) (26:21) (26:24) (28:6) (28:13) (28:17)
**that's** (5:2) (5:5) (6:12) (11:11) (11:14) (13:2) (13:10) (14:3) (16:13) (16:24) (18:24) (19:19) (20:23) (21:16) (24:9) (25:7) (26:17)
**the** (1:3) (1:6) (1:17) (1:18) (1:19) (2:13) (4:2) (4:3) (4:4) (4:12) (4:14) (4:15) (4:16) (4:17) (4:18) (4:19) (4:22) (4:24) (5:2) (5:5) (5:7) (5:10) (5:11) (5:12) (5:13) (5:20) (5:21) (5:23) (5:25) (6:2) (6:6) (6:8) (6:10) (6:14) (6:15) (6:16) (6:18) (6:19) (6:23) (7:1) (7:5) (7:6) (7:9) (7:10) (7:11) (7:12) (7:13) (7:14) (7:19) (7:20) (7:21) (7:23) (8:2) (8:5) (8:7) (8:8) (8:9) (8:10) (8:12) (8:14) (8:18) (9:1) (9:3) (9:9) (9:10) (9:11) (9:12) (9:14) (9:16) (9:21) (9:25) (10:3) (10:12) (10:15) (10:16) (10:19) (10:20) (10:21) (10:22) (11:3) (11:4) (11:7) (11:13) (11:16) (11:22) (11:23) (11:25) (12:12) (12:13) (12:16) (12:18) (12:19) (12:20) (12:21) (12:24) (13:3) (13:4) (13:5) (13:6) (13:9) (13:10) (13:15) (13:16) (13:19) (13:20) (13:22) (14:1) (14:5) (14:7) (14:11) (14:13) (14:14) (14:16) (14:19) (14:20) (14:23) (15:8) (15:13) (15:15) (15:16) (15:21) (15:22) (15:23) (15:25) (16:1) (16:4) (16:7) (16:11) (16:16) (16:18) (16:20) (16:24) (17:3) (17:4) (17:6) (17:7) (17:8) (17:12) (17:13) (17:14) (17:16) (17:18) (17:20) (17:21) (17:24) (18:1) (18:3) (18:5) (18:10) (18:12) (18:14) (18:17) (18:18) (18:19) (18:20) (18:22) (18:24) (18:25) (19:3) (19:6) (19:12) (19:13) (19:15) (19:16) (19:18) (19:20) (19:21) (19:22) (19:23) (19:24) (19:25) (20:1) (20:3) (20:6) (20:7) (20:11) (20:20) (20:21) (20:24) (20:25) (21:5) (21:7) (21:10) (21:11) (21:19) (21:21) (22:1) (22:2) (22:3) (22:4) (22:7) (22:10) (22:13) (22:16) (22:19) (22:20) (22:22) (22:25) (23:3) (23:4) (23:6) (23:8) (23:12) (23:16) (23:19) (23:21) (24:1) (24:6) (24:8) (24:12) (24:13) (24:17) (24:18) (24:20) (24:24) (24:25) (25:1) (25:3) (25:5) (25:9) (25:13) (25:15) (25:22) (25:25) (26:3) (26:5) (26:9) (26:12) (26:13) (26:14) (26:16) (26:19) (26:20) (26:24) (27:5) (27:7) (27:10) (27:11) (27:13) (27:14) (27:18) (27:20) (28:2) (28:5) (28:6) (28:9) (28:10) (28:13) (28:14) (28:17) (28:20)
**their** (12:6) (13:13) (19:10) (22:5) (26:17)
**them** (5:14) (18:7) (18:18) (20:12) (20:21) (24:22)
**then** (11:18) (19:22) (21:5) (22:7) (26:22)
**there** (6:11) (6:13) (9:10) (10:16) (10:25) (14:4) (14:8) (16:7) (20:2) (21:15) (22:15) (26:4) (26:14) (26:21) (27:2) (27:7)
**there's** (11:8) (18:8) (22:11) (25:7) (25:8) (25:11) (25:14)
**these** (14:25) (21:23) (22:13) (25:14) (26:25)
**they** (8:1) (9:3) (12:6) (12:22) (14:15) (14:16) (14:20) (14:24) (15:1) (15:3) (15:4) (16:21) (17:12) (17:13) (18:10) (18:14) (18:20) (18:25) (22:16) (23:3) (24:25) (25:20) (25:23) (26:17) (26:19) (26:23)
**they're** (9:22) (11:1) (17:16)
**thing** (13:22) (14:16) (18:18)
**things** (7:4) (18:10) (18:25) (22:8)
**think** (4:25) (5:17) (10:14) (11:19) (12:2) (14:9) (16:2) (18:9) (18:19) (18:22) (23:22) (25:11) (26:4)
**thinking** (10:14)
**third-party** (11:4)
**this** (4:4) (5:15) (6:7) (6:19) (9:19) (9:22) (9:25) (10:8) (10:13) (10:15) (10:16) (10:18) (10:20) (10:23) (11:2) (11:7) (11:9) (11:17) (12:11) (13:12) (13:13) (13:25) (14:13) (15:2) (15:18) (15:19) (16:14) (17:4) (17:7) (19:4) (22:9) (22:12) (23:14) (23:16) (23:23) (25:8) (25:19) (25:22) (26:7) (26:18) (27:4) (27:18) (28:9) (28:13) (28:17) (28:20)
**thoroughly** (14:15)
**those** (8:19) (11:3) (11:17) (12:9) (18:2) (18:25) (20:16) (20:17) (22:8) (26:23)
**though** (7:9) (23:10)
**thought** (5:3)
**thousands** (16:4)
**three** (24:19)
**through** (6:19) (23:5)
**throw** (24:14)
**time** (9:10) (10:16) (11:23) (14:17) (14:21) (21:21) (22:9) (23:16) (23:23) (24:16) (25:2) (26:24) (27:14)
**title** (25:9)
**today** (5:1) (6:5) (11:15) (12:4) (20:21)
**together** (27:12) (27:14)
**told** (7:18) (8:1) (9:4)
**took** (26:12) (26:13)
**top** (23:1) (23:4)
**total** (28:17)
**town** (23:13) (24:2)
**transcription** (28:7)
**transfer** (7:21)
**transferring** (10:9)
**trepidation** (26:5)
**trial** (1:2) (4:17) (5:20) (7:10) (7:25) (14:8) (19:18) (19:21) (24:18) (26:10) (26:13) (26:14) (26:16) (26:17)

