REPORTER'S RECORD
VOLUME 1 OF 1
TRIAL COURT CAUSE NO. 2023-44970

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| JAYNE ELIZABETH MOSELEY | § | |
| AND | § | |
| JOHN ZACHARY MOSELEY | § | 245th JUDICIAL DISTRICT |
| | § | |
| AND IN THE INTEREST OF | § | |
| CAMILLA QUINN MOSELEY | § | |
| AND MIA ELIZABETH | § | |
| MOSELEY, CHILDREN | § | HARRIS COUNTY, TEXAS |

*********************************************************

**MOTION FOR ENTRY OF JUDGEMENT AND MOTION FOR SANCTIONS**

*********************************************************

On the 21st day of August, 2026, the following proceedings came on to be held in the above-titled and numbered cause before the Honorable Angela Lancelin, Judge Presiding, held in Houston, Harris County, Texas.

Proceedings reported by computerized stenotype machine.

EXHIBIT
5

**APPEARANCES**

Mr. John B. Blackburn
SBOT NO. 24031867
E-mail: jbblackburn@lkclawfirm.com
LEGER KETCHUM & COHOON, P.L.L.C.
179 S. Main Street, Suite 102
Boerne, Texas 78006
Telephone: (832)764-7222
Attorney for Petitioner Jayne Elizabeth Moseley

Ms. Lisa E. Hobbs
SBOT NO. 24026905
E-mail: lisa@hobbstexasappeals.com
LBH LAW, P.L.L.C.
5501 Balcones Drive, Suite A215
Austin, Texas 78731
Telephone: (512)476-6003
Attorney for Petitioner Jayne Elizabeth Moseley

Mr. Brian W. Zimmerman
SBOT NO. 00788746
E-mail: bzimmerman@spencerfane.com
Mr. Nicholas 'Nick' J. Reisch
SBOT NO. 24046699
E-mail: nreisch@spencerfane.com
Mr. Gary J. Zimmerman
SBOT NO. 00794740
E-mail: gzimmerman@spencerfane.com
SPENCER FANE, L.L.P.
3040 Post Oak Boulevard, Suite 1400
Houston, Texas 77056
Telephone: (713)224-3400
Attorneys for Intervenors Equal Access Justice Fund, LP and EAJF ESQ Fund, LP

**CHRONOLOGICAL INDEX**

**MOTION FOR ENTRY OF JUDGEMENT AND MOTION FOR SANCTIONS**

Volume 1 of 1


| August 21, 2026 | PAGE | VOL. |
| --- | --- | --- |
| Appearances.................................. | 2 | 1 |
| Chronological Index......................... | 3 | 1 |
| Proceedings.................................. | 4 | 1 |
| Court Reporter's Certification.............. | 34 | 1 |

**PROCEEDINGS**

THE COURT: Good morning. What's the opposition to the entry of the order? I'm going to start with that.

MR. BLACKBURN: Your Honor, we move to abate that.

THE COURT: Motion?

MR. BLACKBURN: Yes, Your Honor.

THE COURT: Okay. So there's no opposition?

MR. BLACKBURN: I'm sorry, Judge?

THE COURT: There's no opposition to the entry of the order?

MR. BLACKBURN: Oh, yes, Judge. There is -- is opposition to the entry of the order. We move to abate the entry of the judgment right now. The bankruptcy court entered a -- an order of plan that effectively said --

THE COURT: Well, I don't have it.

MR. BLACKBURN: It's -- it's in our papers, Judge. I apologize.

MR. B. ZIMMERMAN: I can give you a hard copy if you'd like it, Judge.

THE COURT: Mr. Blackburn, you're new to this. And I just want to tell you I'm so sick of playing

these games with this case.

MR. BLACKBURN: I understand, Judge. What I was going to suggest --

MR. B. ZIMMERMAN: Do you have a --

THE COURT: No. What I suggest is that perhaps somebody get me a removal so that the bankruptcy court can deal with these people. That's what I think.

MR. B. ZIMMERMAN: We put a tab, Your Honor.

THE COURT: And what's a joint plan to --

MR. B. ZIMMERMAN: It's the confirmation that was entered by the bankruptcy court.

THE COURT: What does that have to do with her? She's not a part of this.

MR. B. ZIMMERMAN: You're exactly right. They're relying on the provision that I tabbed for Your Honor, and they're misconstruing it. It doesn't have --

THE COURT: She's not a part of the bankruptcy.

MR. B. ZIMMERMAN: Yeah.

THE COURT: She's not even -- she's had no bankruptcy protection. They removed her specifically by way of their order. And so go over there, go to the bankruptcy court, because I'm not even going to do this. I'm not going to have Mr. Moseley try and -- and tie this

thing up by placing someone who isn't even under the bankruptcy protection, or under M.M.L.A. -- M.M.A.P- --

MR. B. ZIMMERMAN: That's right.

THE COURT: -- P.L.L.C. They very specifically took her out. They very specifically said what this Court could do. Now someone has gone and thrown some one line in a confirmation that has absolutely nothing to do with her.

MR. B. ZIMMERMAN: That's right.

THE COURT: So go over there, get it lifted, so I can go ahead and enter the order.

MR. B. ZIMMERMAN: We -- we've -- I've already been over there. And the -- in our view, Your Honor, the order -- I was there for the confirmation. I was there for the entry of the confirmation order.

THE COURT: Uh-huh.

MR. B. ZIMMERMAN: And the language that the Court -- that we agreed to, because I was part of the agreement, and that the Court blessed was that we could proceed and get the judgment entered by Your Honor. There's no --

THE COURT: And so --

MR. B. ZIMMERMAN: -- stay precluding it.

THE COURT: And this says enforcement. Give me that page again.

MR. B. ZIMMERMAN: Yes. Yes, Your Honor.

THE COURT: Give me that page. Enforcement has to do with collection efforts.

MR. B. ZIMMERMAN: That's correct.

THE COURT: It doesn't have anything to do with the entry of the order.

MR. B. ZIMMERMAN: And that last line that they're relying on --

THE COURT: And that says post judgment --

MR. B. ZIMMERMAN: Correct.

THE COURT: -- so we're not even there yet.

MR. B. ZIMMERMAN: That's correct.

THE COURT: And what's the next argument?

MR. BLACKBURN: Your Honor, our argument was, effectively, that -- that this order from the bankruptcy court says that the entry of the judgment needs to come after the resolution of the divorce matter.

THE COURT: Well, how are they -- she's not part of -- I know what I'm doing and this is an interlocutory order. So when are they coming to get their divorce?

As a matter of fact, Victor, set their trial for the divorce, please --

THE COURT COORDINATOR: Yes, ma'am.

THE COURT: -- for the trial.

Are we done, Mr. Blackburn? What else?
MR. BLACKBURN: Judge, what I was going to suggest is we've got a host of things --
THE COURT: No, we don't. They've got a divorce. Your issue is done. The jury came back, gave a verdict. It's over. What's next? I don't want to talk about the divorce because you're not on that. Mr. York is.
MR. BLACKBURN: I'm sorry --
MR. B. ZIMMERMAN: Your Honor, we have two -- two issues before you. One --
THE COURT: Let him finish.
MR. B. ZIMMERMAN: Oh, yes, Your Honor. Sorry.
MR. BLACKBURN: I'm sorry, Judge. I wasn't talking about the divorce. Yes, the divorce has to happen.
THE COURT: Uh-huh.
MR. BLACKBURN: It -- it -- we're here on the Motion for Contempt. We're here on Entry of Judgment. I believe the Motion for Contempt is --
THE COURT: Contempt?
MR. BLACKBURN: -- is purportedly set for today.
MR. B. ZIMMERMAN: I filed a Motion for

Sanctions, Your Honor, against Jayne Moseley and any responsible parties based on her -- her blatant violation of your standing order. At the trial, you'll recall that she testified there was $400,000 left in the account after she squandered one-point -- $1.5 million. It also is a clear violation and a flagrant violation of your order. Not once did she ask Your Honor for permission. And then from the witness stand during the trial, she testified there was $400,000 left.

I came down here a -- a week or two ago before the family law conference because I was concerned after Mr. Moseley told me that she had spent the money. I was concerned that she was continuing to violate your order. And you ordered Mr. Blackburn to provide me, in writing, how much money is left in that account since the trial. She spent $230,000 since the trial leaving $170,000 in the account left to collect on after spending -- running through $1.9 million. It's -- it's our view that that's a flagrant violation of your order. She certainly needed permission to spend that kind of money from Your Honor.

I don't -- I've asked Mr. Blackburn on several occasions to provide me with an accounting to see where the money went, which he's refused to do. He's ignored my many requests. We tried to subpoena

Mrs. Moseley personally to be here today. She evaded service. She didn't go home.

THE COURT: Okay. That's okay. Because what we're going to do is is this right here: I'm going to -- I'm going to -- I -- I can't hear all of this today. So -- and that issue right there? I'm going to need, number one, for her to be here.

MR. B. ZIMMERMAN: Okay.

THE COURT: Because we'll just be back doing it again, right? And Mr. Blackburn shouldn't have to do that.

MR. B. ZIMMERMAN: I did serve -- I did serve Mr. Blackburn with the subpoena yesterday.

THE COURT: And that's fine. Redo it for a different date.

MR. B. ZIMMERMAN: Okay.

THE COURT: Victor will get --

MR. BLACKBURN: Your Honor --

THE COURT: I'm going to let you go ahead.

MR. BLACKBURN: If I may, the service upon my office was -- first of all, the return of service -- and we filed a Motion to Quash really early this morning, Judge. There's a host of issues with it. But what was served at my office in Boerne, Texas was a stack of exhibits.

THE COURT: Okay.

MR. BLACKBURN: There wasn't service of any motion --

THE COURT: Okay. We'll hear --

MR. BLACKBURN: -- any subpoena, any -- anything.

THE COURT: Victor will give you all the date. Number one, we'll get a trial date for the divorce. Number two --

THE COURT COORDINATOR: 09/16 --

THE COURT: 09/16 is the divorce.

THE COURT COORDINATOR: -- at 9:00 A.M.

THE COURT: At 9:00 A.M. And then we're going to get a date for Mr. Zimmerman's -- that's going -- I'll need a Friday for Mr. Zimmerman on his Motion for Contempt and Sanctions. Give him sufficient time so that he can try and have her served by whatever means necessary and so that we can hear that.

As to the entry of the order, what else do you have, Mr. Blackburn?

MS. HOBBS: Your Honor, it's -- we handled this at our last meeting a week or two ago, but there can only be one final judgement entered. I filed an opposition outlining the law on the one final judgment rule. And --

THE COURT: I don't know what you're telling me right now. You need to speak in plain English. I don't have the patience nor the time to play reindeer games anymore with these people, ma'am. With all due respect, I've been back and forth on this, quite frankly, and we have a resolution. So I don't know what judgment you're talking about. This is going to be a interlocutory order, anyway. So what's next? If it's interlocutory, it speaks for itself.

MS. HOBBS: I filed nine or ten objections to the actual substance -- the form of the order, as well.

THE COURT: Okay. Well, you'll need to sit down and go talk to Mr. Zimmerman about this form and substance and then you all can come back up. This is -- again, this is just another attempt -- blatant attempt, I might add -- to thwart the process, okay? And I just have to tell you, I'm not here for it. You all stop playing with me. And I've said it, and this is for Mrs. Moseley. Go give her that memo, too. Stop playing with me. Everything has been done to make sure that she got a fair and equitable and reasonable opportunity to plead her case. The jury has spoken. It is done.

