**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 24-31596** |
| **MMA LAW FIRM, PLLC** | § | |
| | § | |
| **DEBTOR** | § | |

## SETTLEMENT AGREEMENT

This Settlement Agreement (the "**Agreement**") is entered into by and between MMA Law Firm, PLLC (formerly known as McClenny Moseley and Associates) ("**MMA**" or the "**Debtor**"), on the one hand, and Huber Thomas, LLP (**"Huber Thomas"**) on the other hand. MMA and Huber Thomas are each referred to individually as a "**Party**" and collectively as the "**Parties**."

The Parties hereby agree to the following terms and conditions below, which are expressly subject to approval by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**").

This Settlement Agreement shall be effective as of the date on which it is signed by both Parties (the **"Effective Date").**

## DEFINITIONS AND RECITALS

1. On April 9, 2024, the Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code.

2. On April 8, 2026, MMA filed an Adversary Proceeding against Huber Thomas in Case No. 26-03115 (the **"Adversary"**), concerning MMA's respective interest in attorneys' fees related to legal cases involving eight former clients of MMA who are now represented by Huber Thomas

(the "**Former MMA Cases**").

3. The attorney's fees attributable to the Lubertha Lewis matter is $3,833.33, and those fees have not been received by Huber Thomas as of the date of the execution of this Agreement (the "**Lewis Matter**").

4. The Parties have reached a comprehensive resolution of all disputes concerning the Former MMA Cases and the Adversary.

5. The Parties acknowledge that this Settlement Agreement is subject to approval by the Bankruptcy Court.

**PAYMENT TERMS AND CONDITIONS**

6. Upon entry of an order by the Bankruptcy Court approving this Settlement Agreement, Huber Thomas shall pay MMA a total of **$13,194.44** (the "**Fees Owed**"), representing one-third (1/3) of the total attorneys' fees collected by Huber Thomas in all of the Former MMA Cases. In exchange for payment of the Fees Owed, the Parties shall fully release all claims against one another, and the Adversary Proceeding shall be dismissed.

7. Of the Fees Owed, **$11,916.66** shall be paid within three (3) days after entry of the Bankruptcy Court's order approving this Settlement Agreement. The remaining **$1,277.78**, representing one-third (1/3) of the attorneys' fees to be received by Huber Thomas in the Lewis Matter, shall be paid within fourteen (14) days after Huber Thomas's receipt of those fees.

8. All payments shall be made payable to MMA Law Firm, PLLC and delivered to MMA's counsel, Walker & Patterson, P.C., at 4815 Dacoma Street, Houston, Texas 77092, unless the Parties mutually agree in writing to an alternative method of payment or delivery.

9. **Retention of Jurisdiction:** The Bankruptcy Court shall retain exclusive jurisdiction to resolve any dispute between the Parties regarding this Agreement.

10. **Mutual Release**: Effective upon the full and final completion of all terms and conditions

set forth in this agreement, the Parties release each other from any and all claims, demands, and causes of action related to the Former MMA Cases.

11. **Bankruptcy Court Approval:** The Parties understand that this entire Settlement Agreement is subject to Bankruptcy Court approval.

**Dated:** 9-3-2026

*/s/ Allison D. Byman, Plan Administrator for MMA Law Firm, PLLC*

~~**John Zachary Moseley – MMA Law Firm, PLLC**~~ Allison D. Byman, Plan Administrator
~~1235 North Loop West~~
~~Suite 810~~
~~Houston, Texas 77008~~
~~Email: zach@mma-pllc.com~~
~~Telephone: 713-554-6121~~
~~Fax: 713-332-5953~~

**Dated:** ____________________

STEPHEN M. HUBER
HUBER THOMAS, LLP
1100 Poydras Street, Suite 2200
New Orleans, LA 70163
Telephone: (504) 274-2500
Facsimile: (504) 910-0838
stephen@huberthomaslaw.com