IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MMA LAW FIRM, PLLC | § | Case No. 24-31596 |
| | § | Chapter 11 |
| | § | |
| Debtor. | § | |

**ORDER APPROVING COMPROMISE WITH HUBER THOMAS, LLP**

It is

**ORDERED** that the Plan Administrator's Motion to Compromise Controversy with Huber Thomas, LLP (**"Huber Thomas"**) is GRANTED in full, and it is further

**ORDERED** that the Settlement Agreement attached hereto is approved, and it is further

**ORDERED** that Allison D. Byman, in her capacity as Plan Administrator for MMA Law Firm, PLLC, and Huber Thomas are authorized to enter into and consummate the Settlement Agreement according to the terms and conditions contained in the attached Settlement Agreement, and it is further

**ORDERED** that Huber Thomas shall pay the sum of $11,916.66 in good funds within three (3) days of entry of this Order, made payable to MMA Law Firm, PLLC and delivered to Walker & Patterson, P.C., 4815 Dacoma Street, Houston, Texas 77092, unless the parties mutually agree in writing to a different method of payment or delivery, and it is further

**ORDERED** that Huber Thomas shall pay the remaining sum of $1,277.78 in good funds within fourteen (14) days after Huber Thomas receives the attorney's fees in the Lubertha Lewis matter, in the same manner, and it is further

**ORDERED** that upon receipt of all sums due under the Settlement Agreement, the parties are authorized to dismiss Adversary No. 26–03115 with prejudice, and it is further

**ORDERED** that this Court retains jurisdiction over all disputes that may be related to the interpretation or enforcement of the attached Settlement Agreement and this Order.

SIGNED:____________

______________________________________
CHIEF UNITED STATES BANKRUPTCY JUDGE