**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| MMA LAW FIRM, PLLC, | § | **CASE NO. 24-31596 (EVR)** |
| Debtor. | § | |

***ORDER GRANTING PRO SE CM/ECF ACCESS, LEAVE TO CURE AND REFILE MASTER COMPENDIUM, AND SETTING EXPEDITED DEADLINES***

***CAME ON FOR CONSIDERATION*** *the Emergency Motion for Judicial Approval of Pro Se CM/ECF Access, Leave to Cure and Refile Master Compendium, and Request for Expedited Hearing (the "Motion") filed by pro se creditor, crime victim, and whistleblower Jeffrey Alan Vitt, Individually ("Movant"). Upon review of the Motion, the court records, and the administrative constraints of the EDSS system, the Court finds that cause exists, that Movant has demonstrated severe technical prejudice due to file size caps, and that granting access and leave to cure serves the interests of justice and ensures a complete record.*

***IT IS THEREFORE ORDERED THAT:***

1. *The Motion is* ***GRANTED*** *to the extent set forth herein.*

2. *Movant Jeffrey Alan Vitt, Individually, is granted emergency judicial authorization to register for and utilize non-attorney CM/ECF electronic filing access specifically for* ***Case No. 24-31596****. The Clerk's Office is directed to provide technical assistance or instructions to unlock Movant's PACER/NextGen profile for direct electronic docket posting upon completion of standard NextGen non-attorney filing registration steps.*

3. *Movant is granted* ***broad leave to cure, supplement, amend, refile, consolidate, and properly index*** *the complete master filing package—including,* ***without limitation****, the August 28, 2026 Amended Proof of Claim #73 / Omnibus Addendum, the Second Amended Reconsideration Motion, Sworn Declarations, Certificate of Service, Proposed Order, any supplemental briefing or declarations, and Exhibits 1 through any subsequent or additional exhibits—either via direct CM/ECF posting once unlocked or through coordinated Clerk's Office intake, preserving Movant's full reservation of rights to expand upon the factual and legal record as discovery warrants.*

4. *All previously submitted parts across Document Nos. 1697, 1698, and 1699 are deemed part of the consolidated record, subject to the substitution of the clean, unified refiled compendium.*

5. *Pending Applications #1604 (PACER fee waiver) and #1605 (In Forma Pauperis) are set for administrative review, and the Clerk is directed to process them expeditiously in light of this Order.*

***SIGNED:* ______________________________________**, *September* **___**, *2026.*

***HONORABLE EDUARDO V. RODRIGUEZ***

*CHIEF UNITED STATES BANKRUPTCY JUDGE*