United States Courts
Southern District of Texas
FILED
September 04, 2026
Nathan Ochsner, Clerk of Court

## CERTIFICATE OF CONFERENCE AND SERVICE

I hereby certify that on this 4th day of September, 2026, a true and correct copy of the foregoing *Emergency Motion for Judicial Approval of Pro Se CM/ECF Access, Leave to Cure and Refile Master Compendium, and Request for Expedited Hearing*, along with local notice requirements, was served electronically via the Court's CM/ECF system and by email upon all parties in interest entitled to notice, including:

- **Counsel for the Debtor:**
  Johnie Patterson & Miriam Goott
  jjp@walkerandpatterson.com, mgoott@walkerandpatterson.com

- **Counsel for the Official Committee of Unsecured Creditors:**
  Nicholas R. Lawson & Avi Moshenberg
  Nick.Lawson@lmbusinesslaw.com, Avi.Moshenberg@lmbusinesslaw.com

- **Plan Administrator:**
  Allison Byman
  adb@bymanlaw.com

- **Office of the United States Trustee:**
  Andrew Jimenez
  ustpregion07.hu.ecf@usdoj.gov, andrew.jimenez@usdoj.gov

- **Courtroom Deputy & Case Manager:**
  Ana Castro ana_castro@txs.uscourts.gov
  Norma Jean Chavez norma_j_chavez@txs.uscourts.gov

**Furthermore, pursuant to local requirements and good-faith practice,** I attempted by telephone and successfully communicated via electronic mail prior to filing this emergency motion to resolve technical access and intake issues directly with chambers staff, while also documenting the severe help-line queue bottlenecks encountered over the past week.

______________________________ September 4th, 2026

Jeffrey Alan Vitt, Individually
12791 S. 4230 Road Chelsea, OK 74016
539-292-9358
javit2004rule@gmail.com
*Pro Se Claimant*