# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| MMA LAW FIRM, PLLC, | § | **CASE NO. 24-31596 (EVR)** |
| Debtor. | § | |

**ORDER GRANTING EXEMPTION FROM ELECTRONIC PUBLIC ACCESS FEES**

Upon consideration of the Application for Exemption from the Judicial Conference Electronic Public Access Fees (Doc. 1604) filed by Creditor Jeffrey Alan Vitt; the Court finding that an exemption is necessary to avoid an unreasonable burden and to promote public access to information; **IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.
2. Jeffrey Alan Vitt (PACER Account: 9177719) shall be exempt from the payment of fees for electronic access to court data via the PACER system in Case No. 24-31596 and any associated adversary proceedings.
3. This exemption is valid for the duration of this bankruptcy case unless earlier modified or revoked by the Court.

**SIGNED:** ____________________________________________, 2026

**HONORABLE EDUARDO V. RODRIGUEZ**