# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| MMA LAW FIRM, PLLC, | § | **CASE NO. 24-31596 (EVR)** |
| Debtor. | § | |

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Upon consideration of the Application to Proceed Without Prepaying Fees or Costs (Doc. 1605) filed by Creditor Jeffrey Alan Vitt; the Court finding that the Creditor has demonstrated sufficient financial hardship under 28 U.S.C. § 1915; **IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.
2. Creditor Jeffrey Alan Vitt is authorized to commence and prosecute adversary proceedings related to this bankruptcy estate without the prepayment of filing fees or security.

**SIGNED:** ______________________________________________, 2026

**HONORABLE EDUARDO V. RODRIGUEZ**