**TXSDdb_Victoria-Operation**

| | |
|---|---|
| **From:** | TXS Continuous Improvement |
| **Sent:** | Friday, September 11, 2026 2:51 PM |
| **To:** | TXSDdb_Galveston-Operation; TXSDdb_Victoria-Operation |
| **Subject:** | FW: New Electronic Document Submission - Houston |
| **Attachments:** | Document-1-Jeffrey Alan Vitt.pdf; Document-2-Jeffrey Alan Vitt.pdf; Document-3-Jeffrey Alan Vitt.pdf; Document-4-Jeffrey Alan Vitt.pdf |
| **Importance:** | High |

United States Courts
Southern District of Texas
FILED
*September 11, 2026*
Nathan Ochsner, Clerk of Court

-----Original Message-----
From: EDSS via Southern District of Texas <admin@txs.uscourts.gov>
Sent: Friday, September 11, 2026 1:01 PM
To: TXS Continuous Improvement <TXSContinuousImprovement@txs.uscourts.gov>
Subject: New Electronic Document Submission - Houston
Importance: High

Form Information
Division: Houston
Case Number: 24-31596
Debtor Name or Case Style as Shown on the Case: MMA Law Firm, PLLC

Filer's Name: Jeffrey Alan Vitt
Filer's Email Address: justiceiceice@icloud.com Confirm Filer's Email Address: justiceiceice@icloud.com Filer's Phone Number: 539-292-9358

Filer's Signature: Jeffrey Alan Vitt

Uploaded Document Descriptions
Document 1 Description: MOTION FOR EXPEDITED RULING ON PENDING APPLICATIONS Document 2 Description: PROPOSED ORDER GRANTING 1604 EXEMPTION FROM ELECTRONIC PUBLIC ACCESS FEES Document 3 Description: PROPOSED ORDER GRANTING 1605 APPLICATION TO PROCEED IN FORMA PAUPERIS Document 4 Description: Document 5 Description:

**This email was sent from an unmonitored email account. Please DO NOT reply to this email address. **