**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-31596 |
| MMA LAW FIRM, PLLC, | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

**ORDER DENYING AMENDED MOTION FOR RECONSIDERATION**
[Relates to ECF No. 1676 and 1697]

Came on for consideration the *Amended Motion for Reconsideration Pursuant to Federal Rule of Bankruptcy Procedure 9023/ Fed.R.Civ. P. 59 (e) to Alter or Amend the August 5, 2026 confirmation Order* [ECF No. 1676](the **"Amended Motion"**), and the *Second Amended Motion for Reconsideration Pursuant to Federal Rule of Bankruptcy Procedure 9023/ Fed.R.Civ. P. 59 (e) to Alter or Amend the August 5, 2026 confirmation Order* [ECF No. 1697 ](the **"Second Amended Motion"**) filed by Jeffrey Alan Vitt.

Having considered the Motion, the response, and the record, the Court finds that the Amended Motion and the Second Amended Motion fail to establish a manifest error of law or fact and fails to present newly discovered evidence. It is therefore

**ORDERED** that the Amended Motion and the Second Amended Motion are **DENIED**.

Signed: ____________________

______________________________________
EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE