Gmail

Miriam Goott <mgoott@walkerandpatterson.com>

## URGENT: Certificate of Conference - Case No. 24-31596 (MMA Law Firm) - Emergency Motion for Continuance

3 messages

**JAVIT Vitt** <javit2004rule@gmail.com> Thu, Jul 30, 2026 at 1:14 AM
To: jjp@walkerandpatterson.com, mgoott@walkerandpatterson.com

I Good Morning Mr. Walker & Patterson

I am writing to confer regarding an Emergency Motion I am filing today in the MMA Law Firm, PLLC bankruptcy case.

On July 29, 2026, the Debtor placed a Ballot on the docket setting a voting deadline of July 31, 2026. This attempts to force a highly prejudicial 48-hour voting window on creditors in blatant violation of the 28-day notice requirement under Fed. R. Bankr. P. 2002(b), effectively stripping creditors of due process.

As a creditor of record following my July 23 filings—including the 9-page Omnibus Addendum—I was never served a ballot, nor given adequate time to evaluate how the Plan treats these asserted claims under a expedited 48-hour voting window.

Consequently, I am filing an Emergency Motion for a 45-day Continuance of the August 4, 2026 Confirmation Hearing, an enlargement of the voting deadline by at least 30 days, and an objection to the expedited voting notice. This time is necessary for proper ballot service, creditor review, and essential Rule 2004 discovery regarding unrecovered estate assets.

Please advise immediately whether your respective clients consent to or oppose this requested relief.

Because the Debtor has presented an extreme emergency with the July 31 deadline, time is of the essence. If I do not receive a response by **11:00 AM CDT today (July 30th, 2026)** , I will assume you oppose the relief and will file the motion noting my attempt to confer in the Certificate of Conference.

Regards,

Jeffrey Alan Vitt Pro Se Creditor,

Claim No 13404695

Claim No 13404698

Claim No 13404715

Jeffrey A. Vitt

539-292-9358

javit2004rule@gmail.com

---

**Miriam Goott** <mgoott@walkerandpatterson.com> Thu, Jul 30, 2026 at 2:54 PM
To: JAVIT Vitt <javit2004rule@gmail.com>
Cc: jjp@walkerandpatterson.com

We oppose the relief requested. Please see the attached objection to the three proofs of claim you filed.

***Miriam Goott***
***Walker & Patterson, P.C.***
***4815 Dacoma***
***Houston, TX 77092***
***713.956.5577***
***713.956.5570 fax***

[Quoted text hidden]

---

**3 attachments**

**Filed Objection to Claim No 73.pdf**
5918K

**Filed Objection to Claim No 74.pdf**
5946K

**Filed Objection to Claim NO 75.pdf**
5956K

---

**Miriam Goott** <mgoott@walkerandpatterson.com> Sun, Aug 2, 2026 at 8:27 PM
To: JAVIT Vitt <javit2004rule@gmail.com>
Cc: jjp@walkerandpatterson.com

Please see attached response in opposition to the emergency motion for continuance that you filed.

***Miriam Goott***
***Walker & Patterson, P.C.***
***4815 Dacoma***
***Houston, TX 77092***
***713.956.5577***
***713.956.5570 fax***

[Quoted text hidden]

---

**Bankr.S.D.Tex._4-24-bk-31596_combined (22).pdf**
134K