**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-31596 |
| MMA LAW FIRM, PLLC, | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

**ORDER DENYING JEFFREY ALAN VITT'S MOTION FOR RULE 2004 EXAMINATION**

[Relates to ECF No. 1677]

Came on for consideration the Motion of Jeffrey Alan Vitt for Examination under Federal Rule of Bankruptcy Procedure 2004 and for Production of Documents [ECF No. 1677] (the **"Motion"**) and the response filed by Allison D. Byman, as Plan Administrator. Having considered the Motion, the response, and the record, the Court finds that the Motion should be denied. It is therefore

**ORDERED** that the Motion is **DENIED.**

Signed: ____________________

EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE