# EXHIBIT A

## Twenty-Second Monthly Fee Statement

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-31596** |
| **MMA LAW FIRM, PLLC,**[1] | § | |
| | § | |
| ***Debtor*.** | § | |

**NOTICE OF LAWSON & MOSHENBERG PLLC'S TWENTY-SECOND MONTHLY FEE STATEMENT FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2026, THROUGH MAY 31, 2026**

| **Name of Applicant:** | **Lawson & Moshenberg PLLC** | |
|---|---|---|
| Applicant's Role in the Case: | Counsel to the Official Committee of Unsecured Creditors | |
| Date Order of Employment Signed: | October 4, 2024 [ECF No. 319] | |
| | **Beginning of Period:** | **End of Period:** |
| Time period covered by this Statement: | May 1, 2026 | May 31, 2026 |
| **Summary of Total Fees and Expenses Requested** | | |
| Total fees requested for payment in this Statement: | | $11,360.00 |
| Total expenses requested for payment in this Statement: | | $0 |
| Total fees and expenses requested for payment in this Statement: | | $11,360.00 |
| Total fees and expenses for the period covered by this Statement: | | $11,360.00 |
| **Summary of Attorneys' Fees for the Period Covered by This Statement** | | |
| Attorneys' fees: | | $11,200.00 |
| Actual attorney hours: | | 14 |
| Average hourly rate for attorneys: | | $800.00 |
| **Summary of Paraprofessional Fees for the Period Covered by This Statement** | | |
| Paraprofessional fees: | | $160.00 |
| Actual paraprofessional hours: | | .8 |
| Average hourly rate for paraprofessionals: | | $200.00 |

Pursuant to §§ 327, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

[1] The last four digits of the Debtor's federal tax identification number is: 5686.

Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), Lawson & Moshenberg PLLC ("LM"), as counsel to the Official Committee of Unsecured Creditors, hereby files its Twenty-Second Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2026, through May 31, 2026 ("Monthly Fee Statement").

Pursuant to this Application, LM seeks final payment of $11,360.00 as compensation for professional services rendered to the Official Committee of Unsecured Creditors during the period from May 1, 2026, through May 31, 2026 (the "Fee Period). L&M did not incur expenses this Fee Period.

In support of the Monthly Fee Statement, LM submits a Summary of Expenses for the Fee Period, attached hereto as Exhibit A-1; a Summary of Legal Fees by Category for the Fee Period, attached hereto as Exhibit A-2; and a Detailed Record of Fees as Counsel for the Fee Period, attached hereto as Exhibit A-3.

Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. LM reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules.

Dated: September 16, 2026

**LAWSON & MOSHENBERG PLLC**

By: *<u>/s/ Nicholas R. Lawson</u>*
Nicholas R. Lawson (Texas Bar No. 24083367)
2301 Commerce St., Suite 200
Houston, TX 77002
Tel: 832-280-5670
Nick.Lawson@lmbusinesslaw.com

*Counsel for the Official Committee of Unsecured Creditors*

# EXHIBIT A-1

## SUMMARY OF EXPENSES FOR THE FEE PERIOD

**EXHIBIT A-2**

**SUMMARY OF LEGAL FEES AND EXPENSES**
**BY CATEGORY FOR THE FEE PERIOD**

| CATEGORY | DESCRIPTION | LEGAL FEES | EXPENSES | [redacted] |
|---|---|---|---|---|
| 150 | Meetings of and Communications with Creditors | $8080.00 | | |
| 160 | Fee/Employment Applications | $2,800.00 | | |
| 320 | Plan and Disclosure Statement | $13,840 | | |
| [redacted] | **TOTALS:** | $11,360.00 | | |

| | |
|---|---|
| Total Fees for Period: | $11,360.00 |
| Total Expenses for Fee Period: | $0 |
| TOTAL REQUEST: | **$11,360.00** |

**EXHIBIT A-3**

**DETAILED RECORD OF FEES AS CO-COUNSEL FOR THE FEE PERIOD**

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|

**Meetings of and Communications With Creditors**

| | | | | |
|---|---|---|---|---|
| 05/21/2026 | Avi Moshenberg | 0.6 | $480 | Plan, prepare for, and participate in UCC meeting. |
| Total Case Administration: | | .6 | $480.00 | |

**Employment/Fee Applications**

| | | | | |
|---|---|---|---|---|
| 05/13/2026 | Nicholas Lawson | 2.4 | $1,920 | Draft and finalize fee applications for February, March, and April. |
| 05/14/2026 | Leah Gonzales | 0.8 | $160 | Draft components for the Fourth Interim Fee Application, including collection of fee records and expenses. |
| 05/18/2026 | Nicholas Lawson | 0.9 | $720 | Draft and file certificate of no objection and witness and exhibit list for employment application hearing regarding Peck Hayne. |
| Total Case Administration: | | 4.1 | $2,800 | |

**Plan and Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 05/04/2026 | Avi Moshenberg | 0.3 | $240 | Communicate with Debtor's counsel about updated terms to the Plan. |
| 05/07/2026 | Avi Moshenberg | 1.6 | $1,280 | Draft and revise MMA plan based on discussion with Debtor's counsel. |
| 05/08/2026 | Avi Moshenberg | 1.1 | $880 | Draft and revise MMA plan to provide to Debtor's counsel. |
| 05/11/2026 | Avi Moshenberg | 1.9 | $1,520 | Review, analyze, and revise Plan and provide edits to Debtors' counsel. |
| 05/13/2026 | Nicholas Lawson | 0.9 | $720 | Strategy meeting regarding Plan terms and confirmation. |
| 05/14/2026 | Avi Moshenberg | 3.4 | $2,720 | Review, analyze, and Debtor's latest version of the plan (1.9); plan, prepare for, and participate in meeting with |

| | | | | |
|---|---|---|---|---|
| | | | | UCC to discuss the Plan and changes that must be made (1.1); communicate with cocounsel about settlement strategy regarding Plan based on UCC input (.4). |
| 05/13/2026 | Avi Moshenberg | 0.9 | $720 | Communicate with Debtor's counsel and then cocounsel about status of the Plan and issues that remain to be negotiated (.9). |
| Total Case Administration: | | 10.1 | $8,080 | |