# EXHIBIT B

## Twenty-Third Monthly Fee Statement

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-31596** |
| **MMA LAW FIRM, PLLC,**[1] | § | |
| | § | |
| ***Debtor.*** | § | |

**NOTICE OF LAWSON & MOSHENBERG PLLC'S TWENTY-THIRD MONTHLY FEE STATEMENT FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2026, THROUGH JUNE 30, 2026**

| **Name of Applicant:** | **Lawson & Moshenberg PLLC** | |
|---|---|---|
| Applicant's Role in the Case: | Counsel to the Official Committee of Unsecured Creditors | |
| Date Order of Employment Signed: | October 4, 2024 [Docket No. 319] | |
| | **Beginning of Period:** | **End of Period:** |
| Time period covered by this Statement: | February 1, 2026 | February 28, 2026 |
| **Summary of Total Fees and Expenses Requested** | | |
| Total fees requested for payment in this Statement: | | $19,410 |
| Total expenses requested for payment in this Statement: | | $0 |
| Total fees and expenses requested for payment in this Statement: | | $19,410 |
| Total fees and expenses for the period covered by this Statement: | | $19,410 |
| **Summary of Attorneys' Fees for the Period Covered by This Statement** | | |
| Attorneys' fees: | | $15,710 |
| Actual attorney hours: | | 23.2 |
| Average hourly rate for attorneys: | | $677.16 |
| **Summary of Paraprofessional Fees for the Period Covered by This Statement** | | |
| Paraprofessional fees: | | $3,700 |
| Actual paraprofessional hours: | | 18.5 |
| Average hourly rate for paraprofessionals: | | $200.00 |

Pursuant to §§ 327, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

[1] The last four digits of the Debtor's federal tax identification number is: 5686.

Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), Lawson & Moshenberg PLLC ("LM"), as counsel to the Official Committee of Unsecured Creditors, hereby files its Twenty-Third Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from June 1, 2026, through June 30, 2026 ("Monthly Fee Statement").

Pursuant to this Application, LM seeks final payment of $19,410 as compensation for professional services rendered to the Official Committee of Unsecured Creditors during the period from June 1, 2026, through June 30, 2026 (the "Fee Period"); LM incurred no costs during this Fee Period.

In support of the Monthly Fee Statement, LM submits a Summary of Expenses for the Fee Period, attached hereto as Exhibit B-1; a Summary of Legal Fees by Category for the Fee Period, attached hereto as Exhibit B-2; and a Detailed Record of Fees as Counsel for the Fee Period, attached hereto as Exhibit B-3.

Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. LM reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules.

Dated: September 16, 2026

**LAWSON & MOSHENBERG PLLC**

By: */s/ Nicholas R. Lawson*
Nicholas R. Lawson (Texas Bar No. 24083367)
2301 Commerce St., Suite 200
Houston, TX 77002
Tel: 832-280-5670
Nick.Lawson@lmbusinesslaw.com

*Counsel for the Official Committee of Unsecured Creditors*

**EXHIBIT B-1**

**SUMMARY OF EXPENSES FOR THE FEE PERIOD**

No expenses for the period.

**EXHIBIT B-2**

**SUMMARY OF LEGAL FEES AND EXPENSES BY CATEGORY FOR THE FEE PERIOD**

| CATEGORY | DESCRIPTION | LEGAL FEES | EXPENSES | |
|---|---|---|---|---|
| 110 | Case Administration | $140.00 | | |
| 150 | Meetings of and Communications with Creditors | $1,520.00 | | |
| 160 | Fee/Employment Applications | $320.00 | | |
| 320 | Plan and Disclosure Statement (including Business Plan) | $17,430 | | |
| | **TOTALS:** | **$19,410.00** | **$0** | **$0** |

| | |
|---|---|
| Total Fees for Period: | $19,410.00 |
| Total Expenses for Fee Period: | $0 |
| TOTAL REQUEST: | **$19,410.00** |

