# EXHIBIT C

## Twenty-Fourth Monthly Fee Statement

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-31596** |
| **MMA LAW FIRM, PLLC,**[1] | § | |
| | § | |
| ***Debtor.*** | § | |

**NOTICE OF LAWSON & MOSHENBERG PLLC'S TWENTY-FOURTH MONTHLY FEE STATEMENT FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2026, THROUGH JULY 31, 2026**

| **Name of Applicant:** | **Lawson & Moshenberg PLLC** | |
|---|---|---|
| Applicant's Role in the Case: | Counsel to the Official Committee of Unsecured Creditors | |
| Date Order of Employment Signed: | October 4, 2024 [Docket No. 319] | |
| | **Beginning of Period:** | **End of Period:** |
| Time period covered by this Statement: | July 1, 2026 | July 31, 2026 |
| **Summary of Total Fees and Expenses Requested** | | |
| Total fees requested for payment in this Statement: | | $20,460 |
| Total expenses requested for payment in this Statement: | | $0 |
| Total fees and expenses requested for payment in this Statement: | | $20,460 |
| Total fees and expenses for the period covered by this Statement: | | $20,460 |
| **Summary of Attorneys' Fees for the Period Covered by This Statement** | | |
| Attorneys' fees: | | $19,660 |
| Actual attorney hours: | | 25.1 |
| Average hourly rate for attorneys: | | $783.27 |
| **Summary of Paraprofessional Fees for the Period Covered by This Statement** | | |
| Paraprofessional fees: | | $800.00 |
| Actual paraprofessional hours: | | 4 |
| Average hourly rate for paraprofessionals: | | $200.00 |

Pursuant to §§ 327, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy

[1] The last four digits of the Debtor's federal tax identification number is: 5686.

Local Rules"), Lawson & Moshenberg PLLC ("LM"), as co-counsel to the Official Committee of Unsecured Creditors, hereby files its Twenty-Fourth Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2026, through July 31, 2026 ("Monthly Fee Statement").

Pursuant to this Application, LM seeks interim payment of $20,460 as compensation for professional services rendered to the Official Committee of Unsecured Creditors during the period from July 1, 2026, through July 31, 2026 (the "Fee Period"); LM incurred no costs during this Fee Period.

In support of the Monthly Fee Statement, LM submits a Summary of Expenses for the Fee Period, attached hereto as Exhibit C-1; a Summary of Legal Fees by Category for the Fee Period, attached hereto as Exhibit C-2; and a Detailed Record of Fees as Counsel for the Fee Period, attached hereto as Exhibit C-3.

Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. LM reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules.

Dated: September 16, 2026

**LAWSON & MOSHENBERG PLLC**

By: _/s/ Nicholas R. Lawson_
Nicholas R. Lawson (Texas Bar No. 24083367)
2301 Commerce St., Suite 200
Houston, TX 77002
Tel: 903-316-9155
Nick.Lawson@lmbusinesslaw.com

*Counsel for the Official Committee of Unsecured Creditors*

# EXHIBIT C-1

## SUMMARY OF EXPENSES FOR THE FEE PERIOD

No expenses for the period.

**EXHIBIT C-2**

**SUMMARY OF LEGAL FEES AND EXPENSES BY CATEGORY FOR THE FEE PERIOD**

| CATEGORY | DESCRIPTION | LEGAL FEES | EXPENSES | |
|---|---|---|---|---|
| 110 | Case Administration | $800.00 | | |
| 150 | Meetings of and Communications with Creditors | $7,760.00 | | |
| 320 | Plan and Disclosure Statement (including Business Plan) | $11,900.00 | | |
| | **TOTALS:** | **$20,460.00** | **$0** | **$20,460.00** |

| | |
|---|---|
| Total Fees for Period: | $20,460.00 |
| Total Expenses for Fee Period: | $0 |
| TOTAL REQUEST: | **$20,460.00** |

**EXHIBIT C-3**

**DETAILED RECORD OF FEES AS CO-COUNSEL FOR THE FEE PERIOD**

| **Date** | **Timekeeper** | **Hours** | **Amount** | **Description** |
|---|---|---|---|---|

