# EXHIBIT D

## Twenty-Fifth Monthly Fee Statement

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-31596** |
| **MMA LAW FIRM, PLLC,**[1] | § | |
| | § | |
| ***Debtor*.** | § | |

**NOTICE OF LAWSON & MOSHENBERG PLLC'S TWENTY-FIFTH MONTHLY FEE STATEMENT FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2026, THROUGH AUGUST 31, 2026**

| **Name of Applicant:** | **Lawson & Moshenberg PLLC** | |
|---|---|---|
| Applicant's Role in the Case: | Co-Counsel to the Official Committee of Unsecured Creditors | |
| Date Order of Employment Signed: | October 4, 2024 [Docket No. 319] | |
| | **Beginning of Period:** | **End of Period:** |
| Time period covered by this Statement: | August 1, 2026 | August 31, 2026 |
| **Summary of Total Fees and Expenses Requested** | | |
| Total fees requested for payment in this Statement: | | $43,990 |
| Total expenses requested for payment in this Statement: | | $38.00 |
| Total fees and expenses requested for payment in this Statement: | | $44,028 |
| Total fees and expenses for the period covered by this Statement: | | $44,028 |
| **Summary of Attorneys' Fees for the Period Covered by This Statement** | | |
| Attorneys' fees: | | $40,930 |
| Actual attorney hours: | | 52.7 |
| Average hourly rate for attorneys: | | $776.67 |
| **Summary of Paraprofessional Fees for the Period Covered by This Statement** | | |
| Paraprofessional fees: | | $3,060 |
| Actual paraprofessional hours: | | 15.3 |
| Average hourly rate for paraprofessionals: | | $200 |

Pursuant to §§ 327, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy

[1] The last four digits of the Debtor's federal tax identification number is: 5686.

Local Rules"), Lawson & Moshenberg PLLC ("LM"), as co-counsel to the Official Committee of Unsecured Creditors, hereby files its Twenty-Fifth Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2026, through August 31, 2026 ("Monthly Fee Statement").

Pursuant to this Application, LM seeks final payment of $43,990 as compensation for professional services rendered to the Official Committee of Unsecured Creditors during the period from August 1, 2026, through August 31, 2026 (the "Fee Period"). LM also seeks final payment of $38.00 in reimbursable costs during this Fee Period.

In support of the Monthly Fee Statement, LM submits a Summary of Expenses for the Fee Period, attached hereto as Exhibit D-1; a Summary of Legal Fees by Category for the Fee Period, attached hereto as Exhibit D-2; and a Detailed Record of Fees as Counsel for the Fee Period, attached hereto as Exhibit D-3.

Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. LM reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Fee Procedures Order.

Dated: September 16, 2026

**LAWSON & MOSHENBERG PLLC**

By: *<u>/s/ Nicholas R. Lawson</u>*
Nicholas R. Lawson (Texas Bar No. 24083367)
2301 Commerce St., Suite 200
Houston, TX 77002
Tel: (903) 316-9155
Nick.Lawson@lmbusinesslaw.com

*Counsel for the Official Committee of Unsecured Creditors*

# EXHIBIT D-1

## SUMMARY OF EXPENSES FOR THE FEE PERIOD

| CATEGORY | EXPENSE | TOTAL |
|---|---|---|
| 109 | Parking at the Courthouse for Confirmation Hearing on August 4, 2026 | $19 |
| 109 | Parking at the Courthouse for Confirmation Hearing on August 5, 2026 | $19 |
| | **TOTAL** | **$38** |

**EXHIBIT D-2**

**SUMMARY OF LEGAL FEES AND EXPENSES BY CATEGORY FOR THE FEE PERIOD**

| CATEGORY | DESCRIPTION | LEGAL FEES | EXPENSES | |
|---|---|---|---|---|
| E109 | Local travel | | $38.00 | |
| 150 | Meetings of and Communications with Creditors | $2,160.00 | | |
| 320 | Plan and Disclosure Statement | $41,830.00 | | |
| | **TOTALS:** | **$43,990.00** | **$38.00** | **$44,028.00** |

| | |
|---|---|
| Total Fees for Period: | $43,990.00 |
| Total Expenses for Fee Period: | $38.00 |
| TOTAL REQUEST: | **44,028.00** |

**EXHIBIT D-3**

**DETAILED RECORD OF FEES AS CO-COUNSEL FOR THE FEE PERIOD**

| **Date** | **Timekeeper** | **Hours** | **Amount** | **Description** |
|---|---|---|---|---|

