# EXHIBIT E

## Twenty-Sixth Monthly Fee Statement

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-31596** |
| **MMA LAW FIRM, PLLC,**[1] | § | |
| | § | |
| ***Debtor*.** | § | |

**NOTICE OF LAWSON & MOSHENBERG PLLC'S TWENTY-SIXTH MONTHLY FEE STATEMENT FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2026, THROUGH SEPTEMBER 16, 202**

| **Name of Applicant:** | **Lawson & Moshenberg PLLC** | |
|---|---|---|
| Applicant's Role in the Case: | Co-Counsel to the Official Committee of Unsecured Creditors | |
| Date Order of Employment Signed: | October 4, 2024 [Docket No. 319] | |
| | **Beginning of Period:** | **End of Period:** |
| Time period covered by this Statement: | September 1, 2026 | September 16, 2026 |
| **Summary of Total Fees and Expenses Requested** | | |
| Total fees requested for payment in this Statement: | | $3,040.00 |
| Total expenses requested for payment in this Statement: | | NA |
| Total fees and expenses requested for payment in this Statement: | | $3,040.00 |
| Total fees and expenses for the period covered by this Statement: | | $3,040.00 |
| **Summary of Attorneys' Fees for the Period Covered by This Statement** | | |
| Attorneys' fees: | | $3,040.00 |
| Actual attorney hours: | | 3.8 |
| Average hourly rate for attorneys: | | $800.00 |
| **Summary of Paraprofessional Fees for the Period Covered by This Statement** | | |
| Paraprofessional fees: | | 0 |
| Actual paraprofessional hours: | | 0 |
| Average hourly rate for paraprofessionals: | | 0 |

Pursuant to §§ 327, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy

[1] The last four digits of the Debtor's federal tax identification number is: 5686.

Local Rules"), Lawson & Moshenberg PLLC ("LM"), as counsel to the Official Committee of Unsecured Creditors, hereby files its Twenty-Sixth Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from September 1, 2026, through September 31, 2026 ("Monthly Fee Statement").

Pursuant to this Application, LM seeks final payment of $3,040 as compensation for professional services rendered to the Official Committee of Unsecured Creditors during the period from September 1, 2026, through September 16, 2026 (the "Fee Period"). No expenses were incurred during this Fee Period.

In support of the Monthly Fee Statement, LM submits a Summary of Expenses for the Fee Period, attached hereto as Exhibit E-1; a Summary of Legal Fees by Category for the Fee Period, attached hereto as Exhibit E-2; and a Detailed Record of Fees as Counsel for the Fee Period, attached hereto as Exhibit E-3.

Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. LM reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Fee Procedures Order.

Dated: September 16, 2026

**LAWSON & MOSHENBERG PLLC**

By: *<u>/s/ Nicholas R. Lawson</u>*
Nicholas R. Lawson (Texas Bar No. 24083367)
2301 Commerce St., Suite 200
Houston, TX 77002
Tel: (903) 316-9155
Nick.Lawson@lmbusinesslaw.com

*Counsel for the Official Committee of Unsecured Creditors*

# EXHIBIT E-1

## SUMMARY OF EXPENSES FOR THE FEE PERIOD

**EXHIBIT E-2**

**SUMMARY OF LEGAL FEES AND EXPENSES BY CATEGORY FOR THE FEE PERIOD**

| CATEGORY | DESCRIPTION | LEGAL FEES | EXPENSES | |
|---|---|---|---|---|
| 160 | Fee/Employment Applications | $3,040 | | |
| | **TOTALS:** | **$3,040** | | |

| | |
|---|---|
| Total Fees for Period: | $3,040 |
| Total Expenses for Fee Period: | |
| TOTAL REQUEST: | **$3,040** |

**EXHIBIT E-3**

**DETAILED RECORD OF FEES AS CO-COUNSEL FOR THE FEE PERIOD**

| **Date** | **Timekeeper** | **Hours** | **Amount** | **Description** |
|---|---|---|---|---|
| **Fee/Employment Applications** | | | | |
| 09/15/2026 | Nicholas R. Lawson | 3.8 | $3,040 | Draft and revise Fifth and Final Fee Application, including collecting all time records and reducing were appropriate exercising billing judgment. |
| Total Case Administration: | | 3.8 | $3,040.00 | |