**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-31596** |
| **MMA LAW FIRM, PLLC,**[1] | § | |
| | § | |
| ***Debtor*.** | § | |

**ORDER GRANTING THE FIFTH AND FINAL FEE APPLICATION OF LAWSON & MOSHENBERG PLLC AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE FEE PERIOD FROM AUGUST 13, 2024 THROUGH SEPTEMBER 15, 2026**
(Related to ECF Nos. __ & __)

This matter comes before this Court upon Lawson & Moshenberg PLLC's (the "Applicant") Fifth and Final Fee Application of Lawson & Moshenberg PLLC as Counsel to the Official Committee of Unsecured Creditors for the Fee Period from August 13, 2024 through September 16, 2026, pursuant to sections 328 and 330 of the Bankrupcty Code and Federal Rule of Bankruptcy Procedure 2016. This Court has jurisdiction over this matter and finds that: (1) proper notice of this Application has been given and no further notice is necessary; (2) the compensation requested by LM is fair, equitable, and in conformance with the terms outlined in LM's employment order; and (3) the compensation requested is for actual, necessary services rendered by LM, together with reasonable fees estimated for the preparation and prosecution of the Application. Accordingly, it is hereby:

1. ORDERED the Application is Granted in its entirety; it is further
2. ORDERED that LM is allowed compensation in the amount of $880,654.00 for its reasonable and necessary hourly fees and actual expenses for the period beginning August 13, 2024 through September 16, 2026; it is further

[1] The last four digits of the Debtor's federal tax identification number is: 5686.

3. ORDERED that the allowed compensation pursuant to this Order is approved on a final basis; it is further

4. ORDERED the Debtor and Plan Administrator are authorized and directed to immediately disburse any unpaid amounts allowed by this Order to LM, and for the avoidance of doubt those unpaid amounts to be paid total $170,120; it is further

5. ORDERED that notwithstanding anything to the contrary in the Bankruptcy Code or Bankruptcy Rules, this Order shall be effective and enforceable immediately upon its entry; and it is further

6. ORDERED the Court shall retain jurisdiction as to the enforcement of this Order, or any matter arising from or relating to its implementation, or interpretation.

IT IS SO ORDERED.

Dated: ________, 2026
Houston, Texas

____________________________________
UNITED STATES BANKRUPTCY JUDGE