# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
September 17, 2026
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| MMA LAW FIRM, PLLC, | § | **CASE NO. 24-31596 (EVR)** |
| Debtor. | § | |

**NOTICE TO PARTIES IN INTEREST: THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING. REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

CREDITOR'S OBJECTION TO PREMATURE HEARING REQUESTS, OMNIBUS RESPONSE TO CLAIM OBJECTIONS (DOCS 1609–1612),

NOTICE OF ONGOING CM/ECF ADMINISTRATIVE LOCKOUT (DOC 1716),
AND MOTION FOR 45-DAY ABATEMENT PENDING EXECUTION OF ORDER 1713

TO THE HONORABLE EDUARDO V. RODRIGUEZ,
CHIEF UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Jeffrey Alan Vitt, Individually ("Claimant"), appearing pro se as an individual priority creditor and crime victim, and files this Objection to Premature Hearings, Omnibus Response to Debtor's Claim Objections, Notice of Ongoing Administrative Lockout, and Motion for 45-Day Abatement. In support thereof, Claimant respectfully represents as follows:

## I. THE ADMINISTRATIVE LOCKOUT AND DENIAL OF DUE PROCESS

1. On September 9, 2026, this Court entered Order 1713, explicitly granting Claimant broad "Leave to Cure and Refile Master Compendium" and ordering the Clerk of the Court to provide Claimant with full attorney-level CM/ECF electronic

filing access (Doc 1713).

2. As formally noticed on the docket on September 10, 2026 (Doc 1716), the Clerk's Office erroneously provisioned Claimant's NextGen PACER profile (Account: 9177719) with restricted "Limited Creditor" status. This administrative error physically locks Claimant out of the "Motions," "Applications," and "Adversary" event menus, preventing compliance with Order 1713.

3. This lockout compounds the severe administrative prejudice Claimant has endured. Forced to rely on the Bankruptcy Electronic Document Submission System (EDSS)—which imposes a rigid 2MB file size ceiling—Claimant's master filings and 14 evidentiary exhibits were severely fragmented and partially omitted across Docket Nos. 1697, 1698, and 1699.

4. It is a fundamental violation of procedural due process to penalize a pro se litigant or force contested hearings while the Court's own administrative systems physically bar the litigant from docketing the unified, cured compendium authorized by the presiding Judge.

## II. OBJECTION TO PREMATURE HEARINGS & OMNIBUS RESPONSE (DOCS 1609–1612)

5. On September 15, 2026, counsel for the Debtor (Miriam Goott) unilaterally emailed the Court's Case Manager seeking expedited hearing dates on the Debtor's Objections to Proof of Claim Nos. 73, 74, and 75 (Docs 1609, 1610, 1611, 1612). Debtor's counsel made zero effort to confer with Claimant regarding scheduling or availability.

6. Claimant formally OBJECTS to any setting of hearings on Docs 1609–1612. Those objections attacked the initial July 23, 2026 proofs of claim. On August 28–29, 2026, Claimant executed an Amended Proof of Claim No. 73 (Doc 1698-3), which combined and consolidated Claims 74 and 75 into a single Master Omnibus Claim of $350,646,305.06+.

7. Pursuant to Fed. R. Bankr. P. 7015 and Fed. R. Civ. P. 15(c), all allegations and damage matrices relate back to the original filing date. Because Amended Claim No. 73 superseded the original filings, the Debtor's July 30 objections are legally moot.

8. The Debtor's rush to secure hearing dates or default orders on superseded claims is an improper maneuver to capitalize on the Clerk's administrative lockout before Claimant can finalize the cured filing under Order 1713.

## III. UNIVERSAL INDIVIDUAL STANDING MAINTAINED

9. Claimant appears strictly in his Individual capacity to protect personal property rights, direct contract privity, and abandoned estate assets. Claimant is not appearing pro se for any corporate entity or trust.

