# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| MMA LAW FIRM, PLLC, | § | **CASE NO. 24-31596 (EVR)** |
| Debtor. | § | |

ORDER GRANTING 45-DAY ABATEMENT OF DEADLINES AND PROCEEDINGS

CAME ON FOR CONSIDERATION Creditor Jeffrey Alan Vitt's Objection to Premature Hearings, Omnibus Response, Notice of Ongoing CM/ECF Lockout, and Motion for 45-Day Abatement (the "Motion"). The Court, having reviewed the Motion, the record in this case, and the prior Order Granting Leave to Cure and CM/ECF Access (Doc 1713), finds that good cause exists to grant the requested relief and preserve procedural due process. It is therefore:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that all pending claim objections (Docs 1609, 1610, 1611, 1612), response deadlines, and associated hearing requests regarding Proof of Claim Nos. 73, 74, and 75 are hereby ABATED and STAYED for forty-five (45) days from the entry of this Order; and it is further

ORDERED that the Clerk of the Court shall promptly complete the provisioning of Jeffrey Alan Vitt's PACER/NextGen CM/ECF account with the bankruptcy event categories allowed to attorney e-filers, excepting only the ability to open a new bankruptcy case, as mandated by Order 1713; and it is further

ORDERED that upon the expiration of the 45-day abatement, the Court will conduct a Status Conference to establish scheduling and exhibit exchange deadlines.

SIGNED this _____ day of __________________, 2026.

______________________________________

HONORABLE EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE