**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No.: 24-31596** |
| | § | |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | **Chapter 11** |
| **DEBTOR.** | § | |

**AFFIDAVIT OF PROPOSED ACCOUNTANTS**

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF FORT BEND** | § |

This affidavit of David E. Bott, a professional employee of KenWood & Associates, P.C., proposed accountants for the Chapter 11 Plan Administrator for the above entitled and numbered bankruptcy proceeding, respectfully represents that to the best of my knowledge, the persons employed by KWA and the accounting firm of KWA have no connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee. Affiant submits that this firm is a "disinterested person" within the meaning of 11 U.S. C. § 327, has not served as an examiner in this case and that this firm's employment would be in the best interest of this estate.

The firm is being employed at the hourly rates of the professionals rendering services, subject to approval by the Court. The hourly billing rates of KWA personnel are presently $425.00 per hour payable for work performed by David E. Bott, $350.00 per hour payable for work performed by Amanda M. Hall; $225.00 per hour payable for work performed by Christopher W. Hale, $220.00 per hour payable for work performed by Sandra Y. Salamanca, $225.00 per hour payable for work performed by Michelle M .Woods, $200.00 per hour payable for work performed by Kyle R. Welch, $200.00 per hour payable for work performed by Kaylee E. White, and amounts ranging from $400 to $125 per hour payable for work performed by other associates commensurate with their experience.

**EXHIBIT "A"**

If any adjustments in hourly billing rates occur during KWA representation of the Trustee, the firm requests that the aforementioned rates be revised to the regular billing rates, which are reasonable, and bankruptcy courts have approved such rates, including the Southern District of Texas. Out of pocket expenses will be charged at actual cost incurred.

The hourly rates charged by KWA are the same as or lower than comparable accountants who perform the same kind of work in the same geographical area.

BY: ______________________________

David E. Bott, Affiant,
Certified Public Accountant
Certified Insolvency and Restructuring Advisor
A Professional Employee of
KenWood & Associates, P.C.
14090 Southwest Freeway, Suite 200
Sugar Land, Texas 77478
Telephone: 281-243-2300
Facsimile: 281-243-2326
Email: debott@kenwoodpc.com

**SUBSCRIBED AND SWORN TO BEFORE ME**, the undersigned authority on this the 21st day of September, 2026.

NOTARY PUBLIC STATE OF TEXAS
BARBARA KIRKPATRICK
My Notary ID # 11121902
Expires January 14, 2029

______________________________
Notary Public in and for
The State of Texas

Barbara Kirkpatrick .
Printed Name of Notary

My Commission Expires: January 14, 2029

**Filing party has the original signed and notarized document in the files for review upon request.*

**EXHIBIT "A"**