**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 24-31596 |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | Chapter 11 |
| Debtor. | § | |

**CERTIFICATE OF SERVICE OF ORDER SETTING ELECTRONIC HEARING**

[Relates to ECF No. 1731]

I, Miriam T. Goott, hereby certify that on September 25, 2026, pursuant to paragraph 6 of the Order Setting Electronic Hearing [ECF No. 1731] (the "Order"), I served a true and correct copy of the Order, which sets an electronic evidentiary hearing for Tuesday, September 29, 2026, at 1:30 p.m. (Central Time) on the Plan Administrator's Motions to Compromise Controversy [ECF Nos. 1689, 1690, 1706, 1707, and 1708], (i) on all parties receiving notice through the Court's CM/ECF system, via CM/ECF, and (ii) on counsel for each settling defendant, by electronic mail, as follows:

**Counsel for Laborde Earles Law Firm, LLC [ECF No. 1689]**
Joshua W. Wolfshohl
jwolfshohl@porterhedges.com; hhatfield@porterhedges.com

**Counsel for Heath Law Group, LLC [ECF No. 1690]**
Roland Gary Jones
rgj@rolandjones.com

**Counsel for Huber Thomas, LLP [ECF No. 1706]**
Stephen M. Huber
stephen@huberthomaslaw.com

**Counsel for Barcus Arenas, PLLC [ECF No. 1707]**
Andrew Woellner
andrew@woellnerlaw.com

**Counsel for Loftin Law Group, LLC [ECF No. 1708]**
Van C. Seneca
van@llgllc.com

*/s/ Miriam T. Goott*
Miriam T. Goott