# WITNESS AND EXHIBIT LIST

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |
| | |
| **Adversary Case No:** | n/a |
| **Style of Adversary:** | |
| | |
| **Does this amend or supplement a previously filed Witness & Exhibit List? If so, state the date and CM/ECF No. of such previous filing.** | |

| **Yes** | **No** |
|---|---|
| | **X** |
| | |
| **Date** | **CM/ECF No.** |
| | |
| | |
| | |

| | |
|---|---|
| **Hearing/Trial Date:** | September 29, 2026 |
| **Hearing Time:** | 1:30 P.M. |
| **Party's Name:** | Allison D. Byman, Plan Administrator for MMA Law Firm, PLLC |
| **Attorney's Name:** | Johnie Patterson and Miriam Goott |
| **Attorney's Phone:** | 713-956-5577 |

**Nature of Proceeding(s):**

| **CM/ECF No.** | **Matter** |
|---|---|
| 1689 | Plan Administrator's Motion to Compromise Controversy with Laborde Earles Law Firm, LLC [ECF No. 1689], with attached Settlement Agreement and Mutual Release [ECF No. 1689-1] |
| 1690 | Plan Administrator's Motion to Compromise Controversy with Heath Law Group, LLC [ECF No. 1690], with attached Settlement Agreement [ECF No. 1690-1] |
| 1706 | Plan Administrator's Motion to Compromise Controversy with Huber Thomas, LLP [ECF No. 1706], with attached Settlement Agreement [ECF No. 1706-1] |
| 1707 | Plan Administrator's Motion to Compromise Controversy with Barcus Arenas, PLLC [ECF No. 1707], with attached Settlement Agreement [ECF No. 1707-1] |
| 1708 | Plan Administrator's Motion to Compromise Controversy with Loftin Law Group, LLC [ECF No. 1708], with attached Settlement Agreement [ECF No. 1708-1] |
| | |
| | |

## WITNESS LIST

| | |
|---|---|
| **Lay Witnesses:** | Allison D. Byman, MMA Plan Administrator |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| **REBUTTAL/ IMPEACHMENT WITNESSES** | |
| **Lay Witnesses:** | |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| | |

| | | **FOR COURT USE ONLY** | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| **1** | Plan Administrator's Motion to Compromise Controversy with Laborde Earles Law Firm, LLC [ECF No. 1689], with attached Settlement Agreement and Mutual Release [ECF No. 1689-1] | | | |
| **2** | Plan Administrator's Motion to Compromise Controversy with Heath Law Group, LLC [ECF No. 1690], with attached Settlement Agreement [ECF No. 1690-1] | | | |
| **3** | Plan Administrator's Motion to Compromise Controversy with Huber Thomas, LLP [ECF No. 1706], with attached Settlement Agreement [ECF No. 1706-1] | | | |
| **4** | Plan Administrator's Motion to Compromise Controversy with Barcus Arenas, PLLC [ECF No. 1707], with attached Settlement Agreement [ECF No. | | | |

| | | | | |
|---|---|---|---|---|
| | 1707-1] | | | |
| **5** | Plan Administrator's Motion to Compromise Controversy with Loftin Law Group, LLC [ECF No. 1708], with attached Settlement Agreement [ECF No. 1708-1] | | | |
| | | | | |
| | | | | |
| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
| | | | | |
| **1.** | | | | |
| **2.** | | | | |
| **3.** | | | | |
| **4.** | | | | |
| **5.** | | | | |
| **6.** | | | | |

Date: September 25, 2026

Respectfully submitted

*/s/ Miriam T. Goott*

Miriam T. Goott
State Bar No. 24048846
WALKER & PATTERSON, P.C.
4815 Dacoma
Houston, Texas 77092
Telephone: (713) 956-5577
mgoott@walkerandpatterson.com

COUNSEL FOR ALLISON D. BYMAN,
PLAN ADMINISTRATOR FOR
MMA LAW FIRM, PLLC