United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 09, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER**
**GRANTING MOTION**
*Resolving Dkt. No. 1709*

Pending before the Court is the "Emergency Motion for Judicial Approval of Pro Se CM/ECF Access, Leave to Cure and Refile Master Compendium, and Request for Expedited Hearing" ("*Motion*") filed by Creditor Jeffrey Alan Vitt on September 4, 2026.[1] The Court has considered the Motion and finds that it should be granted. It is therefore:

**ORDERED:** that

1. The "Emergency Motion for Judicial Approval of Pro Se CM/ECF Access, Leave to Cure and Refile Master Compendium, and Request for Expedited Hearing" filed by Jeffrey Alan Vitt on September 4, 2026, is GRANTED.

2. On the Court's Website, Jeffrey Alan Vitt can complete the Consent by Self represented Litigant to Receive Notice of Electronic Filing (NEF) to receive electronic notices in this case. Additionally, CM/ECF access will be GRANTED as follows:

    a. Jeffrey Alan Vitt shall register for a Creditor type account to be established through his PACER account.

    b. The Clerk will process Jeffrey Alan Vitt's registration and provide him with access to the Bankruptcy event categories allowed to attorney e-filers, excepting only the ability to open a new bankruptcy case.

    c. Jeffrey Alan Vitt must limit his e-filing activity to this bankruptcy case, and any new adversary actions filed related to that bankruptcy case.

    d. Further information can be found on the court's website at: Bankruptcy Electronic Document Submission System | Southern District of Texas.

[1] Dkt. No. 1709.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**SIGNED Wednesday, September 9, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**