**UNITED STATES DISTRICT & BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Courts
Southern District of Texas
FILED
*9/10/26*
Nathan Ochsner, Clerk of Court

**Case Number** 24-31596

**Case Name/Style** MMA Law Firm, PLLC bankruptcy

## Consent By Self-Represented Litigant to Receive Notice of Electronic Filing (NEF)

I, Jeffrey Alan Vitt, am a self-represented (*pro se*) party in the above-captioned case, and I voluntarily consent to receive Notice of Electronic Filing (NEF) emails for all orders, notices, and documents that may be provided to me electronically under the applicable Federal Rules and the Local Rules of this Court.

By signing this form and providing my email address,

- I agree to waive my right to receive service by mail pursuant to Fed. R. Civ. P. 5(b) and Fed. R. Bankr. P. 9036. I understand that I will no longer receive paper copies of documents filed in this case and that notices and documents will instead be provided through Notice of Electronic Filing (NEF) emails.
- I understand that it is my responsibility to keep my email address and mailing address current by promptly notifying the Clerk's Office of any changes pursuant to Local Rule 83.4. I am also responsible for ensuring that my email account can receive messages from the Court, including configuring any spam filters or other email security settings.
- I understand that consenting to e-service does not authorize me to file documents electronically. Separate permission from the Court is required before I may electronically file documents.
- I understand that I may view each filed document one time without charge by using the hyperlink in the Notice of Electronic Filing (NEF) email within 15 days after the notice is sent. I understand that I should download or print the document during this free access period. After the free look has been used or 15 days have passed, access to the document requires a PACER account and applicable PACER fees may apply. Further information on viewing court records can be found here: https://www.txs.uscourts.gov/page/case-search.

| | |
|---|---|
| [signature] | 9/10/2026 |
| Signature | Date Signed |
| Jeffrey Alan Vitt | 12791 South 4230 Road |
| Printed Name | Mailing Address Line 1 |
| javit2004rule@gmail.com | |
| Email Address | Mailing Address Line 2 |
| 539-292-9358 | Chelsea, OK 74016-2114 |
| Telephone Number | City, State Zip Code |