# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED
*September 11, 2026*
Nathan Ochsner, Clerk of Court

## HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| MMA LAW FIRM, PLLC, | § | **CASE NO. 24-31596 (EVR)** |
| Debtor. | § | |

**MOTION FOR EXPEDITED RULING ON PENDING APPLICATIONS FOR PACER FEE EXEMPTION (DOC 1604) AND IN FORMA PAUPERIS STATUS (DOC 1605)**

**NOTICE TO PARTIES IN INTEREST: THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING. REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**TO THE HONORABLE EDUARDO V. RODRIGUEZ:**

Creditor Jeffrey Alan Vitt respectfully requests an expedited ruling on two separate financial applications previously filed on July 23, 2026, which remain pending before this Court:

1. **Application for Exemption from PACER Fees (Doc 1604):** Pursuant to 28 U.S.C. § 1930, Creditor requires unrestrained access to the 1,700+ document docket to protect his consolidated $350 million priority claim without incurring insurmountable per-page electronic access fees.

2. **Application to Proceed In Forma Pauperis (Doc 1605):** Pursuant to 28 U.S.C. § 1915, Creditor requires a waiver of statutory filing fees to commence imminent, highly complex adversary proceedings against the Debtor and its fiduciaries for fraud and conversion. As the Court recently authorized Creditor's active CM/ECF filing privileges (Doc 1713), rulings on these outstanding applications are strictly necessary to allow Creditor to effectively utilize the electronic filing system and prosecute his claims without prohibitive financial barriers.

Case 24-31596 Document 1784 Filed in TXSB on 09/15/25 Page 2 of 3

**PRAYER:** Creditor respectfully requests the Court enter the attached Proposed Orders granting the relief requested in Dockets 1604 and 1605.

Respectfully submitted,

**/s/ Jeffrey Alan Vitt**

**Jeffrey Alan Vitt, Individually**
12791 South 4230 Road - Chelsea, OK 74016-2114
539-292-9358
javit2004rule@gmail.com
*Pro Se Claimant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September, 2026, a true and correct copy of the foregoing Motion for Expedited Ruling on Pending Applications for PACER Fee Exemption (Doc 1604) and In Forma Pauperis Status (Doc 1605), along with local notice requirements, was served electronically via the Court's CM/ECF system and by email upon all parties in interest entitled to notice, including:

- **Counsel for the Debtor:**
  Johnie Patterson & Miriam Goott
  jjp@walkerandpatterson.com, mgoott@walkerandpatterson.com

- **Counsel for the Official Committee of Unsecured Creditors:**
  Nicholas R. Lawson & Avi Moshenberg
  Nick.Lawson@lmbusinesslaw.com, Avi.Moshenberg@lmbusinesslaw.com

- **Plan Administrator:**
  Allison Byman
  adb@bymanlaw.com

- **Office of the United States Trustee:**
  Andrew Jimenez
  ustpregion07.hu.ecf@usdoj.gov, andrew.jimenez@usdoj.gov

**/s/ Jeffrey Alan Vitt**

Jeffrey Alan Vitt, Individually
12791 S. 4230 Road - Chelsea, OK 74016-2114
539-292-9358
javit2004rule@gmail.com
Pro Se Claimant