United States Bankruptcy Court
Southern District of Texas

**ENTERED**

September 25, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER**
**FOR ELECTRONIC SCHEDULING CONFERENCE**
***ECF Nos. 1609, 1610, 1611 and 1612***

Objections to proof of claim nos. 73, 74 and 75 were filed on July 30, 2026, at ECF #1609, 1610, 1611 and 1612. Responses have not been filed. It is therefore

**ORDERED** that:

1. Electronic conferences will be conducted, pursuant to Federal Rule of Bankruptcy Procedure 7016, before the United States Bankruptcy Court, McAllen, Texas Division, **on October 13, 2026, 11:30 a.m.** . (Central Standard Time).

2. Not less than 7 business days prior to the conference, the parties shall confer and file a joint report pursuant to Federal Rule of Civil Procedure 26(f) as made applicable by Federal Rule of Bankruptcy Procedure 7026.

3. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

4. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

5. No later than October 6, 2026, Debtor must serve Claimant <Claimant name> with a copy of this Order and file a certificate of service with the Clerk of the Court.

6. Unless otherwise ordered by the Court or by consent of the parties, the initial hearing will be non-evidentiary and used as a scheduling conference.

**SIGNED Friday, September 25, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**