**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-31596 (EVR) |
| MMA LAW FIRM, PLLC, | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

**ORDER DENYING JEFFREY ALAN VITT'S APPLICATION FOR EXEMPTION FROM THE JUDICIAL CONFERENCE ELECTRONIC PUBLIC ACCESS FEES**
**[Relates to ECF No. 1604]**

It is

**ORDERED** that the Application for Exemption from the Judicial Conference Electronic Public Access Fees filed by Jeffrey Alan Vitt (ECF No. 1604) is **DENIED.**

**SIGNED: ___________**

______________________________________________
**CHIEF UNITED STATES BANKRUPTCY JUDGE**