# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
9/25/26
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| MMA LAW FIRM, PLLC, | § | **CASE NO. 24-31596 (EVR)** |
| Debtor. | § | |

**CERTIFICATE OF SERVICE OF ORDER SETTING ELECTRONIC HEARING (ECF NO. 1732)**

I, Jeffrey Alan Vitt, acting pro se, hereby certify that on this 25th day of September, 2026, a true and correct copy of the Order Setting Electronic Hearing [ECF No. 1732] was submitted for transmission and served via electronic mail upon all parties registered on the CM/ECF master electronically mailed service list for Case No. 24-31596, including:

**Counsel for the Debtor (and Collaborating with Plan Administrator):**
Miriam T. Goott & Johnie Patterson
mgoott@walkerandpatterson.com, jjp@walkerandpatterson.com

**Counsel for the Official Committee of Unsecured Creditors:**
Nicholas R. Lawson & Avi Moshenberg
Nick.Lawson@lmbusinesslaw.com, Avi.Moshenberg@lmbusinesslaw.com

**Plan Administrator:**
Allison Byman
adb@bymanlaw.com

**Office of the United States Trustee:**
Andrew Jimenez
ustpregion07.hu.ecf@usdoj.gov, andrew.jimenez@usdoj.gov

Respectfully submitted,

______________________________

Jeffrey Alan Vitt, Individually
12791 South 4230 Road
Chelsea, OK 74016-2114
Tel: 539-292-9358
Email: javit2004rule@gmail.com
*Pro Se Claimant*
Date: September 25, 2026