**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| **MMA LAW FIRM, PLLC,** | § | **Case No. 24-31596 (EVR)** |
| **Debtor.** | § | |

**ORDER GRANTING EMERGENCY APPLICATION FOR IMMEDIATE JUDICIAL INTERVENTION, STATUS CONFERENCE, AND TEMPORARY ABATEMENT**

Upon consideration of the Emergency Application for Immediate Judicial Intervention, Status Conference, and Temporary Abatement of September 29–30, 2026 Proceedings filed by Claimant Jeffrey Alan Vitt, the Court finding that it has jurisdiction over the matter and that good cause exists to grant the requested relief in the best interests of justice;

**IT IS HEREBY ORDERED THAT:**

**1. The Application is GRANTED.** All proceedings, scheduling conferences, discovery obligations, claim objections, and pending responses (including specifically the October 13 scheduling conference and Rule 26(f) reporting tracks, and all evidentiary matters set for September 29 and September 30, 2026) are hereby ABATED AND STAYED for a period of forty-five (45) days, effective immediately upon the entry of this Order, to prevent irreparable procedural injury and preserve the integrity of the record.

**2. The Clerk of the Court is DIRECTED** to immediately correct and provision Claimant's PACER/NextGen account (Account No. 9177719) with full attorney-level CM/ECF event categories in compliance with Order 1713, removing the "Limited Creditor" restriction.

**3. Debtor counsel (Walker & Patterson, P.C. / Miriam T. Goott) is hereby DISQUALIFIED and removed** from acting as counsel of record for the Plan Administrator due to non-disclosed, un-disinterested dual representation and fiduciary capture under 11 U.S.C. Section 327, Bankruptcy Rule 2014, and TDRPC Rule 1.06.

**4. Movant is GRANTED** full, retroactive leave to amend, supplement, modify, and refile any and all prior proofs of claim, pleadings, responses, discovery positions, and evidentiary compendiums affected by technical system lockouts or pro se constraints, without prejudice, waiver, or default.

SIGNED: ____________________, 2026

______________________________________________

HONORABLE EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE