# WITNESS AND EXHIBIT LIST

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |
| | |
| **Adversary Case No:** | n/a |
| **Style of Adversary:** | |

**Does this amend or supplement a previously filed Witness & Exhibit List? If so, state the date and CM/ECF No. of such previous filing.**

| Yes | No |
|---|---|
| | X |
| | |
| **Date** | **CM/ECF No.** |
| | |
| | |
| | |

| | |
|---|---|
| **Hearing/Trial Date:** | September 30, 2026 |
| **Hearing Time:** | 1:30 P.M. |
| **Party's Name:** | Allison D. Byman, Plan Administrator for MMA Law Firm, PLLC |
| **Attorney's Name:** | Miriam T. Goott and Johnie J. Patterson |
| **Attorney's Phone:** | 713-956-5577 |

**Nature of Proceeding(s):**

| CM/ECF No. | Matter |
|---|---|
| 1604 | Application for Exemption from the Judicial Conference Electronic Public Access Fees filed by Jeffrey Alan Vitt [ECF No. 1604] |
| | |
| | |

## WITNESS LIST

| | |
|---|---|
| **Lay Witnesses:** | Allison D. Byman, Plan Administrator for MMA Law Firm, PLLC |
| | Jeffrey Alan Vitt |
| | |
| | |
| | |
| | |
| | |

| | |
|---|---|
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| **REBUTTAL/ IMPEACHMENT WITNESSES** | |
| | |
| **Lay Witnesses:** | |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| | |

| | | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| | | | | |
| **1** | Vitt Application for Exemption from the Judicial Conference Electronic Public Access Fees, with proposed order and attachment [ECF No. 1604] | | | |
| **2** | Order Granting Emergency Motion for Judicial Approval of Pro Se CM/ECF Access [ECF No. 1713] | | | |
| **3** | Notice of Filing NEF Consent and Notification of Defective CM/ECF Account Provisioning, filed by Jeffrey Alan Vitt [ECF No. 1716] | | | |
| **4** | Consent by Self-Represented Litigant to Receive Notice of Electronic Filing (NEF), filed by Jeffrey Alan Vitt [ECF No. 1717] | | | |
| **5** | Fee Schedule | | | |
| **6** | Motion for Expedited Ruling on Pending Applications for PACER Fee Exemption (Doc 1604) and In Forma Pauperis Status (Doc 1605), filed by Jeffrey Alan Vitt [ECF No. 1718] | | | |
| **7** | Order Striking Pleading, Resolving Dkt. No. 1605 [ECF No. 1726] | | | |
| **8** | Debtor's Objection to Proof of Claim No. 73 Filed by Jeffrey Alan Vitt [ECF No. 1609], with exhibits | | | |
| **9** | Debtor's Objection to Proof of Claim No. 74 Filed by Jeffrey Alan Vitt [ECF No. 1611], with exhibits | | | |

| | | | | |
|---|---|---|---|---|
| **10** | Debtor's Objection to Proof of Claim No. 75 Filed by Vitt 121, Ltd. and Affiliated Entities [ECF No. 1612], with exhibits | | | |
| **11** | Order for Electronic Scheduling Conference, ECF Nos. 1609, 1610, 1611 and 1612 [ECF No. 1733] | | | |
| | | | | |
| | | | | |
| | | | | |
| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
| | | | | |
| **1.** | | | | |
| **2.** | | | | |
| **3.** | | | | |
| **4.** | | | | |
| **5.** | | | | |
| **6.** | | | | |

Date: September 28, 2026

Respectfully submitted

*/s/ Miriam T. Goott*
Miriam T. Goott
State Bar No. 24048846
WALKER & PATTERSON, P.C.
4815 Dacoma Street
Houston, Texas 77092
Telephone: (713) 956-5577
mgoott@walkerandpatterson.com

COUNSEL FOR ALLISON D. BYMAN,
PLAN ADMINISTRATOR FOR
MMA LAW FIRM, PLLC

## CERTIFICATE OF SERVICE

I certify that on September 28, 2026, 2026, a true and correct copy of this Witness and Exhibit List, together with copies of the exhibits listed above, was served through the Court's CM/ECF system on all parties registered to receive electronic notice in this case, and on Jeffrey Alan Vitt by electronic mail at javit2004rule@gmail.com, justiceiceice@icloud.com, and andajustice4all@icloud.com.

*/s/ Miriam T. Goott*
Miriam T. Goott