United States Courts
Southern District of Texas
FILED
7/23/2026
Nathan Ochsner, Clerk of Court

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS (HOUSTON DIVISION)

## APPLICATION FOR EXEMPTION FROM THE JUDICIAL CONFERENCE ELECTRONIC PUBLIC ACCESS FEES

**In re: MMA LAW FIRM, PLLC (Case No. 4:24-bk-31596)**

### I. REQUEST FOR DISCRETIONARY EXEMPTION

Creditor Jeffrey Alan Vitt respectfully petitions this Court for an order exempting him from the Electronic Public Access (PACER) fees associated with Case No. 4:24-bk-31596. This application is submitted pursuant to the Electronic Public Access Fee Schedule established by the Judicial Conference of the United States under 28 U.S.C. § 1930.

### II. SYSTEMIC BASIS FOR DISCRETIONARY EXEMPTION

An exemption is strictly necessary to avoid an insurmountable, highly unreasonable financial burden on the Creditor and to promote essential public access to information regarding the Debtor's operational collapse.

1. **Unreasonable Financial Burden:** The Debtor's active bankruptcy dockets are uniquely complex, currently spanning over 1,250 entries, thousands of pages of adversarial actions, and dense exhibit lists. To legally defend his standing as an individual creditor and beneficiary, the Creditor must continuously pull, cross-reference, and forensically screen gigabytes of data. The standard $0.10 per page charge, paired with the extreme financial hardship directly caused by the Debtor's *mens rea*, constructive knowledge, and willful blindness, builds an artificial paywall blocking access to federal justice. One Texas court continues to withhold **$646,305.06** of the Creditor's liquidated assets— a brutal, unjust valuation and use reduction of net worth in cash that is still inaccessible.

2. **Promoting Public Access to Information:** The Creditor is actively tracking and untangling a coordinated campaign of multi-million-dollar litigation suppression, trade secret misappropriation, and cross-border data theft involving the Debtor's leadership. Unrestricted access to these unredacted files is essential to expose the full scope of the Debtor’s systemic malpractice, deceptive trade, and unfair business practices across local, state, interstate, and federal jurisdictions.

**III. PRO SE ACKNOWLEDGMENT AND PRAYER** The Creditor respectfully requests that the Honorable Judge Eduardo V. Rodriguez grant this application. The profound merits of the Creditor's interests, the demands of equal protection under the law, the protection of the independent entrepreneur, and the baseline requirements of due process insist that this long-delayed day in court be granted to redress a sustained tolling history of manifest injustice and systemic fraud.

The Creditor explicitly agrees that any data accessed under this discretionary fee exemption will be used exclusively for the purpose of investigating and litigating claims involving, relating to, affiliated with, or associated with the Debtor, MMA LAW FIRM, PLLC, James McClenny, and John Zachary Moseley, and will strictly not be sold, transferred, or reproduced for commercial purposes.I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 20, 2026

Signed: ______________________________ Jeffrey Alan Vitt, Pro Se Litigant

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS (HOUSTON DIVISION)

## APPLICATION FOR EXEMPTION FROM THE JUDICIAL CONFERENCE

## ELECTRONIC PUBLIC ACCESS FEES

| | | |
|---|---|---|
| | § | |
| **In re: MMA LAW FIRM, PLLC, Debtor.** | § | **Case No. 4:24-bk-31596 Chapter 11** |
| | § | |

**ORDER EXEMPTING CREDITOR JEFFREY ALAN VITT FROM PAYMENT OF ELECTRONIC PUBLIC ACCESS (PACER) FEES**

Upon consideration of the Application for Exemption from the Judicial Conference Electronic Public Access Fees under 28 U.S.C. § 1930 filed by Creditor Jeffrey Alan Vitt, proceeding Pro Se, the Court finds that the applicant has demonstrated an unreasonable financial burden and that an exemption is necessary to promote essential public access to information.

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.
2. Jeffrey Alan Vitt is exempt from the payment of fees for electronic access to court data via the PACER system. This exemption applies to accessing, researching, and tracking records associated with Case No. 4:24-bk-31596 (*In re: MMA Law Firm, PLLC*), expressly including any related adversary proceedings, interconnected dockets, or associated matters as the Creditor's investigation develops.
3. This exemption provides unrestricted, fee-exempt access to the court files necessary to investigate the full scope of the Debtor's systemic operations. This exemption is valid for the duration of this bankruptcy proceeding, including where related evidentiary leads may extend, unless earlier revoked by the Court.
4. The Creditor shall not sell, transfer, or reproduce the data obtained under this exemption for commercial purposes.

**SIGNED: ________________________, 2026.**

______________________________________

**HONORABLE EDUARDO V. RODRIGUEZ**

**UNITED STATES BANKRUPTCY JUDGE**

United States Courts
Southern District of Texas
FILED
*7/23/2026*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| **From:** | EDSS via Southern District of Texas |
| **To:** | TXS ECF_Admin |
| **Subject:** | New Electronic Document Submission - Houston |
| **Date:** | Thursday, July 23, 2026 5:52:24 PM |
| **Attachments:** | Document-1-Jeffrey Alan Vitt.pdf<br>Document-2-Jeffrey Alan Vitt.pdf |
| **Importance:** | High |

Form Information:
Division: Houston
Filer's Name: Jeffrey Alan Vitt
Debtor's Name (if different from Filer): MMA Law Firm, PLLC
Filer's Email: javit2004rule@gmail.com
Filer's Phone Number: 539-292-9358
Case Number: 4:24-bk-31596
Are you filing documents for submission of a new petition:

Uploaded Document Descriptions:
Document 1 Description: In Forma Pauperis
Document 2 Description: Pacer Exemption Application - Grant Order
Document 3 Description:
Document 4 Description:
Document 5 Description:

**This email was sent from an unmonitored email account. Please DO NOT reply to this email address. **