# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
*9/10/26*
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| MMA LAW FIRM, PLLC, | § | **CASE NO. 24-31596 (EVR)** |
| Debtor. | § | |

**NOTICE OF FILING NEF CONSENT AND NOTIFICATION OF DEFECTIVE CM/ECF ACCOUNT PROVISIONING**

**TO THE CLERK OF THE COURT:**

Pursuant to Chief Judge Eduardo V. Rodriguez's Order entered on September 9, 2026 (Docket #1713), Creditor Jeffrey Alan Vitt was granted pro se CM/ECF filing access. Attached please find the completed **Consent by Self-Represented Litigant to Receive Notice of Electronic Filing (NEF)** form, submitted in compliance with Paragraph 2 of the Order.

**NOTICE OF DEFECTIVE ACCOUNT PERMISSIONS:** Please be advised that while my PACER registration (Account: 9177719) was processed by the Clerk's Office on September 10, 2026, the account was erroneously provisioned with restricted "Limited Creditor" access (limited strictly to Claim Actions).

Paragraph 2(b) of Order Doc 1713 explicitly mandates: *"The Clerk will process Jeffrey Alan Vitt's registration and provide him with access to the Bankruptcy event categories allowed to attorney e-filers, excepting only the ability to open a new bankruptcy case."*

Due to this administrative provisioning error, I currently lack the system permissions to file Motions, Notices, or Adversary Proceedings. I respectfully request that the Clerk's Office immediately correct my account permissions to reflect the attorney-level event categories ordered by Chief Judge Rodriguez so I may proceed with my filings.

Respectfully submitted on September 10, 2026,

______________________________

Jeffrey Alan Vitt, Individually
12791 South 4230 Road – Chelsea, OK 74016-2114
539-292-9358
javit2004rule@gmail.com
*Pro Se Claimant*