United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 18, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER**
**STRIKING PLEADING**
*Resolving Dkt. No. 1605*

Pending before the Court is the "AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)"[1] ("*Motion*") filed by Jeffrey Alan Vitt ("*Movant*") on July 23, 2026. In the Motion, Movant requests "a total waiver of administrative fees, filing costs, and service assessments pursuant to 28 U.S.C. § 1915."

28 U.S.C. § 1915 provides that:

> (1) Subject to subsection (b), any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.

Thus, the purpose of § 1915 is to allow a litigant to apply for waiver of the fees incurred in the "commencement, prosecution or defense" of a case. Here, Movant is a creditor in MMA Law Firm, PLLC's instant chapter 11 bankruptcy. Movant is not a plaintiff or defendant. Thus, this Motion was improperly filed in the instant bankruptcy case. It is therefore:

**ORDERED**: that

[1] Dkt. No. 1605.

1. The "AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)"[2] filed by Jeffrey Alan Vitt on July 23, 2026, is **STRUCK**.

2. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**SIGNED Friday, September 18, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**

[2] Dkt. No. 1605.