# WITNESS AND EXHIBIT LIST
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |
| **Adversary Case No:** | N/A |
| **Style of Adversary:** | N/A |

**State whether this amends or supplements a previously filed Witness & Exhibit list**

| Amends | | Supplements | |
|---|---|---|---|
| Date | ECF No. | Date | ECF No. |
| N/A | N/A | N/A | N/A |

| | |
|---|---|
| **Hearing/Trial Date:** | Wednesday, September 30, 2026 |
| **Hearing Time:** | 1:30 p.m. (Central) |
| **Party's Name:** | Allison D. Byman, Plan Administrator for MMA Law Firm, PLLC |
| **Attorney's Name:** | Johnie Patterson and Miriam T. Goott, Walker & Patterson, P.C. |
| **Attorney's Phone:** | (713) 956-5577 |

**Nature of Proceeding(s):**

| CM/ECF No. | Matter |
|---|---|
| 1677 | Motion of Jeffrey Alan Vitt for Examination of John Zachary Moseley, James M. McClenny, and the Debtor under Federal Rule of Bankruptcy Procedure 2004 and for Production of Documents |

**WITNESS LIST**

| | |
|---|---|
| **Lay Witnesses:** | Allison D. Byman, Plan Administrator |
| | Jeffrey Alan Vitt |
| | John Zachary Moseley |
| | Miriam Goott |
| | Johnie Patterson |
| | |
| **Expert Witnesses:** | None |
| | |

**REBUTTAL/ IMPEACHMENT WITNESSES**

| | |
|---|---|
| **Lay Witnesses:** | |
| | |

| **Expert Witnesses:** | |
|---|---|
| | |

| | | **FOR COURT USE ONLY** | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| 1. | Order Confirming Third Amended Joint Plan of Liquidation and Plan Supplement of MMA Law Firm, PLLC [ECF No. 1648] | | | |
| 2. | Notice of (I) Entry of Order Confirming Third Amended Joint Plan of Liquidation and (II) Occurrence of Effective Date [ECF No. 1669] | | | |
| 3. | Docket in Bankruptcy Case | | | |
| 4. | Claims Register | | | |
| 5. | Proof of Claim No. 73 [Claim No. 73-1] | | | |
| 6. | Proof of Claim No. 74 [Claim No. 74-1] | | | |
| 7. | Proof of Claim No. 75 [Claim No. 75-1] | | | |
| 8. | Debtor's Objection to Proof of Claim No. 73 [ECF 1609] | | | |
| 9. | Debtor's Objection to Proof of Claim No. 74 [ECF 1611] | | | |
| 10. | Debtor's Objection to Proof of Claim No. 75 [ECF 1612] | | | |
| 11. | Vitt's Motion for Examination of John Zachary Moseley, James M. McClenny, and the Debtor under Federal Rule of Bankruptcy Procedure 2004 and for Production of Documents [ECF No. 1677] | | | |
| 12. | Order for Electronic Scheduling Conference, ECF Nos. 1609, 1610, 1611 and 1612 [ECF No. 1733] | | | |
| 13. | Email from Jeffrey Alan Vitt to Johnie Patterson and Miriam Goott, August 26, 2026, 2:08 a.m. (transmitting Rule 2004 motion) | | | |
| 14. | Emails between Jeffrey Alan Vitt and Miriam Goott, July 30 – August 2, 2026 [ECF No. 1722-1] | | | |
| | | | | |

| REBUTTAL/IMPEACHMENT EXHIBITS | | | | |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

Dated: September 28, 2026.

Respectfully submitted,

Walker & Patterson, P.C.
By: */s/ Miriam T. Goott*
Miriam T. Goott
SBN 24048846
mgoott@walkerandpatterson.com
COUNSEL FOR ALLISON D. BYMAN,
PLAN ADMINISTRATOR

OF COUNSEL:
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX 77208
713.956.5577
713.956.5570 (fax)

**CERTIFICATE OF SERVICE**

I, Miriam T. Goott, hereby certify that a true and correct copy of the foregoing Witness and Exhibit List, with each exhibit attached, was served on all parties entitled to notice pursuant to the Court's CM/ECF noticing platform on September 28, 2026, and to Mr. Vitt via email at javit2004rule@gmail.com.

*/s/ Miriam. T. Goott*
Miriam T. Goott