# Southern District of Texas
# Claims Register

## 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors

**Bankruptcy Judge:** Eduardo V Rodriguez **Chapter:** 11
**Office:** Houston **Last Date to file claims:** 08/13/2024
**Trustee:** Allison D. Byman **Last Date to file (Govt):** 10/07/2024

| | | |
|---|---|---|
| *Creditor:* (12672475)<br>Texas Workforce Commission<br>Office of Attorney General<br>BK/Collections<br>P.O. BOX 12548, MC008<br>Austin, TX 787112548 | **Claim No: 1**<br>*Original Filed Date*: 04/11/2024<br>*Original Entered Date*: 04/11/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Erin Connor Reid<br>*Modified:* |

Amount claimed: $7605.39
Secured claimed: $7605.39

*History:*
Details 1-1 04/11/2024 Claim #1 filed by Texas Workforce Commission, Amount claimed: $7605.39 (Reid, Erin)

*Description:* (1-1) Unemployment taxes
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12673480)<br>City of Houston<br>c/o Jeannie L. Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | **Claim No: 2**<br>*Original Filed Date*: 04/12/2024<br>*Original Entered Date*: 04/12/2024 | *Status:* Withdraw 459<br>*Filed by:* CR<br>*Entered by:* Jeannie Lee Andresen<br>*Modified:* |

Amount claimed: $221.20
Secured claimed: $221.20

*History:*
Details 2-1 04/12/2024 Claim #2 filed by City of Houston, Amount claimed: $221.20 (Andresen, Jeannie)
459 01/08/2025 Withdrawal of Claim: 2,3 *of City of Houston and Lone Star College System* (Andresen, Jeannie) Status: Withdraw

*Description:* (2-1) Ad Valorem Taxes
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12673482)<br>Lone Star College System<br>c/o Jeannie L. Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | **Claim No: 3**<br>*Original Filed Date*: 04/12/2024<br>*Original Entered Date*: 04/12/2024 | *Status:* Withdraw 459<br>*Filed by:* CR<br>*Entered by:* Jeannie Lee Andresen<br>*Modified:* |

Amount claimed: $45.84
Secured claimed: $45.84

*History:*
Details 3-1 04/12/2024 Claim #3 filed by Lone Star College System, Amount claimed: $45.84 (Andresen, Jeannie)
459 01/08/2025 Withdrawal of Claim: 2,3 *of City of Houston and Lone Star College System* (Andresen, Jeannie) Status: Withdraw

*Description:* (3-1) Ad Valorem Taxes
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12675368)<br>Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | **Claim No: 4**<br>*Original Filed Date*: 04/17/2024<br>*Original Entered Date*: 04/17/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Pankaj Thakur<br>*Modified:* |

Amount claimed: $45286.12

*History:*

Details 4-1 04/17/2024 Claim #4 filed by Capital One N.A., Amount claimed: $45286.12 (Thakur, Pankaj)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12671191)<br>Aldine ISD Tax Office<br>14909 Aldine Westfield Rd<br>Houston, TX 77032 | **Claim No: 5**<br>*Original Filed Date*: 04/26/2024<br>*Original Entered Date*: 04/26/2024<br>*Last Amendment Filed*: 10/29/2024<br>*Last Amendment Entered*: 10/29/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Lauren L. Jones<br>*Modified:* |

Amount claimed: $619.94
Secured claimed: $619.94

*History:*

Details 5-1 04/26/2024 Claim #5 filed by Aldine ISD Tax Office, Amount claimed: $1061.45 (Middleton, Kanika)

Details 5-2 10/29/2024 Amended Claim #5 filed by Aldine ISD Tax Office, Amount claimed: $619.94 (Jones, Lauren)

*Description:* (5-1) AD VALOREM TAX
(5-2) AD VALOREM TAX

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12687954)<br>Curtis and Ardene Tassin<br>Health Law Group LLC<br>201 St.Charles Avenue, Suite 2500<br>New Orleans, LA 70170 | **Claim No: 6**<br>*Original Filed Date*: 05/06/2024<br>*Original Entered Date*: 05/06/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 2 FrancesCarbiaTERM<br>*Modified:* |

