**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| MMA LAW FIRM, PLLC, | § | CASE NO. 24-31596 |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

# NOTICE OF (I) ENTRY OF ORDER CONFIRMING THIRD AMENDED JOINT PLAN OF LIQUIDATION AND (II) OCCURRENCE OF EFFECTIVE DATE

*[Relates to ECF Nos. 1577 & 1648]*

**PLEASE TAKE NOTICE** that on August 5, 2026, the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court"), entered its Order Confirming Third Amended Joint Plan of Liquidation and Plan Supplement of MMA Law Firm, PLLC [ECF No. 1648] (the "Confirmation Order"), confirming the Third Amended Joint Plan of Liquidation [ECF No. 1577], as modified by the Confirmation Order (the "Plan"), of MMA Law Firm, PLLC (the "Debtor"). Capitalized terms used but not defined herein have the meanings given in the Plan or the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that each of the conditions precedent to the occurrence of the Effective Date set forth in Section 10.2 of the Plan has been satisfied or waived in accordance with Section 10.3 of the Plan. No stay of the Confirmation Order is in effect, no appeal, motion for reconsideration, or motion for rehearing was filed, and the time to appeal the Confirmation Order expired on August 19, 2026; the Confirmation Order is a Final Order.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Section 1.1.30 of the Plan, the Debtor and the Official Committee of Unsecured Creditors hereby declare the Plan effective, and that the Effective Date of the Plan occurred on **August 20, 2026**.

**PLEASE TAKE FURTHER NOTICE** that, as of the Effective Date, Allison Byman serves as Plan Administrator pursuant to Section 5.3 of the Plan and Paragraph 5 of the Confirmation Order. The Plan Administrator may be contacted at 7924 Broadway, Suite 104, Pearland, TX 77581.

**PLEASE TAKE FURTHER NOTICE** of the following deadlines established by the Plan and the Confirmation Order (computed in accordance with Bankruptcy Rule 9006(a)):

a. **Administrative Claims.** Pursuant to Paragraph 8 of the Confirmation Order, any holder of an Administrative Claim (other than a Professional, the U.S. Trustee with respect to quarterly fees, or ordinary-course claims) that has not already filed such a claim must file a proof of such claim or application for payment, with actual service upon counsel for the

Debtor, on or before **October 5, 2026** (sixty days after entry of the Confirmation Order), failing which such claim shall be forever barred and extinguished.

**b. Professional Fee Claims.** Pursuant to Section 2.2.1 of the Plan, all final applications for compensation or reimbursement of expenses incurred prior to the Effective Date must be filed and served no later than **October 5, 2026** (forty-five days after the Effective Date); objections thereto are due no later than November 3, 2026 (seventy-five days after the Effective Date).

**c. Rejection Damage Claims.** Pursuant to Sections 6.1 and 6.3 of the Plan, all Executory Contracts and Unexpired Leases not previously assumed, assumed pursuant to the Plan and Plan Supplement, or subject to a pending motion to assume were rejected as of the Effective Date, and any proof of Claim arising from such rejection must be filed on or before **September 21, 2026** (thirty days after the Effective Date), failing which such Claim shall be automatically disallowed and forever barred.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Paragraph 3 of the Confirmation Order and 11 U.S.C. § 1141(a), the Plan and the Confirmation Order are binding upon the Debtor, the Reorganized Debtor, the Plan Administrator, all creditors, all holders of Equity Interests, and all other parties-in-interest, whether or not impaired under the Plan and whether or not such parties accepted the Plan, filed proofs of claim, or had their claims scheduled or allowed.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, the Plan Supplement, and the Confirmation Order may be obtained from the Court's electronic docket or upon written request to undersigned counsel.

Dated: August 20, 2026

Respectfully submitted,

**WALKER & PATTERSON, P.C.**

By: */s/ Johnie Patterson*
Johnie Patterson
SBN 15601700
Miriam Goott
SBN 24048846
P.O. Box 61301
Houston, TX 77208-1301
(713) 956-5577
jjp@walkerandpatterson.com
*Counsel for the Debtor and Reorganized Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2026, a true and correct copy of the foregoing Notice was served (i) by the Court's CM/ECF system upon all parties registered to receive electronic notice in this case, and (ii) in accordance with Paragraph 16 of the Confirmation Order, by United States first-class mail, postage prepaid, upon all known holders of Claims and Interests as reflected on the mailing matrix maintained in this case.

*/s/ Johnie Patterson*
Johnie Patterson