United States Courts
Southern District of Texas
FILED
*August 19, 2026*
Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: MMA LAW FIRM, PLLC**.** | § | |
| | § | CASE NO.: 24-31596 |
| Debtor. | § | |
| | § | Chapter 11 |

**CHIEF JUDGE EDUARDO V. RODRIGUEZ**

**MOTION FOR RECONSIDERATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9023 / FED. R. CIV. P. 59(e) TO ALTER OR AMEND THE AUGUST 5, 2026 CONFIRMATION ORDER (ECF NO. 1660)**

TO THE HONORABLE EDUARDO V. RODRIGUEZ:

Claimant Jeffrey Alan Vitt files this Motion for Reconsideration of the August 5, 2026 Confirmation Order (ECF No. 1660) based on manifest injustice, newly discovered evidence, and active enterprise fraud.

**I. GROUNDS FOR RELIEF** The Order (ECF No. 1660) was entered under conditions of severe procedural duress and suppression of evidence. The "forbearance" (Plan § 5.8) and "litigation neutralities" (¶ 11(k)) serve as illicit shields for the Debtor's principals, James M. McClenny and John Zachary Moseley.

**II. EVIDENTIARY BASIS (EXHIBITS 1–9)** As detailed in the attached Sworn Declaration, the enterprise engaged in systemic sabotage:

1. **Orchestration (Exhibits 1, 3, 9):** MMA principals suppressed digital forensics and withheld emergency injunctions (12 O.S. §§ 1381–1392) that would have frozen the estate, while LAJ betrayed her fiduciary duties (Exhibits 1, 8).

2. **Forensics & Fraud (Exhibits 2, 4, 7):** The CybASP data breach (Exhibit 4) and the escrow fraud documented by the Texas Department of Insurance (Exhibit 7) prove the Debtor's assets were built on criminal conversion.

3. **Financial & Property Stripping (Exhibits 5, 6):** The Strait Lane HUD-1 fraud and Denton Probate liquidations (Exhibit 6) confirm the unauthorized siphoning of trust assets.

**III. PRAYER FOR RELIEF** Claimant respectfully requests the Court to: (a) Strike the 18-month insider forbearance; (b) Liquidate and protect Amended Claim No. 73 ($350M+); (c) Invoke the Crime-Fraud Exception to pierce all privilege barriers; and (d) Grant all Rule 2004 discovery.

____________________________ Executed this 18th day of August, 2026.

**Jeffrey Alan Vitt, Individually**
javit2004rule@gmail.com
539-292-9358