United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 25, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER**
**STRIKING PLEADING**
*Resolving ECF No. 1670*

The Motion to Reconsider[1] filed by Jeffrey Alan Vitt on 8/19/2026, Docket No. 1670, is hereby **STRUCK** from the record for failure to contain BLR 9013-1(b) notice language; for failure to attach a proposed Order pursuant to BLR 9013-1(h) and for failure to include a certificate of service that lists the parties served, as required under the provisions of title 11 of the United States Code, the Federal Rules of Bankruptcy Procedure, and the Bankruptcy Local Rules for the Southern District of Texas. It is therefore:

**ORDERED** that the Motion[2] is herein **STRUCK** from the record. It is further

**ORDERED** that Respondent Jeffrey Alan Vitt is granted leave until Friday, August 25, 2026, to re-file his Motion to Reconsider.

**SIGNED Tuesday, August 25, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**

---

[1] ECF No. 1670.
[2] *Id.*