**AMENDED WITNESS AND EXHIBIT LIST**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |
| | |
| **Adversary Case No:** | N/A |
| **Style of Adversary:** | N/A |
| | |
| **State whether this amends or supplements a previously filed Witness & Exhibit list** | see below |
| | |
| **Hearing/Trial Date:** | Wednesday, September 30, 2026 |
| **Hearing Time:** | 1:30 p.m. (Central) |
| **Party's Name:** | Allison D. Byman, Plan Administrator for MMA Law Firm, PLLC |
| **Attorney's Name:** | Johnie Patterson and Miriam T. Goott, Walker & Patterson, P.C. |
| **Attorney's Phone:** | (713) 956-5577 |
| | |
| **Nature of Proceeding(s):** | see below |

| **Amends** | | **Supplements** | |
|---|---|---|---|
| Date | ECF No. | Date | ECF No. |
| 9-28-2026 | 1748 | N/A | N/A |

| **CM/ECF No.** | **Matter** |
|---|---|
| 1676 | Amended Motion for Reconsideration Pursuant to Federal Rule of Bankruptcy Procedure 9023/Fed. R. Civ. P. 59(e) to Alter or Amend the August 5, 2026 Confirmation Order, filed by Jeffrey Alan Vitt |

| WITNESS LIST | |
|---|---|
| **Lay Witnesses:** | Allison D. Byman, Plan Administrator |
| | Jeffrey Alan Vitt |
| | Miriam Goott |
| | Johnie Patterson |
| | |
| **Expert Witnesses:** | None |
| | |
| | |
| **REBUTTAL/ IMPEACHMENT WITNESSES** | |
| **Lay Witnesses:** | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | None |
| | |
| | |
| | |

| | | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| 1 | Docket | | | |
| 2 | Claims Register | | | |
| 3 | Vitt – POC 73 | | | |
| 4 | Vitt – POC 74 | | | |
| 5 | Vitt – POC 75 | | | |
| 6 | Objection to POC 73 | | | |
| 7 | Objection to POC 74 | | | |
| 8 | Objection to POC 75 | | | |

| | | | | |
|---|---|---|---|---|
| 9 | Vitt's Notice of Joinder to U.S. Trustee's Plan Objections and Response Regarding Individual Standing and Equitable Tolling [ECF No. 1645] | | | |
| 10 | Order Confirming Third Amended Joint Plan of Liquidation and Plan Supplement of MMA Law Firm, PLLC [ECF No. 1648] | | | |
| 11 | Notice of Effective Date | | | |
| 12 | Motion for Reconsideration Pursuant to Federal Rule of Bankruptcy Procedure 9023 / Fed. R. Civ. P. 59(e) to Alter or Amend the August 5, 2026 Confirmation Order, filed by Jeffrey Alan Vitt [ECF No. 1670] | | | |
| 13 | Order Striking Pleading, Resolving ECF No. 1670 [ECF No. 1673] | | | |
| 14 | *Corrected* Order Striking Pleading, Resolving ECF No. 1670 [ECF No. 1678] | | | |
| 15 | Amended Motion for Reconsideration Pursuant Pursuant to Federal Rule of Bankruptcy Procedure 9023/ Fed.R.Civ. P. 59 (e) to Alter or Amend the August 5, 2026 confirmation Order [ECF NO. 1676] | | | |
| 16 | Second Amended Motion for Reconsideration Pursuant Pursuant to Federal Rule of Bankruptcy Procedure 9023/ Fed.R.Civ. P. 59 (e) to Alter or Amend the August 5, 2026 confirmation Order (the "Second Amended Motion") (ECF No. 1697). | | | |
| 17 | Order for Electronic Scheduling Conference, ECF Nos. 1609, 1610, 1611 and 1612 [ECF No. 1733] | | | |
| | | | | |
| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

Dated: September 28, 2026.

Respectfully submitted,

Walker & Patterson, P.C.
By: */s/ Miriam T. Goott*
Miriam T. Goott
SBN 24048846
mgoott@walkerandpatterson.com
COUNSEL FOR ALLISON D. BYMAN,
PLAN ADMINISTRATOR

OF COUNSEL:
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX 77208
713.956.5577
713.956.5570 (fax)

**CERTIFICATE OF SERVICE**

I, Miriam T. Goott, hereby certify that a true and correct copy of the foregoing Witness and Exhibit List, with each exhibit attached, was served on all parties entitled to notice pursuant to the Court's CM/ECF noticing platform on September 28, 2026, and via email to Mr. Vitt at javit2004rule@gmail.com.

*/s/ Miriam T. Goott*
Miriam T. Goott