United States Courts
Southern District of Texas
FILED
August 03, 2026
Nathan Ochsner, Clerk of Court

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

## Joinder to U.S. Trustee Objections & Standing Response

| | | |
|---|---|---|
| IN RE: MMA LAW FIRM, PLLC | § | |
| | § | CASE NO. 24-31596 |
| Debtor. | § | |
| | § | CHAPTER 11 |

**CREDITOR JEFFREY ALAN VITT'S NOTICE OF JOINDER TO U.S. TRUSTEE'S PLAN OBJECTIONS AND RESPONSE REGARDING INDIVIDUAL STANDING AND EQUITABLE TOLLING**

**TO THE HONORABLE EDUARDO V. RODRIGUEZ,**
**CHIEF UNITED STATES BANKRUPTCY JUDGE:**

**Creditor Jeffrey Alan Vitt ("Vitt"), Pro Se Creditor and Party in Interest,** files this Notice of Joinder and Response to the Debtor's Objections [ECF Doc. No. 1631], respectfully showing as follows:

**I. JOINDER TO U.S. TRUSTEE'S PLAN OBJECTIONS**

**1.** Vitt hereby formally JOINS the Objections to Confirmation filed by the United States Trustee regarding the Debtor's Chapter 11 Plan [ECF No. 1577]. Specifically, Vitt adopts and incorporates the U.S. Trustee's objections regarding overbroad exculpation provisions, non-consensual third-party releases, and improper gatekeeper injunctions designed to shield non-debtor insiders and third parties from liability.

**II. INDIVIDUAL STANDING PURSUANT TO STATE COURT JUDICIAL DECREE**

**2**. The Debtor improperly asserts under Rowland v. California Men's Colony, 506 U.S. 194 (1993) that Vitt cannot litigate pro se on behalf of trust or corporate entities [ECF Doc. No. 1631, ¶ 21-22].

**3.** This argument is legally inapplicable. On April 25, 2019, the Probate Court of Denton County, Texas, entered an Order Abandoning Claims in Cause No. PR-2017-00521. That state court judicial decree explicitly ORDERED that:

"any beneficiary of the Jeffrey Alan Vitt Irrevocable Trust is not
precluded from individually pursuing the matters abandoned herein."

**4.** Under Texas property law, abandoned claims revert directly to the beneficiary as personal property. Vitt is litigating his own individual property rights granted by court order, not acting in a corporate representative capacity. Therefore, Vitt possesses individual standing as a party in interest.

**<u>III. EQUITABLE TOLLING AND FRAUDULENT CONCEALMENT OF CLAIMS</u>**

**5.** The Debtor asserts that Proofs of Claim Nos. 73, 74, and 75 are barred by the August 13, 2024 Bar Date [ECF Doc. No. 1631, ¶ 19-20].

**6.** Under federal bankruptcy law, statute of limitations and bar dates are subject to Equitable Tolling where a Debtor actively conceals cause of action elements from a creditor.

**7.** The Debtor, as Vitt's former legal counsel, owed fiduciary duties to Vitt. The Debtor breached these duties by suppressing critical digital forensic evidence (including internal technical audits/Easttom reports) and executing unauthorized dismissals of trade secret claims without client consent. A debtor cannot rely on a bankruptcy bar date engineered through its own concealment and breach of fiduciary duty.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED**, Creditor Jeffrey Alan Vitt prays that this Court sustain the U.S. Trustee's Objections, recognize Vitt's individual standing, find the Bar Date equitably tolled due to fraudulent concealment, and grant such other relief as is just.

Dated: August 3, 2026.

Respectfully submitted,

______________________________

Jeffrey Alan Vitt, Pro Se Creditor
Individual, Beneficiary & Party in Interest
12791 South 4230 Road, Chelsea, OK 74016
539-292-9358
javit2004rule@gmail.com

FILE FOR RECORD
DENTON COUNTY CLERK
APR 25 2019
JULI LUKE
DEPUTY

Exhibit A — 2 Pages

**CAUSE NO. PR-2017-00521**

| | | |
|---|---|---|
| DEBORAH FAY VITT, ET AL.,<br>PLAINTFF, | §<br>§<br>§ | IN THE PROBATE COURT |
| V. | §<br>§ | OF |
| JEFFREY ALAN VITT, ET AL.<br>DEFENDANT | §<br>§ | DENTON COUNTY, TEXAS |

**ORDER ABANDONING CLAIMS**

On this day, the Court considered the Receiver's MOTION TO ABANDON OR ASSIGN CLAIMS. After hearing the arguments of counsel and all parties present, as well as considering all of the evidence, the Court is of the opinion the same should be GRANTED.

IT IS THEREFORE ORDERED that the items listed in the Receiver's MOTION TO ABANDON OR ASSIGN CLAIMS as well as the following items alleged to be claims of the Jeffrey Alan Vitt Irrevocable Trust (the "Trust") shall be abandoned by the Receiver and he is not required to pursue them on behalf of the Trust:

1. Any alleged claim dealing with the supposed impersonation of Jeffrey Alan Vitt to an agent of "Cyberlink";
2. Any alleged claim dealing with the taking or theft of Jeffrey Alan Vitt's business or personal email messages;
3. Any alleged claim dealing with the taking or theft of Jeffrey Alan Vitt's business or personal intellectual property;
4. Any alleged claim dealing with supposed criminal activity of Debi Vitt;
5. Any alleged claim dealing with Debi Vitt's supposed unauthorized access of Trust bank accounts;
6. Any alleged claim dealing with a supposed conspiracy due to the marital relationship between attorney Rick Hagen and attorney Charla Bradshaw;



RECEIVED
Deanna Caster, Deputy
4/24/2019
Denton County, County Clerk

7. Any alleged claim dealing with a wrongful foreclosure of property formerly owned by Vitt 121, LLC, disposed under Cause No. DC-17-04592, in the 101st District Court of Dallas County, Texas;

8. Any alleged claim dealing with a supposed conspiracy in the Denton County, Texas legal and judicial system;

9. Any alleged claim requiring the Receiver to contact the Federal Bureau of Investigation, U.S. Department of Justice, any Texas law enforcement agencies or Oklahoma law enforcement agencies;

10. Any alleged claim requiring the Receiver to investigate the sale of the marital homestead of Debi Vitt and Jeff Vitt located on Strait Lane in Carrollton, Dallas County, Texas;

11. Any alleged claim dealing with any supposed barratry committed by Jack Balderson, Rick Hagen or Charla Bradshaw.

IT IS FURTHER ORDERED, that any beneficiary of the Jeffrey Alan Vitt Irrevocable Trust is not precluded from individually pursuing the matters abandoned herein.

SIGNED this 25th day of April, 2019.

Bonnie Robison
**JUDGE PRESIDING**

**HON. BONNIE J. ROBISON**
**JUDGE, PROBATE COURT**

PROBATE COURT ★ DENTON COUNTY, TEXAS ★

shickey@dentontexaslawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2026, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all parties registered to receive electronic notice in this case, including Counsel for the Debtor, the U.S. Trustee, and Counsel for the UCC.

______________________________________ Date __August 3, 2026__.

Jeffrey Alan Vitt, Pro Se Creditor
Individual, Beneficiary & Party in Interest
12791 South 4230 Road, Chelsea, OK 74016
539-292-9358
javit2004rule@gmail.com