United States Courts
Southern District of Texas
FILED
September 28, 2026
Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| **MMA LAW FIRM, PLLC,** | § | **Case No. 24-31596 (EVR)** |
| **Debtor.** | § | **Chief U.S. Bankruptcy Judge:** |
| | § | **Eduardo V. Rodriguez** |

## CREDITOR JEFFREY ALAN VITT'S WITNESS AND EXHIBIT LIST FOR SEPTEMBER 29 AND 30, 2026 HEARINGS

Hearing/Trial Dates: Sept 29, 2026 (1:30 P.M. & 3:00 P.M.) and Sept 30, 2026 (1:30 P.M.) Party's Name: Jeffrey Alan Vitt, Individually, Pro Se

Claimant Attorney: Pro Se (None)

Attorney's Phone: 539-292-9358

Nature of Proceeding(s): Emergency Abatement, Rule 9019 Compromise Approvals (Sept 29 at 1:30 PM), PACER Fee Exemption (Sept 29 at 3:00 PM), and Motion for Reconsideration, Rule 2004 Framework / Dual-Representation Disqualification Issues (Sept 30 at 1:30 PM).

---

## WITNESS LIST

---

**Lay Witnesses:**

**1. Jeffrey Alan Vitt, Individually (Movant, Pro Se) –** Testimony regarding the PACER/CM-ECF administrative lockout, good-faith access efforts, lack of meet-and-confer by opposing counsel, the historical $350M+ Claim No. 73 baseline, and structural prejudice.

**2. Allison D. Byman (Plan Administrator) –** Adverse / Cross-Examination Witness regarding estate investigations, fiduciary independence, and whether she authorized Debtor's counsel to execute compromises and oppositions under Walker & Patterson letterhead.

**3. Miriam T. Goott (Counsel for Debtor / Plan Administrator)** – Adverse / Cross-Examination Witness regarding dual-representation signature toggles (Docs. 1729, 1730, 1738) and non-compliance with Bankruptcy Rule 2014 and 11 U.S.C. § 327.

**Expert Witnesses:**
*Reserved / None at this preliminary stage.

**Rebuttal / Impeachment Witnesses:**
1. Jeffrey Alan Vitt (Pro Se) – Rebuttal testimony addressing electronic notice adequacy, system lockout prejudice, and lack of conferral.

—-------------------------------------------------------------------------------------------------------

**EXHIBIT LIST**

-------------------------------------------------------------------------------------------------------

**Ex. No. | Description**

**1.** Order Granting Pro Se CM/ECF Access and Leave to Cure (Doc. 1713)

**2.** Clerk's Office Administrative Notice & PACER/CM-ECF Support Records (July 16, 2026)

**3.** Contrastive Signature Pleadings—Doc. 1729 (signed with permission under Byman) vs. Doc. 1730 (AMO Compromise signed directly by Goott/Walker & Patterson)

**4.** Doc. 1738—Plan Administrator's Response in Opposition to Vitt's PACER Fee Exemption (executed directly by Miriam T. Goott) )

**5.** Doc. 1736—Certificate of Service for September 29 Hearing (executed directly by Goott)

**6.** The Court's Cease and Desist Order against Movant (Doc. 1720) establishing disparate procedural enforcement

**7.** Movant's Emergency Application for Immediate Judicial Intervention, Status Conference, and Temporary Abatement (Docket No. 1744)

**8.** Movant's Supporting Sworn Declaration (Docket No. 1745)

**9.** Claimant's September 17, 2026 Objection and Motion for 45-Day Abatement (Doc. 1716)

**10.** Rule 2004 Examination Records and Master Claim Compendium baseline for Claim No. 73

**11.** Plan Administrator's Master Witness and Exhibit List (Doc. 1737)

**12.** Order Setting Electronic Hearing on PACER Fee Exemption (Doc. 1732)

---------------------------------------------------------------------------------------------------
**REBUTTAL / IMPEACHMENT EXHIBITS**
---------------------------------------------------------------------------------------------------

**Ex. No. | Description**

------------------------------------------------------------------------------------------------------------------------

R-1 Automated U.S. Courts / PACER System Error & Expiration Logs (Sept 2026)

R-2 Email Threads Documenting Lack of Conferral by Opposing Counsel
|------------------------------------------------------------------------------------------------------------------------

Respectfully submitted,

_______________________________ /s/ Jeffrey Alan Vitt

Jeffrey Alan Vitt, Individually
Pro Se Claimant
12791 South 4230 Road
Chelsea, OK 74016-2114
Tel: 539-292-9358
Email: javit2004rule@gmail.com

## CERTIFICATE OF SERVICE

I, Jeffrey Alan Vitt, acting pro se, hereby certify that on this 28th day of September, 2026, a true and correct copy of the foregoing Master Witness and Exhibit List was submitted for transmission via EDSS and served via electronic mail upon all parties registered on the CM/ECF master electronically mailed service list for Case No. 24-31596, including counsel for the Debtor/Plan Administrator, the Creditors' Committee, and the U.S. Trustee.

**Counsel for the Debtor:**
Johnie Patterson & Miriam Goott
jjp@walkerandpatterson.com, mgoott@walkerandpatterson.com

**Counsel for the Official Committee of Unsecured Creditors:**
Nicholas R. Lawson & Avi Moshenberg
Nick.Lawson@lmbusinesslaw.com, Avi.Moshenberg@lmbusinesslaw.com

**Plan Administrator:**
Allison Byman
adb@bymanlaw.com

**Office of the United States Trustee:**
Andrew Jimenez
ustpregion07.hu.ecf@usdoj.gov, andrew.jimenez@usdoj.gov

______________________________

Jeffrey Alan Vitt, Individually