**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-31596 (EVR) |
| MMA LAW FIRM, PLLC, | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

**ORDER DENYING JEFFREY ALAN VITT'S EMERGENCY APPLICATION FOR IMMEDIATE JUDICIAL INTERVENTION, STATUS CONFERENCE, AND TEMPORARY ABATEMENT**

[Relates to ECF Nos. 1744, 1745, and ____ ]

Came on for consideration the Emergency Application for Immediate Judicial Intervention, Status Conference, and Temporary Abatement of September 29–30, 2026 Proceedings [ECF No. 1744] (the "Application") and the Declaration in support [ECF No. 1745] filed by Jeffrey Alan Vitt, and the response of Allison D. Byman, Plan Administrator. Having considered the Application, the Declaration, the response, and the record, the Court finds that the Application does not establish an emergency, cause for a stay, or any basis for the other relief requested. It is therefore

**ORDERED** that the Application is **DENIED** in its entirety; it is further

**ORDERED** that the request to disqualify Walker & Patterson, P.C. is **DENIED**; it is further

**ORDERED** that the request for leave to amend, supplement, modify, or refile prior proofs of claim, pleadings, responses, discovery positions, or evidentiary compendiums is **DENIED** without prejudice to a motion, filed on notice, directed to a specific filing; and it is further

**ORDERED** that any future motion filed by Jeffrey Alan Vitt must comply with Bankruptcy Local Rules, including but not limited to Local Rule 9013.

Signed: ____________________

________________________________
EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY
JUDGE