United States Bankruptcy Court
Southern District of Texas

**ENTERED**

September 28, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER**
**<u>STRIKING WITNESS AND EXHIBIT LIST</u>**
***Regarding ECF No. 1750***

The Witness and Exhibit List filed by Jeffrey Alan Vitt on September 28, 2026[1] although timely filed, fails to comply General Order 2021-5, paragraph 4. Accordingly, it is therefore:

**ORDERED**: that

1. The Witness and Exhibit List filed by Jeffrey Alan Vitt on September 28, 2026[2] is **STRUCK.**

2. Jeffrey Alan Vitt is granted leave to timely file a proper Witness and Exhibit List which complies with General Order 2021-5, paragraph 4 no later than 10:00 a.m. Central Standard Time Tuesday, September 29, 2026 failure of which Jeffrey Alan Vitt will not be permitted to seek leave to amend the Witness and Exhibit List or use any Witness and Exhibit List at any hearing before this Court as it pertains to the pending "Motion to Approve Compromise under Rule 9019, Motion for Expedited Ruling on Pending Applications for Pacer Fee Exemption and in forma pauperis status, Application for Exemption from the Judicial Conference Electronic Public Access Fees, Amended Motion to Reconsider Confirmation Order, and Motion for 2004 Examination."[3]

3. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**SIGNED Monday, September 28, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**

---

[1] ECF No. 1750.
[2] *Id.*
[3] ECF No. 1604, 1689, 1690, 1706, 1707, 1708, 1718, 1676, and 1677.