United States Courts
Southern District of Texas
FILED
*September 29, 2026*
Nathan Ochsner, Clerk of Court

**WITNESS AND EXHIBIT LIST (AMENDED)**

**United States Bankruptcy Court**
**Southern District Of Texas**
**Houston Division**

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC. |
| **Adversary Case No:** | N/A |
| **Style of Adversary:** | N/A |
| **Amends / Previously Filed Witness & Exhibit List** | <table><tr><td>**Amended**</td><td>**[X]**</td></tr><tr><td>**Date 9/28/26**</td><td>**ECF No. 1713 / 1753**</td></tr></table> Initial/New Filing Curing Deficiency Pursuant to Doc. 1713 / Order 1753) |
| **Hearing/Trial Date / Time:** | September 29, 2026 at 1:30 P.M.<br>Emergency Abatement & Rule 9019 Compromises |
| **Hearing/Trial Date / Time:** | Sept 29, 2026 3:00 P.M.<br>PACER Fee Exemption |
| **Hearing/Trial Date / Time:** | September 30, 2026 at 1:30 P.M.<br>Motion for Reconsideration & Rule 2004 Framework / Dual-Representation Disqualification |
| **Party's Name:** | Jeffrey Alan Vitt, Individually |
| **Non-Attorney** | Jeffrey Alan Vitt |

| | |
|---|---|
| **Pro Se** | |
| **Attorney's Phone:** | 539-292-9358 |
| **Nature of Proceeding(s):** | (see table below) |

| CM/ECF Docket # | Matter |
|---|---|
| 1604 | Application for Exemption from PACER Fees |
| 1676 | Amended Motion for Reconsideration Pursuant to Federal Rule of Bankruptcy Procedure 9023/Fed. R. Civ. P. 59(e) to Alter or Amend the August 5, 2026 Confirmation Order, filed by Jeffrey Alan Vitt |
| 1677 | Motion for Rule 2004 Examination and Document Production |
| 1689, 1690, 1706, 1707, 1708 1730 | Rule 9019 Compromise Approvals |
| 1744 & 1745 | Emergency Application for Immediate Judicial Intervention, Status Conference, Temporary Abatement |

| **Witness List** | |
|---|---|
| **Lay Witnesses:** | |
| Jeffrey Alan Vitt, Individually<br>Pro Se | |
| Allison D. Byman, Plan Administrator | |
| Miriam T. Goott | |
| Johnie Patterson | |

| | |
|---|---|
| Zachary Moseley | |
| **Expert Witnesses:** | |
| **– N/A** | |
| **Rebuttal/ Impeachment Witnesses** | |
| Jeffrey Alan Vitt | |
| **Expert Witnesses:** | |
| **– N/A** | |

| | **For Court Use Only** | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Description** | **Offered** | **Objection** | **Disposition** |
| 1 | Denton County Probate Court Order Abandoning Claims (Cause No. PR-2017-00521) | | | |
| 2 | Master Omnibus Proofs of Claim (Nos. 73, 74, 75) and Master Addendum | | | |
| 3 | Master Omnibus Proof of Claim Compendium baseline for Claim No. 73 Amendments (1, 2) | | | |
| 4 | Rule 2004 Examination Records (Doc. 1677) | | | |
| 5 | Order Granting Pro Se CM/ECF Access and Leave to Cure (Doc. 1713) | | | |
| 6 | Clerk's Office Administrative Notice & PACER/CM-ECF Support Records (July 16, 2026) | | | |
| 7 | The Court's Cease and Desist Order against Movant (Doc. 1720) | | | |

| | | | | |
|---|---|---|---|---|
| 8 | Contrastive Signature Pleadings - Doc. 1729 (signed with permission under Byman) vs. Doc. 1730 (AMO Compromise signed directly by Goott/Walker & Patterson) | | | |
| 9 | Claimant's September 17, 2026 Objection and Motion for 45-Day Abatement (Doc. 1716) (Doc 1725) | | | |
| 10 | Order Setting Electronic Hearing on PACER Fee Exemption (Doc. 1732) | | | |
| 11 | Order for Electronic Scheduling Conference Claim Objections (Doc. 1733) | | | |
| 12 | Order Setting Electronic Hearings on Rule 2004 / PACER (Doc. 1734) | | | |
| 13 | Order Setting Electronic Hearing on Reconsideration Motion (Doc. 1735) | | | |
| 14 | Certificate of Service for September 29 Hearing (executed directly by Goott) Doc. (Doc 1736) | | | |
| 15 | Plan Administrator's Master Witness and Exhibit List (Doc. 1737) | | | |
| 16 | Plan Administrator's Response in Opposition to PACER Fee Exemption (Doc. 1738) | | | |
| 17 | Movant's Emergency Application for Immediate | | | |

| | | | | |
|---|---|---|---|---|
| 17 Con't | Judicial Intervention, Status Conference, and Temporary Abatement (Docket No. 1744) | | | |
| 18 | Movant's Supporting Sworn Declaration (Docket No. 1745) | | | |
| 19 | Plan Administrator's Response in Opposition to Emergency Application (Doc. 1752) | | | |
| REBUTTAL / IMPEACHMENT EXHIBITS | | | | |
| R-1 | Communications and Call Logs Documenting Unilateral Scheduling and Refusal to Confer | | | |
| R-2 | Email Threads Documenting Lack of Conferral by Opposing Counsel | | | |
| R-3 | Automated U.S. Courts / PACER System Error & Expiration Logs (Sept 2026) | | | |

Respectfully submitted,

______________________ 9/29/2026

Jeffrey Alan Vitt, Individually
Pro Se Claimant
12791 South 4230 Road
Chelsea, OK 74016-2114
Tel: 539-292-9358
Email: javit2004rule@gmail.com

**CERTIFICATE OF SERVICE**

I, Jeffrey Alan Vitt, acting pro se, hereby certify that on this 29th day of September, 2026, a true and correct copy of the foregoing Amended Master Witness and Exhibit List was submitted for transmission via EDSS and served via electronic mail upon all parties registered on the CM/ECF master electronically mailed service list for Case No. 24-31596, including:

**Counsel for the Debtor:**
Johnie Patterson & Miriam Goott
jjp@walkerandpatterson.com, mgoott@walkerandpatterson.com

**John Zachary Moseley on behalf of Interested Party John Zachary Moseley**
Zach@mma-pllc.com

**Counsel for the Official Committee of Unsecured Creditors:**
Nicholas R. Lawson & Avi Moshenberg
Nick.Lawson@lmbusinesslaw.com, Avi.Moshenberg@lmbusinesslaw.com

**Plan Administrator:**
Allison Byman
adb@bymanlaw.com

**Office of the United States Trustee:**
Andrew Jimenez
ustpregion07.hu.ecf@usdoj.gov, andrew.jimenez@usdoj.gov

______________________________

Jeffrey Alan Vitt, Individually