United States Courts
Southern District of Texas
FILED
7/23/2026
Nathan Ochsner, Clerk of Court



# UNITED STATES DISTRICT COURT

for the

Jeffrey Alan Vitt
*Plaintiff/Petitioner*
v.
MMA Law Firm, PLLC
*Defendant/Respondent*

Civil Action No. 4:24-bk-31596

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: [signature]

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 7/20/26

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ | $ | $ |
| Self-employment | $ 0.00 | $ | $ | $ |
| Income from real property *(such as rental income)* | $ 0.00 | $ | $ | $ |
| Interest and dividends | $ 0.00 | $ | $ | $ |
| Gifts | $ 800.00 | $ | $ | $ |
| Alimony | $ 0.00 | $ | $ | $ |
| Child support | $ 0.00 | $ | $ | $ |

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ 0.00 | $ | $ | $ |
| Unemployment payments | $ 0.00 | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ 298.00 | $ | $ | $ |
| Other *(specify)*: | $ 0.00 | $ | $ | $ |
| **Total monthly income:** | $ **1,098.00** | $ **0.00** | $ **0.00** | $ **0.00** |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| **Employer** | **Address** | **Dates of employment** | **Gross monthly pay** |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| **Employer** | **Address** | **Dates of employment** | **Gross monthly pay** |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ 300.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| **Financial institution** | **Type of account** | **Amount you have** | **Amount your spouse has** |
|---|---|---|---|
| Chase Bank | Business Account | $ 300.00 | $ |
| DentonProbateCt# PR-2017-00521 | Registry & Trust Transaction De | $ 646,305.06 | $ |
| Jeffrey Alan Vitt Irrevocable Trust | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| **Assets owned by you or your spouse** | |
|---|---|
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #*1* *(Value)* | $ 750.00 |
| Make and year: 2004 Buick | |
| Model: Lesabre | |
| Registration #: 3701-TGN458 Okla | |
| Motor vehicle #*2* *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ 10,000.00 |
| Other assets *(Value)* | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| **Person owing you or your spouse money** | **Amount owed to you** | **Amount owed to your spouse** |
|---|---|---|
| MMA Law Firm, PLLC Joint & Seve | $ 325,000,000.00 | $ |
| John Z. Moseley, James McClenny | $ | $ |
| Jane Doe,John Doe Joint & Severa | $ | $ |

7. State the persons who rely on you or your spouse for support.

| **Name** (or, if under 18, initials only) | **Relationship** | **Age** |
|---|---|---|
| | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included? ☑ Yes ☐ No<br>Is property insurance included? ☐ Yes ☑ No | $ 300.00 | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 275.00 | $ |
| Home maintenance *(repairs and upkeep)* | $ 150.00 | $ |
| Food | $ 500.00 | $ |
| Clothing | $ 75.00 | $ |
| Laundry and dry-cleaning | $ 30.00 | $ |
| Medical and dental expenses | $ 25.00 | $ |
| Transportation *(not including motor vehicle payments)* | $ 175.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 175.00 | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: | $ 0.00 | $ |
| Life: | $ 0.00 | $ |
| Health: | $ 0.00 | $ |
| Motor vehicle: | $ 125.00 | $ |
| Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ 0.00 | $ |
| Installment payments | | |
| Motor vehicle: | $ 0.00 | $ |
| Credit card *(name)*: | $ 0.00 | $ |
| Department store *(name)*: | $ 0.00 | $ |
| Other: | $ 0.00 | $ |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ |

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: Interests Operation Expenses/Costs Only Using $400 | $ -400.00 | $ |
| **Total monthly expenses:** | $ **1,430.00** | $ **0.00** |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☑ Yes ☐ No If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit? ☑ Yes ☐ No

    If yes, how much? $ 2,000.00

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    Answer: Please refer to Section II of this Addendum (Statement of Extreme Hardship and Compelled Material Facts

12. Identify the city and state of your legal residence.

    Chelsea, Oklahoma

    Your daytime phone number: (539) 292-9358

    Your age: 60 Your years of schooling: 16

# IN FORMA PAUPERIS

## EXPANDED DISCLOSURES (FORM AO 239)

## Q9, Q10, and Q11 ADDENDUM

**Question 9: <u>Expected changes to income, expenses, assets, or liabilities:</u>**

Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?
Yes or No - If yes, describe

Yes. I am actively pursuing all necessary legal avenues in the best interests of our family to resolve complex related legal matters to recover $646,305.06 in liquidated capital that is currently frozen and withheld in a state court registry due directly to the Debtor's actions. I anticipate these funds will be released within the next 12 months, which is a very important step to resolving this extreme financial hardship.

**Question 10: <u>Money spent on expenses or attorney fees in conjunction with this lawsuit:</u>**

Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit? ’ Yes ’ or No
If yes, how much?

Yes. I have previously expended hundreds of thousands of dollars on legal counsel, forensic experts, and litigation costs in state and probate venues to survive the Debtor’s deceptive and unfair business practice pattern. Consequently, my funds to finance expenditures in this specific federal bankruptcy proceeding are currently limited strictly to minor administrative, research, and printing costs. Because the Debtor has systematically choked off my operating assets, I cannot currently afford to retain federal bankruptcy counsel and am forced to proceed Pro Se.

*** Please refer to Section II of this Addendum*

**Question 11:** **<u>information explaining the inability to pay costs:</u>**

Provide any other information that will help explain why you cannot pay the costs of these proceedings.

