United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 29, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 24-31596 (EVR)** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | **CHAPTER 11** |
| Debtor. | § | |

**ORDER VACATING ORDER SETTING ELECTRONIC HEARING AND DENYING ECF NO. 1718 AS MOOT**
[Relates to ECF Nos. 1718 and 1732]

---

Upon consideration of the Plan Administrator's Emergency Motion to Vacate Order Setting September 29, 2026 Hearing on ECF No. 1718, the Court finds that the Motion for Expedited Ruling [ECF No. 1718] is moot. The Application for Exemption from the Judicial Conference Electronic Public Access Fees [ECF No. 1604] is set for hearing on September 30, 2026 [ECF No. 1734], and the Application to Proceed Without Prepaying Fees or Costs [ECF No. 1605] was struck [ECF No. 1726]. It is therefore **ORDERED** that:

1. The Order Setting Electronic Hearing [ECF No. 1732] is **VACATED**, and the hearing set for September 29, 2026, at 3:00 p.m. is **CANCELLED**.

2. The Motion for Expedited Ruling [ECF No. 1718] is **DENIED** as moot.

3. The hearing on ECF No. 1604 remains set for September 30, 2026, at 1:30 p.m.

**Signed: Tuesday, September 29, 2026**

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge