**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED
September 30, 2026
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| MMA LAW FIRM, PLLC, | § | **CASE NO. 24-31596 (EVR)** |
| Debtor. | § | |

**EMERGENCY NOTICE OF ABSOLUTE TECHNICAL LOCKOUT, OBJECTION TO ACCELERATED 4-DAY SCHEDULING, AND EMERGENCY REQUEST FOR CONTINUANCE**

**COMES NOW** Jeffrey Alan Vitt, pro se Claimant, and respectfully submits this Emergency Notice and Request for Continuance, showing as follows:

1. **Absolute Physical Inability to Participate:** Due to an unforeseen hardware failure and critical lockout of Claimant's only mobile device starting late last night, compliance with this Court's mandatory two-device hearing protocol (simultaneous GoToMeeting video and a separate telephone audio line) is **physically impossible**. Despite hours of troubleshooting and attempting a factory reset, the device remains bricked and inaccessible.
2. **Impropriety of Accelerated 4-Day Notice:** The underlying scheduling order [ECF No. 1733] was entered on Friday, September 25, 2026, forcing an extreme, compressed 4-day window for compliance by September 29 and 30, 2026. Forcing complex claim objections and scheduling tracks onto such an expedited track—while a pro se priority creditor faces systemic CM/ECF lockouts, EDSS portal boundaries, and sudden hardware failure—denies basic due process.
3. **Relief Requested:** Claimant requests that the Court immediately **continue today's hearing** and all associated deadlines until technical access can be restored and pending motions (such as Doc. 1744) are adjudicated.

Respectfully submitted September 30, 2026,

____________________________

Jeffrey Alan Vitt, Individually
12791 South 4230 Road
Chelsea, OK 74016-2114
Tel: 539-292-9358
Email: javit2004rule@gmail.com
*Pro Se Claimant*

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 30, 2026, notice of this technical emergency and request for continuance was transmitted via electronic mail to counsel for the Plan Administrator, opposing counsel, and court personnel. No formal conference was conducted, and no response or position opposing this notice was received prior to filing.

________________________________

Jeffrey Alan Vitt, Individually

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, a true and correct copy of this Urgent Request for Continuance was served via electronic mail upon all counsel of record, and emailed to:

**Counsel for the Debtor:**
Johnie Patterson & Miriam Goott
jjp@walkerandpatterson.com, mgoott@walkerandpatterson.com

**John Zachary Moseley on behalf of Interested Party John Zachary Moseley**
Zach@mma-pllc.com

**Counsel for the Official Committee of Unsecured Creditors:**
Nicholas R. Lawson & Avi Moshenberg
Nick.Lawson@lmbusinesslaw.com, Avi.Moshenberg@lmbusinesslaw.com

**Plan Administrator:**
Allison Byman
adb@bymanlaw.com

**Office of the United States Trustee:**
Andrew Jimenez
ustpregion07.hu.ecf@usdoj.gov, andrew.jimenez@usdoj.gov

Jeffrey Alan Vitt, Individually