**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| MMA LAW FIRM, PLLC, | § | **CASE NO. 24-31596 (EVR)** |
| Debtor. | § | |

## ORDER GRANTING EMERGENCY CONTINUANCE

**CAME ON FOR CONSIDERATION** the Emergency Notice and Request for Continuance filed by pro se Claimant Jeffrey Alan Vitt due to a sudden technical hardware lockout and inability to comply with the Court's mandatory two-device hearing protocol [ECF No. 1733]; and the Court, finding that good cause and an emergency exist due to technical failure and due process constraints; it is hereby

**ORDERED** that the hearing set for today is **CONTINUED** to a date to be determined by the Court; and it is further

**SIGNED** this ____ day of September, 2026.

______________________________________-

**EDUARDO V. RODRIGUEZ**

CHIEF UNITED STATES BANKRUPTCY JUDGE