United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 30, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER**
**Resolving ECF Nos. 1604, 1676 as amended by 1697 and 1677**

Pending before this Court are three separate matters self-styled as "Application For Exemption From The Judicial Conference Electronic Public Access Fees", ECF No. 1604 filed on July 23, 2026 by Mr. Jeffrey Alan Vitt ("*Mr. Vitt*"); Second Amended And Restated Motion For Reconsideration Pursuant to Federal Rule Of Bankruptcy Procedure 9023/Fed. R. Civ. P. 59(e) To Alter Or Amend The August 5, 2026 Confirmation Order", ECF No. 1697 also filed by Mr. Vitt on August 28, 2026; and "Motion Of Jeffrey Alan Vitt For Examination Of John Zachary Moseley, James M. Mcclenny, And The Debtor Under Federal Rule Of Bankruptcy Procedure 2004 And For Production Of Documents", ECF No. 1677 filed by Mr. Vitt on August 26, 2026.

On September 25, 2026, Allison D. Byman, Plan Administrator for MMA Law Firm, PLLC (the "Plan Administrator"), filed "Plan Administrator's Response In Opposition To Jeffrey Alan Vitt's Application For Exemption From The Judicial Conference Electronic Public Access Fees", ECF No. 1738; on September 15, 2026, the Plan Administrator filed "Response In Opposition To Jeffrey Alan Vitt's Amended Motion For Reconsideration Of The Confirmation Order", ECF No. 1721; and on the same date filed "Response In Opposition To Jeffrey Alan Vitt's Motion For Rule 2004 Examination", ECF No. 1722. The Plan Administrator also filed Witness and Exhibit Lists at ECF Nos. 1746, 1749, and 1747. Mr. Vitt filed his Witness & Exhibit List at 1750, and at 1754 both of which were struck by the Court for failure to comply with this Court's General Order and the Bankruptcy Local Rules. *See* ECF Nos. 1753 and 1755.

On September 30, 2026 this Court held an evidentiary hearing and called for appearances wherein the Plan Administrator appeared by and through her counsel. Mr. Vitt failed to appear. Accordingly, it is therefore ORDERED that "Application For Exemption From The Judicial

Conference Electronic Public Access Fees", ECF No. 1604 filed on July 23, 2026 by Mr. Jeffrey Alan Vitt ("*Mr. Vitt*"); Second Amended And Restated Motion For Reconsideration Pursuant to Federal Rule Of Bankruptcy Procedure 9023/Fed. R. Civ. P. 59(e) To Alter Or Amend The August 5, 2026 Confirmation Order", ECF No. 1697 also filed by Mr. Vitt on August 28, 2026; and "Motion Of Jeffrey Alan Vitt For Examination Of John Zachary Moseley, James M. Mcclenny, And The Debtor Under Federal Rule Of Bankruptcy Procedure 2004 And For Production Of Documents", ECF No. 1677 filed by Mr. Vitt on August 26, 2026 are DENIED for failure to prosecute. This Court retains exclusive jurisdiction to interpret and enforce this Order.

**SIGNED Wednesday, September 30, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**