United States Bankruptcy Court
Southern District of Texas
ENTERED
October 01, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER**
**DENYING MOTION FOR MOOTNESS**
*Resolving ECF No. 1764*

On September 30, 2026, Jeffrey Alan Vitt filed Emergency Motion of Absolute technical lockout, Objection to Accelerated 4-Day Scheduling, and Emergency Request for Continuance ("*Motion*")[1]. However, motion was not granted before the hearing was held and an Order was issued by the Court.[2] Accordingly, the Motion is moot. It is therefore

**ORDERED:** that the Motion[3] is **MOOT**, and as such, is **DENIED**.

**SIGNED Thursday, October 1, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**

[1] ECF No. 1764.
[2] ECF No. 1765.
[3] ECF No. 1764.