Printed on Oct 2 2026 2:55 pm

# 4:24-bk-31596 - MMA Law Firm, PLLC and Official Committee of Unsecured Creditors

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| **1** | 04/11/2024 | Texas Workforce Commission | | | 05/14/2024 |

**Original entered date**
04/11/2024

Office of Attorney General BK/Collections P.O. BOX 12548, MC008 Austin, TX 787112548
Creditor
(12672475)

Filed by: CR
Entered by: Erin Connor Reid

**Amount claimed:** $7,605.39
**Secured claimed:** $7,605.39

**History / Documents**

**1-1** 04/11/2024 Claim #1 filed by Texas Workforce Commission, Amount claimed: $7605.39 (Reid, Erin)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 9 |

**Description**
(1-1) Unemployment taxes
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| **2** | 04/12/2024 | City of Houston | | | 05/14/2024 |

**Original entered date**
04/12/2024

c/o Jeannie L. Andresen Linebarger Goggan Blair & Sampson LLP PO Box 3064 Houston, TX 77253-3064
Creditor
(12673480)

Filed by: CR
Entered by: Jeannie Lee Andresen

**Amount claimed:** $221.20
**Secured claimed:** $221.20

**History / Documents**

**2-1** 04/12/2024 Claim #2 filed by City of Houston, Amount claimed: $221.20 (Andresen, Jeannie)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 4 |

**Description**
(2-1) Ad Valorem Taxes
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| **3** | 04/12/2024 | Lone Star College System | | | 05/14/2024 |

| # | Original File Date | Creditor | Status | | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|---|
| | **Original entered date** 04/12/2024 | c/o Jeannie L. Andresen Linebarger Goggan Blair & Sampson LLP PO Box 3064 Houston, TX 77253-3064 Creditor (12673482) | Filed by: CR Entered by: Jeannie Lee Andresen | **Amount claimed:**<br>**Secured claimed:** | $45.84<br>$45.84 | |

**History / Documents**

**3-1** 04/12/2024 Claim #3 filed by Lone Star College System, Amount claimed: $45.84 (Andresen, Jeannie)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 4 |

**Description**
(3-1) Ad Valorem Taxes
**Remarks**

---

| # | Original File Date | Creditor | Status | | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|---|
| 4 | 04/17/2024 | Capital One N.A. | | | | 05/14/2024 |
| | **Original entered date** 04/17/2024 | by American InfoSource as agent PO Box 71083 Charlotte, NC 28272-1083 Creditor (12675368) | Filed by: CR Entered by: Pankaj Thakur | **Amount claimed:** | $45,286.12 | |

**History / Documents**

**4-1** 04/17/2024 Claim #4 filed by Capital One N.A., Amount claimed: $45286.12 (Thakur, Pankaj)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 4 |
| 2 | Statement | 10 |
| 3 | Statement of Accounts | 1 |
| | All parts | 15 |

**Description**
**Remarks**

---

| # | Original File Date | Creditor | Status | | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|---|
| 5 | 04/26/2024 | Aldine ISD Tax Office | | | | 10/29/2024 |
| | **Original entered date** 04/26/2024 | 14909 Aldine Westfield Rd Houston, TX 77032 Creditor (12671191) | Filed by: CR Entered by: Lauren L. Jones | **Amount claimed:**<br>**Secured claimed:** | $619.94<br>$619.94 | |

**History / Documents**

**5-1** 04/26/2024 Claim #5 filed by Aldine ISD Tax Office, Amount claimed: $1061.45 (Middleton, Kanika)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

| Part | Description | Pages |
|---|---|---|
| 2 | Exhibit | 1 |
| 3 | Exhibit | 1 |
| | All parts | 5 |

**5-2** 10/29/2024 Amended Claim #5 filed by Aldine ISD Tax Office, Amount claimed: $619.94 (Jones, Lauren)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |
| 2 | Exhibit | 1 |
| | All parts | 4 |

**Description**
(5-1) AD VALOREM TAX
(5-2) AD VALOREM TAX
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 6 | 05/06/2024 | Curtis and Ardene Tassin | | | 05/14/2024 |

**Original entered date** 05/06/2024

Health Law Group LLC
201 St.Charles Avenue, Suite 2500
New Orleans, LA 70170
Creditor
(12687954)

Filed by: CR
Entered by: 2 FrancesCarbia

**Amount claimed:** $99,754.03

**History / Documents**

**6-1** 05/06/2024 Claim #6 filed by Curtis and Ardene Tassin, Amount claimed: $99754.03 (FrancesCarbia, 2)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 4 |

**Description**
(6-1) MMA converted a p[roperty damage payment meant for creditors
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 7 | 05/10/2024 | Internal Revenue Service | | | 09/16/2024 |

**Original entered date** 05/10/2024

P.O. Box 7346
Philadelphia, PA 19101-7346
Creditor
(12671284)

Filed by: CR
Entered by: Annie L Ray

**Amount claimed:** $5,036,379.87
**Secured claimed:** $0.00
**Priority claimed:** $4,964,379.87

**History / Documents**

**7-1** 05/10/2024 Claim #7 filed by Internal Revenue Service, Amount claimed: $4960406.62 (Ray, Annie)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 4 |

