**WALKER & PATTERSON, P.C.**

4815 DACOMA
HOUSTON, TEXAS 77092
P.O. BOX 61301
HOUSTON, TEXAS 77208

TELEPHONE (713) 956-5577
FAX (713) 956-5570

# CONTRACT OF REPRESENTATION

***<u>Allison D. Byman, solely in her capacity as Plan Administrator for MMA Law Firm, PLLC (“Client”)</u>*** hereby employs and retains the law firm of WALKER & PATTERSON, P.C. (herein referred to as “Attorneys”) as set forth herein.

## 1. SCOPE OF REPRESENTATION

The Attorneys agree to represent Client in reviewing, objecting to, litigating, and resolving claims asserted against the bankruptcy estate of MMA Law Firm, PLLC in Case No. 24-31596 in the United States Bankruptcy Court for the Southern District of Texas (the “Claims Work”), under the Third Amended Joint Plan of Liquidation confirmed by the Court’s order entered August 5, 2026 [Dkt. No. 1648] (the “Plan”). The Claims Work includes analyzing the claims register, preparing and prosecuting objections to claims, responding to claimants, conducting discovery, appearing at hearings, negotiating and documenting settlements of disputed claims, seeking estimation of claims, and related legal services requested by Client.

This Agreement is separate from, and does not modify, amend, supersede, or limit, the Contract of Representation between MMA Law Firm, PLLC and the Attorneys dated April 8, 2024, the Court’s Order entered July 18, 2024 [Dkt. No. 173] approving it, or Section 2.2.3 of the Plan, all of which remain in full force and effect. The Attorneys will not be compensated under this Agreement for any service for which they are compensated under that contract and order, and will not be compensated under that contract and order for any service compensated under this Agreement.

If at any time during the course of the representation the Attorneys make a good faith determination that further action is untenable, the Attorneys may seek to withdraw. Attorneys acknowledge that withdrawal may require Court approval.

I acknowledge that I have retained the Attorneys for the sole purposes expressly stated in this Agreement and none other. I understand neither the Attorneys nor their employees or other representatives make any representations of any kind to perform any legal service, or to provide any legal opinions on any matter not expressly stated in this contract, including the appeal of any adverse judgment or ruling.

## 2. AUTHORITY OF THE ATTORNEYS

Following consultation with Client, I empower the Attorneys to take all steps in this matter deemed by them to be advisable, including filing any objections, responses, motions, or other pleadings necessary. However, it is understood that notwithstanding anything to the contrary in this Agreement, I shall retain ultimate control of the representation and final decisions regarding all potential agreements and settlements, as provided in Sections 5.5 and 8.1 of the Plan.

## 3. ATTORNEYS’ FEES

Approval by the Bankruptcy Court of this fee arrangement is required before this Agreement becomes effective (Plan §§ 2.2.2, 5.13). The Attorneys will perform the Claims Work at reduced hourly rates of $700.00 per hour for Miriam T. Goott and $750.00 per hour for Johnie J. Patterson. Time will be

recorded in increments of one tenth of an hour. The Attorneys will submit monthly invoices to Client and to the Oversight Committee established under the Plan. If no written objection is made within fourteen days, Client may pay the invoice from estate funds as a Permitted Expense under the Plan. Any disputed amount will be paid only on agreement or order of the Bankruptcy Court.

The reduced rates reflect the Attorneys' familiarity with this case since April 2024, which will allow the Claims Work to be performed efficiently, and the Attorneys' agreement to provide these services to the estate at rates below their standard rates.

## 4. EXPENSES

I understand that the Attorneys will advance any or all of the costs and expenses reasonably necessary for the Claims Work, including filing fees, copying, postage, courier charges, computer-assisted legal research, transcripts, and travel. The Attorneys will be reimbursed for actual and necessary expenses in the same manner as their fees.

