**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| IN RE | § | Chapter 11 |
| | § | |
| MMA Law Firm, PLLC | § | Case No. 24-31596 |
| | § | |
| DEBTOR | § | |
| | § | |

**ORDER AUTHORIZING THE PLAN ADMINISTRATOR TO EMPLOY WALKER & PATTERSON, P.C. AS COUNSEL FOR CLAIMS OBJECTIONS**

[Relates to Dkt. No. ___]

Came on for consideration the Plan Administrator's Application for Authority to Employ Walker & Patterson, P.C. as Counsel for Claims Objections (the **"Application"**). The Court finds that notice of the Application was sufficient, that the Plan Administrator gave the Oversight Committee the notice required by Section 5.13 of the Plan, and that the relief requested is authorized by the Plan and is in the best interest of the estate. It is therefore

**ORDERED** that the Application is **GRANTED**; and it is further

**ORDERED** that the Plan Administrator is authorized to employ Walker & Patterson, P.C. (**"W&P"**) as her counsel to review, object to, litigate, and resolve claims against the estate on the terms of the Contract of Representation attached to the Application as Exhibit A, effective as of August 20, 2026, the effective date of the Debtor's Third Amended Joint Plan of Liquidation, and it is further

**ORDERED** that W&P shall be compensated for those services at $700 per hour for Miriam T. Goott and $750 per hour for Johnie J. Patterson, plus reimbursement of actual and necessary expenses, in accordance with the procedure described in the Application; and it is further

**ORDERED** that nothing in this Order modifies, amends, supersedes, or limits this Court's Order entered July 18, 2024 [Dkt. No. 173] or Section 2.2.3 of the Plan, both of which remain in full force and effect; and it is further

**ORDERED** that W&P shall not be compensated under this Order for any service for which it is compensated under the Order at Dkt. No. 173; and it is further

**ORDERED** that the Court retains jurisdiction over all matters arising from the implementation of this Order.

SIGNED ______________________, 2026.

______________________________________
EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE