**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 24-31596 |
| MMA LAW FIRM, PLLC, | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

**ORDER GRANTING TENTH INTERIM APPLICATION OF WALKER & PATTERSON, P.C., FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**[Relates to ECF No. __ ]**

It is

**ORDERED** that the Tenth Interim Application of Walker & Patterson, P.C., for Allowance of Compensation is **APPROVED** in the amount of $344,208.68 for attorney's fees; and it is further

**ORDERED** that the compensation allowed herein are allowed as a Professional Fee Claim under Section 1.1.1(c) of the Plan; and it is further

**ORDERED** that Allison D. Byman, the Plan Administrator for MMA Law Firm, PLLC, is authorized and directed to pay Walker & Patterson, P.C. the total amount of $344,208.68.

SIGNED: _________________

_____________________________________________
CHIEF UNITED STATES BANKRUPTCY JUDGE