Exhibit
A

## MEMORANDUM OF UNDERSTANDING

This Memorandum of Understanding ("*MOU*") is made effective as of this 18th day of May, 2023 (the "*Effective Date*"), by and among GALINDO LAW ("*Galindo*") and HOUGHTALING LAW FIRM, ("Houghtaling") (each a "*party*" and collectively, the "*parties*").

### RECITALS

WHEREAS, Galindo has been retained as counsel for numerous Louisiana property damage claims (the "*Claims*"); [effectively known as JV Number 2 Inventory] BTH CG

WHEREAS, Galindo desires to retain the services of Houghtaling to assist in handling some of the Claims (the "*Legal Services*");

WHEREAS, Houghtaling will perform the Legal Services subject to the terms and conditions set forth in this MOU.

NOW THEREFORE, in consideration of the premises and agreements contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged by the parties hereto, it is mutually agreed and covenanted by and among the parties as follows:

1. **Request for Legal Services.** During the term of this MOU, from time to time, Galindo may request Houghtaling perform the Legal Services. An Attorney/Client Contract pre-approved by Galindo and Houghtaling shall be sent to and signed by each potential client naming Galindo and Houghtaling as the law firms representing the client their property damage claim ("*Contract*").
2. **Duties of Galindo.** Galindo's duties for the Legal Services shall be those set forth in the Contract.
3. **Duties of Houghtaling.** Houghtaling's duties for the Legal Services shall be those set forth in the Contract.
4. **Attorney's Fee Split.** The Attorneys' Fees earned from the Contract shall be split between Galindo and Houghtaling on a 50/50 basis (the "*Attorney Fee Split*").
5. **Expenses.** Galindo shall be responsible for expenses incurred in a Claim prior to the effective date of each Contract. Houghtaling shall be responsible for the expenses Houghtaling incurs as Houghtaling deems it necessary for each Claim after the effective date of each Contract. All expenses shall be reimbursed from funds recovered on each Claim as outlined in the Contract. [including, but not limited to expert reports, filing fee services,]
6. **Galindo's Representations and Warranties.** Galindo represents and warrants each Claim was validly obtained pursuant to the Louisiana Rules of Professional Conduct governing attorneys in the State of Louisiana and Louisiana law. BTH CG
7. **Notices.** The address for notice for each party shall be as set forth below; provided that a party may change its address for notice by notifying the other party in writing of its new address. Notice may be sent to an email address provided below with confirmation the email was delivered to a party.

If to Galindo: GALINDO LAW
Cristobal M. Galindo

4151 Southwest Freeway Ste. 602
Houston, Texas 77027
E. cmg@galindolaw.com

If to HOUGHTALING : HOUGHTALING LAW FIRM
Brian Houghtaling
Two Lakeway
3850 Causeway Blvd. Ste, 1090
Metarie, LA 70002
E. brian@houghtalinglaw.com

8. **Amendments**. This MOU may only be amended in writing and signed by both parties.
9. **Execution**. This MOU may be executed in counterparts and by electronic signatures, which shall be deemed originals for all purposes.

- GALINDO

CRISTOBAL M. GALINDO
GALINDO LAW

- **Houghtaling**

**Brian Houghtaling**
**HOUGHTALING LAW FIRM**