Exhibit
C

**From:** Becky Allen
**To:** Miriam Goott; Brian Houghtaling
**Cc:** Charlie Shelton
**Subject:** RE: Galindo Cases
**Date:** Tuesday, May 19, 2026 9:22:14 PM
**Attachments:** image001.png
HLFGLF - March .msg

Miriam:

Attached is our March email to you. I do not see where you responded to this one. Apologies, if I missed any email from you.

Nothing has been prepared for May yet as we are not at month's end.

***Hurricane Attorneys***

*Becky Allen*
*Paralegal*
**Houghtaling Law Firm, LLC**
www.houghtalinglaw.com
**TWO LAKEWAY**
**3850 North Causeway Blvd.**
**Suite 1090**
**Metairie, LA 70002**
**504-901-6767 (Telephone)**
**877-448-5339 (Facsimile)**

***Confidentiality Notice***

*This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this email in error, and that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you receive this email in error, please immediately notify me at Houghtaling Law Firm, LLC by return email. You will be reimbursed for reasonable costs incurred in notifying us.*

---

**From:** Miriam Goott <mgoott@walkerandpatterson.com>
**Sent:** Tuesday, May 19, 2026 8:24 PM
**To:** Becky Allen <Becky@houghtalinglaw.com>; Brian Houghtaling <Brian@houghtalinglaw.com>
**Cc:** Charlie Shelton <cshelton@haywardfirm.com>
**Subject:** Galindo Cases

Becky,

I have copied Charlie Shelton, counsel for Galindo. We have reached an agreement. We just need a final list of all cases where you sent money to Galindo. I have 10-2025, 11-2025, 12-2025, 1-2026, 2-2026, and 4-2026. I do NOT have 3-2026 or anything for this month. Can you please reply-all.

Thanks,
miriam

***Miriam Goott***
***Walker & Patterson, P.C.***
***4815 Dacoma***
***Houston, TX 77092***
***713.956.5577***
***713.956.5570 fax***