Exhibit

D

exhibitsticker.com

| Client | GLF Fees | Retainer |
|---|---|---|
| [redacted] | $5,250.00 | GLF_HLF Only |
| [redacted] | $11,132.00 | GLF_HLF Only |
| [redacted] | $5,625.00 | GLF_HLF Only |
| [redacted] | $3,800.00 | GLF_HLF Only |
| [redacted] | $2,800.00 | GLF_HLF Only |
| [redacted] | $19,012.46 | GLF_HLF Only |
| [redacted] | $5,975.46 | GLF_HLF Only |
| [redacted] | $8,260.00 | GLF_HLF Only |
| [redacted] | $1,500.00 | GLF_HLF Only |
| [redacted] | $5,640.75 | GLF_HLF Only |
| [redacted] | $3,500.00 | GLF_HLF Only |
| [redacted] | $5,169.66 | GLF_HLF Only |
| [redacted] | $8,103.76 | GLF_HLF Only |
| [redacted] | $6,568.41 | GLF_HLF Only |
| [redacted] | $3,000.00 | GLF_HLF Only |
| [redacted] | $7,000.00 | GLF_HLF Only |
| [redacted] | $15,270.42 | GLF_HLF Only |
| [redacted] | $6,479.19 | GLF_HLF Only |
| [redacted] | $8,470.46 | GLF_HLF Only |
| [redacted] | $6,473.02 | GLF_HLF Only |
| [redacted] | $4,999.50 | GLF_HLF Only |
| [redacted] | $3,429.00 | GLF_HLF Only |
| [redacted] | $4,653.16 | GLF_HLF Only |
| [redacted] | $6,580.75 | GLF_HLF Only |
| [redacted] | $4,000.00 | GLF_HLF Only |
| [redacted] | $4,101.58 | GLF_HLF Only |
| [redacted] | $7,827.58 | GLF_HLF Only |
| [redacted] | $4,062.50 | GLF_HLF Only |
| [redacted] | $9,703.87 | GLF_HLF Only |
| [redacted] | $5,402.00 | GLF_HLF Only |
| [redacted] | $5,668.00 | GLF_HLF Only |
| [redacted] | $8,946.46 | GLF_HLF Only |
| [redacted] | $7,311.64 | GLF_HLF Only |

EX. D - REDACTED

| | | |
|---|---|---|
| [redacted] | $4,812.50 | GLF_HLF Only |
| | $4,453.08 | GLF_HLF Only |
| | $1,425.00 | GLF_HLF Only |
| | 5,600.00 | GLF_HLF Only |
| | 12,964.49 | GLF_HLF Only |
| | 4,600.00 | GLF_HLF Only |
| | $10,443.12 | GLF_HLF Only |
| Total | $260,014.82 | |

EX. D - REDACTED