**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 24-31596-EVR** |
| **IN RE: MMA LAW FIRM, PLLC,** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | |

**ORDER GRANTING CRISTÓBAL M. GALINDO, P.C.'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §§ 503(b) AND 507(a)(2)**

Came on for consideration *Cristóbal M. Galindo, P.C.'s Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 503(b) and 507(a)(2)* (the "Motion"). The Court, having considered the Motion, any responses thereto, the evidence and arguments of counsel, if any, and the record in this case, finds that the Motion should be **GRANTED** as set forth below.

**IT IS THEREFORE ORDERED that:**

1. The Motion was timely filed pursuant to paragraph 8 of the Court's Order Confirming Third Amended Joint Plan of Liquidation and Plan Supplement of MMA Law Firm, PLLC [ECF No. 1648].

2. Cristóbal M. Galindo, P.C. ("GLF") is allowed an administrative expense claim in the amount of $260,014.82 pursuant to 11 U.S.C. § 503(b), with priority under 11 U.S.C. § 507(a)(2).

3. The Plan Administrator is authorized and directed to pay GLF's allowed Administrative Expense Claim in accordance with section 2.1 of the confirmed Plan.

4. Nothing in this Order adjudicates or waives any constructive-trust, tracing, property, contractual, or other rights or remedies that GLF may possess against Houghtaling Law Firm, LLC, MMA Law Firm, PLLC, or any other person or entity, except to the extent expressly determined by this Order.

5. The Court retains jurisdiction to interpret and enforce this Order.

SIGNED: ______________________, 2026.

______________________________________

**EDUARDO V. RODRIGUEZ**
**CHIEF UNITED STATES**
**BANKRUPTCY JUDGE**