United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 07, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER**
**SETTING SHOW CAUSE HEARING**

This matter comes before the Court *sua sponte*. On September 10, 2026, following multiple ex parte communications to the Court by Jeffrey A. Vitt, this Court entered its "Order Regarding Ex Parte Communication by Jeffrey A. Vitt" ("*Ex Parte Communication Order*") at Dkt. No. 1714. In the Ex Parte Communication Order, this Court ordered Mr. Vitt to immediately cease and desist any and all ex parte communication with the Court and further warned that failure to abide by the terms of the Ex Parte Communication Order would result in the issuance of an order to show cause as to why Mr. Vitt should not be held in contempt of this Court. Dkt. No. 1714. Despite the Ex Parte Communication Order, Mr. Vitt has engaged in multiple further ex parte communications with this Court, including the following emails:

i. September 29, 2026, at 12:20 p.m., to Miriam Goott, cc Johnie Patterson and Norma Chavez (Case Manager): "Miriam Goott, Norma Chavez Johnie Patterson[ ]I do not oppose your request to cancel today's 3:00 PM hearing, as my formal position on the docket is that all proceedings and evidentiary hearings must be abated. Regarding the draft Rule 26(f) Joint Report you circulated: as detailed in my Emergency Application for Abatement (Doc. 1744) and the Notice filed this morning, my position is that all scheduling tracks, discovery obligations, and evidentiary deadlines must be stayed pending a ruling by Chief Judge Rodriguez on the requested 45-day abatement. I cannot negotiate or stipulate to a binding discovery schedule while I remain administratively locked out of the CM/ECF system, unrepresented, and operating under the extreme challenges and duress. If you choose to file a motion for a separate report, you may notify the Court that my position for the Rule 26(f) report is a mandatory 45-day abatement of all scheduling and discovery. Jeffrey A. Vitt"

ii. September 30, 2026, at 11:16 a.m., to Allison Byman, Miriam Goott, Norma Chavez (Case Manager), Johnie Patterson, and Ana Castro (Courtroom Deputy): "Counsel and Court, Miriam Goott Johnie Patterson Allison Byman Norma Chavez Ana Castro[:] Please accept this message as an urgent request for a short continuance of today's 1:30 PM hearing in Case No. 24-31596. Due to an unforeseen technical cell phone hardware failure that occurred late last night, my only phone device has experienced a critical lockout. I spent hours overnight and this morning troubleshooting what I initially believed to be a charging issue, but the device remains completely locked out. I've been trying to factory reset. Judge Rodriguez's standing orders strictly require two separate devices for participation (one for GoToMeeting

video and a separate telephone device for the audio conference line), this sudden technical emergency makes compliance physically impossible for today's hearing. I am formally requesting continuance of today's proceedings to allow me time to resolve this critical hardware and communication failure. Ms. Gooot and Ms. Byman: Do you voluntarily agree to or oppose this emergency request for a short continuance? Ms. Chavez, Case Manager, Ms. Castro Deputy: Please bring this urgent technical emergency and request for continuance to the Court's immediate attention. Thankful, Respectfully Jeffrey Alan Vitt, Individually"

iii. September 30, 2026, at 5:17 p.m., to Allison Byman, Miriam Goott, and Norma Chavez (Case Manager): "Please bring this matter to Chief Judge Rodriguez's attention. Ms. Chavez, Ms. Gooot and Ms. Byman: will you please inform the court that you were and/or are now aware i was present during todays hearing and these communications and filings? I request the Court review ECF No. 1764 (which was officially docketed at 1:19 PM prior to the hearing). Contrary to the minute entry in ECF No. 1765, I did appear: I was visually present on the GoToMeeting stream after actively troubleshooting network issues (including a router restart) . Plan Admin counsel also had questions. During hearing I sent held my cell up showing it malfunctioning directly on camera. I will file formal sworn declaration under penalty of perjury that my phone hardware failed late last night and remains non-functional. I respectfully request that the Court vacate ECF No. 1765 and correct the record."

iv. October 1, 2026, at 3:57 p.m., to Norma Chavez (Case Manager), Miriam Goott, and Allison Byman: "Apple Support Hardware Confirmation & Request to Jointly Vacate ECF No. 1765 Ms. Chavez, Ms. Goott, and Ms. Byman: Please update the record with the following confirmation regarding the technical hardware emergency from yesterday's hearing: Apple Support has confirmed that my cell phone issue is a physical hardware failure. While Apple support agents are restricted from issuing written diagnostic descriptions via email. I have an appointment at the Apple Store for Monday, October 5, 2026, at 1:00 PM. Ms. Goott and Ms. Byman: In light of these objective facts and our active communication thread during yesterday's session, do you voluntarily agree to join in an agreed motion or stipulate to vacating Order [ECF No. 1765] and resetting the matters for a fair hearing, satisfying local conference requirements? Please advise. Ms. Chavez: Please bring this hardware confirmation and my pending request to Chief Judge Rodriguez so that Order [ECF No. 1765] can be vacated and the hearing reset, correcting the factual error regarding my appearance and technical lockout. Respectfully submitted, Jeffrey Alan Vitt, Individually"

v. October 2, 2026, at 2:51 p.m., to Miriam Goott, cc Norma Chavez (Case Manager) and Allison Byman: "This email was not easy. Please share this with Judge Rodriguez / Court. My computer now has significant technology functional issues. I have a history of Advanced Persistent Threat and other data breaches.That possibility is not ruled out. These limitations prevent this and other filings into bankruptcy, making calls, etc. Technology is vital in everyday life. I request leave, stay (TIME) for all things bankruptcy including but not limited to filing motion to vacate Wednesday hearing ruling, other orders, not yet addressed, comingueled matters, status conference interactions/dates, other dates set or to be set, and all other bankruptcy matters previous, current and future filings, decisions/court orders, etc. Action steps to address and resolve known/unknown technology issues and additional challenges caused by or related to are in process. I do not know how long this will take. I

will provide progress updates as i'm able. Apple appointment is Monday. Other objective approaches are in process or in consideration. Thank you. Jeff Vitt"

Accordingly, it is therefore:

**ORDERED:** that

1. A hearing will be held on **Tuesday, November 10, 2026**, **at 1:30 p.m. (Central Standard Time)** before the United States Bankruptcy Court at which Jeffrey A. Vitt must appear and show cause as to why he should not be held in contempt of this Court and sanctioned for sending ex parte communications to the Court. For persons wishing to appear in person, the hearing will be conducted from the United States Courthouse, 1701 W. Business Hwy 83, 10th Floor Courtroom, McAllen, TX 78501.

2. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

3. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

4. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

5. For any witness and exhibits, parties must utilize Form 1-100 Witness & Exhibit List which can be located on this Court's home page at https://www.txs.uscourts.gov/content/chief-united-states-bankruptcy-judge-eduardo-v-rodriguez.

6. No later than **Monday, October 12, 2026,** Jeffrey A. Vitt must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**SIGNED Wednesday, October 7, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**