**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED
October 08, 2026
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| MMA LAW FIRM, PLLC, | § | **CASE NO. 24-31596 (EVR)** |
| Debtor. | § | |

**MOTION FOR PRESERVATION OF DIGITAL AUDIO RECORDING (.MP3) AND EXPEDITED TRANSCRIPT PRODUCTION REGARDING SEPTEMBER 30, 2026 HEARING**

**COMES NOW** Jeffrey Alan Vitt, pro se Claimant, appearing under extreme duress and reserving all constitutional, statutory, and procedural rights, and respectfully moves this Court for an order preserving the complete digital audio recording (mirroring court practice in Doc. 1653) and ordering the expedited transcription of the September 30, 2026 evidentiary hearing. In support thereof, Claimant shows:

**I. PRESERVATION OF THE SEPTEMBER 30 HEARING RECORD**

1. Claimant requires the complete, unedited digital audio recording (inclusive of pre-hearing bridge-opening logs starting fifteen minutes prior to docket call) and the certified written transcript of the September 30, 2026 evidentiary hearing to substantiate pending Rule 60(b) vacatur proceedings, due process challenges, and appellate records regarding Order [ECF No. 1765].
2. As established by prior court procedure in this case (e.g., Doc. 1653), official audio proceedings are preserved as embedded .mp3 attachments or downloadable files. The official record must accurately reflect visual and ambient facts, remote connection handshakes, screen freezes, technical drop-offs, and real-time communications before the court.

**WHEREFORE, PREMISES CONSIDERED,** Claimant respectfully requests that this Court enter an order:

1. **DIRECTING** the Clerk's Office to preserve and make available the complete digital audio .mp3 recording (inclusive of pre-hearing connection windows) of the September 30, 2026 evidentiary hearing; and
2. **AUTHORIZING** the expedited production of official written transcripts of said hearing to ensure a fair and complete record.

Respectfully submitted October 8th, 2026,

______________________________

Jeffrey Alan Vitt, Individually
12791 South 4230 Road
Chelsea, OK 74016-2114
Tel: 539-292-9358
Email: javit2004rule@gmail.com
*Pro Se Claimant*

**CERTIFICATE OF CONFERENCE**

I hereby certify that pro se Claimant attempted in good faith to confer with opposing counsel regarding scheduling and relief, but due to active communication barriers, technical lockouts, and conflicting positions, an agreement could not be reached prior to filing.

________________________________________

Jeffrey Alan Vitt, Individually
Date: October 8, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, a true and correct copy of this Motion was served through the Court's CM/ECF system and/or via electronic mail upon all counsel of record, including Allison D. Byman (Plan Administrator), Miriam T. Goott and Johnie J. Patterson (Counsel for Debtor and Plan Administrator), Nicholas R. Lawson & Avi Moshenberg (Counsel for the Official Committee of Unsecured Creditors), Andrew Jimenez (Office of the United States Trustee), and John Zachary Moseley, Individually.

**Plan Administrator:**
Allison Byman
adb@bymanlaw.com

**Counsel for the Debtor:**
Johnie Patterson & Miriam Goott
jjp@walkerandpatterson.com, mgoott@walkerandpatterson.com

**Counsel for the Official Committee of Unsecured Creditors:**
Nicholas R. Lawson & Avi Moshenberg
Nick.Lawson@lmbusinesslaw.com, Avi.Moshenberg@lmbusinesslaw.com

**Office of the United States Trustee:**
Andrew Jimenez
ustpregion07.hu.ecf@usdoj.gov, andrew.jimenez@usdoj.gov

**John Zachary Moseley on behalf of Interested Party John Zachary Moseley, Individually**
Zach@mma-pllc.com

Respectfully submitted,

Jeffrey Alan Vitt, Individually
Date: October 8, 2026