**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| MMA LAW FIRM, PLLC, | § | **CASE NO. 24-31596 (EVR)** |
| Debtor. | § | |

**ORDER GRANTING MOTION FOR PRESERVATION OF COMPLETE DIGITAL AUDIO RECORDING (.MP3) AND EXPEDITED TRANSCRIPT PRODUCTION REGARDING SEPTEMBER 30, 2026 HEARING**

**CAME ON FOR CONSIDERATION** the Motion for Preservation of Complete Digital Audio Recording (.mp3) and Expedited Transcript Production Regarding the September 30, 2026 Hearing filed by pro se Claimant Jeffrey Alan Vitt. The Court, having reviewed the motion, the procedural history, and the record, finds that good cause exists for the relief requested. It is therefore:

**ORDERED** that the Clerk of the Court is directed to preserve and make available on the docket the complete, unedited digital audio .mp3 recording (inclusive of pre-hearing connection and bridge-opening logs starting fifteen minutes prior to docket call) of the evidentiary hearing held on September 30, 2026, consistent with prior court procedures in this case (see, e.g., Doc. 1653); and it is further

**ORDERED** that the production of the official written transcript of said September 30, 2026 hearing is expedited to ensure a complete and accurate record for ongoing proceedings; and it is further

**ORDERED** that the Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**SIGNED: October __________, 2026**

______________________________________

**EDUARDO V. RODRIGUEZ**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**