**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-31596** |
| **MMA LAW FIRM, PLLC** | § | |
| | § | |
| **Debtor.** | § | |

**CERTIFICATE OF NO OBJECTION**

**TO THE HONORABLE EDUARDO V. RODRIGUEZ**
**CHIEF U.S. BANKRUPTCY JUDGE:**

PLEASE TAKE NOTICE that on September 16, 2026, Lawson & Moshenberg PLLC filed its Final Application for Compensation and Expenses as Co-Counsel to the Official Committee of Unsecured Creditors [Dkt. 1724] (the "Final Application").

PLEASE TAKE FURTHER NOTICE that the Final Fee Application was served on those parties listed on the Master Service List. Included in the service list were parties receiving electronic notification, including counsel for the Debtor, the United States Trustee, and creditors EAJF and EAJ.

The undersigned hereby certifies that, as of the date of this filing, there have been no objections to the Final Fee Application, either informally or formally, that are not now satisfied. Further, no Party has filed an objection on the docket, and the objection deadline of October 7, 2026, has come and gone.

WHEREFORE, the undersigned respectfully requests that the Court enter the form of orders reflected in the Stipulation at the Court's earliest convenience.

Dated: October 8, 2026

Respectfully submitted,

**LAWSON & MOSHENBERG PLLC**

By: */s/ Avi Moshenberg*
Avi Moshenberg
Texas Bar No. 24083532
Nicholas R. Lawson
Texas Bar No. 24083367
Lawson & Moshenberg PLLC
2301 Commerce St., Suite 200
Houston, TX 77002
Telephone: 903-316-9155
Telephone: 713-449-9644
Email: Nick.Lawson@lmbusinesslaw.com
Avi.Moshenberg@lmbusinesslaw.com

***Co-Counsel for the Official Unsecured Creditors Committee***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above was electronically mailed to the parties that are registered to receive electronic notices *via* CM/ECF in this case on October 8, 2026.

*/s/ Avi Moshenberg*
Avi Moshenberg