United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 28, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER**
***Resolving ECF No. 580***

Pending before the Court is a single matter self-styled as "Cristóbal M. Galindo, P.C. D/B/A Galindo Law Firm's Motion For Leave To Amend Proof Of Claim No. 47 Filed by Cristobal M. Galindo, P.C. d/b/a Galindo Law Firm"[1] on March 7, 2025 relating to Proof of Claim No. 47. On February 5, 2025 MMA Law Firm, PLLC filed its Objection to Claim No. 47. On April 28, 2025 the Court held a hearing and for the reasons stated on the record, Claim No. 47 is converted to a proceeding under Federal Rules of Bankruptcy Procedure 7001.

SIGNED April 28, 2025

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

[1] ECF No. 580.