**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 24-31596** |
| **MMA LAW FIRM, PLLC** | § | |
| | § | |
| **DEBTOR** | § | |

**SETTLEMENT AGREEMENT WITH HOUGHTALING LAW FIRM, LLC**

This Settlement Agreement (the "**Agreement**") is entered into by and between MMA Law Firm, PLLC (formerly known as McClenny Moseley and Associates) ("**MMA**" or the "**Debtor**"), on the one hand, and Houghtaling Law Firm, LLC (**"HLF"**), on the other hand. MMA and HLF are each referred to individually as a "**Party**" and collectively as the "**Parties**."

This Agreement is expressly subject to approval by the United States Bankruptcy Court for the Southern District of Texas (the **"Bankruptcy Court"**). The Effective Date of this Settlement Agreement is that date that it is executed by the Parties.

**DEFINITIONS AND RECITALS**

1. Pre-petition, MMA represented numerous clients on a contingency-fee basis. Certain of those clients were subsequently represented by HLF (the **"Former MMA Clients"**).

2. HLF asserts that, with the exception of one Former MMA Client, **Barry Fletcher**, the Former MMA Clients were referred to HLF by **Cristobal M. Galindo, PC ("Galindo")**, pursuant to an agreement between Galindo and HLF to divide attorneys' fees equally.

3. On September 18, 2025, the Bankruptcy Court approved a settlement agreement between MMA and Galindo [ECF No. 832] (the **"Galindo Agreement"**), pursuant to which Galindo irrevocably waived and released all claims to attorneys' fees, costs or recovery arising from the

Former MMA Clients.

4. Paragraph 20 of the Galindo Agreement specifically provided as follows:

> "GLF irrevocably waives and relinquishes any and all claims it may have against any and all Successor Firms related to the MMA/Galindo Cases. This waiver is intended to provide assurance to Successor Firms that any settlements or payments made to MMA shall not subject them to liability or further claims by GLF and each of the Successor Firms may rely on this waiver." (ECF No. 832 – Paragraph 20)

5. In addition, the Galindo Agreement provided that in the event Galindo receives any funds after September 4, 2025, whether directly or indirectly, from any Successor Firm related to the Former MMA Cases, GLF shall remit 100% of such funds to MMA within fourteen (14) calendar days of receipt.

6. On March 9, 2026, MMA initiated an adversary proceeding against HLF in Case No. 26-03065 (the, **"Adversary"**) seeking among other things a fee apportionment related to the Former MMA Clients.

7. After the Adversary was filed, the Parties began discussing settlement and resolution of the claims asserted in the Adversary.

8. The Parties desire to resolve fully and finally the Adversary and all disputes arising from the Former MMA Clients, subject to Bankruptcy Court approval.

9. Nothing in this section shall be construed to limit or waive any rights MMA may have to pursue recovery directly from Galindo under the terms of the Galindo Agreement.

10. The Effective Date is defined as the date this Settlement Agreement is executed by the Parties.

**<u>TERMS AND CONDITIONS</u>**

**<u>BANKRUPTCY COURT APPROVAL</u>**:

11. This Agreement is subject to approval by the Bankruptcy Court and shall not be effective until such approval is entered.

12. MMA shall file a motion to approve this Settlement Agreement with the Bankruptcy Court within five (5) business days of execution by both Parties.

13. This Settlement Agreement divides the Former MMA Cases into the following categories:

   a. Unresolved Cases (Exhibit A)

   b. Resolved Unpaid Cases (Exhibit B)

   c. Fletcher Payment

   d. Resolved/Paid Galindo Cases (Exhibit C)

**<u>Unresolved Former MMA Cases</u>**

14. Certain Former MMA Client matters remain pending and have not yet been resolved as of the Effective Date (the "**Unresolved Cases**"). These matters are identified in the attached **Exhibit A**.

