Gmail **Miriam Goott <mgoott@walkerandpatterson.com>**

# 9019 Motion with Houghtaling Law Firm, LLC

1 message

**Miriam Goott** <mgoott@walkerandpatterson.com> Mon, Mar 30, 2026 at 2:55 PM
To: Nick Lawson <nick.lawson@lmbusinesslaw.com>, Avi Moshenberg <avi.moshenberg@lmbusinesslaw.com>, "Miller, David" <dmiller@spencerfane.com>, "Zimmerman, Brian W." <bzimmerman@spencerfane.com>, "Johnson, Fred" <fjohnson@spencerfane.com>, Charlie Shelton <cshelton@haywardfirm.com>, "Jimenez, Andrew (USTP)" <Andrew.Jimenez@usdoj.gov>
Cc: Johnie Patterson <jjp@walkerandpatterson.com>

All:

Attached please find the Debtor's Motion to Compromise Controversy with Houghtaling Law Firm, LLC.

Miriam

***Miriam Goott***
***Walker & Patterson, P.C.***
***4815 Dacoma***
***Houston, TX 77092***
***713.956.5577***
***713.956.5570 fax***

---

**filed 9019.pdf**
1643K