Case 24-31596 Document 1784-11 Filed in TXSB on 10/08/26 Page 1 of 1

Gmail

**Miriam Goott <mgoott@walkerandpatterson.com>**

## MMA - Orders Setting Multiple Hearings (May 20, 2026)

1 message

**Miriam Goott** <mgoott@walkerandpatterson.com> Wed, Apr 29, 2026 at 6:49 PM
To: Miriam Goott <mgoott@walkerandpatterson.com>, Johnie Patterson <jjp@walkerandpatterson.com>
Bcc: Nick Lawson <nick.lawson@lmbusinesslaw.com>, Avi Moshenberg <avi.moshenberg@lmbusinesslaw.com>, "Miller, David" <dmiller@spencerfane.com>, "Zimmerman, Brian W." <bzimmerman@spencerfane.com>, Jeanne Demarest <jeanne@akdlalaw.com>, Ravi Sangisetty <rks@sangisettylaw.com>, Leo Congeni <leo@congenilawfirm.com>, Brian Houghtaling <brian@houghtalinglaw.com>, "Jimenez, Andrew (USTP)" <Andrew.Jimenez@usdoj.gov>, Lisa Norman <lnorman@andrewsmyers.com>, Christopher Whelen <Christopher@huberthomaslaw.com>, "becky@houghtalinglaw.com" <becky@houghtalinglaw.com>, Katy Ohlsson <kohlsson@mma-pllc.com>, Zach Moseley <Zach@mma-pllc.com>, Charlie Shelton <cshelton@haywardfirm.com>

Motion to Approve Compromise with Alvendia, Kelly & Demarest, ECF No. 1370;
Motion to Approve Compromise with Cox, Cox Filo, Camel, Wilson Brown, LLC, ECF No. 1371; Motion to Approve Compromise with Sangisetty Law Firm, ECF No. 1379
Motion to Approve Compromise under Rule 9019 with Houghtaling Law Firm, LLC, ECF No. 1418,
Motio to Compel Galindo

***Miriam Goott***
***Walker & Patterson, P.C.***
***4815 Dacoma***
***Houston, TX 77092***
***713.956.5577***
***713.956.5570 fax***

**2 attachments**

**ORDER SETTING 9019 HEARING.pdf**
305K

**ORDER SETTING MOTION TO COMPEL HEARING.pdf**
274K