**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 24-31596 |
| MMA LAW FIRM, PLLC, | § | |
| | § | Chapter 11 |
| | § | |

**ORDER DENYING CRISTÓBAL M. GALINDO, P.C.'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**
(Relates to ECF No. 1780)

Came on for consideration *Cristóbal M. Galindo, P.C.'s Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 503(b) and 507(a)(2)* [ECF No. 1780] (the **"Motion"**). Having considered the Motion, the Plan Administrator's objection, the evidence and arguments of counsel, and the record, the Court finds that the Motion should be denied. It is therefore

**ORDERED** that the Motion is **DENIED**; and it is further

**ORDERED** that this Court retains jurisdiction to interpret and enforce this Order.

SIGNED: ____________________

______________________________
EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE