Gmail

**Miriam Goott <mgoott@walkerandpatterson.com>**

# Order Setting Hearing and 26f Report

**Miriam Goott** <mgoott@walkerandpatterson.com> Tue, Sep 29, 2026 at 10:42 AM
To: JAVIT Vitt <javit2004rule@gmail.com>
Cc: Johnie Patterson <jjp@walkerandpatterson.com>

Mr. Vitt,

Our joint report is due in one week with five business days remaining. Will you please either provide comments or let me know if you are not going to respond. If you are not going to participate then I will file a motion asking the court for permission to file a separate report.

Please advise.

***Miriam Goott***
***Walker & Patterson, P.C.***
***4815 Dacoma***
***Houston, TX  77092***
***713.956.5577***
***713.956.5570 fax***

On Mon, Sep 28, 2026 at 6:02 PM Miriam Goott <mgoott@walkerandpatterson.com> wrote:

> Mr. Vitt,
>
> Can you please provide me with comments to this attached joint report?
>
> ***Miriam Goott***
> ***Walker & Patterson, P.C.***
> ***4815 Dacoma***
> ***Houston, TX  77092***
> ***713.956.5577***
> ***713.956.5570 fax***
>
> On Fri, Sep 25, 2026 at 5:23 PM Miriam Goott <mgoott@walkerandpatterson.com> wrote:
>
>> Mr. Vitt,
>>
>> Attached please find two documents.
>>
>> The first is the Court's Order setting a hearing on MMA's Objections to your proofs of claim.The hearing is scheduled for October 13 at 11:30. Details are contained in the attached order. You will also see that the Court has required us to file a joint report pursuant to Federal Rule of Civil Procedure 26(f) which will be due on October 1st.
>>
>> The second attachment is a  DRAFT joint report. Please fill in your sections. Please type your position in each box marked "MR. VITT TO COMPLETE". Please do not change the Debtor's boxes. I have highlighted those sections. If there is anything that you disagree with (other than the Debtor's sections) please mark it using redline.
>>
>> Please return the completed draft to me by email at this email address by Monday at the latest.  Please make sure to enter your contact information at the bottom of the document as well.  Once you return it to me, I will finalize it and circulate it back to you for final approval and signature. I will then file it.
>>
>> Thanks,
>> Miriam

Gmail **Miriam Goott <mgoott@walkerandpatterson.com>**

# Today's Hearing at 3pm: Emergency Motion

**JAVIT Vitt** <javit2004rule@gmail.com> Tue, Sep 29, 2026 at 12:19 PM
To: Miriam Goott <mgoott@walkerandpatterson.com>
Cc: Norma Chavez <Norma_J_Chavez@txs.uscourts.gov>, Johnie Patterson <jjp@walkerandpatterson.com>

Miriam Goott, Norma Chavez Johnie PattersonI do not oppose your request to cancel today's 3:00 PM hearing, as my formal position on the docket is that all proceedings and evidentiary hearings must be abated.

Regarding the draft Rule 26(f) Joint Report you circulated: as detailed in my Emergency Application for Abatement (Doc. 1744) and the Notice filed this morning, my position is that all scheduling tracks, discovery obligations, and evidentiary deadlines must be stayed pending a ruling by Chief Judge Rodriguez on the requested 45-day abatement.

I cannot negotiate or stipulate to a binding discovery schedule while I remain administratively locked out of the CM/ECF system, unrepresented, and operating under the extreme challenges and duress.

If you choose to file a motion for a separate report, you may notify the Court that my position for the Rule 26(f) report is a mandatory 45-day abatement of all scheduling and discovery.

Jeffrey A. Vitt

On Tue, Sep 29, 2026 at 12:02 PM Miriam Goott <mgoott@walkerandpatterson.com> wrote:

> Ms. Chavez,
>
> We have a hearing at 3:00 pm today with Mr. Vitt in MMA (Case No. 24-31596). Can I please trouble you to let the Court know that I just filed an emergency motion seeking to cancel the hearing? It is filed at ECF No. 1756.
>
> I have attached a copy of the filed pleading and copied Mr. Vitt.
>
> Thank you,
> Miriam
> ***Miriam Goott***
> ***Walker & Patterson, P.C.***
> ***4815 Dacoma***
> ***Houston, TX  77092***
> ***713.956.5577***
> ***713.956.5570 fax***