**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 24-31596 |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | Chapter 11 |
| Debtor. | § | |

**NOTICE REGARDING RULE 26(f) CONFERENCE AND PROPOSED DISCOVERY PLAN**

[Relates to ECF Nos. 1609, 1610, 1611, 1612, and 1733]

**PLEASE TAKE NOTICE** that on September 25, 2026, the Court entered its Order for Electronic Scheduling Conference, requiring the Parties to confer and file a joint report pursuant to Rule 26(f) seven business days before the scheduling conference set for October 13, 2026. The undersigned counsel made multiple attempts to confer with Mr. Vitt regarding the joint report, but Mr. Vitt refused to participate. See attached **Exhibit A**, which identifies the communications between the parties concerning this issue. Accordingly, on October 8, 2026, Allison D. Byman, Plan Administrator for MMA Law Firm, PLLC, filed a separate report at ECF No. 1785.

Dated: October 8, 2026

Respectfully submitted,

By: */s/ Miriam T. Goott*
Miriam T. Goott
Texas Bar No. 24048846
P.O. Box 61301
Houston, Texas 77208
Telephone: 713.956.5577
Facsimile: 713.956.5570
mgoott@walkerandpatterson.com
**COUNSEL FOR ALLISON D. BYMAN, PLAN ADMINISTRATOR FOR MMA LAW FIRM, PLLC**