**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-31596 |
| MMA LAW FIRM, PLLC, | § | |
| | § | CHAPTER 11 |
| Reorganized Debtor. | § | |

**ORDER (I) AUTHORIZING THE PLAN ADMINISTRATOR TO ENTER INTO MASTER SERVICES AND HOSTING AGREEMENT WITH QUIKDATA, LLC AND (II) AUTHORIZING PAYMENT OF QUIKDATA'S FEES FROM ESTATE FUNDS AS PERMITTED EXPENSES**

[Relates to ECF No. __]

Came on for consideration the Plan Administrator's Motion for Entry of an Order (I) Authorizing the Plan Administrator to Enter Into Master Services and Hosting Agreement With QuikData, LLC and (II) Authorizing Payment of QuikData's Fees From Estate Funds as Permitted Expenses (the **"Motion"**). The Court finds that notice of the Motion was adequate and appropriate under the circumstances; and that the relief requested is in the best interests of the Estate, its creditors, and other parties in interest. It is therefore **ORDERED** that:

1. The Motion is **GRANTED** as set forth in this Order.

2. The Plan Administrator is authorized to enter into and perform under the Agreement attached to the Motion as Exhibit A, and to take all actions reasonably necessary to implement it.

3. QuikData's fees and expenses under the Agreement are allowed as administrative expenses under 11 U.S.C. § 503(b)(1)(A) and constitute Permitted Expenses under the Plan. The Plan Administrator may pay them from Estate funds in the ordinary course, as and when due under the Agreement, without the need for fee applications or further order of the Court.

4. The Plan Administrator shall report all payments made to QuikData in her quarterly reports under Section 5.11 of the Plan.

5. This Court retains jurisdiction over all matters arising from or relating to the implementation, interpretation, and enforcement of this Order and the Agreement.

SIGNED: ____________________

______________________________________

EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE