**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO. 24-31596** |
| **MMA LAW FIRM, PLLC** | **CHAPTER 11** |
| ***Debtor*** | **JUDGE RODRIGUEZ** |

---

**REQUEST TO BE REMOVED FROM NOTICE OF ELECTRONIC FILING**

---

William S. Robbins, counsel to Louisiana Insurance Guaranty Association ("LIGA") hereby respectfully requests that the Clerk of Court terminate the undersigned's association with this case for purposes of receiving the Notice of Electronic Filing ("NEF") generated by the Court's CM/ECF system.

Respectfully submitted,

**STEWART ROBBINS & ALTAZAN, LLC**

By: */s/ Wiliam S. Robbins*
William S. Robbins (Tx. Bar # 24100894)
wrobbins@stewartrobbins.com
301 Main Street, Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

***Counsel for Louisiana Insurance Guaranty Association***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 12 October 2026, this Notice was served via the Court's CM/ECF electronic system on all parties registered to receive such notice.

*/s/ William S. Robbins*
William S. Robbins