**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 24-31596** |
| | § | |
| **MMA LAW FIRM, PLLC** | § | **CHAPTER 11** |
| | § | |
| **DEBTOR** | § | **JUDGE RODRIGUEZ** |

## REQUEST TO BE REMOVED FROM NOTICE OF ELECTRONIC FILING

Simon W. Hendershot III, Katie L. Cowart, and the law office of Hendershot Cowart P.C. hereby respectfully requests that the Clerk of Court terminate the undersigned's association with this case for purposes of receiving the Notice of Electronic Filing ("NEF") generated by the Court's CM/ECF system.

Dated: October 13, 2026.

Respectfully submitted,

**HENDERSHOT COWART P.C.**

By: */s/ Simon W. Hendershot III*

SIMON W. HENDERSHOT, III
SBN: 09417200
trey@hchlawyers.com
eservice@hchlawyers.com
KATIE COWART
SBN: 24048268
kcowart@hchlawyers.com
1800 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 783-3110
Facsimile: (713) 783-2809

**CERTIFICATE OF SERVICE**

It is hereby certified that on October 13, 2026, a copy of the foregoing was served through the Court's electronic filing system as to all parties who have entered an appearance in this proceeding.

*/s/ Simon W. Hendershot III*
SIMON W. HENDERSHOT III