**UNTIED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO. 24-31596** |
| **MMA LAW FIRM, PLLC** | **CHAPTER 11** |
| ***DEBTOR*** | **JUDGE RODRIGUEZ** |

**REQUEST TO BE REMOVED FROM NOTICE OF ELECTRONIC FILING**

C. Charles Townsend, who appeared for non-party Tessa Vorhaben, an attorney with Hinshaw & Culbertson, hereby respectfully requests the Clerk of Court terminate the undersigned's association with this case for purposes of receiving the Notice of Electronic Filing generated by the Court's CM/ECF system.

Date: October 14, 2026

Respectfully submitted,

**HINSHAW & CULBERTSON LLP**

*/s/ C. Charles Townsend*
C. Charles Townsend
SBN: 24028053, FBN: 1018722
ctownsend@hinshawlaw.com
500 N. Akard Street, Suite 2200
Dallas, Texas 75201
telephone: 945-229-6390
facsimile: 312-704-3001

**ATTORNEY FOR TESSA VORHABEN**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all parties registered to receive such notice.

*/s/ C. Charles Townsend*
C. Charles Townsend