Gmail JAVIT Vitt <javit2004rule@gmail.com>

# Trying to Call in to hearing

7 messages

---

**Miriam Goott** <mgoott@walkerandpatterson.com> Wed, Sep 30, 2026 at 1:32 PM
To: Norma Chavez <Norma_J_Chavez@txs.uscourts.gov>, JAVIT Vitt <javit2004rule@gmail.com>, "adb@bymanlaw.com" <adb@bymanlaw.com>

Ms. Chavez,

Ms. Byman and I are both having difficulty logging into the hearing.

***Miriam Goott***
***Walker & Patterson, P.C.***
***4815 Dacoma***
***Houston, TX 77092***
***713.956.5577***
***713.956.5570 fax***

---

**Norma Chavez** <Norma_J_Chavez@txs.uscourts.gov> Wed, Sep 30, 2026 at 1:33 PM
To: Miriam Goott <mgoott@walkerandpatterson.com>, JAVIT Vitt <javit2004rule@gmail.com>, "adb@bymanlaw.com" <adb@bymanlaw.com>

We are just opening up gotomeeting now.

Norma Jean (Jeannie) Chavez

Case Manager to Hon. Eduardo V. Rodriguez

Chief United States Bankruptcy Judge

1701 W. Business Hwy 83

McAllen, TX 78501

---

**From:** Miriam Goott <mgoott@walkerandpatterson.com>
**Sent:** Wednesday, September 30, 2026 1:33 PM
**To:** Norma Chavez <Norma_J_Chavez@txs.uscourts.gov>; JAVIT Vitt <javit2004rule@gmail.com>; adb@bymanlaw.com
**Subject:** Trying to Call in to hearing

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**Miriam Goott** <mgoott@walkerandpatterson.com> Wed, Sep 30, 2026 at 1:34 PM
To: Norma Chavez <Norma_J_Chavez@txs.uscourts.gov>
Cc: JAVIT Vitt <javit2004rule@gmail.com>, "adb@bymanlaw.com" <adb@bymanlaw.com>

Thank you. I'm on

***Miriam Goott***
***Walker & Patterson, P.C.***
***4815 Dacoma***
***Houston, TX 77092***
***713.956.5577***
***713.956.5570 fax***
[Quoted text hidden]

---

**JAVIT Vitt** <javit2004rule@gmail.com> Wed, Sep 30, 2026 at 1:43 PM
To: Miriam Goott <mgoott@walkerandpatterson.com>
Cc: Norma Chavez <Norma_J_Chavez@txs.uscourts.gov>, "adb@bymanlaw.com" <adb@bymanlaw.com>

i had difficulty too. So i restarted the router. it did connect fr a few seconds but restarting had already began so i lost connection to this. i'm joined without audio to make the ebst appearance i'm able
[Quoted text hidden]

---

**JAVIT Vitt** <javit2004rule@gmail.com> Wed, Sep 30, 2026 at 5:17 PM
To: Miriam Goott <mgoott@walkerandpatterson.com>
Cc: Norma Chavez <Norma_J_Chavez@txs.uscourts.gov>, "adb@bymanlaw.com" <adb@bymanlaw.com>

Please bring this matter to Chief Judge Rodriguez's attention.
**Ms. Chavez, Ms. Gooot and Ms. Byman:** will you please inform the court that you were and/or are now aware i was present during todays hearing and these communications and filings?

I request the Court review ECF No. 1764 (which was officially docketed at 1:19 PM prior to the hearing). Contrary to the minute entry in ECF No. 1765, I did appear: I was visually present on the GoToMeeting stream after actively troubleshooting network issues (including a router restart) . Plan Admin counsel also had questions. During hearing I sent held my cell up showing it malfunctioning directly on camera. I will file formal sworn declaration under penalty of perjury that my phone hardware failed late last night and remains non-functional. I respectfully request that the Court vacate ECF No. 1765 and correct the record."

also see this email sent at 11:15 am

URGENT / TIME SENSITIVE: Emergency Request for Continuance of Today's 1:30 PM Hearing (Case No. 24-31596)

Counsel and Court,

Miriam Goott

Johnie Patterson

Allison Byman

Norma Chavez

Ana Castro

Please accept this message as an urgent request for a short continuance of today's 1:30 PM hearing in Case No. 24-31596.

Due to an unforeseen technical cell phone hardware failure that occurred late last night, my only phone device has experienced a critical lockout. I spent hours overnight and this morning troubleshooting what I initially believed to be a charging issue, but the device remains completely locked out. I've been trying to factory reset. Judge Rodriguez's standing orders strictly require two separate devices for participation (one for GoToMeeting video and a separate telephone device for the audio conference line), this sudden technical emergency makes compliance physically impossible for today's hearing.

I am formally requesting continuance of today's proceedings to allow me time to resolve this critical hardware and communication failure.

**Ms. Gooot and Ms. Byman:** Do you voluntarily agree to or oppose this emergency request for a short continuance?

**Ms. Chavez, Case Manager, Ms. Castro Deputy:** Please bring this urgent technical emergency and request for continuance to the Court's immediate attention.

