**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **§** | **CHAPTER 11** |
| **MMA LAW FIRM, PLLC,** | **§** | **CASE NO. 24-31596 (EVR)** |
| **Debtor.** | **§** | |

**ORDER GRANTING JEFFREY A. VITT'S MOTION REGARDING DOCKETS 1765 AND 1768**

Upon consideration of the motion, any response, and the record, the Court ORDERS:

1. Docket 1765 is VACATED insofar as it denied Docket 1604, Docket 1676 as amended by Docket 1697, and Docket 1677 for failure to prosecute. Those matters are restored for further consideration. No substantive relief requested in those matters is granted by this Order.
2. Docket 1768 is VACATED insofar as it denied Docket 1764 as moot. Docket 1764 is restored for consideration to the extent relevant to the reset proceedings. This Order does not retroactively grant the original continuance request.
3. The affected matters will be reset by separate notice or scheduling order. A schedule for compliant witness and exhibit submissions will be established. Previously struck witness and exhibit lists are not reinstated.
4. All other orders, including Docket 1781, remain in effect unless separately modified.

SIGNED: ______________________________

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge