**TXSDdb_Victoria-Operation**

| | |
|---|---|
| **From:** | EDSS via Southern District of Texas <admin@txs.uscourts.gov> |
| **Sent:** | Wednesday, October 14, 2026 9:29 PM |
| **To:** | TXS Continuous Improvement |
| **Subject:** | New Electronic Document Submission - Houston |
| **Attachments:** | Document-1-Jeffrey Alan Vitt.pdf; Document-2-Jeffrey Alan Vitt.pdf; Document-3-Jeffrey Alan Vitt.pdf; Document-4-Jeffrey Alan Vitt.pdf; Document-5-Jeffrey Alan Vitt.pdf |

United States Courts
Southern District of Texas
FILED
*October 14, 2026*
Nathan Ochsner, Clerk of Court

Form Information
Division: Houston
Case Number: 24-31596
Debtor Name or Case Style as Shown on the Case: MMA Law Firm, PLLC

Filer's Name: Jeffrey Alan Vitt
Filer's Email Address: javit2004rule@gmail.com Confirm Filer's Email Address: javit2004rule@gmail.com Filer's Phone Number: 5392929358

Filer's Signature: /s/ Jeffrey Alan Vitt

Uploaded Document Descriptions
Document 1 Description: MOTION TO ALTER OR AMEND DOCKET 1765, RECONSIDER THE RELATED DISPOSITION AT DOCKET 1768, AND RESET T Document 2 Description: DECLARATION OF JEFFREY A. VITT IN SUPPORT OF MOTION REGARDING DOCKETS 1765 AND 1768 Document 3 Description: Exhibit 1 — Email Thread Initiated By Miriam Goott: Hearing Connection Difficulties and Vitt's Reque Document 4 Description: Exhibit 2 — Apple Genius Bar 10/5 Appointment Confirmation Sent Oct 1, 2026: For Oct 5, 2026 Evaluat Document 5 Description: Exhibit 3 — Apple Genius Bar Work Authorization, Oct 5, 2026:  Diagnostics: Boot Loops, Unsuccessful

**This email was sent from an unmonitored email account. Please DO NOT reply to this email address. **