**TXSDdb_Victoria-Operation**

**From:** EDSS via Southern District of Texas <admin@txs.uscourts.gov>
**Sent:** Wednesday, October 14, 2026 9:36 PM
**To:** TXS Continuous Improvement
**Subject:** New Electronic Document Submission - Houston
**Attachments:** Document-1-Jeffrey Alan Vitt.pdf; Document-2-Jeffrey Alan Vitt.pdf; Document-3-Jeffrey Alan Vitt.pdf; Document-4-Jeffrey Alan Vitt.pdf; Document-5-Jeffrey Alan Vitt.pdf

United States Courts
Southern District of Texas
FILED
*October 14, 2026*
Nathan Ochsner, Clerk of Court

Form Information
Division: Houston
Case Number: 24-31596
Debtor Name or Case Style as Shown on the Case: MMA Law Firm, PLLC

Filer's Name: Jeffrey Alan Vitt
Filer's Email Address: javit2004rule@gmail.com Confirm Filer's Email Address: javit2004rule@gmail.com Filer's Phone Number: 5392929358

Filer's Signature: /s/ Jeffrey Alan Vitt

Uploaded Document Descriptions
Document 1 Description: Exhibit 4 — Docket 1764-2: EDSS Processing Email Timestamped Sept 30, 2026, at 1:04 p.m.
Document 2 Description: Exhibit 5 — Docket 1764 Notice of Electronic Filing: Emergency Motion Entered Sept 30, 2026, at 1:19 Document 3 Description: Exhibit 6 — Probate Registry Records, Check Images, Reproduced Moseley Declaration at Docket 1609-7 Document 4 Description: Exhibit 7 — Spreadsheet Image Titled “Jeff Vitt Case Spreadsheet”: Prior Representation and Matter R Document 5 Description: Exhibit 8 — Document Image Titled “Initial Jeff Vitt Claims Document and Information Request”

**This email was sent from an unmonitored email account. Please DO NOT reply to this email address. **