United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 16, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No.: 24-31596** |
| | § | |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | **Chapter 11** |
| **DEBTOR.** | § | |

# <u>ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT</u>

Upon consideration of the Application of Allison D. Byman, Plan Administrator for the above entitled and numbered proceeding, praying for authority to employ and appoint the accounting firm of KenWood & Associates, PC ("KWA") and to designate David E. Bott to act as lead accountant to represent the Plan Administrator as Plan Administrator (the "Applicant"), and it appearing from the Application and Affidavit of David E. Bott that the persons employed by KenWood & Associates, PC and the accounting firm of KenWood & Associates, PC, have no connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any other person employed in the office of the United States Trustee, and represent no interest adverse to the Plan Administrator, the above-named Debtor, or its estate, in the matters on which it is to be engaged, that its employment is necessary and would be in the best interest of the estate, and sufficient cause appears for such employment; it is therefore,

**ORDERED**, that Allison D. Byman, Plan Administrator for the above entitled and numbered proceeding, be and is hereby authorized to employ the accounting firm of KenWood & Associates, PC, with David E. Bott to act as lead accountant, to represent her as Plan Administrator in this case effective August 26, 2026, to perform the following professional services:

a) to prepare any necessary federal and state income, payroll, sales, franchise and excise tax returns and reports of the bankruptcy estate;

b) to provide evaluations and advice to Plan Administrator on tax matters which may arise, including the determination of the tax basis of estate assets and the evaluation of the tax effects of the sale of assets of the estate;

c) to locate, obtain, inventory and preserve the accounting, business and computer records of the Debtor for use in performing the tasks assigned to Applicant and in Plan Administrator's administration of the estate;

d) to analyze the Debtor's books and records and financial transactions regarding possible fraudulent, post-petition and/or preferential transfers to which the estate may be entitled to a recovery;

e) to analyze the books and records and financial transactions of entities and individuals to which the Debtor is related, may be related or may have been related at some prior date to determine the value of any assets and existence of possible fraudulent transfers to which the estate may be entitles to a recovery; and

f) to assist Plan Administrator as an accountant and/or expert witness in litigation of the estate, assist in examinations and discovery under Federal Rule of Bankruptcy Procedure 2004 and the Federal Rules of Civil Procedures and to prepare any required expert reports related to litigation matters.

It is further,

**ORDERED** that KenWood & Associates, PC shall not be compensated by the bankruptcy estate for performing duties required to be performed by the Plan Administrator. It is further,

**ORDERED** that KenWood & Associates, PC will be compensated only after proper application and notice in such amounts as may be allowed by the Court.

**Signed: Friday, October 16, 2026**

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge