**Information to identify the case:**

Debtor: MMA Law Firm, PLLC (Name)

EIN: _ _–_ _ _ _ _ _ _

United States Bankruptcy Court: Southern District of Texas

Date case filed for chapter: 11 4/9/24

Case number: 24–31596

## Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

**10/20**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | MMA Law Firm, PLLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | Suite 810<br>1235 North Loop West<br>Houston, TX 77008 | |
| **4. Debtor's attorney**<br>Name and address | Johnie J Patterson<br>Walker & Patterson,P.C.<br>P.O. Box 61301<br>Houston, TX 77208–1301 | Contact phone 713–956–5577<br><br>Email: jjp@walkerandpatterson.com |
| **5. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Hours open:<br>8:00 am – 5:00 pm Monday through Friday<br><br>Contact phone (713) 250–5500<br><br>Date: 4/10/24 |
| **6. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **May 15, 2024 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephone Conference, Call 866–707–5468, passcode 6166997** |

**For more information, see page 2 >**

| | |
|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):** 8/13/24<br>**For a governmental unit:** 10/7/24<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** ___________ |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 24-31596-evr |
| MMA Law Firm, PLLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 5 |
| Date Rcvd: Apr 10, 2024 | Form ID: 309F1 | Total Noticed: 208 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MMA Law Firm, PLLC, Suite 810, 1235 North Loop West, Houston, TX 77008-1764 |
| aty | + | Andrew Jimenez, U.S. Department of Justice, United States Trustee Program, 515 Rusk Street, Suite 3516, Houston, TX 77002-2604 |
| 12671190 | + | ADP Run, 7924 West Sahara Avenue, Las Vegas, NV 89117-1990 |
| 12671198 | + | AMO Trial Lawyers, 3850 N. Causeway Boulevard, Suite 590, Metairie, LA 70002-8120 |
| 12671201 | + | AT&T - old account (TX), P.O. Box 5019, Carol Stream, IL 60197-5019 |
| 12671189 | + | Abel Law Firm, LLC, 405 W 2nd St., Thibodaux, LA 70301-3009 |
| 12671192 | + | Alexandria Rahn, Suite 800, 10440 N. Central Expressway, Dallas, TX 75231-2264 |
| 12671193 | + | Alexandria Twiss, Suite 4200, 1717 Main St., Dallas, TX 75201-4876 |
| 12671194 | + | Alexis A. Taylor, LLC, P.O. Box 1060, Independence, LA 70443-1060 |
| 12671195 | + | Alixe Duplechain, Suite 3300, 201 St. Charles Ave., New Orleans, LA 70170-3400 |
| 12671196 | + | All Peril Adjusting, LLC, 594 Sawdust Rd., Suite 354, The Woodlands, TX 77380-2215 |
| 12671197 | + | Alvendia, Kelly, Demarest Law, LLC, 909 Poydras Street, Suite 1625, New Orleans, LA 70112-4067 |
| 12671199 | + | Andrea Miller, Suite 1600, 909 Poydras, New Orleans, LA 70112-4013 |
| 12671200 | + | Andres Holmgren, Suite 3300, 201 St. Charles Ave., New Orleans, LA 70170-3400 |
| 12671202 | + | Baggett McCall LLC, 3006 Country Club Road, Suite 100, Lake Charles, LA 70605-5920 |
| 12671203 | + | Barcus Arenas PLLC, 2200 N Loop West, Ste. 108, Houston, TX 77018-1753 |
| 12671204 | + | Bayou Adjusting, P.O. Box 837, Walker, LA 70785-0837 |
| 12671205 | + | Becker & Hebert, 201 Rue Beauregard, Lafayette, LA 70508-3251 |
| 12671206 | + | Beverly DeLaune, 755 Magazine St., New Orleans, LA 70130-3629 |
| 12671207 | + | Bisig Law Firm, LLC, 206 N. Church Street, Jennings, LA 70546-5810 |
| 12671208 | + | Bolen, Parker, Brenner, Lee & Miller, Lt, 709 Versailles Blvd., Alexandria, LA 71303-2352 |
| 12671209 | + | Boling Law Firm, LLC, 541 Julia St., Ste. 300, New Orleans, LA 70130-3695 |
| 12671210 | #+ | Brasher Law Firm, PLLC, 1555 Poydras Street, Suite 1600, New Orleans, LA 70112-3769 |
| 12671211 | + | Brian Craig Johnson, P.E., 7600 Chicago Ave. S, Richfield, MN 55423-4450 |
| 12671212 | + | Brian F Guillot Attorney at Law, 1716 Apple St, Metairie, LA 70001-2349 |
| 12671213 | + | Broussard & Dove, APLC, 7605 Park Avenue, Houma, LA 70364-3642 |
| 12671214 | + | Broussard Injury Lawyers, 321 Veterans Memorial Blvd, Suite 205, Metairie, LA 70005-3060 |
| 12671215 | + | Burgos & Associates, LLC, 3535 Canal Street, Suite 200, New Orleans, LA 70119-6170 |
| 12671216 | + | Cameron Snowden, Suite 2900, 2933 Myrtle Ave., Baton Rouge, LA 70806-6847 |
| 12671218 | + | Carl J. Selenberg, Attorney at Law, 3713 Airline Drive, Metairie, LA 70001-5836 |
| 12671219 | + | Catherine Patriarca, Suite 2400, 601 Poydras St., New Orleans, LA 70130-6036 |
| 12671220 | + | Chad T. Wilson Law Firm, PLLC, 455 East Medical Center Blvd., Ste. 555, Webster, TX 77598-4405 |
| 12671221 | + | Charbonnet Law Firm, LLC, 501 Clearview Parkway, Metairie, LA 70001-4626 |
| 12671222 | + | Chehardy Sherman Williams Law Firm, 1 Galleria Boulevard, Suite 1100, Metairie, LA 70001-2033 |
| 12671223 | + | Chelsea Dazet Attorney at Law, 221 E Kirkland Street, Covington, LA 70433-2701 |
| 12671224 | + | Civil Legal Services, LLC, 2221 Saint Claude Ave, New Orleans, LA 70117-8455 |
| 12671225 | + | Claire Easterling Pontier, Suite 3250, 1100 Poydras Street, New Orleans, LA 70163-3201 |
| 12671226 | #+ | Claude Reynaud, III, 9 Killdeer St., New Orleans, LA 70124-4512 |
| 12671227 | + | Clay Cosse, Suite 4200, 1717 Main St., Dallas, TX 75201-4876 |

