**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-31596 |
| MMA LAW FIRM, PLLC, | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

**DECLARATION OF ALLISON D. BYMAN IN SUPPORT OF OBJECTION TO PROOF OF CLAIM NO. 60 FILED BY WAYNE J. ADAMS**

I, Allison D. Byman, declare as follows:

1. I am over 18 years of age and competent to make this declaration. I am the Plan Administrator for MMA Law Firm, PLLC (**"MMA"**), appointed by the Order Confirming the Third Amended Joint Plan of Liquidation [ECF No. 1648] (the **"Confirmation Order"**). I have served in that capacity since the Effective Date, August 20, 2026. I submit this declaration under Local Rule 3007-1(a) in support of the Objection to Proof of Claim No. 60 Filed by Wayne J. Adams (the **"Objection"**).

2. The facts stated here are based on my personal knowledge, gained from my review of the claims register, the proofs of claim filed in this case, and the docket.

3. The Debtor filed its chapter 11 petition on April 9, 2024. A true and correct copy of the Notice of Chapter 11 Bankruptcy Case [ECF No. 8], which set August 13, 2024 as the deadline for creditors other than governmental units to file proofs of claim, is attached to the Objection.

4. On September 18, 2024, Wayne J. Adams filed Proof of Claim No. 60 (the **"POC"**) through The Kassab Law Firm, 36 days after that deadline. A true and correct copy of the POC is attached to the Objection.

5. The POC states its amount as "Unknown," and the claims register reflects it as $0.00. The POC does not assert that any part of it is secured or entitled to priority. It states its basis as "Civil barratry pursuant to Texas Gov. Code 82.0651."

6. Attached to the POC is Plaintiffs' Original Petition, filed June 21, 2023 in the District Court of Harris County, Texas (the **"Petition"**). A true and correct copy of the Petition, as attached to the Claim, is attached to the Objection.

7. On July 1, 2026, the Debtor and the Official Committee of Unsecured Creditors filed the Third Amended Joint Plan of Liquidation [ECF No. 1577]. On August 5, 2026, the Court entered the Confirmation Order, a true and correct copy of which is attached to the Objection. The Effective Date occurred on August 20, 2026. A true and correct copy of the Notice of Effective Date is attached to the Objection.

8. I have reviewed the docket. The Claimant did not file any motion to extend the deadline to file proofs of claim or to deem the Claim timely, and the Court has not entered any order deeming the Claim timely filed.

9. The facts stated in the Objection are true and correct to the best of my knowledge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 16, 2026, in Pearland, Texas.

Allison Byman, Plan Administrator

Allison D. Byman, Plan Administrator