**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-31596 |
| MMA LAW FIRM, PLLC, | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

**ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NO. 60 FILED BY WAYNE J. ADAMS**

**[Relates to ECF No. ___]**

The Court has considered the Objection to Proof of Claim No. 60 Filed by Wayne J. Adams (the **"Objection"**) filed by Allison D. Byman, Plan Administrator. The Court finds that the Objection was served in accordance with Federal Rule of Bankruptcy Procedure 3007 and Local Rule 3007-1. It is therefore ORDERED that:

1. The Objection is SUSTAINED.

2. Proof of Claim No. 60 filed by Wayne J. Adams is DISALLOWED in its entirety under 11 U.S.C. §§ 502(b)(1) and 502(b)(9).

3. The Court retains jurisdiction over all matters arising from or relating to this Order.

SIGNED: ____________

______________________________________
CHIEF UNITED STATES BANKRUPTCY JUDGE