United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 22, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**THE ORDER**
**DENYING MOTION FOR MOOTNESS**
*Resolving ECF No. 1744*

On September 28, 2026, Jeffrey Alan Vitt filed Emergency Motion for Immediate Judicial Intervention Status Conference and Temporary Abatement of September 29-30, 2026 Proceedings ("*Motion*")[1]. However, the hearing proceeded on September 29, 2026 without a ruling. Accordingly, the Motion is moot. It is therefore

**ORDERED:** that the Motion[2] is **MOOT**, and as such, is **DENIED**.

**SIGNED Thursday, October 22, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**

[1] ECF No. __.
[2] ECF No. __.