Gmail

in:sent

1 of 120

# Vitt Trying To File EDSS Into MMA Law Firm, PLLC Case # 24-31596

**JAVIT Vitt** <javit2004rule@gmail.com> Fri, Oct 23, 11:41 PM (13 hours ago)

to bankruptcy_ecf_helpdesk

United States Courts
Southern District of Texas
FILED
*10/25/26*
Nathan Ochsner, Clerk of Court

To Bankruptcy Electronic Document Submission System | Southern District of Texas

Unable to EDSS File This After 6 Tries

Bankruptcy Electronic Document Submission System | Southern District of Texas

10/23/26, 11:36 PM Bankruptcy Electronic Document Submission System | Southern District of Texas

> ## Bankruptcy Electronic Document Submission System
>
> Unable to send e-mail. Contact the site administrator if the problem persists. Unable to send e-mail. Contact the site administrator if the problem persists.
>
> Thank you, your submission has been received.
>
> Go back to the form

Jeffrey Alan Vitt, individually
Pro se
Telephone: 539-292-9358
Email: javit2004rule@gmail.com

Reply Forward