**EDSS Submission Details**

United States Courts
Southern District of Texas
FILED
*10/25/26*
Nathan Ochsner, Clerk of Court

**Submitted Date/Time:** 10/25/2026 14:33

**Division:** Houston

**Case Number:** 24-31596

**Debtor Name:** MMA Law Firm, PLLC

**Filer Name:** Jeffrey Alan Vitt

**Filer Email:** javit2004rule@gmail.com

**Filer Phone:** 5392929358

**Document 1 Description:** Objection 10-23 To The Plan Admin

**Document 2 Description:** ProposedOrder Objection 10-23 To The Plan Admin

**Document 3 Description:** Vitt Trying To File EDSS Into MMA Law Firm, PLLC C

**Document 4 Description:**

**Document 5 Description:**