United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 07, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER**
**SETTING SHOW CAUSE HEARING**

This matter comes before the Court *sua sponte*. On September 10, 2026, following multiple ex parte communications to the Court by Jeffrey A. Vitt, this Court entered its "Order Regarding Ex Parte Communication by Jeffrey A. Vitt" ("*Ex Parte Communication Order*") at Dkt. No. 1714. In the Ex Parte Communication Order, this Court ordered Mr. Vitt to immediately cease and desist any and all ex parte communication with the Court and further warned that failure to abide by the terms of the Ex Parte Communication Order would result in the issuance of an order to show cause as to why Mr. Vitt should not be held in contempt of this Court. Dkt. No. 1714. Despite the Ex Parte Communication Order, Mr. Vitt has engaged in multiple further ex parte communications with this Court, including the following emails:

i. September 29, 2026, at 12:20 p.m., to Miriam Goott, cc Johnie Patterson and Norma Chavez (Case Manager): "Miriam Goott, Norma Chavez Johnie Patterson[ ]I do not oppose your request to cancel today's 3:00 PM hearing, as my formal position on the docket is that all proceedings and evidentiary hearings must be abated. Regarding the draft Rule 26(f) Joint Report you circulated: as detailed in my Emergency Application for Abatement (Doc. 1744) and the Notice filed this morning, my position is that all scheduling tracks, discovery obligations, and evidentiary deadlines must be stayed pending a ruling by Chief Judge Rodriguez on the requested 45-day abatement. I cannot negotiate or stipulate to a binding discovery schedule while I remain administratively locked out of the CM/ECF system, unrepresented, and operating under the extreme challenges and duress. If you choose to file a motion for a separate report, you may notify the Court that my position for the Rule 26(f) report is a mandatory 45-day abatement of all scheduling and discovery. Jeffrey A. Vitt"

ii. September 30, 2026, at 11:16 a.m., to Allison Byman, Miriam Goott, Norma Chavez (Case Manager), Johnie Patterson, and Ana Castro (Courtroom Deputy): "Counsel and Court, Miriam Goott Johnie Patterson Allison Byman Norma Chavez Ana Castro[:] Please accept this message as an urgent request for a short continuance of today's 1:30 PM hearing in Case No. 24-31596. Due to an unforeseen technical cell phone hardware failure that occurred late last night, my only phone device has experienced a critical lockout. I spent hours overnight and this morning troubleshooting what I initially believed to be a charging issue, but the device remains completely locked out. I've been trying to factory reset. Judge Rodriguez's standing orders strictly require two separate devices for participation (one for GoToMeeting

video and a separate telephone device for the audio conference line), this sudden technical emergency makes compliance physically impossible for today's hearing. I am formally requesting continuance of today's proceedings to allow me time to resolve this critical hardware and communication failure. Ms. Gooot and Ms. Byman: Do you voluntarily agree to or oppose this emergency request for a short continuance? Ms. Chavez, Case Manager, Ms. Castro Deputy: Please bring this urgent technical emergency and request for continuance to the Court's immediate attention. Thankful, Respectfully Jeffrey Alan Vitt, Individually"

iii. September 30, 2026, at 5:17 p.m., to Allison Byman, Miriam Goott, and Norma Chavez (Case Manager): "Please bring this matter to Chief Judge Rodriguez's attention. Ms. Chavez, Ms. Gooot and Ms. Byman: will you please inform the court that you were and/or are now aware i was present during todays hearing and these communications and filings? I request the Court review ECF No. 1764 (which was officially docketed at 1:19 PM prior to the hearing). Contrary to the minute entry in ECF No. 1765, I did appear: I was visually present on the GoToMeeting stream after actively troubleshooting network issues (including a router restart) . Plan Admin counsel also had questions. During hearing I sent held my cell up showing it malfunctioning directly on camera. I will file formal sworn declaration under penalty of perjury that my phone hardware failed late last night and remains non-functional. I respectfully request that the Court vacate ECF No. 1765 and correct the record."

