United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 27, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

# Order Vacating
# Order Authorizing the Plan Administrator to Employ Walker & Patterson, P.C. as Counsel for Claims Objections and Setting Electronic Hearing

*ECF Nos. 1803 and 1776*

An Order Authorizing the Plan Administrator to Employ Walker & Patterson, P.C. as Counsel for Claims Objections, ECF No. 1803, was docketed in this case in error. The Court hereby **vacates** that order. Therefore, it is

ORDERED that the Order Authorizing the Plan Administrator to Employ Walker & Patterson, P.C. as Counsel for Claims Objections, ECF No. 1803, dated and entered October 26, 2026, is hereby VACATED. It is further

ORDERED that an electronic evidentiary hearings on Plan Administrator's Application for Authority to Employ Walker & Patterson, P.C. as Counsel for Claims Objections (the "Application"), ECF No. 1776, along with the Objection filed by Jeffrey Alan Vitt at ECF No. 1802, are hereby scheduled for **November 10, 2026, at 1:30 p.m., (Central Standard Time)** and will be held before the United States Bankruptcy Court, Houston Division. For persons wishing to appear in person, the hearing will be conducted from the United States Courthouse, 1701 W. Business Hwy 83, 10th Floor Courtroom, McAllen, TX 78501.

1. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

2. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

3. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

4. For any witness and exhibits, parties must utilize Form 1-100 Witness & Exhibit List which can be located on this Court's home page at https://www.txs.uscourts.gov/content/chief-united-states-bankruptcy-judgeeduardo-v-rodriguez

5. No later than Thursday, October 29, 2026, Debtor must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

**SIGNED Tuesday, October 27, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**