Case 24-31596 Document 1808-2 Filed in TXSB on 10/29/26 Page 1 of 1

Gmail Miriam Goott <mgoott@walkerandpatterson.com>

# AMO Settlement

**Rebekka Veith** <rveith@mtdvp.com> Wed, Oct 28, 2026 at 3:49 PM
To: Miriam Goott <mgoott@walkerandpatterson.com>
Cc: "adb@bymanlaw.com" <adb@bymanlaw.com>

Miriam - we received a check today from AMO in the $11,100 amount of the settlement, which we are depositing in our trust account to be held pending disbursement after the 9019 hearing.

---

**From:** Rebekka Veith <rveith@mtdvp.com>
**Sent:** Tuesday, October 27, 2026 10:47 AM
**To:** Miriam Goott <mgoott@walkerandpatterson.com>
[Quoted text hidden]

[Quoted text hidden]