United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 18, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATED BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER**
***Resolving ECF Nos. 3, 28, 32, & 56***

Pending before the Court are four matters self-styled as: "Debtor's Authority to Employ Walker Patterson, P.C."[1] filed by MMA Law Firm, PLLC on April 11, 2024; "Objection to Application for Authority to Employ Walker & Patterson, P.C."[2] filed by Equal Access Justice Fund, LP and EAJF ESQ Fund, LP on May 2, 2024; "Objection of the United States Trustee to Debtor's Application for Authority to Employ Walker Patterson, P.C."[3] filed by the United States Trustee on May 6, 2024; "Committee's Objection to Debtor's Application for Authority to Employ Walker Patterson, P.C."[4] filed by the Official Committee of Unsecured Creditors on May 20, 2024. The Court held a hearing on these matters on June 13 & 18, 2024, and for all of the reasons in this Court's accompanying Memorandum Opinion, it is therefore:

**ORDERED**: that

1. The "Objection to Application for Authority to Employ Walker & Patterson, P.C."[5] filed by Equal Access Justice Fund, LP and EAJF ESQ Fund, LP on May 2, 2024, is OVERRULED.

2. The "Objection of the United States Trustee to Debtor's Application for Authority to Employ Walker Patterson, P.C."[6] filed by the United States Trustee on May 6, 2024, is OVERRULED.

3. The "Committee's Objection to Debtor's Application for Authority to Employ Walker Patterson, P.C."[7] filed by the Official Committee of Unsecured Creditors on May 20, 2024, is OVERRULED.

---

[1] ECF No. 3.
[2] ECF No. 28.
[3] ECF No. 32.
[4] ECF No. 56.
[5] ECF No. 28.
[6] ECF No. 32.
[7] ECF No. 56.

4. "Debtor's Authority to Employ Walker Patterson, P.C."[8] filed by MMA Law Firm, PLLC on April 11, 2024, is GRANTED as follows:

   a. the employment of Walker & Patterson, P.C. on a hybrid basis as set out in the application to employ at ECF No. 3. and executed fee agreement attached thereto pursuant to 11 U.S.C. §§ 327 & 328(a) is specifically approved.

   b. the prepetition $60,000.00 flat-fee agreement between the Debtor and Walker & Patterson, P.C. is approved and allowed pursuant to 11 U.S.C. § 328(a), finding that the agreement and payment were, and are reasonable in light of the services to be performed in this bankruptcy proceeding.

   c. the employment of Walker & Patterson, P.C. on a contingency fee basis of 40% for all value obtained by W&P for the estate, including but not limited to money acquired, recovered and collected from the sale of estate property, and generally including any value brought into the estate available to pay claims (excluding secured claims) ("*Contingency Fee*") is allowed pursuant to 11 U.S.C. § 328(a).

   d. the Contingency Fee excludes any reduction of liability of the estate.

   e. funds utilized or necessary to pay allowed secured claims of this estate are not subject to the Contingency Fee of Walker & Patterson, P.C.

   f. the employment as set forth in the application to employ at ECF No. 3. and the terms of the fee agreement attached thereto is effective as of April 8, 2024, with Mr. Johnie Patterson designated as attorney in charge for the representation of the Debtor.

   g. to the extent that the terms of the application to employ at ECF No. 3. and the fee agreement attached thereto conflict with this order, this order controls.

   h. all sales of estate property or settlement of claims are still subject to, as applicable, to the requirements and procedures of the bankruptcy code and rules, including but not limited to 11 U.S.C. § 363 and Fed. R. Bankr. P. 9019.

5. All other relief requested but not expressly granted herein with regard to, "Debtor's Authority to Employ Walker Patterson, P.C."[9] filed by MMA Law Firm, PLLC on April 11, 2024; "Objection to Application for Authority to Employ Walker & Patterson, P.C."[10] filed by Equal Access Justice Fund, LP and EAJF ESQ Fund, LP on May 2, 2024; "Objection of the United States Trustee to Debtor's Application for Authority to Employ Walker Patterson, P.C."[11] filed by the United States Trustee on May 6, 2024; "Committee's

[8] ECF No. 3.
[9] ECF No. 3.
[10] ECF No. 28.
[11] ECF No. 32.

Objection to Debtor's Application for Authority to Employ Walker Patterson, P.C."[12] filed by the Official Committee of Unsecured Creditors on May 20, 2024 is DENIED.

SIGNED July 18, 2024

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

[12] ECF No. 56.