**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MMA LAW FIRM, PLLC | § | Case No. 24-31596 |
| | § | |
| Debtors | § | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that an electronic hearing on the Plan Administrator's Application for Authority to Employ Walker & Patterson, PC, as Counsel for Claim Objections at ECF No. 1776, along with the Objection filed by Jeffrey Alan Vitt at ECF No. 1802, is scheduled as follows:

**Date:** November 10, 2026

**Time:** 1:30 PM

**Location:** To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-statesbankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at 832-917-1510, conference room number 999276 and (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.

For persons wishing to appear in person, the hearing will be conducted from the United States Courthouse, Courtroom #401, 515 Rusk, Houston, TX 77002.

**Dated**: October 29, 2026

Respectfully submitted,

By: */s/ Miriam T. Goott*
Miriam T. Goott
attorney-in-charge
State ID# 24048846

OF COUNSEL:
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX 77208
713.956.5577
713.956.5570 (fax)

## CERTIFICATE OF SERVICE

I, Miriam Goott, hereby certify that a true and correct copy of the foregoing *Notice*, was served on all parties receiving notice via CM/ECF, including Mr. Vitt, on October 29, 2026.

*/s/Miriam T. Goott*
Miriam T. Goott