Case 24-31596 Document 1810-10 Filed in TXSB on 10/29/26 Page 1 of 1

Gmail

Miriam Goott <mgoott@walkerandpatterson.com>

# Order Setting Hearing

1 message

**Miriam Goott** <mgoott@walkerandpatterson.com> Thu, Oct 29, 2026 at 11:53 AM
To: JAVIT Vitt <javit2004rule@gmail.com>
Cc: "adb@bymanlaw.com" <adb@bymanlaw.com>

Attached please find an order setting a hearing on the Application to Employ Walker & Patterson.

*Miriam Goott*
*Walker & Patterson, P.C.*
*4815 Dacoma*
*Houston, TX 77092*
*713.956.5577*
*713.956.5570 fax*

**Order Setting Hearing - Employment App.pdf**
198K