# WITNESS AND EXHIBIT LIST

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |
| | |
| **Adversary Case No:** | |
| **Style of Adversary:** | |
| | |
| **Does this amend or supplement a previously filed Witness & Exhibit List? If so, state the date and CM/ECF No. of such previous filing.** | |

| **Yes** | **No** |
|---|---|
| | **X** |
| | |
| **Date** | **CM/ECF No.** |
| | |
| | |
| | |

| | |
|---|---|
| **Hearing/Trial Date:** | November 10, 2026 |
| **Hearing Time:** | 1:30 P.M. |
| **Party's Name:** | MMA Law Firm, PLLC |
| **Attorney's Name:** | Johnie Patterson and Miriam Goott |
| **Attorney's Phone:** | 713-956-5577 |

**Nature of Proceeding(s):**

| **CM/ECF No.** | **Matter** |
|---|---|
| 1609 | Objection to Claim No. 73 filed by Jeffrey Alan Vitt |
| 1611 | Objection to Claim No. 74 filed by Vitt 121, LTD and Affiliated Entities |
| 1612 | Objection to Claim No. 75 filed by Jeffrey Alan Vitt |
| | |
| | |
| | |
| | |

## WITNESS LIST

| | |
|---|---|
| **Lay Witnesses:** | Allison Byman, Plan Administrator |
| | Johnie Patterson |
| | Miriam T. Goott |
| | Jeffrey Alan Vitt |
| | John Zachary Moseley |
| | |
| | |

| | |
|---|---|
| **Expert Witnesses:** | |
| | |
| | |
| **REBUTTAL/ IMPEACHMENT WITNESSES** | |
| | |
| **Lay Witnesses:** | |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| | |

| | | **FOR COURT USE ONLY** | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| | | | | |
| **1** | Bankruptcy Docket | | | |
| **2** | Notice of Chapter 11 Filing | | | |
| **3** | POC No. 73 | | | |
| **4** | Objection to POC No. 73 | | | |
| **5** | Amended POC No. 73 | | | |
| **6** | Second Amended POC No. 73 | | | |
| **7** | POC No. 74 | | | |
| **8** | Objection to POC No. 74 | | | |
| **9** | POC No. 75 | | | |
| **10** | Objection to POC No. 75 | | | |
| **11** | Addendum attached to all POCs | | | |
| **12** | Fuller Docket | | | |
| **13** | Fuller Order | | | |
| **14** | Cyberlink Docket | | | |
| **15** | Cyberlink Complaint | | | |
| **16** | Cyberlink TRO | | | |
| **17** | Cyberlink Order | | | |
| **18** | Cyberlink Judgment | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
| | | | | |
| **1.** | | | | |
| **2.** | | | | |
| **3.** | | | | |
| **4.** | | | | |
| **5.** | | | | |
| **6.** | | | | |