United States Bankruptcy Court
Southern District of Texas

**ENTERED**

September 10, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER**
**REGARDING EX PARTE COMMUNICATION BY JEFFREY A. VITT**

This matter comes before the Court *sua sponte*. The Court has received multiple ex parte communications from Jeffrey A. Vitt concerning matters in the above-captioned case. Pursuant to Federal Rule of Bankruptcy Procedure 9003(a), parties in interest “must refrain from ex parte meetings and communications with the court about matters affecting a particular case or proceeding.” “This regulation of the conduct of parties in interest and their representative is designed to insure that the bankruptcy system operates fairly and that no appearance of unfairness is created.” Fed. R. Bankr. P. 9003 advisory committee’s note to 1983 enactment. Ex parte communication with the Court undermines the fairness and integrity of this proceeding and will not be tolerated by this Court. Accordingly, it is therefore:

**ORDERED:** that

1. Jeffrey A. Vitt must immediately CEASE AND DESIST any and all ex parte communication with this Court.

2. Failure to abide by the terms of this Order will result in the issuance of an order to show cause as to why Jeffrey A. Vitt should not be held in contempt of this Court.

3. This Court retains exclusive jurisdiction over all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**SIGNED Thursday, September 10, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**