Gmail — Miriam Goott <mgoott@walkerandpatterson.com>

# Today's Hearing at 3pm: Emergency Motion

**JAVIT Vitt** <javit2004rule@gmail.com> — Tue, Sep 29, 2026 at 12:19 PM
To: Miriam Goott <mgoott@walkerandpatterson.com>
Cc: Norma Chavez <Norma_J_Chavez@txs.uscourts.gov>, Johnie Patterson <jjp@walkerandpatterson.com>

Miriam Goott, Norma Chavez Johnie PattersonI do not oppose your request to cancel today’s 3:00 PM hearing, as my formal position on the docket is that all proceedings and evidentiary hearings must be abated.

Regarding the draft Rule 26(f) Joint Report you circulated: as detailed in my Emergency Application for Abatement (Doc. 1744) and the Notice filed this morning, my position is that all scheduling tracks, discovery obligations, and evidentiary deadlines must be stayed pending a ruling by Chief Judge Rodriguez on the requested 45-day abatement.

I cannot negotiate or stipulate to a binding discovery schedule while I remain administratively locked out of the CM/ECF system, unrepresented, and operating under the extreme challenges and duress.

If you choose to file a motion for a separate report, you may notify the Court that my position for the Rule 26(f) report is a mandatory 45-day abatement of all scheduling and discovery.

Jeffrey A. Vitt

[Quoted text hidden]