Gmail

**Miriam Goott <mgoott@walkerandpatterson.com>**

---

## URGENT / TIME SENSITIVE: Emergency Request for Continuance of Today's 1:30 PM Hearing (Case No. 24-31596)

1 message

---

**JAVIT Vitt** <javit2004rule@gmail.com> Wed, Sep 30, 2026 at 11:15 AM
To: "Allison D. Byman - Bankruptcy Admin" <adb@bymanlaw.com>, Miriam Goott <mgoott@walkerandpatterson.com>, Norma Jean Jeannie Chavez *Best <Norma_J_Chavez@txs.uscourts.gov>, Johnie Patterson <jjp@walkerandpatterson.com>, Ana Castro <ana_castro@txs.uscourts.gov>

Counsel and Court,

Miriam Goott

Johnie Patterson

Allison Byman

Norma Chavez

Ana Castro

Please accept this message as an urgent request for a short continuance of today’s 1:30 PM hearing in Case No. 24-31596.

Due to an unforeseen technical cell phone hardware failure that occurred late last night, my only phone device has experienced a critical lockout. I spent hours overnight and this morning troubleshooting what I initially believed to be a charging issue, but the device remains completely locked out. I've been trying to factory reset. Judge Rodriguez's standing orders strictly require two separate devices for participation (one for GoToMeeting video and a separate telephone device for the audio conference line), this sudden technical emergency makes compliance physically impossible for today's hearing.

I am formally requesting continuance of today's proceedings to allow me time to resolve this critical hardware and communication failure.

**Ms. Gooot and Ms. Byman:** Do you voluntarily agree to or oppose this emergency request for a short continuance?

**Ms. Chavez, Case Manager, Ms. Castro Deputy:** Please bring this urgent technical emergency and request for continuance to the Court's immediate attention.

Thankful, Respectfully

Jeffrey Alan Vitt, Individually

Tel: 539-292-9358

Email: javit2004rule@gmail.com