Gmail

Miriam Goott <mgoott@walkerandpatterson.com>

# Trying to Call in to hearing

**JAVIT Vitt** <javit2004rule@gmail.com> Wed, Sep 30, 2026 at 5:17 PM
To: Miriam Goott <mgoott@walkerandpatterson.com>
Cc: Norma Chavez <Norma_J_Chavez@txs.uscourts.gov>, "adb@bymanlaw.com" <adb@bymanlaw.com>

Please bring this matter to Chief Judge Rodriguez's attention.
**Ms. Chavez, Ms. Gooot and Ms. Byman:** will you please inform the court that you were and/or are now aware i was present during todays hearing and these communications and filings?

I request the Court review ECF No. 1764 (which was officially docketed at 1:19 PM prior to the hearing). Contrary to the minute entry in ECF No. 1765, I did appear: I was visually present on the GoToMeeting stream after actively troubleshooting network issues (including a router restart) . Plan Admin counsel also had questions. During hearing I sent held my cell up showing it malfunctioning directly on camera. I will file formal sworn declaration under penalty of perjury that my phone hardware failed late last night and remains non-functional. I respectfully request that the Court vacate ECF No. 1765 and correct the record."

also see this email sent at 11:15 am

URGENT / TIME SENSITIVE: Emergency Request for Continuance of Today's 1:30 PM Hearing (Case No. 24-31596)

Counsel and Court,

Miriam Goott

Johnie Patterson

Allison Byman

Norma Chavez

Ana Castro

Please accept this message as an urgent request for a short continuance of today's 1:30 PM hearing in Case No. 24-31596.

Due to an unforeseen technical cell phone hardware failure that occurred late last night, my only phone device has experienced a critical lockout. I spent hours overnight and this morning troubleshooting what I initially believed to be a charging issue, but the device remains completely locked out. I've been trying to factory reset. Judge Rodriguez's standing orders strictly require two separate devices for participation (one for GoToMeeting video and a separate telephone device for the audio conference line), this sudden technical emergency makes compliance physically impossible for today's hearing.

I am formally requesting continuance of today's proceedings to allow me time to resolve this critical hardware and communication failure.

**Ms. Gooot and Ms. Byman:** Do you voluntarily agree to or oppose this emergency request for a short continuance?

**Ms. Chavez, Case Manager, Ms. Castro Deputy:** Please bring this urgent technical emergency and request for continuance to the Court's immediate attention.

Thankful, Respectfully

Jeffrey Alan Vitt, Individually

Tel: 539-292-9358

Email: javit2004rule@gmail.com

[Quoted text hidden]