Gmail

Miriam Goott <mgoott@walkerandpatterson.com>

# Trying to Call in to hearing

**JAVIT Vitt** <javit2004rule@gmail.com> Thu, Oct 1, 2026 at 3:57 PM
To: Miriam Goott <mgoott@walkerandpatterson.com>
Cc: Norma Chavez <Norma_J_Chavez@txs.uscourts.gov>, "adb@bymanlaw.com" <adb@bymanlaw.com>

Subject: UPDATE / CASE NO. 24-31596:
Apple Support Hardware Confirmation & Request to Jointly Vacate ECF No. 1765

Ms. Chavez, Ms. Goott, and Ms. Byman:

Please update the record with the following confirmation regarding the technical hardware emergency from yesterday's hearing:

Apple Support has confirmed that my cell phone issue is a physical hardware failure. While Apple support agents are restricted from issuing written diagnostic descriptions via email. I have an appointment at the Apple Store for Monday, October 5, 2026, at 1:00 PM.

Ms. Goott and Ms. Byman: In light of these objective facts and our active communication thread during yesterday's session, do you voluntarily agree to join in an agreed motion or stipulate to vacating Order [ECF No. 1765] and resetting the matters for a fair hearing, satisfying local conference requirements? Please advise.

Ms. Chavez: Please bring this hardware confirmation and my pending request to Chief Judge Rodriguez so that Order [ECF No. 1765] can be vacated and the hearing reset, correcting the factual error regarding my appearance and technical lockout.

Respectfully submitted,
Jeffrey Alan Vitt, Individually
[Quoted text hidden]

---

**539-292-9358 Get ready for the Genius Bar.pdf**
115K