Gmail

Miriam Goott <mgoott@walkerandpatterson.com>

# Trying to Call in to hearing

**JAVIT Vitt** <javit2004rule@gmail.com> Fri, Oct 2, 2026 at 2:51 PM
To: Miriam Goott <mgoott@walkerandpatterson.com>
Cc: Norma Chavez <Norma_J_Chavez@txs.uscourts.gov>, "adb@bymanlaw.com" <adb@bymanlaw.com>

This email was not easy.

Please share this with Judge Rodriguez / Court.

My computer now has significant technology functional issues. I have a history of Advanced Persistent Threat and other data breaches.That possibility is not ruled out. These limitations prevent this and other filings into bankruptcy, making calls, etc. Technology is vital in everyday life. I request leave, stay (TIME) for all things bankruptcy including but not limited to filing motion to vacate Wednesday hearing ruling, other orders, not yet addressed, comingueled matters, status conference interactions/dates, other dates set or to be set, and all other bankruptcy matters previous, current and future filings, decisions/court orders, etc.

Action steps to address and resolve known/unknown technology issues and additional challenges caused by or related to are in process. I do not know how long this will take. I will provide progress updates as i'm able. Apple appointment is Monday. Other objective approaches are in process or in consideration.

Thank you.

Jeff Vitt
[Quoted text hidden]