United States Bankruptcy Court
Southern District of Texas
ENTERED
October 27, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

# Order Vacating
# Order Authorizing the Plan Administrator to Employ Walker & Patterson, P.C. as Counsel for Claims Objections and Setting Electronic Hearing

*ECF Nos. 1803 and 1776*

An Order Authorizing the Plan Administrator to Employ Walker & Patterson, P.C. as Counsel for Claims Objections, ECF No. 1803, was docketed in this case in error. The Court hereby **vacates** that order. Therefore, it is

ORDERED that the Order Authorizing the Plan Administrator to Employ Walker & Patterson, P.C. as Counsel for Claims Objections, ECF No. 1803, dated and entered October 26, 2026, is hereby VACATED. It is further

ORDERED that an electronic evidentiary hearings on Plan Administrator's Application for Authority to Employ Walker & Patterson, P.C. as Counsel for Claims Objections (the "Application"), ECF No. 1776, along with the Objection filed by Jeffrey Alan Vitt at ECF No. 1802, are hereby scheduled for **November 10, 2026, at 1:30 p.m., (Central Standard Time)** and will be held before the United States Bankruptcy Court, Houston Division. For persons wishing to appear in person, the hearing will be conducted from the United States Courthouse, 1701 W. Business Hwy 83, 10th Floor Courtroom, McAllen, TX 78501.

1. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

2. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

3. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

4. For any witness and exhibits, parties must utilize Form 1-100 Witness & Exhibit List which can be located on this Court's home page at https://www.txs.uscourts.gov/content/chief-united-states-bankruptcy-judgeeduardo-v-rodriguez

5. No later than Thursday, October 29, 2026, Debtor must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

**SIGNED Tuesday, October 27, 2026**

______________________________
**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 24-31596-evr
MMA Law Firm, PLLC Chapter 11
Official Committee of Unsecured Creditor
Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4 User: ADIuser Page 1 of 9
Date Rcvd: Oct 27, 2026 Form ID: pdf001 Total Noticed: 300

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | MMA Law Firm, PLLC, Suite 810, 1235 North Loop West, Houston, TX 77008-1764 |
| aty | + | Misty Segura, 7601 FM 1960 Rd E, # 349, Atascocita, TX 77346-2209 |
| aty | + | The Lausten Group, 650 Poydras Street, Suite 1400, PB#3924, New Orleans, LA 70130-6116 |
| intp | + | AMO Trial Lawyers, LLC, 3045 Ridgelake Dr., Suite 100, Metairie, LA 70002-4937 |
| cr | + | Access Restoration Services US, Inc., Attn: Lisa M. Norman, 1885 Saint James Place, 15th Fl, Houston, TX 77056 UNITED STATES 77056-4175 |
| intp | + | Allied World Insurance Company, 1690 New Britain Ave.,, Suite 101, Farmington, CT 06032-3361 |
| intp | + | Barbara Gaunichaux, 260 Dale ave, Gretna, LA 70056-7852 |
| intp | + | Barcus Arenas, PLLC, c/o CTO Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3140 |
| intp | + | Bensalah Hameurlaine, 57 Emile ave, Kenner, LA 70065-3769 |
| cr | + | Betty Johnson, 417 Belle Chasse Dr., Laplace, LA 70068-3401 |
| cr | + | Charles William Nicolas Tapp, 4614 Quarter Charge Dr, Annandale, VA 22003, UNITED STATES 22003-4622 |
| cr | + | Cristobal M. Galindo, PC d/b/a Galindo Law, c/o Hayward PLLC, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203 |
| intp | + | Douglas Freeman, 22108 W McKinney Rd, Springfield, LA 70462-8903 |
| cr | + | EAJF ESQ Fund, LP, c/o Misty A. Segura, Spencer Fane LLP, 3040 Post Oak Blvd., Ste. 1400, Houston, TX 77056 UNITED STATES 77056-6584 |
| cr | + | Equal Access Justice Fund, LP, c/o Misty A. Segura, Spencer Fane LLP, 3040 Post Oak Blvd., Ste. 1400, Houston, TX 77056 UNITED STATES 77056-6584 |
| intp | + | Frank Martin, 42587 Highway 10, Franklinton, LA 70438-5645 |
| cr | + | Glago Williams, LLC, 909 Poydras St., Suite 2950, New Orleans, LA 70112-4006 |
| intp | + | Gulf Coast Attorneys, LLC, c/o Albert J. Derbes IV, 3027 Ridgelake Drive, Metairie, LA 70002-4924 |
| intp | + | James Jochum, 709 Codifer Blvd., Metairie, LA 70005-3750 |
| cr | + | James Marshall McClenny, 380 Ridge Lake Scenic Drive, Montgomery, TX 77316-6933 |
| intp | + | Jennifer Jason Joy & Associates, PLLC, Suite 1801, 909 Texas St., Suite 1801, Houston, TX 77002-3192 |
| cr | + | Katrena Leigh Henderson, 4614 Quarter Charge Dr, Annandale, VA 22003, UNITED STATES 22003-4622 |
| cr | + | Kirsten Young, 5341 Brownfields Dr, Baton Rouge, LA 70811-1070 |
| dft | + | LaHatte Law Firm, LLC, 2000 Clearview Parkway, Suite 203, Metairie, LA 70001-2441 |
| cr | + | Latosha Barrow, 1058 Balsam Ave., Baton Rouge, LA 70807-2964 |
| intp | + | Pandit Law Firm, LLC, c/o Raj Pandit, 701 Poydras Street, Suite 3950, New Orleans, LA 70139-7731 |
| cr | + | Patricia Briscoe, 7801 Warsaw St, Metairie, LA 70003-6429 |
| cr | + | Paul Brown, 19380 Old Covington HWY, Hammond, LA 70403-0755 |
| cr | | Starlight Studios, LLC, c/o Leo D. Congeni, Suite 2750, New Orleans, LA 70130, UNITED STATES |
| cr | #+ | Stephen Landreneau, 104 Piney Cv, West Monroe, LA 71291-7461 |
| wit | + | Tessa Vorhaben, c/o Stephen P. Strohschein, Hinshaw & Culbertson LLP, 400 Convention Street, Suite 1001 Baton Rouge, LA 70802-5616 |
| intp | + | The Monson Law Firm, LLC, 5 Sanctuary Boulevard, Suite 101, Mandeville, LA 70471-5304 |
| cr | + | Trung Nguyen, 3531 W Esplanade Ave N, Metairie, LA 70002-3343 |
| intp | + | Voorhies Law Firm, LLC, c/o The Derbes Law Firm, 3027 Ridgelake Dr, Metairie, LA 70002-4924 |
| cr | + | Wayne Galjour, Jr, 732 Oakwood Dr, Gretna, LA 70056-3008 |

