Google Maps

[redacted], Austin, TX 78746 to 515 Rusk St, Houston, TX 77002

Drive 169 miles, 2 hr 45 min




Map data ©2026 Google, INEGI 10 mi

⚠ This route has tolls.

via TX-360 Loop S, State Hwy 71 E and I-10 E — 2 hr 47 min — 169 miles

via US-290 E and US-290 E — 2 hr 53 min — 169 miles

**Explore new places along this route**

Add suggested stops

EXHIBIT

A