2620 Buell Ave, Austin, TX 78757 to
515 Rusk St, Houston, TX 77002

Drive 160 miles, 2 hr 58 min




Map data ©2026 Google, INEGI 10 mi

Fastest route now, avoids slowdown on State Hwy 71 E.

⚠ This route has tolls.

via State Hwy 71 E and I-10 E — 3 hr 10 min
Avoids slowdown on State Hwy 71 E — 172 miles

via 183 Toll, State Hwy 71 E and I-10 E — 3 hr 6 min
Some traffic, as usual — 171 miles

## Explore new places along this route

Add suggested stops

EXHIBIT
B