**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MMA LAW FIRM, PLLC, | § | Case No. 24-31596 |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| MMA LAW<br>FIRM, PLLC, | §<br>§ | |
| | § | |
| Plaintiff, | § | Adversary No. 26-03107 |
| | § | |
| v. | § | |
| | § | |
| MATTHEW MONSON, et al.,<br>Defendants. | §<br>§ | |
| | § | |

**ORDER GRANTING MOTION TO QUASH SUBPOENA DIRECTED TO RICHARD WILLIAM HUYE, III**

Having considered the Motion to Quash Subpoena and the record, the Court finds that the Motion should be granted. It is therefore

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the subpoena served on Richard William Huye, III is **QUASHED.**

Signed: ____________________

_______________________________
EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE