**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In Re: MMA Law Firm, PLLC and Official Committee of Unsecured Creditors<br>Debtor | Case No.: 24−31596<br><br>Chapter: 11 |

## NOTICE OF FILING OF OFFICIAL TRANSCRIPT

An official transcript has been filed in this case and it may contain information protected under the E-Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at https://www.txs.uscourts.gov/.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at https://www.txs.uscourts.gov/ or by calling (713) 250−5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

Nathan Ochsner
Clerk of Court

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 24-31596-evr
MMA Law Firm, PLLC Chapter 11
Official Committee of Unsecured Creditor
Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4 User: ADIuser Page 1 of 10
Date Rcvd: Oct 30, 2026 Form ID: ntctran Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Misty Segura, 7601 FM 1960 Rd E, # 349, Atascocita, TX 77346-2209 |
| aty | + | The Lausten Group, 650 Poydras Street, Suite 1400, PB#3924, New Orleans, LA 70130-6116 |
| intp | + | AMO Trial Lawyers, LLC, 3045 Ridgelake Dr., Suite 100, Metairie, LA 70002-4937 |
| cr | + | Access Restoration Services US, Inc., Attn: Lisa M. Norman, 1885 Saint James Place, 15th Fl, Houston, TX 77056 UNITED STATES 77056-4175 |
| intp | + | Allied World Insurance Company, 1690 New Britain Ave.,, Suite 101, Farmington, CT 06032-3361 |
| intp | + | Barbara Gaunichaux, 260 Dale ave, Gretna, LA 70056-7852 |
| intp | + | Barcus Arenas, PLLC, c/o CTO Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3140 |
| intp | + | Bensalah Hameurlaine, 57 Emile ave, Kenner, LA 70065-3769 |
| cr | + | Betty Johnson, 417 Belle Chasse Dr., Laplace, LA 70068-3401 |
| cr | + | Charles William Nicolas Tapp, 4614 Quarter Charge Dr, Annandale, VA 22003, UNITED STATES 22003-4622 |
| cr | + | Cristobal M. Galindo, PC d/b/a Galindo Law, c/o Hayward PLLC, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203 |
| intp | + | Douglas Freeman, 22108 W McKinney Rd, Springfield, LA 70462-8903 |
| cr | + | EAJF ESQ Fund, LP, c/o Misty A. Segura, Spencer Fane LLP, 3040 Post Oak Blvd., Ste. 1400, Houston, TX 77056 UNITED STATES 77056-6584 |
| cr | + | Equal Access Justice Fund, LP, c/o Misty A. Segura, Spencer Fane LLP, 3040 Post Oak Blvd., Ste. 1400, Houston, TX 77056 UNITED STATES 77056-6584 |
| intp | + | Frank Martin, 42587 Highway 10, Franklinton, LA 70438-5645 |
| cr | + | Glago Williams, LLC, 909 Poydras St., Suite 2950, New Orleans, LA 70112-4006 |
| intp | + | Gulf Coast Attorneys, LLC, c/o Albert J. Derbes IV, 3027 Ridgelake Drive, Metairie, LA 70002-4924 |
| intp | + | James Jochum, 709 Codifer Blvd., Metairie, LA 70005-3750 |
| cr | + | James Marshall McClenny, 380 Ridge Lake Scenic Drive, Montgomery, TX 77316-6933 |
| intp | + | Jennifer Jason Joy & Associates, PLLC, Suite 1801, 909 Texas St., Suite 1801, Houston, TX 77002-3192 |
| intp | + | John Zachary Moseley, 1235 N. Loop West, Suite 810, Houston, TX 77008-1764 |
| cr | + | Katrena Leigh Henderson, 4614 Quarter Charge Dr, Annandale, VA 22003, UNITED STATES 22003-4622 |
| cr | + | Kirsten Young, 5341 Brownfields Dr, Baton Rouge, LA 70811-1070 |
| dft | + | LaHatte Law Firm, LLC, 2000 Clearview Parkway, Suite 203, Metairie, LA 70001-2441 |
| cr | + | Latosha Barrow, 1058 Balsam Ave., Baton Rouge, LA 70807-2964 |
| cr | + | Louisiana Farm Bureau, P.O. Box 95008, Baton Rouge, LA 70895-9008 |
| intp | + | Pandit Law Firm, LLC, c/o Raj Pandit, 701 Poydras Street, Suite 3950, New Orleans, LA 70139-7731 |
| cr | + | Patricia Briscoe, 7801 Warsaw St, Metairie, LA 70003-6429 |
| cr | + | Paul Brown, 19380 Old Covington HWY, Hammond, LA 70403-0755 |
| cr | | Starlight Studios, LLC, c/o Leo D. Congeni, Suite 2750, New Orleans, LA 70130, UNITED STATES |
| cr | #+ | Stephen Landreneau, 104 Piney Cv, West Monroe, LA 71291-7461 |
| wit | + | Tessa Vorhaben, c/o Stephen P. Strohschein, Hinshaw & Culbertson LLP, 400 Convention Street, Suite 1001 Baton Rouge, LA 70802-5616 |
| intp | + | The Monson Law Firm, LLC, 5 Sanctuary Boulevard, Suite 101, Mandeville, LA 70471-5304 |
| cr | + | Trung Nguyen, 3531 W Esplanade Ave N, Metairie, LA 70002-3343 |
| intp | + | Voorhies Law Firm, LLC, c/o The Derbes Law Firm, 3027 Ridgelake Dr, Metairie, LA 70002-4924 |
| cr | + | Wayne Galjour, Jr, 732 Oakwood Dr, Gretna, LA 70056-3008 |
| intp | + | Yulonda Alexander, P.O Box 125, Wilson, LA 70789-0125 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | ^ | MEBN | Oct 30 2026 11:28:25 | MMA Law Firm, PLLC, Suite 810, 1235 North Loop West, Houston, TX 77008-1764 |
| aty | ^ | MEBN | Oct 30 2026 11:28:25 | Walker & Patterson, P.C., P.O. Box 61301, Houston, TX 77208-1301 |
| tr | + | Email/Text: adb@bymanlaw.com | Oct 30 2026 11:33:00 | Allison D. Byman, 7924 Broadway, Suite 104, None, Pearland, TX 77581-7933 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 30 2026 11:33:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Oct 30 2026 11:39:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Email/Text: bnkatty@aldineisd.org | Oct 30 2026 11:35:00 | BANKRUPTCY ATTY. ALDINE INDEPENDENT SCHOOL DISTRIC, 2520 W.W. THORNE BLVD., LEGAL DEPARTMENT, HOUSTON, TX 77073, UNITED STATES 77073-3406 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Oct 30 2026 11:34:00 | City of Houston, Linebarger Goggan Blair & Sampson LLP, Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |
| ex | + | Email/Text: eengelhart@rossbanks.com | Oct 30 2026 11:34:00 | Eva S Engelhart, Ross Banks May Cron & Cavin P.C., 7700 San Felipe, Suite 550, Houston, TX 77063, UNITED STATES 77063-1618 |
| cr | + | Email/Text: info@ts-llp.com | Oct 30 2026 11:33:00 | Jayne Moseley, c/o Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004-1028 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Oct 30 2026 11:34:00 | Lone Star College System, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |
| cr | ^ | MEBN | Oct 30 2026 11:28:08 | Texas Comptroller of Public Accounts, c/o Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin, tx 78711-2548 |
| cr | + | Email/Text: bcd@oag.texas.gov | Oct 30 2026 11:33:00 | Texas Workforce Commission, Jamie Kirk, c/o Sherri K. Simpson, Paralegal, P.O. Box 12548, Austin, TX 78711-2548 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Hendershot Cowart PC |
| aty | | Megan Clontz |
| aty | | Spencer Fane LLP, 3040 Post Oak Blvd., Suite 1400, Houston |
| intp | | Alvin Coleman, Jr |
| cr | | Anna Barefield |
| cr | | Apex Roofing and Restoration, LLC |
| intp | | Austin Haydel |
| intp | | Betty Jarrell |
| intp | | Broussard & Dove PLLC |
| intp | | Broussard Injury Lawyers, LLC, Daly & Black, P.C., |
| cr | | Christine Griffin |
| cr | | Colby Haas |
| intp | | Daly & Black, P.C. |

| | | |
|---|---|---|
| intp | | Danny Neal |
| cr | | Donald Blais |
| intp | | Donald Henderson |
| intp | | Edwin Hessler |
| intp | | Eric Starks |
| cr | | Faye Larkins-Hewitt |
| intp | | Gayle Heard, et al. |
| cr | | Global Estimating Services, LLC |
| intp | | Hair & Shunnarah Trial Attorneys, LLC |
| intp | | Hancock Whitney Bank |
| intp | | James Junkin |
| intp | | Jason J. Joy & Associates, PLLC |
| intp | | Jessica Martin Scott |
| cr | | Jim Dennis, Jr |
| intp | | Kane Russell Coleman Logan PC |
| intp | | Katherine Monson |
| intp | | Katherine Salvant |
| cr | | Keisha Simpson |
| cr | | Kenneth Davis |
| cr | | Kerry Martin |
| intp | | Krause & Kinsman Trial Lawyers, LLC |
| intp | | Laborde Earles |
| cr | | Linda L.R. Wilhelm |
| intp | | Lindsay Cantrelle |
| cr | | Locklin Consulting, LLC |
| intp | | Louisiana Louisiana Insurance Guaranty Association |
| cr | | Luciana Garcia |
| cr | | Mack Perkins |
| cr | | Makkah Corporation |
| cr | | Nedra Williams |
| cr | | Noble Public Adjusting Group, LLC |
| intp | | Norman Bonck |
| cr | | Oakwood Bank |
| crcm | | Official Committee of Unsecured Creditors |
| cr | | PCG Claims, LLC d/b/a PCG Consulting, LLC |
| intp | | Paul Rahfield |
| intp | | Porsche Financial Services, Inc. |
| cr | | Rachael Apken |
| intp | | Rachelle Cope |
| cr | | Reginald Mack |
| intp | | Sandra Plough |
| intp | | Sara Ardoin |
| cr | | Schilacy Hall |
| intp | | State Farm Fire & Casualty Company |
| intp | | Tasha Venson |
| intp | | Thaddeus Thompson |
| intp | | The Sangisetty Law Firm, PLLC |
| cr | | Todd Charters |
| intp | | Tort Network, LLC d/b/a Velawcity |
| intp | | Troy Scott |
| cr | | William Dunn |
| intp | ##+ | New Orleans Legal, LLC, c/o Peter Diiorio, 825 Baronne Street, New Orleans, LA 70113-1102 |

TOTAL: 64 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0541-4 User: ADIuser Page 4 of 10
Date Rcvd: Oct 30, 2026 Form ID: ntctran Total Noticed: 49

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Jackson Wiseman | on behalf of Defendant LaHatte Law Firm LLC awiseman@thompsoncoe.com |
| Albert J Derbes, IV | on behalf of Defendant The Voorhies Law Firm ajdiv@derbeslaw.com Derbes..AlbertJ.B150683@notify.bestcase.com |
| Albert J Derbes, IV | on behalf of Defendant New Orleans Legal LLC ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com |
| Albert J Derbes, IV | on behalf of Interested Party Voorhies Law Firm LLC ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com |
| Albert J Derbes, IV | on behalf of Interested Party New Orleans Legal LLC ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com |
| Albert J Derbes, IV | on behalf of Defendant Gulf Coast Attorneys LLC ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com |
| Albert J Derbes, IV | on behalf of Interested Party Gulf Coast Attorneys LLC ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com |
| Allison Standish Miller | on behalf of Defendant Allied Trust Insurance Company amiller@steptoe.com eadams@steptoe.com |
| Andrew Jimenez | on behalf of U.S. Trustee US Trustee andrew.jimenez@usdoj.gov |
| Andrew Amberg Woellner | on behalf of Interested Party Barcus Arenas PLLC andrew@woellnerlaw.com, coulterr@phelps.com |
| Andrew Amberg Woellner | on behalf of Defendant Barcus Arenas PLLC andrew@woellnerlaw.com, coulterr@phelps.com |
| Andrew David Mendez | on behalf of Defendant COX COX, FILO, CAMEL, WILSON & BROWN, LLC amendez@stonepigman.com |
| Annie E Catmull | on behalf of Creditor James Marshall McClenny aecatmull@o-w-law.com aecatmull@ecf.courtdrive.com,llumtacae@gmail.com |
| Ariel Sagre | on behalf of Creditor Noble Public Adjusting Group LLC law@sagrelawfirm.com |
| Avi Moshenberg | on behalf of Creditor Committee Official Committee of Unsecured Creditors avi.moshenberg@lmbusinesslaw.com avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Debtor MMA Law Firm PLLC avi.moshenberg@lmbusinesslaw.com, avi.moshenberg@lmbusinesslaw.com |
| Avi Moshenberg | on behalf of Creditor Committee The Official Committee of Unsecured Creditors avi.moshenberg@lmbusinesslaw.com avi.moshenberg@lmbusinesslaw.com |
| Brendon D Singh | on behalf of Creditor Jayne Moseley bsingh@ts-llp.com corraltransinghllp@jubileebk.net |
| Brian Weil Zimmerman | on behalf of Creditor Equal Access Justice Fund LP bzimmerman@spencerfane.com, jwoods@spencerfane.com;nreisch@spencerfane.com;brian-zimmerman-7925@ecf.pacerpro.com |
| Brian Weil Zimmerman | on behalf of Creditor EAJF ESQ Fund LP bzimmerman@spencerfane.com, jwoods@spencerfane.com;nreisch@spencerfane.com;brian-zimmerman-7925@ecf.pacerpro.com |

Brian Weil Zimmerman
on behalf of Defendant EAJF ESQ Fund LP bzimmerman@spencerfane.com
jwoods@spencerfane.com;nreisch@spencerfane.com;brian-zimmerman-7925@ecf.pacerpro.com

Brian Weil Zimmerman
on behalf of Defendant Equal Access Justice Fund LP bzimmerman@spencerfane.com,
jwoods@spencerfane.com;nreisch@spencerfane.com;brian-zimmerman-7925@ecf.pacerpro.com

Byron Wright, III
on behalf of Defendant Dunlap & Shipman P.A. twright@brunerwright.com,
skelley@brunerwright.com;nicasia@brunerwright.com;brenda@brunerwright.com;jvanhise@brunerwright.com

C. Charles Townsend
on behalf of Witness Tessa Vorhaben ctownsend@hinshawlaw.com jrichardson@hinshawlaw.com;sgarcia@hinshawlaw.com

Carla Ruth Delpit
on behalf of Interested Party Daly & Black P.C. cdelpit@dalyblack.com

Charles David Brown
on behalf of Interested Party Daly & Black P.C. cbrown@dalyblack.com

Cherie Dessauer Nobles
on behalf of Plaintiff Morris Bart L.L.C. cnobles@fishmanhaygood.com,
kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com

Christopher William Kaul
on behalf of Defendant LaHatte Law Firm LLC ckaul@thompsoncoe.com

Clay Marshall Taylor
on behalf of Defendant Equal Access Justice Fund LP ctaylor@spencerfane.com,
clay-taylor-2904@ecf.pacerpro.com;lvargas@spencerfane.com

Clay Marshall Taylor
on behalf of Creditor Equal Access Justice Fund LP ctaylor@spencerfane.com,
clay-taylor-2904@ecf.pacerpro.com;lvargas@spencerfane.com

Clay Marshall Taylor
on behalf of Defendant EAJF ESQ Fund LP ctaylor@spencerfane.com
clay-taylor-2904@ecf.pacerpro.com;lvargas@spencerfane.com

Clay Marshall Taylor
on behalf of Creditor EAJF ESQ Fund LP ctaylor@spencerfane.com,
clay-taylor-2904@ecf.pacerpro.com;lvargas@spencerfane.com

Clinton Peck Hayne, Jr.
on behalf of Creditor Committee Official Committee of Unsecured Creditors phayne@gordonarata.com

David M Miller
on behalf of Creditor EAJF ESQ Fund LP dmiller@spencerfane.com, mbir@spencerfane.com;JKallweit@spencerfane.com

David M Miller
on behalf of Creditor Equal Access Justice Fund LP dmiller@spencerfane.com,
mbir@spencerfane.com;JKallweit@spencerfane.com

Douglas Scott Draper
on behalf of Defendant ROBICHAUX MIZE, WADSACK, RICHARDSON & WATSON, L.L.C ddraper@lawla.com,
dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Douglas Scott Draper
on behalf of Defendant Pandit Law Firm LLC ddraper@lawla.com,
dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Douglas Scott Draper
on behalf of Defendant CHEHARDY SHERMAN, WILLIAMS, RECILE & HAYES, L.L.P. ddraper@lawla.com,
dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Douglas Scott Draper
on behalf of Defendant Pate Smith Law PLLC ddraper@lawla.com
dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Douglas Scott Draper
on behalf of Defendant Broussard & Dove a Professional Law Corporation ddraper@lawla.com,
dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Douglas Scott Draper
on behalf of Interested Party Broussard & Dove PLLC ddraper@lawla.com
dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Edward L Ripley
on behalf of Creditor Global Estimating Services LLC eripley@andrewsmyers.com, sray@andrewsmyers.com

Elias Marwan Yazbeck
on behalf of Interested Party Porsche Financial Services Inc. elias@yazbecklaw.com,

sheema@yazbecklaw.com,jaila@yazbecklaw.com,TheLawOfficeofEliasMYazbeck@jubileebk.net,ricardo@yazbecklaw.com,mei@yazbecklaw.com,rafic@yazbecklaw.com,admin@yazbecklaw.com

Emory Charles Powers
on behalf of Interested Party State Farm Fire & Casualty Company emory.powers@acer.com mary.jahn@arlaw.com

Eric J Derbes
on behalf of Defendant Gulf Coast Attorneys LLC ederbes@derbeslaw.com, derbeser72443@notify.bestcase.com

Eric J Derbes
on behalf of Defendant New Orleans Legal LLC ederbes@derbeslaw.com, derbeser72443@notify.bestcase.com

Frederick T Johnson
on behalf of Creditor Equal Access Justice Fund LP fjohnson@spencerfane.com, jpeter@spencerfane.com;chornsby@spencerfane.com

Frederick T Johnson
on behalf of Creditor EAJF ESQ Fund LP fjohnson@spencerfane.com, jpeter@spencerfane.com;chornsby@spencerfane.com

H Anthony Hervol
on behalf of Creditor Locklin Consulting LLC hervol@sbcglobal.net, hervollawoffice@gmail.com;hervollawoffice@yahoo.com;hervollawbrenda@yahoo.com

Heather LaSalle Alexis
on behalf of Witness Tessa Vorhaben halexis@hinshawlaw.com

Herbert Charles Shelton, II
on behalf of Creditor Cristobal M. Galindo PC d/b/a Galindo Law cshelton@haywardfirm.com, SVillarreal@haywardfirm.com

Herbert Charles Shelton, II
on behalf of Plaintiff Cristobal M. Galindo P.C. cshelton@haywardfirm.com SVillarreal@haywardfirm.com

Herbert Charles Shelton, II
on behalf of Creditor Cristobal M. Galindo d/b/a Galindo Law cshelton@haywardfirm.com SVillarreal@haywardfirm.com

Jamie Kirk
on behalf of Creditor Texas Workforce Commission bk-jkirk@texasattorneygeneral.gov sherri.simpson@oag.texas.gov

Jason Joseph Joy
on behalf of Interested Party Jennifer Jason Joy & Associates PLLC jason@jasonjoylaw.com

Jason Lee Boland
on behalf of Interested Party Kane Russell Coleman Logan PC jason.boland@nortonrosefulbright.com

Jason Patrick Kathman
on behalf of Defendant Equal Access Justice Fund LP jkathman@spencerfane.com, lvargas@spencerfane.com;jason-kathman-8136@ecf.pacerpro.com

Jason Patrick Kathman
on behalf of Defendant EAJF ESQ Fund LP jkathman@spencerfane.com lvargas@spencerfane.com;jason-kathman-8136@ecf.pacerpro.com

Jason Patrick Kathman
on behalf of Creditor Equal Access Justice Fund LP jkathman@spencerfane.com, lvargas@spencerfane.com;jason-kathman-8136@ecf.pacerpro.com

Jason Patrick Kathman
on behalf of Creditor EAJF ESQ Fund LP jkathman@spencerfane.com, lvargas@spencerfane.com;jason-kathman-8136@ecf.pacerpro.com

Jeannie Lee Andresen
on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Jeannie Lee Andresen
on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com

Jeffrey Alan Vitt
javit2004rule@gmail.com

John Garrison Jordan
on behalf of Creditor James Marshall McClenny jgj@chehardy.com

John Zachary Moseley
on behalf of Interested Party John Zachary Moseley zach@mma-pllc.com

Johnie J. Patterson, II
on behalf of Plaintiff MMA Law Firm PLLC wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J. Patterson, II
on behalf of Counter-Defendant MMA Law Firm PLLC wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J. Patterson, II

on behalf of Counter-Claimant MMA Law Firm PLLC
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J. Patterson, II
on behalf of Debtor MMA Law Firm PLLC wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J. Patterson, II
on behalf of Defendant MMA Law Firm PLLC wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Joshua G. McDiarmid
on behalf of Defendant James David Caldwell Jr. josh.mcdiarmid@butlersnow.com

Joshua G. McDiarmid
on behalf of Defendant James J. Donelon III josh.mcdiarmid@butlersnow.com

Joshua W. Wolfshohl
on behalf of Defendant Hair & Shunnarah Trial Attorneys LLC jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl
on behalf of Interested Party Hair & Shunnarah Trial Attorneys LLC jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl
on behalf of Defendant Daly & Black PC jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl
on behalf of Defendant Hair Shunnarah Trial Attorneys LLC jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl
on behalf of Defendant Laborde Earles Law Firm LLC jwolfshohl@porterhedges.com
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl
on behalf of Interested Party Jason J. Joy & Associates PLLC jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl
on behalf of Interested Party Daly & Black P.C. jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Justin S. Levy
on behalf of Interested Party Allied World Insurance Company jlevy@wam.law

Justin S. Levy
on behalf of Counter-Claimant Allied World Insurance Company jlevy@wam.law

Justin S. Levy
on behalf of Defendant Allied World Insurance Company jlevy@wam.law

Katherine Leslie-Anne Cowart
on behalf of Interested Party Barcus Arenas PLLC kcowart@hchlawyers.com, cbatterson@hchlawyers.com

Kenesha LaShaunda Starling
on behalf of Defendant Laborde Earles Law Firm LLC Kenesha.Starling@arnoldporter.com bgorman@porterhedges.com

Kenesha LaShaunda Starling
on behalf of Defendant Daly & Black PC Kenesha.Starling@arnoldporter.com, bgorman@porterhedges.com

Kerry James Miller
on behalf of Defendant Morris Bart LLC kmiller@mtdvp.com

Kyle J Nutt
on behalf of Creditor Katrena Leigh Henderson kjnutt@reissnutt.com

Kyle J Nutt
on behalf of Creditor Charles William Nicolas Tapp kjnutt@reissnutt.com

Laura Hanley Carlock
on behalf of Interested Party Daly & Black P.C. lcarlock@dalyblack.com

Leo David Congeni
on behalf of Interested Party Gayle Heard et al. lcongeni@brooksgelpi.com, michelle@congenilawfirm.com

Leo David Congeni
on behalf of Creditor Starlight Studios LLC lcongeni@brooksgelpi.com, michelle@congenilawfirm.com

Leo David Congeni
on behalf of Defendant The Sangisetty Law Firm lcongeni@brooksgelpi.com michelle@congenilawfirm.com

Leo David Congeni

on behalf of Interested Party The Sangisetty Law Firm PLLC lcongeni@brooksgelpi.com, michelle@congenilawfirm.com

Leslie S. Ahari
on behalf of Defendant Allied World Insurance Company lahari@wam.law

Lionel Zachary Carrion
on behalf of Defendant LaHatte Law Firm LLC zcarrion@hstalaw.com

Lisa M. Norman
on behalf of Creditor Access Restoration Services US Inc. lnorman@andrewsmyers.com, sray@andrewsmyers.com

Lisa M. Norman
on behalf of Creditor PCG Claims LLC d/b/a PCG Consulting, LLC lnorman@andrewsmyers.com, sray@andrewsmyers.com

Marcia Suzanne Montero
on behalf of Defendant Katherine Monson suzy@snw.law jenny@snw.law

Marcia Suzanne Montero
on behalf of Interested Party The Monson Law Firm LLC suzy@snw.law, jenny@snw.law

Marcia Suzanne Montero
on behalf of Defendant The Monson Law Firm LLC suzy@snw.law, jenny@snw.law

Marcia Suzanne Montero
on behalf of Defendant Matthew Monson suzy@snw.law jenny@snw.law

Marcus V Eason
on behalf of Interested Party Porsche Financial Services Inc. meason@mcginnislaw.com, mmendoza@mcginnislaw.com,cosborn@mcginnislaw.com

Mark Glago
on behalf of Creditor Glago Williams LLC mglago@glagowilliams.com

Mark Glago
on behalf of Defendant Glago Williams LLC mglago@glagowilliams.com

Mark Stromberg
on behalf of Defendant Heath Law Group LLC mark@strombergstock.com, deanna@strombergstock.com;elise@strombergstock.com

Mark Gonzalo Montiel, Jr
on behalf of Defendant Montiel Hodge LLC mmontiel@montielhodge.com

Matthew Brian Probus
on behalf of Defendant Morris Bart LLC matthewprobus@theprobuslawfirm.com

Matthew Brian Probus
on behalf of Attorney Rebekka Veith matthewprobus@theprobuslawfirm.com

Matthew Brian Probus
on behalf of Defendant AMO Trial Lawyers LLC matthewprobus@theprobuslawfirm.com

Michael Weems
on behalf of Creditor Makkah Corporation mlw@hwa.com

Michael Edward Landis
on behalf of Interested Party Broussard & Dove PLLC mlandis@lawla.com

Michael Edward Landis
on behalf of Defendant ROBICHAUX MIZE, WADSACK, RICHARDSON & WATSON, L.L.C mlandis@lawla.com

Michael Edward Landis
on behalf of Defendant Pandit Law Firm LLC mlandis@lawla.com

Michael Edward Landis
on behalf of Defendant Pate Smith Law PLLC mlandis@lawla.com

Michael Edward Landis
on behalf of Defendant Allied Trust Insurance Company mlandis@lawla.com

Michael Edward Landis
on behalf of Defendant CHEHARDY SHERMAN, WILLIAMS, RECILE & HAYES, L.L.P. mlandis@lawla.com

Michael Edward Landis
on behalf of Defendant Broussard & Dove a Professional Law Corporation mlandis@lawla.com

Michael Edward Landis
on behalf of Interested Party Pandit Law Firm LLC mlandis@lawla.com

Miriam Goott
on behalf of Debtor MMA Law Firm PLLC wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott

on behalf of Plaintiff MMA Law Firm PLLC wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott
on behalf of Counter-Claimant MMA Law Firm PLLC wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott
on behalf of Creditor Committee Official Committee of Unsecured Creditors wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott
on behalf of Attorney Walker & Patterson P.C. wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott
on behalf of Defendant MMA Law Firm PLLC wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott
on behalf of Defendant COX COX, FILO, CAMEL, WILSON & BROWN, LLC wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Misty A Segura
on behalf of Defendant EAJF ESQ Fund LP msegura@spencerfane.com misty-segura-9690@ecf.pacerpro.com

Misty A Segura
on behalf of Defendant Equal Access Justice Fund LP msegura@spencerfane.com, misty-segura-9690@ecf.pacerpro.com

Monica Leigh Bergeron
on behalf of Defendant Morris Bart LLC mbergeron@mtdvp.com

Nicholas Lawson
on behalf of Debtor MMA Law Firm PLLC nick.lawson@lmbusinesslaw.com, kate.taylor@lmbusinesslaw.com

Nicholas Lawson
on behalf of Creditor Committee Official Committee of Unsecured Creditors nick.lawson@lmbusinesslaw.com kate.taylor@lmbusinesslaw.com

Nicholas Zugaro
on behalf of Interested Party Tort Network LLC d/b/a Velawcity nick@yazbecklaw.com, zugerariyo@yahoo.com;scallier@dykema.com

Nicholas John Wehlen
on behalf of Defendant COX COX, FILO, CAMEL, WILSON & BROWN, LLC nwehlen@bakerdonelson.com

Nicholas John Wehlen
on behalf of Plaintiff MMA Law Firm PLLC nwehlen@bakerdonelson.com

Oliver S. Sherman
on behalf of Defendant Allied World Insurance Company osherman@bu.edu

Pamela A. Walters
on behalf of Creditor BANKRUPTCY ATTY. ALDINE INDEPENDENT SCHOOL DISTRICT bnkatty@aldineisd.org

Rachael L Smiley
on behalf of Interested Party Krause & Kinsman Trial Lawyers LLC rsmiley@goodwin.com, eglenn@fbfk.law

Rebekka C Veith
on behalf of Defendant Morris Bart LLC rveith@mtdvp.com

Rebekka C Veith
on behalf of Interested Party AMO Trial Lawyers LLC rveith@mtdvp.com

Rebekka C Veith
on behalf of Plaintiff Morris Bart L.L.C. rveith@mtdvp.com

Rebekka C Veith
on behalf of Defendant AMO Trial Lawyers LLC rveith@mtdvp.com

Richard D. Daly
on behalf of Interested Party Daly & Black P.C. ecfs@dalyblack.com, vhernandez@rdalylaw.com

Robert Emmet Couhig, Jr
on behalf of Interested Party Katherine Monson couhigre@couhigpartners.com

Ruth A Van Meter
on behalf of Creditor Cristobal M. Galindo PC d/b/a Galindo Law ruth@vanmeterlaw.com

Ryan J Richmond
on behalf of Defendant The Monson Law Firm LLC ryan@snw.law, ryan@rjrichmondlaw.com

Ryan J Richmond
on behalf of Defendant Matthew Monson ryan@snw.law ryan@rjrichmondlaw.com

Ryan J Richmond
on behalf of Interested Party The Monson Law Firm LLC ryan@snw.law, ryan@rjrichmondlaw.com

| | |
|---|---|
| Ryan J Richmond | on behalf of Defendant Katherine Monson ryan@snw.law ryan@rjrichmondlaw.com |
| Samuel Joseph Landingham | on behalf of Creditor Committee Official Committee of Unsecured Creditors sam.landingham@lmbusinesslaw.com |
| Scott R Bickford | on behalf of Creditor Apex Roofing and Restoration LLC srb@mbfirm.com |
| Scott R. Cheatham | on behalf of Interested Party State Farm Fire & Casualty Company scott.cheatham@arlaw.com |
| Shaundra M. Schudmak | on behalf of Defendant Allied Trust Insurance Company sschudmak@lawla.com swiebelt@lawla.com |
| Simon W Hendershot, III | on behalf of Attorney Hendershot Cowart PC trey@hchlawyers.com eservice@hchlawyers.com |
| Simon W Hendershot, III | on behalf of Interested Party Barcus Arenas PLLC trey@hchlawyers.com, eservice@hchlawyers.com |
| Staci Knox Villemarette | on behalf of Creditor Louisiana Farm Bureau staciv@cocglaw.com |
| Stephanie Laird Tolson | on behalf of Interested Party Hancock Whitney Bank stolson@hinshawlaw.com houdocket@hinshawlaw.com;sburns@hinshawlaw.com;sstrohschein@hinshawlaw.com |
| Stephen Paul Strohschein | on behalf of Witness Tessa Vorhaben sstrohschein@hinshawlaw.com jlovett@hinshawlaw.com |
| Susan Tran Adams | on behalf of Creditor Jayne Moseley stran@ts-llp.com corraltransinghllp@jubileebk.net |
| Toby L Gerber | on behalf of Creditor Oakwood Bank toby.gerber@nortonrosefulbright.com |
| Tristan E Manthey | on behalf of Plaintiff Morris Bart L.L.C. tmanthey@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com;cnobles@fishmanhaygood.com |
| Turner Falk | on behalf of Interested Party Krause & Kinsman Trial Lawyers LLC turner.falk@saul.com, tnfalk@recap.email |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| Van Clifton Seneca | on behalf of Defendant Loftin Law Group LLC van@loftinleblanc.com |
| William S. Robbins | on behalf of Counter-Defendant Louisiana Insurance Guaranty Association wrobbins@stewartrobbins.com wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com |
| William S. Robbins | on behalf of Plaintiff Louisiana Insurance Guaranty Association wrobbins@stewartrobbins.com wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com |
| William S. Robbins | on behalf of Interested Party Louisiana Louisiana Insurance Guaranty Association wrobbins@stewartrobbins.com wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com |

TOTAL: 165