United States Courts
Southern District of Texas
FILED
November 02, 2026
Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| **MMA LAW FIRM, PLLC,** | § | **CASE NO. 24-31596 (EVR)** |
| **Debtor.** | § | |

**DECLARATION OF JEFFREY ALAN VITT IN SUPPORT OF EMERGENCY CONTINUANCE MOTION**

I, Jeffrey Alan Vitt, declare:

1. I am Jeffrey Alan Vitt, the individual requesting the continuance. The facts stated in this declaration are within my personal knowledge.
2. I have continued preparing for the November 10 proceedings by researching potential witnesses, developing a witness list, locating records, reviewing opposing submissions, and preparing responsive evidence.
3. I have not secured the attendance of the witnesses under consideration. I expect compulsory process will be necessary to obtain material testimony. I have not completed the necessary subpoena issuance and service arrangements.
4. My inability to afford necessary service and witness expenses is a substantial obstacle to completing those arrangements. I seek time to submit current financial information and a specific request for legally available assistance or alternative arrangements for obtaining necessary testimony and records.
5. As of signing this declaration, the motion and application filing functions remain unavailable through my PACER-linked CM/ECF account. I have checked the available functions and continue relying on EDSS.
6. On October 22, 2026, at approximately 1:00 p.m. Central Time, I called Walker & Patterson seeking to confer concerning related filings and preparation needs. Ms. Goott was unavailable. I left a message with Mike Walker providing my name, telephone number, case identification, and request for a conference.
7. At approximately 1:07 p.m. Central Time, I called Ms. Byman's office and left a voicemail identifying the case, requesting a conference, and providing my name and telephone number.
8. My purpose in seeking those conferences included the related filings, preparation for November 10, access to the September 30 record, and witness and filing-access needs. The calls did not result in a completed conference.
9. As of signing this declaration, neither Ms. Goott nor Ms. Byman has responded to those October 22 conference requests.
10. I have not received the September 30 recording or certified transcript requested through my October 8 motion, Docket 1782. To my knowledge, that motion remains unresolved.

11. I intend to present a defense and evidence concerning amended Claim 73, including testimony and records addressing factual assertions relied upon against my claim. I also intend to present my position and supporting evidence concerning the employment dispute and the communications identified in the show-cause order.
12. Additional time would permit me to complete material witness and service information, submit the necessary service and expense requests, arrange lawful service, prepare responsive exhibits and examinations, and review any September 30 records made available. These are concrete preparation tasks that remain unfinished.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 2, 2026, in Rogers County, Oklahoma.

________________________________

Jeffrey Alan Vitt, individually