United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 02, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| **Debtor.** | § | |
| | § | **CHAPTER 11** |

**ORDER STRIKING**
*Resolving ECF No. 1817*

The Emergency Motion to Quash[1] was erroneously filed in this case. Therefore, it is

**ORDERED** that the Emergency Motion to Quash[2] is hereby STRUCK.

**SIGNED Monday, November 2, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**

[1] ECF No. 1187.
[2] *Id.*