United States Courts
Southern District of Texas
FILED
November 04, 2026
Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **§** | **CHAPTER 11** |
| **MMA LAW FIRM, PLLC,** | **§** | **CASE NO. 24-31596 (EVR)** |
| **Debtor.** | **§** | |

**JEFFREY ALAN VITT'S CERTIFICATE OF SERVICE OF DOCKET 1828—ORDER SETTING NOVEMBER 9, 2026 HEARING ON CONTINUANCE MOTION**

**Related documents: D1825—Emergency Continuance Motion; D1828—Order Setting Hearing**

I certify that on November 4, 2026, I transmitted a true and correct copy of the Court's Order Setting Electronic Hearing, entered November 3, 2026, at Docket 1828, by electronic mail to the recipients identified below.

The order sets an electronic evidentiary hearing on Jeffrey Alan Vitt's Emergency Motion to Continue the November 10, 2026 Hearings on Claims Objections, Employment, and Show Cause, Docket 1825, for **Monday, November 9, 2026, at 9:00 a.m. Central Standard Time**.

The complete two-page order was attached to the service email. A copy of the order served is attached to this certificate as Exhibit A.

**Electronic-mail recipients**

**Plan Administrator:**
Allison Byman
adb@bymanlaw.com

**Counsel for the Debtor:**
Johnie Patterson & Miriam Goott
jjp@walkerandpatterson.com, mgoott@walkerandpatterson.com

**Former Counsel for the Official Committee of Unsecured Creditors:**
Nicholas R. Lawson & Avi Moshenberg
Nick.Lawson@lmbusinesslaw.com, Avi.Moshenberg@lmbusinesslaw.com

**Office of the United States Trustee:**

Andrew Jimenez
ustpregion07.hu.ecf@usdoj.gov, andrew.jimenez@usdoj.gov

**John Zachary Moseley on behalf of Interested Party John Zachary Moseley, Individually**
Zach@mma-pllc.com

Respectfully submitted, November 4, 2026.

Jeffrey Alan Vitt, individually
12791 South 4230 Road
Chelsea, OK 74016-2114
Telephone: 539-292-9358
Email: javit2004rule@gmail.com
Pro se

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 03, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER**
**SETTING ELECTRONIC HEARING**
*ECF No. 1825*

1. On **Monday, November 9, 2026, at 9:00 a.m. (Central Standard Time)** an electronic evidentiary hearing on Emergency Motion to Continue the November 10,2026 Hearing on Claims Objections, Employment and Show Cause Filed by Creditor Jeffrey Alan Vitt, ECF No. 1825, will be held before the United States Bankruptcy Court, Houston Division. For persons wishing to appear in person, the hearing will be conducted from the United States Courthouse, 1701 W. Business Hwy 83, 10th Floor Courtroom, McAllen, TX 78501.

2. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

3. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

4. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

5. For any witness and exhibits, parties must utilize Form 1-100 Witness & Exhibit List which can be located on this Court's home page at https://www.txs.uscourts.gov/content/chief-united-states-bankruptcy-judgeeduardo-v-rodriguez

6. **Public Hearing:** Any member of the public, including media, are permitted to attend in person or electronically and observe this hearing pursuant to Bankruptcy Local Rule 9017-1(a)(6)[1] however, those in attendance either in person or electronically will be bound by this Order.

7. **Audio and Video Recording Is Strictly Prohibited:** Pursuant to District Local Rule 83.7, made applicable to this proceeding by Bankruptcy Local Rule 1001-1(b), no photo-or electro-mechanical means of recordation or transmission of court proceedings is permitted. Failure to adhere to this rule may result in additional orders of this Court including confiscation of such device by the Court, expulsion from the Courtroom, an order to show cause for civil contempt, potential sanctions, and/or a referral to the United States District Court's Chief Judge to consider criminal contempt pursuant to 18 U.S.C. §§ 401; 402.

8. No later than Wednesday, November 4, 2026, Movant Jeffrey Alan Vitt must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

**SIGNED Tuesday, November 3, 2026**



**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**

[1] Bankruptcy Local Rule 90174-1(a)(6) ("The Court may allow remote participation for individual hearings or trials. In hearings and trials for which the Court authorizes remote participation, the Court's audio and video connections may be utilized only by . . . (6) other persons as specifically authorized by the Court.").