## TXSDdb_Victoria-Operation

**From:** EDSS via Southern District of Texas <admin@txs.uscourts.gov>
**Sent:** Wednesday, November 4, 2026 4:53 PM
**To:** TXS Continuous Improvement
**Subject:** New Electronic Document Submission - Houston
**Attachments:** Document-1-Jeffrey Alan Vitt.pdf

United States Courts
Southern District of Texas
FILED
*November 04, 2026*
Nathan Ochsner, Clerk of Court

Form Information
Division: Houston
Case Number: 24-31596
Debtor Name or Case Style as Shown on the Case: MMA Law Firm, PLLC

Filer's Name: Jeffrey Alan Vitt
Filer's Email Address: javit2004rule@gmail.com Confirm Filer's Email Address: javit2004rule@gmail.com Filer's Phone Number: 539-292-9358

Filer's Signature: /s/ Jeffrey Alan Vitt

Uploaded Document Descriptions
Document 1 Description: Cert of Conference + Exhibit A—Doc 1828 Document 2 Description:
Document 3 Description:
Document 4 Description:
Document 5 Description:

**This email was sent from an unmonitored email account. Please DO NOT reply to this email address. **