**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-31596 (EVR) |
| MMA LAW FIRM, PLLC, | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

**ORDER DENYING JEFFREY ALAN VITT'S EMERGENCY MOTION FOR IN FORMA PAUPERIS AND RELATED RELIEF**

[Relates to Docket No. 1832]

Came on for consideration Jeffrey Alan Vitt's Emergency Motion for Determination of Eligibility for In Forma Pauperis Relief in Contested Proceedings; Necessary Witness Process and Service Assistance; Limited PACER Fee Exemption; and Coordinated Preparation Relief [ECF No. 1832] (the **"Motion"**). The Court, having considered the Motion, the objection of the Plan Administrator, and the record, finds that the relief requested is not warranted. It is therefore

**ORDERED** that the Motion is **DENIED** in its entirety.

Signed: ____________________

______________________________________
EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE