**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-31596 (EVR) |
| MMA LAW FIRM, PLLC, | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

**ORDER DENYING JEFFREY ALAN VITT'S EMERGENCY MOTION TO CONTINUE THE NOVEMBER 10, 2026 HEARINGS**

[Relates to Docket No. 1825]

Came on for consideration Jeffrey Alan Vitt's Emergency Motion to Continue the November 10, 2026 Hearings on Claims Objections, Employment, and Show Cause; Coordinate Related Pending Matters; and Establish Necessary Witness Service, Evidence, and Hearing Deadlines [ECF No. 1825] (the **"Emergency Motion"**). The Court, having considered the Motion, the objection of the Plan Administrator, the record, and the arguments presented at the November 9, 2026 hearing, finds that Mr. Vitt has not shown good cause for the relief requested. It is therefore

**ORDERED** that the Motion is **DENIED** in its entirety; and it is further

**ORDERED** that the hearings set for November 10, 2026 at 1:30 p.m. on the objections to Claims 73, 74, and 75 [ECF Nos. 1609, 1611, 1612], the Plan Administrator's application to employ Walker & Patterson, P.C. [ECF No. 1776] and the objection thereto [ECF No. 1802], and the Order to Show Cause [ECF No. 1781] shall proceed as scheduled; and it is further

**ORDERED** that all existing deadlines related to those matters remain in effect.

Signed: ____________________

______________________________________
EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE