**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-31596 (EVR) |
| MMA LAW FIRM, PLLC, | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

**ORDER DENYING JEFFREY A. VITT'S MOTION TO ALTER OR AMEND DOCKET 1765, RECONSIDER THE RELATED DISPOSITION AT DOCKET 1768, AND RESET THE AFFECTED MATTERS**

[Relates to ECF No. 1796]

Came on for consideration Jeffrey A. Vitt's Motion to Alter or Amend Docket 1765, Reconsider the Related Disposition at Docket 1768, and Reset the Affected Matters [Docket No. 1796] (the "Motion"). The Court, having considered the Motion, the response of the Plan Administrator, and the record, finds that the Motion should be denied. It is therefore

**ORDERED** that the Motion is **DENIED** in its entirety; and it is further

**ORDERED** that the Court's orders at Docket Nos. 1765 and 1768 remain in full force and effect.

Signed: ____________________

______________________________
EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE