United States Courts
Southern District of Texas
FILED
November 10, 2026
Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| **MMA LAW FIRM, PLLC,** | § | **CASE NO. 24-31596 (EVR)** |
| **Debtor.** | § | |

**JEFFREY ALAN VITT'S EMERGENCY MOTION TO CONTINUE THE NOVEMBER 10 HEARINGS AND ALTERNATIVE REQUEST FOR LEAVE TO FILE AND USE WITNESS AND EXHIBIT LIST**

*This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing. Represented parties should act through their attorney.*

*Emergency relief has been requested. If the Court considers the motion on an emergency basis, then you will have less than 21 days to answer. If you object to the requested relief or if you believe that the emergency consideration is not warranted, you should file an immediate response.*

**Emergency relief requested by November 10, 2026, at 1:30 p.m. Central.**

**1.** Jeffrey Alan Vitt, individually and pro se, requests a seven-day continuance of the show-cause hearing at Docket 1781, the objections to Claims 73–75 at Dockets 1609, 1611, and 1612, and the Walker & Patterson employment application and Vitt's objection at Dockets 1776 and 1802. If any matter proceeds today, Vitt requests leave to file his Form 1-100 and Exhibits 1–8 after the applicable deadline, to testify, and to offer the exhibits relevant to that matter.

**2.** Vitt recognizes that the Court denied his earlier continuance motion on November 9 at Docket 1840. At approximately 10:22 a.m. Central on November 10, Vitt reached the CM/ECF motion-filing menu and subsequently located the Witness List and Exhibit List events. As of signing, Vitt has not completed the submission and is working through those filing steps for the first time. This access development occurred on the morning of the hearings, after the ordinary

deadline for seeking a continuance. The Clerk separately rejected Vitt's November 9 EDSS submission because the Court did not receive all the documents.

**3.** Vitt requests seven days to complete and verify his exhibit submission and organize his evidence by matter. For show cause, Vitt seeks time to match the full email threads and the September 30 phone and filing records to the five communications identified in Docket 1781. For the claims objections, Vitt seeks time to match the supporting documents to each claim, including the August 28 version of Claim 73, and to identify the records underlying the registry-fund statements in the Moseley declaration. For employment, Vitt seeks time to compare the prior employment order with the proposed engagement and identify the provisions relevant to the authority and scope objections raised in Docket 1802.

**4.** If the Court proceeds with any matter today, Vitt requests leave to testify and offer the exchanged exhibits relevant to that matter. If needed, Vitt requests a brief recess to complete or verify the CM/ECF submission.

Respectfully submitted November 10, 2026.

Jeffrey Alan Vitt, Individually
12791 South 4230 Road
Chelsea, OK 74016-2114
Tel: 539-292-9358
Email: javit2004rule@gmail.com
*Pro Se Claimant*

**CERTIFICATION OF ACCURACY**

I certify that I have reviewed this emergency motion and that its factual statements are accurate to the best of my knowledge, information, and belief.

______________________________

Jeffrey Alan Vitt, Individually

Date: November 10, 2026

**CERTIFICATE OF CONFERENCE**

On November 10, 2026, I called Walker & Patterson at approximately 11:26 a.m. Central and left a message. I called Allison Byman's office at approximately 11:28 a.m. Central and left a voicemail. At 11:47 a.m. Central, I emailed Miriam Goott, Johnie Patterson, and Allison Byman requesting their positions on a seven-day continuance of the show-cause, claims-objection, and employment matters and on alternative leave to file and use my Form 1-100 and Exhibits 1–8.

No response had been received as of signing.

________________________________

Jeffrey Alan Vitt, Individually
Date: November 10, 2026

**CERTIFICATE OF SERVICE**

**I certify that on November 10, 2026, I provided a copy of this motion and proposed order by email to:**

**Plan Administrator:**
Allison Byman
adb@bymanlaw.com

**Counsel for the Debtor:**
Johnie Patterson & Miriam Goott
jjp@walkerandpatterson.com, mgoott@walkerandpatterson.com

**Counsel for the Official Committee of Unsecured Creditors:**
Nicholas R. Lawson & Avi Moshenberg
Nick.Lawson@lmbusinesslaw.com, Avi.Moshenberg@lmbusinesslaw.com

**Office of the United States Trustee:**
Andrew Jimenez
ustpregion07.hu.ecf@usdoj.gov, andrew.jimenez@usdoj.gov

**John Zachary Moseley on behalf of Interested Party John Zachary Moseley, Individually**
Zach@mma-pllc.com



Jeffrey Alan Vitt, Individually
Date: November 10, 2026