**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **§** | **CHAPTER 11** |
| **MMA LAW FIRM, PLLC,** | **§** | **CASE NO. 24-31596 (EVR)** |
| **Debtor.** | **§** | |

**COURT ORDER GRANTING EMERGENCY MOTION TO CONTINUE THE NOVEMBER 10 HEARINGS**

The Court considered Jeffrey Alan Vitt's Emergency Motion to Continue the November 10 Hearings and Alternative Request for Leave to File and Use Witness and Exhibit List.

IT IS ORDERED that the following matters set for November 10, 2026, at 1:30 p.m. Central are continued for seven days:

1. The show-cause hearing at Docket 1781.
2. The objections to Claims 73, 74, and 75 at Dockets 1609, 1611, and 1612.
3. The Walker & Patterson employment application and Vitt's objection at Dockets 1776 and 1802.

The Court will set the hearing time and applicable witness and exhibit deadlines by separate notice or order. The Court reserves ruling on Vitt's alternative request for leave to file and use his witness and exhibit list and Exhibits 1–8.

The Court considered Jeffrey Alan Vitt's emergency motion. It is ORDERED:

1. The request for leave to file the witness and exhibit list and Exhibits 1–8 is **[granted / denied]**. The Court reserves rulings on admission of individual exhibits and testimony.
2. The alternative request for a limited continuance is **[granted / denied]**. Any matter continued, its new setting, and applicable preparation deadlines will be identified on the record or in a separate scheduling order.