**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-31596 |
| MMA LAW FIRM, PLLC, | § | |
| | § | |
| Debtor. | § | CHAPTER 11 |
| | § | |

**NOTICE OF HEARING ON MOTION TO APPROVE COMPROMISE UNDER RULE 9019 WITH LAHATTE LAW FIRM, LLC**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Setting Hearing entered on November 10, 2026 [ECF No. 1842], a hearing on *Debtor's Motion to Approve Compromise under Rule 9019 with LaHatte Law Firm, LLC* [ECF No. 1788] (the "Motion") will be held on:

**Tuesday, November 17, 2026, at 11:30 a.m.**

For persons wishing to appear in person, the hearing will be conducted from the United States Courthouse, 1701 W. Business Hwy 83, 10th Floor Courtroom, McAllen, TX 78501.

To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at 832-917-1510, conference room number 999276 and (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.

Dated: November 11, 2026

Respectfully submitted,

By: *<u>/s/ Miriam T. Goott</u>*

Miriam T. Goott
SBN 24048846
P.O. Box 61301
Houston, TX 77208
(713) 956-5577
mgoott@walkerandpatterson.com
COUNSEL FOR ALLISON D. BYMAN, PLAN ADMINISTRATOR

**CERTIFICATE OF SERVICE**

I certify that on November 11, 2026, a true and correct copy of the foregoing Notice was served via the Court's CM/ECF system on all parties registered to receive electronic notice in this case, and by email upon the Oversight Committee.

By: */s/ Miriam T. Goott*
Miriam T. Goott