**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED
11/12/26
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| **MMA LAW FIRM, PLLC,** | § | **CASE NO. 24-31596 (EVR)** |
| **Debtor.** | § | |

**JEFFREY ALAN VITT'S EXPEDITED MOTION TO PRESERVE AND PROVIDE ELECTRONIC COPIES OF HEARING RECORDINGS**

*This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing. Represented parties should act through their attorney.*

**Expedited relief requested by November 25, 2026, for the November 9 and November 10 recordings.**

Jeffrey Alan Vitt, individually and pro se, requests an order directing the Clerk to preserve the official digital audio identified below and make complete copies available electronically through CM/ECF or another means approved by the Clerk.

1. Vitt requests the complete recordings of the following proceedings before Chief Judge Eduardo V. Rodriguez in this case. All times are Central.
   a. **August 4, 2026, at 10:30 a.m.** — Proceedings on ballot designation and plan confirmation, identified in the courtroom minutes at Docket 1647.
   b. **August 5, 2026, at 2:30 p.m.** — Continued plan confirmation proceedings resulting in the order confirming the Third Amended Joint Plan of Liquidation at Docket 1648.
   c. **November 9, 2026, at 9:00 a.m.** — Hearing on Vitt's emergency continuance motion at Docket 1825, set by Docket 1828.
   d. **November 10, 2026, at 1:30 p.m.** — Evidentiary hearing reflected in the courtroom minutes at Docket 1846, including the proceedings before and after the recess.
2. Docket 1846 sets the continuation of the November 10 evidentiary hearing for December 4, 2026, at 1:30 p.m. Central. Vitt requests expedited consideration and a shortened response period as the Court deems appropriate. The ordinary response period would leave insufficient time to review both November recordings before the continued hearing.

Vitt therefore requests that the November 9 and November 10 recordings be made available as soon as practicable and, if feasible, by November 25, 2026. The August recordings may be processed separately.

3. The Court previously made the September 30 recording available at Docket 1829. Vitt requests electronic access to the recordings identified here through CM/ECF or another method the Clerk can provide. If a recording is already available, identifying its docket entry or means of access will satisfy the request for that recording.
4. Vitt also requests that the official audio of the December 4 continued hearing be preserved and made available electronically after the hearing concludes, if the Court can authorize that access in this order.

**Requested relief**

Vitt respectfully requests that the Court direct preservation and electronic availability of the recordings identified above, prioritize release of the November 9 and November 10 recordings, and direct the Clerk to advise Vitt of any required order form or applicable fee.

Respectfully submitted,

Jeffrey Alan Vitt, individually, pro se
12791 South 4230 Road
Chelsea, OK 74016-2114
918-695-7468
javit2004rule@gmail.com
Date : November 12, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026, I served a copy of the motion and accompanying proposed order by electronic mail upon the persons at the email addresses listed below.

Allison D. Byman (Plan Administrator), Miriam T. Goott and Johnie J. Patterson (Counsel for Debtor and Plan Administrator), Nicholas R. Lawson & Avi Moshenberg (Counsel for the Official Committee of Unsecured Creditors), Andrew Jimenez (Office of the United States Trustee), and John Zachary Moseley, Individually.

**Plan Administrator:**
Allison Byman
adb@bymanlaw.com

**Counsel for the Debtor:**
Johnie Patterson & Miriam Goott
jjp@walkerandpatterson.com, mgoott@walkerandpatterson.com

**Counsel for the Official Committee of Unsecured Creditors:**
Nicholas R. Lawson & Avi Moshenberg
Nick.Lawson@lmbusinesslaw.com, Avi.Moshenberg@lmbusinesslaw.com

**Office of the United States Trustee:**
Andrew Jimenez
ustpregion07.hu.ecf@usdoj.gov, andrew.jimenez@usdoj.gov

**John Zachary Moseley on behalf of Interested Party John Zachary Moseley, Individually**
Zach@mma-pllc.com

Respectfully submitted

Jeffrey Alan Vitt, Individually
November 12. 2026