**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **§** | **CHAPTER 11** |
| **MMA LAW FIRM, PLLC,** | **§** | **CASE NO. 24-31596 (EVR)** |
| **Debtor.** | **§** | |

**ORDER ON MOTION TO PRESERVE AND PROVIDE ELECTRONIC COPIES OF HEARING RECORDINGS**

The Court considered Jeffrey Alan Vitt's Motion to Preserve and Provide Electronic Copies of Hearing Recordings. It is ORDERED:

1. The motion is granted as provided in this Order.
2. The Clerk shall preserve the complete official digital audio of the hearings held on **August 4, August 5, November 9, and November 10, 2026**, and make the recordings available electronically through CM/ECF or another means approved by the Clerk. The November 10 recording shall include the proceedings before and after the recess.
3. The Clerk shall make the November 9 and November 10 recordings available as soon as practicable and, if feasible, by November 25, 2026. The Clerk may release the recordings separately as they become available.
4. After the December 4, 2026 continued hearing concludes, the Clerk shall preserve its official digital audio and make it available electronically through CM/ECF or another means approved by the Clerk.
5. For any recording already available, the Clerk may satisfy this Order by identifying the docket entry or means of access. The Clerk shall advise Vitt of any required form or applicable fee.