| **Answered No:** | **Explanation:** |
| --- | --- |
| 3. Have you paid all of your bills on time? | See Exhibit E. |
| 6. Have you timely filed your tax returns and paid all of your taxes? | Due to Hurricane Beryl, the deadline has been extended to February 3, 2025; however, CPA filed 2023 tax return in November. Extension filed for 2024 tax return and return was filed on 9/15/2025. CPA filed extension for 2025 Taxes. |
| 7. Have you timely filed all other required government filings? | 2023 Franchise Tax was filed and paid on 9/17/2024 - this was not a timely filing. Property taxes have not been filed - working with CPA to get this submitted. 2024 Franchise Tax Return filed on 5/15/2025. Property Rendition submitted and payment made March/April 2026. |

| **Answered Yes, but providing additional explanation:** | **Explanation:** |
| --- | --- |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | Restyled 2 Operating Accounts to DIP Accounts August 2024. Designation of DIP account for Veritex was on 8/8/2024 and for Chase was on 8/13/2024. Veritex is now known as Huntington Bank |