| Answered Yes: | Explanation: |
| --- | --- |
| 10. Do you have any bank accounts open other than the DIP accounts? | Huntington IOLTAs (2) and Chase IOLTA |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | Zach Moseley used personal credit card to pay for debtor expenses due. Some vendors only accept credit card payments. |
| 17. Have you paid any bills you owed before you filed bankruptcy? | Yes - see bank statements |

| Answered No, but providing additional explanation: | Explanation: |
| --- | --- |
| 13. Did any insurance company cancel your policy? | None cancelled. Were not renewed. Secured General Liability Insurance through The Hartford effective 8/27/2024. Still working to secure Professional Liability coverage. |