| SA# | Case Name | Attorney Fees and Costs, Other | Deposit Date |
|---|---|---|---|
| 2201959 | Pierre v. United Property and Casualty Insurance Company | $ 3,066.67 | 8/6/2026 |
| TBD | TBD | $ 13,297.17 | 8/6/2026 |
| 2208159 | Franke v. | $ 2,310.00 | 8/11/2026 |
| TBD | TBD | $ 106,867.37 | 8/19/2026 |
| TBD | TBD | $ 43,132.63 | 8/19/2026 |

| SA# | Case Name | Attorney Fees and Costs | Transfer from Trust Date | Trust Act# |
|---|---|---|---|---|
| | **Total:** | **$168,673.84** | | |