| Date Paid | Payee | Purpose | Amount | Notes |
|---|---|---|---|---|
| 8/3/2026 | ADP | Payroll | $41,978.44 | |
| 8/5/2026 | DZMI (David Z. Mafrige Interests) | Rent - 1235 N. Loop West, Ste 810 | $7,870.70 | |
| 8/6/2026 | Zach Moseley | Reimbursements (July 1 - July 31) Firm expenses paid with personal cc | $4,168.13 | |
| 8/6/2026 | ADP | Medical Benefits | $11,633.96 | |
| 8/11/2026 | Deel, Inc | Contractors | $1,153.00 | |
| 8/11/2026 | Definiti | Cash Balance Plan | $1,900.00 | |
| 8/11/2026 | Fidelity | 401k | $3,134.88 | |
| 8/17/2026 | ADP | Payroll | $41,978.44 | |
| 8/18/2026 | Comcast | Internet | $549.03 | |
| 8/19/2026 | Verizon | Cell Phone | $166.07 | |
| 8/24/2026 | Deel, Inc | Contractors | $425.00 | |
| 8/25/2026 | Fidelity | 401k | $3,134.88 | |
| | | | | |
| 8/31/2026 | Print Boss | Check Printing Software | $10.00 | CC Only. Used Zach's personal CC to submit payment. |
| 8/31/2026 | Microsoft | Microsoft Licenses | $3,246.92 | CC Only. Used Zach's personal CC to submit payment. |
| 8/31/2026 | Intuit | Accouting Software | $362.44 | CC Only. Used Zach's personal CC to submit payment. |
| 8/31/2026 | Phone Burner | Application for outbound calls and voicemails | $207.87 | CC Only. Used Zach's personal CC to submit payment. |
| 8/31/2026 | Adobe | Adobe Pro Licenses | $207.75 | CC Only. Used Zach's personal CC to submit payment. |
| 8/31/2026 | Stamps.com | Mailing | $21.20 | CC Only. Used Zach's personal CC to submit payment. |
| 8/31/2026 | Loom | Video Recording Software | $18.00 | CC Only. Used Zach's personal CC to submit payment. |
| 8/31/2026 | Anthropic | AI | $133.25 | CC Only. Used Zach's personal CC to submit payment. |
| 8/31/2026 | Rev | AI | $29.99 | CC Only. Used Zach's personal CC to submit payment. |
| | | | | |
| | | **Total:** | **$122,329.95** | |