| | Due Date | Expense | Description | Amount |
|---|---|---|---|---|
| *Non Essential* | 8/1/2026 | Elmwood Self Storage | Storage Unit in LA - Two storage units for MMA's nola office furniture | $1,305.60 |
| | 8/8/2026 | SBA EIDL Loan | Loan Payment - - Type: Disaster COVID - 19 Economic Injury | $731.00 |
| | 8/11/2026 | James McClenny | AMEX payments - payment plan | $10,992.00 |
| | 8/11/2026 | Chase Ink - Business (5500) | CC Payment - Unknown balance on account, no longer have access. | $0.00 |
| | 8/20/2026 | Superior Office Products (no longer accruing charges as of 8/16) | Xerox machines (usage) - This is the base monthly usage price for the Xerox machines we lease. These machines are not currently in use but are under contract | $200.03 |
| | 8/28/2026 | PHMG | Audio Branding - Professional audio recordings that do the "robot" greetings for when client calls in. Contract is too expensive to cancel. | $355.00 |
| | 8/21/2026 | Xerox | 3 Licenses (monthly lease) *multiple invoices | $1,800.00 |
| | | | | **$15,383.63** |