| Case No | Plaintiff | State | Attorney Fees | Case Expenses | Total | Due Date | |
|---|---|---|---|---|---|---|---|
| 2200052 | Hollen, Renardo | MS | $4,259.02 | $383.31 | $4,642.33 | 3/4/2024 | |
| 2206550 | Albert, Reginald | LA | $7,009.41 | $630.85 | $7,640.26 | 2/21/2024 | |
| 15987 | Vernon, David | TX | $2,519.30 | | $2,519.30 | 1/13/2024 | |
| 2210652 | McCollister, Ryan | AL | $18,282.45 | $15,045.40 | $33,327.85 | 3/31/2024 | |
| 2213025 | Moten, Ralph | LA | $3,333.33 | $2,500.00 | $5,833.33 | 2/21/2024 | |
| 2214775 | O'Connor, Victoria | TX | $9,799.78 | $8,022.78 | $17,822.56 | 10/17/2023 | |
| 2215379 | Tubby, Gary | FL | $4,000.00 | $2,500.00 | $6,500.00 | 12/13/2023 | |
| 2215385 | Conn, Chris | FL | $11,103.35 | $1,332.40 | $12,435.75 | 10/26/2023 | |
| 2215466 | Lewis, Jeanne | FL | $3,128.60 | $281.57 | $3,410.17 | 3/31/2024 | |
| 2215509 | Watts, Andria M. | FL | $12,035.38 | $1,110.50 | $13,145.88 | 3/31/2024 | |
| 2215612 | England, Janet | FL | $146.34 | $13.17 | $159.51 | 3/31/2024 | |
| 2215679 | Phillips, Mark | FL | $928.15 | $111.38 | $1,039.53 | 3/31/2024 | |
| 2215679 | Phillips, Mark | FL | $5,561.06 | $0.00 | $5,561.06 | 3/31/2024 | |
| 2215710 | Apollon, Joseph | FL | $16,500.00 | $500.00 | $17,000.00 | 3/4/2024 | |
| 2215710 | Apollon, Joseph | FL | $5,578.99 | $502.61 | $6,081.60 | 3/4/2024 | |
| 2215786 | Phieffer, Stacey | FL | $16,674.20 | $2,089.37 | $18,763.57 | 3/31/2024 | |
| 2215832 | Priestap, Charles | FL | $5,901.78 | $2,000.00 | $7,901.78 | 3/31/2024 | |
| 2215847 | Ploettner, Robert | FL | $2,725.08 | $327.34 | $3,052.42 | 3/31/2024 | |
| 2215847 | Ploettner, Robert | FL | $2,730.07 | $0.00 | $2,730.07 | 3/31/2024 | |
| 2215928 | State, James | FL | $8,558.96 | $0.00 | $8,558.96 | 12/26/2023 | |
| 2215979 | Vantassell, Stephenie | FL | $1,356.89 | $227.44 | $1,584.33 | 3/31/2024 | |
| 2300060 | Strong, Jessie | FL | $3,950.70 | $484.55 | $4,435.25 | 3/31/2024 | |
| 2300062 | Scott, Robert | FL | $3,003.81 | $1,000.00 | $4,003.81 | 9/27/2023 | |
| 2300269 | Shuey, Carmela | FL | $501.53 | $0.00 | $501.53 | 3/31/2024 | |
| 2300279 | Blaney, Lillian | FL | $3,970.00 | $1,510.34 | $5,480.34 | 3/31/2024 | |
| 2300393 | Alladin, Nazir | FL | $3,936.34 | $354.30 | $4,290.64 | 3/31/2024 | |
| 2300532 | Martin-Ring, Debra | FL | $50.00 | $50.00 | $100.00 | 3/1/2024 | |
| 2300532 | Martin-Ring, Debra | FL | $4,596.80 | $137.90 | $4,734.70 | 3/1/2024 | |
| 2215106 | Ronald Palmer | FL | $6,198.08 | $1,859.42 | $8,057.50 | 3/8/2024 | |
| 2203891 | Jason Joy and Associates - Sona Doherty | LA | $5,675.78 | $3,021.16 | $8,696.94 | 6/13/2024 | |
| 2203891 | Jason Joy and Associates - Sona Doherty | LA | $2,128.44 | $191.56 | $2,320.00 | 6/13/2024 | |
| 2210739 | Alecia & Christopher Rubar | LA | $133.33 | $12.00 | $145.33 | 6/5/2024 | |
| | Daly and Black | (Mass Text Reimbursement) | | | $3,701.64 | 12/31/2023 | |
| | Galindo | (Reimbursement - Corleano Gatson) | | | $3,333.33 | 12/11/2023 | |
| | KKTL | (Reimbursement - Corleano Gatson) | | | $3,333.33 | 12/11/2023 | |
| 2110337 | Herman Finley Allshouse | LA | $304.04 | $45.61 | $349.65 | 6/29/2024 | |
| 2204561 | Gavin Berthelot | LA | $13,820.51 | $4,500.00 | $18,320.51 | 8/10/2024 | |
| 2204748 | Daly and Black - Travis Nelson | LA | $6,211.82 | $2,500.00 | $8,711.82 | 8/11/2024 | |
| 2205411 | The Voorhies Law Firm - Robert Porter | LA | $11,451.00 | $6,062.00 | $17,513.00 | 8/11/2024 | |
| 2206482 | The Chopin Law Firm - Sandra Newsham | LA | $23,507.04 | $2,931.53 | $26,438.57 | 8/11/2024 | |
| 2109690 | Broussard & Dove - Larry Turner | LA | $7,935.28 | $2,500.00 | $10,435.28 | 8/11/2024 | |
| 2208766 | Laborde Earles Injury Lawyers - Trinia Stroud | LA | $6,195.23 | $2,902.00 | $9,097.23 | 8/11/2024 | |
| 2214925 | Law Office Heather C. Ford - Kristen Stewart | LA | $1,123.78 | $1,159.37 | $2,283.15 | 8/11/2024 | Invoice and Check returned , next steps TBD |
| 2215429 | Daly and Black - Jonathan Heigl | LA | $3,222.48 | $5,000.00 | $8,222.48 | 8/11/2024 | Invoice and Check returned , next steps TBD |
| 2204280 | Webster Vicknair MacLeod - Pamela Davillier | MS | $1,234.23 | $2,247.47 | $3,481.70 | 8/31/2024 | |
| 2200579 | Webster Vicknair MacLeod - Delois Howell | MS | $638.24 | $57.44 | $695.68 | 8/31/2024 | |
| 2203776 | Joey Jenkins | LA | $2,224.60 | $166.85 | $2,391.45 | 8/31/2024 | |
| 2300019 | Windy Law - Thomas Leonard | FL | $919.90 | $1,500.00 | $2,419.90 | 8/31/2024 | |
| 2300056 | Michael Toth | FL | $3,241.52 | $1,000.00 | $4,241.52 | 8/31/2024 | |
| 2215250 | Daly & Black - Garnet Sanibel | FL | $18,716.07 | $2,500.00 | $21,216.07 | 8/21/2024 | |
| 2216060 | Windy Law - Dana Lawrence | FL | $2,753.56 | $5,750.00 | $8,503.56 | 8/21/2024 | |
| 2201141 | Marshall Troglen | MS | $5,284.38 | $3,050.00 | $8,334.38 | 9/26/2024 | |
| 2215612 | Janet England | FL | $6,788.44 | | $6,788.44 | 9/26/2024 | |
| 16091 | Pandit Law - C. Properties | LA | $8,474.19 | $2,500.00 | $10,974.19 | 10/16/2024 | |
| 2216054 | Gregory Takacs | FL | $99.27 | $11.91 | $111.18 | 10/16/2024 | |
| 2300188 | VG Law Group - Jeff Trostad | FL | $3,232.93 | $2,474.93 | $5,707.86 | 10/16/2024 | |
| 2215678 | VG Law Group - Patrick Theilmann | FL | $1,631.66 | $2,500.00 | $4,131.66 | 10/16/2024 | |
| 2300008 | Beatrice Palmer obo Frank Palmer | LA | $24,982.00 | $3,000.00 | $27,982.00 | 10/25/2024 | |
| 2110753 | Betty Carruth | MS | $885.78 | $79.80 | $965.58 | 12/5/2024 | |
| 2210280 | Donna LeDay | LA | $5,500.00 | $0.00 | $5,500.00 | 2/5/2025 | |
| 2205237 | Anthony Rock | LA | $13,948.63 | $1,508.70 | $15,457.33 | 3/28/2025 | |
| 15428 | Kevin Woodland | MO | $14,158.43 | $25,425.90 | $39,584.33 | 8/23/2025 | |
| 15428 | Kevin Woodland | MO | $6,769.55 | | $6,769.55 | 9/11/2025 | |
| | | | | | **$509,472.67** | | |