CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

July 01, 2026 through July 31, 2026
Account Number: [redacted]9217

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00168592 DRE 552 141 21326 NNNNNNNNNNN T 1 000000000 67 0000
MMA LAW FIRM, PLLC
IOLTA TRUST ACCOUNT
1235 NORTH LOOP W
STE 810
HOUSTON TX 77008-1764

01685920101000000021

## CHECKING SUMMARY

IOLTA Account

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$28,441.77** |
| Deposits and Additions | 1 | 54.35 |
| Other Withdrawals | 1 | -54.35 |
| **Ending Balance** | **2** | **$28,441.77** |

| | |
|---|---|
| Interest Paid This Period | $54.35 |
| Interest Paid Year-to-Date | $371.78 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/31 | Interest Payment | $54.35 |
| **Total Deposits and Additions** | | **$54.35** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/31 | Trust Interest Transfer | $54.35 |
| **Total Other Withdrawals** | | **$54.35** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/31 | $28,441.77 |

CHASE

July 01, 2026 through July 31, 2026
Account Number: [redacted]9217

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---