MMA Law Firm

**Chase Operating, Period Ending 08/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 09/21/2026

Reconciled by: Morgan Gallacher

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 48,667.93 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 48,667.93 |
| | |
| Register balance as of 08/31/2026 | 48,667.93 |