MMA Law Firm

**01878443908 Huntington Operating, Period Ending 08/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 09/21/2026

Reconciled by: Morgan Gallacher

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 2,538,887.62 |
| Checks and payments cleared (14) | -122,193.53 |
| Deposits and other credits cleared (6) | 173,176.71 |
| Statement ending balance | 2,589,870.80 |
| Uncleared transactions as of 08/31/2026 | -64,694.91 |
| Register balance as of 08/31/2026 | 2,525,175.89 |

**Details**

Checks and payments cleared (14)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/30/2026 | Check | 15271 | Thompson Law/ADR Solutions | -3,400.00 |
| 07/30/2026 | Check | 15270 | Court Record Research, Inc. | -701.00 |
| 08/03/2026 | Journal | 08.03.2026 | | -41,978.44 |
| 08/05/2026 | Expense | | David Z. Mafrige Interests (DZMI) | -7,870.70 |
| 08/06/2026 | Check | | Zach Moseley | -4,168.13 |
| 08/06/2026 | Expense | | ADP | -11,633.96 |
| 08/11/2026 | Expense | | Definiti | -1,900.00 |
| 08/11/2026 | Expense | | Fidelity Investments | -3,134.88 |
| 08/11/2026 | Expense | | Deel Inc | -1,153.00 |
| 08/17/2026 | Journal | 08.17.2026 | | -41,978.44 |
| 08/18/2026 | Expense | | Comcast Business | -549.03 |
| 08/19/2026 | Expense | | Verizon | -166.07 |
| 08/24/2026 | Expense | | Deel Inc | -425.00 |
| 08/25/2026 | Expense | | Fidelity Investments | -3,134.88 |
| Total | | | | -122,193.53 |

Deposits and other credits cleared (6)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/06/2026 | Deposit | | 2201959 - Betty Pierre | 3,066.67 |
| 08/06/2026 | Deposit | | | 13,297.17 |
| 08/07/2026 | Deposit | | | 4,502.87 |
| 08/11/2026 | Deposit | | 2208159 - Ronny Franke | 2,310.00 |
| 08/19/2026 | Deposit | | | 106,867.37 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/19/2026 | Deposit | | | 43,132.63 |
| Total | | | | 173,176.71 |

**Additional Information**

Uncleared checks and payments as of 08/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/07/2023 | Expense | | PCG | -892.71 |
| 05/01/2023 | Bill Payment | 15027 | Comcast Business | -3,257.00 |
| 05/01/2023 | Bill Payment | 15026 | Comcast | -1,118.83 |
| 05/11/2023 | Bill Payment | 15025 | AT&T | -906.85 |
| 06/01/2023 | Check | 15008 | Burdin Mediations | -900.00 |
| 07/06/2023 | Bill Payment | AMEX Pymt | Xerox Financial Services | -316.51 |
| 07/23/2023 | Bill Payment | AMEX PYMT 1006 | Trustpoint Court Reporting, LLC | -950.60 |
| 07/26/2023 | Check | 15067 | Blue Sky Public Adjusters | -2,300.00 |
| 07/27/2023 | Expense | | N8 Solutions LLC | -675.00 |
| 09/01/2023 | Bill Payment | AMEX 09112023 | Dupont Claim Services | -1,800.00 |
| 09/05/2023 | Bill Payment | | Dupont Claim Services | -31,450.00 |
| 09/06/2023 | Bill Payment | AMEX 080624-3 | Dupont Claim Services | -1,800.00 |
| 09/06/2023 | Bill Payment | AMEX 080624-2 | Dupont Claim Services | -1,800.00 |
| 09/06/2023 | Bill Payment | AMEX 080623 | Dupont Claim Services | -2,400.00 |
| 09/25/2023 | Check | 15133 | Derek Fadner | -4.25 |
| 10/18/2023 | Check | 15150 | J. Baeza Law Firm, PLLC | -422.38 |
| 10/24/2023 | Bill Payment | 15164 | Ray Burgess, PLLC | -700.00 |
| 10/25/2023 | Bill Payment | 15157 | W&N Settlement Services, LLC | -2,025.00 |
| 10/31/2023 | Bill Payment | 15169 | Herring & Panzer, L.L.P. | -8,970.00 |
| 11/15/2023 | Bill Payment | | Sinch MessageMedia | -5.78 |
| 02/25/2024 | Credit Card Payment | | | -2,000.00 |
| Total | | | | -64,694.91 |