# MMA Law Firm

Profit and Loss
August 2026

| | Total |
|---|---|
| Income | |
| Operating Income | |
| Attorney Fee Income | |
| Co-Counsel Partner Fees | 168,673.84 |
| **Total for Attorney Fee Income** | **$168,673.84** |
| **Total for Operating Income** | **$168,673.84** |
| **Total for Income** | **$168,673.84** |
| **Gross Profit** | **$168,673.84** |
| Expenses | |
| General Administrative Expenses | |
| Bank Charges & Fees | 54.35 |
| Computer & Software | |
| Software & Subscriptions | -4,502.87 |
| **Total for Computer & Software** | **-$4,502.87** |
| Insurance | |
| Medical/Dental/Vision Insurance | 11,590.28 |
| **Total for Insurance** | **$11,590.28** |
| Payroll | |
| Payroll Fees | 2,175.20 |
| Payroll Taxes | 4,576.24 |
| Retirement Plans | 8,169.76 |
| Subcontractors | 1,578.00 |
| Wages | 81,553.94 |
| **Total for Payroll** | **$98,053.14** |
| Rent & Utilities | |
| Office Rent | 7,870.70 |
| Utilities | |
| Internet | 549.03 |
| Telephone | 166.07 |
| **Total for Utilities** | **$715.10** |
| **Total for Rent & Utilities** | **$8,585.80** |
| **Total for General Administrative Expenses** | **$113,780.70** |
| **Total for Expenses** | **$113,780.70** |
| **Net Operating Income** | **$54,893.14** |
| Other Income | |
| Interest Income | 54.35 |
| **Total for Other Income** | **$54.35** |
| **Net Other Income** | **$54.35** |
| **Net Income** | **$54,947.49** |