IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| MMA LAW FIRM, PLLC | § | CASE NO. 24-31596 (EVR) |
| Debtor. | § | |
| | § | |
| MMA LAW FIRM, PLLC | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | ADVERSARY NO. 25-03029 |
| | § | (Jury Demanded) |
| THE CHOPIN LAW FIRM, LLC, | § | |
| *Defendant*. | § | |

**ORDER RECOMMENDING WITHDRAWAL OF THE REFERENCE**

Having considered the Motion to Withdraw the Bankruptcy Reference, Jury Demand, and Notice of Non-Consent to Entry of Final Orders (the "Motion") filed by The Chopin Law Firm, LLC, the Court hereby recommends that the Motion be GRANTED and that the reference of the above-captioned Adversary Proceeding No. 25-03029 be immediately withdrawn from the Bankruptcy Court for all purposes, including all pretrial matters and trial.

____________________________________
JUDGE EDUARDO V. RODRIGUEZ
CHIEF BANKRUPTCY JUDGE