# WITNESS AND EXHIBIT LIST

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |
| | |
| **Adversary Case No:** | |
| **Style of Adversary:** | |

**Does this amend or supplement a previously filed Witness & Exhibit List? If so, state the date and CM/ECF No. of such previous filing.**

| Yes | No |
|---|---|
| | X |
| **Date** | **CM/ECF No.** |
| | |
| | |

| | |
|---|---|
| **Hearing/Trial Date:** | November 17, 2026 |
| **Hearing Time:** | 11:30 A.M. |
| **Party's Name:** | MMA Law Firm, PLLC |
| **Attorney's Name:** | Johnie Patterson and Miriam Goott |
| **Attorney's Phone:** | 713-956-5577 |

**Nature of Proceeding(s):**

| CM/ECF No. | Matter |
|---|---|
| 1789 | Plan Administrator's Motion for Entry of an Order (I) Authorizing the Plan Administrator to Enter into Master Services and Hosting Agreement with QuikData, LLC and (II) Authorizing Payment of QuikData's Fees from Estate Funds as Permitted Expenses |
| | |
| | |
| | |
| | |
| | |
| | |

## WITNESS LIST

| | |
|---|---|
| **Lay Witnesses:** | Allison Byman |
| | |
| | |
| | |
| | |

| | |
|---|---|
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| **REBUTTAL/ IMPEACHMENT WITNESSES** | |
| | |
| **Lay Witnesses:** | |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| | |

| | | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| | | | | |
| **1** | Master Services & Hosting Agreement between QuikData, LLC and Allison D. Byman, Plan Administrator for MMA Law Firm, PLLC, including Exhibits A through C (also filed as ECF No. 1789-1) | | | |
| **2** | PACER docket report of adversary proceedings associated with Case No. 24-31596, as of November 16, 2026 | | | |
| **3** | Order Denying Motion to Dismiss | | | |
| **4** | Confirmation Order | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
| | | | | |
| **1.** | | | | |
| **2.** | | | | |
| **3.** | | | | |
| **4.** | | | | |
| **5.** | | | | |

| | | | | |
|---|---|---|---|---|
| **6.** | | | | |