**24-31596** MMA Law Firm, PLLC and Official Committee of Unsecured Creditors
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Bankruptcy Judge:** Eduardo V Rodriguez
**Date filed:** 04/09/2024 **Date of last filing:** 11/15/2026 **Plan confirmed:** 08/05/2026

# Associated Cases

| Case | Associated Case | Type |
|---|---|---|
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 24-03127 MMA Law Firm, PLLC et al v. Morris Bart, LLC | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 24-03130 MMA Law Firm, PLLC v. Laborde Earles Law Firm LLC | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 24-03134 MMA Law Firm, PLLC v. The Voorhies Law Firm (closed) | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 24-03137 Morris Bart, L.L.C. v. MMA Law Firm, PLLC (closed) | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 24-03208 MMA Law Firm, PLLC v. Equal Access Justice Fund, LP et al | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 24-03212 MMA Law Firm, PLLC et al v. Allied World Insurance Company et al (closed) | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 24-03223 MMA Law Firm, PLLC v. Daly & Black, PC (closed) | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 24-03230 MMA Law Firm, PLLC v. The Sangisetty Law Firm (closed) | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 24-03269 MMA Law Firm, PLLC v. Hair & Shunnarah Trial Attorneys, LLC | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 25-03017 MMA Law Firm, PLLC v. Broussard Injury Lawyers, LLC (closed) | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 25-03018 MMA Law Firm, PLLC v. Barcus Arenas, PLLC | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 25-03021 MMA Law Firm, PLLC v. Broussard & Dove, a Professional Law Corporation (closed) | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 25-03026 MMA Law Firm, PLLC v. CHEHARDY, SHERMAN, WILLIAMS, RECILE & HAYES, L.L.P (closed) | Adversary |

| | | |
|---|---|---|
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 25-03027 MMA Law Firm, PLLC v. New Orleans Legal, LLC et al | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 25-03028 MMA Law Firm, PLLC v. Pandit Law Firm, LLC (closed) | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 25-03029 MMA Law Firm, PLLC v. The Chopin Law Firm LLC | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 25-03032 MMA Law Firm, PLLC v. COX, COX, FILO, CAMEL, WILSON & BROWN, LLC | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 25-03310 Cristobal M. Galindo P.C. v. MMA Law Firm, PLLC (closed) | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 25-03429 Louisiana Insurance Guaranty Association et al v. MMA Law Firm, PLLC et al (closed) | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 25-03633 MMA Law Firm, PLLC v. Cristobal M. Galindo P.C. | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 25-03799 MMA Law Firm, PLLC v. Morris Bart, LLC | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 26-03001 MMA Law Firm, PLLC v. ROBICHAUX, MIZE, WADSACK, RICHARDSON & WATSON, L.L (closed) | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 26-03028 MMA Law Firm, PLLC v. Hair Shunnarah Trial Attorneys, LLC | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 26-03065 MMA Law Firm, PLLC v. Houghtaling Law Firm, LLC (closed) | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 26-03097 MMA Law Firm, PLLC v. The Morgan Law Group of Louisiana, LLC | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 26-03098 MMA Law Firm, PLLC v. Dunlap & Shipman, P.A. (closed) | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 26-03099 MMA Law Firm, PLLC v. Ben Baker, Attorney At Law, PLLC et al | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 26-03100 MMA Law Firm, PLLC v. Houghton Bradford Whitted PC, LLO (closed) | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 26-03101 MMA Law Firm, PLLC v. Glago Williams, LLC (closed) | Adversary |

| | | |
|---|---|---|
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 26-03102 MMA Law Firm, PLLC v. Montiel Hodge, LLC | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 26-03103 MMA Law Firm, PLLC v. Godbey Giardina Law Group, LLC et al | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 26-03104 MMA Law Firm, PLLC v. Merlin Law Group, P.A. | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 26-03105 MMA Law Firm, PLLC v. Scandurro & Layrisson, LLC (closed) | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 26-03106 MMA Law Firm, PLLC v. AMO Trial Lawyers, LLC | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 26-03107 MMA Law Firm, PLLC v. The Monson Law Firm, LLC et al | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 26-03109 MMA Law Firm, PLLC v. Chauvin Law Firm, LLC | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 26-03110 MMA Law Firm, PLLC v. Loftin Law Group, LLC | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 26-03111 MMA Law Firm, PLLC v. Cueria Law Firm, LLC (closed) | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 26-03112 MMA Law Firm, PLLC v. LaHatte Law Firm, LLC | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 26-03113 MMA Law Firm, PLLC v. Jim S. Hall & Assoc., LLC | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 26-03114 MMA Law Firm, PLLC v. Vilar & Green, LLC | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 26-03115 MMA Law Firm, PLLC v. Huber Thomas, LLP | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 26-03116 MMA Law Firm, PLLC v. Heath Law Group, LLC | Adversary |
| 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors | 26-03135 MMA Law Firm, PLLC v. Equal Access Justice Fund, LP et al (closed) | Adversary |

# Other Filings by Same Debtor(s)

## There Are No Case Filing Associations For This Case

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/17/2026 00:24:40 | | | |
| **PACER Login:** | miriamgoott | **Client Code:** | |
| **Description:** | Associated Cases | **Search Criteria:** | 24-31596 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |