**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MMA LAW FIRM, PLLC, | § | Case No. 24-31596 |
| | § | |
| Reorganized Debtor. | § | Chapter 11 |

**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER REGARDING SUBPOENA ISSUED BY CRISTÓBAL M. GALINDO, P.C. TO HOUGHTALING LAW FIRM, LLC**

**(Relates to ECF No. [____])**

The Court has considered the Emergency Joint Motion of the Plan Administrator and Houghtaling Law Firm, LLC (**"HLF"**) for Protective Order and, in the Alternative, to Quash or Modify the Subpoena issued by Cristóbal M. Galindo, P.C. (**"Galindo"**) (the "Emergency Motion"), and finds that good cause exists for the relief granted. It is therefore **ORDERED** that:

1. The Emergency Motion is **GRANTED** as set forth in this Order.

2. Compliance with the Subpoena served on HLF on November 17, 2026, including the production of documents and the deposition of HLF, is STAYED pending further order of the Court following its ruling on the Plan Administrator's Objection [ECF No. 1784] to Galindo's Motion for Allowance and Payment of Administrative Expense Claim [ECF No. 1780].

3. The Court retains jurisdiction over all matters arising from or related to this Order.

SIGNED: ____________________

____________________________________
CHIEF UNITED STATES BANKRUPTCY JUDGE