United States Bankruptcy Court
Southern District of Texas
ENTERED
November 19, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER**
**DENYING MOTION TO PRESERVE**
***Resolving Dkt. No. 1849***

Pending before the Court is the "Expedited Motion to Preserve and Provide Electronic Copies of Hearing Recordings" ("*Motion*") filed by Jeffrey Alan Vitt ("*Movant*") on November 12, 2026, at Dkt. No. 1849. By the Motion, Movant requests that this Court enter an order directing the Clerk of Court to "preserve the official digital audio" and make complete copies of the digital audio available electronically through CM/ECF of the proceedings in the above-captioned matter on August 4, 2026, at 10:30 a.m., August 5, 2026, at 2:30 p.m., November 9, 2026, at 9:00 a.m., and November 10, 2026, at 1:30 p.m. Dkt. No. 1849, at 1. Further, Movant requests that recordings of the proceedings on November 9, 2026, and November 10, 2026 "be made available as soon as practicable and, if feasible, by November 25, 2026." *Id.* at 1–2. Finally, Movant requests that the "audio of the December 4 continued hearing be preserved and made available electronically." *Id.* at 2.

It is the standard practice of this Court to preserve digital audio recordings of proceedings and upload the audio embedded in a PDF file onto the docket as soon as practicable following the proceedings. With respect to the proceedings on August 4, 2026, at 10:30 a.m., the official digital audio recording is already preserved and a complete copy available electronically on the docket at Dkt. No. 1656. With respect to the proceedings on August 5, 2026, at 2:30 p.m., the official digital audio recording is also already preserved and a complete copy available electronically on the docket at Dkt. Nos. 1657, 1658, and 1659. With respect to the proceedings on November 9, 2026, at 9:00 a.m. and November 10, 2026, at 1:30 p.m., the digital audio recording has already been preserved and will be made available as soon as practicable, as is the standard practice of this Court. Further, as is the standard practice of this Court, the digital audio recording of the proceeding on December 4, 2026, will also be preserved and made available electronically as soon as practicable. Accordingly, it is therefore:

**ORDERED:** that

1. The "Expedited Motion to Preserve and Provide Electronic Copies of Hearing Recordings" filed by Jeffrey Alan Vitt on November 12, 2026, at Dkt. No. 1849 is DENIED AS MOOT.

2. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**SIGNED Thursday, November 19, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**