United States Bankruptcy Court
Southern District of Texas
ENTERED
November 19, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

# ORDER
## STRIKING MOTION TO WITHDRAW THE REFERENCE
***Resolving Dkt. No. 1852***

Pending before the Court is the "Motion to Withdraw the Bankruptcy Reference, Jury Demand, and Notice of Non-Consent to Entry of Final Orders" (the "*Underlying Case Motion*") filed by The Chopin Law Firm, LLC ("*Movant*") on November 13, 2026, at Dkt. No. 1852.[1] Movant is a defendant in related Adversary Case No. 25-3029 (the "*Adversary Case*"). Also on November 13, 2026, Movant filed a "Motion to Withdraw the Bankruptcy Reference, Jury Demand, and Notice of Non-Consent to Entry of Final Orders" (the "*Adversary Case Motion*") in the Adversary Case at Adv. Dkt. No. 14.

By the Underlying Case Motion, Movant requests this Court to "prepare a Report and Recommendation that the District Court enter an order [ ] immediately withdrawing the reference as to this [a]dversary [p]roceeding in its entirety." Dkt. No. 1852, at 19. The Adversary Case Motion is substantially identical to the Underlying Case Motion and requests identical relief. *Compare id.*, *with* Adv. Dkt. No. 14, at 19. Because the Underlying Case Motion requests relief in the Adversary Case, the Underlying Case Motion was improperly filed in the above-captioned case. Accordingly, it is therefore:

**ORDERED:** that

1. The "Motion to Withdraw the Bankruptcy Reference, Jury Demand, and Notice of Non-Consent to Entry of Final Orders" filed by The Chopin Law Firm, LLC on November 13, 2026, at Dkt. No. 1852 is STRUCK.

2. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**SIGNED Thursday, November 19, 2026**

**Eduardo V. Rodriguez
Chief United States Bankruptcy Judge**

---

[1] References to docket entries in the above-captioned bankruptcy case take the format of "Dkt. No. __." References to docket entries in the related adversary proceeding, No. 25-3029, take the format of "Adv. Dkt. No. __."