**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**IN RE:**
**MMA LAW FIRM, PLLC, Debtor**

**CHAPTER 11**
**CASE NO. 24-31596 (EVR)**

# DECLARATION OF JEFFREY ALAN VITT CONCERNING WITNESS CONTACTS AND SCHEDULING

1. I am Jeffrey Alan Vitt. The following account describes my own contact efforts and responses received. My supporting call notes and correspondence record those efforts.

2. On November 16, I found the listed Charger Law PLLC number, 832-414-1843, disconnected. I left voicemails for Annie E. Catmull at approximately 4:28 p.m. Central, John Garrison Jordan at approximately 4:30 p.m., and Bruce Rozinsky at approximately 4:33 p.m. Mr. Rozinsky returned my call and indicated that Ms. Catmull generally returns calls or responds by email.

3. I also called the number listed for Ms. Catmull, 281-814-5977, and emailed aecatmull@o-w-law.com, aecatmull@ecf.courtdrive.com, and llumtacae@gmail.com. I received an automated reply indicating that she was not reviewing email. As of signing, I have received no substantive response from her.

4. John Garrison Jordan confirmed at 5:03 p.m. on November 16 that he still represents McClenny. He asked about the proposed testimony. I described the general subject and requested voluntary attendance. He requested Claim 73 at approximately 5:42 p.m., and I sent the August 28 main claim document at approximately 6:02 p.m. His office contact in the correspondence is 985-269-7220 and jgj@chehardy.com. As of signing, I have received no attendance commitment.

5. On November 16, I emailed John Zachary Moseley at Zach@mma-pllc.com to request voluntary attendance. As of signing, I have received no attendance commitment.

6. On November 17 at approximately 1:37 p.m., I contacted Ben Baker's office, left a message with receptionist Loren, and obtained ben@reddirtlegal.com for follow-up. I have not secured his attendance through that contact.

7. On November 17 at approximately 1:40 p.m., I called Scott Hickey's listed number, 940-387-9551. The outgoing message named John Kelsey and Victoria McKenzie and Kelsey Law Firm PLLC, but did not identify Hickey. I left no message. That call did not establish Hickey's current contact information or attendance.

8. On November 17 at approximately 1:46 p.m., I left Lawrence Bailey a voicemail and looked for additional contact information.

9. I attempted to contact Amy Baker of Travelers at approximately 1:53 p.m. on November 17 and found the listed number was not working. I left Regina Hagen a voicemail at approximately 1:57 p.m. She returned my call at approximately 2:35 p.m. I stated that I was seeking voluntary witness attendance or subpoena arrangements. The conversation produced no commitment to attend.

10. On November 17 at approximately 2:07 p.m., I contacted Chris Lopp's office, spoke to receptionist Victoria, and left my name and telephone number. I did not speak with Lopp or secure attendance.

11. On November 17 at approximately 2:49 p.m., Lindsey Rames told me she was abroad and expected to return about November 28. She described other pending work and agreed to consider a written statement if I provided subjects to address. She did not confirm live attendance.

12. On November 17, I left Chris Lantrip a voicemail at approximately 4:08 p.m. and called the CyberlinkASP support line, holding from approximately 4:10 to 4:26 p.m. Those efforts did not secure attendance.

13. On November 17 at approximately 4:26 p.m., I left Bill Walker a voicemail about voluntary attendance or a subpoena.

14. On November 17, my first call to Lynn Johnson went to voicemail. I left no message. On my second call at approximately 4:30 p.m., she ended the call after I identified myself. I secured no attendance commitment.

15. On November 17 at approximately 4:39 p.m., I spoke with Mike Rogers about proposed testimony and possible compulsory attendance. He discussed time and compensation. I received no commitment to attend.

16. I emailed Goott, Patterson, and Byman on November 16 requesting a conference concerning a proposed motion about December 4. The actual scope of any subsequent conference and positions received will be stated in my certificate of conference.

Text

17. These contacts have required locating working numbers, contacting counsel and office personnel, and follow-up. I expect subpoenas will be needed for material witnesses whose attendance I cannot secure voluntarily. I seek time and determination of assistance to arrange lawful service, required fees, and authorized remote testimony.

18. The father of a longtime friend died in an automobile accident on November 14. I understand the funeral may occur on or near December 4. My friend is traveling from Arizona. I intend to attend and spend time supporting her and the family. I will promptly provide confirmed arrangements when known.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Novemeber 20, 2026, in Rogers County, Oklahoma.

________________________________

Jeffrey Alan Vitt, individually, pro se