**EXHIBIT A - PRELIMINARY PROPOSED FORM 1-100**

# WITNESS AND EXHIBIT LIST
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 24-31596 (EVR) |
| **Name of Debtor:** | MMA Law Firm, PLLC |
| | |
| **Adversary Case No:** | N/A |
| **Style of Adversary:** | N/A |
| | |
| **State whether this amends or supplements a previously filed Witness & Exhibit list** | Preliminary proposed list submitted with scheduling motion; leave to complete or supplement requested. |
| | |
| **Hearing/Trial Date:** | December 4, 2026, subject to further order |
| **Hearing Time:** | 1:30 p.m. Central |
| **Party's Name:** | Jeffrey Alan Vitt, individually |
| **Attorney's Name:** | Pro se |
| **Attorney's Phone:** | 918-695-7468 |
| | |
| **Nature of Proceeding(s):** | D1609, D1611, D1612 — Claims 73–75 objections; D1776 and D1802 — employment application and objection; D1781 — show cause. Complete agenda subject to Court clarification. |

| **WITNESS LIST** | |
|---|---|
| | |
| **Lay Witnesses:** | |
| | Jeffrey Alan Vitt<br>James Marshall McClenny<br>John Zachary Moseley<br>Ben Baker<br>Scott Hickey |
| | Christopher Lantrip<br>Robert M. Farrell<br>George Fink<br>Luwalhati "Lynn" Admana Johnson<br>Enoc Chicas |
| | Robert M. Crowe<br>Ian Ghrist<br>Bill Walker<br>Schuyler Buck<br>Lindsey M. Rames |

| | |
|---|---|
| | Allison D. Byman<br>Miriam T. Goott (proposed, subject to Court permission)<br>Johnie J. Patterson (proposed, subject to Court permission) |
| **Expert Witnesses:** | |
| | None listed |
| | |
| | |
| **REBUTTAL/ IMPEACHMENT WITNESSES** | |
| | |
| **Lay Witnesses:** | |
| | Jeffrey Alan Vitt<br>James Marshall McClenny<br>John Zachary Moseley<br>Ben Baker<br>Scott Hickey |
| | Christopher Lantrip<br>Robert M. Farrell<br>George Fink<br>Luwalhati "Lynn" Admana Johnson<br>Enoc Chicas |
| | Robert M. Crowe<br>Ian Ghrist<br>Bill Walker<br>Schuyler Buck<br>Lindsey M. Rames |
| | Allison D. Byman<br>Miriam T. Goott (proposed, subject to Court permission)<br>Johnie J. Patterson (proposed, subject to Court permission) |
| | |
| **Expert Witnesses:** | |
| | None listed |
| | |
| | |
| | |

| Ex. No. | Description | Offered | Objection | Disposition |
|---|---|---|---|---|
| 1 | September 29 hearing email thread | | | |
| 2 | September 30, 2026 morning email correspondence - specific document to be identified. | | | |
| 3 | September 30–October 2 hearing connection and reset email thread | | | |
| 4 | October 5 Apple work authorization | | | |
| 5 | September 30 EDSS processing email — D1764-2 | | | |
| 6 | May 24, 2019 McClenny email, complete relevant thread | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Moseley declaration reproduced at D1609-7 | | | |
| 8 | Prior employment order - specific docket entry to be identified. | | | |
| 9 | Texas registry record underlying Claim 73 — select exact document and pages | | | |
| 10 | Claim 73 consolidating amendment and supporting statement | | | |
| 11 | Selected November 16–17 witness-contact correspondence | | | |
| 12 | November 10 certified testimony or official audio excerpt, if obtained and permitted | | | |
| Potential rebuttal or impeachment use — listed exhibits as relevant to testimony and subject to the Court's rulings | | | | |

Date Novemeber 20, 2026
Signature: ______________________ Jeffrey Alan Vitt, individually

PRELIMINARY PROPOSED LIST FOR REVIEW. Additional witnesses and exhibits remain under evaluation. Operative disclosure status, exact identities and file references require verification. Full exhibits will be filed and exchanged under the applicable deadline or further order.