**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**IN RE:**
**MMA LAW FIRM, PLLC, Debtor**

**CHAPTER 11**
**CASE NO. 24-31596 (EVR)**

**PROPOSED ORDER ON EXPEDITED MOTION CONCERNING DISCOVERY, WITNESSES, RECORD ACCESS AND SCHEDULING**

The Court considered Jeffrey Alan Vitt's expedited motion. It is ORDERED:

1. The December 4 resumed session is continued to ____________________ at ____________________ Central. Additional settings and the order of presentation shall be as directed by the Court. Byman's cross-examination shall resume at the start of the continued claims presentation.

2. Vitt may complete and file Form 1-100 and file and exchange identified exhibits by ____________________. Any earlier conflicting disclosure deadline is modified accordingly. Admission and scope of testimony remain subject to rulings by the Court.

3. Permitted targeted document and deposition discovery shall be completed by ____________________, subject to existing protective orders and further directions. Remote witness requests shall be filed by ____________________ with the proposed location and safeguards. Before any compelled examination proceeds, the parties shall address the authorized recording method, officer, service, witness expenses, and any cost arrangements or further relief required.

4. The Court shall address the IFP and witness-service relief requested at D1832 by separate determination on ____________________. That determination shall expressly address authorized service arrangements and the treatment of required witness expenses. The separate PACER exemption request shall be addressed at that time or by separate order.

5. The request for no-cost certified transcript portions and alternative access to the official hearing record shall be determined as follows: ______________________________________________________________.

6. Except as expressly modified, existing orders remain effective.