**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* ____________________ Chapter 11

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

Cristobal M. Galindo, P.C.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

DBA Law Office of Cristobal M. Galindo
DBA Galindo Law
DBA Galindo Law Trial Attorneys
DBA Galindo Law Firm
DBA Law Office of Cristobal M. Galindo, P.C.

**3. Debtor's federal Employer Identification Number** (EIN)

76-0675859

**4. Debtor's address**

**Principal place of business**

18000 Groeschke Road, Suite A-7
Houston, TX 77084
Number, Street, City, State & ZIP Code

Harris
County

***Mailing address, if different from principal place of business***

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

www.galindolaw.com

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ____________________

Debtor Cristobal M. Galindo, P.C. Case number (*if known*) ____________
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5411

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District ____________ When ____________ Case number ____________
District ____________ When ____________ Case number ____________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

Debtor Cristobal M. Galindo, P.C. Case number (*if known*) ____________

Name

List all cases. If more than 1, attach a separate list

Debtor ____________ Relationship ____________

District ____________ When ____________ Case number, if known ____________

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____________

**Where is the property?** ____________

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____________

Contact name ____________

Phone ____________

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☒ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor Cristobal M. Galindo, P.C.
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/24/2026
MM / DD / YYYY

X [illegible]
Signature of authorized representative of debtor

Cristobal M. Galindo
Printed name

Title President, Sole Director, Sole Shareholder

**18. Signature of attorney**

X Deborah D. Williamson /DRB
Signature of attorney for debtor

Date 08/24/2026
MM / DD / YYYY

Deborah D. Williamson 21617500
Printed name

Dykema Gossett PLLC
Firm name

112 E. Pecan Street, Suite 1800
San Antonio, TX 78205
Number, Street, City, State & ZIP Code

Contact phone 210-554-5275 Email address dwilliamson@dykema.com

21617500 TX
Bar number and State

**UNANIMOUS WRITTEN CONSENT OF BOARD OF DIRECTORS AND SOLE SHAREHOLDER OF CRISTÓBAL M. GALINDO, P.C.**

**August 23, 2026**

The undersigned, acting in the undersigned's capacity as the sole shareholder, sole member of the Board of Directors of Cristóbal M. Galindo, P.C., a Texas professional corporation (the "**Company**"), and authorized representative (the "**Authorized Representative**"), acting by written consent in lieu of a meeting, and acting pursuant to Article 2, Section 2.01 and Article 3, Section 3.01 of the Company's Bylaws as amended and Texas Business Organizations Code § 6.201, the undersigned, acting by written consent in lieu of meetings of the Board of Directors and shareholders, hereby takes the following actions and consents to the adoption of the following resolutions:

**WHEREAS**, the Authorized Representative has considered presentations by the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's business;

**WHEREAS**, the Authorized Representative has had the opportunity to consult with the financial and legal advisors of the Company and fully consider each of the strategic alternatives available to the Company; and

**WHEREAS**, the Authorized Representative has determined that it is desirable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code to facilitate a reorganization through a confirmed chapter 11 plan (the "**Reorganization**").

**NOW, THEREFORE, BE IT RESOLVED**, that, in the judgment of the Authorized Representative, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Authorized Representative be, and hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify the petition under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), in the United States Bankruptcy Court for the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") or other court of competent jurisdiction and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States at such time as the Authorized Representative executing the petition shall determine to effectuate the Reorganization;

**BE IT FURTHER RESOLVED**, that the law firm of Dykema Gossett PLLC be, and hereby is, employed as general bankruptcy co-counsel for the Company under an agreed-upon retainer in the chapter 11 case, subject to the approval of the Bankruptcy Court;

**BE IT FURTHER RESOLVED**, that the law firm of Hayward PLLC be, and hereby is, employed as general bankruptcy co-counsel for the Company under an agreed-upon retainer in the chapter 11 case, subject to the approval of the Bankruptcy Court;

**BE IT FURTHER RESOLVED**, that HMP Advisory Holdings, LLC d/b/a Harney

Partners be, and hereby is, employed as financial advisor for the Company under an agreed-upon retainer in the chapter 11 case, subject to the approval of the Bankruptcy Court;

**BE IT FURTHER RESOLVED**, that Stretto, Inc. be, and hereby is, employed as claims and noticing agent for the Company under an agreed-upon retainer in the chapter 11 case, subject to the approval of the Bankruptcy Court;

**BE IT FURTHER RESOLVED**, that the Authorized Representative be, and hereby is, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that the Authorized Representative deems necessary, proper, or desirable in connection with the Reorganization;

**BE IT FURTHER RESOLVED**, that in connection with the commencement of the chapter 11 case, the Authorized Representative be, and hereby is, authorized, empowered, and directed to negotiate the use of any cash collateral (including, in connection therewith, such notes, security agreements and other agreements or instruments as the Authorized Representative considers appropriate) on the terms and conditions the Authorized Representative executing the same may consider necessary, proper, or desirable, and to take such additional action and to execute and deliver each other agreement, instrument, or document to be executed and delivered by or on behalf of the Company, pursuant thereto or in connection therewith, all with such changes therein and additions thereto as the Authorized Representative approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof;

**BE IT FURTHER RESOLVED**, that the Authorized Representative and such other officers, employees, or agents of the Company (including counsel) as the Authorized Representative shall designate from time to time, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company to cause the Company to negotiate, enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, assignments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such officer shall be or become necessary, proper, and desirable to effectuate the Reorganization;

**BE IT FURTHER RESOLVED**, that the Authorized Representative and such other officers, employees, or agents of the Company (including counsel) as the Authorized Representative shall designate, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company to (and any such actions heretofore taken by any of them are hereby ratified, confirmed, and approved in all respects): (i) negotiate, execute, deliver and/or file any and all of the agreements, documents, and instruments referenced herein, and such other agreements, documents, and instruments and assignments thereof as may be required or as the Authorized Representative or such other officer, employee, or agent of the Company deems appropriate or advisable to advance the Reorganization, or to cause the negotiation, execution, and delivery thereof in such form and substance as the Authorized Representative, officers, employees, or agents may approve, together with such changes and amendments to any of the terms and

conditions thereof as such person may approve, with the execution and delivery thereof on behalf of the Company, by or at the direction of the Authorized Representative, officers, employees, or agents to constitute evidence of such approval, (ii) negotiate, execute, deliver and/or file any and all agreements, documents, certificates, consents, filings, and applications relating to the resolutions adopted and matters ratified or approved herein and the reorganization contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other actions as may be required or as the Authorized Representative, officers, employees, or agents deem appropriate or advisable in connection therewith to effectuate the Reorganization, and (iii) do such other things as may be required, or as may in their judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved herein and the consummation of the reorganization contemplated thereby;

**BE IT FURTHER RESOLVED**, that the Authorized Representative be, and hereby is, authorized and empowered on behalf of and in the name of the Company to execute such consents of the Company as the Authorized Representative considers necessary, proper, or desirable to effectuate these resolutions, such determination to be evidenced by such execution or taking of such action; and

**BE IT FURTHER RESOLVED**, that any and all past actions heretofore taken by the Authorized Representative in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

**[signature on following page]**

IN WITNESS WHEREOF, the undersigned has executed this Written Consent to be effective on August 23, 2026.

**CRISTÓBAL M. GALINDO**

______________________________

Cristóbal M. Galindo in his capacity as Sole Shareholder and Sole Director

**CERTIFICATION OF CRISTÓBAL M. GALINDO**

The undersigned certifies that the undersigned is the sole director and sole shareholder of the Company and that this Written Consent constitutes the unanimous written consent of all directors and shareholders entitled to vote on the foregoing actions.

**CRISTÓBAL M. GALINDO**

______________________________

Cristóbal M. Galindo

**Fill in this information to identify the case:**

Debtor name Cristobal M. Galindo, P.C. d/b/a Galindo Law Firm

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (If known): 26-

❑ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | **CMG Funding 2025 LLC**<br>152 West 57th Street, 44th Floor<br>New York, NY 10019 | Attn: Legal Dept<br>(917) 388-9566<br>ayal@deerfinance.com | Lender | | | | **$48,843,840.38** |
| 2 | **Decibel Advertising, LLC**<br>Urb. Santa Juanita UU-I C/39 Box 621<br>Bayamon, PR 00956 | Attn: Accounting<br>(409) 203-2513<br>accounting@decibeladvertising.com | Trade Claim | | | | **$7,724,799.40** |
| 3 | **Sergio De La Canal**<br>Urb. Santa Juanita UU-I C/39 Box 621<br>Bayamon, PR 00956 | (303) 656-7053<br>sergio@sierracharliegroup.com | Trade Claim | | | | **$930,929.23** |
| 4 | **Pajaro Uno LLC**<br>18000 Groschke Rd<br>B4<br>Houston, TX 77084 | Attn: Legal Dept<br>(303) 656-7053<br>accounting@sierracharliegroup.com | Trade Claim | | | | **$435,900.00** |
| 5 | **Clayton Blehm**<br>408 Forrest Lane<br>Gainesville, GA 30501 | (678) 571-3581<br>claytonblehm@gmail.com | Trade Claim | | | | **$400,000.00** |
| 6 | **Front Face Business, S.A. DE C.V.**<br>Avenida Insurgentes Sur Number 64<br>Colonia Juárez<br>Cuauhtémoc Delegation, CDMX CP 06600<br>Mexico | Attn: Legal Dept<br>(800) 497-5332 x1127<br>quinn@ggrinc.com | Litigation Claim | | | | **$254,429.00** |
| 7 | **Crockett Law PC**<br>PO Box 6538<br>Houston, TX 77265 | Attn: Legal Dept<br>(281) 953-1180<br>brian@crockettlawfirm.com | Trade Claim | | | | **$250,000.00** |
| 8 | **The Mott Law Firm, PLLC**<br>5301 Katy Fwy<br>Ste 101<br>Houston, YX 77007-3866 | Attn: Legal Dept<br>(713) 228-1010<br>mlm@mottlawpc.com | Trade Claim | | | | **$250,000.00** |

Debtor Cristobal M. Galindo, P.C. d/b/a Galindo Law Firm
Name

Case number (*if known*)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **Damage Resources LLC**<br>18000 Groschke Rd B4<br>Houston, TX 77084 | Attn: Accounting<br>(409) 203-2513<br>accounting@sierracharliegroup.com | Trade Claim | | | | **$244,933.07** |
| 10 | **SLP Strategic Litigation Partners**<br>21324 Provincial Blvd.<br>Katy, TX 77450 | Attn: Legal Dept<br>(713) 574-6689 x102<br>dmiller@slplegal.com | Trade Claim | | | | **$150,000.00** |
| 11 | **Litify LLC**<br>PO Box 70379<br>Newark, NJ 07101-0096 | Attn: Legal Dept<br>billing@litify.com | Trade Claim | | | | **$149,104.97** |
| 12 | **DRS Professional Services LLC**<br>8906 N Locust Ave<br>Tampa, FL 33604 | Attn: Legal Dept<br>(813) 296-4673<br>operations@drsproservice.com | Trade Claim | | | | **$127,050.00** |
| 13 | **Province Fiduciary Services LLC**<br>2360 Corporate Circle Suite 340<br>Henderson, NV 89074 | Attn: Legal Dept<br>(702) 342-0953<br>apopescu@provincefirm.com | Trade Claim | | | | **$122,874.00** |
| 14 | **Alpha Seven LLC**<br>18000 Groschke Rd B4<br>Houston, TX 77084 | Attn: Accounting<br>(409) 203-2513<br>accounting@sierracharliegroup.com | Rent | | | | **$70,358.44** |
| 15 | **Twin Diamond LLC**<br>18000 Groschke Rd B4<br>Houston, TX 77084 | Attn: Accounting<br>(303) 656-7053<br>accounting@sierracharliegroup.com | Trade Claim | | | | **$63,213.33** |
| 16 | **Ruth A. Van Meter P.C.**<br>9322 Shady Lane Circle<br>Houston, TX 77063 | (713) 858-2891<br>ruth@vanmeterlaw.com | Trade Claim | | | | **$30,525.00** |
| 17 | **Deer Finance, LLC**<br>152 West 57th Street 26th Floor<br>New York, NY 10019 | Attn: Legal Dept<br>(917) 546-2964<br>lawrence@deerfinance.com | Professional Services | | | | **$30,000.00** |
| 18 | **CRM Debugzone Private Limited**<br>3051 Mansarover Park 2<br>Ghaziabad Uttar, Pradesh 201002<br>India | Attn: Legal Dept<br>(585) 376-0954<br>info@crmdebugzone.com | Trade Claim | | | | **$24,000.00** |
| 19 | **Mac Murray & Shuster**<br>6525 W Campus Oval Suite 210<br>New Albany, OH 43054 | Attn: Legal Dept<br>(614) 939-9955<br>mkamer@mslawgroup.com | Trade Claim | | | | **$21,731.68** |
| 20 | **K & M of VA, Inc DBA 4Convergence**<br>11758 Lincolnshire Ct<br>Glen Alen, VA 23059-3417 | Attn: Legal Dept<br>(804) 426-4366<br>mike@4converge.com | Trade Claim | | | | **$21,187.41** |

# United States Bankruptcy Court
## Southern District of Texas

In re Cristobal M. Galindo, P.C. d/b/a Galindo Law Firm — Debtor(s)

Case No. ______

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Cristobal M. Galindo | | 100% | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President, Sole Director, Sole Shareholder of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date 08/24/26

Signature ______
Cristobal M. Galindo

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**CRISTÓBAL M. GALINDO, P.C.**<br>**D/B/A GALINDO LAW FIRM,**<br><br>**Debtor.**[1] | **Chapter 11**<br><br>**Case No. 26-_________** |

**STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULES 1007(a)(1) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm, the above-captioned debtor and debtor in possession (the "Debtor" or "GLF") in this chapter 11 case, hereby files its *Statement of Corporate Ownership Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure* and submits the following:

1. Cristóbal M. Galindo owns 100% of Debtor.

[1] The Debtor's address is 18000 Groeschke Road, Suite A-7, Houston, Texas 77084, and the last four digits of the Debtor's federal tax identification number is 5859.

Dated: August 24, 2026

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: */s/ Danielle Rushing Behrends*
Deborah D. Williamson
State Bar No. 21617500
dwilliamson@dykema.com
Danielle Rushing Behrends
State Bar No. 24086961
dbehrends@dykema.com
Aaron E. Lozano
State Bar No. 24125803
alozano@dykema.com
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

and

**HAYWARD PLLC**

Charlie Shelton
State Bar No. 24079317
cshelton@haywardfirm.com
7600 Burnet Road, Suite 530
Austin, Texas 78757
Phone/Facsimile: (737) 881-7100

**PROPOSED COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION**

## CERTIFICATE OF SERVICE

I certify that on August 24, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Danielle Rushing Behrends*
Danielle Rushing Behrends

| Fill in this information to identify the case: |
|---|
| Debtor name Cristobal M. Galindo, P.C. d/b/a Galindo Law Firm |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) ______________ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/24/26

X ______________
Signature of individual signing on behalf of debtor

Cristobal M. Galindo
Printed name

President, Sole Director, Sole Shareholder
Position or relationship to debtor



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. |
| | § | |
| Cristóbal M. Galindo, P.C.<br>D/B/A GALINDO LAW FIRM, | § | Chapter 11 |
| | § | |
| Debtor | § | |

**DECLARATION FOR ELECTRONIC FILING OF**
**BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)**

**PART I: DECLARATION OF PETITIONER:**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and ***I hereby declare under penalty of perjury*** that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition and lists of creditors have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* –
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* –
I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date: 8/24/26

Cristóbal M. Galindo
President, Sole Director, Sole Shareholder

**PART II: DECLARATION OF ATTORNEY:**

I declare ***under penalty of perjury*** that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: 8/24/26

Danielle Rushing Behrends
Proposed Counsel to Debtor and Debtor in Possession