**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MMA LAW FIRM, PLLC, | § | Case No. 24-31596 |
| | § | |
| Reorganized Debtor. | § | Chapter 11 |

**CERTIFICATE OF SERVICE OF ORDER SETTING ELECTRONIC HEARING**

I certify that on November 20, 2026, pursuant to paragraph 8 of the Order Setting Electronic Hearing [ECF No. 1865] (the "Order"), I served a true and correct copy of the Order, which sets the Emergency Joint Motion of the Plan Administrator and Houghtaling Law Firm, LLC for Protective Order and, in the Alternative, to Quash or Modify the Subpoena Issued by Cristóbal M. Galindo, P.C. [ECF No. 1860] for an evidentiary hearing on November 23, 2026 at 9:00 a.m., by email on Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm c/o Charlie Shelton via email at cshelton@haywardfirm.com, and on Houghtaling Law Firm, LLC, c/o Brian J. Houghtaling, via email at brian@houghtalinglaw.com.

Dated: November 21, 2026.

*/s/ Miriam T. Goott*

Miriam T. Goott
SBN 24048846
P.O. Box 61301
Houston, Texas 77208
713.956.5577 (telephone)
713.956.5570 (fax)
mgoott@walkerandpatterson.com
COUNSEL FOR ALLISON D. BYMAN,
PLAN ADMINISTRATOR