WITNESS AND EXHIBIT LIST
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**Houston Division**

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |
| **Adversary Case No:** | |
| **Style of Adversary:** | |

**State whether this amends or supplements a previously filed Witness & Exhibit list**

| Amends | | Supplements | |
|---|---|---|---|
| Date | ECF No. | Date | ECF No. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | November 23, 2026 |
| **Hearing Time:** | 9:00 AM |
| **Party's Name:** | Allison D. Byman, Plan Administrator for MMA Law Firm, PLLC (Movant) and Houghtaling Law Firm, LLC |
| **Attorney's Name:** | Miriam T. Goott, Johnie Patterson, and Brian Houghtaling |
| **Attorney's Phone:** | (713) 956-5577 |

**Nature of Proceeding(s):**

| CM/ECF No. | Matter |
|---|---|
| 1860 | Emergency Joint Motion of the Plan Administrator and Houghtaling Law Firm, LLC for Protective Order and, in the Alternative, to Quash or Modify the Subpoena Issued by Cristóbal M. Galindo, P.C. |
| | |
| | |
| | |
| | |
| | |
| | |

**WITNESS LIST**

| | |
|---|---|
| **Lay Witnesses:** | Allison D. Byman |
| | Brian J. Houghtaling |
| | Miriam T. Goott |
| | Zach Moseley |
| | Chrisopher Galindo |
| | |
| | |
| | |

| | |
|---|---|
| **Expert Witnesses:** | |
| | |
| | |
| | |
| **REBUTTAL/ IMPEACHMENT WITNESSES** | |
| | |
| **Lay Witnesses:** | Any witness necessary for rebuttal or impeachment |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| | |

| | | **FOR COURT USE ONLY** | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| | | | | |
| **1.** | Galindo Amended Complaint | | | |
| **2.** | Order Approving Settlement Between MMA Law Firm, PLLC and Cristóbal M. Galindo, P.C. (ECF No. 832)<br>September 18, 2025 | | | |
| **3.** | Motion to Compel Compliance with 9019 Order and Settlement Agreement Against Galindo (ECF No. 1368)<br>March 12, 2026 | | | |
| **4.** | Motion to Approve Settlement with Houghtaling Law Firm, LLC (ECF No. 1418)<br>March 30, 2026 | | | |
| **5.** | Email Service of HLF 9019 Motion<br>March 30, 2026 | | | |
| **6.** | Galindo's Response to Motion to Compel (ECF No. 1422)<br>April 2, 2026 | | | |
| **7.** | Order Setting Hearing on HLF 9019 Motion and BNC Notice<br>April 25, 2026 | | | |
| **8.** | Service of Order Setting Hearing on HLF 9019 Motion by email<br>April 29, 2026 | | | |
| **9.** | Order Approving Compromise with Houghtaling Law Firm, LLC, entered May 20, 2026 (ECF No. 1510) | | | |
| **10.** | Docket, Case No. 24-31596 | | | |
| **11.** | Certificate of Service of HLF 9019 Order on Galindo (ECF No. 1522) | | | |
| **12.** | Plan Supplement (ECF No. 1615) | | | |

| | | | | |
|---|---|---|---|---|
| **13.** | Objection to Confirmation filed by Galindo (ECF No. 1602)<br>September 22, 2026 | | | |
| **14.** | Order Confirming Chapter 11 Plan, with Confirmed Plan, entered August 5, 2026 (ECF No. 1648) | | | |
| **15.** | Voluntary Petition of Cristóbal M. Galindo, P.C., Case No. 26-90764, filed August 24, 2026 (Galindo Case ECF No. 1) | | | |
| **16.** | Galindo First Day Declaration, Case No. 26-90764 (Galindo Case ECF No. 22) | | | |
| **17.** | Galindo Schedules A/B and SOFA, filed September 21, 2026, Case No. 26-90764 (Galindo Case ECF No. 92) | | | |
| **18.** | Galindo Master Service List, Case No. 26-90764 (Galindo Case ECF No. 65) | | | |
| **19.** | Residual hearsay notice. | | | |
| **20.** | Galindo Motion for Allowance and Payment of Administrative Expense Claim, with Exhibits (ECF No. 1780) | | | |
| **21.** | Plan Administrator's Objection to Galindo Administrative Expense Motion (ECF No. 1784) | | | |
| **22.** | Order Setting December 3, 2026 Hearing on Galindo Administrative Expense Motion (ECF No. 1816)<br>October 30, 2026 | | | |
| **23.** | Notice of Subpoena on Houghtaling Law Firm, LLC (ECF No. 1854) | | | |
| **24.** | Email notice re Houghtaling subpoena | | | |
| **25.** | November 13, 2026 Letter from Charlie Shelton to Houghtaling Law Firm, LLC, with Subpoena Duces Tecum and Ad Testificandum and Exhibits (Exhibit D redacted) | | | |
| **26.** | Galindo Email to Court regarding Continuance | | | |
| **27.** | Galindo Email regarding Galindo's Attendance at Hearing | | | |
| **28.** | Application to Employ Walker & Patterson, P.C. (ECF No. 1776) | | | |
| **29.** | Show Cause Order | | | |
| **30.** | Stipulation re Show Cause Order | | | |
| **31.** | Demonstrative Exhibit (will file under seal if order approved) | | | |
| **32.** | Exhibit D to Subpoena (will file under seal if order approved) | | | |
| | | | | |
| | | | | |
| | | | | |
| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
| | | | | |
| **1.** | Any document necessary for rebuttal or impeachment | | | |

| | | | | |
|---|---|---|---|---|
| **2.** | | | | |
| **3.** | | | | |
| **4.** | | | | |
| **5.** | | | | |
| **6.** | | | | |
| **7.** | | | | |
| **8.** | | | | |
| **9.** | | | | |
| **10.** | | | | |