Gmail

**Miriam Goott <mgoott@walkerandpatterson.com>**

## MMA - Orders Setting Multiple Hearings (May 20, 2026)

1 message

**Miriam Goott** <mgoott@walkerandpatterson.com> Wed, Apr 29, 2026 at 6:49 PM
To: Miriam Goott <mgoott@walkerandpatterson.com>, Johnie Patterson <jjp@walkerandpatterson.com>
Bcc: Nick Lawson <nick.lawson@lmbusinesslaw.com>, Avi Moshenberg <avi.moshenberg@lmbusinesslaw.com>, "Miller, David" <dmiller@spencerfane.com>, "Zimmerman, Brian W." <bzimmerman@spencerfane.com>, Jeanne Demarest <jeanne@akdlalaw.com>, Ravi Sangisetty <rks@sangisettylaw.com>, Leo Congeni <leo@congenilawfirm.com>, Brian Houghtaling <brian@houghtalinglaw.com>, "Jimenez, Andrew (USTP)" <Andrew.Jimenez@usdoj.gov>, Lisa Norman <lnorman@andrewsmyers.com>, Christopher Whelen <Christopher@huberthomaslaw.com>, "becky@houghtalinglaw.com" <becky@houghtalinglaw.com>, Katy Ohlsson <kohlsson@mma-pllc.com>, Zach Moseley <Zach@mma-pllc.com>, Charlie Shelton <cshelton@haywardfirm.com>

Motion to Approve Compromise with Alvendia, Kelly & Demarest, ECF No. 1370;
Motion to Approve Compromise with Cox, Cox Filo, Camel, Wilson Brown, LLC, ECF No. 1371; Motion to Approve Compromise with Sangisetty Law Firm, ECF No. 1379
Motion to Approve Compromise under Rule 9019 with Houghtaling Law Firm, LLC, ECF No. 1418,
Motio to Compel Galindo

***Miriam Goott***
***Walker & Patterson, P.C.***
***4815 Dacoma***
***Houston, TX 77092***
***713.956.5577***
***713.956.5570 fax***

**2 attachments**

**ORDER SETTING 9019 HEARING.pdf**
305K

**ORDER SETTING MOTION TO COMPEL HEARING.pdf**
274K

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 23, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER**
**SETTING HEARINGS**
*ECF Nos. 1370, 1371, 1379 and 1418*

1. On **Wednesday, May 20, 2026, at 10:00 a.m. (Central Standard Time**), hearings on Motion to Approve Compromise with *Alvendia, Kelly & Demarest,* **ECF No. 1370**; Motion to Approve Compromise with *Cox, Cox Filo, Camel, Wilson Brown, LLC*, **ECF No. 1371**; Motion to Approve Compromise with Sangisetty *Law Firm*, **ECF No. 1379** and Motion to Approve Compromise under Rule 9019 with *Houghtaling Law Firm, LLC*, **ECF No. 1418,** shall be held before the United States Bankruptcy Court, Bob Casey Federal Building, **COURTROOM NO. 401**, 515 Rusk, Houston Texas, 77002.

2. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

3. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at 832-917-1510, conference room number 999276 and (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.

4. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

5. For any witness and exhibits, parties must utilize Form 1-100 Witness & Exhibit List which can be located on this Court's home page at https://www.txs.uscourts.gov/content/chief-united-states-bankruptcy-judgeeduardo-v-rodriguez

6. No later than Monday, April 27, 2026, Debtor must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

**SIGNED Thursday, April 23, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 23, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER**
**SETTING HEARING**
*ECF No. 1368*

1. On **Wednesday, May 20, 2026, 11:00 a.m. (Central Standard Time)**, a hearing on Motion to Compel *Compliance with 9019 Order and Settlement Agreement Against Cristobal M. Galindo, P.C., ECF No. 1368,* shall be held before the United States Bankruptcy Court, Bob Casey Federal Building, **COURTROOM NO. 401**, 515 Rusk, Houston Texas, 77002.

2. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

3. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at 832-917-1510, conference room number 999276 and (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.

4. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

5. For any witness and exhibits, parties must utilize Form 1-100 Witness & Exhibit List which can be located on this Court's home page at https://www.txs.uscourts.gov/content/chief-united-states-bankruptcy-judgeeduardo-v-rodriguez

6. No later than Monday, April 27, 2026, Debtor must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

**SIGNED Thursday, April 23, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**