Gmail **Miriam Goott <mgoott@walkerandpatterson.com>**

# In re MMA Law Firm, No. 24-31596 – Scheduling HLF Corporate-Representative Deposition

**Charlie Shelton** <cshelton@haywardfirm.com> Fri, Nov 13, 2026 at 11:06 AM
To: Brian Houghtaling <brian@houghtalinglaw.com>, Becky Allen <becky@houghtalinglaw.com>, Miriam Goott <mgoott@walkerandpatterson.com>

Good morning,

GLF intends to take a deposition of Houghtaling Law Firm, LLC through a designated representative under Rule 30(b)(6) in connection with its administrative expense motion (ECF 1780), which is going to be set for an evidentiary hearing on December 17 at 9:30 a.m. I am seeking a 30(b)(6) deposition and I propose the week of December 7, 2026. Please let me know what days that week work for you all. If that week doesn't work, I'd be happy to look into other days if possible.

The topics to be covered are:

1. How HLF received each client, including the referring firm, the referral date, and the attorney-client contracts in effect.
2. Whether MMA ever represented, appeared for, or was associated with any of the relevant clients.
3. How HLF prepared Exhibits A and B to the HLF Settlement Agreement and classified clients as Former MMA Clients, and who participated in that work.
4. The factual basis for HLF's representation that, except for Barry Fletcher, the Former MMA Clients were referred to HLF by Galindo.
5. HLF's Communications with MMA and its counsel about which clients were associated with MMA. This includes the March 2026 "Galindo Cases" emails and HLF's statement that it was required to remit payment to GLF for cases not associated with MMA.
6. Fees and expenses received, and payments made, on each client. This includes amounts paid to MMA, the dates of those payments, and any funds HLF still holds.
7. HLF's receipt of, and response to, GLF's August 5, 2026 letter.
8. HLF's search for, and production of, to be subpoenaed documents.

I propose the week of December 7, 2026 via video.

Sincerely,

***CHARLIE SHELTON***

*ATTORNEY & COUNSELOR*

**EMAIL:** CSHELTON@HAYWARDFIRM.COM

**DIRECT/CELL:** (737) 881-7101

HAYWARD PLLC

**AUSTIN:** 7600 BURNET ROAD, STE. 530

AUSTIN, TEXAS 78757

MAIN/FAX: (737) 881-7100

**DALLAS:** 10501 N. CENTRAL EXPRESSWAY, SUITE 106

DALLAS, TEXAS 75231

MAIN/FAX: (972) 755-7100

**IMPORTANT/CONFIDENTIAL:** THIS MESSAGE FROM THE LAW FIRM OF HAYWARD PLLC IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT (OR AUTHORIZED TO ACT ON BEHALF OF THE INTENDED RECIPIENT) OF THIS MESSAGE, YOU MAY NOT DISCLOSE, FORWARD, DISTRIBUTE, COPY, OR USE THIS MESSAGE OR ITS CONTENTS. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL AND DELETE THE ORIGINAL MESSAGE FROM YOUR E-MAIL SYSTEM.

*Please consider the environment before printing this e-mail.*