Gmail

**Miriam Goott <mgoott@walkerandpatterson.com>**

# 24-31596 MMA Law Firm, PLLC and Official Committee of Unsecured Creditors - Hearing on December 3, 2026

**Charlie Shelton** <cshelton@haywardfirm.com> Thu, Nov 19, 2026 at 11:27 AM
To: Norma Chavez <Norma_J_Chavez@txs.uscourts.gov>, Miriam Goott <mgoott@walkerandpatterson.com>
Cc: Ana Castro <Ana_Castro@txs.uscourts.gov>

My apologies, Ms. Chavez, I should have notified you sooner but I do not currently anticipate filing a motion to continue.

**CHARLIE SHELTON**

*ATTORNEY & COUNSELOR*

**EMAIL:** CSHELTON@HAYWARDFIRM.COM

**DIRECT/CELL:** (737) 881-7101

HAYWARD PLLC

**AUSTIN:** 7600 BURNET ROAD, STE. 530
AUSTIN, TEXAS 78757
MAIN/FAX: (737) 881-7100

**DALLAS:** 10501 N. CENTRAL EXPRESSWAY, SUITE 106
DALLAS, TEXAS 75231
MAIN/FAX: (972) 755-7100

**IMPORTANT/CONFIDENTIAL:** THIS MESSAGE FROM THE LAW FIRM OF HAYWARD PLLC IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT (OR AUTHORIZED TO ACT ON BEHALF OF THE INTENDED RECIPIENT) OF THIS MESSAGE, YOU MAY NOT DISCLOSE, FORWARD, DISTRIBUTE, COPY, OR USE THIS MESSAGE OR ITS CONTENTS. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL AND DELETE THE ORIGINAL MESSAGE FROM YOUR E-MAIL SYSTEM.

*Please consider the environment before printing this e-mail.*

[Quoted text hidden]