Gmail

**Miriam Goott <mgoott@walkerandpatterson.com>**

# MMA Law Firm, PLLC and Official Committee of Unsecured Creditors

**Charlie Shelton** <cshelton@haywardfirm.com> Fri, Nov 20, 2026 at 10:33 AM
To: Miriam Goott <mgoott@walkerandpatterson.com>

Good morning, Miriam,

Cris Galindo will not appear voluntarily at Monday's hearing. Further, I am not willing to accept service of a subpoena via email.

I am still at Westbrook, but can be available to discuss over the phone if you would like at any time after about 2 pm.

**CHARLIE SHELTON**

ATTORNEY & COUNSELOR

**EMAIL:** CSHELTON@HAYWARDFIRM.COM

**DIRECT/CELL:** (737) 881-7101

HAYWARD PLLC

**AUSTIN:** 7600 BURNET ROAD, STE. 530

AUSTIN, TEXAS 78757

MAIN/FAX: (737) 881-7100

**DALLAS:** 10501 N. CENTRAL EXPRESSWAY, SUITE 106

DALLAS, TEXAS 75231

MAIN/FAX: (972) 755-7100

**IMPORTANT/CONFIDENTIAL:** THIS MESSAGE FROM THE LAW FIRM OF HAYWARD PLLC IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT (OR AUTHORIZED TO ACT ON BEHALF OF THE INTENDED RECIPIENT) OF THIS MESSAGE, YOU MAY NOT DISCLOSE, FORWARD, DISTRIBUTE, COPY, OR USE THIS MESSAGE OR ITS CONTENTS. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL AND DELETE THE ORIGINAL MESSAGE FROM YOUR E-MAIL SYSTEM.

*Please consider the environment before printing this e-mail.*

---

**From:** Miriam Goott <mgoott@walkerandpatterson.com>
**Sent:** Friday, November 20, 2026 9:08 AM
**To:** Charlie Shelton <cshelton@haywardfirm.com>
**Subject:** Fwd: MMA Law Firm, PLLC and Official Committee of Unsecured Creditors

See below. Hearing set on emergency motion for Monday at 9am. Please let me know if Galindo will voluntarily appear for the hearing? If not, will you accept email service of a subpoena for him?

***Miriam Goott***

***Walker & Patterson, P.C.***

***4815 Dacoma***

***Houston, TX 77092***

***713.956.5577***

***713.956.5570 fax***

---------- Forwarded message ---------
From: <noreply@courtdrive.com>
Date: Fri, Nov 20, 2026 at 8:49 AM
Subject: MMA Law Firm, PLLC and Official Committee of Unsecured Creditors
To: <jjp@walkerandpatterson.com>, <kohlsson@mma-pllc.com>, <mgoott@walkerandpatterson.com>, <zach@mma-pllc.com>

VIEW PDF FOR FREE
powered by CourtDrive

Download PDF

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed**

**electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**Southern District of Texas**

Notice of Electronic Filing

The following transaction was received from njc7 entered on 11/20/2026 at 8:46 AM CST and filed on 11/20/2026

**Case Name:** MMA Law Firm, PLLC and Official Committee of Unsecured Creditors

**Case Number:** 24-31596

**Document Number:** 1865

**Docket Text:**
Order Setting Electronic Hearing Signed on 11/20/2026 (Related document(s):[1860] Emergency Motion) Hearing scheduled for 11/23/2026 at 09:00 AM via telephone and video conference. (njc7)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**MMA Law Firm, PLLC and Official Committee of Unsecured Creditors_710737_DocketNow.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=11/20/2026] [FileNumber=54849326-0] [92a94561e7a86a369f5082747ec344a049fe4ea732b59b012543784ead3e0e35bb fb264d0c75fae465c253c1c4412221d92ee083fcb1cc051dd911292b4650d7]]

**24-31596 Notice will be electronically mailed to:**

Susan Tran Adams on behalf of Creditor Jayne Moseley
stran@ts-llp.com, corraltransinghllp@jubileebk.net

Leslie S. Ahari on behalf of Defendant Allied World Insurance Company
lahari@wam.law

Heather LaSalle Alexis on behalf of Witness Tessa Vorhaben
halexis@hinshawlaw.com

Jeannie Lee Andresen on behalf of Creditor City of Houston
houston_bankruptcy@lgbs.com

Jeannie Lee Andresen on behalf of Creditor Lone Star College System
houston_bankruptcy@lgbs.com

Monica Leigh Bergeron on behalf of Defendant Morris Bart, LLC
mbergeron@mtdvp.com

Scott R Bickford on behalf of Creditor Apex Roofing and Restoration, LLC
srb@mbfirm.com

Jason Lee Boland on behalf of Interested Party Kane Russell Coleman Logan PC
jason.boland@nortonrosefulbright.com

Charles David Brown on behalf of Interested Party Daly & Black, P.C.

cbrown@dalyblack.com

Laura Hanley Carlock on behalf of Interested Party Daly & Black, P.C.
lcarlock@dalyblack.com

Lionel Zachary Carrion on behalf of Defendant LaHatte Law Firm, LLC
zcarrion@hstalaw.com

Annie E Catmull on behalf of Creditor James Marshall McClenny
aecatmull@o-w-law.com, aecatmull@ecf.courtdrive.com,llumtacae@gmail.com

Scott R. Cheatham on behalf of Interested Party State Farm Fire & Casualty Company
scott.cheatham@arlaw.com

Justin McCarthy Chopin on behalf of Defendant The Chopin Law Firm
justin@chopinlawfirm.com, office-service-1990@ecf.pacerpro.com

Justin McCarthy Chopin on behalf of Defendant The Chopin Law Firm LLC
justin@chopinlawfirm.com, office-service-1990@ecf.pacerpro.com

Leo David Congeni on behalf of Creditor Starlight Studios, LLC
lcongeni@brooksgelpi.com, michelle@congenilawfirm.com

Leo David Congeni on behalf of Defendant The Sangisetty Law Firm
lcongeni@brooksgelpi.com, michelle@congenilawfirm.com

Leo David Congeni on behalf of Interested Party Gayle Heard, et al.
lcongeni@brooksgelpi.com, michelle@congenilawfirm.com

Leo David Congeni on behalf of Interested Party The Sangisetty Law Firm, PLLC
lcongeni@brooksgelpi.com, michelle@congenilawfirm.com

Robert Emmet Couhig, Jr on behalf of Interested Party Katherine Monson
couhigre@couhigpartners.com

Richard D. Daly on behalf of Interested Party Daly & Black, P.C.
ecfs@dalyblack.com, vhernandez@rdalylaw.com

Carla Ruth Delpit on behalf of Interested Party Daly & Black, P.C.
cdelpit@dalyblack.com

Albert J Derbes, IV on behalf of Defendant Gulf Coast Attorneys, LLC
ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com

Albert J Derbes, IV on behalf of Defendant New Orleans Legal, LLC
ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com

Albert J Derbes, IV on behalf of Defendant The Voorhies Law Firm
ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com

Albert J Derbes, IV on behalf of Interested Party Gulf Coast Attorneys, LLC
ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com

Albert J Derbes, IV on behalf of Interested Party New Orleans Legal, LLC
ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com

Albert J Derbes, IV on behalf of Interested Party Voorhies Law Firm, LLC
ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com

Eric J Derbes on behalf of Defendant Gulf Coast Attorneys, LLC
ederbes@derbeslaw.com, derbeser72443@notify.bestcase.com

Eric J Derbes on behalf of Defendant New Orleans Legal, LLC
ederbes@derbeslaw.com, derbeser72443@notify.bestcase.com

Douglas Scott Draper on behalf of Defendant Broussard & Dove, a Professional Law Corporation
ddraper@lawla.com, dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Douglas Scott Draper on behalf of Defendant CHEHARDY, SHERMAN, WILLIAMS, RECILE & HAYES, L.L.P.
ddraper@lawla.com, dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Douglas Scott Draper on behalf of Defendant Pandit Law Firm, LLC
ddraper@lawla.com, dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Douglas Scott Draper on behalf of Defendant Pate Smith Law PLLC
ddraper@lawla.com, dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Douglas Scott Draper on behalf of Defendant ROBICHAUX, MIZE, WADSACK, RICHARDSON & WATSON, L.L.C
ddraper@lawla.com, dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Douglas Scott Draper on behalf of Interested Party Broussard & Dove PLLC
ddraper@lawla.com, dhepting@hellerdraper.com;esixkiller@hellerdraper.com;jmarino@hellerdraper.com

Marcus V Eason on behalf of Interested Party Porsche Financial Services, Inc.
meason@mcginnislaw.com, mmendoza@mcginnislaw.com,cosborn@mcginnislaw.com

Turner Falk on behalf of Interested Party Krause & Kinsman Trial Lawyers, LLC
turner.falk@saul.com, tnfalk@recap.email

Toby L Gerber on behalf of Creditor Oakwood Bank
toby.gerber@nortonrosefulbright.com

Mark Glago on behalf of Creditor Glago Williams, LLC
mglago@glagowilliams.com

Mark Glago on behalf of Defendant Glago Williams, LLC
mglago@glagowilliams.com

Miriam Goott on behalf of Attorney Walker & Patterson, P.C.
wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott on behalf of Counter-Claimant MMA Law Firm, PLLC
wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott on behalf of Creditor Committee Official Committee of Unsecured Creditors
wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott on behalf of Debtor MMA Law Firm, PLLC
wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott on behalf of Defendant COX, COX, FILO, CAMEL, WILSON & BROWN, LLC
wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott on behalf of Defendant MMA Law Firm, PLLC
wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott on behalf of Plaintiff MMA Law Firm, PLLC
wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Miriam Goott on behalf of Plaintiff MMA Law Firm, PLLC
wandp.ecf@gmail.com;mgoott@ecf.courtdrive.com

Clinton Peck Hayne, Jr. on behalf of Creditor Committee Official Committee of Unsecured Creditors
phayne@gordonarata.com

Simon W Hendershot, III on behalf of Attorney Hendershot Cowart PC
trey@hchlawyers.com, eservice@hchlawyers.com

H Anthony Hervol on behalf of Creditor Locklin Consulting, LLC
hervol@sbcglobal.net, hervollawoffice@gmail.com;hervollawoffice@yahoo.com;hervollawbrenda@yahoo.com

Andrew Jimenez on behalf of U.S. Trustee US Trustee
andrew.jimenez@usdoj.gov

Frederick T Johnson on behalf of Creditor EAJF ESQ Fund, LP
fjohnson@spencerfane.com, jpeter@spencerfane.com;chornsby@spencerfane.com

Frederick T Johnson on behalf of Creditor Equal Access Justice Fund, LP
fjohnson@spencerfane.com, jpeter@spencerfane.com;chornsby@spencerfane.com

Sara A. Johnson on behalf of Witness Richard William Huye, III
sara@sarajohnsonlaw.com, sara@ecf.courtdrive.com;assistant@sarajohnsonlaw.com

John Garrison Jordan on behalf of Creditor James Marshall McClenny
jgj@chehardy.com

Jason Joseph Joy on behalf of Interested Party Jennifer Jason Joy & Associates, PLLC
jason@jasonjoylaw.com

Jason Patrick Kathman on behalf of Creditor EAJF ESQ Fund, LP
jkathman@spencerfane.com, lvargas@spencerfane.com;jason-kathman-8136@ecf.pacerpro.com

Jason Patrick Kathman on behalf of Creditor Equal Access Justice Fund, LP
jkathman@spencerfane.com, lvargas@spencerfane.com;jason-kathman-8136@ecf.pacerpro.com

Jason Patrick Kathman on behalf of Defendant EAJF ESQ Fund LP
jkathman@spencerfane.com, lvargas@spencerfane.com;jason-kathman-8136@ecf.pacerpro.com

Jason Patrick Kathman on behalf of Defendant Equal Access Justice Fund, LP
jkathman@spencerfane.com, lvargas@spencerfane.com;jason-kathman-8136@ecf.pacerpro.com

Christopher William Kaul on behalf of Defendant LaHatte Law Firm, LLC
ckaul@thompsoncoe.com

Jamie Kirk on behalf of Creditor Texas Workforce Commission
bk-jkirk@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

Samuel Joseph Landingham on behalf of Creditor Committee Official Committee of Unsecured Creditors
sam.landingham@lmbusinesslaw.com

Michael Edward Landis on behalf of Defendant Allied Trust Insurance Company
mlandis@lawla.com

Michael Edward Landis on behalf of Defendant Broussard & Dove, a Professional Law Corporation
mlandis@lawla.com

Michael Edward Landis on behalf of Defendant CHEHARDY, SHERMAN, WILLIAMS, RECILE & HAYES, L.L.P.
mlandis@lawla.com

Michael Edward Landis on behalf of Defendant Pandit Law Firm, LLC
mlandis@lawla.com

Michael Edward Landis on behalf of Defendant Pate Smith Law PLLC
mlandis@lawla.com

Michael Edward Landis on behalf of Defendant ROBICHAUX, MIZE, WADSACK, RICHARDSON & WATSON, L.L.C
mlandis@lawla.com

Michael Edward Landis on behalf of Interested Party Broussard & Dove PLLC
mlandis@lawla.com

Michael Edward Landis on behalf of Interested Party Pandit Law Firm, LLC
mlandis@lawla.com

Nicholas Lawson on behalf of Creditor Committee Official Committee of Unsecured Creditors

nick.lawson@lmbusinesslaw.com, kate.taylor@lmbusinesslaw.com

Nicholas Lawson on behalf of Debtor MMA Law Firm, PLLC
nick.lawson@lmbusinesslaw.com, kate.taylor@lmbusinesslaw.com

Justin S. Levy on behalf of Counter-Claimant Allied World Insurance Company
jlevy@wam.law

Justin S. Levy on behalf of Defendant Allied World Insurance Company
jlevy@wam.law

Justin S. Levy on behalf of Interested Party Allied World Insurance Company
jlevy@wam.law

Tristan E Manthey on behalf of Plaintiff Morris Bart, L.L.C.
tmanthey@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com;cnobl
es@fishmanhaygood.com

Joshua G. McDiarmid on behalf of Defendant James David Caldwell, Jr.
josh.mcdiarmid@butlersnow.com

Joshua G. McDiarmid on behalf of Defendant James J. Donelon, III
josh.mcdiarmid@butlersnow.com

Andrew David Mendez on behalf of Defendant COX, COX, FILO, CAMEL, WILSON & BROWN, LLC
amendez@stonepigman.com

Allison Standish Miller on behalf of Defendant Allied Trust Insurance Company
amiller@steptoe.com, eadams@steptoe.com

David M Miller on behalf of Creditor EAJF ESQ Fund, LP
dmiller@spencerfane.com, mbir@spencerfane.com;JKallweit@spencerfane.com

David M Miller on behalf of Creditor Equal Access Justice Fund, LP
dmiller@spencerfane.com, mbir@spencerfane.com;JKallweit@spencerfane.com

Kerry James Miller on behalf of Defendant Morris Bart, LLC
kmiller@mtdvp.com

Marcia Suzanne Montero on behalf of Defendant The Monson Law Firm, LLC
suzy@snw.law, jenny@snw.law

Marcia Suzanne Montero on behalf of Defendant Katherine Monson
suzy@snw.law, jenny@snw.law

Marcia Suzanne Montero on behalf of Defendant Matthew Monson
suzy@snw.law, jenny@snw.law

Marcia Suzanne Montero on behalf of Interested Party The Monson Law Firm, LLC
suzy@snw.law, jenny@snw.law

Mark Gonzalo Montiel, Jr on behalf of Defendant Montiel Hodge, LLC
mmontiel@montielhodge.com

John Zachary Moseley on behalf of Interested Party John Zachary Moseley
zach@mma-pllc.com

Avi Moshenberg on behalf of Creditor Committee Official Committee of Unsecured Creditors
avi.moshenberg@lmbusinesslaw.com, avi.moshenberg@lmbusinesslaw.com

Avi Moshenberg on behalf of Creditor Committee The Official Committee of Unsecured Creditors
avi.moshenberg@lmbusinesslaw.com, avi.moshenberg@lmbusinesslaw.com

Avi Moshenberg on behalf of Debtor MMA Law Firm, PLLC
avi.moshenberg@lmbusinesslaw.com, avi.moshenberg@lmbusinesslaw.com

Cherie Dessauer Nobles on behalf of Plaintiff Morris Bart, L.L.C.
cnobles@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com

Lisa M. Norman on behalf of Creditor Access Restoration Services US, Inc.
lnorman@andrewsmyers.com, sray@andrewsmyers.com

Lisa M. Norman on behalf of Creditor PCG Claims, LLC d/b/a PCG Consulting, LLC
lnorman@andrewsmyers.com, sray@andrewsmyers.com

Kyle J Nutt on behalf of Creditor Charles William Nicolas Tapp
kjnutt@reissnutt.com

Kyle J Nutt on behalf of Creditor Katrena Leigh Henderson
kjnutt@reissnutt.com

Johnie J. Patterson, II on behalf of Counter-Claimant MMA Law Firm, PLLC
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J. Patterson, II on behalf of Counter-Defendant MMA Law Firm, PLLC
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J. Patterson, II on behalf of Debtor MMA Law Firm, PLLC
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J. Patterson, II on behalf of Defendant MMA Law Firm, PLLC
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J. Patterson, II on behalf of Plaintiff MMA Law Firm, PLLC
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Emory Charles Powers on behalf of Interested Party State Farm Fire & Casualty Company
emory.powers@acer.com, mary.jahn@arlaw.com

Matthew Brian Probus on behalf of Attorney Rebekka Veith
matthewprobus@theprobuslawfirm.com

Matthew Brian Probus on behalf of Defendant AMO Trial Lawyers, LLC
matthewprobus@theprobuslawfirm.com

Matthew Brian Probus on behalf of Defendant Morris Bart, LLC
matthewprobus@theprobuslawfirm.com

Ryan J Richmond on behalf of Defendant The Monson Law Firm, LLC
ryan@snw.law, ryan@rjrichmondlaw.com

Ryan J Richmond on behalf of Defendant Katherine Monson
ryan@snw.law, ryan@rjrichmondlaw.com

Ryan J Richmond on behalf of Defendant Matthew Monson
ryan@snw.law, ryan@rjrichmondlaw.com

Ryan J Richmond on behalf of Interested Party The Monson Law Firm, LLC
ryan@snw.law, ryan@rjrichmondlaw.com

Edward L Ripley on behalf of Creditor Global Estimating Services, LLC
eripley@andrewsmyers.com, sray@andrewsmyers.com

William S. Robbins on behalf of Counter-Defendant Louisiana Insurance Guaranty Association
wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins on behalf of Interested Party Louisiana Louisiana Insurance Guaranty Association
wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins on behalf of Plaintiff Louisiana Insurance Guaranty Association

wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Ariel Sagre on behalf of Creditor Noble Public Adjusting Group, LLC
law@sagrelawfirm.com

Shaundra M. Schudmak on behalf of Defendant Allied Trust Insurance Company
sschudmak@lawla.com, swiebelt@lawla.com

Misty A Segura on behalf of Defendant EAJF ESQ Fund LP
msegura@spencerfane.com, misty-segura-9690@ecf.pacerpro.com

Misty A Segura on behalf of Defendant Equal Access Justice Fund, LP
msegura@spencerfane.com, misty-segura-9690@ecf.pacerpro.com

Van Clifton Seneca on behalf of Defendant Loftin Law Group, LLC
van@loftinleblanc.com

Herbert Charles Shelton, II on behalf of Creditor Cristobal M. Galindo d/b/a Galindo Law
cshelton@haywardfirm.com, SVillarreal@haywardfirm.com

Herbert Charles Shelton, II on behalf of Creditor Cristobal M. Galindo, PC d/b/a Galindo Law
cshelton@haywardfirm.com, SVillarreal@haywardfirm.com

Herbert Charles Shelton, II on behalf of Plaintiff Cristobal M. Galindo P.C.
cshelton@haywardfirm.com, SVillarreal@haywardfirm.com

Oliver S. Sherman on behalf of Defendant Allied World Insurance Company
osherman@bu.edu

Brendon D Singh on behalf of Creditor Jayne Moseley
bsingh@ts-llp.com, corraltransinghllp@jubileebk.net

Rachael L Smiley on behalf of Interested Party Krause & Kinsman Trial Lawyers, LLC
rsmiley@goodwin.com, eglenn@fbfk.law

Kenesha LaShaunda Starling on behalf of Defendant Daly & Black, PC
Kenesha.Starling@arnoldporter.com, bgorman@porterhedges.com

Kenesha LaShaunda Starling on behalf of Defendant Laborde Earles Law Firm LLC
Kenesha.Starling@arnoldporter.com, bgorman@porterhedges.com

Stephen Paul Strohschein on behalf of Witness Tessa Vorhaben
sstrohschein@hinshawlaw.com, jlovett@hinshawlaw.com

Mark Stromberg on behalf of Defendant Heath Law Group, LLC
mark@strombergstock.com, deanna@strombergstock.com;elise@strombergstock.com

Clay Marshall Taylor on behalf of Creditor EAJF ESQ Fund, LP
ctaylor@spencerfane.com, clay-taylor-2904@ecf.pacerpro.com;lvargas@spencerfane.com

Clay Marshall Taylor on behalf of Creditor Equal Access Justice Fund, LP
ctaylor@spencerfane.com, clay-taylor-2904@ecf.pacerpro.com;lvargas@spencerfane.com

Clay Marshall Taylor on behalf of Defendant EAJF ESQ Fund LP
ctaylor@spencerfane.com, clay-taylor-2904@ecf.pacerpro.com;lvargas@spencerfane.com

Clay Marshall Taylor on behalf of Defendant Equal Access Justice Fund, LP
ctaylor@spencerfane.com, clay-taylor-2904@ecf.pacerpro.com;lvargas@spencerfane.com

Stephanie Laird Tolson on behalf of Interested Party Hancock Whitney Bank
stolson@hinshawlaw.com, houdocket@hinshawlaw.com;sburns@hinshawlaw.com;sstrohschein@hinshawlaw.com

C. Charles Townsend on behalf of Witness Tessa Vorhaben
ctownsend@hinshawlaw.com, jrichardson@hinshawlaw.com;HOUDocket@hinshawlaw.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Ruth A Van Meter on behalf of Creditor Cristobal M. Galindo, PC d/b/a Galindo Law
ruth@vanmeterlaw.com

Rebekka C Veith on behalf of Defendant AMO Trial Lawyers, LLC
rveith@mtdvp.com

Rebekka C Veith on behalf of Defendant Morris Bart, LLC
rveith@mtdvp.com

Rebekka C Veith on behalf of Interested Party AMO Trial Lawyers, LLC
rveith@mtdvp.com

Rebekka C Veith on behalf of Plaintiff Morris Bart, L.L.C.
rveith@mtdvp.com

Staci Knox Villemarette on behalf of Creditor Louisiana Farm Bureau
staciv@cocglaw.com

Jeffrey Alan Vitt
javit2004rule@gmail.com

Pamela A. Walters on behalf of Creditor BANKRUPTCY ATTY. ALDINE INDEPENDENT SCHOOL DISTRICT
bnkatty@aldineisd.org

Michael Weems on behalf of Creditor Makkah Corporation
mlw@hwa.com

Nicholas John Wehlen on behalf of Defendant COX, COX, FILO, CAMEL, WILSON & BROWN, LLC
nwehlen@bakerdonelson.com

Nicholas John Wehlen on behalf of Plaintiff MMA Law Firm, PLLC
nwehlen@bakerdonelson.com

Aaron Jackson Wiseman on behalf of Defendant LaHatte Law Firm, LLC
awiseman@thompsoncoe.com

Andrew Amberg Woellner on behalf of Defendant Barcus Arenas, PLLC
andrew@woellnerlaw.com, coulterr@phelps.com

Andrew Amberg Woellner on behalf of Interested Party Barcus Arenas, PLLC
andrew@woellnerlaw.com, coulterr@phelps.com

Joshua W. Wolfshohl on behalf of Defendant Daly & Black, PC
jwolfshohl@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl on behalf of Defendant Hair & Shunnarah Trial Attorneys, LLC
jwolfshohl@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl on behalf of Defendant Hair Shunnarah Trial Attorneys, LLC
jwolfshohl@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl on behalf of Defendant Laborde Earles Law Firm LLC
jwolfshohl@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl on behalf of Interested Party Daly & Black, P.C.
jwolfshohl@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl on behalf of Interested Party Hair & Shunnarah Trial Attorneys, LLC
jwolfshohl@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl on behalf of Interested Party Jason J. Joy & Associates, PLLC
jwolfshohl@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Byron Wright, III on behalf of Defendant Dunlap & Shipman, P.A.
twright@brunerwright.com, skelley@brunerwright.com;nicasia@brunerwright.com;brenda@brunerwright.com;jvanhise@brunerwright.com

Elias Marwan Yazbeck on behalf of Interested Party Porsche Financial Services, Inc.
elias@yazbecklaw.com, sheema@yazbecklaw.com,jaila@yazbecklaw.com,TheLawOfficeofEliasMYazbeck@jubileebk.net,ricardo@yazbecklaw.com,mei@yazbecklaw.com,rafic@yazbecklaw.com,admin@yazbecklaw.com

Brian Weil Zimmerman on behalf of Creditor EAJF ESQ Fund, LP
bzimmerman@spencerfane.com, jwoods@spencerfane.com;nreisch@spencerfane.com;brian-zimmerman-7925@ecf.pacerpro.com

Brian Weil Zimmerman on behalf of Creditor Equal Access Justice Fund, LP
bzimmerman@spencerfane.com, jwoods@spencerfane.com;nreisch@spencerfane.com;brian-zimmerman-7925@ecf.pacerpro.com

Brian Weil Zimmerman on behalf of Defendant EAJF ESQ Fund LP
bzimmerman@spencerfane.com, jwoods@spencerfane.com;nreisch@spencerfane.com;brian-zimmerman-7925@ecf.pacerpro.com

Brian Weil Zimmerman on behalf of Defendant Equal Access Justice Fund, LP
bzimmerman@spencerfane.com, jwoods@spencerfane.com;nreisch@spencerfane.com;brian-zimmerman-7925@ecf.pacerpro.com

Nicholas Zugaro on behalf of Interested Party Tort Network, LLC d/b/a Velawcity
nick@yazbecklaw.com, zugerariyo@yahoo.com;scallier@dykema.com

**24-31596 Notice will not be electronically mailed to:**

ACAR Leasing Ltd. d/b/a GM Financial Leasing
P O Box 183853
Arlington, TX 76096

Yulonda Alexander
P.O Box 125
Wilson, LA 70789

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Rachael Apken
,

Sara Ardoin
,

Anna Barefield
,

Latosha Barrow
1058 Balsam Ave.
Baton Rouge, LA 70807

Donald Blais

,

Norman Bonck
,

Patricia Briscoe
7801 Warsaw St
Metairie, LA 70003

Broussard Injury Lawyers, LLC, Daly & Black, P.C., Hair & Shunnarah Trial Attorneys, LLC, and Laborde Earles, Law Firm, LLC
,

Paul Brown
19380 Old Covington HWY
Hammond, LA 70403

Allison D. Byman
7924 Broadway, Suite 104
None
Pearland, TX 77581

Lindsay Cantrelle
,

Todd Charters
,

Megan Clontz
,

Alvin Coleman, Jr
,

Rachelle Cope
,

Kenneth Davis
,

Jim Dennis, Jr
,

William Dunn
,

Eva S Engelhart
Ross Banks May Cron & Cavin P.C.
7700 San Felipe, Suite 550
Houston, TX 77063

Douglas Freeman
22108 W McKinney Rd
Springfield, LA 70462

Wayne Galjour, Jr
732 Oakwood Dr
Gretna, LA 70006

Luciana Garcia
,

Barbara Gaunichaux
260 Dale ave
Gretna, LA 70056

Christine Griffin
,

Colby Haas
,

Schilacy Hall
,

Bensalah Hameurlaine
57 Emile ave
Kenner, LA 70065

Austin Haydel
,

Donald Henderson
,

Edwin Hessler
,

Betty Jarrell
,

James Jochum
709 Codifer Blvd.
Metairie, LA 70005

Betty Johnson
417 Belle Chasse Dr.
Laplace, LA 70068

James Junkin
,

Laborde Earles
,

Stephen Landreneau
104 Piney Cv
West Monroe, LA 71291

Faye Larkins-Hewitt
,

Reginald Mack
,

Christopher Seldon Mann on behalf of Defendant Broussard Injury Lawyers, LLC
Broussard Knoll Law Firm
321 Veterans Memorial Blvd.
Suite 205
Metairie, LA 70005

Frank Martin
42587 Highway 10
Franklinton, LA 70438

Kerry Martin
,

Danny Neal
,

Trung Nguyen
3531 W Esplanade Ave N
Metairie, LA 70002

Mack Perkins
,

Sandra Plough
,

Paul Rahfield
,

Katherine Salvant
,

Jessica Martin Scott
,

Troy Scott
,

Misty Segura
7601 FM 1960 Rd E
# 349
Atascocita, TX 77346

Keisha Simpson
,

Spencer Fane LLP
3040 Post Oak Blvd.
Suite 1400
Houston,

Eric Starks
,

Texas Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin, tx 78711-2548

The Lausten Group
650 Poydras Street
Suite 1400
PB#3924
New Orleans, LA 70130

Thaddeus Thompson
,

Tasha Venson
,

Tessa Vorhaben
c/o Stephen P. Strohschein
Hinshaw & Culbertson LLP
400 Convention Street
Suite 1001
Baton Rouge, LA 70802

Linda L.R. Wilhelm

Case 24-31596 Document 1869-27 Filed in TXSB on 11/21/26 Page 15 of 15

,

Nedra Williams
,

Kirsten Young
5341 Brownfields Dr
Baton Rouge, LA 70811

**24-31596 These participants in a related case have chosen not to receive notice from this case:**
David Keith Isaak on behalf of Defendant Allied Trust Insurance Company
disaak@steptoe.com, cramos@steptoe.com