**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| IN RE | § | Chapter 11 |
| | § | |
| MMA Law Firm, PLLC | § | Case No. 24-31596 |
| | § | |
| DEBTOR | § | |
| | § | |

**PLAN ADMINISTRATOR'S APPLICATION FOR AUTHORITY TO EMPLOY WALKER & PATTERSON, P.C. AS COUNSEL FOR CLAIMS OBJECTIONS**

**THIS APPLICATION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE APPLICATION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE APPLICATION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE APPLICATION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

COMES NOW, Allison D. Byman, solely in her capacity as Plan Administrator (the **"Plan Administrator"**) for MMA Law Firm, PLLC (the **"Debtor"**), and files this Application for Authority to Employ Walker & Patterson, P.C. (**"W&P"**) as counsel to the Plan Administrator for claims objections, pursuant to Sections 2.2.2, 5.5, and 5.13 of the confirmed Plan and, to the extent applicable, 11 U.S.C. §§ 327, 328(a), and 330.

**SUMMARY OF FACTS AND RELIEF REQUESTED**

1. The Debtor filed this chapter 11 case on April 9, 2024.

2. By Order entered July 18, 2024 [Dkt. No. 173] (the **"Employment Order"**), the Court approved the Debtor's employment of W&P as its counsel on a hybrid basis under 11 U.S.C.

§§ 327 and 328(a), effective as of April 8, 2024: a $60,000 flat fee and a 40% contingency fee on all value obtained by W&P for the estate.

3. On August 5, 2026, the Court confirmed the Debtor's Third Amended Joint Plan of Liquidation [Dkt. No. 1648] (the **"Plan"**). The Plan became effective on August 20, 2026 [Dkt. No. 1669] (the **"Effective Date"**). On the Effective Date, Allison D. Byman (the **"Plan Administrator"**) became Plan Administrator, and all management authority over the Debtor vested exclusively in her (Confirmation Order ¶ 5; Plan §§ 5.3, 5.4).

4. The Plan gives the Plan Administrator sole authority to object to claims (Plan § 5.5.7) and to litigate and settle disputed claims (Plan § 8.1), and it permits her to retain professionals with Court approval (Plan §§ 2.2.2, 5.5.5, 5.13). Objections to claims must be filed by August 20, 2027 (Plan § 8.4).

5. **W&P's existing employment is not modified.** Under Section 2.2.3 of the Plan, W&P continues to be employed as counsel for the Debtor "pursuant to the terms previously approved by the Court," and it continues as special litigation counsel prosecuting the WP Cases (Plan § 1.1.62). This Application does not modify, amend, supersede, or limit the Employment Order, the April 8, 2024 Contract of Representation approved by it, or Section 2.2.3 of the Plan, all of which remain in full force and effect.

6. This is a separate engagement by the Plan Administrator for claims objection services after the Effective Date. W&P will keep separate time records for this engagement.

7. The Plan Administrator requires counsel. The claims register contains 76 proofs of claim. **(Exhibit A)** Many are objectionable, including claims filed after the August 13, 2024 bar date and frivolous or unsupported claims.

8. The Plan Administrator proposes to employ W&P, with Miriam T. Goott designated as attorney in charge, to:

a. review and analyze the claims register and supporting documentation;

b. prepare, file, and prosecute objections to claims, including omnibus objections;

c. respond to claimants, conduct discovery, and appear at hearings; and

d. negotiate and document settlements of disputed claims under Section 8.1 of the Plan.

9. W&P is best suited for this work. It has represented the Debtor since April 2024, prepared the Debtor’s schedules, managed the case through confirmation, and has already prosecuted claim objections in this case. Its institutional knowledge of the Debtor’s records, creditors, and claims will allow claims to be resolved more quickly and at lower cost than new counsel could achieve. (See attached Engagement Agreement – **Exhibit B.)**

10. It is proposed that compensation for these services be on an hourly basis at reduced rates of $700 per hour for Miriam T. Goott and $750 per hour for Johnie J. Patterson.

11. W&P will also seek reimbursement of actual and necessary expenses, including filing fees, copying, postage, courier, transcripts, and travel, within the standards normally enforced by this Court.

12. W&P will submit monthly invoices to the Plan Administrator and the Oversight Committee. If no written objection is made within fourteen days, the Plan Administrator may pay the invoice as a Permitted Expense (Plan §§ 1.1.49(iii), 2.2.2). Any disputed amount will be paid only on agreement or order of the Court. The Plan Administrator will report all payments in her quarterly reports (Plan § 5.11).

13. As required by Section 5.13 of the Plan, the Plan Administrator gave the Oversight Committee written notice of this proposed retention, the motion, and proposed order. They do not oppose the relief requested.

14. To the best of the Plan Administrator's knowledge and belief, W&P and each of the attorneys to be employed do not represent any person or entity with an interest adverse to the Debtor or its estate with respect to the matters on which W&P is to be employed.

15. Attached as **Exhibit "C"** is the declaration of Walker & Patterson, P.C., which discloses W&P's connections with the Debtor, its creditors, and other parties in interest, including its existing employment under the Employment Order.

16. The employment of W&P for the services described in this Application should be approved as of the Effective Date of the Plan, which is August 20, 2026.

WHEREFORE, the Plan Administrator requests that the Court enter an order authorizing the employment of Walker & Patterson, P.C. as counsel to the Plan Administrator for claims objections on the terms stated in this Application; confirming that the Employment Order [Dkt. No. 173] and Section 2.2.3 of the Plan remain in full force and effect and are not modified; and granting such other and further relief as may be just and proper.

Dated: **October 2, 2026**.

Respectfully submitted,

*By: /s/ Miriam T. Goott*
Miriam T. Goott
SBN 24048846
Proposed Counsel for the
Plan Administrator

OF COUNSEL:
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX 77208-1301
(713) 956-5577
(713) 956-5570 (fax)
mgoott@walkerandpatterson.com

## CERTIFICATE OF SERVICE

I, Miriam Goott, hereby certify that a true and correct copy of the foregoing was served upon the United States Trustee, upon the members of the Oversight Committee, and upon all parties receiving notice via CM/ECF on October 2, 2026.

*/s/ Miriam T. Goott*
Miriam T. Goott

Printed on Oct 2 2026 2:55 pm

# 4:24-bk-31596 - MMA Law Firm, PLLC and Official Committee of Unsecured Creditors

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

**1** 04/11/2024 — Texas Workforce Commission — Last Updated: 05/14/2024

**Original entered date**
04/11/2024

Office of Attorney General BK/Collections P.O. BOX 12548, MC008 Austin, TX 787112548 Creditor (12672475)

Filed by: CR
Entered by: Erin Connor Reid

**Amount claimed:** $7,605.39
**Secured claimed:** $7,605.39

**History / Documents**

**1-1** 04/11/2024 Claim #1 filed by Texas Workforce Commission, Amount claimed: $7605.39 (Reid, Erin)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 9 |

**Description**
(1-1) Unemployment taxes
**Remarks**

---

**2** 04/12/2024 — City of Houston — Last Updated: 05/14/2024

**Original entered date**
04/12/2024

c/o Jeannie L. Andresen Linebarger Goggan Blair & Sampson LLP PO Box 3064 Houston, TX 77253-3064 Creditor (12673480)

Filed by: CR
Entered by: Jeannie Lee Andresen

**Amount claimed:** $221.20
**Secured claimed:** $221.20

**History / Documents**

**2-1** 04/12/2024 Claim #2 filed by City of Houston, Amount claimed: $221.20 (Andresen, Jeannie)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 4 |

**Description**
(2-1) Ad Valorem Taxes
**Remarks**

---

**3** 04/12/2024 — Lone Star College System — Last Updated: 05/14/2024

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

**Original entered date**
04/12/2024

c/o Jeannie L. Andresen Linebarger Goggan Blair & Sampson LLP PO Box 3064 Houston, TX 77253-3064 Creditor (12673482)

Filed by: CR
Entered by: Jeannie Lee Andresen

**Amount claimed:** $45.84
**Secured claimed:** $45.84

**History / Documents**

**3-1** 04/12/2024 Claim #3 filed by Lone Star College System, Amount claimed: $45.84 (Andresen, Jeannie)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 4 |

**Description**
(3-1) Ad Valorem Taxes
**Remarks**

---

**4** 04/17/2024 Capital One N.A. 05/14/2024

**Original entered date**
04/17/2024

by American InfoSource as agent PO Box 71083 Charlotte, NC 28272-1083 Creditor (12675368)

Filed by: CR
Entered by: Pankaj Thakur

**Amount claimed:** $45,286.12

**History / Documents**

**4-1** 04/17/2024 Claim #4 filed by Capital One N.A., Amount claimed: $45286.12 (Thakur, Pankaj)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 4 |
| 2 | Statement | 10 |
| 3 | Statement of Accounts | 1 |
| | All parts | 15 |

**Description**
**Remarks**

---

**5** 04/26/2024 Aldine ISD Tax Office 10/29/2024

**Original entered date**
04/26/2024

14909 Aldine Westfield Rd Houston, TX 77032 Creditor (12671191)

Filed by: CR
Entered by: Lauren L. Jones

**Amount claimed:** $619.94
**Secured claimed:** $619.94

**History / Documents**

**5-1** 04/26/2024 Claim #5 filed by Aldine ISD Tax Office, Amount claimed: $1061.45 (Middleton, Kanika)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

| Part | Description | Pages |
|---|---|---|
| 2 | Exhibit | 1 |
| 3 | Exhibit | 1 |
| | All parts | 5 |

**5-2** 10/29/2024 Amended Claim #5 filed by Aldine ISD Tax Office, Amount claimed: $619.94 (Jones, Lauren)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |
| 2 | Exhibit | 1 |
| | All parts | 4 |

**Description**
(5-1) AD VALOREM TAX
(5-2) AD VALOREM TAX
**Remarks**

---

**6** 05/06/2024 — Curtis and Ardene Tassin — Last Updated: 05/14/2024

**Original entered date** 05/06/2024

Health Law Group LLC
201 St.Charles Avenue, Suite 2500
New Orleans, LA 70170
Creditor
(12687954)

Filed by: CR
Entered by: 2 FrancesCarbia

**Amount claimed:** $99,754.03

**History / Documents**

**6-1** 05/06/2024 Claim #6 filed by Curtis and Ardene Tassin, Amount claimed: $99754.03 (FrancesCarbia, 2)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 4 |

**Description**
(6-1) MMA converted a p[roperty damage payment meant for creditors
**Remarks**

---

**7** 05/10/2024 — Internal Revenue Service — Last Updated: 09/16/2024

**Original entered date** 05/10/2024

P.O. Box 7346
Philadelphia, PA 19101-7346
Creditor
(12671284)

Filed by: CR
Entered by: Annie L Ray

**Amount claimed:** $5,036,379.87
**Secured claimed:** $0.00
**Priority claimed:** $4,964,379.87

**History / Documents**

**7-1** 05/10/2024 Claim #7 filed by Internal Revenue Service, Amount claimed: $4960406.62 (Ray, Annie)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 4 |

**7-2** 09/16/2024 Amended Claim #7 filed by Internal Revenue Service, Amount claimed: $5036379.87 (Ray, Annie)

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 4 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 8 | 05/14/2024 | JPMorgan Chase Bank, N.A. | | | 05/14/2024 |
| | **Original entered date** 05/14/2024 | s/b/m/t Chase Bank USA, N.A. c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC 6409 Congress Avenue, Suite 100 Boca Raton, FL 33487 Creditor (12692839) | Filed by: CR Entered by: Nicholas Chipurnoi | **Amount claimed:** $11,523.32 | |

**History / Documents**

**8-1**

05/14/2024 Claim #8 filed by JPMorgan Chase Bank, N.A., Amount claimed: $11523.32 (Chipurnoi, Nicholas)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 8 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 9 | 06/05/2024 | American Express National Bank | | | 06/05/2024 |
| | **Original entered date** 06/05/2024 | c/o Becket and Lee LLP<br><br>PO Box 3001 Malvern PA 19355-0701 | | **Amount claimed:** $392,147.17 | |

**History / Documents**

**9-1**

06/05/2024 Claim #9 filed by American Express National Bank, Amount claimed: $392147.17 (Deegan, Greg)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 5 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 10 | 06/07/2024 | American Express National Bank | | | 06/07/2024 |
| | **Original entered date** 06/07/2024 | c/o Becket and Lee LLP<br><br>PO Box 3001 | | **Amount claimed:** $12,099.74 | |

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| | | Malvern PA 19355-0701 | | | |

**History / Documents**

**10-1**

06/07/2024 Claim #10 filed by American Express National Bank, Amount claimed: $12099.74 (Deegan, Greg)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 8 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 11 | 06/24/2024<br>**Original entered date**<br>06/24/2024 | Louisiana Farm Bureau<br>P.O. Box 95008<br>Baton Rouge, LA 70895 | | **Amount claimed:** $302,994.23 | 06/24/2024 |

**History / Documents**

**11-1**

06/24/2024 Claim #11 filed by Louisiana Farm Bureau, Amount claimed: $302994.23 (Villemarette, Staci)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |
| 2 | Exhibit | 165 |
| | All parts | 168 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 12 | 07/01/2024<br>**Original entered date**<br>07/01/2024 | Regina A. Ceaser<br>4200 CoCo Miguel Rd.<br>New Iberia, LA 70560 | | **Amount claimed:** $30,891.02 | 07/01/2024 |

**History / Documents**

**12-1**

07/01/2024 Claim #12 filed by Regina A. Ceaser, Amount claimed: $30891.02 (AnaCastro)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 12 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 13 | 07/10/2024<br>**Original entered date**<br>07/10/2024 | Opal Prejean<br>1709 Seventh St.<br>Lake Charles, LA 70601 | | **Amount claimed:** $23,762.24 | 07/10/2024 |

**History / Documents**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

**13-1** 07/10/2024 Claim #13 filed by Opal Prejean, Amount claimed: $23762.24 (FrancesCarbia)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 5 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 14 | 07/19/2024 | Cynthia Troxclair | | | 07/19/2024 |

**Original entered date** 07/19/2024

PO Box 1731

Kinder, LA 70648

**Amount claimed:** $68,399.52

**History / Documents**

**14-1** 07/19/2024 Claim #14 filed by Cynthia Troxclair, Amount claimed: $68399.52 (FrancesCarbia)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 69 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 15 | 07/23/2024 | Kevin Kelly | | | 07/23/2024 |

**Original entered date** 07/23/2024

1120 Wyndham South

Gretna, LA 70056

**Amount claimed:** $0.00

**History / Documents**

**15-1** 07/23/2024 Claim #15 filed by Kevin Kelly, Amount claimed: $0.00 (FrancesCarbia)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 16 | 07/30/2024 | The Kidwell Group, LLC | | | 07/30/2024 |

**Original entered date** 07/30/2024

d/b/a Air Quality Assessors of Florida

c/o Latham Luna Eden & Beaudine, LLP
201 S. Orange Ave.
Suite 1400
Orlando, Florida 32801

**Amount claimed:** $31,640.56

**History / Documents**

**16-1** 07/30/2024 Claim #16 filed by The Kidwell Group, LLC, Amount claimed: $31,640.56 (Luna, Justin)

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |
| 2 | Attachment | 1 |
| | All parts | 4 |

**Description**
**Remarks**

---

**17** 08/06/2024

Comptroller of Public Accounts
C/O Office of the Attorney General

Bankruptcy - Collections Division
MC-008
PO Box 12548
Austin TX 78711-2548

Last Updated: 08/06/2024

**Original entered date** 08/06/2024

**Amount claimed:** $29,752.70
**Secured claimed:** $29,752.70
**Priority claimed:** $29,752.70

**History / Documents**

**17-1** 08/06/2024 Claim #17 filed by Comptroller of Public Accounts, Amount claimed: $29752.70 (Arrieta, Azucena)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 4 |

**Description**
**Remarks**

---

**18** 08/07/2024

Linda Luz Rodriguez Wilhelm
316 Beverly Loop

Pineville, LA 71360

Last Updated: 08/07/2024

**Original entered date** 08/07/2024

**Amount claimed:** $0.00

**History / Documents**

**18-1** 08/07/2024 Claim #18 filed by Linda Luz Rodriguez Wilhelm, Amount claimed: $0.00 (FrancesCarbia)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 12 |

**Description**
**Remarks**

---

**19** 08/07/2024

Christine Mockosher Griffin
8483 Nick Rd.

Greenwood, LA 71033

Last Updated: 08/07/2024

**Original entered date** 08/07/2024

**Amount claimed:** $0.00

**History / Documents**

**19-1** 08/07/2024 Claim #19 filed by Christine Mockosher Griffin, Amount claimed: $0.00 (FrancesCarbia)

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 11 |

**Description**
**Remarks**

---

**20** 08/07/2024 — Apex Roofing and Restoration, LLC — Last Updated: 08/07/2024

**Original entered date** 08/07/2024

c/o Scott R. Bickford, Esq

338 Lafayette Street
New Orleans, LA 70130

**Amount claimed:** $4,000,000.00

**History / Documents**

**20-1**

08/07/2024 Claim #20 filed by Apex Roofing and Restoration, LLC, Amount claimed: $4000000.00 (Bickford, Scott)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |
| 2 | Appendix 1 | 4 |
| 3 | Appendix 2 | 67 |
| 4 | Appendix 3 | 37 |
| | All parts | 111 |

**Description**
**Remarks**

---

**21** 08/12/2024 — Aramark Refreshments Services, LLC — Last Updated: 08/12/2024

**Original entered date** 08/12/2024

c/o Devin G. Bray

Hawley Troxell Ennis & Hawley LLP
P.O. Box 1617
Boise, ID 83701

**Amount claimed:** $500.86

**History / Documents**

**21-1**

08/12/2024 Claim #21 filed by Aramark Refreshments Services, LLC, Amount claimed: $500.86 (AkeitaHouse)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 9 |

**Description**
**Remarks**

---

**22** 08/13/2024 — Abdul Muhammad — Last Updated: 08/13/2024

**Original entered date** 08/13/2024

58025 Geroge St.

**Amount claimed:** $15,000.00

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

Plaquemine, LA
70764

**History / Documents**

**22-1** 08/13/2024 Claim #22 filed by Abdul Muhammad, Amount claimed: $15,000.00 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 7 |

**Description**
**Remarks**

---

**23** 08/13/2024 Darrell Broussard 08/13/2024

**Original entered date** 08/13/2024

420 Tommys Rd.

Sunset, LA 70584

**Amount claimed:** $7,000.00

**History / Documents**

**23-1** 08/13/2024 Claim #23 filed by Darrell Broussard, Amount claimed: $7,000.00 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 14 |

**Description**
**Remarks**

---

**24** 08/13/2024 Cynthia Johnson 08/13/2024

**Original entered date** 08/13/2024

1318 Bank Avenue

New Iberia, LA
70560

**Amount claimed:** $24,047.33

**History / Documents**

**24-1** 08/13/2024 Claim #24 filed by Cynthia Johnson, Amount claimed: $24,047.33 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 9 |

**Description**
**Remarks**

---

**25** 08/13/2024 Linda Thomas 08/13/2024

**Original entered date** 08/13/2024

4224 Worthy Dr.

Lake Charles, LA
70607

**Amount claimed:** $11,610.59

**History / Documents**

**25-1** 08/13/2024 Claim #25 filed by Linda Thomas, Amount claimed: $11,610.59 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 5 |

**Description**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| | Remarks | | | | |

**26** 08/13/2024 — Paul Adams — Last Updated: 08/13/2024

**Original entered date** 08/13/2024

340 Scenic Drive

Ville Platte, LA
70586

**Amount claimed:** $42,000.00
**Secured claimed:** $42,000.00

**History / Documents**

**26-1** 08/13/2024 Claim #26 filed by Paul Adams, Amount claimed: $42000.00 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 19 |

**Description**
**Remarks**

**27** 08/13/2024 — Eunice Pillette — Last Updated: 08/13/2024

**Original entered date** 08/13/2024

503 East Valcourt
St.

Abbeville, LA
70510

**Amount claimed:** $3,000.00

**History / Documents**

**27-1** 08/13/2024 Claim #27 filed by Eunice Pillette, Amount claimed: $3,000.00 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

**28** 08/13/2024 — Ernest Willaims — Last Updated: 08/13/2024

**Original entered date** 08/13/2024

110 Hansel St.

New Iberia, LA
70560

**Amount claimed:** $45,474.05

**History / Documents**

**28-1** 08/13/2024 Claim #28 filed by Ernest Willaims, Amount claimed: $45,474.05 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 9 |

**Description**
**Remarks**

**29** 08/13/2024 — Lorenzo Garner — Last Updated: 08/13/2024

**Original entered date** 08/13/2024

1201 Butter Street

Leesville, LA
71446

**Amount claimed:** $42,000.00

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

**History / Documents**

**29-1** 08/13/2024 Claim #29 filed by Lorenzo Garner, Amount claimed: $42,000.00 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 6 |

**Description**
**Remarks**

---

**30** 08/13/2024 Harold Boudreaux 08/13/2024

**Original entered date** 08/13/2024

105 Crestmont Blvd

Youngsville, LA 70592

**Amount claimed:** $4,820.42

**History / Documents**

**30-1** 08/13/2024 Claim #30 filed by Harold Boudreaux, Amount claimed: $4,820.42 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 4 |

**Description**
**Remarks**

---

**31** 08/13/2024 Shavaun Miller 08/13/2024

**Original entered date** 08/13/2024

215 Ralph Street

Midland, LA 70559

**Amount claimed:** $50,000.00

**History / Documents**

**31-1** 08/13/2024 Claim #31 filed by Shavaun Miller, Amount claimed: $50,000.00 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

---

**32** 08/13/2024 Marino Guillory 08/13/2024

**Original entered date** 08/13/2024

101 Weaver Street

Eunice, LA 705535

**Amount claimed:** $0.00

**History / Documents**

**32-1** 08/13/2024 Claim #32 filed by Marino Guillory, Amount claimed: $0.00 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

---

**33** 08/13/2024 Addison Houston 08/13/2024

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

**Original entered date**
08/13/2024

521 Sykes St.

Shreveport, LA
71104

**Amount claimed:** $0.00

**History / Documents**

**33-1**

08/13/2024 Claim #33 filed by Addison Houston, Amount claimed: $0.00 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

---

**34** | 08/13/2024 | Deborah Hollie | | | 08/13/2024

**Original entered date**
08/13/2024

390 Burks Rd.

Starks, LA 70661

**Amount claimed:** $16,743.13

**History / Documents**

**34-1**

08/13/2024 Claim #34 filed by Deborah Hollie, Amount claimed: $16,743.13 (AaronJackson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

---

**35** | 08/13/2024 | Noble Public Adjusting | | | 08/13/2024

**Original entered date**
08/13/2024

107 Amar Place

#103
Panama City
Beach, FL 32413

**Amount claimed:** $73,216.87

**History / Documents**

**35-1**

08/13/2024 Claim #35 filed by Noble Public Adjusting, Amount claimed: $73,216.87 (Sagre, Ariel)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 56 |

**Description**
**Remarks**

---

**36** | 08/13/2024 | Christovich & Kearney, LLP | | | 08/13/2024

**Original entered date**
08/13/2024

601 Poydras St.
Suite 2300

New Orleans, LA
70130

**Amount claimed:** $44,512.27

**History / Documents**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

**36-1** 08/13/2024 Claim #36 filed by Christovich & Kearney, LLP, Amount claimed: $44,512.27 (Tully, Kevin)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

---

**37** 08/13/2024 Christovich & Kearney, LLP 08/13/2024

**Original entered date** 08/13/2024

601 Poydras St.
Suite 2300

New Orleans, LA
70130

**Amount claimed:** $44,512.27

**History / Documents**

**37-1** 08/13/2024 Claim #37 filed by Christovich & Kearney, LLP, Amount claimed: $44,512.27 (DarleneHansen)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

---

**38** 08/13/2024 Ginger Beebe 08/13/2024

**Original entered date** 08/13/2024

21 Virgil Beebe Rd

Lena, LA 71447

**Amount claimed:** $400,000.00

**History / Documents**

**38-1** 08/13/2024 Claim #38 filed by Ginger Beebe, Amount claimed: $400,000.00 (DarleneHansen)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 22 |

**Description**
**Remarks**

---

**39** 08/13/2024 Krause & Kinsman Trial Lawyers, LLP 08/13/2024

**Original entered date** 08/13/2024

Saul Ewing LLP c/o
Turner Falk, Esq.

1500 Market
Street, 38th Floor
Philadelphia, PA
19102

**Amount claimed:** $0.00
**Secured claimed:** $0.00
**Priority claimed:** $0.00

**History / Documents**

**39-1** 08/13/2024 Claim #39 filed by Krause & Kinsman Trial Lawyers, LLP, Amount claimed: $0.00 (Garcia, Jorge)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 5 |

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

**Description**
**Remarks**

---

**40** | 08/13/2024 | Starlight Studios, LLC | | | 08/13/2024

**Original entered date**
08/13/2024

c/o Congeni Law Firm, LLC

650 Poydras Street, Ste. 2750
New Orleans, LA 70130

**Amount claimed:** $3,503,347.36

**History / Documents**

**40-1** 08/13/2024 Claim #40 filed by Starlight Studios, LLC, Amount claimed: $3503347.36 (Congeni, Leo)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 4 |
| 2 | Exhibit State Court Pleading | 14 |
| | All parts | 18 |

**Description**
**Remarks**

---

**41** | 08/13/2024 | Phelps Dunbar LLP | | | 08/13/2024

**Original entered date**
08/13/2024

365 Canal Street, Suite 2000

New Orleans, LA 70130

**Amount claimed:** $139,196.58

**History / Documents**

**41-1** 08/13/2024 Claim #41 filed by Phelps Dunbar LLP, Amount claimed: $139,196.58 (Shelby, Patrick)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

---

**42** | 08/13/2024 | Allied World Insurance Company | | | 08/13/2024

**Original entered date**
08/13/2024

c/o Werner Ahari Mangel LLP

8117 Preston Road, Suite 300
Dallas, TX 75225

**Amount claimed:** $200,000.00

**History / Documents**

**42-1** 08/13/2024 Claim #42 filed by Allied World Insurance Company, Amount claimed: $200000.00 (Levy, Justin)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

| Part | Description | Pages |
|---|---|---|
| 2 | Exhibit A | 37 |
| | All parts | 40 |

**Description**
**Remarks**

---

**43** 08/13/2024 — Jayne Moseley — Last Updated: 08/13/2024

**Original entered date** 08/13/2024

c/o Tran Singh LLP

2502 La Branch Street
Houston, Texas 77004

**Amount claimed:** $0.00

**History / Documents**

**43-1** 08/13/2024 Claim #43 filed by Jayne Moseley, Amount claimed: $0.00 (Tran Adams, Susan)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |
| 2 | Exhibit A | 1 |
| | All parts | 4 |

**Description**
**Remarks**

---

**44** 08/13/2024 — Locklin Consulting, LLC — Last Updated: 08/13/2024

**Original entered date** 08/13/2024

17319 Fountainbluff Drive

San Antonio, Texas 78248

**Amount claimed:** $1,461,237.50
**Secured claimed:** $0.00
**Priority claimed:** $0.00

**History / Documents**

**44-1** 08/13/2024 Claim #44 filed by Locklin Consulting, LLC, Amount claimed: $1461237.50 (Hervol, H)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |
| 2 | Appendix "1" | 7 |
| 3 | Appendix "2" | 251 |
| | All parts | 261 |

**Description**
**Remarks**

---

**45** 08/13/2024 — Katherine Monson, et al — Last Updated: 08/13/2024

**Original entered date** 08/13/2024

1100 Poydras Street

Suite 3250

**Amount claimed:** $5,000,000.00

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

New Orleans, LA
70163

**History / Documents**

**45-1** 08/13/2024 Claim #45 filed by Katherine Monson, et al, Amount claimed: $5000000.00 (Couhig, Robert)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

---

**46** 08/13/2024 — PCG - Property Loss Consultants — Last Updated: 08/13/2024

**Original entered date** 08/13/2024

2000 Mallory Lane

Suite 130, #239
Franklin, TN 37067

**Amount claimed:** $10,952,426.20

**History / Documents**

**46-1** 08/13/2024 Claim #46 filed by PCG - Property Loss Consultants, Amount claimed: $10952426.20 (Norman, Lisa)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 7 |

**Description**
**Remarks**

---

**47** 08/13/2024 — Cristobal M. Galindo, P.C. — Last Updated: 08/13/2024

**Original entered date** 08/13/2024

c/o Charlie Shelton

Hayward PLLC
7600 Burnet Road,
Suite 530
Austin, Texas
78757

**Amount claimed:** $0.00

**History / Documents**

**47-1** 08/13/2024 Claim #47 filed by Cristobal M. Galindo, P.C., Amount claimed: $0.00 (Headden, Todd)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 4 |

**Description**
**Remarks**

---

**48** 08/13/2024 — Global Estimating Services, Inc. — Last Updated: 08/13/2024

**Original entered date** 08/13/2024

c/o Andrews Myers,
PC

Attn: Lisa M.
Norman
1885 Saint James

**Amount claimed:** $10,707,640.07

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

Place, 15th Fl
Houston, Texas
77056

**History / Documents**

**48-1**

08/13/2024 Claim #48 filed by Global Estimating Services, Inc., Amount claimed: $10707640.07 (Norman, Lisa)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 123 |

**Description**
**Remarks**

---

**49** 08/13/2024 — Access Restoration Services US, Inc. — Last Updated: 08/13/2024

**Original entered date**
08/13/2024

c/o Andrews Myers, PC

Attn: Lisa M. Norman
1885 Saint James Place, 15th Fl
Houston, Texas
77056

**Amount claimed:** $3,365,843.05

**History / Documents**

**49-1**

08/13/2024 Claim #49 filed by Access Restoration Services US, Inc., Amount claimed: $3365843.05 (Norman, Lisa)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 17 |

**Description**
**Remarks**

---

**50** 08/13/2024 — Equal Access Justice Fund, LP — Last Updated: 08/13/2024

**Original entered date**
08/13/2024

c/o Fred Johnson

Spencer Fane, LLP
3040 Post Oak Blvd, Suite 1400
Houston, TX 77056

**Amount claimed:** $18,360,133.07
**Secured claimed:** $18,360,133.07

**History / Documents**

**50-1**

08/13/2024 Claim #50 filed by Equal Access Justice Fund, LP, Amount claimed: $18,360,133.07 (Segura, Misty)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |
| 2 | Notice of Voluminous Documents | 1 |
| 3 | Summary Statement to Proof of Claim | 3 |
| 4 | Exhibit A | 3 |
| 5 | EAJF Loan Documents and UCC's | 177 |

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
| --- | --- | --- | --- | --- | --- |

| Part | Description | Pages |
| --- | --- | --- |
| 6 | UCC Financing Statement | 2 |
| 7 | UCC Financing Statement | 2 |
| 8 | Security Agreement | 12 |
| 9 | Security Agreement | 12 |
| 10 | Security Agreement | 12 |
| | All parts | 227 |

**Description**
**Remarks**

---

**51** 08/13/2024 EAJF ESQ Fund, LP 08/13/2024

**Original entered date**
08/13/2024

c/o Misty A. Segura,
Spencer Fane, LLP

3040 Post Oak
Blvd., Ste. 1400
Houston, TX 77056

**Amount claimed:** $19,187,499.24
**Secured claimed:** $19,187,499.24

**History / Documents**

**51-1** 08/13/2024 Claim #51 filed by EAJF ESQ Fund, LP, Amount claimed: $19,187,499.24 (Segura, Misty)

| Part | Description | Pages |
| --- | --- | --- |
| 1 | Main Document | 3 |
| 2 | Notice of Voluminous Documents | 1 |
| 3 | Summary Statement to Proof of Claim | 3 |
| 4 | Exhibit A | 2 |
| 5 | Loan Documents and UCC's | 93 |
| 6 | UCC Financing Statement | 2 |
| 7 | UCC Financing Statement | 2 |
| 8 | Security Agreement | 12 |
| | All parts | 118 |

**Description**
**Remarks**

---

**52** 08/14/2024 LeeRoy Jefferson 08/14/2024

**Original entered date**
08/14/2024

2667 Sligo Road

Haughton, LA
71037

**Amount claimed:** $60,000.00

**History / Documents**

**52-1** 08/14/2024 Claim #52 filed by LeeRoy Jefferson, Amount claimed: $60,000.00 (DorinaReyna)

| Part | Description | Pages |
| --- | --- | --- |
| 1 | Main Document | 16 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

**53** 08/15/2024 — John Zachary Moseley — Last Updated: 08/15/2024

**Original entered date** 08/15/2024

1235 N. Loop West, Suite 810

Houston, TX 77008

**Amount claimed:** $0.00

**History / Documents**

**53-1** 08/15/2024 Claim #53 filed by John Zachary Moseley, Amount claimed: $0.00 (FrancesCarbia)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 4 |

**Description**
**Remarks**

---

**54** 08/15/2024 — Disaster Solutions — Last Updated: 08/15/2024

**Original entered date** 08/15/2024

192 Solhelm Lane

Raleigh, NC 27603

**Amount claimed:** $10,205,584.09

**History / Documents**

**54-1** 08/15/2024 Claim #54 filed by Disaster Solutions, Amount claimed: $10,205,584.09 (DorinaReyna)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 64 |

**Description**
**Remarks**

---

**55** 08/16/2024 — Morgan Law Group, P.A. — Last Updated: 08/16/2024

**Original entered date** 08/16/2024

1331 Ochsner Blvd., Ste. 101

Covington, LA 70433

**Amount claimed:** $36,867.09

**History / Documents**

**55-1** 08/16/2024 Claim #55 filed by Morgan Law Group, P.A., Amount claimed: $36,867.09 (DorinaReyna)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 11 |

**Description**
**Remarks**

---

**56** 08/20/2024 — James McClenny — Last Updated: 08/20/2024

**Original entered date** 08/20/2024

380 Ridge Lake Scenic Dr.

Montgomery, TX 77316

**Amount claimed:** $35,000.00

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

**History / Documents**

**56-1** 08/20/2024 Claim #56 filed by James McClenny, Amount claimed: $35,000.00 (Jordan, John)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 21 |

**Description**
**Remarks**

---

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 57 | 08/23/2024 | Mary C. Augustine | | | 08/23/2024 |
| | **Original entered date** 08/23/2024 | 210 Addie Drive<br>Crowley, LA 70526 | **Amount claimed:** | $0.00 | |

**History / Documents**

**57-1** 08/23/2024 Claim #57 filed by Mary C. Augustine, Amount claimed: $0.00 (DorinaReyna)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

---

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 58 | 09/09/2024 | CURTRECHIA NUNN | | | 09/09/2024 |
| | **Original entered date** 09/09/2024 | 5015 B PLACE<br>MERIDIAN, MS 39305 | **Amount claimed:** | $74,130.51 | |

**History / Documents**

**58-1** 09/09/2024 Claim #58 filed by CURTRECHIA NUNN, Amount claimed: $74130.51 (FrancesCarbia)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 20 |

**Description**
**Remarks**

---

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| 59 | 09/11/2024 | Jesse P Barnett III | | | 09/11/2024 |
| | **Original entered date** 09/11/2024 | 2587 Bayou Rd<br>Port Barre, LA 70577 | **Amount claimed:** | $15,000.00 | |

**History / Documents**

**59-1** 09/11/2024 Claim #59 filed by Jesse P Barnett III, Amount claimed: $15000.00 (DMcKinnieRichardson)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |

**Description**
**Remarks**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

**60** 09/18/2024 — Wayne J. Adams — Last Updated: 09/18/2024

**Original entered date**
09/18/2024

c/o The Kassab Law Firm

1214 Elgin Street
Houston, Texas
77004

**Amount claimed:** $0.00

**History / Documents**

**60-1** 09/18/2024 Claim #60 filed by Wayne J. Adams, Amount claimed: $0.00 (Kassab, David)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 49 |

**Description**
**Remarks**

---

**61** 09/18/2024 — Dwane Borel — Last Updated: 09/18/2024

**Original entered date**
09/18/2024

c/o The Kassab Law Firm

1214 Elgin Street
Houston, Texas
77004

**Amount claimed:** $0.00

**History / Documents**

**61-1** 09/18/2024 Claim #61 filed by Dwane Borel, Amount claimed: $0.00 (Kassab, David)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 49 |

**Description**
**Remarks**

---

**62** 09/18/2024 — Claude Britton, III — Last Updated: 09/18/2024

**Original entered date**
09/18/2024

c/o The Kassab Law Firm

1214 Elgin Street
Houston, Texas
77004
eserve@kassab.law

**Amount claimed:** $0.00

**History / Documents**

**62-1** 09/18/2024 Claim #62 filed by Claude Britton, III, Amount claimed: $0.00 (Kassab, David)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 49 |

**Description**
**Remarks**

---

**63** 09/18/2024 — Bonnie J. Brown — Last Updated: 09/18/2024

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

**Original entered date**
09/18/2024

c/o The Kassab Law Firm

1214 Elgin Street
Houston, Texas
77004
eserve@kassab.law

**Amount claimed:** $0.00

**History / Documents**

**63-1** 09/18/2024 Claim #63 filed by Bonnie J. Brown, Amount claimed: $0.00 (Kassab, David)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 49 |

**Description**
**Remarks**

---

**64** 09/18/2024 Lloyd Cox 09/18/2024

**Original entered date**
09/18/2024

c/o The Kassab Law Firm

1214 Elgin Street
Houston, Texas
77004
eserve@kassab.law

**Amount claimed:** $0.00

**History / Documents**

**64-1** 09/18/2024 Claim #64 filed by Lloyd Cox, Amount claimed: $0.00 (Kassab, David)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 49 |

**Description**
**Remarks**

---

**65** 09/18/2024 James S. Dartez 09/18/2024

**Original entered date**
09/18/2024

c/o The Kassab Law Firm

1214 Elgin Street
Houston, Texas
77004
eserve@kassab.law

**Amount claimed:** $0.00

**History / Documents**

**65-1** 09/18/2024 Claim #65 filed by James S. Dartez, Amount claimed: $0.00 (Kassab, David)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 49 |

**Description**
**Remarks**

---

**66** 09/18/2024 Curtis R. Davis 09/18/2024

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

**Original entered date**
09/18/2024

c/o The Kassab Law Firm

1214 Elgin Street
Houston, Texas
77004
eserve@kassab.law

**Amount claimed:** $0.00

**History / Documents**

**66-1** 09/18/2024 Claim #66 filed by Curtis R. Davis, Amount claimed: $0.00 (Kassab, David)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 49 |

**Description**
**Remarks**

---

| # | Original File Date | Creditor | Last Updated |
|---|---|---|---|
| 67 | 09/18/2024 | Lynda L. Jenkins | 09/18/2024 |

**Original entered date**
09/18/2024

c/o The Kassab Law Firm

1214 Elgin Street
Houston, Texas
77004
eserve@kassab.law

**Amount claimed:** $0.00

**History / Documents**

**67-1** 09/18/2024 Claim #67 filed by Lynda L. Jenkins, Amount claimed: $0.00 (Kassab, David)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 49 |

**Description**
**Remarks**

---

| # | Original File Date | Creditor | Last Updated |
|---|---|---|---|
| 68 | 09/18/2024 | Carey D. Yazeed | 09/18/2024 |

**Original entered date**
09/18/2024

c/o The Kassab Law Firm

1214 Elgin Street
Houston, Texas
77004
eserve@kassab.law

**Amount claimed:** $0.00

**History / Documents**

**68-1** 09/18/2024 Claim #68 filed by Carey D. Yazeed, Amount claimed: $0.00 (Kassab, David)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 49 |

**Description**
**Remarks**

---

| # | Original File Date | Creditor | Last Updated |
|---|---|---|---|
| 69 | 10/14/2024 | Katrena Henderson & Charles Tapp | 10/14/2024 |

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

**Original entered date**
10/14/2024

4614 Quarter Charge Dr

Annandale, VA 22003

**Amount claimed:** $557,250.00
**Secured claimed:** $0.00
**Priority claimed:** $0.00

**History / Documents**

**69-1**

10/14/2024 Claim #69 filed by Katrena Henderson & Charles Tapp, Amount claimed: $557250.00 (Nutt, Kyle)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 3 |
| 2 | Exhibit | 5 |
| 3 | Exhibit | 5 |
| 4 | Exhibit | 3 |
| | All parts | 16 |

**Description**
**Remarks**

---

**70** | 11/04/2024 | Destiney Griffin | | | 11/04/2024

**Original entered date**
11/04/2024

3841 Accacia Lane

Harvey, LA 70058

**Amount claimed:** $0.00

**History / Documents**

**70-1**

11/04/2024 Claim #70 filed by Destiney Griffin, Amount claimed: $27,125.00 (DarleneHansen)

**Description**
**Remarks**

---

**71** | 03/31/2025 | Bayou Adjusting LLC | | | 03/31/2025

**Original entered date**
03/31/2025

c/o Matthew R. Addison

29675 Christopher Blvd
Walker, LA 70785

**Amount claimed:** $435,000.00

**History / Documents**

**71-1**

03/31/2025 Claim #71 filed by Bayou Adjusting LLC, Amount claimed: $435,000.00 (DorinaReyna)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 45 |

**Description**
**Remarks**

---

**72** | 04/14/2025 | Sorted Lake Charles | | | 04/14/2025

**Original entered date**
04/14/2025

Elizabeth Alexander

**Amount claimed:** $196,690.50

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

4309 Essex St
Lake Charles, LA
70605

**History / Documents**

**72-1** 04/14/2025 Claim #72 filed by Sorted Lake Charles, Amount claimed: $196,690.50 (BrittanyNicklaus)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 10 |

**Description**
**Remarks**

---

**73** 07/23/2026 Jeffrey Alan Vitt, Individually 09/03/2026

**Original entered date**
07/23/2026

12791 South 4230 Road
Chelsea, OK 74016
Creditor
(13404715)

Filed by: CR
Entered by: 3 VanesaPacheco

**Amount claimed:** $350,646,350.06

**History / Documents**

**73-1** 07/23/2026 Claim #73 filed by Jeffrey Alan Vitt, Individually, Amount claimed: $646305.06 (Vitt, Jeffrey)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 12 |
| 2 | Exhibit Master Omnibus Addendum | 12 |
| | All parts | 24 |

**73-2** 08/19/2026 Amended Claim #73 filed by Jeffrey Alan Vitt, Individually, Amount claimed: $250646305.06 (BrittanyBoniface, 6)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 18 |
| 2 | EDSS email | 1 |
| | All parts | 19 |

**73-3** 08/28/2026 Amended Claim #73 filed by Jeffrey Alan Vitt, Individually, Amount claimed: $350646350.06 (VanesaPacheco, 3)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 18 |
| 2 | EDSS email | 1 |
| | All parts | 19 |

**Related Dockets**

**1610** 07/30/2026 Objection to Claim Number 73 by Claimant JEFFREY ALAN VITT. JEFFREY ALAN VITT. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Proposed Order) (Goott, Miriam)

**Description**

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|

(73-1) Conversion, Breach of Fiduciary Duty, Misappropriation of Registry Funds if paid.
(73-2) Conversion, Breach of Fiduciary Duty, Misappropriation of Registry Funds if paid.
(73-3) See attached Master Omnibus Addendum

**Remarks**
(73-1) Action: Master Omnibus Addendum Attached. Explicit reservation of rights for unliquidated damages, Rule 2004 discovery, and Joint & Several Liability.
(73-2) Action: Master Omnibus Addendum Attached. Explicit reservation of rights for unliquidated damages, Rule 2004 discovery, and Joint & Several Liability.

---

**74** 07/23/2026 Vitt 121, Ltd., and affiliated Entities 07/23/2026

**Original entered date** 07/23/2026 **Amount claimed:** $25,000,000.00

**History / Documents**

**74-1** 07/23/2026 Claim #74 filed by Vitt 121, Ltd., and affiliated Entities, Amount claimed: $25,000,000.00 (Vitt, Jeffrey)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 12 |
| 2 | Exhibit Master Omnibus Addendum | 12 |
| | All parts | 24 |

**Description**
**Remarks**

---

**75** 07/23/2026 Jeffrey Alan Vitt, Individually & Rep. Doe / XYZ E 07/23/2026

**Original entered date** 07/23/2026
12791 S. 4230 Road

Chelsea, OK 74016
**Amount claimed:** $325,000,000.00

**History / Documents**

**75-1** 07/23/2026 Claim #75 filed by Jeffrey Alan Vitt, Individually & Rep. Doe / XYZ E, Amount claimed: $325,000,000.00 (Vitt, Jeffrey)

| Part | Description | Pages |
|---|---|---|
| 1 | Main Document | 12 |
| 2 | Exhibit Master Omnibus Addendum | 12 |
| | All parts | 24 |

**Description**
**Remarks**

---

**76** 08/31/2026 Nester J. Houghton 08/31/2026

**Original entered date** 08/31/2026
67315 Armel Road

Mandeville, LA
7047
**Amount claimed:** $6,928.00

**History / Documents**

**76-1** 08/31/2026 Claim #76 filed by Nester J. Houghton, Amount claimed: $6,928.00 (KaidenKimble)

| # | Original File Date | Creditor | Status | Total Claimed Amount | Last Updated |
|---|---|---|---|---|---|
| | Description<br>Remarks | | | | |

# WALKER & PATTERSON, P.C.

4815 DACOMA
HOUSTON, TEXAS 77092
P.O. BOX 61301
HOUSTON, TEXAS 77208

TELEPHONE (713) 956-5577
FAX (713) 956-5570

# CONTRACT OF REPRESENTATION

***Allison D. Byman, solely in her capacity as Plan Administrator for MMA Law Firm, PLLC (“Client”)*** hereby employs and retains the law firm of WALKER & PATTERSON, P.C. (herein referred to as “Attorneys”) as set forth herein.

## 1. SCOPE OF REPRESENTATION

The Attorneys agree to represent Client in reviewing, objecting to, litigating, and resolving claims asserted against the bankruptcy estate of MMA Law Firm, PLLC in Case No. 24-31596 in the United States Bankruptcy Court for the Southern District of Texas (the “Claims Work”), under the Third Amended Joint Plan of Liquidation confirmed by the Court’s order entered August 5, 2026 [Dkt. No. 1648] (the “Plan”). The Claims Work includes analyzing the claims register, preparing and prosecuting objections to claims, responding to claimants, conducting discovery, appearing at hearings, negotiating and documenting settlements of disputed claims, seeking estimation of claims, and related legal services requested by Client.

This Agreement is separate from, and does not modify, amend, supersede, or limit, the Contract of Representation between MMA Law Firm, PLLC and the Attorneys dated April 8, 2024, the Court’s Order entered July 18, 2024 [Dkt. No. 173] approving it, or Section 2.2.3 of the Plan, all of which remain in full force and effect. The Attorneys will not be compensated under this Agreement for any service for which they are compensated under that contract and order, and will not be compensated under that contract and order for any service compensated under this Agreement.

If at any time during the course of the representation the Attorneys make a good faith determination that further action is untenable, the Attorneys may seek to withdraw. Attorneys acknowledge that withdrawal may require Court approval.

I acknowledge that I have retained the Attorneys for the sole purposes expressly stated in this Agreement and none other. I understand neither the Attorneys nor their employees or other representatives make any representations of any kind to perform any legal service, or to provide any legal opinions on any matter not expressly stated in this contract, including the appeal of any adverse judgment or ruling.

## 2. AUTHORITY OF THE ATTORNEYS

Following consultation with Client, I empower the Attorneys to take all steps in this matter deemed by them to be advisable, including filing any objections, responses, motions, or other pleadings necessary. However, it is understood that notwithstanding anything to the contrary in this Agreement, I shall retain ultimate control of the representation and final decisions regarding all potential agreements and settlements, as provided in Sections 5.5 and 8.1 of the Plan.

## 3. ATTORNEYS’ FEES

Approval by the Bankruptcy Court of this fee arrangement is required before this Agreement becomes effective (Plan §§ 2.2.2, 5.13). The Attorneys will perform the Claims Work at reduced hourly rates of $700.00 per hour for Miriam T. Goott and $750.00 per hour for Johnie J. Patterson. Time will be

recorded in increments of one tenth of an hour. The Attorneys will submit monthly invoices to Client and to the Oversight Committee established under the Plan. If no written objection is made within fourteen days, Client may pay the invoice from estate funds as a Permitted Expense under the Plan. Any disputed amount will be paid only on agreement or order of the Bankruptcy Court.

The reduced rates reflect the Attorneys' familiarity with this case since April 2024, which will allow the Claims Work to be performed efficiently, and the Attorneys' agreement to provide these services to the estate at rates below their standard rates.

## 4. EXPENSES

I understand that the Attorneys will advance any or all of the costs and expenses reasonably necessary for the Claims Work, including filing fees, copying, postage, courier charges, computer-assisted legal research, transcripts, and travel. The Attorneys will be reimbursed for actual and necessary expenses in the same manner as their fees.

## 5. SETTLEMENT DISCUSSIONS

No settlement of any claim shall be made without my full knowledge and approval. I will have authority to accept or reject any proposed resolution of a disputed claim after receiving the advice of the Attorneys. I authorize the Attorneys to enter into settlement negotiations with claimants and to disclose information relevant to the evaluation of those claims.

## 6. NO GUARANTEE OF RESULT

I understand that the Attorneys have made no guarantee or assurances of any kind regarding the outcome of any objection to a claim or any other matter within the scope of this Agreement.

## 7. TERMINATION OF REPRESENTATION

I may terminate the Attorneys' representation under this Agreement at any time. Should I do so, I understand and agree that the Attorneys will be entitled to payment, under Section 3 of this Agreement, of fees earned and expenses incurred through the date of termination. Termination of this Agreement does not affect the Attorneys' employment under the Court's Order entered July 18, 2024 [Dkt. No. 173] or Section 2.2.3 of the Plan.

## 8. CLIENT ACKNOWLEDGMENTS

I acknowledge I have been encouraged by the Attorneys to consult other counsel concerning the negotiation of this fee Agreement and I have made sufficient investigation to determine this Agreement is fair and reasonable and the result of an arm's length negotiation with the Attorneys.

I understand that engaging the services of an attorney brings with it certain responsibilities on my part. In this regard, I agree to cooperate with the Attorneys at all times, to comply with reasonable requests, and to provide, or cause the Consultants retained under the Plan to provide, the records and information the Attorneys need to perform the Claims Work.

**I UNDERSTAND THAT IT IS MY RESPONSIBILITY TO KEEP THE ATTORNEYS INFORMED OF MY CURRENT CONTACT INFORMATION. IN THE EVENT THAT I NEED TO REPORT ANY CHANGES, I WILL CALL 713.956.5577 OR E-MAIL THE ATTORNEYS AT MGOOTT@WALKERANDPATTERSON.COM AS SOON AS POSSIBLE.**

## 9. LAW GOVERNING

This contract shall be construed under and in accordance with the laws of the State of Texas, and the rights, duties, and obligations of Client and Attorneys regarding Attorneys' representation of Client and

this Agreement shall be governed by the laws of the State of Texas, subject to the jurisdiction of the Bankruptcy Court under the Plan.

## 10. SEVERABILITY

If any part of this Agreement shall for any reason be found unenforceable, I agree that all other portions shall nevertheless remain valid and enforceable.

## 11. INTEGRATION

I acknowledge I have retained Walker & Patterson, P.C. for the sole purposes expressly stated in this contract. I understand that Walker & Patterson, P.C., its partners, associates or other representatives make no representations, express or implied, to perform any legal services or provide any legal opinions on any matter not expressly addressed in this contract. Except for the April 8, 2024 Contract of Representation and the Court's Order entered July 18, 2024 [Dkt. No. 173], which remain in effect as provided in Section 1, this Contract constitutes the sole and only Agreement of the parties regarding the Claims Work and supersedes any prior understandings regarding that subject. Any modification of this Agreement will be of no effect unless written and signed by Client and Attorneys.

I HAVE READ AND UNDERSTAND THIS CONTRACT AND AGREE TO ITS TERMS.

**CLIENT SIGNATURE:**

____________________________________
Allison D. Byman, solely as Plan Administrator
for MMA Law Firm, PLLC

Date: ______________________, 2026.

**ATTORNEY SIGNATURE:**

*/s/ Johnie J. Patterson*
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX 77208
713.956.5577 Telephone
713.956.5570 Fax
e-mail: jjp@walkerandpatterson.com

**NOTICE TO CLIENTS**

The State Bar of Texas investigates and prosecutes professional misconduct committed by Texas attorneys.

Although not every complaint against or dispute with a lawyer involves professional misconduct, the State Bar Office of General Counsel will provide you with information about how to file a complaint.

For more information, please call 1/800/932-1900. This is a toll-free phone call.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| IN RE | § | Chapter 11 |
| | § | |
| MMA Law Firm, PLLC | § | Case No. 24-31596 |
| | § | |
| DEBTOR | § | |
| | § | |

**DECLARATION OF MIRIAM T. GOOTT ON BEHALF OF WALKER & PATTERSON, P.C. PURSUANT TO FED. R. BANKR. P. 2014 AND 2016**

Pursuant to Bankruptcy Rules 2014 and 2016, I, Miriam T. Goott, on behalf of Walker & Patterson, P.C. (the **"Firm"** or **"W&P" or "WP"**), state as follows:

1. I am an attorney at law duly licensed to practice in the State of Texas. I am also admitted to practice in this Court. I am an attorney in the law firm of Walker & Patterson, P.C., which maintains its offices at 4815 Dacoma, Houston, Texas 77092, and I am authorized to make this declaration for the purpose of fulfilling the disclosure requirements of Fed. R. Bankr. P. 2014(a) and 2016.

2. W&P is a Houston-based law firm with considerable experience in bankruptcy, insolvency, and commercial and business litigation, and is qualified to represent the Plan Administrator in the claims objection matters described in the Application.

3. I have represented the Debtor in this case since it was filed. W&P's employment as counsel for the Debtor was approved by the Court's Order entered July 18, 2024 [Dkt. No. 173] (the **"Employment Order"**), effective as of April 8, 2024, with Johnie J. Patterson as attorney in charge. I prepared and filed W&P's application for employment [Dkt. No. 3] and have worked on this case continuously since then.

4. During the case, I have, among other things: (a) prepared and filed the Debtor's schedules and statements and administered the case; (b) filed and prosecuted more than forty

adversary proceedings to recover fees and expenses owed to the estate by successor law firms, and (c) negotiated settlements of many of them under Bankruptcy Rule 9019;

5. Since the Effective Date, represented the Plan Administrator in post-confirmation matters under the Employment Order and Section 2.2.3 of the Plan.

6. As a result, I am familiar with the Debtor's records, its creditors, the claims register, and the disputes underlying many of the filed claims.

7. Before the petition date, W&P received a $60,000.00 flat fee from the Debtor, which the Court approved under 11 U.S.C. § 328(a) (Employment Order ¶ 4(b)).

8. The Court has allowed the following interim applications of W&P under the Employment Order (the **"Fee Chart"**):

| Fee Applications | App. Dkt. | Order Dkt. | Order Date | Fees Allowed | Expenses Allowed |
|---|---|---|---|---|---|
| 1st Interim | 852 | 899 | Oct. 21, 2025 | $571,772.44 | $23,337.58 |
| 2nd Interim | 1167 | 1241 | Jan. 3, 2026 | $148,375.66 | $1,456.52 |
| 3rd Interim | 1267 | 1320 | Feb. 9, 2026 | $179,803.38 | $1,138.00 |
| 4th Interim | 1359 | 1412 | Mar. 27, 2026 | $283,181.76 | $1,345.60 |
| 5th Interim | 1420 | 1468 | Apr. 27, 2026 | $290,084.09 | $1,616.00 |
| 6th Interim | 1474 | 1525 | May 27, 2026 | $86,567.24 | $7,821.83 |
| 7th Interim | 1539 | 1575 | July 1, 2026 | $292,464.75 | $12.00 |
| 8th Interim | 1584 | 1607 | July 29, 2026 | $266,709.44 | $694.08 |
| 9th Interim | 1704 | 1751 | September 28, 2026 | $94,414.80 | $88.00 |

9. Other than the flat fee and the payments disclosed in the Fee Chart, W&P has received no compensation in connection with this case.

10. W&P continues to be employed under the Employment Order and Section 2.2.3 of the Plan, including as special litigation counsel prosecuting the WP Cases, and it may hold claims for fees and expenses allowed or to be allowed under the Employment Order.

**Proposed Engagement**

11. Subject to approval by this Court, W&P has agreed to represent the Plan Administrator in the claims objection matters described in the Application at reduced hourly rates of $700.00 per hour for me and $750.00 per hour for Johnie J. Patterson. W&P will not seek compensation under this engagement for any service compensated under the Employment Order, or under the Employment Order for any service compensated under this engagement. WP will keep separate time records for this engagement.

**Connections and Disinterestedness**

12. WP has connections to the Plan Administrator, having represented her on numerous occasions in the Southern District of Texas. Additionally, WP has represented debtors in cases where Ms. Byman served as the Chapter 7 Trustee, as well as in cases where Ms. Byman represented a creditor or the principals. A detailed list of all known connections between the Plan Administrator and WP are disclosed below:

| CASE NO. AND CASE NAME | CONNECTION BETWEEN TRUSTEE AND WP |
|---|---|
| Tradax Energy, Inc (15-33422) | WP represented the Trustee. |
| Piliszek, Theodore (13-36377) | WP represented the Debtor and the Trustee was the Chapter 7 Trustee in the case. |
| Quality Fireplaces, LTD (14-36342) | WP represented the Debtor and the Trustee was the Chapter 7 Trustee in the case. |
| Gremilion, Terrance (19-34465) | WP represented the Debtor and the Trustee was the Chapter 7 Trustee in the case. |
| Willis, Rosa (21-33851) | WP represented the Debtor and the Trustee was the Chapter 7 Trustee in the case. |
| Graubart, Marc (13-34526) | WP represented the Debtor and the Trustee was the Chapter 7 Trustee in the case. |
| Microcinema, Inc.(14-32246) | WP represented the Debtor and the Trustee was the Chapter 7 Trustee in the case. |
| Porter Development Partners, LLC (15-31305) | WP represented the Debtor and the Trustee was the Chapter 7 Trustee in the case. However, Trustee rejected the appointment. |
| WB Murphy Road Development, LLC (15-31307) | WP represented the Debtor and the Trustee was the Chapter 7 Trustee in the case. However, Trustee rejected the appointment. |

| | |
|---|---|
| Uselton, Darrel (17-34351) | WP represented the Debtor and the Trustee was the Chapter 7 Trustee in the case. |
| 2500 West Loop Inc. (18-20459) | WP represented the Debtor and the Trustee was the Chapter 7 Trustee in the case. |
| Hendrick, Keith (12-38330) | WP represented the Debtor and the Trustee was the Chapter 7 Trustee in the case. |
| Certified Roofing Systems & Construction (22-33544) | WP represented the Debtor and the Trustee was the Chapter 7 Trustee in the case. |
| Wilcox, Richard D. (15-31526) | WP represented the Debtor and the Trustee was the Chapter 7 Trustee in the case. |
| Norris of Houston, Inc. (16-34059) | WP represented the Trustee. |
| Paragon Global, LLC (17-36605) | WP represented the Trustee. |
| Abdel K. Fustok (18-32862) | WP represented the Trustee. |
| Alfred Jackson (19-33423) | WP represented the Trustee. |
| Ana Maria Lara (21-33540) | WP represented the Trustee. |
| Paradigm Telecom II, LLC (18-34112) | WP represented the Trustee. |
| Markus D. Thierry (23-33999) | WP represented the Trustee. |
| Mark Ryan Boyle (22-30156) | WP represented the Trustee. |
| Linh Liberato Dao Hoang (19-32799) | WP represented the Trustee. |
| Hardcore Trucking Solutions LLC (23-31422) | WP currently represents the Trustee. |
| Nelkin & Nelkin, PC (23-34054) | WP represents the Debtor and the Trustee represents the principals. |
| Fatih Ozcelebi (20-70295) | WP represented the Debtor and the Trustee represented a creditor. |
| Markus D. Thierry (23-33999) | WP represented the Trustee. |
| Gonzalez, Jose (11-36920) | WP represented the Trustee. |
| Jones, William and Denise (21-31244) | WP represented the Trustee. |
| Akin Mears (25-30358) | WP currently represents the Trustee |
| Vaughan Law Firm, PC | WP currently represents the Trustee |

13. WP has no connections to the United States Trustee ("**UST**") or its employees, other than the UST appearing in cases where WP represents parties in the United States Bankruptcy Court for the Southern District of Texas ("**Bankruptcy Court**").

14. WP has limited connections to the Bankruptcy Court: (a) General and numerous appearances in the Bankruptcy Court for the Southern District Court of Texas in the normal course of its practice; (b) Participation in, and preparation for, educational programming and continuing legal education (CLE) programs involving members of the bar and the bench over the last twenty-

five (25) years; (c) Ms. Goott co-chaired two events titled "Roadways to the Bench" with Judge Isgur and Judge Lopez; and Ms. Goott was sworn-in to the Texas Bar by Judge Isgur in 2005.

15. W&P also has connections to EAJF, a secured creditor in this case. Specifically, WP currently represents Ms. Byman in the Vaughan Law Firm, PC bankruptcy case and EAJF is a creditor in that case. Furthermore, David Childers, one of the members on the Oversight Committee is an employee of or connected to EAJF.

16. Furthermore, the disclosures contained in the declaration attached to the Employment Application at ECF No. 3, are incorporated herein and attached to this Declaration as Exhibit A.

17. Other than as disclosed in this declaration, and to the best of my knowledge, information and belief, formed after due inquiry, W&P has no connection with the Debtor, its creditors, the Plan Administrator, the members of the Oversight Committee, other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

18. W&P does not possess any economic interest at all that pertains to the debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States Trustee.

19. Out-of-pocket expenses will be reimbursed from the estate as provided in the Application. Expenses generally include charges for photocopying, courier services, document retrieval costs, printing, computer-assisted legal research (Westlaw/Lexis), postage, filing fees, transcripts, deposition fees, subpoena fees, parking fees, tolls, travel expenses (including mileage), and any fees for outside contract services.

20. No agreement or understanding exists between W&P and any other person (other than members of the firm) for the sharing of compensation received for services to be rendered in connection with this representation.

21. Therefore, W&P believes that it is "disinterested person" within the meaning of 11 U.S.C. §101(14).

I declare under penalties of perjury that the foregoing is true and correct.

Dated: **October 2, 2026.**

*/s/ Miriam T. Goott*
Miriam T. Goott

EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | **Chapter 11** |
| | § | |
| **MMA Law Firm, PLLC** | § | **Case No. 24-31596** |
| | § | |
| **DEBTOR** | § | |
| | § | |
| | § | |

**DECLARATION OF WALKER & PATTERSON, P.C. PURSUANT**
**<u>TO 11 U.S.C. § 327 AND FED. R. BANKR. P. 2016</u>**

Pursuant to Bankruptcy Code Section 327 and Bankruptcy Rule 2016, Walker & Patterson, P.C. (the ***"Firm" or "W&P"***) states as follows:

1. I am an attorney at law duly licensed to practice in the State of Texas. I am also admitted to practice in this Court. I am a partner in the law firm of Walker & Patterson, P.C. ("W&P") which maintains its offices at 4815 Dacoma, Houston, Texas 77092, and I'm authorized to make this declaration for the purpose of fulfilling the disclosure requirements of FED. R. BANKR. P. 2014(a).

2. W&P is a Houston-based law firm. W&P has considerable experience in bankruptcy, insolvency and commercial and business litigation, and is qualified to represent the Debtor in this case.

3. To the best of my knowledge, information and belief, formed after due inquiry, W&P has no known relationship with the Debtor, its creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee or any person employed by the Office of the United States Trustee.

4. W&P has no other known connection with the Debtor, its creditors, any other parties-in-interest, its respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee and is a "disinterested person" within the definition of Section 101(14) of the Bankruptcy Code.

5. Subject to approval by this Court, W&P has agreed to represent the Debtor in this matter on a hybrid basis. WP agrees to represent the Debtor in administering the chapter 11 proceeding on a flat-fee of $60,000.00 **("Flat-Fee").** The Flat-Fee was paid by the Debtor to W&P pre-petition. In addition, the Debtor has proposed and W&P has agreed to represent the Debtor on a 40% contingency fee on all value

obtained by W&P for the estate, including but not limited to money recovered and collected, sale of property, reduction of liability, and all other benefits obtained for the estate.

6. Out of pocket expenses will be reimbursed by the Debtor.

7. Expenses generally include charges for photocopying, courier services, document retrieval costs, printing, computer-assisted legal research (Westlaw/Lexis), postage, long distance, telecopier, deposition fees, filing fees, witness fees, subpoena fees, parking fees, tolls, travel expenses (including mileage), and any fees for outside contract services. In certain cases, charges are set by the service providers or outside contractors.

8. No agreement or understanding exists between W&P and any other person (other than members of the firm) for the sharing of compensation received for services to be rendered in connection with this representation.

9. W&P reserves the right to amend and/or supplement this Declaration and the disclosures herein.

**I declare under penalties of perjury that the foregoing is true and correct.**

**Dated: April 11, 2024**

*/s/Johnie Patterson*
Johnie Patterson

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| IN RE | § | Chapter 11 |
| | § | |
| MMA Law Firm, PLLC | § | Case No. 24-31596 |
| | § | |
| DEBTOR | § | |
| | § | |

**ORDER AUTHORIZING THE PLAN ADMINISTRATOR TO EMPLOY WALKER & PATTERSON, P.C. AS COUNSEL FOR CLAIMS OBJECTIONS**

[Relates to Dkt. No. ___]

Came on for consideration the Plan Administrator's Application for Authority to Employ Walker & Patterson, P.C. as Counsel for Claims Objections (the **"Application"**). The Court finds that notice of the Application was sufficient, that the Plan Administrator gave the Oversight Committee the notice required by Section 5.13 of the Plan, and that the relief requested is authorized by the Plan and is in the best interest of the estate. It is therefore

**ORDERED** that the Application is **GRANTED**; and it is further

**ORDERED** that the Plan Administrator is authorized to employ Walker & Patterson, P.C. (**"W&P"**) as her counsel to review, object to, litigate, and resolve claims against the estate on the terms of the Contract of Representation attached to the Application as Exhibit A, effective as of August 20, 2026, the effective date of the Debtor's Third Amended Joint Plan of Liquidation, and it is further

**ORDERED** that W&P shall be compensated for those services at $700 per hour for Miriam T. Goott and $750 per hour for Johnie J. Patterson, plus reimbursement of actual and necessary expenses, in accordance with the procedure described in the Application; and it is further

**ORDERED** that nothing in this Order modifies, amends, supersedes, or limits this Court's Order entered July 18, 2024 [Dkt. No. 173] or Section 2.2.3 of the Plan, both of which remain in full force and effect; and it is further

**ORDERED** that W&P shall not be compensated under this Order for any service for which it is compensated under the Order at Dkt. No. 173; and it is further

**ORDERED** that the Court retains jurisdiction over all matters arising from the implementation of this Order.

SIGNED ________________________, 2026.

________________________________________

EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE