**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MMA LAW FIRM, PLLC, | § | Case No. 24-31596 |
| | § | |
| | § | Chapter 11 |

**ORDER GRANTING PLAN ADMINISTRATOR'S EMERGENCY MOTION FOR LEAVE TO FILE HEARING EXHIBITS 31 AND 32 UNDER SEAL**

(Relates to ECF No. ____)

The Court has considered the Plan Administrator's Emergency Motion for Leave to File Hearing Exhibits 31 and 32 Under Seal (the "Emergency Motion"). It is ORDERED that:

1. The Emergency Motion is GRANTED.

2. The Plan Administrator may file Exhibit 31 and Exhibit 32 under seal.

3. The Plan Administrator may serve unredacted copies of Exhibits 31 and 32 on counsel for Cristóbal M. Galindo, P.C., and counsel for Houghtaling Law Firm, LLC, and may provide them to the Court and to witnesses for use at the hearing on November 23, 2026.

4. Any person who receives the sealed exhibits shall not disclose or otherwise disseminate their contents to any other person or entity without the prior written consent of this Court.

5. The Court retains jurisdiction over all matters arising from or related to this Order.

SIGNED: ____________________

_________________________________________
EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE