**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-31596 (EVR) |
| | § | |
| MMA LAW FIRM, PLLC, | § | CHAPTER 11 |
| | § | |
| Debtor. | § | |

**ORDER DENYING JEFFREY ALAN VITT'S EXPEDITED MOTION FOR CONTINUANCE, COORDINATED DISCOVERY AND EVIDENTIARY SETTINGS, LEAVE TO COMPLETE DISCLOSURES, AND DETERMINATION OF IFP AND RELATED PREPARATION ASSISTANCE**

**[Relates to ECF No. 1866]**

The Court has considered the Expedited Motion for Continuance, Coordinated Discovery and Evidentiary Settings, Leave to Complete Disclosures, and Determination of IFP and Related Preparation Assistance [ECF No. 1866] (the "Motion") filed by Jeffrey Alan Vitt, the response of the Plan Administrator, and the record. The Court finds that the Motion should be denied. It is therefore

**ORDERED** that the Motion is DENIED; it is further

**ORDERED** that the hearing on the matters recessed on November 10, 2026 shall resume on December 4, 2026, at 1:30 p.m., as previously set; and it is further

**ORDERED** that no additional witness lists, exhibit lists, disclosures, or discovery will be permitted in connection with the resumed hearing absent further order of the Court.

Signed: ____________________

_______________________________
EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE