United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 19, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER**
**STRIKING MOTION TO WITHDRAW THE REFERENCE**
***Resolving Dkt. No. 1852***

Pending before the Court is the "Motion to Withdraw the Bankruptcy Reference, Jury Demand, and Notice of Non-Consent to Entry of Final Orders" (the "*Underlying Case Motion*") filed by The Chopin Law Firm, LLC ("*Movant*") on November 13, 2026, at Dkt. No. 1852.[1] Movant is a defendant in related Adversary Case No. 25-3029 (the "*Adversary Case*"). Also on November 13, 2026, Movant filed a "Motion to Withdraw the Bankruptcy Reference, Jury Demand, and Notice of Non-Consent to Entry of Final Orders" (the "*Adversary Case Motion*") in the Adversary Case at Adv. Dkt. No. 14.

By the Underlying Case Motion, Movant requests this Court to "prepare a Report and Recommendation that the District Court enter an order [ ] immediately withdrawing the reference as to this [a]dversary [p]roceeding in its entirety." Dkt. No. 1852, at 19. The Adversary Case Motion is substantially identical to the Underlying Case Motion and requests identical relief. *Compare id.*, *with* Adv. Dkt. No. 14, at 19. Because the Underlying Case Motion requests relief in the Adversary Case, the Underlying Case Motion was improperly filed in the above-captioned case. Accordingly, it is therefore:

**ORDERED:** that

1. The "Motion to Withdraw the Bankruptcy Reference, Jury Demand, and Notice of Non-Consent to Entry of Final Orders" filed by The Chopin Law Firm, LLC on November 13, 2026, at Dkt. No. 1852 is STRUCK.

2. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**SIGNED Thursday, November 19, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**

[1] References to docket entries in the above-captioned bankruptcy case take the format of "Dkt. No. __." References to docket entries in the related adversary proceeding, No. 25-3029, take the format of "Adv. Dkt. No. __."

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 24-31596-evr
MMA Law Firm, PLLC Chapter 11
Official Committee of Unsecured Creditor
Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
| Date Rcvd: Nov 19, 2026 | Form ID: pdf111 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | AMO Trial Lawyers, LLC, 3045 Ridgelake Dr., Suite 100, Metairie, LA 70002-4937 |
| intp | + | Allied World Insurance Company, 1690 New Britain Ave.,, Suite 101, Farmington, CT 06032-3361 |
| intp | + | Barbara Gaunichaux, 260 Dale ave, Gretna, LA 70056-7852 |
| intp | + | Barcus Arenas, PLLC, c/o CTO Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3140 |
| intp | + | Bensalah Hameurlaine, 57 Emile ave, Kenner, LA 70065-3769 |
| intp | + | Douglas Freeman, 22108 W McKinney Rd, Springfield, LA 70462-8903 |
| intp | + | Frank Martin, 42587 Highway 10, Franklinton, LA 70438-5645 |
| intp | + | Gulf Coast Attorneys, LLC, c/o Albert J. Derbes IV, 3027 Ridgelake Drive, Metairie, LA 70002-4924 |
| intp | + | James Jochum, 709 Codifer Blvd., Metairie, LA 70005-3750 |
| intp | + | Jennifer Jason Joy & Associates, PLLC, Suite 1801, 909 Texas St., Suite 1801, Houston, TX 77002-3192 |
| intp | + | John Zachary Moseley, 1235 N. Loop West, Suite 810, Houston, TX 77008-1764 |
| dft | + | LaHatte Law Firm, LLC, 2000 Clearview Parkway, Suite 203, Metairie, LA 70001-2441 |
| intp | + | Pandit Law Firm, LLC, c/o Raj Pandit, 701 Poydras Street, Suite 3950, New Orleans, LA 70139-7731 |
| dft | + | The Chopin Law Firm, 650 Poydras Street, Suite 1550, New Orleans, LA 70130, UNITED STATES 70130-7213 |
| intp | + | The Monson Law Firm, LLC, 5 Sanctuary Boulevard, Suite 101, Mandeville, LA 70471-5304 |
| intp | + | Voorhies Law Firm, LLC, c/o The Derbes Law Firm, 3027 Ridgelake Dr, Metairie, LA 70002-4924 |
| intp | + | Yulonda Alexander, P.O Box 125, Wilson, LA 70789-0125 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: adb@bymanlaw.com | Nov 19 2026 19:48:51 | Allison D. Byman, 7924 Broadway, Suite 104, None, Pearland, TX 77581-7933 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Alvin Coleman, Jr |
| intp | | Austin Haydel |
| intp | | Betty Jarrell |
| intp | | Broussard & Dove PLLC |
| intp | | Broussard Injury Lawyers, LLC, Daly & Black, P.C., |
| intp | | Daly & Black, P.C. |
| intp | | Danny Neal |
| intp | | Donald Henderson |
| intp | | Edwin Hessler |
| intp | | Eric Starks |

| | | |
|---|---|---|
| intp | | Gayle Heard, et al. |
| intp | | Hair & Shunnarah Trial Attorneys, LLC |
| intp | | Hancock Whitney Bank |
| intp | | James Junkin |
| intp | | Jason J. Joy & Associates, PLLC |
| intp | | Jessica Martin Scott |
| intp | | Kane Russell Coleman Logan PC |
| intp | | Katherine Monson |
| intp | | Katherine Salvant |
| intp | | Krause & Kinsman Trial Lawyers, LLC |
| intp | | Laborde Earles |
| intp | | Lindsay Cantrelle |
| intp | | Louisiana Louisiana Insurance Guaranty Association |
| intp | | Norman Bonck |
| intp | | Paul Rahfield |
| intp | | Porsche Financial Services, Inc. |
| intp | | Rachelle Cope |
| intp | | Sandra Plough |
| intp | | Sara Ardoin |
| intp | | State Farm Fire & Casualty Company |
| intp | | Tasha Venson |
| intp | | Thaddeus Thompson |
| intp | | The Sangisetty Law Firm, PLLC |
| intp | | Tort Network, LLC d/b/a Velawcity |
| intp | | Troy Scott |
| intp | ##+ | New Orleans Legal, LLC, c/o Peter Diiorio, 825 Baronne Street, New Orleans, LA 70113-1102 |

TOTAL: 35 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2026 Signature: /s/Gustava Winters