**Charlie Shelton**

**From:** Miriam Goott <mgoott@walkerandpatterson.com>
**Sent:** Tuesday, May 19, 2026 8:22 PM
**To:** Charlie Shelton
**Subject:** Fwd: HLF/GLF - April

***Miriam Goott***
***Walker & Patterson, P.C.***
***4815 Dacoma***
***Houston, TX 77092***
***713.956.5577***
***713.956.5570 fax***

---------- Forwarded message ---------
From: **Katy Ohlsson** <kohlsson@mma-pllc.com>
Date: Tue, Apr 28, 2026 at 5:26 PM
Subject: Re: HLF/GLF - April
To: Miriam Goott <mgoott@walkerandpatterson.com>

Only 3 are MMA:

| | | |
|---|---|---|
| | [redacted] | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | MMA |
| | | MMA |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | MMA |
| | | |

**Katy S. Ohlsson**
Vice President of Operations
kohlsson@mma-pllc.com

MMA LAW FIRM

1235 N. Loop W, Suite 810
Houston, TX 77008
Principal Office: (713) 334-6121
Fax: (713) 322-5953
Toll-Free: (844) 622-7552
www.mma-pllc.com

---

**From:** Miriam Goott <mgoott@walkerandpatterson.com>
**Sent:** Tuesday, April 28, 2026 2:41 PM
**To:** Katy Ohlsson <kohlsson@mma-pllc.com>
**Subject:** Fwd: HLF/GLF - April

See attached list from houghtaling. Just look at the attachment. These are casss that Galindo sent to houghtaling. Can you see if any of the cases were EVER mma cases. Thx

***Miriam Goott***
***Walker & Patterson, P.C.***
***4815 Dacoma***
***Houston, TX 77092***
***713.956.5577***
***713.956.5570 fax***

---------- Forwarded message ---------
From: **Becky Allen** <Becky@houghtalinglaw.com>
Date: Tue, Apr 28, 2026 at 2:12 PM
Subject: HLF/GLF - April
To: Miriam Goott <mgoott@walkerandpatterson.com>
CC: Brian Houghtaling <Brian@houghtalinglaw.com>

Miriam:

In accordance with the below email, we are attaching a list of cases that are ready for disbursement to the Galindo Firm for the month of April.

We ask that you respond to this email today regarding the attached as Galindo's office has stated that the only case associated with MMA on this list is:

[redacted]

If you have any questions, please give us a call.

Brian Cell: 504-240-8720

Becky Cell: 504-301-6062

HOUGHTALING

LAW FIRM

*Hurricane Attorneys*

*Becky Allen*

*Paralegal*

**Houghtaling Law Firm, LLC**

www.houghtalinglaw.com

**TWO LAKEWAY**

**3850 North Causeway Blvd.**

**Suite 1090**

**Metairie, LA 70002**

**504-901-6767 (Telephone)**

**877-448-5339 (Facsimile)**

*Confidentiality Notice*

*This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this email in error, and that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you receive this email in error, please immediately notify me at Houghtaling Law Firm, LLC by return email. You will be reimbursed for reasonable costs incurred in notifying us.*

---

**From:** Becky Allen
**Sent:** Thursday, April 2, 2026 10:29 AM
**To:** Miriam Goott <mgoott@walkerandpatterson.com>
**Cc:** Brian Houghtaling <Brian@houghtalinglaw.com>
**Subject:** HLF/GLF - March

Miriam:

Brian is currently traveling, but he asked me to send you this email.

Attached is a list of the cases that are ready for disbursement to the Galindo Law Firm. Under Louisiana Law and ethical obligation, we are required to remit payment to the Galindo Law Firm for cases that were not associated with MMA. As you and Brian discussed on the phone, and he is copied to this email herein, you stated that you were able to cross reference to determine which cases were MMA associated cases. We are required under Louisiana Law and ethical obligation to remit payment to the Galindo Law Firm for cases that have cleared. As such, we ask that you respond to this email today regarding the attached as Galindo's office has stated that the only case associated with MMA on this list is:

[redacted]

Again, please verify for us and respond today so we can honor our obligation to release any unassociated funds to the Galindo Law Firm timely.

If you have any questions, please give us a call.

Brian Cell: 504-240-8720

Becky Cell: 504-301-6062

HOUGHTALING

LAW FIRM

*Hurricane Attorneys*

*Becky Allen*

*Paralegal*

**Houghtaling Law Firm, LLC**

www.houghtalinglaw.com

**TWO LAKEWAY**

**3850 North Causeway Blvd.**

**Suite 1090**

**Metairie, LA 70002**

**504-901-6767 (Telephone)**

**877-448-5339 (Facsimile)**

***Confidentiality Notice***

*This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this email in error, and that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you receive this email in error, please immediately notify me at Houghtaling Law Firm, LLC by return email. You will be reimbursed for reasonable costs incurred in notifying us.*