**From:** Miriam Goott
**To:** Charlie Shelton
**Cc:** Johnie Patterson
**Subject:** Re: In re MMA Law Firm, No. 24-31596 – Scheduling HLF Corporate-Representative Deposition
**Date:** Friday, November 13, 2026 1:31:51 PM
**Attachments:** image002.png
image001.jpg

---

I oppose a continuance. I oppose discovery on irrelevant facts and issues that you should have known before they were pleaded.

I thought these games were behind us. I thought you were sincere when you apologized after your antics with Ruth and attempts at default.

I gave you the benefit of the doubt when you filed galindos bankruptcy without telling me... while we were negotiating.

We can do it your way. All communications going forward must be in writing.

*Miriam Goott*
*Walker & Patterson, P.C.*
*4815 Dacoma*
*Houston, TX 77092*
*713.956.5577*
*713.956.5570 fax*

On Fri, Nov 13, 2026 at 12:44 PM Charlie Shelton <cshelton@haywardfirm.com> wrote:

> Miriam,
>
> I wasn't just trying to buy time for discovery, but I acknowledge that once you agreed to the continuance, I did slow down a couple days on getting out discovery. If I serve the subpoenas today, I can still take HLF's deposition and get 3d party subpoena documents by Nov 30 regardless, so I'm not sure as to the reason for the dispute here. It seems like you're opposing discovery regardless of when a hearing would be set or am I misunderstanding what you've written?
>
> I respectfully request you to reconsider your stance on this.
>
> Sincerely,
>
> ***Charlie Shelton***

*ATTORNEY & COUNSELOR*

**EMAIL:** CSHELTON@HAYWARDFIRM.COM

**DIRECT/CELL:** (737) 881-7101

**AUSTIN:** 7600 BURNET ROAD, STE. 530

AUSTIN, TEXAS 78757

MAIN/FAX: (737) 881-7100

**DALLAS:** 10501 N. CENTRAL EXPRESSWAY, SUITE 106

DALLAS, TEXAS 75231

MAIN/FAX: (972) 755-7100

**IMPORTANT/CONFIDENTIAL:** THIS MESSAGE FROM THE LAW FIRM OF HAYWARD PLLC IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT (OR AUTHORIZED TO ACT ON BEHALF OF THE INTENDED RECIPIENT) OF THIS MESSAGE, YOU MAY NOT DISCLOSE, FORWARD, DISTRIBUTE, COPY, OR USE THIS MESSAGE OR ITS CONTENTS. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL AND DELETE THE ORIGINAL MESSAGE FROM YOUR E-MAIL SYSTEM.

*Please consider the environment before printing this e-mail.*

**From:** Miriam Goott <mgoott@walkerandpatterson.com>
**Sent:** Friday, November 13, 2026 12:28 PM
**To:** Charlie Shelton <cshelton@haywardfirm.com>
**Cc:** Brian Houghtaling <brian@houghtalinglaw.com>; Becky Allen <becky@houghtalinglaw.com>
**Subject:** Re: In re MMA Law Firm, No. 24-31596 – Scheduling HLF Corporate-Representative Deposition

Charlie,

You asked me to continue the hearing due to a medical procedure. It is now very clear to me that you are just buying time to conduct discovery on your own motion when you should already have facts to support these allegations. Furthermore, the issues in your motion address final orders and any discovery you seek of HLF goes beyond those orders as identified in your topics. We oppose a continuance and we oppose this deposition.

Miriam

***Miriam Goott***

***Walker & Patterson, P.C.***

***4815 Dacoma***

***Houston, TX 77092***

***713.956.5577***

***713.956.5570 fax***

On Fri, Nov 13, 2026 at 11:11 AM Charlie Shelton <cshelton@haywardfirm.com> wrote:

> Good morning,
>
> GLF intends to take a deposition of Houghtaling Law Firm, LLC through a designated representative under Rule 30(b)(6) in connection with its administrative expense motion (ECF 1780), which is going to be set for an evidentiary hearing on December 17 at 9:30 a.m. I am seeking a 30(b)(6) deposition and I propose the week of December 7, 2026.

Please let me know what days that week work for you all. If that week doesn't work, I'd be happy to look into other days if possible.

The topics to be covered are:

1. How HLF received each client, including the referring firm, the referral date, and the attorney-client contracts in effect.
2. Whether MMA ever represented, appeared for, or was associated with any of the relevant clients.
3. How HLF prepared Exhibits A and B to the HLF Settlement Agreement and classified clients as Former MMA Clients, and who participated in that work.
4. The factual basis for HLF's representation that, except for Barry Fletcher, the Former MMA Clients were referred to HLF by Galindo.
5. HLF's Communications with MMA and its counsel about which clients were associated with MMA. This includes the March 2026 "Galindo Cases" emails and HLF's statement that it was required to remit payment to GLF for cases not associated with MMA.
6. Fees and expenses received, and payments made, on each client. This includes amounts paid to MMA, the dates of those payments, and any funds HLF still holds.
7. HLF's receipt of, and response to, GLF's August 5, 2026 letter.
8. HLF's search for, and production of, to be subpoenaed documents.

I propose the week of December 7, 2026 via video.

Sincerely,

***Charlie Shelton***

*Attorney & Counselor*

**Email:** CShelton@HaywardFirm.com

**Direct/Cell:** (737) 881-7101

**AUSTIN:** 7600 BURNET ROAD, STE. 530

AUSTIN, TEXAS 78757

MAIN/FAX: (737) 881-7100

**DALLAS:** 10501 N. CENTRAL EXPRESSWAY, SUITE 106

DALLAS, TEXAS 75231

MAIN/FAX: (972) 755-7100

**IMPORTANT/CONFIDENTIAL:** THIS MESSAGE FROM THE LAW FIRM OF HAYWARD PLLC IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT (OR AUTHORIZED TO ACT ON BEHALF OF THE INTENDED RECIPIENT) OF THIS MESSAGE, YOU MAY NOT DISCLOSE, FORWARD, DISTRIBUTE, COPY, OR USE THIS MESSAGE OR ITS CONTENTS. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL AND DELETE THE ORIGINAL MESSAGE FROM YOUR E-MAIL SYSTEM.

*Please consider the environment before printing this e-mail.*