**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 24-31596-EVR** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | |
| | § | |

**ORDER DENYING EMERGENCY JOINT MOTION OF THE PLAN ADMINISTRATOR AND HOUGHTALING LAW FIRM, LLC FOR PROTECTIVE ORDER AND, IN THE ALTERNATIVE, TO QUASH OR MODIFY SUBPOENA**

(Relates to ECF No. 1860)

The Court has considered the Emergency Joint Motion of the Plan Administrator and Houghtaling Law Firm, LLC for Protective Order and, in the Alternative, to Quash or Modify the Subpoena Issued by Cristóbal M. Galindo, P.C. (ECF No. 1860) (the "Motion"), the response of Cristóbal M. Galindo, P.C., the evidence, and the arguments of counsel. The Court finds that the Motion should be DENIED. It is therefore

ORDERED that the Motion is DENIED; and it is further

ORDERED that the Court retains jurisdiction over all matters arising from or related to this Order.

Signed: ____________________

UNITED STATES BANKRUPTCY JUDGE