# WITNESS AND EXHIBIT LIST
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |
| **Adversary Case No:** | |
| **Style of Adversary:** | |

**State whether this amends or supplements a previously filed Witness & Exhibit list**

| Amends | | Supplements | |
|---|---|---|---|
| **Date** | **ECF No.** | **Date** | **ECF No.** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | November 23, 2026 |
| **Hearing Time:** | 9:00 AM |
| **Party's Name:** | Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm |
| **Attorney's Name:** | Herbert Charles Shelton II |
| **Attorney's Phone:** | 737-881-7101 |

**Nature of Proceeding(s):**

| CM/ECF No. | Matter |
|---|---|
| 1860 | Emergency Joint Motion of the Plan Administrator and Houghtaling Law Firm, LLC for Protective Order and, in the Alternative, to Quash or Modify the Subpoena Issued by Cristóbal M. Galindo, P.C. |
| 1875 | Response to Emergency Joint Motion for Protective Order and, in the Alternative, to Quash or Modify Subpoena |
| | |
| | |
| | |
| | |
| | |

## WITNESS LIST

| | |
|---|---|
| **Lay Witnesses:** | Any witness necessary for rebuttal or impeachment |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |

| | |
|---|---|
| | |
| **REBUTTAL/ IMPEACHMENT WITNESSES** | |
| **Lay Witnesses:** | |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| | |

| | | **FOR COURT USE ONLY** | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| **1.** | REDACTED; UNREDACTED VERSION FILED UNDER SEAL. Email chain dated April 28, 2026 (forwarded May 20, 2026), including the email from Katy S. Ohlsson (MMA) to Miriam Goott (Walker & Patterson, P.C.), "Re: HLF/GLF - April," sent April 28, 2026 at 5:26 p.m., and the underlying emails from Miriam Goott and Becky Allen (HLF). Client names and case numbers redacted in public version. | | | |
| **2.** | REDACTED; UNREDACTED VERSION FILED UNDER SEAL. Letter from Hayward PLLC to Houghtaling Law Firm, LLC dated August 5, 2026, re: Request for Documentation or Payment | | | |
| **3.** | Email transmitting Letter from Hayward PLLC to Houghtaling Law Firm, LLC dated August 5, 2026, re: Request for Documentation or Payment | | | |
| **4.** | November 22, 2026 Email Regarding Discovery Requests | | | |
| **5.** | November 13, 2026 Email Regarding Efforts to Calendar 30(b)(6) Deposition | | | |
| **6.** | November 13, 2026 Transmittal of Subpoena | | | |
| **7.** | | | | |
| **8.** | | | | |
| **9.** | | | | |
| **10.** | | | | |
| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
| **1.** | | | | |
| **2.** | | | | |

| | | | | |
|---|---|---|---|---|
| **3.** | | | | |
| **4.** | | | | |
| **5.** | | | | |
| **6.** | | | | |
| **7.** | | | | |
| **8.** | | | | |
| **9.** | | | | |
| **10.** | | | | |