**From:** Charlie Shelton
**To:** Brian Houghtaling
**Subject:** Galindo Law Firm Letter Regarding HLF Performance Under that Certain
**Date:** Wednesday, August 5, 2026 5:57:00 PM
**Attachments:** image001.jpg
image002.png
20260805_Galindo_HLF Letter.pdf

---

Good evening, Mr. Houghtaling,

Please see attached hereto communication from Galindo Law Firm regarding the MOU and payments made to MMA. I'd be happy to discuss at your convenience.

Sincerely,

***Charlie Shelton***

*Attorney & Counselor*

**Email:** CShelton@HaywardFirm.com

**Direct/Cell:** (737) 881-7101

**Austin:** 7600 Burnet Road, Ste. 530
Austin, Texas 78757
Main/Fax: (737) 881-7100

**Dallas:** 10501 N. Central Expressway, Suite 106
Dallas, Texas 75231
Main/Fax: (972) 755-7100

**IMPORTANT/CONFIDENTIAL:** THIS MESSAGE FROM THE LAW FIRM OF HAYWARD PLLC IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT (OR AUTHORIZED TO ACT ON BEHALF OF THE INTENDED RECIPIENT) OF THIS MESSAGE, YOU MAY NOT DISCLOSE, FORWARD, DISTRIBUTE, COPY, OR USE THIS MESSAGE OR ITS CONTENTS. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL AND DELETE THE ORIGINAL MESSAGE FROM YOUR E-MAIL SYSTEM.

*Please consider the environment before printing this e-mail.*