| | |
|---|---|
| **From:** | Charlie Shelton |
| **To:** | Miriam Goott; brian@houghtalinglaw.com |
| **Subject:** | In re MMA Law Firm, No. 24-31596, Proposed resolution to the motion to quash |
| **Date:** | Sunday, November 22, 2026 8:35:00 PM |
| **Attachments:** | image001.jpg<br>image002.png |

Good evening, Brian and Miriam,

I hope you're both doing well, and I hope you have a good Thanksgiving week ahead.

I'd like to try to resolve the joint motion on the HLF subpoena without the Court's help. I've taken another look at the subpoena, and I think we can cut it down to the items that matter for the December 3 hearing and make it much easier for Brian's office to respond. Here is what I'd propose:

1. **Withdrawn requests.** I would withdraw Request Nos. 1, 2, 4, 5, 6, 12, and 13 entirely.
2. **Request No. 7, narrowed.** I would limit this request to emails between HLF and MMA, or between HLF and Walker & Patterson, or between MMA and Walker & Patterson about which clients were or were not MMA clients. I'd request that the be produced them in native format with their attachments, including:
   - the April 2, 2026 "HLF/GLF – March" email;
   - the April 28, 2026 "HLF/GLF – April" email; and
   - the May 19–20, 2026 "Galindo Cases" exchange.
3. **Request Nos. 3 and 8, unchanged.** These ask for any documents showing that MMA represented or was associated with an Exhibit D client, and the reports HLF sent MMA under the settlement. I expect both are short and readily at hand.
4. **Payment records for the disputed clients only.** Request Nos. 9 and 11 are already limited to the clients listed on Exhibit D to our motion, and I would limit Request No. 10 the same way.
5. **Business records declaration.** I'd ask for a short declaration covering what HLF produces. The Exhibit C form attached to the subpoena works, but I'm glad to use whatever form Brian prefers.

If this works for you, I'd propose we submit an agreed order resolving the joint motion on these terms, or file a short notice letting the Court know the motion has been resolved, whichever you prefer. And if a different scope or timing would get us there, please let me know. I'm glad to get on a call anytime.

Thank you both and have a great week.

Best regards,

**Charlie Shelton**
*Attorney & Counselor*
**Email:** CShelton@HaywardFirm.com
**Direct/Cell:** (737) 881-7101

**Austin:** 7600 Burnet Road, Ste. 530
Austin, Texas 78757
Main/fax: (737) 881-7100
**Dallas:** 10501 N. Central Expressway, Suite 106
Dallas, Texas 75231
Main/Fax: (972) 755-7100

**IMPORTANT/CONFIDENTIAL:** This message from the law firm of Hayward PLLC is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system.

*Please consider the environment before printing this e-mail.*