**From:** Siarra Villarreal
**To:** brian@houghtalinglaw.com; becky@houghtalinglaw.com
**Cc:** Charlie Shelton; Miriam Goott
**Subject:** 24-31596 | Subpoena Duces Tecum & Ad Testificandum to Houghtaling Law Firm, PLLC | re: MMA Law Firm
**Date:** Friday, November 13, 2026 4:08:17 PM
**Attachments:** 20261113_Subpoena Duces Tecum & Ad Testicandum to Houghtaling Law Firm, PLLC_Galindo Law Firm re MMA Law Firm.pdf
image001.png
image002.png

---

Hello Mr. Houghtaling,

Please find attached a *Subpoena Duces Tecum and Ad Testificandum* to Houghtaling Law Firm, PLLC from Cristóbal M. Galindo, P.C. d/b/a Galindo Law In re: MMA Law Firm.

This will also be served via Process Server as well.

Thank You!

**Siarra Villarreal**
*Paralegal & Notary*
**Email:** SVillarreal@HaywardFirm.com
**Direct:** (737) 881-7103

**Web:** www.HaywardFirm.com
**Austin:** 7600 Burnet Road, Suite 530
Austin, Texas 78757
Main/Fax: (737) 881-7100
**Dallas:** 10501 N. Central Expressway, Suite 106
Dallas, Texas 75231
Main/Fax: (972) 755-7100