United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 23, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**<u>ORDER</u>**
***Resolving ECF No. 1860***

Pending before the Court is a single matter self-styled as "Emergency Joint Motion Of The Plan Administrator And Houghtaling Law Firm, LLC For Protective Order And, In The Alternative, To Quash Or Modify The Subpoena Issued By Cristóbal M. Galindo, P.C" ("*Motion To Quash*") ECF No. 1860 filed by MMA Law Firm, PLLC on November 18, 2026. On November 23, 2026 Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm, filed its Response. ECF No. 1875. On November 23, 2026 the Court held a hearing and for the reasons stated on the record, it is therefore

**ORDERED**: that the Motion To Quash, ECF No. 1860 is GRANTED, in part. No later than the end of business Monday, November 23, 2026 MMA Law Firm, PLLC or Houghtaling Law Firm, LLC must produce the following list of cases only, exclusive of any communications, identified in ECF No. 1877, Ex. No. 1 at 4, from an email dated April 2, 2026 and ECF No. 1877, Ex. No. 1 at 2, from an email dated April 28, 2026. The Court retains exclusive jurisdiction to interpret and enforce this Order.

**SIGNED Monday, November 23, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**