United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 24, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER STRIKING**
*Resolving ECF No. 1853*

The Defendant the Choplin Law Firm, LLC's Answer and Defenses to Debtor's Complaint[1] was erroneously filed in this case. Therefore, it is

**ORDERED** that Answer[2] is hereby STRUCK.

**SIGNED Tuesday, November 24, 2026**

**Eduardo V. Rodriguez
Chief United States Bankruptcy Judge**

[1] ECF No. 1853.
[2] *Id.*