**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**CRISTÓBAL M. GALINDO, P.C.**<br>**D/B/A GALINDO LAW FIRM,**<br><br>**Debtor.**[1] | **Chapter 11**<br><br>**Case No. 26-90764 (ARP)** |

**SCHEDULES OF ASSETS AND LIABILITIES FOR CRISTÓBAL M. GALINDO, P.C., D/B/A GALINDO LAW FIRM (CASE NO. 26-90764)**

[1] The Debtor's address is 18000 Groeschke Road, Suite A-7, Houston, Texas 77084, and the last four digits of the Debtor's federal tax identification number is 5859.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:**<br><br>**CRISTÓBAL M. GALINDO, P.C.**<br>**D/B/A GALINDO LAW FIRM,**<br><br>**Debtor.**[1] | **Chapter 11**<br><br>**Case No. 26-90764** |

## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (collectively, the "Schedules") and Statement of Financial Affairs (collectively, the "Statement," and, together with the Schedules, the "Schedules and Statement") filed by Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (this "Case") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), were prepared in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtor, with the assistance of the Debtor's professional advisors, and are unaudited.

The Schedules and Statement have been signed by Cristóbal M. Galindo, the Debtor's President, Sole Director, and Sole Shareholder. Mr. Galindo has not (nor could have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses. In addition, Mr. Galindo has not (nor could have) personally verified the completeness of the Schedules and Statement, nor the accuracy of all of the information contained therein. In reviewing and signing the Schedules and Statement, Mr. Galindo necessarily relied upon the Debtor's professional advisors and their efforts, statements, and representations in connection therewith. Although management has made reasonable efforts to ensure that the Schedules and Statement are accurate and complete based upon information that was available to them at the time of preparation, subsequent information or discovery thereof may result in material changes to the Schedules and Statement, and inadvertent errors or omissions may exist.

These *Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and Statement. The Global Notes should be referred to and reviewed in connection with

[1] The Debtor's address is 18000 Groeschke Road, Suite A-7, Houston, Texas 77084, and the last four digits of the Debtor's federal tax identification number is 5859.

review of the Schedules and Statement. Disclosure of information in a schedule, statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

**The Schedules, Statement, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtor.**

## Global Notes and Overview of Methodology

**General Reservation of Rights.** Although the Debtor's management has made every reasonable effort to ensure that the Schedules and Statement are as accurate and complete as possible under the circumstances based on information that was available to it at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statement, and inadvertent errors or omissions may have occurred, some of which may be material. Because the Schedules and Statement contain unaudited information, which remains subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statement are complete. The Debtor reserves all rights to amend the Schedules and Statement from time to time, in any and all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statement as to amount, liability, or classification, or to otherwise subsequently designate any claim ("Claim") as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statement shall constitute an admission of any claims or a waiver of any of the Debtor's rights with respect to the Case, including issues involving recharacterization, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

**Description of Cases and "As Of" Information Date.** On August 24, 2026 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. The Debtor continues to operate its business and manage its property as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Unless otherwise stated herein, liabilities are reported as of the Petition Date. To the best of the Debtor's knowledge, the asset information provided herein represents the asset data of the Debtor as of the Petition Date. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtor reserves its right to amend or adjust the value of each asset set forth as "unknown", "disputed", "contingent", "unliquidated", or "undetermined", and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statement.

**Basis of Presentation.** Information contained in the Schedules and Statement has been derived from the Debtor's books and records. The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to be fully reconcilable to audited financial statements.

**Totals.** All totals that are included in the Schedules and Statement represent totals of all known amounts included in the Debtor's books and records. To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed total, and the difference may be material. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

**Excluded Assets and Liabilities.** The Debtor has excluded potential claims arising on account of the potential rejection of executory contracts and unexpired leases, to the extent such claims exist. Certain immaterial assets and liabilities that are not reported or tracked by the Debtor may have been excluded.

**Amendments and Supplements; All Rights Reserved.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statement; inadvertent errors or omissions, however, may exist. The Debtor reserves all rights to amend and/or supplement the Schedules and Statement from time to time as is necessary and appropriate.

**References.** References to applicable loan agreements and related documents are necessary for a complete description of the collateral and the nature, extent, and priority of liens and/or claims. Nothing in the Global Notes or the Schedules and Statement shall be deemed a modification or interpretation of the terms of such agreements.

**Currency.** All amounts are reflected in U.S. dollars.

**Book Value.** Unless otherwise indicated, the Debtor's assets are shown on the basis of net book values as of the Petition Date, and the Debtor's liabilities are shown on the basis of net book values as of the Petition Date. Thus, unless otherwise noted, the Schedules and Statement reflect the carrying value of the assets and liabilities as recorded on the Debtor's books. Net book values may vary, sometimes materially, from market values. The Debtor does not intend to amend the Schedules and Statement to reflect market values.

**Recharacterization.** Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statement, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtor reserves all rights to recharacterize, reclassify, recategorize, or re-designate items reported in the Schedules and Statement at a later time as it determines to be necessary and appropriate.

**Liabilities.** The Debtor allocated liabilities between the pre-petition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available, and further research is conducted, particularly with respect to the Debtor's payable accounts, the allocation of liabilities between the pre-petition and post-petition periods may change. The Debtor reserves the right to amend the Schedules and Statement as it deems appropriate to reflect this.

**Guarantees.** Where a guaranty has been identified, it has been included in the relevant liability Schedule for the Debtor. The Debtor has also listed such guarantees on Schedule H. It is possible that a guaranty embedded in the Debtor's executory contracts, unexpired leases, and other such agreements may have been inadvertently omitted. The Debtor reserves the right to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

**Executory Contracts and Unexpired Leases.** The Debtor's executory contracts and unexpired leases have been set forth in Schedule G. In addition, while the Debtor has made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred. To the best of its knowledge, all of the Debtor's executory contracts and unexpired leases are listed on Schedule G of the Schedules. It is possible that the Debtor may be a party to certain executory contracts or unexpired leases that have not been listed on Schedule G. The Debtor reserves all rights with respect to the named parties to any and all executory contracts, including the right to amend Schedule G. In addition, although the Debtor has made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by any counterparty to such contract or lease.

**Claims Description.** Schedules D and E/F permit the Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Schedules and Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated" or that such Claim is not subject to objection. The Debtor reserves all rights to dispute any Claim reflected on the Schedules and Statement on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such Claims as "disputed," "contingent," or "unliquidated." In addition, the Debtor reserves the right to object to any listed Claim on the grounds that, among other things, the Claim has already been satisfied.

**Causes of Action.** Despite reasonable efforts, the Debtor may not have listed all of its causes of action or potential causes of action against third parties as assets in the Schedules and Statement, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtor reserves all rights for any claims, causes of action, or avoidance actions it may have, and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

**Credits and Adjustments.** The claims of creditors are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments. The Debtor reserves its rights with regard to such credits, allowances, and other adjustments, including the right to assert claim objections and/or setoffs with respect to the same.

**Setoffs**. Although offsets and other similar rights may have been accounted for when certain amounts were included in the Debtor's Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

**Confidentiality.** Redacted information may appear throughout the Schedules and Statement in accordance with the Bankruptcy Court's *Order (I) Implementing Certain Procedures to Maintain the Confidentiality of Certain Client Information; (II) Authorizing the Debtor to Redact Certain Personal Identifying Information; (III) Modifying the Required Notice Procedures Under the Bankruptcy Rules; (IV) Approving the Form and Manner of the Notice of Commencement; and (V) Granting Related Relief* [ECF No. 43].

**Global Notes Control.** In the event that the Schedules and Statement differ from these Global Notes, the Global Notes shall control.

## General Disclosures Applicable to Schedules

**Classifications.** Listing a Claim (a) on Schedule D as "secured," (b) on Schedule E/F as "priority," or (c) on Schedule E/F as "unsecured," or a contract on Schedule G as "executory" or "unexpired," does not in each case constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such Claim or contract.

**Schedule A/B - Real and Personal Property.**

Bank Accounts. Bank account balances are as of the Petition Date. Bank accounts designated as "IOLTA" are accounts held by the Debtor with unearned client funds and do not constitute assets of the Debtor's estate until earned by the Debtor. The Schedules include accounts that were active as of the Petition Date, as well as accounts that were dormant or inactive.

Causes of action against third parties. The Debtor has engaged in reasonable efforts to identify all known causes of action against third parties. However, the Debtor's precise legal strategy on a go-forward basis has not yet been determined. Accordingly, the non-inclusion of a cause of action on Schedule A/B should not be construed as a statement by the Debtor that such cause of action did not exist of the Petition Date or considered a waiver of such cause of action.

**Schedule E/F — Creditors Holding Unsecured Claims.** The Debtor has used reasonable efforts to report all general unsecured Claims against the Debtor on Schedule E/F based upon the Debtor's existing books and records as of the Petition Date; however, inadvertent errors or omissions may have occurred. The Claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. The Claims and amounts listed in respect of certain trade payables reflect amounts owed as of the Petition Date. Schedule E/F also contains information regarding pending litigation and involving the Debtor. The dollar amount of potential Claims associated with any such pending litigation is listed as "unknown" and marked as contingent, unliquidated, and disputed in the Schedules and Statement.

**Schedule G — Executory Contracts and Unexpired Leases.** While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or overinclusion by the Debtor may have occurred. Each lease and contract listed in Schedule G may include one or more ancillary documents, including any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases, which may not be listed on Schedule G. In addition, the Debtor may have entered into various other types of

agreements in the ordinary course of business, such as supplemental agreements, amendments/letter agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G.

The Debtor reserves all rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Likewise, inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect on the Petition Date or is valid and enforceable, and the Debtor reserves all rights in that regard, including, that any agreement is not executory, has expired pursuant to its terms, or was terminated pre-petition.

**Schedule H — Co-debtors.** The Debtor reserves all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guaranty, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

The Debtor may not have identified certain guarantees that are embedded in the Debtor's executory contracts, unexpired leases, and other such agreements. The Debtor reserves its right, to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or are unenforceable.

## General Disclosures Applicable to Statement of Financial Affairs

**Question 7.** The Debtor reserves all rights and defenses with respect to any and all listed lawsuits. The listing of any such suits shall not constitute an admission by the Debtor of any liabilities or that the actions were correctly filed against the Debtor. The Debtor also reserves the right to assert that it is not an appropriate party to any such actions.

**Fill in this information to identify the case:**

**Debtor name: Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm**

**United States Bankruptcy Court for the: Southern District of Texas**

**Case number: 26-90764**

☐ **Check if this is an amended filing**

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

| | |
|---|---|
| **1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B) | |
| 1a. **Real property:**<br>Copy line 88 from Schedule A/B | $0.00 |
| 1b. **Total personal property:**<br>Copy line 91A from Schedule A/B | $98,168,536.93 |
| 1c. **Total of all property:**<br>Copy line 92 from Schedule A/B | $98,168,536.93 |
| **2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)<br>Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D | $0.00 |
| **3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:**<br>Copy the total claims from Part 1 from line 5a of Schedule E/F | $0.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:**<br>Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | $11,594,950.16 |
| **4. Total Liabilities**<br>Lines 2 + 3a + 3b | $11,594,950.16 |

**Fill in this information to identify the case:**

**Debtor name: Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm**

**United States Bankruptcy Court for the: Southern District of Texas**

**Case number: 26-90764**

☐ **Check if this is an amended filing**

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $3,775.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 JPMorgan Chase Bank, N.A. | Money Market Account | 0665 | $0.34 |
| 3.2 JPMorgan Chase Bank, N.A. | Primary IOLTA Account | 0666 | $713,544.16 |
| 3.3 JPMorgan Chase Bank, N.A. | TPC DOJ IOLTA Account | 0699 | $0.00 |
| 3.4 JPMorgan Chase Bank, N.A. | TPC IOLTA Account | 1757 | $345,569.01 |
| 3.5 JPMorgan Chase Bank, N.A. | California IOLTA Account | 2818 | $0.00 |
| 3.6 JPMorgan Chase Bank, N.A. | MMA IOLTA Account | 6872 | $0.00 |
| 3.7 JPMorgan Chase Bank, N.A. | JBSL Sweep Account | 6963 | $141,032.37 |

| | | | | |
|---|---|---|---|---|
| 3.8 | JPMorgan Chase Bank, N.A. | Main Operating Account | 8765 | $27,084.16 |
| 3.9 | JPMorgan Chase Bank, N.A. | AWD Sweep Account | 8872 | $0.00 |

**4. Other cash equivalents** *(Identify all)*

4.1 $0.00

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. $1,231,005.04

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 $0.00

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | Prepaid Retainer - Dykema Gossett PLLC | $13,989.20 |
| 8.2 | Prepaid Retainer - Harney Partners | $30,562.50 |
| 8.3 | Prepaid Retainer - Hayward PLLC | $79,046.13 |
| 8.4 | Prepaid Retainer - Stretto | $7,569.60 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81. $131,167.43

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

| | | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $0.00 | – | $0.00 | = ........ ➔ | $0.00 |
| 11b. | Over 90 days old: | $0.00 | – | $0.00 | = ........ ➔ | $0.00 |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. $0.00

## Part 4: Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | | |
| Name of fund or stock: | | | |
| 14.1 | | | $0.00 |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | | |
| Name of entity: | % of ownership: | | |
| 15.1 Galindo & Mott, LLP | 50% | N/A | Undetermined |
| 15.2 Krause and Kinsman Group, LLP | 50% | N/A | Undetermined |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | | |
| Describe: | | | |
| 16.1 | | | $0.00 |

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83. $0.00

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | $0.00 |

**22. Other inventory or supplies**

22.1 $0.00

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value ______ Valuation method ______ Current value ______

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

- ☐ No
- ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value ________ Valuation method ________ Current value ________

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Furniture and Fixtures | $29,570.00 | Estimated Market Value | $29,570.00 |
| **40. Office fixtures** | | | |
| 40.1 See Schedule A/B Question 39 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Camera | $7,988.85 | Net Book Value | $7,988.85 |
| 41.2 Office Equipment | $42,656.00 | Estimated Market Value | $42,656.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 Wall Art and Décor | $10,700.00 | Estimated Market Value | $10,700.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86. **$90,914.85**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest (Where available)** | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2015 NISSAN NV200 VIN: 3N6CM0KN7FK694193 | $13,195.10 | Net Book Value | $13,195.10 |
| 47.2 2022 RAM PROMASTER CITY VIN: ZFBHRFAB1N6Y69483 | $36,073.22 | Net Book Value | $36,073.22 |
| 47.3 2022 RAM PROMASTER CITY VIN: ZFBHRFAB5N6Y70958 | $41,733.50 | Net Book Value | $41,733.50 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 2025 FGN 8.5x52 TAR Trailer | $54,230.00 | Net Book Value | $54,230.00 |
| **49. Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 | | | $0.00 |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. **$145,231.82**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9: Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 Office Lease - 18000 Groeschke Road, Suite A-7, Houston, Texas 77084 | Leased | Undetermined | N/A | Undetermined |

**56. Total of Part 9.**
Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88. $0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
- [x] No
- [ ] Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**
- [ ] No. Go to Part 11.
- [x] Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 Trademark - "EL ABOGADO DE LA RAZA" Dated 4/19/16 - Registration No. 4,939,774 | Undetermined | N/A | Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1 www.galindolaw.com | Undetermined | N/A | Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 Client List and Database | Undetermined | N/A | Undetermined |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 | | | $0.00 |
| **65. Goodwill** | | | |
| 65.1 | | | $0.00 |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. $0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. Notes receivable**
Description (include name of obligor)

| | | | | | |
|---|---|---|---|---|---|
| 71.1 | | total face amount | - | doubtful or uncollectible amount | = → $0.00 |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| | Description | Tax year | Current value |
|---|---|---|---|
| 72.1 | Net Operating Loss | Tax year 2021 | $16,731,827.00 |
| 72.2 | Net Operating Loss | Tax year 2022 | $55,706,008.00 |
| 72.3 | Net Operating Loss | Tax year 2023 | $469,359.00 |
| 72.4 | Net Operating Loss | Tax year 2024 | $13,142,683.00 |

**73. Interests in insurance policies or annuities**

| | Description | Current value |
|---|---|---|
| 73.1 | Progressive Commercial Insurance - Commercial Auto Policy #870711095 | Undetermined |
| 73.2 | Republic-Vanguard Insurance Co. - Professional Liability Policy #RVA1061589-01 | Undetermined |
| 73.3 | Wesco Insurance Company - Commercial Fire and General Liability Policy #WPP2103224 00 | Undetermined |
| 73.4 | Wesco Insurance Company - Umbrella Insurance Policy #WUM2103225 00 | Undetermined |

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1
Adam Krause — Undetermined

Nature of Claim: Breach of Fiduciary Duty, Breach of Contract

Amount requested: Undetermined

74.2
Anthony Russo — Undetermined

Nature of Claim: Breach of Contract, Money Had and Received, Breach of Fiduciary Duty

Amount requested: Undetermined

74.3
Aspey, Watkins, and Diesel — Undetermined

Nature of Claim: Breach of Contract

Amount requested: Undetermined

74.4
CMG Funding, LLC — Undetermined

Nature of Claim: Breach of Contract, Money Had and Received

Amount requested: Undetermined

74.5
Deer Finance — Undetermined

Nature of Claim: Breach of Contract, Money Had and Received

Amount requested: Undetermined

74.6
Houghtaling Law firm — $500,000.00

Nature of Claim: Claim for funds improperly paid plus unpaid claims

Amount requested: $500,000.00

74.7
JBSL, LLC — Undetermined

Nature of Claim: Breach of Contract, Money Had and Received

Amount requested: Undetermined

74.8
Justin Brass — Undetermined

Nature of Claim: Breach of Contract, Money Had and Received

Amount requested: Undetermined

74.9
Krause & Kinsman Law Firm — Undetermined

Nature of Claim: Conversion, Breach of Contract

Amount requested: Undetermined

74.10
Matthew Monson — $0.00

Nature of Claim: Defamation

Amount requested:

74.11
McClenny Moseley & Associates $250,000.00

Nature of Claim: Administrative Expense Claim for improper receipt of funds

Amount requested: $250,000.00

74.12
Priority Responsible Funding Undetermined

Nature of Claim: Breach of Contract, Usurpation

Amount requested: Undetermined

74.13
Robert Kinsman Undetermined

Nature of Claim: Breach of Fiduciary Duty, Breach of Contract

Amount requested: Undetermined

74.14
The Monson Law Firm, LLC Undetermined

Nature of Claim: Defamation

Amount requested: Undetermined

74.15
The Russo Firm Undetermined

Nature of Claim: Breach of Contract, Money Had and Received, Breach of Fiduciary Duty

Amount requested: Undetermined

74.16
Various Mortgage Companies Undetermined

Nature of Claim: Conversion, Money Had and Received, and Replevin

Amount requested: Undetermined

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1
$0.00

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1
$0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1
Client Cost Advancements $9,349,567.64

77.2
Decibel - Expense Reimbursements $365,773.15

77.3
Origination Advance $55,000.00

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. $96,570,217.79

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | | $1,231,005.04 | | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | | $131,167.43 | | |
| **82. Accounts receivable.** Copy line 12, Part 3. | | $0.00 | | |
| **83. Investments.** Copy line 17, Part 4. | | $0.00 | | |
| **84. Inventory.** Copy line 23, Part 5. | | $0.00 | | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | | $0.00 | | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | | $90,914.85 | | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | | $145,231.82 | | |
| **88. Real property. Copy line 56, Part 9.** | | | ➔ | $0.00 |
| **89. Intangibles and intellectual property.**. Copy line 66, Part 10. | | $0.00 | | |
| **90. All other assets.** Copy line 78, Part 11. | | $96,570,217.79 | | |
| **91. Total. Add lines 80 through 90 for each column** | 91a. | $98,168,536.93 | 91b. | $0.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92. $98,168,536.93

**Fill in this information to identify the case:**

**Debtor name: Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm**

**United States Bankruptcy Court for the: Southern District of Texas**

**Case number: 26-90764**

☐ **Check if this is an amended filing**

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:** List Creditors Who Have Claims Secured by Property

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of Claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1<br>C T Corporation System, as Representative<br>Attn: SPRS<br>330 N Brand Blvd<br>Suite 700<br>Glendale, CA 91203 | **Describe debtor's property that is subject to the lien:**<br>The equipment, inventory, and personal property related thereto financed under, covered by or described in the lease, rental, equipment finance agreement or installment payment agreement designated as Agreement No. 2871740 | Undetermined | Undetermined |
| **Date debt was incurred?**<br>01/14/2026 | **Describe the lien**<br>UCC Lien File # 260000290112 | | |
| **Last 4 digits of account number**<br>N/A | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)<br>**As of the petition filing date, the claim is:** Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $0.00

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

**Fill in this information to identify the case:**

**Debtor name: Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm**

**United States Bankruptcy Court for the: Southern District of Texas**

**Case number: 26-90764**

☐ **Check if this is an amended filing**

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>**Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) ( 8 ) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>Tax<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | Undetermined | Undetermined |
| 2.2 Louisiana Department of Revenue<br>617 North Third Street<br>Baton Rouge, LA 70802<br>**Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) ( 8 ) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>Tax<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | Undetermined | Undetermined |

Case 24-31596 Document 1892-1 Filed in TXSB on 01/21/26 Page 23 of 73

2.3

Texas Comptroller of Public Accounts
Lyndon B. Johnson State Office Building
111 East 17th Street
Austin, TX 78774

**As of the petition filing date, the claim is:** Undetermined Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1

Alerus Financial
Attn: ARB Fee Processing
PO Box 64535
St. Paul, MN 55164-0535

**As of the petition filing date, the claim is:** $969.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2

Alpha Seven LLC
Attn: Accounting
18000 Groschke Road
Suite B4
Houston, TX 77084

**As of the petition filing date, the claim is:** $70,358.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.3

AMTrust Financial Company
59 Maiden Lane
New York, NY 10038

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.4

AMTrust Financial Company
59 Maiden Lane
New York, NY 10038

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $3,567.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.5

Ascentium Capital
23970 Hwy 59 N
Kingwood, TX 77339

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $2,381.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.6

Aspen Fiber Networks
7025 W Tidwell Rd
Suite 109
Houston, TX 77092

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $11,679.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.7

ATTOM Data Solutions
1801 W Olympic Blvd
Pasadena, CA 91199-2543

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $727.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.8

Bankler Partners Ltd
9901 IH-10 WestSuite 501
San Antonio, TX 78230

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $9,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.9

Berkshire Hathaway Homestate Insurance Company
1314 Douglas Street
Suite 1400
Omaha, NE 68102-1944

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.10

Bruce Dwain Copeland - Address on file

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.11

Clayton Blehm - Address on file

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

$400,000.00

3.12

CMG Funding 2025 LLC, as Administrative Agent
152 West 57th Street
44th Floor
New York, NY 10019

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Lender

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.13

Cristobal Galindo - Address on file

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Deferred Compensation

**Is the claim subject to offset?**
☑ No
☐ Yes

$62,499.99

3.14

Crm Debugzone Private Limited
Attn: Legal Department
3051 Mansarover Park 2
Ghaziabad Uttar
Pradesh 201002
India

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,000.00

3.15

Crockett Law PC
Attn: Legal Department
PO Box 6538
Houston, TX 77265

**As of the petition filing date, the claim is:** $250,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.16

Damage Resources LLC
Attn: Accounting
18000 Groschke Road
Suite B4
Houston, TX 77084

**As of the petition filing date, the claim is:** $244,933.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.17

Dawn Peevy - Address on file

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.18

Decibel Advertising, LLC
Attn: Accounting
Urb. Santa Juanita UU-I C/39 Box 621
Bayamon, PR 00956

**As of the petition filing date, the claim is:** $7,724,799.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.19

Deer Finance, LLC
Attn: Legal Department
152 West 57th Street
26th Floor
New York, NY 10019

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $30,000.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Maintenence Fee

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.20

Diana Stevens-Renolds - Address on file

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.21

Dodson & Hooks, LLC
112 Founders Drive
Baton Rouge, LA 70810

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $1,462.04
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.22

DRS Professional Services LLC
Attn: Legal Department
8906 N Locust Avenue
Tampa, FL 33604

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $127,050.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.23

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY 10017

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.24

Filevine
1260 E Stringham Ave
Ste 600
Salt Lake City, UT 84106-2966

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $19,584.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.25

Front Face Business, S.A. DE C.V.
Attn: Legal Department
Avenida Insurgentes Sur number 64 Colonia Juárez
Cuauhtémoc Delegation 06600
Mexico

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $254,429.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.26

Gayle Heard - Address on File

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.27

Harris County Toll Road Authority (HCTRA)
7701 Wilshire Pl Dr
Houston, TX 77040

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $107.36
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.28

Hawaiian Electric
1279 S. Kihei Road
Kihei, HI 96753

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $1,837.85
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.29

K & M of VA, Inc. d/b/a 4Convergence
Attn: Legal Department
11758 Lincolnshire Ct
Glen Alen, VA 23059-3417

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $21,187.41
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.30

Lakeway Associates LLC/Greater Lakeside Corporation
PO Box 669461
Dallas, TX 75266-9461

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $3,222.44
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Case 24-31596 Document 189-1 Filed in TXSB on 01/24/25 Page 31 of 73

3.31

Krause and Kinsman Group, LLP
53 New Jersey Ave., SE
STE 200
Washington, DC 20003

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.32

Legal Hub
9700 Reseda Blvd. Suite 107
Northridge, CA 91324

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $5,830.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.33

LexisNexis Risk Data Management LLC
28330 Network Place
Chicago, IL 60673-1283

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $38.15
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.34

Litify LLC
Attn: Legal Department
PO Box 70379
Newark, NJ 07101-0096

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $149,104.97
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.35

Mac Murray & Shuster
Attn: Legal Department
6525 W Campus Oval
Suite 210
New Albany, OH 43054

**As of the petition filing date, the claim is:** $21,731.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.36

Maui Department of Water Supply
200 South High St
Wailuku, HI 96793

**As of the petition filing date, the claim is:** $865.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.37

Mediation Arbitration Professional Systems, Inc. (MAPS)
5 Sanctuary Blvd
Suite 103
Mandeville, LA 70471

**As of the petition filing date, the claim is:** $602.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.38

Mediation Center of Texas
817 N Thompson St
Conroe, TX 77301

**As of the petition filing date, the claim is:** $850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.39

Confidential Creditor - Address on File

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $720.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.40

Pajaro Uno LLC
Attn: Legal Department
18000 Groschke Road
Suite B4
Houston, TX 77084

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $435,900.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Flight Costs

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.41

Pamela S. Hoerster - Address on file

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $1,000.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.42

PEAC Solutions
300 Fellowship Road
Mount Laurel, NJ 08054

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $4,376.10
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Case 24-21590 Document 1692-1 Filed in TXSB on 01/21/26 Page 34 of 73

3.43

Performance Reporters, Inc
201 East Birch AvenueSuite 9
Flagstaff, AZ 86001

**As of the petition filing date, the claim is:** $2,092.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.44

PNC Ai/RGHLC LLC
686 Seacoast Dr
Imperial Beach, CA 91932

**As of the petition filing date, the claim is:** $18,265.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.45

Poynor Group LLC
PO Box 720907
McAllen, TX 78504

**As of the petition filing date, the claim is:** $8,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.46

Province Fiduciary Services LLC
Attn: Legal Department
2360 Corporate Circle
Suite 340
Henderson, NV 89074

**As of the petition filing date, the claim is:** $122,874.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Professional Services

**Is the claim subject to offset?**
☑ No
☐ Yes

3.47

RLN Legal LLC
Urb Riviera Village #70Calle Central Park
Bayamon, PR 00959

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Contract Service Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,111.64

3.48

Rosa M. Medina - Address on file

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,050.00

3.49

Ruth A. Van Meter P.C.
Attn: Legal Department
9322 Shady Lane Circle
Houston, TX 77063

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Professional Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,525.00

3.50

Sergio De La Canal - Address on File

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loans and Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

$930,929.23

3.51

SLP Strategic Litigation Partners
Attn: Legal Department
21324 Provincial Boulevard
Katy, TX 77450

**As of the petition filing date, the claim is:** $150,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.52

Steno Agency, Inc
PO Box 876
Redondo Beach, CA 90277

**As of the petition filing date, the claim is:** $1,579.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.53

The Geisheker Group, Inc.
308 Lauren Lane Apt #1
Watertown, WI 53094

**As of the petition filing date, the claim is:** $1,318.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.54

The Leaders Group/TLG Advisors Inc
26 West Dry Creek CircleSte 800
Littleton, CO 80120

**As of the petition filing date, the claim is:** $110,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.55

The Mott Law Firm, PLLC
c/o Munsch Hardt Kopf & Harr, P.C.
Attn: John D. Cornwell, Alexander R. Perez
700 Milam St., Suite 800
Houston, TX 77002

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $250,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

3.56

Torri's Legal Solutions
P.O. Box 18647
Washington, DC 20036

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $275.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.57

Twin Diamond LLC
Attn: Accounting
18000 Groschke Road
Suite B4
Houston, TX 77084

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $63,213.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.58

Umari Law PLLC
1403 Eberhard
Houston, TX 77019

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $11,400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Professional Services

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line ☐ Not listed. Explain | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. | $11,594,950.16 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $11,594,950.16 |

**Fill in this information to identify the case:**

**Debtor name: Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm**

**United States Bankruptcy Court for the: Southern District of Texas**

**Case number: 26-90764**

☐ **Check if this is an amended filing**

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**Schedule G:** Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Co-Counsel Agreement | Abir Cohen Treyzon Salo, LLP<br>16001 Ventura Blvd<br>Suite 200<br>Encino, CA 91436 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Software License Agreement | Adobe<br>345 Park Avenue<br>San Jose, CA 95110-270 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Property Lease | Alpha Seven LLC<br>Attn: Accounting<br>18000 Groschke Road<br>Suite B4<br>Houston, TX 77084 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Texas Commercial Lease Agreement | Alpha Seven LLC<br>Attn: Accounting<br>18000 Groschke Road<br>Suite B4<br>Houston, TX 77084 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Co-Counsel Agreement | Alvendia, Kelly & Demarest<br>909 Poydras St<br>Suite 1625<br>New Orleans, LA 70112 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease Agreement | Ascentium<br>23970 Hwy 59 N<br>Kingwood, TX 77339 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Aspen Fiber<br>7025 W Tidwell Rd<br>Suite 109<br>Houston, TX 77092 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Assignment Agreement | Aspey, Watkins & Diesel Attorneys at Law, P.L.L.C.<br>123 N San Francisco St #300<br>Flagstaff, AZ 86001 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License Agreement | Attom Data<br>1801 W Olympic Blvd<br>Pasadena, CA 91199-2543 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Co-Counsel Agreement | Bailey Cowan Heckaman<br>1360 Post Oak Blvd Suite 2300<br>Houston, TX 77056 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Co-Counsel Agreement | Broussard & Dove, APLC<br>7605 Park Avenue<br>Houma, LA 70364 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease Agreement | Canon Financial<br>14904 Collections Center Drive<br>Chicago, IL 60693-0149 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Co-Counsel Agreement | Carrigan & Anderson, PLLC<br>101 N Shoreline Blvd<br>Suite 420<br>Corpus Christi, TX 78401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Co-Counsel Agreement | Chehardy, Sherman, Williams, Recile, & Hayless<br>1 Galleria Blvd.<br>Suite 1100<br>Metairie, LA 70001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Co-Counsel Agreement | Crockett Law<br>PO BOX 60008<br>Katy, TX 77491 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Co-Counsel Agreement | Daly & Black<br>2211 Norfolk Street, Suite 300<br>Houston, TX 77098 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Employer Organization Client Service Agreement | Damage Resources<br>18000 Groschke Rd, Suite B4<br>Houston, TX 77084 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Co-Counsel Agreement | David Bain<br>1050 Promenade<br>1230 Peachtree Street, NE<br>Atlanta, GA 30309 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractor Services Agreement | Decibel LLC<br>18000 Groschke Rd, Suite B4<br>Houston, TX 77084 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | Decibel LLC<br>18000 Groschke Rd, Suite B4<br>Houston, TX 77084 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | Decibel LLC<br>18000 Groschke Rd, Suite B4<br>Houston, TX 77084 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | Decibel LLC<br>18000 Groschke Rd, Suite B4<br>Houston, TX 77084 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | Decibel LLC<br>18000 Groschke Rd, Suite B4<br>Houston, TX 77084 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | Decibel LLC<br>18000 Groschke Rd, Suite B4<br>Houston, TX 77084 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | Decibel LLC<br>18000 Groschke Rd, Suite B4<br>Houston, TX 77084 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | Decibel LLC<br>18000 Groschke Rd, Suite B4<br>Houston, TX 77084 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Co-Counsel Agreement | Dordick Law Corporation<br>509 S Beverly Drive<br>Beverly Hills, CA 90212 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Copier Lease Agreement | FlexTG Financial Services<br>2845 N Omaha<br>Mesa, AZ 85215 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Postage Machine Agreement | FP-USA Mailing Solutions<br>140 N MITCHELL CT<br>ADDISON, IL 60101-7200 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Co-Counsel Agreement | Guerra LLP<br>345 California Street<br>Suite 600<br>San Francisco, CA 94104 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Co-Counsel Agreement | Hair Shunnarah Trial Attorneys<br>3001 17th St<br>Metairie, LA 70002 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Co-Counsel Agreement | Houghtaling Law Firm<br>3850 N Causeway Blvd, Ste 1090<br>Metairie, LA 70002 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License Agreement | Intuit<br>2700 Coast Avenue<br>Mountain View, CA 94043 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Case 24-35196 Document 1892-1 Filed in TXSB on 11/21/25 Page 45 of 73

| | | | |
|---|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Co-Counsel Agreement | Irpino, Alvin & Hawkins<br>2216 Magazine St<br>New Orleans, LA 70130 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Co-Counsel Agreement | Keosian Law LLP<br>4630 Van Nuys Blvd<br>Sherman Oaks, CA 91403 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License Agreement | Kixie<br>406 Wilshire Boulevard<br>Santa Monica, CA 90401 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease Agreement | Lease Direct<br>PO Box 825736<br>Philadelphia, PA 19182-7306 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License Agreement | LexisNexis<br>28330 Network Place<br>Chicago, IL 60673-1283 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Mailgun Tech<br>112 E Pecan St, #1135<br>San Antonio, TX 78205 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License Agreement | Microsoft<br>One Microsoft Way<br>Redmond, WA 98052 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Co-Counsel Agreement | Mott & Moffett LLP<br>4301 Yoakum Blvd.<br>Suite 200<br>Houston, TX 77006 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Co-Counsel Agreement | Nachawati Law Group<br>5489 Blair Rd<br>Dallas, TX 75231 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Aircraft Lease Agreement | Pajaro Uno LLC<br>Attn: Legal Department<br>18000 Groschke Road<br>Suite B4<br>Houston, TX 77084 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Co-Counsel Agreement | Paul LLP<br>600 Broadway Blvd<br>Suite 600<br>Kansas City, MO 64105 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | PEAC Solutions<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

2.46 **State what the contract or lease is for and the nature of the debtor's interest** Insurance Agreement

**State the term remaining** Undetermined

**List the contract number of any government contract**

Progressive Insurance Company
300 North Commons Blvd.
Mayfield Village, OH 44143

2.47 **State what the contract or lease is for and the nature of the debtor's interest** Insurance Agreement

**State the term remaining** Undetermined

**List the contract number of any government contract**

Republic-Vanguard Insurance Company
c/o AmTrust North America
Attn: Specialty Programs Claim Department
233 N Michigan Avenue
Suite 1200
Chicago, IL 60601

2.48 **State what the contract or lease is for and the nature of the debtor's interest** Legal Services Agreement

**State the term remaining** Undetermined

**List the contract number of any government contract**

RLN Legal LLC
Urb Riviera Village #70Calle Central Park
Bayamon, PR 00959

2.49 **State what the contract or lease is for and the nature of the debtor's interest** Independent Contractor Services Agreement

**State the term remaining** Undetermined

**List the contract number of any government contract**

Sergio De La Canal - Address on File

2.50 **State what the contract or lease is for and the nature of the debtor's interest** Co-Counsel Agreement

**State the term remaining** Undetermined

**List the contract number of any government contract**

Sherman Law Firm
Attn: Matthew A. Sherman
1 Galleria Boulevard
Suite 1100
Metairie, LA 70001

2.51 **State what the contract or lease is for and the nature of the debtor's interest** Co-Counsel Agreement

**State the term remaining** Undetermined

**List the contract number of any government contract**

Simon & O'Rourke Law Firm
440 Louisiana St Ste 1115
Houston, TX 77002

| | | | |
|---|---|---|---|
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement | Strategic Litigation Partners, LP<br>Attn: Legal Department<br>21324 Provincial Boulevard<br>Katy, TX 77450 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | Co-Counsel Agreement | The Mott Law Firm<br>Attn: Legal Department<br>5301 Katy Freeway<br>Suite 101<br>Houston, TX 77007-3866 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | Co-Counsel Agreement | The Novosad Law Group, PLLC<br>54 Sugar Creek Center Blvd<br>Suite 309<br>Sugar Land, TX 77478 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | Co-Counsel Agreement | The Vartazarian Law Firm<br>23621 Park Sorrento<br>Suite 101<br>Calabasas, CA 91302 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Aircraft Lease Agreement | Triple Crown Aviation<br>1350 East Flamingo Road #746<br>Las Vegas, NV 89119 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | Co-Counsel Agreement | Turnbull, Holcomb & Moak PC<br>2501 20th Place South<br>Suite 425<br>Birmingham, AL 35223 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

2.58 **State what the contract or lease is for and the nature of the debtor's interest** Commercial Aircraft Lease Agreement

**State the term remaining** Undetermined

**List the contract number of any government contract**

Twin Diamond LLC
Attn: Accounting
18000 Groschke Road
Suite B4
Houston, TX 77084

2.59 **State what the contract or lease is for and the nature of the debtor's interest** Client Retainer Agreements

**State the term remaining** Undetermined

**List the contract number of any government contract**

Various

2.60 **State what the contract or lease is for and the nature of the debtor's interest** Co-Counsel Agreement

**State the term remaining** Undetermined

**List the contract number of any government contract**

Vartazarian Law Firm
23621 Park Sorrento, Suite 101
Calabasas, CA 91302

2.61 **State what the contract or lease is for and the nature of the debtor's interest** Co-Counsel Agreement

**State the term remaining** Undetermined

**List the contract number of any government contract**

VG Law Group
8751 W Broward Blvd., Suite 200
Plantation, FL 33324

2.62 **State what the contract or lease is for and the nature of the debtor's interest** Software License Agreement

**State the term remaining** Undetermined

**List the contract number of any government contract**

Vultr Global
319 Clematis Street
Suite 900
West Palm Beach, FL 33401

2.63 **State what the contract or lease is for and the nature of the debtor's interest** Co-Counsel Agreement

**State the term remaining** Undetermined

**List the contract number of any government contract**

Wagstaff Law Firm
940 N. Lincoln Street
Denver, CO 80203

| | | | |
|---|---|---|---|
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreement | Wesco Insurance Company<br>800 Superior Avenue East<br>21st Floor<br>Cleveland, OH 44114 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreement | Wesco Insurance Company<br>800 Superior Avenue East<br>21st Floor<br>Cleveland, OH 44114 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | Co-Counsel Agreement | Whyte PLLC Law Firm<br>2101 NW Military Hwy.<br>San Antonio, TX 78213 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License Agreement | Zoho<br>3100 Alvin DeVane Boulevard<br>Building A<br>Austin, TX 78741 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Fill in this information to identify the case: |
|---|
| Debtor name: Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm |
| United States Bankruptcy Court for the: Southern District of Texas |
| Case number: 26-90764 |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 Cristobal M. Galindo, as Conditional Guarantor | Cristobal M. Galindo<br>18000 Groeschke Road<br>Suite A-7<br>Houston, TX 77084 | CMG Funding 2025 LLC, as Administrative Agent | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 Galindo & Mott, LLP | Galindo & Mott, LLP<br>41451 Southwest Fry Suite 602<br>Houston, TX 77027 | CMG Funding 2025 LLC, as Administrative Agent | ☐ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case:**

**Debtor name: Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm**

**United States Bankruptcy Court for the: Southern District of Texas**

**Case number: 26-90764**

☐ **Check if this is an amended filing**

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.**

**I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:**

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________________

I declare under penalty of perjury that the foregoing is true and correct.

09/21/2026
Executed on

/s/Cristóbal M. Galindo
Signature of individual signing on behalf of debtor

Cristóbal M. Galindo
Printed name

President, Sole Director and Sole Shareholder
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**CRISTÓBAL M. GALINDO, P.C.**<br>**D/B/A GALINDO LAW FIRM,**<br><br>**Debtor.**[1] | **Chapter 11**<br><br>**Case No. 26-90764 (ARP)** |

**STATEMENT OF FINANCIAL AFFAIRS FOR CRISTÓBAL M. GALINDO, P.C., D/B/A GALINDO LAW FIRM (CASE NO. 26-90764)**

[1] The Debtor's address is 18000 Groeschke Road, Suite A-7, Houston, Texas 77084, and the last four digits of the Debtor's federal tax identification number is 5859.

**Fill in this information to identify the case:**

**Debtor name: Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm**

**United States Bankruptcy Court for the: Southern District of Texas**

**Case number: 26-90764**

☐ **Check if this is an amended filing**

# Official Form 207

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | | | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2026 | to Filing Date | ☑ Operating a business<br>☐ Other | $9,432,498.42 |
| **For prior year:** | From 01/01/2025 | to 12/31/2025 | ☑ Operating a business<br>☐ Other | $7,285,175.45 |
| **For the year before that:** | From 01/01/2024 | to 12/31/2024 | ☑ Operating a business<br>☐ Other | $8,319,319.12 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | to Filing Date | | |
| **For prior year:** | From | to | | |
| **For the year before that:** | From | to | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers - including expense reimbursements - to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1 See SOFA Question 3 Attachment | | $759,814.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1 See SOFA Question 4 Attachment<br>Relationship to debtor | | $5,063,005.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.
Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1 | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 Decibel Advertising, LLC<br>Attn: Accounting<br>Urb. Santa Juanita UU-I C/39 Box 621<br>Bayamon, PR 00956 | Garnishment<br>Last 4 digits of account number | 6/18/2026 | $1,800,000.00 |

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1 **Name** Bruce Dwain Copeland v. Cristobal M. Galindo and Cristobal M. Galindo, P.C.<br>**Case number** 4:25-cv-01683 | Breach of contract | Name: U.S. Federal \| United States District Court Southern District of Texas – Houston Division<br>Street: Bob Casey United States Courthouse, 515 Rusk Street<br>City: Houston State: TX Zip: 77002 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2 **Name** Copeland V. Galindo et al.<br>**Case number** 2024-06656 | Breach of Contract | Name: Civil District Court for the Parish of Orleans, State of Louisiana<br>Street: Section "16" 421 Loyola Ave #402<br>City: New Orleans State: LA Zip: 70112 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3 **Name** Dawn Peevy<br>**Case number** Docket # 740737 "26" | Malpractice | Name: 19th Judicial District Court of East Baton Rouge Parish<br>Street: 300 North Blvd.<br>City: Baton Rouge State: LA Zip: 70801 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.4 **Name** Decibel, LLC v. Krause and Kinsman Law Firm, LLC<br>**Case number** 202489003B | Garnishment Aft Judgement | Name: Harris County, TX District Court<br>Street: Harris County Civil Courthouse, 201 Caroline Street<br>City: Houston State: TX Zip: 77002 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

7.5

| | | | |
|---|---|---|---|
| **Name**<br>Dianna Stevens-Renolds<br>**Case number**<br>C-2025-852 | Malpractice | Name<br>14th Judicial District Court, State of Louisiana, Parish of Calcasieu, Division D<br>Street<br>1000 Ryan Street<br>City Lake Charles State LA Zip 70601 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

7.6

| | | | |
|---|---|---|---|
| **Name**<br>Gayle Heard et al.<br>**Case number**<br>2:25-01593 | Malpractice | Name<br>United States Federal Court – Eastern District of Louisiana<br>Street<br>500 Poydras Street<br>City New Orleans State LA Zip 70130 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| 8.1<br>Custodian's name and address<br>Street<br>City State Zip | Case title<br>Case number<br>Date of order or assignment | Court name and address<br>Name<br>Street<br>City State Zip |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1<br>Recipient's name<br>Street<br>City State Zip<br>**Recipient's relationship to debtor** | | | |

## Part 5: Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 | | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1 Berkeley Research Group (BRG)<br>225 Franklin Street<br>Floors 31 and 32<br>Boston, MA 02110<br>**Email or website address**<br>thinkbrg.com<br>**Who made the payment, if not debtor?** | | 4/29/2026 | $140,000.00 |
| 11.2 Berkeley Research Group (BRG)<br>225 Franklin Street<br>Floors 31 and 32<br>Boston, MA 02110<br>**Email or website address**<br>thinkbrg.com<br>**Who made the payment, if not debtor?** | | 5/8/2026 | $78,400.00 |
| 11.3 Dykema Gossett PLLC<br>Attn: Danielle R. Behrends, Deborah D. Williamson<br>112 E Pecan Street<br>Suite 1800<br>San Antonio, TX 78205<br>**Email or website address**<br>www.dykema.com<br>**Who made the payment, if not debtor?** | | 6/22/2026 | $50,000.00 |

| | | | |
|---|---|---|---|
| 11.4 | Dykema Gossett PLLC<br>Attn: Danielle R. Behrends, Deborah D. Williamson<br>112 E Pecan Street<br>Suite 1800<br>San Antonio, TX 78205<br>**Email or website address**<br>www.dykema.com<br>**Who made the payment, if not debtor?** | 8/5/2026 | $27,629.95 |
| 11.5 | Dykema Gossett PLLC<br>Attn: Danielle R. Behrends, Deborah D. Williamson<br>112 E Pecan Street<br>Suite 1800<br>San Antonio, TX 78205<br>**Email or website address**<br>www.dykema.com<br>**Who made the payment, if not debtor?** | 8/17/2026 | $115,548.43 |
| 11.6 | Dykema Gossett PLLC<br>Attn: Danielle R. Behrends, Deborah D. Williamson<br>112 E Pecan Street<br>Suite 1800<br>San Antonio, TX 78205<br>**Email or website address**<br>www.dykema.com<br>**Who made the payment, if not debtor?** | 8/20/2026 | $30,000.00 |
| 11.7 | Harney Partners<br>Westech 360, 8911 North Capital of Texas Highway<br>Suite 2120<br>Austin, TX 78759<br>**Email or website address**<br>www.harneypartners.com<br>**Who made the payment, if not debtor?** | 7/8/2026 | $40,000.00 |

11.8

| | | | |
|---|---|---|---|
| Hayward PLLC<br>Attn: Charlie Shelton<br>7600 Burnet Road<br>Suite 530<br>Austin, TX 78757-1269 | | 10/28/2025 | $50,000.00 |

**Email or website address**
haywardfirm.com

**Who made the payment, if not debtor?**

11.9

| | | | |
|---|---|---|---|
| Hayward PLLC<br>Attn: Charlie Shelton<br>7600 Burnet Road<br>Suite 530<br>Austin, TX 78757-1269 | | 12/1/2025 | $50,000.00 |

**Email or website address**
haywardfirm.com

**Who made the payment, if not debtor?**

11.10

| | | | |
|---|---|---|---|
| Hayward PLLC<br>Attn: Charlie Shelton<br>7600 Burnet Road<br>Suite 530<br>Austin, TX 78757-1269 | | 6/22/2026 | $50,000.00 |

**Email or website address**
haywardfirm.com

**Who made the payment, if not debtor?**

11.11

| | | | |
|---|---|---|---|
| Hayward PLLC<br>Attn: Charlie Shelton<br>7600 Burnet Road<br>Suite 530<br>Austin, TX 78757-1269 | | 8/17/2026 | $40,000.00 |

**Email or website address**
haywardfirm.com

**Who made the payment, if not debtor?**

11.12

| | | | |
|---|---|---|---|
| Province Fiduciary Services LLC<br>Attn: Legal Department<br>2360 Corporate Circle<br>Suite 340<br>Henderson, NV 89074 | | 12/18/2025 | $175,000.00 |

**Email or website address**
https://provincefirm.com/

**Who made the payment, if not debtor?**

11.13

| | | | |
|---|---|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP<br>TC Energy Center, 700 Louisiana St.<br>Houston, TX 77002 | | 12/10/2025 | $200,000.00 |

**Email or website address**
https://www.quinnemanuel.com/

**Who made the payment, if not debtor?**

11.14

| | | | |
|---|---|---|---|
| Stretto, Inc<br>410 Exchange, Suite 100<br>Irvine, CA 92602 | | 6/24/2026 | $20,000.00 |

**Email or website address**
www.stretto.com

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| 12.1 | | | |

**Trustee**

**13. Transfers not already listed on this statement**

List any transfers of money or other property□by sale, trade, or any other means□made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 Maui Toyota<br>320 Hana Highway<br>Kahului, HI 96732<br>Relationship to debtor<br>N/A | Car Sale - Toyota Tacoma and Honda HRV | 8/14/2026 | $49,500.00 |

**Part 7: Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | City | State | Zip | Dates of occupancy From | to |
|---|---|---|---|---|---|---|
| 14.1 | 107 Nederland Avenue | Nederland | TX | 77627 | 2020 | 2026 |
| 14.2 | 1279 South Kihei Road, Suite 203 | Kihei | HI | 96753 | 2024 | 2026 |
| 14.3 | 3850 N Causeway Blvd, Suite 1520 | Metairie | LA | 70002 | 2023 | 2026 |
| 14.4 | 4151 SW Freeway, Suite 510 | Houston | TX | 77027 | 2021 | 2026 |
| 14.5 | 4151 SW Freeway, Suite 602 | Houston | TX | 77027 | 2011 | 2026 |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☐ diagnosing or treating injury, deformity, or disease, or

☐ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1 Street<br>City State Zip | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider | **How are records kept?**<br>Check all that apply:<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Names, Addresses, Email Addresses, Medical Records, Personal Health Information and Financial Information.

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| 401(k) Profit Sharing Plan | 76-0675859 |

Has the plan been terminated?

☑ No

☐ Yes

| Name of plan | Employer identification number of the plan |
|---|---|
| Defined Benefit Plan | 76-0675859 |

Has the plan been terminated?

☑ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 Name: American Express<br>Street: 200 Vesey Street<br>City: New York State: NY Zip: 10285 | 4910 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | 7/6/2026 | $0.00 |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 Name:<br>Street:<br>City: State: Zip: | Address | | ☐ No<br>☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 Name:<br>Street: 18000 Groeschke Road, Suite G4<br>City: Houston State: TX Zip: 77084 | Maribel Cruz<br>Address<br>18000 Groeschke Road<br>Suite A-7<br>Houston, TX 77084 | Furniture | ☐ No<br>☑ Yes |

## Part 11: Property the Debtor Holds or Controls that the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 21.1 Debtor Held Funds in Trust for Various Clients<br>Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm<br>18000 Groeschke Road Suite A-7<br>Houston, TX 77084 | JP Morgan Chase<br>Mail Code LA2-7100<br>1414 Woodward Avenue<br>Ruston, LA 71270-2015 | Debtor Held Funds in Trust for Various Clients | $1,059,113.17 |

## Part 12: Details About Environmental Information

**For the purpose of Part 12, the following definitions apply:**

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders

☑ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| 22.1<br>Case Number | Name<br>Street<br>City State Zip | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.1 Name<br>Street<br>City State Zip | Name<br>Street<br>City State Zip | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 24.1 Name<br>Street<br>City State Zip | Name<br>Street<br>City State Zip | | |

**Part 13: Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1 Galindo & Mott, LLP<br>41451 Southwest Fry Suite 602<br>Houston, TX 77027 | Legal Services | EIN 39-5013152<br>**Dates business existed**<br>From 3/1/2020 to Present |
| 25.2 Krause and Kinsman Group, LLP<br>53 New Jersey Ave., SE<br>STE 200<br>Washington, DC 20003 | Legal Services | EIN N/A<br>**Dates business existed**<br>From 6/16/2023 to Present |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1 Kelly Gilson<br>18000 Groeschke Road<br>Suite B-4<br>Houston, TX 77084 | From October 2023 to Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1 Bankler Partners Ltd<br>9901 IH-10 WestSuite 501<br>San Antonio, TX 78230 | From April 2023 to 10/16/2025 |

26b.2

| Name and address | From | to |
|---|---|---|
| Premier Tax Service, Inc.<br>c/o Eddie Tovar<br>9111 Jollyville Road, Suite 106<br>Austin, TX 78759 | 10/25/2025 | Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1<br>Cristobal M. Galindo<br>18000 Groeschke Road<br>Suite A-7<br>Houston, TX 77084 | |
| 26c.2<br>Kelly Gilson<br>18000 Groeschke Road<br>Suite B-4<br>Houston, TX 77084 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1<br>CMG Funding 2024, LLC<br>Attn: Legal Department<br>152 West 57th Street<br>26th Floor<br>New York, NY 10019 |
| 26d.2<br>CMG Funding 2025, LLC<br>Attn: Legal Department<br>152 West 57th Street<br>44th Floor<br>New York, NY 10019 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name and Address | Position and nature of any interest | % of interest, if any |
|---|---|---|
| 28.1 Cristobal M. Galindo<br>18000 Groeschke Road<br>Suite A-7<br>Houston, TX 77084 | President, Sole Director, Sole Shareholder | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name and Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|
| 29.1 Andrew Kidd - Address on File | Independent Director | From 1/7/2026 to 8/21/2026 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 See SOFA Part 2, Question 4. | | | |

| Relationship To Debtor |
|---|
| |

**31.Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1 | EIN |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- [x] No
- [ ] Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1 | EIN |

**SOFA 3 ATTACHMENT**

Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| Alejandra Trejo | Address on File | | | | | | 6/5/2026 | $2,625.00 | Services |
| Alejandra Trejo | Address on File | | | | | | 6/18/2026 | $2,625.00 | Services |
| Alejandra Trejo | Address on File | | | | | | 7/4/2026 | $2,625.00 | Services |
| Alejandra Trejo | Address on File | | | | | | 7/20/2026 | $2,625.00 | Services |
| Alejandra Trejo | Address on File | | | | | | 8/5/2026 | $2,625.00 | Services |
| **Alejandra Trejo Total** | | | | | | | | **$13,125.00** | |
| Damage Resources LLC | Attn: Accounting | 18000 Groschke Road | Suite B4 | Houston | TX | 77084 | 6/15/2026 | $110,000.00 | Payroll Services |
| Damage Resources LLC | Attn: Accounting | 18000 Groschke Road | Suite B4 | Houston | TX | 77084 | 6/18/2026 | $60,102.17 | Payroll Services |
| Damage Resources LLC | Attn: Accounting | 18000 Groschke Road | Suite B4 | Houston | TX | 77084 | 7/2/2026 | $55,153.37 | Payroll Services |
| Damage Resources LLC | Attn: Accounting | 18000 Groschke Road | Suite B4 | Houston | TX | 77084 | 7/16/2026 | $58,152.28 | Payroll Services |
| Damage Resources LLC | Attn: Accounting | 18000 Groschke Road | Suite B4 | Houston | TX | 77084 | 8/3/2026 | $59,401.80 | Payroll Services |
| Damage Resources LLC | Attn: Accounting | 18000 Groschke Road | Suite B4 | Houston | TX | 77084 | 8/19/2026 | $58,138.73 | Payroll Services |
| **Damage Resources LLC Total** | | | | | | | | **$400,948.35** | |
| JP Morgan Chase | Attn: JPMorgan Chase Bank, N.A. | PO Box 15368 | | Wilmington | DE | 19850 | 6/11/2026 | $30,000.00 | Unsecured Loan |
| JP Morgan Chase | Attn: JPMorgan Chase Bank, N.A. | PO Box 15368 | | Wilmington | DE | 19850 | 6/12/2026 | $2,343.53 | Bank Fees |
| JP Morgan Chase | Attn: JPMorgan Chase Bank, N.A. | PO Box 15368 | | Wilmington | DE | 19850 | 6/15/2026 | $1,242.21 | Bank Fees |
| JP Morgan Chase | Attn: JPMorgan Chase Bank, N.A. | PO Box 15368 | | Wilmington | DE | 19850 | 7/2/2026 | $20,000.00 | Unsecured Loan |
| JP Morgan Chase | Attn: JPMorgan Chase Bank, N.A. | PO Box 15368 | | Wilmington | DE | 19850 | 7/9/2026 | $10,000.00 | Unsecured Loan |
| JP Morgan Chase | Attn: JPMorgan Chase Bank, N.A. | PO Box 15368 | | Wilmington | DE | 19850 | 7/14/2026 | $2,400.39 | Bank Fees |
| JP Morgan Chase | Attn: JPMorgan Chase Bank, N.A. | PO Box 15368 | | Wilmington | DE | 19850 | 7/15/2026 | $1,236.33 | Bank Fees |
| JP Morgan Chase | Attn: JPMorgan Chase Bank, N.A. | PO Box 15368 | | Wilmington | DE | 19850 | 7/17/2026 | $20,000.00 | Unsecured Loan |
| JP Morgan Chase | Attn: JPMorgan Chase Bank, N.A. | PO Box 15368 | | Wilmington | DE | 19850 | 7/22/2026 | $45,000.00 | Unsecured Loan |
| JP Morgan Chase | Attn: JPMorgan Chase Bank, N.A. | PO Box 15368 | | Wilmington | DE | 19850 | 8/14/2026 | $2,670.05 | Bank Fees |
| JP Morgan Chase | Attn: JPMorgan Chase Bank, N.A. | PO Box 15368 | | Wilmington | DE | 19850 | 8/17/2026 | $911.45 | Bank Fees |
| JP Morgan Chase | Attn: JPMorgan Chase Bank, N.A. | PO Box 15368 | | Wilmington | DE | 19850 | 8/20/2026 | $15,000.00 | Unsecured Loan |
| **JP Morgan Chase Total** | | | | | | | | **$150,803.96** | |
| Koeppel LLC | 1980 Post Oak Boulevard | Suite 200 | | Houston | TX | 77056 | 7/17/2026 | $10,350.00 | Legal Services |
| Koeppel LLC | 1980 Post Oak Boulevard | Suite 200 | | Houston | TX | 77056 | 8/20/2026 | $5,000.00 | Legal Services |
| **Koeppel LLC Total** | | | | | | | | **$15,350.00** | |
| Mediation Arbitration Professional Systems, Inc. (MAPS) | 5 Sanctuary Blvd | Suite 103 | | Mandeville | LA | 70471 | 8/5/2026 | $13,000.00 | Services |
| **Mediation Arbitration Professional Systems, Inc. (MAPS) Total** | | | | | | | | **$13,000.00** | |
| Michele Cisneros | Address on File | | | | | | 6/5/2026 | $3,125.00 | Services |
| Michele Cisneros | Address on File | | | | | | 6/18/2026 | $3,125.00 | Services |
| Michele Cisneros | Address on File | | | | | | 7/4/2026 | $3,125.00 | Services |
| Michele Cisneros | Address on File | | | | | | 7/20/2026 | $3,125.00 | Services |
| Michele Cisneros | Address on File | | | | | | 8/5/2026 | $3,125.00 | Services |
| **Michele Cisneros Total** | | | | | | | | **$15,625.00** | |
| PEAC Solutions | 300 Fellowship Road | | | Mount Laurel | NJ | 08054 | 7/1/2026 | $9,812.46 | Services |
| **PEAC Solutions Total** | | | | | | | | **$9,812.46** | |
| Poynor Group LLC | PO Box 720907 | | | McAllen | TX | 78504 | 5/21/2026 | $12,000.00 | Services |
| **Poynor Group LLC Total** | | | | | | | | **$12,000.00** | |
| PRF FUND I, LP | 1875 NW Corporate Blvd. Suite 270 | | | Boca Raton | FL | 33431 | 6/24/2026 | $102,000.00 | Debt Repayment |
| **PRF FUND I, LP Total** | | | | | | | | **$102,000.00** | |
| RLN Legal LLC | Urb Riviera Village #70Calle Central Park | | | Bayamon | PR | 00959 | 6/5/2026 | $4,525.00 | Services |
| RLN Legal LLC | Urb Riviera Village #70Calle Central Park | | | Bayamon | PR | 00959 | 6/18/2026 | $4,525.00 | Services |
| RLN Legal LLC | Urb Riviera Village #70Calle Central Park | | | Bayamon | PR | 00959 | 7/7/2026 | $4,525.00 | Services |
| RLN Legal LLC | Urb Riviera Village #70Calle Central Park | | | Bayamon | PR | 00959 | 7/17/2026 | $4,525.00 | Services |
| RLN Legal LLC | Urb Riviera Village #70Calle Central Park | | | Bayamon | PR | 00959 | 8/4/2026 | $4,525.00 | Services |
| RLN Legal LLC | Urb Riviera Village #70Calle Central Park | | | Bayamon | PR | 00959 | 8/18/2026 | $4,525.00 | Services |
| **RLN Legal LLC Total** | | | | | | | | **$27,150.00** | |
| **Grand Total** | | | | | | | | **$759,814.77** | |

**SOFA 4 ATTACHMENT**

Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Ally | PO Box 380902 | | | Bloomington | MN | 55438 | N/A | 07/23/2026 | $10,500.00 | Loan Repayment for C. Galindo Automobile |
| Ally | PO Box 380902 | | | Bloomington | MN | 55438 | N/A | 08/20/2026 | $3,500.00 | Loan Repayment for C. Galindo Automobile |
| **Ally Total** | | | | | | | | | **$14,000.00** | |
| American Express FBO A&A GenPro, Inc. | 200 Vesey Street | | | New York | NY | 10285 | N/A | 12/9/2025 | $35,245.14 | Generator at C. Galindo Residence |
| **American Express FBO A&A GenPro, Inc. Total** | | | | | | | | | **$35,245.14** | |
| American Express FBO Aspen Media Network | 200 Vesey Street | | | New York | NY | 10285 | N/A | 9/5/2025 | $44,000.00 | Investment of C. Galindo |
| American Express FBO Aspen Media Network | 200 Vesey Street | | | New York | NY | 10285 | N/A | 9/5/2025 | $50,000.00 | Investment of C. Galindo |
| American Express FBO Aspen Media Network | 200 Vesey Street | | | New York | NY | 10285 | N/A | 9/19/2025 | $20,000.00 | Investment of C. Galindo |
| American Express FBO Aspen Media Network | 200 Vesey Street | | | New York | NY | 10285 | N/A | 9/25/2025 | $6,000.00 | Investment of C. Galindo |
| American Express FBO Aspen Media Network | 200 Vesey Street | | | New York | NY | 10285 | N/A | 9/30/2025 | $14,000.00 | Investment of C. Galindo |
| American Express FBO Aspen Media Network | 200 Vesey Street | | | New York | NY | 10285 | N/A | 10/3/2025 | $1,256.04 | Investment of C. Galindo |
| American Express FBO Aspen Media Network | 200 Vesey Street | | | New York | NY | 10285 | N/A | 10/3/2025 | $6,612.53 | Investment of C. Galindo |
| American Express FBO Aspen Media Network | 200 Vesey Street | | | New York | NY | 10285 | N/A | 10/17/2025 | $70,000.00 | Investment of C. Galindo |
| American Express FBO Aspen Media Network | 200 Vesey Street | | | New York | NY | 10285 | N/A | 10/17/2025 | $70,000.00 | Investment of C. Galindo |
| American Express FBO Aspen Media Network | 200 Vesey Street | | | New York | NY | 10285 | N/A | 10/21/2025 | $20,000.00 | Investment of C. Galindo |
| American Express FBO Aspen Media Network | 200 Vesey Street | | | New York | NY | 10285 | N/A | 11/14/2025 | $2,890.40 | Investment of C. Galindo |
| **American Express FBO Aspen Media Network Total** | | | | | | | | | **$304,758.97** | |
| American Express FBO Land Rover | 200 Vesey Street | | | New York | NY | 10285 | N/A | 9/25/2025 | $1,379.70 | Automobile Maintenance |
| **American Express FBO Land Rover Total** | | | | | | | | | **$1,379.70** | |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 09/03/2025 | $41,666.66 | Draw on Distributions |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 09/19/2025 | $41,666.66 | Draw on Distributions |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 10/01/2025 | $41,666.66 | Draw on Distributions |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 10/20/2025 | $200,000.00 | Owner Distribution |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 10/20/2025 | $41,666.66 | Draw on Distributions |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 11/03/2025 | $41,666.66 | Draw on Distributions |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 11/18/2025 | $41,666.66 | Draw on Distributions |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 12/03/2025 | $41,666.66 | Draw on Distributions |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 12/17/2025 | $41,666.66 | Draw on Distributions |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 12/31/2025 | $41,666.66 | Draw on Distributions |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 01/15/2026 | $2,084.66 | AMEX Draw |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 02/04/2026 | $41,666.66 | Draw on Distributions |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 02/13/2026 | $10,000.00 | Draw on Distributions |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 02/18/2026 | $41,666.66 | Draw on Distributions |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 02/19/2026 | $31,666.66 | Draw on Distributions |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 03/03/2026 | $41,666.66 | Draw on Distributions |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 04/07/2026 | $20,833.33 | Draw on Distributions |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 05/04/2026 | $41,666.66 | Draw on Distributions |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 05/19/2026 | $41,666.66 | Draw on Distributions |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 06/12/2026 | $41,666.66 | Draw on Distributions |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 06/18/2026 | $41,666.66 | Draw on Distributions |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 07/07/2026 | $41,666.66 | Draw on Distributions |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 07/21/2026 | $41,666.66 | Draw on Distributions |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 07/23/2026 | $9,500.00 | Draw on Distributions |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 08/05/2026 | $41,666.66 | Draw on Distributions |
| Cristobal Galindo | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | | Austin | TX | 78701 | President, Sole Director | 08/18/2026 | $41,666.66 | Draw on Distributions |
| **Cristobal Galindo Total** | | | | | | | | | **$1,107,417.85** | |

**SOFA 4 ATTACHMENT**

Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Deer Finance, LLC | Attn: Legal Department | 152 West 57th Street | 26th Floor | New York | NY | 10019 | N/A | 09/05/2025 | $10,000.00 | Limited Personal Guarantee of C. Galindo |
| Deer Finance, LLC | Attn: Legal Department | 152 West 57th Street | 26th Floor | New York | NY | 10019 | N/A | 09/11/2025 | $525,310.66 | Limited Personal Guarantee of C. Galindo |
| Deer Finance, LLC | Attn: Legal Department | 152 West 57th Street | 26th Floor | New York | NY | 10019 | N/A | 10/08/2025 | $467,332.01 | Limited Personal Guarantee of C. Galindo |
| Deer Finance, LLC | Attn: Legal Department | 152 West 57th Street | 26th Floor | New York | NY | 10019 | N/A | 11/18/2025 | $482,939.74 | Limited Personal Guarantee of C. Galindo |
| Deer Finance, LLC | Attn: Legal Department | 152 West 57th Street | 26th Floor | New York | NY | 10019 | N/A | 12/15/2025 | $420,062.19 | Limited Personal Guarantee of C. Galindo |
| Deer Finance, LLC | Attn: Legal Department | 152 West 57th Street | 26th Floor | New York | NY | 10019 | N/A | 01/14/2026 | $304,167.71 | Limited Personal Guarantee of C. Galindo |
| Deer Finance, LLC | Attn: Legal Department | 152 West 57th Street | 26th Floor | New York | NY | 10019 | N/A | 01/21/2026 | $155,739.79 | Limited Personal Guarantee of C. Galindo |
| Deer Finance, LLC | Attn: Legal Department | 152 West 57th Street | 26th Floor | New York | NY | 10019 | N/A | 02/13/2026 | $350,839.06 | Limited Personal Guarantee of C. Galindo |
| Deer Finance, LLC | Attn: Legal Department | 152 West 57th Street | 26th Floor | New York | NY | 10019 | N/A | 03/13/2026 | $456,752.95 | Limited Personal Guarantee of C. Galindo |
| Deer Finance, LLC | Attn: Legal Department | 152 West 57th Street | 26th Floor | New York | NY | 10019 | N/A | 04/09/2026 | $225,461.96 | Limited Personal Guarantee of C. Galindo |
| Deer Finance, LLC | Attn: Legal Department | 152 West 57th Street | 26th Floor | New York | NY | 10019 | N/A | 05/07/2026 | $153,918.03 | Limited Personal Guarantee of C. Galindo |
| **Deer Finance, LLC Total** | | | | | | | | | **$3,552,524.10** | |
| Everlake (Lincoln Benefit Life) | PO Box 83328 | | | Lincoln | NE | 68501 | N/A | 09/05/2025 | $681.19 | Life Insurance for C. Galindo as Partial Beneficiary |
| Everlake (Lincoln Benefit Life) | PO Box 83328 | | | Lincoln | NE | 68501 | N/A | 10/06/2025 | $681.19 | Life Insurance for C. Galindo as Partial Beneficiary |
| Everlake (Lincoln Benefit Life) | PO Box 83328 | | | Lincoln | NE | 68501 | N/A | 11/05/2025 | $681.19 | Life Insurance for C. Galindo as Partial Beneficiary |
| Everlake (Lincoln Benefit Life) | PO Box 83328 | | | Lincoln | NE | 68501 | N/A | 12/05/2025 | $681.19 | Life Insurance for C. Galindo as Partial Beneficiary |
| Everlake (Lincoln Benefit Life) | PO Box 83328 | | | Lincoln | NE | 68501 | N/A | 01/05/2026 | $681.19 | Life Insurance for C. Galindo as Partial Beneficiary |
| Everlake (Lincoln Benefit Life) | PO Box 83328 | | | Lincoln | NE | 68501 | N/A | 02/05/2026 | $681.19 | Life Insurance for C. Galindo as Partial Beneficiary |
| Everlake (Lincoln Benefit Life) | PO Box 83328 | | | Lincoln | NE | 68501 | N/A | 03/05/2026 | $681.19 | Life Insurance for C. Galindo as Partial Beneficiary |
| Everlake (Lincoln Benefit Life) | PO Box 83328 | | | Lincoln | NE | 68501 | N/A | 04/06/2026 | $681.19 | Life Insurance for C. Galindo as Partial Beneficiary |
| Everlake (Lincoln Benefit Life) | PO Box 83328 | | | Lincoln | NE | 68501 | N/A | 05/05/2026 | $681.19 | Life Insurance for C. Galindo as Partial Beneficiary |
| Everlake (Lincoln Benefit Life) | PO Box 83328 | | | Lincoln | NE | 68501 | N/A | 06/05/2026 | $681.19 | Life Insurance for C. Galindo as Partial Beneficiary |
| Everlake (Lincoln Benefit Life) | PO Box 83328 | | | Lincoln | NE | 68501 | N/A | 07/06/2026 | $681.19 | Life Insurance for C. Galindo as Partial Beneficiary |
| Everlake (Lincoln Benefit Life) | PO Box 83328 | | | Lincoln | NE | 68501 | N/A | 08/05/2026 | $681.19 | Life Insurance for C. Galindo as Partial Beneficiary |
| **Everlake (Lincoln Benefit Life) Total** | | | | | | | | | **$8,174.28** | |
| Land Rover Financial Group | PO Box 650351 | | | Dallas | TX | 75265 | N/A | 09/16/2025 | $3,038.91 | Loan Repayment for C. Galindo Automobile |
| Land Rover Financial Group | PO Box 650351 | | | Dallas | TX | 75265 | N/A | 10/15/2025 | $3,038.91 | Loan Repayment for C. Galindo Automobile |
| Land Rover Financial Group | PO Box 650351 | | | Dallas | TX | 75265 | N/A | 11/14/2025 | $3,038.91 | Loan Repayment for C. Galindo Automobile |
| Land Rover Financial Group | PO Box 650351 | | | Dallas | TX | 75265 | N/A | 12/16/2025 | $3,038.91 | Loan Repayment for C. Galindo Automobile |
| Land Rover Financial Group | PO Box 650351 | | | Dallas | TX | 75265 | N/A | 01/14/2026 | $3,038.91 | Loan Repayment for C. Galindo Automobile |
| Land Rover Financial Group | PO Box 650351 | | | Dallas | TX | 75265 | N/A | 02/17/2026 | $3,038.91 | Loan Repayment for C. Galindo Automobile |
| Land Rover Financial Group | PO Box 650351 | | | Dallas | TX | 75265 | N/A | 03/16/2026 | $3,038.91 | Loan Repayment for C. Galindo Automobile |
| Land Rover Financial Group | PO Box 650351 | | | Dallas | TX | 75265 | N/A | 04/14/2026 | $3,038.91 | Loan Repayment for C. Galindo Automobile |
| Land Rover Financial Group | PO Box 650351 | | | Dallas | TX | 75265 | N/A | 04/30/2026 | $3,038.91 | Loan Repayment for C. Galindo Automobile |
| Land Rover Financial Group | PO Box 650351 | | | Dallas | TX | 75265 | N/A | 05/14/2026 | $3,038.91 | Loan Repayment for C. Galindo Automobile |
| Land Rover Financial Group | PO Box 650351 | | | Dallas | TX | 75265 | N/A | 06/16/2026 | $3,038.91 | Loan Repayment for C. Galindo Automobile |
| Land Rover Financial Group | PO Box 650351 | | | Dallas | TX | 75265 | N/A | 07/14/2026 | $3,038.91 | Loan Repayment for C. Galindo Automobile |
| Land Rover Financial Group | PO Box 650351 | | | Dallas | TX | 75265 | N/A | 08/14/2026 | $3,038.91 | Loan Repayment for C. Galindo Automobile |
| **Land Rover Financial Group Total** | | | | | | | | | **$39,505.83** | |
| **Grand Total** | | | | | | | | | **$5,063,005.87** | |

**Fill in this information to identify the case:**

**Debtor name: Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm**

**United States Bankruptcy Court for the: Southern District of Texas**

**Case number: 26-90764**

☐ **Check if this is an amended filing**

**WARNING** - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

9/21/2026

/s/Cristóbal M. Galindo

Signature of individual signing on behalf of debtor

Cristóbal M. Galindo

Printed name

President, Sole Director and Sole Shareholder

Position or relationship to debtor

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☐ No

☑ Yes