**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**CRISTÓBAL M. GALINDO, P.C.**<br>**D/B/A GALINDO LAW FIRM,**<br><br>**Debtor.**[1] | **Chapter 11**<br><br>**Case No. 26-90764 (ARP)** |

**MASTER SERVICE LIST**
**(as of September 3, 2026)**

[1] The Debtor's address is 18000 Groeschke Road, Suite A-7, Houston, Texas 77084, and the last four digits of the Debtor's federal tax identification number is 5859.

STRETTO

# Master Service List

as of 9/3/2026

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Email |
|---|---|---|---|---|---|---|---|---|
| Alpha Seven LLC | Attn: Accounting | 18000 Groschke Road | Suite B4 | Houston | TX | 77084 | | accounting@sierracharliegroup.com |
| Clayton Blehm | | Address Redacted | | | | | | Email Address Redacted |
| CMG Funding 2025 LLC | Attn: Legal Department | 152 West 57th Street | 44th Floor | New York | NY | 10019 | | ayal@deerfinance.com |
| CMG Funding 2025 LLC | c/o McDermott Will & Schulte LLP | Attn: Adam Harris, Reuben E. Dizengoff | 919 Third Avenue | New York | NY | 10022 | | acharris@mcdermottlaw.com<br>rdizengoff@mcdermottlaw.com |
| CMG Funding 2025 LLC | c/o Paul Hastings LLP | Attn: Craig Stanfield | 609 Main Street, Suite 2500 | Houston | TX | 77002 | | craigstanfield@paulhastings.com |
| CMG Funding 2025 LLC | c/o Paul Hastings LLP | Attn: Kristopher M. Hansen, Jon Canfield, Daniel Ginsberg | 200 Park Avenue | New York | NY | 10166 | | krishansen@paulhastings.com<br>joncanfield@paulhastings.com<br>danielginsberg@paulhastings.com |
| Cristobal M. Galindo, individually | c/o Kane Russell Coleman Logan PC | Attn: Mark C. Taylor | 401 Congress Ave. Ste. 2100 | Austin | TX | 78701 | | mtaylor@krcl.com |
| Crm Debugzone Private Limited | Attn: Legal Department | 3051 Mansarover Park 2 | Ghaziabad Uttar | Pradesh | | 201002 | India | info@crmdebugzone.com |
| Crockett Law PC | Attn: Legal Department | PO Box 6538 | | Houston | TX | 77265 | | brian@crockettlawfirm.com |
| Damage Resources LLC | Attn: Accounting | 18000 Groschke Road | Suite B4 | Houston | TX | 77084 | | accounting@sierracharliegroup.com |
| Decibel Advertising, LLC | Attn: Accounting | Urb. Santa Juanita UU-I C/39 Box 621 | | Bayamon | PR | 00956 | | accounting@decibeladvertising.com |
| Deer Finance, LLC | Attn: Legal Department | 152 West 57th Street | 26th Floor | New York | NY | 10019 | | lawrence@deerfinance.com |
| DRS Professional Services LLC | Attn: Legal Department | 8906 N Locust Avenue | | Tampa | FL | 33604 | | operations@drsproservice.com |
| Dykema Gossett PLLC | Attn: Danielle R. Behrends, Deborah D. Williamson | 112 E Pecan Street | Suite 1800 | San Antonio | TX | 78205 | | dbehrends@dykema.com<br>dwilliamson@dykema.com |
| Front Face Business, S.A. DE C.V. | Attn: Legal Department | Avenida Insurgentes Sur number 64 Colonia Juárez | | Cuauhtémoc Delegation | | 06600 | Mexico | quinn@ggrinc.com |
| Hayward PLLC | Attn: Charlie Shelton | 7600 Burnet Road | Suite 530 | Austin | TX | 78757-1269 | | cshelton@haywardfirm.com |
| Internal Revenue Service (IRS) | Attn: Centralized Insolvency Operation | 1111 Constitution | | Washington | DC | 20004 | | |
| JBSL | | 100 Mamaroneck Ave | | Mamaroneck | NY | 10543 | | jbslinfo@jbsllitin.com |
| K & M of VA, Inc. d/b/a 4Convergence | Attn: Legal Department | 11758 Lincolnshire Ct | | Glen Alen | VA | 23059-3417 | | clientsupport@4converge.com |
| Litify LLC | Attn: Legal Department | PO Box 70379 | | Newark | NJ | 07101-0096 | | billing@litify.com |
| Mac Murray & Shuster | Attn: Legal Department | 6525 W Campus Oval | Suite 210 | New Albany | OH | 43054 | | mkamer@mslawgroup.com |
| Office of the United States Trustee | Attn: Ha Minh Nguyen | 515 Rusk Street | Suite 3516 | Houston | TX | 77002 | | ha.nguyen@usdoj.gov |
| Pajaro Uno LLC | Attn: Legal Department | 18000 Groschke Road | Suite B4 | Houston | TX | 77084 | | accounting@sierracharliegroup.com |
| Province Fiduciary Services LLC | Attn: Legal Department | 2360 Corporate Circle | Suite 340 | Henderson | NV | 89074 | | apopescu@provincefirm.com |
| Ruth A. Van Meter P.C. | Attn: Legal Department | 9322 Shady Lane Circle | | Houston | TX | 77063 | | ruth@vanmeterlaw.com |
| Sergio De La Canal | Attn: Legal Department | Urb. Santa Juanita UU-I C/39 | Box 621 | Bayamon | PR | 00956 | | sergio@sierracharliegroup.com |
| Sergio De La Canal, Decibel Advertising, LLC, Pajaro Uno LLC, Damage Resources LLC, Damage Reports, LLC, Decibel Legal Services LLC, Alpha Seven LLC, Twin Diamond LLC, and Triple Crown Aviation LLC | c/o Norton Rose Fulbright US LLP | Attn: Jason L. Boland, Julie G. Harrison | 1550 Lamar, Suite 2000 | Houston | TX | 7701 | | jason.boland@nortonrosefulbright.com<br>julie.harrison@nortonrosefulbright.com |
| Sergio De La Canal, Decibel Advertising, LLC, Pajaro Uno LLC, Damage Resources LLC, Damage Reports, LLC, Decibel Legal Services LLC, Alpha Seven LLC, Twin Diamond LLC, and Triple Crown Aviation LLC | c/o Rusty Hardin & Associates, LLP | Attn: Rusty Hardin, Joe Roden, Megan C. Moore | 1401 McKinney Street, Suite 2250 | Houston | TX | 77010 | | rhardin@rustyhardin.com<br>jroden@rustyhardin.com<br>mmoore@rustyhardin.com |
| SLP Strategic Litigation Partners | Attn: Legal Department | 21324 Provincial Boulevard | | Katy | TX | 77450 | | dmiller@slplegal.com |
| Texas Office of the Attorney General | | 300 W 15TH ST | | Austin | TX | 78701 | | |
| The Mott Law Firm, PLLC | Attn: Legal Department | 5301 Katy Freeway | Suite 101 | Houston | TX | 77007-3866 | | mlm@mottlawpc.com |
| The Mott Law Firm, PLLC | c/o Munsch Hardt Kopf & Harr, P.C. | Attn: John D. Cornwell, Alexander R. Perez | 700 Milam St., Suite 800 | Houston | TX | 77002 | | jcornwell@munsch.com<br>rparker@munsch.com |
| Twin Diamond LLC | Attn: Accounting | 18000 Groschke Road | Suite B4 | Houston | TX | 77084 | | accounting@sierracharliegroup.com |
| U.S. Attorney's Office for the Southern District of Texas | Attn: Civil Process Clerk | 1000 Louisiana Street | Suite 2300 | Houston | TX | 77002 | | txspublicinquiry@usdoj.gov |