**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MMA LAW FIRM, PLLC, | § | Case No. 24-31596 |
| | § | |
| | § | Chapter 11 |

**ORDER GRANTING PLAN ADMINISTRATOR'S EMERGENCY MOTION FOR LEAVE TO FILE HEARING EXHIBITS 29 AND 30 UNDER SEAL**
(Relates to ECF No. ____)

The Court has considered the Plan Administrator's Emergency Motion for Leave to File Hearing Exhibits 29 and 30 Under Seal (the **"Emergency Motion"**). It is **ORDERED** that:

1. The Emergency Motion is **GRANTED.**

2. The Plan Administrator may file Exhibit 29 and Exhibit 30 under seal.

3. The Plan Administrator may serve unredacted copies of Exhibits 29 and 30 on counsel for Cristóbal M. Galindo, P.C., and may provide them to the Court and to witnesses for use at the hearing on December 3, 2026.

4. Any person who receives the sealed exhibits shall not disclose or otherwise disseminate their contents to any other person or entity without the prior written consent of this Court.

5. The Court retains jurisdiction over all matters arising from or related to this Order.

SIGNED: ____________________

______________________________________
EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE