# WITNESS AND EXHIBIT LIST

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |
| | |
| **Adversary Case No:** | |
| **Style of Adversary:** | |

**State whether this amends or supplements a previously filed Witness & Exhibit list**

| Amends | | Supplements | |
|---|---|---|---|
| Date | ECF No. | Date | ECF No. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | December 3, 2026 |
| **Hearing Time:** | 1:30 p.m. (Central Standard Time) |
| **Party's Name:** | Allison D. Byman, Plan Administrator, and the Reorganized Debtor |
| **Attorney's Name:** | Miriam T. Goott and Johnie Patterson |
| **Attorney's Phone:** | 713.956.5577 |

**Nature of Proceeding(s):**

| CM/ECF No. | Matter |
|---|---|
| 1780 | Motion of Cristóbal M. Galindo, P.C. for Allowance and Payment of Administrative Expense Claim |
| 1784 | Plan Administrator's Objection to Galindo Administrative Expense Motion |
| | |
| | |
| | |
| | |
| | |

**WITNESS LIST**

| | |
|---|---|
| **Lay Witnesses:** | Allison D. Byman, Plan Administrator |
| | Brian J. Houghtaling, Houghtaling Law Firm, LLC |
| | Miriam T. Goott, Walker & Patterson, P.C. |
| | John Zachary Moseley |
| | Katy S. Ohlsson, MMA Law Firm, PLLC |
| | Cristóbal M. Galindo |
| | Charles Shelton |
| **Expert Witnesses:** | |
| | |

| | |
|---|---|
| | |
| **REBUTTAL/ IMPEACHMENT WITNESSES** | |
| **Lay Witnesses:** | |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| | |

| | | **FOR COURT USE ONLY** | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| **1.** | Galindo's Original Complaint, Adv. No. 25-03310 (Adv. ECF No. 39) | | | |
| **2.** | Order Approving Settlement Between MMA Law Firm, PLLC and Cristóbal M. Galindo, P.C., with Settlement Agreement (ECF No. 832) | | | |
| **3.** | MMA Motion to Compel Compliance with Order Approving Galindo Settlement (ECF No. 1368) | | | |
| **4.** | Motion to Approve Settlement with Houghtaling Law Firm, LLC under Bankruptcy Rule 9019, with Exhibits (ECF No. 1418) | | | |
| **5.** | Email service of HLF 9019 Motion on Galindo's counsel, dated March 30, 2026 | | | |
| **6.** | Galindo's Response to Motion to Compel (ECF No. 1422), filed April 2, 2026 | | | |
| **7.** | Order Setting Hearing on HLF 9019 Motion, with BNC Certificate of Notice | | | |
| **8.** | Email service of Order Setting Hearing on HLF 9019 Motion, dated April 29, 2026 | | | |
| **9.** | Order Approving HLF Settlement, with Settlement Agreement and Exhibits A, B and C (ECF No. 1510) | | | |
| **10.** | Docket, Case No. 24-31596 | | | |
| **11.** | Certificate of Service of Order Approving HLF Settlement (ECF No. 1522) | | | |
| **12.** | Plan Supplement (ECF No. 1615) | | | |
| **13.** | Galindo's Limited Objection to Confirmation (ECF No. 1602), filed July 22, 2026 | | | |
| **14.** | Order Confirming Plan, with Plan (ECF No. 1648) | | | |

| | | | | |
|---|---|---|---|---|
| **15.** | Galindo Voluntary Petition, Case No. 26-90764 (Galindo Case ECF No. 1) | | | |
| **16.** | Galindo First Day Declaration, Case No. 26-90764 | | | |
| **17.** | Galindo Schedules A/B and Statement of Financial Affairs, Case No. 26-90764 | | | |
| **18.** | Galindo Master Service List, Case No. 26-90764 | | | |
| **19.** | Notice of Intent to Offer Evidence under Fed. R. Evid. 807 | | | |
| **20.** | Letter from Galindo to HLF (August 5, 2026) (ECF 1877-2) | | | |
| **21.** | Galindo Motion for Allowance and Payment of Administrative Expense Claim, with Exhibits (ECF No. 1780) [Exhibit D redacted] | | | |
| **22.** | Plan Administrator's Objection to Galindo Administrative Expense Motion (ECF No. 1784) | | | |
| **23.** | Notice of Subpoena on Houghtaling Law Firm, LLC (ECF No. 1854) | | | |
| **24.** | Email re deposition | | | |
| **25.** | Letter from Charlie Shelton to Houghtaling Law Firm, LLC, dated November 13, 2026, with Subpoena Duces Tecum and Ad Testificandum and Exhibits A, B and C [Exhibit D redacted] | | | |
| **26.** | Galindo's Response to Emergency Joint Motion for Protective Order and, in the Alternative, to Quash or Modify Subpoena (ECF No. 1875) | | | |
| **27.** | Order Denying Galindo's Motion for Entry of Default and Emergency Motion to Strike and Ordering Galindo and Counsel to Show Cause under Bankruptcy Rule 9011, Adv. No. 25-03310 (Adv. ECF No. 106) | | | |
| **28.** | Stipulation and Agreed Order Resolving Show Cause Proceeding, Adv. No. 25-03310 (Adv. ECF No. | | | |
| **29.** | TO BE OFFERED UNDER SEAL. Summary Chart under Fed. R. Evid. 1006 comparing Galindo's Exhibit D to Exhibits A and B of the HLF Settlement Agreement | | | |
| **30.** | TO BE OFFERED UNDER SEAL. Galindo's Exhibit D to Administrative Expense Motion and Subpoena, unredacted | | | |
| | | | | |
| | **REBUTTAL/IMPEACHMENT EXHIBITS** | | | |
| | | | | |
| **1.** | Any document necessary for rebuttal or impeachment | | | |
| **2.** | | | | |
| **3.** | | | | |
| **4.** | | | | |

| | | | | |
|---|---|---|---|---|
| **5.** | | | | |
| **6.** | | | | |
| **7.** | | | | |
| **8.** | | | | |
| **9.** | | | | |
| **10.** | | | | |