HAYWARD
PLLC

HAYWARD
PLLC
7600 Burnet Road, Suite 530
Austin, Texas 78757-1269
737.881.7100 (MAIN/FAX)
WWW.HAYWARDFIRM.COM

*Charlie Shelton*
*737.881.7101 (Direct)*
*CShelton@HaywardFirm.com*

August 5, 2026

Brian Houghtaling
Two Lakeway
3850 Causeway Blvd., Suite 1090
Metarie, LA 70002

Sent via email to: brian@houghtalinglaw.com
Also sent United States First Class Mail on August 6, 2026

**SUBJECT: Request for Documentation or Payment — GLF-Referred Clients Paid to MMA Under HLF Settlement**

Dear Mr. Houghtaling:

I write on behalf of Cristóbal M. Galindo, P.C. ("Galindo" or "GLF") regarding attorney's fees totaling $220,529.13 that Houghtaling Law Firm, LLC ("HLF") was to send to GLF pursuant to that certain Memorandum of Understanding between GLF and HLF dated May 18, 2023 (the "MOU"). However, HLF instead sent the funds to MMA Law Firm, PLLC ("MMA"). I understand that HLF likely sent the $220,529.13 to MMA pursuant to the settlement agreement approved by the United States Bankruptcy Court for the Southern District of Texas on May 20, 2026. However, after reviewing the settlement agreement, the court's order, and the attached client lists (Exhibits B and C), it is apparent that HLF erroneously classified certain client as "Former MMA Clients"

## I. Background

On or about May 18, 2023, GLF and HLF entered into the MOU pursuant to which GLF retained the services of HLF to assist in handling certain claims. The MOR provided, in pertinent part, that the attorney's fees from such cases would be split on a 50/50 basis.

On May 20, 2026, the bankruptcy court approved a settlement agreement between MMA and HLF resolving MMA's claims to fees from clients HLF had taken over following the suspension of MMA's attorneys. That settlement defined "Former MMA Clients" as clients "initially represented by MMA" and later represented by HLF, typically via referral from GLF. The settlement required HLF to remit to MMA 50% of fees from resolved cases and ongoing cases involving Former MMA Clients.

Exhibit B of the approved settlement lists 59 "Resolved Unpaid Cases" for which HLF held $352,863.05 in trust and subsequently paid to MMA.

## II. The Discrepancy

GLF's records indicate that a substantial number of the clients listed in Exhibit B were very likely never former MMA clients, but were instead clients GLF referred directly to HLF under the MOU. GLF has identified the following clients in Exhibit B (see attached) who, to GLF's knowledge, were never represented by MMA and were referred by GLF to HLF as GLF clients:

- [redacted] — $5,250.00
- [redacted] — $19,012.46
- [redacted] — $7,091.25
- [redacted] — $4,453.08
- [redacted] — $5,086.40
- [redacted] — $12,121.17
- [redacted] — $5,625.00
- [redacted] — $2,265.75
- [redacted] — $3,800.00
- [redacted] — $2,800.00
- [redacted] — $5,243.19
- [redacted] — $4,125.07
- [redacted] — $6,201.75
- [redacted] — $5,975.46
- [redacted] — $5,687.50
- [redacted] — $2,250.00
- [redacted] — $8,260.00
- [redacted] — $11,680.67
- [redacted] — $4,499.04
- [redacted] — $0.00
- [redacted] — $6,580.75
- [redacted] — $4,000.00
- [redacted] — $4,101.58
- [redacted] — $6,157.28
- [redacted] — $4,062.50
- [redacted] — $3,500.00
- [redacted] — $5,169.66
- [redacted] — $3,637.58
- [redacted] — $3,500.00
- [redacted] — $6,568.41
- [redacted] — $6,126.00
- [redacted] — $7,773.29
- [redacted] — $9,703.87
- [redacted] — $7,397.21
- [redacted] — $6,329.71
- [redacted] — $5,402.00

HAYWARD PLLC

- [redacted] — $3,000.00
- [redacted] — $2,250.00
- [redacted] — $4,812.50

Total: $220,529.13

GLF's internal case management records classify these clients as being only between GLF and HLF and none of GLF's records indicate that these clients were ever MMA clients.

## III. The GLF/MMA Settlement Does Not Extinguish GLF's Claims Against HLF for Non-MMA Clients

GLF acknowledges that it entered into a settlement agreement with MMA, approved by the bankruptcy court on September 18, 2025, pursuant to which GLF waived claims against "Successor Firms" for fees arising from "MMA/Galindo Cases" (i.e., cases in which MMA and GLF jointly represented clients). That waiver was intended to facilitate MMA's recovery from successor firms that had taken over cases MMA had worked on, and to provide those firms assurance that settlements with MMA would not expose them to duplicative claims by GLF.

However, the waiver applies only to cases that were, in fact, "MMA/Galindo Cases." It does not apply to, and was never intended to apply to, clients GLF referred directly to HLF under the parties' separate referral agreement, with no prior MMA representation. The MMA/HLF settlement similarly applies only to "Former MMA Clients," defined as clients "initially represented by MMA". If the clients listed above were not Former MMA Clients, the MMA/HLF settlement does not govern the disposition of fees for those clients, and GLF's contractual rights under its referral agreement with HLF remain in full force.

## IV. Requested Action

To resolve this matter promptly and avoid further dispute, GLF requests that HLF, within seven (7) days of the date of this letter, either:

1. Provide documentary evidence that each of the clients listed above was in fact a "Former MMA Client" as defined in the MMA/HLF settlement; that is, a client initially represented by MMA prior to referral to HLF. Such evidence may include signed MMA retainer agreements, MMA case intake records, MMA fee agreements, or other documentation demonstrating MMA's prior attorney-client relationship with each listed client; or

2. Remit to GLF the contractually owed attorney's fees for the listed clients, calculated as 50% of the total fees HLF received for those clients, in the total amount of $220,529.13, representing GLF's share under the parties' referral agreement.

If HLF is unable to provide documentation that the listed clients were Former MMA Clients, and does not remit the fees owed to GLF within the requested timeframe, GLF reserves all rights and remedies available under the parties' referral agreement and applicable law, including but not limited to filing an action for breach of contract, seeking an accounting, and pursuing any remedies available under any court of competent jurisdiction.

GLF values its professional relationship with HLF and hopes to resolve this matter cooperatively. Please confirm receipt of this letter and provide your response by June 13, 2026.

Sincerely,

*/s/ Charlie Shelton*
Charlie Shelton

Case 24-31596 Document 1486-2 Filed in TXSB on 11/24/26 Page 15 of 63

EXHIBIT B- RESOLVED AND UNPAID CASES

| Client - GLF Transfers | GLF Fees/Costs |
|---|---|
| [redacted] | $5,250.00 |
| [redacted] | $7,091.25 |
| [redacted] | $4,453.08 |
| [redacted] | $5,086.40 |
| [redacted] | $12,121.17 |
| [redacted] | $5,625.00 |
| [redacted] | $2,265.75 |
| [redacted] | $3,800.00 |
| [redacted] | $2,800.00 |
| [redacted] | $5,243.19 |
| [redacted] | $19,012.46 |
| [redacted] | $4,125.07 |
| [redacted] | $6,201.75 |
| [redacted] | $5,975.46 |
| [redacted] | $5,687.50 |
| [redacted] | $2,250.00 |
| [redacted] | $8,260.00 |
| [redacted] | $11,680.67 |
| [redacted] | $4,499.04 |
| [redacted] | $0.00 |
| [redacted] | $6,580.75 |
| [redacted] | $4,000.00 |
| [redacted] | $4,101.58 |
| [redacted] | $6,157.28 |
| [redacted] | $4,062.50 |
| [redacted] | $3,500.00 |
| [redacted] | $5,169.66 |
| [redacted] | $3,637.58 |
| [redacted] | $3,500.00 |
| [redacted] | $6,568.41 |
| [redacted] | $6,126.00 |
| [redacted] | $7,773.29 |
| [redacted] | $9,703.87 |
| [redacted] | $7,397.21 |
| [redacted] | $6,329.71 |
| [redacted] | $5,402.00 |
| [redacted] | $3,000.00 |
| [redacted] | $2,250.00 |
| [redacted] | $4,812.50 |
| [redacted] | $9,000.00 |
| [redacted] | $3,000.00 |
| [redacted] | $5,796.22 |
| [redacted] | $7,000.00 |

| | |
|---|---|
| [redacted] | $15,270.42 |
| [redacted] | $1,500.00 |
| [redacted] | $16,500.00 |
| [redacted] | $6,541.76 |
| [redacted] | $5,668.00 |
| [redacted] | $9,094.03 |
| [redacted] | $6,479.19 |
| [redacted] | $5,900.00 |
| [redacted] | $1,562.50 |
| [redacted] | $5,449.78 |
| [redacted] | $750.00 |
| [redacted] | $4,725.00 |
| [redacted] | $6,473.02 |
| [redacted] | $4,999.50 |
| [redacted] | $1,350.00 |
| [redacted] | $3,429.00 |
| [redacted] | $5,134.75 |
| [redacted] | $5,739.75 |

| | |
|---|---|
| **TOTAL** | **$352,863.05** |