United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 14, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **MMA LAW FIRM, PLLC,** | § | **Case No. 24-31596** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

---

| | | |
|---|---|---|
| **CRISTÓBAL M. GALINDO, P.C.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **Adversary Proceeding No. 25-03310** |
| | § | |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Defendant.** | § | |

**JOINT STIPULATION AND AGREED ORDER**
**<u>RELATING TO THE ORDER AT DOCKET NO. 106</u>**

This Joint Stipulation and Agreed Order ("**Stipulation**") is entered into by and between MMA Law Firm, PLLC (**"MMA"** or the **"Debtor"**) and Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm **("Galindo")** (together, the **"Parties"**)**,** regarding partial resolution of the Order, entered on July 17, 2025, [Docket No. 106] (the "**Order**").

1. On July 17, 2025, the Court entered the Order and resolved the Motions on the Docket at Docket Nos. 57, 63, and 64 (together, the "**Motions**").

2. Paragraph 4 of the Order scheduled a hearing on August 21, 2025 (the "**Hearing**"), relating to the Motions.

3. Paragraph 6 of the Order further invited MMA and Galindo to meet and confer to resolve the remaining issues raised in the Order.

4. Counsel for the Parties have met and conferred and reached a joint resolution of the issues contained in this Stipulation.

5. The Parties have resolved issues referred to in the 6th numbered paragraph of the Order and request that this Court approve this Stipulation.

6. The Parties have agreed to fee-shifting wherein Galindo paid the full amount of fees and costs (without negotiation) (the "**Paid Amount**") to MMA's counsel, Walker & Patterson, P.C., relating to the Motions.

7. MMA, through its attorneys, has been paid in full for prosecution of the Motions, is satisfied, and has no further desire or intention to prosecute the Order.

**IT IS:**

1. **ORDERED** that this Stipulation is Approved;

2. **ORDERED** that this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order

Signed: August 14, 2025

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

**<u>APPROVED AS TO FORM AND CONTENT</u>:**

**HAYWARD PLLC**

By: *<u>/s/ Charlie Shelton</u>*
Charlie Shelton
State Bar No. 24079317
CShelton@HaywardFirm.com
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7100 (telephone/fax)

**COUNSEL FOR Cristóbal M. GALINDO, P.C.**
**D/B/A GALINDO LAW FIRM**

**- AND -**

**RUTH A. VAN METER, P.C.**

By: *<u>/s/ Ruth Van Meter</u>*
Ruth Van Meter
State Bar No. 20661570
ruth@vanmeterlaw.com
9322 Shady Lane Circle
Houston, Texas 77063
(713) 858-2891 (Direct)

**COUNSEL FOR Cristóbal M. GALINDO, P.C.**
**D/B/A GALINDO LAW FIRM**

By: *<u>/s/ Johnie Patterson</u>* [signed with permission]
Johnie Patterson
**WALKER & PATTERSON, P.C.**
4815 Dacoma
Houston, Texas 77092
(713) 956-5577
(713) 956-5570 (fax)
mgoott@walkerandpatterson.com

**COUNSEL FOR MMA LAW FIRM, PLLC**