**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 24-31596-EVR** |
| **IN RE: MMA LAW FIRM, PLLC,** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | |
| | § | |

**ORDER SUSTAINING CRISTÓBAL M. GALINDO, P.C.'S OBJECTION TO PLAN ADMINISTRATOR'S NOTICE OF INTENT TO OFFER STATEMENTS UNDER FEDERAL RULE OF EVIDENCE 807**
***(Relates to ECF No. 1884)***

The Court has considered the Objection of Cristóbal M. Galindo, P.C. ("GLF") (the "Objection") to the Plan Administrator's Notice of Intent to Offer Statements Under Federal Rule of Evidence 807 [ECF No. 1884] (the "Notice"), any response, and the arguments of counsel. The Court finds that the Objection should be sustained. It is therefore

ORDERED that the Objection is SUSTAINED; and it is further

ORDERED that the following items identified in the Notice are excluded and shall not be admitted at the evidentiary hearing on GLF's Motion for Allowance and Payment of Administrative Expense Claim [ECF No. 1780]: (a) the August 5, 2026 letter from GLF's counsel to Houghtaling Law Firm, LLC; (b) GLF's Voluntary Petition; (c) the Declaration of Cristóbal M. Galindo in Support of Chapter 11 Petition and First Day Motions; (d) GLF's Schedule A/B and Statement of Financial Affairs; and (e) the Master Service List, each as filed in Case No. 26-90764; and it is further

ORDERED that none of the foregoing items is admitted under Federal Rule of Evidence 807; and it is further

ORDERED that the Court retains jurisdiction over all matters arising from or related to this Order.

Signed: ____________________

United States Bankruptcy Court