United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 23, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER**
***Resolving ECF No. 1860***

Pending before the Court is a single matter self-styled as "Emergency Joint Motion Of The Plan Administrator And Houghtaling Law Firm, LLC For Protective Order And, In The Alternative, To Quash Or Modify The Subpoena Issued By Cristóbal M. Galindo, P.C" ("*Motion To Quash*") ECF No. 1860 filed by MMA Law Firm, PLLC on November 18, 2026. On November 23, 2026 Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm, filed its Response. ECF No. 1875. On November 23, 2026 the Court held a hearing and for the reasons stated on the record, it is therefore

**ORDERED**: that the Motion To Quash, ECF No. 1860 is GRANTED, in part. No later than the end of business Monday, November 23, 2026 MMA Law Firm, PLLC or Houghtaling Law Firm, LLC must produce the following list of cases only, exclusive of any communications, identified in ECF No. 1877, Ex. No. 1 at 4, from an email dated April 2, 2026 and ECF No. 1877, Ex. No. 1 at 2, from an email dated April 28, 2026. The Court retains exclusive jurisdiction to interpret and enforce this Order.

**SIGNED Monday, November 23, 2026**

**Eduardo V. Rodriguez
Chief United States Bankruptcy Judge**

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 24-31596-evr
MMA Law Firm, PLLC Chapter 11
Official Committee of Unsecured Creditor
Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4 User: ADIuser Page 1 of 4
Date Rcvd: Nov 23, 2026 Form ID: pdf002 Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Misty Segura, 7601 FM 1960 Rd E, # 349, Atascocita, TX 77346-2209 |
| aty | + | The Lausten Group, 650 Poydras Street, Suite 1400, PB#3924, New Orleans, LA 70130-6116 |
| intp | + | AMO Trial Lawyers, LLC, 3045 Ridgelake Dr., Suite 100, Metairie, LA 70002-4937 |
| cr | + | Access Restoration Services US, Inc., Attn: Lisa M. Norman, 1885 Saint James Place, 15th Fl, Houston, TX 77056 UNITED STATES 77056-4175 |
| intp | + | Allied World Insurance Company, 1690 New Britain Ave.,, Suite 101, Farmington, CT 06032-3361 |
| intp | + | Barbara Gaunichaux, 260 Dale ave, Gretna, LA 70056-7852 |
| intp | + | Barcus Arenas, PLLC, c/o CTO Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3140 |
| intp | + | Bensalah Hameurlaine, 57 Emile ave, Kenner, LA 70065-3769 |
| cr | + | Betty Johnson, 417 Belle Chasse Dr., Laplace, LA 70068-3401 |
| cr | + | Charles William Nicolas Tapp, 4614 Quarter Charge Dr, Annandale, VA 22003, UNITED STATES 22003-4622 |
| cr | + | Cristobal M. Galindo, PC d/b/a Galindo Law, c/o Hayward PLLC, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203 |
| intp | + | Douglas Freeman, 22108 W McKinney Rd, Springfield, LA 70462-8903 |
| cr | + | EAJF ESQ Fund, LP, c/o Misty A. Segura, Spencer Fane LLP, 3040 Post Oak Blvd., Ste. 1400, Houston, TX 77056 UNITED STATES 77056-6584 |
| cr | + | Equal Access Justice Fund, LP, c/o Misty A. Segura, Spencer Fane LLP, 3040 Post Oak Blvd., Ste. 1400, Houston, TX 77056 UNITED STATES 77056-6584 |
| intp | + | Frank Martin, 42587 Highway 10, Franklinton, LA 70438-5645 |
| cr | + | Glago Williams, LLC, 909 Poydras St., Suite 2950, New Orleans, LA 70112-4006 |
| intp | + | Gulf Coast Attorneys, LLC, c/o Albert J. Derbes IV, 3027 Ridgelake Drive, Metairie, LA 70002-4924 |
| intp | + | James Jochum, 709 Codifer Blvd., Metairie, LA 70005-3750 |
| cr | + | James Marshall McClenny, 380 Ridge Lake Scenic Drive, Montgomery, TX 77316-6933 |
| intp | + | Jennifer Jason Joy & Associates, PLLC, Suite 1801, 909 Texas St., Suite 1801, Houston, TX 77002-3192 |
| intp | + | John Zachary Moseley, 1235 N. Loop West, Suite 810, Houston, TX 77008-1764 |
| cr | + | Katrena Leigh Henderson, 4614 Quarter Charge Dr, Annandale, VA 22003, UNITED STATES 22003-4622 |
| cr | + | Kirsten Young, 5341 Brownfields Dr, Baton Rouge, LA 70811-1070 |
| dft | + | LaHatte Law Firm, LLC, 2000 Clearview Parkway, Suite 203, Metairie, LA 70001-2441 |
| cr | + | Latosha Barrow, 1058 Balsam Ave., Baton Rouge, LA 70807-2964 |
| cr | + | Louisiana Farm Bureau, P.O. Box 95008, Baton Rouge, LA 70895-9008 |
| intp | + | Pandit Law Firm, LLC, c/o Raj Pandit, 701 Poydras Street, Suite 3950, New Orleans, LA 70139-7731 |
| cr | + | Patricia Briscoe, 7801 Warsaw St, Metairie, LA 70003-6429 |
| cr | + | Paul Brown, 19380 Old Covington HWY, Hammond, LA 70403-0755 |
| wit | + | Richard William Huye, III, 1202 Arronimink Cir., Austin, TX 78746-6302 |
| cr | | Starlight Studios, LLC, c/o Leo D. Congeni, Suite 2750, New Orleans, LA 70130, UNITED STATES |
| cr | #+ | Stephen Landreneau, 104 Piney Cv, West Monroe, LA 71291-7461 |
| wit | + | Tessa Vorhaben, c/o Stephen P. Strohschein, Hinshaw & Culbertson LLP, 400 Convention Street, Suite 1001 Baton Rouge, LA 70802-5616 |
| dft | + | The Chopin Law Firm, 650 Poydras Street, Suite 1550, New Orleans, LA 70130, UNITED STATES 70130-7213 |
| intp | + | The Monson Law Firm, LLC, 5 Sanctuary Boulevard, Suite 101, Mandeville, LA 70471-5304 |
| cr | + | Trung Nguyen, 3531 W Esplanade Ave N, Metairie, LA 70002-3343 |
| intp | + | Voorhies Law Firm, LLC, c/o The Derbes Law Firm, 3027 Ridgelake Dr, Metairie, LA 70002-4924 |

| | | |
|---|---|---|
| cr | + | Wayne Galjour, Jr, 732 Oakwood Dr, Gretna, LA 70056-3008 |
| intp | + | Yulonda Alexander, P.O Box 125, Wilson, LA 70789-0125 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | ^ | MEBN | Nov 23 2026 20:17:21 | MMA Law Firm, PLLC, Suite 810, 1235 North Loop West, Houston, TX 77008-1764 |
| aty | ^ | MEBN | Nov 23 2026 20:17:24 | Walker & Patterson, P.C., P.O. Box 61301, Houston, TX 77208-1301 |
| tr | + | Email/Text: adb@bymanlaw.com | Nov 23 2026 20:23:00 | Allison D. Byman, 7924 Broadway, Suite 104, None, Pearland, TX 77581-7933 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 23 2026 20:23:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Nov 23 2026 20:31:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Email/Text: bnkatty@aldineisd.org | Nov 23 2026 20:25:00 | BANKRUPTCY ATTY. ALDINE INDEPENDENT SCHOOL DISTRIC, 2520 W.W. THORNE BLVD., LEGAL DEPARTMENT, HOUSTON, TX 77073, UNITED STATES 77073-3406 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Nov 23 2026 20:24:00 | City of Houston, Linebarger Goggan Blair & Sampson LLP, Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |
| ex | + | Email/Text: eengelhart@rossbanks.com | Nov 23 2026 20:24:00 | Eva S Engelhart, Ross Banks May Cron & Cavin P.C., 7700 San Felipe, Suite 550, Houston, TX 77063, UNITED STATES 77063-1618 |
| cr | + | Email/Text: info@ts-llp.com | Nov 23 2026 20:23:00 | Jayne Moseley, c/o Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004-1028 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Nov 23 2026 20:24:00 | Lone Star College System, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |
| cr | ^ | MEBN | Nov 23 2026 20:16:53 | Texas Comptroller of Public Accounts, c/o Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin, tx 78711-2548 |
| cr | + | Email/Text: bcd@oag.texas.gov | Nov 23 2026 20:22:00 | Texas Workforce Commission, Jamie Kirk, c/o Sherri K. Simpson, Paralegal, P.O. Box 12548, Austin, TX 78711-2548 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Hendershot Cowart PC |
| aty | | Megan Clontz |
| aty | | Spencer Fane LLP, 3040 Post Oak Blvd., Suite 1400, Houston |
| intp | | Alvin Coleman, Jr |
| cr | | Anna Barefield |
| cr | | Apex Roofing and Restoration, LLC |
| intp | | Austin Haydel |
| intp | | Betty Jarrell |
| intp | | Broussard & Dove PLLC |
| intp | | Broussard Injury Lawyers, LLC, Daly & Black, P.C., |

| | | |
|---|---|---|
| cr | | Christine Griffin |
| cr | | Colby Haas |
| intp | | Daly & Black, P.C. |
| intp | | Danny Neal |
| cr | | Donald Blais |
| intp | | Donald Henderson |
| intp | | Edwin Hessler |
| intp | | Eric Starks |
| cr | | Faye Larkins-Hewitt |
| cr | | Galindo Law Firm |
| intp | | Gayle Heard, et al. |
| cr | | Global Estimating Services, LLC |
| intp | | Hair & Shunnarah Trial Attorneys, LLC |
| intp | | Hancock Whitney Bank |
| intp | | James Junkin |
| intp | | Jason J. Joy & Associates, PLLC |
| intp | | Jessica Martin Scott |
| cr | | Jim Dennis, Jr |
| intp | | Kane Russell Coleman Logan PC |
| intp | | Katherine Monson |
| intp | | Katherine Salvant |
| cr | | Keisha Simpson |
| cr | | Kenneth Davis |
| cr | | Kerry Martin |
| intp | | Krause & Kinsman Trial Lawyers, LLC |
| intp | | Laborde Earles |
| cr | | Linda L.R. Wilhelm |
| intp | | Lindsay Cantrelle |
| cr | | Locklin Consulting, LLC |
| intp | | Louisiana Louisiana Insurance Guaranty Association |
| cr | | Luciana Garcia |
| cr | | Mack Perkins |
| cr | | Makkah Corporation |
| cr | | Nedra Williams |
| cr | | Noble Public Adjusting Group, LLC |
| intp | | Norman Bonck |
| cr | | Oakwood Bank |
| crcm | | Official Committee of Unsecured Creditors |
| cr | | PCG Claims, LLC d/b/a PCG Consulting, LLC |
| intp | | Paul Rahfield |
| intp | | Porsche Financial Services, Inc. |
| cr | | Rachael Apken |
| intp | | Rachelle Cope |
| cr | | Reginald Mack |
| intp | | Sandra Plough |
| intp | | Sara Ardoin |
| cr | | Schilacy Hall |
| intp | | State Farm Fire & Casualty Company |
| intp | | Tasha Venson |
| intp | | Thaddeus Thompson |
| intp | | The Sangisetty Law Firm, PLLC |
| cr | | Todd Charters |
| intp | | Tort Network, LLC d/b/a Velawcity |
| intp | | Troy Scott |
| cr | | William Dunn |
| intp | ##+ | New Orleans Legal, LLC, c/o Peter Diiorio, 825 Baronne Street, New Orleans, LA 70113-1102 |

TOTAL: 65 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2026 Signature: /s/Gustava Winters