(26:23)
**tro** (8:7)
**true** (14:22) (28:7)
**truly** (19:4) (19:11) (28:14)
**trust** (7:12)
**try** (24:10)
**trying** (24:15) (24:19)
**tufta** (18:20) (22:13) (24:25)
**two** (9:9) (11:20) (11:22) (20:2) (24:17)
**twofold** (7:9)
**type** (12:14) (12:15) (22:25) (23:3)

**U**

**uh-huh** (7:23) (22:2)
**under** (13:5)
**understand** (4:16) (8:20) (9:24) (13:15) (25:1)
**understanding** (10:24) (11:12) (13:25) (19:20) (26:14) (27:2)
**understood** (11:24) (12:21) (26:11) (27:1)
**unique** (19:8) (19:9)
**until** (18:25) (25:2)
**upon** (13:18) (26:5)
**use** (5:14) (6:10) (8:8) (10:3) (11:1) (18:19) (21:21) (23:16)
**used** (9:5)
**usual** (11:6)
**usually** (14:24)

**V**

**vegas** (26:2)
**verdict** (6:14) (6:16) (19:21)
**versed** (17:23)
**very** (13:25) (22:14)
**victor** (22:21)
**violation** (12:12)
**virginia** (21:10) (21:13)
**visit** (18:18)
**visits** (24:20)
**vol** (3:5)
**volume** (1:1) (3:3) (28:9)
**volunteered** (9:1)
**vote** (15:6)

**W**

**waiting** (26:1) (27:4)
**waived** (26:24)
**want** (11:16) (15:8) (15:10) (18:7) (18:18) (21:13) (23:7) (24:25)
**wanted** (12:4) (14:19) (15:1)
**was** (7:12) (7:19) (7:20) (7:21) (7:24) (7:25) (8:1) (8:25) (9:4) (9:10) (10:2) (10:16) (10:17) (10:20) (10:23) (10:25) (13:13) (14:8) (14:11) (15:2) (15:25) (16:3) (17:16) (19:7) (19:15) (19:20) (26:14) (26:19) (26:21) (27:17) (28:18)
**wasn't** (26:13)
**way** (10:6) (10:10) (10:20) (25:15)
**wednesday** (20:21)
**week** (21:14) (24:9) (26:17) (27:7)
**weeks** (9:9)
**well** (5:10) (6:6) (6:18) (8:24) (10:9) (10:15) (11:6) (12:5) (12:24) (17:23) (19:22) (21:11) (27:8) (27:16)
**we'll** (26:7) (26:10) (27:9)
**went** (26:19)
**were** (6:5) (10:4) (10:19) (12:6) (12:22) (14:16) (14:25) (15:3) (17:24) (19:17) (20:2) (25:25) (26:20) (28:12)
**we're** (4:25) (5:22) (6:6) (6:16) (17:18) (25:25) (27:20)
**west** (2:14)
**we've** (4:17) (16:4) (24:16)
**what** (4:2) (4:16) (5:2) (5:5) (10:4) (10:24) (10:25) (12:4) (12:6) (12:16) (12:22) (13:12) (15:22) (17:22) (17:24) (19:15) (19:24) (20:11) (20:13) (20:17) (21:21) (22:18) (25:19) (26:5)
**whatever** (11:19)
**what's** (13:18) (17:25) (19:23) (24:23) (24:24)
**when** (13:17) (25:19) (25:20)
**where** (17:1) (20:6)
**whether** (9:2) (10:11) (10:12) (25:6)
**which** (8:8) (9:25) (10:4) (12:7) (12:13) (12:19) (13:6) (14:2) (28:11)
**while** (22:13) (23:23)
**whittle** (24:21)
**who** (7:18) (15:5) (15:8) (19:9) (19:24)
**whole** (14:16)
**who's** (7:11)
**why** (8:20) (9:25) (10:23) (11:14) (19:23) (24:9) (27:19)
**wide** (18:9)
**will** (6:15) (9:8) (13:20) (21:25) (26:7)
**wisely** (21:21)
**with** (4:16) (5:21) (6:16) (7:5) (7:8) (7:18) (8:19) (9:6) (10:1) (10:21) (10:22) (11:2) (11:14) (13:4) (13:5) (13:11) (13:23) (15:6) (15:25) (18:7) (18:18) (21:20) (22:21) (23:7) (24:18) (25:1) (25:8) (26:5) (26:13) (26:14) (27:4)
**withdrawals** (9:17) (11:7)
**withdrawing** (12:8)
**within** (20:21)
**without** (7:16)
**witness** (28:20)
**witnessing** (19:10)
**work** (23:7) (27:4)
**would** (8:2) (8:18) (8:19) (8:20) (9:3) (10:6) (10:7) (11:3) (11:18) (12:7) (12:10) (12:11) (12:12) (12:23) (13:11) (13:23) (14:2) (19:11) (21:21) (23:25) (24:5) (24:9) (24:12) (24:23)
**wouldn't** (10:25)
**writing** (28:8)
**wrong** (5:9) (18:6) (24:20) (25:8)
**wrote** (17:13)

**Y**

**yeah** (5:12) (12:18) (13:8) (14:12) (14:25) (15:11) (16:11) (16:20) (20:5) (27:8)
**yes** (4:21) (4:24) (5:20) (8:13) (9:16) (15:13) (16:4) (17:18) (19:13) (20:25) (21:6) (23:18) (23:20) (27:19)
**yesterday** (7:18) (9:1) (27:17)
**yet** (6:8) (20:16) (25:21)
**york** (26:1) (26:7) (27:4)
**you** (4:3) (4:12) (5:3) (5:19) (5:21) (5:23) (6:11) (6:20) (6:21) (6:22) (6:23) (6:25) (7:3) (8:4) (8:18) (8:21) (9:12) (10:1) (10:7) (10:14) (11:16) (11:18) (12:4) (13:4) (13:12) (14:8) (14:20) (14:21) (14:23) (15:8) (15:15) (15:18) (16:2) (16:7) (16:9) (16:25) (17:21) (18:7) (18:8) (18:11) (18:13) (18:15) (18:16) (19:7) (19:23) (20:20) (21:13) (21:19) (21:20) (21:21) (21:22) (21:23) (22:8) (22:12) (22:25) (23:12) (23:13) (23:16) (23:22) (23:23) (24:1) (24:2) (24:11) (24:14) (24:15) (24:21) (24:23) (25:1) (25:13) (25:19) (26:9) (26:13) (26:22) (27:20)
**you'll** (18:6) (21:5) (27:7)
**your** (4:3) (4:6) (4:23) (5:16) (5:20) (5:25) (6:13) (6:15) (6:24) (7:4) (7:8) (9:8) (11:4) (12:3) (12:5) (12:24) (13:23) (14:9) (17:15) (21:6) (21:8) (24:11) (27:1)
**you're** (13:15) (20:3) (21:4) (21:22) (23:23) (24:7)
**you've** (21:11)

**Z**

**zach** (4:14)
**zachary** (1:5) (2:15)
**zimmerman** (2:17) (2:20) (4:7) (4:8) (4:21) (5:17) (5:18) (6:8) (6:13) (6:22) (6:25) (7:3) (7:7) (7:15) (7:24) (8:24) (9:24) (11:21) (11:24) (15:15) (18:11) (18:13) (18:17) (18:23) (19:2) (19:19) (19:25) (20:5) (20:9) (21:2) (21:6) (22:9) (22:21) (22:23) (23:2) (23:9) (23:18) (23:20) (23:25) (24:5) (24:11)
**zimmermans** (15:23) (24:17)