MR. BLACKBURN: And, Judge --

THE COURT: So --

MR. BLACKBURN: -- we understand and respect that. There are just certain things that were in the proposed judgment that the Intervenors proposed --

MR. B. ZIMMERMAN: And --

THE COURT: And that's why they're here. Go talk to them. That comes down to phonetics, and I'm not responsible for those. I didn't go to school to be an English person. So --

MS. HOBBS: Just to be clear, part of it is your obligation under TUFTA and --

THE COURT: Telling me about my obligations --

MR. B. ZIMMERMAN: We're going to go try to work it out first and then we'll --

MS. HOBBS: Okay. But there is -- but there is a role for the Judge even after the verdict under TUFTA. So -- and some of those are addressed in our response.

THE COURT: Take it up with Mr. Zimmerman, ma'am. I've told you all, I'm -- I'm pretty well done today. And get your dates for the other hearing. If you all want to have another one to tell me about what my role is, ma'am, make a hearing for it, okay? And then I can get my tutorial at that time. Thank you.

MS. HOBBS: Thank you, Judge.

MR. B. ZIMMERMAN: Thank you, Your Honor.

**(Recess)**

MR. B. ZIMMERMAN: So we've interlineated a proposed order for Your Honor. There's a few objections they have that remain.

THE COURT: What's left, Mr. Blackburn?

MR. BLACKBURN: Yes, Your Honor. We have two objections. One as to the amount of attorney's fees and the other is to the amount of the award of damages, and the arguments are twofold. The Court -- to award either of those, the Court should make a -- I think the Court's role it to make a determination as to what is equitable and just. And so --

THE COURT: Hold on. Let me stop you. Unless I'm mistaken, that jury awarded them attorney's fees and very specifically wrote out how much in the -- in the findings.

MR. B. ZIMMERMAN: That's correct.

MR. BLACKBURN: Well --

THE COURT: And so if that's a separate motion that you're trying to make -- because that was something that you all agreed to in the charge to the jury that had each thing spelled out for what they were going to pay for on appeal, if it was necessary, and if they won on appeal. It went through everything.

MR. BLACKBURN: Sure, Judge. Yeah.

THE COURT: And so how am I in a position, just on an entry, to not confirm and conform this order to what the jury's findings were?

MR. BLACKBURN: You bet, Judge. Under the -- we cite it in our papers under the *Bocquet v. Herring* case --

THE COURT: Uh-huh.

MR. BLACKBURN: -- where the -- where the award of fees is subject to reasonable and necessary and to the additional requirement that fees are equitable and just. So the -- the *Bocquet* case says we have to do both. So reasonable and necessary is what the jury found.

THE COURT: Uh-huh.

MR. BLACKBURN: Secondarily, TUFTA under section 24.013 says the Court may award reasonable attorney's fees as they're equitable and just. So there's a second -- once the jury determines what's reasonable and necessary, then there's a role there for the Court to determine what's equitable --

THE COURT: Equitable and just?

MR. B. ZIMMERMAN: Right and equitable and just.

MR. BLACKBURN: Equitable and just.

**(Simultaneous crosstalk.)**

MR. B. ZIMMERMAN: It's in here. It's in here.

THE COURT: Is it in -- if it's in there, what's the problem?

MR. BLACKBURN: Your -- Your Honor, we're --

MR. B. ZIMMERMAN: They're arguing the amount awarded by the fees is not equitable and just --

THE COURT: Well, the Court is not going to --

MR. B. ZIMMERMAN: -- by the jury.

THE COURT: You want -- you want me to overturn the jury's verdict? I don't believe that this would be the proper avenue to make a finding about the jury's verdict just based on the entry of the order. If you have -- I would I think, properly under the rules of procedure and you want to attack the findings made by the jury, that would require a post-judgment motion. But I don't know how it would prevent me from signing the order if it conforms to the findings made by the jury.

MR. BLACKBURN: Well, Judge, we've got kind of a two tracks here on the attorney's fees. And in this instance one is reasonable and necessary and that's what the jury found.

THE COURT: Uh-huh.

MR. BLACKBURN: The second piece it then for the Court to decide what is equitable and just. And so --

THE COURT: And I am by way of signing this order --

MR. BLACKBURN: And --

THE COURT: -- and finding the jury's verdict was reasonable and equitable. And so with that, I don't know that there's anything else.

MR. BLACKBURN: Your Honor, there's --

THE COURT: Go ahead.

MR. BLACKBURN: -- there is one -- one other piece.

THE COURT: Uh-huh.

MR. BLACKBURN: As to the -- as to the amount of damages that the Court -- that is being proposed there, we would object to that.

THE COURT: Again, isn't that something that you're supposed to attack as far -- in a post-judgment motion rather than an entry? Because the findings are final. Unless and until a post-judgment motion has been filed and heard, wherein the Court could make a, let's say, for a new trial or whatever. If you felt like -- that it was insufficient, I don't have any

of that in front of me with regard to an attack on the findings made by the jury.

So I'm just curious as to -- without any such motion and just an objection to it. Because you're objecting to the findings made by the jury. They're gone. And -- and I -- I don't know that I have a choice other than to affirm by way of a signature what the findings were made. And then, I guess -- I guess in my mind --

MR. BLACKBURN: Sure.

THE COURT: -- the way I'm looking at it is that if at the time that you filed something and you want to say that there's something wrong with the jury's verdict and you can ask me to then determine if it was fair, equitable and/or reasonable, I -- I'm just having -- go ahead.

MR. BLACKBURN: You bet. Your Honor, what the jury found that was Mr. Moseley made a transfer with the intent to hinder, delay, or defraud.

THE COURT: And that's something on -- again --

MR. BLACKBURN: I'm sorry.

THE COURT: What I'm talking about is the manner in which we are doing this in like in the -- the area. I think that that is something that you have to

file, again, in a post-judgment motion to attack the jury findings. That is not on file. We're objecting to the entry of the order.

You're Mr. Appellate Man. Am I saying something that makes sense?

MR. REISCH: I -- I -- I would say that there -- the case law is so sparse on this, Your Honor, that it's -- it's not -- and the Fraudulent Transfer Act is unusual enough that it's not entirely clear, at least with regard to the attorney's fees issue talking about equitable and just. I'm not so sure about whether what they're proposing on damages is even something that the statute was intended to do.

But -- but I can't sit here with the Court and tell me, oh, yeah, this is definitely a post-judgment thing. Our position would just be the jury made these findings. We don't think positionally it makes sense for the Court to reduce either the fraudulent transfer, the value that the jury found in equity, or the attorney's fees.

THE COURT: Well, my question is this right here: Rather than argue and attack on the jury's findings, I'm only here to sign an order. My question to you, Counsel, since you are the appellate chief in charge, is that with that -- is this the appropriate time

to hear that with no motion before me? That's the only question I have right now.

MR. REISCH: It -- it certainly would be -- you could do it now for the attorney's fees, Your Honor. I'm not so sure how the -- the equitable and just -- how the statutory language on equitable and just value even works because there's been no case law.

MR. BLACKBURN: And, Your Honor, Counsel just touched on an important distinction here, I think.

THE COURT: Uh-huh.

MR. BLACKBURN: The jury didn't award damages. The jury made a finding of -- of improper transfer, and the jury valued that transfer. And that's the extent of it. Then the Court will enter a judgment based on that, based on what is equitable and just. And that's where our argument steps in right here on the amount of damages that should be in this judgment.

THE COURT: Isn't there an amount found already? The amount --

MR. BLACKBURN: There's an amount found not as for damages. There's an amount found for the value of the transfer. And that's the extent of the finding.

THE COURT: Okay. And so --

MR. B. ZIMMERMAN: And that's the amount we have in the judgment.

MR. BLACKBURN: And so -- and it's subject to being adjusted, as Counsel indicated, on an equitable and just basis. And we argue that it would be an equitable and just adjustment to the amount of damages to account for the taxes that were paid on that. So the $1.9 million that was -- that was transferred had the taxes paid on it. And so, effectively, what's being --

THE COURT: Did I get any information on that being true or false? Because, remember, there was all that testimony about her not knowing that it wasn't hers and blah, blah, blah.

MR. BLACKBURN: Judge, that's on Page 4 of our Opposition to the Motion for Entry of Judgment.

MR. B. ZIMMERMAN: We don't -- I mean, our position, Your Honor, is we don't believe it should be reduced. The jury has spoken. They didn't file a judgment not withstanding verdict, a J.N.O.V. motion. And I'd agree with the Court that the appropriate procedure would be if they disagree with the findings is to file a motion, not to object to the entry, number one.

Number two, you sat here while the jury heard all the evidence, and you can determine whether their finding was equitable and -- and just. And we would ask that you sign the judgment that conforms with the verdict. They found the amount of fees in there in

our favor. They found $1.9 million on the fraudulent transfer. And we don't believe this is the right procedure to do it, and we also don't believe it should be adjusted for several reasons. One, that's what the jury said. It was a transfer of $1.9 million. Number two, that adjustment would come in post judgment only if we're dealing with the value of a piece of property, jewelry that appreciates or depreciates. And you can determine whether or not that was an equitable fine.

And here we have money that was -- that was passed from Mr. Moseley to Mrs. Moseley, 1.9 million. It's their problem. They engaged in this conduct. It's their problem if they paid taxes on it or not. They have to deal with that with the IRS. But this was our money that should have been used to repay the debt that they transferred away from a creditor to avoid paying us. And we believe that the judgment should be signed as proposed based on the findings by the jury.

And they're -- they're trying to do some kind of, in my opinion, nonsensical credit that's not allowed by any cases that they cite. There's not a case that says if somebody pays the taxes on that money the Court should reduce it. But you as the Court sitting in equity can make the determination that the jury's finding was equitable and fair, like you mentioned earlier,

and -- and enter the judgment. And that's what we respectfully ask you to do, Your Honor.

THE COURT: Mr. Blackburn?

MR. BLACKBURN: Your Honor, the equity -- we would ask that that amount of damages be reduced by the amount of taxes paid to reflect that is the -- you know, the -- the net effect of the financial situation on the Moseleys.

THE COURT: Well, Mr. Moseley isn't before me.

MR. BLACKBURN: I'm sorry, Judge?

THE COURT: Mr. Moseley isn't before me.

MR. BLACKBURN: I understand, Judge. And so what -- what I heard Counsel say is that that money should have effectively been set aside to pay them. But the net amount that they would have -- because regardless of how you get income, you're going to owe taxes. And so after -- after they received that capital gain, they don't get to keep all that.

THE COURT: Well --

MR. BLACKBURN: They have to pay Uncle Sam his share, which was about a third.

THE COURT: Well, I don't know that. And that was going to be my next question. What was admitted at the time of trial to show that they paid any taxes?

MR. BLACKBURN: The tax return, Judge, in testimony.
THE COURT: I -- I didn't hear -- you didn't -- who offered -- you offered a tax return to the jury?
MR. BLACKBURN: Yeah, Judge. I think it was defense. It may have been of both us.
THE COURT: It was both --
MR. BLACKBURN: I think it was in both of our exhibits. It was our Exhibit 6, I believe.
THE COURT: No. Not your exhibit here today. I asked, what did you submit to the jury to show that your client -- I don't even believe anybody argued for an offset based on that argument at the time during --
MR. BLACKBURN: And, Judge -- and there's no place to argue that to the jury because TUFTA only asks and the charge only asks to value the -- the transfer.
THE COURT: Uh-huh.
MR. BLACKBURN: It's -- it's at this stage of the proceedings.
THE COURT: How much did she pay in taxes?
MR. BLACKBURN: Around -- a little less than $400,000.

THE COURT: Okay. But that wasn't all from her, so -- because that would have meant it was $800,000, right? So that wasn't -- that wasn't all her. And, number two, can anybody tell me whether or not that's been moved over to the bankruptcy? Anything?

MR. B. ZIMMERMAN: Not that I'm aware of.

THE COURT: Okay. So they don't owe anything. So the only thing that I could do for you in the matter of equity is take off for -- let's say, $200,000 and make it for $1.7 million. Because that -- if that was paid, that would be her portion, right? Because 400- -- if they paid 400,000 for taxes as a consequence of getting this money, I'm not going to take off 400,000 on this judgment against -- solely against her. That's -- you get that other part from him. I'll do that.

MR. G. ZIMMERMAN: May I ask a question?

THE COURT: Go ahead.

MR. G. ZIMMERMAN: Did you say that's only the equitable -- because of the attorney's fees? Or does it go to -- did I miss --

MR. REISCH: I said I -- no. That's not exactly what I said. But --

THE COURT: Make that interlineation to 1.7 --

MR. B. ZIMMERMAN: Okay. We'll do that.

THE COURT: -- and mark that as the -- what language --

**(Simultaneous crosstalk.)**

MR. BLACKBURN: Yes, Your Honor.

MS. HOBBS: And that's under 24.009(c).

MR. B. ZIMMERMAN: So we -- I'm going to -- actual damages in the amount of 1.7 million?

THE COURT: No. Put the actual damages as one-point -- leave it at 1.9. And then underneath there, write the Court is going to grant the equitable -- what word did you use, Counsel?

MR. B. ZIMMERMAN: Why don't we just put with an equitable adjustment --

THE COURT: Yeah.

MR. B. ZIMMERMAN: -- in the final amount of 1.7?

THE COURT: Yeah. That's fine.

MR. BLACKBURN: To 1.7.

MR. B. ZIMMERMAN: To 1.7. Okay.

THE COURT: Uh-huh.

MR. B. ZIMMERMAN: With equitable adjustment to 1.7 million. Counsel, can you look at this and confirm that it's okay as to form?

MS. HOBBS: That reflects her ruling.

MR. B. ZIMMERMAN: Okay. Your Honor, here's where I wrote it just for your edification under A.

THE COURT: If they agree to it -- did you all sign off on it? Initial the sides, please, so I know you're okay with that. Initial the side, please.

MR. BLACKBURN: What -- what am I -- initial where, Judge? I'm sorry.

THE COURT: Where he made the correction. Where he wrote the equitable adjustment.

MR. REISCH: I just said something to form. Initial as to form.

MS. HOBBS: Yeah. As to form.

THE COURT: I'm still asking for something there. I know what form means. But it -- it always helps me feel better when I see somebody's signature on the bottom anytime an interlineation has been made.

**(Sotto voce discussion between Mr. B. Zimmerman and Mr. Reisch.)**

MR. BLACKBURN: These kind of things, Judge. We had one in Bexar County the other day where everybody agreed to everything. I wrote it out in hand scratch with my blue pen on my yellow pad. The Judge signed it, Rule 11 agreement. We're good.

THE COURT: Is this good, then?

MR. B. ZIMMERMAN: Yes, Your Honor.

MR. BLACKBURN: And then they crawfished. I'm like, what in the --

THE COURT: Are you all getting ready to crawfish before I sign this?

MR. BLACKBURN: No. I'm not crawfishing, Judge.

THE COURT: Okay. All righty then.

MR. B. ZIMMERMAN: Judge, I need your help with one more issue.

THE COURT: Are you serious?

MR. B. ZIMMERMAN: I am.

THE COURT: And that would be what?

MR. B. ZIMMERMAN: That would be you ordered Mr. Blackburn to provide us with how much is left in the account since trial. He sent me this e-mail that shows that Mrs. Moseley continues to drain it. He -- he sent me an e-mail in response to my prior e-mail saying, please confirm that she won't spend any more of this money. He told me that she wouldn't when he -- after this e-mail. And now today he's saying that he can't make that representation. So I -- I need --

THE COURT: I think you to need to file your Motion for Contempt. So I can --

MR. B. ZIMMERMAN: My concern is, Judge,

that by the time you hear it, she's going to spend it all.

THE COURT: Well --

MR. B. ZIMMERMAN: She's already spent 1.8 million or 7-point-something million dollars. There's no money left in that estate.

THE COURT: Let me say this. And see, the thing is that because you're in the world of family law, if you look up the Court's ability to enforce its orders -- and depending upon what your requested relief is -- it can be something that can include jail. Now, that's not for you to concern yourself with. That would be something I would hope that they would verse their client on.

MR. B. ZIMMERMAN: Understood.

THE COURT: Because contempt over here is a little different than it is in civil court. It's not just about fees and penalties. If the Court finds that she had the ability to do something other than not follow my order and they've asked for jail, the Court can make a determination as to whether or not. And that -- that is inclusive of fines, as well. So I think it would behoove Ms. Moseley to, you know -- again, the shenanigans, the games these people are playing with this -- this money, I -- I get it. It's a lot of money. I understand. And

this -- this has been a very contentious and emotional case. But this side is not going away.

MR. BLACKBURN: No, Judge. We -- and we understand what our obligations are under the --

THE COURT: Absolutely.

MR. BLACKBURN: -- the Court's standing order.

THE COURT: Absolutely. I get it. And so you --

MR. BLACKBURN: Yes.

THE COURT: And I believe that you are a forthright and honest person. I don't you would instruct her to do otherwise. But she needs to be reminded what the possible consequences are and if that's what she wants for herself. I can't do anything other than enforce the rule of law as it relates to this case, kids or no kids, okay?

MR. BLACKBURN: And -- and we understand what the Court's standing order and her obligations under that.

MR. B. ZIMMERMAN: The other -- the other thing that I asked Mr. Blackburn for, which I thought was imminently reasonable, was to provide us -- we only have the statements up through -- some of them up through trial. But we'd like to get her bank statements that

show the flow of these funds sent, at least immediately prior to trial and since trial, to see where the money went. My -- my guess is that it could be more transfers or something else and we need that.

THE COURT: I would surely hope not.

MR. B. ZIMMERMAN: And I hope not, too. But the fact that she spent $230,000 in the matter of weeks gives my client great concern.

THE COURT: Understood. And I would say to you, sir, that once you file your enforcement, you know -- again, if you look up under our code you can attach to it requests for production when you serve it.

MR. B. ZIMMERMAN: Okay. We'll do that. I had it in my subpoena, but I will do that, Your Honor.

THE COURT: You can leave it there, too. But it's also --

MR. B. ZIMMERMAN: Okay.

THE COURT: Again, because I understand you guys are coming from -- all of you are coming from the civil world. But there are certain mechanisms under the family code that you can utilize to get all that information, and obviously, go forward from there with that.

MR. B. ZIMMERMAN: Yes, Your Honor.

THE COURT: Okay? Because I think that's

the most helpful thing. I could stand here all day and you guys could argue back and forth about what she did, what she got, if he knows it. I can't force Mr. Blackburn to -- to -- to hold account to what she has or hasn't done. But that is something you can definitely use with the arm of discovery. And to determine it if, number one, if you do file an enforcement action if you do find that she has violated what's in place, those are things that you can do over here with that, okay? And so I would encourage you all to go and figure out what the next best step is for this.

MR. B. ZIMMERMAN: Understood.

THE COURT: We gave them a trial date. September 16th at 9:00 o'clock.

MR. BLACKBURN: The 16th at 9:00 o'clock.

THE COURT: Uh-huh. So --

MR. G. ZIMMERMAN: Can we get a date on our contempt, as well?

THE COURT: You're going to have to -- that requires a show cause setting, so you can get that any time. That's on any Thursday.

MR. B. ZIMMERMAN: Okay.

THE COURT: Okay? And you can make those arrangements with the -- the clerk and how you're going to get that done, okay?

MR. G. ZIMMERMAN: Yes, Your Honor.

MR. B. ZIMMERMAN: All right. Thank you.

THE COURT: All righty. Thank you.

MR. BLACKBURN: Are we excused, Judge?

THE COURT: Yes. Thank you very much. I appreciate you all's help.

**(End of proceedings.)**

REPORTER'S CERTIFICATE

THE STATE OF TEXAS )

COUNTY OF HARRIS )

I, Roma L. Lizcano, Official Court Reporter in and for the 245th District Court of Harris County, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record, in the above-styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the requested exhibits, if any, admitted, tendered in an offer of proof or offered into evidence.

I further certify that the total cost of this Reporter's Record is $567.00 and was paid/will be paid by SPENCER FANE, L.L.P.

WITNESS BY MY OFFICIAL HAND this the 30th day of August, 2026.

/s/ Roma L. Lizcano

Roma L. Lizcano, TX CSR 12660
Expiration Date: 04/30/2027
Official Court Reporter
245th District Court
201 Caroline Street, 15th Floor
Houston, Texas 77002

## *

************************************************************

## A

**abate** (4:6)(4:16)
**ability** (29:9)(29:19)
**above** (34:6)
**above-styled** (34:10)
**above-titled** (1:18)
**absolutely** (6:8)(30:5)(30:8)
**access** (2:18)
**account** (9:4)(9:15)(9:17)(21:5)(28:16)(32:4)
**accounting** (9:23)
**act** (19:8)
**action** (32:7)
**actual** (12:11)(26:8)(26:9)
**add** (12:17)
**additional** (15:11)
**addressed** (13:17)
**adjusted** (21:2)(22:4)
**adjustment** (21:4)(22:6)(26:14)(26:23)(27:10)
**admitted** (23:24)(34:15)
**affirm** (18:7)
**after** (7:17)(9:5)(9:12)(9:17)(13:16)(23:18)(28:20)
**again** (6:25)(10:10)(12:16)(17:19)(18:21)(19:1)(29:23)(31:11)(31:18)
**against** (9:1)(25:14)
**ago** (9:10)(11:22)
**agree** (21:18)(27:4)
**agreed** (6:18)(14:22)(27:22)
**agreement** (6:19)(27:24)
**ahead** (6:11)(10:19)(17:12)(18:16)(25:18)
**all** (10:5)(10:21)(11:7)(12:5)(12:15)(12:18)(13:20)(13:22)(14:22)(21:10)(21:22)(23:19)(25:1)(25:3)(27:5)(28:4)(28:8)(29:2)(31:19)(31:21)(32:1)(32:10)(33:2)(33:3)(34:7)(34:11)
**allowed** (22:21)
**all's** (33:6)
**already** (6:13)(20:19)(29:4)
**also** (9:5)(22:3)(31:16)
**always** (27:15)
**amount** (14:8)(14:9)(16:9)(17:17)(20:17)(20:18)(20:19)(20:20)(20:21)(20:24)(21:4)(21:25)(23:5)(23:6)(23:16)(26:8)(26:16)
**and/or** (18:15)
**angela** (1:19)
**another** (12:16)(13:22)
**any** (9:1)(11:2)(11:5)(17:25)(18:3)(21:8)(22:21)(23:25)(28:19)(32:20)(32:21)(34:15)
**anybody** (24:13)(25:4)
**anymore** (12:4)
**anything** (7:5)(11:6)(17:10)(25:5)(25:8)(30:15)
**anytime** (27:17)
**anyway** (12:8)
**apologize** (4:21)
**appeal** (14:24)(14:25)
**appearances** (2:1)(3:6)
**appellate** (19:4)(19:24)
**appreciate** (33:6)
**appreciates** (22:8)
**appropriate** (19:25)(21:18)
**are** (7:18)(7:20)(8:1)(13:2)(13:17)(14:10)(15:11)(17:22)(18:24)(19:24)(28:4)(28:11)(29:24)(30:4)(30:11)(30:14)(31:19)(31:20)(32:8)(33:4)
**area** (18:25)
**argue** (19:22)(21:3)(24:17)(32:2)
**argued** (24:13)
**arguing** (16:8)
**argument** (7:13)(7:14)(20:16)(24:14)
**arguments** (14:10)
**arm** (32:6)
**around** (24:24)
**arrangements** (32:24)
**as one-point** (26:10)
**aside** (23:15)
**ask** (9:7)(18:14)(21:24)(23:2)(23:5)(25:17)
**asked** (9:22)(24:12)(29:20)(30:22)
**asking** (27:14)
**asks** (24:18)
**attach** (31:12)
**attack** (16:18)(17:20)(18:1)(19:1)(19:22)
**attempt** (12:16)
**attorney** (2:5)(2:10)
**attorneys** (2:18)
**attorney's** (14:8)(14:15)(15:18)(16:23)(19:10)(19:19)(20:4)(25:20)
**august** (1:17)(3:5)(34:21)
**austin** (2:9)
**avenue** (16:15)
**avoid** (22:16)
**award** (14:9)(14:10)(15:10)(15:17)(20:11)
**awarded** (14:15)(16:9)
**aware** (25:6)
**away** (22:16)(30:2)

## B

**back** (8:5)(10:9)(12:5)(12:15)(32:2)
**balcones** (2:9)
**bank** (30:25)
**bankruptcy** (4:17)(5:6)(5:12)(5:19)(5:22)(5:24)(6:2)(7:16)(25:5)
**based** (9:2)(16:16)(20:15)(22:18)(24:14)
**basis** (21:3)
**because** (5:24)(6:18)(8:7)(9:11)(10:3)(10:9)(14:21)(17:21)(18:4)(20:7)(21:9)(23:16)(24:17)(25:2)(25:10)(25:12)(25:20)(29:8)(29:16)(31:18)(31:25)
**been** (6:13)(12:5)(12:21)(17:23)(20:7)(22:15)(23:15)(24:7)(25:5)(27:17)(30:1)
**before** (1:19)(9:11)(20:1)(23:9)(23:12)(28:5)
**before you** (8:11)
**behoove** (29:22)
**being** (17:17)(21:2)(21:7)(21:9)
**believe** (8:21)(16:14)(21:15)(22:2)(22:3)(22:17)(24:10)(24:13)(30:11)
**best** (32:11)
**bet** (15:5)(18:17)
**better** (27:16)
**between** (27:18)
**bexar** (27:21)
**blackburn** (2:2)(4:5)(4:8)(4:11)(4:14)(4:20)(4:24)(5:2)(7:14)(8:1)(8:2)(8:9)(8:15)(8:19)(8:23)(9:14)(9:22)(10:10)(10:13)(10:18)(10:20)(11:2)(11:5)(11:20)(12:24)(13:1)(14:6)(14:7)(14:19)(15:1)(15:5)(15:9)(15:16)(15:25)(16:6)(16:22)(17:2)(17:7)(17:11)(17:13)(17:16)(18:10)(18:17)(18:22)(20:8)(20:11)(20:20)(21:1)(21:12)(23:3)(23:4)(23:11)(23:13)(23:21)(24:1)(24:6)(24:9)(24:16)(24:21)(24:24)(26:5)(26:19)(27:7)(27:20)(28:2)(28:6)(28:15)(30:3)(30:6)(30:10)(30:18)(30:22)(32:4)(32:15)(33:4)
**blah** (21:11)
**blatant** (9:2)(12:16)
**blessed** (6:19)
**blue** (27:23)
**bocquet** (15:6)(15:12)
**boerne** (2:4)(10:24)
**both** (15:13)(24:7)(24:8)(24:9)
**bottom** (27:17)
**boulevard** (2:17)
**brian** (2:12)
**but** (10:23)(11:22)(13:15)(16:19)(19:14)(22:14)(22:23)(23:15)(25:1)(25:23)(27:15)(30:2)(30:13)(30:25)(31:7)(31:14)(31:16)(31:20)(32:5)
**bzimmerman** (2:13)

## C

**came** (1:18)(8:5)(9:10)
**camilla** (1:7)
**can** (4:22)(5:7)(6:11)(11:17)(11:18)(11:22)(12:15)(13:24)(18:14)(21:22)(22:8)(22:24)(25:4)(26:23)(28:24)(29:11)(29:20)(31:11)(31:15)(31:21)(32:5)(32:9)(32:17)(32:20)(32:23)
**can't** (10:5)(19:14)(28:21)(30:15)(32:3)
**capital** (23:18)
**caroline** (34:24)
**case** (5:1)(12:23)(15:7)(15:12)(19:7)(20:7)(22:21)

(30:2)(30:16)
**cases** (22:21)
**cause** (1:2)(1:19)(32:20)(34:11)
**certain** (13:2)(31:20)
**certainly** (9:20)(20:3)
**certificate** (34:1)
**certification** (3:9)
**certify** (34:6)(34:13)(34:17)
**chambers** (34:11)
**charge** (14:22)(19:25)(24:18)
**chief** (19:24)
**children** (1:8)
**choice** (18:6)
**chronological** (3:1)(3:7)
**cite** (15:6)(22:21)
**civil** (29:17)(31:20)
**clear** (9:6)(13:9)(19:9)
**clerk** (32:24)
**client** (24:13)(29:14)(31:8)
**code** (31:11)(31:21)
**cohoon** (2:3)
**collect** (9:17)
**collection** (7:3)
**com** (2:3)(2:8)(2:13)(2:14)(2:16)
**come** (7:17)(12:15)(22:6)
**comes** (13:6)
**coming** (7:20)(31:19)
**computerized** (1:21)
**concern** (28:25)(29:12)(31:8)
**concerned** (9:11)(9:13)
**conduct** (22:12)
**conference** (9:11)
**confirm** (15:3)(26:24)(28:19)
**confirmation** (5:11)(6:7)(6:14)(6:15)
**conform** (15:3)
**conforms** (16:21)(21:24)
**consequence** (25:13)
**consequences** (30:14)
**contains** (34:7)
**contempt** (8:20)(8:21)(8:22)(11:16)(28:24)(29:16)(32:18)
**contentious** (30:1)
**continues** (28:17)
**continuing** (9:13)
**coordinator** (7:24)(11:10)(11:12)
**copy** (4:23)
**correct** (7:4)(7:10)(7:12)(14:18)(34:7)
**correction** (27:9)
**correctly** (34:14)
**cost** (34:17)
**could** (6:6)(6:19)(17:23)(20:4)(25:8)(31:3)(32:1)(32:2)
**counsel** (19:24)(20:8)(21:2)(23:14)(26:12)(26:23)(34:9)
**county** (1:8)(1:20)(27:21)(34:3)(34:5)
**court** (1:2)(1:3)(3:9)(4:2)(4:7)(4:9)(4:12)(4:17)(4:19)(4:24)(5:5)(5:7)(5:10)(5:12)(5:13)(5:18)(5:21)(5:24)(6:4)(6:6)(6:10)(6:16)(6:18)(6:19)(6:22)(6:24)(7:2)(7:5)(7:9)(7:11)(7:13)(7:16)(7:18)(7:24)(7:25)(8:4)(8:12)(8:18)(8:22)(10:3)(10:9)(10:14)(10:17)(10:19)(11:1)(11:4)(11:7)(11:10)(11:11)(11:12)(11:13)(12:1)(12:13)(12:25)(13:5)(13:11)(13:19)(14:6)(14:10)(14:11)(14:14)(14:20)(15:2)(15:8)(15:15)(15:17)(15:21)(15:22)(16:4)(16:10)(16:13)(17:1)(17:3)(17:5)(17:8)(17:12)(17:15)(17:17)(17:19)(17:23)(18:11)(18:20)(18:23)(19:14)(19:18)(19:21)(20:10)(20:14)(20:18)(20:23)(21:8)(21:18)(22:23)(23:3)(23:9)(23:12)(23:20)(23:23)(24:3)(24:8)(24:11)(24:20)(24:23)(25:1)(25:7)(25:18)(25:24)(26:2)(26:9)(26:11)(26:15)(26:18)(26:21)(27:4)(27:9)(27:14)(27:25)(28:4)(28:8)(28:11)(28:13)(28:23)(29:3)(29:7)(29:16)(29:17)(29:18)(29:20)(30:5)(30:8)(30:11)(31:5)(31:9)(31:15)(31:18)(31:25)(32:13)(32:16)(32:19)(32:23)(33:3)(33:5)(34:4)(34:5)(34:11)(34:23)(34:24)
**court's** (14:12)(29:9)(30:6)(30:19)
**crawfish** (28:5)
**crawfished** (28:2)
**crawfishing** (28:6)
**credit** (22:20)
**creditor** (22:16)
**crosstalk** (16:1)(26:4)
**csr** (34:22)
**curious** (18:3)

## D

**damages** (14:9)(17:17)(19:12)(20:12)(20:17)(20:21)(21:4)(23:5)(26:8)(26:9)
**date** (10:15)(11:8)(11:14)(32:13)(32:17)(34:23)
**dates** (13:21)
**day** (1:17)(27:21)(32:1)(34:20)
**deal** (5:7)(22:14)
**dealing** (22:7)
**debt** (22:15)
**decide** (17:3)
**defense** (24:7)
**definitely** (19:15)(32:5)
**defraud** (18:19)
**delay** (18:19)
**depending** (29:10)
**depreciates** (22:8)
**determination** (14:12)(22:24)(29:21)
**determine** (15:21)(18:14)(21:22)(22:9)(32:6)
**determines** (15:19)
**did** (9:7)(10:12)(21:8)(24:12)(24:23)(25:19)(25:21)(26:12)(27:4)(32:2)
**didn't** (10:2)(13:7)(20:11)(21:16)(24:3)(24:4)
**different** (10:15)(29:17)
**disagree** (21:19)
**discovery** (32:6)
**discussion** (27:18)
**distinction** (20:9)
**district** (1:3)(1:5)(34:5)(34:24)
**divorce** (7:17)(7:21)(7:23)(8:5)(8:7)(8:16)(11:9)(11:11)
**does** (5:13)(25:20)
**doesn't** (5:17)(7:5)
**doing** (7:19)(10:10)(18:24)
**dollars** (29:5)
**done** (8:1)(8:5)(12:21)(12:23)(13:20)(32:5)(32:25)
**don't** (4:19)(8:4)(8:6)(9:22)(12:1)(12:3)(12:6)(16:14)(16:20)(17:10)(17:25)(18:6)(19:17)(21:14)(21:15)(22:2)(22:3)(23:19)(23:23)(24:13)(25:7)(26:13)(30:12)
**down** (9:10)(12:14)(13:6)
**drain** (28:17)
**drive** (2:9)
**due** (12:5)
**during** (9:8)(24:15)

## E

**each** (14:23)
**eajf** (2:19)
**earlier** (22:25)
**early** (10:22)
**edification** (27:2)
**effect** (23:7)
**effectively** (4:18)(7:15)(21:7)(23:15)
**efforts** (7:3)
**either** (14:11)(19:18)
**elizabeth** (1:4)(1:7)(2:5)(2:10)
**else** (8:1)(11:19)(17:10)(31:4)
**e-mail** (2:3)(2:8)(2:13)(2:14)(2:16)(28:16)(28:18)(28:21)
**emotional** (30:1)
**encourage** (32:10)
**end** (33:7)
**enforce** (29:9)(30:16)
**enforcement** (6:24)(7:2)(31:10)(32:7)
**engaged** (22:12)
**english** (12:3)(13:8)
**enough** (19:9)
**enter** (6:11)(20:14)(23:1)
**entered** (4:17)(5:12)(6:20)(11:23)
**entirely** (19:9)
**entry** (1:14)(3:2)(4:3)(4:13)(4:15)(4:16)(6:15)(7:6)(7:16)(8:20)(11:19)(15:3)(16:16)(17:21)(19:3)(21:13)(21:20)
**equal** (2:18)
**equitable** (12:22)(14:13)(15:11)(15:18)(15:21)(15:22)

(15:23) (15:25) (16:9) (17:3) (17:9) (18:15) (19:11) (20:5) (20:6) (20:15) (21:2) (21:4) (21:23) (22:9) (22:25) (25:20) (26:11) (26:14) (26:22) (27:10)
**equity** (19:19) (22:24) (23:4) (25:9)
**esq** (2:19)
**estate** (29:6)
**evaded** (10:1)
**even** (5:21) (5:24) (6:1) (7:11) (13:16) (19:12) (20:6) (24:13)
**everybody** (27:22)
**everything** (12:21) (14:25) (27:22)
**evidence** (21:22) (34:8) (34:16)
**exactly** (5:15) (25:23)
**excused** (33:4)
**exhibit** (24:10) (24:11)
**exhibits** (10:25) (24:10) (34:15)
**expiration** (34:23)
**extent** (20:14) (20:22)

**F**

**fact** (7:22) (31:7)
**fair** (12:22) (18:15) (22:25)
**false** (21:9)
**family** (9:11) (29:8) (31:21)
**fane** (2:16) (34:19)
**far** (17:20)
**favor** (22:1)
**feel** (27:16)
**fees** (14:8) (14:16) (15:10) (15:11) (15:18) (16:9) (16:23) (19:10) (19:20) (20:4) (21:25) (25:20) (29:18)
**felt** (17:25)
**few** (14:4)
**figure** (32:10)
**file** (19:1) (19:2) (21:16) (21:20) (28:23) (31:10) (32:7)
**filed** (8:25) (10:22) (11:23) (12:10) (17:23) (18:12)
**final** (11:23) (11:24) (17:22) (26:16)
**financial** (23:7)
**find** (32:8)
**finding** (16:15) (17:8) (20:12) (20:22) (21:23) (22:24)
**findings** (14:17) (15:4) (16:18) (16:21) (17:22) (18:2) (18:5) (18:8) (19:2) (19:17) (19:23) (21:19) (22:18)
**finds** (29:18)
**fine** (10:14) (22:9)
**fines** (29:22)
**finish** (8:12)
**first** (10:21) (13:14)
**flagrant** (9:6) (9:19)
**floor** (34:24)
**flow** (31:1)
**follow** (29:19)
**following** (1:17)
**for** (1:14) (2:5) (2:10) (2:18) (3:2) (5:16) (6:14) (6:15) (7:23) (7:25) (8:20) (8:21) (8:23) (8:25) (9:7) (10:7) (10:14) (11:8) (11:14) (11:15) (11:16) (12:9) (12:18) (12:19) (13:7) (13:16) (13:21) (13:23) (14:4) (14:23) (14:24) (15:20) (17:3) (17:24) (19:17) (20:4) (20:21) (21:5) (21:13) (22:4) (24:14) (25:8) (25:9) (25:10) (25:12) (27:2) (27:14) (28:24) (29:12) (29:20) (30:15) (30:22) (31:12) (32:11) (34:5) (34:9)
**force** (32:3)
**foregoing** (34:6)
**form** (12:11) (12:14) (26:24) (27:11) (27:12) (27:13) (27:15)
**forth** (12:5) (32:2)
**forthright** (30:12)
**forward** (31:22)
**found** (15:14) (16:25) (18:18) (19:19) (20:18) (20:20) (20:21) (21:25) (22:1)
**frankly** (12:6)
**fraudulent** (19:8) (19:18) (22:1)
**friday** (11:15)
**from** (7:15) (9:8) (9:21) (16:20) (22:11) (22:16) (25:1) (25:15) (31:19) (31:22)
**front** (18:1)
**fund** (2:18) (2:19)
**funds** (31:1)
**further** (34:13) (34:17)

**G**

**gain** (23:18)
**games** (5:1) (12:4) (29:24)
**gary** (2:15)
**gave** (8:5) (32:13)
**get** (5:6) (6:10) (6:20) (7:20) (10:17) (11:8) (11:14) (13:21) (13:24) (21:8) (23:17) (23:19) (25:15) (29:25) (30:8) (30:25) (31:21) (32:17) (32:20) (32:25)
**getting** (25:13) (28:4)
**give** (4:22) (6:25) (7:2) (11:7) (11:16) (12:20)
**gives** (31:8)
**going** (4:3) (5:3) (5:24) (5:25) (8:2) (10:4) (10:5) (10:6) (10:19) (11:14) (11:15) (12:7) (13:13) (14:24) (16:10) (23:17) (23:24) (25:13) (26:7) (26:11) (29:1) (30:2) (32:19) (32:24)
**gone** (6:6) (18:6)
**good** (4:2) (27:24) (27:25)
**got** (8:3) (8:4) (12:22) (16:22) (32:3)
**grant** (26:11)
**great** (31:8)
**guess** (18:8) (31:3)
**guys** (31:19) (32:2)
**gzimmerman** (2:16)

**H**

**had** (5:21) (9:12) (14:23) (21:6) (27:21) (29:19) (31:14)
**hand** (27:22) (34:20)
**handled** (11:21)
**happen** (8:17)
**hard** (4:22)
**harris** (1:8) (1:20) (34:3) (34:5)
**has** (6:6) (6:7) (7:3) (8:16) (12:21) (12:23) (17:23) (21:16) (27:17) (30:1) (32:4) (32:8)
**hasn't** (32:5)
**have** (4:19) (5:4) (5:13) (5:17) (5:25) (7:5) (8:10) (10:10) (11:17) (11:20) (12:3) (12:6) (12:18) (13:22) (14:5) (14:7) (15:12) (16:17) (17:25) (18:6) (18:25) (20:2) (20:25) (22:10) (22:13) (22:15) (23:15) (23:16) (23:21) (24:7) (25:2) (30:23) (32:19)
**having** (18:16)
**hear** (10:5) (11:4) (11:18) (20:1) (24:3) (29:1)
**heard** (17:23) (21:22) (23:14)
**hearing** (13:21) (13:23)
**held** (1:18) (1:20)
**help** (28:9) (33:6)
**helpful** (32:1)
**helps** (27:16)
**her** (5:14) (5:22) (6:5) (6:8) (9:2) (10:7) (11:17) (12:20) (12:23) (21:10) (25:2) (25:3) (25:11) (25:15) (26:25) (30:13) (30:19) (30:25)
**here** (8:19) (8:20) (9:10) (10:1) (10:4) (10:7) (12:18) (13:5) (16:2) (16:3) (16:23) (19:14) (19:22) (19:23) (20:9) (20:16) (21:21) (22:10) (24:11) (29:16) (32:1) (32:9)
**hereby** (34:6)
**here's** (27:2)
**herring** (15:7)
**hers** (21:11)
**herself** (30:15)
**he's** (9:24) (28:21)
**him** (8:12) (11:16) (25:15)
**hinder** (18:19)
**his** (11:15) (23:22)
**hobbs** (2:7) (11:21) (12:10) (13:9) (13:15) (13:25) (26:6) (26:25) (27:13)
**hobbstexasappeals** (2:8)
**hold** (14:14) (32:4)
**home** (10:2)
**honest** (30:12)
**honor** (4:5) (4:8) (5:9) (5:17) (6:14) (6:20) (7:1) (7:14) (8:10) (8:13) (9:1) (9:7) (9:21) (10:18) (11:21) (14:1) (14:4) (14:7) (16:6) (17:11) (18:17) (19:7) (20:4) (20:8) (21:15) (23:2) (23:4) (26:5) (27:1) (28:1) (31:14) (31:24) (33:1)
**honorable** (1:19)
**hope** (29:13) (31:5) (31:6)
**host** (8:3) (10:23)
**houston** (1:20) (2:17) (34:25)
**how** (7:18) (9:15) (14:16) (15:2) (16:20) (20:5) (23:17) (24:23) (28:15) (32:24)

**I**

**i'd** (21:18)
**ignored** (9:25)
**i'll** (11:15)(25:15)
**i'm** (4:3)(4:11)(4:25)(5:24)(5:25)(7:19)(8:9)(8:15)(10:4)(10:5)(10:6)(10:19)(12:18)(13:6)(13:20)(14:15)(18:3)(18:11)(18:15)(18:22)(18:23)(19:11)(19:23)(20:5)(23:11)(25:6)(25:13)(26:7)(27:8)(27:14)(28:3)(28:6)
**immediately** (31:1)
**imminently** (30:23)
**important** (20:9)
**improper** (20:12)
**include** (29:11)
**included** (34:9)
**inclusive** (29:22)
**income** (23:17)
**index** (3:1)(3:7)
**indicated** (21:2)
**information** (21:8)(31:22)
**initial** (27:5)(27:6)(27:8)(27:12)
**instance** (16:24)
**instruct** (30:12)
**insufficient** (17:25)
**intended** (19:13)
**intent** (18:19)
**interest** (1:6)
**interlineated** (14:3)
**interlineation** (25:24)(27:17)
**interlocutory** (7:20)(12:8)(12:9)
**intervenors** (2:18)(13:3)
**into** (34:16)
**irs** (22:14)
**isn't** (6:1)(17:19)(20:18)(23:9)(23:12)
**issue** (8:5)(10:6)(19:10)(28:10)
**issues** (8:11)(10:23)
**its** (29:9)
**it's** (4:20)(5:11)(8:6)(9:18)(11:21)(12:8)(16:2)(16:4)(19:8)(19:9)(21:1)(22:12)(24:21)(26:24)(29:17)(29:25)(31:16)
**itself** (12:9)
**i've** (6:12)(9:22)(12:5)(12:19)(13:20)

**J**

**jail** (29:11)(29:20)
**jayne** (1:4)(2:5)(2:10)(9:1)
**jbblackburn** (2:3)
**jewelry** (22:8)
**john** (1:5)(2:2)
**joint** (5:10)
**judge** (1:20)(4:11)(4:14)(4:21)(4:23)(5:2)(8:2)(8:15)(10:23)(12:24)(13:16)(13:25)(15:1)(15:5)(16:22)(21:12)(23:11)(23:13)(24:1)(24:6)(24:16)(27:8)(27:21)(27:23)(28:7)(28:9)(28:25)(30:3)(33:4)
**judgement** (1:14)(3:2)(11:23)
**judgment** (4:16)(6:20)(7:9)(7:16)(8:21)(11:24)(12:7)(13:3)(20:14)(20:17)(20:25)(21:13)(21:17)(21:24)(22:6)(22:17)(23:1)(25:14)
**judicial** (1:5)
**jury** (8:5)(12:23)(14:15)(14:23)(15:13)(15:19)(16:12)(16:19)(16:21)(16:25)(18:2)(18:5)(18:18)(19:1)(19:16)(19:19)(20:11)(20:12)(20:13)(21:16)(21:21)(22:5)(22:18)(24:5)(24:12)(24:17)
**jury's** (15:4)(16:14)(16:16)(17:8)(18:13)(19:22)(22:24)
**just** (4:25)(10:9)(12:16)(12:17)(13:2)(13:9)(14:13)(15:3)(15:12)(15:18)(15:22)(15:24)(15:25)(16:9)(16:16)(17:3)(18:3)(18:4)(18:15)(19:11)(19:16)(20:5)(20:6)(20:9)(20:15)(21:3)(21:4)(21:23)(26:13)(27:2)(27:11)(29:18)
**justice** (2:18)

**K**

**keep** (23:19)
**ketchum** (2:3)
**kids** (30:16)(30:17)
**kind** (9:20)(16:22)(22:20)(27:20)
**know** (7:19)(12:1)(12:6)(16:20)(17:10)(18:6)(23:7)(23:23)(27:5)(27:15)(29:23)(31:11)
**knowing** (21:10)
**knows** (32:3)

**L**

**lancelin** (1:19)
**language** (6:17)(20:6)(26:3)
**last** (7:7)(11:22)
**law** (2:8)(9:11)(11:24)(19:7)(20:7)(29:8)(30:16)
**lbh** (2:8)
**least** (19:9)(31:1)
**leave** (26:10)(31:15)
**leaving** (9:16)
**left** (9:4)(9:9)(9:15)(9:17)(14:6)(28:15)(29:6)
**leger** (2:3)
**less** (24:24)
**let** (8:12)(10:19)(14:14)(29:7)
**let's** (17:24)(25:9)
**lifted** (6:11)
**like** (4:23)(17:25)(18:24)(22:25)(28:3)(30:25)
**line** (6:7)(7:7)
**lisa** (2:7)(2:8)
**little** (24:24)(29:17)
**lizcano** (34:4)(34:22)
**lkclawfirm** (2:3)
**look** (26:23)(29:9)(31:11)
**looking** (18:11)
**lot** (29:25)

**M**

**ma'am** (7:24)(12:4)(13:20)(13:23)
**machine** (1:21)
**made** (16:18)(16:21)(18:2)(18:5)(18:8)(18:18)(19:16)(20:12)(27:9)(27:17)
**main** (2:4)
**make** (12:21)(13:23)(14:11)(14:12)(14:21)(16:15)(17:24)(22:24)(25:10)(25:24)(28:22)(29:20)(32:23)
**makes** (19:5)(19:17)
**man** (19:4)
**manner** (18:24)
**many** (9:25)
**mark** (26:2)
**marriage** (1:3)
**matter** (1:3)(7:17)(7:22)(25:9)(31:7)
**may** (10:20)(15:17)(24:7)(25:17)
**mean** (21:14)
**means** (11:18)(27:15)
**meant** (25:2)
**mechanisms** (31:20)
**meeting** (11:22)
**memo** (12:20)
**mentioned** (22:25)
**mia** (1:7)
**might** (12:17)
**million** (9:5)(9:18)(21:6)(22:1)(22:5)(22:11)(25:10)(26:8)(26:23)(29:5)
**mind** (18:9)
**misconstruing** (5:17)
**miss** (25:21)
**mistaken** (14:15)
**money** (9:12)(9:15)(9:21)(9:24)(22:10)(22:14)(22:22)(23:14)(25:13)(28:20)(29:6)(29:24)(29:25)(31:2)
**more** (28:10)(28:19)(31:3)
**morning** (4:2)(10:22)
**moseley** (1:4)(1:5)(1:7)(1:8)(2:5)(2:10)(5:25)(9:1)(9:12)(10:1)(12:20)(18:18)(22:11)(23:9)(23:12)(28:17)(29:23)
**moseleys** (23:8)
**most** (32:1)
**motion** (1:14)(3:2)(4:7)(8:20)(8:21)(8:25)(10:22)(11:3)(11:16)(14:21)(16:19)(17:21)(17:23)(18:4)(19:1)(20:1)(21:13)(21:17)(21:20)(28:24)
**move** (4:5)(4:15)
**moved** (25:5)
**mrs** (10:1)(12:20)(22:11)(28:17)
**much** (9:15)(14:16)(24:23)(28:15)(33:5)

**N**

**necessary** (11:18)(14:24)(15:10)(15:13)(15:20)(16:24)

**need** (10:7)(11:15)(12:2)(12:13)(28:9)(28:22)(28:23)(31:4)
**needed** (9:20)
**needs** (7:17)(30:13)
**net** (23:7)(23:16)
**new** (4:24)(17:24)
**next** (7:13)(8:6)(12:8)(23:24)(32:11)
**nicholas** (2:13)
**nick** (2:13)
**nine** (12:10)
**nonsensical** (22:20)
**nor** (12:3)
**not** (5:14)(5:18)(5:21)(5:24)(5:25)(7:11)(7:18)(8:7)(9:7)(12:18)(13:7)(15:3)(16:9)(16:10)(19:2)(19:8)(19:9)(19:11)(20:5)(20:20)(21:10)(21:17)(21:20)(22:9)(22:13)(22:20)(22:21)(24:11)(25:4)(25:6)(25:13)(25:22)(28:6)(29:12)(29:17)(29:19)(29:21)(30:2)(31:5)(31:6)
**nothing** (6:8)
**now** (4:16)(6:6)(12:2)(20:2)(20:4)(28:21)(29:11)
**nreisch** (2:14)
**number** (10:7)(11:8)(11:9)(21:20)(21:21)(22:5)(25:4)(32:7)
**numbered** (1:19)(34:10)

**O**

**oak** (2:17)
**object** (17:18)(21:20)
**objecting** (18:5)(19:2)
**objection** (18:4)
**objections** (12:10)(14:4)(14:8)
**obligation** (13:10)
**obligations** (13:12)(30:4)(30:19)
**obviously** (31:22)
**occasions** (9:23)
**occurred** (34:11)
**o'clock** (32:14)(32:15)
**off** (25:9)(25:14)(27:5)
**offer** (34:15)
**offered** (24:4)(34:16)
**office** (10:21)(10:24)
**official** (34:4)(34:20)(34:23)
**offset** (24:14)
**okay** (4:9)(10:3)(10:8)(10:16)(11:1)(11:4)(12:13)(12:17)(13:15)(13:23)(20:23)(25:1)(25:7)(26:1)(26:20)(26:24)(27:1)(27:6)(28:8)(30:17)(31:13)(31:17)(31:25)(32:9)(32:22)(32:23)(32:25)
**on an** (20:9)
**on our** (32:17)
**once** (9:7)(15:19)(31:10)
**one** (6:7)(8:11)(10:7)(11:8)(11:23)(11:24)(13:22)(14:8)(16:24)(17:13)(21:20)(22:4)(27:21)(28:10)(32:7)
**one-point** (9:5)
**only** (11:23)(19:23)(20:1)(22:6)(24:17)(24:18)(25:8)(25:19)(30:23)
**open** (34:11)
**opinion** (22:20)
**opportunity** (12:22)
**opposition** (4:3)(4:10)(4:12)(4:15)(11:24)(21:13)
**order** (4:3)(4:13)(4:15)(4:17)(5:23)(6:11)(6:14)(6:15)(7:6)(7:15)(7:20)(9:3)(9:7)(9:14)(9:19)(11:19)(12:8)(12:11)(14:4)(15:3)(16:16)(16:20)(17:6)(19:3)(19:23)(29:20)(30:7)(30:19)
**ordered** (9:14)(28:15)
**orders** (29:10)
**other** (13:21)(14:9)(17:14)(18:7)(25:15)(27:21)(29:19)(30:15)(30:21)(34:8)
**otherwise** (30:13)
**our** (4:20)(6:13)(7:14)(9:19)(11:22)(15:6)(19:16)(20:16)(21:13)(21:14)(22:1)(22:14)(24:10)(30:4)(31:11)
**our response** (13:18)
**out** (6:5)(13:14)(14:16)(14:23)(27:22)(32:10)
**outlining** (11:24)
**over** (5:23)(6:10)(6:13)(8:6)(25:5)(29:16)(32:9)
**overturn** (16:14)
**owe** (23:17)(25:7)

**P**

**pad** (27:23)
**page** (3:5)(6:25)(7:2)(21:12)
**paid** (21:5)(21:7)(22:13)(23:6)(23:25)(25:11)(25:12)(34:18)
**paid/will** (34:18)
**papers** (4:20)(15:6)
**part** (5:14)(5:18)(6:18)(7:19)(13:9)(25:15)
**parties** (9:2)(34:9)
**passed** (22:11)
**patience** (12:3)
**pay** (14:24)(23:15)(23:21)(24:23)
**paying** (22:16)
**pays** (22:22)
**pen** (27:23)
**penalties** (29:18)
**people** (5:7)(12:4)(29:24)
**perhaps** (5:6)
**permission** (9:7)(9:20)
**person** (13:8)(30:12)
**personally** (10:1)
**petitioner** (2:5)(2:10)
**phonetics** (13:6)
**piece** (17:2)(17:14)(22:7)
**place** (24:17)(32:8)
**placing** (6:1)
**plain** (12:2)
**plan** (4:17)(5:10)
**play** (12:3)
**playing** (4:25)(12:19)(12:20)(29:24)
**plead** (12:23)
**please** (7:23)(27:5)(27:6)(28:19)
**portion** (25:11)
**portions** (34:7)
**position** (15:2)(19:16)(21:15)
**positionally** (19:17)
**possible** (30:14)
**post** (2:17)(7:9)(22:6)
**post-judgment** (16:19)(17:21)(17:22)(19:1)(19:15)
**precluding** (6:23)
**presiding** (1:20)
**pretty** (13:20)
**prevent** (16:20)
**prior** (28:18)(31:2)
**problem** (16:5)(22:12)(22:13)
**procedure** (16:18)(21:19)(22:3)
**proceed** (6:20)
**proceedings** (1:18)(1:21)(3:8)(4:1)(24:22)(33:7)(34:8)(34:14)
**process** (12:17)
**production** (31:12)
**proof** (34:15)
**proper** (16:15)
**properly** (16:17)
**property** (22:7)
**proposed** (13:3)(14:4)(17:18)(22:17)
**proposing** (19:12)
**protection** (5:22)(6:2)
**provide** (9:14)(9:23)(28:15)(30:23)
**provision** (5:16)
**purportedly** (8:23)
**put** (5:8)(26:9)(26:13)

**Q**

**quash** (10:22)
**question** (19:21)(19:23)(20:2)(23:24)(25:17)
**quinn** (1:7)
**quite** (12:5)

**R**

**rather** (17:21)(19:22)
**ready** (28:4)
**really** (10:22)
**reasonable** (12:22)(15:10)(15:13)(15:17)(15:20)(16:24)(17:9)(18:15)(30:23)
**reasons** (22:4)
**recall** (9:3)
**received** (23:18)
**recess** (14:2)
**record** (1:1)(34:10)(34:13)(34:18)

**redo** (10:14)
**reduce** (19:18)(22:23)
**reduced** (21:16)(23:5)
**reflect** (23:6)
**reflects** (26:25)(34:14)
**refused** (9:24)
**regard** (18:1)(19:10)
**regardless** (23:16)
**reindeer** (12:4)
**reisch** (2:13)(19:6)(20:3)(25:22)(27:11)(27:19)
**relates** (30:16)
**relief** (29:10)
**relying** (5:16)(7:8)
**remain** (14:5)
**remember** (21:9)
**reminded** (30:13)
**removal** (5:6)
**removed** (5:22)
**repay** (22:15)
**reported** (1:21)(34:12)
**reporter** (34:4)(34:23)
**reporter's** (1:1)(3:9)(34:1)(34:10)(34:13)(34:18)
**representation** (28:22)
**requested** (29:10)(34:8)(34:14)
**requests** (9:25)(31:12)
**require** (16:19)
**requirement** (15:11)
**requires** (32:20)
**resolution** (7:17)(12:6)
**respect** (12:5)(13:2)
**respectfully** (23:2)
**response** (28:18)
**responsible** (9:2)(13:7)
**return** (10:21)(24:1)(24:4)
**right** (4:16)(5:15)(6:3)(6:9)(10:4)(10:6)(10:10)(12:2)(15:23)(19:21)(20:2)(20:16)(22:2)(25:3)(25:11)(33:2)
**righty** (28:8)(33:3)
**role** (13:16)(13:23)(14:12)(15:20)
**roma** (34:4)(34:22)
**rule** (11:25)(27:24)(30:16)
**rules** (16:17)
**ruling** (26:25)
**running** (9:18)

**S**

**said** (4:18)(6:5)(12:19)(22:5)(25:22)(25:23)(27:11)
**sam** (23:21)
**sanctions** (1:14)(3:2)(9:1)(11:16)
**sat** (21:21)
**say** (17:24)(18:13)(19:6)(23:14)(25:9)(25:19)(29:7)(31:9)
**saying** (19:4)(28:18)(28:21)
**says** (6:24)(7:9)(7:16)(15:12)(15:17)(22:22)
**sbot** (2:2)(2:7)(2:12)(2:14)(2:15)
**school** (13:7)
**scratch** (27:23)
**second** (15:19)(17:2)
**secondarily** (15:16)
**section** (15:17)
**see** (9:23)(27:16)(29:7)(31:2)
**sense** (19:5)(19:17)
**sent** (28:16)(28:18)(31:1)
**separate** (14:20)
**september** (32:14)
**serious** (28:11)
**serve** (10:12)(10:13)(31:12)
**served** (10:24)(11:17)
**service** (10:2)(10:20)(10:21)(11:2)
**set** (7:22)(8:23)(23:15)
**setting** (32:20)
**several** (9:23)(22:4)
**share** (23:22)
**she** (9:4)(9:5)(9:7)(9:8)(9:12)(9:13)(9:16)(9:20)(10:1)(10:2)(12:21)(24:23)(28:19)(28:20)(29:19)(30:13)(30:14)(31:7)(32:2)(32:3)(32:4)(32:8)
**shenanigans** (29:23)
**she's** (5:14)(5:18)(5:21)(7:18)(29:1)(29:4)
**should** (14:11)(20:17)(21:15)(22:3)(22:15)(22:17)(22:23)(23:15)
**shouldn't** (10:10)
**show** (23:25)(24:12)(31:1)(32:20)
**shows** (28:17)
**sick** (4:25)
**side** (27:6)(30:2)
**sides** (27:5)
**sign** (19:23)(21:24)(27:5)(28:5)
**signature** (18:7)(27:16)
**signed** (22:17)(27:24)
**signing** (16:20)(17:5)
**simultaneous** (16:1)(26:4)
**since** (9:15)(9:16)(19:24)(28:16)(31:2)
**sir** (31:10)
**sit** (12:13)(19:14)
**sitting** (22:23)
**situation** (23:7)
**solely** (25:14)
**some** (6:7)(13:17)(22:19)(30:24)
**somebody** (5:6)(22:22)
**somebody's** (27:16)
**someone** (6:1)(6:6)
**something** (14:22)(17:19)(18:12)(18:13)(18:20)(18:25)(19:5)(19:12)(27:11)(27:14)(29:11)(29:13)(29:19)(31:4)(32:5)
**sorry** (4:11)(8:9)(8:14)(8:15)(18:22)(23:11)(27:8)
**sotto** (27:18)
**sparse** (19:7)
**speak** (12:2)
**speaks** (12:9)
**specifically** (5:22)(6:5)(14:16)
**spelled** (14:23)
**spencer** (2:16)(34:19)
**spencerfane** (2:13)(2:14)(2:16)
**spend** (9:20)(28:19)(29:1)
**spending** (9:18)
**spent** (9:12)(9:16)(29:4)(31:7)
**spoken** (12:23)(21:16)
**squandered** (9:5)
**stack** (10:24)
**stage** (24:21)
**stand** (9:8)(32:1)
**standing** (9:3)(30:6)(30:19)
**start** (4:3)
**state** (34:2)(34:5)
**statements** (30:24)(30:25)
**statute** (19:13)
**statutory** (20:6)
**stay** (6:23)
**stenotype** (1:21)
**step** (32:11)
**steps** (20:16)
**still** (27:14)
**stop** (12:18)(12:20)(14:14)
**street** (2:4)(34:24)
**subject** (15:10)(21:1)
**submit** (24:12)
**subpoena** (9:25)(10:13)(11:5)(31:14)
**substance** (12:11)(12:15)
**such** (18:4)
**sufficient** (11:16)
**suggest** (5:3)(5:5)(8:3)
**suite** (2:4)(2:9)(2:17)
**supposed** (17:20)
**sure** (12:21)(15:1)(18:10)(19:11)(20:5)
**surely** (31:5)

**T**

**tab** (5:8)
**tabbed** (5:16)
**take** (13:19)(25:9)(25:13)
**talk** (8:6)(12:14)(13:6)
**talking** (8:16)(12:7)(18:23)(19:10)
**tax** (24:1)(24:4)
**taxes** (21:5)(21:7)(22:13)(22:22)(23:6)(23:17)(23:25)(24:23)(25:12)
**telephone** (2:5)(2:10)(2:18)
**tell** (4:25)(12:18)(13:22)(19:15)(25:4)

**telling** (12:2)(13:11)
**ten** (12:10)
**tendered** (34:15)
**testified** (9:4)(9:9)
**testimony** (21:10)(24:2)
**texas** (1:8)(1:20)(2:4)(2:9)(2:17)(10:24)(34:2)(34:6)(34:25)
**than** (17:21)(18:7)(19:22)(24:25)(29:17)(29:19)(30:15)
**thank** (13:24)(13:25)(14:1)(33:2)(33:3)(33:5)
**that** (4:4)(4:6)(4:17)(5:5)(5:6)(5:12)(5:13)(5:16)(6:7)(6:17)(6:18)(6:19)(6:25)(7:2)(7:7)(7:9)(7:15)(7:16)(8:7)(9:3)(9:12)(9:13)(9:15)(9:19)(9:20)(10:6)(10:11)(11:17)(11:18)(12:20)(12:21)(13:2)(13:3)(13:6)(13:24)(14:5)(14:15)(14:21)(14:22)(14:23)(15:11)(16:14)(16:19)(17:9)(17:10)(17:17)(17:18)(17:19)(17:20)(17:25)(18:1)(18:6)(18:12)(18:13)(18:18)(18:25)(19:2)(19:5)(19:6)(19:8)(19:9)(19:12)(19:19)(19:25)(20:1)(20:13)(20:15)(20:17)(21:3)(21:5)(21:6)(21:9)(21:10)(21:18)(21:24)(22:6)(22:8)(22:9)(22:10)(22:14)(22:15)(22:17)(22:21)(22:22)(22:24)(23:5)(23:6)(23:14)(23:16)(23:18)(23:19)(23:23)(23:24)(23:25)(24:13)(24:14)(24:17)(25:1)(25:2)(25:3)(25:6)(25:8)(25:10)(25:11)(25:15)(25:16)(25:24)(26:1)(26:2)(26:24)(26:25)(27:6)(28:13)(28:14)(28:16)(28:17)(28:19)(28:20)(28:21)(28:22)(29:1)(29:6)(29:8)(29:11)(29:12)(29:13)(29:18)(29:21)(30:11)(30:20)(30:22)(30:25)(31:3)(31:4)(31:7)(31:10)(31:13)(31:14)(31:21)(31:23)(32:5)(32:8)(32:9)(32:19)(32:20)(32:25)(34:6)(34:13)(34:17)
**that's** (5:7)(6:3)(6:9)(7:4)(7:12)(9:19)(10:3)(10:14)(11:14)(13:5)(14:18)(14:20)(16:24)(18:20)(20:1)(20:13)(20:16)(20:22)(20:24)(21:12)(22:4)(22:20)(23:1)(25:4)(25:15)(25:19)(25:22)(26:6)(29:12)(30:14)(31:25)(32:21)
**that's fine** (26:18)
**the** (1:3)(1:6)(1:17)(1:18)(1:19)(4:2)(4:3)(4:7)(4:9)(4:12)(4:13)(4:15)(4:16)(4:19)(4:24)(5:5)(5:6)(5:10)(5:11)(5:12)(5:13)(5:16)(5:18)(5:21)(5:23)(6:1)(6:4)(6:10)(6:11)(6:13)(6:14)(6:15)(6:16)(6:17)(6:18)(6:19)(6:20)(6:22)(6:24)(7:2)(7:5)(7:6)(7:9)(7:11)(7:13)(7:15)(7:16)(7:17)(7:18)(7:23)(7:24)(7:25)(8:4)(8:5)(8:7)(8:12)(8:16)(8:18)(8:20)(8:21)(8:22)(9:3)(9:4)(9:8)(9:11)(9:12)(9:15)(9:16)(9:17)(9:24)(10:3)(10:9)(10:13)(10:14)(10:17)(10:19)(10:20)(10:21)(11:1)(11:4)(11:7)(11:8)(11:10)(11:11)(11:12)(11:13)(11:19)(11:24)(12:1)(12:3)(12:11)(12:13)(12:17)(12:23)(12:25)(13:3)(13:5)(13:11)(13:16)(13:19)(13:21)(14:6)(14:8)(14:9)(14:10)(14:11)(14:14)(14:16)(14:17)(14:20)(14:22)(15:2)(15:4)(15:6)(15:8)(15:9)(15:11)(15:12)(15:13)(15:15)(15:17)(15:19)(15:21)(15:22)(16:4)(16:5)(16:8)(16:9)(16:10)(16:12)(16:13)(16:14)(16:15)(16:16)(16:17)(16:18)(16:20)(16:21)(16:23)(16:25)(17:1)(17:2)(17:3)(17:5)(17:8)(17:12)(17:15)(17:16)(17:17)(17:19)(17:21)(17:23)(18:1)(18:2)(18:5)(18:7)(18:11)(18:12)(18:13)(18:18)(18:19)(18:20)(18:23)(18:24)(19:1)(19:2)(19:3)(19:7)(19:8)(19:10)(19:12)(19:14)(19:16)(19:18)(19:19)(19:21)(19:22)(19:24)(19:25)(20:1)(20:4)(20:5)(20:6)(20:10)(20:11)(20:12)(20:13)(20:14)(20:16)(20:18)(20:19)(20:21)(20:22)(20:23)(20:24)(20:25)(21:4)(21:5)(21:6)(21:8)(21:13)(21:16)(21:18)(21:19)(21:20)(21:21)(21:22)(21:24)(21:25)(22:1)(22:2)(22:4)(22:7)(22:14)(22:15)(22:17)(22:18)(22:22)(22:23)(22:24)(23:1)(23:3)(23:4)(23:6)(23:7)(23:8)(23:9)(23:12)(23:16)(23:20)(23:23)(23:25)(24:1)(24:3)(24:4)(24:8)(24:11)(24:12)(24:14)(24:17)(24:18)(24:20)(24:22)(24:23)(25:1)(25:5)(25:7)(25:8)(25:9)(25:18)(25:20)(25:24)(26:2)(26:8)(26:9)(26:11)(26:15)(26:16)(26:18)(26:21)(27:4)(27:5)(27:6)(27:9)(27:10)(27:14)(27:17)(27:21)(27:23)(27:25)(28:3)(28:4)(28:8)(28:11)(28:13)(28:16)(28:23)(29:1)(29:3)(29:7)(29:8)(29:9)(29:16)(29:18)(29:19)(29:20)(29:23)(30:4)(30:5)(30:6)(30:8)(30:11)(30:14)(30:16)(30:19)(30:21)(30:24)(31:1)(31:2)(31:5)(31:7)(31:9)(31:15)(31:18)(31:19)(31:20)(31:25)(32:1)(32:6)(32:10)(32:13)(32:15)(32:16)(32:19)(32:23)(32:24)(33:3)(33:5)(34:2)(34:5)(34:6)(34:9)(34:10)(34:13)(34:14)(34:17)(34:20)
**their** (5:23)(7:21)(7:22)(21:23)(22:12)(22:13)(29:13)
**them** (13:6)(14:15)(23:15)(30:24)(32:13)
**then** (9:8)(11:13)(12:15)(13:14)(13:23)(15:20)(17:2)(18:8)(18:14)(20:14)(26:10)(27:25)(28:2)(28:8)
**there** (4:14)(5:23)(6:10)(6:13)(6:14)(6:15)(7:11)(9:4)(9:9)(10:6)(11:2)(11:22)(13:2)(13:15)(13:16)(15:20)(16:4)(17:13)(17:18)(19:7)(20:18)(21:9)(21:25)(26:11)(27:15)(31:15)(31:20)(31:22)
**there's** (4:9)(4:12)(6:21)(10:23)(14:4)(15:19)(15:20)(17:10)(17:11)(18:13)(20:7)(20:20)(20:21)(22:21)(24:16)(29:5)
**these** (5:1)(5:7)(12:4)(19:16)(27:20)(29:24)(31:1)
**they** (5:22)(6:4)(6:5)(7:18)(7:20)(14:5)(14:23)(14:25)(21:16)(21:19)(21:25)(22:1)(22:12)(22:13)(22:15)(22:21)(23:16)(23:18)(23:21)(23:25)(25:7)(25:12)(27:4)(28:2)(29:13)
**they're** (5:16)(5:17)(7:8)(13:5)(15:18)(16:8)(18:5)(19:12)(22:19)
**they've** (8:4)(29:20)
**thing** (6:1)(14:23)(19:16)(25:8)(29:8)(30:22)(32:1)
**things** (8:3)(13:2)(27:20)(32:9)
**think** (5:7)(14:11)(16:17)(18:25)(19:17)(20:9)(24:6)(24:9)(28:23)(29:22)(31:25)
**third** (23:22)
**this** (4:25)(5:1)(5:14)(5:24)(5:25)(6:6)(6:24)(7:15)(7:19)(10:4)(10:5)(10:22)(11:22)(12:5)(12:7)(12:14)(12:15)(12:16)(12:19)(15:3)(16:14)(16:23)(17:5)(18:24)(19:7)(19:15)(19:21)(19:25)(20:17)(22:2)(22:12)(22:14)(24:21)(25:13)(25:14)(26:23)(27:25)(28:5)(28:16)(28:19)(28:21)(29:7)(29:24)(30:1)(30:2)(30:16)(32:11)(34:9)(34:13)(34:17)(34:20)
**those** (13:7)(13:17)(14:11)(32:8)(32:23)
**thought** (30:22)
**through** (9:18)(14:25)(30:24)
**thrown** (6:7)
**thursday** (32:21)
**thwart** (12:17)
**tie** (5:25)
**time** (11:17)(12:3)(13:24)(18:12)(19:25)(23:25)(24:14)(29:1)(32:21)
**today** (8:24)(10:1)(10:6)(13:21)(24:12)(28:21)
**told** (9:12)(13:20)(28:20)
**too** (12:20)(31:6)(31:15)
**took** (6:5)
**total** (34:17)
**touched** (20:9)
**tracks** (16:23)
**transcription** (34:7)
**transfer** (18:18)(19:8)(19:18)(20:13)(20:22)(22:2)(22:5)(24:19)
**transferred** (21:6)(22:16)
**transfers** (31:3)
**trial** (1:2)(7:23)(7:25)(9:3)(9:8)(9:16)(11:8)(17:24)(23:25)(28:16)(30:25)(31:2)(32:13)
**tried** (9:25)
**true** (21:9)(34:7)
**truly** (34:14)
**try** (5:25)(11:17)(13:13)
**trying** (14:21)(22:19)
**tufta** (13:10)(13:17)(15:16)(24:17)
**tutorial** (13:24)
**two** (8:11)(9:10)(11:9)(11:22)(14:8)(16:23)(21:21)(22:6)(25:4)
**twofold** (14:10)

## U

**uh-huh** (6:16)(8:18)(15:8)(15:15)(17:1)(17:15)(20:10)(24:20)(26:21)(32:16)
**uncle** (23:21)
**under** (6:1)(6:2)(13:10)(13:17)(15:5)(15:6)(15:16)(16:17)(26:6)(27:2)(30:4)(30:19)(31:11)(31:20)
**underneath** (26:10)
**understand** (5:2)(13:1)(23:13)(29:25)(30:4)(30:18)(31:18)
**understood** (29:15)(31:9)(32:12)
**unless** (14:15)(17:22)
**until** (17:22)
**unusual** (19:9)
**upon** (10:20)(29:10)
**use** (26:12)(32:6)
**used** (22:15)
**utilize** (31:21)

## V

**value** (19:19) (20:6) (20:21) (22:7) (24:18)
**valued** (20:13)
**verdict** (8:6) (13:16) (16:14) (16:16) (17:9) (18:14) (21:17) (21:25)
**verse** (29:13)
**very** (6:4) (6:5) (14:16) (30:1) (33:5)
**victor** (7:22) (10:17) (11:7)
**view** (6:13) (9:19)
**violate** (9:13)
**violated** (32:8)
**violation** (9:2) (9:6) (9:19)
**voce** (27:18)
**vol** (3:5)
**volume** (1:1) (3:3) (34:9)

## W

**want** (4:25) (8:6) (13:22) (16:13) (16:18) (18:12)
**wants** (30:15)
**was** (5:3) (5:12) (6:14) (6:15) (6:18) (6:19) (7:15) (8:2) (9:4) (9:9) (9:11) (9:13) (10:21) (10:23) (10:24) (14:21) (14:24) (17:9) (17:25) (18:14) (18:18) (19:13) (21:6) (21:9) (21:23) (22:5) (22:9) (22:10) (22:14) (22:25) (23:22) (23:24) (24:7) (24:8) (24:9) (24:10) (25:2) (25:11) (30:22) (30:23) (34:18)
**wasn't** (8:15) (11:2) (21:10) (25:1) (25:3)
**way** (5:23) (17:5) (18:7) (18:11)
**we'd** (30:25)
**week** (9:10) (11:22)
**weeks** (31:8)
**well** (4:19) (7:18) (12:12) (12:13) (13:20) (14:19) (16:10) (16:22) (19:21) (23:9) (23:20) (23:23) (29:3) (29:22) (32:18)
**we'll** (10:9) (11:4) (11:8) (13:14) (26:1) (31:13)
**went** (9:24) (14:25) (31:3)
**were** (13:2) (14:23) (15:4) (18:8) (21:5) (34:12)
**we're** (7:11) (8:19) (8:20) (10:4) (11:13) (13:13) (16:7) (19:2) (22:7) (27:24)
**we've** (6:12) (8:3) (14:3) (16:22)
**what** (5:2) (5:5) (5:7) (5:13) (6:6) (7:19) (8:1) (8:2) (10:4) (10:23) (11:19) (12:1) (12:6) (13:22) (14:12) (14:23) (15:4) (15:13) (16:24) (17:3) (18:7) (18:17) (18:23) (19:11) (20:15) (22:4) (23:1) (23:14) (23:24) (24:12) (25:23) (26:2) (26:12) (27:7) (27:15) (28:3) (28:13) (29:10) (30:4) (30:13) (30:14) (30:19) (32:2) (32:3) (32:4) (32:10)
**whatever** (11:17) (17:24)
**what's** (4:2) (5:10) (7:13) (8:6) (12:8) (14:6) (15:19) (15:21) (16:5) (21:7) (32:8)
**when** (7:20) (27:16) (28:20) (31:12)
**where** (9:24) (15:9) (20:16) (27:2) (27:8) (27:9) (27:10) (27:21) (31:2)
**wherein** (17:23)
**whether** (19:11) (21:22) (22:9) (25:4) (29:21)
**which** (9:24) (18:24) (23:22) (30:22) (34:11)
**while** (21:21)
**who** (6:1) (24:4)
**why** (13:5) (26:13)
**will** (10:17) (11:7) (20:14) (31:14)
**with** (4:4) (5:1) (5:7) (5:13) (6:8) (7:3) (7:6) (9:23) (10:13) (10:23) (12:4) (12:19) (12:21) (13:19) (17:9) (18:1) (18:13) (18:18) (19:10) (19:14) (19:25) (20:1) (21:18) (21:19) (21:24) (22:7) (22:14) (26:14) (26:22) (27:6) (27:23) (28:10) (28:15) (29:12) (29:24) (31:22) (32:6) (32:9) (32:24)
**without** (18:3)
**withstanding** (21:17)
**witness** (9:8) (34:20)
**won** (14:25)
**won't** (28:19)
**word** (26:12)
**work** (13:14)
**works** (20:7)
**world** (29:8) (31:20)
**would** (16:15) (16:17) (16:19) (16:20) (17:18) (19:6) (19:16) (20:3) (21:3) (21:19) (21:24) (22:6) (23:5) (23:16) (25:2) (25:11) (28:13) (28:14) (29:12) (29:13) (29:22) (30:12) (31:5) (31:9) (32:10)
**wouldn't** (28:20)
**write** (26:11)
**writing** (9:15) (34:8)
**wrong** (18:13)
**wrote** (14:16) (27:2) (27:10) (27:22)

## Y

**yeah** (5:20) (15:1) (19:15) (24:6) (26:15) (26:18) (27:13)
**yellow** (27:23)
**yes** (4:8) (4:14) (7:1) (7:24) (8:13) (8:16) (14:7) (26:5) (28:1) (30:10) (31:24) (33:1) (33:5)
**yesterday** (10:13)
**yet** (7:11)
**york** (8:7)
**you** (4:22) (4:25) (5:4) (9:14) (10:19) (11:7) (11:20) (12:2) (12:15) (12:18) (13:20) (13:21) (13:24) (13:25) (14:1) (14:14) (14:22) (15:5) (16:13) (16:17) (16:18) (17:24) (18:12) (18:14) (18:17) (18:25) (19:24) (20:4) (21:21) (21:22) (21:24) (22:8) (22:23) (22:25) (23:2) (23:6) (23:17) (24:3) (24:4) (24:12) (25:8) (25:15) (25:19) (26:12) (26:23) (27:4) (28:4) (28:11) (28:14) (28:23) (29:1) (29:9) (29:12) (29:23) (30:9) (30:11) (30:12) (31:10) (31:11) (31:12) (31:15) (31:18) (31:19) (31:21) (32:2) (32:5) (32:7) (32:9) (32:10) (32:20) (32:23) (33:2) (33:3) (33:5) (33:6)
**you'd** (4:23)
**you'll** (9:3) (12:13)
**your** (4:5) (4:8) (5:8) (5:16) (6:13) (6:20) (7:1) (7:14) (8:5) (8:10) (8:13) (9:1) (9:3) (9:6) (9:7) (9:13) (9:19) (9:21) (10:18) (11:21) (13:10) (13:21) (14:1) (14:4) (14:7) (16:6) (17:11) (18:17) (19:7) (20:4) (20:8) (21:15) (23:2) (23:4) (24:11) (24:13) (26:5) (27:1) (27:2) (28:1) (28:9) (28:24) (29:10) (31:10) (31:14) (31:24) (33:1)
**you're** (4:24) (5:15) (8:7) (12:1) (12:7) (14:21) (17:20) (18:4) (19:4) (23:17) (27:6) (29:8) (32:19) (32:24)
**yourself** (29:12)

## Z

**zachary** (1:5)
**zimmerman** (2:12) (2:15) (4:22) (5:4) (5:8) (5:11) (5:15) (5:20) (6:3) (6:9) (6:12) (6:17) (6:23) (7:1) (7:4) (7:7) (7:10) (7:12) (8:10) (8:13) (8:25) (10:8) (10:12) (10:16) (11:15) (12:14) (13:4) (13:13) (13:19) (14:1) (14:3) (14:18) (15:23) (16:2) (16:8) (16:12) (20:24) (21:14) (25:6) (25:17) (25:19) (26:1) (26:7) (26:13) (26:16) (26:20) (26:22) (27:1) (27:18) (28:1) (28:9) (28:12) (28:14) (28:25) (29:4) (29:15) (30:21) (31:6) (31:13) (31:17) (31:24) (32:12) (32:17) (32:22) (33:1) (33:2)
**zimmerman's** (11:14)