**EXHIBIT B-3**

**DETAILED RECORD OF FEES AS CO-COUNSEL FOR THE FEE PERIOD**

| **Date** | **Timekeeper** | **Hours** | **Amount** | **Description** |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 06/29/2026 | Leah Gonzales | 0.7 | $140 | Attention to recent filings and analysis of the same to provide update summary for team. |
| Total Case Administration: | | 8.5 | $140 | |
| **Meetings of and Communications with Creditors** | | | | |
| 06/29/2026 | Nicholas Lawson | 1.9 | $1,520 | Review order from the Louisiana Supreme Court (.9); internal strategy meeting on the same (.4); digest and update clients on the same including fielding questions about details of next steps (.6). |
| Total Meetings of and Communications with Creditors: | | 1.9 | $1,520 | |
| **Fee/Employment Applications** | | | | |
| 06/06/2026 | Nicholas Lawson | 0.4 | $320 | Finalize and file fee application for Special Louisiana Counsel. |
| Total Fee/Employment Applications: | | .4 | $320 | |
| **Plan and Disclosure Statement (including Business Plan)** | | | | |
| 06/09/2026 | Avi Moshenberg | 0.9 | $720 | Review and analyze UST's objection to disclosure statement and develop strategies for dealing with the same to allow for confirmation of a plan. |
| 06/10/2026 | Avi Moshenberg | 0.9 | $720 | Review and analyze objections to the disclosure statement. |

| | | | | |
|---|---|---|---|---|
| 06/10/2026 | Nicholas Lawson | 1.9 | $1,520 | Review Plan Objection filed by EAJ and begin developing strategies for disclosure statement and confirmation hearings. |
| 06/11/2026 | Leah Gonzales | 0.4 | $80 | Review docket to identify material relevant to the plan and disclosure statement at the direction of counsel, including relevant pleadings and objections and sworn statements. |
| 06/11/2026 | Nicholas Lawson | 3.7 | $2,960 | Careful review of plan objections filed by EAJ, UST, and reservation of rights filed by Allied world, including legal citations and authorities, for the purpose of developing a strategy for confirmation (3.3); prepare for and conduct call with UCC regarding summary of the same and next steps (.4). |
| 06/16/2026 | Sam Landingham | 0.6 | $300 | Review and analysis of disclosure statement to summarize arguments and authorities (.5); draft witness and exhibit list (.1) |
| 06/16/2026 | Leah Gonzales | 1.4 | $280 | Review amended disclosure statement and plan to identify and organize exhibits to be used in strategy meetings regarding hearing on the same. |
| 06/17/2026 | Sam Landingham | 0.6 | $300 | Identify key exhibits for the purpose of drafting witness and exhibit list for disclosure statement hearing. |
| 06/17/2026 | Leah Gonzales | 4.4 | $880 | Reading and comparing the First Amended Disclosure and the Support to the Objection to the First Amended Disclosure to summarize and update team. |
| 06/19/2026 | Avi Moshenberg | 0.9 | $720 | Review and analyze draft changes to the Plan and Disclosure Statement. |
| 06/22/2026 | Leah Gonzales | 3.9 | $780 | Attention to the Second Amended Disclosure Statement |

| | | | | |
|---|---|---|---|---|
| | | | | and comparing the differences between the prior statement to prepare a summary for team (.9); identify key statements and strategize with team regarding uses of the same in potential contested hearing on the same (2.1); compile records and digital files to create issue and topic binders for confirmation hearing (.9). |
| 06/22/2026 | Sam Landingham | 1.1 | $550 | Draft and revise witness and exhibit list and prepare list and exhibits for filing related to upcoming hearing (.4); careful analysis of exhibits to develop outlines for potential examination and strategies for the hearing to discuss with team (.7). |
| 06/23/2026 | Leah Gonzales | 4.5 | $900 | Reviewing and analyzing the second plan of liquidation and second disclosure statement, including edits to the same to prepare for and attend internal strategy meeting to plan out the confirmation hearing. |
| 06/23/2026 | Sam Landingham | 1.4 | $700 | Prepare for hearing on Disclosure Statement and Proposed Plan scheduled for June 24, 2026 and prepare summaries and analysis of topics and potential issues for team based on the analysis. |
| 06/24/2026 | Leah Gonzales | 3.2 | $640 | Prepare for and attend disclosure statement hearing with team |
| 06/24/2026 | Sam Landingham | 5.4 | $2,700 | Prepare for and attend in-person disclosure statement hearing |
| 06/24/2026 | Avi Moshenberg | 2.7 | $2,160 | Plan, prepare for, and participate in disclosure statement hearing. |
| 06/25/2026 | Sam Landingham | 0.4 | $200 | Analysis of Court's order on disclosure statement; attention to strategy regarding next steps |

| | | | | |
|---|---|---|---|---|
| | | | | including preparation for plan confirmation. |
| 06/26/2026 | Avi Moshenberg | 0.4 | $320 | Communicate with opposing counsel about settlement and issues with the UCC letters. |
| Total Plan and Disclosure Statement (including Business Plan): | | 8.8 | $17,430.00 | |