**Case Administration**

| | | | | |
|---|---|---|---|---|
| 07/10/2026 | Leah Gonzales | 0.8 | $160 | Downloading documents and organizing files |
| 07/17/2026 | Leah Gonzales | 0.4 | $80 | Download documents, organize files and circulate to counsel. |
| 07/22/2026 | Leah Gonzales | 1.6 | $320 | Downloading and organizing all recent filing, summarizing, and circulating to counsel and calendaring any important deadlines. |
| 07/30/2026 | Leah Gonzales | 0.9 | $180 | Attention to docket to identify key upcoming deadlines to summarize and update team on the same (.4); analysis of key recent pleadings for additional summary to team (.5). |
| 07/31/2026 | Leah Gonzales | 0.3 | $60 | Review of recently filed materials to summarize and provide copies to team. |
| Total Case Administration: | | 4 | $800.00 | |

**Meetings of and Communications with Creditors**

| | | | | |
|---|---|---|---|---|
| 07/09/2026 | Avi Moshenberg | 1.7 | $1,360 | Plan, prepare for, and participate in UCC meeting; review and analyze documents as follow up to meeting and communicate with UCC members based on that review. |
| 07/16/2026 | Nicholas Lawson | 0.4 | $320 | Emails with UCC member regarding Plan and distributions under the same (.2); review plan terms and provide response to UCC members based upon the same (.2) |

| | | | | |
|---|---|---|---|---|
| 07/23/2026 | Nicholas Lawson | 3.4 | $2,720 | Careful review of confirmation objections filed by UST, Morris Bart, LLC, Hair & Shunnarah Trial Attorneys, LLC, EAJF, James Marshall McClenny, AMO Trial Lawyers, LLC, New Orleans Legal, LLC & Gulf Coast Attorneys, LLC, Apex Roofing and Restoration, LLC, Barcus Arenas, PLLC, Jason J. Joy & Associates, PLLC, Cristobal Galindo, and Access Restoration Services US, Inc to prepare analysis for the UCC in weekly meeting (2.9); conduct weekly UCC meeting and update on the same (.5). |
| 07/23/2026 | Avi Moshenberg | 1.4 | $1,120 | Plan, prepare for, and participate in UCC meeting to discuss final steps toward confirmation, including voting. |
| 07/28/2026 | Nicholas Lawson | 1.4 | $1,120 | Calls with UCC members regarding advisory board and objections (.6); strategy meeting regarding vote and confirmation hearing based upon the same (.8). |
| 07/28/2026 | Avi Moshenberg | 1.4 | $1,120 | Calls with UCC members and cocounsel regarding advisory board obligations and objections regarding the same (.6); strategy meeting regarding vote and confirmation hearing based upon the same (.8). |
| Total Case Administration: | | 9.7 | $7,760.00 | |

**Plan and Disclosure Statement (including Business Plan)**

| | | | | |
|---|---|---|---|---|
| 07/01/2026 | Avi Moshenberg | 0.9 | $720 | Review and analyze redlines to bankruptcy plan (.7); communicate with Debtor's counsel about same (.2). |
| 07/01/2026 | Nicholas Lawson | 0.7 | $560 | Review and analyze latest draft of the third-amended plan and strategize with cocounsel to |

| | | | | |
|---|---|---|---|---|
| | | | | prepare for meeting with Debtor on the same. |
| 07/22/2026 | Avi Moshenberg | 4.6 | $3,680 | Review and analyze objections to the bankruptcy plan filed by parties in interest (2.7); strategize with cocounsel about how the objections (and voting results) affect confirmation (.9). |
| 07/29/2026 | Sam Landingham | 0.8 | $400 | Draft, revise, and file witness and exhibit list for upcoming confirmation hearing, including analysis of key documents and pleadings for use in the same. |
| 07/30/2026 | Avi Moshenberg | 3.4 | $2,720 | Review and analyze emergency motion to designate votes (1.1); review and analyze caselaw on 1126 given the motion to designate (1.2); review and analyze notice of plan supplement to third-amended plan (.3); plan, prepare for, and participate in UCC meeting to advise on status of the bankruptcy and upcoming confirmation hearing (.8). |
| 07/31/2026 | Avi Moshenberg | 4.4 | $3,520 | Review and analyze Chapter 11 ballots (.6); review and analyze witness and exhibit lists by parties in interest to help prepare for confirmation hearing and hearing on motion to designate (1.7); draft and revise outline of arguments and facts to elicit in confirmation hearing to establish 1129 elements (2.1). |
| 07/31/2026 | Sam Landingham | 0.6 | $300 | Revise and file joint stipulation and agreed order extending deadline to file reply. |
| Total Case Administration: | | 15.4 | $11,900.00 | |