**Meetings of and Communications with Creditors**

| | | | | |
|---|---|---|---|---|
| 08/06/2026 | Nicholas Lawson | 1.9 | $1,520 | Attention to Plan amendments and analysis of arguments made during Plan confirmation to prepare for UCC meeting (1.1); conduct UCC call updating clients on the Plan, post-confirmation items, and general next steps (.8). |
| 08/06/2026 | Avi Moshenberg | 0.8 | $640 | Plan, prepare for, and participate in final UCC meeting. |
| Total Meetings of and Communications with Creditors: | | 2.7 | $2,160.00 | |

**Plan and Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 08/03/2026 | Avi Moshenberg | 7.4 | $5,920 | Review and analyze caselaw on Section 1126 regarding designation of votes to prepare for upcoming hearing on motion to designate (1.7); draft and revise detailed outline of the governing standard to explain in opening and closing (.9); review and analyze settlement with EAJ to help prepare for designation motion (.6); review and analyze plan materials to prepare for hearing on designation motion and for upcoming hearing on confirmation (1.2); review and analyze caselaw on plan injunctions to prepare for upcoming plan-confirmation hearing (1.6); communicate with counsel for |

| | | | | |
|---|---|---|---|---|
| | | | | Debtor to prepare for designation and confirmation hearing (.4). |
| 08/03/2026 | Nicholas Lawson | 8.1 | $6,480 | Prepare for vote designation and confirmation hearing by carefully reviewing various objections and responses to motions for the same (3.7); analysis of cases cited in support of the same (1.9); independent legal research to confirm the same (1.6); begin outlining arguments for injunctive relief (.9). |
| 08/03/2026 | Sam Landingham | 0.6 | $300 | Prepare for confirmation hearing by organizing all witness and exhibit lists and organizing exhibits filed by other parties |
| 08/03/2026 | Leah Gonzales | 3.2 | $640 | Organized and compiled all parties witness and exhibit lists for the confirmation hearing, prepared high level summaries, and structured binders for team use during the confirmation hearing. |
| 08/03/2026 | Trennan Lucking | 3.8 | $760 | Legal research on temporary injunctions in Chapter 11 Plans to develop arguments for confirmation hearing (2.3); continued legal research on voting requirements to develop strategies around objectors' votes to prepare for confirmation hearing and to develop voting designation positions (.9); continued legal research on confirmation elements to help develop strategies for confirmation hearing (.7). |
| 08/04/2026 | Avi Moshenberg | 0.9 | $720 | Review and analyze latest changes to the draft Plan (.7); communicate with counsel for EAJ about the proposed changes from the UCC to the Plan (.2). |
| 08/04/2026 | Leah Gonzales | 1.1 | $220 | Organized and compiled all parties witness and exhibit lists for the confirmation hearing. Structured subfolders and save all materials in the confirmation hearing folder. |
| 08/04/2026 | Trennan Lucking | 7.1 | $1,420 | Analyze key cases on injunctive provisions in Chapter 11 plans and shepperdize the same to develop most appropriate arguments for confirmation hearing (.9); attend confirmation |

| | | | | |
|---|---|---|---|---|
| | | | | hearing where motions to designate were heard and negotiations were had to try and confirm the plan concerning the injunction, the Mosley's, and dissipation of assets if Zach is awarded any in divorce decree (6.2). |
| 08/04/2026 | Nicholas Lawson | 10.2 | $8,160 | Prepare for and attend confirmation and vote designation hearing. |
| 08/04/2026 | Sam Landingham | 3.7 | $1,850 | Virtually attend confirmation hearing to observe evidence put on by other parties and keep track of issues pertaining to confirmation of bankruptcy plan |
| 08/04/2026 | Avi Moshenberg | 11.1 | $8,880 | Plan, prepare for, and participate in hearing on confirmation and motion to designate and negotiated with counsel for EAJ and Debtor on potential consensual resolution (5.1). |
| 08/05/2026 | Nicholas Lawson | 3.9 | $3,120 | Prepare for and attend vote designation and confirmation hearing. |
| 08/05/2026 | Avi Moshenberg | 4.2 | $3,360 | Plan, prepare for, and participate in continued negotiations to help resolve the confirmation issues and attend hearing to finalize the settlement. |
| Total Plan and Disclosure Statement: | | 65.3 | $41,830 | |