10. Universal Individual Standing is anchored by:

(a) direct contractual privity under the CybASP agreements with PATHCare at Claimant's personal homestead (4757 Strait Lane);

(b) direct named-insured status on casualty policies;

(c) the April 25, 2019 Order of the Denton County Probate Court (Cause No. PR-2017-00521) abandoning all trust claims directly to the beneficiary; and

(d) the Violated Veils doctrine and principles of Extrinsic Fraud, which estop the Debtor from asserting entity representation defenses after unlawfully stripping operating capital.

## IV. GROUNDS FOR 45-DAY ABATEMENT AND RETENTION OF COUNSEL

11. Claimant is keenly aware of the legal adage that "he who represents himself has a fool for a client." It is neither Claimant's preference nor desire to litigate an enormous, multi-jurisdictional enterprise fraud, civil RICO, and trade secret matrix pro se.

12. Claimant was forced into this unrepresented posture solely because the Debtor and its affiliated network systematically breached fiduciary duties, converted client assets, and intentionally conflicted out regional legal counsel across twelve dockets to isolate Claimant. To maintain this active docket and preserve evidence against premature defaults, Claimant has endured extreme physical duress, working multiple consecutive 24-hour cycles under severe administrative intake barriers.

13. Claimant is actively seeking legal representation to prosecute this $350M+ priority claim.

14. The Plan Administrator and Debtor's counsel have engaged in a pattern of non-responsiveness to Claimant's inquiries while simultaneously pushing Chambers for unilateral settings.

15. A 45-day abatement of all pending claim objections, hearing requests, and response deadlines is urgently warranted to:

(a) allow the Clerk to correctly provision Claimant's attorney-level CM/ECF access pursuant to Order 1713;

(b) prevent premature default rulings on an incomplete record; and

(c) allow Claimant the necessary time to search for and retain prospective institutional counsel to enter an appearance and assume control of this complex litigation, thereby relieving the Court of the heavy administrative burden of pro se management.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Claimant Jeffrey Alan Vitt respectfully requests that this Court enter an Order:

1. ABATING all deadlines, claim objections, and pending responses associated with Proof of Claim Nos. 73, 74, and 75 (Docs 1609–1612) for a period of forty-five (45) days;
2. STAYING all hearing requests and settings regarding the Debtor's claim objections pending the expiration of the 45-day abatement;
3. DIRECTING the Clerk's Office to promptly re-provision Claimant's PACER/NextGen account (9177719) with full attorney-level CM/ECF event categories in compliance with Order 1713; and
4. Granting Claimant such other and further relief, both general and special, at law or in equity, to which Claimant may show himself justly entitled.

Respectfully submitted,

______________________________

Jeffrey Alan Vitt, Individually
12791 South 4230 Road
Chelsea, OK 74016-2114
Tel: 539-292-9358
Email: javit2004rule@gmail.com
*Pro Se Claimant*
Date: September 17, 2026

**CERTIFICATE OF CONFERENCE**

Pursuant to Bankruptcy Local Rule 9013-1(b), I hereby certify that formal conferral regarding this Motion was not conducted because opposing counsel for the Debtor and the Plan Administrator have actively sought expedited, ex parte hearing settings and default orders (Docs 1721, 1722) against Claimant during an active CM/ECF system lockout. Because this Motion seeks an abatement to halt those premature hearings and enforce Order 1713, the relief requested is inherently opposed. Meaningful conferral was rendered impossible and futile by opposing counsel's unilateral filings, and the matter is respectfully submitted to the Court for determination.

______________________________

Jeffrey Alan Vitt, Individually
Date: September 17, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, a true and correct copy of the foregoing Objection, Omnibus Response, Notice of Lockout, and Motion for 45-Day Abatement was submitted for filing via the Court's Electronic Document Submission System (EDSS), and served via electronic mail upon all parties registered on the CM/ECF master electronically mailed service list for Case No. 24-31596, including:

**Counsel for the Debtor:**
Johnie Patterson & Miriam Goott
jjp@walkerandpatterson.com, mgoott@walkerandpatterson.com

**Counsel for the Official Committee of Unsecured Creditors:**
Nicholas R. Lawson & Avi Moshenberg
Nick.Lawson@lmbusinesslaw.com, Avi.Moshenberg@lmbusinesslaw.com

**Plan Administrator:**
Allison Byman
adb@bymanlaw.com

**Office of the United States Trustee:**
Andrew Jimenez
ustpregion07.hu.ecf@usdoj.gov, andrew.jimenez@usdoj.gov

Susan Tran Adams on behalf of Creditor Jayne Moseley
stran@ts-llp.com, corraltransinghllp@jubileebk.net

Leslie S. Ahari on behalf of Defendant Allied World Insurance Company
lahari@wam.law

Heather LaSalle Alexis on behalf of Witness Tessa Vorhaben
halexis@hinshawlaw.com

Jeannie Lee Andresen on behalf of Creditor City of Houston
houston_bankruptcy@lgbs.com

Jeannie Lee Andresen on behalf of Creditor Lone Star College System
houston_bankruptcy@lgbs.com

Monica Leigh Bergeron on behalf of Defendant Morris Bart, LLC
mbergeron@mtdvp.com

Scott R Bickford on behalf of Creditor Apex Roofing and Restoration, LLC
srb@mbfirm.com

Jason Lee Boland on behalf of Interested Party Kane Russell Coleman Logan PC
jason.boland@nortonrosefulbright.com

Charles David Brown on behalf of Interested Party Daly & Black, P.C.
cbrown@dalyblack.com

Laura Hanley Carlock on behalf of Interested Party Daly & Black, P.C.
lcarlock@dalyblack.com

Lionel Zachary Carrion on behalf of Defendant LaHatte Law Firm, LLC
zcarrion@hstalaw.com
Annie E Catmull on behalf of Creditor James Marshall McClenny
aecatmull@o-w-law.com, aecatmull@ecf.courtdrive.com,llumtacae@gmail.com

Scott R. Cheatham on behalf of Interested Party State Farm Fire & Casualty Company
scott.cheatham@arlaw.com

Leo David Congeni on behalf of Creditor Starlight Studios, LLC
lcongeni@brooksgelpi.com, michelle@congenilawfirm.com

Leo David Congeni on behalf of Defendant The Sangisetty Law Firm
lcongeni@brooksgelpi.com, michelle@congenilawfirm.com

Leo David Congeni on behalf of Interested Party Gayle Heard, et al.
lcongeni@brooksgelpi.com, michelle@congenilawfirm.com

Leo David Congeni on behalf of Interested Party The Sangisetty Law Firm, PLLC
lcongeni@brooksgelpi.com, michelle@congenilawfirm.com

Robert Emmet Couhig, Jr on behalf of Interested Party Katherine Monson
couhigre@couhigpartners.com

Katherine Leslie-Anne Cowart on behalf of Interested Party Barcus Arenas, PLLC
kcowart@hchlawyers.com, cbatterson@hchlawyers.com
Richard D. Daly on behalf of Interested Party Daly & Black, P.C.
ecfs@dalyblack.com, vhernandez@rdalylaw.com

Carla Ruth Delpit on behalf of Interested Party Daly & Black, P.C.
cdelpit@dalyblack.com

Albert J Derbes, IV on behalf of Defendant Gulf Coast Attorneys, LLC
ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com

Albert J Derbes, IV on behalf of Defendant New Orleans Legal, LLC
ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com

Albert J Derbes, IV on behalf of Defendant The Voorhies Law Firm
ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com

Albert J Derbes, IV on behalf of Interested Party Gulf Coast Attorneys, LLC
ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com

Albert J Derbes, IV on behalf of Interested Party New Orleans Legal, LLC
ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com

Albert J Derbes, IV on behalf of Interested Party Voorhies Law Firm, LLC
ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com
Eric J Derbes on behalf of Defendant Gulf Coast Attorneys, LLC
ederbes@derbeslaw.com, derbeser72443@notify.bestcase.com

Eric J Derbes on behalf of Defendant New Orleans Legal, LLC
ederbes@derbeslaw.com, derbeser72443@notify.bestcase.com

Douglas Scott Draper on behalf of Defendant Broussard & Dove, a Professional Law Corporation
ddraper@lawla.com,
dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Douglas Scott Draper on behalf of Defendant CHEHARDY, SHERMAN, WILLIAMS, RECILE & HAYES, L.L.P.
ddraper@lawla.com,
dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Douglas Scott Draper on behalf of Defendant Pandit Law Firm, LLC
ddraper@lawla.com,
dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Douglas Scott Draper on behalf of Defendant Pate Smith Law PLLC
ddraper@lawla.com,
dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com
Douglas Scott Draper on behalf of Defendant ROBICHAUX, MIZE, WADSACK, RICHARDSON & WATSON, L.L.C
ddraper@lawla.com,
dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Douglas Scott Draper on behalf of Interested Party Broussard & Dove PLLC
ddraper@lawla.com,
dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Marcus V Eason on behalf of Interested Party Porsche Financial Services, Inc.
meason@mcginnislaw.com, mmendoza@mcginnislaw.com,cosborn@mcginnislaw.com

Turner Falk on behalf of Interested Party Krause & Kinsman Trial Lawyers, LLC
turner.falk@saul.com, tnfalk@recap.email

Toby L Gerber on behalf of Creditor Oakwood Bank
toby.gerber@nortonrosefulbright.com

Mark Glago on behalf of Creditor Glago Williams, LLC
mglago@glagowilliams.com

Mark Glago on behalf of Defendant Glago Williams, LLC
mglago@glagowilliams.com

Miriam Goott on behalf of Attorney Walker & Patterson, P.C.
wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott on behalf of Counter-Claimant MMA Law Firm, PLLC
wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott on behalf of Creditor Committee Official Committee of Unsecured Creditors
wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott on behalf of Debtor MMA Law Firm, PLLC
wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott on behalf of Defendant COX, COX, FILO, CAMEL, WILSON & BROWN, LLC
wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott on behalf of Defendant MMA Law Firm, PLLC
wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott on behalf of Plaintiff MMA Law Firm, PLLC
wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott on behalf of Plaintiff MMA Law Firm, PLLC
wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com
Clinton Peck Hayne, Jr. on behalf of Creditor Committee Official Committee of Unsecured Creditors
phayne@gordonarata.com

Simon W Hendershot, III on behalf of Interested Party Barcus Arenas, PLLC
trey@hchlawyers.com, eservice@hchlawyers.com

H Anthony Hervol on behalf of Creditor Locklin Consulting, LLC
hervol@sbcglobal.net,
hervollawoffice@gmail.com;hervollawoffice@yahoo.com;hervollawbrenda@yahoo.com

Andrew Jimenez on behalf of U.S. Trustee US Trustee
andrew.jimenez@usdoj.gov

Frederick T Johnson on behalf of Creditor EAJF ESQ Fund, LP
fjohnson@spencerfane.com, jpeter@spencerfane.com;chornsby@spencerfane.com

Frederick T Johnson on behalf of Creditor Equal Access Justice Fund, LP
fjohnson@spencerfane.com, jpeter@spencerfane.com;chornsby@spencerfane.com

John Garrison Jordan on behalf of Creditor James Marshall McClenny
jgj@chehardy.com

Jason Joseph Joy on behalf of Interested Party Jennifer Jason Joy & Associates, PLLC
jason@jasonjoylaw.com

Jason Patrick Kathman on behalf of Creditor EAJF ESQ Fund, LP
jkathman@spencerfane.com, lvargas@spencerfane.com

Jason Patrick Kathman on behalf of Creditor Equal Access Justice Fund, LP
jkathman@spencerfane.com, lvargas@spencerfane.com

Jason Patrick Kathman on behalf of Defendant EAJF ESQ Fund LP
jkathman@spencerfane.com, lvargas@spencerfane.com

Jason Patrick Kathman on behalf of Defendant Equal Access Justice Fund, LP
jkathman@spencerfane.com, lvargas@spencerfane.com

Christopher William Kaul on behalf of Defendant LaHatte Law Firm, LLC
ckaul@thompsoncoe.com

Jamie Kirk on behalf of Creditor Texas Workforce Commission
bk-jkirk@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

Samuel Joseph Landingham on behalf of Creditor Committee Official Committee of Unsecured Creditors
sam.landingham@lmbusinesslaw.com
Michael Edward Landis on behalf of Defendant Broussard & Dove, a Professional Law Corporation
mlandis@lawla.com

Michael Edward Landis on behalf of Defendant CHEHARDY, SHERMAN, WILLIAMS, RECILE & HAYES, L.L.P.
mlandis@lawla.com

Michael Edward Landis on behalf of Defendant Pandit Law Firm, LLC
mlandis@lawla.com

Michael Edward Landis on behalf of Defendant Pate Smith Law PLLC
mlandis@lawla.com

Michael Edward Landis on behalf of Defendant ROBICHAUX, MIZE, WADSACK, RICHARDSON & WATSON, L.L.C
mlandis@lawla.com

Michael Edward Landis on behalf of Interested Party Broussard & Dove PLLC
mlandis@lawla.com

Michael Edward Landis on behalf of Interested Party Pandit Law Firm, LLC
mlandis@lawla.com
Nicholas Lawson on behalf of Creditor Committee Official Committee of Unsecured Creditors
nick.lawson@lmbusinesslaw.com, kate.taylor@lmbusinesslaw.com

Nicholas Lawson on behalf of Debtor MMA Law Firm, PLLC
nick.lawson@lmbusinesslaw.com, kate.taylor@lmbusinesslaw.com

Justin S. Levy on behalf of Counter-Claimant Allied World Insurance Company
jlevy@wam.law

Justin S. Levy on behalf of Defendant Allied World Insurance Company
jlevy@wam.law

Justin S. Levy on behalf of Interested Party Allied World Insurance Company
jlevy@wam.law

Tristan E Manthey on behalf of Plaintiff Morris Bart, L.L.C.
tmanthey@fishmanhaygood.com,
kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com;cnobles@fishmanhaygood.com

Joshua G. McDiarmid on behalf of Defendant James David Caldwell, Jr.
josh.mcdiarmid@butlersnow.com

Joshua G. McDiarmid on behalf of Defendant James J. Donelon, III
josh.mcdiarmid@butlersnow.com

Andrew David Mendez on behalf of Defendant COX, COX, FILO, CAMEL, WILSON & BROWN, LLC
amendez@stonepigman.com

Allison Standish Miller on behalf of Defendant Allied Trust Insurance Company
amiller@steptoe.com, eadams@steptoe.com

David M Miller on behalf of Creditor EAJF ESQ Fund, LP
dmiller@spencerfane.com, mbir@spencerfane.com;JKallweit@spencerfane.com

David M Miller on behalf of Creditor Equal Access Justice Fund, LP
dmiller@spencerfane.com, mbir@spencerfane.com;JKallweit@spencerfane.com

Kerry James Miller on behalf of Defendant Morris Bart, LLC
kmiller@mtdvp.com

Marcia Suzanne Montero on behalf of Defendant The Monson Law Firm, LLC
suzy@snw.law

Marcia Suzanne Montero on behalf of Defendant Katherine Monson
suzy@snw.law

Marcia Suzanne Montero on behalf of Defendant Matthew Monson
suzy@snw.law

Marcia Suzanne Montero on behalf of Interested Party The Monson Law Firm, LLC
suzy@snw.law

John Zachary Moseley on behalf of Interested Party John Zachary Moseley
zach@mma-pllc.com

Avi Moshenberg on behalf of Creditor Committee Official Committee of Unsecured Creditors
avi.moshenberg@lmbusinesslaw.com, avi.moshenberg@lmbusinesslaw.com

Avi Moshenberg on behalf of Creditor Committee The Official Committee of Unsecured Creditors
avi.moshenberg@lmbusinesslaw.com, avi.moshenberg@lmbusinesslaw.com

Avi Moshenberg on behalf of Debtor MMA Law Firm, PLLC
avi.moshenberg@lmbusinesslaw.com, avi.moshenberg@lmbusinesslaw.com

Cherie Dessauer Nobles on behalf of Plaintiff Morris Bart, L.L.C.
cnobles@fishmanhaygood.com,
kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com
Lisa M. Norman on behalf of Creditor Access Restoration Services US, Inc.
lnorman@andrewsmyers.com, sray@andrewsmyers.com

Lisa M. Norman on behalf of Creditor PCG Claims, LLC d/b/a PCG Consulting, LLC
lnorman@andrewsmyers.com, sray@andrewsmyers.com

Kyle J Nutt on behalf of Creditor Charles William Nicolas Tapp
kjnutt@reissnutt.com

Kyle J Nutt on behalf of Creditor Katrena Leigh Henderson
kjnutt@reissnutt.com

Johnie J. Patterson, II on behalf of Counter-Claimant MMA Law Firm, PLLC
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J. Patterson, II on behalf of Counter-Defendant MMA Law Firm, PLLC
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J. Patterson, II on behalf of Debtor MMA Law Firm, PLLC
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J. Patterson, II on behalf of Defendant MMA Law Firm, PLLC
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J. Patterson, II on behalf of Plaintiff MMA Law Firm, PLLC
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Emory Charles Powers on behalf of Interested Party State Farm Fire & Casualty Company
emory.powers@acer.com, mary.jahn@arlaw.com

Matthew Brian Probus on behalf of Attorney Rebekka Veith
matthewprobus@theprobuslawfirm.com

Matthew Brian Probus on behalf of Defendant AMO Trial Lawyers, LLC
matthewprobus@theprobuslawfirm.com

Matthew Brian Probus on behalf of Defendant Morris Bart, LLC
matthewprobus@theprobuslawfirm.com

Ryan J Richmond on behalf of Defendant The Monson Law Firm, LLC
ryan@snw.law, ryan@rjrichmondlaw.com

Ryan J Richmond on behalf of Defendant Katherine Monson
ryan@snw.law, ryan@rjrichmondlaw.com

Ryan J Richmond on behalf of Defendant Matthew Monson
ryan@snw.law, ryan@rjrichmondlaw.com
Ryan J Richmond on behalf of Interested Party The Monson Law Firm, LLC
ryan@snw.law, ryan@rjrichmondlaw.com

Edward L Ripley on behalf of Creditor Global Estimating Services, LLC
eripley@andrewsmyers.com, sray@andrewsmyers.com

William S. Robbins on behalf of Counter-Defendant Louisiana Insurance Guaranty Association
wrobbins@stewartrobbins.com,
wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins on behalf of Interested Party Louisiana Louisiana Insurance Guaranty Association
wrobbins@stewartrobbins.com,
wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins on behalf of Plaintiff Louisiana Insurance Guaranty Association
wrobbins@stewartrobbins.com,
wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Ariel Sagre on behalf of Creditor Noble Public Adjusting Group, LLC
law@sagrelawfirm.com

Shaundra M. Schudmak on behalf of Defendant Allied Trust Insurance Company
sschudmak@lawla.com, swiebelt@lawla.com

Misty A Segura on behalf of Defendant EAJF ESQ Fund LP
msegura@spencerfane.com, misty-segura-9690@ecf.pacerpro.com

Misty A Segura on behalf of Defendant Equal Access Justice Fund, LP
msegura@spencerfane.com, misty-segura-9690@ecf.pacerpro.com

Van Clifton Seneca on behalf of Defendant Loftin Law Group, LLC
van@loftinleblanc.com

Herbert Charles Shelton, II on behalf of Creditor Cristobal M. Galindo d/b/a Galindo Law
cshelton@haywardfirm.com, SVillarreal@haywardfirm.com

Herbert Charles Shelton, II on behalf of Creditor Cristobal M. Galindo, PC d/b/a Galindo Law
cshelton@haywardfirm.com, SVillarreal@haywardfirm.com

Herbert Charles Shelton, II on behalf of Plaintiff Cristobal M. Galindo P.C.
cshelton@haywardfirm.com, SVillarreal@haywardfirm.com
Oliver S. Sherman on behalf of Defendant Allied World Insurance Company
osherman@bu.edu

Brendon D Singh on behalf of Creditor Jayne Moseley
bsingh@ts-llp.com, corraltransinghllp@jubileebk.net
Rachael L Smiley on behalf of Interested Party Krause & Kinsman Trial Lawyers, LLC
rsmiley@goodwin.com, eglenn@fbfk.law

Kenesha LaShaunda Starling on behalf of Defendant Daly & Black, PC
Kenesha.Starling@arnoldporter.com, bgorman@porterhedges.com

Kenesha LaShaunda Starling on behalf of Defendant Laborde Earles Law Firm LLC
Kenesha.Starling@arnoldporter.com, bgorman@porterhedges.com

Stephen Paul Strohschein on behalf of Witness Tessa Vorhaben
sstrohschein@hinshawlaw.com, jlovett@hinshawlaw.com

Mark Stromberg on behalf of Defendant Heath Law Group, LLC
mark@strombergstock.com, deanna@strombergstock.com;elise@strombergstock.com

Clay Marshall Taylor on behalf of Creditor EAJF ESQ Fund, LP
ctaylor@spencerfane.com, clay-taylor-2904@ecf.pacerpro.com;lvargas@spencerfane.com

Clay Marshall Taylor on behalf of Creditor Equal Access Justice Fund, LP
ctaylor@spencerfane.com, clay-taylor-2904@ecf.pacerpro.com;lvargas@spencerfane.com

Clay Marshall Taylor on behalf of Defendant EAJF ESQ Fund LP
ctaylor@spencerfane.com, clay-taylor-2904@ecf.pacerpro.com;lvargas@spencerfane.com

Clay Marshall Taylor on behalf of Defendant Equal Access Justice Fund, LP
ctaylor@spencerfane.com, clay-taylor-2904@ecf.pacerpro.com;lvargas@spencerfane.com

Stephanie Laird Tolson on behalf of Interested Party Hancock Whitney Bank
stolson@hinshawlaw.com,
houdocket@hinshawlaw.com;sburns@hinshawlaw.com;sstrohschein@hinshawlaw.com

C. Charles Townsend on behalf of Witness Tessa Vorhaben
ctownsend@hinshawlaw.com, jrichardson@hinshawlaw.com;sgarcia@hinshawlaw.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Ruth A Van Meter on behalf of Creditor Cristobal M. Galindo, PC d/b/a Galindo Law
ruth@vanmeterlaw.com, mholmes@haywardfirm.com

Rebekka C Veith on behalf of Defendant AMO Trial Lawyers, LLC
rveith@mtdvp.com

Rebekka C Veith on behalf of Defendant Morris Bart, LLC
rveith@mtdvp.com

Rebekka C Veith on behalf of Interested Party AMO Trial Lawyers, LLC
rveith@mtdvp.com

Rebekka C Veith on behalf of Plaintiff Morris Bart, L.L.C.
rveith@mtdvp.com

Staci Knox Villemarette on behalf of Creditor Louisiana Farm Bureau
staciv@cocglaw.com

Jeffrey Alan Vitt
javit2004rule@gmail.com

Pamela A. Walters on behalf of Creditor BANKRUPTCY ATTY. ALDINE INDEPENDENT SCHOOL DISTRICT
bnkatty@aldineisd.org

Michael Weems on behalf of Creditor Makkah Corporation
mlw@hwa.com

Nicholas John Wehlen on behalf of Defendant COX, COX, FILO, CAMEL, WILSON & BROWN, LLC
nwehlen@bakerdonelson.com

Nicholas John Wehlen on behalf of Plaintiff MMA Law Firm, PLLC
nwehlen@bakerdonelson.com

Aaron Jackson Wiseman on behalf of Defendant LaHatte Law Firm, LLC
awiseman@thompsoncoe.com

Andrew Amberg Woellner on behalf of Defendant Barcus Arenas, PLLC
andrew@woellnerlaw.com, coulterr@phelps.com

Andrew Amberg Woellner on behalf of Interested Party Barcus Arenas, PLLC
andrew@woellnerlaw.com, coulterr@phelps.com

Joshua W. Wolfshohl on behalf of Defendant Daly & Black, PC
jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl on behalf of Defendant Hair & Shunnarah Trial Attorneys, LLC
jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com
Joshua W. Wolfshohl on behalf of Defendant Hair Shunnarah Trial Attorneys, LLC
jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com
Joshua W. Wolfshohl on behalf of Defendant Laborde Earles Law Firm LLC
jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl on behalf of Interested Party Daly & Black, P.C.
jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl on behalf of Interested Party Hair & Shunnarah Trial Attorneys, LLC
jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl on behalf of Interested Party Jason J. Joy & Associates, PLLC
jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Byron Wright, III on behalf of Defendant Dunlap & Shipman, P.A.
twright@brunerwright.com,
skelley@brunerwright.com;nicasia@brunerwright.com;brenda@brunerwright.com;jvanhise@brunerwright.com

Elias Marwan Yazbeck on behalf of Interested Party Porsche Financial Services, Inc.
elias@yazbecklaw.com,
sheema@yazbecklaw.com,jaila@yazbecklaw.com,TheLawOfficeofEliasMYazbeck@jubileebk.net,ricardo@yazbecklaw.com,mei@yazbecklaw.com,rafic@yazbecklaw.com,admin@yazbecklaw.com

Brian Weil Zimmerman on behalf of Creditor EAJF ESQ Fund, LP
bzimmerman@spencerfane.com,
jwoods@spencerfane.com;nreisch@spencerfane.com;brian-zimmerman-7925@ecf.pacerpro.com

Brian Weil Zimmerman on behalf of Creditor Equal Access Justice Fund, LP
bzimmerman@spencerfane.com,
jwoods@spencerfane.com;nreisch@spencerfane.com;brian-zimmerman-7925@ecf.pacerpro.com
Brian Weil Zimmerman on behalf of Defendant EAJF ESQ Fund LP
bzimmerman@spencerfane.com,
jwoods@spencerfane.com;nreisch@spencerfane.com;brian-zimmerman-7925@ecf.pacerpro.com
Brian Weil Zimmerman on behalf of Defendant Equal Access Justice Fund, LP
bzimmerman@spencerfane.com, jwoods@spencerfane.com;nreisch@spencerfane.com;
brian-zimmerman-7925@ecf.pacerpro.com

Nicholas Zugaro on behalf of Interested Party Tort Network, LLC d/b/a Velawcity
nick@yazbecklaw.com, zugerariyo@yahoo.com;scallier@dykema.com

______________________________

Jeffrey Alan Vitt, Individually
*Pro Se Claimant*
Date: September 17, 2026