Amount claimed: $99754.03

*History:*

Details 6-1 05/06/2024 Claim #6 filed by Curtis and Ardene Tassin, Amount claimed: $99754.03 (FrancesCarbiaTERM, 2)

*Description:* (6-1) MMA converted a p[roperty damage payment meant for creditors

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12671284)<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **Claim No: 7**<br>*Original Filed Date*: 05/10/2024<br>*Original Entered Date*: 05/10/2024<br>*Last Amendment Filed*: 09/16/2024<br>*Last Amendment Entered*: 09/16/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Annie L Ray<br>*Modified:* |

Amount claimed: $5036379.87
Secured claimed: $0.00
Priority claimed: $4964379.87

*History:*

Details 7-1 05/10/2024 Claim #7 filed by Internal Revenue Service, Amount claimed: $4960406.62 (Ray, Annie)

Details 7-2 09/16/2024 Amended Claim #7 filed by Internal Revenue Service, Amount claimed: $5036379.87 (Ray, Annie)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12692839)<br>JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487 | **Claim No: 8**<br>*Original Filed Date*: 05/14/2024<br>*Original Entered Date*: 05/14/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Nicholas Chipurnoi<br>*Modified:* |

Amount claimed: $11523.32

*History:*

Details 8-1 05/14/2024 Claim #8 filed by JPMorgan Chase Bank, N.A., Amount claimed: $11523.32 (Chipurnoi, Nicholas)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12706401)<br>American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | **Claim No: 9**<br>*Original Filed Date*: 06/05/2024<br>*Original Entered Date*: 06/05/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Greg Deegan<br>*Modified:* |

Amount claimed: $392147.17

*History:*

Details 9-1 06/05/2024 Claim #9 filed by American Express National Bank, Amount claimed: $392147.17 (Deegan, Greg)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12707590)<br>American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | **Claim No: 10**<br>*Original Filed Date*: 06/07/2024<br>*Original Entered Date*: 06/07/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Greg Deegan<br>*Modified:* |

Amount claimed: $12099.74

*History:*

Details 10-1 06/07/2024 Claim #10 filed by American Express National Bank, Amount claimed: $12099.74 (Deegan, Greg)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12717372)<br>Louisiana Farm Bureau<br>P.O. Box 95008<br>Baton Rouge, LA 70895 | **Claim No: 11**<br>*Original Filed Date*: 06/24/2024<br>*Original Entered Date*: 06/24/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Staci Knox Villemarette<br>*Modified:* |

Amount claimed: $302994.23

*History:*

Details 11-1 06/24/2024 Claim #11 filed by Louisiana Farm Bureau, Amount claimed: $302994.23 (Villemarette, Staci)

*Description:* (11-1) Legal Judgments

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12725016)<br>Regina A. Ceaser<br>4200 CoCo Miguel Rd.<br>New Iberia, LA 70560 | **Claim No: 12**<br>*Original Filed Date*: 07/01/2024<br>*Original Entered Date*: 07/01/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 7 AnaCastro<br>*Modified:* |

Amount claimed: $30891.02

*History:*

Details 12-1 07/01/2024 Claim #12 filed by Regina A. Ceaser, Amount claimed: $30891.02 (AnaCastro, 7)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12729369)<br>Opal Prejean<br>1709 Seventh St.<br>Lake Charles, LA 70601 | **Claim No: 13**<br>*Original Filed Date*: 07/10/2024<br>*Original Entered Date*: 07/10/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 2 FrancesCarbiaTERM<br>*Modified:* |

Amount claimed: $23762.24

*History:*

Details 13-1 07/10/2024 Claim #13 filed by Opal Prejean, Amount claimed: $23762.24 (FrancesCarbiaTERM, 2)

*Description:* (13-1) settlement proceeds that I never received

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12734040)<br>Cynthia Troxclair<br>PO Box 1731<br>Kinder, LA 70648 | **Claim No: 14**<br>*Original Filed Date*: 07/18/2024<br>*Original Entered Date*: 07/19/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 2 FrancesCarbiaTERM<br>*Modified:* |

Amount claimed: $68399.52

*History:*

Details 14-1 07/18/2024 Claim #14 filed by Cynthia Troxclair, Amount claimed: $68399.52 (FrancesCarbiaTERM, 2)

*Description:* (14-1) Replacement cost

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12735650)<br>Kevin Kelly<br>1120 Wyndham South<br>Gretna, LA 70056 | **Claim No: 15**<br>*Original Filed Date*: 07/22/2024<br>*Original Entered Date*: 07/23/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 2 FrancesCarbiaTERM<br>*Modified:* |

*No amounts claimed*

*History:*

Details 15-1 07/22/2024 Claim #15 filed by Kevin Kelly, Amount claimed: (FrancesCarbiaTERM, 2)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12740087)<br>The Kidwell Group, LLC<br>d/b/a Air Quality Assessors of Florida<br>c/o Latham Luna Eden & Beaudine, LLP<br>201 S. Orange Ave.<br>Suite 1400<br>Orlando, Florida 32801 | **Claim No: 16**<br>*Original Filed Date*: 07/30/2024<br>*Original Entered Date*: 07/30/2024 | *Status:*<br>*Filed by:* AT<br>*Entered by:* Justin M Luna<br>*Modified:* |

Amount claimed: $31640.56

*History:*

Details 16-1 07/30/2024 Claim #16 filed by The Kidwell Group, LLC, Amount claimed: $31640.56 (Luna, Justin)

*Description:* (16-1) Services Performed

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12745862)<br>Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | **Claim No: 17**<br>*Original Filed Date*: 08/06/2024<br>*Original Entered Date*: 08/06/2024 | *Status:* Withdraw 309<br>*Filed by:* CR<br>*Entered by:* Azucena Arrieta<br>*Modified:* |

Amount claimed: $29752.70
Priority claimed: $29752.70

*History:*

Details 17-1 08/06/2024 Claim #17 filed by Comptroller of Public Accounts, Amount claimed: $29752.70 (Arrieta, Azucena)

309 09/25/2024 Withdrawal of Claim: 17 (Brown, Silvia) Status: Withdraw

*Description:* (17-1) Franchise Tax Ch. 171

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12746578)<br>Linda Luz Rodriguez Wilhelm<br>316 Beverly Loop<br>Pineville, LA 71360 | **Claim No: 18**<br>*Original Filed Date*: 08/07/2024<br>*Original Entered Date*: 08/07/2024 | *Status:* Withdraw 1477<br>*Filed by:* CR<br>*Entered by:* 2 FrancesCarbiaTERM<br>*Modified:* |

*No amounts claimed*

*History:*

Details 18-1 08/07/2024 Claim #18 filed by Linda Luz Rodriguez Wilhelm, Amount claimed: (FrancesCarbiaTERM, 2)

1477 05/07/2026 Withdrawal of Claim: 18,19 *filed by L. R. Wilhelm and Christine Griffin* (var2) Status: Withdraw

*Description:* (18-1) home damage, legal malpractice

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12746580)<br>Christine Mockosher Griffin<br>8483 Nick Rd.<br>Greenwood, LA 71033 | **Claim No: 19**<br>*Original Filed Date*: 08/07/2024<br>*Original Entered Date*: 08/07/2024 | *Status:* Withdraw 1477<br>*Filed by:* CR<br>*Entered by:* 2 FrancesCarbiaTERM<br>*Modified:* |

*No amounts claimed*

*History:*

Details 19-1 08/07/2024 Claim #19 filed by Christine Mockosher Griffin, Amount claimed: (FrancesCarbiaTERM, 2)

1477 05/07/2026 Withdrawal of Claim: 18,19 *filed by L. R. Wilhelm and Christine Griffin* (var2) Status: Withdraw

*Description:* (19-1) Home damage, legal malpractice

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12746687)<br>Apex Roofing and Restoration, LLC<br>c/o Scott R. Bickford, Esq<br>338 Lafayette Street<br>New Orleans, LA 70130 | **Claim No: 20**<br>*Original Filed Date*: 08/07/2024<br>*Original Entered Date*: 08/07/2024 | *Status:*<br>*Filed by:* AT<br>*Entered by:* Scott R Bickford<br>*Modified:* |

Amount claimed: $4000000.00

*History:*

Details 20-1 08/07/2024 Claim #20 filed by Apex Roofing and Restoration, LLC, Amount claimed: $4000000.00 (Bickford, Scott)

*Description:* (20-1) Legal Malpractice lawsuit

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12748603) History<br>Aramark Refreshments Services, LLC<br>c/o Devin G. Bray<br>Hawley Troxell Ennis & Hawley LLP<br>P.O. Box 1617<br>Boise, ID 83701 | **Claim No: 21**<br>*Original Filed Date*: 08/12/2024<br>*Original Entered Date*: 08/12/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 4 AkeitaHouse<br>*Modified:* |

Amount claimed: $500.86

*History:*
Details 21-1 08/12/2024 Claim #21 filed by Aramark Refreshments Services, LLC, Amount claimed: $500.86 (AkeitaHouse, 4)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12749291)<br>Abdul Muhammad<br>58025 Geroge St.<br>Plaquemine, LA 70764 | **Claim No: 22**<br>*Original Filed Date*: 08/12/2024<br>*Original Entered Date*: 08/13/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 4 AaronJackson<br>*Modified:* |

Amount claimed: $15000.00

*History:*
Details 22-1 08/12/2024 Claim #22 filed by Abdul Muhammad, Amount claimed: $15000.00 (AaronJackson, 4)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12749292)<br>Darrell Broussard<br>420 Tommys Rd.<br>Sunset, LA 70584 | **Claim No: 23**<br>*Original Filed Date*: 08/12/2024<br>*Original Entered Date*: 08/13/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 4 AaronJackson<br>*Modified:* |

Amount claimed: $7000.00

*History:*
Details 23-1 08/12/2024 Claim #23 filed by Darrell Broussard, Amount claimed: $7000.00 (AaronJackson, 4)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12749293)<br>Cynthia Johnson<br>1318 Bank Avenue<br>New Iberia, LA 70560 | **Claim No: 24**<br>*Original Filed Date*: 08/12/2024<br>*Original Entered Date*: 08/13/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 4 AaronJackson<br>*Modified:* |

Amount claimed: $24047.33

*History:*
Details 24-1 08/12/2024 Claim #24 filed by Cynthia Johnson, Amount claimed: $24047.33 (AaronJackson, 4)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12749295) History<br>Linda Thomas<br>4224 Worthy Dr.<br>Lake Charles, LA 70607 | **Claim No: 25**<br>*Original Filed Date*: 08/12/2024<br>*Original Entered Date*: 08/13/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 4 AaronJackson<br>*Modified:* |

Amount claimed: $11610.59

*History:*
Details 25-1 08/12/2024 Claim #25 filed by Linda Thomas, Amount claimed: $11610.59 (AaronJackson, 4)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12749299)<br>Paul Adams<br>340 Scenic Drive<br>Ville Platte, LA 70586 | **Claim No: 26**<br>*Original Filed Date*: 08/12/2024<br>*Original Entered Date*: 08/13/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 4 AaronJackson<br>*Modified:* |

Secured claimed: $42000.00

*History:*
Details 26-1 08/12/2024 Claim #26 filed by Paul Adams, Amount claimed: (AaronJackson, 4)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12749304)<br>Eunice Pillette<br>503 East Valcourt St.<br>Abbeville, LA 70510 | **Claim No: 27**<br>*Original Filed Date*: 08/12/2024<br>*Original Entered Date*: 08/13/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 4 AaronJackson<br>*Modified:* |

Amount claimed: $3000.00

*History:*
Details 27-1 08/12/2024 Claim #27 filed by Eunice Pillette, Amount claimed: $3000.00 (AaronJackson, 4)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12749305)<br>Ernest Willaims<br>110 Hansel St.<br>New Iberia, LA 70560 | **Claim No: 28**<br>*Original Filed Date*: 08/12/2024<br>*Original Entered Date*: 08/13/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 4 AaronJackson<br>*Modified:* |

Amount claimed: $45474.05

*History:*
Details 28-1 08/12/2024 Claim #28 filed by Ernest Willaims, Amount claimed: $45474.05 (AaronJackson, 4)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12749307)<br>Lorenzo Garner<br>1201 Butter Street<br>Leesville, LA 71446 | **Claim No: 29**<br>*Original Filed Date*: 08/12/2024<br>*Original Entered Date*: 08/13/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 4 AaronJackson<br>*Modified:* |

Amount claimed: $42000.00

*History:*
Details 29-1 08/12/2024 Claim #29 filed by Lorenzo Garner, Amount claimed: $42000.00 (AaronJackson, 4)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (12749309)<br>Harold Boudreaux<br>105 Crestmont Blvd<br>Youngsville, LA 70592 | **Claim No: 30**<br>*Original Filed Date*: 08/12/2024<br>*Original Entered Date*: 08/13/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 4 AaronJackson<br>*Modified:* |

Amount claimed: $4820.42

*History:*
Details 30-1 08/12/2024 Claim #30 filed by Harold Boudreaux, Amount claimed: $4820.42 (AaronJackson, 4)

*Description:*

*Remarks:*

*Creditor:* (12749343)
Shavaun Miller
215 Ralph Street
Midland, LA 70559

**Claim No: 31**
*Original Filed Date*: 08/12/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 AaronJackson
*Modified:*

Amount claimed: $50000.00

*History:*
Details 31-1 08/12/2024 Claim #31 filed by Shavaun Miller, Amount claimed: $50000.00 (AaronJackson, 4)

*Description:*

*Remarks:*

*Creditor:* (12749347)
Marino Guillory
101 Weaver Street
Eunice, LA 705535

**Claim No: 32**
*Original Filed Date*: 08/12/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 AaronJackson
*Modified:*

*No amounts claimed*

*History:*
Details 32-1 08/12/2024 Claim #32 filed by Marino Guillory, Amount claimed: (AaronJackson, 4)

*Description:*

*Remarks:*

*Creditor:* (12749351)
Addison Houston
521 Sykes St.
Shreveport, LA 71104

**Claim No: 33**
*Original Filed Date*: 08/12/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 AaronJackson
*Modified:*

*No amounts claimed*

*History:*
Details 33-1 08/12/2024 Claim #33 filed by Addison Houston, Amount claimed: (AaronJackson, 4)

*Description:*

*Remarks:*

*Creditor:* (12749353)
Deborah Hollie
390 Burks Rd.
Starks, LA 70661

**Claim No: 34**
*Original Filed Date*: 08/12/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* 4 AaronJackson
*Modified:*

Amount claimed: $16743.13

*History:*
Details 34-1 08/12/2024 Claim #34 filed by Deborah Hollie, Amount claimed: $16743.13 (AaronJackson, 4)

*Description:*

*Remarks:*

*Creditor:* (12671335)
Noble Public Adjusting
107 Amar Place
#103
Panama City Beach, FL 32413

**Claim No: 35**
*Original Filed Date*: 08/13/2024
*Original Entered Date*: 08/13/2024

*Status:*
*Filed by:* CR
*Entered by:* Ariel Sagre
*Modified:*

Amount claimed: $73216.87