**STATEMENT OF EXTREME HARDSHIP AND COMPELLED MATERIAL FACTS**

**I. REQUEST FOR WAIVER OF COURT FEES**

Creditor Jeffrey Alan Vitt, proceeding self-represented individually and in his capacity as the Trustee and Beneficiary of the Jeffrey Alan Vitt Irrevocable Trust, and the Pi 314 Irrevocable Trust interests, respectfully submits this declaration in support of his Application to Proceed without Prepaying Fees or Costs. This request seeks a total waiver of administrative fees, filing costs, and service assessments pursuant to 28 U.S.C. § 1915, to ensure uncompromised access to justice in Case No. 4:24-bk-31596.

**II. STATEMENT OF EXTREME HARDSHIP AND COMPELLED MATERIAL FACTS** The severe financial hardship clear within this application is the direct, proximate, and ongoing result of the Debtor's intentional actions, gross legal malpractice, and fraudulent concealment. The Debtor's bad-faith execution and systemic omission of material facts have triggered a catastrophic, multi-jurisdictional, and cross-border collapse of the Creditor's entire business enterprise and personal livelihood.

James McClenny served as the foundational counsel representing the Creditor's interests beginning in late 2015 and early 2016. Material oral and written communications began while McClenny and John Zachary Moseley operated under the umbrella of the Voss Law Firm, extending to in-person consultations around May 6, 2016. As one of MMA's earliest retained clients, the Creditor placed absolute fiduciary trust in the Debtor. In direct breach of that trust, the Debtor actively suppressed the Creditor's bad-faith insurance claims, concealed viable tort liabilities, and unlawfully seized unilateral control over the Creditor's litigation strategy.

Today, the significantly reduced amount of **$646,305.06** in liquidated capital belonging strictly to the Creditor's interests remains wrongfully frozen and withheld within a state court registry and connected trust accounts. The Debtor, acting in concert with conspiring and colluding third parties, intentionally took possession of the Creditor's proprietary evidence, personal, entity,

trusts assets, and core legal leverage—an arsenal of silver bullets—and deliberately aimed and fired those mechanisms directly at the Creditor to systematically strip and dismantle his estate.

Because the Debtor’s fraudulent practices have completely choked off the Creditor's operating assets, frozen his capital, and decimated his operational entities, the financial impact on basic and simple necessities of life is severe.

**III. CONCLUSION AND PRAYER** The Creditor respectfully requests that the Honorable Judge Eduardo V. Rodriguez grant this application. The profound merits of the Creditor's interests, the demands of equal protection under the law, the protection of the independent entrepreneur, and the baseline requirements of due process insist that this long-delayed day in court be granted to redress a sustained tolling history of manifest injustice and systemic fraud.

**IV. IN CONJUNCTION WITH THIS LAWSUIT** In conjunction with the systemic injustices directly caused by the Debtor's gross malpractice, the only choice was to fight for my interests at all costs and investing well over $200,000.00 simply to survive the Debtor’s bad-faith attrition tactics. This immense financial drain and damage more devastating than financial alone was caused by the Debtor and collaborating bad actors deliberately choosing to avoid highly lucrative, viable legal victories on my behalf—the Debtor engaged in a calculated pattern of concealment and abandonment. This intentional destruction of my legal leverage has resulted in nearly all of my asset interests being lost, destroyed, or wrongfully frozen. Despite the Debtor's systematic and intentional failure to provide zealous legal representation—including their deliberate choice to suppress and avoid high-value, viable litigation wins—I have maintained a continuous, determined effort to defend my interests. This endurance has come at a massive financial cost.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 20, 2026

Signed: ______________________________________ Jeffrey Alan Vitt, Pro Se Litigant

# UNITED STATES DISTRICT COURT

for the

District of

| | | |
|---|---|---|
| Jeffrey Alan Vitt<br>*Plaintiff*<br>v.<br>MMA Law Firm, PLLC<br>*Defendant* | ) ) ) ) ) | Civil Action No. |

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:** The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☐ Granted:

The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Granted:

The clerk is ordered to file the complaint and to notify the Commissioner of the commencement of the action by transmitting a Notice of Electronic Filing to the appropriate office within the Social Security Administration's Office of General Counsel and to the United States Attorney for the district where the action is filed. If the complaint was not filed electronically, the clerk is ordered to notify the plaintiff of the transmission. The plaintiff does not need to serve a summons and complaint under Civil Rule 4. (Actions under 42 U.S.C. § 405(g) for review on the record of a final decision of the Commissioner of Social Security presenting only an individual claim.)

☐ Granted Conditionally:

The clerk is ordered to file the complaint. Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Denied:

This application is denied for these reasons:

Date: ____________________

____________________________
*Judge's signature*

____________________________
*Printed name and title*

United States Courts
Southern District of Texas
FILED
*7/23/2026*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| **From:** | EDSS via Southern District of Texas |
| **To:** | TXS ECF_Admin |
| **Subject:** | New Electronic Document Submission - Houston |
| **Date:** | Thursday, July 23, 2026 5:52:24 PM |
| **Attachments:** | Document-1-Jeffrey Alan Vitt.pdf<br>Document-2-Jeffrey Alan Vitt.pdf |
| **Importance:** | High |

---

Form Information:
Division: Houston
Filer's Name: Jeffrey Alan Vitt
Debtor's Name (if different from Filer): MMA Law Firm, PLLC
Filer's Email: javit2004rule@gmail.com
Filer's Phone Number: 539-292-9358
Case Number: 4:24-bk-31596
Are you filing documents for submission of a new petition:

Uploaded Document Descriptions:
Document 1 Description: In Forma Pauperis
Document 2 Description: Pacer Exemption Application - Grant Order
Document 3 Description:
Document 4 Description:
Document 5 Description:

**This email was sent from an unmonitored email account. Please DO NOT reply to this email address. **