**7-2** 09/16/2024 Amended Claim #7 filed by Internal Revenue Service, Amount claimed: $5036379.87 (Ray, Annie)

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 4 |

**Description**
**Remarks**

---

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 8 | 05/14/2024 | JPMorgan Chase Bank, N.A. | | | 05/14/2024 |

**Original entered date** 05/14/2024

s/b/m/t Chase Bank USA, N.A. c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC 6409 Congress Avenue, Suite 100 Boca Raton, FL 33487 Creditor (12692839)

Filed by: CR
Entered by: Nicholas Chipurnoi

**Amount claimed:** $11,523.32

**History / Documents**

**8-1**

05/14/2024 Claim #8 filed by JPMorgan Chase Bank, N.A., Amount claimed: $11523.32 (Chipurnoi, Nicholas)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 8 |

**Description**
**Remarks**

---

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 9 | 06/05/2024 | American Express National Bank | | | 06/05/2024 |

**Original entered date** 06/05/2024

c/o Becket and Lee LLP

PO Box 3001
Malvern PA 19355-0701

**Amount claimed:** $392,147.17

**History / Documents**

**9-1**

06/05/2024 Claim #9 filed by American Express National Bank, Amount claimed: $392147.17 (Deegan, Greg)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 5 |

**Description**
**Remarks**

---

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 10 | 06/07/2024 | American Express National Bank | | | 06/07/2024 |

**Original entered date** 06/07/2024

c/o Becket and Lee LLP

PO Box 3001

**Amount claimed:** $12,099.74

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| | | Malvern PA 19355-0701 | | | |

**History / Documents**

**10-1**

06/07/2024 Claim #10 filed by American Express National Bank, Amount claimed: $12099.74 (Deegan, Greg)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 8 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 11 | 06/24/2024 | Louisiana Farm Bureau | | | 06/24/2024 |
| | **Original entered date** 06/24/2024 | P.O. Box 95008<br>Baton Rouge, LA 70895 | **Amount claimed:** | $302,994.23 | |

**History / Documents**

**11-1**

06/24/2024 Claim #11 filed by Louisiana Farm Bureau, Amount claimed: $302994.23 (Villemarette, Staci)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |
| 2 | Exhibit | 165 |
| | All parts | 168 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 12 | 07/01/2024 | Regina A. Ceaser | | | 07/01/2024 |
| | **Original entered date** 07/01/2024 | 4200 CoCo Miguel Rd.<br>New Iberia, LA 70560 | **Amount claimed:** | $30,891.02 | |

**History / Documents**

**12-1**

07/01/2024 Claim #12 filed by Regina A. Ceaser, Amount claimed: $30891.02 (AnaCastro)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 12 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 13 | 07/10/2024 | Opal Prejean | | | 07/10/2024 |
| | **Original entered date** 07/10/2024 | 1709 Seventh St.<br>Lake Charles, LA 70601 | **Amount claimed:** | $23,762.24 | |

**History / Documents**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

**13-1** 07/10/2024 Claim #13 filed by Opal Prejean, Amount claimed: $23762.24 (FrancesCarbia)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 5 |

**Description**
**Remarks**

---

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 14 | 07/19/2024<br>**Original entered date**<br>07/19/2024 | Cynthia Troxclair<br>PO Box 1731<br>Kinder, LA 70648 | | **Amount claimed:** $68,399.52 | 07/19/2024 |

**History / Documents**

**14-1** 07/19/2024 Claim #14 filed by Cynthia Troxclair, Amount claimed: $68399.52 (FrancesCarbia)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 69 |

**Description**
**Remarks**

---

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 15 | 07/23/2024<br>**Original entered date**<br>07/23/2024 | Kevin Kelly<br>1120 Wyndham South<br>Gretna, LA 70056 | | **Amount claimed:** $0.00 | 07/23/2024 |

**History / Documents**

**15-1** 07/23/2024 Claim #15 filed by Kevin Kelly, Amount claimed: $0.00 (FrancesCarbia)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

---

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 16 | 07/30/2024<br>**Original entered date**<br>07/30/2024 | The Kidwell Group, LLC<br>d/b/a Air Quality Assessors of Florida<br><br>c/o Latham Luna Eden & Beaudine, LLP<br>201 S. Orange Ave. Suite 1400<br>Orlando, Florida 32801 | | **Amount claimed:** $31,640.56 | 07/30/2024 |

**History / Documents**

**16-1** 07/30/2024 Claim #16 filed by The Kidwell Group, LLC, Amount claimed: $31,640.56 (Luna, Justin)

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |
| 2 | Attachment | 1 |
| | All parts | 4 |

**Description**
**Remarks**

---

**17** 08/06/2024 — Comptroller of Public Accounts — Last Updated: 08/06/2024

**Original entered date** 08/06/2024

C/O Office of the Attorney General

Bankruptcy - Collections Division
MC-008
PO Box 12548
Austin TX 78711-2548

**Amount claimed:** $29,752.70
**Secured claimed:** $29,752.70
**Priority claimed:** $29,752.70

**History / Documents**

**17-1** 08/06/2024 Claim #17 filed by Comptroller of Public Accounts, Amount claimed: $29752.70 (Arrieta, Azucena)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 4 |

**Description**
**Remarks**

---

**18** 08/07/2024 — Linda Luz Rodriguez Wilhelm — Last Updated: 08/07/2024

**Original entered date** 08/07/2024

316 Beverly Loop

Pineville, LA 71360

**Amount claimed:** $0.00

**History / Documents**

**18-1** 08/07/2024 Claim #18 filed by Linda Luz Rodriguez Wilhelm, Amount claimed: $0.00 (FrancesCarbia)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 12 |

**Description**
**Remarks**

---

**19** 08/07/2024 — Christine Mockosher Griffin — Last Updated: 08/07/2024

**Original entered date** 08/07/2024

8483 Nick Rd.

Greenwood, LA 71033

**Amount claimed:** $0.00

**History / Documents**

**19-1** 08/07/2024 Claim #19 filed by Christine Mockosher Griffin, Amount claimed: $0.00 (FrancesCarbia)

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 11 |

**Description**
**Remarks**

---

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 20 | 08/07/2024 | Apex Roofing and Restoration, LLC | | | 08/07/2024 |

**Original entered date**
08/07/2024

c/o Scott R. Bickford, Esq

338 Lafayette Street
New Orleans, LA 70130

**Amount claimed:** $4,000,000.00

**History / Documents**

**20-1**

08/07/2024 Claim #20 filed by Apex Roofing and Restoration, LLC, Amount claimed: $4000000.00 (Bickford, Scott)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |
| 2 | Appendix 1 | 4 |
| 3 | Appendix 2 | 67 |
| 4 | Appendix 3 | 37 |
| | All parts | 111 |

**Description**
**Remarks**

---

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 21 | 08/12/2024 | Aramark Refreshments Services, LLC | | | 08/12/2024 |

**Original entered date**
08/12/2024

c/o Devin G. Bray

Hawley Troxell Ennis & Hawley LLP
P.O. Box 1617
Boise, ID 83701

**Amount claimed:** $500.86

**History / Documents**

**21-1**

08/12/2024 Claim #21 filed by Aramark Refreshments Services, LLC, Amount claimed: $500.86 (AkeitaHouse)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 9 |

**Description**
**Remarks**

---

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 22 | 08/13/2024 | Abdul Muhammad | | | 08/13/2024 |

**Original entered date**
08/13/2024

58025 Geroge St.

**Amount claimed:** $15,000.00

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

Plaquemine, LA
70764

**History / Documents**

**22-1** 08/13/2024 Claim #22 filed by Abdul Muhammad, Amount claimed: $15,000.00 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 7 |

**Description**
**Remarks**

---

**23** 08/13/2024 Darrell Broussard 08/13/2024

**Original entered date** 08/13/2024

420 Tommys Rd.

Sunset, LA 70584

**Amount claimed:** $7,000.00

**History / Documents**

**23-1** 08/13/2024 Claim #23 filed by Darrell Broussard, Amount claimed: $7,000.00 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 14 |

**Description**
**Remarks**

---

**24** 08/13/2024 Cynthia Johnson 08/13/2024

**Original entered date** 08/13/2024

1318 Bank Avenue

New Iberia, LA
70560

**Amount claimed:** $24,047.33

**History / Documents**

**24-1** 08/13/2024 Claim #24 filed by Cynthia Johnson, Amount claimed: $24,047.33 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 9 |

**Description**
**Remarks**

---

**25** 08/13/2024 Linda Thomas 08/13/2024

**Original entered date** 08/13/2024

4224 Worthy Dr.

Lake Charles, LA
70607

**Amount claimed:** $11,610.59

**History / Documents**

**25-1** 08/13/2024 Claim #25 filed by Linda Thomas, Amount claimed: $11,610.59 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 5 |

**Description**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| | Remarks | | | | |
| 26 | 08/13/2024 | Paul Adams | | | 08/13/2024 |
| | **Original entered date** 08/13/2024 | 340 Scenic Drive<br><br>Ville Platte, LA<br>70586 | | **Amount claimed:** $42,000.00<br>**Secured claimed:** $42,000.00 | |

**History / Documents**

**26-1** 08/13/2024 Claim #26 filed by Paul Adams, Amount claimed: $42000.00 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 19 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 27 | 08/13/2024 | Eunice Pillette | | | 08/13/2024 |
| | **Original entered date** 08/13/2024 | 503 East Valcourt St.<br><br>Abbeville, LA<br>70510 | | **Amount claimed:** $3,000.00 | |

**History / Documents**

**27-1** 08/13/2024 Claim #27 filed by Eunice Pillette, Amount claimed: $3,000.00 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 28 | 08/13/2024 | Ernest Willaims | | | 08/13/2024 |
| | **Original entered date** 08/13/2024 | 110 Hansel St.<br><br>New Iberia, LA<br>70560 | | **Amount claimed:** $45,474.05 | |

**History / Documents**

**28-1** 08/13/2024 Claim #28 filed by Ernest Willaims, Amount claimed: $45,474.05 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 9 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 29 | 08/13/2024 | Lorenzo Garner | | | 08/13/2024 |
| | **Original entered date** 08/13/2024 | 1201 Butter Street<br><br>Leesville, LA<br>71446 | | **Amount claimed:** $42,000.00 | |

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

**History / Documents**

**29-1** 08/13/2024 Claim #29 filed by Lorenzo Garner, Amount claimed: $42,000.00 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 6 |

**Description**
**Remarks**

---

**30** 08/13/2024 Harold Boudreaux 08/13/2024

**Original entered date** 08/13/2024

105 Crestmont Blvd

Youngsville, LA 70592

**Amount claimed:** $4,820.42

**History / Documents**

**30-1** 08/13/2024 Claim #30 filed by Harold Boudreaux, Amount claimed: $4,820.42 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 4 |

**Description**
**Remarks**

---

**31** 08/13/2024 Shavaun Miller 08/13/2024

**Original entered date** 08/13/2024

215 Ralph Street

Midland, LA 70559

**Amount claimed:** $50,000.00

**History / Documents**

**31-1** 08/13/2024 Claim #31 filed by Shavaun Miller, Amount claimed: $50,000.00 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

---

**32** 08/13/2024 Marino Guillory 08/13/2024

**Original entered date** 08/13/2024

101 Weaver Street

Eunice, LA 705535

**Amount claimed:** $0.00

**History / Documents**

**32-1** 08/13/2024 Claim #32 filed by Marino Guillory, Amount claimed: $0.00 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

---

**33** 08/13/2024 Addison Houston 08/13/2024

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

**Original entered date**
08/13/2024

521 Sykes St.

Shreveport, LA
71104

**Amount claimed:** $0.00

**History / Documents**

**33-1** 08/13/2024 Claim #33 filed by Addison Houston, Amount claimed: $0.00 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

---

**34** 08/13/2024 Deborah Hollie 08/13/2024

**Original entered date**
08/13/2024

390 Burks Rd.

Starks, LA 70661

**Amount claimed:** $16,743.13

**History / Documents**

**34-1** 08/13/2024 Claim #34 filed by Deborah Hollie, Amount claimed: $16,743.13 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

---

**35** 08/13/2024 Noble Public Adjusting 08/13/2024

**Original entered date**
08/13/2024

107 Amar Place

#103
Panama City
Beach, FL 32413

**Amount claimed:** $73,216.87

**History / Documents**

**35-1** 08/13/2024 Claim #35 filed by Noble Public Adjusting, Amount claimed: $73,216.87 (Sagre, Ariel)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 56 |

**Description**
**Remarks**

---

**36** 08/13/2024 Christovich & Kearney, LLP 08/13/2024

**Original entered date**
08/13/2024

601 Poydras St.
Suite 2300

New Orleans, LA
70130

**Amount claimed:** $44,512.27

**History / Documents**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

**36-1** 08/13/2024 Claim #36 filed by Christovich & Kearney, LLP, Amount claimed: $44,512.27 (Tully, Kevin)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 37 | 08/13/2024 | Christovich & Kearney, LLP | | | 08/13/2024 |
| | **Original entered date** 08/13/2024 | 601 Poydras St. Suite 2300<br><br>New Orleans, LA 70130 | **Amount claimed:** | $44,512.27 | |

**History / Documents**

**37-1** 08/13/2024 Claim #37 filed by Christovich & Kearney, LLP, Amount claimed: $44,512.27 (DarleneHansen)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 38 | 08/13/2024 | Ginger Beebe | | | 08/13/2024 |
| | **Original entered date** 08/13/2024 | 21 Virgil Beebe Rd<br><br>Lena, LA 71447 | **Amount claimed:** | $400,000.00 | |

**History / Documents**

**38-1** 08/13/2024 Claim #38 filed by Ginger Beebe, Amount claimed: $400,000.00 (DarleneHansen)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 22 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 39 | 08/13/2024 | Krause & Kinsman Trial Lawyers, LLP | | | 08/13/2024 |
| | **Original entered date** 08/13/2024 | Saul Ewing LLP c/o Turner Falk, Esq.<br><br>1500 Market Street, 38th Floor Philadelphia, PA 19102 | **Amount claimed:**<br>**Secured claimed:**<br>**Priority claimed:** | $0.00<br>$0.00<br>$0.00 | |

**History / Documents**

**39-1** 08/13/2024 Claim #39 filed by Krause & Kinsman Trial Lawyers, LLP, Amount claimed: $0.00 (Garcia, Jorge)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 5 |

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| | Description<br>Remarks | | | | |
| 40 | 08/13/2024 | Starlight Studios, LLC | | | 08/13/2024 |
| | Original entered date<br>08/13/2024 | c/o Congeni Law Firm, LLC<br><br>650 Poydras Street, Ste. 2750<br>New Orleans, LA 70130 | | **Amount claimed:** $3,503,347.36 | |

**History / Documents**

**40-1** 08/13/2024 Claim #40 filed by Starlight Studios, LLC, Amount claimed: $3503347.36 (Congeni, Leo)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 4 |
| 2 | Exhibit State Court Pleading | 14 |
| | All parts | 18 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 41 | 08/13/2024 | Phelps Dunbar LLP | | | 08/13/2024 |
| | Original entered date<br>08/13/2024 | 365 Canal Street, Suite 2000<br><br>New Orleans, LA 70130 | | **Amount claimed:** $139,196.58 | |

**History / Documents**

**41-1** 08/13/2024 Claim #41 filed by Phelps Dunbar LLP, Amount claimed: $139,196.58 (Shelby, Patrick)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 42 | 08/13/2024 | Allied World Insurance Company | | | 08/13/2024 |
| | Original entered date<br>08/13/2024 | c/o Werner Ahari Mangel LLP<br><br>8117 Preston Road, Suite 300<br>Dallas, TX 75225 | | **Amount claimed:** $200,000.00 | |

**History / Documents**

**42-1** 08/13/2024 Claim #42 filed by Allied World Insurance Company, Amount claimed: $200000.00 (Levy, Justin)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

| Part | Description | Pages |
|---|---|---|
| 2 | Exhibit A | 37 |
| | All parts | 40 |

**Description**
**Remarks**

---

**43** 08/13/2024 — Jayne Moseley — Last Updated: 08/13/2024

**Original entered date** 08/13/2024

c/o Tran Singh LLP

2502 La Branch Street
Houston, Texas 77004

**Amount claimed:** $0.00

**History / Documents**

**43-1** 08/13/2024 Claim #43 filed by Jayne Moseley, Amount claimed: $0.00 (Tran Adams, Susan)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |
| 2 | Exhibit A | 1 |
| | All parts | 4 |

**Description**
**Remarks**

---

**44** 08/13/2024 — Locklin Consulting, LLC — Last Updated: 08/13/2024

**Original entered date** 08/13/2024

17319 Fountainbluff Drive

San Antonio, Texas 78248

**Amount claimed:** $1,461,237.50
**Secured claimed:** $0.00
**Priority claimed:** $0.00

**History / Documents**

**44-1** 08/13/2024 Claim #44 filed by Locklin Consulting, LLC, Amount claimed: $1461237.50 (Hervol, H)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |
| 2 | Appendix "1" | 7 |
| 3 | Appendix "2" | 251 |
| | All parts | 261 |

**Description**
**Remarks**

---

**45** 08/13/2024 — Katherine Monson, et al — Last Updated: 08/13/2024

**Original entered date** 08/13/2024

1100 Poydras Street

Suite 3250

**Amount claimed:** $5,000,000.00

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| | | New Orleans, LA 70163 | | | |

**History / Documents**

**45-1**

08/13/2024 Claim #45 filed by Katherine Monson, et al, Amount claimed: $5000000.00 (Couhig, Robert)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 46 | 08/13/2024<br>**Original entered date**<br>08/13/2024 | PCG - Property Loss Consultants<br>2000 Mallory Lane<br>Suite 130, #239<br>Franklin, TN 37067 | | **Amount claimed:** $10,952,426.20 | 08/13/2024 |

**History / Documents**

**46-1**

08/13/2024 Claim #46 filed by PCG - Property Loss Consultants, Amount claimed: $10952426.20 (Norman, Lisa)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 7 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 47 | 08/13/2024<br>**Original entered date**<br>08/13/2024 | Cristobal M. Galindo, P.C.<br>c/o Charlie Shelton<br>Hayward PLLC<br>7600 Burnet Road,<br>Suite 530<br>Austin, Texas 78757 | | **Amount claimed:** $0.00 | 08/13/2024 |

**History / Documents**

**47-1**

08/13/2024 Claim #47 filed by Cristobal M. Galindo, P.C., Amount claimed: $0.00 (Headden, Todd)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 4 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 48 | 08/13/2024<br>**Original entered date**<br>08/13/2024 | Global Estimating Services, Inc.<br>c/o Andrews Myers, PC<br>Attn: Lisa M. Norman<br>1885 Saint James | | **Amount claimed:** $10,707,640.07 | 08/13/2024 |

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| | | Place, 15th Fl<br>Houston, Texas<br>77056 | | | |

**History / Documents**

**48-1**

08/13/2024 Claim #48 filed by Global Estimating Services, Inc., Amount claimed: $10707640.07 (Norman, Lisa)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 123 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 49 | 08/13/2024 | Access Restoration Services US, Inc. | | | 08/13/2024 |
| | **Original entered date** 08/13/2024 | c/o Andrews Myers, PC<br><br>Attn: Lisa M. Norman<br>1885 Saint James Place, 15th Fl<br>Houston, Texas 77056 | | **Amount claimed:** $3,365,843.05 | |

**History / Documents**

**49-1**

08/13/2024 Claim #49 filed by Access Restoration Services US, Inc., Amount claimed: $3365843.05 (Norman, Lisa)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 17 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 50 | 08/13/2024 | Equal Access Justice Fund, LP | | | 08/13/2024 |
| | **Original entered date** 08/13/2024 | c/o Fred Johnson<br><br>Spencer Fane, LLP<br>3040 Post Oak Blvd, Suite 1400<br>Houston, TX 77056 | | **Amount claimed:** $18,360,133.07<br>**Secured claimed:** $18,360,133.07 | |

**History / Documents**

**50-1**

08/13/2024 Claim #50 filed by Equal Access Justice Fund, LP, Amount claimed: $18,360,133.07 (Segura, Misty)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |
| 2 | Notice of Voluminous Documents | 1 |
| 3 | Summary Statement to Proof of Claim | 3 |
| 4 | Exhibit A | 3 |
| 5 | EAJF Loan Documents and UCC's | 177 |

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

| Part | Description | Pages |
|---|---|---|
| 6 | UCC Financing Statement | 2 |
| 7 | UCC Financing Statement | 2 |
| 8 | Security Agreement | 12 |
| 9 | Security Agreement | 12 |
| 10 | Security Agreement | 12 |
| | All parts | 227 |

**Description**
**Remarks**

---

**51** 08/13/2024 EAJF ESQ Fund, LP 08/13/2024

**Original entered date**
08/13/2024

c/o Misty A. Segura,
Spencer Fane, LLP

3040 Post Oak
Blvd., Ste. 1400
Houston, TX 77056

**Amount claimed:** $19,187,499.24
**Secured claimed:** $19,187,499.24

**History / Documents**

**51-1** 08/13/2024 Claim #51 filed by EAJF ESQ Fund, LP, Amount claimed: $19,187,499.24 (Segura, Misty)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |
| 2 | Notice of Voluminous Documents | 1 |
| 3 | Summary Statement to Proof of Claim | 3 |
| 4 | Exhibit A | 2 |
| 5 | Loan Documents and UCC's | 93 |
| 6 | UCC Financing Statement | 2 |
| 7 | UCC Financing Statement | 2 |
| 8 | Security Agreement | 12 |
| | All parts | 118 |

**Description**
**Remarks**

---

**52** 08/14/2024 LeeRoy Jefferson 08/14/2024

**Original entered date**
08/14/2024

2667 Sligo Road

Haughton, LA
71037

**Amount claimed:** $60,000.00

**History / Documents**

**52-1** 08/14/2024 Claim #52 filed by LeeRoy Jefferson, Amount claimed: $60,000.00 (DorinaReyna)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 16 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 53 | 08/15/2024 | John Zachary Moseley | | | 08/15/2024 |

**Original entered date** 08/15/2024

1235 N. Loop West, Suite 810

Houston, TX 77008

**Amount claimed:** $0.00

**History / Documents**

**53-1** 08/15/2024 Claim #53 filed by John Zachary Moseley, Amount claimed: $0.00 (FrancesCarbia)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 4 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 54 | 08/15/2024 | Disaster Solutions | | | 08/15/2024 |

**Original entered date** 08/15/2024

192 Solhelm Lane

Raleigh, NC 27603

**Amount claimed:** $10,205,584.09

**History / Documents**

**54-1** 08/15/2024 Claim #54 filed by Disaster Solutions, Amount claimed: $10,205,584.09 (DorinaReyna)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 64 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 55 | 08/16/2024 | Morgan Law Group, P.A. | | | 08/16/2024 |

**Original entered date** 08/16/2024

1331 Ochsner Blvd., Ste. 101

Covington, LA 70433

**Amount claimed:** $36,867.09

**History / Documents**

**55-1** 08/16/2024 Claim #55 filed by Morgan Law Group, P.A., Amount claimed: $36,867.09 (DorinaReyna)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 11 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 56 | 08/20/2024 | James McClenny | | | 08/20/2024 |

**Original entered date** 08/20/2024

380 Ridge Lake Scenic Dr.

Montgomery, TX 77316

**Amount claimed:** $35,000.00

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

**History / Documents**

**56-1** 08/20/2024 Claim #56 filed by James McClenny, Amount claimed: $35,000.00 (Jordan, John)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 21 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 57 | 08/23/2024 | Mary C. Augustine | | | 08/23/2024 |
| | **Original entered date** 08/23/2024 | 210 Addie Drive<br>Crowley, LA 70526 | **Amount claimed:** | $0.00 | |

**History / Documents**

**57-1** 08/23/2024 Claim #57 filed by Mary C. Augustine, Amount claimed: $0.00 (DorinaReyna)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 58 | 09/09/2024 | CURTRECHIA NUNN | | | 09/09/2024 |
| | **Original entered date** 09/09/2024 | 5015 B PLACE<br>MERIDIAN, MS 39305 | **Amount claimed:** | $74,130.51 | |

**History / Documents**

**58-1** 09/09/2024 Claim #58 filed by CURTRECHIA NUNN, Amount claimed: $74130.51 (FrancesCarbia)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 20 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 59 | 09/11/2024 | Jesse P Barnett III | | | 09/11/2024 |
| | **Original entered date** 09/11/2024 | 2587 Bayou Rd<br>Port Barre, LA 70577 | **Amount claimed:** | $15,000.00 | |

**History / Documents**

**59-1** 09/11/2024 Claim #59 filed by Jesse P Barnett III, Amount claimed: $15000.00 (DMcKinnieRichardson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 60 | 09/18/2024 | Wayne J. Adams | | | 09/18/2024 |

**Original entered date** 09/18/2024

c/o The Kassab Law Firm

1214 Elgin Street
Houston, Texas
77004

**Amount claimed:** $0.00

**History / Documents**

**60-1** 09/18/2024 Claim #60 filed by Wayne J. Adams, Amount claimed: $0.00 (Kassab, David)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 49 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 61 | 09/18/2024 | Dwane Borel | | | 09/18/2024 |

**Original entered date** 09/18/2024

c/o The Kassab Law Firm

1214 Elgin Street
Houston, Texas
77004

**Amount claimed:** $0.00

**History / Documents**

**61-1** 09/18/2024 Claim #61 filed by Dwane Borel, Amount claimed: $0.00 (Kassab, David)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 49 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 62 | 09/18/2024 | Claude Britton, III | | | 09/18/2024 |

**Original entered date** 09/18/2024

c/o The Kassab Law Firm

1214 Elgin Street
Houston, Texas
77004
eserve@kassab.law

**Amount claimed:** $0.00

**History / Documents**

**62-1** 09/18/2024 Claim #62 filed by Claude Britton, III, Amount claimed: $0.00 (Kassab, David)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 49 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 63 | 09/18/2024 | Bonnie J. Brown | | | 09/18/2024 |

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

**Original entered date**
09/18/2024

c/o The Kassab Law Firm

1214 Elgin Street
Houston, Texas
77004
eserve@kassab.law

**Amount claimed:** $0.00

**History / Documents**

**63-1** 09/18/2024 Claim #63 filed by Bonnie J. Brown, Amount claimed: $0.00 (Kassab, David)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 49 |

**Description**
**Remarks**

---

**64** 09/18/2024 Lloyd Cox 09/18/2024

**Original entered date**
09/18/2024

c/o The Kassab Law Firm

1214 Elgin Street
Houston, Texas
77004
eserve@kassab.law

**Amount claimed:** $0.00

**History / Documents**

**64-1** 09/18/2024 Claim #64 filed by Lloyd Cox, Amount claimed: $0.00 (Kassab, David)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 49 |

**Description**
**Remarks**

---

**65** 09/18/2024 James S. Dartez 09/18/2024

**Original entered date**
09/18/2024

c/o The Kassab Law Firm

1214 Elgin Street
Houston, Texas
77004
eserve@kassab.law

**Amount claimed:** $0.00

**History / Documents**

**65-1** 09/18/2024 Claim #65 filed by James S. Dartez, Amount claimed: $0.00 (Kassab, David)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 49 |

**Description**
**Remarks**

---

**66** 09/18/2024 Curtis R. Davis 09/18/2024

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

**Original entered date**
09/18/2024

c/o The Kassab Law Firm

1214 Elgin Street
Houston, Texas
77004
eserve@kassab.law

**Amount claimed:** $0.00

**History / Documents**

**66-1** 09/18/2024 Claim #66 filed by Curtis R. Davis, Amount claimed: $0.00 (Kassab, David)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 49 |

**Description**
**Remarks**

---

| # | Original File Date | Creditor | Last Updated |
|---|---|---|---|
| 67 | 09/18/2024 | Lynda L. Jenkins | 09/18/2024 |

**Original entered date**
09/18/2024

c/o The Kassab Law Firm

1214 Elgin Street
Houston, Texas
77004
eserve@kassab.law

**Amount claimed:** $0.00

**History / Documents**

**67-1** 09/18/2024 Claim #67 filed by Lynda L. Jenkins, Amount claimed: $0.00 (Kassab, David)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 49 |

**Description**
**Remarks**

---

| # | Original File Date | Creditor | Last Updated |
|---|---|---|---|
| 68 | 09/18/2024 | Carey D. Yazeed | 09/18/2024 |

**Original entered date**
09/18/2024

c/o The Kassab Law Firm

1214 Elgin Street
Houston, Texas
77004
eserve@kassab.law

**Amount claimed:** $0.00

**History / Documents**

**68-1** 09/18/2024 Claim #68 filed by Carey D. Yazeed, Amount claimed: $0.00 (Kassab, David)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 49 |

**Description**
**Remarks**

---

| # | Original File Date | Creditor | Last Updated |
|---|---|---|---|
| 69 | 10/14/2024 | Katrena Henderson & Charles Tapp | 10/14/2024 |

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| | **Original entered date** 10/14/2024 | 4614 Quarter Charge Dr<br><br>Annandale, VA 22003 | | **Amount claimed:** $557,250.00<br>**Secured claimed:** $0.00<br>**Priority claimed:** $0.00 | |

**History / Documents**

**69-1**

10/14/2024 Claim #69 filed by Katrena Henderson & Charles Tapp, Amount claimed: $557250.00 (Nutt, Kyle)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |
| 2 | Exhibit | 5 |
| 3 | Exhibit | 5 |
| 4 | Exhibit | 3 |
| | All parts | 16 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 70 | 11/04/2024<br>**Original entered date** 11/04/2024 | Destiney Griffin<br>3841 Accacia Lane<br><br>Harvey, LA 70058 | | **Amount claimed:** $0.00 | 11/04/2024 |

**History / Documents**

**70-1**

11/04/2024 Claim #70 filed by Destiney Griffin, Amount claimed: $27,125.00 (DarleneHansen)

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 71 | 03/31/2025<br>**Original entered date** 03/31/2025 | Bayou Adjusting LLC<br>c/o Matthew R. Addison<br><br>29675 Christopher Blvd<br>Walker, LA 70785 | | **Amount claimed:** $435,000.00 | 03/31/2025 |

**History / Documents**

**71-1**

03/31/2025 Claim #71 filed by Bayou Adjusting LLC, Amount claimed: $435,000.00 (DorinaReyna)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 45 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 72 | 04/14/2025<br>**Original entered date** 04/14/2025 | Sorted Lake Charles<br>Elizabeth Alexander | | **Amount claimed:** $196,690.50 | 04/14/2025 |

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| | | 4309 Essex St<br>Lake Charles, LA<br>70605 | | | |

**History / Documents**

**72-1** 04/14/2025 Claim #72 filed by Sorted Lake Charles, Amount claimed: $196,690.50 (BrittanyNicklaus)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 10 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 73 | 07/23/2026 | Jeffrey Alan Vitt, Individually | | | 09/03/2026 |
| | **Original entered date** 07/23/2026 | 12791 South 4230 Road<br>Chelsea, OK 74016<br>Creditor<br>(13404715) | Filed by: CR<br>Entered by: 3 VanesaPacheco | **Amount claimed:** $350,646,350.06 | |

**History / Documents**

**73-1** 07/23/2026 Claim #73 filed by Jeffrey Alan Vitt, Individually, Amount claimed: $646305.06 (Vitt, Jeffrey)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 12 |
| 2 | Exhibit Master Omnibus Addendum | 12 |
| | All parts | 24 |

**73-2** 08/19/2026 Amended Claim #73 filed by Jeffrey Alan Vitt, Individually, Amount claimed: $250646305.06 (BrittanyBoniface, 6)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 18 |
| 2 | EDSS email | 1 |
| | All parts | 19 |

**73-3** 08/28/2026 Amended Claim #73 filed by Jeffrey Alan Vitt, Individually, Amount claimed: $350646350.06 (VanesaPacheco, 3)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 18 |
| 2 | EDSS email | 1 |
| | All parts | 19 |

**Related Dockets**

**1610** 07/30/2026 Objection to Claim Number 73 by Claimant JEFFREY ALAN VITT. JEFFREY ALAN VITT. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Proposed Order) (Goott, Miriam)

**Description**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

(73-1) Conversion, Breach of Fiduciary Duty, Misappropriation of Registry Funds if paid.
(73-2) Conversion, Breach of Fiduciary Duty, Misappropriation of Registry Funds if paid.
(73-3) See attached Master Omnibus Addendum

**Remarks**

(73-1) Action: Master Omnibus Addendum Attached. Explicit reservation of rights for unliquidated damages, Rule 2004 discovery, and Joint & Several Liability.
(73-2) Action: Master Omnibus Addendum Attached. Explicit reservation of rights for unliquidated damages, Rule 2004 discovery, and Joint & Several Liability.

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 74 | 07/23/2026 | Vitt 121, Ltd., and affiliated Entities | | | 07/23/2026 |

**Original entered date** 07/23/2026

**Amount claimed:** $25,000,000.00

**History / Documents**

**74-1** 07/23/2026 Claim #74 filed by Vitt 121, Ltd., and affiliated Entities, Amount claimed: $25,000,000.00 (Vitt, Jeffrey)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 12 |
| 2 | Exhibit Master Omnibus Addendum | 12 |
| | All parts | 24 |

**Description**

**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 75 | 07/23/2026 | Jeffrey Alan Vitt, Individually & Rep. Doe / XYZ E | | | 07/23/2026 |

**Original entered date** 07/23/2026

12791 S. 4230 Road

Chelsea, OK 74016

**Amount claimed:** $325,000,000.00

**History / Documents**

**75-1** 07/23/2026 Claim #75 filed by Jeffrey Alan Vitt, Individually & Rep. Doe / XYZ E, Amount claimed: $325,000,000.00 (Vitt, Jeffrey)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 12 |
| 2 | Exhibit Master Omnibus Addendum | 12 |
| | All parts | 24 |

**Description**

**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 76 | 08/31/2026 | Nester J. Houghton | | | 08/31/2026 |

**Original entered date** 08/31/2026

67315 Armel Road

Mandeville, LA 7047

**Amount claimed:** $6,928.00

**History / Documents**

**76-1** 08/31/2026 Claim #76 filed by Nester J. Houghton, Amount claimed: $6,928.00 (KaidenKimble)

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| | Description<br>Remarks | | | | |