## 5. SETTLEMENT DISCUSSIONS

No settlement of any claim shall be made without my full knowledge and approval. I will have authority to accept or reject any proposed resolution of a disputed claim after receiving the advice of the Attorneys. I authorize the Attorneys to enter into settlement negotiations with claimants and to disclose information relevant to the evaluation of those claims.

## 6. NO GUARANTEE OF RESULT

I understand that the Attorneys have made no guarantee or assurances of any kind regarding the outcome of any objection to a claim or any other matter within the scope of this Agreement.

## 7. TERMINATION OF REPRESENTATION

I may terminate the Attorneys' representation under this Agreement at any time. Should I do so, I understand and agree that the Attorneys will be entitled to payment, under Section 3 of this Agreement, of fees earned and expenses incurred through the date of termination. Termination of this Agreement does not affect the Attorneys' employment under the Court's Order entered July 18, 2024 [Dkt. No. 173] or Section 2.2.3 of the Plan.

## 8. CLIENT ACKNOWLEDGMENTS

I acknowledge I have been encouraged by the Attorneys to consult other counsel concerning the negotiation of this fee Agreement and I have made sufficient investigation to determine this Agreement is fair and reasonable and the result of an arm's length negotiation with the Attorneys.

I understand that engaging the services of an attorney brings with it certain responsibilities on my part. In this regard, I agree to cooperate with the Attorneys at all times, to comply with reasonable requests, and to provide, or cause the Consultants retained under the Plan to provide, the records and information the Attorneys need to perform the Claims Work.

**I UNDERSTAND THAT IT IS MY RESPONSIBILITY TO KEEP THE ATTORNEYS INFORMED OF MY CURRENT CONTACT INFORMATION. IN THE EVENT THAT I NEED TO REPORT ANY CHANGES, I WILL CALL 713.956.5577 OR E-MAIL THE ATTORNEYS AT MGOOTT@WALKERANDPATTERSON.COM AS SOON AS POSSIBLE.**

## 9. LAW GOVERNING

This contract shall be construed under and in accordance with the laws of the State of Texas, and the rights, duties, and obligations of Client and Attorneys regarding Attorneys' representation of Client and

this Agreement shall be governed by the laws of the State of Texas, subject to the jurisdiction of the Bankruptcy Court under the Plan.

## 10. SEVERABILITY

If any part of this Agreement shall for any reason be found unenforceable, I agree that all other portions shall nevertheless remain valid and enforceable.

## 11. INTEGRATION

I acknowledge I have retained Walker & Patterson, P.C. for the sole purposes expressly stated in this contract. I understand that Walker & Patterson, P.C., its partners, associates or other representatives make no representations, express or implied, to perform any legal services or provide any legal opinions on any matter not expressly addressed in this contract. Except for the April 8, 2024 Contract of Representation and the Court's Order entered July 18, 2024 [Dkt. No. 173], which remain in effect as provided in Section 1, this Contract constitutes the sole and only Agreement of the parties regarding the Claims Work and supersedes any prior understandings regarding that subject. Any modification of this Agreement will be of no effect unless written and signed by Client and Attorneys.

I HAVE READ AND UNDERSTAND THIS CONTRACT AND AGREE TO ITS TERMS.

**CLIENT SIGNATURE:**

___________________________________
Allison D. Byman, solely as Plan Administrator
for MMA Law Firm, PLLC

Date: ______________________, 2026.

**ATTORNEY SIGNATURE:**

*/s/ Johnie J. Patterson*
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX 77208
713.956.5577 Telephone
713.956.5570 Fax
e-mail: jjp@walkerandpatterson.com

**NOTICE TO CLIENTS**

The State Bar of Texas investigates and prosecutes professional misconduct committed by Texas attorneys.

Although not every complaint against or dispute with a lawyer involves professional misconduct, the State Bar Office of General Counsel will provide you with information about how to file a complaint.

For more information, please call 1/800/932-1900. This is a toll-free phone call.