15. HLF agrees that upon receipt of attorney's fees in any of the Unresolved Cases, HLF shall transfer 50% of the total attorney's fees to MMA and the entirety of all known and disclosed expenses incurred and withheld for Galindo, within 3 days, after deduction of actual expenses paid.

16. HLF represents and warrants that cases identified in Exhibit A are the entirety of all Unresolved Cases that HLF is aware of.

**<u>Resolved Unpaid Cases</u>**

17. HLF represents that certain Former MMA Client matters have been settled, and that HLF has received the attorneys' fees associated with those matters but has not distributed the fifty percent (50%) share to Galindo or Galindo's stated expenses (if any)**,** pending resolution of the Adversary (the **"Resolved Unpaid Cases"**).

18. The Resolved Unpaid Cases are identified in the attached **Exhibit B** and total $352,863.05, which identifies the client's name, and the total amount owed and currently being held by HLF attributable to Galindo's fifty percent (50%) share, plus all expenses (if any) owed to Galindo.

19. HLF represents that the Resolved Unpaid Cases identified in **Exhibit B** are currently being held in its client trust account and have not been distributed, and HLF shall maintain those funds in trust pending approval of this Settlement Agreement by the Bankruptcy Court.

20. Within three (3) business days after entry of an order approving this Settlement Agreement by the Bankruptcy Court, HLF shall remit to MMA Law Firm, PLLC the total sum of Exhibit B when funds are cleared by the client, which represents the Resolved Unpaid Cases. Payment shall be made in immediately available funds, payable to MMA Law Firm, PLLC, and delivered to MMA's counsel, Walker & Paterson, P.C. at 4815 Dacoma, Houston, Texas 77092.

**<u>Fletcher Case</u>**

21. HLF shall hold the entirety of the attorney's fees attributable to the Barry Fletcher Case in its client trust account pending entry of an order by the Bankruptcy Court approving this Settlement Agreement.

22. Notwithstanding anything above, immediately upon execution of this Settlement Agreement by the Parties, MMA authorizes and permits HLF to endorse, on MMA's behalf, the settlement check for the Barry Fletcher Case, for the purpose of allowing HLF to immediately negotiate the check to distribute the client's settlement funds without further delay.

23. Within three (3) business days after entry of an order approving this Settlement Agreement by the Bankruptcy Court, HLF shall remit to MMA Law Firm, PLLC the sum of $3,600 (the **"Fletcher Payment"**) which represents 1/3 of the total attorney's fees received in the Fletcher Case. Payment of the Fletcher Payment shall be made in immediately available funds, payable to MMA Law Firm, PLLC, and delivered to MMA's counsel, Walker & Paterson, P.C. at 4815

Dacoma, Houston, Texas 77092.

**Resolved/Paid Cases to Galindo**

24. HLF represents that certain Former MMA Client matters were fully resolved prior to the entry of this Settlement Agreement and that HLF distributed to Galindo his agreed fifty percent (50%) share of the attorneys' fees arising from those matters (the **"Resolved/Paid Galindo Cases"**). **(Exhibit C)**

25. MMA expressly agrees that it does not assert, and shall not assert, any claim against HLF relating to attorneys' fees previously paid by HLF to Galindo for Former MMA Client matters prior to September 4, 2025, and such payments shall not form the basis of any liability by HLF to MMA.

26. In reliance on these representations, MMA agrees that it shall not assert any claim against HLF relating to the payments identified in Exhibit C, and MMA shall instead pursue any recovery of those funds directly from Galindo.

**NOTICE REQUIREMENTS**

27. All payments owed to MMA under this settlement agreement shall be made payable to MMA Law Firm, PLLC, and delivered to MMA's counsel, Walker & Paterson, P.C. at 4815 Dacoma, Houston, Texas 77092.

**EFFECT OF GALINDO AGREEMENT:**

28. The Parties acknowledge that, pursuant to the Bankruptcy Court's order entered on

September 18, 2025 approving the Galindo Agreement (ECF No. 832), Cristobal M. Galindo PC irrevocably waived and released any and all claims to attorneys' fees, costs, or recovery from MMA and all Successor Firms arising out of or related to the Former MMA Clients or Cases.

29. Consistent with that prior court-approved release, any interest or claim by Cristobal M. Galindo PC to attorneys' fees, costs or recovery associated with the Former MMA Cases has been extinguished with Galindo transferring to MMA all of its right, title and interest to all claims to attorney's fees, costs or recovery arising out of or related to the Former MMA Clients and Cases

30. MMA shall reference the Galindo release in the proposed order submitted to the Bankruptcy Court in connection with its motion to approve this Settlement Agreement pursuant to Bankruptcy Rule 9019.

31. MMA shall provide notice of this Settlement Agreement and the motion seeking approval thereof to Cristobal M. Galindo, PC.

**<u>MONTHLY REPORTING OBLIGATIONS</u>:**

32. Beginning on the 1st day of the first calendar month following entry of an order approving this Agreement, and continuing monthly thereafter, HLF shall provide MMA with a report identifying the status of all **Unresolved Cases (as identified in Exhibit A)**, including:

i. Client's Name;

ii. Total attorney's fees received

iii. Fee percentage and dollar amount of fees to which HLF will receive if a supplemental payment or settlement payment is forthcoming;

iv. Amount of expenses/costs due to HLF;

v. Amount of expenses/costs previously due to Galindo; and

vi. Supporting Distribution Statements or other documentation, as applicable to cases that were newly resolved in that reporting period.

**{00384530-1}**

**HLF'S REPRESENTATIONS, AFFIRMATIONS AND ACCOUNTABILITY**

33. If it is later discovered that any information was omitted or incorrectly provided in the Spreadsheets identified in Exhibit A, Exhibit B or Exhibit C; then, upon discovery of such omission or misstatement, the discovering party shall promptly notify the other in writing of the omission or misstatement and provide a detailed report of the amounts alleged that is owed.

34. In the event that MMA is the discovering party, HLF shall have fourteen (14) business days to remit any further amounts owed to MMA under this agreement, or if contested by HLF, provide notice to MMA of such contest providing a detailed report of the amounts alleged that is owed.

35. In the event a dispute arises from the Settlement Agreement, the parties shall meet and confer as a precursor prior to filing any legal action.

36. In the event that HLF is the discovering party, it shall promptly notify MMA of the omission or misstatement and remit the additional funds owed under the terms of this Agreement to MMA within three (3) business days after providing said notice to MMA or the receipt of the funds by HLF, whichever occurs later.

37. All representations in this Agreement are made under penalty of perjury and are subject to the full enforcement powers of the Bankruptcy Court, including sanctions and contempt.

38. Any notices required to be sent pursuant to this section must be sent in writing via email to:

**If to MMA** – Miriam Goott at mgoott@walkerandpatterson.com and Johnie Patterson at jjp@walkerandpatterson.com.

**If to HLF** – Brian J. Houghtaling at brian@houghtalinglaw.com and Becky Allen at becky@houghtalinglaw.com

39. **MMA'S COOPERATION**

a. With regard to the Former MMA Cases, MMA agrees to take all reasonable actions necessary to expedite resolution of any payment issues relating to all cases that have not settled within three (3) business days of receipt of the check or request from HLF, including but not limited to: (a) endorsing any settlement check; (b) agreeing to remove MMA's name from a settlement check; (c) providing written authorization for HLF or its representatives to endorse checks on MMA's behalf; or (d) executing documents necessary to effectuate prompt payment on client's behalf.

40. **RETENTION OF JURISDICTION:**

a. In the event a dispute exists under this Settlement Agreement, the Bankruptcy Court shall retain exclusive jurisdiction to resolve any disputes arising from or related to this Agreement.

41. **MUTUAL RELEASES:**

a. Upon full performance of the terms of this Agreement, MMA and HLF shall mutually release, acquit, and forever discharge each other, its owners, employees, officers, agents, representatives, directors, and any and all other persons, of and from any and all claims, demands, and causes of action, whether known or should have been known as of the date of this Settlement Agreement, arising out of or related to the Former MMA Cases.

**Date: 3-30-2026**

*/s/John Zachary Moseley*

**John Zachary Moseley – MMA Law Firm, PLLC**
1235 North Loop West
Suite 810
Houston, Texas 77008
Email: zach@mma-pllc.com
Telephone: 713-334-6121
Fax: 713-332-5953

03/27/26 Date:

________________________________________

Brian J. Houghtaling – Houghtaling Law Firm, LLC
Two Lakeway, Suite 1090
3850 North Causeway Boulevard
Metairie, LA 70002
Email: brian@houghtalinglaw.com
Phone: 504-901-6767
Fax: 877-448-5339

EXHIBIT A - REMAINING CASES UNRESOLVED

| Case Number - Filed | Client Name | Carrier |
|---|---|---|
| 2023-08817 | Almeida, Ximena | Capitol Preferred Insurance Company, Inc. |
| 2023-08819 | Almeida, Ximena | Capitol Preferred Insurance Company, Inc. |
| 68320 | Bosworth, Evelyn | Louisiana Citizens Property Insurance Corporation |
| 2022-110846 | Bouget, Cynthia | Security Plan Fire Insurance Company |
| 91095 | Brasseaux, Brent | Maison Insurance Company |
| C-737315 | Brunet, Jason | United Property & Casualty Insurance Company |
| 844-524 | Burmaster, Chris | Centauri National Insurance Company |
| 2023-7696 | Burmaster, Lauren (1842 Frenchman) | Southern Fidelity Insurance Company |
| 2023-7693 | Burmaster, Lauren (2517 Frenchman) | Southern Fidelity Insurance Company |
| 2023-7938 | Burmaster, Lauren (Saint Anthony) | Southern Fidelity Insurance Company |
| 273575 | Clark, Chris | Union National Fire Insurance Company |
| 2023-3352 | Cook, Yvonne | Security Plan Fire Insurance Company |
| c20216515 | Cormier, Tracy | Security Plan Fire Insurance Company |
| 197918 | Dardar, Joseph | American Bankers Insurance Company of Florida |
| 2023-15092 | Everett, Lorie | Americas Insurance Company |
| 2:23-cv-4478 | Fisher, Marsha | State Farm Fire and Casualty Company |
| 2023-14705 | Fos, Kevin | Capitol Preferred Insurance Company, Inc. |
| 2:22-cv-3935 | Givens, Sidney | Southern Fidelity Insurance Company |
| 2023-14664 | Gordon, Melanie | Southern Fidelity Insurance Company |
| 846-064 | Green, Karen | Lighthouse Excalibur Insurance Company |
| 2023-1408 | Green, Rita | Union National Fire Insurance Company |
| H-147917 | Griffin, Melinda - | Capitol Preferred Insurance Company, Inc. |
| C-736141 | Hardy, Keena | Southern Fidelity Insurance Company |
| 80380 | Harris, Janeka | Maison Insurance Company |
| 844-949 | Holmes, Tiera | Lighthouse Excalibur Insurance Company |
| 2:23-cv-2951 | James, Octave | State Farm Fire and Casualty Company |
| 2023-14290 | Juge, Christopher | Americas Insurance Company |
| 2023-08577 | Kim, Lana | Capitol Preferred Insurance Company, Inc. |
| C-2023-2761 | King, Tammy | Maison Insurance Company |
| 137927 | Linda Babin | American Bankers Insurance Company of Florida |
| 845-152 | Lopez, Bernabe | Lighthouse Excalibur Insurance Company |
| 2023-3235 | Martin, Peggy | Union National Fire Insurance Company |
| C-737077 | Martin, Shawna | Maison Insurance Company |
| 2022-7606 | McCants, Patsy | Americas Insurance Company |
| 2023-8715 | Melancon, Latoya | Southern Fidelity Insurance Company |
| 138029 | Mitchell, Doris | Security Plan Fire Insurance Company |
| 2023-8801 | Montgomery, Hardy | Access Home Insurance Company |
| 2023-2940 | Morris, Richard | Lighthouse Excalibur Insurance Company |
| C-179222 | Neal, Melanie | Americas Insurance Company |
| 845-145 | Nguyen, Dao | Access Home Insurance Company |
| 2023-2760 | Nicholson, Lashaun | Lighthouse Excalibur Insurance Company |
| 843-801 | Nygren, Ian | Americas Insurance Company |
| 2023-14340 | Pitre, Patricia & Rick | Certain Underwriters at Lloyds of London |
| 2023-2755 | Rainey, Mary | Access Home Insurance Company |
| 2023-09111 | Richards, Alfred | Allstate Insurance Company |
| 2022-15885 | Sandrock, Glenn | Centauri National Insurance Company |
| 2023-15089 | Schuessler, Philip | Lighthouse Excalibur Insurance Company |
| 2023-08655 | Silas, Vontrell | Lighthouse Excalibur Insurance Company |
| 2023-14641 | Spicuzza, Mary | United Property & Casualty Insurance Company |
| 09643 (zeta) | St. Martin, Joseph | Americas Insurance Company |
| 2023-14655 | Stockton, William | Southern Fidelity Insurance Company |

| | | |
|---|---|---|
| 2022-2593 | Sumera, Melinda | Security Plan Fire Insurance Company |
| c2022-081 | Taylor, Dorothy | Union National Fire Insurance Company |
| 138158 | Vaughn, Sandra | American Bankers Insurance Company of Florida |
| 41703 | Victor, Loraine | Security Plan Fire Insurance Company |
| 2023-08916 | Walker, Julia | Americas Insurance Company |
| 2022-7761 | Wallace, Yolande | Lighthouse Excalibur Insurance Company |
| 2023-2756 | Warren, Irvin | Americas Insurance Company |
| 80269 | Washington, Vincent | Lighthouse Excalibur Insurance Company |
| 2023-9724 | Welch, Joel | Gulf States Insurance Company |
| C-737347 | Wilson, Albert | Access Home Insurance Company |
| 2023-7857 | Wilson, Eric | Southern Fidelity Insurance Company |

EXHIBIT B- RESOLVED AND UNPAID CASES

| Client - GLF Transfers | GLF Fees/Costs |
|---|---|
| Adams, Neil and Angelle | $5,250.00 |
| Albarado, Jason | $7,091.25 |
| Andrews, Jerrell | $4,453.08 |
| Augustus, Yvonne | $5,086.40 |
| Banks, Koven | $12,121.17 |
| Broussard, Clayton | $5,625.00 |
| Brown, Phyllis | $2,265.75 |
| Burke, Eric | $3,800.00 |
| Capers, Deantrius | $2,800.00 |
| Champagne, Paul | $5,243.19 |
| Chauvin, Angele | $19,012.46 |
| Cothern, Lisa | $4,125.07 |
| Cyres, Kieran | $6,201.75 |
| Davis, Jason and Dionne | $5,975.46 |
| Deruise, Troy | $5,687.50 |
| Duvernay, April | $2,250.00 |
| Ethridge, Megan | $8,260.00 |
| Frazier, Bonnie | $11,680.67 |
| Garrick, Cindy | $4,499.04 |
| Geason, Fabian | $0.00 |
| Gibson, Pandwe | $6,580.75 |
| Gillam, Charles | $4,000.00 |
| Giordano, Brandon | $4,101.58 |
| Green, Tawanda Boatner | $6,157.28 |
| Hamad, Jihad | $4,062.50 |
| Hatch, Toby | $3,500.00 |
| Hayes, Michele | $5,169.66 |
| Hebert, Rhonda Eschette | $3,637.58 |
| Howard, Janie | $3,500.00 |
| Johnson, Glenda | $6,568.41 |
| Jones, Arthur | $6,126.00 |
| Kennedy, Diane Ross | $7,773.29 |
| Ketchens, Roland | $9,703.87 |
| Klein, Chad and Ashley | $7,397.21 |
| Lange, Leonard | $6,329.71 |
| Lavigne, Cashmir | $5,402.00 |
| Lenox, Shantell | $3,000.00 |
| Lewis, Victoria | $2,250.00 |
| Lyons, Joseph | $4,812.50 |
| Mahne, Apryl | $9,000.00 |
| Marshall, James | $3,000.00 |
| McElveen, Troy | $5,796.22 |
| Miles, Jaresha | $7,000.00 |

| | |
|---|---|
| Mitchell, Leotis | $15,270.42 |
| Moses, Melvin | $1,500.00 |
| Muller, Robert | $16,500.00 |
| Nguyen, Danny | $6,541.76 |
| Nicholson, Lahsaun | $5,668.00 |
| Pendelton, Georgia | $9,094.03 |
| Percle, Breann | $6,479.19 |
| Perry, Kenneth | $5,900.00 |
| Pitari, Alex | $1,562.50 |
| Plake, Eugene | $5,449.78 |
| Ray, Earl | $750.00 |
| Reynaud, Diondra | $4,725.00 |
| Richardson, Allen | $6,473.02 |
| Rodriguez, Mary | $4,999.50 |
| Smith, James | $1,350.00 |
| Tran, Cung | $3,429.00 |
| Williams, Raunikka | $5,134.75 |
| Wright, Aaron | $5,739.75 |

**TOTAL** **$352,863.05**

EXHIBIT C

10-2025 PAYMENTS MADE TO GALINDO

| Client | GLF Fees |
|---|---|
| Carter, George | $1,836.64 |
| Dumbleton, Melissa | $12,000.00 |
| Foy, Brandon & Giva | $6,750.00 |
| Gibson, Letonya | $3,062.08 |
| Hicks, Ella and Alex | $3,600.00 |
| Jones, Timmy | $3,000.00 |
| Jordan, Clarence (supplement) | $3,903.75 |
| Lategan, Cynthia | $2,550.00 |
| Lathrop, Roy (Saint Malo) | $5,162.50 |
| LeBlanc, Deborah | $1,000.00 |
| McFarland, Sandear | $1,837.50 |
| Mossop, Lucille/Sheila | $3,750.00 |
| Roberts, Jack (Sunnyside) | $5,371.31 |
| Robinson, Michele | $5,206.25 |
| Rodrigue, Olden | $17,821.33 |
| Washington, Brenda | $9,625.00 |
| Williams, Era | $7,915.87 |
| Boudoin, Lance (GLF Transfer) | $5,969.00 |
| Brady, Maria (GLF Transfer) | $3,721.94 |
| Bubniw, Alexander (GLF Transfer) | $4,896.76 |
| Buras, Richared (GLF Transfer) | $5,561.58 |
| Cornish, Carletta (GLF Transfer) | $6,735.05 |
| Courtney, Jason (GLF Transfer) | $5,649.38 |
| D'Gerolamo, Angela (GLF Transfer) | $6,874.68 |
| Davila, Sonia (GLF Transfer) | $12,661.53 |
| Johnson, Jammy (GLF Transfer) | $5,615.71 |
| Lopez, Jimmy (GLF Transfer) | $9,064.66 |
| Marroquin, Fredy (GLF Transfer) | $3,810.00 |
| McKenzie, Richelle (GLF Transfer) | $5,131.22 |
| Miles, Richard (GLF Transfer) | $12,088.61 |
| Pace, Karen (GLF Transfer) | $6,278.96 |
| Peterson, Linda (GLF Transfer) | $3,670.46 |
| Pittman, Charlene (GLF Transfer) | $5,421.22 |
| Pittman, Phillip and Linda (GLF Transfer) | $5,776.00 |
| Portier, Michael (GLF Transfer) | $9,824.19 |
| Puma, Guytano (GLF Transfer) | $7,904.45 |
| Robin, Eugene (GLF Transfer) | $5,796.22 |
| Sims, Marita (GLF Transfer) | $4,277.00 |
| Skinner, Charmaine (GLF Transfer) | $5,902.00 |
| Williams, Corwin (GLF Transfer) | $5,771.00 |

NOVEMBER 2025 PAYMENTS MADE TO GALINDO

| Client | GLF Fees |
|---|---|
| Bailes, Kenneth | $4,250.00 |
| Borskey, Nathaniel | $1,500.00 |
| Celestin, Shaleah | $2,625.00 |
| Cooper, Shauan and Teresa | $7,113.75 |
| Hayes, Jerry Steven | $1,875.00 |
| Johnson, Sloan | $5,200.00 |
| Landry, Austin | $2,500.00 |
| Landry, Kenneth | $2,250.00 |
| Ledet, Kyle | $3,375.00 |
| Martinez, Evelyn | $9,000.00 |
| Maxwell, Jaime (Monroe) | $2,083.12 |
| Mitchell, Lamont and Knatrell | $2,499.75 |
| Rodrigue, Brett and Kara | $5,332.80 |
| Ruffins-Drewes, Ali | $4,812.50 |
| Swan, Natashia | $2,625.00 |
| Vincent, Lauren | $19,600.00 |
| Bellanger, Willie (GLF Transfer) | $6,437.18 |
| Black, Jerome (GLF Transfer) | $5,540.19 |
| Bonck, Michael (GLF Transfer) | $10,884.55 |
| Dupre, Robby (GLF Transfer) | $7,784.94 |
| Friloux, Johnny (GLF Transfer) | $7,861.53 |
| Jiles, Michael (GLF Transfer) | $3,831.00 |
| Smith, Eddie (GLF Transfer) | $3,920.53 |
| Spann, Beverly (Hickman) GLF Transfer | $5,418.50 |
| Walsh, Kenneth (GLF Transfer) | $2,900.50 |
| Williams, Jeralyn (GLF Transfer) Supplement | $4,913.72 |
| Williams, Jeralyn (GLF Transfer) Settlement | $5,174.68 |
| Winters, Donald (GLF Transfer) | $5,241.80 |

12-2025 PAYMENTS MADE TO GALINDO

| Client | GLF Fees |
|---|---|
| Bennett, Lisa | $5,460.00 |
| Daniels, Charmaine | $4,582.87 |
| Ellis, Tina | $4,812.50 |
| Fussell, John | $8,332.50 |
| Jordan, Clarence (settlement) | $1,500.00 |
| Macaluso, Bruce and Gabriela | $3,000.00 |
| Massey, Terry | $5,000.00 |
| Poplus, George and Adrian | $2,250.00 |
| Powers, Yolanda | $3,750.00 |
| Williams, Kimberly | $4,166.25 |
| Aldour, Nassar (GLF Transfer) | $11,098.25 |
| Alexander, Ryan (GLF Transfer) | $10,308.71 |
| Bonorino,Sebastian (GLF Transfer) | $7,652.00 |
| Daniel, Albert (GLF Transfer) | $5,506.95 |
| Donaldson, Sidney (GLF Transfer) | $7,228.92 |
| Fiallos, Ninah (GLF Transfer | $349.70 |
| Ford, Casey (GLF Transfer) | $4,758.49 |
| Haas, Joel (GLF Transfer) | $12,138.25 |
| Harris, Louis (GLF Transfer) | $9,716.09 |
| Hendricks, Gregory (GLF Transfer) | $3,013.50 |
| Newell, Carlissia (GLF Transfer) | $7,749.08 |
| Rickerson-Triggs, Jennifer (GLF Transfer) | $7,980.97 |
| Rios, Indira (GLF Transfer) | $8,402.00 |
| Starks, Ebony (GLF Transfer) | $7,143.33 |
| Thomas, Sherry (GLF Transfer) | $6,318.80 |
| Wilson, Joseph (GLF Transfer) | $4,790.21 |

JANUARY 2026 PAYMENTS MADE TO GALINDO

| Client | GLF Fees |
|---|---|
| Colbert, James | $6,000.00 |
| Davis, Robert | $5,000.00 |
| Galloway, Naida | $5,250.00 |
| Girlinghouse, Archie | $1,458.33 |
| Jessie, Jerrod | $1,250.00 |
| Perrin, Marcus and Dara | $3,000.00 |
| Posey, Quenisha | $1,350.00 |
| Sampson, Darius | $6,666.00 |
| Brooks, Robert and Rianda (GLF Transfer) | $8,049.75 |
| Brown, Treva (GLF Transfer) | $7,022.72 |
| Butler, Christine (GLF Transfer) | $4,465.10 |
| Champagne, Lila (GLF Transfer) | $4,697.22 |
| Collins, Theodore (GLF Transfer) | $8,356.95 |
| Curole, Bryan (GLF Transfer) | $4,782.71 |
| Davis, Virginia (GLF Transfer) | $7,978.92 |
| Doucet, Jordan (GLF Transfer) | $3,575.11 |
| Dyson, Latisia (GLF Transfer) | $5,520.09 |
| Fultz-Cook, Cathy (GLF Transfer) | $4,310.69 |
| Hay, Shelley-Walker (GLF Transfer) | $8,000.10 |
| Husband, Mary (GLF Transfer) | $6,308.10 |
| Johnson, Derick and Jolynn (GLF Transfer) | $7,203.46 |
| Parfait, Samuel (GLF Transfer) | $12,270.97 |
| Saunders, Melvin (GLF Transfer) | $5,138.25 |
| Schenk, Roy (GLF Transfer) | $3,783.67 |
| Shropshire, Geraldine (GLF Transfer0 | $2,500.41 |
| Silvan, Rhonda (GLF Transfer) | $5,657.57 |
| Smith, Laqwenta (GLF Transfer) | $4,274.39 |
| Spector, David and Jennie | $1,500.00 |
| Whitehead, Linda (GLF Transfer) | $8,279.92 |

FEBRUARY 2026 PAYMENTS MADE TO GALINDO

| Client | GLF Fees |
|---|---|
| Acosta, David and Misty | $3,750.00 |
| Davis, Jason | $5,250.00 |
| Grant, Brianne | $1,548.99 |
| Hendricks, Shirley (Morris) | $12,687.50 |
| Meek, Myron | $3,937.50 |
| Miller, Richard | $7,000.00 |
| Williams, Michael | $4,637.50 |
| Baker, Thomas (GLF Transfer) | $3,225.00 |
| Beard, Thomas and Michelle (GLF Transfer) | $6,291.94 |
| Chandler, Thomas (GLF Transfer) | $7,562.00 |
| Copeland, Bonnie (GLF Transfer) | $10,715.15 |
| Cranford, Laurie (GLF Transfer) | $9,184.15 |
| Dennis, Wendell (GLF Transfer) | $7,781.25 |
| Fiallos, Ninah (GLF Transfer) | $3,971.33 |
| Johnson, Chandrell (GLF Transfer | $4,760.00 |
| Marroquin, Yajaira (GLF Transfer) | $6,029.96 |
| Mason-Evans, Courtney (GLF Transfer) | $5,574.08 |
| Meador, Erin (GLF Transfer) | $6,470.11 |
| Poindexter, Sidney (GLF Transfer) | $5,238.37 |
| Snowton, Tishawn (GLF Transfer) | $8,253.76 |
| Stokes, Antoinette (GLF Transfer) | $6,120.98 |