Thankful, Respectfully

Jeffrey Alan Vitt, Individually

Tel: 539-292-9358

Email: javit2004rule@gmail.com

[Quoted text hidden]

---

**JAVIT Vitt** <javit2004rule@gmail.com> Thu, Oct 1, 2026 at 3:57 PM
To: Miriam Goott <mgoott@walkerandpatterson.com>
Cc: Norma Chavez <Norma_J_Chavez@txs.uscourts.gov>, "adb@bymanlaw.com" <adb@bymanlaw.com>

Subject: UPDATE / CASE NO. 24-31596:
Apple Support Hardware Confirmation & Request to
Jointly Vacate ECF No. 1765

Ms. Chavez, Ms. Goott, and Ms. Byman:

Please update the record with the following confirmation regarding the technical hardware emergency from yesterday's hearing:

Apple Support has confirmed that my cell phone issue is a physical hardware failure. While Apple support agents are restricted from issuing written diagnostic descriptions via email. I have an appointment at the Apple Store for Monday, October 5, 2026, at 1:00 PM.

Ms. Goott and Ms. Byman: In light of these objective facts and our active communication thread during yesterday's session, do you voluntarily agree to join in an agreed motion or stipulate to vacating Order [ECF No. 1765] and resetting the matters for a fair hearing, satisfying local conference requirements? Please advise.

Ms. Chavez: Please bring this hardware confirmation and my pending request to Chief Judge Rodriguez so that Order [ECF No. 1765] can be

vacated and the hearing reset, correcting the factual error regarding my appearance and technical lockout.

Respectfully submitted,
Jeffrey Alan Vitt, Individually
[Quoted text hidden]

**539-292-9358 Get ready for the Genius Bar.pdf**
115K

---

**JAVIT Vitt** <javit2004rule@gmail.com> Fri, Oct 2, 2026 at 2:51 PM
To: Miriam Goott <mgoott@walkerandpatterson.com>
Cc: Norma Chavez <Norma_J_Chavez@txs.uscourts.gov>, "adb@bymanlaw.com" <adb@bymanlaw.com>

This email was not easy.

Please share this with Judge Rodriguez / Court.

My computer now has significant technology functional issues. I have a history of Advanced Persistent Threat and other data breaches.That possibility is not ruled out. These limitations prevent this and other filings into bankruptcy, making calls, etc. Technology is vital in everyday life. I request leave, stay (TIME) for all things bankruptcy including but not limited to filing motion to vacate Wednesday hearing ruling, other orders, not yet addressed, comingueled matters, status conference interactions/dates, other dates set or to be set, and all other bankruptcy matters previous, current and future filings, decisions/court orders, etc.

Action steps to address and resolve known/unknown technology issues and additional challenges caused by or related to are in process. I do not know how long this will take. I will provide progress updates as i'm able. Apple appointment is Monday. Other objective approaches are in process or in consideration.

Thank you.

Jeff Vitt
[Quoted text hidden]

**From:** **Apple** noreply@email.apple.com
**Subject:** Get ready for the Genius Bar
**Date:** October 1, 2026 at 2:41 PM
**To:** justiceiceice@icloud.com

A

# Your upcoming Genius Bar appointment.

Review the steps below and check in with a Specialist when you arrive.

---

For convenience and a quicker check-in, add your appointment to Apple Wallet in your iOS device. Or show this code to a Specialist.

Add to Apple Wallet

**Monday, October 5, 2026**
**1:00 PM**

Add to Calendar ›

Same-day repairs subject to parts availability

**Apple Woodland Hills**
7021 S. Memorial Drive
Tulsa,Oklahoma

Get directions, view store details, and read store specific health and safety information ›

**iPhone**

Case ID: 102982836296

Manage my reservations ›

---

# Be prepared for your appointment

## Know your Apple Account and password

You need to know your Apple Account password at the time of your appointment to disable Find My.

Verify My Apple Account and Password ›

## Back up your data

Your iPhone data may be erased during service. Please make sure you back up your data either on your computer or using iCloud.*

Learn how to back up ›

## Update to the latest iOS

Updating to the latest iOS allows us to properly diagnose your device. Save time by already having the latest iOS installed when you arrive.

Learn how to update your iOS ›

*The Apple Store is not responsible for any data loss that may occur during service. Be sure to back up the data on your iPhone.

Shop Online | Find a Store | 1-800-MY-APPLE | Get the Apple Store App

TM and © 2026 Apple Inc. One Apple Park Way, Cupertino, CA 95014, USA.

All Rights Reserved | Privacy Policy | My Apple Account

This is a transactional email. If you prefer not to receive commercial email from Apple, please click here.

This message was sent to you from an email address that does not accept incoming messages.
Any replies to this message will not be read. If you have questions, please visit
support.apple.com/contact.

Please retain this document for your records.

apple.com/woodlandhills
Oct 5, 2026

Apple Woodland Hills
Tel: (918) 249-7800

# Genius Bar Work Authorization

Repair No : R730158425

## Customer Information

Jeff Vitt
United States

## Product Information

Warranty Status : Out of Warranty (OW)
Model: iPhone 11
Date of Purchase: Nov 6, 2020

Serial No : C8PD7Q7TN72J

## Problem Description/Diagnosis

Issue:
Boot loops
Steps to Reproduce:
Verified issue
Cosmetic Condition:
No bend
No cracks on front or back
Display has scratches
Proposed Resolution:
Attempted iOS restore: met with error.
-
Cleaned port and issue persist.
Whole unit replacement would be needed.
Resolution: Service Solution
Reason: Other
Contact Apple Support Case: 102986873791

## Repair Estimate

| Item Number | Description | Price | Amount Due | Customer KBB |
|---|---|---|---|---|
| | | $ | $ | |
| | **Total (Tax not included)** | **$ 0.00** | **$ 0.00** | |

I agree:
- the Repair Terms and Conditions referenced below will apply to the service of the product identified above;
- as unintentional loss of data may occur as a result of the service it is my responsibility to make a backup copy of my data before bringing my product to Apple for service;
- Apple is not responsible for any loss or corruption of the data on my product during service;
- Apple may use parts or products that are new or previously used Apple genuine parts that have been tested and passed Apple functional requirements.

Customer Name: ______________________ Received By: ______________________

Signature: ______________________ Date: ______________________

**Important! See Terms and Conditions on the back.**
**800-APL-CARE, www.apple.com/support**

Copyright © 2022 Apple Inc. All rights reserved. Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries.
AppleCare and Genius Bar are service marks of Apple Inc., registered in the U.S. and other countries. A775383H-CUS.

United States Courts
Southern District of Texas
FILED
September 30, 2026
Nathan Ochsner, Clerk of Court

**TXSDdb_Victoria-Operation**

| | |
|---|---|
| **From:** | EDSS via Southern District of Texas <admin@txs.uscourts.gov> |
| **Sent:** | Wednesday, September 30, 2026 1:04 PM |
| **To:** | TXS Continuous Improvement |
| **Subject:** | New Electronic Document Submission - Houston |
| **Attachments:** | Document-1-Jeffrey Alan Vitt.pdf; Document-2-Jeffrey Alan Vitt.pdf |

Form Information
Division: Houston
Case Number: 24-31596
Debtor Name or Case Style as Shown on the Case: MMA Law Firm, PLLC

Filer's Name: Jeffrey Alan Vitt
Filer's Email Address: javit2004rule@gmail.com Confirm Filer's Email Address: javit2004rule@gmail.com Filer's Phone Number: 5392929358

Filer's Signature: /s/ Jeffrey Alan Vitt

Uploaded Document Descriptions
Document 1 Description: EMERGENCY NOTICE OF 9/30 Document 2 Description: Proposed Order Notice Lockout Continuance Document 3 Description:
Document 4 Description:
Document 5 Description:

**This email was sent from an unmonitored email account. Please DO NOT reply to this email address. **

Gmail label:0---mma-case-filings

# 24-31596 Emergency Motion (Adversary)

0 - MMA Case Filings ×

**BKECF_LiveDB@txs.uscourts.gov**
to BK_Notices

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se lit by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewin**

**U.S. Bankruptcy Court**

**Southern District of Texas**

Notice of Electronic Filing

The following transaction was received from rad6 entered on 9/30/2026 at 1:19 PM CDT and filed on 9/30/2026

**Case Name:** MMA Law Firm, PLLC and Official Committee of Unsecured Creditors
**Case Number:** 24-31596
**Document Number:** 1764

**Docket Text:**
Emergency Motion *of Absolute technical lockout, Objection to Accelerated 4-Day Scheduling, and Emergency Request for Continuance* Filed by Jeffrey Alan Vitt (Attachr

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**24-31596 motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=9/30/2026] [FileNumber=54528099-0
] [9553ed1e176a65026384187c6ff58585c5f3c1b551a1eb7b22357f8e00b619443ac
45502fe70f2f60f132e77f1edee50a65a5f94fd6606626c79d0822e6bddbc]]
**Document description:**Proposed Order
**Original filename:**C:\fakepath\24.31596 p order.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=9/30/2026] [FileNumber=54528099-1

Reply Reply all Forward

# Registry and Trust Transaction Detail

Denton County

Location: **Probate Court #1** Year Filed: **2017** Case #: **PR-2017-00521** Court #:

On Behalf of: Vitt, Jeffrey Alan Birth Date: 12/19/1965 SSN: [redacted]

517 South Tamarack Ave
Broken Arrow, OK 74012

## Summary of Accounts

| Account # | Opened | Bank Name | Balance |
|---|---|---|---|
| Uninvested | 05/20/2021 | Registry Deposit | 646,305.06 |

**Original Amount:** **$242,361.19**

**Current Balance:** **$646,305.06**

# Registry and Trust Transaction Detail

Denton County

Location: **Probate Court #1** Year Filed: **2017** Case #: **PR-2017-00521** Court #:

On Behalf of: Vitt, Jeffrey Alan Birth Date: 12/19/1965 SSN: [redacted]

517 South Tamarack Ave
Broken Arrow, OK 74012

## Transactions on Account

Bank Account Name/Account #: **Registry Deposit**

Original Amount: **$242,361.19** Open Date: **05/20/2021** Uninvested

Current Balance: **$646,305.06** Close Date:

Interest: Matures:

| Ref # / Date | Check #/ Receipt # | Increases | Decreases | Balance | Description / Comments |
|---|---|---|---|---|---|
| 13942295<br>05/20/2021 | 2021-04093 | 242,361.19<br>dcaster | | $242,361.19 | Registry Deposit |
| 13990755<br>07/26/2021 | 2021-05892 | 50.00<br>dcaster | | $242,411.19 | Registry Deposit - Scott Hickey, Receiver |
| 14078829<br>11/16/2021 | 2021-09369 | 213,068.74<br>vromero | | $455,479.93 | Registry Deposit - 1150 N. CARROLL AVENUE, SOUTHLAKE, TX 76092 |
| 14081638<br>11/19/2021 | 2021-09502 | 100.00<br>dcaster | | $455,579.93 | Registry Deposit |
| 14393365<br>11/18/2022 | | | 16,707.51<br>cshepherd | $438,872.42 | PR-2017-00521 Order signed 11/18/22 |
| 14718662<br>11/13/2023 | 2023-10862 | 266,253.51<br>thampton | | $705,125.93 | Registry Deposit |
| 14843179<br>03/26/2024 | | | 37,358.08<br>sclanton | $667,767.85 | PR-2017-00521 Order signed on 3/25/24 |
| 14860143<br>04/12/2024 | | | 30,547.63<br>bgeorge | $637,220.22 | PR-2017-00521. Order signed 04/11/24. |
| 14860147<br>04/12/2024 | | | 1,162.00<br>bgeorge | $636,058.22 | PR-2017-00521. Order signed 04/11/24 |
| 14881560<br>05/07/2024 | 2024-04562 | 10,246.84<br>thampton | | $646,305.06 | Registry Deposit |


McClenny, Moseley & Associates, PLLC
1214 W. Dallas Street
Houston, TX 77019
Spirit of Texas Bank
IOLTA Account
88-698/1131
1077
PAY TO THE ORDER OF
DEBI VITT
HUNDRED FORTY
DOLLARS
MEMO
VOID

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **MMA LAW FIRM, PLLC,** | § | Case No. 24-31596 (EVR) |
| | § | |
| **Debtor.** | § | |

**DECLARATION OF JOHN ZACHARY MOSELEY IN SUPPORT OF DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 73, 74 and 75**

I, John Zachary Moseley, declare under penalty of perjury pursuant to 28 U.S.C. section 1746 as follows.

1. I am over the age of eighteen years, of sound mind, and fully competent to make this Declaration. I have never been convicted of a felony or a crime involving moral turpitude. Except where stated on information and belief, the facts set forth in this Declaration are within my personal knowledge and are true and correct.
2. I am the managing member of MMA Law Firm, PLLC, (the "Debtor" or "MMA"). I have served in that capacity since the Debtor's bankruptcy case was filed and continue in this capacity.
3. If called upon to testify, I could and would competently testify to the matters set forth in this Declaration.
4. I submit this Declaration in support of the Debtor's Objection to Proof of Claim No. 73, Claim No. 74 and Claim No. 75. Capitalized terms used but not defined in this Declaration have the meanings given to them in the Objection.

5. On April 9, 2024, the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in this Court.
6. The deadline for filing proofs of claim was August 13, 2024.
7. On July 23, 2026, Mr. Vitt filed Proof of Claim No. 73, individually and as the beneficiary and trustee of the Jeffrey Alan Vitt Irrevocable Trust in the amount of $646,305.06 (**"POC No. 73"**). A true and correct copy of Proof of Claim No. 73, as it appears on the claims register maintained in this case, is attached to the Objection as Exhibit A.
8. On July 23, 2026, **Vitt 121, Ltd.** And Affiliated Entities filed Proof of Claim No. 74 in the amount of $25,000,000.00 (**"POC No. 74"**). Mr. Vitt signed POC No. 74, identifying his title as "individual, founder, president, CEO, beneficiary and trustee". A true and correct copy of Proof of Claim No. 74, as it appears on the claims register maintained in this case, is attached to the Objection as Exhibit B.
9. On July 23, 2026, **Jeffrey Alan Vitt individually and as "person of Interests Representing Doe and XYZ Corp"** filed Proof of Claim No. 75, in the amount of $325,000,000.00 (**"POC No. 75"**). Mr. Vitt signed POC No. 75, identifying his title as "individual, founder, president, CEO, beneficiary and trustee". A true and correct copy of Proof of Claim No. 75, as it appears on the claims register maintained in this case, is attached to the Objection as Exhibit C.
10. Mr. Vitt attached an identical nine-page document titled "Master Omnibus Addendum to Official Form 410 Proofs of Claim" (the **"Addendum"**) to all of The Claims, and asserts that the basis of The Claims is the attached Addendum. A true and correct copy of the Addendum is attached to the Objection as Exhibit D.

11. The Debtor is not a party to Cause No. PR-2017-00521 pending in Denton County Probate Court No. 1, or to Cause No. 16-01374-362 pending in the 362nd Judicial District Court of Denton County, Texas. The Debtor does not hold, and has never held, any funds deposited in the registry of either court.

Executed on July 30, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

____________________________________
John Zachary Moseley
Managing Member, MMA Law Firm, PLLC


McClenny, Moseley & Associates, PLLC
Spirit of Texas Bank
IOLTA Account
88-698/1131
1076
PAY
TO THE
ORDER OF
DOLLARS
MEMO
SIGNATURE
VOID

**McCLENNY MOSELEY & ASSOCIATES**
**a Professional Limited Liability Company**

411 N. Sam Houston Parkway E.
Suite 200, Houston, Texas 77060
Principal Office: 713.334.6121 / Toll Free: 844.662.7552
Dallas Office: 817.231.0034 / Fax: 713.322.5953
www.mma-pllc.com / messages@mma-pllc.com

**May 31, 2019**

***Via Email and First Class Mail***

**Email: access41pi3@icloud.com**

**412 South Tamarack Ave**
**Broken Arrow, OK 74012**

***Re: All Causes of Action and Cease & Desist***

Jeff,

Please allow this correspondence to address your voicemail's left over the Memorial Day weekend, as well as, the text message received today at 12:10 p.m., Wednesday May 29, 2019 and the email you sent at 1:21 a.m. on Thursday May 30, 2019 in addition to the additional voicemails and calls at 3:11 a.m. and 3:19 a.m. Thursday May 30, 2019. This will also stand, as yet another official notice to you that all legal services, past and present, are hereby terminated. You have not only threatened me personally, but you have made statements regarding your intentions that will and have been construed to have threatened physical harm to my person, other members of my law firm, as well as, Ben Baker.

As stated above, you have previously been given verbal notice that all legal representation of you, your interest or any of your companies is completed or severed. This leaves you absolutely no reason to contact me. I will forward to you or your designated representative, by U.S. postal, any documents, correspondence or the like that may come to my office. I do not anticipate this will happen but be assured anything of that nature will not be held. With the foregoing in mind, I am hereby giving you notice that all electronic and verbal communications with me, my office, Ben Baker or his office are to cease and desist. You have no reason to contact either of us regarding any legal claims you are now pursuing or any claims you wish to pursue in the future. All original documents have been returned to your person. We will not consult with you, give you legal guidance, counsel or recommendations. The single reason you would have to contact me would be in regard to closing out the Vitt 121 reissuance of drafts from the insurance company and those matters are therefore closed. In short, this letter will summarily disengage any conversations or requirements that may have previously existed, if any. Further, your voicemails are threatening in nature, both physically and by use of the legal system. Your onslaught of attacks, harassment and

threats of violence are being documented should the need arise for either me or Mr. Baker to protect ourselves against your outrageous behavior.

Please see below for my formal response and outline of prior services, discontinued services, as well as request made for disclosure and documents.

**VOICEMAILS:**

As previously noted, your voicemails have been archived and saved to reflect your instability and inability to have rational conversations. This is not limited to voicemails, but also goes to the heart of your continued narrative that there is a concerted effort by all persons in your life, the Federal Government, as well as the State of Oklahoma, Texas, Arizona and all attorneys, both Plaintiff and Defense, to plot against you. You have now threatened me personally and within this group of individuals plotting against you and I will not tolerate such threats or continued narratives. Your text message from today reads the following;

> "Did you find out the status of the Farmers Check to Rob Farrell and Me? I need all my files back with a mutually agreed method of the format and contents listing with strong focus on the originals for PTS Diagnostics. And FYI - I just got off the phone with the FBI Agent in Dallas I spoke to. He wants me to visit FBI Again. Suing the US Gov't, States such as Tx, Ok, Az, and cities, towns, counties is not my top 10 choices. But this is intentionally doing or NOT doing things violating my rights or protecting my life, victim and property. To be clear I don't trust you and I'm STRONGLY CONSIDERING LEGAL ACTIONS CRIMINAL AND CIVIL AGAINST YOU. The Federal Court Classified the ***1st Case as Civil Liberties & Rights: 42:1983 & ****2nd Case Contract: 28:1331 WHICH SHOULD HAVE BEEN INJUCTIONS ON ALL CAUSES ++ Link Resources, PDF's ETC ~ deprived a person of rights created by the US. Constitution or Federal Statutes. The Civil Rights Act of 1871 is a Federal Statute, numbered 42 U.S.C. Section 1983, that allows people to sue the government for civil rights violations. It applies when someone acting "under color of" State-Level or local law has deprived a person of rights created by the U.S. Constitution or Federal Statutes. ** Defining Civil Liberties and Civil Rights ->evidence of physical pain or emotional distress."

My response to your recitation of incoherent blathering is found precedent. Cease and desist, do not contact me again in this regard, and stop threatening me with criminal and civil actions. This means calls, text, emails or any method by which communication can be held.

We have represented or advised you on the following causes of action or alleged claims:

1. Shadowood Court
2. 121
3. Libby Lane
4. Personal Injury Case against commercial truck
5. PTS Diagnostics
6. Cyberlink

**SHADOWOOD COURT:**

We handled a property insurance dispute arising from wind and hail on your behalf, for the property jointly owned by you and Debbie Vitt against Farmers Insurance Company. The case settled at mediation of which you advised was agreeable and you signed our internal settlement breakdown outlining your return, attorney's fees and expenses. As your divorce was ongoing, Debbie Vitt was made a payee on the draft and therefore the funds were distributed to the receiver, Scott Hickey, at Kelsey Kelsey and Hickey Law Firm. You were made aware of this distribution on several occasions and so was Debbie as we were made to obtain her authorization for the settlement. Both you and Debbie signed the Release and Indemnity Agreement settling the matter with Farmers and no additional activity has taken place since the payment was remitted to the receiver.

**121:**

We also handled an additional property insurance dispute on your behalf regarding the Vitt 121 Building. This case was against Farmers as well and settled at mediation. You advised that the amounts were agreeable and signed our internal settlement breakdown outlining your return, attorney's fees and expenses. We held a payment in the amount of $10,651.17 in trust, until you advised that you wanted us to distribute. The additional check in the amount of $14,400.00 was issued from the Insurance Company to you and Robert F. Farrell. Upon this check going stale, we have made numerous requests that it be re-issued from Farmers, but still have no tentative date for receipt. In addition, you have been advised of the process throughout, including the lengthy process that can take place with having funds re-issued from an Insurance Company. As outlined above, this is the only remaining legal obligation we are under or have with you or your entities and upon receipt of the draft will forward to your attention at the last known address listed above.

**LIBBY LANE:**

Regarding Libby Lane and the claimed cause of action you had against Power Jack. Let me start with the simple fact that the dismissal without prejudice was brought about because of your refusal to communicate with my office and your refusal to participate in discovery. You were made aware of the dismissal, which was without prejudice (thus allowing you up to one year to refile), upon our face to face meeting at my office. The fault lies 100% with you in this regard. My office tried extensively to contact you and you refused to respond in anyway. In fact, for the better part of six months we conducted discovery and were unable to find you in order to enlist your aid, provide the necessary and pertinent documentation, provide answers or sign a verification. After two extensions and the Defense counsel threatening sanctions, of which we still could not find you to discuss, we were forced to dismiss. We advised you that it was dismissed without prejudice and that you could refile if you felt it prudent, however we would not be involved. You apologized in my conference room, with both myself and Sean Patterson being present, and stated that life was hard, you were pushing forward, and would try harder to maintain connectivity.

**PERSONAL INJURY CASE AGAINST COMMERCIAL TRUCK:**

Regarding your personal injury cause of action. You claimed you were seeing a chiropractor for your injuries. However, upon reaching out to the chiropractor, they did not have you on a continuing care plan. I then discussed with you the option of using a Medical Factoring company to quantify your injuries and asked if you would attend the appointments. You stated that you had no transportation and would not be able to regularly attend the required services. Your inability or refusal to attend treatment for your alleged injuries devalued the case. You advised that you were doing okay and that treatments were not necessary. In addition, and upon your follow up, I was in the process of discussing with you HMR Services, but you had instructed us to discontinue representation before these services could be arranged. We will be issuing a rejection letter to your last known address in addition to the prior verbal notice and this written notice. This is the letter.

**CYBERLINK:**

Ben and I spent numerous hours, time, effort and money in getting your lawsuit on file. You pressed us to seek injunctions, restraining orders and protective orders. We told you that we were unwilling to do so without documentation and evidence to support said request. You stated you had emails outlining the need for such protective measures, but upon receipt of the supposed documents, both Ben and I came to the conclusion that there was no evidence supporting such a request. We had already filed suit and were holding off on service during this time-frame. We then served the lawsuit to only find out that none of your business entities were in good standing and in fact the receiver from your divorce had given you strict instructions that you could not proceed with legal action by any method regarding property or items within the trust, which included the entities made a party to the lawsuit. We advised you of the issue, and upon agreement with you, dismissed without prejudice and let you know that you could refile in the event you brought the entities into good standing and completed the actions required by the receiver. We also memorialized this in writing and addressed it to you via email. To date, and as early as last week, you advised me the entities were still not in good standing and you haven't paid taxes in over three (3) years on the majority of those companies, as well as yourself. Additionally, Ben Baker was able to negotiate with the opposing counsel, and they agreed not to pursue attorney fees against you for the filing of these actions, which we had filed based on your guarantees and assertions. In addition, Ben and myself have invested over $1,000.00 in cost into this case.

**PTS DIAGNOSTICS:**

Regarding the PTS documents and originals. You need to reflect and remember your interaction and time spent at our previous office located at 411 N. Sam Houston Pkwy E. Suite 200, Houston Texas 77060. You asked for an in-person meeting and drove to our offices regarding what you coined as "additional causes of action." We agreed to only handle the automotive accident (description and dismissal explained above). Further, and upon your departure, you took the original PTS Diagnostics files with you. Ben also mailed the original documents that you delivered to him in order for us to discern the additional PTS facts, back to your last known address. You have informed me via text message that you received these documents. It is also important and necessary for you to remember that Zach and I spoke with the opposing counsel hired on behalf of the defendants in this matter. That conversation allowed us to discover that the

claimed "novel" work product you had presented as being stolen, was in fact not. Upon discussions and further investigation, we also made you aware that more than likely this cause of action would be brought in Indiana, as the majority of your negotiations with the Defendant took place there or over the phone. Further, Ben and I were made aware of your hand-written filing in the Eastern District of Oklahoma, only after the Defense counsel in the Cyberlink matter brought it to our attention. We expressed concerns regarding the stated causes of action and were not willing to enter into a representation agreement regarding your hand-written filing. Further and most importantly, this filing included over 180 named Defendants, of which the PTS Diagnostics Defendants were also included, according to our research. Again, we were unwilling to represent you on this matter due to the lack of prior communication and inconsistent statements made by you within this filing.

**ADDITIONAL WORK:**

I have also made a special appearance upon your request in order to facilitate a bail release in front of Judge McFarland in Denton County. This was for the limited purposes of your bail and such stipulations were made on the record. You made a request for said services due to your *pro se* representation, stemming from your non-appearances for hearings and scheduling conferences that the judge scheduled during your divorce from Debbie Vitt. Remember, and as a kind gesture, I also credited $50 to your jail phone services for you to facilitate bail money with your family as well as speak with your daughter prior to her graduation.

Further, I connected you with three divorce attorneys to aid in your ongoing family legal battles, as well as your original divorce and Suit Affecting the Parent Child Relationship. You retained none of these attorneys and continued *pro se*. The outcome of the divorce and the stemming receivership have nothing to do with my firm or me and in fact, I believe an attorney by the name of Ian was handling your receivership. Upon your refusal to retain any of these attorneys, Ben made arrangements for you to meet with a top-tier family law firm in Oklahoma City, and even attended this two-hour meeting to help explain and facilitate your position. You also did not retain this firm.

Lastly, myself and Ben facilitated your introduction with the criminal attorney to represent you regarding your Driving Under the Influence, Sam Talley. From my conversation with you, his services were rendered, and your DUI was handled. Again, we assisted in making a connection for you, and provided a helping hand to aid you in your ongoing legal and life problems.

Jeff, the calls at 3:00 a.m., 6:00 a.m., the repeated calls back to back, the threats and continued harassment must come to a stop. I came to learn during the time I represented you that you have struggled with mental illness, which caused the court in Murray County, Oklahoma to conduct a psychological evaluation to determine if you were competent to stand trial. You have shared that you tend toward bouts of depression, which cause you to withdraw from people. Based on your current behavior I would recommend that you seek a current evaluation and/or treatment from your treating physician.

In summary, all representation by MMA Law and Ben Baker Law is terminated. You are positioned to refile any case that we dismissed without penalty if you feel your claims are worth

pursuing. Do not communicate with either law office except in written form delivered by the U.S. mail or courier, this includes text, phone calls, email or any social media app. Best of luck to you in your endeavors.

Respectfully,

James McClenny 5-31-2019
McClenny Moseley & Associates, PLLC

Ben Baker
The Ben Baker Law Firm

Sean Patterson 5-31-2019
McClenny Moseley & Associates, PLLC

**From:** **James McClenny** james@mma-pllc.com
**Subject:** Re: Affidavits Request:
**Date:** March 26, 2019 at 5:47 PM
**To:** Jeff Vitt Access access41pi3@icloud.com
**Cc:** Ben Baker bendbaker@gmail.com

***Jeff,***

***I can go through and email you back the information you have sent me in the past. As far as an affidavit, I am unsure as to how this would work. Please advise and I can go through and send the emails you have sent me previously.***

***On Thu, Mar 21, 2019 at 6:36 PM Jeff Vitt Access <access41pi3@icloud.com> wrote:***

> ***Please Provide Affidavits referencing details of the emails and a few other related to data breach crimes, privacy violations, impersonation, identity theft and interference***
> ***the # of emails***
> ***references to the type of emails subject and content***
> ***i.e. Attorney Client Privilege***
> ***Intellectual Property***
> ***Proprietary Information***
> ***My Personal, Confidential and/or Individual Privacy***
> ***emails I Sent to My Self***
> ***Name the people, topics, subjects included or referenced in thread exchanges, etc.***
>
> ***Important details but not so much it further violates, damages and causes harm to my privacy, character and interests........***
>
> ***I'd like to this as soon as possible (email a copy) but not later than next (mail the originals) Wednesday - March 27th, 2019***
>
> ***Thank You Both.***
>
> ***Respectfully,***
>
> ***Jeffrey A. Vitt***
> ***469-662-8488***
> ***412 South Tamarack Ave***
> ***Broken Arrow, OK 74012***

--
**James M. McClenny** - Founding Partner
Attorney and Counselor at Law
james@mma-pllc.com
(713) 322-5986 Direct

**McClenny Moseley & Associates, PLLC**
411 N. Sam Houston Pkwy E. Suite 200
Houston, Tx. 77060
(713) 334-6121 Office
(713) 322-5986 Fax
(844) 662-7552 Toll Free
www.mma-pllc.com

This email is intended as a private communication with the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** **James McClenny** james@mma-pllc.com
**Subject:** Attorney Response to Request for Information
**Date:** May 24, 2019 at 12:37 PM
**To:** Jeff Vitt access41pi3@icloud.com, Zach Moseley zach@mma-pllc.com, Sean Patterson sean@mma-pllc.com, Ben Baker bbaker@thebakerlawfirm.com

***Jeff,***

***Regarding calls, you continue to call from a restricted number of which I will not answer. If you would like to have a phone call, please coordinate with me via email or text on an agreeable time. Please also refrain from texting and calling if needed before 8am and after 5pm. I received 2 phone calls this morning around 6:30 am from a restricted number and then after not answering those calls, I received a text message from you stating that "you don't practice las other than for the rewards of $$$$$$$."***

***I would like to remind you that as a favor I showed up and discussed your bail and release with Judge McFarland. This was not billed to you, nor did I ask for any money. However, I did outline that my appearance was for the sole purpose of requesting bail and facilitating your request to have an attorney present. I am not your family law attorney.***

***As an update on Libby Lane v. Power Jack, the case was dismissed and we notified you. This was due to non-responsiveness and the inability for you to respond to our continued request for information in discovery. Please remember that we could not get in touch with you for over six months. Further, you informed us once we did get in touch with you that you would be getting us certain information, of which we did not receive. We asked for two extensions and inquired numerous times as to when you were going to respond and you did not. The case was dismissed without prejudice.***

***Automotive, I am in the process of contacting a factoring company regarding your automotive accident. However and for clarification, when we discussed previously, my question was whether or not you would attend doctors appointments in the event we were able to conduct an evaluation. You advised me you did not have a car or transportation and likely would be unable. I tok from this that we were not moving forward and that you were not pursuing medical attention, nor did you need it. Regardless, I will reach out to my network and see if there are services available. Did you attend your chiropractic appointments as discussed?***

***As for the re-issued check from Farmers on 121, we have inquired as to its processing and re-issuance. Opposing Counsel has stated it was requested but as to whether or not it has been cut and is in the mail, I am unable to confirm. We are reaching out again this morning to OC and will update accordingly.***

***Regarding Cyberlink. After discussions with Ben and Zach, we are unwilling to move forward with any further assistance or help. The pattern and continued disregard for our willingness to help has only further showed us that we are unwilling to participate in the proposed litigation. You and I have discussed this at length, including the fact that we were not made aware of your discussions with the FBI as well as the hand written filing in federal court with over 100 defendants. This is a pattern and I cannot continue to entertain it or waste time on it. Jeff, please know that I truly hope everything works out in your favor and that you get what you are looking for. However, it will not be something we are involved in.***

***In summary and in being frank, we have gone to bat for you on numerous occasions and you have shown a pattern of disregard and lack of respect for our services. When I disagree with your intentions or proposed paths, you get angry. When I don't answer my phone because I am busy or have clients, you accuse me of being non-responsive. When you tell me you are going to get your business in good standing for over a year and it never happens, you accuse of of not trying hard enough, although we have discussed the businesses at length and the need for you to get them in good standing. This took place earlier this week and last week as well. Simply a continued pattern. My comment to you last week was I cannot help you if you are not willing to help yourself.***

***I will follow up on the check once Opposing Counsel responds and get the information for the medical evaluation. Thank you.***

--

**James M. McClenny** - Founding Partner
Attorney and Counselor at Law
james@mma-pllc.com
(713) 322-5986 Direct

**McClenny Moseley & Associates, PLLC**
516 Heights Boulevard
Houston, Tx. 77007
(713) 334-6121 Office
(713) 322-5986 Fax

(844) 662-7552 Toll Free
www.mma-pllc.com

This email is intended as a private communication with the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

# Jeff Vitt Case Spread Sheet.xlsx

Page

Jeff Vitt Case Spread Sheet.xlsx
from James McClenny (MMA-PLLC)

Sign in | Download

A1

| Case Name | Plaintiff | Defendant | Type of case | Property Address | Notes | Documents Needed |
|---|---|---|---|---|---|---|
| Hwy 121 | Vitt 121, LTD | Farmers | Property Casualty | 4707 State Hwy 121 The Colonly, Texas 75056 | | Estimate, Demand |
| Shadow Wood Ct. | Vitt TX, LTD | Farmers | Property Casualty | 2702 Shadow Wood Ct Arlington, Texas 76006 | | Estimate, Demand |
| Criminal Claim | | Bill David, TIG | E/O - Insurance Claim | | How much in damages? | LOR(s); emails from Je he puts TIG on notice |
| Powerjack | | Powerjack | E/O - Insurance Claim? | | | Need 2015 Farmer's cl documents; send LOR Powerjack and Farmer |
| Pharma | Flu Shots of Okla/Texas; Vitt Holdings & Developments, LTD | PTS; Hansen Medical; Pivital Partners; Anda | Quantum Meruit; Coversion; Possible other causes of action? -RICO; Consipiracy to Defraud, | | What can you trademark? Can you trademark a process? Maybe comparable to Winklevoss vs. Facebook, need to get attorney's name/cause number and read | Need list of ALL potent Defendants; Need to s (s)/Preservation of Evi ALL potential Defenda copy of legal opinion fi firm Jeff hired; Need professional materials explaining services Jeff provide; Need any and proposals; Need any a |

# Initial Jeff Vitt Claims Document and Information Request

## Criminal Policy Case – PLAINTIFF VS BILL DAVID and TIG

Please identify correct Party Names (Plaintiff and Defendant)

Plaintiff:

Defendant:

Documents Needed:

Insurance Policy with Declarations page;

Email from Jeff to TIG putting TIG on notice of claim

## Powerjack Case – PLAINTIFF VS POWERJACK

Please identify correct Party Names (Plaintiff and Defendant)

Plaintiff:

Defendant:

Documents Needed:

2015 Farmer's claim documents that put blame on Powerjack;

Any and all warranty documents

## Pharma – PLAINTIFF VS PTS, HANSEN MEDICAL, PIVITAL PARTNERS, ETC

Please identify correct Party Names (Plaintiff and Defendant)

Plaintiff:

Defendant:

Documents Needed:

Need list of ALL potential Defendants;

Need copy of legal opinion from law firm Jeff hired;

Need professional materials explaining services Jeff would provide for PTS;

Need any and all proposals;

Need any and all letters of intent;

Need any and all non-disclosures;

Need copies of any and all contracts signed by any and all potential defendants;

Need any and all releases provided and/or signed by any and all potential defendants;

## Retaliation Eviction – PLAINTIFF VS JSC and Landlord

Please identify correct Party Names (Plaintiff and Defendant)

Plaintiff:

Defendant:

Documents Needed:

Need property address

Need any contracts between the parties

JAMES CAUSES