| | | |
|---|---|---|
| 12671228 | + | Clerk of Court - Beauregard Parish, P.O. Box 100, DeRidder, LA 70634-0100 |
| 12671229 | + | Clerk of Court - Caddo Parish, 501 Texas St., Room 103, Shreveport, LA 71101-5402 |
| 12671230 | + | Clerk of Court - Calcasieu Parish, P.O. Box 1030, Lake Charles, LA 70602-1030 |
| 12671231 | + | Coastal Claims, 2650 N Dixie Fwy, New Smyrna Beach, FL 32168-5774 |
| 12671233 | + | Comcast - Old account (TX), P.O. Box 8587, Philadelphia, PA 19101-8587 |
| 12671232 | + | Comcast - old account (FL), 444 Highway 96 East, St. Paul, MN 55127-2557 |
| 12671234 | | Concur, SAP Philippines, Inc., Topaz Rd. & Ruby Rd., 1600 Manila, Philippines |
| 12671235 | + | Cornerstone Consulting Group, 243 La Costa Circle, Weatherford, TX 76088-2208 |
| 12671236 | + | Coss Law Firm, LLC, 1515 Poydras Street, Suite 900, New Orleans, LA 70112-4505 |
| 12671237 | + | Cox Cox Filo Camel Wilson & Brown, LLC, 723 Broad Street, Lake Charles, LA 70601-4338 |
| 12671238 | + | Cueria Law Firm, LLC, 650 Poydras Street, Suite 2740, New Orleans, LA 70130-6123 |
| 12671239 | + | Dale Jefferson, Suite 1100, 808 Travis St., Houston, TX 77002-5831 |
| 12671240 | + | Daly & Black, P.C., 2211 Norfolk St., #800, Houston, TX 77098-4030 |
| 12671241 | + | Daly & Black, PC, 2211 Norfolk Street, Suite 800, Houston, TX 77098-4030 |
| 12671242 | + | David Schenck, Suite 4200, 1717 Main St., Dallas, TX 75201-4876 |
| 12671243 | + | Definiti, P.O. Box 95357, Grapevine, TX 76099-9733 |
| 12671244 | + | Delphin Law Offices, 626 Broad St, Lake Charles, LA 70601-4337 |
| 12671245 | + | Delsa Law Firm, 3260 Range Court, Mandeville, LA 70448-8494 |
| 12671247 | + | Didriksen, Saucier & Woods, PLC, 3114 Canal Street, New Orleans, LA 70119-6202 |
| 12671249 | + | Don A Rouzan & Associates LLA Counsellor, 1010 Common St, Suite 2410, New Orleans, LA 70112-2462 |
| 12671250 | + | Dupont Claim Services, 1721 Hwy 22W, Madisonville, LA 70447-9446 |
| 12671251 | + | Egenberg Trial Lawyers, 650 Poydras Street, Suite 2000, New Orleans, LA 70130-7206 |
| 12671252 | + | Elsbet Smith, Suite 200, 111 N. Oak St., Hammond, LA 70401-3240 |
| 12671253 | + | Equal Access Justice Fund, LP, c/o Fred Johnson, Spencer Fane, LLP, 3040 Post Oak Blvd, Suite 1400, Houston, TX 77056-6584 |
| 12671254 | + | Esquire Deposition Solutions, 1500 Centre Pkwy, Suite 100, East Point, GA 30344-8152 |
| 12671255 | + | Exact Building Consultants, 18702 69th Ave E, Bradenton, FL 34211-7096 |
| 12671256 | + | Favret Carriere Cronvich, 650 Poydras Street, Suite 2300, New Orleans, LA 70130-6162 |
| 12671257 | + | Fitz-Gerald Hebert & DeLouche, 2306 Sampson St, Westlake, LA 70669-2712 |
| 12671258 | + | Frank J D'Amico Jr, APLC, 4608 Rye Street, Metairie, LA 70006-5314 |
| 12671259 | + | Frederick M Lupfer, 1824 County Road 3113, Jacksonville, TX 75766-6185 |
| 12671260 | + | Frischhertz Impastato Person Injury Law, 1140 St. Charles Ave., New Orleans, LA 70130-4332 |
| 12671265 | + | GM Financial, P.O. Box 180682, Arlington, TX 76096-0682 |
| 12671261 | + | Galindo Law, 4151 Southwest Fwy, #602, Houston, TX 77027-7320 |
| 12671262 | + | Galindo Law Trial Attorneys, 4151 Southwest Fwy, Suite 602, Houston, TX 77027-7320 |
| 12671263 | + | Glabal Estimating Services, Inc., 25000 Pitkin Rd., Suite 201/202, Spring, TX 77386-2467 |
| 12671264 | + | Glago Williams Attorney at Law, 909 Poydras Street, 29th Floor, New Orleans, LA 70112-4000 |
| 12671266 | + | Godbey Giardina Law Group, 1381 Fremaux Avenue, Slidell, LA 70458-8316 |
| 12671267 | + | Gordon McKernan Injury Attorneys, 5656 Hilton Avenue, Baton Rouge, LA 70808-2524 |
| 12671268 | + | Gordon, Arata, Montgomery, Barnett, McCo, 201 St. Charles Ave, 40th Floor, New Orleans, LA 70170-1006 |
| 12671269 | + | Grant Gardiner, 3129 Bore St., Metairie, LA 70001-5333 |
| 12671270 | + | Guest Law Firm, 1900 32nd Street, Kenner, LA 70065-3675 |
| 12671271 | + | Gwyneth O'Neill, Suite 1600, 909 Poydras, New Orleans, LA 70112-4013 |
| 12671272 | + | HAAG, P.O. Box 660625, Dallas, TX 75266-0625 |
| 12671273 | + | Hair Shunnarah Trial Attorneys, 3540 S. I-10 Service Road W., Suite 300, Metairie, LA 70001-1976 |
| 12671274 | + | Harris Wells, Suite 3500, 1100 Louisiana St., Houston, TX 77002-5212 |
| 12671275 | + | Heath Law Group, LLC, 201 St. Charles Ave, Suite 2500, New Orleans, LA 70170-2500 |
| 12671276 | + | Herman, Herman & Katz, LLC, 909 Poydras Street, Suite 1860, New Orleans, LA 70112-4060 |
| 12671277 | + | Hogan Attorneys, 310 North Cherry St., No. 1, Hammond, LA 70401-3338 |
| 12671278 | + | Houghtaling Law Firm, LLC, 3850 Causeway Blvd, Suite 1090, Metairie, LA 70002-8141 |
| 12671279 | + | Howard Marshall, Suite 2300, 601 Poydras St., New Orleans, LA 70130-6078 |
| 12671280 | + | Huber Thomas Law, LLP, 1100 Poydras Street, Suite 2200, New Orleans, LA 70163-1123 |
| 12671281 | + | InQuest General Contracting LLC, P.O. Box 1827, Quinlan, TX 75474-0031 |
| 12671282 | + | Insurance Claim Solutions - Umpire, 1458 Old Fort Road, Farview, NC 28730-7616 |
| 12671285 | + | Iron Mountain, 3502 Bissonnet St., Houston, TX 77005-2118 |
| 12671286 | + | Irpino, Avin & Hawkins Law Firm, 2216 Magazine Street, New Orleans, LA 70130-5637 |
| 12671287 | + | J.A. Consulting, 7948 Davis Boulevard, Suite 100, North Richland Hills, TX 76182-6953 |
| 12671291 | #+ | JJC Law LLC, 3914 Canal Street, New Orleans, LA 70119-6003 |
| 12671299 | + | JT Law Firm, 111 North Orange Ave, Ste. 800, Orlando, FL 32801-2381 |
| 12671288 | + | James McClenny, 380 Ridge Lake Scenic Dr., Montgomery, TX 77316-6933 |
| 12671289 | + | Jason J. Joy & Associates, 909 Texas Ave., Suite 1801, Houston, TX 77002-3192 |
| 12671290 | + | Jean Frizzell, Suite 3500, 1100 Louisiana St., Houston, TX 77002-5212 |
| 12671292 | + | John G Toerner Attorney At Law, 19335 N 9th Street, Covington, LA 70433-8801 |
| 12671293 | + | John Jordan, P.O. Box 2828, Hammond, LA 70404-2828 |

12671294 + John M Welborn III Attorney At Law, 508 N Pine St, DeRidder, LA 70634-3908
12671295 + Jonathan Lemann, Suite 3250, 1100 Poydras Street, New Orleans, LA 70163-3201
12671296 Jones & Hill Personal Injury Attorneys, 215 West 6th Ave, Oberlin, LA 70655
12671297 + Joubert Law Firm APLC, 2171 Quail Run Drive, Baton Rouge, LA 70808-4287
12671298 + Joyner Law Firm, 2236 St Charles Ave, Suite A, New Orleans, LA 70130-5822
12671300 + Kaleb Blake Company Umpire Services, 1709 Gornto Road, A-308, Valdosta, GA 31601-8406
12671301 + Kandell, Kandell & Petrie, P.A., 2665 S Bayshore Dr, Suite 500, Miami, FL 33133-5462
12671302 + Kevin Tully, Suite 2300, 601 Poydras St., New Orleans, LA 70130-6078
12671303 + Klotz & Early Law Firm, 909 Poydras Street, Suite 2950, New Orleans, LA 70112-4006
12671305 + Krause and Kinsman Trial Lawyers, 4717 Grand Ave, #300, Kansas City, MO 64112-2206
12671307 + LaHatte Law LLC, 2000 Clearview Pkwy, Suite 203, Metairie, LA 70001-2441
12671306 + Laborde Earles Injury Lawyers, 1901 Kaliste Saloom Rd, Lafayette, LA 70508-6115
12671308 + Law Office of Carolyn O Hines, 1330 Jackson St, Suite C, Alexandria, LA 71301-6929
12671309 + Law Office of Deborah E. Lonker, 3636 S I 10 Service Rd W, Suite 100, Metairie, LA 70001-6418
12671310 + Law Office of Laura Jean Todaro, 909 W Esplanade Ave, Suite 203, Kenner, LA 70065-2700
12671311 + Law Office of Phillip T. Hager, 3500 North Hullen Street, Metairie, LA 70002-3420
12671312 + Law Office of Stephen M Smith Attorney, 1425 N Broad St, Suite 201, New Orleans, LA 70119-2397
12671313 + Law Office of Steven J Rando LLC, 3530 Canal St, New Orleans, LA 70119-6109
12671314 Law Offices of Jeremy Moody LLC, 327 Nora Broussard Rd, Youngsville, LA 70592-5661
12671315 + Lawrence R. Anderson, Jr. Attorney at La, 11953 Coursey Boulevard, Baton Rouge, LA 70816-4406
12671316 + Lee Hoffoss Injury Lawyers, 517 W College St, Lake Charles, LA 70605-1529
12671317 + Locklin Consulting, LLC, 2478 S 3rd Ave, Walla Walla, WA 99362-4478
12671318 + Long & Long Law Firm, 3600 Springhill Memorial Drive N., Mobile, AL 36608-1162
12671319 + Louisiana TWC, P.O. Box 94050, Baton Rouge, LA 70804-9050
12671320 + Lundy, Lundy, Soileau & South, LLP, 501 Broad Street, Lake Charles, LA 70601-4334
12671321 + Mahfouz Law Firm, LLC, 1201 Brashear Avenue, Suite 201, Morgan City, LA 70380-1380
12671322 + Manning General Contractors, 402 SW Market St., Lees Summit, MO 64063-3940
12671323 + Mansfield Melancon Cranmer & Dick Injury, 318 Harrison Ave, New Orleans, LA 70124-3126
12671324 + Marcelle Robertson Mestayer LLC, 650 Poydras St, Suite 2720, New Orleans, LA 70130-6183
12671325 + Mark W Smith & Associates PLLC Attorneys, 500 N Causeway Blvd, Metairie, LA 70001-5340
12671326 + McKee Law Firm LLC, 1100 Poydras St, Suite 1475, New Orleans, LA 70163-1409
12671327 + Melissa Lessel, 755 Magazine St., New Orleans, LA 70130-3629
12671328 + Mike Brandner Law Firm, 3621 Veterans Memorial Boulevard, Metairie, LA 70002-5839
12671329 + Mixon Carroll & Frazier LLC, P O Drawer 1619, Columbia, LA 71418-1619
12671330 + Montiel Hodge, 400 Poydras St, Suite 2325, New Orleans, LA 70130-3230
12671331 + Morris Bart LLC, 601 Poydras St, Floor 24, New Orleans, LA 70130-6036
12671332 + National Public Adjusting, LLC, 25015 Spring Creek Drive, Spring, TX 77380-2441
12671333 + New Orleans Legal LLC, 643 Magazine St, Suite 202, New Orleans, LA 70130-3436
12671334 + Nicaud & Sunseri Law Firm, 3000 18th St, Metairie, LA 70002-4903
12671335 + Noble Public Adjusting, 107 Amar Place, #103, Panama City Beach, FL 32413-5014
12671336 + Noland Law Office, 533 Europe St, Baton Rouge, LA 70802-6408
12671337 + Norris Law Firm Personal Injury, 8 North Oak St, Vidalia, LA 71373-3332
12671338 + Oakwoood Bank, 8411 Preston Rd, Suite 600, LB 35, Dallas, TX 75225-5545
12671341 + PCG - Property Loss Consultants, 2000 Mallory Lane, Suite 130, #239, Franklin, TN 37067-8231
12671339 + Pandit Law, 701 Poydras Street, Suite 3950, New Orleans, LA 70139-7731
12671340 + Patout & Shaw, PLLC, 1235 N Loop W, 8th Floor, Houston, TX 77008-1764
12671342 + Philip C Hoffman Attorney at Law, 643 Magazine St, Suite 300 A, New Orleans, LA 70130-3433
12671343 + Pierce & Shows Attorneys, 601 St Joseph St, Baton Rouge, LA 70802-6053
12671344 + Principal Financial, P.O. Box 249, Itasca, IL 60143-0249
12671345 + R. William Huye, III, 2106 Key West Cove, Austin, TX 78746-7256
12671346 + Raspanti Law Firm, 3900 North Causeway Blvd, Suite 1470 (Lakeway 1), Metairie, LA 70002-7237
12671347 + Richardson Law Group, 422 E Lockwood St, Covington, LA 70433-2977
12671348 + Riess LeMieux LLC, 1100 Poydras St, Suite 110, New Orleans, LA 70163-1101
12671349 Robert Angelle, APLC, 3231 N Interstate 10 Service Rd W, Metairie, LA 70002
12671350 + Robert Emmet Couhig , Jr, Suite 3250, 1100 Poydras Street, New Orleans, LA 70163-3201
12671351 + Ron Anthony Austin, 400 Manhattan Boulevard, Harvey, LA 70058-4442
12671352 + Roper Ligh Attorneys, 10935 Perkins Rd, Suite B, Baton Rouge, LA 70810-3005
12671353 + Roy & Scott, P O Box 544, Marksville, LA 71351-0544
12671364 + SWLA Injury Attorneys, LLC, 949 Ryan Street, Suite 130, Lake Charles, LA 70601-5595
12671354 + ScanStat, P.O. Box 791522, Baltimore, MD 21279-1522
12671355 + Scope Pros, LLC, 8060 East Girard Avenue, Unit 619, Denver, CO 80231-4417
12671356 + Scott Galante, 816 Cadiz St., New Orleans, LA 70115-1512
12671357 + Scott Huete, 400 Manhattan Boulevard, Harvey, LA 70058-4442

| | | |
|---|---|---|
| 12671358 | + | Simien & Simien, LLC, 7908 Wrenwood Blvd., Baton Rouge, LA 70809-1796 |
| 12671360 | + | Smith Jadin Johnson PLLC, 7900 Xerxes Avenue South, Suite 2020, Bloomington, MN 55431-1132 |
| 12671361 | + | Spencer Fane, LP, Fred Johnson, 3040 Post Oak Blvd, Suite 1400, Houston, TX 77056-6584 |
| 12671362 | + | Stephenson, Chavarri & Dawson LLC, 400 Poydras St, Suite 1990, New Orleans, LA 70130-3273 |
| 12671363 | + | Stolk Lab, 1711 Analog Dr., Richardson, TX 75081-1944 |
| 12671365 | + | The Chopin Law Firm, 650 Poydras Street, Suite 1550, New Orleans, LA 70130-7213 |
| 12671366 | #+ | The Devereaux Law Firm, 2113 Lakeshore Drive, Mandeville, LA 70448-5832 |
| 12671367 | + | The Johnson Firm Lawyers, 1419 Ryan St, Lake Charles, LA 70601-5918 |
| 12671368 | + | The King Firm, 2912 Canal St, New Orleans, LA 70119-6304 |
| 12671369 | + | The Law Firm of Hesni & Rossetti, PLC, 407 Huey P. Long Avenue, Gretna, LA 70053-5917 |
| 12671370 | + | The Law Office of Richard J Fernandez LL, 3000 W Esplanade Ave N, Suite 200, Metairie, LA 70002-1877 |
| 12671371 | + | The Mahome Firm, 5190 Canal Boulevard, Suite 102, New Orleans, LA 70124-1710 |
| 12671372 | + | The Morgan Law Group, 1331 Ochsner Blvd, Ste. 101, Covington, LA 70433-8177 |
| 12671373 | + | The Pellegrin Firm LLC, 3500 N Hullen St, Suite 17D, Metairie, LA 70002-3420 |
| 12671374 | + | The Townsley Law Firm, 3102 Enterprise Blvd., Lake Charles, LA 70601-8722 |
| 12671375 | + | The Voorhies Law Firm, 1100 Poydras Street, Suite 2810, New Orleans, LA 70163-2810 |
| 12671376 | + | The Webster Law Firm, P.C., 6200 Savoy Drive, Suite 150, Houston, TX 77036-3320 |
| 12671377 | + | Thomas Flanagan, Suite 3300, 201 St. Charles Ave., New Orleans, LA 70170-3400 |
| 12671378 | + | Thomson Reuters, 610 Opperman Drive, Eagan, MN 55123-1340 |
| 12671379 | + | Timothy B Moore Law Office LLC, 10001 Lake Forest Blvd, Suite 870, New Orleans, LA 70127-6200 |
| 12671380 | + | Tollefson Bradley Mitchell & Melendi, LL, 2811 McKinney Ave., Suite 250, Dallas, TX 75204-8545 |
| 12671384 | + | VG Law Group, L.L.P., 8751 W. Broward Blvd., Suite 200, Plantation, FL 33324-2630 |
| 12671385 | + | VG Vilar & Green Attorneys, 1450 Dorchester Dr, Alexandria, LA 71301-3408 |
| 12671383 | + | Veron Bice Attorneys At Law, 721 Kirby St, Lake Charles, LA 70601-5333 |
| 12671386 | + | Vidal Law & CPA Firm LLC, 135 Woodlake Blvd, Kenner, LA 70065-1058 |
| 12671387 | + | Webster Vicknair Macleod, 6200 Savoy Drive, Suite 150, Houston, TX 77036-3320 |
| 12671388 | + | Welborn & Hargett Injoury Attorneys, 1540 W Pinhook Rd, Lafayette, LA 70503-3159 |
| 12671389 | + | Whitworth Law Firm, LLC, 900 France Street, Baton Rouge, LA 70802-6023 |
| 12671390 | + | Wilkofsky, Friedman, Karel & Cummins, 299 Broadway, Ste. 1700, New York, NY 10007-1914 |
| 12671391 | + | William Gibbens, Suite 1600, 909 Poydras, New Orleans, LA 70112-4013 |
| 12671392 | + | William Macaluso, Suite 200, 111 N. Oak St., Hammond, LA 70401-3240 |
| 12671393 | + | William Ross, 816 Cadiz St., New Orleans, LA 70115-1512 |
| 12671394 | + | Woody Falgoust, A Law Corporation, 1050 Canal Blvd., Thibodaux, LA 70301-4508 |
| 12671395 | + | Zach Mosely, 1235 N. Loop West, Suite 810, Houston, TX 77008-1764 |
| 12671396 | + | Zeringue Law Group, 311 Patriot Street, Thibodaux, LA 70301-3023 |

TOTAL: 200

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jjp@walkerandpatterson.com | Apr 10 2024 20:24:00 | Johnie J Patterson, Walker & Patterson,P.C., P.O. Box 61301, Houston, TX 77208-1301 |
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Apr 10 2024 20:26:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| 12671191 | + | Email/Text: bnkatty@aldineisd.org | Apr 10 2024 20:27:00 | Aldine ISD Tax Office, 14909 Aldine Westfield Rd, Houston, TX 77032-3027 |
| 12671217 | + | EDI: CAPITALONE.COM | Apr 11 2024 00:09:00 | CapitalOne Spark, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 12671247 | + | Email/Text: amal@dswlawfirm.com | Apr 10 2024 20:24:00 | Didriksen, Saucier & Woods, PLC, 3114 Canal Street, New Orleans, LA 70119-6202 |
| 12671284 | | EDI: IRS.COM | Apr 11 2024 00:09:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 12671246 | | Email/Text: pmichel@deutschkerrigan.com | Apr 10 2024 20:24:00 | Deutsch Kerrigan LLP, 755 Magazine Street, New Orleans, LA 70130 |
| 12671381 | ^ | MEBN | Apr 10 2024 20:22:53 | TX Tag, P.O. Box 650749, Dallas, TX 75265-0749 |
| 12671382 | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Apr 10 2024 20:26:00 | United States Trustee, Suite 3516, 515 Rusk, |

Houston, TX 77002-2604

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12671304 | | Kovar Law Group |
| 12671359 | | SJP Law Firm |
| 12671283 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures, Stop 5022 HOU, 1919 Smith St., Houston, TX 77002 |
| 12671397 | *+ | Zeringue Law Group, 311 Patriot St., Thibodaux, LA 70301-3023 |
| 12671248 | ##+ | Disaster Solutions, 1301 Seminole Blvd, Suite 140, Largo, FL 33770-8102 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Jimenez | on behalf of U.S. Trustee US Trustee andrew.jimenez@usdoj.gov |
| Johnie J Patterson | on behalf of Debtor MMA Law Firm PLLC wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 3