iv. October 1, 2026, at 3:57 p.m., to Norma Chavez (Case Manager), Miriam Goott, and Allison Byman: "Apple Support Hardware Confirmation & Request to Jointly Vacate ECF No. 1765 Ms. Chavez, Ms. Goott, and Ms. Byman: Please update the record with the following confirmation regarding the technical hardware emergency from yesterday's hearing: Apple Support has confirmed that my cell phone issue is a physical hardware failure. While Apple support agents are restricted from issuing written diagnostic descriptions via email. I have an appointment at the Apple Store for Monday, October 5, 2026, at 1:00 PM. Ms. Goott and Ms. Byman: In light of these objective facts and our active communication thread during yesterday's session, do you voluntarily agree to join in an agreed motion or stipulate to vacating Order [ECF No. 1765] and resetting the matters for a fair hearing, satisfying local conference requirements? Please advise. Ms. Chavez: Please bring this hardware confirmation and my pending request to Chief Judge Rodriguez so that Order [ECF No. 1765] can be vacated and the hearing reset, correcting the factual error regarding my appearance and technical lockout. Respectfully submitted, Jeffrey Alan Vitt, Individually"

v. October 2, 2026, at 2:51 p.m., to Miriam Goott, cc Norma Chavez (Case Manager) and Allison Byman: "This email was not easy. Please share this with Judge Rodriguez / Court. My computer now has significant technology functional issues. I have a history of Advanced Persistent Threat and other data breaches.That possibility is not ruled out. These limitations prevent this and other filings into bankruptcy, making calls, etc. Technology is vital in everyday life. I request leave, stay (TIME) for all things bankruptcy including but not limited to filing motion to vacate Wednesday hearing ruling, other orders, not yet addressed, comingueled matters, status conference interactions/dates, other dates set or to be set, and all other bankruptcy matters previous, current and future filings, decisions/court orders, etc. Action steps to address and resolve known/unknown technology issues and additional challenges caused by or related to are in process. I do not know how long this will take. I

will provide progress updates as i'm able. Apple appointment is Monday. Other objective approaches are in process or in consideration. Thank you. Jeff Vitt"

Accordingly, it is therefore:

**ORDERED:** that

1. A hearing will be held on **Tuesday, November 10, 2026**, **at 1:30 p.m. (Central Standard Time)** before the United States Bankruptcy Court at which Jeffrey A. Vitt must appear and show cause as to why he should not be held in contempt of this Court and sanctioned for sending ex parte communications to the Court. For persons wishing to appear in person, the hearing will be conducted from the United States Courthouse, 1701 W. Business Hwy 83, 10th Floor Courtroom, McAllen, TX 78501.

2. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

3. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

4. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

5. For any witness and exhibits, parties must utilize Form 1-100 Witness & Exhibit List which can be located on this Court's home page at https://www.txs.uscourts.gov/content/chief-united-states-bankruptcy-judge-eduardo-v-rodriguez.

6. No later than **Monday, October 12, 2026,** Jeffrey A. Vitt must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**SIGNED Wednesday, October 7, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 24-31596-evr
MMA Law Firm, PLLC Chapter 11
Official Committee of Unsecured Creditor
Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4 User: ADIuser Page 1 of 4
Date Rcvd: Oct 07, 2026 Form ID: pdf112 Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | MMA Law Firm, PLLC, Suite 810, 1235 North Loop West, Houston, TX 77008-1764 |
| aty | + | Misty Segura, 7601 FM 1960 Rd E, # 349, Atascocita, TX 77346-2209 |
| aty | + | The Lausten Group, 650 Poydras Street, Suite 1400, PB#3924, New Orleans, LA 70130-6116 |
| intp | + | AMO Trial Lawyers, LLC, 3045 Ridgelake Dr., Suite 100, Metairie, LA 70002-4937 |
| cr | + | Access Restoration Services US, Inc., Attn: Lisa M. Norman, 1885 Saint James Place, 15th Fl, Houston, TX 77056 UNITED STATES 77056-4175 |
| intp | + | Allied World Insurance Company, 1690 New Britain Ave.,, Suite 101, Farmington, CT 06032-3361 |
| intp | + | Barbara Gaunichaux, 260 Dale ave, Gretna, LA 70056-7852 |
| intp | + | Barcus Arenas, PLLC, c/o CTO Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3140 |
| intp | + | Bensalah Hameurlaine, 57 Emile ave, Kenner, LA 70065-3769 |
| cr | + | Betty Johnson, 417 Belle Chasse Dr., Laplace, LA 70068-3401 |
| cr | + | Charles William Nicolas Tapp, 4614 Quarter Charge Dr, Annandale, VA 22003, UNITED STATES 22003-4622 |
| cr | + | Cristobal M. Galindo, PC d/b/a Galindo Law, c/o Hayward PLLC, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203 |
| intp | + | Douglas Freeman, 22108 W McKinney Rd, Springfield, LA 70462-8903 |
| cr | + | EAJF ESQ Fund, LP, c/o Misty A. Segura, Spencer Fane LLP, 3040 Post Oak Blvd., Ste. 1400, Houston, TX 77056 UNITED STATES 77056-6584 |
| cr | + | Equal Access Justice Fund, LP, c/o Misty A. Segura, Spencer Fane LLP, 3040 Post Oak Blvd., Ste. 1400, Houston, TX 77056 UNITED STATES 77056-6584 |
| intp | + | Frank Martin, 42587 Highway 10, Franklinton, LA 70438-5645 |
| cr | + | Glago Williams, LLC, 909 Poydras St., Suite 2950, New Orleans, LA 70112-4006 |
| intp | + | Gulf Coast Attorneys, LLC, c/o Albert J. Derbes IV, 3027 Ridgelake Drive, Metairie, LA 70002-4924 |
| intp | + | James Jochum, 709 Codifer Blvd., Metairie, LA 70005-3750 |
| cr | + | James Marshall McClenny, 380 Ridge Lake Scenic Drive, Montgomery, TX 77316-6933 |
| intp | + | Jennifer Jason Joy & Associates, PLLC, Suite 1801, 909 Texas St., Suite 1801, Houston, TX 77002-3192 |
| intp | + | John Zachary Moseley, 1235 N. Loop West, Suite 810, Houston, TX 77008-1764 |
| cr | + | Katrena Leigh Henderson, 4614 Quarter Charge Dr, Annandale, VA 22003, UNITED STATES 22003-4622 |
| cr | + | Kirsten Young, 5341 Brownfields Dr, Baton Rouge, LA 70811-1070 |
| dft | + | LaHatte Law Firm, LLC, 2000 Clearview Parkway, Suite 203, Metairie, LA 70001-2441 |
| cr | + | Latosha Barrow, 1058 Balsam Ave., Baton Rouge, LA 70807-2964 |
| cr | + | Louisiana Farm Bureau, P.O. Box 95008, Baton Rouge, LA 70895-9008 |
| intp | + | Pandit Law Firm, LLC, c/o Raj Pandit, 701 Poydras Street, Suite 3950, New Orleans, LA 70139-7731 |
| cr | + | Patricia Briscoe, 7801 Warsaw St, Metairie, LA 70003-6429 |
| cr | + | Paul Brown, 19380 Old Covington HWY, Hammond, LA 70403-0755 |
| cr | | Starlight Studios, LLC, c/o Leo D. Congeni, Suite 2750, New Orleans, LA 70130, UNITED STATES |
| cr | #+ | Stephen Landreneau, 104 Piney Cv, West Monroe, LA 71291-7461 |
| wit | + | Tessa Vorhaben, c/o Stephen P. Strohschein, Hinshaw & Culbertson LLP, 400 Convention Street, Suite 1001 Baton Rouge, LA 70802-5616 |
| intp | + | The Monson Law Firm, LLC, 5 Sanctuary Boulevard, Suite 101, Mandeville, LA 70471-5304 |
| cr | + | Trung Nguyen, 3531 W Esplanade Ave N, Metairie, LA 70002-3343 |
| intp | + | Voorhies Law Firm, LLC, c/o The Derbes Law Firm, 3027 Ridgelake Dr, Metairie, LA 70002-4924 |
| cr | + | Wayne Galjour, Jr, 732 Oakwood Dr, Gretna, LA 70056-3008 |

intp + Yulonda Alexander, P.O Box 125, Wilson, LA 70789-0125

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | ^ | MEBN | Oct 07 2026 20:34:02 | MMA Law Firm, PLLC, Suite 810, 1235 North Loop West, Houston, TX 77008-1764 |
| aty | ^ | MEBN | Oct 07 2026 20:34:14 | Walker & Patterson, P.C., P.O. Box 61301, Houston, TX 77208-1301 |
| tr | + | Email/Text: adb@bymanlaw.com | Oct 07 2026 20:38:00 | Allison D. Byman, 7924 Broadway, Suite 104, None, Pearland, TX 77581-7933 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 07 2026 20:38:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Oct 07 2026 20:40:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Email/Text: bnkatty@aldineisd.org | Oct 07 2026 20:38:00 | BANKRUPTCY ATTY. ALDINE INDEPENDENT SCHOOL DISTRIC, 2520 W.W. THORNE BLVD., LEGAL DEPARTMENT, HOUSTON, TX 77073, UNITED STATES 77073-3406 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Oct 07 2026 20:38:00 | City of Houston, Linebarger Goggan Blair & Sampson LLP, Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |
| ex | + | Email/Text: eengelhart@rossbanks.com | Oct 07 2026 20:38:00 | Eva S Engelhart, Ross Banks May Cron & Cavin P.C., 7700 San Felipe, Suite 550, Houston, TX 77063, UNITED STATES 77063-1618 |
| cr | + | Email/Text: info@ts-llp.com | Oct 07 2026 20:38:00 | Jayne Moseley, c/o Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004-1028 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Oct 07 2026 20:38:00 | Lone Star College System, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |
| cr | ^ | MEBN | Oct 07 2026 20:32:24 | Texas Comptroller of Public Accounts, c/o Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin, tx 78711-2548 |
| cr | + | Email/Text: bcd@oag.texas.gov | Oct 07 2026 20:37:00 | Texas Workforce Commission, Jamie Kirk, c/o Sherri K. Simpson, Paralegal, P.O. Box 12548, Austin, TX 78711-2548 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Megan Clontz |
| aty | | Spencer Fane LLP, 3040 Post Oak Blvd., Suite 1400, Houston |
| intp | | Alvin Coleman, Jr |
| cr | | Anna Barefield |
| cr | | Apex Roofing and Restoration, LLC |
| intp | | Austin Haydel |
| intp | | Betty Jarrell |
| intp | | Broussard & Dove PLLC |
| intp | | Broussard Injury Lawyers, LLC, Daly & Black, P.C., |
| cr | | Christine Griffin |
| cr | | Colby Haas |

| | | |
|---|---|---|
| intp | | Daly & Black, P.C. |
| intp | | Danny Neal |
| cr | | Donald Blais |
| intp | | Donald Henderson |
| intp | | Edwin Hessler |
| intp | | Eric Starks |
| cr | | Faye Larkins-Hewitt |
| intp | | Gayle Heard, et al. |
| cr | | Global Estimating Services, LLC |
| intp | | Hair & Shunnarah Trial Attorneys, LLC |
| intp | | Hancock Whitney Bank |
| intp | | James Junkin |
| intp | | Jason J. Joy & Associates, PLLC |
| intp | | Jessica Martin Scott |
| cr | | Jim Dennis, Jr |
| intp | | Kane Russell Coleman Logan PC |
| intp | | Katherine Monson |
| intp | | Katherine Salvant |
| cr | | Keisha Simpson |
| cr | | Kenneth Davis |
| cr | | Kerry Martin |
| intp | | Krause & Kinsman Trial Lawyers, LLC |
| intp | | Laborde Earles |
| cr | | Linda L.R. Wilhelm |
| intp | | Lindsay Cantrelle |
| cr | | Locklin Consulting, LLC |
| intp | | Louisiana Louisiana Insurance Guaranty Association |
| cr | | Luciana Garcia |
| cr | | Mack Perkins |
| cr | | Makkah Corporation |
| cr | | Nedra Williams |
| cr | | Noble Public Adjusting Group, LLC |
| intp | | Norman Bonck |
| cr | | Oakwood Bank |
| crcm | | Official Committee of Unsecured Creditors |
| cr | | PCG Claims, LLC d/b/a PCG Consulting, LLC |
| intp | | Paul Rahfield |
| intp | | Porsche Financial Services, Inc. |
| cr | | Rachael Apken |
| intp | | Rachelle Cope |
| cr | | Reginald Mack |
| intp | | Sandra Plough |
| intp | | Sara Ardoin |
| cr | | Schilacy Hall |
| intp | | State Farm Fire & Casualty Company |
| intp | | Tasha Venson |
| intp | | Thaddeus Thompson |
| intp | | The Sangisetty Law Firm, PLLC |
| cr | | Todd Charters |
| intp | | Tort Network, LLC d/b/a Velawcity |
| intp | | Troy Scott |
| cr | | William Dunn |
| intp | ##+ | New Orleans Legal, LLC, c/o Peter Diiorio, 825 Baronne Street, New Orleans, LA 70113-1102 |

TOTAL: 63 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2026 Signature: /s/Gustava Winters