| | | |
|---|---|---|
| intp | + | Yulonda Alexander, P.O Box 125, Wilson, LA 70789-0125 |
| 12671190 | + | ADP Run, 7924 West Sahara Avenue, Las Vegas, NV 89117-1990 |
| 12671201 | + | AT&T - old account (TX), P.O. Box 5019, Carol Stream, IL 60197-5019 |
| 12749291 | + | Abdul Muhammad, 58025 Geroge St., Plaquemine, LA 70764-2207 |
| 12750011 | + | Access Restoration Services US, Inc., Attn: Scott Jacobi, 27657 Commerce Oaks Drive, Conroe, Tx 77385-4405 |
| 12749351 | + | Addison Houston, 521 Sykes St., Shreveport, LA 71104-3639 |
| 12671192 | + | Alexandria Rahn, Suite 800, 10440 N. Central Expressway, Dallas, TX 75231-2264 |
| 12671193 | + | Alexandria Twiss, Suite 4200, 1717 Main St., Dallas, TX 75201-4876 |
| 12671194 | + | Alexis A. Taylor, LLC, P.O. Box 1060, Independence, LA 70443-1060 |
| 12671195 | + | Alixe Duplechain, Suite 3300, 201 St. Charles Ave., New Orleans, LA 70170-3400 |
| 12671196 | + | All Peril Adjusting, LLC, 594 Sawdust Rd., Suite 354, The Woodlands, TX 77380-2215 |
| 12749613 | + | Allied World Insurance Company, c/o Werner Ahari Mangel LLP, 8117 Preston Road, Suite 300, Dallas, TX 75225-6347 |
| 12671197 | + | Alvendia, Kelly, Demarest Law, LLC, 909 Poydras Street, Suite 1625, New Orleans, LA 70112-4067 |
| 12671199 | + | Andrea Miller, Suite 1600, 909 Poydras, New Orleans, LA 70112-4013 |
| 12671200 | + | Andres Holmgren, Suite 3300, 201 St. Charles Ave., New Orleans, LA 70170-3400 |
| 12746687 | + | Apex Roofing and Restoration, LLC, c/o Scott R. Bickford, Esq, 338 Lafayette Street, New Orleans, LA 70130-3244 |
| 12671202 | + | Baggett McCall LLC, 3006 Country Club Road, Suite 100, Lake Charles, LA 70605-5920 |
| 12671203 | + | Barcus Arenas PLLC, 2200 N Loop West, Ste. 108, Houston, TX 77018-1753 |
| 12671204 | + | Bayou Adjusting, P.O. Box 837, Walker, LA 70785-0837 |
| 12912777 | + | Bayou Adjusting LLC, c/o Matthew R. Addison, 29675 Christopher Blvd, Walker, LA 70785-5908 |
| 12671205 | + | Becker & Hebert, 201 Rue Beauregard, Lafayette, LA 70508-3251 |
| 12671206 | + | Beverly DeLaune, 755 Magazine St., New Orleans, LA 70130-3629 |
| 12671208 | + | Bolen, Parker, Brenner, Lee & Miller, Lt, 709 Versailles Blvd., Alexandria, LA 71303-2352 |
| 12770754 | + | Bonnie J. Brown, c/o The Kassab Law Firm, 1214 Elgin Street, Houston, Texas 77004, eserve@kassab.law 77004-2829 |
| 12671211 | + | Brian Craig Johnson, P.E., 7600 Chicago Ave. S, Richfield, MN 55423-4450 |
| 12671212 | + | Brian F Guillot Attorney at Law, 1716 Apple St, Metairie, LA 70001-2349 |
| 12671213 | + | Broussard & Dove, APLC, 7605 Park Avenue, Houma, LA 70364-3642 |
| 12671214 | + | Broussard Injury Lawyers, 321 Veterans Memorial Blvd, Suite 205, Metairie, LA 70005-3060 |
| 12671215 | + | Burgos & Associates, LLC, 3535 Canal Street, Suite 200, New Orleans, LA 70119-6170 |
| 12765667 | + | CURTRECHIA NUNN, 5015 B PLACE, MERIDIAN, MS 39305-2258 |
| 12671216 | + | Cameron Snowden, Suite 2900, 2933 Myrtle Ave., Baton Rouge, LA 70806-6847 |
| 12770759 | + | Carey D. Yazeed, c/o The Kassab Law Firm, 1214 Elgin Street, Houston, Texas 77004, eserve@kassab.law 77004-2829 |
| 12671218 | + | Carl J. Selenberg, Attorney at Law, 3713 Airline Drive, Metairie, LA 70001-5836 |
| 12671219 | + | Catherine Patriarca, Suite 2400, 601 Poydras St., New Orleans, LA 70130-6036 |
| 12671220 | + | Chad T. Wilson Law Firm, PLLC, 455 East Medical Center Blvd., Ste. 555, Webster, TX 77598-4405 |
| 12671221 | + | Charbonnet Law Firm, LLC, 501 Clearview Parkway, Metairie, LA 70001-4626 |
| 12671222 | + | Chehardy Sherman Williams Law Firm, 1 Galleria Boulevard, Suite 1100, Metairie, LA 70001-2033 |
| 12671223 | + | Chelsea Dazet Attorney at Law, 221 E Kirkland Street, Covington, LA 70433-2701 |
| 12746580 | + | Christine Mockosher Griffin, 8483 Nick Rd., Greenwood, LA 71033-2615 |
| 12749408 | + | Christovich & Kearney, LLP, 601 Poydras St. Suite 2300, New Orleans, LA 70130-6078 |
| 12671224 | + | Civil Legal Services, LLC, 2221 Saint Claude Ave, New Orleans, LA 70117-8455 |
| 12671225 | + | Claire Easterling Pontier, Suite 3250, 1100 Poydras Street, New Orleans, LA 70163-3201 |
| 12770752 | + | Claude Britton, III, c/o The Kassab Law Firm, 1214 Elgin Street, Houston, Texas 77004, eserve@kassab.law 77004-2829 |
| 12671227 | + | Clay Cosse, Suite 4200, 1717 Main St., Dallas, TX 75201-4876 |
| 12671228 | + | Clerk of Court - Beauregard Parish, P.O. Box 100, DeRidder, LA 70634-0016 |
| 12671229 | + | Clerk of Court - Caddo Parish, 501 Texas St., Room 103, Shreveport, LA 71101-5402 |
| 12671230 | + | Clerk of Court - Calcasieu Parish, P.O. Box 1030, Lake Charles, LA 70602-1030 |
| 12671231 | + | Coastal Claims, 2650 N Dixie Fwy, New Smyrna Beach, FL 32168-5774 |
| 12671233 | + | Comcast - Old account (TX), P.O. Box 8587, Philadelphia, PA 19101-8587 |
| 12671232 | + | Comcast - old account (FL), 444 Highway 96 East, St. Paul, MN 55127-2557 |
| 12671234 | | Concur, SAP Philippines, Inc., Topaz Rd. & Ruby Rd., 1600 Manila, Philippines |
| 12671235 | + | Cornerstone Consulting Group, 243 La Costa Circle, Weatherford, TX 76088-2208 |
| 12671236 | + | Coss Law Firm, LLC, 1515 Poydras Street, Suite 900, New Orleans, LA 70112-4505 |
| 12671237 | + | Cox Cox Filo Camel Wilson & Brown, LLC, 723 Broad Street, Lake Charles, LA 70601-4338 |
| 12749871 | + | Cristobal M. Galindo, P.C., c/o Charlie Shelton, Hayward PLLC, 7600 Burnet Road, Suite 530, Austin, Texas 78757-1269 |
| 12671238 | + | Cueria Law Firm, LLC, 650 Poydras Street, Suite 2740, New Orleans, LA 70130-6123 |
| 12770757 | + | Curtis R. Davis, c/o The Kassab Law Firm, 1214 Elgin Street, Houston, Texas 77004, eserve@kassab.law 77004-2829 |
| 12687954 | + | Curtis and Ardene Tassin, Health Law Group LLC, 201 St.Charles Avenue, Suite 2500, New Orleans, LA 70170-2500 |
| 12749293 | + | Cynthia Johnson, 1318 Bank Avenue, New Iberia, LA 70560-6149 |
| 12734040 | + | Cynthia Troxclair, PO Box 1731, Kinder, LA 70648-1731 |
| 12671239 | + | Dale Jefferson, Suite 1100, 808 Travis St., Houston, TX 77002-5831 |
| 12671240 | + | Daly & Black, P.C., 2211 Norfolk St., #800, Houston, TX 77098-4030 |
| 12671241 | + | Daly & Black, PC, 2211 Norfolk Street, Suite 800, Houston, TX 77098-4030 |

| | | |
|---|---|---|
| 12749292 | + | Darrell Broussard, 420 Tommys Rd., Sunset, LA 70584-5330 |
| 12671242 | + | David Schenck, Suite 4200, 1717 Main St., Dallas, TX 75201-4876 |
| 12749353 | + | Deborah Hollie, 390 Burks Rd., Starks, LA 70661-5042 |
| 12671243 | + | Definiti, P.O. Box 95357, Grapevine, TX 76099-9733 |
| 12671244 | + | Delphin Law Offices, 626 Broad St, Lake Charles, LA 70601-4337 |
| 12671245 | + | Delsa Law Firm, 3260 Range Court, Mandeville, LA 70448-8494 |
| 12804987 | + | Destiney Griffin, 3841 Accacia Lane, Harvey, LA 70058-2169 |
| 12671247 | + | Didriksen, Saucier & Woods, PLC, 3114 Canal Street, New Orleans, LA 70119-6202 |
| 12750816 | + | Disaster Solutions, 192 Solhelm Lane, Raleigh, NC 27603-5555 |
| 12671248 | + | Disaster Solutions, 1301 Seminole Blvd, Suite 140, Largo, FL 33770-8102 |
| 12671249 | + | Don A Rouzan & Associates LLA Counsellor, 1010 Common St, Suite 2410, New Orleans, LA 70112-2462 |
| 13153241 | + | Donald Blais, 1318 Harmony Church Road, Dawsonsville, GA 30534-6303 |
| 12671250 | + | Dupont Claim Services, 1721 Hwy 22W, Madisonville, LA 70447-9446 |
| 12770751 | + | Dwane Borel, c/o The Kassab Law Firm, 1214 Elgin Street, Houston, Texas 77004-2829 |
| 12750175 | + | EAJF ESQ Fund, LP, c/o Misty A. Segura, Spencer Fane, LLP, 3040 Post Oak Blvd., Ste. 1400, Houston, TX 77056-6584 |
| 12671251 | + | Egenberg Trial Lawyers, 650 Poydras Street, Suite 2000, New Orleans, LA 70130-7206 |
| 12671252 | + | Elsbet Smith, Suite 200, 111 N. Oak St., Hammond, LA 70401-3240 |
| 12671253 | + | Equal Access Justice Fund, LP, c/o Fred Johnson, Spencer Fane, LLP, 3040 Post Oak Blvd, Suite 1400, Houston, TX 77056-6584 |
| 12749305 | + | Ernest Willaims, 110 Hansel St., New Iberia, LA 70560-5040 |
| 12749304 | + | Eunice Pillette, 503 East Valcourt St., Abbeville, LA 70510-2329 |
| 12671255 | + | Exact Building Consultants, 18702 69th Ave E, Bradenton, FL 34211-7096 |
| 12671256 | #+ | Favret Carriere Cronvich, 650 Poydras Street, Suite 2300, New Orleans, LA 70130-6162 |
| 12671257 | + | Fitz-Gerald Hebert & DeLouche, 2306 Sampson St, Westlake, LA 70669-2712 |
| 12671258 | + | Frank J D'Amico Jr, APLC, 4608 Rye Street, Metairie, LA 70006-5314 |
| 12671259 | + | Frederick M Lupfer, 1824 County Road 3113, Jacksonville, TX 75766-6185 |
| 12671260 | + | Frischhertz Impastato Person Injury Law, 1140 St. Charles Ave., New Orleans, LA 70130-4332 |
| 12671261 | #+ | Galindo Law, 4151 Southwest Fwy, #602, Houston, TX 77027-7320 |
| 12671262 | + | Galindo Law Trial Attorneys, 4151 Southwest Fwy, Suite 602, Houston, TX 77027-7320 |
| 12749560 | + | Ginger Beebe, 21 Virgil Beebe Rd, Lena, LA 71447-9676 |
| 12671263 | + | Glabal Estimating Services, Inc., 25000 Pitkin Rd., Suite 201/202, Spring, TX 77386-2467 |
| 12671264 | + | Glago Williams Attorney at Law, 909 Poydras Street, 29th Floor, New Orleans, LA 70112-4006 |
| 12671266 | + | Godbey Giardina Law Group, 1381 Fremaux Avenue, Slidell, LA 70458-8316 |
| 12671267 | + | Gordon McKernan Injury Attorneys, 5656 Hilton Avenue, Baton Rouge, LA 70808-2524 |
| 12671268 | + | Gordon, Arata, Montgomery, Barnett, McCo, 201 St. Charles Ave, 40th Floor, New Orleans, LA 70170-1006 |
| 12671269 | + | Grant Gardiner, 3129 Bore St., Metairie, LA 70001-5333 |
| 12671270 | + | Guest Law Firm, 1900 32nd Street, Kenner, LA 70065-3675 |
| 12671271 | + | Gwyneth O'Neill, Suite 1600, 909 Poydras, New Orleans, LA 70112-4013 |
| 12671272 | + | HAAG, P.O. Box 660625, Dallas, TX 75266-0625 |
| 12671273 | #+ | Hair Shunnarah Trial Attorneys, 3540 S. I-10 Service Road W., Suite 300, Metairie, LA 70001-1976 |
| 12749309 | + | Harold Boudreaux, 105 Crestmont Blvd, Youngsville, LA 70592-5653 |
| 12671274 | + | Harris Wells, Suite 3500, 1100 Louisiana St., Houston, TX 77002-5212 |
| 12671275 | + | Heath Law Group, LLC, 201 St. Charles Ave, Suite 2500, New Orleans, LA 70170-2500 |
| 12671276 | + | Herman, Herman & Katz, LLC, 909 Poydras Street, Suite 1860, New Orleans, LA 70112-4060 |
| 12671278 | + | Houghtaling Law Firm, LLC, 3850 Causeway Blvd, Suite 1090, Metairie, LA 70002-8141 |
| 12671279 | + | Howard Marshall, Suite 2300, 601 Poydras St., New Orleans, LA 70130-6078 |
| 12671280 | + | Huber Thomas Law, LLP, 1100 Poydras Street, Suite 2200, New Orleans, LA 70163-1123 |
| 12671281 | + | InQuest General Contracting LLC, P.O. Box 1827, Quinlan, TX 75474-0031 |
| 12671282 | + | Insurance Claim Solutions - Umpire, 1458 Old Fort Road, Farview, NC 28730-7616 |
| 12671285 | + | Iron Mountain, 3502 Bissonnet St., Houston, TX 77005-2118 |
| 12671286 | + | Irpino, Avin & Hawkins Law Firm, 2216 Magazine Street, New Orleans, LA 70130-5637 |
| 12671287 | + | J.A. Consulting, 7948 Davis Boulevard, Suite 100, North Richland Hills, TX 76182-6953 |
| 12671299 | + | JT Law Firm, 111 North Orange Ave, Ste. 800, Orlando, FL 32801-2381 |
| 12671288 | + | James McClenny, 380 Ridge Lake Scenic Dr., Montgomery, TX 77316-6933 |
| 12770756 | + | James S. Dartez, c/o The Kassab Law Firm, 1214 Elgin Street, Houston, Texas 77004, eserve@kassab.law 77004-2829 |
| 12671289 | + | Jason J. Joy & Associates, 909 Texas Ave., Suite 1801, Houston, TX 77002-3192 |
| 12671290 | + | Jean Frizzell, Suite 3500, 1100 Louisiana St., Houston, TX 77002-5212 |
| 13404715 | + | Jeffrey Alan Vitt, Individually, 12791 South 4230 Road, Chelsea, OK 74016-2114 |
| 13404789 | + | Jeffrey Alan Vitt, Individually & Rep. Doe / XYZ E, 12791 S. 4230 Road, Chelsea, OK 74016-2114 |
| 12767135 | + | Jesse P Barnett III, 2587 Bayou Rd, Port Barre, LA 70577-5457 |
| 12671293 | + | John Jordan, P.O. Box 2828, Hammond, LA 70404-2828 |
| 12671294 | + | John M Welborn III Attorney At Law, 508 N Pine St, DeRidder, LA 70634-3908 |
| 12750769 | + | John Zachary Moseley, 1235 N. Loop West, Suite 810, Houston, TX 77008-1764 |
| 12671295 | + | Jonathan Lemann, Suite 3250, 1100 Poydras Street, New Orleans, LA 70163-3201 |

| | | |
|---|---|---|
| 12671296 | | Jones & Hill Personal Injury Attorneys, 215 West 6th Ave, Oberlin, LA 70655 |
| 12671297 | + | Joubert Law Firm APLC, 2171 Quail Run Drive, Baton Rouge, LA 70808-4287 |
| 12671298 | + | Joyner Law Firm, 2236 St Charles Ave, Suite A, New Orleans, LA 70130-5822 |
| 12671300 | + | Kaleb Blake Company Umpire Services, 1709 Gornto Road, A-308, Valdosta, GA 31601-8406 |
| 12671301 | + | Kandell, Kandell & Petrie, P.A., 2665 S Bayshore Dr, Suite 500, Miami, FL 33133-5462 |
| 12749742 | + | Katherine Monson, et al, 1100 Poydras Street, Suite 3250, New Orleans, LA 70163-3201 |
| 12735650 | + | Kevin Kelly, 1120 Wyndham South, Gretna, LA 70056-8370 |
| 12671302 | + | Kevin Tully, Suite 2300, 601 Poydras St., New Orleans, LA 70130-6078 |
| 12671303 | + | Klotz & Early Law Firm, 909 Poydras Street, Suite 2950, New Orleans, LA 70112-4006 |
| 12749564 | + | Krause & Kinsman Trial Lawyers, LLP, Saul Ewing LLP c/o Turner Falk, Esq., 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2100 |
| 12671305 | + | Krause and Kinsman Trial Lawyers, 4717 Grand Ave, #300, Kansas City, MO 64112-2206 |
| 12671307 | + | LaHatte Law LLC, 2000 Clearview Pkwy, Suite 203, Metairie, LA 70001-2441 |
| 12671306 | + | Laborde Earles Injury Lawyers, 1901 Kaliste Saloom Rd, Lafayette, LA 70508-6115 |
| 12671308 | + | Law Office of Carolyn O Hines, 1330 Jackson St, Suite C, Alexandria, LA 71301-6929 |
| 12671309 | + | Law Office of Deborah E. Lonker, 3636 S I 10 Service Rd W, Suite 100, Metairie, LA 70001-6418 |
| 12671310 | + | Law Office of Laura Jean Todaro, 909 W Esplanade Ave, Suite 203, Kenner, LA 70065-2700 |
| 12671311 | + | Law Office of Phillip T. Hager, 3500 North Hullen Street, Metairie, LA 70002-3420 |
| 12671312 | + | Law Office of Stephen M Smith Attorney, 1425 N Broad St, Suite 201, New Orleans, LA 70119-2397 |
| 12671313 | + | Law Office of Steven J Rando LLC, 3530 Canal St, New Orleans, LA 70119-6109 |
| 12671314 | | Law Offices of Jeremy Moody LLC, 327 Nora Broussard Rd, Youngsville, LA 70592-5661 |
| 12671315 | + | Lawrence R. Anderson, Jr. Attorney at La, 11953 Coursey Boulevard, Baton Rouge, LA 70816-4406 |
| 12750266 | + | LeeRoy Jefferson, 2667 Sligo Road, Haughton, LA 71037-7671 |
| 12746578 | + | Linda Luz Rodriguez Wilhelm, 316 Beverly Loop, Pineville, LA 71360-5594 |
| 12749295 | + | Linda Thomas, 4224 Worthy Dr., Lake Charles, LA 70607-4810 |
| 12770755 | + | Lloyd Cox, c/o The Kassab Law Firm, 1214 Elgin Street, Houston, Texas 77004, eserve@kassab.law 77004-2829 |
| 12749736 | + | Locklin Consulting, LLC, 17319 Fountainbluff Drive, San Antonio, Texas 78248-1931 |
| 12671317 | + | Locklin Consulting, LLC, 2478 S 3rd Ave, Walla Walla, WA 99362-4478 |
| 12671318 | + | Long & Long Law Firm, 3600 Springhill Memorial Drive N., Mobile, AL 36608-1162 |
| 12749307 | + | Lorenzo Garner, 1201 Butter Street, Leesville, LA 71446-2705 |
| 12717372 | + | Louisiana Farm Bureau, P.O. Box 95008, Baton Rouge, LA 70895-9008 |
| 12671319 | + | Louisiana TWC, P.O. Box 94050, Baton Rouge, LA 70804-9050 |
| 12671320 | + | Lundy, Lundy, Soileau & South, LLP, 501 Broad Street, Lake Charles, LA 70601-4334 |
| 12770758 | + | Lynda L. Jenkins, c/o The Kassab Law Firm, 1214 Elgin Street, Houston, Texas 77004, eserve@kassab.law 77004-2829 |
| 12671321 | + | Mahfouz Law Firm, LLC, 1201 Brashear Avenue, Suite 201, Morgan City, LA 70380-1380 |
| 12671322 | + | Manning General Contractors, 402 SW Market St., Lees Summit, MO 64063-3940 |
| 12671324 | + | Marcelle Robertson Mestayer LLC, 650 Poydras St, Suite 2720, New Orleans, LA 70130-6183 |
| 12749347 | #+ | Marino Guillory, 101 Weaver Street, Eunice, LA 70535-2863 |
| 12671325 | + | Mark W Smith & Associates PLLC Attorneys, 500 N Causeway Blvd, Metairie, LA 70001-5340 |
| 12755723 | + | Mary C. Augustine, 210 Addie Drive, Crowley, LA 70526-7212 |
| 12671326 | + | McKee Law Firm LLC, 1100 Poydras St, Suite 1475, New Orleans, LA 70163-1409 |
| 12671327 | + | Melissa Lessel, 755 Magazine St., New Orleans, LA 70130-3629 |
| 12671328 | #+ | Mike Brandner Law Firm, 3621 Veterans Memorial Boulevard, Metairie, LA 70002-5839 |
| 12671329 | + | Mixon Carroll & Frazier LLC, P O Drawer 1619, Columbia, LA 71418-1619 |
| 12671330 | + | Montiel Hodge, 400 Poydras St, Suite 2325, New Orleans, LA 70130-3230 |
| 12671331 | + | Morris Bart LLC, 601 Poydras St, Floor 24, New Orleans, LA 70130-6036 |
| 12671332 | + | National Public Adjusting, LLC, 25015 Spring Creek Drive, Spring, TX 77380-2441 |
| 13448180 | + | Nester J. Houghton, 67315 Armel Road, Mandeville, LA 70471-8107 |
| 12671333 | + | New Orleans Legal LLC, 643 Magazine St, Suite 202, New Orleans, LA 70130-3436 |
| 12671334 | + | Nicaud & Sunseri Law Firm, 3000 18th St, Metairie, LA 70002-4903 |
| 12671335 | + | Noble Public Adjusting, 107 Amar Place, #103, Panama City Beach, FL 32413-5014 |
| 12671337 | + | Norris Law Firm Personal Injury, 8 North Oak St, Vidalia, LA 71373-3332 |
| 12671338 | + | Oakwoood Bank, 8411 Preston Rd, Suite 600, LB 35, Dallas, TX 75225-5545 |
| 12729369 | + | Opal Prejean, 1709 Seventh St., Lake Charles, LA 70601-5572 |
| 12671341 | + | PCG - Property Loss Consultants, 2000 Mallory Lane, Suite 130, #239, Franklin, TN 37067-8231 |
| 12671339 | + | Pandit Law, 701 Poydras Street, Suite 3950, New Orleans, LA 70139-7731 |
| 12671340 | + | Patout & Shaw, PLLC, 1235 N Loop W, 8th Floor, Houston, TX 77008-1764 |
| 12749299 | + | Paul Adams, 340 Scenic Drive, Ville Platte, LA 70586-2975 |
| 12749611 | + | Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130-6534 |
| 12671342 | + | Philip C Hoffman Attorney at Law, 643 Magazine St, Suite 300 A, New Orleans, LA 70130-3433 |
| 12671343 | + | Pierce & Shows Attorneys, 601 St Joseph St, Baton Rouge, LA 70802-6053 |
| 12671344 | + | Principal Financial, P.O. Box 249, Itasca, IL 60143-0249 |
| 12671345 | + | R. William Huye, III, 2106 Key West Cove, Austin, TX 78746-7256 |

| | | |
|---|---|---|
| 12671346 | + | Raspanti Law Firm, 3900 North Causeway Blvd, Suite 1470 (Lakeway 1), Metairie, LA 70002-1746 |
| 12725016 | + | Regina A. Ceaser, 4200 CoCo Miguel Rd., New Iberia, LA 70560-9524 |
| 12671347 | + | Richardson Law Group, 422 E Lockwood St, Covington, LA 70433-2977 |
| 12671348 | + | Riess LeMieux LLC, 1100 Poydras St, Suite 110, New Orleans, LA 70163-1101 |
| 12671349 | | Robert Angelle, APLC, 3231 N Interstate 10 Service Rd W, Metairie, LA 70002 |
| 12671350 | + | Robert Emmet Couhig , Jr, Suite 3250, 1100 Poydras Street, New Orleans, LA 70163-3201 |
| 12671351 | + | Ron Anthony Austin, 400 Manhattan Boulevard, Harvey, LA 70058-4442 |
| 12671352 | + | Roper Ligh Attorneys, 10935 Perkins Rd, Suite B, Baton Rouge, LA 70810-3005 |
| 12671353 | + | Roy & Scott, P O Box 544, Marksville, LA 71351-0544 |
| 12671364 | + | SWLA Injury Attorneys, LLC, 949 Ryan Street, Suite 130, Lake Charles, LA 70601-5595 |
| 12671354 | + | ScanStat, P.O. Box 791522, Baltimore, MD 21279-1522 |
| 12671355 | + | Scope Pros, LLC, 8060 East Girard Avenue, Unit 619, Denver, CO 80231-4417 |
| 12671356 | + | Scott Galante, 816 Cadiz St., New Orleans, LA 70115-1512 |
| 12671357 | + | Scott Huete, 400 Manhattan Boulevard, Harvey, LA 70058-4442 |
| 12749343 | + | Shavaun Miller, 215 Ralph Street, Midland, LA 70559-1920 |
| 12671358 | + | Simien & Simien, LLC, 7908 Wrenwood Blvd., Baton Rouge, LA 70809-1796 |
| 12923286 | + | Sorted Lake Charles, Elizabeth Alexander, 4309 Essex St, Lake Charles, LA 70605-3905 |
| 12671361 | + | Spencer Fane, LP, Fred Johnson, 3040 Post Oak Blvd, Suite 1400, Houston, TX 77056-6584 |
| 12749610 | + | Starlight Studios, LLC, c/o Congeni Law Firm, LLC, 650 Poydras Street, Ste. 2750, New Orleans, LA 70130-6152 |
| 12671362 | + | Stephenson, Chavarri & Dawson LLC, 400 Poydras St, Suite 1990, New Orleans, LA 70130-3273 |
| 12671363 | + | Stolk Lab, 1711 Analog Dr., Richardson, TX 75081-1944 |
| 12671365 | + | The Chopin Law Firm, 650 Poydras Street, Suite 1550, New Orleans, LA 70130-7213 |
| 12671367 | + | The Johnson Firm Lawyers, 1419 Ryan St, Lake Charles, LA 70601-5918 |
| 12740087 | + | The Kidwell Group, LLC, d/b/a Air Quality Assessors of Florida, c/o Latham Luna Eden & Beaudine, LLP, 201 S. Orange Ave., Suite 1400 Orlando, Florida 32801-3483 |
| 12671368 | + | The King Firm, 2912 Canal St, New Orleans, LA 70119-6304 |
| 12671369 | + | The Law Firm of Hesni & Rossetti, PLC, 407 Huey P. Long Avenue, Gretna, LA 70053-5917 |
| 12671370 | + | The Law Office of Richard J Fernandez LL, 3000 W Esplanade Ave N, Suite 200, Metairie, LA 70002-1877 |
| 12671371 | + | The Mahome Firm, 5190 Canal Boulevard, Suite 102, New Orleans, LA 70124-1710 |
| 12671373 | + | The Pellegrin Firm LLC, 3500 N Hullen St, Suite 17D, Metairie, LA 70002-3420 |
| 12671374 | + | The Townsley Law Firm, 3102 Enterprise Blvd., Lake Charles, LA 70601-8722 |
| 12671375 | + | The Voorhies Law Firm, 1100 Poydras Street, Suite 2810, New Orleans, LA 70163-2810 |
| 12671377 | + | Thomas Flanagan, Suite 3300, 201 St. Charles Ave., New Orleans, LA 70170-3400 |
| 12671378 | + | Thomson Reuters, 610 Opperman Drive, Eagan, MN 55123-1340 |
| 12671379 | + | Timothy B Moore Law Office LLC, 10001 Lake Forest Blvd, Suite 870, New Orleans, LA 70127-6200 |
| 12671380 | + | Tollefson Bradley Mitchell & Melendi, LL, 2811 McKinney Ave., Suite 250, Dallas, TX 75204-8545 |
| 12671384 | + | VG Law Group, L.L.P., 8751 W. Broward Blvd., Suite 200, Plantation, FL 33324-2630 |
| 12671385 | + | VG Vilar & Green Attorneys, 1450 Dorchester Dr, Alexandria, LA 71301-3408 |
| 12671383 | + | Veron Bice Attorneys At Law, 721 Kirby St, Lake Charles, LA 70601-5333 |
| 12671386 | + | Vidal Law & CPA Firm LLC, 135 Woodlake Blvd, Kenner, LA 70065-1058 |
| 12770750 | + | Wayne J. Adams, c/o The Kassab Law Firm, 1214 Elgin Street, Houston, Texas 77004-2829 |
| 12671388 | + | Welborn & Hargett Injury Attorneys, 1540 W Pinhook Rd, Lafayette, LA 70503-3159 |
| 12671389 | + | Whitworth Law Firm, LLC, 900 France Street, Baton Rouge, LA 70802-6023 |
| 12671391 | + | William Gibbens, Suite 1600, 909 Poydras, New Orleans, LA 70112-4013 |
| 12671392 | + | William Macaluso, Suite 200, 111 N. Oak St., Hammond, LA 70401-3240 |
| 12671393 | + | William Ross, 816 Cadiz St., New Orleans, LA 70115-1512 |
| 12671394 | + | Woody Falgoust, A Law Corporation, 1050 Canal Blvd., Thibodaux, LA 70301-4508 |
| 12671395 | + | Zach Mosely, 1235 N. Loop West, Suite 810, Houston, TX 77008-1764 |
| 12671396 | + | Zeringue Law Group, 311 Patriot Street, Thibodaux, LA 70301-3023 |

TOTAL: 271

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| db | ^ | MEBN | Oct 27 2026 23:41:00 | MMA Law Firm, PLLC, Suite 810, 1235 North Loop West, Houston, TX 77008-1764 |
| aty | ^ | MEBN | Oct 27 2026 23:41:03 | Walker & Patterson, P.C., P.O. Box 61301, Houston, TX 77208-1301 |
| tr | + | Email/Text: adb@bymanlaw.com | Oct 27 2026 23:46:00 | Allison D. Byman, 7924 Broadway, Suite 104, None, Pearland, TX 77581-7933 |

| | | | |
|---|---|---|---|
| cr | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 27 2026 23:46:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + Email/Text: bnkatty@aldineisd.org | Oct 27 2026 23:47:00 | BANKRUPTCY ATTY. ALDINE INDEPENDENT SCHOOL DISTRIC, 2520 W.W. THORNE BLVD., LEGAL DEPARTMENT, HOUSTON, TX 77073, UNITED STATES 77073-3406 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Oct 27 2026 23:46:00 | City of Houston, Linebarger Goggan Blair & Sampson LLP, Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |
| ex | + Email/Text: eengelhart@rossbanks.com | Oct 27 2026 23:46:00 | Eva S Engelhart, Ross Banks May Cron & Cavin P.C., 7700 San Felipe, Suite 550, Houston, TX 77063, UNITED STATES 77063-1618 |
| cr | + Email/Text: info@ts-llp.com | Oct 27 2026 23:46:00 | Jayne Moseley, c/o Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004-1028 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Oct 27 2026 23:46:00 | Lone Star College System, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |
| cr | ^ MEBN | Oct 27 2026 23:40:33 | Texas Comptroller of Public Accounts, c/o Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin, tx 78711-2548 |
| cr | + Email/Text: bcd@oag.texas.gov | Oct 27 2026 23:45:00 | Texas Workforce Commission, Jamie Kirk, c/o Sherri K. Simpson, Paralegal, P.O. Box 12548, Austin, TX 78711-2548 |
| 12750012 | + Email/Text: BKNotice@andrewsmyers.com | Oct 27 2026 23:46:00 | Access Restoration Services US, Inc., c/o Andrews Myers, PC, Attn: Lisa M. Norman, 1885 Saint James Place, 15th Fl, Houston, Texas 77056-4176 |
| 12671191 | + Email/Text: bnkatty@aldineisd.org | Oct 27 2026 23:47:00 | Aldine ISD Tax Office, 14909 Aldine Westfield Rd, Houston, TX 77032-3027 |
| 12706401 | Email/PDF: bncnotices@becket-lee.com | Oct 28 2026 00:00:34 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 12748603 | + Email/Text: dbray@hawleytroxell.com | Oct 27 2026 23:46:00 | Aramark Refreshments Services, LLC, c/o Devin G. Bray, Hawley Troxell Ennis & Hawley LLP, P.O. Box 1617, Boise, ID 83701-1617 |
| 12675368 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2026 00:00:34 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 12671217 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2026 00:00:45 | CapitalOne Spark, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 12673480 | Email/Text: houston_bankruptcy@LGBS.com | Oct 27 2026 23:46:00 | City of Houston, c/o Jeannie L. Andresen, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| 12745862 | ^ MEBN | Oct 27 2026 23:40:33 | Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin TX 78711-2548 |
| 12671254 | + Email/Text: collections@esquiresolutions.com | Oct 27 2026 23:46:33 | Esquire Deposition Solutions, 1500 Centre Pkwy, Suite 100, East Point, GA 30344-8152 |
| 12750010 | + Email/Text: BKNotice@andrewsmyers.com | Oct 27 2026 23:46:00 | Global Estimating Services, Inc., c/o Andrews Myers, PC, Attn: Lisa M. Norman, 1885 Saint James Place, 15th Fl, Houston, Texas 77056-4176 |
| 12671277 | Email/Text: thogan4800@gmail.com | Oct 27 2026 23:46:00 | Hogan Attorneys, 310 North Cherry St., No. 1, Hammond, LA 70401 |
| 12671284 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 27 2026 23:46:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 12692839 | + Email/Text: RASEBN@raslg.com | Oct 27 2026 23:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

| | | | | |
|---|---|---|---|---|
| | | | | USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 12749673 | + | Email/Text: info@ts-llp.com | Oct 27 2026 23:46:00 | Jayne Moseley, c/o Tran Singh LLP, 2502 La Branch Street, Houston, Texas 77004-1028 |
| 12673482 | | Email/Text: houston_bankruptcy@LGBS.com | Oct 27 2026 23:46:00 | Lone Star College System, c/o Jeannie L. Andresen, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| 12671246 | | Email/Text: dholmes@deutschkerrigan.com | Oct 27 2026 23:45:00 | Deutsch Kerrigan LLP, 755 Magazine Street, New Orleans, LA 70130 |
| 12671381 | ^ | MEBN | Oct 27 2026 23:40:46 | TX Tag, P.O. Box 650749, Dallas, TX 75265-0749 |
| 12672475 | | Email/Text: bcd@oag.texas.gov | Oct 27 2026 23:45:00 | Texas Workforce Commission, Office of Attorney General, BK/Collections, P.O. BOX 12548, MC008, Austin, TX 787112548 |
| 12671382 | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Oct 27 2026 23:46:00 | United States Trustee, Suite 3516, 515 Rusk, Houston, TX 77002-2604 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Hendershot Cowart PC |
| aty | | Megan Clontz |
| aty | | Spencer Fane LLP, 3040 Post Oak Blvd., Suite 1400, Houston |
| intp | | Alvin Coleman, Jr |
| cr | | Anna Barefield |
| cr | | Apex Roofing and Restoration, LLC |
| intp | | Austin Haydel |
| intp | | Betty Jarrell |
| intp | | Broussard & Dove PLLC |
| intp | | Broussard Injury Lawyers, LLC, Daly & Black, P.C., |
| cr | | Christine Griffin |
| cr | | Colby Haas |
| intp | | Daly & Black, P.C. |
| intp | | Danny Neal |
| cr | | Donald Blais |
| intp | | Donald Henderson |
| intp | | Edwin Hessler |
| intp | | Eric Starks |
| cr | | Faye Larkins-Hewitt |
| intp | | Gayle Heard, et al. |
| cr | | Global Estimating Services, LLC |
| intp | | Hair & Shunnarah Trial Attorneys, LLC |
| intp | | Hancock Whitney Bank |
| intp | | James Junkin |
| intp | | Jason J. Joy & Associates, PLLC |
| intp | | Jessica Martin Scott |
| cr | | Jim Dennis, Jr |
| intp | | Kane Russell Coleman Logan PC |
| intp | | Katherine Monson |
| intp | | Katherine Salvant |
| cr | | Keisha Simpson |
| cr | | Kenneth Davis |
| cr | | Kerry Martin |
| intp | | Krause & Kinsman Trial Lawyers, LLC |
| intp | | Laborde Earles |
| cr | | Linda L.R. Wilhelm |

| | | |
|---|---|---|
| intp | | Lindsay Cantrelle |
| cr | | Locklin Consulting, LLC |
| intp | | Louisiana Louisiana Insurance Guaranty Association |
| cr | | Luciana Garcia |
| cr | | Mack Perkins |
| cr | | Makkah Corporation |
| cr | | Nedra Williams |
| cr | | Noble Public Adjusting Group, LLC |
| intp | | Norman Bonck |
| cr | | Oakwood Bank |
| crcm | | Official Committee of Unsecured Creditors |
| cr | | PCG Claims, LLC d/b/a PCG Consulting, LLC |
| intp | | Paul Rahfield |
| intp | | Porsche Financial Services, Inc. |
| cr | | Rachael Apken |
| intp | | Rachelle Cope |
| cr | | Reginald Mack |
| intp | | Sandra Plough |
| intp | | Sara Ardoin |
| cr | | Schilacy Hall |
| intp | | State Farm Fire & Casualty Company |
| intp | | Tasha Venson |
| intp | | Thaddeus Thompson |
| intp | | The Sangisetty Law Firm, PLLC |
| cr | | Todd Charters |
| intp | | Tort Network, LLC d/b/a Velawcity |
| intp | | Troy Scott |
| cr | | William Dunn |
| 13404695 | | Jeffrey Alan Vitt, Individually, as Beneficiary & |
| 12749741 | | Katherine Monson, individually, & for all similarly situated, in Plaintiff Class |
| 12671304 | | Kovar Law Group |
| 12671359 | | SJP Law Firm |
| 13404698 | | Vitt 121, Ltd., and affiliated Entities |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| intp | *+ | John Zachary Moseley, 1235 N. Loop West, Suite 810, Houston, TX 77008-1764 |
| cr | *+ | Louisiana Farm Bureau, P.O. Box 95008, Baton Rouge, LA 70895-9008 |
| 12707590 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 12761417 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 12796484 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 12671283 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures, Stop 5022 HOU, 1919 Smith St., Houston, TX 77002 |
| 12671397 | *+ | Zeringue Law Group, 311 Patriot St., Thibodaux, LA 70301-3023 |
| intp | ##+ | New Orleans Legal, LLC, c/o Peter Diiorio, 825 Baronne Street, New Orleans, LA 70113-1102 |
| 12671198 | ##+ | AMO Trial Lawyers, 3850 N. Causeway Boulevard, Suite 590, Metairie, LA 70002-8120 |
| 12671189 | ##+ | Abel Law Firm, LLC, 405 W 2nd St., Thibodaux, LA 70301-3009 |
| 12671207 | ##+ | Bisig Law Firm, LLC, 206 N. Church Street, Jennings, LA 70546-5810 |
| 12671209 | ##+ | Boling Law Firm, LLC, 541 Julia St., Ste. 300, New Orleans, LA 70130-3695 |
| 12671210 | ##+ | Brasher Law Firm, PLLC, 1555 Poydras Street, Suite 1600, New Orleans, LA 70112-3769 |
| 12671226 | ##+ | Claude Reynaud, III, 9 Killdeer St., New Orleans, LA 70124-4512 |
| 12671265 | ##+ | GM Financial, P.O. Box 180682, Arlington, TX 76096-0682 |
| 12671291 | ##+ | JJC Law LLC, 3914 Canal Street, New Orleans, LA 70119-6003 |
| 12671292 | ##+ | John G Toerner Attorney At Law, 19335 N 9th Street, Covington, LA 70433-8801 |
| 12791728 | ##+ | Katrena Henderson & Charles Tapp, 4614 Quarter Charge Dr, Annandale, VA 22003-4622 |
| 12671316 | ##+ | Lee Hoffoss Injury Lawyers, 517 W College St, Lake Charles, LA 70605-1529 |
| 12671323 | ##+ | Mansfield Melancon Cranmer & Dick Injury, 318 Harrison Ave, New Orleans, LA 70124-3126 |
| 12751344 | ##+ | Morgan Law Group, P.A., 1331 Ochsner Blvd., Ste. 101, Covington, LA 70433-8177 |
| 12671336 | ##+ | Noland Law Office, 533 Europe St, Baton Rouge, LA 70802-6408 |
| 12671360 | ##+ | Smith Jadin Johnson PLLC, 7900 Xerxes Avenue South, Suite 2020, Bloomington, MN 55431-1132 |
| 12671366 | ##+ | The Devereaux Law Firm, 2113 Lakeshore Drive, Mandeville, LA 70448-5832 |
| 12671372 | ##+ | The Morgan Law Group, 1331 Ochsner Blvd, Ste. 101, Covington, LA 70433-8177 |
| 12671376 | ##+ | The Webster Law Firm, P.C., 6200 Savoy Drive, Suite 150, Houston, TX 77036-3320 |
| 12671387 | ##+ | Webster Vicknair Macleod, 6200 Savoy Drive, Suite 150, Houston, TX 77036-3320 |

12671390 ##+ Wilkofsky, Friedman, Karel & Cummins, 299 Broadway, Ste. 1700, New York, NY 10007-1914

TOTAL: 69 Undeliverable, 8 Duplicate, 21 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters